UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
MDL No. 2036 )
)
)
)

## ORDER ON AUGUST 26, 2009 STATUS CONFERENCE

Having considered the written submissions and comments of the parties at the Status Conference on August 26, 2009, the Court ORDERS and ADJUDGES as follows:

1. **ORGANIZATION OF COUNSEL.** It is the Court's intent to appoint Plaintiffs' Lead Counsel ("Lead Counsel") and Plaintiffs' Executive Committee ("PEC"), to conduct and coordinate this litigation on behalf of the plaintiffs, as well as a Liaison Counsel for Defendants, with whom the Court may communicate directly on behalf of all Defendants. The Court has received motions for appointment of Lead Counsel and/or PEC. Based on the Court's review of the motions, and its independent knowledge of the qualifications and character of many of the plaintiffs' counsel, the Court appoints Bruce S. Rogow and Alters Boldt Brown Rash & Culmo as Lead Counsel. In addition, the Court appoints the following law firms to the PEC to assist Lead Counsel in facilitating the efficient and orderly prosecution of this litigation on behalf of plaintiffs and the proposed class(es): Golomb & Honik, P.C.; Podhurst Orseck, P.A.; Trief & Olk; Webb, Klase & Lemond, LLC; and Lieff, Cabraser, Heimann & Bernstein, LLP. Lead

Counsel shall be generally responsible for coordinating the activities of plaintiffs during pretrial proceedings, including to:

    a. determine (after consultation with members of PEC and other co-counsel as may be appropriate) and present (in motions, memoranda, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;

    b. direct, coordinate and conduct discovery on behalf of plaintiffs, including written discovery and the examination of witnesses in depositions;

    c. consult with and employ experts;

    d. provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel, or committees of plaintiffs' counsel, in a manner to ensure the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    e. call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

    f. act as spokesperson for plaintiffs at pretrial conferences;

    g. receive and review periodic time and expense reports of all attorneys on behalf of plaintiffs, to determine if the time and expenses are being spent appropriately and for the benefit of the plaintiffs and, if called for, to determine and distribute plaintiffs' attorneys' fees and expenses;

    h. enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

CASE NO. 1:09-MD-02036-JLK

i. initiate and conduct any settlement negotiations with counsel for defendants; and

j. perform such other duties as may be expressly authorized by further order of this Court.

To facilitate the orderly and efficient management of this action, the Court appoints Barry R. Davidson, Esq. of Hunton & Williams, LLP, as Temporary Liaison Counsel for Defendants, with whom the Court may communicate directly on matters affecting all Defendants.

2. **PRETRIAL ORDER NO. 1 AND MASTER SCHEDULING ORDERS.** Plaintiffs' Lead Counsel and Counsel for Defendants shall meet and confer regarding the remaining provisions of Plaintiffs' Proposed Pretrial Order No. 1 and Plaintiffs' Proposed Master Scheduling Orders attached as exhibits to Plaintiffs' Memorandum Re August 26, 2009 Status Conference, and shall report the final outcome of such meet and confer, including agreements, proposals and objections, by the close of business on Friday, September 11, 2009.

DONE AND ORDERED at the James Lawrence King United States Courthouse in Miami, Florida this __2nd__ day of September 2009.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to:
Counsel of Record