UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____)

## SCHEDULING ORDER NO. 1

Pursuant to discussion at the Status Conference held before the Court on August 26, 2009, and based upon the joint submissions of the parties to the Court on September 11, 2009, the Court issues the following Scheduling Order No. 1 in accordance with S.D. Fla. L. R. 16.1.

The parties shall comply with the following deadlines in those actions brought against the Bank of America, Wachovia, and Citibank defendants and filed in, or finally transferred to, this Court as of September 11, 2009.

| | |
|---|---|
| Deadline for plaintiffs to send proposed amended complaints to counsel for defendants in actions in which complaint cannot be amended as of right | October 6, 2009 |
| Deadline for plaintiffs to file amended or coordinated complaints in those actions before the Court as of September 11, 2009, in which defendants have stipulated to amendment, or to file motions for leave to amend in such actions in which defendants have not stipulated to amendment | October 13, 2009 |
| Deadline to submit joint status conference statement, and deadline for parties (jointly or separately) to submit further proposed scheduling order | October 19, 2009 |
| Status Conference (agenda to include complaint amendment issues, and scheduling orders for actions finally transferred to the Court after September 11, 2009) | October 22, 2009 (proposed, subject to Court's schedule) |
| Deadline for defendants' filing of non-merits motions directed to operative complaints (except for any actions with pending motions | October 23, 2009 |

1

| | |
|---|---|
| for leave to amend) | |
| Deadline for plaintiffs to file oppositions to non-merits motions directed to operative complaints | November 6, 2009 |
| Deadline for defendants to file replies to non-merits motions directed to operative complaints | November 13, 2009 |
| Status Conference (agenda to include hearing on any pending non-merits motions directed to operative complaints, any pending motions by plaintiffs for leave to amend, and scheduling orders for cases transferred to the Court after October 22, 2009) | November 18, 2009 (proposed, subject to Court's schedule) |
| Deadline for defendants' filing of Rule 12 merits motions (in all actions covered by this order) | Five days after Court's ruling on non-merits motions directed to operative complaints |
| Deadline for plaintiffs to file oppositions to Rule 12 merits motions | Per S.D. Fla. L.R. 7.1(C) |
| Deadline for defendants to file replies to Rule 12 merits motions | Per S.D. Fla. L.R. 7.1(C) |
| Status Conference (agenda to include hearing on any pending Rule 12 merits motions) | To be set by Court |

Lead counsel for plaintiffs shall (1) meet and confer with Bank of America, Wachovia and Citibank in connection with any actions against them that are finally transferred to this Court after September 11, 2009 to discuss the scheduling of proceedings in those actions; (2) meet and confer with all other defendants whose actions are finally transferred to this Court after August 26, 2009, supply them with all Orders previously issued by the Court, and discuss the scheduling of proceedings in those actions. Lead counsel for plaintiffs and such defendants shall, within 14 days following transfer of such actions, propose to the Court an appropriate Scheduling Order for such actions. Such Scheduling Order shall take into account the desirability of coordinating the disposition of common issues with existing actions to the extent practicable. All existing deadlines in such newly transferred actions are automatically suspended and stayed upon transfer

2

to this Court, pending the entry of a Scheduling Order by this Court applicable to the newly transferred actions.

DONE AND ORDERED at the James Lawrence King United States Courthouse in Miami, Florida this __14__ day of September 2009.

/s/ James Lawrence King<br>
Honorable James Lawrence King<br>
United States District Judge

Copies furnished to:
Counsel of Record