UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
 )
MDL No. 2036 )
 )
_____ )

## SCHEDULING ORDER NO. 2

Pursuant to Scheduling Order No. 1 [D.E. 59] and the joint submissions of the parties, the Court issues Scheduling Order No. 2 in accordance with S.D. Fla. L. R. 16.1.

The Court adopts, *in hac verba,* the dates and deadlines set forth in Scheduling Order No. 1 with respect to those actions brought against U.S. Bank, N.A. and/or U.S. Bancorp., and J.P. Morgan Chase Bank, N.A. which were finally transferred to this Court on or before September 20, 2009. Lead counsel for plaintiffs shall meet and confer with U.S. Bank, N.A. and/or U.S. Bancorp, and J.P. Morgan Chase Bank, N.A. in connection with any actions against them that are finally transferred to this Court subsequent to September 20, 2009 regarding the scheduling of proceedings in those actions.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 29th day of September, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

1