# EXHIBIT B

# Schedule Of Fees And Funds Availability

FOR PERSONAL ACCOUNTS

EFFECTIVE

AUGUST 31, 2009

## WACHOVIA

Tennessee

## CHECKING ACCOUNTS

### FREE CHECKING

Minimum deposit required to open account .................................................. $100
*No minimum balance required.*
*Service Fee:*
   Monthly service fee ........................................................................ No Charge

### FREE STUDENT CHECKING

Minimum deposit required to open account .................................................. $50
*No minimum balance required.*
*Service Fee:*
   Monthly service fee ........................................................................ No Charge

### ACCESS FIFTY CHECKING®
(age 50 or more)

Minimum deposit required to open account .................................................. $100
*No minimum balance required.*
*Service Fee:*
   Monthly service fee ........................................................................ No Charge

## RELATIONSHIP BANKING PACKAGES

The average balances and service fees for the following Relationship Banking packages apply to each statement period. *Other qualifying accounts are subject to service fees.* All accounts included in Relationship Banking packages or in qualifying for them must be held for personal use only.

### CROWN ACCESS BANKING®

Minimum deposit required to open account .................................................. $100
*To avoid monthly service fee:*
   Maintain average balance of .................................................................... $1,500
   OR Maintain average balance in any combination of checking, savings,
   and/or money market .............................................................................. $2,500
   OR Maintain average balance in any combination of CDs
   and/or deposit IRAs ................................................................................ $5,000
   OR Maintain credit card (line amount), line of credit (line amount)
   and/or average outstanding installment loan balance* ......................... $5,000
*Service Fee:*
   Monthly service fee ............................................................................. $15.00

### CROWN BANKING®

Minimum deposit required to open account .................................................. $100
*To avoid monthly service fee:*
   Maintain average balance in any combination of checking, savings,
   and/or money market ............................................................................. $5,000
   OR Establish direct deposit and maintain average balance in any
   combination of checking, savings, and/or money market ................... $4,000
   OR Maintain average balance in any combination of CDs,
   deposit IRAs, credit card (line amount), line of credit (line amount)
   and/or average outstanding installment loan balance* ...................... $10,000
*Service Fee:*
   Monthly service fee ............................................................................. $20.00

### CROWN CLASSIC BANKING®
(age 50 or more)

Minimum deposit required to open account .................................................. $100
*To avoid monthly service fee:*
   Maintain average balance in any combination of checking,
   savings, and/or money market .............................................................. $1,000
   OR Maintain average balance in any combination of CDs
   and/or deposit IRAs ................................................................................ $1,000
   OR Maintain line of credit (line amount) and/or average outstanding
   installment loan balance* ...................................................................... $1,000
*Service Fee:*
   Monthly service fee ............................................................................. $20.00

### CROWN SELECT BANKING®

Minimum deposit required to open account .................................................. $100
*To avoid monthly service fee:*
   Maintain average balance in any combination of checking, savings
   and/or money market ........................................................................... $10,000
   OR Maintain average balance in any combination of CDs, deposit IRAs,
   credit card (line amount), line of credit (line amount) and/or average
   outstanding installment loan balance* ................................................ $20,000
*Service Fee:*
   Monthly service fee ............................................................................. $25.00

*Eligible loans for Crown Access, Crown, Crown Classic and Crown Select Banking compensating balances include personal unsecured lines of credit and installment loans issued by Wachovia Bank, N.A.; Wachovia affiliate or subsidiary loans (such as Wachovia Dealer Services) are not eligible.*

### COMMAND ASSET PROGRAM

Please refer to the Wells Fargo Advisors Investment Services Group Schedule of Fees for Command Asset Program brokerage and bank fees.

**Securities and Insurance Products:**

| Not Insured by FDIC or any Federal Government Agency | May Lose Value | Not a Deposit of or Guaranteed by a Bank or any Bank affiliate |
|---|---|---|

Investment products and services are offered through Wells Fargo Advisors, LLC, Member NYSE/SIPC, and a registered broker-dealer and separate nonbank affiliate of Wells Fargo & Company.

