# <u>APPENDIX B</u>

# Account Disclosures & Regulations

**Relating to Deposit Accounts and Other Services and Electronic Fund Transfer Agreement and Disclosures**

**(Online Version)**

Effective April 22, 2007

**ACCOUNT DISCLOSURES AND REGULATIONS**
**QUICK REFERENCE GUIDE**

These *Account Disclosures and Regulations* are intended to provide you with the rules and regulations applicable to the products and services you select. All sections applicable to these products and services should be read in their entirety.

Following are some of the topics most frequently referenced by customers, and the primary sections within these *Account Disclosures and Regulations* where this information is located. Note that other information related to these topics may be included in other sections of this booklet.

- **Check Holds** – See the *Funds Availability* section.

- **Debit Cards** – For accounts that include card access, if you have a card, we may link the account to any eligible card already issued to you. If we do not link your account to a card you already have, by opening the account, you request the card noted in the account description unless you tell us otherwise. If the account allows a Washington Mutual Debit MasterCard® , you may choose to have an ATM card instead. If the account allows any card type, you may choose to have no card at all. The *WaMoola for Schools*® Debit MasterCard® , if offered by us, is available to customers enrolled in the *WaMoola for Schools*® program and is a substitute for the Debit MasterCard® that would otherwise be issued depending upon the type of checking account opened. The *WaMoola for Schools*® card issued will possess the same attributes and be subject to the same terms and conditions as the Debit MasterCard® for which it is being substituted.

- **Electronic Fund Transfers** – See the *Electronic Fund Transfer Agreement and Disclosures* section for information on automated teller machine (ATM), Point of Sale (POS), Automated Clearinghouse (ACH) and other types of electronic transfers.

- **Identification** – See the *Identification and Taxpayer Identification Number Certification* section for account opening and transaction identification requirements.

- **Overdrafts/Non-Sufficient Funds practices** – See the *Overdrafts/Non-Sufficient Funds* and *Overdraft Limit* sections.

- **Time Limit to Report Errors** – See the *Customer Responsibilities and Limit on Time to Assert Claims* section for requirements to report problems related to your account.

## TABLE OF CONTENTS

**Introduction** ............................................................. 6
  Account Disclosures and Regulations ....................... 6
  The Contract ............................................................. 6
  Amendment ............................................................... 7
  Governing Law............................................................ 7
**Customer Service Questions** ............................................ 8
**Resolution of Disputes (Including Arbitration)** ............. 8
**Online Products and Service Section** ............................. 8
  Introduction ............................................................... 8
  Disclosure of Online Account Terms ......................... 9
  Accounts Available to Be Opened Online Only ......... 9
  Additional Accounts Available to Be Opened Online 14
  Additional Features for Accounts Opened Online .... 14
  Your Privacy............................................................. 18
  How to Contact Us ................................................... 21
  Addendum – Free ID Theft Services ........................ 21
**Disclosure of Account Terms** ........................................ 26
  **Checking Accounts** .................................................. 26
    *WaMu Free Checking™* .......................................... 25
    Platinum Checking .................................................. 27
  **Savings Accounts** .................................................... 32
    Statement Savings/Platinum Savings/
    Individual Development Account ............................ 32
    *School Savings*® Account ......................................... 32
  **Money Market Accounts** ........................................... 34
    Guaranteed Great Rate Money Market Account. ..... 34
    Money Market Deposit /Money Market Savings .....35
  **Time Deposits (CDs)** ................................................ 36
    Certificate of Deposit. ............................................ 36
    $100,000 Certificate of Deposit ............................. 36
    Liquid Certificate of Deposit .................................. 38
  **Deposit Accounts Held in IRAs, QRPs and CESAs** 40
    Retirement Certificate of Deposit ........................... 41
    Retirement Money Market Deposit Account .......... 41
  **Rules and Regulations Applicable to Checking**
  **Accounts, Savings Accounts and Money**
  **Market Accounts** .................................................... 42
    Automatic Savings Plan. ......................................... 42
    Check Cashing Requirements .................................. 43
    Check Orders, Bank by Mail Kits and Format ........ 43
    Check Truncation (Safekeeping)/Cleared Checks   43
    Interest-Bearing Checking Accounts. ..................... 44
    Limited Transaction Accounts ................................ 44
    Minimum Balance to Maintain Account.................. 44
    Order of Posting ..................................................... 44
    Overdraft Limit ...................................................... 44
    Overdrafts/Non-Sufficient Funds ........................... 45
    Plus Package ........................................................... 45
    Postdated, Stale Dated and Conditional Checks ..... 46
    Regulatory Classification of Checking Accounts. ....46
    Stop Payments ........................................................ 47
  **Rules and Regulations Applicable to All CDs** ......... 48
    Additions to CDs. ................................................... 48
    *Bump Rate*® Feature. .............................................. 48
    Early Withdrawal Penalties ..................................... 48
    Early Withdrawal Without Penalty
    (excluding Retirement Accounts) ........................... 49
    Grace Period. .......................................................... 49
    Issuance and Production of CDs............................... 49
    Maturity Date and End of Term .............................. 49
    Minimum Balance Requirements .......................... 49

Transaction Limitations ...................................... 49

**General Regulations Relating to All Accounts
and Services.**...................................................... 49

Account Ownership ....................................... 49

Account Ownership and Contact Information Changes 54

Accounts Presumed Abandoned .............................. 55

Address Confirmation Authorization ..................... 55

Adjustments ...................................................... 56

Amendment/Termination ........................................ 56

Authorized Signers ....................................... 56

Balance Calculation/Definitions ............................ 57

Balance Calculation/Determining Collected Balance 57

Branch/Financial Center/Financial Store ................ 58

Cash Vouchers and Cash Dispensing Machines. ..... 58

Changes to Your Account Type ............................ 59

Collections.......................................................... 59

Conflicting Demands and Disputes ........................ 59

Credit Reporting Agencies/Reporting/Verification .60

Customer Responsibilities and Limit on Time to
Assert Claims ........................................... 60

Date and Time of Transaction ................................ 62

Death or Adjudication of Incompetency .................. 62

Deposits ........................................................... 63

Disclosure of Information to Third Parties .............. 64

Dishonored Checks (New York State Only).............. 64

Domestic Partnerships ........................................ 64

Electronic Imaging of Checks ................................ 64

Electronic Redeposit of Returned Checks ............... 65

Endorsements. .................................................... 65

Fees and Costs ................................................... 65

Foreign Transactions ............................................ 65

Gender, Singular and Plural ................................ 66

Identification and Taxpayer Identification
Number Certification ................................ 66

Inactive Accounts ............................................... 66

Insurance of Accounts/Pass-Through Insurance ...... 67

Interbank and Interstate Transactions .................... 67

Interest Payments and Conditions ........................... 68

Joint and Several Liability ..................................... 68

Language ........................................................... 68

Large Currency Transactions, OFAC and Other Laws 68

Legal Process...................................................... 69

Limit of Liability ................................................ 69

Minors' and Incompetents' Accounts .................... 70

Monthly and Quarterly Cycles ............................... 71

Multiple Party Instructions ................................... 71

Offset Rights...................................................... 71

Payment in Full................................................... 71

Permanent Interest Orders ...................................... 71

P.O.D. and Totten Trust Accounts........................... 72

Powers of Attorney/Appointment and Payment to Agents 72

Protecting Your Account ....................................... 73

Recording and Monitoring ...................................... 74

Records ........................................................... 74

Refusal/Termination/Restrictions on Accounts and
Services .................................................. 74

Reporting Negative Information to Credit Reporting
Agency ..................................................... 74

Returned Items .................................................... 75

Signature Verification and Notations ....................... 75

Statements, Notices and Other Information ............. 75

Substitute Checks .............................................. 77

Telephone Communications ................................... 77

Termination (See Amendment/Termination section..77

Third Party Networks/Service Providers/Clearinghouses 77

Transfer/Assignment ............................................ 77

Waiver of These Rules ......................................... 77

Wire Transfer Services .......................................... 77

Withdrawals............................................................. 80

**Funds Availability** ........................................... 81

**Electronic Fund Transfer Agreement and Disclosures** 83

**Check 21/Expedited Recredit** ...................................... 93

**Taxpayer Information** ................................. 94

**Addendum: Notice of Change for *WaMu Free Checking*™.** 96

**Customer Service Information....** ............................97

5

# INTRODUCTION

## Account Disclosures and Regulations

Washington Mutual offers a variety of products and services to meet your specific financial needs. These Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Fund Transfer Agreement and Disclosures (generally referred to as *"Account Disclosures and Regulations"*) are intended to provide you with the rules, regulations and electronic fund transfer and other disclosures applicable to the products and services you select. As used herein, the terms "you", "your", "depositor", and "accountholder" mean each and every owner of, Authorized Signer on, and drawer of any item on, the account, and each and every person selecting a service described herein. The terms "Washington Mutual", "WaMu", "Bank", "we", "us", and "our" mean Washington Mutual Bank (also operating under the name Washington Mutual Bank, FA), or Washington Mutual Bank fsb, as the case may be. The Bank holding your account will be set forth on the *Master Account Agreement* or as otherwise set forth in written documentation from us.

## The Contract

The contract of deposit shall be in writing and signed or otherwise accepted by all persons who, at the time the initial account is opened for such ownership capacity (vesting), have a current right to order payment of funds from the account, and shall be binding on their respective heirs, successors, representatives and beneficiaries except as limited by law. By signing or otherwise accepting your contract of deposit (also called the "*Master Account Agreement*") or other forms that you sign or otherwise accept when you open or request an account, product or service, or by using a Bank account, product or service without signature (except where signature is required by law), each of you represents and warrants individually and in your representative capacity, if applicable, that all information provided by any accountholder, owner, or Authorized Signer is true, correct, and complete and you agree that you (and your heirs, successors, representatives, and beneficiaries, if any) shall be bound by these *Account Disclosures and Regulations* and all amendments hereto from time to time in effect. Notwithstanding the preceding, if an accountholder has not signed or otherwise accepted the *Master Account Agreement* for the applicable account vesting such person is, nonetheless, subject to all terms and conditions of the *Master Account Agreement* and these *Account Disclosures and Regulations* unless such is prohibited by law, and such accountholder shall not use the account until such person has signed the *Master Account Agreement*.

These *Account Disclosures and Regulations*, and all other documents we provide or require you to sign or otherwise accept in connection with accounts and services (including without limit the *Statement of Fees* and the *Bank Rate Information Sheet*, if any, applicable to your account), are a part of your *Master Account Agreement* and incorporated therein by this reference. Your *Master Account Agreement* governs all accounts and related services opened by you or any of you in the ownership capacity in which you have opened them at the time you sign the *Master Account Agreement*, and governs all other accounts, and related products and services that you may from time to time authorize the Bank to open or provide to you in that ownership capacity. Each of you, if more than one, agree that any other of you may authorize Bank to open or provide other accounts, products and services from time to time on your behalf in the same ownership capacity and you agree to be bound by the terms and conditions applicable thereto. Such authorization may be made in any manner as Bank may, at its option, permit including, without limitation in writing, in person, orally, by telephone or electronic communication, at the Bank's discretion, or by your use of services without specific authorization (except as limited by law). All accounts, products and services opened shall remain open and in effect until they terminate in accordance with their own terms, or until the Bank terminates them or receives a notice of termination in form satisfactory to the Bank from you. The Bank's records with respect to the establishment, termination, and status of all accounts and services opened by you, and all other accounts and services you authorize from time to time, are conclusive.

## Amendment

The Bank may amend the *Master Account Agreement*, the account terms, and these *Account Disclosures and Regulations*, *Statement of Fees*, the *Bank Rate Information Sheet* and any other documents or agreements related thereto at any time without notice. However, the Bank will notify you of changes if and when required by law. This notice, at our option, may be included with your periodic statement, if any. By not terminating the account, or by using any products or services relating to the account after the change, you agree to be bound by any such change.

**Governing Law**

All accounts, deposits, products, and services described herein, and the rights and obligations you and the Bank have, are governed by and interpreted according to federal law, and by applicable state law to the extent not superseded by federal law. Unless otherwise expressly agreed in writing, our relationship with you in regard to your deposit account shall be that of debtor and creditor, and no fiduciary, quasi-fiduciary or other special relationship exists between you and us.

If any of the provisions of this publication or of any other documents or agreements between us in connection with an account or services are determined to be void or invalid, the remainder of such document's provisions shall remain in full force and effect.

The applicable state law (to the extent not superseded by federal law) shall be the law of the state where the account is opened, if opened in person. If not opened in person, the law of the state of your residence, if we have a deposit taking financial center operating under the Washington Mutual name in that state at the time your account is opened, shall be applicable; otherwise, the law of the state in which the home office of the particular Washington Mutual bank with which you establish your account is located shall be applicable. At the time this document is printed, the home office of Washington Mutual Bank fsb is in the State of Utah and the home office of Washington Mutual Bank is in the State of Nevada.

At time of publication, Washington Mutual Bank has financial centers and accepts deposits in the Washington Mutual name in Arizona, California, Colorado, Connecticut, Florida, Georgia, Idaho, Illinois, Nevada, New Jersey, New York, Oregon, Texas, Utah and Washington; and Washington Mutual Bank fsb has financial centers and accepts deposits in the Washington Mutual name in Idaho and Utah.

## CUSTOMER SERVICE QUESTIONS

If you have a question about your accounts or other products and services, you may call us 24 hours a day, seven days a week at 1-800-788-7000.*

Washington Mutual offers service to deaf and hard-of-hearing customers through TDD-enabled phones (Telephonic Device for the Deaf) at 1-800-841-1743.* If this number is not available, dial 711 for Telecommunications Relay Service assistance.

*Calls may be monitored to ensure internal quality and for training purposes.

## RESOLUTION OF DISPUTES
## (INCLUDING ARBITRATION)

We strive to remedy our customers' problems and disputes as fast as we can. In most cases, we can resolve a problem in a branch or by telephone. We believe that the arbitration procedure described below has the potential to resolve any dispute between the Bank and our customers. In general, arbitrations benefit both of us by being less costly and time-consuming, and resolving disputes quicker than traditional litigation.

YOU AND WE ARE WAIVING THE RIGHT TO HAVE OUR DISPUTE HEARD BEFORE A JUDGE OR JURY. This applies to disputes that are arbitrated or resolved by judicial reference.

The Bank and you elect to be bound by the Federal Arbitration Act. Except as set forth below, the parties must arbitrate any dispute or controversy concerning your deposit account and safebox relationships with us whether or not arising out of federal or state law or regulation or otherwise, including without limit, debit/ATM cards, checks, deposits, withdrawals, treasury/cash management services, ACH, online or telephone banking, wire transfers or other related services, WHEN EITHER party requests that the matter be submitted to arbitration. Under the procedure, the dispute is submitted to a neutral party for determination.

The arbitrator shall be selected by mutual agreement, or, if you and the Bank cannot agree, in accordance with the selection procedure provided in the rules of the arbitration service selected by the parties. If there is no such provision, selection will be according to Section 5 of the Federal Arbitration Act. The decision of the arbitrator is final and binding except as the Federal Arbitration Act may otherwise provide. The decision of the arbitrator can be entered in the court as a judgment and enforced according to the state and/or federal laws. An award may also be enforced pursuant to the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards of 1958

7

(the "New York Convention"). You agree and consent to the service of legal process, including (without limit) demand for arbitration by mail, at the most recent address shown for you in our records. The costs of arbitration will be equally borne by you and the Bank unless the arbitrator's decision allocates cost differently.

Except as set forth below, a dispute involving one deposit account or safebox relationship, or two or more deposit account and/or safebox relationships with at least one common owner, is eligible for arbitration hereunder and, if arbitration is requested, will be decided under the *Commercial Arbitration Rules of the American Arbitration Association* ("AAA"), provided, however, that if such arbitration relates to a consumer account (that is, an account opened and used primarily for personal, family or household purposes), such shall be subject to such Commercial Arbitration Rules as modified by AAA's *Supplementary Procedures for the Resolution of Consumer- Related Disputes*, including, without limit, any fee schedule established by AAA from time to time. Actions eligible for small claims court, class actions, or actions filed on behalf of the general public under applicable state statutes are not eligible for arbitration.

Certain rights and responsibilities regarding your account are not affected by arbitration. For instance, we can still offset against your account in the appropriate circumstance, we can exercise our security interest in any property in case of default on a loan secured by your deposit account, and we may comply with legal process, such as a writ of garnishment, involving any account or safebox. You also retain certain legal rights, such as the right to file bankruptcy. If our dispute involves third parties who are not subject to this dispute resolution program, then dispute resolution shall not be stayed pending resolution of the dispute with the third party or parties, absent a modification of this agreement between us.

In California: If either you or we elect, any dispute or controversy concerning your deposit account relationship with us including without limit, debit or ATM cards, ACH Transactions, and wire transfers or safeboxes filed or asserted in California under the Business and Professions Code Section 17200 or as a class action shall be decided by a reference under the California Code of Civil Procedure Section 638 or related sections. A referee - either an active attorney or a retired judge - is selected according to the procedures for selecting arbitrators of the American Arbitration Association and is then appointed by the court in which the action commenced. The decision of the referee must stand as the decision of the court, and judgment may be entered thereon in the same manner as if the action had been tried in court.

## ONLINE PRODUCTS AND SERVICES SECTION

The following *Online Products and Services Section* ("Online Section") supplements these *Account Disclosures and Regulations*, and provides terms and conditions of accounts and services opened, maintained, used, and/or requested by you using our online banking service (Online Service), not otherwise provided by, and in addition to, the terms and conditions of these *Account Disclosures and Regulations*. All terms and conditions of the *Account Disclosures and Regulations* apply, unless other term or condition is expressly provided in this Online Section,  below, in which case this Online Section shall supersede such term or condition in the *Account Disclosures and Regulations*.

### Introduction

The Introduction - Account Disclosures and Regulations and Contracts sections - of the *Account Disclosures and Regulations*, above, are supplemented, as follows:

### Account Disclosures and Regulations

If you open a Deposit Account online or use our online banking service, the *Washington Mutual Personal & Business Online Banking, Loan Payments, and Bill Pay Service Agreement and Disclosures,* and *Notice and Consent Regarding Electronic Communications Delivery Service,* together with these *Account Disclosures and Regulations*, govern your use of our online banking service for your account and/or service and will be provided to you separately.

If your account is opened online, Washington Mutual Bank (also operating under the name Washington Mutual Bank, FA) is the Washington Mutual bank that holds your account.

### The Contract

By opening an account or requesting a service with us through our online banking service, including your application, account funding, and this agreement, or by using any product or service through our online banking service, you agree to the terms and conditions of this agreement. If the account you open online is a checking account and/or other account for which the special signature check provisions are provided for your account at the time you open your account, the official written signature(s) for your account will be captured from a special signature check, such as our *Account Autograph™* Check, provided to you with your checks after your account is opened, and/or by other check or document required by us. (See, *Check Orders for Accounts Opened Online; Special Signature Check* section of these *Account Disclosures and Regulations*, below).


This *Account Disclosures and Regulations* agreement shall be valid and enforceable if accepted in electronic form using our online banking service applicable to your account. Further, you agree that a signature in electronic form for your account and/or service shall be binding upon you. By opening an account or requesting a service with us through our online banking service, including your application, account funding, and this agreement, or by using any product or service through our online banking service, you agree to the terms and conditions of this agreement.  By signing or otherwise accepting your contract of deposit or other forms that you sign or otherwise accept when you open or request an account, product or service, by opening an account with us through our online services, including your application, funding, and this *Agreement*, or by using a Bank account, product or service without signature (except where signature is required by law), each of you represents and warrants individually and in your representative capacity, if applicable, that all information provided by any accountholder, owner, or Authorized Signer is true, correct, and complete and you agree that you (and your heirs, successors, representatives, and beneficiaries, if any) shall be bound by these *Account Disclosures and Regulations* and all amendments hereto from time to time in effect.

Any reference to "Master Account Agreement" in these *Account Disclosures and Regulations* shall apply to your account agreement, whether accepted electronically or by any other method, for your account.


**Disclosure of Online Account Terms**

Accounts described below may not be available at all times, in all areas, or to all account holders, whether or not noted below. Online-only accounts are offered, at our option, only as online banking accounts, and accordingly, may be subject to restrictions not otherwise applicable to the accounts we offer through our other Bank channels. Except as described below, the terms of your accounts and services of your online account and services are as described in the remaining sections of the *Account Disclosures and Regulations*.


**Accounts Available to Be Opened Online Only**

From time to time, at bank discretion, Bank may offer certain accounts which are available only if opened using our online banking service. (For accounts opened online, see also, Additional Features for Accounts Opened Online section, below. The following accounts are offered online-only as of date of publication.


***ONLINE SAVINGS***

Rate Information

- Refer to the *Bank Rate Information* (available on www.wamu.com/personal/accountchoices/savings/online_savings_account/default.asp) applicable to your account for the interest rate and APY for this account. The interest rate and APY are established at our discretion, are variable, and are subject to change without notice or limit.

- Interest rate may be set on a tiered basis if interest tiers are shown in the *Bank Rate Information* applicable to your account. For tiered accounts, if your daily ending balance is equal to or greater than the balance stated for the tier, the interest rate and APY paid on the balance deemed to be collected in your account will be as quoted for that tier. Refer to the Interest Payments and Conditions section of the *Account Disclosures and Regulations*.

Compounding and Crediting

- Interest on your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years).

- For interest accrual, refer to the Balance Calculation/ Determining Collected Balance and Interest Payments and Conditions sections of the *Account Disclosures and Regulations*.

Minimum Balance Requirements

The minimum deposit to open this account is set forth in the *Statement of Fees* and/or *Bank Rate Information* applicable to your account.

Balance Computation Method

We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day, subject to the interest accrual method described above.

Fees

A service charge as disclosed in the *Statement of Fees* applicable to your account will be imposed each monthly cycle if the balance in your account falls below the balance disclosed in the *Statement of Fees* applicable to your account at the end of any day of the monthly cycle. Any other fees associated with the account are set forth in the *Statement of Fees* applicable to your account.

Transaction Limitations

- This is a Limited Transaction Account. Refer to the Limited Transaction Accounts section of these *Account Disclosures and Regulations* for detailed information regarding transaction limitations.

-  Subject to the Limited Transaction Accounts section, you may make withdrawals online from your account by External ACH Transfers (subject to External ACH Transfers section, below, and the Electronic Fund Transfer Agreement and Disclosure section of these *Account Disclosures and Regulations*), withdrawals at our financial centers, automated teller machines (ATMs), and/or through our customer service at the telephone number listed in this agreement, unless you are notified otherwise in writing. All withdrawals are also subject to the Withdrawal section of these *Account Disclosures and Regulations*.

- You may NOT use checks or similar items to debit this account.

- You may make unlimited deposits to this account.

- The Bank reserves the right to require written notice seven (7) days prior to any withdrawal or transfer from this account.

Limitations

These accounts are intended for personal, family or household purposes and cannot be used for business/commercial uses. If this account is being used for business/commercial purposes, we reserve the right to change the account to a business savings type account. This account is only offered as an online savings account.

Restrictions

- This account requires electronic delivery of your statements on this account. If you request paper statements for this account, the Bank reserves the right to close your account, or convert your Savings Account to a Statement Savings account or other account that does not require electronic delivery of statements.

- This account requires enrollment in our Personal Online Banking during the time that you maintain your account. If you are not enrolled in our Personal Online Banking at any time, the Bank reserves the right to close your account, or

convert your Savings Account to a Statement Savings account) or other account that does not require electronic delivery of statements.

- If we convert your Savings Account to a Statement Savings under the Monthly Statement or Personal Online Banking section above, your account will be subject to the *Account Disclosures Statement of Fees, and Rate Information* applicable to Statement Savings. A service charge as disclosed in the Statement of Fees applicable to Statement Savings will be imposed each monthly cycle if the balance in your account falls below the balance disclosed in the Statement of Fees at the end of any day of the monthly cycle. In addition, special Internet Rates and APYs will no longer apply, and the Statement Savings Standard Rates and APYs will apply. Statement Savings accounts currently do not have balance tiers, except for accounts in New York and New Jersey as follows: $0-$999; and, $1,000 and above. For standard rate/APY (including tiers if applicable) and fee information, see the Statement Savings product page on wamu.com.

Special Benefits When You Open Your Online Savings With A *WaMu Free Checking*™ Or Link To A Checking Account Online When Opening Your Online Savings Online

The following benefits apply when you open an Online Savings account with a *WaMu Free Checking* account using our online banking service or you link your Online Savings to an existing  checking account with us when you open your Online Savings online, and you meet the requirements of electronic delivery of your account statements and enrollment in Personal Online Banking, above: (1) Waiver of the monthly service charge on your Online Savings; and, (2) Relationship Rates and APTs (also referred to as Special Internet Interest Rates and APYs and/or "Internet Rates and APYs) applicable to Online Savings. Internet Rates and APYs may, but are not required to be, higher than our standard Interest Rates and APYs ("Standard Rates and APYs). Standard Rates and APYs and Internet Rates and APYs are set in our discretion, and are stated in the *Bank Rate Information Sheet(s)* applicable to your account. Interest Rate/APY tiers are applicable as set forth in the Rate Sheet applicable to our Internet Rates/APY, but not for Standard Rate/APY unless set forth in the Rate Information Sheet applicable to our Standard Rates/APY. If your *WaMu Free Checking* account and/or linked checking account is closed for any reason (by you or us), or transferred to another type of account, and/or you do meet the requirements of electronic delivery of your account statements and enrollment in Personal Online Banking, above, Standard Rates and APYs (including tiers if applicable as noted above) apply to your Online Savings, and your Online Savings is subject to the monthly service charge as described in the *Statement of Fees* applicable to Online Savings (as of effective date), without further notice except as required by law.

Special Signature Check

For Online Savings accounts opened online with *WaMu Free Checking*™ accounts, the official signature(s) for your accounts, including but not limited to the signature specimen for your accounts, may be obtained from your signature(s) on a Special Signature Check ("signature check"), such as our *Account Autograph*™ Check, for your *WaMu Free Checking*™ account provided with the first checks after the account is opened (or other check or document we may require). If you do not follow the procedures to sign, use and verify the signature on the signature check, you assume liability for any and all unauthorized transactions on the *WaMu Free Checking* and Online Savings accounts. (See, *Check Orders for Accounts Opened Online; Special Signaure Check/Online Accounts Without Special Signature Check* section of this *Online Section, below Products and Services Section*).

### ONLINE CD (Online Certificate of Deposit)

Rate Information

The interest rate and Annual Percentage Yield (APY) for your account will be determined and provided to you after you verify the funding source for your initial deposit to the account and will be fixed for your term. The bank reserves the right to require initial funding to occur within a certain time, which if applicable, will be disclosed to you at the time you verify your funding source online, in order to obtain the rate and APY disclosed when you verify the funding source.

The current interest rates and APYs, corresponding to terms of 6 months to 60 months, are posted in the Account Details section at wamu.com and Important Notices section of the wamu.com site accessible to you, or if more than one, the individual who has been identified as the primary applicant to receive notices with respect to the account on the wamu.com website. The current posted rate and APY may not be the rate and APY you receive, depending on any rate guarantee we offer, when you verify your funding and when funding is received. You will receive an email with confirmation of your rate, APY and maturity date when your account is funded.

Compounding and Crediting

- Interest on your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years) unless otherwise indicated. Refer further to the Interest Payments and Conditions section, below.

- Interest begins to accrue on the Business Day that your electronic fund transfer is considered to be effective. (Refer to Electronic Fund Transfer Agreement Disclosure section.) To ensure funds you transfer on a Business Day are available for your transactions, you must submit them prior to the Transfer Cutoff Time on a Business Day and according to any transfer initiation dates that may be applicable at the time you schedule your transfer.

Minimum Balance Requirements

- The minimum deposit to open this account is $1,000. We may, at our option, offer different rates and APYs for higher opening balances. If we do so, deposits and withdrawals during the term, if permitted, will not change the rate and APY then payable on the account, unless we advise otherwise.

- You must maintain a minimum balance of $1,000 to keep the account open.

- Subject to the above, you may open this account for any amount up to any applicable account maximum.

Balance Computation Method

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day.

Transaction Limitations

- Unless we, at our option, agree otherwise, you may not make any electronic fund transfers to or from your Online CD during the account term.

- The initial opening deposit to your account and any allowed withdrawal(s) may be made only by electronic fund transfers, subject to the transfer rules, Electronic Fund Transfer Agreement and Disclosure section, and as provided in the Withdrawal section, below, except as we may agree, from time to time, at our discretion.

- Except as set forth below after the account is opened, you may not make withdrawals of all or part of the principal from the account until the Maturity Date without being charged a penalty. Bank reserves the right to close your account if any withdrawal(s) are made prior to maturity.

- Unless we, at our option, agree otherwise, withdrawals during term (subject to early withdrawal penalties, below) and/or to close your CD must be made by calling our customer service telephone number at the end of this Agreement. We reserve the right to request documents to our satisfaction, at our discretion, to establish your identity upon requesting a withdrawal and/or closure of your Online CD, including notary acknowledgement upon request.

- After the account is opened, you may not make additional deposits to the account, except as stated in the Grace Period below unless we have advised that the Add-On Feature applies or we, at our discretion, otherwise agree.

Fees

Any fees associated with this account are set forth in the Statement of Fees applicable to your Online CD account.

Maturity Date

The Maturity Date for your account will be provided to you when your account has funded and with your renewal notice, if applicable. This information will be available in the Account Details section at wamu.com and in the Important Notices section viewable by you (or if more than one, to the person identified to receive important notices with respect to the account).

Early Withdrawal Penalties

- You have contracted to keep funds on deposit for the stated term. You may not withdraw all or part of this deposit account except as otherwise set forth herein.

- Except as set forth in the section on "Early Withdrawal Without Penalty" or otherwise specified, we will impose a penalty if you withdraw any principal from any Online CD before the Maturity Date. If the Bank is otherwise required to pay an amount related to your account (e.g., a levy, garnishment or assignment) or elects to close your account as provided by this agreement, the same penalty will be imposed.

- If principal from any Online CD is withdrawn before the maturity date, the CD Early Withdrawal Penalty (EWP) will be calculated at the rate then paid on the CD on the amount withdrawn based on the full (rather than remaining) current term of the CD as follows: CDs with a term of less than 12 months – an EWP equal to 90 days of simple interest (whether interest has been earned or not) ; CDs with a term of 12 to less than 36 months – an EWP equal to 180 days of simple interest (whether interest has been earned or not) ; CDs with a term of 36 months or more – an EWP equal to 365 days of simple interest (whether interest has been earned or not) .

- Payment of the above penalties will be made at the time of the withdrawal as a deduction from either the amount withdrawn or the account's remaining principal balance, at the Bank's option. For all Online CDs, interest credited to the account may be withdrawn without penalty. However, interest credited to the account and not withdrawn prior to the Maturity Date of the CD will be considered principal at renewal. We may close the account and charge an early withdrawal penalty if withdrawals would cause the balance to fall below the minimum balance required to maintain the account. (See also, Online CD Transaction Limitations Section, above, for withdrawal restrictions from the Online CD).

- Refer to the Additional Rules and Regulations Applicable to Online CD, below, for information on Early Withdrawal Penalties, Early Withdrawal Without Penalty, and Grace Periods.

Early Withdrawal Without Penalty

Withdrawal of principal on any CD may be made without penalty on the death or determination of legal incompetency of any owner of the account. To authorize such withdrawal on the grounds of legal incompetency, the Bank may, at its option, require a certified copy of a court or administrative order or decree establishing the incompetency.

Grace Period

If your CD may be renewed at maturity, you have a Grace Period of ten (10) calendar days after the Maturity Date, except as noted below, to withdraw funds from your CD without being charged a penalty. However, if you withdraw funds during the Grace Period, interest will not be paid on the funds withdrawn between the Maturity Date and the date of withdrawal. Unless we notify you electronically or in writing otherwise, you may not increase the amount in your CD account during the Grace Period. If you make withdrawals and/or deposits (if allowed) to your CD account during the Grace Period, your rate and APY during the Grace Period may vary, if applicable to your account. If the last day of the Grace Period is a non-Business Day, the Grace Period expires on the prior Business Day. (See also, Online CD Transaction Limitations Section, above).

Renewals

This account will be automatically renewed at maturity, except as noted below.

- Unless we notify you otherwise in writing and/or electronically, you cannot renew to another CD (including Online CD) online. In order to renew to another Online CD, you will first be required to contact our customer service number at the end of this Agreement during the grace period to request a check and/or transfer of funds to an internal account, and then you can apply for another Online CD term account online, subject to any account requirements applicable at the time of your request.

- If you withdraw your consent to receive notices, statements, and disclosures electronically as described in the Notice and Consent Regarding Electronic Communications Delivery Service ("eConsent"), you cannot renew this account or open a new Online CD account online with us during the grace period. If your ownership type changes during the account, you may not be able to renew, as determined by the bank from time to time. In addition to the circumstances noted above for non-renewal, the Bank reserves the right not to renew this account by giving you prior notice. If we do not permit renewal, at our option, we may send your balance to you at maturity by check, transfer to another Internal Account any of you have with us or to any External Account any of you have set up for transfers with respect to this account.

- The Bank will send you a notice before each Maturity Date if required by law to do so.

- The interest rate and APY for any renewal term ("renewal rate and APY") will be determined by the Bank at its discretion as of the Maturity Date, unless you are otherwise notified in writing prior to the Maturity Date of your account. You have the right to confirm the renewal rate and APY upon maturity and during any applicable Grace Period. (See "Grace Period", below). You will be deemed to have accepted the renewal rate and APY for the renewal term unless you close the account during the Grace Period.


## Additional Accounts Available to Be Opened Online

From time to time, at bank discretion, Bank may allow additional accounts to be opened online. As of date of publication, the bank allows *WaMu Free Checking*™ accounts to be opened online, if otherwise eligible for this account. (For accounts opened online, see, Additional Features for Accounts Opened Online section, below).


## Additional Features for Accounts Opened Online

Online accounts and account features may not be available at all times, in all areas, or to all account holders, whether or not noted below.  Online account features and programs may change from time to time without notice, unless otherwise required by law. The following account features may not include all online account features, which may be disclosed to you from time to time through wamu.com., Online Account Features are in addition to the features described in these *Account Disclosures and Regulations* otherwise applicable to your account. Except as described below, the terms of your accounts and services of your online account and services are as described in this Online Section, above, and the remaining sections of the *Account Disclosures and Regulations*.


## Check Orders for Accounts Opened Online; Special Signature Check/Online Accounts Without Special Signature Check

By opening a checking account (or other account with check-writing feature) online, including but not limited to *WaMu Free Checking*, you request us to order your first set of checks for your account.

For your checking account(s) and other accounts opened online for which you order checks, and any accounts linked to such accounts at time of opening as disclosed to you when you apply for your  account, the official signature(s) for your account, including but not limited to the signature specimen for your account(s), will be obtained from the signature(s) on the special signature check ("signature check") provided with your first checks after the account is opened. When you receive your first checks, the checks will include a description of the signature check, by special name (such as, *Account Autograph*™ check) or color that we may designate for the signature check from time to time. This signature check can be used like any other check. By opening and using your account you, and your joint owner, if applicable, agree to:

1. You, and for a joint account your joint owner, sign the signature check on the line(s) provided on the signature check

14

2. Promptly use the signature check (for purchases, cash or any other check use)

3. Review and verify your signature(s) on the signature check copy when it posts to your account's Transaction History on wamu.com

4. Call us immediately at the customer service telephone number provided in these *Account Disclosures and Regulations* if you have any suspicion that the signature(s) shown on the signature check copy is not the signature(s) of you and/or your joint owner.

If you, and for a joint account your joint owner, fail to sign and/or use the signature check, we reserve the right to use any check signature as a signature for your account, and/or to require you to sign and provide your signature on any document (including but not limited to a *Master Account Agreement)* as a condition of maintaining the account with us. In any event, if you, and/or your joint owner, if applicable, do not (1) sign, (2) use, (3) verify, and/or (4) contact us regarding suspicious signature(s), as agreed, above, you, and each of you, agree: (1) To hold Washington Mutual harmless from any unauthorized transactions on the account; and (2) to indemnify Washington Mutual for any deposits, checks or withdrawals made to or from this account by any owner and/or authorized signer and whose signature(s) was not received by us on the signature check.  If we ask for your signature(s) at any time during your account, and you fail to provide the signature(s) as requested, we reserve the right to close your account without notice.


Unfortunately, fraud can be a serious problem for anyone. Your role in preventing misuse of your account is extremely important. To help prevent fraud and protect your financial assets, we offer some recommendations to help control your risk, which includes, for accounts opened online with checks, to be sure to follow the above steps immediately upon receipt of the first checks for the account.


If you do not follow the procedures to sign, use and verify the signature on the signature check, you assume liability for any and all unauthorized transactions on the account.


For accounts opened online without checks, or which are not linked to an account for which you order checks, the bank reserves the right at its discretion to require identification, signature or other documentation from you at the time you request to conduct transactions through a banking channel other than online banking service including the Financial Center and telephone customer service.


**Eligible Ownership Types**

Accounts opened online may not be eligible for all account ownership types otherwise available for the account types. The eligible ownership types will be disclosed online at the time you request the account. For other ownership account types, visit a financial center or contact the customer service number in these *Account Disclosures and Regulations*.


**External ACH Transfers**

External ACH Transfers initiated through wamu.com to or from an account with us are subject to the *Electronic Transfers via online banking service* section of these *Account Disclosures and Regulations.*

The initiation of funds transfers to or from your account to or from an External Account (an account with another financial institution or accounts with us that are not eligible for internal transfers) ("External Transfers") using our online banking service may be limited by us from time to time. We reserve the right, at our discretion and without prior notice, to eliminate and/or modify the External Transfers permitted to or from your account(s) through the online banking service. (See, *Electronic Transfers via online banking service* section of *Account Disclosures and Regulations).* To ensure funds you transfer on a Business Day are available for your transactions, you must submit them prior to the Transfer Cutoff Time on a Business Day and according to any transfer initiation dates that may be applicable at the time you schedule your transfer. The Bank may, in its discretion, establish limits on the types and number of Transfers permitted to be initiated using our online service for any account, from time to time without notice. Bank may but is not required to delay initiation of the transfer up to two business days after the transfer date.

15

**Online Availability**

The online opening of Online Savings, with or without *WaMu Free Checking*, Online CD, WaMu Free Checking, and/or any other account offered online, may not be available at all times to all account holders, as determined by Bank from time to time at its discretion. If not available online, visit a financial center or contact the customer service number in these *Account Disclosures and Regulations* to request savings, checking and CD accounts with us. Accounts offered online may not be available in the financial center or through our customer service number.  Accounts not opened online may not have the same features, rates, and/or fees as accounts opened online.

**Opening Deposit Limitations**

The types of funding that is available for your opening deposit for accounts opened online using our online banking service may be limited by us from time to time, as disclosed to you at the time you open your account.

For online accounts funded by Credit Card or Debit Card, if allowed for your account, the following rules apply to transactions funded by Credit Card or Debit Card:

**Credit Card Deposits**

Your credit card has been billed for the amount of each opening deposit you directed us to charge to your card. If you opened your account on a non-business day, your funds will be credited on the next business day. Accounts opened on a business day will be credited same day.  Funds will be available for withdrawal three business days following your opening deposit.

**Debit Card Deposits**

Funds have been withdrawn from the account linked to the debit card used to make your opening deposit for your account(s).  If you opened your account on a non-business day, your funds will be credited on the next business day. Accounts opened on a business day will be credited same day.  Funds will be available for withdrawal three business days following your opening deposit.

**All Card Deposits**

Once your account is opened and your opening transaction is authorized transactions cannot be reversed, however you can withdraw these funds from your account when they become available.  You may withdraw the funds via check, your newly-issued debit card, or by visiting a Financial Center, or by requesting a withdrawal from Bank By Mail at the following addresses based on your state of residence:

| | |
|---|---|
| Idaho, Oregon, Utah, Washington, Connecticut, Florida, Georgia, Illinois, New Jersey, New York, Texas, Alabama, Arkansas, Delaware, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nebraska, New Hampshire, North Carolina, Ohio, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Vermont, Virginia, West Virginia , Wisconsin | P.O. Box 6868<br>Lake Worth, FL 33466-6868 |
| Arizona, California, Colorado, Nevada, Alaska, Hawaii, Montana, New Mexico, North Dakota, Wyoming | P.O. Box 30810<br>Los Angeles, CA 90030-0810 |

**Transaction Disputes**

Disputed and unauthorized transactions will be resolved pursuant to your card issuer's resolution process.

## Your Privacy

At Washington Mutual, respecting the privacy and security of your personal information is important to us. We know, however, that not everyone who takes their privacy seriously is necessarily well-versed in "legal or regulatory-ese." There are plenty of legal terms in Washington Mutual's own privacy policy, which you will find on the following pages. We urge you to read it carefully, and make note of your rights under this policy. We've tried to provide easy-to-understand explanations of the most frequently used legal terms—terms we are required to use to ensure clarity and consistency. We want to make sure that your personal information is protected, and that you understand the policies that protect you. You'll find the same terms used in many companies' privacy policies.

## Cookies and Browsers

This site uses a feature of your browser called a "cookie" to assign a "User I.D." Cookies, by themselves, cannot be used to find out the identity of any user. Your Washington Mutual User ID automatically identifies your computer—but not you—to our servers when you visit wamu.com or other Washington Mutual Web sites. Unless you specifically tell us who you are (for example by completing an application), if you are just browsing our site, we will never know who you are even though we assign you a cookie. This site contains links to other sites. If you use a link to visit the site of another company, we cannot be responsible for the privacy practices or the content of that company or its site.

## Safeguarding Customer Information

We only grant access to nonpublic personal information about you (such as your name, address, Social Security number and credit history) to company employees and affiliated and nonaffiliated service providers so that they can provide or offer products and services to you, process and service your accounts, and administer our business.

Our Code of Conduct requires that your information remain confidential. Even if you are no longer our customer, we will continue to treat your nonpublic personal information in the same way as if you were still a customer. In addition, we maintain physical, electronic and procedural safeguards that comply with federal standards to guard this personal information. Some state laws may further restrict the sharing of your nonpublic personal information.

## Collection of Information

We collect nonpublic personal information about you from the following sources:

- From you, on forms, via the Internet, by telephone or otherwise. Examples of this type of information include your name, address, Social Security number, credit history and other financial information.

- From transactions with us, our affiliates or with others. For example, your payment histories, account balances, and other transaction records.

- From credit reporting agencies, such as information relating to your creditworthiness, your credit score and credit usage.

- From third parties to verify information you have given us.

## Uses of Shared Information

We may share all the information that we collect, as described above, for the following purposes:

-To provide you with the products and services you requested.

-To offer you additional products and services, from us or from others, that may be of interest to you.

-To comply with reporting and other legal requirements.

-To otherwise conduct business.

### Information Sharing Among Our Family of Affiliated Companies*

Washington Mutual, Inc. is the holding company for a group of companies which includes financial services providers such as depository institutions, insurance agencies, mortgage companies, consumer finance companies and securities broker-dealers. Any company that is owned or controlled by Washington Mutual, Inc. is an "affiliate" or an "affiliated company" of all of the other companies owned by Washington Mutual, Inc.

Under the Federal Fair Credit Reporting Act, we are permitted to share your name, address and facts about your transactions and experience with us (such as your payment history and other transactions on your accounts with us) among our affiliated companies. That information is referred to in this Privacy Policy as "transaction information."

Unless you request otherwise, we also share all of the other information we collect among our affiliated companies. This information—that is, information other than transaction and experience information—is referred to in this Privacy Policy as "other information."

You have the right to ensure that other information is not shared among our affiliates. If you prefer that we not share other information among our affiliates, you may opt out of those disclosures by following the steps in the "Your Opt Out Choices" section.

Once we receive your opt out request, we will stop sharing this information as soon as reasonably practicable. Your opt out will apply to all accounts you hold individually and to all accounts you hold jointly with other persons. Your opt out will not apply, however, to any accounts your joint account holders hold individually or jointly with persons other than you. If your joint account holders wish to opt out as to such other accounts, they will need to submit a separate opt out request.

* This Privacy Policy applies to the following Washington Mutual companies and divisions: Washington Mutual Bank; Washington Mutual Bank fsb; WMFS Insurance Services, Inc.; WM Financial Services, Inc.; Washington Mutual Insurance Services, Inc.; Home Crest Insurance Services, Inc.; WM Specialty Mortgage, LLC; California Reconveyance Company; Washington Reconveyance Company; First Deposit Life Insurance Company.

### Information Sharing with Nonaffiliated Third Parties as Permitted by Law

We are permitted by law to share all the information we collect, as described above, with (1) companies that perform marketing services on our behalf and (2) with other financial institutions with which we have joint marketing arrangements. For example, we may share information with financial services providers with which we offer products such as credit cards or accelerated loan payment programs.

We may also share all the information we collect, as described above, with other nonaffiliated third parties that assist us with preparing monthly statements and with the processing and printing of checks. These other nonaffiliated third parties also include credit reporting agencies to which we report information about your transactions with us.

Please be advised that the opt out rights described below will not apply to the sharing of information with these third parties or to the sharing of information with marketing service providers and joint marketers as described above.

### Information Sharing with Other Nonaffiliated Third Parties and Your Opt Out Rights

Unless you request otherwise, we may share all the information we collect, as described above, with additional types of nonaffiliated third parties, such as:

- Financial service providers, such as life insurance companies for whom one or more of our affiliates acts as agents.

- Nonaffiliated companies, such as firms that offer value-added packages of products and services (including discounted travel services, discounted hotel accommodations and shopping services).

If you prefer that we not share nonpublic personal information with these nonaffiliated third parties, you may opt out of those disclosures (other than those permitted by law) by following the steps in the "Your Opt Out Choices" section.

We will stop sharing this information as soon as reasonably practicable. Again, your opt out will apply to all accounts you hold individually and to all accounts you hold jointly with other persons. Your opt out will not apply, however, to any accounts your joint account holders hold individually or jointly with persons other than you. If your joint account holders wish to opt out as to such other accounts, they will need to submit a separate opt out request.

**Sharing of Nonpublic Personal Health Information**

If you engage in an insurance transaction with or through us, we may collect nonpublic personal health information about you. We do not share nonpublic personal health information with any nonaffiliated third party unless you have authorized the disclosure, the disclosure is made in connection with an insurance transaction that was initiated by you or the disclosure is otherwise permitted by law.

**Your Opt Out Choices**

If you wish to direct Washington Mutual to stop sharing certain nonpublic personal information about you with nonaffiliated third parties or among our affiliated companies, please call our Customer Care Center at 800.533.3534 to opt out, or you may send your instructions to Washington Mutual, PO Box 2430, Chatsworth, CA 91313-2430. If you have previously opted out, you will not need to do so again, unless you are establishing a new customer relationship with us. If you are calling to opt out of a newly established WM Financial Services relationship, please wait 10 days before calling to give us your opt out preferences. We will not share your nonpublic personal information (except as permitted by law) during this 10-day period.

Option 1: Directs Washington Mutual not to share nonpublic personal information with nonaffiliated third parties, except as permitted by law.

What this means:
You direct Washington Mutual not to share nonpublic personal information about you with nonaffiliated third parties except as permitted by law. These exceptions include companies that perform marketing services on our behalf, other financial institutions with whom we have joint marketing arrangements, other nonaffiliated service providers (such as those that assist us with monthly statement preparation and check printing and processing), and credit reporting agencies to whom we report information about your transactions with us.

Option 2: Directs Washington Mutual not to share certain nonpublic personal information among its affiliates, except as permitted by law.

What this means:
You direct Washington Mutual not to share nonpublic personal information about you among its affiliated companies except as permitted by law. You will continue to receive mailings and advertisements from the Washington Mutual company/companies with which you do business.

Option 3: Directs Washington Mutual not to share nonpublic personal information with nonaffiliated third parties or among its affiliates, except as permitted by law.

What this means:
Washington Mutual will not share your nonpublic personal information with either nonaffiliated third parties or among its affiliates, unless permitted by law.

Please note that, even if you opt out, you may still receive advertising and other marketing materials if those materials can be provided without violating your opt out instructions.

**Your Choice to Limit Marketing**

You may limit our affiliates from marketing their products or services to you based on information that we share with them, such as your income, your account history with us, and your credit score. Your decision to limit marketing offers from our affiliates will not expire unless you revoke it in writing, or, if you agree, electronically. This limitation does not apply in certain circumstances, such as if you currently do business with one of our affiliates or if you ask to receive information or offers from them.

To limit marketing offers, please follow the steps in the "Your Opt Out Choices" section. If two or more consumers jointly obtain a product or service from us, any of them may call to limit marketing offers. We will treat a request to limit marketing offers by any of the joint consumers as applying to all of the associated joint consumers for that product or service.

If you are a resident of Vermont, Washington Mutual, Inc. will obtain your consent prior to disclosing your nonpublic personal information to nonaffiliated third parties, except to the extent that sharing such information is required or permitted by law.


**Other Ways to Protect Your Privacy**

Marketing Lists

You can reduce the amount of marketing material and credit applications you receive via mail, telephone or e-mail by writing the Direct Marketing Association at the addresses listed below. You must provide your name, address and telephone number with your request.


Mail Preference Service
c/o Direct Marketing Assn.
P.O. Box 643
Carmel, NY
10512


Telephone Preference Service
c/o Direct Marketing Assn.
P.O. Box 1559
Carmel, NY
10512


E-mail Preference Service
www.dmaconsumers.org/consumerassistance.html

(When you click this link, you will be leaving the wamu.com Web site. Please refer to the Terms of Use and Privacy Policy of this outside Web site. Washington Mutual is not responsible for the quality, delivery or timeliness of goods or services of outside Web sites.)


**Identity Theft**

Identity theft is a serious and growing problem. If someone has fraudulently used your identification to establish credit, report the incident as quickly as possible to each of the credit reporting agencies listed below and ask that a fraud report be placed on your file.

Experian 888.397.3742
Equifax 800.525.6285
TransUnion 800.680.7289

You may also check to see if any additional credit accounts have been opened without your consent or whether unauthorized charges were billed to your accounts. Contact these credit reporting agencies to obtain a copy of your credit report.

Experian 888.397.3742
Equifax 800.685.1111
TransUnion 800.916.8800

Please note that this contact information is being provided as a service to you. Washington Mutual is not affiliated with any of these services and cannot guarantee their effectiveness.

## How to Contact Us

For customer service call: 800.788.7000
Para información en español, oprima el 8.
For all other languages, press 0 and ask for an interpreter.

TDD for the deaf and hard of hearing: 800.841.1743. If this number is not available, dial 711 for Telecommunications Relay Service assistance.

Or by Mail at:
Washington Mutual
P.O. Box 1165
Northridge, CA 91328-1165

## Addendum—Free ID Theft Services

This Addendum section, and each addenda attached hereto, amends and supplements the Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Fund Transfer Agreement and Disclosures (For Online Accounts), the account Agreement, Bank Rate Information Sheet, Statement of Fees, and any other disclosures related to the account, product or service included in this Addendum.

### Free ID Theft Services – Terms and Conditions

As a valued Washington Mutual personal consumer checking account customer, you are eligible for Washington Mutual's Free ID Theft Services.  Please keep this copy of these Terms and Conditions for your records.

This Addendum amends and supplements the Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Fund Transfer Agreement and Disclosures, Agreement, Bank Rate Information Sheet, Statement of Fees, any materials pertaining to the terms and conditions of the Free ID Theft Services program and any addenda to those disclosures.

These Terms and Conditions and all rights and benefits, including insurance coverage, set forth below are effective as of March 13, 2006.

### Free ID Theft Services

Washington Mutual's Free ID Theft Services provides the following benefits, at no cost, to any personal consumer checking account owner:

- Toll-free access to identity theft recovery specialists who can assist you if you become a victim of identity theft.

- Online access to our identity theft assistance Web site, that provides resources and helpful answers to questions about identity theft.

21

- Identity theft insurance up to $5,000 (with no deductible) to help offset recovery costs, e.g. legal fees, lost wages and expenses paid out of pocket in connection with the theft of your identity.

For full benefit details, refer to the sections below.  In order to be eligible to receive Free ID Theft Services benefits, you need to be a resident of the United States who is the owner of a Washington Mutual personal consumer checking account that is open at the time of using Free ID Theft Services and who meets such other requirements as may be set forth below.  This service does not apply to business checking account customers, including consumer checking accounts used for business or other non-personal purposes or customers whose ownership in our records of their consumer checking account is not in their individual capacity, e.g. this service is not available with respect to accounts opened by an attorney-in-fact or other fiduciaries or any individual on whose behalf they hold the account.  Washington Mutual reserves the right to change the benefits and features of Free ID Theft Services at any time without prior notice, except as may be required by law.

### Identity Theft Recovery Specialists

Washington Mutual makes available to you the following Personal Identity Theft Resolution Services which are supplied by Worldwide Assistance Services ("Provider"):

Personal Identity Theft Resolution Services provides you with access to a number of identity theft resolution services should you believe you are a victim of identity theft. To be eligible for this coverage, you must be an eligible checking account customer of Washington Mutual as described above.  This coverage and description supersedes any coverage and description you may have received earlier pertaining to Free ID Theft Services from Washington Mutual.

Recovery specialists can help with:

- Providing a uniform Identity Theft Affidavit and providing assistance with completion of the Affidavit.  (Note:  It is the responsibility of the Washington Mutual checking account customer to submit the Affidavit to appropriate law enforcement authorities, credit bureaus and creditors.)

- Notifying all three major credit reporting agencies (Experian, TransUnion and Equifax) on your behalf and placing a fraud alert on your credit records with the agencies;

- Assisting with credit and charge card replacement;

- Providing information on how identity theft can occur and information regarding protective measures that can be taken to limit further occurrences.

### Program Provisions for Personal Identity Theft Resolution Services

This service applies only to eligible Washington Mutual checking account customers as described above.  You are required to use due diligence and do all things reasonable to avoid or diminish any loss or damage to property protected by the program.

Washington Mutual and the Provider will rely on the truth of statement made in the affidavit or declaration submitted by each eligible Washington Mutual checking account customer in connection with a claim for services under Free ID Theft Services.

This service is provided to eligible Washington Mutual checking account customers at no cost and is in effect for acts occurring while the checking account is open and the service is in effect.  The terms and conditions contained in this program guide may be modified by subsequent amendments and endorsements.  Modifications to the terms and conditions may be provided via mail, statement insert, statement message, or other reasonable means.  MasterCard, Washington Mutual and/or Worldwide Assistance Services can cancel or non-renew these services at their discretion without prior notice, unless required by law.  In the event substantially similar coverage takes effect without interruption, no such notice is necessary.  For general questions regarding these services please contact the Program Administrator at 1-877-629-0753.

### Identity Theft Assistance Web Site

Visit www.wamu.com/identitytheft to learn more about safeguarding your credit information, helpful tips and contact information for sources you can use to respond to identity theft incidents.

Identity Theft Expense Reimbursement

Washington Mutual makes available to you the following insurance coverage issued by Virginia Surety Company, Inc.:

*Guide to Benefits:*

In the event of identity theft, eligible Washington Mutual checking accountholders can benefit from the security and safety offered through Identity Theft Expense Reimbursement coverage.  If you are a victim of identity theft you may be eligible for benefits under this coverage.  Identity Theft Expense Reimbursement is an insurance program.

*Key terms:*

You or Yours means eligible Washington Mutual checking accountholders.

Identity Theft means the use of your name, address, Social Security number (SSN), bank or credit card account number, or other identifying information without your knowledge to commit fraud or deception.

Loss means the eligible expenses related to your identity theft.

Eligible Expense(s) means reasonable and necessary attorney fees or court costs associated in removing any civil suit wrongfully brought against you as a result of identity theft or any suit brought against you by a creditor or collection agency or other entity for non-payment of goods and/or services as a result of identity theft, actual U.S. wages lost due to time off relating to efforts in resolving your identity theft issues, loan applications fees, notarizing affidavits or other similar document cost, long distance telephone cost, and postage cost you may have incurred as a direct result of identity theft.

*The kind of coverage you receive:*

Identity Theft Expense Reimbursement will reimburse you for certain losses you incur as a result of identity theft.

Coverage is secondary to any other applicable insurance or coverage available to you.  Coverage is limited to only those amounts not covered by any other insurance or coverage benefit.

*Coverage limitations:*

Coverage is limited to your actual losses, up to $5,000 per claim, as a result of identity theft. There is a limit of one (1) claim per twelve (12) month period.

*Where coverage applies:*

Coverage applies only to losses arising out of an identity theft occurring within any of the fifty (50) United States of America and Canada.

*What is NOT covered:*

- an act of fraud, deceit, collusion, dishonesty or criminal act by you or any person acting in concert with you, or by any authorized representative of you, whether acting alone or in collusion with you or others;
- damages or losses arising out of any business pursuits, loss of profits, business interruption, loss of business information, or other pecuniary loss;
- damages or losses arising from the theft or unauthorized or illegal use of your business name, d/b/a or any other method of identifying your business activity;
- any lost wages due to sickness or emotional breakdown;
- damages or losses of any type for which the financial institution is legally liable;
- damages or losses of any type resulting from fraudulent charges or withdrawal of cash from a debit or credit card;
- damages or losses of any type resulting from fraudulent withdrawals from financial accounts;
- indirect or direct damages or losses of any nature;
- any incident involving a loss or potential loss not notified to the relevant police authority within seventy-two (72) hours from the date you had knowledge of the loss;
- any costs due to delay in providing services, or damages resulting from any delay in services;

- losses that were incurred or commenced prior to this coverage being provided to you;

- fees or costs associated with the use of any investigative agencies or private investigators;

- any loss that is not a direct result of identity theft;

- theft or damages of traveler's checks, tickets of any kind, negotiable instruments, cash or its equivalent, passports, or any documents;

- war, invasion, acts of foreign enemies, hostilities (whether war is declared or not), rebellion, revolution, insurrection or military or usurped power;

- authorized charges that you have disputed based on the quality of goods or services; and

- authorized account transactions or trades that you have disputed, or are disputing, based on the execution (or non-execution) of electronic transfers, trades or other verbal or written instructions or directions.

*What to do if you're a victim of identity theft in order to file a claim:*

- Call 1-877-629-0753 upon discovery of identity theft to report the incident.

- Contact the major credit bureaus (Equifax, Experian, TransUnion) immediately after discovery of identity theft to place a fraud alert on your credit report.

- File a police report in your local jurisdiction.

- File a complaint with the Federal Trade Commission (FTC).  If requested, file a report with other agencies.

- Follow all procedures for recovery and reasonable requests for information and assistance at all institutions affected.

- Maintain copies of all receipts, bills or other records that support your claim for an Identity Theft Expense Reimbursement payment in order to help accurately determine the amount of any loss.

- Take all other reasonable steps available to protect your identity from any further fraudulent use.

*How to file a claim under Identity Theft Expense Reimbursement:*

- Contact 1-877-629-0753 to request a claim form.

- Submit the following documentation within thirty (30) days after close of your identify fraud case or the claim will not be honored:

- completed and signed claim form;

- copy of your most recent Washington Mutual checking account statement;

- proof that a fraud alert was placed with the major credit bureaus (Experian, Equifax, TransUnion) immediately after discovery of identity theft;

- copy of a police report from your local jurisdiction;

- copy of results of any settlement or denial from credit card companies, banks, creditors, collection agencies, etc. concerning your identity theft claim;

- copy of the complaint filed with the Federal Trade Commission (FTC);

- copy of all receipts, bills or other records that support your claim for an Identity Theft Expense Reimbursement payment;

- any other documentation that may be reasonably requested to validate a claim.

Note:  Please refer to the Final Legal Disclosure section.

IDF-1 (12-04)

**Final Legal Disclosure**

This Guide is not a policy or contract of insurance or other contract.

Benefits are purchased by Washington Mutual and provided free to you, but non-insurance services may have associated costs, which will be your responsibility.

Identity Theft Expense Reimbursement coverage is provided under a master policy of insurance issued by Virginia Surety Company, Inc. This Guide is intended as a summary of benefits provided to you.  All information about the insurance benefits listed in this Guide is governed by the conditions, limitations, and exclusions of the master policy.

As the insurer of the Identity Theft Expense Reimbursement coverage described herein, Virginia Surety Company, Inc. ("VSC") collects personal information about you from the following sources:  information the insurer gathers from you, from your request for insurance coverage or other forms you furnish to the insurer, such as your name, address, telephone number, and information about your transactions with the insurer such as claims made and benefits paid.

The insurer may disclose all information it collects, as described above, to companies that perform administrative or other services on our behalf solely in connection with the insurance coverage you have received. The insurer does not disclose any personal information about former insureds to anyone, except as required by law. The insurer restricts access to personal information about you to those employees who need to know that information in order to provide coverage to you.  The insurer maintains physical, electronic, and procedural safeguards that comply with federal regulations to guard your personal information. Should you have any questions about the insurance procedures or the information contained within your file, please contact the insurer by writing to:

Compliance Department
Virginia Surety Company, Inc.
1000 North Milwaukee Avenue
Glenview, IL 60025

Effective date of benefits: Effective March 13, 2006, this Guide replaces all prior disclosures, program descriptions, advertising, and brochures by any party.  Washington Mutual and the insurer reserve the right to change the benefits and features of these programs at any time without prior notice, except as may be required by law.

Cancellation: Washington Mutual can cancel these benefits at any time or choose not to renew the insurance coverage for all checking accountholders.  If Washington Mutual does cancel these benefits, you will be notified at least sixty (60) days in advance.  If the insurance company terminates, cancels, or chooses not to renew the coverage to Washington Mutual, you will be notified as soon as is practicable.  Insurance benefits will still apply for any benefits you were eligible for prior to the date of such terminations, cancellation, or non-renewal, subject to the terms and conditions of coverage.

Benefits to you: These benefits apply only to Washington Mutual checking accountholders whose accounts are issued by a U.S. financial institution. The United States is defined as the fifty (50) United States, the District of Columbia, American Samoa, Puerto Rico, Guam, and the U.S. Virgin Islands. No person or entity other than the Washington Mutual checking accountholder shall have any legal or equitable right, remedy, or claim for benefits, insurance proceeds and damages under or arising out of this program. These benefits do not apply if your checking account privileges have been cancelled. However, insurance benefits will still apply for any benefit you were eligible for prior to the date that your account is suspended or cancelled, subject to the terms and conditions of coverage.

Transfer of rights or benefits: No rights or benefits provided under these insurance benefits may be assigned without the prior written consent of the claim administrator for these benefits.

Misrepresentation and Fraud: Benefits shall be void if the Washington Mutual checking accountholder has concealed or misrepresented any material facts concerning this coverage.

Subrogation: If payment is made under these benefits, the insurance company is entitled to recover such amounts from other parties or persons.  Any party or checking accountholder who receives payment under these benefits must transfer to the insurance company his or her rights to recovery against any other party or person and must do everything necessary to secure these rights and must do nothing that would jeopardize them, or these rights will be recovered from the checking accountholder.

In no event will these insurance benefits apply as contributing insurance.  The non-contribution insurance clause will take precedence over the non-contribution clause found in any other insurance policies.

25

Benefits listed in this Guide are subject to the conditions, limitations, and exclusions described in each benefit section. Receipt and/or possession of this Guide to Benefits does not guarantee coverage or coverage availability.

FLD-2 (3/05)

We seek in good faith to make arrangements with reputable companies to provide goods and services to members of the Free ID Theft Services program. We do not endorse, warrant or guarantee these goods or services.

The Free ID Theft Services program is NOT FDIC Insured - NOT Bank Guaranteed - NOT Insured by any Federal Government Agency

For customer service, you may contact us by phone at 1-800-788-7000 or by mail at Washington Mutual,  P.O. Box 1165, Northridge, CA 91328-1165.

#33465

## DISCLOSURE OF ACCOUNT TERMS

**Accounts described below may not be available at all times, in all areas, or to all account holders, whether or not noted below.**

### CHECKING ACCOUNTS

*WAMU FREE CHECKING*™

*Rate Information:*

- This is a non-interest bearing account.

*Minimum Balance Requirements:*

- Except as noted below, the minimum deposit to open this account is the amount of any check printing charges. If no check printing charges will be assessed, the minimum opening deposit is $1.00.

*Fees:*

- Any fees associated with this account are set forth in the *Statement of Fees* applicable to your account.

*Limitations:*

- This account is intended for personal, family or household purposes and cannot be used for business/commercial uses. If this account is being used for business/commercial purposes, we reserve the right to change the account to a business checking type account.

*Special Features:*

The following benefits are included with the *WaMu Free Checking*™ account at no charge (or will be charged and refunded as noted below):

1) Select check styles, as determined by us from time to time at our discretion, when ordered through Washington Mutual (other styles available at regular prices);

2) Domestic and foreign outgoing wire transfers - limited to the Wire Transfer fee normally assessed by Washington Mutual for domestic and foreign outgoing wire transfers. Intermediary and beneficiary banks may also assess a fee, which will not be waived nor paid by us. The Bank sets foreign currency exchange rates at its discretion and such may be greater than the rate charged to the Bank.

3) Domestic and International ATM withdrawals - limited to the ATM transaction fees normally assessed by Washington Mutual for using a Domestic or International non-Washington Mutual ATM for a cash withdrawal transaction. For international transactions, the exchange rate between the transaction currency and U.S. currency is selected by the processor of the transaction and increased by a set amount or percentage of the transaction determined by the processor. A foreign transaction fee may apply (refer to *Foreign Transactions* section). In addition, the owner or operator of a non-Washington Mutual ATM, whether Domestic or International, may

assess a surcharge for use of its ATM. The foreign transaction and currency exchange fees and surcharges will not be waived nor paid by us.

4) One (1) Overdraft Charge or Non-Sufficient Funds Charge Refund per Anniversary Year (see "Anniversary Year/Anniversary Date" below). The refund or waiver does not apply to the Overdraft Transfer Fee or Overdraft Advance Fee, or any finance charges incurred in connection with any line of credit. Any refunded or waived fee will not count toward the five (5) per day charge limit set forth in the *Statement of Fees*; however, any OD or NSF Transaction will count towards any tiered pricing whether or not the fee related to such transaction is waived or refunded. If this benefit is not used in one year, it may be carried over into a subsequent Anniversary Year. The refund or waiver is not available if the account is no longer a *WaMu Free Checking*™ account or if this account is closed by you or us, for any reason (including fraud against the account), even if another account of the same type is established. We may, but are not required to, offer this benefit if any account holder or signer has, or has had within the last year as of the account opening date, another *WaMu Free Checking*™ account.

5) A Washington Mutual Gold Debit MasterCard®.

6) On your Anniversary Date, you will earn and receive a reward, based on the conditions set forth below:

- Your *WaMu Free Checking*™ account is linked as the primary account to your consumer ATM or Gold Debit MasterCard®; if your *WaMu Free Checking*™ account is linked as the primary account to any other type of card, at our option, we may but are not required to, allow you to participate in this account benefit.
- $0.03 will accumulate for each of the following types of transactions initiated and processed using your eligible Card:
    o Point of Sale (POS) purchase transactions, with or without cash back, using a Personal Identification Number (PIN);
    o Signature-based POS purchase transactions;
    o Recurring debit payment transactions with external merchants; and
    o Online, mail order, and telephone POS purchase transactions.
    
    Note: Without limiting the foregoing, ATM transactions do not qualify for this benefit.
- The maximum amount which may accumulate (accrue) is $250.00 per *WaMu Free Checking*™ account per Anniversary Year, with no carryover.
- The amount accumulated (accrued) as set forth above will be earned if your *WaMu Free Checking*™ account is open and in good standing on the Anniversary Date of the account opening (see "Anniversary Year/Anniversary Date" below).
- When earned, the amount will be rewarded and paid via direct deposit to the *WaMu Free Checking*™ account, on the checking account's Anniversary Date (or the following Business Day if the Anniversary Date falls on a non-Business Day).

"Anniversary Year/Anniversary Date": For this purpose, an Anniversary Year begins on the date this account was established in our records (whether as a new account or product change from an existing account of another type). The Anniversary Date is one year after the account is opened as set forth herein, and on that date, every year thereafter. If the *WaMu Free Checking*™ account is closed or changed to another product type, the benefits set forth above in these Terms and Conditions will no longer apply. Without limiting the foregoing, any accrued benefits (e.g., unused Overdraft Charge or Non-Sufficient Funds Charge refunds) and/or amounts accumulated (accrued) but unearned, as set forth above, will not be available or paid, as the case may be.

*WaMu Free Checking*™ account customers may also choose to participate in our *WaMoola for Schools*® program instead of the rewards feature described in #6 above. We may, but are not required to, allow the customer to participate in both. If a customer does not notify us otherwise, in a form as we may designate at our option, they will be deemed to have elected to participate in the rewards feature described in #6.

Rewards programs can be modified or terminated at any time, see the *Amendment/Termination* section of this *Account Disclosures* booklet for details.

**PLATINUM CHECKING**

*Rate Information:*

- Refer to the *Bank Rate Information Sheet* applicable to your account for the interest rate and APY for this account. The interest rate and APY are established at our discretion, are variable, and are subject to change without notice or limit.

- Interest rate is set on a tiered basis. If your daily balance in your Platinum Checking account is equal to or greater than the balance stated for that tier, the interest rate and annual percentage yield paid on the balance deemed to be collected in your Platinum Checking account will be as quoted for that tier. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

*Compounding and Crediting:*

- Interest on your account will be compounded daily and credited to your account on the last day of each monthly statement cycle, on a 365/365 day basis (366/366 day in leap years).

- For interest accrual method, refer to the *Balance Calculation/Determining Collected Balance* and *Interest Payments and Conditions* sections of these *Account Disclosures and Regulations*.

*Minimum Balance Requirements:*

- The minimum deposit to open this account is set forth in the *Bank Rate Infomation Sheet* applicable to your account.

*Balance Computation Method:*

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the Platinum Checking account at the end of each day, subject to the Interest Accrual Method described above.

- Balances in linked Accounts, Investments and Annuities are not considered for Platinum Checking account interest rate calculation purposes.

*Fees:*

- A monthly service charge as set forth in the *Statement of Fees* applicable to your Platinum Checking account will be imposed for each monthly cycle unless you meet the requirements set forth below in the *Service Charge Waiver* section.

- Any other fees associated with this account are set forth in the *Statement of Fees* applicable to your Platinum Checking account.

- Fees applicable to linked Accounts, Investments and Annuities will be as set forth in the documents for those Accounts, Investments and Annuities and will not be affected as a result of being linked to the Platinum Checking account, unless otherwise described below.

*Service Charge Waiver:*

- You can avoid the monthly service charge on your Platinum Checking account by maintaining a Monthly Combined Balance (as defined below) in your Platinum Checking account and linked Accounts (also as defined below), Annuities, and/or linked Loan Accounts of at least $10,000 for the calendar month prior to the Platinum Checking account statement cycle end date.

*Monthly Combined Balance:*

The Monthly Combined Balance is the sum of (i) the Combined Average Deposit Balance or Combined End of Month Balance of the Platinum Checking account and linked deposit accounts; (ii) End of Month Combined Annuity Value; (iii) End of Month Investment Balance; and, (iv) the End of Month Combined Loan Balance, each calculated as set forth below.

A. In order to be included in the calculation for Monthly Combined Balance, the Platinum Checking account and all Accounts, Investments and Annuities linked to it must meet the following requirements as of the second day of the calendar month which includes the Platinum Checking account statement cycle end date:

1. Be eligible to be linked to the Platinum Checking account;

2. Be linked to the Platinum Checking account; and

3. If the linked account is a Loan (including certain lines of credit), not be past due. (A Loan is considered past due for this purpose if the minimum payment due is not paid within 15 days of the due date.) If we, at our option, use the outstanding balance of a loan or line that is past due for balance calculation purposes in one month, we are not required to do so in any other month.

B. The Combined Monthly Balance for fee waiver is calculated as follows:

1. Determine the Combined Average Deposit Balance for the Platinum Checking account and each deposit account linked to the Platinum Checking account that meets the requirements of A above, by taking the following two steps:

a) Combine the daily ending balance for each day of the calendar month preceding the Platinum Checking account monthly statement cycle end date;

b) Divide the results of (a) above by the number of days in the calendar month preceding the Platinum Checking account monthly statement cycle end date;

2. Combine the results of 1 above for all linked deposit accounts;

3. Determine the End of Month Combined Loan Balance by combining the principal balance most recently reported to us by the servicer of such loan(s) as of the last day of the calendar month preceding the Platinum Checking account monthly statement cycle end date of each Loan Account meeting the requirements of A above;

4. Determine the End of Month Combined Annuity Value by combining the value most recently reported to us by the issuer as of the last day of the calendar month preceding the Platinum Checking account monthly statement cycle end date for the Annuities meeting the requirements of A above;

5. Determine the End of Month Investment Balance most recently reported to us by WMFS (as defined below) as of the last day of the calendar month preceding the Platinum Checking account monthly statement cycle end date for each Investment that meets the requirements of A above;

6. Add the results of 2 through 5. If the amount equals or exceeds $10,000, the monthly service charge assessed on the first Platinum Checking account statement cycle date following the end of the calendar month on which these calculations are based will be waived;

7. If the result is less than $10,000, repeat the above process using the Combined End of Month Balance of the Platinum Checking account and linked deposit accounts in place of the Combined Average Deposit Balance of the Platinum Checking account and linked deposit accounts. If the result equals or exceeds $10,000, the monthly service charge on the next Platinum Checking account statement cycle date following the end of the calendar month on which these calculations were based will be waived. Otherwise, the monthly service charge will apply.

Note: By linking a Loan (even if serviced, owned or made by Bank), Annuity (even if purchased through or serviced by Bank) or Investment, you acknowledge and agree that we may conclusively rely on values most recently provided to us by servicer, issuer or broker (including WMFS) (as the case may be). You agree that such values may be reported to us at any time during the calendar month and may be different than the month end values provided to you directly by such servicer, issuer or broker and shall not affect, nor be evidence of, the actual value of such Loan, Annuity or Investment.

***Eligibility Rules:***

Your Platinum Checking account must be designated as your primary checking account in our records. If you request and we, at our option agree, you may designate one or more deposit, loan or investment or annuity that meets the applicable eligibility requirements to be linked to your Platinum Checking account. At our option, you must designate your linked Accounts, Investments and Annuities in writing and, if we request, must obtain the consent of each co-owner to linking such Accounts, Investments and Annuities to your Platinum Checking account. Deposit and Loan Accounts (sometimes jointly referred to as "Accounts"), Investments and Annuities which do not meet the eligibility requirements at any time may, at our option, be "de-linked" and will no longer be considered in the calculation of the Monthly Combined Balance, nor will such be eligible for relationship fee waivers or interest rates (if applicable). You agree to notify us if, at any time, you, any owner, or any Account, Investment or Annuity changes or otherwise no longer meets our eligibility requirements set forth below.

*Deposit and Loan Account, Investment and Annuity Eligibility Requirements:*

Deposit and Loan Accounts must be:

- Established and used for personal, family and household purposes only.

- Established with the Bank with which the Platinum Checking account is established and serviced on the primary operating systems of that Bank.

- Established and maintained on the same operating system on which the Platinum Checking account is serviced.

- Assigned in our records to the same state to which the Platinum Checking account is assigned in our records, unless we otherwise agree.

- Checking accounts, savings accounts, money market accounts, CDs or Washington Mutual consumer retail retirement deposit accounts within a Washington Mutual IRA meeting the above requirements are generally eligible.

- Washington Mutual mortgage and consumer loans (including lines of credit) meeting the above requirements are generally eligible.

- Gift card balances (whether on cards issued by us or on affinity cards bearing our name) are not eligible to be included, unless we otherwise agree in writing.

Investments:

- Must be established and serviced on the primary operating systems of WM Financial Services, Inc., ("WMFS") and held at the clearing agent for WMFS;

- Are limited to general securities (such as stock, bonds, and mutual funds, except as noted below) purchased through WMFS, unless we otherwise agree in writing. Without limiting the foregoing, the following are not included: mutual funds purchased through a predecessor in interest to WMFS, unless we agree otherwise in writing, cash, precious metals, and limited partnerships; and

- All eligible Investments held in a WMFS account must be linked to this Platinum Checking account.

Annuities must be:

- Purchased through WMFS or Bank, unless we agree in writing otherwise. Without limiting the foregoing, such does not include annuities purchased through a predecessor of WMFS or Bank, unless we agree otherwise in writing;

- Established and serviced on the primary operating system of WMFS or Bank, as applicable;

- Valued by the Issuer and reported to Bank on a monthly basis. A current list of Annuity issuers from whom we receive monthly reporting is available upon request. We reserve the right to make changes to this list from time to time without notice, except as may be required by law.

Notwithstanding the above, Accounts, Investments and Annuities linked to another Platinum Checking account or any other relationship program that we offer or support, brokered deposits, Accounts, Investments and Annuities held on your behalf in a deferred compensation plan or qualified retirement plan or loans secured by deposit accounts are not eligible. Without limiting the foregoing, deposit accounts, loans and annuities are not eligible if: a) offered under the name Washington Mutual by an affiliate Bank; b) offered by Bank under a name other than Washington Mutual; or, c) offered by an institution merged with Bank that operates using systems other than Bank's operating system on which the Platinum Checking account is serviced; investment accounts of WMFS and annuities purchased through WMFS are not eligible if: a) offered under a name other than WM Financial Services, Inc.; or b) offered by an institution merged with WMFS that operates using systems other than WMFS's operating system.

*Eligible Ownership/Debtor:*

The Platinum Checking account is available to individuals (either singly or jointly) or to trustees of a revocable trust (sometimes referred to as a family, living or loving trust) and each Account, Investment or Annuity to be linked must meet the requirements above as well as the ownership or debtor requirements below:

- You must be an owner of the Account, Investment or Annuity or debtor of the Loan to be linked; and,

- If individually or jointly owned, you as the owner of the Account, Investment or Annuity or debtor of a Loan, must be acting in your individual capacity on your own behalf. If owned by you as a trustee of a revocable trust, the trustee, trustor and current beneficiaries must be the same.

- Your Taxpayer Identification Number must be the primary Taxpayer Identification Number in our records for such Account, Investment or Annuity or the address in our records for such Account, Investment or Annuity is the same as the address in our records for the Platinum Checking account.

- Without limiting the foregoing, you may not link any Account, Investment or Annuity on which you are a fiduciary (except as set forth above) including without limit, as a trustee of an irrevocable trust, executor or administrator of an estate, guardian or conservator on behalf of a minor or incompetent person, an agent under a power of attorney or otherwise, a custodian under a state's Uniform Transfers to Minors Act, or is an employee, Authorized Signer, or representative of an owner.

*Additional Program Benefits:*

The following additional benefits are available on the Platinum Checking account (not available on linked accounts) to you as a member of the program:

    (1) fee-free personalized Platinum style checks (one box per order), or a discount on other selected check styles (discount and styles subject to change without notice);

    (2) fee-free overdraft transfers to your Platinum Checking account where our Platinum Checking account is protected by our Overdraft Transfer Service (enrollment required);

    (3) Washington Mutual Platinum Debit MasterCard® with no issuance or annual fee;

**For Connecticut, New Jersey and New York Platinum Checking Accounts, the following additional benefits apply:**

    (1) waiver of the annual fee on your Overdraft Line of Credit providing overdraft protection to your Platinum Checking account; and

    (2) we may, from time to time and at our option, offer Relationship Rates on a deposit account linked to the Platinum Checking account (provided, however, that the deposit account is assigned in our records to a branch in the same state to which the Platinum Checking account is assigned in our records and further, if the Platinum Checking account is terminated either due to account closure or due to a product change, or the account is no longer linked, that deposit account will be subject to the standard rate(s) applicable to such account); when we do not offer a Relationship Rate, the standard rate(s) applicable to such account will apply to your linked account. The Relationship Rate(s) and standard rate(s) are set in our discretion and, if offered, are stated in the *Bank Rate Information Sheet* applicable to your linked deposit account. For CDs, Relationship Rates (when offered) are set for the entire term when opened or renewed and, if applicable, for the remainder of the term when exercising the *Bump Rate®* option.

*Additional Information Related to Linked Accounts, Investments and Annuities:*

Your linked deposit and loan Accounts, Investments and Annuities continue to be subject to the terms and conditions applicable to your linked Accounts, Investments and Annuities. The ownership of the linked Accounts, Investments and Annuities remains as set forth in our (or Issuer's or Broker's) records, as applicable, for that Account, Investment or Annuity.

By linking an Account, Investment or Annuity on which you are an owner/debtor to the Platinum Checking account, you are consenting on your own behalf and on behalf of any other owner/debtor of such linked Account, Investment or Annuity to designation of such as a linked Account, Investment or Annuity. You also consent to release of any information regarding such linked Account, Investment or Annuity to any owner of the Platinum Checking account. You further consent to release of information about the Platinum Checking account to any owner/debtor of any linked Account, Investment or Annuity.

You agree that Accounts, Investments or Annuities may be linked to only one Platinum Checking account or other relationship account or program. If we receive a request from a co-owner of a linked Account, Investment or Annuity to link such Account, Investment or Annuity to a different Platinum Checking account or other relationship account or program, or to de-link the Account, Investment or Annuity for any other reason we may, at our option, de-link such

31

Account, Investment or Annuity and such will no longer be considered a linked Account, Investment or Annuity for any purposes hereunder including, without limit, for purposes of calculating the Monthly Combined Balance. We may, at our option, refuse to link such Account, Investment or Annuity to any other relationship account or program until we receive instructions in form satisfactory to us from all Account, Investment and Annuity owners/debtors. You may terminate Account, Investment or Annuity linkage at any time by providing notice to us in a form satisfactory to us. We reserve the right to terminate or amend the program, your participation or Account, Investment or Annuity linkage at any time without notice except as may be required by law.

**Limitations:**

This account is intended for personal, family or household purposes and cannot be used for business/commercial uses. If this account is being used for business/commercial purposes, we reserve the right to change the account to a business checking type account. The Platinum Checking account may not be subject to backup withholding.

## SAVINGS ACCOUNTS

Refer to the *Deposit Accounts Held in IRAs, QRPs and CESAs* section in these *Account Disclosures and Regulations* or other disclosures provided with retirement accounts or CESAs for information on savings accounts opened under Washington Mutual Retirement Plans or Coverdell Education Savings Accounts.

## STATEMENT SAVINGS/PLATINUM SAVINGS/INDIVIDUAL DEVELOPMENT ACCOUNT

**Rate Information:**

- Refer to the *Bank Rate Information Sheet* applicable to your account for the interest rate and APY for this account. The interest rate and APY are established at our discretion, are variable, and are subject to change without notice or limit.

- Interest rate will be set on a tiered basis if interest tiers are shown in the *Bank Rate Information Sheet* applicable to your account. For tiered accounts, if your daily ending balance is equal to or greater than the balance stated for the tier, the interest rate and APY paid on the balance deemed to be collected in your account will be as quoted for that tier. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

- If your account is designated as an Individual Development Account sponsored by a qualifying organization, your interest rate will be the same as the standard interest rate published for the Statement Savings account in the *Bank Rate Information Sheet*. Individual Development Accounts are not eligible for Relationship Rates.

**Compounding and Crediting:**

- For all Statement Savings, Individual Development Accounts and Platinum Savings accounts: Interest on your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years).

- For interest accrual, refer to the *Balance Calculation/Determining Collected Balance* and *Interest Payments and Conditions* sections of these *Account Disclosures and Regulations*.

**Minimum Balance Requirements:**

- The minimum deposit to open this account is set forth in the *Statement of Fees* and/or *Bank Rate Information Sheet* applicable to your account.

**Balance Computation Method:**

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day, subject to the interest accrual method described above.

**Fees:**

- Statement Savings and Platinum Savings - A service charge as disclosed in the accompanying *Statement of Fees* applicable to your account will be imposed each monthly cycle if the balance in your account falls below the balance disclosed in the *Statement of Fees* applicable to your account at the end of any day of the monthly cycle. The Statement Savings monthly service charge may be waived upon request if you are less than 19 years of age;

if applicable, the service charge and balance requirements above will apply beginning when you turn 19 without further notice.

- Individual Development Account - There is no monthly service charge if your account is designated in our records as an Individual Development Account

- Other Fees - Any other fees associated with these accounts are set forth in the *Statement of Fees* applicable to your account.

### Transaction Limitations:

- This is a Limited Transaction Account. Refer to the *Limited Transaction Accounts* section of these *Account Disclosures and Regulations* for detailed information regarding transaction limitations.

- You may make unlimited deposits.

- You may NOT use checks or similar items to debit this account.

- If this is a Statement Savings account for which you do not receive monthly or more frequent statements, or if this is an Individual Development Account owned by a sponsoring or administering organizations as custodian for the benefit of an individual or individuals, you are NOT eligible for an ATM card, and this account cannot be linked to an ATM or other Debit Card. You are not allowed to make any preauthorized, automatic, telephone, or other electronic transfers from this account.

- If this is an Individual Development Account owned by a sponsoring or administering organization as custodian for the benefit of an individual or individuals, then withdrawals or transfers are permitted only upon the request or with the consent of the custodian, which request or consent must be in form satisfactory to us.

- The Bank reserves the right to require written notice seven (7) days prior to any withdrawal or transfer from this account.

### Limitations:

- These accounts are intended for personal, family or household purposes and cannot be used for business/commercial uses. If this account is being used for business/commercial purposes, we reserve the right to change the account to a business savings type account.

### Special Feature:

- Except as noted for Individual Development Accounts and accounts on which statements are not issued monthly, an ATM Card is available with this account.

### Additional Information for Individual Development Accounts:

- If your account is designated in our records as an Individual Development Account, the customer, whether Participant or Sponsor/Program Administrator agrees to the following:

- The Bank is entitled to rely on its records with respect to ownership of funds.

- Disputes regarding the Individual Development Account (IDA) program, including without limit, requirements for participation, and ownership of the program matching funds, and IDA program transaction limitations are solely between the Sponsor/Program Administrator and Participant.

- Participant consents to release of information about Participant and this account to Sponsor/Program Administrator.

### SCHOOL SAVINGS® ACCOUNT

### Rate Information:

- Refer to the *Bank Rate Information Sheet* or other document we provide to you applicable to your account for the interest rate and APY for this account. The interest rate and APY are established at our discretion, are variable, and are subject to change without notice or limit. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

### Compounding and Crediting:

- Interest on your account will be compounded quarterly and credited to your account on the last day of each quarterly cycle on a 365/365 day basis (366/366 day in leap years).

• Interest begins to accrue on the Business Day you deposit non-cash items (e.g., checks).

*Minimum Balance Requirements:*

• The minimum balance required to open this account is provided by Washington Mutual.

*Balance Computation Method:*

• We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day.

*Fees:*

• Any fees associated with this account are set forth in the *Statement of Fees* applicable to your account.

*Transaction Limitations:*

• This is a Limited Transaction Account. Please refer to the *Limited Transaction Accounts* section of these *Account Disclosures and Regulations* for detailed information regarding transaction limitations.

• You may make unlimited transfers and withdrawals (payments directly to you) if made in person or by mail or messenger.

• You are NOT allowed to make any preauthorized, automatic, telephone, or other electronic transfers from this account, or to use checks or similar items to debit this account.

• You may make unlimited deposits.

• The Bank reserves the right to require written notice seven (7) days prior to any withdrawal or transfer from this account.

*Limitations:*

• This account is intended for personal, family or household purposes and cannot be used for business/commercial uses. If this account is being used for business/commercial purposes, we reserve the right to change the account to a business check type account.

*Other Information:*

• By opening a *School Savings*® account, you agree that we may, but are not required to, release information about you or your account to any of your parents and/or guardians or conservators.

## MONEY MARKET ACCOUNTS

Refer to the *Deposit Accounts Held in IRAs, QRPs and CESAs* section in these *Account Disclosures and Regulations* or other disclosures provided with retirement accounts or CESAs for information on money market accounts opened under Washington Mutual Retirement Plans or Coverdell Education Savings Accounts.

### GUARANTEED GREAT RATE MONEY MARKET ACCOUNT

*Rate Information:*

• Refer to the interest rate and APY on the *Bank Rate Information Sheet* applicable to your account for the interest rates, corresponding annual percentage yields and tiers on the Guaranteed Great Rate Money Market Account.

• Interest rate is set on a tiered basis. If your daily ending balance is equal to or greater than the balance stated for the tier, the interest rate and APY paid on the balance deemed to be collected in your account will be quoted for that tier. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

• The interest rate and APY are established at our discretion, are variable, and are subject to change without notice or limit. Notwithstanding the preceding sentence, the interest rates corresponding to each account balance tier for this account will be set on the day you open your account and the rates applicable to each tier will not decrease below the rate stated for that tier ("Guaranteed Minimum Interest Rate") at account opening during the time frame listed in the interest rate/APY section of the *Bank Rate Information Sheet* applicable to your account received at account opening. The APY for this account is calculated based on Guaranteed Minimum Interest Rate for 120 days and on the Standard Interest Rate (applicable for accounts of this type for which the guarantee does not apply, even though this rate may change as noted above) for the remaining 245 days of a 365 day year, 246 days of a 366 day leap year.

34

*Compounding and Crediting:*

- Interest on your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years).

- This account has the permanent interest order option. Refer to the *Permanent Interest Orders* section of these *Account Disclosures and Regulations* for a description.

- For interest accrual, refer to the *Balance Calculation/Determining Collected Balance* and *Interest Payments and Conditions* sections of these *Account Disclosures and Regulations*.

*Minimum Balance Requirements:*

- The minimum deposit to open this account is set forth in the *Bank Rate Infomation Sheet* applicable to your account.

*Balance Computation Method:*

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day, subject to the interest accrual method described above.

*Fees:*

- A service charge as disclosed in the *Statement of Fees* applicable to your account will be imposed each monthly cycle if the balance in your account falls below the balance as disclosed in the *Statement of Fees* applicable to your account at the end of any day of the monthly cycle.

- Any other fees associated with this account are set forth in the *Statement of Fees* applicable to your account.

*Transaction Limitations:*

- This is a Limited Transaction Account. Refer to the *Limited Transaction Account* section of these *Account Disclosures and Regulations* for detailed information regarding transaction limitations.

- You may make unlimited deposits.

- The Bank reserves the right to require written notice seven (7) calendar days prior to any withdrawal or transfer from this account.

*Limitations:*

- This account is intended for personal, family or household purposes and cannot be used for business/commercial uses. If this account is being used for business/commercial purposes, we reserve the right to change the account to a business checking type account.

*Special Features:*

- An ATM Card is available with this account.

**MONEY MARKET DEPOSIT ACCOUNT/MONEY MARKET SAVINGS**

*Rate Information:*

- Refer to the *Bank Rate Information Sheet* applicable to your account for the interest rates, corresponding APYs and tiers.

- Interest rate is set on a tiered basis. If your daily ending balance is equal to or greater than the balance stated for the tier, the interest rate and APY paid on the balance deemed to be collected in your account will be quoted for that tier. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

- The interest rate and APY are established at our discretion, are variable, and are subject to change without notice or limit.

*Compounding and Crediting:*

- Money Market Deposit Account – Interest will be compounded monthly.

- Money Market Savings – Interest will be compounded daily.

- For each account, interest will be credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years).

- This account has the permanent interest order option. Refer to the *Permanent Interest Orders* section of these *Account Disclosures and Regulations* for a description.

- For interest accrual, refer to the *Balance Calculation/ Determining Collected Balance* and *Interest Payments and Conditions* sections of these *Account Disclosures and Regulations*.

***Minimum Balance Requirements:***

- The minimum deposit to open this account is set forth in the *Bank Rate Infomation Sheet* applicable to your account.

***Balance Computation Method:***

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day, subject to the interest accrual method described above.

***Fees:***

- A service charge as disclosed in the *Statement of Fees* applicable to your account will be imposed each monthly cycle if the balance in your account falls below the balance as disclosed in the *Statement of Fees* applicable to your account at the end of any day of the monthly cycle.

- Any other fees associated with this account are set forth in the *Statement of Fees* applicable to your account.

***Transaction Limitations:***

- This is a Limited Transaction Account. Refer to the *Limited Transaction Account* section of these *Account Disclosures and Regulations* for detailed information regarding transaction limitations.

- You may make unlimited deposits.

- The Bank reserves the right to require written notice seven (7) calendar days prior to any withdrawal or transfer from this account.

***Limitations:***

- This account is intended for personal, family or household purposes and cannot be used for business/commercial uses. If this account is being used for business/commercial purposes, we reserve the right to change the account to a business checking type account.

***Special Feature:***

- An ATM Card is available with this account.

## TIME DEPOSITS (CDs)

Refer to the *Deposit Accounts Held in IRAs, QRPs and CESAs* section in these *Account Disclosures and Regulations* or other disclosures provided with retirement accounts and CESAs for information on certificates of deposit (CDs) opened under Washington Mutual Retirement Plans or Coverdell Education Savings Accounts.

## CERTIFICATE OF DEPOSIT

***Rate Information:***

- Refer to the *Bank Rate Information Sheet* applicable to your account for this product's current interest rates and annual percentage yields, corresponding to terms of 1 to 120 months. (Accounts may have balances in excess of $100,000.) Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

- This account may have a *Bump Rate*® feature. If offered, it will be stated on additional disclosures provided at the time the account is opened.

- Unless we advise otherwise in writing or your account has the *Bump Rate*® feature, rates are set at account opening (see *Bump Rate*® feature, below); deposits and withdrawals during the term, if permitted, will not change the rate then payable on the account unless we advise otherwise in writing.

- For interest rates and APYs for any renewal term, refer to the *Renewals* section below.

***Compounding and Crediting:***

- Interest on your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years) unless otherwise indicated. On a Certificate of Deposit with a term of 12 months or less, you have the option of selecting monthly payments of interest or deferred payments. If you select deferred interest payments, interest will not be compounded. Interest will be paid to the account on the Maturity Date, and will, if required by law, or may, at our option if not required, be reported to the IRS for the year it is paid to the account.

- On any Certificate of Deposit with a term of more than 12 months (up to 120 months), and on a shorter term Certificate of Deposit where you have selected monthly payments of interest, you have the option of directing monthly interest payments as follows: to this account, to another eligible account you have with us, or sent by check to you or a third party you designate as more thoroughly described in the *Permanent Interest Orders* section of these *Account Disclosures and Regulations*. You may change the manner of directing future payments at any time without penalty.

- Interest begins to accrue on the Business Day you deposit non-cash items (e.g., checks).

- The APY assumes interest remains on deposit until maturity. A withdrawal will reduce earnings.

**Minimum Balance Requirements:**

- The minimum deposit to open this account is set forth in the *Bank Rate Information Sheet* applicable to your account. We may, at our option, offer different rates and APYs for higher opening balances.

- You must maintain a minimum balance of $1,000 ($5,000 for a one-month term; $100 for a minor) in the account each day to keep the account open.

- Subject to the above, you may open this account for any amount up to any applicable maximum balance.

**Balance Computation Method:**

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day.

**Transaction Limitations:**

- Except as set forth below, after the account is opened, you may not make withdrawals of principal from the account until the Maturity Date without being charged a penalty.

- Except as set forth below, and as stated in the *Grace Period* section, you may not make additional deposits to this account. Certificates of Deposit with terms of 12 months or less have an Add-On Feature that allows you to make limited additional deposits outside the Grace Period. Please refer to the *Additions to CDs* section in these *Account Disclosures and Regulations* for a complete description of this feature.

- Any deposits and withdrawals must be made in person or by mail, unless we agree otherwise.

**Early Withdrawals With or Without Penalty, and Grace Periods:**

- You have contracted to keep funds on deposit for the stated term. You may not withdraw all or part of this deposit account except as otherwise set forth herein.

- Refer to the *Rules and Regulations Applicable to All CDs* section for information on Early Withdrawal Penalties, Early Withdrawal Without Penalty, and Grace Periods.

**Renewals:**

- This account will be automatically renewed at maturity for an additional term equal to the expiring term of your account, with unlimited renewals. The Bank will send you a notice before each Maturity Date. The Bank reserves the right not to renew this account by giving you prior written notice.

- The interest rate and APY for any renewal term ("renewal rate and APY") will be determined by the Bank at its discretion, as of the Maturity Date, and on any deposit or withdrawal date during Grace Period, with final renewal rate and APY determined at our discretion on date of last transaction during Grace Period, if applicable, unless you are otherwise notified in writing prior to the Maturity Date of your account.

- You have the right to confirm the renewal rate and APY upon maturity and during any applicable Grace Period. You will be deemed to have accepted the renewal rate and APY for the renewal term unless you close the account during the Grace Period.

**$100,000 CERTIFICATE OF DEPOSIT**

*Rate Information:*

- Request the *Bank Rate Information Sheet* applicable to your account for current interest rates and APYs corresponding to terms of 1 to 120 months, from a Branch Representative or call us. See the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

- Rates are set at account opening; deposits and withdrawals during the term, if permitted, will not change the rate then payable on the account unless we advise otherwise in writing.

*Compounding and Crediting:*

- If you have a $100,000 Certificate of Deposit with a term of 12 months or less, interest for your account generally will be compounded monthly or quarterly, on a 365/365 day basis (366/366 day in leap years), or on a 365/360 day basis if your deposit is of public funds. Generally, interest will be credited to your account on the last day of each monthly or quarterly cycle, as selected, or may be deferred (deferral is not available for terms in excess of 12 months).

- If you have a $100,000 Certificate of Deposit with a term of longer than 12 months, interest for your account will be compounded monthly or quarterly, on a 365/365 day basis (366/366 day in leap years). Generally, interest will be credited to your account on the last day of each monthly or quarterly cycle, as selected, and may not be deferred.

- On a $100,000 Certificate of Deposit with a term of 12 months or less, you have the option of selecting monthly or quarterly payments of interest or deferred payments. If you select deferred interest payments, interest will not be compounded. Interest will be paid to the account on the Maturity Date, and will if required by law, or may, at our option if not required, be reported to the IRS for the year it is paid to the account.

- On a $100,000 Certificate of Deposit with a term of more than 12 months, and on a shorter term $100,000 Certificate of Deposit where you have elected monthly or quarterly payments of interest instead of deferral, you have the option of directing those payments as follows: to this account, to another eligible account you have with us, or sent by check to you or a third party you designate as more thoroughly described in the *Permanent Interest Orders* section of these *Account Disclosures and Regulations*. You may change the manner of directing future payments at any time without penalty.

- Interest begins to accrue on the Business Day you deposit non-cash items (e.g., checks).

- The APY assumes interest remains on deposit until maturity. A withdrawal will reduce earnings.

*Minimum Balance Requirements:*

- The minimum deposit to open this account is $100,000. We may, at our option, offer different rates and APYs for higher opening balances. You must maintain a minimum balance of $100,000 in the account each day to keep the account open and to obtain the APY disclosed in the *Bank Rate Information Sheet* applicable to your account.

- Accounts may have balances in excess of $100,000.

*Balance Computation Method:*

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day.

*Transaction Limitations:*

- Except as set forth in the section in these *Account Disclosures and Regulations* on Early Withdrawal Without Penalty, after the account is opened, you may not make withdrawals of principal from the account until the Maturity Date without being charged a penalty.

- You may NOT make additional deposits to this account.

- Any deposits and withdrawals must be made in person or by mail, unless we agree otherwise.

*Early Withdrawals With or Without Penalty:*

- You have contracted to keep funds on deposit for the stated term. You may not withdraw all or part of this deposit account except as otherwise set forth herein.

- Refer to the *Rules and Regulations Applicable to All CDs* section for information on Early Withdrawal Penalties and Early Withdrawal Without Penalty.

*Renewals:*

- This account will NOT be renewed at maturity. This account will cease to earn interest at maturity. You may reinvest in a new CD at that time.

## LIQUID CERTIFICATE OF DEPOSIT

*Rate Information:*

- Refer to the *Bank Rate Information Sheet* applicable to your account for this product's current interest rates, annual percentage yields and corresponding terms. We may, but are not required to, set a higher interest rate for higher balances. If we do, such will be indicated in the *Bank Rate Information Sheet* applicable to your account at account opening. Once established, the interest rate and APY are fixed for the term. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

*Compounding and Crediting:*

- Deposits and withdrawals during the term, if permitted will not change the rate then payable on the account unless we advise otherwise in writing.

- Interest on your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years).

- Interest begins to accrue on the Business Day you deposit non-cash items (e.g., checks).

- You have the option of directing monthly interest payments as follows: to this account, to another eligible account you have with us, or sent by check to you or a third party you designate as more thoroughly described in the *Permanent Interest Orders* section of these *Account Disclosures and Regulations*. You may change the manner of directing future payments at any time without penalty.

- The APY assumes interest remains on deposit until maturity. A withdrawal will reduce earnings.

*Minimum Balance Requirements:*

- The minimum deposit to open this account is set forth in the *Bank Rate Information Sheet* applicable to your account. We may, at our option, offer different rates and APYs for higher opening balances.

- You must maintain a minimum balance of $5,000 in the account each day to keep the account open and to obtain the APY disclosed in the *Bank Rate Information Sheet*.

- Subject to the above, you may open this account for any amount up to any applicable maximum balance.

*Balance Computation Method:*

- We use the daily balance method to calculate interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day.

*Transaction Limitations:*

- Except as set forth herein and in the section in these *Account Disclosures and Regulations* on Early Withdrawal Without Penalty, after the account is opened, you may not make withdrawals of principals from the account until the Maturity Date without being charged a penalty.

- Withdrawals, whether with or without penalty, must be made in person or by mail (unless we, at our option, agree otherwise).

- Additional deposits are permitted in any amount up to any applicable maximum balance.

*Early Withdrawals With or Without Penalty, and Grace Periods:*

- For withdrawals below the minimum balance required to maintain the account; refer to the *Rules and Regulations Applicable to All CDs* for information on Early Withdrawal Penalties, Early Withdrawal Without Penalty, and

39

Grace Period. In addition to the above and any penalty described in any other documents we provide you, an early withdrawal penalty equal to seven (7) calendar days simple interest on the amount withdrawn, whether earned or not, will be assessed at the rate then paid on the account if you make any withdrawals within six (6) calendar days after a deposit to or prior withdrawal from the account.

**Renewals:**

- This account will be automatically renewed at maturity for an additional term equal to the Initial Term of your account, with unlimited renewals. The Bank will send you a notice before each Maturity Date. The Bank reserves the right not to renew this account by giving you prior written notice.

- The interest rate and APY for any renewal term ("renewal rate and APY") will be determined by the Bank at its discretion, as of the Maturity Date, and on any deposit or withdrawal date during Grace Period, with final renewal rate and APY determined at our discretion on date of last transaction during Grace Period, if applicable, unless you are otherwise notified in writing prior to the Maturity Date of your account.

- You have the right to confirm the renewal rate and APY upon maturity and during any applicable Grace Period. You will be deemed to have accepted the renewal rate and APY for the renewal term unless you close the account during the Grace Period.

## DEPOSIT ACCOUNTS HELD IN IRAs, QRPs and CESAs

Contributions and distributions may have certain tax consequences under the Internal Revenue Code sections governing Individual Retirement Accounts (IRAs), Qualified Retirement Plans (QRPs) and Coverdell Education Savings Accounts (CESAs). The following accounts may only be opened under our Retirement Plans and CESAs permitting such investments.

## RETIREMENT CERTIFICATE OF DEPOSIT

**Rate Information:**

- Refer to the *Bank Rate Information Sheet* applicable to your account for this product's current interest rates and annual percentage yields, corresponding to terms of 1 to 120 months. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations.*

- This account may have a *Bump Rate*® feature. If offered, it will be stated on additional disclosures provided at the time the account is opened.

- Rates are set at account opening; deposits and withdrawals during the term, if permitted, will not change the rate then payable on the account unless we advise otherwise in writing.

**Compounding and Crediting:**

- Generally, interest for your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years).

- Interest begins to accrue on the Business Day you deposit noncash items (e.g., checks).

- The APY assumes interest remains on deposit until maturity. A withdrawal will reduce earnings.

**Minimum Balance Requirements:**

- The minimum deposit to open this account if opened in a Washington Mutual IRA or QRP is set forth in the *Bank Rate Information Sheet* applicable to your account. (The minimum opening deposit is $100 for accounts under a Coverdell Education Savings Account.) We may, at our option, offer different rates and APYs for higher opening balances.

- You must maintain a minimum balance of $1,000 ($100 for accounts under a Coverdell Education Savings Account) in the account each day to keep the account open and to obtain the APY disclosed in the *Bank Rate Information Sheet* applicable to your account.

**Balance Computation Method:**

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day.

*Transaction Limitations:*

- Except as set forth below, you may not make withdrawals of principal from the account until the Maturity Date without being charged a penalty.

- Transfers and withdrawals may have tax consequences.

- Except as set forth below and as stated in the *Grace Period* section of this booklet, you may not make additional deposits to this account. Retirement CDs with terms of 12 months or less have an Add-On Feature that allows you to make limited additional deposits outside the Grace Period. Please refer to the *Additions to CDs* section in these *Account Disclosures and Regulations* for a complete description of this feature. If we, at our option agree, you may make add-ons in person, by mail or electronically. Unless indicated otherwise, additional deposits which are new contributions will be considered current year contributions unless we agree otherwise.

- Additions to Retirement CDs are further subject to any IRS contribution limitations.

*Early Withdrawals With or Without Penalty, and Grace Periods:*

- You have contracted to keep funds on deposit for the stated term. You may not withdraw all or part of this deposit account except as otherwise set forth herein.

- Please refer to the *Early Withdrawal Penalties* and *Grace Periods* sections in these *Account Disclosures and Regulations*.

- Notwithstanding the Early Withdrawal Penalty provisions set forth in these *Account Disclosures and Regulations*, if you exercise your right under IRS rules, if applicable, to revoke your IRA plan within seven (7) calendar days of establishment, you will forfeit interest earned but will not incur an early withdrawal penalty.

- Withdrawal of principal may be made without penalty on the death, disability, or determination of legal incompetency of any beneficial owner of the account. To authorize early withdrawal because of disability, the Bank may, at its option, require a physician's statement. To authorize such withdrawal because of legal incompetency, the Bank may, at its option, require a certified copy of a court or administrative order or decree establishing the incompetency. The Bank will waive the early withdrawal penalty on accounts within a Retirement Plan for customers who are age 59-1/2 or older on distributions which are reportable to the Internal Revenue Service on form 1099R and are paid directly to the customer.

*Renewals:*

- This account will be automatically renewed at maturity for an additional term equal to the expiring term of this account, with unlimited renewals. The Bank will send you a notice before each Maturity Date. The Bank reserves the right not to renew this account by giving you prior written notice.

- The interest rate and APY for any renewal term ("renewal rate and APY") will be determined by the Bank at its discretion, as of the Maturity Date, and on any deposit or withdrawal date during Grace Period, with final renewal rate and APY determined at our discretion on date of last transaction during Grace Period, if applicable, unless you are otherwise notified in writing prior to the Maturity Date of your account.

- You have the right to confirm the renewal rate and APY upon maturity and during any applicable Grace Period. You will be deemed to have accepted the renewal rate and APY for the renewal term unless you close the account during the Grace Period.

*Fees:*

- Any fees associated with this account are set forth in the *Statement of Fees*. Any fees associated with the IRA, QRP or CESA are in the fee schedule applicable to that plan.

## RETIREMENT MONEY MARKET DEPOSIT ACCOUNT

*Rate Information:*

- Please refer to the *Bank Rate Information Sheet* applicable to your account for the interest rates, corresponding percentage yields and tiers for the Retirement Money Market Deposit Account.

- Interest rate is set on a tiered basis. If your daily ending balance is equal to or greater than the balance stated for that tier, the interest rate and APY paid on the entire balance in your account will be as quoted for that tier. Refer to the *Interest Payments and Conditions* section of these *Account Disclosures and Regulations*.

- The interest rate and APY are established at our discretion, are variable and are subject to change without notice or limit.

*Compounding and Crediting:*

- Interest for your account will be compounded monthly and credited to your account on the last day of each monthly cycle, on a 365/365 day basis (366/366 day in leap years).

- Interest begins to accrue on the Business Day you deposit noncash items (e.g., checks).

*Minimum Balance Requirements:*

- The minimum deposit to open this account if opened in a Washington Mutual IRA or QRP is set forth in the *Bank Rate Information Sheet* applicable to your account.

- You must maintain a minimum balance equal to the amount of the calendar year Retirement Trustee Fee, which we may establish from time to time.

*Balance Computation Method:*

- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the principal in the account at the end of each day.

*Transaction Limitations:*

- This is a Limited Transaction Account. Please refer to the *Limited Transaction Accounts* section of these *Account Disclosures and Regulations* for detailed information regarding transaction limitations.

- No check access.

- Transfers and withdrawals may have tax consequences.

- The Bank reserves the right to require written notice seven (7) calendar days prior to any withdrawal or transfer from this account.

- You may make unlimited deposits within the contribution limits established by the IRS.

*Fees:*

- Any fees associated with this account are set forth in the *Statement of Fees*. Any fees associated with the IRA, QRP or CESA are in the fee schedule applicable to that plan.

## RULES AND REGULATIONS APPLICABLE TO CHECKING ACCOUNTS, SAVINGS ACCOUNTS AND MONEY MARKET ACCOUNTS

### Automatic Savings Plan

If you have any combination of at least two eligible consumer Checking, Savings or Money Market accounts, or any combination of at least two eligible business Checking, Savings or Money Market accounts, you may request our Automatic Savings Plan for transfer between such consumer accounts or such business accounts. If the transfer is scheduled to occur on a day that is not a Business Day, as defined in the *Date and Time of Transaction* section of these *Account Disclosures and Regulations*, the transfer will be processed on the next Business Day. If the transfer is scheduled to occur on the 29th, 30th or 31st of the month and the month has fewer days, the transfer will be processed on the first Business Day of the next month. You must maintain sufficient funds in the account from which the transfer is to occur at the time of the scheduled transfer or the transfer may not be made. If a transfer would result in an overdraft, such is considered an overdraft transaction and will be subject to fees set forth in the *Statement of Fees* applicable to your account.

If the account from which the transfer is to occur is a Limited Transaction Account (i.e., a Savings or Money Market account), the transfer is one of the types of transactions that is limited to six (6) total during a monthly cycle (or per calendar month, if the account does not cycle monthly). You agree not to initiate transactions which, when added to any other automated transactions (including without limit, the Automatic Savings Plan transfer) or other transaction, would cause the account to exceed the established limit. Without limiting the foregoing, if the transaction exceeds the

applicable limit, you will be assessed an Excess Activity Fee as set forth in the *Statement of Fees* applicable to your account.

At your request, if the account to which the transfer is made is a monthly Statement Savings account, the monthly service charge disclosed in the *Statement of Fees* applicable to your Statement Savings account will be waived for the monthly cycle if you satisfy all the following conditions:

- The transfer is made from a Checking account;
- During the applicable statement cycle period, at least one transfer of $5 or more is made. The waiver does not apply to transfers of less than $5 that cumulatively total $5 or more in a monthly statement cycle period.

**Check Cashing Requirements**

You agree that we may impose additional requirements we deem necessary or desirable on a payee or holder who presents an item drawn on your account that is otherwise properly payable. If that person fails or refuses to satisfy such requirements, our refusal to cash or otherwise accept the item will not be considered wrongful. You agree, unless prohibited by law, such requirements may include, without limit, physical (e.g. fingerprints) and/or documentary identification requirements, check cashing fees, and requirements that such items be cashed only at specified locations. Non-customers may be required to negotiate checks drawn on Washington Mutual accounts at the financial center to which the account is assigned in our records or at our headquarters location. We may also require the signature of the endorser to be guaranteed by an institution acceptable to the Bank. Such items may, at our option, continue to be presented for inclearing.

**Check Orders, Bank by Mail Kits and Format**

You may obtain current pricing for printed check orders and Bank by Mail Kits by visiting your nearest branch office or by calling us (except for checks ordered from an outside check printer). Printed check orders or Bank by Mail Kit fee amounts will be automatically debited from your account and will appear on your monthly account statement. In the Bank's sole discretion, we may not honor checks that do not meet our required format and encoding specifications, even if such checks meet our format and specifications requirements at the time they were initially printed or drawn.

Without limiting the foregoing, we may, at our option, refuse to process documentary drafts, automobile drafts and other irregular (non-standard) items drawn on your account. You are responsible for checking the accuracy of all information shown on your checks whether ordered through us or third parties. We are not liable for losses resulting from incorrectly printed checks.

**Check Truncation (Safekeeping)/Cleared Checks**

If you request or we require check truncation (sometimes referred to as check safekeeping), or if a substitute check is made of your check, your original check(s) will not be returned to you. In such case, cancelled checks and other items will be deemed to be made available to you when your statement is made available. We are under no duty to retain the original (or substitute) of any cancelled item. We may, at our option, retain the original or copy (including, without limit, an electronic record) of the item for such time as may be required by law; otherwise, we have no obligation to retain the original or a copy. Further, you agree that our statements provide sufficient information to determine the identification and authenticity of any transaction including, without limit, whether any are forged, altered or unauthorized if the statement includes the item number, amount and the date the item posted to your account. Whether or not you receive your cancelled checks does not waive or alter your responsibility to examine your statement.

Any time limit for notifying us of any errors or discrepancies regarding such statement or items listed thereon is not waived or altered. Check truncation may begin or terminate at the first day of any statement cycle. If you need a copy of the check, just give us a written or oral request to make copies; you may be charged a research charge, and/or check copy fee as set forth in the *Statement of Fees* applicable to your account.

If original cleared checks are returned to you, you agree to keep such checks secure or securely dispose of them. If any cleared check is presented a second or subsequent time for payment, such may, at our option, be paid without regard to such prior payment and you shall be liable for such item.

43

### Interest-Bearing Checking Accounts

Only the following Depositors are eligible to receive interest on their checking accounts if the account pays interest as set forth in the Checking Accounts description in these *Account Disclosures and Regulations*, and the entire beneficial interest is held by one or more of the following:

(A) one or more individual(s);

(B) a sole proprietorship, including any unincorporated business owned solely by two individuals who are married to each other, and such marriage is recognized under federal law;

(C) nonprofit organizations operated primarily for religious, philanthropic, charitable, educational, political or similar purposes; or

(D) officers, employees or agents of and on behalf of governmental units, when the deposit consists only of public funds.

We reserve the right to require proof satisfactory to us of an accountholder's qualifying status.

### Limited Transaction Accounts

If your account is identified as a limited transaction account, the following limits apply, except as otherwise indicated. If available for your account: You may make unlimited transfers and withdrawals (payments directly to you) if made in person or by mail, messenger or automated teller machine; otherwise, you may make a total of only six (6) transfers or withdrawals (including, without limit, preauthorized, automatic or telephonic transfers or withdrawals, electronic banking transfers between your accounts with us, or transfers to an overdrawn checking account) per monthly cycle, no more than three (3) of which may be by check, draft, point of sale or point of purchase debit or similar order, if available with your account. If you frequently exceed these limits, we may, at our option, convert your account to an account type not subject to these limits or close your account.

Except for *School Savings*®, Retirement Money Market Deposit, Retirement Settlement or Retirement Savings accounts, if you exceed the transaction limit set forth above (or in the rules applicable to your account), during the monthly cycle period (or per month, if monthly statements are not provided), you will be charged an Excess Activity Fee per occurrence in the amount indicated in the *Statement of Fees* applicable to your account. We count transactions on the date we process them. This date may be different than the date on which you wrote the item or the date you scheduled or otherwise initiated the transaction. Thus, a transaction you make in one cycle may be counted in a later cycle period. (Refer to the *Date and Time of Transaction* section of these *Account Disclosures and Regulations*.)

### Minimum Balance to Maintain Account

The minimum balance to maintain your account is $.01, unless otherwise stated.

### Order of Posting

The Bank determines the order of posting deposits, checks, debits and other charges to your account unless otherwise required by law. Deposits/credits, checks, debits and other charges arriving to your account on the same day may be credited/paid/returned in any order at the Bank's option, and may not be posted in the order in which you initiated them. We may give preference to any checks, debits or charges payable to the Bank or any affiliate of the Bank.

The order in which transactions are processed may affect the amount of fees incurred by the customer and which, if any, items we choose to pay or return, in the event you have insufficient available funds in your account to cover all transactions.

### Overdraft Limit

The Bank may, at its option, pay checks, transfers and withdrawals, including, without limit, electronic transactions such as ATM, Debit Card, electronic check, automated and electronic bill payments and other automated transactions presented for payment against your account, despite insufficiency of good funds in the account, up to the amount of the Overdraft Limit it has established, but has no obligation to do so. Fees will be assessed for overdrafts created in any manner including, without limit, by transaction types described above. The Overdraft Limit will be reduced by the amount of the non-sufficient funds item/transaction and any overdraft or other charges related to the account. The Bank provides this Overdraft Limit at its sole option. We may terminate, increase or reduce the Overdraft Limit at any time without limit, and without notice except as and when required by law. We may, but are not required to, list the

44

Overdraft Limit on your periodic statement and if stated, such limit is as of the statement cycle end date reflected on that statement.

You may request that we not establish an Overdraft Limit. To do so, visit your local financial center or call the customer service telephone number at the end of this brochure.

## Overdrafts/Non-Sufficient Funds

If a check you write or any other transfer or withdrawal request is presented for payment, or if we otherwise receive notice of such check, transfer, or withdrawal request, and sufficient funds are not available in your account, due to non-sufficient funds, uncollected items, or otherwise, (sometimes referred to as an NSF Transaction), the Bank shall have the authority to process same in any order, at its option, and if such is not otherwise required to be paid in accordance with an overdraft line of credit or overdraft transfer service agreement with us, Bank may, in its sole discretion, either (1) make payment in accordance with such check, transfer or withdrawal request or (2) return the check, transfer or other withdrawal unpaid, and, in either case, we will not be liable to you for doing so regardless of whether we have established an overdraft limit for your account or you have requested that your overdraft limit be set to zero.

If the Bank pays the check, transfer or withdrawal, and the Bank is reimbursed by an automatic advance from your overdraft line of credit or transfer authorization (Overdraft Transfer Service), we will not impose an Overdraft Charge or Non-Sufficient Funds Charge; but we will impose an Overdraft Transfer Fee in the amount disclosed in the *Statement of Fees* applicable to your account, if reimbursed by an automatic transfer authorization, and we will impose an Advance Fee in the amount disclosed in the *Statement of Fees*, if applicable to your account, if paid by an automatic advance from your overdraft line of credit. An Advance Fee will not be assessed in the event you make a deposit on the Business Day of the overdraft in available funds (funds not subject to hold) into the checking account in an amount equal to or greater than the amount of any overdraft that would have occurred on the account had the advance not covered such overdraft excluding any overdraft resulting from fees assessed against the account). However, if the Bank chooses to pay the NSF Transaction and the Bank is not reimbursed by an automatic advance from your line of credit or transfer authorization, we will impose an Overdraft Charge for each NSF Transaction in the amount disclosed in the *Statement of Fees* applicable to your account. If the Bank chooses not to pay an NSF Transaction, the Bank will assess a Non-Sufficient Funds Charge for the NSF Transaction in the amount disclosed in the *Statement of Fees* applicable to your account. The Non-Sufficient Funds Charge/Overdraft Charge may be assessed the day of or any day following the date the NSF Transaction occurred on the account.

You agree that you will, WITHOUT DEMAND OR NOTICE FROM US, immediately deposit or otherwise pay Bank sufficient good funds to eliminate any overdraft and to pay the Overdraft Charge, or the Bank may at its option withdraw funds from another of your accounts in the amount of the insufficiency and the Overdraft Charge. Without limiting the foregoing, if Bank is otherwise required to pay an amount related to your account (e.g. levy or garnishment), and such creates an overdraft, such overdraft will be subject to the terms herein including, without limit, our right to assess a fee and your obligation to immediately repay any amounts due, including all applicable fees as set forth above.

We may also close your account without notice, unless notice is required by law. Should we allow an overdraft, we will not be obligated to continue the practice at a later time, nor will we be obligated to notify you of such discontinuance. You are responsible for immediately reimbursing the Bank for all overdrafts and returned items, regardless of when or why returned, and for all, Overdraft Transfer Fees, Advance Fees, Overdraft Charges and Non-Sufficient Funds Charges. Any of these fees/charges may be assessed regardless of the amount of the NSF Transaction.

Each account owner is jointly and severally responsible for paying overdrafts created, and any fees incurred, by any owner or Authorized Signer(s), whether or not the owner participates in the transaction or benefits from its proceeds.

## Plus Package

The Plus Package is available on *WaMu Free Checking*™, Platinum Checking and other accounts as we may authorize for an additional monthly fee. If you choose the Plus Package, you authorize us to debit the monthly Plus Package fee directly from your account. The amount of the Plus Package fee is set forth in the *Statement of Fees* applicable to your account; such fee is not prorated for any part of the month. If you close your account or change your account type to a type for which the Plus Package is not available, you will be deemed to have terminated your enrollment. If you or we terminate your Plus Package enrollment, such termination is effective immediately, except

45

with respect to the life insurance policy. To determine the effective date for termination of such insurance benefits, refer to the information provided to you specifically describing the insurance coverage.

Your benefits are effective immediately upon our receipt of a completed enrollment form for the Plus Package, unless you are advised otherwise. At the time you enroll in the Plus Package program, you will receive program material that will contain a description of the program benefits. Certain benefits may require you to designate that you wish to receive program materials and benefits as part of the service and that such benefits will be available upon our receipt of your designation in a form satisfactory to us. As with all services and products, we reserve the right to terminate or make changes to the Plus Package at any time without notice, except as may be required by law. We seek in good faith to make arrangement with reputable companies to provide goods and services to members of the Plus Package program. We do not endorse, warrant or guarantee these services or goods. The Plus Package is available only to natural persons.

For purposes of the Plus Package enrollment, if your account is a New York Joint Account designated in our records as a Convenience Account, the Accountholder is the person designated as the owner; the convenience signer and such person's estate has no interest in any Plus Package benefits including, without limit, any insurance benefits.

### Postdated, Stale Dated, and Conditional Checks

In order to assure that payment is not made on any postdated check you write, you must notify the Bank in the same manner and in such time as is required to process a stop payment order (including renewal after six months, if applicable), and we may assess a stop payment fee. If you do not provide appropriate notice to the Bank, you acknowledge and agree that we may not verify the date of the check, and, unless prohibited by law, you authorize us to pay the check and debit your account, even if the check is presented for payment prior to the date written on the check. In addition, we may, in our sole discretion, return the postdated check. You also acknowledge and agree that we will not be liable to you or any payee or payer if we return a postdated check, or if we pay a postdated check drawn on your account prior to the date on the check when you have not provided appropriate advance notice to us of the postdated check as described above.

A "stale dated" check is one that is not negotiated within six months of the date on the check. We are under no obligation to pay a check that is presented more than six (6) months after its date, but we may do so at our discretion and charge your account without liability, even if the presentation occurs after the expiration of a stop payment order or notice of postdated check. You agree that we are not required to identify stale dated checks or seek your permission to pay them.

"Conditional" checks include, but are not limited to, checks containing the statement that the check is not good for or after a specified number of days after the date of the check, or that a check may not exceed a certain dollar amount. You agree that we are not required to identify such limitations and that the Bank will have no liability for paying a check even if there is printing on the check indicating conditions must be met for negotiation of the item.

### Regulatory Classification of Checking Accounts

All checking accounts will consist of a master account and two subaccounts: (1) a checking subaccount and (2) a money market deposit account ("MMDA") subaccount. You will access your checking account at the master account level, and your monthly statement for checking accounts will reflect transactions at the master account level without reference to the subaccounts. The subaccounts are maintained on the Bank's books, and you will not have direct access to the subaccounts. All of the provisions of the *Master Account agreement* and these *Account Disclosures and Regulations* apply to the checking accounts as a whole without reference to the subaccounts, except as provided in this section.

Periodically, we will transfer funds in your checking subaccount to the MMDA subaccount when such funds are not needed to pay checks, debits or other items drawn on your master account. Checks, debits and other items will be paid from the balance credited to your checking subaccount. Funds will be transferred to your checking subaccount from the MMDA subaccount as necessary for your financial transactions, so that at all times you will have access to your funds as provided for in these *Account Disclosures and Regulations*. At the beginning of each statement cycle, the Bank will allocate funds between your checking and MMDA subaccounts as it deems appropriate to meet your transactional needs.

In accordance with federal regulations, no more than six transfers per statement period will be made from your MMDA subaccount. On the sixth transfer from the MMDA subaccount during any statement cycle, all of the funds on deposit will be transferred to the checking subaccount for the remainder of the statement cycle. These transfers will not appear on your monthly statement and will not be subject to any fees.

If you have an interest bearing checking account, the interest rate and annual percentage yield earned ("APYE") applicable to your account apply to the combined balance of the subaccounts, and a single interest rate and APYE will appear on your monthly statement. The combined balance of your interest bearing checking subaccounts and MMDA subaccount will be used for determining whether monthly service fees will apply.

## Stop Payments

At your request and risk, the Bank may accept a written or oral stop payment order or revocation thereof on any check (or series of checks) drawn on, or ACH debit, or electronic transactions initiated by use of a check (including Point of Purchase ("POP") and Returned Check ("RCK") transactions), from your account (including a temporary stop payment order for a postdated check) from you or any owner or Authorized Signer for the account, regardless of who the drawer of the check, initiator of the transaction, or initial requestor of the stop payment was. Such an order must specify the account number, the amount and serial number, payee, and date of the check or transaction on which such payment is to be stopped, or stop payment to be revoked. You acknowledge that if incorrect information is provided, even if a close approximation, we will not be liable for payment of the check or debit. Our records will be conclusive evidence of the existence, details of and our decision regarding an oral stop payment order or its revocation. In addition, any stop payment order must be received at such time and in such manner as to afford the Bank reasonable opportunity to act on it prior to any action or liability by the Bank with respect to the item or debit.

Without limiting the foregoing, a stop payment will not go into effect until after we have verified: a) the item or debit is unpaid; b) if the item or debit was deposited to an account at any Bank location, that the item can be charged back without creating an overdraft; and, c) that the item was not cashed at any Bank location; further, Bank will not be liable for paying the item or debit on the Business Day this stop payment was requested or expires. Refer to the *Electronic Fund Transfer Agreement and Disclosure* in these *Account Disclosures and Regulations* for information on Stop Payment of Preauthorized Transfers and Stop Payment on Check Electronification Transactions.

If we receive the stop payment request or revocation by phone, we may, but are not obligated to, record your stop payment order request. We reserve the right to require written stop payment orders. If you orally contact us to place a stop payment order, we may also require you to put your request in writing and deliver it to us within fourteen (14) calendar days. If we require your oral stop order to be confirmed in writing, such oral order shall be binding, subject to the limitations otherwise set forth in this Agreement, on the Bank for only fourteen (14) calendar days unless confirmed in writing within that period.

Otherwise, stop payment orders are effective only for six months from the date initially requested (or such other period as we may specify in writing) unless renewed in the manner described above for placement of a stop payment order. We may, but are not required to, provide an expiration notice with respect to any such stop payment. Doing so in one instance does not require us to do so in the future. You agree to hold the Bank harmless for the amount of said check or other item and to indemnify the Bank against any loss, expenses, and costs incurred by reason of its refusal to pay said check or other item. If you use a Check Guarantee Card to cash a check or to purchase goods and services with a check, or if the Bank has accepted, certified, paid in cash or settled a check or debit, or otherwise become obligated on such without a right to revoke settlement under statute, clearinghouse rules or other agreement, a stop payment of that check or debit may not be placed or renewed. There is a stop payment fee assessed for each stop payment order placed or renewed, as set forth in the *Statement of Fees* applicable to your account, including without limit, for such orders placed on lost or stolen checks or recurring transfers, and without regard to whether the stop payment is effective, as set forth above. If we pay a check against a valid stop payment order, we may be liable to you for up to the amount of the check if you had a legal right to stop payment and you establish that you suffered a loss because of the payment, but we will not be liable for any amount over and above the face amount of the check.

We may, but are not obligated to, provide you with a written confirmation of stop payment request. For additional information, read carefully any stop notice form you complete or confirmation notice, if provided, regarding any stop payment.

Without limiting the foregoing, you may stop electronic transactions initiated by use of a check (including POP and RCK transactions) by calling us at one of the numbers shown at the end of these *Account Disclosures and Regulations*, or by writing us at Washington Mutual, ACH Department, P.O. Box 65934, San Antonio, TX 78265, however, you must do so in time for us to have a reasonable opportunity to act on the stop payment order before acting on the electronic transaction.

**RULES AND REGULATIONS**
**APPLICABLE TO ALL CDs**

**Additions to CDs**

For CDs that renew, you may increase the amount in your account by any amount during the Grace Period up to any applicable maximum balance we establish from time to time, unless we otherwise advise. In addition, if you have an Add-On Feature it is as indicated in the description of your CD above. The Add-On Feature permits you to make deposits of at least $100 ($25 for Retirement Certificates of Deposit) at any time during the term, provided that the aggregate amount deposited for the term does not exceed the amount of the Original Principal Balance for that term. The Original Principal Balance for the Initial Term is (a) the Initial Principal Amount and (b) for any subsequent term, is the amount in the account at the end of the previous term including interest credited to the account plus deposits and minus withdrawals during the Grace Period. All additions become part of the account's current principal balance and are included in the accounts balance for purposes of early withdrawal penalty assessment. Unless otherwise specifically noted for your account, additions to CD accounts do not change interest rate or APY during term.

***Bump Rate® Feature***

If your account has the *Bump Rate®* feature, it will be indicated on a separate disclosure given to you when you open your account. If the Bank's interest rate and APY applicable to your type, term and balance of account goes up, at your request, we will increase your rate and APY one time per term to our then current standard interest rate and APY (posted in the financial center to which your account is assigned in our records) for your account type, term and balance as of the date that you exercise ("exercise date") the *Bump Rate®* feature, for the remainder of that current term. Rate and APY may be bumped only to standard rate and APY, and cannot be bumped to a promotional rate and APY made available in special offers or on a Promotional CD account, even if your account is opened with a Promotional CD, rate and APY and/or as a Promotional CD account. If a Relationship Rate and APY applies to your account, we may, if stated in the Account Disclosures applicable to your relationship account(s), allow you to bump to the then current Relationship Rate and APY applicable to your account type, term and balance as of the exercise date.

The *Bump Rate®* feature, if offered for your account, will not be a feature on an automatic renewal of that account unless notified in writing otherwise.

**Early Withdrawal Penalties**

Except as set forth in the section on *Early Withdrawal Without Penalty* or otherwise specified, we will impose a penalty if you withdraw any principal from any CD before the Maturity Date. If the Bank is otherwise required to pay an amount related to your account (e.g., a levy, garnishment or assignment), or elects to close your account, as provided by this agreement, the same penalty will be imposed.

If the balance of a Liquid Certificate of Deposit is drawn below the minimum balance requirement or if the principal from any other type of CD is withdrawn before the Maturity Date, the CD Early Withdrawal Penalty (EWP) will be calculated at the rate then paid on the CD on the amount withdrawn, whether earned or not, based on the full (rather than remaining) current term of the CD as follows: CDs with a term of less than 12 months – an EWP equal to 90 days of simple interest; CDs with a term of 12 to less than 36 months – an EWP equal to 180 days of simple interest; CDs with a term of 36 months or more – an EWP equal to 365 days of simple interest.

Payment of the above penalties will be made at the time of the withdrawal as a deduction from either the amount withdrawn or the account's remaining principal balance, at the Bank's option. For all CDs, interest credited to the account during the current term may be withdrawn without penalty. However, interest credited to the account and not withdrawn prior to the Maturity Date of the certificate of deposit will be considered principal at renewal. We may close the account and charge an early withdrawal penalty if withdrawals would cause the balance to fall below the minimum balance required to maintain the account.

**Early Withdrawal Without Penalty (excluding Retirement Accounts)**

Withdrawal of principal on any CD may be made without penalty on the death or determination of legal incompetency of any owner of the account. To authorize such withdrawal on the grounds of legal incompetency, the Bank may, at its option, require a certified copy of a court or administrative order or decree establishing the incompetency. Refer to the *Deposit Accounts Held in IRAs, QRPs and CESAs* section in these *Account Disclosures and Regulations* for information on Early Withdrawal Without Penalty for Retirement Certificates of Deposit opened as part of a Washington Mutual IRA or QRP.

**Grace Period**

If your CD may be renewed at maturity, you have a Grace Period of ten (10) calendar days after the Maturity Date, except as noted below, to withdraw funds from your CD without being charged a penalty. However, if you withdraw funds during the Grace Period, interest will not be paid on the funds withdrawn between the Maturity Date and the Date of Withdrawal. You also may increase the amount in your CD account by any amount during the Grace Period, up to the maximum account balance permitted for the applicable account. If such account is held in an IRA, QRP or CESA, such additions are further limited by any applicable IRS contribution limitations. If you make withdrawals and/or deposits to your CD account during the Grace Period, your rate and APY during the Grace Period may vary, if applicable to your account. See the *Renewals* section in the account descriptions above. If the last day of the Grace Period is a non-Business Day, the Grace Period expires on the prior Business Day.

**Issuance and Production of CDs**

CDs may be accepted by the Bank on such terms, and may be issued in such form or forms, as may be determined from time to time by the Bank. The Bank may make payment of principal or interest payable on any CD without requiring production of the certificate, and any CD issued shall bear a statement providing for such payment. In addition, the issuance of a CD may be omitted if an adequate record of the account is maintained by the Bank in lieu of a CD, on which shall be entered deposits, withdrawals, interest credits and payments, charges and penalties.

**Maturity Date and End of Term**

The last day of the term is the day prior to the Maturity Date. The Maturity Date is the first day of the renewal term.

**Minimum Balance Requirements**

The Bank may, but is not required to, close the CD account without notice and assess any applicable early withdrawal penalties, below, if you fail to maintain the minimum balance requirement for your CD account. Any remaining balance will be remitted to you by check to the address of record on your account or any other account any of you have with us or by transfer to an existing account any of you have with us, at our discretion.

**Transaction Limitations**

- See, Transaction Limitations for your account, above.
- To the extent withdrawals or deposits are allowed for your CD account, with or without penalties, these may be made only in person or by mail (unless we, at our option, agree otherwise).
- Withdrawals and deposits are not allowed by electronic fund transfers to or from your CD account , except as otherwise provided herein or as we may, at our option, permit.

## GENERAL REGULATIONS RELATING TO ALL ACCOUNTS AND SERVICES

**Account Ownership**

When you open an account, you may choose one of several types of ownership. You may wish to consult your tax adviser or attorney before opening any type of account. The type you select depends on how many people will sign on the account, how (or whether) they will share an interest in the account, and the purposes for which the account will be used. The type of ownership you select will be indicated on the *Master Account Agreement* you sign when you open an account.

Whenever an account is opened in the names of two or more people, but one or more of such persons have not signed the *Master Account Agreement* for such account, the Bank shall have the right, in its sole discretion, with respect to any issue, matter or transaction pertaining to the account, to (i) prohibit the non-signing person from transacting on or

taking any other action with respect to the account or (ii) permit the non-signing person to transact on or take other action pertaining to the account (in such event, the Bank may or may not require the signing of a *Master Account Agreement* or such other document acceptable to the Bank). Further, for all purposes and circumstances, including determining ownership of the account following the death of any person in whose name the account was opened, the Bank may, in its sole discretion, treat the account as being owned solely by the persons who have signed the appropriate *Master Account Agreement* or such other document acceptable to the Bank, or owned by all persons in whose names the account was opened.

THE TYPE OF ACCOUNT YOU SELECT MAY DETERMINE HOW PROPERTY PASSES ON YOUR DEATH. YOUR WILL MAY NOT CONTROL DISPOSITION OF FUNDS HELD IN SOME OF THE FOLLOWING ACCOUNTS. The types of accounts in which funds may be deposited with the Bank include, but are not limited to, the following:

(A) **Single (Individual) Account** – An account in the name of only one person. Funds in the account may be paid only to or on the order of that individual or someone to whom that individual has given a power of attorney or as otherwise may be required or permitted by law.

(B) **Joint Account With Right of Survivorship** – An account opened in the names of two or more people.

1. The Bank can release the entire balance in the account to any owner.

2. The Bank can pay items drawn by or withdrawal requests initiated by or on behalf of any owner.

3. The Bank may be required by service of legal process to pay the debt of any owner of the account with funds in the account and may exercise its right to offset the debt of any owner against the balance of the account.

4. Unless the Bank receives written notice signed by an owner/signer not to pay, the Bank can continue to pay items or withdrawal requests initiated by or on behalf of any owner/signer.

5. After receipt of the notice described in "4" above, the Bank may require the written authorization of all joint owners for any further payments or take other action as permitted pursuant to applicable law or this agreement.

Subject to the Bank's right to refuse any transaction, each party appoints the others, or any one of the others, with power of attorney to endorse any check or draft payable to any one or more of the parties and to cash or deposit the same. On the death of one party to a joint account, all sums in the account on the date of death vest in and belong to the surviving party(ies) as his/her/their separate property and estate and all funds in the account may be paid to any of the survivors.

If there is more than one surviving depositor, the rights of survivorship will continue between the surviving depositors. Payment of the remaining funds may be made to any of the surviving depositors, regardless of who actually owns the funds, without the consent of the others.

If this is a New Jersey Account, it is subject to the New Jersey Multiple Party Deposit Account Act ("MPDAA"). Bank will not be liable for payments made pursuant to the MPDAA. By signing the *Master Account Agreement*, you acknowledge reading the contract.

(C) **Tenancy by the Entireties (Available only in Florida)** – Depositors in Joint Accounts with Right of Survivorship (see above) who are husband and wife and who wish to designate the account as "Tenancy by the Entireties" may select this ownership type and request a special notation be reflected on their account record. Without limiting any rights the Bank otherwise has under this agreement:

1. The account must be opened in the names of two people who must be husband and wife.

2. The Bank can release the entire balance in the account to any owner.

3. The Bank can pay items drawn by or withdrawal requests initiated by or on behalf of any owner.

4. The Bank may be required by service of legal process to pay the debt of both owners of the account with funds in the account and may exercise its right to offset the debt of both owners against the balance of the account.

5. Unless the Bank receives written notice signed by one of the owners not to pay, the Bank can continue to pay items or withdrawal requests initiated by or on behalf of the other owner.

6. After receipt of the notice described above, the Bank may require the written authorization of both owners for any further payments or take other action as permitted pursuant to applicable law or this Agreement.

Subject to the Bank's right to refuse any transaction, each party appoints the others, or any one of the others, with power of attorney to endorse any check or draft payable to any one or more of the parties and to cash or deposit the same. On the death of one of the owners to an account held in this manner, all sums in the account on the date of death vest in and belong to the surviving owner as his/her separate property and estate and all funds in the account may be paid to the survivor. It will be the responsibility of the owners to notify the Bank immediately upon the entering of a Final Judgment dissolving the bonds of marriage, at which time this account will become by law a Joint Account with Right of Survivorship and the provisions relating to that type of ownership will then apply to this account.

(D) **Joint Account Without Right of Survivorship (Tenants in Common)** – An account opened by two or more people.

1. The Bank can release the entire balance in the account to any owner while all are alive.

2. The Bank can pay items drawn by or withdrawal requests initiated by or on behalf of any owner while all are alive.

3. The Bank may be required by service of legal process to pay the debt of any owner of the account with funds in the account and may exercise its right to offset the debt of any owner against the balance of the account.

4. Unless the Bank receives written notice signed by any owner/signer not to pay, the Bank can continue to pay checks or withdrawal requests signed by any other owner/signer.

5. After receipt of the notice described in "4" above, the Bank may require the written authorization of all joint owners for any further payments or take other action as permitted pursuant to applicable law or this agreement.

Each party appoints the others, or any one of the others, with power of attorney to endorse any check or draft payable to any one or more of the parties and to cash or deposit the same. Upon the death of one party, the interest of the deceased party passes to his or her estate and obligations of that person become obligations of his or her estate, and upon our receipt of notice of such death, and unless otherwise indicated in our records or required by applicable law, the interest of each party shall be presumed equal and the Bank may restrict withdrawals by any party or their legal representative to such interest. Depositors in a joint account without right of survivorship who are husband and wife or registered domestic partners recognized by applicable law and who wish to designate the account as "community property" may select this ownership type and request a special notation to be reflected on their account record. Their interest in the account of such deposits will be determined by applicable community property law and may be affected by will. The Community Property designation is available only if allowed by applicable state law.

If this is a New Jersey Account, it is subject to the New Jersey Multiple Party Deposit Account Act ("MPDAA"). Bank will not be liable for payments made pursuant to the MPDAA. By signing the *Master Account Agreement*, you acknowledge reading the contract.

(E)        **New York Joint Accounts** – In the absence of a contrary indication on the *Master Account Agreement*, by signing the *Master Account Agreement* you agree that a joint account is deemed a Joint Account With Right of Survivorship. For joint accounts opened in New York, one of the following contracts is applicable.

1. **Joint Account with Right of Survivorship (New York Only)** - This account is opened in the names of two or more people and will be paid to any of them or the survivor of them. Each is an owner and has the right to all of the funds in the account. On the death of one, the survivor(s) owns the account. The characteristics of the account are as follows:

a. The Bank can release the entire balance in the account to any owner(s) while any are alive.

b. The Bank can pay checks drawn by or withdrawal requests from any owner(s) while any are alive.

c. The Bank may be required by service of legal process to pay the debt of any owner(s) of the account with funds in the account and may exercise its right to off-set the debt of any owner against the balance of the account.

d. The Bank may honor checks or withdrawal requests from the survivor(s) after the death of an owner.

e. The Bank may treat the account as the sole property of the survivor(s) after the death of an owner.

51

    f. Unless the Bank receives written notice signed by any owner not to pay, the Bank can continue to pay checks or withdrawal requests signed by any owner.

    g. After receipt of the notice described in "f" above, the Bank may require the written authorization of all joint owners for any further payments.

2. **Joint Tenancy Without Right of Survivorship not designated as a Convenience account is described in** *Account Ownership* **section (D) above.**

3. **Joint Tenancy Without Right of Survivorship which has been designated as "Joint Account for Convenience Only" (New York Only)** - We may, at our option, not permit an account to be designated as Joint Account for Convenience only and, if we do permit, may require such to be confirmed in writing. If your account is a New York account which is referenced in our records as "Joint Account for Convenience Only" for which a convenience signer has been identified, the following applies:

This account is opened in the name of the depositor and another person for the convenience of the depositor without any right of survivorship in the account in favor of the other person. Unlike the Joint Account with Right of Survivorship or Joint Tenancy Without Right of Survivorship which has not been designated in our records as a "Joint Account for Convenience Only", the only owner of a Joint Account for Convenience Only is the depositor (the person identified as the account owner in our records). The characteristics of the account are as follows:

a. Only the owner may close the account during the lifetime of the owner.

b. The Bank may honor checks or withdrawal requests from the owner or the other named person during the lifetime of the owner even if those checks or orders or withdrawal requests reduce the account to zero balance.

c. The Bank may be required by service of legal process to pay a debt of the owner with the funds from the account but not the debt of the other named person.

d. Prior to receipt of notification of death of the owner and a reasonable opportunity to act on it, the Bank may honor checks or withdrawal requests from the other named person.

e. After the death of the owner, the Bank may pay part or all of the balance in the account to the owner's executor, administrator or voluntary administrator unless the Bank is served with legal process prohibiting payment and has a reasonable opportunity to act on it.

f. The Bank will not treat the account as the property of the other named person after the death of the owner.

g. Unless the Bank receives written notice signed by the owner not to pay, the Bank will not be liable for continuing to honor checks or withdrawal requests from the other person.

h. After receipt of the notice described in "g" above, the Bank may require the written authorization of the owner for any further payments.

(F) **Single P.O.D. (Payable on Death) or Totten Trust Account** – A voluntary and revocable P.O.D./Totten Trust account opened by one person (depositor) who names another as payee or beneficiary. Refer to the *P.O.D. and Totten Trust Accounts* section in these *Account Disclosures and Regulations*.

If this is a New Jersey Account, it is subject to the New Jersey Multiple Party Deposit Account Act ("MPDAA"). Bank will not be liable for payments made pursuant to the MPDAA. By signing the *Master Account Agreement*, you acknowledge reading the contract.

(G) **Joint P.O.D. (Payable on Death) or Totten Trust Account** – A joint voluntary and revocable P.O.D./Totten Trust account or a similar trust account with right of survivorship opened by two or more persons (depositors) who name another as payee or beneficiary. The account operates as a Joint Account with Right of Survivorship during the lives of the joint holders until the death of the last of the joint owners to die (see above). Refer to the *P.O.D. and Totten Trust Accounts* section in these *Account Disclosures and Regulations*.

If this is a New Jersey Account, it is subject to the New Jersey Multiple Party Deposit Account Act ("MPDAA"). Bank will not be liable for payments made pursuant to the MPDAA. By signing the *Master Account Agreement*, you acknowledge reading the contract.

(H) **Custodian Under the Applicable Uniform Transfers (or Gifts) to Minors Act** – A complete and irrevocable transfer to a minor. Your rights and responsibilities are governed by the Act. The funds in the account belong to the minor but are controlled by and carried in the name of the custodian. The minor's tax identification number is used for the account, as the minor is the beneficial owner of the funds. Deposits in the account are held for the exclusive right and benefit of the minor. When the minor reaches the age of majority, or other age at which withdrawal is to be permitted, it is the legal obligation of the custodian to turn the funds over to the minor. Custodianship will terminate as provided for in accordance with applicable law.

(I) **Fiduciary Account** – Account involving a legal arrangement or capacity in which one person or entity (the fiduciary) acts on behalf of another. Examples include, but are not limited to: Personal Representative, Guardian or Conservator for a minor or other legally incompetent person, and Trustee under Trust Agreement or under Will. Upon request of the Bank, Fiduciary will supply to Bank an Affidavit, certification or other documentation, including, without limit, copies or excerpts of any agreement, instrument or order pertaining to the account or fiduciary relationship.

(J) **Trustee IRA** – Trustee Retirement Account. A personal savings plan in which the participant directs all transactions within the Retirement Plan. Opened by individuals meeting applicable IRS requirements whether or not they are covered by a retirement plan. Washington Mutual Bank is the Trustee of certain retirement plans. Transactions are governed by the appropriate sections of the Internal Revenue Code.

(K) **Sole Proprietorship Account** – A business account opened by the owner(s) of a business that is an individual and not a corporation, association, limited liability company, partnership or other business entity. For product eligibility purposes, an unincorporated business owned solely by two individuals who are married to each another will be treated as a "sole proprietorship/husband and wife".

(L) **Partnership Account** – Opened in the name of a partnership.

(M) **Unincorporated Association Account** – Opened in the name of an association.

(N) **Corporation Account** – Opened in the name of a corporation. In each case, the type of account shall be determined by the terms of the contract of deposit between the depositor and the Bank.

The Bank may enter into a contract of deposit without regard to whether the depositor is married (or a registered domestic partner) and without regard to whether the funds on deposit are the community or separate property of the depositor. If you establish a joint account without signature of the other accountholders, you agree to hold us harmless for reliance on your designation of the other joint accountholder(s) listed in our records. At our option, we may require you to close the account in order to establish, terminate or change joint ownership or to establish, terminate or change a pay-on-death or trust designation.

If accountholder is a corporation, unincorporated association, limited liability company, limited liability partnership, fiduciary, partnership, sole proprietorship or other entity holding an account in any capacity other than an individual capacity or is acting on behalf of another or in a representative capacity including, without limit, as an attorney-in-fact, custodian or guardian, each person signing the *Master Account Agreement* or any other documents, individually and in such capacity, represents and agrees at the time of entering into the Account Agreement and on an on-going basis that:

(1) such person is fully authorized to execute all documents in the capacity stated therein;

(2) such person has furnished all documents necessary to evidence that authority;

(3) such person and accountholder will furnish any other documents in such form as we may request from time to time;

(4) any instruction from such person, whether oral, or in writing shall be assumed to be given in such capacity, whether or not such capacity is indicated at the time of the instruction and is for the benefit of the person or entity represented; and

(5) without limiting the foregoing, if a withdrawal is made to cash or payable to the individual representing the accountholder or acting on the owner's behalf, such person is entitled to such funds (e.g., reimbursement of amounts advanced or to be advanced to such person or entity so represented). We are not required to recognize any resolution affecting the account that is not on our form. Any change in Authorized Signers will not be

effective against us until five (5) Business Days after our receipt of the documents affecting the change, sufficient to us in our discretion provided that we may, at our option, recognize such changes earlier.

The Bank may limit the aggregate amount which an individual, corporation, association or other depositor may have to that depositor's credit to such sum as the Bank may deem expedient to receive in the Bank's sole discretion. In addition, the Bank may make certain accounts available to limited ownership types only. In making payments of funds deposited in an account, the Bank may rely conclusively and entirely upon the form of the account and the terms of the contract of deposit at the time the payments are made. The Bank is not required to inquire as to the source, ownership or pro rate interest of any funds received for deposit to an account or the proposed application of any payments made from an account. Unless the Bank has actual knowledge of the existence of a dispute between, or death or incompetency of, depositors, beneficiaries, payees or other persons claiming an interest in funds deposited in an account, all payments made by the Bank from an account at the request of any depositor to the account, and/or the agent of any depositor to the account, in accordance with the terms of the *Master Account Agreement* and these *Account Disclosures and Regulations* shall constitute a complete release and discharge of the Bank from all claims for the amounts so paid whether or not the payment is consistent with the actual ownership of the funds deposited in an account by a depositor and/or the beneficiaries and payees of Totten Trust and P.O.D. accounts, and/or their heirs, successors, personal representatives and assigns unless otherwise prohibited by law.

**As used herein, "actual knowledge'' of the Bank shall mean written notice in accordance with the provisions of these Account Disclosures and Regulations to a manager of a branch of the Bank, or an officer in the course of that officer's employment at the branch, pertaining to funds held on deposit in an account maintained by the branch, or pertaining to any other products or services offered by us, received within a period of time which affords the Bank a reasonable opportunity to act upon the knowledge.**

**Account Ownership and Contact Information Changes**

Once the account is established, if you wish to change ownership types and we, in our discretion, agree to such change, you may visit one of our financial centers or call the customer service number to start the process. We may, at our option, require such change to be confirmed in writing by all account owners or authorized representatives, if more than one, and/or we may require the account to be closed (including, at our option, charging any applicable early withdrawal penalties) and a new account then offered by us to be opened to make such change. You must notify the Bank of any change in your telephone number or residence, post office or mailing or e-mail address. This includes contact information changes due to temporary changes, such as being placed on active military duty.

Notice of change in contact information may be given by writing the Bank, calling us at one of the numbers set forth at the end of this booklet, or by providing notice to a Bank employee in person or other means Bank may, at its option, authorize from time to time. If you change the contact information for you or any of your accounts/ services, such may, but at our option may not, change the record for any other account or services you have with us. It is your obligation to confirm the new information is provided with respect to all of your accounts/services with us. If you do not provide notice of change of contact information with respect to any account or service, you agree that the Bank can send all notices and other correspondence to any of you at the address maintained on the Bank's records for such accounts, products or services, or to such new address we have received for any of you or as otherwise set forth herein. We require a working telephone number for us to contact you about your account. You may select a preferred telephone number for this purpose, but agree that we may contact you at any number you provide or use to contact us. If any such number is a cell phone number, whether or not identified as such in our records, you may be charged and agree to pay the provider any applicable charges including for minutes used, and we will not be responsible for any such charges.

You agree to notify us in writing of any change in ownership or Authorized Signers on your account or if an owner or Authorized Signer on the account dies or is adjudicated incompetent. Subject to and without limiting anything else in these *Account Disclosures and Regulations*, if there is more than one owner and/or Authorized Signer on the account: Any one accountholder or Authorized Signer may request the account to be closed without consent of any other accountholder or Authorized Signer; and, any one accountholder may request, and Bank may, at its option permit, removal of any accountholder or Authorized Signer without consent of any other accountholder or Authorized Signer on the account, including without limit, the accountholder or Authorized Signer so removed. The accountholder

making such request to Bank shall immediately notify all other, including the removed, accountholders and Authorized Signers.

Your liability with regard to an account continues notwithstanding that the account has been closed. Further, your liability continues with regard to any claim accruing, items written or transactions initiated prior to the time you are removed as an accountholder or Authorized Signer; any remaining accountholder(s) or Authorized Signer not so removed shall continue to be liable for all transactions prior to and after such removal.

You acknowledge that the Bank may, but need not, require a new *Master Account Agreement* to be completed before any change in ownership (vesting) or Authorized Signers becomes effective and each time you open a new account, and may require Taxpayer Identification Number Certification(s). You also acknowledge that we may require you to close your account in the event of any change of ownership or a change in the Authorized Signers.

If you change the Authorized Signers on your account, we may, at our option, still permit withdrawals and accept instructions given earlier by any previously Authorized Signers until we receive specific notice from you in writing not to do so and have had an opportunity to change our records. A new or updated *Master Account Agreement* by itself does not constitute notice.

**Accounts Presumed Abandoned**

State and federal law and Bank policy govern when deposit accounts (including, without limit, accounts within a retirement plan), are considered "inactive," "dormant" or "abandoned." Generally, in instances where you have not communicated with the bank, and/or you have not increased or decreased the balance in your account for an extended period of time, as provided in applicable law or regulation, your account is deemed "abandoned." Bank charges or interest payments are not considered activity affecting the balance in your account. For certain purposes automated transactions (e.g., automated distributions from your retirement account or automated transfers between your accounts) may not be considered activity for this purpose, even if your balance changes.

Unless prohibited by law, if we consider your account inactive, we may hold all statements and terminate any Permanent Interest Order or other automated distribution instructions, and/or discontinue payment of interest, but fees and charges will continue to apply except where otherwise legally prohibited. Unless prohibited by applicable law, the cost of any advertisement, payment and delivery to the state comptroller or other applicable agency of any dormant account will be assessed to such account. This is in addition to any fees that may be assessed for dormant accounts, except where prohibited by law.

In accordance with applicable law, the Bank will remit those "abandoned" funds to the applicable state and have no further liability to you for such funds. This may not be the state to which your account is assigned for our record keeping, product, pricing and for other Bank purposes. Bank may not remit the funds if there has been sufficient activity on any other Washington Mutual account owned by you, depending on applicable state law. The Bank may, at its option, attempt to contact you prior to remittance of funds to the applicable state and will attempt to do so if required by applicable law. Bank may assess a fee for sending you notice unless prohibited by law. Once remitted, you must apply to the appropriate state agency to reclaim your funds. In addition, any services linked to an account closed due to remittance hereunder will be terminated as of the remittance date.

Without limiting the above ownership restrictions, for or any account relationship in which the beneficial or legal owner of the funds on deposit is not a signer on the account (e.g., preneed funeral accounts, custodial accounts, guardianship accounts, Representative Payee and the like), such owner and signer hereby appoint the other as his/her/its agent. The agency established under this section is solely for the purpose of taking reasonable action to prevent the account from being escheated under state law. Each beneficial/legal owner and signer of the account hereby represents and warrants to the Bank that he/she/it has received any required authorization from each beneficial/legal owner/signer to act as agent as set forth above.

**Address Confirmation Authorization**

You authorize us, but we are not obligated, to obtain information about your current address from any organization offering such service, including, without limit the California Department of Motor Vehicles or Texas Department of Public Safety. For California residents, you waive your rights under California Vehicle Code Section 1808.21. For Texas residents, you waive your rights under Texas Transportation Code Section 521.052.

## Adjustments

We may make adjustments to your account from time to time which reflect corrections or changes to your balance. Adjustments might occur if deposits are posted for the wrong amount, or to the wrong account, posting is delayed or if items are returned unpaid. In the event of an error which has caused an overstated balance, you agree to immediately reimburse the Bank for the overstated amount.

## Amendment/Termination

Without limiting anything else to the contrary herein, we may terminate this agreement in whole or in part and/or close your account, card or service hereunder for any reason except as may be prohibited by law at any time without prior notice, except as may be required by law. These reasons may include, but are not limited to, account abuse (e.g., due to fraudulent activity or excessive overdraft) and in such case, an Account Abuse Fee may be assessed as set forth in the *Statement of Fees* applicable to your account.

If you or we terminate an account, any linked services will terminate immediately, except as otherwise set forth under the terms for such service. We may hold any funds in or subsequently received in your account until we are reasonably satisfied no checks or other deposits made to such account will be returned unpaid or any other claim may be made against us with respect to such account and during the time such hold is in place, we may terminate your deposit, withdrawal or other activity on such account, except as maybe limited by law. If we terminate your account, we may, at our option, hold the balance for your pick up, deposit the balance in another account that any of you have with us or mail the balance to any of you by check at your most recent address in our records for the account. Thereafter, the funds will stop earning interest (unless deposited by us in another of your interest bearing accounts with us) even if the check (if applicable) is returned or remains uncashed for any reason.

We may, but are not required to, allow you to leave on deposit sufficient funds to cover outstanding items to be paid from your account. If we do, or we determine to close the account but have not yet done so as set forth above, the terms and conditions of this Agreement continue, until the final disbursement is made from the account except as we may otherwise advise. If we do not allow you to leave funds on deposit, we will not be liable for any losses or damage that may result from dishonoring any items that are presented or otherwise received after your account is closed.

If we or you terminate an account of a type that we no longer offer and we agree to allow you to open a new account, you must select a new account of a type we currently offer and for which you are eligible. If your account is one for which you are not eligible (e.g., interest bearing checking account for a business corporation or account we offer only to consumers but you use it for business purposes, or otherwise), we may close or convert your account to another account for which you qualify. If your account reaches a zero or negative balance, we reserve the right to, immediately or anytime thereafter as long as it remains with a zero or negative balance and without notice, except as may be required by law, consider your account closed. This agreement will continue to govern matters relating to your account which arose before termination or which may arise later.

We reserve the right to add to, delete or change any rule, term, practice, benefit and/or condition of any existing or future rewards program, including, but not limited to, the *WaMoola for Schools*® program and the cash back debit rewards feature of the *WaMu Free* Checking™ account, or to terminate the such programs, at our discretion, from time to time without prior notice. Rewards programs are those features of an account which provide, directly or indirectly, for a monetary or other benefit to the accountholder, other than the payment of interest. Any such change may reduce, modify or eliminate accrued or earned benefits under the rewards program at any time.

## Authorized Signers

Authorized Signers are distinct from "owners". Owners are accountholders who may be individuals or, if an entity, may be, a partnership, a limited liability company, corporation or an association. Authorized Signers are those authorized, on behalf of the owner, to:

(1) write any check and/or execute any other written, telephonic, oral or computer-originated authorization or instructions to debit or transfer funds from any authorized deposit account;

(2) withdraw funds from any deposit account authorized;

(3) endorse and deposit any negotiable item payable to the owner and/or

(4) authorize disclosure of account information to third parties.

We may, at our option, permit encashment of any negotiable item payable to the owner at the request of an Authorized Signer. The Bank has no obligation to determine that funds or proceeds of any item payable to the owner are applied to a specific deposit account or for the benefit of the owner. Endorsement made by a rubber stamp or facsimile signature will bind the owner.

Without limiting any other rights we may have, we may pay checks drawn on the account by any Authorized Signer, owner, or other agent acting alone, even if the check(s) are made payable to the person writing the check, to cash (although at our discretion, we may decide not to pay a check payable to cash), to the Bank, or to credit a personal account of such Authorized Signer, owner, or agent. We may do so without investigating or questioning the check.

Unless otherwise indicated, any Authorized Signer can give us and we, at our option, may accept verbal instructions to open additional accounts in the same owner's name, but the signature requirements and statement mailing address must be the same. Unless you contact us to make corrections or further changes within thirty (30) calendar days from the date of the first statement containing the corrections or evidencing the new account, or such information is otherwise made available to you (e.g., via online banking service) we will assume that all changes or new accounts are authorized by the owner and such will be deemed so authorized.

**Balance Calculation/Definitions**

We calculate the balance in your account differently for different purposes.

**Available Balance.** Your Available Balance is the balance at any time that is available for withdrawal in accordance with our Funds Availability Policy. Funds may also be considered not available for withdrawal for a variety of reasons including, without limit, being subject to a hold, legal process, or pledge as security for a loan, or we have received notice that a transaction will be presented against these funds. This balance may be different than your Collected and Ledger Balances.

In some circumstances when a transfer between your Washington Mutual accounts has been successfully processed, such will be reflected in the Available Balances for the accounts. Notwithstanding the above, if the transfer is made after our Transfer Cutoff Time for immediate Transfers (that is, a Transfer not scheduled to occur at a later time or date) on a Business Day, the transferred funds may not be considered part of the Available Balance for certain purposes, including for purposes of processing certain transactions, until the morning of the next calendar day, or longer time in accordance with Funds Availability Policy for External Transfers (including transfers from internal accounts designated as External Accounts for this purpose), below. This means that such funds may not be available for paying or authorizing certain transactions including, without limit, check inclearings or point of sale or point of purchase authorizations.

To ensure funds you transfer on a Business Day are available for your transactions, you must submit them prior to the Transfer Cutoff Time on a Business Day. You may call us at one of the numbers shown at the end of these *Account Disclosures and Regulations* for our current Transfer Cutoff Time, which may change, from time to time, without notice.

**Collected Balance.** Your Collected Balance is the balance in your account including deposits which we are deemed to have collected in accordance with the *Balance Calculation/Determining Collected Balance* section below. It excludes the amount of your deposits which are not deemed to be collected, according to that section. This balance may be different than your Available Balance and Ledger Balance.

**Ledger Balance (sometimes referred to as "Current Balance").** Your Ledger Balance is the balance at the time of the inquiry, which includes all deposits we deem received. If a fee is based on daily ending balance, the current balance in your account at the end of our processing for that day will apply, unless you are advised otherwise. The "Daily Ending Balance" is the Ledger Balance after nightly processing at the end of each Business Day, including deposits, which we deem to have received that Business Day. This amount is affected by our cutoff times for receipt of deposits. This balance does not take into consideration whether these funds are available under our Funds Availability Policy or otherwise, nor whether they are deemed collected in accordance with the *Balance Calculation/Determining Collected Balance* section below. This balance may be different than your Available and Collected Balances.

**Balance Calculation/Determining Collected Balance**

This section describes the method for determining the Collected Balance of your account. Your Collected Balance is the balance on which interest will be paid and, if applicable, the balance used to determine whether you meet the

57

applicable minimum balance requirements for waiver of the monthly service fee and the fee for use of the funds which are not deemed collected in accordance with our Check Collection Experience Factor, as set forth below, regardless of whether such funds are considered available in accordance with our Funds Availability Policy.

The Check Collection Experience Factor applies from the Business Day we are deemed to have received your deposit. (See the *Date and Time of Transaction* section of these *Account Disclosures and Regulations* for our Business Days). Deposits of cash (made at a branch), internal transfers and wire transfers to any account and noncash deposits to a CD, *School Savings®* account, or a deposit account in a Washington Mutual Retirement or CESA plan are deemed collected and, therefore included in your Collected Balance, on the Business Day posted to your account. External transfers to your account from External Accounts (including internal accounts designed as External Accounts for purpose of the transfer) initiated by you through our online banking service to eligible accounts will be included in your Collected Balance no later than the effective date of the transfer. Funds otherwise electronically transferred to your account (such as direct deposits) are deemed collected and therefore included in your Collected Balance on the effective date of the transfer to your account.

Non-cash deposits to accounts (other than CDs, *School Savings®* account, or a deposit account within a Washington Mutual Retirement or CESA plan) are deemed collected (and therefore included in your Collected Balance) when we are deemed to receive credit for such items. We are deemed to receive credit based on our experience for all items sent for collection or payment. If collection is delayed beyond the Check Collection Experience Factor, we may adjust your deemed Collected Balance and interest accruals and assess fees not previously assessed, if applicable to your account.

Your Collected Balance will be used for purposes of determining applicable interest tiers and will begin to accrue interest when deemed collected as set forth above. If you withdraw funds that are not deemed collected, you may be assessed fees and/or charges, if applicable to your account.

**Branch/Financial Center/Financial Store**

The terms "branch", "financial center" and "financial stores" are used interchangeably. Accounts and services may be available only at certain locations; additionally, the interest rates, fees and charges for accounts and services may vary based on the state or pricing region in which the financial center to which your account is assigned in our records is located or, if services, at the financial center at which the service is requested or the manner in which your account is established (e.g., in person, or by mail, telephone or Internet). Generally, your account is assigned to the financial center at which you open your account if opened in person. Your account opening documents may identify the state or other pricing region to which your account has been assigned. If you are uncertain to which financial center your account is assigned in our records, contact us at one of the numbers shown at the end of these *Account Disclosures and Regulations*.

If you move to another state in which we (the bank holding your account) have financial centers or otherwise wish to change your financial center of assignment, you may request and we, at our option, may agree to change your financial center of assignment and the state or other pricing region to which your account is assigned. Such change will not automatically occur when you change your address in our records.

**Cash Vouchers and Cash Dispensing Machines**

At some of our financial centers, certain tellers do not have access to cash for processing withdrawals or other cash back transactions. If you complete a transaction with one of these tellers, you will receive a voucher for any cash payable to you. Your account records, however, will reflect a debit for the amount of the voucher. Your cash will be dispensed to you at the cash dispensing machine at that same financial center at which you conducted the related transaction. Your use of the access number to receive the cash is a separate non-account based transaction.

The voucher will include an access number. This number is used on the keypad or scanner at the cash dispensing machine. You must use the access number within the time frame noted on the voucher (or by the financial center closing time on the calendar day you conduct the transaction, if earlier). If you do not receive your cash related to a voucher within that time frame noted, the access number will expire. If you return your original voucher to us, a new access number will be issued if such request is made before the financial center closes that calendar day and the voucher has not been used. If the voucher is not redeemed by the time we close the financial center on the calendar day it is issued, an official check will be issued in the amount due under the voucher; the official check may, at our option, be held at the financial center for your pick up, deposited to any of your accounts with us (immediately or at a later

time, without interest) or mailed to you at the address of record for the account related to the transaction for which the voucher was issued.

You must safeguard this voucher as you would cash. If you lose the voucher, tell us immediately so we may invalidate the voucher. If the voucher has not been redeemed, it is the same calendar day as the voucher was issued and we have not closed the financial center for the day, the voucher will be reissued. If we determine that the voucher has been redeemed, whether by you or a third party, at our option, the voucher may not be replaced and you may not be reimbursed. The voucher is not transferable or negotiable.

At some of our Financial Centers, we may offer electronic processes to expedite your deposit and withdrawal transaction(s) with the teller or other representative, including use of an electronic pad to identify you and your account, and to confirm the transaction in place of paper tickets. These transactions are teller-initiated transactions and are not considered electronic funds transfers. By initiating deposits and withdrawals at these financial centers, you agree to the electronic processing and record of the transaction in place of a paper record.

## Changes to Your Account Type

If you have an account with us and choose to change from one account type to another, we may, at our option, require you to close your existing account and open a new account with a new account number or change the product features to the new account type and maintain the existing account number. If we allow or require you to maintain the same account number, previous activity on your prior account will apply to the new account, unless we, at our option, decide otherwise. This means that if you are required to maintain a minimum balance or average balance to avoid a monthly fee on the new account, the balance for the entire statement cycle, including the balance prior to the change to the new account type, will apply in the balance calculation. If the new account is a Limited Transaction Account, we may count transactions that posted to the account prior to the change and you may be assessed excess activity fees based on activity occurring prior to the change. If you are assessed Overdraft Charges or Non-Sufficient Funds Charges based on the number of NSF Transactions during a prior period (e.g., the prior 12 months), or receive a fee waiver or refund during a specified period, we may consider NSF Transaction activity, waivers and refunds prior to the date of the change in determining whether to assess, waive or refund a charge and the amount of charges to be assessed, refunded or waived. If the prior account type included a service for no additional fee and the new account permits the service with a fee, you are deemed to request that such service continue and agree to pay such fee, unless you inform us otherwise.

## Collections

In our discretion, we can help you collect bond coupons, checks, or drafts in U.S. or foreign currency or other items which we determine, at our discretion, are not suitable for automated collection procedures. If we do, we accept these items "for collection", which means we will send the check, draft or item directly to the issuer's bank for payment. When we receive payment, we will credit your account. If the item is lost, stolen, or destroyed in the collection process, we will not credit your account for the item nor will we otherwise be liable for the item. If the collection item is returned to us unpaid, we will return the item to you (as soon as we receive it).

Checks or drafts accepted, received or sent by the Bank from or to another financial institution to be processed for collection, whether or not paid, will be assessed a collection fee by the Bank, as set forth in the *Statement of Fees* applicable to your account, and may be assessed a collection and other fees and costs by the other financial institution. In the event you request special handling of a collection item, such as tracking or expedited delivery, you will also be charged any out-of-pocket expense. Any such fees and costs will be deducted from your account or from the amount of the proceeds remitted to or from your account, as applicable.

## Conflicting Demands and Disputes

Nothing in these *Account Disclosures and Regulations* shall be deemed to require the Bank, and the Bank shall not be required to make payment from or provide services related to an account to a depositor, or to any trust or P.O.D. account beneficiary or payee, or any other person claiming an interest in any funds deposited in the account, if the Bank has actual knowledge (as defined in the *Account Ownership* section of these *Account Disclosures and Regulations*) of, or otherwise believes there may be, a dispute between the depositors, beneficiaries, payees, or other persons concerning the account including, without limit, their respective rights of ownership to or authority to act with respect to the funds contained in or proposed to be withdrawn or previously withdrawn from the account, or in the event the Bank is

59

otherwise uncertain as to who is entitled to the funds pursuant to the contract of deposit, or otherwise receives instructions which Bank determines, in its discretion, to be unclear or conflicting.

In any such case, the Bank may, at its option and without liability, notify all depositors, beneficiaries, payees, or other persons claiming an interest in the account of either its uncertainty as to who is entitled to the distributions or the existence of any dispute, and may also, without notice and without liability, refuse to disburse any funds contained in the account to or on the instruction of any depositor and/or trust or P.O.D. account beneficiary or payee thereof, and/or other persons claiming an interest therein, return items presented against the account marked "Refer To Maker" or similar notation until such time as, at our option:

(1) All such depositors, beneficiaries, payees and/or other persons claiming an interest in the account have consented, in writing or other form satisfactory to Bank, to the requested payment; or

(2) The payment is authorized or directed by a court of proper jurisdiction; or

(3) Where one of the parties to the account has notified the Bank of the dispute, that party withdraws the notice; or

(4) Where the dispute involves a deceased accountholder, the successor of the deceased accountholder agrees in writing to the distribution (if permitted by state law); or

(5) We receive proof satisfactory to us in our sole discretion that the dispute has been resolved, or other satisfactory documentation or assurances are received by us; or

(6) Subject to the *Resolution of Disputes* section in these *Account Disclosures and Regulations*, request instructions from a court of competent jurisdiction, or arbitrator, or referee regarding distribution of the account.

We may also, at our discretion, request instructions from a court and/or interplead the funds in the account at your expense. However, the Bank may, at its option and without liability, pay or permit withdrawal of any funds on deposit in an account to a depositor and/or agent of a depositor and/or trust or P.O.D. account beneficiary or payee, and/or other person claiming an interest therein, even when the Bank has actual knowledge of the existence of the dispute, if the payee shall execute to the Bank, in form and with security (in Idaho, "sureties") acceptable to it, which, except in Idaho, at Bank option may be a bond in an amount which is double either the amount of deposit or the adverse claim, whichever is less) an indemnification indemnifying the Bank from any and all liability, loss, damage, costs, and expenses, for and on account of the payment of the adverse claim or the dishonor of the check or other order of the person in whose name the deposit stands on the books of the Bank.

In no event will we be liable for any delay or refusal to follow instructions which occur as a result of a dispute over the authority or control of your account.

## Credit Reporting Agencies/Reporting/Verification

By requesting to open an account with the Bank, or by agreeing to be a signer on an account or obtaining any other service from us, you (and, if acting in a representative capacity, individually and for such entity or principal) agree that we may obtain credit information from check or credit reporting agencies, and/or by any other means. We may do so at the time you open the account, request the service, at any time while your account is open, or the service is available, or after your account or service is closed if you owe us any amounts related to your account or service and may use such information for any purpose, in our discretion, except as prohibited by law, including, without limit, for review of your eligibility to obtain or retain an account or service requested by you or which we may, at our option, wish to consider offering you.

Without limiting anything else to the contrary herein, if you do not handle your account or service in a satisfactory manner and/or we charge off your account as a loss, or as otherwise permitted by law, we may report such negative information to check or credit reporting agencies.

## Customer Responsibilities and Limit on Time to Assert Claims

You agree to exercise reasonable control over all bank checks, unissued checks, time or certificates of deposit, passbooks, cards (of any kind), personal and user identification numbers and codes and access devices and any other item, instrument or card related to any of the above. It is your responsibility to keep all of the above information and items safe and secure and to promptly discover and immediately report if any of them are, or believed to be at risk of becoming, missing or compromised in time to prevent misuse.

You agree to notify us immediately if any of these items may be lost, stolen or used without your authorization, or if you believe there is an error in your periodic statement or that an unauthorized transaction has occurred or may occur on your account or otherwise may be related to any of the above. In addition to any other liability you may have hereunder, and except as limited by applicable law, if you give your Personal Identification Number (PIN), User ID, and any other code or other access device to anyone, you will be liable for any use made of such until you advise us that such person is not authorized to use them. You acknowledge that your account, service or any of the above may have to be closed if any of these events occurs. In addition, you assume full responsibility for monitoring and reviewing the work of your employees, agents (including Authorized Signers) and accountants.

You are responsible for exercising reasonable promptness and care in examining your account statements and, if provided, originals or imaged copies of cancelled checks, advices of debit or credit, transaction reports, or your account activity through the internet if we provide you such access via online banking services, to determine whether any payment or debit was not authorized because of an alteration of an item or because a signature or endorsement on the item was unauthorized, or for any error, forgery, alteration, unauthorized transaction, including an unauthorized Payment Order, or other problem (collectively, a "Problem"). The parties agree that reasonable promptness means within fourteen (14) calendar days from the date that the statement, advice or transaction report or other information is sent or otherwise made available to you, whichever first occurs.

If you discover or should have discovered a Problem, you must promptly notify us in writing of the relevant facts, unless we are required by law to accept such oral notice. You should also report the Problem to us orally by contacting your branch of account or the telephone number at the end of these *Account Disclosures and Regulations*. However, your oral report shall not relieve you of your obligation to report the Problem to us in writing, except where required by law. Your written report must identify the specific items, debits or credits that you are challenging and the nature of the Problem.

In addition, if your claim involves a series of items containing unauthorized signatures or alterations by the same wrongdoer, you shall be precluded from asserting against us any unauthorized signature or alteration by the same wrongdoer on any item paid in good faith that you do not report within fourteen (14) calendar days after the first item in the series or first statement containing that item was sent or made available to you, whichever first occurs. By these provisions, the parties intend to define a reasonable time period for the "Repeater Rule," as provided in §4-406(d) of the UCC.

Without regard to the care or lack of care of either you or us, without limiting the foregoing: (a) if you fail within thirty (30) calendar days after the statement or item is sent or made available to you, whichever occurs first, to discover and report with respect to an item (i) your unauthorized signature, (ii) any unauthorized or missing endorsement, or (iii) any alteration on an item, you shall be precluded from asserting against us the unauthorized signature, the unauthorized or missing endorsement or alteration on that item; (b) if you fail within thirty (30) calendar days after the statement or other advice of debit or execution of a wire transfer Payment Order is sent or made available to you, whichever occurs first, to discover and report an unauthorized Payment Order, you shall be precluded from asserting against us the unauthorized Payment Order; and (c) without limiting the foregoing, if you fail within thirty (30) calendar days after the statement or other advice, transaction report or other information revealing the Problem is sent or made available to you, whichever occurs first, to discover and report any Problem, you shall be precluded from asserting against us the Problem.

These absolute preclusions apply (a) to each item, unauthorized Payment Order or other Problem that you fail to report in writing within thirty (30) calendar days and (b) regardless of the legal theory you assert.

By these provisions, the parties intend to shorten the absolute statutory preclusion period for reporting unauthorized signatures, alterations and endorsements specified in §4-406(f) of the UCC (and even if not specified in §4-406(f)) and for reporting unauthorized Payment Orders specified in §4A-505 of the UCC and any other reporting period established by any other law or regulation except where shortening of such period is prohibited by law, and to establish a contractual condition precedent for reporting claims on Problems.

If we provide you with access to your account via the Internet through online banking services, or hold mail services, then for purposes of this section, account statements, items, advices, reports, and all other information will be deemed to be "made available" on the date the subject debit or credit is reflected online, or the date that the information is

delivered to the hold mail area, whether or not you accessed your account through the internet or picked up your mail, respectively.

If we truncate your checks, or you subscribe to an electronic statement service, you understand that your original checks will not be returned to you with your statement. Unless otherwise required by law, we may not send you the original or copies of checks or other items representing debits or credits to your account. We may impose a charge for reproducing the original or copies of such items. Our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any Problems, as specified in this section.

If you do not timely receive any account statement or other information concerning your account that you expect to receive, or you cannot access your account through the internet, you shall notify us as soon as possible but in no event later than ten (10) calendar days after such information or access would ordinarily be received by or available to you. If you fail to advise us of these facts, the time for discovery and reporting shall not be affected by your failure to receive or access the subject information.

If the time periods for discovery and reporting contained in this section differ from the time periods for discovery and reporting contained in any other agreement between us, or by law, the shortest time period shall apply and govern the claim, except where such longer period is required by law.

Except for shorter periods provided under this Agreement or other agreement or by applicable law, any action or proceeding brought by you to enforce any obligation, duty, or right arising under or relating to this Agreement or otherwise relating to your account or services provided to you hereunder, must be commenced within one year after the event that gives rise to the cause of action occurs.

You agree to pursue all rights you may have under any insurance coverage you maintain before making a claim against us in connection with any account transaction, and to provide us with all reasonable information about your insurance coverage (such requirement does not extend the time limits set forth above). Our liability to you is reduced by the amount of any and all insurance proceeds you receive, or are entitled to receive.

In the event you do assert a claim against us regarding a Problem, you must cooperate with us and assist us in seeking criminal and civil penalties against the person responsible. You must file reports and complaints with appropriate law enforcement authorities. If we ask, you must also give us a statement, under oath, about the facts and circumstances relating to your claim and provide such other proof as we may reasonably request. If you do these things, and provide such security or indemnification as we may require, we may, at our option, replace any item in question. If you fail or refuse to do these things, we will consider your failure or refusal to be your acknowledgment of the defect in the statement, or item, unauthorized transaction or other Problem and your agreement that we can charge the full amount to your account and have no liability to you for the Problem, except as required by law.

You agree that we will have a reasonable time to investigate the circumstances surrounding your claim. During our investigation we will have no obligation to provisionally credit your account, except as may otherwise be required by law.

You agree to indemnify, defend and hold us harmless from any claims arising from your breach of these *Account Disclosures and Regulations* or any agreement with us or your act or omission.

**Date and Time of Transaction**

Our Business Days are Monday-Friday (except federal holidays). Except as otherwise set forth herein, or other agreement with us, we consider transactions in person with a bank representative at a Financial Center after 6:00 p.m. or applicable cutoff time, if any, for services requested at our location for processing such service or on a non-Business Day to occur the following Business Day. Cutoff times may vary based on branch of account and/or location where the transaction is processed and may change from time to time without notices, except where prohibited by law.

Refer to the *Electronic Fund Transfer Agreement and Disclosure*s section of these *Account Disclosures and Regulations* or other documentation you received for information about our cutoff times applicable to services covered by that section.

**Death or Adjudication of Incompetency**

You agree to notify us immediately of the death or court-declared incompetency of any owner or Authorized Signer on your account. We may freeze, refuse, or reverse deposits and transactions and/or return governmental benefit payments

made to the accountholder if an owner dies or if an owner is adjudicated incompetent. If you give us instructions regarding your account which are to be effective upon maturity of your account, and you or another owner of the account dies or is adjudicated incompetent prior to maturity, the instructions shall be ineffective provided we received written notice of death or incompetency prior to honoring such instructions.

Notwithstanding anything else to the contrary herein, until we receive a notice of death or incompetency, we may act with respect to any account or service as if all owners, signers or other persons are alive and competent; we will not be liable for any action or inaction taken on that basis. We may, at our option, require you to provide proof satisfactory to us of death or adjudication of incompetency, including, without limitation, certified copy of court or other official record.

## Deposits

Subject to applicable account rules, deposits in current funds, within the limits hereinafter prescribed, may be received at any time, with our consent. All deposits received are subject to final collection or subsequent return. Credit for items, deposits received via fund transfer service (e.g., wire or automated clearinghouse) or otherwise deposited are provisional and subject to revocation if the item or transaction is not paid or for which payment is reversed for any reason. You agree that you will not deposit any item into your account which does not bear either a true original signature of the person on whose account the item is drawn, or an authorized mechanical reproduction of that person's signature, without our prior express written consent, which may be withheld at our discretion. If we do consent to deposit of such items, such consent may be withdrawn at any time without cause or prior notice.

Except as may be otherwise provided by law, we shall not be deemed to have received items sent by mail or placed in lobby depositories or night or any other type depository we operate until we have received actual delivery of items sent by mail at the address we designate for receipt of such item or have removed the contents from such depositories. Items sent by mail must be sent to the address noted for your account in the *Statements, Notices and Other Information* section of these *Account Disclosures and Regulations*. Until we remove items from the depositories, we are only responsible for loss of such items caused by our gross negligence or willful misconduct. Use of Bank's Night Depositories is intended primarily for deposits to business accounts during hours that we are not open for business. You agree not to make a deposit to any account that is not a business account through a Night Depository when the Financial Center is open for business because any such deposit may not be processed until the following Business Day as set forth in the *Funds Availability* section of these *Account Disclosures and Regulations*.

In our discretion, we may permit a first deposit and a minimum balance in an account in an amount that is lower than that otherwise required for such account.

The Bank may, in its discretion, refuse to open an account, receive a deposit, or accept a deposit on a collection basis, or may in our discretion at any time return all or any part of any deposits previously received or require the withdrawal of any interest paid to the account. We reserve the right to reverse credit for any deposited item that we later reject or lose in the clearing/collection process. Without limiting the foregoing, we may, at our option, refuse to process documentary drafts and other irregular (non-standard) items deposited into our account or sent to us for processing.

If the depositors have elected to have joint accounts, each of the depositors authorizes the other as his attorney-in-fact to endorse any check or debit payable to the order of any one or more of the depositors and to cash or deposit the same and to open additional accounts and request additional products or services in the same ownership capacity. You also authorize us to accept or process items/transactions payable to any of you and to deposit such to your account from any source without questioning the authority of the person making the deposit, and to give cash back to you or any Authorized Signer(s) or designated agent on any check payable to any one or more of you, whether or not endorsed by you. If we receive a deposit or payment for you or your account which is not accompanied by an instruction satisfactory to us, in our discretion, indicating how or where it is to be credited, we may apply it at our discretion to any loan or deposit account any of you maintain with us and you will be responsible for any loss or expense related thereto.

You may request the Bank and the Bank may, at its option, agree to accept deposits through certain banking channels, including without limitation, messenger and armored car service, night and lobby depository services, and/or mail, whose amounts are not verified in your presence prior to deposit. These deposits shall be counted and credited to your account and our count and record of the amount presented for deposit shall be binding and conclusive upon you. Deposits may be credited in the amount shown on your deposit slip, but will be subject to adjustment to reflect the

Bank's own count. The Bank may agree to accept deposits to your account electronically. In addition to these *Account Disclosures and Regulations*, such deposits shall be governed by the applicable service terms.

**Disclosure of Information to Third Parties**

Except where prohibited by law, we will disclose information to third parties about your account(s), service(s) or the transactions you make for any one or more of the following reasons:

  (1) where it is necessary or helpful for completing a transaction;

  (2) in order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant;

  (3) in order to comply with reporting or other legal requirements [including legal process and requests for information from government agencies we believe (correctly or incorrectly) to be valid];

  (4) if you give us your permission;

  (5) to offer you additional products and services from us and others that we think might be of interest to you;

  (6) to otherwise conduct our business, and

  (7) as otherwise permitted or required by law.

WE MAY REPORT INFORMATION ABOUT YOUR ACCOUNTS TO CREDIT BUREAUS. LATE PAYMENTS, MISSED PAYMENTS OR OTHER DEFAULTS ON YOUR ACCOUNT MAY BE REFLECTED IN YOUR CREDIT REPORT.

You agree that we may provide any account record, including, without limitation, your personal information, such as information about you, your credit and transaction or your account, notices and records, to any other accountholder or signer on your account and to such person's heirs, successors, representatives, beneficiaries, and to any third party that may be authorized or deemed to be authorized by such person or signer to receive such information, if any. If this is a joint account you and each owner/signer of the account agree(s) that the other shall act as your agent in receiving any such information, including any notices required by law.

If you or another owner or Authorized Signer of your account(s) or service(s) link your account(s) or service(s) to another account(s) or service(s) on which another person(s) is an owner, Authorized Signer or authorized user or you authorize payment to or from your account by, from or to a third party, you are deemed to give permission for disclosure of information regarding your accounts and services including, without limit, transaction, balance and account number information, to such other person, their other authorized representatives, or any other person who could lawfully obtain information about such person. This applies to the Platinum Checking or other relationship account, Overdraft Transfer Service, online banking service, Automatic Savings Plans, Combined Statements, automated payments to or from your account including, without limit, *Permanent Interest Orders* and a third party making a deposit to your account or performing another transaction on your account. You consent to the bank sharing your account or contact information with affiliates, and to affiliates sharing such information with us, for purposes of conducting investigations and loss recoveries.

**Dishonored Checks (New York State Only)**

If you present a check payable to the Bank which is subsequently dishonored by the bank on which it was drawn and you do not make payment after having been notified by us that the check has been dishonored, you may be sued under Section 11-104 of the General Obligations Law to recover payment. If a judgment is rendered against you in court, it may include not only the original face amount of the check, but also additional liquidated damages as follows:

  (1) If you had no account with the bank on which the check was drawn, an additional sum which may be equivalent to twice the face amount of the check or $750, whichever is less; or,

  (2) If you had insufficient funds on deposit with the bank upon which the check was drawn, an additional sum which may be equivalent to twice the face amount of the check or $400, whichever is less.

Criminal penalties may also apply.

**Domestic Partnerships**

Except where federal law otherwise provides, terms such as husband, wife, spouse, marriage, married, mother, father, parent, and similar terms shall be construed consistent with any applicable state law providing marital and parental rights and obligations with respect to domestic partners.

### Electronic Imaging of Checks

Bank may, at its discretion, create electronic images of checks drawn on or deposited to your account and provide such Image Replacement Documents (IRDs) for all purposes in lieu of an original check. The Bank may also, at its discretion, accept, act upon and provide copies from IRDs received from other depository institutions, in lieu of an original check. The Bank may destroy any original check, which it electronically imaged. You may obtain a copy of an imaged check by calling us at the phone number noted on your statement or at the end of these *Account Disclosures and Regulations*.

### Electronic Redeposit of Returned Checks

In addition to any other right to redeposit we may have, checks deposited to your account that are returned unpaid by another financial institution due to insufficient or uncollected funds may, at the discretion of the Bank, be redeposited electronically to attempt collection of the unpaid check. In addition, should a check you write be returned by the Bank for insufficient or uncollected funds, it may be redeposited electronically by the depositing financial institution. The transaction involving your check will appear in the electronic payments section of your bank statement. The transaction will be reflected as an electronic debit indicating the check number involved. The original check will be destroyed; however, a copy of the item can be made available to you by calling us at the phone number noted on your statement or at the end of these *Account Disclosures and Regulations*.

### Endorsements

You agree to endorse each check on the top 11/2 inches at the end (when viewed vertically from the trailing edge) of the check. If you endorse a check outside of that area, mark or otherwise obscure the other area or a prior endorsement or make an endorsement that is illegible or incomplete, we may, at our option, accept such nonconforming endorsement and you agree to hold us harmless from any loss, delay, liability, claim or damage which may arise as a result.

We may endorse and/or collect items deposited to your account without your endorsement but may, at our option, require your personal endorsement prior to accepting an item for deposit. If you deposit items which bear the endorsement of more than one person or persons who are not signers on the accounts, we may refuse the item or may require all endorsers to be present and to provide identification acceptable to us, in our discretion or to have their endorsement guaranteed before we accept an item.

If you provide an endorsement to or encode the amount on an item deposited to your account, such must adhere to any standards set by federal and state law and banking industry practice. Without limiting any other rights we may have, and notwithstanding anything to the contrary herein, you agree that we may, but are not required to, accept for deposit or collection to your account an item initially made payable to anyone other than you. If we do so, we may, at our option, require such other person to endorse the item in our presence, to provide identification acceptable to us, and for you to provide an endorsement guarantee acceptable to us.

### Fees and Costs

The Bank may establish fees applicable to deposit accounts and related services, and such fees shall be set forth in the *Statement of Fees* applicable to your account or other documentation provided to you for the account or Bank service, and shall be incorporated by this reference into these *Account Disclosures and Regulations*. The Bank reserves the right to change its fees from time to time without notice, except as may be required by law.

If you request a service, including without limit, wire transfers and check collection, which are processed by or through or in conjunction with a third party, you agree to pay all fees/cost accessed by such third party on Bank in connection with such service or transaction. Such third party fees/cost may be debited from the proceeds of such transaction or any of your accounts with Bank, at our option.

### Foreign Transactions

Transactions must be in U.S. Dollars. If you use an automated teller machine (ATM) or conduct a point-of-sale (POS) transaction, point of purchase (POP) or electronic fund transfer in a foreign country, or write a check in a foreign currency or send a Funds Transfer or other transaction in foreign currency, and we choose at our option to process the transaction, we will charge the transaction against your account at the foreign currency exchange rate imposed on us on the Business Day we receive the transaction, or, at our option, in a foreign currency exchange rate we determine in our discretion, which may be higher than the rate charged to us.

For card transactions processed through the MasterCard® system (including Cirrus® and Maestro®), the exchange rate between the transaction currency (the currency for the location at which the transaction is processed) and U.S. Currency is either a government-mandated rate in effect for the applicable processing date, or a rate selected by MasterCard® from the range of rates available in wholesale currency markets for the applicable processing date.

If you use your ATM or Debit Card for international transactions, you may be assessed a Foreign Transaction Fee which will be a percentage (as set forth in the *Statement of Fees*) of the amount of each international transaction showing on your statement. International transactions are defined as transactions in a foreign currency and/or with a merchant or ATM outside of the United States and U.S. territories or within the US and owned or operated by a foreign person or entity. International transactions are subject to the Foreign Transaction Fee whether or not currency conversion is involved. A Foreign Transaction Fee may also be assessed when you return merchandise or due to a credit or reversal in an international transaction. This assessment is in addition to the Bank's International ATM fee that may apply.

If you receive a credit or deposit a check or electronic fund transfer, including without limit wire or ACH, to your account in foreign currency, we may, at our option, reject, accept or accept on a collection basis and, if accepted, credit your account at the foreign currency exchange rate imposed on us on the Business Day the credit or deposit is received by us. This exchange rate may be different from the exchange rate in effect on the day you made or accepted the debit, credit, or check transaction. If any such debit (including check) or credit is reversed for any reason, we will reverse the transaction at the foreign exchange rate imposed on us on the date of the reversal. You agree to pay any additional out-of-pocket charges assessed in connection with processing your request or reversal of any such request.

### Gender, Singular and Plural

Any references in this agreement to gender include masculine, feminine, and neuter. Unless otherwise indicated by the context, any singular references include the plural and any plural references include the singular.

### Identification and Taxpayer Identification Number Certification

To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your legal name, street address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Without limiting the foregoing, in compliance with federal law or applicable Bank requirements, when you establish your account relationship with us or in connection with any transaction, you are required to provide us with information and documentation satisfactory to us in our discretion to identify yourself, other signers on the account and, if applicable, the organizational status of your business or organization. This may include, without limit, one or more forms of unexpired photo identification and fingerprints. U.S. citizens and resident aliens are required to provide us with, and certify, a Taxpayer Identification Number and backup withholding status with the Internal Revenue Service. Individuals who are not U.S. citizens or residents and foreign entities must certify their foreign exempt status from time to time and, if requested by Bank, provide proof of foreign residency in a form deemed acceptable by the Bank in its sole discretion.

We may be required to file an information return with the IRS to report interest income paid to you and may so report whether or not we are required to do so. Refer to the *Taxpayer Information* section of these *Account Disclosures and Regulations* for more information.

When you want to process a transaction or make an inquiry with respect to an account, we may require you to present such identification as we may specify from time to time. Without limiting the foregoing, we may ask that you use an ATM Card, Debit Card and PIN assigned in our record to you as a means of identification, whether or not the account on which you are conducting your transaction or inquiry is linked to such card. If you use a touch pad to enter your name, other identification, account number or signature to confirm transaction with a bank employee, such use will not be considered use of an access device and such are not subject to the *Electronic Fund Transfer Agreement and Disclosures* section of these *Account Disclosures and Regulations*.

### Inactive Accounts

Bank may assess a monthly Inactive Account Fee and any other fees applicable to such account on inactive and dormant accounts, except where prohibited by law. In the event such causes the balance to be reduced to zero, your account may be closed without notice or delay. Bank reserves the right to assess a fee to accounts for which there has been no monetary transactions (other than fees, interest or other Bank initiated activity), if and as set forth in the *Statement of Fees* applicable to your account. The time period of inactivity that must elapse prior to the fee being assessed is also set forth in the *Statement of Fees* applicable to such account.

### Insurance of Accounts/Pass-Through Insurance

Two different financial institutions operate under the name "Washington Mutual" and "WaMu"; they are 1) Washington Mutual Bank (WMB), at the time of publication also operating under the name Washington Mutual Bank, FA (WMBFA), with financial centers in AZ, CA, CO, CT, FL, GA, ID, IL, NJ, NV, NY, OR, TX, UT and WA and also operating under the name Commercial Capital Bank, FSB which operates branches in CA; and 2) Washington Mutual Bank fsb (WMB fsb), which operates financial centers in ID and UT. WMB and WMB fsb are related as they are direct or indirect subsidiaries of Washington Mutual, Inc., but they are not the same company.

Deposits of Washington Mutual Bank, Washington Mutual Bank, FA and Commercial Capital Bank, FSB are combined for FDIC insurance purposes as they are one and the same company. For purposes of the maximum FDIC insurance coverage, deposits in WMB and WMB fsb are each insured separately and are not added together for FDIC insurance purposes.

Under federal law, whether an employee benefit plan deposit is entitled to per-participant (or "pass-through") deposit insurance coverage (excluding SEPs which are not subject to pass-through insurance coverage) is based, in part, upon the capital status of the insured institution at the time each deposit is made. Specifically, "pass-through" coverage is not provided if, at the time an employee benefit plan deposit is accepted by an FDIC insured bank or savings association, the institution may not accept brokered deposits under the applicable provisions of the Federal Deposit Insurance (FDI) Act. Whether an institution may accept brokered deposits depends, in turn, upon the institution's capital level. If an institution's capital category is either "well capitalized" or is "adequately capitalized" and the institution has received the necessary broker deposit waiver from the FDIC, then the institution may accept brokered deposits. If an institution is either "adequately capitalized" without a waiver from the FDIC or is in a capital category below "adequately capitalized", then the institution may not accept brokered deposits.

The FDI Act and FDIC regulations provide an exception from this general rule on the availability of "pass-through" insurance coverage for employee benefit plan deposits when, although an institution is not permitted to accept brokered deposits, the institution is "adequately capitalized" and the depositor receives a written statement from the institution indicating that such deposits are eligible for insurance coverage on a "pass-through" basis. The availability of "pass-through" insurance coverage for employee benefit plan deposits also is dependent upon the institution complying with FDIC's recordkeeping requirements.

The Bank's capital category currently is "well capitalized". Thus, in our best judgment, employee benefit plan deposits are currently eligible for "pass-through" insurance coverage under the applicable federal law and FDIC insurance regulations.

### Interbank and Interstate Transactions

You may request, and we may, at our option, agree to allow you, to initiate certain transactions and activities through or at a financial center of one of the other companies operating under the Washington Mutual name, or same company operating under a different name. Under certain circumstances, we require that such be conducted by the assisting company as your agent, unless you are notified otherwise in the receipt or other documentation provided in connection with your request. When we act as your agent:

(1)     you will be deemed to have authorized the assisting company to act as your agent for such purpose.

(2)     if that transaction is a deposit or withdrawal, the transaction shall not be deemed to occur until a ledger entry has been made on the applicable records of the institution holding your deposit account.

(3)     this does not create a general agency between Washington Mutual Bank and Washington Mutual Bank fsb. Without limiting the foregoing, neither company is appointed as agent for, and is not authorized to accept, service of process with regard to the other company.

(4)    In addition to the above, and notwithstanding anything else to the contrary in the Agreement, if you request a transaction with respect to an account or service at a financial center in another state, even if a part of the same bank (WMB or WMB fsb, as the case may be), we may, at our option, refuse such service at that location and require you to request such at the financial center of record.

**Interest Payments and Conditions**

This section describes the interest calculation methods, payments, and conditions for deposits made to interest-bearing accounts. Unless stated otherwise with respect to your particular account, we may change the interest and APY for your account at anytime without notice or limit; while we may establish interest tiers, we reserve the right to set interest rates and APY for various tiers in any amount, including in the same amount as any other tier; there is no assurance that a rate and resulting annual percentage yield for one tier will be higher than that for a lower tier. We also reserve the right to set interest rates on a specific account or customer basis and such rate may be higher or lower than the generally disclosed rate.

Interest on any interest bearing account (except as set forth below) will accrue on the account daily on the balance deemed collected (determined as set forth in the *Balance Calculation/Determining Collected Balance* section of these *Account Disclosures and Regulations*); PROVIDED THAT, if such other deposit is made to any *School Savings*® account, any CD, or a deposit account opened in connection with a Washington Mutual Retirement or CESA Plan, the deposit will begin earning interest on the Business Day the deposit is made. Checks cashed will not earn interest. Checks deposited with less cash will have interest calculated as disclosed above on the amount deposited to your account.

Subject to the above, interest on interest bearing accounts is calculated on the daily ending balance in the account up to, but not including, the date of withdrawal. Interest is not paid on funds withdrawn on the date of withdrawal. Except as set forth herein, accrued but uncredited interest is not available for withdrawal until paid to the account, except in the event of an account closure. For our convenience, we may process the interest payment on the last Business Day of the cycle, to be effective the last calendar day of the cycle. Any transaction between interest processing and the effective date may result in an interest adjustment. APY assumes interest remains on deposit. Withdrawals and fees reduce earnings.

**Joint and Several Liability**

Each accountholder and/or signer on a multiple party account will be jointly and severally liable hereunder, including without limit, for any item(s)/transaction(s) presented for payment against the account or obligation secured by the account whether or not the accountholder wrote the item(s), authorized the transaction or agreed to said obligation, and/or benefited from the proceeds of said item(s) or obligation and regardless of any pro-rata ownership interest of an accountholder in the proceeds or the account.

**Language**

Washington Mutual conducts business and provides services in English. We receive many service requests from customers for whom English is not their first language. In some cases, Washington Mutual may provide certain documents, upon request in languages other than English, along with the English version of such document. In such cases, the English document is the operative document unless you are specifically advised otherwise in writing with respect to each such document. Providing other language documents is a courtesy, and does not obligate us to continue doing so in the future nor in providing other documents related to your account or service in such language.

In some cases Washington Mutual employees or contractors who are conversant in other languages are available to provide assistance. However, these employees or contractors are not always available. We also provide a third party language line that might also be able to assist with translation. Please ask us how the language line works.

Even when such services are available, the persons providing the services cannot and do not serve as independent financial or legal advisors to you. If you need assistance with translating application, disclosure, loan, deposit or other service agreements or documents, you should consult a trusted family member, friend, or other person who is fluent in both languages. If you need assistance understanding the terms of the documents and the obligations in to which you would be entering and/or receiving, you should seriously consider engaging separate legal counsel, at your expense.

**Large Currency Transactions, OFAC and Other Laws**

Accounts, transaction and services are governed by the laws and regulations administered by the Office of Foreign Assets Control (OFAC) and all other applicable federal, state and local laws and regulations. In addition to any other rights we may have, we may provide information regarding your account(s), restrict your account(s) and/or refuse transactions and services when required to do so, or when we reasonably believe we are required to do so, by applicable federal, state and local law or regulation, including, without limit, laws and regulations administered by OFAC. You agree to use any services, accounts, checks, cards (of any kind), Personal Identification Numbers, user identification numbers, pass codes or other codes and access devices, and instruments related to any of the foregoing for lawful purposes only. Without limiting the foregoing, you agree that such may not be used for, or otherwise in connection with, any illegal transaction or activity.

Government regulations require us to report transactions occurring in the same Business Day that involve currency in excess of $10,000 and other transactions to the Internal Revenue Service (IRS) and other government agencies. We have this obligation for all currency transactions exceeding $10,000 in the same Business Day whether conducted as a single transaction or as multiple transactions spread out in the same Business Day, or if two or more transactions that total more than $10,000 occur on different days but are processed by us on the same Business Day. This can happen if you made a deposit or withdrawal after the cutoff time on one day, then make a second deposit or withdrawal the following day.

**Legal Process**

We may accept and comply with any writ of attachment, execution, garnishment, tax withhold order or other levy, restraining order, subpoena, warrant, injunction, government agency request for information or other legal process relating to your account which we believe (correctly or incorrectly) to be valid and binding regardless of the location of the Bank, account or method of service on the Bank, even if the law requires personal service at the branch of record or other specified location for your account or where the records are stored (but we reserve the right to require service at such location and by such method as may be required by law). We may, but are not required to, honor a legal process served at one location or in one state for funds, property or records held at another location or in another state. We may but are not required to, give you notice of any such legal process except as required by law and will not do so if prohibited by law.

A legal processing fee, hourly research fee, and copy charges may be assessed and charged to your account, unless prohibited by law. This fee is in addition to any fee collected from the party serving the legal process. In responding to a search warrant or other legal process from a city, county, state or federal law enforcement or other agency, the Bank may produce documents or provide access to property that are located in any Bank storage or other facility, including facilities owned and operated by third parties maintaining such records on behalf of the Bank, even if such facility is not designated as the place to be searched in the search warrant or legal process.

Our processing cutoff times with respect to any knowledge, notice, stop payment order, or legal process received by us involving a check under the applicable State's version of Uniform Commercial Code Section, is the later of 10:00 a.m. on a Business Day or one hour after we open for the Business Day following the Business Day on which we received the check.

If Bank is required to pay any attachment, garnishment, writ, levy or other legal process related to your account, Bank may debit your account even if such creates an overdraft or results in an early withdrawal penalty. If the Bank incurs any expenses, including without limit research, photocopy, handling and administrative costs and reasonable attorney's fees, in responding to an attachment, garnishment, levy or other legal process that is not otherwise reimbursed, we may charge, in addition to other amounts set forth herein, such expenses to your account without prior notice to you.

Upon receipt of legal process for which we reasonably believe a hold or payment is required from funds in your account, regardless of the amount required by such legal process, we may restrict access to the entire balance in such account until funds are remitted or the legal process is withdrawn. Except where prohibited by law, we also have the right to suspend or terminate, at our sole discretion and without prior notice (except where required by law), any product or service related to your account, including but not limited to any Overdraft Line Of Credit, Overdraft Transfer, Overdraft Limit, and Automatic Savings Plan. If terminated, we may require you to reapply (at our option, in writing) before we reinstate any product or service.

**Limit of Liability**

You agree that the amount of any claim you have against us in connection with any account or banking transaction with us, whether brought as a warranty, negligence, wrongful dishonor or other action, is subject to reduction on the basis of:

(1) your negligence or failure to use reasonable care on your part, or the part of any other owner or signer of the account, or any of your agents or any of your employees which contributed to the loss which is the basis of your claim;

(2) the extent to which damages could not be avoided by our use of ordinary care; and

(3) your failure to comply with your reporting requirements under this Agreement.

Any loss recovery you obtain from third parties will be applied first to our obligations to you. You agree to pursue all rights you may have under any insurance policy you maintain in connection with any loss and to provide us information regarding coverage. Our liability will be reduced by the amount of any insurance proceeds you receive or are entitled to receive in connection with the loss. If we reimburse you for the loss and such is covered by insurance, you agree to assign us your rights under the insurance to the extent of your reimbursement.

UNLESS PROHIBITED BY LAW, YOU FURTHER AGREE THAT OUR LIABILITY WITH RESPECT TO SUCH CLAIM WILL BE LIMITED TO THE FACE VALUE OF AN ITEM OR TRANSACTION IMPROPERLY DISHONORED OR PAID OR THE ACTUAL VALUE OF ANY DEPOSITS NOT PROPERLY CREDITED OR WITHDRAWALS NOT PROPERLY DEBITED, AND THAT NO LIABILITY FOR CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES WILL EXIST OR CAN BE ASSERTED BY YOU AGAINST US.

Unless prohibited by law, you agree to reimburse us for any liability, losses and expenses we may incur in connection with your account except to the extent they are caused by our fault. Unless prohibited by law, we will not be responsible for any loss to you caused by an event which is beyond our control, including but not limited to, natural disasters, wars, riots, strikes, computer failure, loss of power, communication or transportation facilities or caused by third parties, such as networks, fund transfer systems, clearinghouses, or other third party vendors.

You are responsible for the condition of a check or item when you issue or accept it. If a check or item is returned or payment delayed as a result of any writing or marking that the endorser or maker places on the front or back of the check or item, you will be responsible for any costs and liabilities associated with such return or delay.

Different liability rules apply to certain Electronic Fund Transfers subject to Regulation E. (Refer to the *Electronic Fund Transfer Agreement and Disclosure*s section of these *Account Disclosures and Regulations*.)

### Minors' and Incompetents' Accounts

A minor or incompetent may enter into a valid and enforceable contract of deposit with the Bank, and any account in the name of a minor or incompetent shall, in the absence of clear and convincing evidence of a different intention at the time it is created, be held for the exclusive right and benefit of the minor or incompetent free from the control of all other persons. The Bank may make payments of funds on deposit in an account established by a depositor who is a minor or incompetent without regard to whether it has actual knowledge of the minority or incompetency of the depositor unless the Bank has received written notice to withhold payment to the minor or incompetent by the guardian or conservator of the minor's or incompetent's estate and has had a reasonable opportunity to act upon the notice. Notwithstanding the above, in the event a minor is a beneficiary of a payable on death (Totten Trust) account or Bank is otherwise requested to make payment of funds to a minor, Bank may, but is not required to, require an order of a court of competent jurisdiction or other assurance satisfactory to Bank, in its discretion before making payment.

Any adult person or a bank with trust powers may open a transfer to minors account as custodian for a minor under the provisions of the applicable Uniform Transfers (or Gifts) to Minors Act. Legal title to the money in such an account is indefeasibly vested in the minor. By opening, maintaining or obtaining any benefit from an account, if you are a minor or are or become incompetent, you agree that we may, but are not required to, release information about you or your account to any of your parents and/or guardians or conservators.

For any account opened in the name of a minor, whether individually or jointly, any adult person including but not limited to parents, guardians, and conservators, as a joint owner or person with knowledge of the account shall be liable to the Bank jointly and severally, and shall hold the Bank harmless for claims and liabilities arising from the transactions on the account, notwithstanding any defense based on a minor's capacity to contract.

**Monthly and Quarterly Cycles**

Monthly cycles commence on a date in one month and end approximately one month later. Quarterly cycles commence on a date in one quarter and end approximately three months later. Any monthly or quarterly charges (as applicable) shall be for the monthly or quarterly fee cycle (as applicable) and the minimum balance will be measured during such cycle unless otherwise indicated in the rules applicable to your account. Such fee cycles correspond to your statement cycle period, unless you are advised otherwise. If your statement cycle is changed for any reason (e.g., at your request or at our option), your first statement cycle following such change may be shorter or longer than usual, and may result in fee calculations based on such period (e.g., an Excess Activity Fee or per item charge that you might not have incurred had your cycle not changed).

**Multiple Party Instructions**

You agree that any instruction to permit withdrawal only upon the signature or authorization of any two or more owners, Authorized Signers or agents is only binding on the accountholders, authorized signers and agents, and shall not be binding on us. You agree that we shall not be liable for any lack of signatures or authorization so long as the instructions contain the signature or have been authorized by at least one of the owners, Authorized Signers or their authorized agents.

Without limiting the foregoing, we may but are not required to accept such instructions from any one of you, or your Authorized Signers or agents if more than one on the account; in such case, any individual giving such instruction on his/her own behalf or on behalf of an entity he or she represents agrees, and undertakes to, notify all account owners and signers of such instructions and the conditions set forth herein.

**Offset Rights**

In addition to any other rights we may have, you agree that any deposits in or future deposits or other credits to any account with or assets held by us, any sister bank or any subsidiary of ours or our sister bank in which any of you now or in the future have an interest is subject to offset without notice, except as may be required by law, to off-set for any liabilities, fees and charges owed to us by any of you, or which we believe may be owed even if it is ultimately determined such is not owed to us. Such is applicable irrespective of any contribution to the account, source of funds in the account or any signature or other restrictions applicable to the account. In the event it is ultimately determined that such is not owed to us, we will reimburse you for the amount of the off-set and will have no other liability to you related to the off-set.

Without limiting any other rights hereunder or as provided by law, you agree that our right of off-set extends to funds for which a deceased accountholder had a right of withdrawal immediately preceding such accountholder's death. If we offset against funds from a CD, an early withdrawal penalty may apply.

**Payment in Full**

An instrument tendered in full satisfaction of a disputed obligation owed to Washington Mutual Bank or Washington Mutual Bank fsb must be sent to the Bank's Legal Department at Washington Mutual, 9200 Oakdale Avenue, Chatsworth, CA 91311 or Washington Mutual, 8050 S.W. 10th St., Bldg. Four, Ste. 1000, Plantation, FL 33324, or 1301 Second Ave., Seattle, WA 98101. We may, except where prohibited by law, refuse any such payment.

**Permanent Interest Orders**

If you have an account offering Permanent Interest Order (P.I.O.) and you have not elected deferred interest payments where offered for such account and, you or any other account owner or signer may elect to have P.I.O. for such account, and such election (including delivery instructions) is binding on all of you. With a P.I.O., you have the option of directing payments of interest on your account as follows: to remain in your account, to be sent by check to you or a third party you designate, or to be paid to another eligible account any of you has with us. (Certain accounts including, without limit, Retirement accounts and accounts assigned to an out-of-state branch may not be eligible to receive P.I.O.s from your account. Ask for details.) Such interest payments will be made at the time (monthly, quarterly, or annually, as applicable based on the type of account) when interest otherwise would have been credited to your account had you not elected a P.I.O. The depositor's CD need not be presented to the Bank in connection with any such payment, and the making of such payment shall release and discharge the Bank for all payments so made.

71

At our option, we may, but are not obligated to require the P.I.O. to be in writing, signed by any or all account holders or signers, if more than one, at our discretion. The depositor's election of a P.I.O. shall constitute the representation of the person making the election that, at the time of the election and the time of each P.I.O. payment, neither the funds nor evidence of account, including CD (as applicable), have been pledged, assigned or transferred, that no one other than the accountholder has any interest in such funds and evidence of account, including CD, and that the accountholder at the time of the election holds all rights to such funds and evidence of accounts including CD (as applicable), and that the person making the election is authorized to direct payment of interest in accordance with such election.

We reserve the right to deposit interest earned into the account and not forward interest as instructed for any reason including, without limit, if the amount of interest paid is below the then applicable threshold we set for P.I.O. or if your account is considered inactive or dormant.

### P.O.D. and Totten Trust Accounts

P.O.D. (Payable on Death) and Totten Trust accounts are accounts which are payable on request to a depositor during the depositor's lifetime and upon the depositor's death to one or more designated beneficiaries or payees, or which are payable to two or more depositors during their lifetime and upon the death of all depositors to one or more designated beneficiaries or payees. Prior to the death of all depositors to the account, the Bank may pay funds in accordance with your *Master Account Agreement* and these *Account Disclosures and Regulations*.

When the Bank has received proof satisfactory to the Bank of death of all depositors to the account who, pursuant to the terms of the *Master Account Agreement*, were required to predecease the beneficiary or payee, the Bank may pay any funds remaining on deposit after payment of any amounts due Bank from depositor that accrue or are related to a transaction initiated by depositor prior to such depositor's death in the account to the beneficiary or payee. If there is more than one beneficiary or payee, the Bank shall not, unless the *Master Account Agreement* otherwise provides, pay to any one such beneficiary or payee more than that amount which is obtained by dividing the total of the funds on deposit in the account by the number of account beneficiaries or payees, but the Bank may require, at its option, joint instructions of, or payments to, all beneficiaries or payees.

Bank may, at its option require you to close your account and open a new one if you wish to change (add, delete or change allocation among) any death beneficiary and in such case, if bank no longer offers the account type which you currently have, you may be required to select a new account type, which may include different fees, interest and other features.

### Powers of Attorney/Appointment and Payment to Agents

Any funds deposited in an account may be paid by the Bank to or upon the order of any agent or attorney-in-fact ("agent") of any depositor; provided however, the appointment of such agent must be in a form satisfactory to us in our discretion. The *Master Account Agreement* or other document creating such agency may provide, in accordance with applicable law, that any such agent's powers to receive payments and make withdrawals from or request instructions regarding an account or service continue in spite of the incompetency of a depositor, in which event, the agent's owers to transact on or otherwise make changes with regard to an account or service on behalf of the depositor are not affected by the incompetency of the depositor.

Except as provided in this section, the authority of an agent to receive payments, transact on or otherwise make changes to an account terminates with the death or incompetency of the agent's principal; PROVIDED, that the Bank may, at its option, accept the agent's authority to act on the principal's behalf without question and Bank is not liable for any transactions or changes made to or by an agent for a deceased or incompetent depositor or where such appointment has been revoked unless the Bank had written notice provided in accordance with applicable law, that the agent's principal is deceased, has revoked the power, or is adjudicated totally or partially incapacitated by a court of competent jurisdiction, and we have had time to act on that notice. Unless prohibited by law, we may refuse, with or without cause, to honor powers of attorney which you grant to others.

You further agree to indemnify and hold the bank harmless from any losses, claims, expenses, or damages (including, among other things, court costs and attorney fees) incurred by the Bank acting in reliance upon the authority granted to the agent under the power of attorney and in accordance with the instructions of the agent. Bank, if acting in good faith

upon any representation, direction, decision, or act of the agent, will not be liable to you, your estate, beneficiaries, or joint owners for those acts.

We also reserve the right to restrict the types and size of transactions we permit an agent to conduct on a case-by-case basis.

### Protecting Your Account

Unfortunately, fraud can be a serious problem for anyone. Your role in preventing misuse of your account is extremely important. To help prevent fraud and protect your financial assets, we offer some recommendations to help control your risk:

- To help prevent identity theft, do not preprint your driver's license or Taxpayer Identification Number on your checks.

- Notify us immediately if any document containing your identification is lost, stolen or missing.

- If you receive a suspicious e-mail that appears to come from Washington Mutual, please notify us immediately by forwarding the e-mail to spoof@wamu.com. (Do not open any attachments or click on any links found in the suspicious e-mail.) Without limiting anything else in this agreement, if you believe you have provided personal or account information in response to a fraudulent e-mail or Web site, please contact Washington Mutual at the telephone number at the end of these *Account Disclosures and Regulations* and contact any other financial institutions with which you have accounts.

- If your new check order or ATM or debit card does not arrive within fourteen (14) Business Days, call us at the number shown at the end of these *Account Disclosures and Regulations*.

- Blank and cancelled checks, deposit and withdrawal slips and account statements contain information that can be used to obtain access to your accounts; store blank and cancelled checks, deposit and withdrawal slips and statements in a safe place. Destroy unused deposit slips and checks, receipts, cancelled checks and statements before discarding them. Notify us at one of the numbers shown at the end of these *Account Disclosures and Regulations* if any of these items are lost, stolen or missing.

- Do not leave outgoing mail in an unlocked collection box or in your residence mail box. Deposit outgoing mail in a locked Postal Service mail deposit box.

- Write checks in ink and fill in all lines completely. Ensure all numbers are legible and begin on the far left line so additional numbers cannot be added. Do not give anyone a pre-signed blank check.

- Sign your checks clearly; illegible checks are easier to forge.

- Do not give anyone permission to sign your name on a check.

- Do not share any user or Personal Identification Number; do not give any account information to callers, even if they claim to be bank or law enforcement representatives.

- Use tamper resistant checks; if you do not order checks through us, ask your check vendor about tamper resistant checks.

- Keep accurate records of your transactions and reconcile your statements as soon as they are made available to you. Pick up your mail every day and if statements are held for you at one of our financial centers, pick them up immediately.

- When reviewing your statement, watch for:

  o checks processed out of sequence or made payable to cash

  o use of a number of a previously cleared item

  o balance discrepancies or unexpected fluctuations

- We encourage you to reconcile your statement yourself. If you have authorized someone to transact on your account and do not reconcile your account yourself, someone other than that person should reconcile your accounts.

- Contact us immediately if there are any discrepancies that you cannot explain on your statement(s) or if you do not receive a statement when expected.

If your account is or may be compromised, we may require or recommend that you open a new account; if you have third party preauthorized transfer to or from your account, you will need to notify the originator of your new account number.

If we recommend that you close your account and you choose not to do so, you release us from any liability of subsequent losses on the account due to fraud or any other criminal activity. In addition to any other rights we may have, we may deny a claim for monetary losses due to forged, altered or unauthorized transactions, items or signatures if you do not guard against improper access to your checks, statements deposit/withdrawal slips and account information.

## Recording and Monitoring

You agree that we may tape record or monitor any telephone conversations you have with us regarding your account. However, we are not obligated to do so and may choose not to in our sole discretion. If we do record, we may, but are not obligated, to retain such recordings, except as may be required by law.

## Records

We may, at our option, retain records in any form including, without limit, paper, film, fiche, digitized or other electronic medium. Unless prohibited by law, if we are unable to produce your *Master Account Agreement* or any other document relating to your account or service or a copy of such Agreement or document, our records, including without limit, electronic records, shall be deemed to be conclusive. Unless prohibited by law, if there is a discrepancy between your records and Bank's records, Bank's records shall be deemed to be conclusive.

## Refusal/Termination/Restrictions on Accounts and Services

We reserve the right to refuse to open any account, provide any service, accept additional deposits to, or permit withdrawals from, an existing account, or to comply with any instruction or request you make. Your account or other relationship with us may be terminated by you or by us at any time and without previous notice, except where specifically set forth in the terms of such account. The Bank reserves the right to freeze or restrict accounts at any time, including by requiring written notice of an intended withdrawal from any account not less than seven (7) calendar days before the withdrawal is made, consistent with applicable law.

The Bank reserves the right to terminate the account for any reason. If the Bank elects to exercise its right to terminate the account, the Bank shall have the right to hold any funds in the account for a reasonable period of time, to protect against loss from any outstanding or returned items on the account or other losses that Bank may suffer related to the account or other account any of you may have or to any account holder or Authorized Signer. If you or we terminate the account or service hereunder, rights and obligations accruing prior to such termination shall survive. Without limiting the foregoing, you agree that your liability with respect to items cashed against or deposited to the account, or transactions posted to the account shall continue even if such item or transaction is disputed, returned, rejected or reversed after the account is terminated.

If you are a co-owner or Authorized Signer on an account, and your ownership or authority is terminated, you acknowledge and agree that your liability continues after such termination with respect to any claim accruing or transaction initiated prior to that date, regardless of when posted, and such termination does not affect your liability with respect to any other account or service, whether or not such other account or service is linked to the terminating account. If you are a co-owner of an account and another co-owner's interest is terminated, you agree that we may continue to honor items and transactions authorized by such person prior to the termination, even if presented or processed after termination.

## Reporting Negative Information to Credit Reporting Agency

We may report information about your accounts to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## Returned Items

If you cash or deposit an item which is later returned unpaid or for which we receive notice in lieu of return or notice of intended return, we may charge your account for the full amount of the item, including any interest accrued on the

amount of the item from the date of deposit or endorsement, and a Returned Deposited Item Fee as reflected in the *Statement of Fees* applicable to your account. We may also send the unpaid item back for collection a second time before notifying you, but we are not obliged to do so. Whether or not we send the item back for collection a second time (and whether or not paid the second time) you will be assessed a Returned Deposited Item Fee as reflected in the *Statement of Fees* applicable to your account. You waive notice of dishonor and protest and agree we will have no obligation to notify you of any item that is returned.

Without limiting the foregoing, if notice is given with or on a periodic statement from us, the parties agree that such is timely and reasonable. Should a problem occur in collecting an unpaid item, you are responsible for any fees or charges incurred by the Bank when trying to obtain payment for you. In the event you have insufficient funds remaining in the account, each accountholder agrees that we may exercise our right to off-set against any account in which any of you have an interest and may off-set against the account for any amounts due related to any other account of any of you. This may result in assessment of an early withdrawal penalty.

If any check deposited or cashed by any of you, whether or not against your account, is returned to us or we receive notice in lieu of return or notice of intended return by the bank on which it was drawn through normal or other check return or notice channels, we may accept the return and charge the item back against your account or any account you have with us without regard to whether the other bank returned the item before its midnight deadline without prior notice to you. Furthermore, if an item deposited in or cashed by any of you, whether or not against your account, has been paid by the bank on which it is drawn and that bank later returns the item to us claiming that it was altered, forged, or unauthorized or should not have been paid for any reason, we may at our discretion, charge the item against an account of any of you or place a hold on the amount of that item from any such account until the claim is finally resolved without prior notice to you and regardless of whether settlement with respect to such item is considered final.

**Signature Verification and Notations**

Checks written on, and other items debited from, your account may be processed mechanically based on information encoded on such items. Although we may visually review such checks and other items from time to time, reasonable commercial standards do not require us to do so. Unless we specifically agree to the contrary: any instructions to permit withdrawals only upon more than one signature do not apply to checks, electronic fund transfers or other debit/withdrawal requests. Such instruction is only binding on accountholders and is of no concern to us; and we may follow the instruction of any one signer on the account.

If we do visually review any such check or other item, we may return it unpaid without liability to you if, in our opinion, it does not bear a signature matching the specimen signature (without limit on a *Master Account Agreement* or Authorized Signer Agreement) you have on file with us or it does not have the correct number of signers or is otherwise unacceptable to us. In addition, we may, but are not obligated to, pay or accept items bearing restrictions or notations (e.g., "Void after 6 months").

You agree if you write or accept an item with such restrictions or notations, such is between you and the payee, payer, endorser, or drawer, as the case may be, and such shall have no affect on us. You agree, however, that we will not be liable to you for honoring any check or other item bearing a signature which, in our sole opinion, matches your signature on file with us or any check bearing restrictions, conditions or notation, or, at our option, for rejecting, such item in accordance with such restriction, condition or notation. You also agree to indemnify and hold us harmless from any and all losses, claims, damages, liability, costs and expenses (except attorneys' fees) arising directly or indirectly out of (a) the misuse or unauthorized use of any facsimile signature or logo bearing reasonable similarity to the logo applicable to your business if account is used for business purposes used on a check or other item or (b) the payment, acceptance or rejection of any item with restrictions or notations, whether you are the payee, payer, endorser, drawer or otherwise.

**Statements, Notices and Other Information**

Unless required by law, we are not required to send you a statement.  If we do provide a statement, we may, at our option, stop sending you statements at anytime without notice; without limiting the foregoing, we may choose not to send a statement for any month or other period when there is no activity on your account. Unless prohibited by law, notices, including without limit, notices of change affecting your rights and obligations, statements and other information (referred to as Communications in this section) may be addressed and delivered or sent to any of you if more than one owner and/or Authorized Signer, and if sent, may be sent (by mail or electronically, if the addressee has

signed up for such service) to any of you; such may be sent, either separately or as a part of another Communication we send to any of you. Subject to the limitations in this or other agreements, we have with you, all Communications to be sent will be mailed or electronically delivered to the current address (electronic address, if applicable) maintained for any of you on the Bank's records for your account or, at our option, any other of your accounts (except as limited by law) and such will be deemed received when mailed or sent electronically (as applicable) and will constitute notice to each of you for any purpose contemplated by law or these *Account Disclosures and Regulations*.

You may request and we may, at our option, require combined statements for two or more accounts. At our option, we may combine statements for any of your accounts. When statements are combined, whether or not at your request, unless you notify us to the contrary in writing, you agree that copies of such statements may be provided to any accountholder(s) or signer(s) or representative(s) of any other account whose information is included on such statements. Any of you may also request orally or in writing that your mail be held for pick up. (This service is not available for IRAs, QRPs or CESAs). Such request, if approved by us, will be effective as to each of you. In such case, mail generally will be held at the branch of account as set forth herein but we reserve the right to send mail to the postal address of any of you as set forth herein.

If held, mail will, if approved by us, be held at the branch of account for at least thirty (30) calendar days and then, at our option, be destroyed or sent to you. Any mail returned by the post office or otherwise obtained by us may be held or at our option, be destroyed.

If Communications have been returned by the post office, if mailed, or electronic service provider, if sent electronically, future Communications, if printed, at our option, may be destroyed immediately (with a copy made available within a reasonable time upon request) or may be held at or delivered to a branch or office (all of which will be considered held mail) or sent to a forwarding address, if provided by the post office or electronic service provider, or otherwise obtained by us, and we may, but are not obligated to, send such Communications to any other address of any of you maintained on our records. In any case, marketing materials may be destroyed immediately. If delivery to My Message Center or e-mail is returned for any reason, except as otherwise required by law, we may attempt redelivery, but we are not required to attempt redelivery by such method or send such Communication to a forwarding e-mail address, even if such is provided by your service provider or otherwise obtained by us, and we may but are not required to send such Communications to any other address (mail or electronic) of any of you maintained in our records.

If Communications are held at your request or if Communications we have sent have been returned by the post office or electronic service provider, they will be deemed delivered to you when prepared (for held mail) or initially sent (for returned Communications).

Without limiting the foregoing, if Communications are returned by the post office or electronic service provider, future Communication may be prepared electronically with the information stored in our records and not reduced to writing or otherwise sent. In such case, such shall be treated as if such Communication were prepared and mailed on the date such would have occurred had the address you provided been valid. The information which would have been provided will be made available within a reasonable time following a request from you for such information.

### Sending Deposits to Us:

The addresses designated for deposits sent by mail are as follows:
P.O. Box 1106, Northridge, CA 91328 for ID, OR, UT and WA accounts; P.O. Box 30810, Los Angeles, CA 90030 for AZ, CA, CO, NV and Telephone and Online Banking-West accounts, and P.O. Box 6868, Lake Worth, FL 33463 for CT, FL, GA, IL, NJ, NY, TX and Telephone and Online Banking-East accounts.

### Sending Mail and Notices to Us:

Except as otherwise set forth herein, mail and notices directed to us should be sent to P.O. Box 1165, Northridge, CA 91328-1165 or such other address as we may specify from time to time. Unless prohibited by law, mail received at any other address, may, at our option, not be deemed received until received at an address specified by us for receipt of such correspondence. Mail sent to a branch or any other address not designated by us may be redirected to our mail processing center. We may, but will not be required to act upon instruction, notice, or order, by you or any third party, received via telephone, fax, voice mail or e-mail, unless expressly agreed by us in writing or as otherwise required by law.

**Substitute Checks**

If you request a copy of a check or if you receive checks in your monthly statement, it is likely that some of the items received will be substitute checks. Refer to the *Check 21/Expedited Recredit* section of this disclosure for more information on substitute checks.

**Telephone Communications**

You authorize us to call you at any number you provide, including calls to mobile, cellular, or similar devices, for any lawful purpose, including but not limited to: (1) suspected fraud or identity theft; (2) obtaining information necessary or desirable; (3) your account transactions or servicing; and (4) collecting on your Account. Numbers you provide include numbers you give us and/or numbers from which you call us. You agree to pay any fee(s) or charge(s) that you may incur for incoming calls from us, and/or outgoing calls to us, to or from any such number without reimbursement from us.

**Third Party Networks/Service Providers/Clearinghouses**

We provide some services through access to a third party network service provider including without limit, ATM networks, automated and other clearinghouses and fund transfer systems. Such services are dependent upon the availability of the third party network and on conditions acceptable to us. We reserve the right to discontinue the service or provide the service through an alternative third party, and shall have no liability should such third party become unavailable. We do not warrant and shall not be responsible for services received by you from any third party network, except as required by law or otherwise specifically agreed by as in writing.

We are also a member of various clearinghouse organizations through which checks, other items and/or electronic transactions are presented to and exchanged with other financial institutions. Our membership and participation in any clearinghouse are conditioned upon our agreement with the rules of such clearinghouse and our acting in accordance with such rules. You agree to be subject to such rules, except as otherwise set forth herein or as prohibited by applicable law. We reserve the right to terminate or enter into other clearinghouse memberships.

**Transfer/Assignment**

All accounts are non-transferable except upon the books and records of the Bank. You may not grant, transfer or assign any of your rights to any account without prior written consent of the Bank. We may require surrender of the evidence of account, if any, properly endorsed. We are not required to accept or recognize an attempted assignment of, or purported security interest in, any account or any interest in it.

**Waiver of These Rules**

The Bank may elect to waive any of these provisions, but any such waiver will only apply on that occasion. We may elect to delay enforcement of any of our rights without losing them. You waive diligence, demand, presentment, protest, and any notice of any kind, except as set forth herein.

**Wire Transfer Services**

The Bank offers both incoming (credits to your account) and outgoing (debits from your account) wire transfer services. All outgoing wire transfer payment orders (sometimes referred to herein as "Payment Order") are subject to this section and any additional documentation to implement these services as may be required by us for the services you select and we agree to provide. Fund transfers are subject to Article 4A of the Uniform Commercial Code, as adopted by the state whose law applies to the account which you are using for the funds transfer service ("Article 4A"). This section does not apply to transactions governed by the Electronic Funds Transfer Act, Federal Reserve Board Regulation E, or transfers by check, draft, or other written item.

The applicable wire transfer service fees are reflected in the *Statement of Fees* applicable to your account. For the purposes of these services, "Domestic" refers to the 50 states of the United States. "International" and "Foreign" refer to foreign countries and parts of the United States that are not considered states (e.g., U.S. Territories). You also agree to pay any costs assessed by third parties for processing any special request related to a Payment Order.

Intermediary and receiving banks, including the beneficiary's bank, may assess a fee for processing a Payment Order. If transfer is in foreign currency, Bank may set the rate to convert funds remitted in U.S. Dollars to local currency, at its discretion, which may be different than the conversion rate charged to Bank for purchasing funds. Alternatively the intermediary or receiving bank, including the beneficiary's bank, may apply a currency conversion fee to convert wire

transfers remitted in U.S. Dollars to convert funds to the local currency (unless funds are remitted to a U.S. Dollar account). Any fees assessed by the intermediary or receiving bank may be debited from the amount of the wire and all or a portion of these fees may be paid by the intermediary or receiving bank back to Washington Mutual and not credited to your account. Cancellation of a Payment Order involving any currency other than U.S. Dollars is subject to any rate exchange loss as determined by Bank. Customer agrees to sell any cancelled Payment Order to Bank at the then current applicable foreign currency rate.

### 1. Sending Wire Transfer Payment Orders

(A) Processing Requests and Cutoff Times - We have Cutoff Times for processing Payment Orders, and we process Payment Orders on a same-day basis until such Cutoff Times. Cutoff Times may vary depending on the particular office of the Bank and the type of Payment Order and may be changed by us at any time without notice. We will provide you our current Cutoff Times upon request. We treat Payment Orders we receive after a Cutoff Time as received on the next Business Day.

(B) Amendment or Cancellation of Requests - You have no right to amend or cancel a Payment Order after we receive it. If you ask us to do this; we may make a reasonable effort to act on your request prior to the time we execute such Payment Order. However, we are not liable to you if, for any reason, a Payment Order is not amended or cancelled.

(C) Inconsistent Names and Account Numbers – Bank and any other party executing or receiving Bank's Payment Order, including the beneficiary's bank, may rely on the number in the Payment Order that identifies the beneficiary and on any numbers that identify the beneficiary's bank and any intermediate financial institutions identified in the Payment Order, even if such numbers do not correspond to the name of the beneficiary or the financial institution. Bank and any other receiving financial institution have no obligation to determine whether a name and number identify the same person or institution. Customer acknowledges that payment of a Payment Order initiated by Customer might be made by the beneficiary's bank on the basis of an identifying or bank account number even if it identifies a person different from the named beneficiary.

(D) Transmission of Requests - You authorize us to select any intermediary bank, funds transfer system, or means of transmittal to send your Payment Order. Our selection may differ from that indicated in your instructions. We shall not be responsible for any acts or omissions of any funds transfer system, any Federal Reserve Bank, any intermediary bank or any recipient of any Payment Order in any way related to your Payment Order, or any cancellation or amendment thereof, and no such entity or person shall be deemed to be our agent.

(E) Rejection of Requests - The Bank may reject for any reason a Payment Order, including, without limitation, any Payment Order that (a) we believe contains incorrect, incomplete, ambiguous or missing information, (b) involves funds that are subject to lien, security interest, hold, dispute or legal process prohibiting transfer or withdrawal, or (c) would violate any applicable law or regulation. We will notify you of any rejection of a Payment Order from your account orally, electronically or in writing, at our option. We are not liable to you for the rejection or obligated to pay interest for the period before you receive notice of the rejection.

(F) Notices of Your Payment Orders - We ordinarily notify you about executed Payment Orders by listing them on your account statement or, at our option, a customer advice.

(G) Interest Compensation - If we are obligated to pay for a loss of interest that results from our error or delay regarding your Payment Order, we will calculate the interest as follows: With an account subject to analysis and Earnings Credits, we adjust the account under our account analysis procedures to recredit Earnings Credits for the period involved. With a non-analyzed account, we use a rate equal to the average of the Federal Funds rates set by the Federal Reserve Bank of New York.

### 2. Payment Order Initiation and Authorized Representatives

A Payment Order may be initiated in the manner and by the means agreed to by the Bank by any person who is an owner or Authorized Signer on the account from which the Payment Order is to be made, provided we receive confirmation of identification satisfactory to us in our discretion. In such case, no additional confirmation of authorization is required. In addition, you may designate to Bank, in the form required by us, those individuals

authorized to instruct us regarding wire transfer services including, without limitation, appointing individuals authorized to initiate Payment Orders, select advice methods, select confirmation methods, and give any or all authorizations and instructions that may be requested by us (referred to as your "Authorized Representatives").

We may rely on any such authorization until it has been revoked by you in writing. We shall have a reasonable time to act on any such revocation. You shall have sole responsibility for selecting Authorized Representatives who may authorize or confirm Payment Orders and for their supervision, management and control of all such Authorized Representatives and their identifiers and passwords, if any. Bank may, but shall not be required to, assign each Authorized Representative a password(s) or other identifier for use with Payment Order requests.

If an Authorized Representative has authority to both initiate and confirm a Payment Order, you acknowledge that such authority increases the risk that a Payment Order will not be consistent with your wishes and you will be liable for such Payment Order. If you choose to appoint an Authorized Representative(s), we advise you not to waive confirmation of your Payment Orders and you acknowledge and agree that not using confirmation procedures substantially increases your risk of an unauthorized transaction. If you, however, choose to waive confirmation, you agree to be liable for all outgoing Payment Orders, except those Payment Orders where:

a.  you are able to conclusively prove that the unauthorized transfer could not have been prevented by the use of confirmation procedures;

b.  we are unable to produce any evidence that the unauthorized transfer could have been prevented by the use of confirmation procedures; and

c.  you are not otherwise liable for the transfer under this Agreement, or applicable law.

### 3. Security Procedures

You agree to use the Security Procedures offered by us to authenticate, initiate, confirm, amend or request a Payment Order as set forth herein. You acknowledge that Bank's Security Procedures, including, without limitation, passwords and other identifiers issued to you or your Authorized Representatives are highly confidential. You agree to establish and maintain procedures to ensure the confidentiality of all passwords and identifiers of Authorized Representatives and agree to promptly notify Bank when any Security Procedure has become compromised or any Authorized Representative is no longer authorized to act on your behalf. Bank may act in its complete discretion on the oral, written (including facsimile or other electronic requests) instructions from any person who has been reasonably identified by us in accordance with these procedures. You acknowledge and agree that the Bank's Security Procedures are designed to verify the authenticity of Payment Orders and not to detect errors in the content of any such Payment Order.

You agree that Bank's Security Procedures are commercially reasonable and agree to be bound by any Payment Order sent in your name that is processed by us in accordance with these Security Procedures, whether or not authorized.

### 4. Incoming Wire Transfers

We may receive wire transfers directly to your account, through a funds transfer system or through some other communications system. We may reject an incoming funds transfer for any reason. We are not obligated to notify you if we reject any incoming wire transfer to your account.

### 5. Notice of Incoming Wire Transfer

We will notify you that we have accepted an incoming wire transfer to your account in accordance with applicable law. In addition, you may select an advice method in the form required by the Bank. If you select telephonic advices, you will designate person(s) to be contacted and telephone numbers to be used for advice purposes. Bank shall not be required to make more than one attempt to reach designated location by telephone. If Bank is able to reach the Customer's designated location, but not your designated Authorized Representative, Bank may leave a message containing the information to be conveyed. If you select advices by facsimile ("fax"), you shall exercise extreme care in maintaining security in the receipt of fax advices. You acknowledge that the information to be received by fax may include confidential information, including, without limitation, names, amounts, phone numbers, originating account information, and the text of incoming wires. You further acknowledge that you alone assume full responsibility for maintenance of your internal security procedures to keep such information confidential. You agree to indemnify, defend and hold Bank harmless against any and all

claims, demands, expenses, liabilities and damages, including attorney fees at trial and on any appeal or petition for review, incurred by Bank arising directly or indirectly from the transmission by fax of an incoming wire transfer advice.

### 6. Standing and Recurring Payment Orders

You or any of your Authorized Representatives may initiate a standing or recurring Payment Order on the forms required by Bank. A standing Payment Order is an outgoing Payment Order by which you or your Authorized Representatives, at pre-determined times, transfer funds in the same amount or balance calculation from the same accounts at Bank to the same account at Bank or other financial institution for the same beneficiary. A recurring Payment Order is an outgoing wire transfer by which you or your Authorized Representatives from time to time transfer funds from the same account at Bank to the same account at the Bank or other financial institution for the same beneficiary, with the amount to be determined by you or your Authorized Representative at the time of the transfer. You may terminate a standing or recurring Payment Order at any time upon written notice to the Bank's designated representatives. Bank shall have a reasonable time to act on any such notice.

### 7. Reverse Wire Requests (Fedwire Drawdowns)

If requested by you or your Authorized Representative, you authorize Bank to debit your account upon receipt of a Fedwire drawdown request from another financial institution and to send such funds to the requesting financial institution. Each request will be processed on the Business Day received if received within a reasonable time for Bank to determine whether your account has sufficient funds and obtain access to the Federal Reserve network prior to the close of business. Bank may reject any drawdown request in excess of the available balance in the account or for any other reason in Bank's discretion. Your authorization for a drawdown request shall remain in effect until you give the Bank written notice of the cancellation. Bank shall have a reasonable time to act upon any such cancellation.

### 8. Errors and Questions about Your Payment Orders

You must notify us at once if you think a Payment Order or incoming funds transfer shown on your account statement or customer advice is incorrect. Notwithstanding anything else in this Agreement providing a longer time, you must send us a written notice describing any discrepancy no later than ten (10) calendar days after the date you receive the first notice or statement on which the problem or error appears. If you fail to notify us within this ten (10) calendar day period, the Bank is not liable for any loss of interest because of an unauthorized or erroneous Payment Order or an erroneous funds transfer.

## Withdrawals

Withdrawals of funds on deposit shall only be made upon written order to us, or other written, oral or other instruction received from the depositor, Authorized Signer or that depositor's legal representative, in a form satisfactory to us, unless otherwise specifically provided by law or these *Account Disclosures and Regulations*. Without limiting the foregoing, if your account is used for business purposes, you authorize us, but we are not obligated to, pay any item drawn on your account, which, rather than bearing a signature, bears a logo reasonably similar to a logo used by your business.

The Bank is authorized to honor such order or instruction even if made payable to such person, to cash or for deposit to their personal account, to pay an obligation owed by them or other account in which they may have an interest. We have no duty to investigate or question withdrawals or application of funds. Ordinarily, withdrawals of available funds may be made in any amount at any time, except that where a depositor has agreed that no withdrawal shall be made from an account until after a specified time, no withdrawal may be made from such an account until expiration of such time except with the consent of the Bank and upon payment of such penalties as may be required by applicable law or regulations or by the Bank.

Without limiting the foregoing, the Bank reserves the right to require at least seven (7) calendar day written notice of an intended withdrawal for any account, in which event, no deposit shall be due or payable until the required notice of intention to withdraw the same shall have been personally given by the depositor; PROVIDED that the Bank may, at its option, pay any deposit or deposits before the expiration of such notice. In addition, the Bank reserves the right, in its sole discretion and effective immediately, to discontinue or limit the practice of withdrawals by check, cash or otherwise, with or without notice including, without limit, withdrawals from any office which is not your branch of

account, or due to the limited amount of currency available at a particular office, when our customer information system reflects no available balance, other information is unavailable or when the account or any other account owned or accessed by any of you has been, or is suspected of being, subject to abuse.

In the event the Bank provides notice, such notice shall also advise you that the Bank reserves the right, after the date specified in the notice, not to make payments on any account, check or draft drawn on such account except for the purpose of closing the account, if applicable. We may refuse to honor checks drawn on your account if they are directly presented to us by someone we cannot identify to our satisfaction.

We may also require non-customers to provide fingerprints, endorsement guarantee or other assurance or documentation at our option, in connection with the transaction. If you provide your account number to a third party to complete a transaction such as, without limit, a purchase of goods or services by telephone or computer based communication, you authorize us, but we are not required, to honor any draft or other withdrawal request from such a third party. We may refuse to honor demand drafts without cause or prior notice even if we have honored these items previously.

We may debit your account for a check or other item on the day it is deemed to be presented to us or accepted by us for payment by electronic or other means or on the day we receive notice that the check or item has been deposited for collection at another financial institution, whichever is earlier or anytime thereafter, at our option. We may determine the balance at any time between notice and receipt of the check, transfer or withdrawal request. We are required to determine your balance only once during this time period. If an item drawn on your account is presented for payment or otherwise accepted by us on a weekend, holiday or after 2:00 p.m. on a Business Day, such item may be treated by us as received the next Business Day, except where prohibited by law. The Bank assumes no responsibility for loss or delay occasioned by use of a deposit form bearing a magnetically encoded account number or deposit amount different from the account on which the check was to be drawn or the amount in which it was drawn. We reserve the right to charge your account for any item should it become lost in the clearing/collection process.

### FUNDS AVAILABILITY

(This section does not apply to Second Chance
Checking and Essential Bank accounts.)

**Your Ability to Withdraw Funds**

Our policy is generally to make funds from your cash and check deposits available to you the Business Day on which your deposit is deemed received (except deposits received at the ATM or by mail). Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks that you have written, and for point of purchase, point of sale and pre-authorized debits.

If we do not make all of your check or cash deposit available on the day your deposit is deemed received, the first $100 of your total deposits will be available the day your deposit is deemed received.

*Electronic Transfers:* Electronic direct deposits (initiated through another financial institution) will be available on the effective date of the deposit. If you initiate electronic transfers from External Accounts (accounts with other financial institutions and/or any internal accounts designated as External Accounts at the time of transfer) to your eligible account with us ("External Transfers"), the entire amount of such deposit may not be available until the fourth (4th) business day after the effective date of the transfer.

*ATMs, Night Boxes and Express Boxes:* The remainder of your total deposits of cash and one or more checks at an ATM generally will be available the Business Day following the day your deposits are deemed received. Generally: If you make a deposit before 4:00 p.m. local time at an ATM in the Pacific or Mountain Time Zone or 3:00 p.m. local time at an ATM in the Eastern or Central Time Zone, before 8:30 a.m. local time at a Night Depository (also referred to as "after-hours depository") or before 12:00 noon local time at an Express Box on a Business Day that we are open, we will consider that day to be the day of your deposit. Times may vary by location and will be posted on affected ATMs, Night Depositories or Express Boxes; in no event will times be earlier than 12:00 noon at an ATM, 8:30 a.m. at a Night Depository or 12:00 noon at an Express Box. Deposits received after these times, or on a non-Business Day or a day we are not open, will be considered received on the next Business Day we are open.

*Mail:* Funds from deposits received by mail will generally be available no later than the second Business Day after the Business Day the deposit is deemed received. If you mail funds to us for deposit, funds received before 2:00 p.m. local time are deemed deposited on the Business Day the funds are received by us. Funds received after 2:00 p.m. local time are deemed received on the next Business Day. For determining the availability of your deposits, every day is a Business Day, except Saturdays, Sundays and federal holidays.

Notwithstanding the above, we may place or extend a hold on your deposit as described below (see *Longer Delays May Apply* to Check Deposits and Special Rules for New Accounts sections), even if you are not notified at the time of your deposit that a hold is being placed, or if we have expressly told you we are not placing a hold at the time of the deposit.

## Longer Delays May Apply to Check Deposits

In some cases, we will not make all of the funds that you deposit by check available to you as set forth above. If we are not going to make all of the funds from your deposit available as set forth above, except foreign items, generally we will notify the person making the deposit when the funds will be available at the time of deposit if such is made directly with an employee of the Bank. If the deposit is not made directly to one of our employees, or if we take this action after the person making the deposit has left the premises, we will send you the notice by the following Business Day after the deposit is deemed received. If you will need the funds from a deposit right away, you should ask us when the funds will be available.

*Existing Customers:* Unless a longer delay applies as described below, depending on the type of check that you deposit, funds (in excess of the first $100) may not be available until the fifth Business Day after the day we deem your deposit received.

*Existing and New Customers:* In addition, funds deposited by check may be delayed for a longer period under the following circumstances: We believe a check you deposit will not be paid. You deposit checks totaling more than $5,000 on any one day. You deposit foreign items. You redeposit a check that has been returned unpaid. You have overdrawn your account (or any account any of you have with us) repeatedly in the last six months. There is an emergency, such as failure of computer or communications equipment.

If we delay the availability of your deposit for one of these reasons, your deposit (except for the first $100) will generally be available no later than the 11th Business Day after the day your deposit is deemed received (except for foreign items).

*New Customers:* See Special Rules for New Accounts below for additional delays which may apply.

## Holds on Other Funds (Existing and New Customers)

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be held as if you had deposited the items subject to our hold policies.

## Special Rules for New Accounts

If you are a new customer, the following special rules will apply during the first thirty (30) calendar days your account is open. Funds from electronic direct deposits to your account will be available on the effective date of the deposit. Funds from deposits of cash, wire transfers and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's and federal, state and local government checks also will be available on the day your deposit is deemed received if the deposit meets certain conditions (e.g., the checks must be payable to you and the deposit must be made in person to one of our employees. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees (e.g., if it is made at an ATM), the first $5,000 will not be available until the second Business Day after the Business Day your deposit is deemed received. The excess over $5,000 of these checks and deposits of any other checks will generally be available on the seventh Business Day after the day your deposit is deemed received. Funds deposited by check may be delayed for a longer period under the circumstances described above in the *Longer Delays May Apply to Check Deposits* section. The first $100 of your total deposits, however, will be available to you the Business Day your deposit is deemed received.

When opening a new account with Washington Mutual Bank, please inform your New Accounts Representative if you have a Commercial Capital Bank, FSB or existing Washington Mutual Bank deposit account. If you have a deposit account with Commercial Capital Bank, FSB or Washington Mutual Bank deposit account for at least the last 30 calendar days, then you are considered an existing customer and therefore your new account will not be subject to the

Special Rules for New Accounts under our Funds Availability Policy. If you are a Washington Mutual Bank customer and open a new Commercial Capital Bank, FSB deposit account, please let the New Accounts Representative at Commercial Capital Bank, FSB know as well.

## ELECTRONIC FUND TRANSFER AGREEMENT AND DISCLOSURES

By signing the contract of deposit (*Master Account Agreement*) or by using an account provided by the Bank, unless the depositor specifies otherwise, the depositor requests and authorizes the Bank to deposit, withdraw, and transfer funds to and from the depositor's accounts pursuant to electronic, telephone, or automated instructions from the depositor, including but not limited to electronic transactions initiated by use of a check ("check electronification"), by use of our online banking service, or automated teller machine (ATM), and to issue the depositor Personal Identification Numbers (PINs) for use in making such deposits, withdrawals, and transfers and in opening new accounts under the *Master Account Agreement*.

If the depositor, when opening an account or thereafter, requests bill pay or automated clearing house or other automatic payment service with the depositor's account, such request shall authorize the Bank to withdraw sums from the depositor's account as the depositor requests by telephonic, electronic, oral, or automatic instruction as permitted for such service from time to time and to pay the withdrawn sums as the depositor may designate, provided that the authorization must be given in form satisfactory to the Bank.

These disclosures concern the use of your Washington Mutual Debit MasterCard®, Gold Debit MasterCard®, Platinum Debit MasterCard® (jointly referred to as "Debit Card"), your Washington Mutual ATM Card, check electronification, telephonic and preauthorized and other electronic fund transfers (excluding wire transfers covered by Section 4A of the Uniform Commercial Code, and ticketless transactions and use of Cash Dispenser Machines, which are used to complete in person transactions performed at our Financial Centers). Certain transactions (as described below) may be made only if the ATM or point-of-sale (POS) terminal bears a logo for one of the networks in which the Bank is a participant ("Participant Networks"), and include each of the Services described in Section 1, below. The reverse side of your Washington Mutual ATM Card or Debit Card indicates the logos of Participating Networks at the time such card was issued to you, or you may call us for a current list of Participating Networks.

*Definition of a Consumer Account.* For the purposes of this document, the following is the definition of a "Consumer Account":

If the accountholder is a natural person, and the account is used primarily for personal, family, or household purposes, the account will be considered a "Consumer Account." ALL ACCOUNTS THAT ARE NOT CONSUMER ACCOUNTS ARE CONSIDERED "NONCONSUMER ACCOUNTS".

## 1. Services

Services described below may not be available at all times or in all areas.

(A) *Card Options.* By opening an account, you are requesting the type of the ATM Card or Debit Card noted for each account, if any, except described below. If we have noted that a Debit Card is available for your account, you may select an ATM Card instead. If we have noted that either a Debit Card or ATM Card is available, you may choose to receive no Card at all. If you already have a Card to which your new account can be linked, we may either issue you a new Card as noted for such account or link your account to your existing Card, at our option, unless you instruct otherwise.

(B) *Deposits, Withdrawals and Cash Advances.* You may use your Washington Mutual ATM Card or Debit Card and your Personal Identification Number (PIN) to withdraw funds from accounts linked to your card at Washington Mutual ATMs (as defined in the *Statement of Fees* and in the *Charges* section below) at most ATMs displaying a logo of a Participating Network (as described above). At non-Washington Mutual ATMs offering such service, you may withdraw funds from your primary checking or primary savings account, as designated in our records. Your Debit Card also may be used to obtain cash at financial institutions participating in Visa or MasterCard, provided such financial institution participates in Visa or MasterCard, respectively, debit card processing. You may use your Washington Mutual ATM Card or Debit Card and your PIN to make deposits at most Washington Mutual ATMs to accounts linked to your card; however Washington

Mutual ATMs in some states may not accept deposits to your account. If multiple accounts are linked to the Card, you may designate the account to and from which to deposit and withdraw funds if the ATM has such capability. Otherwise, the withdrawal will be made from and deposit will be made to the account designated in our records for your card as your primary account. ATMs may not be available during routine maintenance periods. At some locations, business hours may restrict access.

(C) **Transfers with Card/PIN.** You may use your Washington Mutual ATM Card or Debit Card and your PIN to transfer funds from one Bank account (any eligible checking, money market and savings type accounts) to another of these accounts attached to your card. These transfers can be made at Washington Mutual ATMs and at ATMs which display a logo of a Participating Network and which have the transfer capability provided, however, at non-Washington Mutual ATMs offering such service, you may transfer funds between your primary account and primary saving account as designated in our records. You may also transfer funds between eligible accounts through our electronic banking service or by calling us at the number shown at the end of these *Account Disclosures and Regulations*. (CDs, Passbook Savings accounts, Statement Savings accounts for which monthly statements are not provided, *School Savings*® accounts and Retirement and CESA plans are not eligible.) At our option, we may permit such transfer between an account with one bank in the Washington Mutual family of companies and an account at another bank in the Washington Mutual family of companies.

You may electronically deposit funds to your primary account linked to a Washington Mutual ATM Card or Debit Card (as set forth in our records for your card) from another financial institution where permitted by the ATM, telephone banking or Internet based banking operator and the financial institution holding the account from which the debit will occur.

You may withdraw funds from your primary checking account linked to a Washington Mutual ATM Card or Debit Card (as set forth in our records for your card) by using the card or card number and PIN to be electronically deposited to an account at another financial institution where permitted by the ATM, telephone banking or Internet based banking operator and the financial institution holding the account to which the deposit will occur. Any such withdrawal will count towards your daily ATM withdrawal limit disclosed herein and will be subject to the fee for withdrawal at a non-Washington Mutual ATM as set forth in the *Statement of Fees* applicable to your Bank account, whether such withdrawal occurs at an ATM, or through a telephone or Internet banking service

(D) **Purchases and other POS Transactions.** You may use your ATM Card or Debit Card and your PIN for point of sale (POS) purchases from your primary checking account at participating terminals/merchants. This service is not available for savings accounts or money market accounts. You also may use your Debit Card to make POS purchases at merchants and other locations where the MasterCard symbol appears, provided such merchant participates in debit card processing. If your Card is linked to more than one checking account, the transaction will be debited from the account designated as your primary account. If you are entitled to a refund for any reason for goods and services obtained with your card, you agree to accept credit to your account instead of a cash refund. You may NOT place a stop payment on any purchase described above, POS Transaction, or Cash Advance. (See below for information on stop payment of preauthorized transactions.)

(E) **Direct Deposit.** Upon instruction of your employer, the Treasury Department, financial institutions or other third parties, the Bank will accept direct deposits of your paycheck or of Federal payments, such as Social Security, or other recurring payments.

Credit for ACH (automated clearinghouse) transfers and Direct Deposits is provisional until the receiving financial institution obtains the final settlement. If final settlement does not occur, the originator of the transfer is not deemed to have made payment to the beneficiary and the beneficiary's bank is entitled to a refund of the provisional credit. If we give you provisional credit for an ACH transfer, but do not receive final payment, you become obligated to us for the full amount without prior notice or demand.

We are not required to give you a separate notice of our receipt of an ACH transfer. If we accept ACH credits to your account, you will receive notice of the credit on your next regular periodic statement, if any. You may also contact us at one of the telephone numbers shown at the end of these disclosures to determine if a transfer

has been credited to your account or if your subscribe, through our online banking service. Direct Deposit made to or from your account may be affected by a change in the account status, number or location (e.g. transfer to another office). If any of these changes are planned; please speak to us in advance about the impact the change may have on your direct deposit. In such case, we may, but are not required to, provide the new information to the party with whom you have established such Direct Deposit to facilitate continuation of these transactions.

(F) **Telephone Access.** You or any Authorized Signer may make transfers and withdrawals by telephone from your eligible checking, money market or savings type accounts, subject to any limitations described elsewhere in these *Account Disclosures and Regulations*. If your line of credit offers direct advances, you may obtain draws against your line of credit by telephone in accordance with any limitations set forth in the credit agreement, provided the draw would not cause your aggregate outstanding balance to exceed your credit limit.

(G) **Transfers.** You may request Transfers to be made immediately, by telephone, ATM, online banking or otherwise described herein or in the agreement for such service, if allowed for your type of account, and such will be reflected in your balance immediately. Notwithstanding the above, if the transfer is made after our Transfer Cutoff time, the transferred funds may not be considered part of the balance for certain purposes, including for purposes of processing certain transactions until the morning of the next calendar day. This means that such funds may not be available for paying or authorizing certain transactions including, without limit, check inclearings or point of sale or point of purchase authorizations. Call us at the numbers shown at the end of these *Account Disclosures and Regulations* for our current Transfer Cutoff times.

(H) **Personal Online Banking/Personal Bill Pay®, Business Online Banking/Business Bill Pay®.** Customers who elect to enroll in Personal Online Banking/*Personal Bill Pay*™ or Business Online Banking/*Business Bill Pay*™ will receive additional Terms and Conditions pertaining to electronic banking separately. If you have previously enrolled in one or more of these services, and you add an account eligible for such service(s), that account will automatically be linked to the service. All consumer checking accounts are eligible for our *Personal Bill Pay*® service; checking accounts, savings accounts, money market accounts and CDs other than *School Savings*® and accounts in a Washington Mutual retirement or CESA plan are eligible for Personal Online Banking. You may make transfers and withdrawals to and from your account by using our Personal Online Banking service. (See Section (K) below.)

(I) **Electronic Check Conversion (ECK).** You may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to pay for purchases or pay bills. Participating merchants or other payees will scan information from your check and process the transaction electronically, not through the check collection process. Examples of ECK transactions include, but are not limited to: Point of Purchase (referred to as "POP") transactions are made in person by you using a blank check; Accounts Receivable Entry (referred to as "ACR") transactions are made after you mail or deliver a completed check as payment for a purchase or bill payment; Re-presented check (referred to as "RCK") transactions are made by the merchant or others using a returned check that was returned for insufficient or uncollected funds.

(J) **Other Automated Transactions.** At our option, we may permit you to initiate transfers from your account directly or through use of your Debit Card, to your account at any other financial institution or to pay eligible third parties, such as a merchant for goods or services on a one time or recurring basis. Preauthorized transfers may be affected by a change in account status, number or location (e.g., transfer to another office.) If you authorized such transactions and we change your account or your card number we may (but are not required to) provide the new number (and if a card, the expiration date) to the party with whom you have established such recurring transactions to facilitate continuation of those recurring transactions.

(K) **Electronic Transfers via Online Banking Service.** If permitted for your type of account, you may use our online banking service (after you enroll) to make electronic fund transfers to and from your eligible account by authorizing us to initiate transfers between eligible accounts you have with us ("Internal Accounts") or to and from accounts you have with another financial institution or with us that are not eligible for internal transfers, for example, because they are serviced on another servicing system or are established in our records in another state or pricing region or accounts at other financial institutions ("External Accounts"). You should not

designated eligible Internal Accounts as External Accounts. If you designate an Internal Account as an External Account, any transfers to and from this account may be treated as External Transfers.

A transfer initiated by you through our online banking service between Internal Accounts is herein referred to as an "Internal Transfer"; transfers initiated to or from an External Account are referred to as an "External Transfer." Internal Transfers and External Transfers are referred to collectively as "Transfers." External Accounts must be registered with us through our Online Banking Service. The External Account must be a transaction account at a U.S. financial institution. If you register an External Account for transfers to and from your account, and for Internal Transfers that we deem in our discretion to be completed as an External Transfer, we may use the Automated Clearing House (ACH) network to process the transfer. The ACH network is an automated payment system that moves funds between U.S. financial institutions for the purpose of debiting and crediting funds to and from designated accounts, and subject to the National Automated Clearinghouse Association (NACHA) rules.

By requesting transfers to and from your eligible account and/or registering an External Account, you authorize us to initiate the credit and debit entries through the ACH network. You also authorize us to take steps to verify the External Account by a process known as "micro deposit," such as, where we make two small deposits or withdrawals (less than one dollar) and matching withdrawal(s) or deposit(s) from the External Account so that we may verify ownership of the External Account by asking you to confirm these amounts. You also authorize us to make adjustments and corrections, as we deem necessary. You may revoke your authorization only by deleting the External Account(s) online or by calling 800-788-7000 and requesting that we do so.

A transfer request may not be processed if there are not sufficient available funds in the account from which it is to be made, at the time that the transfer is to be processed. If you provide incorrect or insufficient information to complete the transfer, including but not limited to an incorrect number of an External Account, your transfer may not be completed. In the event you provide an incorrect number for an External Account, we may delete the External Account and you must re-designate an External Account in order to initiate the transfer. We may also request you to re-designate an External Account for any reason. We may, but are not required, to notify you if a transfer is not completed and/or an External Account is deleted based on incorrect or insufficient information. At our discretion, we may limit the number of External Accounts designated by you.

If the transfer is not entered by you by our established deadline, or on a day on which ACH transfers are not initiated, it may not be initiated until the next External Transfer Initiation Day as defined below. We may debit the funds for any transfer at the time that the transfer is entered by you, or for repeat transfers, at the time the scheduled transfer is to be initiated. Transferred funds to and from your eligible accounts may not actually be received and deemed effective ("effective date"), for several business days. The transferred funds deposited to your account are subject to our Funds Availability policy, above. ACH transfers are generally initiated by us Sunday through Friday, excluding the day before a Federal holiday (External Transfer Initiation Day). There may be additional delays if the payment system for your External Transfer is unavailable. We also reserve the right to initiate an ACH entry up to two business days after the transfer schedule date, depending on the account type and purpose of the transfer request. Our Internal and External Transfer Cutoff Times may vary from time to time without notice and may vary based on the state to which the transfer or Deposit Account is assigned in our records. Call us at 1-800-788-7000 for our current Transfer Cutoff Times.

When you use our Online Banking Service to schedule any Transfer Date from your eligible account, the Transfer Date will be scheduled as required by our online banking services at the time of the Transfer. The Transfer Date will appear on the online banking website at the time you initiate the transfer request.

If Transfers credited to your eligible accounts are returned or rejected, we may debit your account in the amount of the return or rejected Transfer, or any account any of you have with us. We may also adjust or correct any Transfers to or from your account.

Unless expressly provided otherwise, all Transfers are subject to the terms and conditions of your Online Banking Service with us.

(L) **Personal Identification Numbers (PIN) and Cards.** Certain of the above services requires a PIN. If you forget your PIN, please visit one of our financial centers and request another one. If you decide you do not want to use your ATM or Debit Card(s); destroy them at once by cutting them in half and notify the bank immediately. We may also, at our option, permit you to initiate transfers to and from eligible accounts through our online banking service.

(M) **Emergency Cash Advance Service.** Customers who have lost or had their Washington Mutual Debit MasterCard® stolen may request an Emergency Cash Advance from the account linked to their Debit MasterCard® (subject to funds availability and transfer limitations) when the customer is more than 100 miles from the mailing address listed for the account. Prior to making the request the customer must have requested and been eligible for a replacement Debit MasterCard®. Emergency Cash Advances are limited to 3 requests in any calendar year.

(N) **Emergency Card Replacement Service.** Customers who have lost or had their Washington Mutual Debit MasterCard® stolen and are in urgent need of a replacement card may request that a Debit MasterCard® be sent to them provided that the account to which their Debit MasterCard® is linked has been open for at least 30 days and has a positive balance at the time of the request and there are no restraints on the account. Emergency Card Replacements are limited to 3 requests in any calendar year.

**2. Limitations on Transactions**

(A) **Limited Transaction Accounts.** Notwithstanding anything to the contrary herein, if your account is a limited transaction account as described in these *Account Disclosures and Regulations*, you agree not to initiate transactions in excess of the limitations established for your account.

(B) **Deposits, Withdrawals, POS and POP Transactions.** We may limit the frequency of deposits, withdrawals, Point-of-Sale (POS) or Point-of-Purchase (POP) transactions for security purposes and may change the limits from time to time without notice, except as may be required by law. Without limiting the foregoing, there are daily dollar limits that apply to ATM withdrawals, POS transactions, retail purchases and MasterCard cash advances (if applicable) based on the following card types and are subject to the available funds in your account.

| Card Type | ATM Withdrawals, Cash Back and Negotiables Daily Limit | POS, Purchases and Other Transactions Daily Limit |
|---|---|---|
| ATM | $300 | $500 |
| Gold Debit MasterCard® | $500 | $3,000 |
| Platinum Debit MasterCard® | $500 | $5,000 |

"ATM Withdrawals, Cash Back and Negotiables" includes ATM withdrawals and the cash back portion of any Point of Sale transaction and purchases of negotiable items such as cashiers checks and money orders.

"POS, Purchases and Other Transactions" includes PIN and other point of sale transactions (excluding the cash back portion of any point of sale transaction and purchases of negotiable items), withdrawals when transferred to an account at another financial institution through a network interbank exchange service or other payments using your card number through a non-Washington Mutual system (e.g., at an ATM, by phone or online). This limit also includes Cash Advances, which are not available on an ATM Card and cannot exceed either $500 total or 9 advances per day.

Limits for *WaMoola for Schools*® cards are the same as the comparable card type of non-*WaMoola for Schools* cards.

You may request, and we, at our option, may agree, to higher limits. Withdrawals, POS transactions, retail purchases, or cash advances made at terminals not owned by the Bank and affiliates may be subject to lower limits, other restrictions and fees imposed by third party terminal owners/operators. In addition for security reasons, there may be times we impose other limitations. All withdrawals, cash advances, POS, POP transactions (including those at MasterCard locations) and other debit transactions processed electronically are subject to the availability of funds in your account, plus any applicable overdraft protection product or service linked to your account. Funds being reserved for authorized but unposted purchases may not be used to pay checks, other debits or withdrawals. If the Bank pays a withdrawal, cash advance, POS, POP or other debit transaction that exceeds the balance of funds in your checking account (it is expressly acknowledged and understood that the Bank is under no obligation to do so), you will be charged our current Overdraft Charge. This Overdraft Charge shall not apply when such a payment is made by means of an automatic advance from an overdraft line of credit, or automatic transfer authorization (overdraft transfer service). An Overdraft Transfer Fee will be assessed if payment is made by means of an automatic transfer authorization; an Advance Fee will be assessed if payment is made by means of an advance from an overdraft line of credit if set forth in the *Statement of Fees* applicable to your account. Subject to any limitations under applicable law, regulations, clearinghouse or other rule, a merchant may reinitiate a POP transaction if returned for insufficient or uncollected funds. A Non-Sufficient Funds Charge may be incurred each time the transaction is returned.

(C) **ATM Deposits.** Deposits (either cash or check) made at an ATM before 4:00 p.m. local time in the Pacific or Mountain Time Zone (3:00 p.m. local time at an ATM in the Eastern or Central Time Zone) Monday through Friday (excluding federal holidays) on a day we are open are considered made that day. Deposits (either cash or check) made after 4:00 p.m. local time in the Pacific or Mountain Time Zone (3:00 p.m. local time at an ATM in the Eastern or Central Time Zone) Monday through Friday or Saturday, Sunday, federal holidays or any day we are not open are considered made the next Business Day. Deposits subject to this section are available as described in the *Funds Availability* section of these *Account Disclosures and Regulations* and any addenda thereto. For determining the availability of your ATM deposits, every day is a Business Day, except Saturday, Sunday, and federal holidays.

(D) **Direct Deposits.** There are no limitations on the number of direct deposits the Bank will accept.

(E) **Transfer Limitations.** Some services are not available at all terminals or for all accounts We may set Transfer limits at our discretion. For transfers established through our online banking service, the maximum dollar limit of any External Transfer from your account is currently set at $10,000 per transfer. The maximum dollar limit of any Transfer to an account scheduled through the online service is currently set at $500,000.00 per transfer. We reserve the right to change these limits at any time without notice except as may be required by law. Ask us for our current limits. The maximum number of scheduled Internal Transfers per customer is 20 unless otherwise determined by us, from time to time, which limit may be changed without notice, except as may be required by law.

(F) Bank reserves the right, but is not obligated to, reject any Internet gaming, gambling, lottery or similar transaction. Without limiting the foregoing, Bank reserves the right, but is not obligated to, reject any transaction it reasonably believes is unlawful or attempted in connection with any transaction it reasonably believes is unlawful. Display of the logo on the Card or by a merchant/vendor does not mean the transaction is legal. If any said transaction is not rejected, we are authorized to debit your account; we will not be liable if you engage in any illegal transaction.

(G) Without limiting any of the rights we have, Bank reserves the right, but is not obligated, to block an ATM card or Debit Card if transactions are being made outside of the customer's usual geographic location or are not otherwise consistent with accountholder's usual card usage, or upon receipt of legal process or other dispute with respect to the account.

### 3. Right to Receive Documentation of Transfers

(A) **Terminal Transactions.** You will normally be furnished with a receipt at the time you make any transaction to or from your account at any Bank owned or operated ATM or ATM showing a logo of any Participating Network (as described above), although many ATMs now offer customers the option to select not to get a

receipt. If a receipt is not available, you should be notified prior to completing the transaction and should be given the option to cancel at that time.

(B) **Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every sixty (60) calendar days from the same person or company, you can call at one of the numbers shown at the end of these *Account Disclosures and Regulations* to find out whether or not your deposit has been received.

(C) **Check Electronification Transactions.** The check you use for a POP or other transaction should be blank and not previously voided or negotiated or used in any prior POP Transaction. After it is scanned, the merchant should mark it void and return it to you. You should sign and receive a copy of your authorization along with information relating to the merchant and transaction. Merchants who may initiate a RCK transaction must provide notice to you, before accepting your check, that your returned check may be collected electronically if the check is returned for insufficient or uncollected funds. POP, RCK and other check electronification transactions will appear in the electronic payments section of your bank statement. The original checks relating to those entries will not be returned with your statement. The Merchant should retain the original check relating to a RCK entry for ninety (90) calendar days. After ninety (90) calendar days the merchant may destroy the original check, but should still retain a copy. You may request the original or copy of the check relating to a RCK entry directly from the merchant or through us.

(D) **Other Transactions.** The merchant is required to furnish you with a receipt at the time you make any POS purchase with your Washington Mutual ATM Card or Debit Card, or obtain a cash advance at a financial institution participating in MasterCard, respectively.

(E) **Periodic Statements.** You will get a monthly account statement unless there are no transfers in a particular month. In any case, you will get the statement at least quarterly.

**4. Washington Mutual ATM Card, Debit MasterCard®, Gold Debit MasterCard®, Platinum Debit MasterCard® (including *WaMoola for Schools*® cards), or PIN is Lost, Stolen or Misused; and Your Liability**

If you believe your Washington Mutual ATM Card, Debit Card or PIN has been lost, stolen or used without your permission, call us at one of the numbers shown at the end of these *Account Disclosures and Regulations*, or write to us at Washington Mutual, ATM/Debit, P.O. Box 1159, Northridge, CA 91328. If you believe an electronic funds transfer has been made using information from your check, or someone has or may transfer money from your account, or has drawn or may draw against your line of credit without your permission, call us at one of the numbers shown at the end of these *Account Disclosures and Regulations*, or write to us at Washington Mutual, ACH, P.O. Box 65934, San Antonio, TX 78265. The best way to notify us of suspicious or unauthorized access to your account is by telephone. Except, as set forth below, you could lose all the money in your account, plus your maximum line of credit and transfer authorization. Also, if your statement shows transfers that you did not make, or if you believe your receipt is wrong, tell us at once.

**The following paragraphs (A) and (B) apply only to Consumer Accounts:**

(A) If you do NOT tell us within sixty (60) calendar days after the first statement reflecting the suspect transaction or suspected error was mailed to you, you may not get back any money you lost after the sixty (60) calendar days (including credit advances on a line of credit or transfer made in accordance with a transfer authorization) if we can prove that we could have stopped someone from taking your money or using your Washington Mutual ATM Card, Debit Card or PIN without your permission if you had told us.

(B) If you tell us within two Business Days, you can lose no more than $50 if someone used your ATM Card, Debit Card or PIN without your permission. If you do not tell us within two Business Days after you learn of the loss or theft of your ATM Card, or Debit Card or possible misuse of your PIN, and we can prove that we could have stopped someone from using your ATM Card, Debit Card or PIN without your permission if you had told us, you could lose as much as $500.

(C) If a good reason (such as a long trip or hospitalization) kept you from telling us, we will extend the time periods. The provisions of the *Customer Responsibilities and Limit On Time To Assert Claims* section of these *Account Disclosures and Regulations* and Section 12 of this *Electronic Fund Transfer Agreement and Disclosure* apply to claims hereunder, including without limit claims under this Paragraph Number 4 and

Paragraphs Number 8 and 9 of this section, except to the extent of any conflict; then this section applies. You agree to use any service, accounts, checks, cards (of any kind), Personal Identification Numbers (PINs) and any other instrument or card related to your account for lawful purposes only. Without limiting the foregoing, you agree that such may not be used for or otherwise in connection with any illegal transaction or activity. The Bank reserves the right to reject any transaction it reasonably believes to be unlawful or attempted in connection with any transaction it reasonably believes is unlawful.

**5. Our Business Days**

Our Business Days are Monday through Friday. Federal holidays are not included.

**6. Charges**

Unless otherwise indicated in the *Statement of Fees* applicable to your account or service or a separate agreement for your account or service, you will not be charged for deposits, withdrawals, balance inquiries, or funds transfers at ATMs owned or operated by Washington Mutual Bank or Washington Mutual Bank fsb and bearing the name "Washington Mutual", "WaMu", "Washington Mutual Bank, or Washington Mutual Bank fsb (jointly "Washington Mutual ATMs" and also known as "Proprietary ATMs").

The fee charged by the Bank for each withdrawal, balance inquiry, or funds transfer at any non-Washington Mutual ATM (or initiated through a non-Washington Mutual telephone or Internet based service through the ATM network) and any other applicable fees are disclosed in the *Statement of Fees* or other agreement applicable to your account or service, which may differ for domestic and international ATM transactions.

"Domestic" refers to the 50 states of the United States. "International" and "Foreign" refer to foreign countries and parts of the United States that are not considered states (e.g., U.S. Territories). For the purposes of international ATM transactions, a domestic ATM that is operated by a non-U.S. operator is considered international rather than domestic. There may also be other fees (surcharges) imposed by the operator of non-Washington Mutual ATMs (also known as "Non-Proprietary ATMs") and the national, regional or local network used to offer the transactions, which should be disclosed at the time of your transaction. The Bank does not charge a fee for POS or POP purchases. However, you may be charged a fee by the merchant. If you conduct a transaction in foreign currency, see the *Foreign Transactions* section for details about exchange rates and related charges.

Any fees applicable to online banking, bill pay or other electronic services will be set forth in the *Statement of Fees* applicable to your account or other documentation you receive at the time you establish or request this service. The monthly fee for these services, if any, will begin the month you request such service, and will apply each month thereafter whether or not a covered transaction actually occurs in any monthly cycle unless you are advised otherwise in writing.

There is no charge for direct deposits. There is also no charge (other than the finance and other charges applicable to all borrowings) for the telephonic draw feature on line of credit accounts offering such service unless otherwise indicated in the Credit Agreement. There is an Advance Fee for automatic advances on your line of credit to your deposit account if described in the *Statement of Fees* applicable to your account or in the Credit Agreement.

If your account is a Limited Transaction Account and you exceed the number of transactions authorized for such account, you will be charged an Excess Activity Fee as set forth in the *Statement of Fees* applicable to your account.

**7. Information to Third Parties**

Refer to information in the *Disclosure of Information to Third Parties* section of these *Account Disclosures and Regulations*.

**8. In Case of Errors or Inquiries About Your Electronic Transfers**

If you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt, call us at one of the numbers shown at the end of these *Account Disclosures and Regulations* as soon as you can, or write us at Washington Mutual, ACH, P.O. Box 65934, San Antonio, TX 78265. Without limiting the foregoing, if the error relates to a check electronification entry (POP, RCK or other) on a Consumer Account (as defined above) and you want us to promptly credit your account, we must receive a written affidavit from you on our form no later than fifteen (15) calendar days after we send you the FIRST statement on which the

error appears. For all other errors, we must hear from you no later than sixty (60) calendar days after we send you the FIRST statement on which the problem or error appeared. For Non-Consumer Accounts, the provisions of Paragraph 12 of this *Electronic Fund Transfer Agreement and Disclosure*s, including, without limitations, the notification requirements contained therein apply. Be sure to provide the following information:

• Tell us your name and account number, if any.

• Describe the error or the transfer you are unsure about, (including the date) and explain as clearly as you can why you believe it is an error or why you need more information.

• Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) Business Days. If your account is a Consumer Account (as defined above) and if you deliver the required written affidavit concerning a check electronification problem within fifteen (15) calendar days after we send you the first statement on which the problem appears, we will provisionally credit the amount of the entry to your account. If you do not submit the affidavit as required, your notice of error will be subject to the following rules applicable to the sixty (60) calendar day notice requirement.

**The following paragraphs (A) and (B) apply only to Consumer Accounts (defined above) meeting the above sixty (60) day notice requirement. If you meet the above conditions:**

(A) We will determine the results of our investigation within ten (10) Business Days (or twenty (20) Business Days if the transaction occurs while your account is a new account as defined in the *Funds Availability* section of these *Account Disclosures and Regulations* and any addenda thereto) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) calendar days (or ninety (90) calendar days for a transaction on a new account or foreign initiated or POS transaction) to investigate your complaint or question. If we decide to do this; we will provisionally credit your account within ten (10) Business Days, or twenty (20) Business Days in the case of a transaction on a new account, for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) Business Days, we may not credit your account.

(B) We will tell you the results within three (3) Business Days after we finish our investigation. If we determine there was an error, we will send you a written explanation. If we decide that there was no error; we will debit your account for any amounts credited while we conducted our investigation, unless we are prohibited by law from doing so. You may ask for copies of the documents that we used in our investigation.

If you have a dispute about goods or services you purchased from a merchant with your Washington Mutual ATM, Debit Card or electronic check, you should attempt to settle the dispute directly with the merchant before filing a claim.

***Zero Liability ($0 Liability Fraud Coverage):*** Notwithstanding Section 8 above, if you are a consumer Debit MasterCard® customer, you will not be liable for the unauthorized use of your card for purchases and at ATMs, if (1) you exercised reasonable care in safeguarding your card from risk of loss or theft; (2) you have not reported two or more incidents of unauthorized use of your card in the immediately preceding 12 months; and (3) your account is in good standing at the time the unauthorized transaction is posted to your account and when you make your claim. This feature is in addition to any protections afforded to you under applicable law. This feature does not apply to cards issued to non-U.S. cardholders or for business or other non-personal accounts. It also does not apply if your card and Personal Identification Number ("PIN") are used for transactions conducted at a Washington Mutual Financial Center. The term "unauthorized use" means the use of our card by a person other than yourself who does not have actual, implied or apparent authority for such use, and from which you receive no benefit. For this purpose, the term "good standing" means that your account is open and not overdrawn, there has been no fraud by the accountholder, or breach of any agreement with us. This feature does not modify or amend the requirements for prompt notification to Washington Mutual of the unauthorized use of your card or PIN, as provided in the *Electronic Fund Transfer Agreement and Disclosure*s section of this booklet. If you fail to notify us of an unauthorized card transaction within 60 days of your statement that first shows such unauthorized use, as set forth in that section, you may not get back any

money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

**9. Our Liability for Failure to Make Transfers**

If we do not complete a transfer to or from your Consumer Account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions as noted below, for Consumer and Non-Consumer Accounts, in addition to any other limits or liability, we will not be liable, for instance:

- If through no fault of ours, you do not have enough money in your account to make the transfer.
- If anyone refuses to honor your ATM Card, Debit MasterCard®, or check.
- If the transfer would cause you to exceed the limit on your line of credit, or other available overdraft protection.
- If the terminal where you are making the transfer does not have enough cash.
- If the terminal was not working properly and you knew about the breakdown when you started the transfer.
- If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
- There may be other exceptions stated in our agreement with you. Without limiting the foregoing for Non-Consumer Accounts:
  - We will not be liable for failure to make transfers to or from or in the wrong amount in connection with Non-Consumer Accounts.
  - We will not be liable for, and you agree to indemnify and hold us harmless from, any and all losses, damages, costs, claims and expenses which may occur in connection with any authorized or unauthorized use of any service herein including, without limit, use of any card, PIN or other access device.

**10. Rights Regarding Preauthorized Transfers**

(A) ***Right to Stop Payment and Procedure for Doing So.*** If you have told us in advance to make regular payments out of your account or if you anticipate receiving an automatic transfer into your account, you can stop any of these payments. Here's how: Call us at one of the numbers shown at the end of these *Account Disclosures and Regulations* or write us at Washington Mutual, ACH Department, P.O. Box 65934, San Antonio, TX 78265, in time for us to receive your request three (3) Business Days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within fourteen (14) calendar days after you call. The charge for a stop Payment Order is disclosed in the *Statement of Fees* applicable to your account.

(B) ***Claims.*** The provisions of the *Customer Responsibilities* and *Limit on Time to Assert Claims* section of these *Account Disclosures and Regulations* apply to claims hereunder, including without limit claims under Paragraph Number 4 and Paragraphs Number 8 and 9 of this *Electronic Fund Transfer Agreement and Disclosure*s sections except to the extent of any conflict; then this section applies.

**The following paragraphs (C) and (D) apply only to Consumer Accounts (defined above) meeting the above requirements:**

(C) ***Notice of Varying Amounts.*** If these regular payments may vary in amount, the person you are going to pay will tell you, ten (10) calendar days before each payment, when it will be made and how much it will be. (You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

(D) ***Liability for Failure to Stop Payment of Preauthorized Transfer.*** If you order us to stop one of these payments three (3) Business Days or more before the transfer is scheduled from you Consumer Account, and we do not do so, we will be liable for your losses or damages.

**11. Stop Payment on Check Electronification Transactions**

You may stop electronic transactions initiated by use of a check (including POP, RCK and other check electronification transactions) by calling us at one of the numbers shown at the end of these *Account Disclosures and Regulations* or write us at Washington Mutual, ACH Department, P.O. Box 65934, San Antonio, TX 78265,

however, you must do so in time for us to have a reasonable opportunity to act on the stop Payment Order before acting on the electronic transaction.

**12. Non-Consumer Accounts**

The error resolution and liability provisions applicable to Consumers and Consumer Accounts at the end of or with any periodic statements or other documents you may receive from us, if any, do not apply to Non-Consumer Accounts (e.g., business or non-personal accounts). The owners of Non-Consumer Accounts must notify us immediately if they discover any unauthorized transactions or errors. If such is not an automated clearinghouse transaction, we must receive written notice of and, at our request, an affidavit regarding the problem in a form satisfactory to us within a reasonable time (not to exceed fourteen (14) calendar days) from the date of discovery or their receipt of the first statement, report or notice reflecting the problem, whichever occurs first. If such is an automated clearinghouse transaction, we must receive notice, written or verbal, by the established cutoff time on the Business Day following the posting date of the transaction.

If you do not notify us within these timeframes, you will be deemed to have authorized the transaction. You will be liable for all losses, costs or expenses that you incur as a result of the use of your card, PIN, access device or other electronic transaction, unless the laws governing your account require a lesser liability.

Under no circumstances will we be liable for any special or consequential damages involving such accounts. The owners of such accounts assume sole responsibility for any unauthorized use of the account's cards, and/or PIN, and/or any other access device or other electronic transaction, and shall indemnify, defend, and hold the Bank harmless from all claims, actions, proceedings, losses and damages related to or arising out of any unauthorized transaction.

**CHECK 21/EXPEDITED RECREDIT**

The Check Clearing for the 21st Century Act (known as "Check 21"), a federal law effective on October 28, 2004, was enacted to increase the efficiency of the U.S. check clearing system. Today this system relies heavily on the physical transport of checks between financial institutions. Check 21 permits banks to replace an original check with a paper reproduction, or "substitute check," and to accept substitute checks as they would the originals. Substitute checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check. Because of Check 21, some items may clear faster than before. As always, WaMu encourages customers to monitor their account activity and authorize transactions only against available funds. If you request a copy of a check or if you receive checks in your monthly statements, it is likely that some of the items received will be substitute checks. By federal law, the substitute check is the legal equivalent of the original for any purpose. You should retain substitute checks in the same manner as original checks.

**Substitute Checks and Your Rights**

This section describes rights you have when you receive substitute checks from us. These rights do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions. In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (e.g., if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (e.g., bounced check fees). The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of the refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law. If you use this procedure, and your account is used for personal, family or household purposes, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim. We may reverse the refund (including any interest on the refund) if we later are

able to demonstrate that the substitute check was correctly posted to your account. If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account; please contact us at one of the telephone numbers listed at the end of these *Account Disclosures and Regulations*. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances. Your claim must include:

- A description of why you have suffered a loss (e.g., you think the amount withdrawn was incorrect);

- An estimate of the amount of your loss;

- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and

- A copy of the substitute check or the following information to help us identify the substitute check: account number, check number, dollar amount, and date posted.


### TAXPAYER INFORMATION

*Information Reporting:* As a payer of interest on deposit accounts, we are required to report to the Internal Revenue Service (IRS) and appropriate state tax authorities interest earned on any account in the amount of $10.00 or more, any interest penalties, and any withholding of Federal income tax under the backup withholding rules. We report to these agencies under the first name listed on the account unless you instruct otherwise, using the taxpayer Identification Number (TIN) you provided when you opened your account, unless you later provide us with an updated TIN certification.

**Taxpayer Identification Number (TIN)**

In order to open an account, we require that you provide us with a TIN, certified under penalty of perjury, or certification of foreign status. Proper completion of the *Master Account Agreement* or other form we provide to you requesting TIN certification using the TIN of the person or entity listed on the first ownership line, fulfills the TIN certification requirement. For individuals, the TIN is the Social Security Number. For businesses and most other non-individuals, the TIN is the Employer Identification Number (EIN) (Refer to the section below titled *Privacy Act Notice* for a description of the appropriate TIN to be used.) Individuals who are not U.S. citizens or residents, and foreign entities, must certify their foreign exempt status from time to time and, if requested by Bank, provide proof of foreign residency in a form deemed acceptable by the Bank in its sole discretion.

**Backup Withholding**

Persons, such as WaMu, making payments of interest after 1992 are required to withhold and pay to the IRS a certain percentage (currently 28%) of payments of interest under certain conditions. This is called "backup withholding". Backup withholding is not an additional tax; any amount withheld is paid to the IRS and can be claimed as a credit on your Federal income tax return. Interest payments you receive from us will be subject to backup withholding if:

1. You do not furnish us with your TIN, OR

2. The IRS notifies us that you furnished an incorrect TIN, OR

3. We are notified by the IRS that you are subject to backup withholding because you failed to report all your interest or dividends on your tax return, OR

4. You fail to certify to us that you are not subject to backup withholding under (3) above (this applies to accounts opened after 1/1/84 only), OR

5. You fail to certify your TIN (this also applies only to accounts opened after 1/1/84).

**Exempt Recipients**

Payees specifically exempt from backup withholding on ALL payments include the following:

- A corporation,

- An organization exempt from tax under Section 501(a), or an IRA or a custodial account under Section 403(b)(7),

- The United States or any agency or instrumentality thereof,

- A state, the District of Columbia, a possession of the U.S., or any political subdivision or instrumentality thereof,

- A foreign government, a political subdivision of a foreign government, or an agency or instrumentality thereof,

- An international organization or any agency or instrumentality thereof,

- A foreign central bank of issue,

- A dealer in securities or commodities required to register in the U.S. or a possession of the U.S.,

- A real estate investment trust,

- An entity registered at all times during the tax year under the Investment Company Act of 1940,

- A common trust fund (as defined in Section 584(a)),

- A financial institution,

- A nominee or custodian,

- A trust exempt from tax under Section 664 or described in Section 4947.

In addition, interest paid on deposits to accounts owned entirely by individuals who are not citizens or residents of the United States may or may not be reported to the tax authorities as determined by the Bank at its discretion, except that the Bank is required to report interest paid to Canadians. If the Bank is given proper certification, these types of accounts will not be subject to backup withholding. To establish this, each Accountholder must show that they are not a citizen or resident of the United States by completing a Certificate of Foreign Status (W-8BEN) which is available at any Bank branch. A new Certificate of Foreign Status will be required at least every three years, or interest earned on the account will be reportable and backup withholding will apply. If you become a U.S. resident or citizen after opening your account, you must notify us within thirty (30) calendar days of your change in status and provide us with a certified TIN.

**Certification Requirements**

- Interest Accounts - You must sign the certification on the *Master Account Agreement* or complete IRS Request for Taxpayer Identification Number and Certification (Form W-9) to certify your TIN or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN, you must cross out any inapplicable items in the certification prior to signing the certification.

- Exempt Payees and Payments - If you are exempt from backup withholding you should complete the Request for Taxpayers Identification Number and Certification (W-9) to avoid erroneous backup withholding. By signing the W-9, you are certifying that the information that you provide us is true. If you are a non-resident alien or foreign entity not subject to U.S. withholding on income and backup withholding, you must provide us with a Certificate of Foreign Status of Beneficial Owner (IRS Form W-8BEN).

**Privacy Act Notice**

Internal Revenue Code Section 6109 requires you to give us your correct TIN, whether or not you are required to file tax returns. The IRS uses the number for identification purposes.

The following provides information necessary to determine whose name and number is required for the type of account:

| For this type of account: | Give the Social Security number (TIN) of: |
|---|---|
| 1.   Individual | The individual |
| 2.   Two or more individuals (joint accounts) | The actual owner of the account, or if combined funds, the first individual on the account |
| 3.   Custodian account for a minor (UTMA) | The minor |
| 4a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee |
| 4b. So-called trust account that is not a legal or valid trust under state law | The actual owner |
| 5.   Sole proprietorship, owner name required (not DBA or | |

| business name) | The owner |
|---|---|
| **For this type of account:** | **Give the Name & Employer Identification Number (EIN) of:** |
| 6. Sole proprietorship, owner required (not DBA or business name) | The owner |
| 7. A valid trust, estate, or pension trust | Legal entity (Do not furnish the identification number of the personal representative or trustee unless the legal entity itself is not designated in the account title.) |
| 8. Corporate | The corporation |
| 9. Association, club, religious charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership | The Partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Dept. of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

### ADDENDUM: NOTICE OF CHANGE FOR *WAMU FREE CHECKING*™

**Important Information About Account Feature**

This Notice of Change serves as an Addendum to the *Master Account Agreement, the Statement of Fees and the Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Fund Transfer Agreement and Disclosures* and any other disclosures or documents related to *WaMu Free Checking*™ accounts, products, features or services. Except as described below or in other communications from us, the terms of your accounts and services remain the same. The changes described in this Notice will be effective on June 19, 2007, unless we notify you otherwise.

If you have any questions regarding these changes, please call us at the telephone number at the end of this Notice.

### *WaMu Free Checking*™ Account Check Feature

For *WaMu Free Checking* accounts opened on or after June 19, 2007 only Single WaMu® image style checks ordered through Washington Mutual will be available for free (other styles available at regular prices). The WaMu image check style may change from time to time at our discretion.

**For Customer Service, please call us at 1-800-788-7000
or by mail at Washington Mutual Bank, FA/ Washington Mutual Bank fsb,
P.O. Box 1165, Northridge, CA 91328-1165.
FDIC Insured**

# 34194 (06/07)

For customer service call: 1-800-788-7000

Para información en español, **oprima el 8.**

For all other languages, **press 0 and** ask for an interpreter.

TDD for the deaf and hard of hearing: 1-800-841-1743

# 34185 (5/07)

Washington Mutual Bank (also operating as Washington Mutual Bank, FA) and Washington Mutual Bank fsb are insured by the FDIC.

 EQUAL HOUSING LENDER

# Washington Mutual Personal and Business Online Banking, Loan Payment and Bill Pay Services Agreement and Disclosure

## TABLE OF CONTENTS

**Introduction**

**Definition of Terms**

**General Terms and Conditions Applicable to All Services**
A. Service Requirements
B. Computer Equipment
C. Unavailable, Delayed or Inaccurate Account Information
D. Disclosure of Account Information
E. Service Availability
F. User ID, Password, Personal Identification Number (PIN), Telephone Access Code
   (TAC) and Security
G. Electronic Mail
H. Email Address and Contact Changes
I. Termination or Inactivity
J. Change in Terms
K. Entire Agreement

**Online Banking**
A. Viewing Transaction History
B. Download Information
C. Viewing Online Documents
D. Transfers between Accounts; Availability of Transfers
   1. Permitted Transfers
   2. Scheduling Transfers
      a. Internal Transfers
      b. External Transfers
         i. Registration
         ii. Scheduling Transfers
         iii. Transaction Initiated
      c. Repeating Transfers
      d. Cutoff times and Dates We Do Not Process
   3. Canceling or Changing Transfers
   4. Insufficient Available Funds for Transfers
   5 Limitation on Transfer Transactions
   6. Special Rules Applicable to WaMu Direct™ Accounts
      a. Scheduling
      b. Effective Date of Transfers and Funds Availablity
      c. Limitations

E. Stop Payments on a Check
    1. Add a Stop Payment Online
    2. Removal of a Stop Payment Online
F. Online Statements and Important Notices
    1. Online Statement (Viewing)
    2. Online Statement (Online-Only Delivery)
        a. Important Notices
        b. Statement Delivery Notice
        c. Check Safekeeping
        d. Termination of Online-Only Delivery
G. Loan Account Applications
H. Online Banking Guarantee

**Washington Mutual Loan Payments**
A. Eligible Loan Accounts
B. Scheduling Loan Payments
C. Initiation Day
    1. Processed Loan Payments
D. Fees for Making Loan Payments
E. Canceling or Changing Loan Payments
F. Debiting your Account; Insufficient Available Funds for Loan Payments
G. Liability for Unauthorized Use/Late Loan Payments

**Bill Pay Services**
A. Limitation on Payment Transactions
B. Scheduling and Processing of Payments
C. Bill Payments; Allowing Sufficient Time; Estimated Delivery Date
D. On Time Guarantee
E. Canceling or Changing Payments
F. Debiting your Account; Insufficient Available Funds for Payments

**Liability for Unauthorized Use/Late Payments**

A. Your Liability for Unauthorized Use
B. Bank's Liability for Failure to Make Payments or Paying Late
C. Reporting Unauthorized Transactions, Payment Problems, Errors or Questions
D. Business and Other Non-Consumer Accounts

**Cancellation/Termination of Service**

**Additional Provisions Applicable to Business Online Banking**
A. Eligibility
B. User Access
    1. Administrator
    2. Delegate Users
    3. Security
C. Liability for Unauthorized Use of Business Accounts

**How to Contact Us**

# Introduction

The following terms and conditions apply to our Personal Online Banking and Business Online Banking service and Personal Bill Pay™ or Business Bill Pay™

service, (also referred to as "Online Banking" and "Bill Pay", respectively). If you are opening a new Deposit Account simultaneously, the Account Disclosures (defined below) and/or in the case of a Loan Account the loan documents will be provided to you separately. Please read this Agreement and Disclosure ("Agreement") carefully because it contains important information and guidelines for using Online Banking and Bill Pay. We may offer additional Services in the future and your enrollment and/or use will indicate your agreement to the terms governing the new Service.

By accepting this agreement, accessing your Deposit Accounts and/or Loan Accounts and making use of other services via Online Banking and Bill Pay and/or by telephone, and/or authorizing others to do so on your behalf, you agree to be bound by the terms of this Agreement. Washington Mutual may amend these terms from time to time without notice, except as may be required by Law. We may modify or cancel your Service at any time without notice, at our discretion, except as may be required by Law. Washington Mutual may offer additional Services in the future and such Services will be governed by this Agreement. If you access your Deposit and/or Loan Accounts through this Service, such accounts continue to be governed by the applicable terms and conditions governing the Deposit and/or Loan Account, including applicable Account Disclosures and Regulations Relating to Deposit Accounts and Other Services and Electronic Fund Transfer Agreement and Disclosures and the applicable Statement of Fees as they may be amended from time to time (jointly referred to herein as the Account Disclosures). Additional fees may be assessed for the Services in accordance with the rules for the applicable account and this Agreement. The Services hereunder with respect to such Deposit Accounts are also subject to the Account Disclosures. See Liability for Unauthorized Use/Late Payment, subsection (d), and Additional Provisions Applicable to Business Online Banking sections for additional provisions applicable to Business and other Non-Consumer Accounts. When you access your Loan Accounts through this Service, you do so under the terms and conditions we gave you in the agreement and disclosure for the Loan Account. You should review those agreements for any applicable fees, for limitations on the number of transfers you can make, and for other restrictions which might impact your use of a Loan Account with the Service.

## Definition of Terms

As used in this Agreement, the following words have the meanings given below:

"ACH" means a transaction processed through the automated clearing house network.

"Business Day" means Monday through Friday, except federal holidays.

"Consumer Account" means a Deposit Account or a Loan Account owned by one or more individuals and used for personal, family or household purposes. Other accounts, including business and other non-personal accounts are considered Non-Consumer Accounts.

"Deposit Account" means an eligible Washington Mutual checking, savings, CD or money market type Deposit Account owned by you.

"External Deposit Account" means an account owned by you, to or from which you may transfer funds or make Loan Payments using our online ACH origination service, at another financial institution or a Washington Mutual checking, savings, CD or money market type Deposit Account not eligible for internal transfers or Internal Loan Payments, for example, because they are serviced on another servicing system or are established in our records in another state or pricing region.

"Initiation Day" or "Initiation Date" is as set forth for the particular service requested hereunder and online, is sometimes referred to as the "Start On" date.

"Law" means Federal Law applicable to the Service, and except for Bill Pay, to the extent not superseded by Federal Law, the Laws of the state applicable to your Deposit Account or other account, if applicable and, for Bill Pay, the Laws of the state where your Primary Checking Account is assigned in our records will apply to the extent not superseded by Federal Law.

"Loan Account" means an eligible personal loan, line of credit, home equity loan, home equity line of credit, or residential mortgage loan. At the time of publication, only certain personal loan, line of credit, home equity loan and home equity lines of credit, and residential mortgage loans serviced by Washington Mutual are eligible. As other loan types become eligible, they will be subject to the terms of this Agreement.

"Loan Payment" means a payment of an eligible Washington Mutual Loan Account, using the online service described in the Washington Mutual Loan Payment section of this Agreement.

"Primary Checking Account" means the Deposit Account designated as such in our records for this Service. It is the Deposit Account to which the fee for the Service, if any, will be assessed.

"Service(s)" means the Personal Online Banking Service and Personal Bill Pay service or Business Online Banking Service and Business Bill Pay Service for which you have enrolled.

"we," "us," "Washington Mutual," and "Bank" mean the Washington Mutual depository institution (Washington Mutual Bank fsb or Washington Mutual Bank, FA) that holds the Deposit Account and/or services the Loan Account(s) to be accessed by the Service.

"You" and "Your(s)," "Depositor" and "Account Holder" mean each person who applies to use the service and each person who uses the Service with the permission of an applicant.

## General Terms and Conditions Applicable to All Services

### A. Service Requirements

Generally, individuals and businesses must have a Deposit Account(s) and/or Loan Account(s) to use Services. We reserve the right to limit the Service to certain account types.

To access or use the Service online, the following requirements may also apply: Central Processing Unit, Monitor, ISP access, a supported Internet Browser software that supports 128-bit encryption and an email address. (In this Agreement, the computer and the related equipment you use to access the Service are referred to together as the "Computer".)

## B. Computer Equipment

You are responsible for the installation, maintenance, and operation of the Computer and browser software. The risk of error, failure, or non-performance is your risk and includes the risk that you do not operate the Computer or software properly. The Bank is not responsible for any errors or failures from any malfunction of the Computer or the software nor is it responsible for any electronic virus, viruses, worms, or similar software that you may encounter. The Bank has no liability to you for any damage or other loss, direct or consequential, which you may suffer or incur by reason of your use of the Computer or the software. The Bank makes no warranty to you regarding the Computer or the software, including any warranty of merchantability or fitness for a particular purpose.

## C. Unavailable, Delayed or Inaccurate Account Information

The Bank strives to provide complete, accurate and timely account information through the Service. However, unless otherwise required by Law, we will not be liable to you if any such information is unavailable, delayed or inaccurate. With respect to electronic fund transfer problems, such as unauthorized transactions or the Bank's failure to properly complete authorized transactions, the extent of our liability is described in Liability for Unauthorized Use/Late Payment Section of this Agreement (as modified by subsection (d) of that section and Additional Provisions Applicable to Business Online Banking section for Non-Consumer Accounts).

## D. Disclosure of Account Information

We will disclose information to third parties about your account or the transactions you make: (i) where it is necessary or helpful for completing a transaction; (ii) in order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant; (iii) in order to comply with reporting or other legal requirements (including, for example, legal process); (iv) if you give us your permission; (v) to offer you additional products and services from us and others that we think might be of interest to you; (vi) to otherwise conduct our business; and (vii) as otherwise permitted by Law. Notwithstanding the above, we will not disclose such information where prohibited from doing so by applicable Law. See the Washington Mutual Privacy Policy for additional information.

## E. Service Availability

The Services hereunder are generally available seven (7) days a week. The Services may be unavailable from time to time for scheduled maintenance.

There may also be unscheduled down time, but we will work to minimize such interruptions in service. Service may be further limited as set forth below.

## F. User ID, Password, Personal Identification Number (PIN), Telephone Access Code (TAC) and Security

The first time you access the Service online, you will be asked to provide information to verify that you are an Account Holder or otherwise identify yourself. Bill Pay using telephone access is accessible by entering the account number from which you would like the Payments to be initiated and your Telephone Access Code.

A User ID, Password, Personal Identification Number (PIN) or Telephone Access Code (TAC) may be assigned to you, which is a reasonable method to authenticate your transactions and those transactions which you authorize others to conduct for you. You agree that you will not disclose, and will prevent the disclosure of your User ID, Password, PIN and/or TAC. If the confidentiality of your User ID, Password, PIN or TAC is or you believe may be compromised, you shall notify us immediately by calling us at the customer service number at the end of this agreement. In the event your User ID, Password, PIN or TAC have been compromised you may be required to establish a new one(s).

We are committed to the security of our customers' accounts and account information. However, you must also take every precaution to ensure the safety, security and integrity of your accounts and transactions with Online Banking. Your User ID, Password, PIN and/or TAC allow access to your accounts and other services provided herein; providing these to another person effectively constitutes a grant of authority to access your accounts for all purposes including, without limit, under the Electronic Funds Transfer Act and Regulation E; such authorization shall continue until you have notified us that such person is not authorized to act with regard to your Deposit Account(s) or Loan Accounts and the Service.

The following guidelines should assist you in ensuring that your accounts and account information remain secure:
Do not leave your account information out in an open area accessible by others, including on your computer screen.

Do not send your User ID, Password, Personal Identification Number (PIN) or Telephone Access Code (TAC) or privileged account information over any e-mail system.

Send privileged account information to us via our secure message system only.

Do not leave your Computer unattended while you are connected to the Service.

Do not enter your User ID, Password, Personal Identification Number (PIN) or Telephone Access Code (TAC) into the Service when there are others nearby who could observe you doing so.

We recommend that you create a strong Password as required for your Service by avoiding familiar names or personal information(such as date of birth or Social Security Number), using upper and lower case letters, including digits and punctuation marks, and avoiding words found in the dictionary – in any language.

We recommend that you log out of the Service and close your browser completely after each Online Banking session and/or clear cache and history. Please observe these guidelines. Remember, you may be held liable for the unauthorized use of your User ID, Password, PIN, and/or TAC (see Liability for Unauthorized Use/Late Payment section, below, for additional information).

## G. Electronic Mail

Regular Electronic Mail (e-mail) transmissions may not be secure. We, therefore, request that you do not send us or ask for sensitive information (such as personal identification, account numbers or other financial information) via any third party e-mail system. If you wish to contact us electronically, please use the secure message system through the Service. If you send the Bank a message using the secure message system, the Bank will receive it by the following Business Day. You agree that we may take a reasonable period of time to act on any message received. If you need to contact us on an urgent matter, for example to report an unauthorized transaction from one of your Accounts, please call us immediately at the customer service number at the end of this agreement. This will ensure that your situation can be addressed as promptly as possible.

## H. Email Address and Contact Changes

You must promptly notify us of any change in your email address by calling Customer Service at the customer service number at the end of this agreement (or such other number as we establish from time to time) or if we provide you an option to do so through your Online Banking. You must also notify us of any contact changes (including telephone number or residence, post office or mailing address, and email address), as required by the agreements applicable to your loan(s) or deposit account(s) with us.

## I. Termination or Inactivity

We can terminate one or all of the Services provided to you without notice to you for any reason (except where such notice is required by Law) including, without limit, if you do not comply with this Agreement or the agreements governing your Deposit Accounts or Loan Accounts. Termination of the Service will cancel any scheduled Transfers and Payments. Without limiting the foregoing, after 90 consecutive days of inactivity, whether or not a fee is

paid and whether or not there are any scheduled Transfers or Payments pending, your User ID may be automatically locked out. If your User ID has been locked, you have the ability to un-lock the User ID online by providing Card & PIN or Additional information for authentication purposes or you may contact Customer Service Center at the customer service number at the end of this agreement. Lock out of a User ID does not terminate the Service or any pending Transfers or Payments you may have scheduled through the Service and you will continue to be charged a fee, if a fee is applicable. Lock out of the User ID also does not preclude the Bank from contacting you via e-mail as otherwise described in this Agreement and/or in the Notice and Consent Regarding Electronic Communications Delivery Service.

### J. Change in Terms

If this service relates to a Consumer Account, we will mail or deliver a written notice to you at least 21 days before the effective date of any change in a term or condition disclosed in this Agreement if the change would result in increased fees or charges, increased liabilities for you, fewer types of available electronic fund transfers or stricter limitations on the frequency or dollar amounts of transfers, unless prior notice is excused by Law. Otherwise, we may modify the Agreement at any time without notice, except as may be required by Law. As a requirement of being an Online Banking customer, if you create a User ID as an Online Banking Customer or otherwise, you agree that we may send any such notice to you either via the secure message system, upon log on, e-mail, or regular mail, unless otherwise required by law.

### K. Entire Agreement

This Agreement, as it may be amended from time to time, together with any other disclosures or other documents incorporated herein by reference (including but not limited to, the Account Disclosures), contains the entire agreement between you and the Bank and supersedes all oral conversations, other communications, and previous agreements, if any, with regard to the Services.

## Online Banking

### A. Viewing Transaction History

Online Banking allows you to review transaction information for Deposit or Loan Accounts registered with the Service. If the Deposit Account has a monthly statement cycle, you may view up to eighteen (18) months (including the current cycle) of previous transaction information through the Service through the current date; for other accounts, you may review all transaction information available.

### B. Download Information

You may download transaction information for any of your Washington Mutual Deposit Accounts or Loan Accounts into most Personal Financial

Management (PFM) software programs that support the Statement Download process (e.g., Quicken® or Microsoft® Money). For PFM Software versions

older than Quicken 2001 or Money 2002 that do not support Statement Downloading, you can use the QIF format or other formats that we may make available. This feature is not available for Loan Accounts.

### C. Viewing Online Documents

You may be offered Important Notices and documents for viewing online. In addition to viewing with your browser, we may make the document available in PDF format. To view, download, or print documents in this format, you may need to utilize Adobe® Reader® software.

### D. Transfers

### 1. Permitted Transfers

You may use Online Banking to transfer funds between eligible Deposit Accounts (Internal Transfers) or between an eligible Deposit Account and an External Deposit Account (External Transfers), which you own or control (either individually or jointly) with others or if we agree, in our discretion, for which you are an authorized signer, and from which you have an unrestricted right to withdraw funds; Internal Transfers and External Transfers are referred to jointly as "Transfers", unless the context indicates otherwise. In addition, we reserve the right to deny Transfers to be completed as Internal Transfers and require them to be External Transfers even though the sending and receiving accounts may both be Washington Mutual accounts, for example if the accounts are assigned in our records to different Washington Mutual banks, divisions within the same company, states or pricing regions or on different operating systems.

Each Transfer through the Service from an eligible Deposit Account which is a savings or money market account is counted as one of the six limited transactions permitted each month or monthly statement cycle period, as described in the Account Disclosures.

Transfers may be sent to or from eligible Deposit Accounts provided the rules for such account permit such Transfers. Certain other Deposit Accounts are only eligible to receive Transfers. Other Deposit Accounts are not eligible for Transfers.

Without limiting the foregoing, Transfers are not permitted to or from Certificates of Deposit, unless you are advised otherwise in the rules applicable to that particular account or from any Deposit Account for which monthly statements are not provided.

To determine eligibility for Transfers, see the rules applicable to your Deposit Account and the service set up screens related to Transfers.

Transfers may be sent from your eligible Loan Account to an eligible Internal Deposit Account. Loan Accounts eligible for transfers under this section may change from time to time. Transfers are not available to Loan Accounts directly from Deposit Accounts through the transfer features of this service. For online services for making payments to Loan Accounts from Deposit Accounts, see, Washington Mutual Loan Payments, Section below.

## 2. Scheduling Transfers

a. Internal Transfers:

You may enter an immediate Internal Transfer through the Service when the Service is available (see "Service Availability" section above) if permitted for your account. Certain Deposit Accounts may not be eligible for immediate Internal Transfers (e.g. Special Rules Applicable to Transfers from a WaMu Direct Account, Section D(6), below).

To ensure funds you Transfer are available for your transactions processed on a Business Day, you must submit them prior to the time the transaction is received for processing and prior to the Transfer deadline established by Bank from time to time ("Internal Transfer Cutoff Time").

You may also schedule an Internal Transfer to be initiated on a future Business Day. If a scheduled Internal Transfer falls on a non-Business Day, the Transfer will be executed on our next Business Day.

When an Internal Transfer has been successfully initiated, you will be able to view the transaction, and such will be reflected in the balances for the Deposit Accounts, through the Service immediately. Notwithstanding the above, if the Internal Transfer is made after our Internal Transfer Cutoff Time for immediate Transfers (that is, a Transfer not scheduled to occur at a later date), the transferred funds may not be considered part of the available balance for certain purposes, including for purposes of processing certain transactions, until the morning of the next calendar day. This means that such funds may not be available for paying or authorizing certain transactions including, without limit, check in-clearings or point of sale or point of purchase authorizations.

b. External Transfers

External Transfers may be processed through Online Banking if permitted for your account.

   i. Registration

External Transfers require that your External Deposit Account be registered. By registering an External Deposit Account, you authorize us to initiate debit and credit entries to and from the Internal Deposit Account and the External Account, which authorization shall remain in full force and effect until you delete the External Account registration with us. To be registered, you must authenticate and validate your authority to act with respect to such External Deposit Account using such method as we may designate from time to time.

This may include, for example, our "Micro Deposit" process. If you request an External Transfer, you authorize either one or more credits (not to exceed a total of $1.00) to your external account, and one or more debits to offset such credit amount, or, one of more debits (not to exceed a total of $1.00) to your external account, or one or more credits to offset the debit amount; you will be required to validate the amount of such Micro Deposits prior to initiating any External Transfer.

ii. Scheduling Transfers

We may require you to schedule External Transfers to and from an eligible Deposit Account to be initiated up to three Business Days in advance of the Transfer Initiation Date. You may cancel an External Transfer up to the time it is initiated; however, if you modify your External Transfer and your Transfer was scheduled to occur within three business days, we may require you to reschedule your Transfer at least three Business Days after the day you modify your Transfer instruction.

You may schedule Internal Transfers from an Internal Deposit Account through the Service when the Service is available (see "Service Availability" section above) if permitted for your account. Certain Deposit Accounts may not be eligible for immediate Internal Transfers (e.g. Internal Transfers from a WaMu Direct Account, Section iv(a), below).

In the case of an External Transfer from an External Deposit Account to an Internal Deposit Account through the Service when the Service is available (see "Service Availability" section above) if permitted for your account; in such case, your funds may not be immediately available when credited to your Deposit Account. (See above and/or the Funds Availability Policy for your Deposit Account for more information.)

iii. Transaction Initiated

External Transfers are generally initiated Sunday through Friday, excluding the day before a Federal holiday (External Transfer Initiation Day). There may be additional delays if the payment system for your External Transfer is unavailable (see the Bank's Liability for Failure to Make Payments or Paying Late section, below). When an External Transfer has successfully been initiated, our Transfer records will reflect that it has been posted. The amount of an External Transfer from your Deposit Account may be debited as soon as we have initiated your External Transfer. The amount of an External Transfer to your Deposit Account, will not be credited until funds are actually received and the Transfer is deemed to be effective, which may take several Business Days; in addition, in such case, your funds may not be immediately available when credited to your Deposit Account. (See above and/or the Funds Availability Policy for your Deposit Account for more information.)

c. Repeating Transfers

You may also schedule Transfers to repeat at regular weekly, bi-weekly, monthly, quarterly, semi-annual or annual intervals or other intervals that we

may make available. A "repeating" transaction is any Transfer scheduled to repeat at regular intervals rather than a "one time" Transfer.

d. Cutoff Times and Dates We Do Not Process

Our Internal and External Transfer Cutoff Times may vary from time to time without notice and may vary based on the state, pricing region or processing system to which the transfer or Deposit Account is assigned in our records. Call us at the customer service number at the end of this agreement for our current Transfer Cutoff Times. If you schedule an Internal Transfer to be initiated on a future date and the scheduled date falls on a non-Business Day or on a Business Day after the Transfer Cutoff Time, the Transfer will be initiated on the following Business Day. If you schedule an External Transfer on a day which is not an External Transfer Initiation Day or on an External Transfer Initiation Day after the External Transfer Cutoff Time, the Transfer will be initiated on the following External Transfer Initiation day and funds must be available on that day. The Transfer Initiation Date will appear on the website at the time you schedule the Transfer request.

## 3. Canceling or Changing Transfers

If you would like to cancel or change individual or repeating Transfers you have scheduled, the best way to do this is to use the Service (e.g., not via an online message, telephone or letter). Transfers may be canceled or changed using the Service up to the time that we process your Transfer request. If you do not use the Online Banking to cancel or change a Transfer, or if you send us a message through our secure message system, letter, or call us to change or cancel a Transfer, we must receive your request at least three Business Days before the date the Transfer is scheduled to be processed. You may call a Washington Mutual customer service representative at the customer service number at the end of this agreement, or you may write to: Washington Mutual, Customer Service Center CPC2103, P.O. Box 834, Seattle, WA 98111. If you call we may require that you send us a written confirmation of your request within ten (10) days after your call. If we do not receive such a request to change or cancel a Transfer within at least three Business Days before it is to be initiated, Washington Mutual will not be liable for any losses or damages incurred by you if the Transfer was not canceled or changed.

## 4. Insufficient Available Funds for Transfers

When you use the Service, you must have sufficient funds available in the selected Deposit Account or Loan Account (including available overdraft protection coverage, if applicable) to cover the amount of the Transfers from such account, and any associated overdraft protection fees when we initiate your Transfer. (Transfers from an External Deposit Account are subject to any limitations established by the entity holding such account.) We may process Transfers that exceed your available balance (plus any available overdraft protection), but we are not obligated to do so. If we do, you agree to immediately pay the overdraft and any fees incurred. We may discontinue permitting overdrafts at any time, without prior notice. The amount of the

applicable fees is set forth in the Statement of Fees applicable to the account from which the Transfer was to be made. Without limiting the foregoing, if there are insufficient available funds in your Deposit Account (including available funds in any other linked Deposit Account or available line of credit that is providing overdraft protection to the Deposit Account) and we process your Transfer, you must immediately pay any overdraft amount and any associated fees to us or our processor, as the case may be, without notice or demand. The Bank is under no obligation to notify you if it does not complete a Transfer because there are insufficient funds in your account to process a transaction. In all cases, you are responsible for either making alternate arrangements for the Transfer or for rescheduling the Transfer through the Service.

## 5. Limitation on Transfer Transactions

The maximum number of scheduled Internal Transfers per customer is 20 unless otherwise determined by us.

Except as noted below or in the Rules applicable to your account, the maximum dollar limit of any Transfer is equal to the available balance in the Deposit Account or Loan Account from which the Transfer is to be made plus the available balance in any other linked Deposit Account, or available line of credit that is providing overdraft protection to the Deposit Account from which the Transfer is to be made. If you have provided instructions for more than one Transfer and/or Payment to be processed, we may select to process them in any order, at our option.

The Bank may, at its discretion, set a per-transfer dollar limit other than the available balance for any Transfer. The Bank reserves the right, at its discretion, not to complete any Transfer that exceeds the limit set by us, whether or not such Transfers may have been allowed on your account in the past. This limit may change from time to time at our discretion, except where prohibited by law. Ask us for our current limit.
The Bank may, at is discretion, set transfer limits on the type (Internal Transfers and/or Eternal Transfers) and frequency of transfers permitted on a particular account offered by the Bank. Such limits may be disclosed at the time you request a transfer, in the Account Disclosures, and/or in this Agreement.

## 6. Special Rules Applicable to Transfers to and from WaMu Direct™ Accounts

Except as otherwise provided in this section, the transfer rules, above, apply to WaMu Direct™ accounts.

a. Scheduling
Transfers from your WaMu Direct™ account initiated through Online Banking must be scheduled to be initiated at least three (3) business days prior to the Transfer Initiation Date, unless we otherwise permit. You may cancel such a Transfer up to the time it is initiated; however, if you modify your Transfer

and your Transfer was scheduled to occur within three business days, we may require you to reschedule your Transfer at least three Business Days after the day you modify your Transfer instruction.

b. Effective Date of Transfer and Funds Availability

If you initiate External Transfers to your WaMu Direct account through Online Banking, the funds will be deposited to your WaMu Direct account on the first business day after the effective date we receive the funds; there will be a hold on the funds for up to three (3) business days after the deposit of funds to the account unless a longer hold would apply in accordance with the terms of our Funds Availability Policy or we send you a separate notice advising you that a longer delay may apply. The funds will be available for withdrawal on the business day following release of the hold.

c. Limitations

Without limiting the foregoing, the maximum dollar limit of any Transfer from a WaMu Direct account is currently set at $10,000 per transfer. The maximum dollar limit of any Transfer to a WaMu Direct account scheduled through this service is currently set at $500,000.00 per transfer. We reserve the right to change these limits at any time without notice except as may be required by law. Ask us for our current limits.

## E. Stop Payments on a Check

### 1. Add a Stop Payment Online

In addition to the stop payment disclosures outlined in the *Account Disclosures* pertaining to your Deposit Account, the Bank will accept stop payments online for single, paper check item drawn on a Deposit Account accessed through the Service. This feature does not apply to paper check items drawn on Loan Accounts. Stop payments may be made on a series of checks by calling a Washington Mutual customer service representative at the customer service number at the end of this agreement or by visiting your nearest financial center.

You are responsible for researching your own records (Online or otherwise) to determine whether a check subject to a stop payment order was paid prior to the date you wish to impose the stop payment order. If you place a stop payment order on a check after it has been paid, a stop payment fee will be assessed, notwithstanding that the check has been and will remain paid. If the check was presented to the Washington Mutual as an electronic payment by the merchant or payee to whom you wrote the check, the rules for Electronic Payments applies.

You will be charged for initiating a stop payment through the Service in accordance with the Bank's then current Statement of Fees applicable to the account on which the check was drawn. Fees for initiating a stop payment are in addition to any monthly fee charged for the Service.

## 2. Removal of a Stop Payment Online

Online removal of a stop payment will only be accepted for stop payments for single, paper check item. If you would like to remove a stop payment placed on a check series, you must contact a Financial Center.

## F. Online Statements and Important Notices

### 1. Online Statement (Viewing)

Customers will be able to view statements online for eligible Deposit Accounts that currently receive monthly paper statements. Eligible Deposit Accounts include consumer and business checking, money market and savings accounts. If the eligible account is part of a combined statement and is the primary account, the statement online will include those other accounts.

### 2. Online Statement (Online-Only Delivery)

By choosing the online-only statement delivery method, you are requesting the Bank to deliver periodic statements and Important Notices online for one or more eligible Deposit Account(s) selected now or in the future by you. Certain accounts are offered with online only statement delivery; if you choose to stop online only statement delivery for such accounts, paper statements will be provided in the future and your account may be subject to certain other provisions set forth in the rules applicable to such account. If you have previously received paper statements and select this Service, online only statement delivery will commence at the beginning of the first full statement cycle following your selection to stop paper delivery of eligible Deposit Account statements. If you do not currently receive copies of checks inserted with your statement, online delivery will commence immediately. Only one Deposit Account and its related overdraft line of credit or business overdraft line of credit, if any, will appear on a single online statement. If you have previously selected your paper statement for an Account to be combined with one or more other accounts, that combined paper statement will continue for such other accounts, so long as one account for which you are receiving a paper statement is eligible for a combined statement. The Account(s) you have selected for online-only statement delivery will be automatically separated from the combined statement.

If you request a paper copy of a periodic statement, which may include Important Notices, you may be charged a fee as set forth in the Statement of Fees applicable to the Deposit Account to which the statement relates at the time the request for a copy is made.

### a. Important Notices

You also agree to receive any legal notices or other important information currently delivered with your paper statements ("Important Notices") regarding these Accounts only online. We may from time to time offer other legal notices through the Online Delivery Service. Your request for such delivery will be your acknowledgement that this section governs the delivery of the legal notices.

Examples of Important Notices that may be delivered online include, without limitation, Change of Terms notices, privacy statements, service notifications, and legally required notices under one or more of the following: Equal Credit Opportunity Act and Regulation B, Uniform Commercial Code, Electronic Fund Transfer Act and Regulation E, Truth in Lending Act and Regulation Z, Funds Availability Act and Regulation CC, Truth in Savings Act and Regulation DD, Federal Deposit Insurance Act, Internal Revenue Code and Fair Credit Reporting Act.

Important Notices will be available to you for at least 90 days after the original distribution date, if required by law, and if no such requirement for such period as we may determine at our discretion.

You may obtain a paper or online copy of Important Notices (other than Important Notices which are included in an online statement) by calling Customer Service at the customer service number at the end of this agreement. You will not be charged any fees for the paper or online copy of such notices, except as noted above.

b. Statement Delivery Notice

Once the Online Delivery Service has been selected, you will receive a message in My Message Center when your statement is available online or when an Important Notice has been posted online. These messages may be accessed by you through your Online Banking User ID and password. We may, at our option, deliver a notice to the external email address that you have provided to us. You are required to promptly notify us of any change in your email address by calling Customer Service at the customer service number at the end of this agreement (or such other number as we may establish from time to time) or if we provide you an option to do so through your Online Banking.

c. Check Safekeeping

For accounts with check access: Once the Online Delivery Service has been selected, you will no longer receive a paper copy of your paid and cancelled checks, sometimes referred to as Check Safekeeping. The Bank has no obligation to store the original of any cancelled check. Cancelled checks and other items will be deemed received on the day the relevant statement is made available to you online. You agree that our Deposit Account statements provide sufficient information to determine the authenticity of all your transactions, including whether any are forged, altered or unauthorized. Whether or not you receive your original cancelled checks does not waive or alter your responsibility to examine your Account statement and report any error or discrepancies in accordance with applicable law and the Account Disclosures. You may request the Bank to provide a copy of your cancelled checks, subject to any research or check copy fees, as provided for in the Account Disclosures.

d. Termination of Online-Only Delivery

You or the Bank may terminate this Service at any time upon written or verbal notice to the other, or on wamu.com. Statements previously provided to you online will not be mailed to you upon termination. Check Safekeeping will continue on your accounts, regardless of your or our decision to terminate the Service. If offer for your account and you want to combine statements and/or check return for the affected Accounts, contact your local Financial Center or call Customer Service at 1- the customer service number at the end of this agreement (or such other number as we may establish from time to time).

### G. Loan Account Applications

You may be permitted to submit an application for certain Loan Accounts through Online Banking. Your eligibility for any Loan Account and the terms and conditions of the Loan Account will be governed by the terms and conditions of the relevant Loan Account.

### H. Online Banking Guarantee

If you are an online banking customer accessing consumer accounts, you will not be liable for the unauthorized transactions conducted during an online banking session at wamu.com if: (1) you exercise reasonable care in safeguarding your username and password against loss or theft (e.g., by making it difficult to guess) and have not provided either to another person or entity; (2) you closely monitor your account for any suspicious, fraudulent and/or unauthorized activity, contact us within 60 calendar days of the posting to your account online any suspected fraudulent or unauthorized transaction and provide such cooperation and information regarding the transaction as we request including, but not limited to, a written affidavit; (3) you have not reported two or more incidents of fraudulent or unauthorized transactions in the immediately preceding 12 months; and (4) your account is in good standing at the time the fraudulent or unauthorized transaction is posted to your account and when you make your claim. This coverage is in addition to any protections afforded to you under applicable law. However, it does not apply to offline transactions, online transactions outside of wamu.com or to business or other non-personal accounts. Further, the Online Banking Guarantee does not apply if you give your username and/or password to another person or entity as any transaction conducted directly or indirectly by such person or entity shall be deemed an authorized transaction. The term "fraudulent or unauthorized transaction" means the use of your online banking username and/or password at wamu.com by a person other than yourself who does not have actual, implied, or apparent authority for such use, and from which you receive no benefit. For this purpose, the term "good standing" means that your account is open and not overdrawn and there has been no fraud by the account holder, or breach of any agreement with us.

# Washington Mutual Loan Payments

You may use Online Banking to initiate Loan Payments on eligible Loan Accounts. Payments may be made from Deposit Accounts with us (Internal

Loan Payments) or from an External Deposit Account (External Loan Payments), which you own, or control (either individually or jointly) with others, or if we agree, in our discretion, for which you are an authorized signer, and from which you have an unrestricted right to withdraw funds. Internal Loan Payments and External Loan Payments are referred to jointly as "Loan Payments", unless the context indicates otherwise.

Loan Payments are scheduled through our online service at wamu.com. At time of publication, the service is limited to "one time" only Loan Payments. If repeating Loan Payments become available, they will be subject to this Agreement. Our Bill Pay Service can be used to initiate Repeating Payments, and if used, will be subject to the terms of our Bill Pay Service described herein.

## A. Eligible Loan Accounts

At the time of publication, the following types of Loan Accounts are eligible for Loan Payments using this service ("Eligible Loan Accounts"): Home loans secured by first and second deeds of trust; home equity loans; home equity lines of credit; manufactured home loans; automobile loans; boat loans; recreational vehicle loans; overdraft lines of credit, personal lines of credit; personal unsecured loans; WaMu Mortgage Plus™ Loans, WaMu Equity Plus™ Loans and certain other personal loans for which Washington Mutual is the servicer. At time of publication, credit card accounts, educational loans and business loans are not Eligible Loan Accounts. The Bank reserves the right, at its discretion, from time to time and without notice, to add, delete or modify the Eligible Loan Accounts for Loan Payments using the online service. As other loan types become Eligible Loan Accounts, they will be subject to the terms of this Agreement. If the Loan Account is eligible, it will be available on the scheduling page at the time you enter your Loan Payment.

At the time of publication, Loan Payments may not be made using the online service on Eligible Loan Accounts, if any of the following conditions exist: (1) Any owner on the Loan Account has initiated bankruptcy or other insolvency proceedings; (2) the underlying collateral for the Loan Account is in foreclosure; (3) the Loan Account is in default under any term of the Loan Account agreement; (4) the Loan Account is the subject of litigation, receivership, creditor proceedings, or other proceedings; and, (5) with respect to Internal Loan Payments, if the Loan Account is not associated with your Deposit Account in our records. The Bank reserves the right, at its discretion, from time to time and without notice, to add, delete or modify the conditions upon which Loan Payments cannot be made on otherwise eligible Loan Accounts using the online service. If the Loan Account is eligible for Loan Payments using the online service, it will be available on the scheduling page at the time you enter your Loan Payment.

## B. Scheduling Loan Payments

You can generally schedule an eligible Loan Payment whenever the Service is available (see "Service Availability" section above).

For Internal Loan Payments, you must have an Internal Deposit Account associated with your online service. For External Loan Payments, you must have registered with us your External Deposit Account. If you do not have an Internal Deposit Account and/or an External Deposit Account from which to make the Loan Payment at the time you access the service to make the Loan Payment, you will be directed to open an Internal Deposit Account or register an External Deposit Account through the online service.

By registering an External Deposit Account and scheduling an External Loan Payment, you authorize us to initiate debit and credit entries to and from the External Deposit Account and the designated Loan Account, and to make adjustments and corrections as we deem necessary, which authorization shall remain in full force and effect until you delete the External Account registration with us. To be registered, you must authenticate and validate your authority to act with respect to such External Deposit Account using such method as we may designate from time to time. This may include, for example, our "Micro Deposit" process. If you register an External Account, you authorize one or more credits (not to exceed a total of $1.00) and one or more or more debits to offset such credit amount; you will be required to validate the amount of such Micro Deposits prior to initiating any External Payment.

Once the new External Deposit Account is registered, and/or Internal Deposit Account funded, you will be able to schedule eligible Loan Payments to be initiated from such account.

**C. Initiation Day**
We generally initiate Internal Loan Payments and External Loan Payments Sunday through Friday, excluding the day before a Federal holiday (Initiation Day). If a Loan Payment is entered by you after the Bank's Cut-Off time and/or not on an Initiation Day for Internal or External Loan Payments, as applicable, the Loan Payment Date will be initiated the next Initiation Day for that Loan Payment type.

There may be additional delays if the service is not available (see the Service Availability section, above).

**1. Processed Loan Payments**
Successfully processed Loan Payment can be viewed on your Payment History or Transaction History for the Loan Account.

Notwithstanding the above, if the Loan Payment is returned or rejected for any reason, the Bank may reverse the Loan Payment and debit the Loan Account, resulting in non-payment under the Loan Account agreement.

**D. Fees for Making Loan Payments**

We may charge a fee for making External Loan Payments using the online service. Fees may vary from time to time depending on the type of Loan Payment and/or Loan Account. The amount of fee, if any, will be disclosed on the page where you schedule the Loan Payment using the online service. In addition, we may assess fee(s) for returned Loan Payments due to non-sufficient funds in the Internal Deposit Account or returned or rejected Loan Payments from External Deposit Account from which the payment was scheduled, as set forth in the agreement applicable to your Loan Account.

**E. Canceling or Changing Loan Payments**

The Rules for canceling or changing scheduled Loan Payments are the same as applicable to our Bill Pay service for one-time payments. See the Canceling or Changing Payments, section of Bill Pay Services below.

**F. Debiting Your Account; Insufficient Available Funds for Loan Payments**

Funds may be withdrawn from your Deposit Account designated for the Loan Payment on the Initiation Day applicable to the Loan Payment; once your Loan Payment has been initiated, you will not have use of the funds in your Deposit Account, even if they have not yet been credited to your Loan Account; they will not be available for payment of transactions, calculation of minimum balances, interest accrual or otherwise.

When you use the Service(s), you must have sufficient funds available in the selected Deposit Account (including available overdraft protection coverage, if applicable) and/or External Deposit Account on the Initiation Day to cover the amount of the Payments you schedule to be made from such account, and any associated fees.

We may process Internal Loan Payments that exceed your available balance, but we are not obligated to do so. If we do, you agree to immediately pay the overdraft and any fees incurred. The amounts of the fees are set forth in the *Schedule of Fees* applicable to the Deposit Account from which the Payment is initiated. Without limiting the foregoing, we may discontinue permitting overdrafts at any time, without prior notice.

If there are insufficient available funds in your Deposit Account selected for the Payment (including available funds in any other Deposit Account or available line of credit linked to the Account for overdraft protection) and Payment is, nonetheless, initiated: 1) you must immediately pay the amount of the overdraft to us or our processor, as the case may be, without notice or demand; 2) Loan Payment, may, at our option, be reversed; and, 3) we may, at our option, refuse to process any additional Loan Payments until you have paid the overdraft amount. If Payment is not initiated due to insufficient funds, we may, at our option, attempt to initiate the transaction the following business day and this date will be considered the new Initiation Date. If a debit transaction to cover a Loan Payment is rejected for any other reason (e.g. closed account, account frozen, etc.), scheduled Loan Payments may

not be initiated or processed thereafter from that Deposit Account or External Deposit Account.

You may be subject to an insufficient fund fee charged to your Loan Account if a Loan Payment is returned due to insufficient funds.
Processing of Loan Payments from your External Deposit Account are subject to the rules of the entity holding the External Deposit Account, and we will not be held accountable for any decisions by the entity holding the External Deposit Account.

The Bank is under no obligation to notify you if it does not complete a Loan Payment for any reason, including, without limit, because there are insufficient funds in your Deposit Account to process a transaction or an External Loan Payment is rejected or returned, unless otherwise required by law. In all cases, you are responsible for either making alternate arrangements for the Payment, which may include rescheduling the Payment through the Online Banking service.

### G. Liability for Unauthorized Use/Late Loan Payments
See, Liability for Unauthorized Use/Late Payments section, below.


## Bill Pay Services

Bill Pay can be used with all checking Deposit Accounts. Savings, CD or money market Deposit Accounts are not eligible for this service. A valid User ID and Password will allow you to use the Computer to initiate, cancel, or modify third-party Payments from your eligible Deposit Accounts ("Payments"). This Bill Pay Service can also be used to direct Payments to the Bank for loan payments. If you are a former Washington Mutual Pay-by-Phone customer whose service automatically became Bill Pay Service or if you have enrolled in our Bill Pay Service but your online access has been suspended or terminated, you will have telephone access to your Bill Pay Service only and you will not have online access to the Service unless you specifically enroll (or re-enroll, as applicable) for that Service.
Automated payments not described herein, such as payments made through our Auto Pay Service, as described in the Auto Pay Agreement, and Internal and External Loan Payments, are not subject to the provisions of this Bill Pay Services section, including without limiting the foregoing, our On Time Guarantee.

### A. Limitation on Payment Transactions
The maximum dollar limit on any Payment is equal to the available balance in your Deposit Account plus the available balance in any linked Deposit Account or any available credit that is providing overdraft protection to the Deposit Account from which the Payment is to be made, but in no event to exceed $99,999.99, without prior written Bank approval. (You may designate up to 10,000 Payees to receive Payments through Bill Pay.)

**B. Scheduling and Processing of Payments**

You can generally submit a Payment instruction through Bill Pay whenever the Service is available (see "Service Availability" section above). If the date a Payment is scheduled to be initiated falls on a day other than one of our Initiation Days, we will initiate the Payment on the next Initiation Day. Initiation Day generally means Sunday through Friday, except for a calendar day before a federal holiday. (Initiation Day may also be referred to as Start On Date). All Payments (whether scheduled via personal computer, or telephone or otherwise) are processed after the deadline established by Bank from time to time by which a new Payment can be scheduled, changed or cancelled (the "Payment Cutoff Time") on the Initiation Day applicable to such Payment. You may submit instructions for Payments to be made, cancelled or modified through Bill Pay until the Payment Cutoff Time on the Initiation Day applicable to such Payment. Our Payment Cutoff Times may vary from time to time without notice and may vary based on the state to which the account from which the Payment is to be initiated is assigned in our records. Call us at the customer service number at the end of this agreement for our current Payment Cutoff Times.

A Payment instruction submitted through Bill Pay, including without limit, scheduling, changing or canceling, is considered submitted when you receive a confirmation number.

Subject to other requirements set forth in this Agreement, you may schedule Payments to be initiated on the same day provided that day is an Initiation Day and your request is submitted prior to our Payment Cutoff Time; otherwise your request will be considered received on the following Initiation Day. You may also schedule Payments to be initiated on a future date, provided that date is an Initiation Day; otherwise, your request will be processed the following Initiation Day.

If you send a message via our secure online message service, telephone or send a letter, to cancel, or change a Payment, we must receive your request at least three Business Days before the date the Payment is scheduled to be processed. You may call a Washington Mutual customer service representative at the customer service number at the end of this agreement, or you may write to: Washington Mutual, Customer Service Center CPC2103, P.O. Box 834, Seattle, WA 98111.

You may choose to schedule initiation of a Payment to repeat at regular weekly, every two weeks, twice per month, every four weeks, monthly, every two months, quarterly, twice per year, and annual intervals or other intervals that we may make available. A "Repeating Payment" is any Payment other than a "one-time" transaction (whether scheduled for the future or for the same day). Repeating Payments will start on the first Initiation Date after the date that they are submitted. If your Repeating Payment is scheduled to occur on the 29th, 30th, or 31st of the month and that month does not have the required number of days, your Payment will be initiated on the first Initiation Day of the next month.

**C. Bill Payments; Allowing Sufficient Time; Estimated Delivery Date**

You must first set up each approved individual, business or institution you wish to pay using this Service ("Payee(s)") on the Payee list. Thereafter, you must schedule the first Payment on a Payment Initiation Day (Start On Date) at least four (4) Business Days in advance of the Bill Due Date to allow sufficient time for processing, mailing if applicable, and the Payee's receipt of the Payment. Except as required by Law, or otherwise provided herein, we will not be responsible for any losses you may incur as a consequence of late Payment if your Initiation Day for Payment was not at least four (4) Business Days in advance of the actual Bill Due Date.

When you use the Bill Pay Service we may, but are not required to, provide you with or allow you to enter an Estimated Delivery Date. (Estimated Delivery Date may also be referred to as Deliver By Date.) The Estimated Delivery Date generally means a Monday through Friday (except federal holidays). The Estimated Delivery Date for the first Payment to a new Payee is four (4) business days after the Payment Initiation Date. This date will not in any way replace or supersede the Initiation Day. The Estimated Delivery Date is provided only as a tool to assist you in determining what the necessary Initiation Date should be and/or to view what the related Estimated Delivery Date may be. After the first Payment to a Payee listed by you has been made, the Estimated Delivery Date (Deliver By Date) will be provided at the time you schedule your next Payment as either (a) two (2) business days after the Payment Initiation Date (Start On Date) for Payments which will be transmitted electronically to a Payee that is set up to receive electronic payments or (b) four (4) business days after the Payment Initiation Date (Start On Date) for Payments made by check. (see, On Time Guarantee, below)

We do not guarantee that the Payment will be received or processed by Payee by the Estimated Delivery Date, except as set forth below in the On Time Guarantee section. In most cases, the Estimated Delivery Date provided on the Payment Confirmation Screen will be the date by which the Payment is expected to be received by the Payee. We do not guarantee that the Payment will be received by the Estimated Delivery Date nor credited by the Payee upon receipt. The Estimated Delivery Date you enter before it is submitted is not confirmed to be a Business Day nor is it adjusted for any non-Business Days or non-Initiation Days. The actual Estimated Delivery Date, if given, will be reflected on the Confirmation for your Payment. Some Payees are set up to receive Payments electronically through this Bill Pay Service and Payments to such Payees may be transmitted electronically, or by U.S. mail, at our option. If the Payee is not set up to receive Payments electronically through this Bill Pay Service, and/or at our option, we will send the Payment by U.S. mail and such Payments may be delivered to the Postal Service up to three (3) Business Days after funds are withdrawn from your account. Certain Payees have established an address for receipt of Payments made by Bill Pay Service. At our option, we may use that address in lieu of any address you provide for such Payments. We may select, at our option, the method used to process your Payments. Any obligations that you wish to

pay through the Bill Pay Service must be payable in U.S. Dollars to a Payee located in the United States (U.S. territories excluded). We reserve the right to restrict Payees or categories of Payees to whom Payments may be made using the Bill Pay Service from time to time. Without limiting the foregoing, you may not use the Service to pay court ordered payments (such as, but not limited to, child support payments or traffic tickets), tax payments, other payments where documents are typically required to be delivered with the payment, payments to settle securities purchases, payments to Payees outside of the United States, and transactions to interest bearing accounts.

## D. On-Time Guarantee

We will pay any late fees you incur in connection with a Payment to a business Payee which is received by such Payee after the Bill Due Date provided:

(1) The Payment instruction is complete and accurate;

(2) There were sufficient funds in the Deposit Account from which the Payment was to be made (including any overdraft protection, if applicable) as of the Initiation Date at the time we would have initiated such Payment. If there were not sufficient funds and we, at our option, attempt to initiate your Payment on the subsequent Initiation Date, the Guarantee does not apply;

(3) The scheduled Initiation Date is:

    (a) At least four (4) Business Days before the Bill Due Date, for the first Payment scheduled by you after a Payee has been listed;

    (b) For Payments scheduled after the first Payment for each Payee,

        (i)  At least two (2) Business Days before the Bill Due Date, for Payments transmitted electronically by us;

        (ii) At least four (4) Business Days before the Bill Due Date, for Payments made by check;

The Estimated Delivery Date (Deliver By Date) displayed at the time you schedule the Payment (other than first Payment) will be entered as Two (2) business days after the Payment Initiation Date (Start On Date), if Payment will be transmitted electronically, and four (4) business days, if Payment will be made by check. The first Payment's Estimated Delivery Date (Deliver By Date) will always be four (4) business days after the Payment Initiation Date (Start On Date).

(4) The Payment was not a court ordered payment (such as, but not limited to, child support payments or traffic tickets), tax payment, other payment where a document is typically required to be delivered with the payment, payment to settle securities purchases, payment to a Payee outside of the United States, a transaction to an interest bearing account, or an otherwise restricted payment.

## E. Canceling or Changing Payments

If you would like to cancel or change individual or Repeating Payments, the best way to do this is to use Bill Pay (not via an online message). Payments may be canceled or changed using Bill Pay, provided such is submitted no later than the Payment Cutoff Time on the Initiation Day applicable to the Payment. If you call with respect to a processed Payment, we may require

that you send us a written confirmation of your cancellation request within fourteen Business Days. If we do not receive your written confirmation after such request, the stop payment for the processed Payment may no longer be effective. Except as otherwise set forth herein, or as required by law, Washington Mutual will not be liable for any losses or damages incurred by you if the Payment was not canceled or changed if you fail to meet these timing requirements.

If you do not use the Bill Pay Service to cancel or change a Payment or if you send us an online message or letter to change or cancel a Payment, we must receive your request at least three Business Days before the date the Payment is scheduled to be processed. You may call a Washington Mutual customer service representative at the customer service number at the end of this agreement, or you may write to: Washington Mutual, Customer Service Center CPC2103, P.O. Box 834, Seattle, WA 98111.

**F. Debiting your Account; Insufficient Available Funds for Payments**

Funds may be withdrawn from your Deposit Account designated for the Payment on the Initiation Day applicable to the Payment. Although Payments generally take up to four (4) Business Days for the first Payment and for Payments made by check, and two (2) Business days for Payments made electronically, to reach the Payee, you will not have use of the funds once they have been withdrawn from your Deposit Account; they will not be available for payment of transactions, calculation of minimum balances, interest accrual or otherwise.

When you use the Service(s), you must have sufficient funds available in the selected Deposit Account (including available overdraft protection coverage, if applicable) to cover the amount of the Payments you schedule to be made from such account, and any associated overdraft protection fees.
We may process Payments that exceed your available balance, but we are not obligated to do so. If we do, you agree to immediately pay the overdraft and any fees incurred. The amounts of the fees are set forth in the *Schedule of Fees* applicable to the account from which the Payment is scheduled to be made. Without limiting the foregoing, we may discontinue permitting overdrafts at any time, without prior notice.

If there are insufficient available funds in your Deposit Account selected for the Payment (including available funds in any other Deposit Account or available line of credit linked to the Account for overdraft protection) and Payment is, nonetheless, initiated: 1) you must immediately pay the amount of the overdraft to us or our processor, as the case may be, without notice or demand; 2) Payment on the electronic transaction or check to the Payee, at our option, may be stopped and Bill Payment Guarantee will not apply; and, 3) we may, at our option, refuse to process any additional Payments until you have paid the overdraft amount. If Payment is not initiated due to insufficient funds, we may, at our option, attempt to initiate the transaction

the following business day if sufficient funds were not available and this date will be considered the new Initiation Date (except for purposes of the Bill Pay Guarantee, which will not apply to such second attempted Payment). If a debit transaction to cover a Payment is rejected for any other reason (e.g. closed account, account frozen, etc.), scheduled Payments may not be initiated or processed thereafter.

The Bank is under no obligation to notify you if it does not complete a Payment for any reason, including, without limit, because there are insufficient funds in your Deposit Account to process a transaction. In all cases, you are responsible for either making alternate arrangements for the Payment or for rescheduling the Payment through the Bill Pay Service.

## Liability for Unauthorized Use/Late Payments

### A. Your Liability for Unauthorized Use

You agree to notify us immediately if you believe your User ID, Password, Personal Identification Number (PIN) or Telephone Access Code (TAC) has become known or an unauthorized transaction has occurred involving your account. Telephoning is the best way of keeping your possible losses to a minimum. Please call us at the customer service number at the end of this agreement, or write to us at: Washington Mutual, Customer Service Center CPC2103, P.O. Box 834, Seattle, WA 98111.

If your account is a Consumer Deposit Account:
If you notify us within two Business Days after you learn that your User ID, Password, PIN or TAC may have become known by an unauthorized person, you can lose no more than $50.00 if an unauthorized person uses your User ID, Password, PIN or TAC without your permission to initiate a transaction. If you do not notify us within two Business Days, and we can prove that we could have stopped someone from using your User ID, Password, PIN or TAC without your permission if you had told us, you could be liable for as much as $500.00.

Also, if your statement shows Transfers or Payments that you did not make or authorize, notify us at once. If you do not notify us within 60 days after the first statement reflecting the disputed transaction was mailed to you, you may not recover any money you lose after the 60 days (in addition to the above amounts) if we can prove that we could have stopped someone from taking the money if you had notified us in time. If a good reason (such as a long trip or hospital stay) kept you from notifying us, we may extend the time periods.

### B. Bank's Liability for Failure to Make Payments or Paying Late

If we do not send a Payment or make a Transfer on time, or in the correct amount according to your instructions given in accordance with this

Agreement and the transaction relates to a Consumer Deposit Account, we will be liable for your proximate caused damages except as noted below. Except as required by law for Consumer Deposit Accounts or as otherwise set forth in the section on On Time Guarantee for Bill Pay service, we will not be liable for any loss relating to any Deposit Account, any other account with us or the Service. For instance, Bank shall not be liable if, through no fault of ours, you do not have enough available funds in your Deposit Account to make the Payment or Transfer or the Payment or Transfer would exceed any permitted overdraft protection you have with us; or circumstances beyond our control (such as fire, flood, water damage, power failure, strike, labor dispute, acts of war, computer breakdown, telephone line disruption, or a natural disaster) prevent or delay the transaction despite reasonable precautions taken by us; or your computer, your telephone, the phone lines, or the Bank's computer systems are not working properly or are temporarily unavailable, and this problem should have been apparent to you when you attempted the Transfer or Payment; or the automated payment system network that we use for your external transfers is not operating, or the funds in your Deposit Account are subject to legal process, an uncollected funds hold, or are otherwise not available for withdrawal; or the information supplied by you or a third party involving the Deposit Account, Payment or Transfer, is incorrect, incomplete, or untimely; or we have a reasonable basis for believing that unauthorized use of your User ID, Password, PIN or TAC account has occurred or may be occurring; or the Payee does not process a Payment promptly or correctly; or for any other reason specified in this Agreement.

Without limiting the foregoing and except as specifically provided herein, the Bank shall also not be liable for late charges, interest, penalties or other amounts incurred by any Depositor for the Depositor's failure to allow sufficient time for processing and delivery of any Transfers or Payments so long as the Bank has complied with the provisions of this Agreement. Unless otherwise required by Law, the Bank will not be liable to you under any circumstances for special, indirect, or consequential damages, including, without limitation, lost profits or attorneys' fees, even if we are advised in advance of the possibility of such damages.

## C. Reporting Unauthorized Transactions, Payment Problems, Errors or Questions

Call, write to us or send a message via secure message system as soon as possible if you think your statement, or Loan Account transaction information is wrong or if you need more information about a transaction listed on your statement or shown on the Service records. We must hear from you no later than 60 days after we send the FIRST statement on which the problem or error appeared. The telephone number and address you may use are the customer service number at the end of this agreement, Washington Mutual, Customer Service Center CPC2103, PO Box 834, Seattle, WA 98111-9817.

1. Tell us your name and account number.

2. Describe the error, Payment or Transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten Business Days. If your complaint or error is with regard to a Consumer Deposit Account: We will tell you the results of our investigation within 10 Business Days (or 20 Business Days if the transaction occurs while your account is a "new account" under Regulation E) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 calendar days (or 90 calendar days for a transaction on a new account) to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within ten Business Days (or 20 Business Days in the case of a transaction on a new account) for the amount you think is in error. You will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten Business Days (or 20 Business Days in the case of a transaction on a new account), we may not provisionally credit your account. If we decide that there is no error, we will revoke any provision credit and send you a written explanation within three Business Days after we finish our investigation. You may ask for copies of the documents we used in our investigation.

As an Online Banking customer, you agree that the Bank may respond to you by the secure message system with regard to any claim of error or unauthorized electronic fund transfer or any question related to the Services. You will be deemed to have received any such message within three days of the date sent by the Bank, regardless of whether you log on to the Service within that time frame.

## D. Business and Other Non-Consumer Accounts

In addition to other limitations set forth herein and as provided by Law, the error resolution and liability provisions applicable to Consumers and Consumer Deposit Accounts on or with any periodic statements or other communications and or documents you may receive from us, if any, do not apply to Non-Consumer Accounts. The owners of Non-Consumer Accounts must notify us immediately if they discover any unauthorized transactions or errors, or believe such transactions or errors have been made. If such is not an ACH transaction nor a debit relating to a Payment we process via ACH, we must receive written notice of and, at our request, affidavit regarding the problem in a form satisfactory to us within a reasonable time (not to exceed 14 calendar days) from the date of discovery or your receipt of the first statement, report or notice reflecting the problem, whichever first occurs. If such is an ACH transaction or is a debit relating to a Payment which we process by ACH, we must receive notice, written or verbal, by the cutoff time on the Business Day following the posting date. We shall have no

responsibility for any Payment that is rejected because of your selection of an ACH Fraud Prevention Service (see Account Disclosures for additional information).

The owners of Business and other Non-Consumer Accounts assume sole responsibility for any unauthorized use of the User ID, Password, PIN and TAC and shall immediately indemnify, defend and hold Bank harmless from all claims, actions, proceedings, losses and damages related to or arising out of any unauthorized transaction.

## Cancellation/Termination of Service

If you wish to cancel your Service, you may do so through the Service, calling us or visiting a Financial Center. The best way to cancel the Service is to call us at the customer service number at the end of this agreement. You must first cancel all scheduled Payments or Transfers. This will insure future Transfers or Payments you make directly to the Payee will not be duplicated. If you do not do so, we may, but are not required to, process such Transfer or Payment as if the Service had not been terminated. Once you have cancelled all scheduled Payments or Transfers, you must contact us to cancel the Service as described above. We reserve the right to cancel your use of the Service(s) at any time without prior notice or reason except as required by Law including, without limit, if you have insufficient funds in any of your accounts.

## Additional Provisions Applicable to Business Online Banking

This section amends this Agreement and includes additional provisions applicable to Business Online Banking Service and/or Business Bill Pay Service (referred to herein as "Business Online Banking" and "Business Bill Pay"). Except as set forth below, the terms and conditions of the Agreement apply to Business Online Banking and Business Bill Pay. Without limiting the foregoing, defined terms have the meanings set forth in the above Agreement, except as noted otherwise. In the event of inconsistency with respect to accounts covered by the Service described in this section, this section shall prevail.

As a Business Online Banking customer, in addition to the Services described above, the following additional Services are available, and the additional terms and conditions set forth below apply to such Services.

### A. Eligibility

Generally, individuals and business entities are eligible for Business Online Banking Service and Business Bill Pay Service with respect to eligible Non-Consumer Deposit and Loan Accounts. We reserve the right to limit service to certain account types. Consumer Accounts may not be linked to Non-Consumer Accounts through these Services unless we otherwise agree.

**B. User Access**

Online Banking shall only be used by the Administrator and Delegate Users and only for legitimate business purposes incurred in the ordinary course of their employment or agency with you. You agree to limit the use of the Services to such purposes and to take all necessary steps to ensure that Online Banking is used for no other purpose.

**1. Administrator.** The initial Administrator shall be that individual who enrolls the Company in the Services. The initial Administrator must be an authorized signer or owner on ALL Eligible Accounts enrolled in the Services. The Administrator's responsibilities to the Bank shall include, among other matters, (i) the receipt, proper distribution and maintenance of all Access Codes; (ii) maintaining the ability of the Delegate Users to access services available through the Services including transaction rights for each Delegate User; (iii) designating another User to be a successor Administrator who will, when authorized, possess the Administrator's capabilities; (iv) adding, removing and making other changes to the transaction rights of individuals who are designated as Delegate Users as appropriate; and (v) adding or removing Eligible Accounts from the Service. The Bank may act on the instruction of the Administrator until the Bank shall have received written notice to the contrary from the Administrator or an officer of the Company authorized to give such notice on behalf of the Company. The Bank shall be given a reasonable time to act on such written notice re-assigning the person designated as the Administrator.

You agree that there will be an Administrator at all times. If the Bank is notified or otherwise becomes involved in an internal dispute concerning the appropriate person to be the Administrator, the designation of an individual to be a Delegate User, or some other internal matter that affects the provision of the Services, the Bank may notify both the Company or the individual designated as the Administrator that there is a dispute to be resolved pursuant to the Resolution of Disputes section of the Account Disclosures and Regulations. In the event of such a dispute, the Bank, in its sole discretion, may continue to provide the Services, suspend all or some of the Services or suspend the ability of a Delegate User or the Administrator to have access to all or any part of the Service pending (a) resolution pursuant to the Resolution of Disputes section of the *Account Disclosures*; or (b) order of a court. The Bank shall have the right to request such supporting documentation as it deems necessary.

**2. Delegate Users.** The Administrator shall designate those individuals who have the authority to initiate transactions or obtain information pertaining to the Accounts ("Delegate Users"). You agree that such designation by the Administrator shall be considered proper authorization of a Delegate User by the Company and that such authority shall continue to be effective until and unless the Company gives written notification to the Bank that such authority has been revoked or the Administrator removes the individual as a Delegate

User from the "Manage User Access" section of the Service and the Bank has had sufficient time to process such revocation.

**3. Security.** You agree to (i) keep all Codes strictly confidential, disclosing them only to trusted employees who must have access to them in order to perform their employment duties; (ii) instruct those employees that they are not to disclose the Codes to any other person; and (iii) establish and maintain all procedures necessary to assure that the Codes will be maintained in the strictest confidence. If your Codes become known to any unauthorized person, or if you believe they may have become known to an unauthorized person, you agree to immediately notify the Bank by telephone, followed by written notice sent the same day as such knowledge of an unauthorized person is first learned. The Bank may change your Codes at any time, which are effective upon such change. Additionally, the Bank shall not be liable for any loss or expense incur red by you as a result of the Bank's compliance with the instructions received through any use of its authorization procedures and Codes assigned to you and your administrators, Delegate Users, officers, agents and employees.

## C. Liability for Unauthorized Use of Business Accounts

In addition to the liability provisions in Section 4 and 7(d) of the Agreement to the extent that they are applicable to Non-Consumer Accounts, you agree that the amount of any claim you bring against the Bank in connection with any account or banking transaction with us, whether brought as a warranty, negligence, wrongful dishonor or other basis, is subject to reduction and offset on the basis of your negligence or failure to use reasonable care on your part, or the part of any other owner or signer on the account or that of the Administrator or any Delegate User, or any of your agents or any of your employees which contributed to the loss which is the basis of your claim; and, to the extent to which damages could not be avoided by our use of ordinary care.

Any loss recovery you attain from third parties will be applied first to our obligations to you if any. You agree to pursue all rights you may have under any insurance policy you maintain in connection with any loss and to provide us information regarding coverage. Our liability will be reduced by the amount of any insurance proceeds you receive or are entitled to receive in connection with the loss. If we reimburse you for the loss and such is covered by insurance, you agree to assign to us your rights under such insurance to the extent of our reimbursement.

UNLESS PROHIBITED BY LAW, YOU FURTHER AGREE THAT OUR LIABILITY WITH RESPECT TO SUCH CLAIM WILL BE LIMITED TO THE FACE VALUE OF AN ITEM OR TRANSACTION IMPROPERLY DISHONORED OR PAID OR THE ACTUAL VALUE OF ANY DEPOSITS NOT PROPERLY CREDITED OR WITHDRAWALS NOT PROPERLY DEBITED, AND THAT NO LIABILITY FOR CONSEQUENTIAL, SPECIAL, INCIDENTAL OR PUNITIVE DAMAGES WILL EXIST OR CAN BE ASSERTED BY YOU AGAINST US.

Unless prohibited by law, you agree to reimburse us for any liability, loss, cost and expense we may incur in connection with your account except to the extent they are caused solely by our intentional misconduct. Unless prohibited by law, we will not be responsible for any loss to you caused by an event which is beyond our control, including but not limited to, natural disasters, wars, riots, strikes, computer failure, loss of power, communication or transportation facilities or caused by third parties, such as networks, funds transfer systems, clearing houses, or other vendors.

## How to Contact Us

For customer service call: 800.788.7000
Para información en español, oprima el 8.
For all other languages, press 0 and ask for an interpreter.
For TDD-enabled phones for the deaf and hard of hearing, call: 800.841.1743; if this number is not available, dial 711 for Telecommunications Relay Service assistance.
Calls may be monitored (including recorded) to ensure internal quality and for training purposes.
Or by Mail at:
Washington Mutual
P.O. Box 1165
Northridge, CA 91328-1165

January 2007 (#33350)