UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

## ORDER SCHEDULING ORAL ARGUMENT ON ALL PENDING MOTIONS TO COMPEL ARBITRATION

Review of the Court's docket and the pleadings filed in the above-styled MDL case reflect that the following Defendants have each filed motions to compel arbitration in suits then pending in their respective state and federal courts at the time they were assigned to this division of Court by the Multidistrict Panel:

1) BB&T's Motion to Enforce Arbitration Agreement and Dismiss the Complaint in *Powell-Perry et al. v. Branch Banking & Trust Company*, M.D. N.C. Case No. 1:09-cv-00619;

2) BB&T's Motion to Enforce Arbitration Agreement and Dismiss the Complaint in *Barras v. Branch Banking & Trust Company*, M.D. N.C. Case No. 1:09-cv-00678;

3) Huntington's Motion to Compel Arbitration and Stay in *Gulley v. Huntington Bancshares Incorporated, Huntington National Bank*, S.D. Fla. Case No. 1:10-cv-23514-JLK;

4) M&T's Motion to Compel Arbitration in *Given v. M&T Bank Corporation*,

S.D. Fla. Case No. 1:10-cv-20478-JLK;

5) Region's Motion to Compel Arbitration and Dismiss the Complaint in *Hough et al. v. Regions Financial Corporation and Regions Bank*, S.D. Fla. Case No. 1:10-cv-20476-JLK; and

6) SunTrust's Motion to Compel Arbitration and to Stay Action in *Buffington, et al. v. SunTrust Banks, Inc.*, S.D. Fla. Case No. 1:09-cv-23632.

The Order of this Court entered November 6, 2009 (D.E. #134) following conference and oral submissions of all parties set for scheduling purposes on October 22, 2009 contains the following statement:

> "The Court holds that the simultaneous filing of these merits and non-merits shall not be deemed a waiver of any Defendant's rights to move to compel arbitration."

Since entry of this Court's Order of November 6, 2009, there have been no motions to compel arbitration filed in accordance with this provision of the Court's Order giving the parties the right so to do. In substance, the only pending and filed written motions to compel arbitration are the ones set forth above.

In order to have full consideration of all motions by all parties now consolidated in the above-styled MDL case, the Court schedules the following hearing to receive oral argument on these pending six (6) motions. Any other Defendant presently a party in this consolidated litigation that wishes to join in and be heard on the motions to compel arbitration, is invited to be present at the hearing hereafter scheduled and make such oral

statement as they may wish. Any party (Defendant) desiring to avail themselves of the right granted to them in this Court's scheduling order of November 6, 2009, paragraph 11, who has not already filed a motion to compel arbitration may do so by filing a short (non-repetitive if possible) statement that they either (a) elect to join in the pending motions for arbitration already filed by the four Defendants listed above, or (b) filing such additional case authorities or memorandum as they may be advised. These motions to join and/or motions to supplement shall be filed no later than **Monday, April 19, 2010 at noon**. Any (and all) parties and/or their counsel are, of course, welcome to appear on the date hereafter scheduled for hearing arguments on these motions to compel arbitration.

It is the purpose of this Order to have one hearing for consideration of the several motions to arbitration. In order to implement this, and comply with the previously-entered scheduling order of the Court, the Court will require any party wishing to either join in or file a supplemental motion to compel arbitration shall do so on the time frame set forth herein. It is therefore,

ORDERED, ADJUDGED and DECREED that the Court will consider on oral argument all presently-filed motions to compel arbitration and all those filed in accordance with this Order, on **Tuesday, April 20, 2010 at 9:30 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of April, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record