UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| This Document Relates To: | ) ) |
| DWYER v. TORONTO-DOMINION BANK<br>Case No. 09-cv-12118-RBC (D. Mass.) | ) ) ) ) |
| KIMENKER v. TD BANK, N.A.<br>Case No. 10-cv-00136-NLH-JS (D. N.J.) | ) ) ) |
| MASCARO v. TD BANK, INC.<br>Case No. 10-cv-00040-ESH (D. D.C.) | ) ) ) ) |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE
OF AND FOR ELECTRONIC FILING PRIVILEGES FOR
WILLIAM J. KAYATTA, JR. AND LUCUS A. RITCHIE**

THIS CAUSE having come before the Court on the Motion for Limited Appearance and for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (docket # 166), permission for a limited appearance of and electronic filing privileges for the attorneys listed in paragraph 2 below who, upon the filing of an initial appearance for Defendants TD Bank, N.A. and Toronto-Dominion Bank in the transferor districts, will become counsel of record upon remand in the above-captioned cases that originated in other districts and have been

transferred to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorneys are granted to appear and participate in this action on behalf of their respective clients:

### For TD Bank, N.A. and Toronto-Dominion Bank

William J. Kayatta, Jr., Esquire
wkayatta@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
Tel: (207) 791-1100 Fax: (207) 791-1350

Lucus A. Ritchie, Esquire
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
Tel: (207) 791-1100 Fax: (207) 791-1350

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in

Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket # 166), the attorneys named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 20 day of April, 2010.

James L. King
United States District Judge