UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT  Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

Date  April 20, 2010

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Judy Sheltion

**TYPE OF PROCEEDING:**

Scheduling Conference___  Status Conference___
Pre-Trial Conference ___  Motion Hearing   X

**Counsel for Plaintiff**: Bruce Rogow, Esq. Robert Gilbert, Esq.
E. Adam Webb, Esq. Robert Josefberg, Scott Schlinger, Esq.

**Counsel for Defendant**: Barry R. Davidson, Esq. William J. Holley, Esq. James Dunbar, Esq. Lynette E. Smith, Esq. Alan Kipnis, Esq. Dori Stibolt, Esq. Kevin Gaunt, Esq. Barry R. Davidson, Esq. Ed Martin Bryce, esq. Alan Kaplinsky, Esq. James Liebler, Esq.

Motion:   **OMNIBUS MOTIONS**

Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO:   _____

- Oral Argument Held on Motions to Compel Arbitration
- The Court hereby finds that the motions be and the same are TAKEN UNDER ADVISEMENT