IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

This Document Relates To:

VIRGILIO CASAYURAN, JR., on behalf of
Himself and all others similarly situated,
v.
PNC BANK, NATIONAL ASSOCIATION

Civil Action No. 09-5155

FILED by _____ D.C.
APR 0 8 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

## CERTIFICATE OF UNDERSTANDING, RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

DMEAST #12278287 v1

|                   |                                           |
|-------------------|-------------------------------------------|
| Name:             | Darryl J. May, Esquire                    |
| State Bar No.:    | PA – 35916                                |
| Firm Name:        | Ballard Spahr LLP                         |
| Address:          | 1735 Market Street, 51st Floor       |
|                   | Philadelphia, PA  19103                   |
| Telephone No:     | (215) 864-8103                            |
| E-mail address:   | may@ballardspahr.com                      |
| Fax No.:          | (215) 864-8999                            |

Dated: March 30, 2010

Darryl J. May
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8103
Facsimile: 215.864.8999

Attorney for PNC Bank, National Association

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

This Document Relates To:

Civil Action No. 09-5155

VIRGILIO CASAYURAN, JR., on behalf of
Himself and all others similarly situated,
v.
PNC BANK, NATIONAL ASSOCIATION

FILED by _____ D.C.
APR 0 8 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

## CERTIFICATE OF UNDERSTANDING, RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bars of the Supreme Court of Pennsylvania and the Supreme Court of New Jersey.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

DMEAST #12278295 v1

|                  |                              |
|------------------|------------------------------|
| Name:            | Mariah E. Murphy, Esquire    |
| State Bar No.:   | PA – 88540; NJ – 172376      |
| Firm Name:       | Ballard Spahr LLP            |
| Address:         | 1000 Main Street, Suite 500  |
|                  | Voorhees, NJ  08043          |
| Telephone No:    | (856) 873-5503               |
| E-mail address:  | murphym@ballardspahr.com     |
| Fax No.:         | (856) 761-1020               |

Dated: *March 26*, 2010

*/s/ Mariah Murphy*
Mariah E. Murphy, Esquire
BALLARD SPAHR LLP
1000 Main Street, Suite 500
Voorhees, NJ  08043
Telephone: 856.873.5503
Facsimile: 856.761.1020

Attorney for PNC Bank, National Association