FILING FEE PAID $0.00
Pro hac Vice
Steven M. Larimore, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

FILED by ___ D.C.
APR 19 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT         )
OVERDRAFT LITIGATION            )
                                )
_____ )
                                )
THIS DOCUMENT RELATES TO:       )
                                )
*Jessica Duval v. Citizen Financial Group, Inc.*  )  Case No. 1:10-cv-21080-JLK
*and John Does 1-50*            )
N.D. Ill Case No. 10-cv-533     )
                                )
_____ )

## MOTION FOR LIMITED APPEARANCE OF AND CM/ECF FILING PRIVILEGES FOR DEFENDANT CITIZENS FINANCIAL GROUP, INC.'S OUT-OF-STATE ATTORNEYS

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Rule 4.B"), Rule 1.4 of the Rules of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4), and this Court's November 24, 2009 Order (Dkt. No. 166), the undersigned respectfully moves for the admission of David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco, who are or seek to become counsel of record in the *Duval* action originating in the United States District Court for the Northern District of Illinois and transferred to this MDL proceeding, for limited appearance as counsel on behalf of Defendant Citizens Financial Group, Inc. ("Citizens"), in the above-styled case only. The undersigned also respectfully moves, pursuant to Rule 2B, Southern

CHI-1749720v1

District of Florida, CM/ECF Administrative Procedures, for an Order to permit David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco to file and receive electronic filing in this case. In support of this Motion, the undersigned states as follows:

1. The following attorneys are or seek to become counsel of record in the *Duval* matter that originated in the Northern District of Illinois and has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407, are not admitted to practice in the Southern District of Florida, and are members of good standing of the bars of their respective jurisdictions.[1]

> David F. Adler
> JONES DAY
> North Point
> 901 Lakeside Avenue
> Cleveland, Ohio 44114
> dfadler@jonesday.com
>
> Erin Shencopp
> JONES DAY
> 77 West Wacker Drive
> Suite 3500
> Chicago, Illinois 60601
> eshencopp@jonesday.com
>
> Gabriel H. Scannapieco
> JONES DAY
> 77 West Wacker Drive
> Chicago, Illinois 60601
> gscannapieco@jonesday.com

---

[1] As required by the Court's November 24, 2009 Order (Dkt. No. 166), David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco have each executed the Certificates of Understanding Re: Electronic Filing in the Southern District of Florida, stating that they are members in good standing of their respective jurisdictions and have reviewed the Local Rules of the United States District Court for the Southern District of Florida. The Certificates are attached hereto as Exhibits A, B, and C.

2. MDL Rule 1.4 states, "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3. The undersigned hereby requests the Court provide Notice of Electronic Filings to David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco at the following email addresses: dfadler@jonesday.com, eshencopp@jonesday.com, and gscannapieco@jonesday.com.

4. The undersigned hereby requests that the Court allow David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco to file and receive documents electronically through this Court's CM/ECF system.

5. Pursuant to MDL Rule 1.4, the undersigned hereby requests that the Court waive the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 1 above.

WHEREFORE, the undersigned hereby moves this Court to enter an Order (1) permitting David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco to appear before this Court on behalf of Citizens for all purposes relating to the proceedings in the above styled matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide these attorneys notice of electronic filings and directing the Clerk to assign CM/ECF usernames and passwords, and (4)

directing the Clerk to waive the $75 per attorney filing fee for the limited admission of David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco.

Dated: April 16, 2010

Respectfully submitted,

_____
David F. Adler
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-1344
Facsimile: (216) 579-0212
dfadler@jonesday.com

Erin L. Shencopp
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
eshencopp@jonesday.com
gscannapieco@jonesday.com

***Attorneys for Defendant
Citizens Financial Group, Inc.***

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Jessica Duval v. Citizen Financial Group, Inc. and John Does 1-50* <br> N.D. Ill Case No. 10-cv-533 | ) Case No. 1:10-cv-21080-JLK ) ) ) |

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Ohio.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | David F. Adler |
| State Bar No.: | OH 0037622 |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue |
|  | Cleveland, OH  44114 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 216-586-1344 |
| Fax No.: | 216-579-0212 |
| Email: | **dfadler@jonesday.com** |

Dated: April 16, 2010

Respectfully submitted,

/s/ David F. Adler
David F. Adler
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-1344
Facsimile:   (216) 579-0212
dfadler@jonesday.com

*Attorneys for Defendant*
*Citizens Financial Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT <br> OVERDRAFT LITIGATION <br> _____ <br> THIS DOCUMENT RELATES TO: <br><br> *Jessica Duval v. Citizen Financial Group, Inc.* <br> *and John Does 1-50* <br> N.D. Ill Case No. 10-cv-533 <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:10-cv-21080-JLK <br> ) <br> ) <br> ) |

**CERTIFICATE OF UNDERSTANDING RE:**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

      1.    I am a member in good standing of the Bar of the Supreme Court of Illinois.

      2.    I am counsel of record for Citizens Financial Group, Inc. in a case that originated in the Northern District of Illinois (*Jessica Duval v. Citizen Financial Group, Inc.*) which has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

      3.    I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

      4.    I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

      5.    I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

      6.    I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

7. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Erin L. Shencopp |
| State Bar No.: | IL 6297614 |
| Firm Name: | Jones Day |
| Address: | 77 West Wacker Drive, Suite 3500 |
|  | Chicago, IL  60601-1692 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 312-782-3939 |
| Fax No.: | 312-782-8585 |
| Email: | **eshencopp@jonesday.com** |

Dated: April 15, 2010

Respectfully submitted,

*[signature]*
Erin L. Shencopp
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
eshencopp@jonesday.com

***Attorneys for Defendant
Citizens Financial Group, Inc.***

CLI-1795716v1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Jessica Duval v. Citizen Financial Group, Inc. and John Does 1-50*<br>N.D. Ill Case No. 10-cv-533 | )<br>)<br>)<br>)<br>)<br>) Case No. 1:10-cv-21080-JLK<br>)<br>)<br>) |

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Illinois.

2. I am counsel of record for Citizens Financial Group, Inc. in a case that originated in the Northern District of Illinois (*Jessica Duval v. Citizen Financial Group, Inc.*) which has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

3. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

4. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

5. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

6. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

7.	If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Gabriel H. Scannapieco |
| State Bar No.: | IL 6287298 |
| Firm Name: | Jones Day |
| Address: | 77 West Wacker Drive, Suite 3500 |
|  | Chicago, IL   60601-1692 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 312-782-3939 |
| Fax No.: | 312-782-8585 |
| Email: | **gscannapieco@jonesday.com** |

Dated: April 15, 2010

Respectfully submitted,

*/s/ Gabriel H. Scannapieco*
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
gscannapieco@jonesday.com

*Attorneys for Defendant*
*Citizens Financial Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2010, the foregoing Motion For Limited Appearance Of And CM/ECF Filing Privileges For Defendant Citizens Financial, Inc.'s Out-Of-State Attorneys was served via U.S. Mail on:

> Jeffrey D Kaliel
> Tycko & Zavareei LLP
> 2000 L Street, N.W.
> Suite 808
> Washington, DC 20036
> (202) 973-0900
> Email: jkaliel@tzlegal.com

_____
*Attorney for Citizens Financial Group, Inc.*

CHI-1749720v1