UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
)
MDL No. 2036 )
_____)

## MOTION FOR LIMITED APPEARANCE AND ELECTRONIC FILING PRIVILEGES

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), the undersigned respectfully moves for the admission of Darren T. Kaplan, Esquire, of Chitwood Harley Harnes, LLP, in the above case as co-counsel to Plaintiff Michelle Keyes and to electronically receive notices of electronic filing at dkaplan@chitwoodlaw.com, and in support thereof, states as follows:

1. Darren T. Kaplan seeks to become counsel of record for Plaintiff in a case that originated in this district and has been transferred to this MDL proceeding pursuant to 28 U.S.C. §1407. Mr. Kaplan is not admitted to practice in the Southern District of Florida.

2. Darren T. Kaplan, is a Partner at Chitwood Harley Harnes, LLP, located at 2300 Promenade II, 1230 Peachtree Street NE, Atlanta, GA 30309. He is licensed to practice in the States of Georgia, Connecticut, New York and is a member in good standing of those bars.

3. A Certification signed by Mr. Kaplan stating that he is a member of good standing of the Bar of his State and that has reviewed the Local Rules of the United States District Court for the Southern District of Florida is attached as Exhibit A.

4.      Pursuant to MDL Rule 1.4, Movant, requests that the Court waive the requirement of this District's Special Rule 4.B.3 that attorneys admitted on a limited appearance basis must designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

5.      Pursuant to MDL Rule 1.4, Movant, requests that the Court waive the filing fee of $75 per attorney for the limited admission of Darren T. Kaplan.

WHEREFORE, the undersigned respectfully moves this Court to enter an Order (1) permitting Darren T. Kaplan to appear before this Court on behalf of his client for all purposes relating to the proceedings in the above-styled MDL matter, (2) directing the Clerk to provide CM/ECF username and password, and (3) directing the Clerk to waive the $75 attorney filing fee for the limited admission of Darren T. Kaplan.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2010, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served on all counsel of record in the attached Service List via email and U.S. Mail.

Dated:   April 19, 2010

Jeffrey M. Ostrow
Florida Bar No.: 121452
ostrow@kolawyers.com
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG KEECHL**
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

*Counsel for Plaintiff and the Proposed Class*

*/s/ Darren T. Kaplan*
Georgia Bar No.: 172670
dkaplan@chitwoodlaw.com
**CHITWOOD HARLEY HARNES, LLP**
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 873-3900
Fascimile: (404) 876-4476
*Pro Hac Vice Motion to be Filed*
*Co-Counsel*

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
_____ )

### CERTIFICATION OF DARREN T. KAPLAN

I, Darren T. Kaplan, Esquire, pursuant to Rule 4B of the Special rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the States of Georgia, New York, and Connecticut; every federal district in New York, the United States District Court for the Northern District of Georgia, the Second, Third, Ninth, Eleventh and Federal Circuit Courts of Appeal, and the Supreme Court of the United States.

By: _____
Darren T. Kaplan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
_____ )

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE AND ELECTRONIC FILING PRIVILEGES FOR DARREN T. KAPLAN, ESQ.

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida (Special Rule 4.B"), and this Court's November 24, 2009 Order (docket #166), permission for a limited appearance of and electronic filing privileges for Darren T. Kaplan, Esq., co-counsel for Plaintiff, Michelle Keyes, which originated in this District and has been transferred to this MDL proceeding. The Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion for Limited Appearance and Electronic Fling Privilege for Darren T. Kaplan, Esq., is GRANTED.

2. Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket #166), Mr. Kaplan shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures. The Court hereby directs the Clerk of the Court to assign CM/ECF username and password to Mr. Kaplan.

3.      Furthermore, pursuant to MDL Rule 1.4, the Court waives the filing fee of $75 per attorney for the limited appearance of Mr. Kaplan.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this ___ day of April, 2010.

					_____
					James L. King
					US District Court Judge