UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 1:09-MD-02036-JLK

|   |   |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO<br>GIVEN v. M&T BANK CORPORATION<br>S.D. Fla. Case No. 1-10-cv-20478-JLK | )<br>)<br>)<br>) |

## M&T BANK'S NOTICE OF RECENT AUTHORITY

Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank ("M&T"), by its undersigned counsel, submits this Notice of Recent Authority in connection with its pending motion to compel arbitration. The case attached as **Exhibit 1** is Freedman v. Comcast Corp., 190 Md. App. 179, 988 A.2d 68 (Md. App. 2010), a January 28, 2010 opinion of the Court of Special Appeals of Maryland.

M&T's counsel cited Freedman during yesterday's hearing concerning the pending motions to compel arbitration in this matter.

**[SIGNATURES ON NEXT PAGE]**

Respectfully submitted,


/s/ James A. Dunbar
James A. Dunbar
jadunbar@venable.com
Matthew R. Alsip
mralsip@venable.com
VENABLE LLP
210 West Pennsylvania Avenue, Suite 500
Towson, Maryland  21204
Telephone:  410-494-6200
Facsimile:  410-821-0147

/s/ John T. Prisbe
John T. Prisbe
jtprisbe@venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21201
Telephone:  410-244-7798
Facsimile:  410-244-7742

*Counsel for Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank – specially admitted by Order dated March 26, 2010 (D.E. 319)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2010, I filed a copy of M&T Bank's foregoing Notice of Recent Authority using the Court's CM/ECF system. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by the CM/ECF system or by U.S. mail, postage prepaid, on all counsel of record or pro se parties entitled to receive service.

/s/ *Matthew R. Alsip*
_____
Matthew R. Alsip