UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
_____ )

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE AND ELECTRONIC FILING PRIVILEGES FOR DARREN T. KAPLAN, ESQ.

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida (Special Rule 4.B"), and this Court's November 24, 2009 Order (docket #166), permission for a limited appearance of and electronic filing privileges for Darren T. Kaplan, Esq., co-counsel for Plaintiff, Michelle Keyes, which originated in this District and has been transferred to this MDL proceeding. The Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1.      The Motion for Limited Appearance and Electronic Fling Privilege for Darren T. Kaplan, Esq., is GRANTED.

2.      Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket #166), Mr. Kaplan shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures. The Court hereby directs the Clerk of the Court to assign CM/ECF username and password to Mr. Kaplan.

3.  Furthermore, pursuant to MDL Rule 1.4, the Court waives the filing fee of $75 per attorney for the limited appearance of Mr. Kaplan.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 22 day of April, 2010.

_____
James L. King
US District Court Judge