IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION </br></br> THIS DOCUMENT RELATES TO: </br></br> *Jessica Duval v. Citizen Financial Group, Inc. and John Does 1-50* </br> N.D. Ill Case No. 10-cv-533 | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 1:10-cv-21080-JLK </br> ) </br> ) </br> ) |

ORDER GRANTING
MOTION FOR LIMITED APPEARANCE OF AND CM/ECF FILING PRIVILEGES
FOR DEFENDANT CITIZENS FINANCIAL GROUP, INC.'S OUT-OF-STATE
ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and CM/ECF Filing Privileges for Defendant Citizens Financial Group, Inc.'s Out-of-State Attorneys, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4") and Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4.B"), permission for a limited appearance of and electronic filing privileges for the attorneys listed in paragraph 2 below who are or seek to become counsel of record to cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and CM/ECF Filing Privileges for Defendant Citizens Financial Group, Inc.'s Out-of-State Attorneys is GRANTED.

2. The following attorneys are permitted to appear and participate in this action on behalf of Citizens Financial Group, Inc.:

David F. Adler
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
Phone: 216-586-1344
Fax:    216-579-0212
Email: dfadler@jonesday.com

Erin L. Shencopp
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Phone: 312-269-4276
Fax:    312-782-8585
Email:  eshencopp@jonesday.com

Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Phone: 312-269-4301
Fax:    312-782-8585
Email: gscannapieco@jonesday.com

3. Pursuant to MDL Rule 1.4, the attorneys named in paragraph 2 above shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures. The Court hereby directs the Clerk of the Court to assign CM/ECF usernames and passwords to the attorneys named in paragraph 2 above.

4. Furthermore, pursuant to MDL Rule 1.4, the Court waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

      DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 23 day of April, 2010.

                                                _____
                                                Honorable James Lawrence King
                                                Senior United States District Judge