**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



April 23, 2010

United States District Court
Eastern District of Pennsylvania

RE:   MDL No. 2036 In Re: Checking Account Overdraft Litigation
      Our Case #    09-md-2036-King
      Your Case No. 2:10-731 - Todd M. Mosser v. TD Bank, N.A.,

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer Order CTO-15) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

by:   s/ Graciela Gomez
      _____
      MDL Clerk

Encl.

---

☐400 N. Miami Avenue     ☐299 E. Broward Boulevard     ☐701 Clematis Street     ☐301 Simonton Street     ☐300 S. Sixth Street
Room 8N09                Room 108                     Room 402                 Room 130                 Ft. Pierce, FL 34950
Miami, FL 33128          Ft. Lauderdale, FL 33301     W. Palm Beach, FL 33401  Key West, FL 33040       772-595-9691
305-523-5100             954-769-5400                 561-803-3400             305-295-8100