UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
This Document Relates To: )
)
MASCARO v. TD BANK, INC. )
Case No. 10-cv-00040-ESH (D. D.C.) )
)
DUVAL v. CITIZEN FINANCIAL GROUP, INC. )
Case No. 10-cv-00533 (N.D. Ill.) )
)
_____)



FILED by _____ D.C.
APR 26 2010
STEVEN M. LARIMORE
CLERK U S DIST. CT.
S. D. of FLA. – MIAMI

## MOTION FOR LIMITED APPEARANCE AND FOR
## ELECTRONIC FILING PRIVILEGES

Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Dkt. No. 166), the undersigned respectfully moves for the admission of Hassan A. Zavareei and Jeffrey D. Kaliel, of the law firm Tycko & Zavareei LLP, 2000 L Street N.W. Suite 808, Washington D.C., 20036, for purposes of limited appearance as counsel on behalf of JESSICA DUVAL and ANNE-MARIE MASCARO in the above-styled cases, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, in order to permit Hassan A. Zavareei and Jeffrey D. Kaliel to file and receive electronic filings. In support thereof, the undersigned states as follows:

1. Hassan A. Zavareei and Jeffrey D. Kaliel are not admitted to practice in the Southern District of Florida. They are members in good standing of the boards of their respective jurisdictions. Specifically, Hassan A. Zavareei is a member in good standing of the Bar of the States of California and Maryland and the District of Columbia. Jeffrey D. Kaliel is a member in good standing of the Bar of the State of California and the District of Columbia.

2. MDL Rule 1.4 states, "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3. Hassan A. Zavareei and Jeffrey D. Kaliel hereby request the Court provide Notice of Electronic Filings to Hassan A. Zavareei and Jeffrey D. Kaliel at the following e-mail addresses: hzavareei@tzlegal.com and jkaliel@tzlegal.com.

4. Hassan A. Zavareei and Jeffrey D. Kaliel hereby request the Court to allow them to file documents electronically through this Court's CM/ECF system.

5. Pursuant to MDL Rule 1.4, Hassan A. Zavareei and Jeffrey D. Kaliel request that the Court waive the filing fee of $75 per attorney.

6. As required by the Court's November 24, 2009 Order (Dkt. No. 166), Hassan A. Zavareei and Jeffrey D. Kaliel have each executed the Certificates of Understanding Re: Electronic Filing in the Southern District of Florida, stating that they are members in good standing of their respective jurisdictions and have reviewed the Local Rules of the United States District Court for the Southern District of Florida. The Certificates are attached hereto as Exhibits A and B.

WHEREFORE, the undersigned hereby moves this Court to enter an Order (1) permitting Hassan A. Zavareei and Jeffrey D. Kaliel to appear before this Court on behalf of Jessica Duval and Anne-Marie Mascaro for all purposes relating to the proceedings in the above-styled matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide these attorneys notice of electronic filings and directing the Clerk to assign CM/ECF usernames and passwords, and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of Hassan A. Zavareei and Jeffrey D. Kaliel.

Dated: April 23, 2010

Respectfully submitted,

_____ (JK)
Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

Jeffrey D. Kaliel
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jkaliel@tzlegal.com

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
This Document Relates To: )
)
MASCARO v. TD BANK, INC. )
Case No. 10-cv-00040-ESH (D. D.C.) )
)
DUVAL v. CITIZEN FINANCIAL GROUP, INC. )
Case No. 10-cv-00533 (N.D. Ill.) )
)
_____)

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of California, Maryland, and the District of Columbia.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.  I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.  I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I may electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Hassan A. Zavareei |
| State Bar No.: | CA: 181547; MD: N/A; D.C.: 456161 |
| Firm Name: | Tycko & Zavareei LLP |
| Address: | 2000 L Street N.W. Suite 808 |
|  | Washington, D.C. 20036 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | (202) 973-0900 |
| Fax No.: | (202) 973-0950 |
| E-mail: | hzavareei@tzlegal.com |

Dated: April 23, 2010

Respectfully submitted,

_____
Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

*Attorney for Plaintiffs Jessica Duval and Anne-Marie Mascaro*

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>This Document Relates To:<br><br>MASCARO v. TD BANK, INC.<br>Case No. 10-cv-00040-ESH (D. D.C.)<br><br>DUVAL v. CITIZEN FINANCIAL GROUP, INC.<br>Case No. 10-cv-00533 (N.D. Ill.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.  I am a member in good standing of the Bar of California and the District of Columbia.

2.  I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.  I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.     I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5.     I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.     If any of the information below changes during the course of this action, I may electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Jeffrey D. Kaliel |
| State Bar No.: | CA: 238293; D.C.: 983578 |
| Firm Name: | Tycko & Zavareei LLP |
| Address: | 2000 L Street N.W. Suite 808 Washington, D.C. 20036 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | (202) 973-0900 |
| Fax No.: | (202) 973-0950 |
| E-mail: | jkaliel@tzlegal.com |

Dated: April 23, 2010

Respectfully submitted,

Jeffrey D. Kaliel
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jkaliel@tzlegal.com

*Attorney for Plaintiffs Jessica Duval and Anne-Marie Mascaro*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2010, the foregoing Motion For Limited Appearance And For Electronic Filing Privileges was served via U.S. Mail on:

William J. Kayatta, Jr., Esq.
PIERCE ATWOOD LLP
One Monumental Square
Portland, ME 04101

*Attorney for Defendant TD Bank, N.A.*

David F. Adler, Esq.
Erin L. Shencopp, Esq.
Gabriel H. Scannapieco, Esq.
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601

*Attorneys for Defendant Citizens Financial Group, Inc.*

_____
Hassan A. Zavareei

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| This Document Relates To: | ) ) |
| MASCARO v. TD BANK, INC.<br>Case No. 10-cv-00040-ESH (D. D.C.) | ) ) ) |
| DUVAL v. CITIZEN FINANCIAL GROUP, INC.<br>Case No. 10-cv-00533 (N.D. Ill.) | ) ) ) ) |

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
AND FOR ELECTRONIC FILING PRIVILEGES FOR
<u>HASSAN A. ZAVAREEI AND JEFFREY D. KALIEL</u>

THIS CAUSE having come before the Court on the Motion for Limited Appearance and for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for the attorneys listed in paragraph two below who, upon the filing of an initial appearance for Plaintiffs Jessica Duval and Anne-Marie Mascaro in the transferor districts, will become counsel

of record upon remand in the above-captioned cases that originated in other districts and have been transferred to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorneys are granted to appear and participate in this action on behalf of their respective clients:

**For Jessica Duval and Anne-Marie Mascaro**

Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

Jeffrey D. Kaliel
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jkaliel@tzlegal.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to

receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4.   Further, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), the attorneys named in paragraph two shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph two above.

5.   In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph two above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this ____ day of _____, 2010.

_____
James L. King
United States District Judge