UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
This Document Relates To: )
)
MASCARO v. TD BANK, INC. )
Case No. 10-cv-00040-ESH (D. D.C.) )
)
DUVAL v. CITIZEN FINANCIAL GROUP, INC. )
Case No. 10-cv-00533 (N.D. Ill.) )
)
_____)

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
AND FOR ELECTRONIC FILING PRIVILEGES FOR
HASSAN A. ZAVAREEI AND JEFFREY D. KALIEL

THIS CAUSE having come before the Court on the Motion for Limited Appearance and for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for the attorneys listed in paragraph two below who, upon the filing of an initial appearance for Plaintiffs Jessica Duval and Anne-Marie Mascaro in the transferor districts, will become counsel

of record upon remand in the above-captioned cases that originated in other districts and have been transferred to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorneys are granted to appear and participate in this action on behalf of their respective clients:

**For Jessica Duval and Anne-Marie Mascaro**

Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

Jeffrey D. Kaliel
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jkaliel@tzlegal.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to

receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), the attorneys named in paragraph two shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph two above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph two above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 27 day of April, 2010.

_____
James L. King
United States District Judge