IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

*Keyes v. Fifth Third Bank*
S.D. Fla. Case No. Case No. 10-cv-21283
_____/

### ORDER GRANTING DEFENDANT FIFTH THIRD BANK'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

This cause having come before the court on the Defendant's Unopposed Motion For Enlargement of Time to Respond to Complaint, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said motion is **GRANTED**. Defendant is granted an enlargement of forty-five (45) days, through and including June 10, 2010, to file its Answer or otherwise respond to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida at the James L. King United States Courthouse this 27 day of Apr, 2010.

HON. JAMES L. KING
UNITED STATES DISTRICT COURT

*Copies furnished to:*
  *Counsel of Record*