IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION _____ THIS DOCUMENT RELATES TO: *Jessica Duval v. Citizen Financial Group, Inc. and John Does 1-50* N.D. Ill Case No. 10-cv-533 _____ | ) ) ) ) ) ) ) Case No. 1:10-cv-21080-JLK ) ) ) |

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Ohio.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

CLI-1794208v1

6.  If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | David F. Adler |
| State Bar No.: | OH 0037622 |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue |
| | Cleveland, OH 44114 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 216-586-1344 |
| Fax No.: | 216-579-0212 |
| Email: | **dfadler@jonesday.com** |

Dated: April 16, 2010

Respectfully submitted,

_____
David F. Adler
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-1344
Facsimile: (216) 579-0212
dfadler@jonesday.com

***Attorneys for Defendant***
***Citizens Financial Group, Inc.***

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Jessica Duval v. Citizen Financial Group, Inc. and John Does 1-50* <br> N.D. Ill Case No. 10-cv-533 | ) Case No. 1:10-cv-21080-JLK ) ) ) |

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Illinois.

2. I am counsel of record for Citizens Financial Group, Inc. in a case that originated in the Northern District of Illinois (*Jessica Duval v. Citizen Financial Group, Inc.*) which has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

3. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

4. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

5. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

6. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

CLI-1795716v1

7. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Erin L. Shencopp |
| State Bar No.: | IL 6297614 |
| Firm Name: | Jones Day |
| Address: | 77 West Wacker Drive, Suite 3500 |
| | Chicago, IL  60601-1692 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 312-782-3939 |
| Fax No.: | 312-782-8585 |
| Email: | **eshencopp@jonesday.com** |

Dated: April 15, 2010

Respectfully submitted,

*Erin L. Shencopp*
Erin L. Shencopp
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
eshencopp@jonesday.com

*Attorneys for Defendant*
*Citizens Financial Group, Inc.*

CLI-1795716v1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT<br>OVERDRAFT LITIGATION )<br>)<br>_____ )<br>THIS DOCUMENT RELATES TO: )<br>)<br>*Jessica Duval v. Citizen Financial Group, Inc.* )<br>*and John Does 1-50* )<br>N.D. Ill Case No. 10-cv-533 )<br>_____ ) | Case No. 1:10-cv-21080-JLK |

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Illinois.

2. I am counsel of record for Citizens Financial Group, Inc. in a case that originated in the Northern District of Illinois (*Jessica Duval v. Citizen Financial Group, Inc.*) which has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

3. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

4. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

5. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

6. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

7. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Gabriel H. Scannapieco |
| State Bar No.: | IL 6287298 |
| Firm Name: | Jones Day |
| Address: | 77 West Wacker Drive, Suite 3500 |
| | Chicago, IL   60601-1692 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 312-782-3939 |
| Fax No.: | 312-782-8585 |
| Email: | **gscannapieco@jonesday.com** |

Dated: April 15, 2010

Respectfully submitted,

*[signature]*

Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
gscannapieco@jonesday.com

*Attorneys for Defendant*
*Citizens Financial Group, Inc.*