UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 1:09-MD-02036-JLK

|  |  |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** | ) ) ) ) |
| **MDL No. 2036** | ) ) ) |
|  |  |
| **THIS DOCUMENT RELATES TO:** | ) ) ) |
| *Given v. M & T Bank Corporation*<br>S.D.Fla. Case No.: 1-10-cv-20478-JLK | ) ) ) ) |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Maxine Aarons Given ("Plaintiff") and Manufacturers and Traders Trust Company a/k/a M & T Bank ("M & T"), through undersigned counsel, jointly move for an extension of time in *Given v. M & T Bank Corporation*, MDL Case No. 1-10-CV-20478-JLK (the "*Given* action").[1]

1.     The *Given* action is a recently transferred action that involves a pending motion to compel arbitration filed by M&T. M&T's motion to compel arbitration was among those motions argued to the Court during the hearing held on Tuesday, April 20, 2010. **[D.E. # 393]**. The Court took the motion *sub curia*.

---

[1] These parties filed a stipulation with the transferor court that would substitute Manufacturers and Traders Trust Company a/k/a M & T Bank into the action as the defendant replacing the named defendant of M&T Bank Corporation. (Maryland District Court Docket No. 27). M&T states that it is the actual bank with which Plaintiff and her husband have their account; and that M&T Bank Corporation is a bank holding company, not a bank, and that the Givens did not have and do not have a bank account with the holding company. That stipulation had not yet been approved by the Maryland federal court prior to transfer.

2. The parties' counsel agree that an extension of time for the filing of an amended complaint and an answer is warranted until after the Court rules on the pending motion to compel arbitration.

3. The parties request that the Court enter an order extending the time for the filing of an amended complaint and the filing of an answer until after a ruling on the pending motion to compel arbitration. The parties respectfully request that the time for the filing of an amended complaint be extended until 30 days after entry of an order denying the pending motion to compel arbitration, and the time for the filing by M&T of an answer and a response as to any new or amended claim or any new plaintiff be extended for 30 days thereafter.[2] If the Court grants the pending motion to compel arbitration, an amended complaint will be unnecessary.

| / s / | / s / |
|---|---|
| ( by J. Prisbe with authorization ) | |
| Robert C. Gilbert, Esquire<br>Florida Bar No. 561861<br>bobby@abbrclaw.com<br>ALTERS BOLDT BROWN RASH CULMO<br>4141 Northeast 2nd Avenue, Suite 201<br>Miami, Florida 33137<br>Telephone: 305-571-8550<br>Facsimile: 305-571-8558<br><br>*Attorneys for Plaintiff* | James A. Dunbar, Esquire<br>jadunbar@venable.com<br><br>Matthew R. Alsip, Esquire<br>mralsip@venable.com<br>VENABLE LLP<br>210 West Pennsylvania Avenue, Suite 500<br>Towson, Maryland  21204<br>Telephone:  410-494-6200<br>Facsimile:  410-821-0147 |

---

[2] This stipulation is without prejudice to the rights of either side with respect to the pending motion to compel arbitration or a ruling thereon, including any appeal rights or right to request a stay while an appeal is pending.

        / s /
_____
John T. Prisbe, Esquire
jtprisbe@venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21201
Telephone:  410-244-7798
Facsimile:  410-244-7742

*Attorneys for Defendant Manufacturers and Traders Trust Company a/k/a M & T Bank*

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this _____ day of _____, 2010.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 1:09-MD-02036-JLK

_____
                                            )
**IN RE: CHECKING ACCOUNT**      )
**OVERDRAFT LITIGATION**          )
                                            )
**MDL No. 2036**                         )
_____)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2010, I filed a copy of a Joint Motion For Extension Of Time using the Court's CM/ECF system. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF system or by U.S. mail, postage prepaid, on all counsel of record or pro se parties entitled to receive service.

/s/ John T. Prisbe
_____
John T. Prisbe
jtprisbe@venable.com
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21202
Tel:  (410) 244-7400
Fax:  (410)244-7742