UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br>MDL NO. 2036 | )<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Barras v. Branch Banking & Trust Company*,<br>S.D. Fla. Case No. 1:10-CV-20813-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT BRANCH BANKING AND TRUST COMPANY'S NOTICE OF JOINING IN M&T BANK'S <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Branch Banking and Trust Company ("BB&T") hereby joins in and incorporates herein by reference the Notice of New Authority in Support of Motion to Compel Arbitration and Stay All Proceedings ("Notice of New Authority") filed by Defendants Huntington Bancshares Incorporated and The Huntington National Bank in the case of <u>Michelle Gulley v. Huntington Bancshares Incorporated and Huntington National Bank</u>, United State District Court for the Southern District of Florida, Miami

Division (Docket Entry 415 in Case No.: 1:09-MD-2036-JLK). In agreement with the reasons stated in the Notice of New Authority, BB&T believes that the United States Supreme Court decision in <u>Stolt-Nielsen v. AnimalFeeds Int'l Corp.</u>, No. 08-1198 (decided April 27, 2010) further supports BB&T's Motion to Enforce Arbitration Agreement and Dismiss the Complaint.

This 30th day of April, 2010.

    Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: /s/ William J. Holley, II
William J. Holley, II
Georgia Bar No. 362310
*wjh@phrd.com*
Eric Jon Taylor
Georgia Bar No. 699966
*ejt@phrd.com*
Nancy H. Baughan
Georgia Bar No. 042575
*nhb@phrd.com*
David B. Darden
Georgia Bar No. 250341
*dbd@phrd.com*
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
(404) 523-5300 (telephone)
(404) 522-8409 (facsimile)
Counsel for Defendant BB&T

## Certificate of Service

I hereby certify that on April 30, 2010, I electronically filed and served the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served via U.S. Mail this day on all counsel of record or pro se parties identified on the attached Service List who are not authorized to receive electronically Notices of Electronic Filing.

/s/ William J. Holley, II
William J. Holley, II
Georgia Bar No. 362310
*wjh@phrd.com*
Parker, Hudson, Rainer & Dobbs
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia  30303
(404) 523-5300 (telephone)
(404) 522-8409 (facsimile)

# SERVICE LIST

*In Re: Checking Account Overdraft Litigation*
CASE NO. 1:09-MD-02036-JLK

**Related Cases:**

*Powell-Perry et al. v. Branch Banking & Trust Company,*
S.D. Fla. Case No. 1:10-CV-20820-JLK;

*Barras v. Branch Banking & Trust Company,*
S.D. Fla. Case No. 1:09-CV-20813-JLK;

*Gulley v. Huntington Bancshares, Incorporated, Huntington National Bank,*
S.D. Fla. Case No. 1:09-CV-23514-JLK

*Given v. M&T Bank Corporation,*
S.D. Fla. Case No. 1:10-CV-20478-JLK

*Hough et al. v. Regions Financial Corporation and Regions Bank,*
S.D. Fla. Case No. 1:10-CV-20476-JLK

*Buffington et al. v. SunTrust Banks, Inc.,*
S.D. Fla. Case No. 1:09-cv-23632-JLK

*David M. Johnson v. Keybank National Association,*
W.D. Wa. Case No. 2:10-304

## Service via U.S. Mail

| | |
|---|---|
| **Jason M. Beach**<br>Hunton & Williams<br>600 Peachtree Street NE<br>Suite 4100<br>Atlanta, GA 30308-2216 | **Ronald E. Beard**<br>**Rudy Alpert England**<br>Lane Powell PC<br>1420 Fifth Ave.<br>Suite 4100<br>Seattle, WA 98101-2338 |
| **Gavin Been**<br>Keller Grover LLP<br>425 Second Street<br>Suite 500<br>San Francisco, CA 94107 | **Steve W. Berman**<br>Hagens & Berman<br>1301 5th Avenue<br>Suite 2900<br>Seattle, WA 98101 |
| **Karin Bornstein**<br>**Mark Adam Griffin**<br>Keller Rohrback<br>1201 Third Ave.<br>Suite 3200<br>Seattle, WA 98101-3052 | **Lawrence J. Bracken, II**<br>**Ashley F. Cummings**<br>Hunton & Williams<br>600 Peachtree Street NE<br>Suite 4100<br>Atlanta, GA 30308-2216 |
| **Tracy Thomas Cottingham, III**<br>Hunton & Williams<br>Bank of America Plaza<br>101 South Tryon Street<br>Suite 3500<br>Charlotte, NC 28280 | **Denise Lissette Diaz**<br>Keller Grover LLP<br>425 Second Street<br>Suite 500<br>San Francisco, CA 94107 |
| **Cody J. Elliott**<br>Miller Nash LLP<br>111 S W 5th Avenue<br>Suite 3400<br>Portland, OR 97204-3699 | **Roger Norton Heller**<br>Lieff Cabraser Heimann & Bernstein<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 |
| **Jeffrey F. Keller**<br>**Kathleen R. Scanlan**<br>Keller Grover LLP<br>425 Second Street<br>Suite 500<br>San Francisco, CA 94107 | **Rita Lin**<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105-2482 |

| | |
|---|---|
| **Ann Marie Mortimer**<br>Hunton & Williams<br>550 S Hope Street<br>Suite 2000<br>Los Angeles, CA 90071 | **Sharon D. Mayo**<br>**Aaron Schur**<br>Arnold & Porter LLP<br>Suite 2700<br>275 Battery Street<br>San Francisco, CA 94111 |
| **Joshua L. Ross**<br>**Steve D. Larson**<br>Stoll Stoll Berne Lokting & Shlachter<br>209 SW Oak Street<br>5th Floor<br>Portland, OR 97204 | **Sylvia Rivera**<br>Morrison & Foerster<br>555 W 5th Street<br>Suite 3500<br>Los Angeles, CA 90013-1024 |
| **Matthew D. Schelkopf**<br>Chimicles & Tikellis LLP<br>One Haverford Centre<br>361 W Lancaster Avenue<br>Haverford, PA 19041 | **William Woodhull Stone**<br>Holzer Holzer & Fistel LLC<br>200 Ashford Center North<br>Suite 300<br>Atlanta, GA 30338 |
| **Brian J. Meenaghan**<br>**Mary Schug Young**<br>Lane Powell PC<br>1420 Fifth Ave.<br>Suite 4100<br>Seattle, WA 98101-2338 | **Leda Dunn Wettre**<br>Robinson Wettre & Miller LLC<br>One Newark Center<br>19th Floor<br>Newark, NJ 07102 |