UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT           )
OVERDRAFT LITIGATION              )

THIS DOCUMENT RELATES TO:         )
DAVID M. JOHNSON v. KEYBANK       )
NATIONAL ASSOCIATION              )
W. D. Wa. Case No. 2:10-304       )
                                  )

### KEYBANK'S MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS

Defendant, KEYBANK NATIONAL ASSOCIATION ("KeyBank") hereby moves, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3 and 4, to compel arbitration and stay all proceedings until such arbitration has been had in accordance with the terms of KeyBank's Account Agreement. KeyBank relies upon the attached Memorandum of Law in Support of this motion.

WHEREFORE, Defendant, KEYBANK NATIONAL ASSOCIATION respectfully requests that the Court order Plaintiff to submit his claims to individual arbitration in accord with the parties' arbitration provision.

Respectfully submitted,

/s/ John M. Cooney

Alan G. Kipnis, Esq.
John M. Cooney, Esq.
ARNSTEIN & LEHR LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Telephone: (954) 713-7600
Facsimile: (954) 713-7700
Attorneys for Defendant KeyBank

Dated: May 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT      )
OVERDRAFT LITIGATION          )

MDL No. 2036

I here certify that on May 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John M. Cooney

Alan G. Kipnis, Esq.
John M. Cooney, Esq.
ARNSTEIN & LEHR LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Telephone: (954) 713-7600
Facsimile: (954) 713-7700
Attorneys for Defendant KeyBank