Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 6 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 10 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 13 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 14 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 15 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 16 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 17 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 19 of 20

Case 1:09-md-02036-JLK   Document 426-1   Entered on FLSD Docket 05/03/2010   Page 20 of 20