# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION  MDL NO. 2036 | ) ) ) ) ) ) ) |

**[DEFENDANTS' PROPOSED] SCHEDULING ORDER
(PERTAINING TO "FIRST TRANCHE" CASES)**

After having given due consideration to the separate submissions of the parties to the Court on May 3, 2010, the Court issues the following Scheduling Order in accordance with S.D. Fla. L.R. 16.1.

The parties shall comply with the following deadlines in those cases brought against Defendants Bank of America, N.A. ( "Bank of America"); Citibank Inc., Citibank, N.A. (collectively "Citibank"); JP Morgan Chase Bank, N.A. ("Chase"); Union Bank, N.A. ("Union Bank"); U.S. Bancorp, U.S. Bank, National Association (collectively "U.S. Bank"); Wachovia Bank, N.A., and Wachovia Corp. (collectively "Wachovia"); and Wells Fargo Bank, N.A. and Wells Fargo & Co. (collectively "Wells Fargo"), that are filed in, or finally transferred to, this Court as of the date of this Order.

| Activity | Date |
|---|---|
| Status Conference | May 6, 2010 |
| Defendants respond to amended complaints | May 12, 2010 |
| Status Conference | Week of June 7, 2010 |
| Status Conference | Week of July 19, 2010 |

| | |
|---|---|
| Status Conference | Week of August 23, 2010 |
| Status Conference | Week of October 4, 2010 |
| Deadline for completion of discovery for class certification motion | October 22, 2010 |
| Status Conference | Week of November 15, 2010 |
| Deadline to file motions for class certification | December 1, 2010 |
| Status Conference | Week of January 17, 2011 |
| Deadline to file oppositions to motions for class certification | February 1, 2011 |
| Status Conference | Week of February 14, 2011 |
| Deadline to file replies on motions for class certification | February 22, 2011 |
| Hearing on motions for class certification | To be set by Court |
| Status Conference | Week of March 28, 2011 |
| Status Conference | Week of May 9, 2011 |
| Status Conference | Week of June 20, 2011 |
| Status Conference | Week of August 8, 2011 |
| Deadline for completion of fact discovery | August 26, 2011 |
| Status Conference | Week of September 19, 2011 |
| Plaintiffs designate merits (including damages) experts and serve expert disclosures | September 30, 2011 |
| Status Conference | Week of October 31, 2011 |
| Defendants designate experts and serve merits expert disclosures | November 11, 2011 |
| Plaintiffs may serve rebuttal merits expert disclosures | December 9, 2011 |
| Status Conference | Week of December 19, 2011 |

- 3 -

| | |
|---|---|
| Deadline for completion of merits expert discovery | January 13, 2012 |
| Deadline for completion of mediation(s) | January 13, 2012 |
| Status Conference | Week of January 30, 2012 |
| Deadline for filing merits motions (*e.g.*, summary judgment/adjudication) | February 13, 2012 |
| Status Conference | Week of March 19, 2012 |
| Deadline to file oppositions to merits motions | March 30, 2012 |
| Deadline to file replies on merits motions | April 20, 2012 |
| Hearing on merits motions | To be set by Court |
| Deadline to file *Daubert* motions | April 27, 2012 |
| Deadline to file pretrial motions | May 7, 2012 |
| Deadline to serve witness and exhibit lists | May 7, 2012 |
| Joint pretrial stipulations | May 21, 2012 |
| Final pretrial conference | Week of June 11, 2012 |

DONE AND ORDERED in Miami, Florida, this ___ day of May 2010.

                                                                                        _____
                                                                                        Honorable James Lawrence King
                                                                                       United States District Judge