# **EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 4:08-cv-05101-SBA

*Lopez, et al. v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla Case No. 1:09-23034-JLK
N.D. Cal. Case No. 3:09-cv-2071

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:-cv-08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

## [PROPOSED] SCHEDULING ORDER NO. 3

The Court issues this scheduling order to establish dates and deadlines in those actions pending against Bank of America, Citibank, JPMorgan Chase Bank, Union Bank, U.S. Bank, Wachovia Bank and Wells Fargo Bank which were the subject of this Court's Order Ruling on Omnibus Motion to Dismiss entered March 11, 2010 [DE 305].

| | |
|---|---|
| March 31, 2010 | Parties exchange Rule 26(a)(1) initial disclosures. |
| April 10, 2010 | Plaintiffs file Amended Complaints in compliance with March 11, 2010 order. |
| Week of May 3, 2010 | Status conference (the parties shall file a list of all matters they seek to address five (5) days prior to the status conference). |
| May 10, 2010 | Defendants file Answers to Amended Complaints. |
| Week of June 7, 2010 | Status conference (the parties shall file a list of all matters they seek to address five (5) days prior to the status conference). |
| June 18, 2010 | Plaintiffs file motions for class certification. |
| Week of July 12, 2010 | Status conference (the parties shall file a list of all matters they seek to address five (5) days prior to the status conference). |

|  |  |
|---|---|
| Week of August 16, 2010 | Status conference (the parties shall file a list of all matters they seek to address five (5) days prior to the status conference). |
| August 20, 2010 | Plaintiffs designate experts and serve expert disclosures. |
| Week of September 20, 2010 | Status conference (the parties shall file a list of all matters they seek to address five (5) days prior to the hearing). |
| September 17, 2010 | Defendants designate experts and serve expert disclosures. |
| Week of October 25, 2010 | Status conference (the parties shall file a list of all matters they seek to address five (5) days prior to the status conference). |
| October 8, 2010 | Plaintiffs may serve rebuttal expert disclosures [limited to issues raised in Defendants' disclosures]. |
| October 29, 2010 | Close of fact and expert discovery. |
| October 29, 2010 | Parties must have completed mediation and filed a mediation report. |
| Week of December 6, 2010 | Status conference (the parties shall file a list of all matters they seek to address five (5) days prior to the status conference). |
| November 12, 2010 | Deadline for giving class notice(s). |
| November 12, 2010 | Deadline to file all motions. |
| December 3, 2010 | Parties file joint pre-trial stipulations, proposed jury instructions, and/or proposed findings of fact and conclusions of law, as applicable. |
| Week of December 17, 2010 | Final pretrial conference. |
| January 10, 2011 | First trial of actions commenced in S.D. Fla. or where remand has been waived (other trials to follow in accord with order established by Court). |

The parties may stipulate to extend the time to answer interrogatories, produce documents and respond to requests for admissions. The parties shall not file notices or motions

3

memorializing such stipulations unless the stipulation interferes with the deadlines set forth the above. Stipulations that interfere with the above-deadlines may be made only with the Court's approval. In addition to the documents enumerated in Local Rule 26.1.B., the parties shall not file notices of deposition with the Court, unless attached to motions as exhibits.

**Discovery motions (which must contain the Local Rule 7.1 A.3 certification) shall be handled on an expedited briefing schedule to prevent interruption and delay to the above pre-trial schedule. The parties shall file responses to discovery motions no later than the fifth business day after a motion is filed. Reply memoranda shall be filed no later than the third business day after the opposition to discovery motions are filed. Any contrary deadlines that appear on the Court's docket or the attorneys' deadline report, generated by CM/ECF, cannot serve to modify this Order. No additional days for "mailing," provided by CM/ECF or any other rules, will extend the briefing schedule for discovery motions.**

The parties shall submit their proposed jury instructions jointly, though they need not agree on each proposed instruction. Where the parties do not agree on a proposed instruction, that instruction shall be set forth in bold type. Instructions proposed only by a plaintiff shall be underlined. Instructions proposed only by a defendant shall be italicized. Every instruction must be supported by citation to authority. The parties shall use as a guide the Eleventh Circuit Pattern Jury Instructions for Civil Cases, including the directions to counsel contained therein. Proposed jury instructions, in typed form, including substantive charges and defenses, shall be submitted to the Court, in Word format, via e-mail.

Each exhibit must be labeled in accordance with the exhibit list in the joint pre-trial stipulation and shall also bear the case number of this action.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this _____ day of March 2010.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to:

Counsel of Record