UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION.,

MDL NO. 2036

_____/

THIS DOCUMENT RELATES TO:

*Gulley v. Huntingon Bancshares, Inc., et al.*
S.D. Fla. Case No. 1:09-CV-23514-JLK
W.D. Mich. Case No. 09-CV-00880
_____/

## ORDER DIRECTING PLAINTIFF TO FILE SUR-REPLY

THIS CAUSE comes before the Court upon the Motion to Compel Arbitration filed by Defendant Huntingon Bancshares, Inc. ("Huntington") (DE #202). In its Reply Brief (DE #293), Huntington argues that the arbitration provision is not unconscionable under Ohio law. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs shall file, **on or before May 20, 2010**, a Sur-Reply, addressing the unconscionability of the arbitration provision under Ohio law.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States District Courthouse, Miami, Florida this 5th day of May, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
**All Counsel of Record**