A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on May 03, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 03, 2010

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
    Ramona Trombley, et al. v. National City Bank,
        D. District of Columbia, C.A. No. 1:10-232

MDL No. 2036

### ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Trombley*) on April 15, 2010. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Trombley* was lifted on April 30, 2010, and the action was transferred to the Southern District of Florida. The Panel has now learned of a potential defect in service of its April 15, 2010, order upon the parties. Accordingly, the Panel will reinstate the conditional transfer order in *Trombley* in order to permit the parties to pursue any opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-16" filed on April 15, 2010, is REINSTATED insofar as it relates to this action. In accordance with Rule 7.4, any party opposing transfer shall file a notice of opposition on or before May 17, 2010.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel