# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING OVERDRAFT LITIGATION

vs.

Case No. 09-MD-2036

Date May 6, 2010

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Clem Hammond   COURT REPORTER: Judy Shelton

**TYPE OF PROCEEDING:**

Scheduling Conference **X**        Status Conference **X**
Pre-Trial Conference _____         Motion Hearing _____

Counsel for Plaintiff: Bruce Rogow, Robert Gilbert
Counsel for Defendant: Barry Davidson, Charles Lipsett

Motion:

Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____

PRE-TRIAL MOTIONS FILED BY: _____

PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/KEY WEST
TRIAL CONTINUED TO: _____

RULE 16 SCHEDULING CONFERENCE CONTINUED TO: _____

Taken under advisement Order to follow

TIME START: 9:40 AM
END TIME: 11:35 AM