UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| This Document Relates To: | ) ) |
| MASCARO v. TD BANK, INC.<br>Case No. 10-cv-00040-ESH (D. D.C.) | ) ) ) |
| DUVAL v. CITIZEN FINANCIAL GROUP, INC.<br>Case No. 10-cv-00533 (N.D. Ill.) | ) ) ) ) |

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.  I am a member in good standing of the Bar of California and the District of Columbia.

2.  I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.  I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I may electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|                   |                              |
|-------------------|------------------------------|
| Name:             | Jeffrey D. Kaliel            |
| State Bar No.:    | CA: 238293; D.C.: 983578     |
| Firm Name:        | Tycko & Zavareei LLP         |
| Address:          | 2000 L Street N.W. Suite 808 |
|                   | Washington, D.C. 20036       |
| Mailing Address:  | [Same As Above]              |
| Telephone No.:    | (202) 973-0900               |
| Fax No.:          | (202) 973-0950               |
| E-mail:           | jkaliel@tzlegal.com          |

Dated: April 23, 2010

Respectfully submitted,

Jeffrey D. Kaliel
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jkaliel@tzlegal.com

*Attorney for Plaintiffs Jessica Duval and Anne-Marie Mascaro*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| This Document Relates To: | ) ) |
| MASCARO v. TD BANK, INC. Case No. 10-cv-00040-ESH (D. D.C.) | ) ) ) |
| DUVAL v. CITIZEN FINANCIAL GROUP, INC. Case No. 10-cv-00533 (N.D. Ill.) | ) ) ) ) |

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.  I am a member in good standing of the Bar of California, Maryland, and the District of Columbia.

2.  I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.  I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I may electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|                   |                                      |
|-------------------|--------------------------------------|
| Name:             | Hassan A. Zavareei                   |
| State Bar No.:    | CA: 181547; MD: N/A; D.C.: 456161    |
| Firm Name:        | Tycko & Zavareei LLP                 |
| Address:          | 2000 L Street N.W. Suite 808         |
|                   | Washington, D.C. 20036               |
| Mailing Address:  | [Same As Above]                      |
| Telephone No.:    | (202) 973-0900                       |
| Fax No.:          | (202) 973-0950                       |
| E-mail:           | hzavareei@tzlegal.com                |

Dated: April 23, 2010

Respectfully submitted,

/s/ Hassan A. Zavareei
Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street N.W. Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

*Attorney for Plaintiffs Jessica Duval and Anne-Marie Mascaro*