FILING FEE
PAID _____ #150. (2)
Pro hac FLS100000192
Vice _____
Steven M. Larimore, Clerk

FILED by _RAL_ D.C.

MAY 0 5 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:09-MD-02036-JLK**

---

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

**MDL NO. 2036**

---

**THIS DOCUMENT RELATES TO:**

***Keyes v. Fifth Third Bank***
**S.D. Fla. Case No. Case No. 10-cv-21283**

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully move for the admission *pro hac vice* of Patrick F. Fischer and Drew M.

Hicks of the law firm of Keating Muething & Klekamp PLL, One East Fourth Street, Suite 1400,

Cincinnati, Ohio 45202, telephone: 513-579-6400, for purposes of appearance as co-counsel on

behalf of Fifth Third Bank in the above-styled case only, and pursuant to Rule 2B of the

CM/ECF Administrative Procedures, to permit Patrick F. Fischer and Drew M. Hicks, to receive

electronic filings in this case, and in support thereof states as follows:

    1.    Patrick F. Fischer is not admitted to practice in the Southern District of Florida

and is a member in good standing of the Bar of Ohio and the United States District Court,

Southern District of Ohio.

    2.    Drew M. Hicks is not admitted to practice in the Southern District of Florida and

is a member in good standing of the Bar of Ohio.

3.     Movant, Thomas Meeks, Esquire, of the law firm of Carlton Fields, P.A., 100 S.E. Second Street, Suite 4200, Miami, FL 33131, is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

4.     In accordance with the local rules of this Court, Patrick F. Fischer and Drew M. Hicks have made payments of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

5.     Patrick F. Fischer and Drew M. Hicks, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Patrick F. Fischer at email address: **pfischer@kmklaw.com**, and Drew M. Hicks at email address: **dhicks@kmklaw.com**.

WHEREFORE, Thomas Meeks, moves this Court to enter an Order on Patrick F. Fischer and Drew M. Hicks, to appear before this Court on behalf of Fifth Third Bank, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Patrick F. Fischer and Drew M. Hicks.

16743951.1

Dated: May 5, 2010

**CARLTON FIELDS, P.A**

Thomas J. Meeks (FL Bar # 314323)
Email: tmeeks@carltonfields.com
Aaron Weiss (FL Bar # 48813)
Email: aweiss@carltonfields.com
100 Second Street, Suite 4200
Miami, Florida 33131-2114
Tel:   (305) 530-0050
Fax:   (305) 530-0055
*Attorneys for Defendant, Fifth Third Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the May 5, 2010, that a true and correct copy of the motion pro

hac vice was mailed to:

David Lawrence Ferguson
Email: ferguson@kolawyers.com
Jeffrey Miles Ostrow
Email: ostrow@kolawyers.com
**The Kopelowitz & Ostrow Firm P.A.**
200 S.W. 1st Avenue. 12th Floor
Fort Lauderdale, FL  33301-4216
Tele:   (954) 525-4100
Fax:    (954) 525-4300
Attorneys for Michelle Keyes

_____
Thomas Meeks

16743951.1

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:09-MD-02036-JLK

_____

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

_____

THIS DOCUMENT RELATES TO:

*Keyes v. Fifth Third Bank*
**S.D. Fla. Case No. Case No. 10-cv-21283**
_____/

## CERTIFICATION OF PATRICK F. FISCHER

Patrick F. Fischer, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the
Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of
the United States District Court for the Southern District of Florida; and (2) I am a member in
good standing of the Bars of Ohio and Texas and the United States District Court for the
Southern District of Ohio and the United States District Court for the Northern District of Ohio.

_____
Patrick F. Fischer

# The Supreme Court of Ohio

## C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys.  I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Patrick Francis Fischer

was admitted to the practice of law in Ohio on May 16, 1988; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 29th day of April, 2010.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

# The Supreme Court of Texas

AUSTIN

---

CLERK'S OFFICE

---

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Patrick Francis Fischer

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 1983.

I further certify that the records of this office show that, as of this date

### Patrick Francis Fischer

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 3rd day of May, 2010.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_

Brad Sonego, Deputy Clerk

No.  0503M

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

**MDL NO. 2036**

**THIS DOCUMENT RELATES TO:**

*Keyes v. Fifth Third Bank*
**S.D. Fla. Case No. Case No. 10-cv-21283**
_____/

## CERTIFICATION OF DREW M. HICKS

Drew M. Hicks, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of Ohio.

_____
Drew M. Hicks

6

# The Supreme Court of Ohio

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Drew Michael Hicks

was admitted to the practice of law in Ohio on November 10, 2003; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 29th day of April, 2010.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

*Keyes v. Fifth Third Bank*
S.D. Fla. Case No. Case No. 10-cv-21283

_____/

**ORDER GRANTING MOTION FOR PATRICK F. FISCHER ANDDREW
M. HICKS TO APPEAR *PRO HAC VICE*, CONSENT TODESIGNATION AND
REQUEST TO ELECTRONICALLY RECEIVENOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Patrick F. Fischer and

Drew M. Hicks, to Appear *Pro Hac Vice* and Consent to Designation, requesting, pursuant to

Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United

States District Court for the Southern District of Florida, permission for the admissions *pro hac

vice* of Patrick F. Fischer and Drew M. Hicks in this matter and request to electronically receive

notice of electronic filings.  This Court has considered the motion and all other relevant factors,

and it is hereby

ORDERED and ADJUDGED that:

The Motion to Appear Pro Hac Vice, Consent to Designation and Request to

Electronically Receive Notices of Electronic Filings is **GRANTED**.  Patrick F. Fischer and

Drew M. Hicks are granted permission to appear as co-counsel and participate in this action on

behalf of Fifth Third Bank.

16742511.1

The Clerk shall provide electronic notification of all electronic filings to Patrick F. Fischer at email address: **pfischer@kmklaw.com** and Drew M. Hicks at email address: **dhicks@kmklaw.com.**

DONE AND ORDERED in Chambers at The James Lawrence King Federal Justice Building and United States Courthouse, Miami, Miami-Dade County, Florida this _____ day of May, 2010.

_____
JAMES LAWRENCE KING
United States District Judge

*Copies furnished to:*
*Counsel of record (Via CM/ECF)*

2

16742511.1