UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

*Keyes v. Fifth Third Bank*
S.D. Fla. Case No. Case No. 10-cv-21283
_____/

### ORDER GRANTING MOTION FOR PATRICK F. FISCHER AND DREW M. HICKS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Patrick F. Fischer and Drew M. Hicks, to Appear *Pro Hac Vice* and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for the admissions *pro hac vice* of Patrick F. Fischer and Drew M. Hicks in this matter and request to electronically receive notice of electronic filings. This Court has considered the motion and all other relevant factors, and it is hereby

ORDERED and ADJUDGED that:

The Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is **GRANTED**. Patrick F. Fischer and Drew M. Hicks are granted permission to appear as co-counsel and participate in this action on behalf of Fifth Third Bank.

16742511.1

The Clerk shall provide electronic notification of all electronic filings to Patrick F. Fischer at email address: **pfischer@kmklaw.com** and Drew M. Hicks at email address: **dhicks@kmklaw.com.**

DONE AND ORDERED in Chambers at The James Lawrence King Federal Justice Building and United States Courthouse, Miami, Miami-Dade County, Florida this __7__ day of May, 2010.

```
                            JAMES LAWRENCE KING
                            United States District Judge
```

*Copies furnished to:*
*Counsel of record (Via CM/ECF)*

2

1674251 1.1