UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**THIS DOCUMENT RELATES TO:**

*Duval v. Citizens Financial Group, Inc.*
S.D. FL Case No. 10-21080-JLK
N.D. ILL Case No. 10-cv-00533

*Johnson v. KeyBank National Association*
S.D. FL Case No. 10-21176-JLK
W.D. Wash. Case No. 10-cv-0304

*Casayuran v. PNC Bank, N.A.*
S.D. FL Case No. 10-20496-JLK
D.N.J. 2:33-av-00001

*Dwyer v. Toronto-Dominion Bank*
S.D. FL Case No. 10-20855-JLK
D.Ma. Case No. 09-cv-12118

*Kimenker v. TD Bank, N.A.*
S.D. FL Case No. 10-21175-JLK
D.N.J. Case No. 10-cv-00136

*Mascaro v. TD Bank, N.A.*
S.D. FL Case No. 10-21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. FL Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

## [~~~~~~~~~] INTERIM SCHEDULING ORDER RE TRANSFERRED ACTIONS AGAINST CITIZENS FINANCIAL GROUP, KEYBANK, PNC BANK AND T.D. BANK

The above-styled actions were recently transferred to this Court by the Judicial Panel on Multidistrict Litigation. These defendants were not parties in any of the actions previously transferred to this Court. Consistent with Scheduling Order No. 1 [DE # 59] and prior proceedings involving other defendants involved in this MDL proceeding, plaintiffs' lead counsel and counsel for the above-named defendants have jointly proposed that the Court adopt the following interim scheduling order with respect to those actions brought against the Citizens Financial Group, Inc., KeyBank National Association, PNC Bank, N.A. and T.D. Bank, N.A. (and The Toronto-Dominion Bank) filed in, or finally transferred to, this Court as of May 5, 2010. Based on the parties' joint motion, and pursuant to S.D. Fla. L. R. 16.1, the parties to the above-styled actions shall comply with the following dates and deadlines with respect to those actions brought against the Citizens Financial Group, Inc., KeyBank National Association, PNC Bank, N.A. and T.D. Bank, N.A. (and The Toronto-Dominion Bank) filed in, or finally transferred to, this Court as of May 5, 2010. The following dates and deadlines supersede any conflicting dates and deadlines set forth in this Court's Order on Plaintiffs' Motion to Clarify and/or Amend entered on April 16, 2010 [DE # 365]. Moreover, based on the following dates and deadlines, the Court denies as moot and without prejudice the Motion to Dismiss and/or for Judgment on the Pleadings filed by T.D. Bank, N.A. and The Toronto-Dominion Bank on May 4, 2010 [DE # 433], with leave to re-file after Plaintiffs file their Amended and/or Consolidated Complaint. The Court also denies as moot PNC Bank's Unopposed Motion for Enlargement of Time to File Motion to Dismiss [DE # 424].

| Deadline for defendants to file motions to compel arbitration | May 10, 2010 |

| | |
|---|---|
| Deadline for plaintiffs to file amended and/or consolidated complaints in those actions where motions to compel arbitration are not filed | 30 days following entry of this order |
| Deadline for defendants to file non-merits and merits motions (other than motions to compel arbitration) or answers directed to amended and/or consolidated complaints, or directed to operative complaints where motions to compel arbitration were filed by May 10, 2010 | 30 days following plaintiffs' filing of amended and/or consolidated complaints |
| Deadline for plaintiffs to file oppositions to motions directed to amended and/or consolidated complaints | 30 days following defendants' filing of motions directed to amended and/or consolidated complaints |
| Deadline for defendants to file replies to motions directed to amended and/or consolidated complaints | 20 days following plaintiffs' filing of responses to motions directed to amended and/or consolidated complaints |
| Parties to meet and confer regarding proposed scheduling order for remainder of proceedings in all actions covered by this order | Within 15 days following the earlier of the filing of an answer by that defendant or a ruling on a motion to dismiss filed in lieu of an answer |
| Deadline for parties to file proposed agreed scheduling order (or competing scheduling orders, if not agreed) | Within 30 days following the initiation of the meet and confer |

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this __7__ day of May 2010.

                                                                                    /s/ James Lawrence King
                                                                                    JAMES LAWRENCE KING
                                                                                    UNITED STATES DISTRICT JUDGE
                                                                                    SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record