UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____ )

THIS DOCUMENT RELATES TO:

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A..*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

**DEFENDANT WELLS FARGO'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINTS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, Wells Fargo Bank, N.A ("Wells Fargo"), hereby moves for an extension of time to file the respective responses to the Second Amended Complaint filed by Plaintiffs in the above-styled cases, and in support state as follows:

1. On March 11, 2010, the Court entered an Order Ruling on the Omnibus Motion to Dismiss filed by many of the Defendants. *See* D.E. 305. The Order provided that Plaintiffs had thirty (30) days to file amended complaints in the above referenced matters. *See* D.E. 305 at 50.

2. On April 12, 2010, Plaintiffs filed an Amended Complaints in the *Martinez* matter, *see* D.E. 355, and a Second Amended Complaint in the *D. Gutierrez* matter, *see* D.E. 354, against Wells Fargo.

WP1 324239v1

1

3. On April 28, 2010, Defendants filed an Unopposed Motion for Extension of Time to Respond to the pending Complaints, *see* D.E. 412, seeking to extend the deadline to respond to the many of the pending complaints, including the *Martinez* Amended Complaint and the *D. Gutierrez* Second Amended Complaint, until and including May 12, 2010. The Motion for Extension of Time has not yet been ruled upon.

4. Thereafter, Plaintiffs in the *Martinez* matter sought the consent of Wells Fargo to file a Second Amended Complaint. Wells Fargo consented to Plaintiffs request upon the condition that Plaintiffs would agree that Wells Fargo would have thirty (30) days to respond to the Second Amended Complaint in *Martinez* and would similarly have thirty (30) days to respond to the pending Second Amended Complaint in *D. Gutierrez*. Counsel for Plaintiffs agreed.

5. On May 5, 2010, Plaintiffs filed their Second Amended Complaint in the *Martinez* matter. *See* D.E. 437.

6. Given that Plaintiffs have only recently filed a Second Amended Complaint in *Martinez* coupled with the complexity of this multi-district litigation and the additional fact that lead counsel for Wells Fargo, along with her team, is in a multi-week trial in another "overdraft" case, Wells Fargo requests an extension of time, until and including June 4, 2010, to file its responses to the Second Amended Complaints in the *Martinez* and *D. Gutierrez* cases.

7. Plaintiffs' Lead Counsel has agreed to the requested extension.

8. This motion for extension of time is made in good faith, is not for purposes of delay, and will not prejudice any party.

WHEREFORE, Wells Fargo respectfully request that the Court grant this motion and extend the time for Wells Fargo to file its responses to the Second Amended Complaints in each

WP1 324239v1

of the above-styled cases, until and including June 4, 2010.

## CERTIFICATE OF CONFERENCE

Counsel for Wells Fargo has conferred with Plaintiffs' Lead Counsel regarding the relief requested in this motion. Plaintiffs' Lead Counsel, on behalf of Plaintiffs' Executive Committee, has agreed to the requested extension of time.

Dated: May 7, 2010.

>  FOX ROTHSCHILD, LLP
>  222 Lakeview Avenue, Suite 700
>  West Palm Beach, FL 33401
>  Telephone: (561) 835-9600
>  Facsimile: (561) 835-9602
>
>  By: /s/Dori K. Stibolt
>      Amy S. Rubin
>      Florida Bar No. 476048
>      arubin@foxrothschild.com
>      Dori K. Stibolt
>      Florida Bar No. 183611
>      dstibolt@foxrothschild.com
>
>  *Counsel for Defendant Wells Fargo & Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>  /s/Dori K. Stibolt
>  Dori K. Stibolt

WPI 324239v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____ )

THIS DOCUMENT RELATES TO:

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A..*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

### ORDER GRANTING DEFENDANT WELLS FARGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINTS

THIS CAUSE having come before the Court on the Defendant Wells Fargo's Unopposed Motion for Extension of Time to Respond to Second Amended Complaints, filed May 7, 2010 by Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby

ORDERED AND ADJUDGED that:

1. Wells Fargo's Unopposed Motion for Extension of Time to Respond to Second Amended Complaints, filed May 7, 2010, is GRANTED.

2. Wells Fargo shall have until and including June 4, 2010, in which to file responses to the Second Amended Complaints in each of the above-styled cases.

WP1 324239v1

1

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this ___ day of May, 2010.

                                                                            _____
                                                                            Honorable James Lawrence King
                                                                            United States District Judge

Copies furnished to Counsel of Record