UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

**THIS MATTER** is before the Court on Plaintiffs' Unopposed Motion to Amend Third Amended Consolidated Class Action Complaint By Interlineation. Having reviewed Plaintiffs' Unopposed Motion and being otherwise advised in the premises, the Court hereby **ORDERS** that Plaintiffs' Unopposed Motion to Amend Third Amended Consolidated Class Action Complaint By Interlineation is **GRANTED**. The Amendment By Interlineation of Paragraph 221 of Third Amended Consolidated Class Action Complaint attached to Plaintiffs' Unopposed

Motion shall be filed forthwith and, upon filing, shall supersede paragraph 221 in the Third Amended Consolidated Class Action Complaint filed April 12, 2010 **[DE #344]**.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 10th day of May 2010.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

All Counsel of Record