UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT<br>OVERDRAFT LITIGATION | )<br>)<br>) |
| MDL No. 2036 | )<br>)<br>) |
| | ) |
| THIS DOCUMENT RELATES TO: | )<br>) |
| *Tornes v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK | )<br>)<br>) |
| *Yourke v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br>N.D. Cal. Case No.3:09-cv-02186-WHA | )<br>)<br>) |

ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'s UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINTS

THIS CAUSE having come before the Court on the Unopposed Motion for Extension of

Time to Answer Amended Complaints, filed May 7, 2010, by Defendant Bank of America, N.A.,

and the Court having considered the motion and other pertinent portions of the record, and good

cause appearing, it is hereby:

ORDERED AND ADJUDGED that:

1. Defendant Bank of America, N.A.'s Unopposed Motion for Extension of Time to Answer

Amended Complaints, filed May 7, 2010, is GRANTED.

1

2.  Bank of America, N.A. shall have up to and including May 21, 2010, in which to file answers to the amended complaints filed in the above-styled cases.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami Florida this ____ day of May 2010.

Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record

2