UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### Case No. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT     )
OVERDRAFT LITIGATION      )
          )
MDL No. 2036             )
          )
_____ )

**THIS DOCUMENT RELATES TO:**

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A..*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

## ORDER GRANTING DEFENDANT WELLS FARGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINTS

THIS CAUSE having come before the Court on the Defendant Wells Fargo's Unopposed

Motion for Extension of Time to Respond to Second Amended Complaints, filed May 7, 2010 by

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and the Court having considered the motion

and other pertinent portions of the record, and good cause appearing, it is hereby

ORDERED AND ADJUDGED that:

1.     Wells Fargo's Unopposed Motion for Extension of Time to Respond to Second

Amended Complaints, filed May 7, 2010, is GRANTED.

2.     Wells Fargo shall have until and including June 4, 2010, in which to file

responses to the Second Amended Complaints in each of the above-styled cases.

WP1 324239v1

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami,

Florida this 11 day of May, 2010.

Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record