IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-22463-JLK

*Poulin, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-21863-JLK

*Spears-Haymond, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-21680-JLK
N.D. Cal. Case No. 08-4610

## ORDER GRANTING DEFENDANT WACHOVIA'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO COMPLAINTS

THIS CAUSE having come before the Court on Defendant Wachovia Bank's Unopposed Motion for Extension of Time to Respond to Complaints, filed May 10, 2010 by Defendant Wachovia Bank, N.A. ("Wachovia"), and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby:

ORDERED AND ADJUDGED that:

1. Wachovia's Unopposed Motion for Extension of Time to Respond to Complaints, filed May 10, 2010, is GRANTED.

2. Wachovia shall have until and including May 21, 2010, in which to file

sf-2841792                                1

responses to the amended complaint in each of the above-styled cases.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this ___11___ day of May, 2010.

_____
Honorable James L. King
United States District Judge