IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 09-2071 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING DEFENDANT U.S. BANK'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO COMPLAINTS

THIS CAUSE having come before the Court on Defendant U.S. Bank's Unopposed Motion for Extension of Time to Respond to Complaints, filed May 10, 2010 by Defendant U.S. Bank, N.A. ("U.S. Bank"), and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby:

ORDERED AND ADJUDGED that:

1. U.S. Bank's Unopposed Motion for Extension of Time to Respond to Complaints, filed May 10, 2010, is GRANTED.

2. U.S. Bank shall have until and including May 21, 2010, in which to file responses to the amended complaint in each of the above-styled cases.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this \_\_11\_\_ day of May, 2010.

_____
Honorable James L. King
United States District Judge