UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) |
| | ) |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Mike Amrhein v. Citibank, N.A.* S.D. Fla. Case No. 09-21681-JLK N.D. Cal. Case No. 08-05101 | ) ) ) ) ) |

**ANSWER OF DEFENDANT CITIBANK, N.A. TO FOURTH AMENDED CLASS ACTION COMPLAINT**

Defendant Citibank, N.A. ("Citibank") hereby answers the Fourth Amended Class Action Complaint, erroneously entitled the "Third Amended Class Action Complaint" (the "Amended Complaint"), filed by named plaintiff Mike Amrhein ("Amrhein"), as follows:

## ANSWER TO "INTRODUCTION"

1. Answering Paragraph 1 of the Amended Complaint, Citibank admits that Amrhein purports to bring this action against Citibank. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 1.

2. Answering Paragraph 2 of the Amended Complaint, Citibank lacks knowledge or information sufficient to form a belief as to the allegations set forth therein and, on that basis, denies such allegations.

3. Answering Paragraph 3 of the Amended Complaint, Citibank lacks knowledge or information sufficient to form a belief as to the allegations set forth therein and, on that basis, denies such allegations.

4. Answering Paragraph 4 of the Amended Complaint, Citibank lacks knowledge or information sufficient to form a belief as to the allegations set forth therein and, on that basis, denies such allegations.

5. Answering Paragraph 5 of the Amended Complaint, Citibank admits that, in the past and in the present, it sometimes honors checks that are written on insufficient funds. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 5.

6. Answering Paragraph 6 of the Amended Complaint, Citibank lacks knowledge or information sufficient to form a belief as to the allegations set forth therein and, on that basis, denies such allegations.

7. Answering Paragraph 7 of the Amended Complaint, Citibank denies the allegations set forth therein.

8. Answering Paragraph 8 of the Amended Complaint, Citibank denies the allegations set forth therein.

9. Answering Paragraph 9 of the Amended Complaint, Citibank denies the allegations set forth therein.

## ANSWER TO "JURISDICTION AND VENUE"

10. Answering Paragraph 10 of the Amended Complaint, Citibank admits that, based solely on Amrhein's allegations, federal jurisdiction exists pursuant to the Class Action Fairness Act of 2005. Citibank specifically denies that Amrhein and the proposed class and/or subclass will recover the amount of $5,000,000, or any other amount, on the asserted claims.

11. Answering Paragraph 11 of the Amended Complaint, Citibank admits that venue is proper in the Northern District of California.

## ANSWER TO "THE PARTIES"

12. Answering Paragraph 12 of the Amended Complaint, Citibank lacks knowledge or information sufficient to form a belief as to the allegations set forth therein, and, on that basis, denies such allegations.

13. Answering Paragraph 13 of the Amended Complaint, Citibank admits that: it is a national bank located in Las Vegas, Nevada; it transacts business throughout the State of California and in several other States; it has numerous customers; and it engages in retail banking services, including issuing debit cards in connection with consumer checking accounts. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 13.

14. Answering Paragraph 14 of the Amended Complaint, Citibank admits the allegations set forth therein.

- 2 -

## ANSWER TO "CLASS ALLEGATIONS"

15. Answering Paragraph 15 of the Amended Complaint, Citibank admits that Amrhein purports to bring the instant claims on a class-action basis. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 15.

16. Answering Paragraph 16 of the Amended Complaint, Citibank admits that Amrhein purports to define a National Class and a California Subclass. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 16.

17. Answering Paragraph 17 of the Amended Complaint, Citibank admits that Amrhein purports to reserve certain rights in these proceedings. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 17.

18. Answering Paragraph 18 of the Amended Complaint, Citibank admits that Amrhein purports to exclude certain entities and individuals from the Class. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 18.

19. Answering Paragraph 19 of the Amended Complaint, Citibank denies the allegations set forth therein.

20. Answering Paragraph 20 of the Amended Complaint, Citibank admits that Amrhein has paid overdraft fees on debit card transactions. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 20.

