UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT

practice in the Southern District of Florida, and is a member of good standing of the bar of her jurisdiction.

2. MDL Rule 1.4 state, "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United State to which such action is transferred. Parties to any action under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3. The undersigned hereby requests the Court provide Notice of Electronic Filings to Karin B. Swope at the following email address: kswope@kellerrohrback.com.

4. The undersigned hereby request that the Court allow Karin B. Swope to file and receive documents electronically through this Court's CM/ECF system.

5. Pursuant to MDL Rule 1.4, the undersigned hereby requests that the Court waive the filing fee of $75.00 for the limited admission for the attorney named in paragraph 1.

WHEREFORE, the undersigned respectfully moves this Court to enter an Order (1) permitting Karin B. Swope to appear before this Court on behalf of her client for purposes relating to the proceedings in the above styled matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide these attorney notice of electronic filings and directing the Clerk to assign CM/ECF usernames and passwords, and (4) directing the Clerk to waive the $75.00 filing fee for the limited admission of Karin B. Swope.

Dated: May 12, 2010

Respectfully submitted,

By _____
Karin B. Swope, WSBA #24015
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
kswope@kellerrohrback.com

***Counsel for Plaintiff David M. Johnson***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2010, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served on all counsel of record in the attached Service List via U.S. mail.

DATED this 12th day of May, 2010.

By _____
Karin B. Swope
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
kswope@kellerrohrback.com

*Counsel for Plaintiff David M. Johnson*

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                          MDL No. 2036

|                  |                          |
|------------------|--------------------------|
| Address:         | 425 Market Street        |
|                  | San Francisco, CA 94105  |
| Mailing Address: | [Same As Above]          |
| Telephone #:     | (415) 268-7000           |
| E-mail address:  | mimiyang@mofo.com        |
| Fax #:           | (415) 268-7522           |

sf-2840842                                -1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JKL

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>DAVID M. JOHNSON<br>v.<br>KEYBANK NATIONAL ASSOCIATION<br>W.D. Wa. Case No. 2:10-304 | )<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF UNDERSTADING RE:**
**ELECTRONIC FILING IN THE SOURTHERN DISTRICT OF FLORIDA**

I, Karin B. Swope, the undersigned, do hereby certify that:

1.  I am a member in good standing of the Bar of the Supreme Court of Washington.

2.  I am counsel of record for David M. Johnson in a case that originated in the United States District Court Western District of Washington, Seattle Division (*David M. Johnson v. KeyBank National Association*) which has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

3.  I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

4.  I have studied and understand and will abide by the Administrative Procedures governing the CM/ECF procedures in the Southern District of Florida.

5.  I will only use this electronic filing privilege in the MDL caption above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

6. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

7. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to toe Administrative Procedures.

|  |  |
|---|---|
| Name: | Karin B. Swope |
| State Bar No.: | WSBA 24015 |
| Firm Name: | Keller Rohrback L.L.P. |
| Address: | 1201 Third Avenue, Suite 3200 Seattle, WA 98101 |
| Mailing Address: | Same As Above |
| Telephone No.: | 206-623-1900 |
| Fax No.: | 206-623-3384 |
| Email: | kswope@kellerrohrback.com |

Dated: May 12, 2010

Respectfully submitted,

By /s/ K. Swope
Karin B. Swope, WSBA #24015
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
kswope@kellerrohrback.com

*Counsel for Plaintiff David M. Johnson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
_____ )
)
THIS DOCUMENT RELATES TO: )
DAVID M. JOHNSON )
v. )
KEYBANK NATIONAL ASSOCIATION )
W.D. Wa. Case No. 2:10-304 )

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
AND CM/ECF FILING PRIVILEGES FOR KARIN B. SWOPE

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B") and this Court's November 24, 2009 Order (docket #166), permission for a limited appearance do and electronic privileges for Karin B. Swope, counsel for Plaintiff David M. Johnson, which originated in the United States District Court Western District of Washington, Seattle Division and transferred to this MDL proceeding. The Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion for Limited Appearance and Electronic Filing Privileges for Karin B. Swope, is GRANTED.

      2.      Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket # 166), Mrs. Swope shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures. The Court hereby directs the Clerk of the Court to assign CM/ECF username and password to Mrs. Swope.

      3.      Furthermore, pursuant to MDL Rule 1.4, the Court waives the filing fee of $75.00 per attorney for the limited appearance of Mrs. Swope.

DONE AND ORDERED in Chamber in Miami, Miami-Dade County, Florida this _____ day of May, 2010.

 

_____
James L. King
U.S. District Court Judge