IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 1:09-md-02036-JLK



FILED by_____ D.C.
MAY 14 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION  MDL No. 2036

**THIS DOCUMENT RELATES TO**:

Preston & Associates Intn'l, P.C. Plaintiff(s) v. Wells Fargo & Company, and Wells Fargo Bank, N.A.Defendant(s). S.D. Fla. Case No. 1:09-cv-20913-JLK

## MOTION FOR LIMITED APPEARANCE and for ELECTRONIC FILING PRIVILEGES

PURSUANT TO rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation [MDL rule 1.4], Rule 4.B of the Special rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern district of Florida [Special rule 4B], and this Court's November 24, 2009 Order [DOCKET #:    166], the undersigned respectfully moves for the Admission of James E. Preston, of the law firm of Preston & Associates Intn'l, P.C., P. O. Box 120, Lewis, CO  81327-0120, for purposes limited appearance as counsel on behalf of the Plaintiff Preston & Associates Intn'l, P.C. in the

above cases, and pursuant to Rule 2B, Southern district of Florida, CM/ECF Administrative Procedures, in order to permit James E. Preston to file and receive electronic filings. In support thereof, the undersigned states as follows:

1. James E. Preston is not admitted to practice in the Southern District of Florida. He is a member in good standing of the Bar of the State of Colorado. He is counsel of record in this proceeding for the Plaintiff in the District of Colorado.

2. James E. Preston requests the Court provide Notice of Electronic filings to him at the following email addresses: jep@prestonlaw.us and prestonlaw@prestonlaw.us.

3. James E. Preston requests that the Court allow him to file documents electronically through this Court' CM/ECF system.

4. Pursuant to MSL Rule 1.4, James E. Preston requests that the Court waive the filing fee of $75.00.

As required by the Court's November 24, 2009 Order (docket #166), James E. Preston has executed the Certificate of Understanding, Re: Electronic Filing in the Southern district of Florida. The Certificate is attached to this Motion as Exhibit A.

WHEREFORE, James E. Preston moves this court to enter an order permitting him to appear before this Court on behalf of Preston & Associates Intn'l, P.C. for all purposes relating to the proceedings in this matter, directing

the Clerk of Court to provide notice of electronic filings to James E. Preston and directing the Clerk to assign a CM/ECF username and password.

Respectfully Submitted,<br>
PRESTON & ASSOCIATES<br>
s/ James E. Preston<br>
James E. Preston   #20578<br>
Preston & Associates<br>
P. O. Box 120<br>
Lewis, CO  81327<br>
(720)-362-0896<br>
Fax:  800-807-5207<br>
jep@prestonlaw.us<br>
Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 1:09-md-02036-JLK

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on Tuesday, May 11, 2010, I filed the foregoing with the Clerk of Court using the United States Mail, first class, postage prepaid.

and I hereby certify that I have mailed or served the document or paper to the counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically the Notices of Electronic Filing:

Plaintiffs' Liaison Counsel
Alters Boldt Brown Rash & Culmo
4141 NE 2nd Avenue
Suite 201
Miami, FL  33137

Defendants' Liaison Counsel
Hunton & Williams LLP
1111Brickel Ave
Miami, FL  33131

                                      PRESTON & ASSOCIATES
                                      Attorneys for Plaintiffs

                                      s/ James E. Preston
                                      James E. Preston  #20578
                                      Preston & Associates
                                      P. O. Box 120
                                      Lewis, CO  81327-0120
                                      (720)-362-0896
                                      Fax:  800-807-5207
                                      jep@prestonlaw.us

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 1:09-md-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____/

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION  MDL No. 2036

**THIS DOCUMENT RELATES TO**:

Preston & Associates Intn'l, P.C. Plaintiff(s) v. Wells Fargo & Company, and Wells Fargo Bank, N.A. Defendant(s). S.D. Fla. Case No. 1:09-cv-20913-JLK

**CERTIFICATE OF UNDERSTANDING, Re:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1.  I am a member in good standing of the Bar of the State of Colorado.

2.  I have studied, understand and will abide by the Local rules for the Southern District of Florida.

3.  I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.  I will only use this electronic filing privilege in the matter captioned above and in no other case in the southern District of Florida, even if I have been granted Pro Hac Vice status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name:     James E. Preston
State Bar No: Colorado 20578
Firm Name: Preston & Associates
Address: P. O. Drawer 120, Lewis, CO  81327
Mailing Address (if different): N/A
Telephone #: 720-362-0896
Email address: jep@prestonlaw.us     prestonlaw@prestonlaw.us
Fax #: 800-807-5207

Dated: Tuesday, May 11, 2010

Digitally signed by James E. Preston
DN: cn=James E. Preston, o=Preston & Associates, ou=Litigation, email=jep@prestonlaw.us, c=US
Location: Lewis Colorado
Date: 2010.05.11 14:55:27 -06'00'

Respectfully Submitted,
PRESTON & ASSOCIATES

s/ James E. Preston
James E. Preston  #20578
Preston & Associates
P. O. Box 120
Lewis, CO  81327
(720)-362-0896
Fax: 800-807-5207
jep@prestonlaw.us
Attorneys for the Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 1:09-md-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____/

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION   MDL No. 2036

**THIS DOCUMENT RELATES TO**:

Preston & Associates Intn'l, P.C. Plaintiff(s) v. Wells Fargo & Company, and Wells Fargo Bank, N.A.Defendant(s). S.D. Fla. Case No. 1:09-cv-20913-JLK

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE
OF AND FOR ELECTRONIC FILING PRIVILEGELS FOR
JAMES E. PRESTON**

THIS CAUSE having come before the court on the Motion for Limited appearance and for Electronic Filing Privileges, requesting, pursuant to rule 1.4 of the rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), rule 4.B of the special rules Governing the Admission and Practice of Attorneys of the United states District Court for the Southern District of Florida ("special rule 4B"), and this Court's November 24, 2009 Order (docket # 166), permission for a limited appearance of and electronic filing privileges for the attorney in paragraph 2 below who, upon the filing of an

initial appearance for the Plaintiff Preston & Associates Intn'l, P.C. in the transferor district, has become counsel of record, and, will remain so in the above-captioned cases that originated in other districts and have been transferred to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby.

ORDERED ADJUDGED AND DECREED

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorney is granted permission to appear and participate in this action on behalf of his respective client:

Preston & Associates Intn'l, P.C.

James E. Preston, Esquire
jep@prestonlaw.us
Preston & Associates
P. O. Box 120
Lewis, CO  81327

Pursuant to MDL rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. Sec. 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through

the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket #166), the attorney named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to the attorney listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75.00 for the limited admission of the attorney named in paragraph 2 above.

DONE AND ORDERED in Chambers this \_\_\_\_\_ day of _____,2010.

_____
James L. King
United States District Judge