UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JKL

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: DAVID M. JOHNSON v. KEYBANK NATIONAL ASSOCIATION W.D. Wa. Case No. 2:10-304 | ) ) ) ) ) |

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
AND CM/ECF FILING PRIVILEGES FOR KARIN B. SWOPE

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B") and this Court's November 24, 2009 Order (docket #166), permission for a limited appearance do and electronic privileges for Karin B. Swope, counsel for Plaintiff David M. Johnson, which originated in the United States District Court Western District of Washington, Seattle Division and transferred to this MDL proceeding. The Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion for Limited Appearance and Electronic Filing Privileges for Karin B. Swope, is GRANTED.

2. Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket # 166), Mrs. Swope shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures. The Court hereby directs the Clerk of the Court to assign CM/ECF username and password to Mrs. Swope.

3. Furthermore, pursuant to MDL Rule 1.4, the Court waives the filing fee of $75.00 per attorney for the limited appearance of Mrs. Swope.

DONE AND ORDERED in Chamber in Miami, Miami-Dade County, Florida this 18 day of May, 2010.

_____
James L. King
U.S. District Court Judge