IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 1:09-md-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____/

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION  MDL No. 2036

**THIS DOCUMENT RELATES TO:**

Preston & Associates Intn'l, P.C. Plaintiff(s) v. Wells Fargo & Company, and Wells Fargo Bank, N.A.Defendant(s). S.D. Fla. Case No. 1:09-cv-20913-JLK

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE
OF AND FOR ELECTRONIC FILING PRIVILEGELS FOR
JAMES E. PRESTON**

THIS CAUSE having come before the court on the Motion for Limited appearance and for Electronic Filing Privileges, requesting, pursuant to rule 1.4 of the rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), rule 4.B of the special rules Governing the Admission and Practice of Attorneys of the United states District Court for the Southern District of Florida ("special rule 4B"), and this Court's November 24, 2009 Order (docket # 166), permission for a limited appearance of and electronic filing privileges for the attorney in paragraph 2 below who, upon the filing of an

initial appearance for the Plaintiff Preston & Associates Intn'l, P.C. in the transferor district, has become counsel of record, and, will remain so in the above-captioned cases that originated in other districts and have been transferred to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby.

ORDERED ADJUDGED AND DECREED

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorney is granted permission to appear and participate in this action on behalf of his respective client:

Preston & Associates Intn'l, P.C.

James E. Preston, Esquire
jep@prestonlaw.us
Preston & Associates
P. O. Box 120
Lewis, CO 81327

Pursuant to MDL rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. Sec. 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through

the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4.  Further, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket #166), the attorney named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to the attorney listed in paragraph 2 above.

5.  In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75.00 for the limited admission of the attorney named in paragraph 2 above.

DONE AND ORDERED in Chambers this __18__ day of ___May___, 2010.

_____
James L. King
United States District Judge