UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
_____ )
)
THIS DOCUMENT RELATES TO: )
DAVID M. JOHNSON )
         v. )
KEYBANK NATIONAL ASSOCIATION )
W.D. Wa. Case No. 2:10-304 )

## CERTIFICATE OF UNDERSTADING RE: ELECTRONIC FILING IN THE SOURTHERN DISTRICT OF FLORIDA

I, Mark A. Griffin, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Washington.

2. I am counsel of record for David M. Johnson in a case that originated in the United States District Court Western District of Washington, Seattle Division (*David M. Johnson v. KeyBank National Association*) which has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

3. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

4. I have studied and understand and will abide by the Administrative Procedures governing the CM/ECF procedures in the Southern District of Florida.

5. I will only use this electronic filing privilege in the MDL caption above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.



6. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

7. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to Administrative Procedures.

| | |
|---|---|
| Name: | Mark A. Griffin |
| State Bar No.: | WSBA 16296 |
| Firm Name: | Keller Rohrback L.L.P. |
| Address: | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA 98101 |
| Mailing Address: | Same As Above |
| Telephone No.: | 206-623-1900 |
| Fax No.: | 206-623-3384 |
| Email: | **mgriffin@kellerrohrback.com** |

Dated: May 12, 2010

Respectfully submitted,

By /s/ Mark A. Griffin
Mark A. Griffin, WSBA #16296
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: 206-623-1900
Facsimile: 206-623-3384
mgriffin@kellerrohrback.com

*Counsel for Plaintiff David M. Johnson*