IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO. 1:09-md-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____/

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION  MDL No. 2036

**THIS DOCUMENT RELATES TO**:

Preston & Associates Intn'l, P.C. Plaintiff(s) v. Wells Fargo & Company, and Wells Fargo Bank, N.A. Defendant(s). S.D. Fla. Case No. 1:09-cv-20913-JLK

**CERTIFICATE OF UNDERSTANDING, Re:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the State of Colorado.

2. I have studied, understand and will abide by the Local rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the southern District of Florida, even if I have been granted Pro Hac Vice status in another case in the Southern District of Florida.



     5.    I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

     6.    If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name:     James E. Preston
State Bar No: Colorado 20578
Firm Name: Preston & Associates
Address: P. O. Drawer 120, Lewis, CO 81327
Mailing Address (if different): N/A
Telephone #: 720-362-0896
Email address: jep@prestonlaw.us     prestonlaw@prestonlaw.us
Fax #: 800-807-5207

Dated: Tuesday, May 11, 2010

Digitally signed by James E. Preston
DN: cn=James E. Preston, o=Preston & Associates, ou=Litigation, email=jep@prestonlaw.us, c=US
Location: Lewis Colorado
Date: 2010.05.11 14:55:27 -06'00'

Respectfully Submitted,
PRESTON & ASSOCIATES

s/ James E. Preston
James E. Preston  #20578
Preston & Associates
P. O. Box 120
Lewis, CO 81327
(720)-362-0896
Fax: 800-807-5207
jep@prestonlaw.us
Attorneys for the Plaintiff