UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 1:09-MD-02036-JLK

_____
                                                          )
IN RE: CHECKING ACCOUNT                )
OVERDRAFT LITIGATION                      )
                                                          )
MDL No. 2036                                       )
_____)

_____
                                                          )
THIS DOCUMENT RELATES TO:          )
                                                          )
*Given v. M&T Bank Corporation*          )
S.D.Fla. Case No.:  1-10-cv-20478-JLK   )
_____)

NOTICE OF OTHER FILING

          Manufacturers and Traders Trust Company a/k/a M&T Bank and M&T

Bank Corporation hereby give notice that, in the specific case of *Given v. M&T Bank*

*Corporation,* S.D.Fla. Case No.:  1-10-cv-20478-JLK, they have filed a notice of appeal

for an interlocutory appeal to the United States Court of Appeals for the Eleventh Circuit

from the order entered on May 10, 2010 denying defendant's motion to compel

arbitration and to dismiss.  (Docket No. 447).  M&T Bank Corporation is the named

defendant in the *Given* action, and the parties have submitted to the Court a stipulation

substituting M&T Bank as the defendant.  The Court has not yet approved that

stipulation, and accordingly the notice of appeal and this notice are filed on behalf of both

entities.

   Dated:  May 19, 2010                    / s / James A. Dunbar_____
                                                      James A. Dunbar
                                                      jadunbar@venable.com
                                                      Matthew R. Alsip
                                                      mralsip@venable.com
                                                      VENABLE LLP
                                                      210 West Pennsylvania Avenue, Suite 500

Towson, Maryland  21204
Telephone:  (410) 494-6200
Facsimile:  (410) 821-0147

/ s /  John T. Prisbe_____
John T. Prisbe
jtprisbe@venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland  21201
Telephone:  (410) 244-7798
Facsimile:  (410) 244-7742

*Attorneys for Defendant Manufacturers and*
*Traders Trust Company a/k/a M&T Bank and*
*M&T Bank Corporation*

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case No. 1:09-MD-02036-JLK

_____
                                                          )
IN RE: CHECKING ACCOUNT                )
OVERDRAFT LITIGATION                    )
                                                          )
MDL No. 2036                                      )
_____)

_____
                                                          )
THIS DOCUMENT RELATES TO:         )
                                                          )
*Given v. M&T Bank Corporation*          )
S.D.Fla. Case No.:  1-10-cv-20478-JLK    )
_____)

CERTIFICATE OF SERVICE

         I HEREBY CERTIFY that on this 19th day of May 2010, I filed a copy of

this Notice of Other Filing by Manufacturers and Traders Trust Company a/k/a M&T

Bank and M&T Bank Corporation using the Court's CM/ECF system.  I also certify that

the foregoing document is being served this day either by Notice of Electronic Filing

generated by CM/ECF system or by U.S. mail, postage prepaid, on all counsel of record

or pro se parties entitled to receive service.

                                                          /s/ John T. Prisbe
                                                          _____
                                                          John T. Prisbe
                                                          jtprisbe@venable.com
                                                          VENABLE LLP
                                                          750 East Pratt Street, Suite 900
                                                          Baltimore, Maryland  21201
                                                          Tel:  (410) 244-7400
                                                          Fax:  (410) 244-7742
                                                          *Attorneys        for        Defendant*
                                                          *Manufacturers   and   Traders   Trust*
                                                          *Company a/k/a M&T Bank and M&T*
                                                          *Bank Corporation*