UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT            )
OVERDRAFT LITIGATION               )
                                   )
MDL No. 2036                       )
_____)
                                   )
THIS DOCUMENT RELATES ONLY TO:     )
                                   )
*Buffington, et al. v. SunTrust Banks, Inc.*  )
S.D. Fla. Case No. 1:09-cv-23632-JLK   )
_____)

## NOTICE OF OTHER FILING

SunTrust Banks, Inc. hereby gives notice that, in the specific case of *Buffington, et al. v. SunTrust Banks, Inc.,* S.D.Fla. Case No. 1:09-cv-23632-JLK, it has filed a Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the order entered on May 10, 2010 denying SunTrust Banks, Inc.'s Motion to Compel Arbitration and to Stay Action.

- 2 -

Dated:  May 19, 2010

        /s/ Lynette E. Smith
  William N. Withrow
  Georgia Bar No. 772350
  william.withrow@troutmansanders.com
  Lynette Eaddy Smith
  Georgia Bar No. 236841
  lynette.smith@troutmansanders.com
  Lindsey E. Bowen
  Georgia Bar No. 431819
  lindsey.bowen@troutmansanders.com

*Attorneys for Defendant SunTrust Banks, Inc.*

TROUTMAN SANDERS LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 962-6703

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

/s/ Lynette E. Smith_____
Lynette Eaddy Smith
Georgia Bar No. 236841
lynette.smith@troutmansanders.com

TROUTMAN SANDERS LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 962-6703