Case 1:09-md-02036-JLK Document 490 Entered on FLSD Docket 05/19/2010 Page 1 of

Dated: May 12, 2010                          Respectfully Submitted,



_____
Rita F. Lin
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____)

**CERTIFICATE OF UNDERSTANDING RE:**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the State of California.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

Case 1:09-md-02036-JLK  Document 490  Entered on FLSD Docket 05/19/2010  Page 4 of 4

Dated: May 12, 2010

Respectfully Submitted,

*(signature)*

Mimi Yang
MORRISON & FOERSTER LLP