**EXHIBIT A**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



09-15399-AA

FAITH GORDON,
on behalf of herself and all
others similarly situated,

                                      Plaintiff-Appellee,

versus

BRANCH BANKING AND TRUST,

                                      Defendant-Appellant.

----------------------
On Appeal from the United States District Court for the
Southern District of Florida
----------------------

BEFORE:   BIRCH, HULL, and PRYOR, Circuit Judges.

BY THE COURT:

BBT's motion for a stay pending appeal is GRANTED.  See Blinco v. Green Tree Servicing, LLC, 366 F.3d 1249, 1253 (11th Cir. 2004).  While we express no opinion on the merits of Branch Banking and Trust's ("BBT"s") appeal, the appeal is not frivolous.