# EXHIBIT I


JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

December 19, 2009 through January 22, 2010
Account Number: **REDACTED**4724

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |


00017061 DRE 702 219 02310 - YNNNN  1  000000000  14 0000
MARTIN PALACIOS
OR JENNIFER POLLOCK PALACIOS
**REDACTED**



---

## SAVINGS SUMMARY    Chase Premier Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$200.04** |
| Deposits and Additions | 40.01 |
| Other Withdrawals, Fees & Charges | - 200.00 |
| **Ending Balance** | **$40.05** |
| | |
| Annual Percentage Yield Earned This Period | 0.34% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

Interest paid in 2009 for account **REDACTED**4724 was $0.09.

You could earn an even higher interest rate on your Chase Premier Savings account if you link it to a qualifying checking account.  Visit any of our branches for details or call us at the telephone number on your statement.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$200.04** |
| 12/21 | Online Transfer To  Chk Xxxxxx9744 Transaction#: 294961390 | - 200.00 | 0.04 |
| 01/06 | Online Transfer From  Chk Xxxxxx9744 Transaction#: 302099365 | **40.00** | 40.04 |
| 01/22 | Interest Payment | **0.01** | 40.05 |
| | **Ending Balance** | | **$40.05** |



December 19, 2009 through January 22, 2010
Account Number: REDACTED 4724

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:            **Step 1 Balance:  $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:  $_____**

3. Add Step 2 Total to Step 1 Balance.                **Step 3 Total:  $_____**

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:  -$_____**

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$_____**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

January 23, 2010 through February 19, 2010
Account Number: REDACTED 4724

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00012819 DRE 702 219 05110 - YNNNN 1 000000000 14 0000
MARTIN PALACIOS
OR JENNIFER POLLOCK PALACIOS
REDACTED



IMPORTANT NOTICE
We are making changes to your account.
Please see the enclosed notice(s) for more information.

### SAVINGS SUMMARY    Chase Premier Savings

| | AMOUNT |
|---|---|
| Beginning Balance | $40.05 |
| Other Withdrawals, Fees & Charges | - 40.00 |
| **Ending Balance** | **$0.05** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.01 |

Interest paid in 2009 for account REDACTED 4724 was $0.09.

You could earn an even higher interest rate on your Chase Premier Savings account if you link it to a qualifying checking account.  Visit any of our branches for details or call us at the telephone number on your statement.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$40.05** |
| 02/01 | Online Transfer To  Chk Xxxxxx9744 Transaction#: 313188069 | - 40.00 | 0.05 |
| | **Ending Balance** | | **$0.05** |



January 23, 2010 through February 19, 2010
Account Number:  REDACTED4724

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:          **Step 1 Balance:  $**_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

                                                                              **Step 2 Total:  $**_____

3.  Add Step 2 Total to Step 1 Balance.                          **Step 3 Total:  $**_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                              **Step 4 Total:  -$**_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 2



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

February 20, 2010 through March 18, 2010

Account Number: REDACTED**4724**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00016737 DRE 702 219 07810 - NNNNN 1 000000000 14 0000

MARTIN PALACIOS
OR JENNIFER POLLOCK PALACIOS



Your Chase Premier Savings(SM) account will become Chase Plus Savings(SM)
on May 7, 2010. The Monthly Service Fee is $20; however you will continue to have a
fee waiver on your account and will not be charged a Monthly Service Fee. All other
features of your account will remain the same. Please call us at 1-800-935-9935
if you have any questions.

### SAVINGS SUMMARY   Chase Premier Savings

| | AMOUNT |
|---|---|
| Beginning Balance | **$0.05** |
| Ending Balance | **$0.05** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.01 |

Interest paid in 2009 for account REDACTED4724 was $0.09.

You could earn an even higher interest rate on your Chase Premier Savings account if you link it to a qualifying checking
account.  Visit any of our branches for details or call us at the telephone number on your statement.

Page **1** of **2**



February 20, 2010 through March 18, 2010

Account Number:    REDACTED 4724

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      **Step 1 Balance:  $**_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:  $**_____

3. Add Step 2 Total to Step 1 Balance.      **Step 3 Total:  $**_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:  -$**_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

March 19, 2010 through April 20, 2010

Account Number:    REDACTED 4724

00013899 DRE 702 219 11110 - NNNNN  1  000000000  14 0000
MARTIN PALACIOS
OR JENNIFER POLLOCK PALACIOS
REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



## SAVINGS SUMMARY    Chase Premier Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$0.05** |
| **Ending Balance** | **$0.05** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.01 |

You could earn an even higher interest rate on your Chase Premier Savings account if you link it to a qualifying checking account.  Visit any of our branches for details or call us at the telephone number on your statement.

Page 1 of 2



March 19, 2010 through April 20, 2010

Account Number: REDACTED 4724

---

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          **Step 1 Balance:** $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:** $_____

3. **Add Step 2 Total to Step 1 Balance.**          **Step 3 Total:** $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:** -$_____

5. **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:** $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**