## MONEY MARKET & SAVINGS ACCOUNTS

The minimum balances and service fees for savings accounts apply to each calendar month. For combined checking/savings statements, the minimum balances and service fees apply to each statement period.

### HIGH PERFORMANCE MONEY MARKET

| | |
|---|---|
| Minimum deposit required to open account | $2,500 |
| *To avoid monthly service fee:* | |
| Maintain minimum balance of | $2,500 |
| *Service Fees:* | |
| Monthly service fee | $10.00 |
| * Limited check writing - up to 6 per month | |

### PREMIUM SAVINGS

| | |
|---|---|
| Minimum deposit required to open account | $50 |
| No minimum balance required to open minor (under age of 18) account. | |
| *To avoid monthly service fee:* | |
| Maintain minimum balance of | $300 |
| Minor accounts (under age of 18) | No Charge |
| *Service Fees:* | |
| Monthly service fee | $5.00 |
| *To avoid teller withdrawal/transfer fees:* | |
| Maintain minimum balance of | $2,500 |
| *Teller Withdrawal/Transfer Fee:* | |
| First three teller withdrawals or transfers per month | No Charge |
| Each teller withdrawal or transfer over three per month | $3.00 |

*\* Federal regulations limit the total of third party transfers (such as checks, automatic drafts and debit card purchases), pre-authorized transfers (including overdraft transfers), and online or telephone transfers to six per statement cycle. Over this limit, there is a $15 charge per item.*

### RETIREMENT SERVICES

Please refer to the Wells Fargo Advisors Investment Services Group Schedule of Fees for self-directed (brokerage) IRA and Education Savings Account fees.

### IRA/SEP/QRP

| | |
|---|---|
| External transfer fee (CD IRAs only) | $25 |
| Minimum balance fee | $10 |
| *(May apply if the balance in your account falls below $50.)* | |
| Qualified Retirement Plan annual fee | $150 |

*Regardless of age, deposits that have not matured are also subject to an interest penalty.*

### ONLINE BANKING/BILLPAY FEES

| | |
|---|---|
| Online Banking | No Charge |
| Online BillPay | No Charge |
| Online Banking/BillPay access through Quicken®, QuickBooks®, and Microsoft® Money* | $5.95 per month following the three (3) month free trial period after your enrollment date |

*\* No monthly access charge for Crown Access Banking, Crown Banking, Crown Classic Banking, Crown Select Banking or Command Asset Program.*

### ONLINE TRANSFERS TO/FROM NON-WACHOVIA ACCOUNTS

| | |
|---|---|
| Incoming | No Charge |
| Outgoing, Standard Delivery* | $3.00 |
| Outgoing, Next Business Day* | $10.00 |

*\* Account Related Fees apply. No Charge for Wells Fargo Advisors and Wealth Management customers.*

### CHECK CARDS/ATM CARDS

| | |
|---|---|
| ATM Card Point-of-Sale Purchase | No Charge |
| ATM Mini Statement [3,5,8] | $1.00 |
| ATM/Check Card Replacement | $5.00 |
| ATM Transactions | |
| Wachovia ATMs | No Charge |
| Non-Wachovia ATMs [2,5,6,7] | $2.00 |
| International Non-Wachovia ATMs [2,5,6,7] | $5.00 |
| (withdrawals, transfers and balance inquiries at a non-Wachovia ATM outside the United States, Puerto Rico and the US Virgin Islands) | |
| Check Card with *Wachovia Possibilities Rewards* *    Monthly Fee | No Charge |
| Check Card Cash Advance Fee | $2.50 |
| My Direct Pay Monthly Fee | No Charge |
| My Direct Pay Teller Transaction Fee | $15.00 |
| My Direct Pay Non-Wachovia ATM Transactions [2] | $2.00 |
| My Direct Pay Wachovia ATM Inquiries | 4 free per month, then $0.25 |
| My Direct Pay Non-Wachovia ATM Inquiries [2] | $0.50 |
| My Direct Pay Wachovia ATM Withdrawals | 4 free per month, then $1.00 |
| My Direct Pay PIN-Based Purchases | 2 free per month, then $0.25 |