21. Answering Paragraph 21 of the Amended Complaint, Citibank denies the allegations set forth therein.

22. Answering Paragraph 22 of the Amended Complaint, Citibank denies the allegations set forth therein.

23. Answering Paragraph 23 of the Amended Complaint, Citibank denies the allegations set forth therein.

- 3 -

24. Answering Paragraph 24 of the Amended Complaint, Citibank admits that Amrhein has paid overdraft fees on debit card transactions. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 24.

25. Answering Paragraph 25 of the Amended Complaint, Citibank lacks knowledge or information sufficient to form a belief as to the allegations set forth therein and, on that basis, denies such allegations.

26. Answering Paragraph 26 of the Amended Complaint, Citibank denies the allegations set forth therein.

27. Answering Paragraph 27 of the Amended Complaint, Citibank denies the allegations set forth therein.

### ANSWER TO "COMMON FACTUAL ALLEGATIONS"

28. Answering Paragraph 28 of the Amended Complaint, Citibank admits that information on its website generally is accurate.

29. Answering Paragraph 29 of the Amended Complaint, Citibank admits that it issues debit cards in connection with consumer checking accounts and that the debit cards may be used to make ATM transactions and point of sale purchases. Citibank denies the remaining allegations set forth in Paragraph 29.

30. Answering Paragraph 30 of the Amended Complaint, Citibank admits that it uses software to process debit card transactions. Citibank denies the remaining allegations set forth in Paragraph 30.

31. Answering Paragraph 31 of the Amended Complaint, Citibank denies the allegations set forth therein.

### Answer To "Citibank's Relevant Customer Documents Regarding Overdrafts"

32. Answering Paragraph 32 of the Amended Complaint, Citibank admits that the Client Manual attached to the Amended Complaint as Exhibit A speaks for itself. Citibank denies the remaining allegations set forth in Paragraph 32, and further denies that Exhibit A is the Client Manual applicable to all of the supposed class members and to Amrhein. Amrhein's Client Manual does not contain an agreement to arbitrate. Amrhein was a California resident at the time of opening his account. Citibank alleges, however, that customers residing in States other than California are subject to valid and enforceable agreements to submit to arbitration on a non-class basis.

33. Answering Paragraph 33 of the Amended Complaint, Citibank admits that the Client Manual attached to the Amended Complaint as Exhibit A speaks for itself.

34. Answering Paragraph 34 of the Amended Complaint, Citibank denies the allegations set forth therein. Citibank admits that overdraft fees are disclosed in documents entitled Marketplace Addendum, which supplements and is part of the Client Manual.

35. Answering Paragraph 35 of the Amended Complaint, Citibank admits that Exhibit B to the Amended Complaint speaks for itself.

36. Answering Paragraph 36 of the Amended Complaint, Citibank admits that Exhibits A and B speak for themselves.

### Answer To "Citibank's Reordering Of Checking Account Transactions"

37. Answering Paragraph 37 of the Amended Complaint, Citibank denies the allegations set forth therein.

38. Answering Paragraph 38 of the Amended Complaint, Citibank denies the allegations set forth therein.

39. Answering Paragraph 39 of the Amended Complaint, Citibank admits that debit card transactions are processed "electronically," meaning through the use of computers. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 39.

40. Answering Paragraph 40 of the Amended Complaint, Citibank denies the allegations set forth therein.

41. Answering Paragraph 41 of the Amended Complaint, Citibank admits that it posts debit card transactions in the order of high-to-low dollar amount. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 41.

42. Answering Paragraph 42 of the Amended Complaint, Citibank admits that it posts debit card transactions in the order of high-to-low dollar amount. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 42.

43. Answering Paragraph 43 of the Amended Complaint, Citibank denies the allegations set forth therein.

44. Answering Paragraph 44 of the Amended Complaint, Citibank denies the allegations set forth therein.

45. Answering Paragraph 45 of the Amended Complaint, Citibank denies the allegations set forth therein.

**Answer To "Citibank's Cloaking Of Accurate Balance Information"**

46. Answering Paragraph 46 of the Amended Complaint, Citibank admits that it believes debit cards provide conveniences for customers. Except as expressly admitted, Citibank denies the allegations set forth in Paragraph 46.