### OTHER SERVICES/FEES

| | |
|---|---|
| Account Closing | |
| Within 6 Months of opening (checking and savings) | $25.00 |
| In Overdraft Status at closing | $40.00 |
| Account Research, per hour | $25.00 |
| *(1 hour minimum)* | |
| Bond/Coupon Handling | |
| Bond Redemption | $20.00 |
| Coupon Collection, per envelope | $10.00 |
| Check/Document Photocopy | $5.00 |
| (If Check Safekeeping Statement or Check Image Statement, first three check copies at no charge each statement period.) | |
| Check Printing | Prices vary |
| Collection Item | |
| Domestic | $20.00 |
| Foreign | |
| *(plus any correspondent bank fees)* | $75.00 |
| Deposited/Cashed Item Chargeback | $10.00 |
| Foreign Currency Changed into U.S. Currency | $15.00 |
| Immigration, Embassy, Summary of Assets Letters | $25.00 |
| Insufficient Funds/Unavailable Funds/Overdrafts [2] | |
| These per item charges apply to: checks, in-person withdrawals, ATM withdrawals, point-of-sale transactions, or other paper or electronic transactions. | |
| First Occurrence | $22.00 per item |
| Additional Occurrences | $35.00 per item |
| Internal Funds Transfer | |
| Automated Telephone Transfer | No Charge |
| Person-to-Person Transfer | $3.00 |
| Legal Processing | $100.00 |
| Money Order [4,5] | $5.00 |
| Official Check [4,5] | $6.00 |
| Overdraft Protection Transfer, per transfer [4] | $10.00 |
| (For credit card transfers, the Overdraft Protection Transfer fee is charged to your credit card account, not your deposit account. Please refer to your Credit Card Agreement for additional details.) | |
| Statement Options: | |
| Interim Statement | $5.00 |
| Check Safekeeping Statement | No Charge |
| Check Image Statement | No Charge |
| Online Statement | No Charge |
| Stop Payment/Stop Watch [5] | $30.00 |
| Travelers Checks | |
| Single signature [4,5] | 2% |
| Dual signature (1% for Command Asset Program, Crown Banking Crown Classic Banking and Crown Select Banking) | 3% |
| Wire Transfers | |
| Domestic Incoming [4,5,10] | $15.00 |
| Domestic Outgoing | $25.00 |

*For International Fees, please refer to the Schedule of International Services and Fees (form # 564156)*

573836 (Rev 07) Page 2 of 3

[1] *The average balance is calculated by adding the principal in the account for each day of the period and dividing that figure by the number of days in the period.*

[2] *Non-Wachovia ATM transaction charges apply regardless of balance. When you use an ATM not owned by us, you may be charged a fee by the ATM operator or network used, and you may be charged a fee for a balance inquiry even if you do not complete a fund transfer.*

[3] *No charge for Crown Access Banking, Crown Banking, Crown Classic Banking and Crown Select Banking.*

[4] *No charge for Crown Banking, Crown Classic Banking and Crown Select Banking.*

[5] *No charge for Command Asset Program.*

[6] *Crown Access Banking, Crown Banking, Crown Classic Banking and Crown Select Banking include two free non-Wachovia ATM withdrawals per statement period.*

[7] *Free Student Checking linked to a parent(s) Wachovia checking account can receive four non-Wachovia ATM withdrawals, four inquiries and four transfers per statement cycle at no charge from Wachovia.*