47. Answering Paragraph 47 of the Amended Complaint, Citibank denies the allegations set forth therein.

48. Answering Paragraph 48 of the Amended Complaint, Citibank denies the allegations set forth therein.

### Answer To "Citibank's Failure To Notify Of Overdrafts Or Advise Customers Of Their Right To Opt Out"

49. Answering Paragraph 49 of the Amended Complaint, Citibank denies the allegations set forth therein.

50. Answering Paragraph 50 of the Amended Complaint, Citibank denies the allegations set forth therein.

51. Answering Paragraph 51 of the Amended Complaint, Citibank denies the allegations set forth therein.

### Answer To "Citibank's Policies And Practice Are Contrary To Best Practices"

52. Answering Paragraph 52 of the Amended Complaint, Citibank denies the allegations set forth therein.  Citibank alleges that Exhibit C does not reflect legal requirements in effect.

53. Answering Paragraph 53 of the Amended Complaint, Citibank denies the allegations set forth therein.  Citibank alleges that the referenced language does not reflect legal requirements in effect.

54. Answering Paragraph 54 of the Amended Complaint, Citibank denies the allegations set forth therein.  Citibank alleges that Exhibit C does not reflect legal requirements in effect.

55. Answering Paragraph 55 of the Amended Complaint, Citibank denies the allegations set forth therein.  Citibank alleges that Exhibit D does not reflect legal requirements in effect.

56. Answering Paragraph 56 of the Amended Complaint, Citibank denies the allegations set forth therein.  Citibank alleges that the referenced language does not reflect legal requirements in effect.

57. Answering Paragraph 57 of the Amended Complaint, Citibank denies the allegations set forth therein. Citibank alleges that Exhibit E does not reflect legal requirements in effect.

58. Answering Paragraph 58 of the Amended Complaint, Citibank lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein and, on that basis, denies such allegations.

### Answer To "Citibank's Unconscionable Provisions And Practices"

59. Answering Paragraph 59 of the Amended Complaint, Citibank denies the allegations set forth therein.

60. Answering Paragraph 60 of the Amended Complaint, Citibank denies the allegations set forth therein.

61. Answering Paragraph 61 of the Amended Complaint, Citibank alleges that Exhibit A to the Amended Complaint speaks for itself.

62. Answering Paragraph 62 of the Amended Complaint, Citibank denies the allegations set forth therein.

### Answer To "Citibank's Overdraft Practices Harmed Plaintiff"

63. Answering Paragraph 63 of the Amended Complaint, Citibank admits the allegations set forth therein.

64. Answering Paragraph 64 of the Amended Complaint, Citibank admits that it issued a debit card to Amrhein in connection with his deposit account and that debit card transactions are processed "electronically," meaning through the use of computers. Citibank denies the remaining allegations set forth in Paragraph 64.

65. Answering Paragraph 65 of the Amended Complaint, Citibank denies the allegations set forth therein.

66. Answering Paragraph 66 of the Amended Complaint, Citibank denies the allegations set forth therein.

67. Answering Paragraph 67 of the Amended Complaint, Citibank denies the allegations set forth therein.

68. Answering Paragraph 68 of the Amended Complaint, Citibank specifically denies that Amrhein incurred overdraft fees when his account was not overdrawn, and denies that it was required to notify Amrhein that he might overdraw his account.  Except as expressly denied, Citibank lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 68 and, on that basis, denies such allegations.

69. Answering Paragraph 69 of the Amended Complaint, Citibank admits that Amrhein has been assessed a total of $90.00 in overdraft fees to date.