[8] *An ATM Mini Statement provides the last ten transactions on your account.*

[9] *The charge amount will be determined by the number of occurrences during the current month and preceding 12 months. An occurrence is a business day with at least one insufficient funds/unavailable funds/overdraft item.*

[10] *No charge for Free Student Checking.*

## DEPOSITED FUNDS AVAILABILITY

### WHEN FUNDS ARE AVAILABLE FOR WITHDRAWAL

Our policy is to make funds from your deposit available to you on the first business day after the day we receive your deposit. When available, you can withdraw the funds in cash, and/or we will use the funds to pay checks that you have written. For determining the availability of your deposits, every day is a business day except Saturdays, Sundays, and federal holidays. If you make a deposit before 2 p.m. (unless otherwise posted) on a business day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after 2 p.m. or when otherwise posted in our bank offices, or on a day we are not open, we will consider that the deposit was made on the next business day we are open. Funds availability may differ for deposits made or accounts opened in other Wachovia locations. Availability schedules may be obtained upon request.

### LONGER DELAYS MAY APPLY

In some cases, we will not make all of the funds that you deposit by check available to you on the first business day after the day of your deposit. Depending on the type of check you deposit, funds may not be available until the fifth business day after the day of your deposit. However, the first $100 of your deposits will be available on the first business day. If we are not going to make all of the funds from your deposit available on the first business day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If we decide to take this action after you have left the bank premises, we will mail you a notice by the day after we decide to place the hold. If you need the funds from a deposit right away, you should ask us when the funds will be available. Funds from the following deposits are available on the first business day following the day of your deposit if the conditions indicated are met:

(1) State and local government checks from the state in which your account is maintained and,
(2) Official, certified and teller's checks that are payable to you if you indicate on your deposit slip that special checks are included in the deposit. Mark your deposit slip by writing "SD" beside the special check.

In addition, funds you deposit by check (including those mentioned above) may be delayed for a longer period of time under the following circumstances:

(1) You deposit checks totaling more than $5,000 on any one day.
(2) You redeposit a check that has been returned unpaid.
(3) Your account has been overdrawn repeatedly in the past six months.
(4) We believe a check you deposit will not be paid.
(5) There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the eleventh business day after the day of your deposit.

### SPECIAL RULES FOR NEW ACCOUNTS

If you are a new customer, the following special rules will apply during the first 30 days your account is open. Funds from deposits of cash, and the first $5,000 of a day's total deposits of U.S. Treasury, cashier's, certified, teller's, traveler's, the state or local government of the state where your account is maintained, Federal Reserve Bank and Federal Home Loan Bank checks, and checks drawn on Wachovia will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you and deposited into your account. The excess over $5,000 will be available on the seventh business day after the day of your deposit. Funds from wire transfers into your account will be available on the first business day after the day we receive the transfer. The funds from other check deposits will be available on the seventh business day after the day of your deposit.

### HOLDS ON OTHER FUNDS

If we cash a check for you that is not drawn on a Wachovia bank, we may withhold the availability of a corresponding amount of funds that are already available in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited the check.

### FOREIGN CHECKS

Checks drawn on banks outside the United States are sent for collection instead of being deposited directly into your account. Any non-US checks deposited will be returned to you via US mail. Please speak with a Financial Center representative to assist you in collecting funds from non-US checks and to understand associated collection fees. Funds will be deposited after we receive payment for the check from the bank on which it is drawn.

### AUTOMATED TELLER MACHINE (ATM) TRANSACTIONS

ATMs owned and operated by Wachovia are labeled on the ATMs as our machines. Cutoff times for transactions at our ATMs may vary by location and are disclosed at our ATMs. The earliest cutoff time is 4 p.m. local time. Transactions made on a non-business day are considered to be made on the next business day.

Wachovia Bank N.A., Member FDIC, until March 20, 2010. Effective March 20, 2010, Wachovia Bank will be a division of Wells Fargo Bank, N.A., Member FDIC.

TN

573836 (Rev 07) Page 3 of 3