70. Answering Paragraph 70 of the Amended Complaint, Citibank denies the allegations set forth therein.

### Answer To "The Damages Sustained By Plaintiff And The Class"

71. Answering Paragraph 71 of the Amended Complaint, Citibank denies that its policies make it difficult for customers to avoid incurring overdraft fees.  Further, Citibank denies the other allegations set forth therein, and alleges that the referenced language does not reflect legal requirements in effect.

72. Answering Paragraph 72 of the Amended Complaint, Citibank denies the allegations set forth therein.  Citibank alleges that the referenced language does not reflect legal requirements in effect.

73. Answering Paragraph 73 of the Amended Complaint, Citibank denies the allegations set forth therein.

74. Answering Paragraph 74 of the Amended Complaint, Citibank denies the allegations set forth therein.

75. Answering Paragraph 75 of the Amended Complaint, Citibank denies the allegations set forth therein.

76. Answering Paragraph 76 of the Amended Complaint, Citibank denies the allegations set forth therein.

## ANSWER TO "FIRST CLAIM FOR RELIEF"

### Answer To "Breach Of Contract And Breach Of The Covenant Of Good Faith And Fair Dealing"

77. Answering Paragraph 77 of the Amended Complaint, Citibank repeats and realleges its responses to Paragraphs 1 through 76 of the Amended Complaint above and incorporates such responses by reference herein.

78. Answering Paragraph 78 of the Amended Complaint, Citibank admits that the Client Manual, applicable to Amrhein, governs Amrhein's account.

79. Answering Paragraph 79 of the Amended Complaint, Citibank alleges that Paragraph 79 contains legal conclusions to which no reply is required; to the extent a reply is required, Citibank denies the allegations set forth therein.

80. Answering Paragraph 80 of the Amended Complaint, Citibank alleges that Paragraph 80 contains legal conclusions to which no reply is required; to the extent a reply is required, Citibank denies the allegations set forth therein.

81. Answering Paragraph 81 of the Amended Complaint, Citibank denies the allegations set forth therein.

82. Answering Paragraph 82 of the Amended Complaint, Citibank denies the allegations set forth therein.

83. Answering Paragraph 83 of the Amended Complaint, Citibank denies the allegations set forth therein.

### ANSWER TO "SECOND CLAIM FOR RELIEF"

#### Answer To "Unconscionability"

84. Answering Paragraph 84 of the Amended Complaint, Citibank repeats and realleges its responses to Paragraphs 1 through 76 of the Amended Complaint above and incorporates such responses by reference herein.

85. Answering Paragraph 85 of the Amended Complaint, Citibank denies the allegations set forth therein.

86. Answering Paragraph 86 of the Amended Complaint, Citibank denies the allegations set forth therein.

87. Answering Paragraph 87 of the Amended Complaint, Citibank denies the allegations set forth therein.

88. Answering Paragraph 88 of the Amended Complaint, Citibank denies the allegations set forth therein.

### ANSWER TO "THIRD CLAIM FOR RELIEF"

#### Answer To "Conversion"

89. Answering Paragraph 89 of the Amended Complaint, Citibank repeats and realleges its responses to Paragraphs 1 through 76 of the Amended Complaint above and incorporates such responses by reference herein.

90. Answering Paragraph 90 of the Amended Complaint, Citibank denies the allegations set forth therein.

91. Answering Paragraph 91 of the Amended Complaint, Citibank denies the allegations set forth therein.

92. Answering Paragraph 92 of the Amended Complaint, Citibank denies the allegations set forth therein.

93. Answering Paragraph 93 of the Amended Complaint, Citibank denies the allegations set forth therein.

94. Answering Paragraph 94 of the Amended Complaint, Citibank denies the allegations set forth therein.

95. Answering Paragraph 95 of the Amended Complaint, Citibank denies the allegations set forth therein.

96. Answering Paragraph 96 of the Amended Complaint, Citibank denies the allegations set forth therein.

97. Answering Paragraph 97 of the Amended Complaint, Citibank denies the allegations set forth therein.

98. Answering Paragraph 98 of the Amended Complaint, Citibank denies the allegations set forth therein.

99. Answering Paragraph 99 of the Amended Complaint, Citibank denies the allegations set forth therein.

100. Answering Paragraph 100 of the Amended Complaint, Citibank denies the allegations set forth therein.

## ANSWER TO "FOURTH CLAIM FOR RELIEF"

### Answer To "Unjust Enrichment"

101. Answering Paragraph 101 of the Amended Complaint, Citibank repeats and realleges its responses to Paragraphs 1 through 76 of the Amended Complaint above and incorporates such responses by reference herein.

- 12 -

102. Answering Paragraph 102 of the Amended Complaint, Citibank admits that Amrhein purports to bring claims for unjust enrichment, for himself and for the alleged Class.

103. Answering Paragraph 103 of the Amended Complaint, Citibank denies the allegations set forth therein.

104. Answering Paragraph 104 of the Amended Complaint, Citibank denies the allegations set forth therein.

105. Answering Paragraph 105 of the Amended Complaint, Citibank denies the allegations set forth therein.

106. Answering Paragraph 106 of the Amended Complaint, Citibank denies the allegations set forth therein.

107. Answering Paragraph 107 of the Amended Complaint, Citibank denies the allegations set forth therein.

108. Answering Paragraph 108 of the Amended Complaint, Citibank denies the allegations set forth therein.

109. Answering Paragraph 109 of the Amended Complaint, Citibank denies the allegations set forth therein.

### ANSWER TO "FIFTH CLAIM FOR RELIEF"

**Answer To "Violations Of The Unfair Competition Law, Cal. Bus. & Prof. Code § 17200"**

110. Answering Paragraph 110 of the Amended Complaint, Citibank repeats and realleges its responses to Paragraphs 1 through 76 of the Amended Complaint above and incorporates such responses by reference herein.

111. Answering Paragraph 111 of the Amended Complaint, Citibank denies the allegations set forth therein.

112. Answering Paragraph 112 of the Amended Complaint, Citibank denies the allegations set forth therein.

113. Answering Paragraph 113 of the Amended Complaint, Citibank denies the allegations set forth therein.

114. Answering Paragraph 114 of the Amended Complaint, Citibank denies the allegations set forth therein.

115. Answering Paragraph 115 of the Amended Complaint, Citibank denies the allegations set forth therein.

## EFFECT OF ADMISSIONS

116. Citibank denies all allegations of the Amended Complaint that are not expressly admitted herein.

## ANSWER TO "PRAYER FOR RELIEF"

117. Answering Paragraphs 1 through 8 to the "Prayer for Relief," Citibank denies that Amrhein, and/or any person he purports to represent, is entitled to any relief whatsoever as against Citibank, including, but not limited to, class certification, injunctive relief, declaratory relief, restitution, disgorgement or statutory, compensatory, consequential, exemplary or punitive damages or any other damages. In addition, Citibank denies that any customer subject to a valid and enforceable agreement to arbitrate is entitled to trial by jury.

## AFFIRMATIVE DEFENSES

118. Without taking on the burden of proof where it belongs to Amrhein, Citibank alleges the following affirmative defenses to the Amended Complaint:

FIRST AFFIRMATIVE DEFENSE
(Failure To State A Claim)

1. The Amended Complaint fails to state a claim against Citibank.

## SECOND AFFIRMATIVE DEFENSE
(Failure To Mitigate)

2. To the extent that Amrhein, and/or any person he purports to represent, has suffered any damages as a result of the matters alleged in the Amended Complaint, Amrhein, and/or any person he purports to represent, has failed to mitigate those damages and the claims therefore are barred, in whole or in part.

## THIRD AFFIRMATIVE DEFENSE
(Adequate Legal Remedy)

3. Each claim that sets forth a request for injunctive, declaratory and equitable relief is barred because Amrhein, and/or any person he purports to represent, has an adequate legal remedy.

## FOURTH AFFIRMATIVE DEFENSE
(Waiver)

4. The Amended Complaint, and each purported claim alleged therein, is barred by the conduct, actions and inactions of Amrhein, and/or any person he purports to represent, which amount to and constitute a waiver of any right or rights Amrhein, and/or any person he purports to represent, may or might have in relation to the matters alleged in the Amended Complaint.

## FIFTH AFFIRMATIVE DEFENSE
(Estoppel)

5. The Amended Complaint is barred, in whole or in part, by the conduct, actions and inactions of Amrhein, and/or any person he purports to represent, which amount to and constitute an estoppel of the claims and any relief sought thereby.

## SIXTH AFFIRMATIVE DEFENSE
(Laches)

6. Amrhein, and/or any person he purports to represent, unreasonably has delayed taking action in connection with the alleged claims, causing substantial prejudice to Citibank, and such claims therefore are barred pursuant to the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE
(Unclean Hands)

7. Amrhein, and/or any person he purports to represent, may obtain no relief under the Amended Complaint by reason of the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE
(No Standing)

8. The Amended Complaint, and each claim set forth therein, is barred to the extent that Amrhein, and/or any person he purports to represent, has suffered no injury as a result of any act or practice of Citibank.

## NINTH AFFIRMATIVE DEFENSE
(Federal Preemption)

9. The Amended Complaint, and each claim set forth therein, is preempted by the laws of the United States, including, without limitation, by the National Bank Act, 12 U.S.C. § 21, et seq., and regulations promulgated thereunder.

## TENTH AFFIRMATIVE DEFENSE
(Reasonable Commercial Standards)

10. With respect to the matters alleged in the Amended Complaint, Citibank at all times acted in accordance with reasonable commercial standards, thus precluding any recovery by Amrhein, and/or any person he purports to represent, against Citibank.

ELEVENTH AFFIRMATIVE DEFENSE
(Compliance With Contract)

11. The claims of Amrhein, and/or any person he purports to represent, are barred, in whole or in part, because Citibank did not breach any contract between Amrhein, and/or any person he purports to represent, and Citibank.

TWELFTH AFFIRMATIVE DEFENSE
(Choice Of Law)

12. The Amended Complaint is barred to the extent it is based on law other than the governing law contained in Amrhein's Client Manual with Citibank, or contained in the Client Manuals of any person Amrhein purports to represent.

THIRTEENTH AFFIRMATIVE DEFENSE
(Arbitration)

13. The Amended Complaint is barred to the extent that the Client Manual of any person Amrhein purports to represent contains an agreement to arbitrate all disputes with Citibank on an individual basis.

FOURTEENTH AFFIRMATIVE DEFENSE
(Improper Class Action)

14. Amrhein may not maintain this action as a class action. The Amended Complaint fails to satisfy the requirements of maintaining a class action under federal law, including, without limitation, Federal Rule of Civil Procedure 23.

FIFTEENTH AFFIRMATIVE DEFENSE
(Reservation Of Right To Assert Other Defenses)

15. Citibank expressly reserves the right to assert such other and further affirmative defenses as may be appropriate.

LA 51248508

WHEREFORE, Citibank prays for relief as follows:

1. That Amrhein, and/or any person he purports to represent, take nothing by this action;

2. That judgment be entered against Amrhein, and/or any person he purports to represent, and in favor of Citibank;

3. That Citibank be awarded its costs incurred in this action; and

4. That this Court grant such other relief as the Court deems just and proper.

Dated:  May 12, 2010                                          Respectfully submitted,

/s/ Lisa M. Simonetti_____
JULIA B. STRICKLAND
(*pro hac vice*)
jstrickland@stroock.com
LISA M. SIMONETTI
(*pro hac vice*)
lsimonetti@strook.com
A. R. KACHADOORIAN
(*pro hac vice*)
akachadoorian@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Tel:  (310) 556-5800
Fax:  (310) 556-5959

Attorneys for Defendant
  CITIBANK, N.A.

LA 51248508

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2010, I filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record or pro se parties entitled to receive service.

_____/s/ *Lisa M. Simonetti*_____
Lisa M. Simonetti
Stroock & Stroock & Lavan LLP

LA 51248508