# EXHIBIT M

## ATM SAFETY: MINIMIZE YOUR RISK

### *Protect Yourself . . .*

- **Avoid isolated ATMs.** Use ATMs in busy areas, if possible.

- **Be ready.** Have your transactions, deposit envelope and card ready before you reach the ATM. Take extra envelopes before you leave the ATM for future transactions.

- **Look around.** Be aware of your surroundings. Do not use an ATM if lights are not working, or you notice anything or anyone suspicious nearby; if you've begun your transaction, use the cancel feature. After dark, consider bringing a friend along.

- **Report suspicious activity immediately.** Contact the local police or a security officer if you witness any suspicious activity at the ATM. If you suspect you're being followed from an ATM, hurry to a busy area and immediately contact the police.

- **Guard yourself at the drive-up ATM.** Don't allow yourself to be blocked in. Make sure the car in front of you has pulled away completely before approaching the ATM. Keep doors locked and windows closed except to perform your transaction.

- **Secure your car.** If you must leave your car to use an ATM, never leave your car running, the doors open or the keys inside.

- **Don't display cash.** Pocket your cash, your card and your receipt immediately after an ATM transaction. Count your cash only when you are certain you are in a secure area.

### *Protect Your Card . . .*

- **Protect your PIN.** Memorize your Personal Identification Number (PIN). Never keep your PIN where it can easily be discovered, such as written on your card, in your wallet or in your purse. Stand between the ATM and anyone waiting, so nobody can see the buttons you push.

- **Never give your PIN to anyone.** Don't let others use your card. Never give out your PIN or card information to anyone over the phone.

- **Keep your card in a safe place.** Protect your card the same way you would protect cash or a credit card.

- **Take your receipt.** Your receipt contains confidential information. If you don't need the receipt, destroy it at home.

- **Cancel if necessary.** If you suspect the ATM is not processing your transaction properly, use the cancel feature on the ATM and find another machine.

- **Report a lost or stolen card immediately.** The sooner you notify us that your card is in danger of being misused, the sooner we can take precautions to ensure that it is not misused.

By observing these safety tips, you can minimize your risks while enjoying the convenience of 24-hour ATM banking.

Catalog #41726
(Upstate New York Market)
© 2006 JPMorgan Chase Bank, N.A.
Member FDIC
Effective Date 09/15/2006





# Account Rules and Regulations

Your Guide to:

Checking

Savings

Certificates of Deposit

Overdraft Protection

Privacy Policy

**(Upstate New York Market)**

# Welcome to Chase!

Thank you for opening your new account with us. You can look forward to getting more value for your money, with accounts and banking packages that reward you with additional privileges the more you bank with us. At the same time, life will get easier thanks to our vast network of branches and ATMs, as well as one of the best online banking and bill payment services available anywhere. That's what makes Chase such a great place to bank.

**About this guide**

*This guide contains your agreement with us, including complete account information; it sets forth your duties to us, and defines certain elections that you made when you opened your account with us.*

Your deposit account is subject to rules that protect both you and us. This agreement explains these rules and should be read carefully by all depositors. Please review and retain it in a safe place should you need to refer to it in the future.

**Regarding your personal information**

Federal law requires all financial institutions to obtain, verify, and record information that identifies each person or business that opens an account.

- When you open a personal account, we will ask for your name, residential address, date of birth and social security number, which will allow us to verify your identity.

- When you open a business account, we will ask for your business name, tax identification number and business address, which will allow us to verify your business. We may also ask for your name, residential address, date of birth and social security number, which will allow us to verify your identity.

We appreciate your business–and we'll work hard to prove that you've made a smart decision banking at Chase. If you have questions, please feel free to call us or visit us online at www.Chase.com (Chase.com).

# Table of Contents

**DEPOSIT ACCOUNT AGREEMENT**

**Personal Accounts**

| | |
|---|---|
| — Checking and Banking Packages | 3 |
| — Specialty Checking Accounts | 9 |
| — Savings and CD Accounts | 12 |

**Business Accounts and Services**

| | |
|---|---|
| — Checking and Banking Packages | 14 |
| — Specialty Checking Accounts | 20 |
| — Savings and CD Accounts | 21 |

Additional Banking Services and Fees . . . . . . . . . . . . . . . . . . . . . . . Provided Separately

General Account Terms and Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Check 21 — Substitute Checks and Your Rights . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

**Funds Availability Policies**

| | |
|---|---|
| — For Personal Checking Accounts | 35 |
| — For Business Checking Accounts | 36 |

Endorsement Standards . . . . . . . . . . . . . . . . . . . . . 39

Electronic Funds Transfer Services . . . . . . . . . . 39

OVERDRAFT PROTECTION AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

PRIVACY POLICY . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

# Questions and Answers

**Q |** *Where can I find the location of a Chase Branch or ATM nearest to me?*

**A |** Use our ATM and Branch Locator on Chase.com to find the location nearest you. You can search by city, zip code, street name or any combination of these. Or call us at 1-800-935-9935 and we would be happy to assist you.

**Q |** *What should I do if my ATM or debit card is lost or stolen?*

**A |** Call 1-800-935-9935 immediately if your card has been lost or stolen or if you suspect unauthorized use.

**Q |** *How can I add someone to my personal accounts?*

**A |** To add an additional owner to your personal accounts, both signers must visit a local Branch so that the prospective co-signer can be identified and your signature card updated.

**Q |** *How do I change my name on my accounts?*

**A |** To change your name on your accounts, please take your updated photo ID and any supporting documents (i.e., marriage certificate, divorce, or other court orders) into your nearest Chase Branch so that your signature card may be updated.

**Q |** *How can I change my type of checking or savings account?*

**A |** It's important that your accounts suit your needs, and we are here to help. Call us or visit a Chase Branch to speak with a Banker, who will be happy to review your accounts with you and make any changes. Even if you change your account type, you'll keep the same account number.

**Q |** *Does Chase offer a checking account for children who are under 18 years of age?*

**A |** Absolutely! To meet your and your children's unique needs, we offer the Chase High School Checking account to individuals age 15-18 with Parent/Guardian as a joint owner. For more details on this account, please refer to the Specialty Checking Accounts section.

**Q |** *How does Check Safekeeping work?*

**A |** With Check Safekeeping, all your checks that have been processed and paid against your account are imaged and retained for seven years. You do not get these checks in your statement with this option, but you can view the check images online if you have enrolled your accounts on Chase.com.

# Address and Telephone Numbers:

**Personal Accounts:**

| | |
|---|---|
| Main Phone number: | 1-800-935-9935 |
| Spanish: | 1-877-31CHASE |
| | (1-877-312-4273) |

**Business Accounts:**

| | |
|---|---|
| Main Phone number: | 1-800-CHASE38 |
| | (1-800-242-7338) |
| Spanish: | 1-888-622-4273 |
| **Hearing Impaired:** | 1-800-CHASE TD |
| | (1-800-242-7383) |

If you believe your card has been lost or stolen, or for purchase and ATM transactions, call us at the telephone numbers listed above or write.

> Chase
> Regulation E, TX1-2551
> Card and ATM Operations
> P.O. Box 620002
> Dallas, TX 75262-9802

In case of errors or questions about your electronic funds transfers (EFT), call 1-866-564-2262.

# Deposit Account Agreement

This agreement governs personal and business deposit accounts identified in this Deposit Account Agreement at JPMorgan Chase Bank, N.A. (the "Agreement"). By signing a services application, deposit account signature card, or by otherwise opening or maintaining a checking, savings or certificate of deposit (including retirement certificates of deposit) account with us, you accept and agree to be bound by the terms and conditions of this Agreement. However, if your account is maintained with a business unit of the Bank that provides you a different deposit agreement, or if you contract for services that require your consent to a different deposit agreement, your account will be governed by that agreement.

As used in this Agreement, "we," "us," "our" and the "Bank" mean JPMorgan Chase Bank, N.A. Your "Account" means each deposit account you have with us that is governed by this Agreement. "You" or "your" means each person or entity in whose name the Account at the Bank is maintained or who exercises an ownership interest therein, as well as any assignee or successor in interest to the Account.

This Agreement includes the following disclosures applicable to the Bank's personal and business deposit accounts that the Bank has provided to you: (i) the Additional Banking Services and Fees, (ii) the rate sheets for interest bearing accounts, and (iii) any additional disclosures regarding your Account that the Bank may provide to you.

# Personal Checking Accounts and Personal Banking Packages

**Chase offers a wide range of accounts and banking packages to meet your everyday banking needs.**

## All our checking accounts feature:

- *Free access to more than 7,300 Chase ATMs nationwide*
- *Free access to over 2,600 convenient branch locations*
- *Free Chase Online$^{SM}$ Banking*
- *Free personalized voice, text and E-mail Alerts*
- *Free online check images*
- *Free online statements*
- *24/7 access to your account information*
- *Debit cards*

*Except as noted, each checking account:*

- *Is available only to individuals or unincorporated non-business associations*
- *Features check safekeeping, unlimited check writing, and free Chase Online$^{SM}$ Banking and free Chase Online$^{SM}$ Bill Payment*
- *Provides monthly statements*

**Chase Banking Packages**

### *Be rewarded for your relationships!*

Chase Banking Packages begin with a checking account. Add a savings account or other Chase account specified below to give you a wealth of special banking privileges.

- Depending on the package you select, link your checking, savings and CD accounts together for added benefits and services such as:
  - Higher interest rates
  - Additional accounts with no monthly Service Fee
  - And much more!
- Rely on Chase to help make sure all of your money is working together to reach the goals that matter most to you.

| **Chase Convenience Package** | *The Chase Convenience Package lets you take advantage of the ease and convenience of direct deposit while you build your financial future.* |

| | |
|---|---|
| PRIMARY ACCOUNT: | **Chase Free Checking**[SM] |
| BENEFITS: | • Free access to 7,300 Chase ATMs and 2,600 branches nationwide |
| | • Free Chase Online Banking including free personalized alerts and free online statements and check images |
| | • Free Chase Check Card |
| | • Free enrollment in Chase Visa® Extras Rewards Program |
| MINIMUM TO OPEN: | $25 |
| MONTHLY SERVICE FEE: | No Service Fee with a monthly direct deposit. |
| | Otherwise a $6 monthly Service Fee will apply. |
| STATEMENT OPTIONS: | • Check Safekeeping required: No fee[1] |
| | • Online statements available at Chase.com: No fee |
| INTEREST: | None |
| KEY PACKAGE ADVANTAGES: | • Link a Chase Savings[SM] account to this checking account and also enjoy the following benefits: |
| |    – The Service Fee for this savings account will be waived for the first 12 months from account opening by establishing automatic monthly transfers of $25 or more from your Chase checking account |
| |    – Receive a combined statement |
| |    – Your Chase Savings[SM] account can be used for overdraft protection |
| | • Chase offers no annual fee credit cards (subject to credit approval) with numerous options, such as cash back, rewards, travel and more. Link a Chase credit card to your primary checking account and get the following benefits: |
| |    – Transfer funds and make payments to your card online |
| |    – Your Chase credit card can be used for overdraft protection |

| **Chase Better Banking Package** | *The Chase Better Banking Package provides you with convenient, everyday banking services and features. You can choose to link additional Chase accounts, including savings, CDs, investments and loans, to help you meet your checking balance qualifiers.* |
|---|---|

| PRIMARY ACCOUNT: | **Chase Better Banking® Checking** |
|---|---|
| BENEFITS: | • Free access to 7,300 Chase ATMs and 2,600 branches nationwide<br>• Free Chase Online Banking including free personalized alerts and free online statements and check images<br>• Free Chase Better Banking Check Card<br>• Free enrollment in Chase Visa® Extras Rewards Program<br>• No fee money orders, official checks and travelers checks |
| MINIMUM TO OPEN: | $25 |
| MONTHLY SERVICE FEE: | No Service Fee in any statement period in which you:<br><br>  • Maintain a minimum ledger balance of $1,500 or more in this account; or<br>  • Keep an average ledger balance of $5,000 or more in this account or a combination of this account and any qualifying deposit, credit or investment accounts[2] linked with this account[3]<br><br>Otherwise, a $10 monthly Service Fee will apply. |
| STATEMENT OPTIONS: | • Check Safekeeping: No fee<br>• Online statements available at Chase.com: No fee<br>• Image Statement: $3 monthly fee[4]<br>• Check Enclosure: $3 monthly fee[4] |
| INTEREST: | Variable; earn interest each day when the collected balance is $2,500 and over. |
| KEY PACKAGE ADVANTAGES: | • Link a Chase Money Market Savings℠ account to this checking account and also get the following benefits:<br>  – Earn higher interest rates on your Chase Money Market Savings account when linked to an active Chase Better Banking Checking account[5]<br>  – The Service Fee for this savings account will be waived for the first 12 months from account opening by establishing automatic monthly transfers of $100 or more from your Chase checking account<br>  – Balances count toward waiving your monthly Service Fee on this checking account<br>  – Receive a combined statement<br>  – Your savings account can be used for overdraft protection<br>• Earn higher interest rates on your CDs when linked to this checking account.[6] For new and renewing CDs, see a Banker to make sure these accounts are linked and to take advantage of this higher interest rate.<br>• Chase offers no annual fee credit cards (subject to credit approval) with numerous options, such as cash back, rewards, travel and more. Link a Chase credit card to your primary checking account and get the following benefits:<br>  – Transfer funds and make payments to your card online<br>  – Outstanding balances count toward waiving your monthly Service Fee on this checking account<br>  – Your Chase credit card can be used for overdraft protection |

**Chase Premier Package**

*One of our best packages, the Chase Premier Package provides you with maximum value when combining an interest-earning checking account with your Chase savings, CD, investment, loan and mortgage balances.*

| | |
|---|---|
| PRIMARY ACCOUNT: | **Chase Premier Checking℠** |
| BENEFITS: | • Free access to 7,300 Chase ATMs and 2,600 branches nationwide |
| | • Free Chase Online Banking including free personalized alerts and free online statements and check images |
| | • Free Premier Check Card |
| | • Free enrollment in Chase Visa® Extras Rewards Program |
| | • Free Premier Checks[11] or a 50% discount on other personal check styles |
| | • Four non-Chase ATM transactions per statement period with no Chase fee[7] |
| | • Free small-size Safe Deposit Box[8] |
| | • No fee money orders, official checks and travelers checks |
| WHO IS ELIGIBLE: | Available to individuals. |
| MINIMUM TO OPEN: | $1,000 |
| MONTHLY SERVICE FEE: | No Service Fee in any statement period in which you: |
| | • Keep an average ledger balance of $15,000 or more in this account or a combination of this account and any qualifying deposit, credit or investment accounts[2] linked with this account[3] |
| | Otherwise, a $25 monthly Service Fee will apply. |
| STATEMENT OPTIONS: | • Check Safekeeping: No fee |
| | • Online statements available at Chase.com: No fee |
| | • Image Statement: $2 will be added to the monthly Service Fee |
| | • Check Enclosure: $2 will be added to the monthly Service Fee |
| INTEREST: | Variable; based on daily collected balance. |
| KEY PACKAGE ADVANTAGES: | • Link multiple Chase Premier Savings℠ accounts to your primary checking account and also get the following benefits: |
| |   – Earn higher interest rates on your Chase Premier Savings accounts when linked to an active Chase Premier Checking account[5] |
| |   – Monthly Service Fees waived on the Chase Premier Savings accounts |
| |   – Balances count toward waiving your monthly Service Fee on this checking account |
| |   – Receive a combined statement |
| |   – Your Chase Premier Savings account can be used for overdraft protection |
| | • Earn higher interest rates on your CDs when linked to this checking account.[6] For new and renewing CDs, see a Banker to make sure these accounts are linked, and to take advantage of this higher interest rate. |
| | • Receive an optional second Chase Premier Checking account ($100 minimum to open) with no monthly Service Fee when linked to this checking account. |
| | • Chase offers no annual fee credit cards (subject to credit approval) with numerous options, such as cash back, rewards, travel and more. Link a Chase credit card to your primary checking account and get the following benefits: |
| |   – Transfer funds and make payments to your card online |
| |   – Outstanding balances count toward waiving your monthly Service Fee on this checking account |
| |   – Your Chase credit card can be used for overdraft protection |

| | |
|---|---|
| **Chase Premier Platinum Package** | *The Chase Premier Platinum Package recognizes and rewards you with the best that Chase has to offer, including special interest rates, discounts, privileges and priority service.* |

| | |
|---|---|
| PRIMARY ACCOUNT: | **Chase Premier Platinum Checking**[SM] |
| BENEFITS: | • Free access to 7,300 Chase ATMs and 2,600 branches nationwide<br>• Free Chase Online Banking including free personalized alerts and free online statements and check images<br>• Premium checking interest rates<br>• Free personal-size checks in any style<br>• No Chase fee for non-Chase ATM withdrawals[7]<br>• No fee for overdraft protection transfers<br>• Free Premier Platinum Check Card<br>• Free enrollment in Chase Visa® Extras Rewards Program<br>• Free stop payment orders<br>• No fee for money orders, official checks or travelers checks<br>• No fee for incoming wire transfers<br>• Free small-size Safe Deposit Box[8]<br>• Optional sweep available to tax-advantaged money market mutual fund[2]<br>• Free ATM mini statement |
| WHO IS ELIGIBLE: | Available to individuals. |
| MINIMUM TO OPEN: | $5,000 |
| MONTHLY SERVICE FEE: | No Service Fee in any statement period in which you:<br>  • Keep an average ledger balance of $75,000 or more in this account or a combination of this account and any qualifying deposit or investment accounts[2] linked with this account[9]<br>Otherwise, a $35 monthly Service Fee will apply. |
| STATEMENT OPTIONS: | • Check Safekeeping, Check Enclosure or Image Statement: No fee<br>• Online statements available at Chase.com: No fee |
| INTEREST: | Variable; based on daily collected balance. |
| KEY ADVANTAGES: | • Link multiple Chase Premier Platinum Savings[SM] accounts to this checking account and also get the following benefits:<br>  – Earn higher interest rates on your Chase Premier Platinum Savings account when linked to an active Chase Premier Platinum Checking account[5]<br>  – Monthly Service Fees waived on the Chase Premier Platinum Savings accounts<br>  – Balances count toward waiving your monthly Service Fee on this checking account<br>  – Receive a combined statement<br>  – Your Chase Premier Platinum Savings account can be used for overdraft protection<br>• Earn higher interest rates on your CDs when linked to this checking account.[6] For new and renewing CDs, see a Banker to make sure these accounts are linked, and to take advantage of this higher interest rate.<br>• Receive up to two additional Chase Premier Platinum Checking accounts ($100 minimum to open) with no monthly Service Fee when linked to this checking account.<br>• Chase offers no annual fee credit cards (subject to credit approval) with numerous options, such as cash back, rewards, travel and more. Link a Chase credit card to your primary checking account and get the following benefits:<br>  – Transfer funds and make payments to your card online<br>  – Your Chase credit card can be used for overdraft protection |

| **Chase Workplace Package** |
|---|

*An exclusive package designed especially for employees of a Chase at Work partner business.*

| | |
|---|---|
| PRIMARY ACCOUNT: | **Chase Workplace Checking**[SM] |
| BENEFITS: | • Free access to 7,300 Chase ATMs and 2,600 branches nationwide |
| | • Free Chase Online Banking including free personalized alerts and free online statements and check images |
| | • Free first order of Chase at Work checks |
| | • Two non-Chase ATM transactions per statement period with no Chase fee[7] |
| | • Free Chase Check Card |
| | • Free enrollment in Chase Visa® Extras Rewards Program |
| WHO IS ELIGIBLE: | You must be employed by an eligible Chase at Work partner business. |
| MINIMUM TO OPEN: | $25 |
| MONTHLY SERVICE FEE: | No Service Fee with a monthly direct deposit of payroll. |
| | Otherwise, a $10 monthly Service Fee will apply. |
| STATEMENT OPTIONS: | • Check Safekeeping or Image Statement: No fee |
| | • Online statements available at Chase.com: No fee |
| | • Check Enclosure: $3 monthly fee[4] |
| INTEREST: | Variable; earn interest each day when collected balance is $2,500 and over. |
| KEY PACKAGE ADVANTAGES: | • Link a Chase Savings[SM] account to this checking account and also get the following benefits: |
| |    – No monthly Service Fee on the Chase Savings[SM] account |
| |    – Receive a combined statement |
| |    – Your Chase Savings[SM] account can be used for overdraft protection |
| | • Earn higher interest rates on your CDs when linked to this checking account.[6]  For new and renewing CDs, see a Banker to make sure these accounts are linked, and to take advantage of this higher interest rate. |
| | • Chase offers no annual fee credit cards (subject to credit approval) with numerous options, such as cash back, rewards, travel and more. Link a Chase credit card to your primary checking account and get the following benefits: |
| |    – Transfer funds and make payments to your card online |
| |    – Your Chase credit card can be used for overdraft protection |

8

# Specialty Personal Checking Accounts

**Chase offers a variety of specialty checking accounts to meet your banking needs.**

### All of these checking accounts:
- *Feature a minimum deposit of $25 to open*
- *Require check safekeeping for new accounts[1]*
- *Are non-interest bearing*

---

## High School Checking

*This account gives your children the independence to start managing their money while still giving you the tools to oversee the process.*

**KEY FEATURES:**
- Parent/Guardian has the ability to transfer funds from their account via Chase.com, phone, ATM or in-branch
- Visa® High School Check Card with spending controls

Note: Chase Online Bill Payment not available on this account.

**WHO IS ELIGIBLE:**
Individuals ages 15-18 with Parent/Guardian as a joint owner. Parent/Guardian must also have a linked qualifying Chase checking account[10] opened in the same geographic region. The student's account will convert to Chase Free Checking when he/she reaches 19 years of age.

**MONTHLY SERVICE FEE:**
No Service Fee by maintaining the linked qualifying Parent/Guardian account.

Otherwise, a $10 monthly Service Fee will apply.

---

## Chase College Checking[SM]

*This checking account is a smart choice for college students whose Parents/Guardians bank with us.*

**KEY FEATURES:**
When the Parent/Guardian maintains a linked qualifying checking account:[10]
- No fee for Chase Online Bill Payment[12]
- Two non-Chase ATM transactions each statement period with no Chase fee[7]

**WHO IS ELIGIBLE:**
College students age 18-24 at the time of account opening. (Parent/Guardian must also have a separate qualifying Chase checking account in the same geographic region.) The student's account will convert to Chase Free Checking five years after account opening.

**MONTHLY SERVICE FEE:**
No Service Fee for five years in any statement period in which you:
- Link with the qualifying Parent/Guardian checking account; or
- Maintain a daily ledger balance of $0 or greater during the statement period

Otherwise, a $10 monthly service fee will apply each statement period.[4]

**INACTIVITY FEE:**
$6 monthly fee if there are no customer generated transactions for a period of 180 days and the account ledger balance is below $250. (Not applicable for accounts opened in Texas and Wisconsin.)

# FOOTNOTES

**1**  Accounts transferred into this product type may retain Image Statement or Check Enclosure for a monthly fee of $3.00. A $5,000 monthly average ledger balance in this account will waive this fee.

**2**  Securities (including mutual funds and variable insurance products) and investment advisory services are offered through Chase Investment Services Corp. (CISC). Annuities and insurance products are provided by various insurance companies and offered through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, and Chase Insurance Agency Services, Inc., a division thereof. CISC, a member of NASD/SIPC, and CIA are affiliates of JPMorgan Chase Bank, N.A. Products not available in all states.

> NOT A DEPOSIT
> NOT FDIC-INSURED
> NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
> NOT GUARANTEED BY THE BANK
> MAY GO DOWN IN VALUE

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc. – Member NASD, which is an affiliate of JPMorgan Chase & Co. Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

**3**  Qualifying accounts for Chase Better Banking Checking or Chase Premier Checking include the following:
   a) Personal checking accounts, personal savings accounts, CDs, certain Retirement CDs, or certain Chase Retirement Money Market Accounts (balances in Chase Money Purchase Pension and Profit Sharing plans do not qualify);
   b) Outstanding balances in Chase first mortgage accounts (with servicing retained by Chase; must be in good standing), lines of credit (including credit card) and installment loans (lines of credit/loans must be in good standing);
   c) Chase Investment Services Corp. investment accounts (last investment statement balance, excluding balances in Chase Money Purchase Pension and Profit Sharing Plans), JPMorgan Funds accounts (prior end of month balances), annuity products (annuities made available through Chase Insurance Agency, Inc. (CIA) and Chase Insurance Agency Services, Inc.), and personal trust accounts (last business day of prior month).

**4**  A minimum $5,000 monthly average ledger balance in this account will waive the monthly Service Fee and Image Statement/Check Enclosure Fee for the statement period.

**5**  You are eligible for a higher interest rate on linked package savings accounts as long as your primary checking account in the package remains open and active. An active checking account is one that has at least one customer initiated transaction in a monthly statement cycle. The higher interest rate will be applied to your savings account throughout the next statement period. If your primary account is not linked or active, our standard interest rates will apply to your savings account throughout the next statement cycle.

**6**  You are eligible for a higher interest rate on linked CDs or Retirement CDs as long as your primary Chase Premier Platinum Checking, Chase Premier Checking, Chase Better Banking Checking or Chase Workplace Checking account is open at the time your CD opens or renews. If your primary checking account is not linked or open when your CD opens or renews, our standard interest rates will be applied to your CD for that term. CD rates are not adjusted before maturity.

**7**  Usage fee may be charged by the institution that owns the ATM. Additional fees may apply when using an ATM outside of the United States, Puerto Rico or the U.S. Virgin Islands.

**8**  3" x 5" box or smaller for no annual fee; discount on other sizes, subject to availability.

**9**  Qualifying accounts for Chase Premier Platinum Checking include the following:
   a) Personal checking accounts, personal savings accounts, CDs, certain Retirement CDs, or certain Chase Retirement Money Market Accounts (balances in Chase Money Purchase Pension and Profit Sharing plans do not qualify);
   b) Chase Investment Services Corp. investment accounts (last investment statement balance, excluding balances in Chase Money Purchase Pension and Profit Sharing Plans), annuity products (annuities made available through Chase Insurance Agency, Inc. (CIA) and Chase Insurance Agency Services, Inc.), and personal trust accounts (last business day of prior month).

**10**  Qualifying accounts for High School Checking or Chase College Checking exclude Chase Access Checking[SM], High School Checking and Chase College Checking.

**11**  Premier Checks include Select (Exclusive), Traditional and Guideline.

**12**  Optional Online Bill Payment available for $4.95 per month without qualifying parent checking account.

# Personal Savings and CD Accounts

**Chase savings and CD accounts are a safe and predictable way to save.**

## All savings accounts feature:

- Competitive interest rates
- The opportunity to link your savings and checking together to create a Chase Banking Package and help you waive monthly Service Fees
- Free Chase Online Banking with free online statements and E-mail Alerts
- The ability to use savings balances for overdraft protection

*Except as noted, each of these savings accounts:*
- *Has a minimum deposit of just $100 to open*
- *Features a variable rate of interest based on daily collected balances*
- *Has monthly statements when linked to checking*
- *Is available only to individuals or unincorporated non-business associations*

| | |
|---|---|
| **Chase Savings**<sup>SM</sup> | Whether you're saving for a vacation, a new car or a rainy day, this is the perfect place to begin. |
| **KEY FEATURES:** | • Earns interest on all collected balances<br>• Low minimum balance to avoid monthly Service Fee |
| **MINIMUM TO OPEN:** | $25 |
| **MONTHLY SERVICE FEE:** | No Service Fee in any statement period in which you:<br>    • Are in a Chase Workplace Package; or<br>    • Maintain a daily ledger balance of $300 or more in this account ; or<br>    • Are under 18 years of age<br><br>Otherwise, a $4 monthly Service Fee will apply.<br><br>The monthly Service Fee for this savings account will be waived for the first 12 months from account opening by establishing automatic monthly transfers of $25 or more from your Chase checking account. |
| **ADDITIONAL WITHDRAWAL FEE:** | First four withdrawals per monthly cycle at no charge; $3 for each withdrawal thereafter. (Waived for customers under 18 years of age.) |
| **STATEMENT PERIOD:** | Quarterly (monthly with Electronic Funds Transfer activity) |

## Chase Money Market Savings℠

Earn interest and write up to three checks per month, all with one convenient account.

| | |
|---|---|
| **KEY FEATURES:** | • Competitive, tiered interest rates with higher rates for higher balances in this account<br>• Limited check access<br>• Even higher interest rates when linked to an active Chase Better Banking or Chase Workplace Checking account as part of a Chase Banking Package |
| **MONTHLY SERVICE FEE:** | No Service Fee in any statement period in which you:<br><br>• Maintain a minimum ledger balance of $1,500 in this account<br><br>Otherwise, a monthly Service Fee of $12 will apply.<br><br>The Service Fee for this savings account will be waived for the first 12 months from account opening by establishing automatic monthly transfers of $100 or more from your Chase checking account. |
| **STATEMENT OPTION:** | Check Safekeeping required |

## Chase Premier Savings℠

*The perfect place for money you want to keep liquid, and keep working hard.*

| | |
|---|---|
| **KEY FEATURES:** | • Tiered interest rates reward you with higher rates for higher balances in this account<br>• Earn even higher interest rates when linked to an active Chase Premier Checking account as part of a Chase Premier Package |
| **MONTHLY SERVICE FEE:** | No Service Fee in any statement period in which you:<br>• Are in a Chase Premier Package; or<br>• Maintain a minimum ledger balance of $10,000 in this account during the monthly statement period<br><br>Otherwise, a monthly Service Fee of $15 will apply. |

## Chase Premier Platinum Savings℠

*Enjoy the rewards of one of our best savings accounts.*

| | |
|---|---|
| **KEY FEATURES:** | • Tiered interest rates reward you with higher rates for higher balances in this account<br>• Maximize your yields by consolidating balances into this account<br>• Earn higher interest rates when linked to an active Chase Premier Platinum Checking account as part of a Chase Premier Platinum Package |
| **MONTHLY SERVICE FEE:** | No Service Fee in any statement period in which you:<br><br>• Are in a Chase Premier Platinum Package; or<br>• Maintain a minimum ledger balance of $25,000 in this account during the monthly statement period<br><br>Otherwise, a monthly Service Fee of $20 will apply. |

## Chase Retirement Money Market Account

*As your balance increases, you earn higher rates – so you can just sit back and watch your retirement savings grow.  Ask your banker about additional Chase Retirement Account options.*

| | |
|---|---|
| **KEY FEATURES:** | • Tiered interest rates to reward higher balances in this account |
| | • Interest is paid on ledger balance |
| | • Additional deposits can be made at any time* |
| **FEES:** | *See below for applicable Retirement Plan Fees.* |
| **STATEMENT PERIOD:** | Balance information provided monthly when linked to a checking account. Transaction detail provided on monthly, quarterly or annual retirement plan statement (as applicable). |

## Chase Certificate of Deposit and Chase Retirement Certificate of Deposit Accounts

*Earn higher interest rates on a new or renewing Certificate of Deposit when linked to an active checking account. See your Banker to make sure these accounts are linked, and to take advantage of this higher interest rate.*

| | |
|---|---|
| **MINIMUM TO OPEN:** | The standard minimum deposit amount to open is $1,000. |
| **FEES:** | *See below for applicable Retirement Plan Fees for Chase Retirement Certificate of Deposit Account(s).* |
| | Refer to the General Account Terms and Conditions section for other features regarding these accounts. |

**RETIREMENT PLAN FEES:**

### IRA Annual Fee

Effective May 1, 2007, a fee of $30 will be charged annually on May 1 (or the first business day in May) for each Traditional IRA and Roth IRA plan you own unless at least one of the following applies to such plan as of April 30 (or last business day in April):

• you maintain a Chase checking account in the same market** as the IRA

• a contribution of $1,000 or more is made to the IRA during the last 12 months ending April 30 (or last business day in April)

• you are a Traditional IRA participant age 70 1/2 or older and are subject to taking Required Minimum Distributions from your Traditional IRA

• the balance in the IRA is $10,000 or more (including deposits and investments).

### Trustee-to-Trustee Transfer Fee

The fee for a Trustee-to-Trustee Transfer to another institution via a check or ACH is $50. If the transfer amount requested is less than 100% of the balance of your plan, the applicable fee will be deducted from your account(s). If the transfer amount requested is equal to 100% of the balance of your plan, the applicable fee will be deducted from the balance before the transfer is made.

---

\* The IRS limits the amount you can contribute to your retirement account each year. Check with your tax advisor for more information on these limits or call us.

\*\* Market is displayed on your checking account and retirement account statements.

# Business Checking Accounts and Business Packages

**Whether you're an established business or just starting up, Chase has business checking accounts and packages to meet your needs.**

### Our business checking accounts feature:

- *Minimum deposit of $100 to open*
- *Free Chase Business Check Card*
- *Chase Online℠ for Small Business*
- *Customized statements*
- *Online tax payment services and payroll payment services – ask us for details*

---

**Chase Business Packages**

*Add new business savings and personal checking accounts with no monthly service fee – and make all of your banking more convenient too.*

---

Chase business checking accounts are available as standalone accounts, or you can add other Chase accounts to create a Chase Business Banking Package that gives you:

- A personal checking account with no monthly Service Fee
- No monthly Service Fee on your linked savings account(s), and interest rate advantages on business savings and Certificate of Deposit accounts as well

### Earn interest on business checking accounts!

---

If your company is eligible, you can earn interest on most of the business checking accounts listed.  Interest rates are variable, based on daily collected balance and subject to change at Chase's discretion.

### A note regarding eligibility

---

- Business checking accounts (non-interest) are available to all businesses
- Business checking accounts with interest are available only to sole proprietors, nonprofit organizations and government entities, due to Federal regulation

14

*A simple, economical choice for businesses with low transaction needs.*

**Chase BusinessClassic℠ Packages**

| | |
|---|---|
| **KEY PACKAGE ADVANTAGES:** | • No monthly Service Fee on linked Chase Business Savings accounts |
| | • Interest rate advantage on linked Chase Business High Yield Savings accounts and Business CDs |
| | • No monthly Service Fee on a linked Chase Better Banking Checking account for your personal use |

### Chase BusinessClassic Checking

| | |
|---|---|
| **PRIMARY ACCOUNT:** | **Chase BusinessClassic Checking** |
| **KEY FEATURES:** | • Right choice for small and growing businesses |
| | • Low monthly Service Fee |
| | • Low average balance to avoid this fee |
| **MONTHLY SERVICE FEE:** (WITH STATEMENT OPTIONS) | No Service Fee when you maintain an average ledger balance of $5,000 or more in this account during the statement period.  Otherwise: |
| | $9  with Check Safekeeping |
| | $11 with Image Statement |
| | $13 with Check Enclosure |
| **TRANSACTION FEES:** | 200 free transactions[1] per month, $0.40 for each additional. |

| | |
|---|---|
| **PRIMARY ACCOUNT:** | **Chase BusinessClassic Checking with Interest** |
| **KEY FEATURES:** | • Beneficial for sole proprietorships, nonprofit organizations or government entities |
| | • Earn interest on your account |
| | • Low monthly Service Fee |
| | • Low average balance to avoid this fee |
| **MONTHLY SERVICE FEE:** (WITH STATEMENT OPTIONS) | No Service Fee when you maintain an average ledger balance of $5,000 or more in this account during the statement period.  Otherwise: |
| | $11 with Check Safekeeping |
| | $13 with Image Statement |
| | $15 with Check Enclosure |
| **TRANSACTION FEES:** | 200 free transactions[1] per month, $0.40 for each additional. |
| **INTEREST:** | Variable; based on daily collected balance. |

**Chase BusinessCustom℠ Packages**

*Link all of your BusinessCustom Checking accounts for greater flexibility and convenience and to help minimize fees.  Add a Chase Business High Yield Savings account to maximize earnings.*

KEY PACKAGE ADVANTAGES:

- No monthly Service Fee on linked Chase Business High Yield Savings accounts
- Interest rate advantages on linked Chase Business High Yield Savings accounts and Business CDs
- No monthly Service Fee on a linked Chase Better Banking Checking account for your personal use

PRIMARY ACCOUNT: **Chase BusinessCustom Checking**

KEY FEATURES:

- Earnings credit on your collected deposit balances in checking
- Combine your checking balances in multiple BusinessCustom accounts to help waive your monthly Maintenance Fee

MONTHLY MAINTENANCE FEE:
(WITH STATEMENT OPTIONS)

No Maintenance Fee when you maintain a combined average collected balance of $15,000 or more in this account and other linked Chase BusinessCustom Checking accounts during the statement period.  Otherwise:

$8   with Check Safekeeping per account

$10 with Image Statement per account

$12 with Check Enclosure per account

TRANSACTION FEES:

$0.15 for each check paid or other debit

$0.25 for each deposit made or other credit

$0.13 for each deposited item

EARNINGS CREDIT:

Variable; subject to change at Chase's discretion.  It is applied to the monthly average collected balance and used to offset fees for monthly maintenance, transactions, basic cash management and most additional banking services.

PRIMARY ACCOUNT: **Chase BusinessCustom Checking with Interest**

KEY FEATURES:

- Available to sole proprietors, nonprofit organizations or government entities
- Earn interest on your account
- Earnings credit on your collected balances in checking
- Combine your checking balances in multiple BusinessCustom accounts to help waive your monthly Maintenance Fee

MONTHLY MAINTENANCE FEE:
(WITH STATEMENT OPTIONS)

No Maintenance Fee when you maintain a combined average collected balance of $15,000 or more in this account and other linked Chase BusinessCustom Checking with Interest accounts during the statement period.  Otherwise:

$10 with Check Safekeeping per account

$12 with Image Statement per account

$14 with Check Enclosure per account

16

| TRANSACTION FEES: | $0.13 for each check paid or other debit |
| | $0.25 for each deposit made or other credit |
| | $0.13 for each deposited item |
| INTEREST: | Variable; based on daily collected balance |
| EARNINGS CREDIT: | Variable; subject to change at Chase's discretion.  It is applied to the monthly average collected balance and used to offset fees for monthly maintenance, transactions, basic cash management and most additional banking services.  Earnings credit is reduced by the amount of interest paid. |

| **Chase BusinessPlus® Packages** | *A unique package that rewards and recognizes your total Chase relationship, both business and personal.  Choose from three customized plans to suit your specific business checking needs.* |
| --- | --- |
| KEY PACKAGE ADVANTAGES: | • No monthly Service Fee on linked Chase Business High Yield Savings accounts<br>• Interest rate advantages on linked Chase Business High Yield Savings accounts and Business CDs<br>• No monthly Service Fee on a linked Chase Premier Checking account for your personal use<br>• Discounts on business credit services – some restrictions apply<br>• First order of business checks free – some restrictions apply |
| ELIGIBILITY: | • Must have a personal checking account<br>• Business checking accounts with interest are available only to sole proprietors, and nonprofit organizations |
| PRIMARY ACCOUNT: | **Chase BusinessPlus Checking** |
| KEY FEATURES: | • Three flexible plans – Plus, Extra and Premium – for any size business<br>• Use combined balances in personal and business accounts to eliminate monthly Maintenance Fee<br>• Qualify for better rates and pricing on business savings and loans<br>• Open a Chase Premier Checking account for your personal use with no monthly Service Fee |

| MONTHLY MAINTENANCE FEE:<br>(WITH STATEMENT OPTIONS) | **BusinessPlus Checking** | **BusinessPlus Checking with Interest** |
| --- | --- | --- |
| | No Maintenance Fee when you keep a combined average ledger balance of $8,000 or more in this account and other linked Chase BusinessPlus Checking accounts and a combined average ledger balance of $50,000 or more in this account and any qualifying business or personal deposit, credit and investment accounts.[2,3]  Otherwise: | |
| | $21 with Check Safekeeping | $23 with Check Safekeeping |
| | $23 with Image Statement | $25 with Image Statement |
| | $25 with Check Enclosure | $27 with Check Enclosure |
| | **BusinessPlus Extra Checking** | **BusinessPlus Extra Checking with Interest** |
| | No Maintenance Fee when you keep a combined average ledger balance of $12,000 or more in this account and other linked Chase BusinessPlus Checking accounts and a combined average ledger balance of $100,000 or more in this account and any qualifying business or personal deposit, credit and investment accounts.[2,3]  Otherwise: | |
| | $46 with Check Safekeeping | $48 with Check Safekeeping |
| | $48 with Image Statement | $50 with Image Statement |
| | $50 with Check Enclosure | $52 with Check Enclosure |

| MONTHLY MAINTENANCE FEE:<br>(WITH STATEMENT OPTIONS) | BusinessPlus Premium Checking | BusinessPlus Premium<br>Checking with Interest |
|---|---|---|

No Maintenance Fee when you keep a combined average ledger balance of $16,000 or more in this account and other linked Chase BusinessPlus Checking accounts and a combined average ledger balance of $300,000 or more in this account and any qualifying business or personal deposit, credit and investment accounts.[2,3] Otherwise:

| $96  with Check Safekeeping | $98  with Check Safekeeping |
|---|---|
| $98  with Image Statement | $100 with Image Statement |
| $100 with Check Enclosure | $102 with Check Enclosure |

**TRANSACTION FEES:**

| BusinessPlus Checking | BusinessPlus Checking with Interest |
|---|---|

250 free transactions[1] per month, $0.40 for each additional.

No cash deposit processing fees for the first $10,000 of cash deposited per month (see Business Deposit Express section for more information).

2 free outgoing domestic Wire Transfers per month; 2 free Stop Payments per month; 2 free Overdraft Protection transfers per month.

| BusinessPlus Extra Checking | BusinessPlus Extra Checking with Interest |
|---|---|

500 free transactions[1] per month, $0.40 for each additional.

No cash deposit processing fees for the first $20,000 of cash deposited per month (see Business Deposit Express section for more information).

4 free outgoing domestic Wire Transfers per month; 4 free Stop Payments per month; 4 free Overdraft Protection transfers per month.

| BusinessPlus Premium<br>Checking | BusinessPlus Premium Checking<br>with Interest |
|---|---|

1,000 free transactions[1] per month, $0.40 for each additional.

No cash deposit processing fees for the first $40,000 of cash deposited per month (see Business Deposit Express section for more information).

8 free outgoing domestic Wire Transfers per month; 8 free Stop Payments per month; 8 free Overdraft Protection transfers per month.

*Access to our full array of cash management products that make the most of your time and money.*

**Commercial Checking Packages**

---

**KEY PACKAGE ADVANTAGES:**
- No monthly Service Fee on linked Chase Business High Yield Savings accounts
- Interest rate advantages on linked Chase Business High Yield Savings accounts and Business CDs
- No monthly Service Fee on a linked Chase Better Banking Checking account for your personal use

---

**PRIMARY ACCOUNT:** Commercial Checking

**KEY FEATURES:**
- The right choice for businesses with high volumes and cash management needs
- Sophisticated cash management services like account reconciliation and controlled disbursement available
- Monthly fees can be reduced or eliminated by earnings credit

**MONTHLY MAINTENANCE FEE:** $14

**TRANSACTION FEES:**
$0.18 for each check paid or other debit
$0.55 for each branch deposit
$0.30 for each other deposit or credit
$0.16 for each on-us deposited item
$0.18 for each not on-us deposited item

**EARNINGS CREDIT:** Variable; subject to change at Chase's discretion.  It is applied to the monthly average collected balance (less reserves) and used to offset fees for monthly maintenance, transactions, cash management and additional banking services.

---

**PRIMARY ACCOUNT:** Commercial Checking with Interest

**KEY FEATURES:**
- Available to sole proprietors, nonprofit organizations or government entities with high volumes and cash management needs
- Use with cash management services
- Earnings credit offsets monthly and transaction fees

**MONTHLY MAINTENANCE FEE:** $14

**TRANSACTION FEES:**
$0.18 for each check paid or other debit
$0.55 for each branch deposit
$0.30 for each other deposit or credit
$0.16 for each on-us deposited item
$0.18 for each not on-us deposited item

**INTEREST:** Variable; based on daily collected balance.

**EARNINGS CREDIT:** Variable; subject to change at Chase's discretion.  It is applied to the monthly average collected balance (less reserves) and used to offset fees for monthly maintenance, transactions, cash management and additional banking services.  Earnings credit is reduced by the amount of interest paid.

# Specialty Business Checking Accounts

| | |
|---|---|
| **Chase Nonprofit BusinessClassic℠ Checking** | *Nonprofit organizations can save on fees with this economical account.* |
| **MONTHLY SERVICE FEE:** (WITH STATEMENT OPTIONS) | No Service Fee when you maintain a monthly average ledger balance of $5,000 or more in this account during the monthly statement period.  Otherwise: $5 with Check Safekeeping $7 with Image Statement $9 with Check Enclosure |
| **TRANSACTION FEE:** | 200 free transactions[1] per month, $0.40 for each additional. |
| **IOLTA** | *Lawyers Trust Account.* |
| **KEY FEATURES:** | • Account provided by state law for lawyers or law firms • No monthly Service or Transaction Fees |
| **MONTHLY SERVICE FEE:** | None |
| **TRANSACTION FEE:** | None |
| **INTEREST:** | Variable; based on daily collected balance.  Interest is paid to the applicable state association or foundation to fund public services. |
| **Client Funds Checking** | *Use earnings credit to reduce fees on funds managed in trust.* |
| **KEY FEATURES:** | • Ability to link up to 99 Client Funds Savings (sub-accounts) on a consolidated monthly statement • Checking fees are offset by earnings credit calculated on checking balances |
| **MONTHLY SERVICE FEE:** | $14 |
| **TRANSACTION FEES:** | $0.18 for each check paid or other debit $0.55 for each branch deposit $0.30 for each other deposit or credit $0.16 for each on-us deposited item $0.18 for each not on-us deposited item |
| **EARNINGS CREDIT:** | Variable; subject to change at Chase's discretion.  It is applied to the monthly average collected balance (less reserves) and used to offset fees for monthly maintenance, transactions, cash management and additional banking services. |

# FOOTNOTES

1   Transactions are all checks paid, other debits, deposits made, other credits and items deposited.

2   Qualifying accounts include checking accounts, savings accounts, CDs, certain Retirement CDs, certain Chase Retirement Money Market Accounts, outstanding balances in Chase first mortgage accounts (with servicing retained by Chase; must be in good standing), lines of credit (including credit card) and installment loans (lines of credit/loans must be in good standing; certain commercial lines of credit/loans excluded), Chase Investment Services Corp. investment accounts (last investment statement balance, excluding certain retirement plan balances), JPMorgan Funds accounts (prior end of month balances), annuity products (annuities made available through Chase Insurance Agency, Inc. (CIA) and Chase Insurance Agency Services, Inc.), and personal trust accounts (last business day of prior month) linked for pricing with this account is maintained during the monthly statement period.

3   Securities (including mutual funds and variable insurance products) and investment advisory services are offered through Chase Investment Services Corp. (CISC).  Annuities and insurance products are provided by various insurance companies and offered through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, and Chase Insurance Agency Services, Inc., a division thereof.  CISC, a member of NASD/SIPC, and CIA are affiliates of JPMorgan Chase Bank, N.A.  Products not available in all states.

> NOT A DEPOSIT
> NOT FDIC-INSURED
> NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
> NOT GUARANTEED BY THE BANK
> MAY GO DOWN IN VALUE

JPMorgan Funds are distributed by JPMorgan Distribution Services, Inc. – Member NASD, which is an affiliate of JPMorgan Chase & Co.  Affiliates of JPMorgan Chase & Co. receive fees for providing various services to the funds.

# Business Savings and CD Accounts

At Chase, it's easy to make a business savings account an integral part of your cash management plan.

**Our business savings accounts feature:**
- *Competitive interest rates*
- *Low average balances to avoid monthly Service Fees*
- *24 hour access*

| **Chase Business Savings**[SM] | *Start a savings program with this economical account.* |
|---|---|
| KEY FEATURES: | • Low fees and low average balance requirements to avoid monthly Service Fees<br>• Use account balances as overdraft protection on business checking |
| MINIMUM TO OPEN: | $500 |
| MONTHLY SERVICE FEE: | No Service Fee with an average ledger balance of $500 or more in this account during the statement period or if linked in a BusinessClassic Checking Package.<br><br>Otherwise, $5. |
| TRANSACTION FEES: | • $3.00 withdrawal fee for each withdrawal over four (4) per month<br>• $0.20 deposited item fee for each deposited item over 10 per month |
| INTEREST: | Variable; based on daily collected balance. |

## Chase Business High Yield Savings

*Featuring premium interest rates for business savings accounts.*

| | |
|---|---|
| **KEY FEATURES:** | • Tiered interest rates that increase as your balance grows |
| | • Limited check writing access |
| | • Relationship rates when linked to any business package |
| **MINIMUM TO OPEN:** | $10,000 |
| **MONTHLY SERVICE FEE:** | No Service Fee with an average ledger balance of $10,000 or more in this account during the statement period or if linked to a BusinessCustom, BusinessPlus or Commercial Checking Package. |
| | Otherwise, $15. |
| **TRANSACTION FEES:** | $0.20 deposited item fee for each deposited item over 30 per month. |
| **CHECK ACCESS:** | Up to 3 per month |
| **INTEREST:** | Variable; based on daily collected balance. |

## Client Funds Savings

*When linked to a Client Funds Checking account, it simplifies record keeping for funds held in trust.*

| | |
|---|---|
| **KEY FEATURES:** | • No fees |
| | • Funds accessed only through Client Funds Checking account |
| **MINIMUM TO OPEN:** | $100 |
| **MONTHLY SERVICE FEE:** | None |
| **TRANSACTION FEES:** | None |
| **INTEREST:** | Variable; based on daily collected balance. |

## Certificate of Deposit Accounts

*Earn higher interest rates on a new or renewing CD when linked to selected checking accounts. See your Banker to make sure these accounts are linked, and to take advantage of this higher interest rate.*

Refer to the General Account Terms and Conditions section for other features regarding these accounts.

# General Account Terms and Conditions

## Deposits or Cashed Items:

Checks, drafts and other negotiable instruments, including substitute checks (see the section of this booklet entitled Check 21–Substitute Checks and Your Rights) (collectively "checks") deposited to your Account or cashed, automated clearinghouse ("ACH") entries and all other types of external and book-entry funds transfers (checks and funds transfers collectively referred to herein as "items"), may be charged back against the Account (or an Account for split deposits) or any other Account of yours at the Bank if we are informed that the item is being or has been returned unpaid (or, for checks drawn on other accounts with us, the check is dishonored by us for any reason), without regard to whether such return or dishonor is timely. We may charge your Account whether or not the check is returned to us, and whether or not we can return the item or a copy to you. Even if we verify a deposited or cashed check and tell you that the check has been paid, that will not release your liability as an endorser. This right shall extend to any check or other item deposited into your Account or cashed, that is finally paid and then is returned because a claim is made that the check or other item was altered, forged, unauthorized, has a missing signature or should not have been paid for any reason. In lieu of charging your Account we may withhold an amount equal to such check or other item from your Account until a final determination of the validity of such claim has been made. We have no duty to return a check that has been charged back to an Account if that Account has become overdrawn. We are not required to give you next-day notice if a deposited or cashed item is dishonored.

Any check deposited to your Account that lacks an endorsement may be, or may be deemed to be, endorsed by us on your behalf. With respect to any such check, our rights and your liabilities shall be determined as though you actually endorsed and deposited the item. Further, any check deposited to your Account that bears your stamped or facsimile endorsement shall be deemed to bear your actual endorsement whether such endorsement was affixed by you or by someone having no authority to supply your endorsement. You agree to assume responsibility for and to indemnify us for any loss we may incur as a result of your failure to comply with the endorsement standards set forth in our Endorsement Standards section of this Agreement.

We may rely on the account number on any deposit record received, even if the record identifies a party different from the entity identified by name in the record, and we have no duty to detect any such inconsistency in identification.

We may return or refuse to accept all or any part of a deposit or credit to your Account at any time and will not be liable to you for doing so even if such action causes outstanding items to be dishonored and returned. Refused deposits will be returned to you. You must not deposit any substitute checks (other than those that are deposited return items) unless we specifically agree to accept such deposit. In the event we accept any substitute check for deposit, you agree that such acceptance shall not be deemed to be our agreement to accept any other substitute checks for deposit. In addition, you will be solely responsible for any loss or liability we sustain in connection with the deposit of substitute checks.

We will not give you next day notice of receipt of an electronic deposit to your Account but will provide such notice to you on your next periodic Account statement. You may call us to confirm an ACH or wire transfer deposit.

## Credits for Deposits:

A receipt may be provided or made available upon request for all deposits to your Account (except for remote deposits, e.g., lockbox, night depository services and certain funds transfers). However, the amount on your deposit receipt is based solely on your deposit ticket. Funds from your deposits to your Account may not be made immediately available. We shall not be construed to have received for deposit checks sent by mail or placed in the night depository until we have either received actual delivery from the U.S. Postal Service or have removed the checks from the depository. Checks placed in such depository will be removed not later than the next business day. All deposits made by mail and addressed to a Bank location without using a specific branch name and street address will be considered received by the Bank's National Bank-By-Mail facility in Louisville, KY as of the date such deposit is received by such facility. For checking accounts, funds will be made available according to Federal Reserve Regulation CC and our Funds Availability Policy. Credits for all deposits are subject to final verification and, after review, we may make adjustments to your Account for any errors, including any errors appearing on your deposit ticket, but have no obligation to do so for discrepancies under ten dollars. In addition, the availability of funds for withdrawal does not mean that the deposited check or other item is "good," has "cleared" or has been paid by the paying bank, or that the item will not be returned unpaid and your Account subsequently debited, notwithstanding the passage of any period of time or any representation or belief to the contrary.

We need not accept for deposit items drawn on a non-U.S. bank or items payable in a foreign currency and may instead accept such items on a collection basis, even after we have taken physical possession of such items. If accepted on a collection basis, we will not be obligated to credit your account for such items until we have received final payment. The actual credit for items payable in a foreign currency will be at the exchange rate in effect at the time of final collection in U.S. dollars. Regardless of whether such items are accepted for deposit or on a collection basis, our Funds Availability Policy will not apply.

23

**Collection of Deposits:**

You agree that we act only as your collecting agent in receiving items for deposit or collection and assume no responsibility beyond reasonable care. We will use reasonable care in the selection of collecting agents but will not be liable in case of their failure or negligence or for losses in transit.

You agree that we, and each of our correspondents, may send checks subject to collection, directly or indirectly, to any bank, depository, maker or drawee in accordance with our usual custom and may accept checks, drafts or credits as conditional payment.

You agree to use reasonable care to assist us in locating or obtaining replacements of items lost while in our possession. We may agree with other banks and clearing houses to vary procedures regarding the collection or return of items, and deadlines to the extent permitted by applicable law.

**Withdrawal Procedures and Limitations:**

In accordance with the features of your Account, you agree that we may charge your Account for any withdrawal or transfer that you make or authorize another to make. We may, as a condition of withdrawal, require you to provide us with identification or information acceptable to us and/or your signature on certain withdrawal documents signed in the presence of our personnel.

Federal regulations impose limitations on transfers from savings accounts and we are required to monitor your compliance with them. You may make no more than six (6) preauthorized withdrawals (including, but not limited to, withdrawals made by ACH, telephone, Internet, or wire) monthly, no more than three (3) of which may be by check or similar order payable to a third party, from your savings account. These limitations do not apply to withdrawals made through Automated Teller Machines, over-the-counter, mail or messenger. We will impose a Savings Withdrawal Limit Fee for each transfer that exceeds these limits. In addition this transfer may also invoke a Transaction Fee for Chase Savings accounts for having exceeded applicable withdrawal limits. If you continue to exceed any transfer limits on your Account after we have notified you of any such transfer violation, we will close your Account and transfer the funds to another deposit account type selected by us for which you are eligible or eliminate your Account's transfer and check privileges.

For all savings accounts, interest bearing checking accounts and holding sub-accounts, we reserve the right to require seven (7) days prior written notice of withdrawal. In addition, any personal checking account for which a one time promotional payment to or for the account is made by us as a premium or other consideration upon account opening will cause such account to be considered an interest bearing checking account for this Agreement (and, for statutory purposes, a NOW account) and subject to the potential seven-day withdrawal notice requirement, even though such account may not accrue interest on a periodic basis.

**Payment and Deposit of Checks:**

You agree not to issue incomplete, postdated or conditional checks or present them for deposit to your Account. Also, we have no duty to discover, observe or comply with incomplete, postdated, conditional checks or checks more than six months old, nor shall we have any liability for accepting for deposit, paying, refusing to pay or rejecting any of such items. *We may charge a person who cashes your check a fee, or refuse to cash your check, if that person is not a deposit or loan customer of ours.*

We have no duty to honor and we may disregard any information on a check other than the identification of the payor bank and payee, the amount (numeric over words if contradictory) and any MICR encoded information, and specifically have no duty to visually inspect signatures. We may construe as "or" any symbol, mark or word (other than the word "and") used as a connective, or may imply an "or" in the absence of any connective, on the payee line of any check containing multiple payees. In addition, for both personal and business Accounts, we may debit an Account based on a single signature, and a multiple-signature requirement is for the customer's internal use only, notwithstanding any communication to us to the contrary.

You agree that if you utilize an automatic check writing service which operates through the use of a personal computer, employ the use of a facsimile signature or do not otherwise provide your personal signature on a check, you agree that you shall have the sole responsibility for maintaining security of any such computer, stamp or device by which your signature is affixed and that you shall bear the entire risk of unauthorized use of any such device or of any facsimile signature that reasonably resembles the signature you use, whether or not you are negligent. You also agree that the treatment of each check presented against your Account through the use of such a service and our rights and obligations with regard to such check will be the same as if the check was signed or initiated personally by you. You further agree to indemnify and hold us harmless from and against any and all loss, cost, damage, liability or expense (including attorneys' fees) we may suffer or incur as a result of the unlawful use, unauthorized use or misuse by any person of any such device or of any facsimile signature that reasonably resembles the signature you use.

Your Account may be debited on the day a check is presented by electronic or other means, or at an earlier time based on notification received by us that such check drawn on your Account has been deposited for collection at the Bank or at another financial institution. A determination of your Account balance for purposes of making a decision to dishonor a check for insufficiency of available funds may be made at any time between the receipt of such presentment or notice and the time of return of the check, and no more than one such determination need be made. If the Bank dishonors any check, we shall treat any subsequent representment the same as the original presentment in all respects (including imposing an additional Insufficient Funds or Returned Item Fee if

applicable), and shall have no duty to take any steps to prevent representations of such checks.

## Check and Forms Specifications/ Protection of Documents:

All checks, withdrawal forms, deposit slips and transfer instructions used in connection with your Account must be on forms obtained through or approved by us. You agree to maintain adequate safeguards to ensure the authorized use of the forms you retain, and agree to notify us immediately if you become aware that any checks or other forms are lost or stolen. We are not responsible for losses you may suffer due to improper printing on forms not obtained through or approved by us, your failure to maintain adequate safeguards against unauthorized use, or your failure to issue checks in a manner so as to prevent unauthorized completion, alteration or addition. You agree that we may refuse to accept for deposit or to process any check or other item that is presented to it in a form that cannot be processed or photographed using equipment that we regularly use in our normal operations.

## Insufficient Funds:

We have no obligation to pay or honor any item or withdrawal request unless it is drawn or requested against available funds credited to your Account at the opening of business on the day the item is presented for payment or the request is received, even if we paid an item or honored a withdrawal request drawn or requested against insufficient funds in the past. If we pay an item or honor your request that overdraws your Account, a deposited item has been returned unpaid, or for any other reason your Account has become overdrawn, you agree to pay the amount of the overdraft together with any fee and accrued interest identified in this Agreement immediately, whether or not you signed or requested the withdrawal or participated in the transaction creating the overdraft.

You hereby authorize us to apply any subsequent deposit to the Account against the amount of any overdraft and resulting fees or charges, including any federal or state benefit payments that you choose to deposit in any Account (including direct deposit of Social Security). You understand and agree that if you do not want your benefits applied in this way, you may change your direct deposit instructions to the benefits payor at any time.

Items will be posted to your Account in highest to lowest dollar amount each business day (Monday through Friday, federal holidays not included). However, certain transactions like wire transfers may be posted before others. We reserve the right to change this posting order without notice. We may assess a fee for any item or withdrawal request, such as a check, in person withdrawal, ATM withdrawal, or other electronic means, when there are insufficient funds in your Account based upon the posting method identified above, whether or not the item is paid or the request honored, or whether or not an overdraft to your account has occurred. We may

assess an additional fee for overdraft balances that are not promptly repaid and/or charge interest for any overdraft on your Account. You agree to pay all costs and expenses, including attorney's fees, incurred by us in the collection of any overdraft.

## Returned Item and Insufficient Funds Fees:

Insufficient Funds and Returned Item Fees will be assessed based on the number of "Occurrences" in the previous twelve (12) months plus the current month. An Occurrence happens any business day that at least one item is presented or withdrawal request is made against an account with insufficient funds, whether or not we honor any or all of the items or withdrawal requests. In general, the more Occurrences you have on your account, higher fees will be charged on each item. For example, on your second Occurrence you may pay a higher per item fee than you paid on the first Occurrence.

It is your responsibility to manage your account to avoid having insufficient funds. See a banker to learn about overdraft protection options available to you, or see the Overdraft Protection Agreement for specific information about this service. We also offer Personalized Alerts to keep you informed about the balance and transactions in your account.

## Specific Terms for Certificates of Deposit:

The standard minimum deposit amount to open a Certificate of Deposit ("CD," which term shall include Retirement CDs unless otherwise identified below) is $1,000. Subsequent deposits are not permitted except during the ten-day grace period. By opening your CD, you have agreed to keep the funds on deposit for the agreed upon stated term.

*Maturity Conditions.* For automatically renewable CDs, your CD will automatically renew for the same time period as the initial term, and thereafter for successive like periods of time, with an interest rate then in effect on the renewal date for like term CD to be applicable during such time period. This will not apply if you withdraw your funds during the ten-day grace period following the maturity date. Withdrawals made during the grace period are not subject to early withdrawal penalties described below. If your CD is redeemed during the ten-day grace period, it will not earn interest after the maturity date. For single maturity CDs, your CD will not automatically renew on the maturity date. No interest is earned or paid after the maturity date.

*Early Withdrawal Penalties.* **There is a penalty for withdrawing funds prior to the maturity date.** If the term of the CD is less than 365 days, the early withdrawal penalty is equal to $25.00 plus 1% of the amount withdrawn. For terms of one year or more, the early withdrawal penalty is equal to $25.00 plus 3% of the amount withdrawn. If the withdrawal occurs within seven (7) days after the date of deposit, the amount of the early withdrawal penalty shall be calculated as above, but in no event shall it be less than the accrued interest. Early withdrawal penalties may require

a reduction in the principal amount if the amount of accrued and unpaid interest on the deposit is less than the penalty. Early withdrawal penalties will be waived under the following circumstances:

- Withdrawal of accrued or paid interest;
- Withdrawal due to the death of a CD owner (including Totten Trust) or a grantor of a revocable family/living trust;
- Withdrawal due to the disability of a CD (excluding Retirement CD) owner*;
- Withdrawal due to the disability of a Retirement CD owner;
- Withdrawal due to the judicial determination of legal incompetence of a CD owner;
- Re-titling of a CD (excluding Retirement CD) to transfer ownership of funds into a living trust without moving funds from the Bank and where no change in term or rate occurs;
- Re-titling of a Retirement CD in a Coverdell Education Savings Account to change beneficial owner without moving the funds from the Bank and where no change in term or rate occurs;
- Withdrawal by a Retirement CD owner who is 59$^1$/$_2$ or older where the funds are taken as a distribution by the Retirement CD owner via cash, check, deposit or transfer to a non retirement account. Excludes transfers to another financial institution. (The withdrawal will be reported to the IRS as a retirement distribution.);
- Withdrawal by a Retirement CD owner who is under age 59$^1$/$_2$ for these reasons as defined by section 72 (q), (t) or (v) of the Internal Revenue Code:
  - Payment of health insurance premiums after separation from employment*;
  - Payment of medical expenses in excess of 7.5% of the retirement owner's adjusted gross income*;
  - Payment of qualified education expenses*;
  - Payment of first-time home purchase expenses*;
  - Payment of retirement funds directly to the IRS due to the IRS levy*;
  - Substantially equal periodic payments*;
- Withdrawal by a Retirement CD owner who is revoking their Traditional or Roth IRA within seven days of plan establishment (must forfeit accrued interest);
- Withdrawal from a Retirement CD of an excess annual retirement contribution and any attributable earnings*;
- Withdrawal by a Retirement CD owner converting a Traditional IRA contribution to a Roth IRA contribution without moving funds from the Bank and where no change in term or rate occurs;
- Withdrawal by a Retirement CD owner recharacterizing (changing) a Traditional IRA contribution to a Roth IRA contribution or vice versa without moving funds from the Bank and where no change in terms or rate occurs;

- Withdrawal of a Retirement CD in a Money Purchase Pension Plan or Profit Sharing Plan by a Retirement CD owner for the purpose of a Direct Rollover to a Traditional IRA without moving funds from the Bank and where no change in terms or rate occurs.

*Except during the first seven days following account opening, in which case the penalty must always be applied.

## Stop Payments:

You may stop payment on a check drawn on your Account if we have not accepted, certified, made final payment on or otherwise become accountable for the item. Any joint owner may order us to stop payment on any check drawn on your Account. To stop payment on a check, please call us at the phone number listed in the Address and Telephone Numbers section.

You must provide us with the precise Account and check number/amount to allow us to identify the check based upon our computer retrieval system standards. A stop payment order shall become effective not later than one full business day after we have received such information, which you agree is a reasonable time. If a cashier's check, teller's check ("official check") or certified check is lost, destroyed or stolen, you may assert a claim to the amount of the check if you give us a declaration of loss statement in a form acceptable to us and the check has not been presented for payment for 90 days from the issue date or in the case of certified checks, from the date of acceptance.

For personal Accounts, an oral or written stop payment order is effective for 180 calendar days unless renewed orally or in writing before the 180-day period expires. We will not send a confirmation of your stop payment order. For business Accounts, an oral or written stop payment may be placed for two lengths of time. You may place a stop payment order to be effective for 180 calendar days or you may place a stop payment order to be effective for one year and then renewable annually, at your choice, for six additional years. We may send you a written confirmation of your stop payment order. If any of the information on the confirmation is incorrect, you must notify us within the time period stated on the confirmation. If you do not do so, the information will be presumed to be correct. You will receive a 60 to 90 day advance notification of stop payments scheduled for renewal on your business Account statement. You may request at that time to discontinue the renewal of a stop payment by indicating the stop payment you wish to revoke and returning the notice portion of the statement, with an authorized signature, to the address provided. For personal and business Accounts, when the effective period of the stop payment order expires, we have no duty or obligation to notify you before we pay the item.

If you stop payment on a check drawn on your Account, you may still be obligated to pay such item to any party entitled to enforce it pursuant to applicable state law.

## Statements:

### (for Retirement CDs and Retirement Money Market Accounts refer to your IRA/CESA or QRP plan document)

We will maintain appropriate records of your Account. An Account statement for checking and savings accounts will be sent to you at your current address listed on our books and records on a monthly basis, unless there has been no deposit or withdrawal made to the account within a 12 month period, in which case annual statements will be sent, or unless otherwise specifically indicated in the Personal Accounts or Business Accounts and Services sections of this Agreement. Statements will be sent via ordinary U.S. mail, unless you and the Bank agree otherwise.

We may change your postal address of record if we receive an address change notice from the U.S. Postal Service or if we receive information from another party in the business of providing correct address information that the address in our records no longer corresponds to your address.

As used in this Agreement, the monthly statement period means the time period covered by your Account statement. This time period may or may not correspond to a calendar month but in most cases will not exceed 32 days or be less than 28 days. The specific dates covered by your Account statement will be set forth in the statement.

## Check Enclosure Options:

If, at your election or your Account features so require, we retain your cancelled checks and do not return them with your Account statement, you acknowledge that the original cancelled checks may be destroyed after a reasonable period of time as determined by us. You agree that by maintaining the original check or a copy thereof on your behalf, we have otherwise made the check available to you in a reasonable manner. You may request a copy of any cancelled check and a service charge may be imposed for each copy provided. If for any reason we cannot return a copy of your check or satisfy your needs through other means, you agree that we will not be liable for more than the face amount of the check.

If available, when we retain your cancelled checks, you may request that we include images of the front of your cancelled checks with your statement ("Image Statement"). However, you may elect to neither have your cancelled checks nor images thereof included with your statement ("Check Safekeeping") and unless the terms of your Account require Check Safekeeping, you may elect to have your checks returned with your Account statement ("Check Enclosure") rather than receiving images thereof.

Some merchants, utilities and other billers may elect to convert your check into an electronic funds transfer. Since we do not receive your check, neither a canceled check nor its image is available from us. Additionally, we may elect to receive electronic images from other banks or financial institutions in lieu of original

checks. If we receive an electronic image for payment, this image will appear with other cancelled checks on your Image Statement, however the canceled check is not available from us.

If you have elected to have your checks returned in your statement for the first checking account listed on your statement, then all other checking accounts listed in your statement will require Check Safekeeping (for business accounts, you may elect Check Enclosure option for all checking accounts). If the first checking account election is Image Statement, then other checking accounts will default to Image Statement, unless Check Safekeeping is elected or required by the terms of that account. If the first checking account has Check Safekeeping, then all other identified checking accounts will require Check Safekeeping as well.

## Notification of Errors, Forgeries and Unauthorized Signatures:

### (for Retirement CDs and Retirement Money Market Accounts refer to your IRA/CESA or QRP plan document)

You agree to reconcile your statement promptly upon receipt. If we honor a check or other item drawn on or posted to your Account that is altered in any way or was not drawn or otherwise authorized by you ("unauthorized item") or if your Account statement contains any errors, you agree to notify us in writing of such unauthorized item or error within 30 days of the date on which the unauthorized item, or the Account statement that contained a description of the unauthorized item or error, was mailed, transmitted or otherwise made available to you. You must notify the Bank in writing of any unauthorized, improper, or missing endorsements within six (6) months after the Account statement is mailed, transmitted or made available to you. You agree to provide us with all information necessary for us to investigate the alleged error or unauthorized item, associated police reports, supporting affidavits, and testimony we reasonably request. Failure to report an unauthorized item or error, or that you did not receive your scheduled statement, within the 30-day time frame set forth above, or to abide by the conditions set forth herein,  shall be deemed conclusive proof that you failed to exercise reasonable care and promptness in examining the items and statements of the affected Account and in notifying us of the unauthorized item or error. You agree that such items and errors shall therefore be fully enforceable against you and you shall have no claim against us for same and shall be barred from bringing any action against us that is in any way related to the unauthorized item or errors.

Notwithstanding the foregoing, the Electronic Funds Transfer Services section of this Agreement governs the reporting of errors on consumer electronic funds transfers governed by Federal Reserve Board Regulation E. You also have those rights afforded to you under federal law for substitute checks. Please see the Check 21 section of this Agreement for more information.

## Sub-Accounts:

For accounting purposes, all checking accounts consist of two sub-accounts: a transaction sub-account to which all financial transactions are posted, and a holding sub-account into which available balances above a preset level are transferred daily. Funds will be retransferred to your transaction sub-account to meet your transactional needs; however, all balances in the holding sub-account will be transferred to the transaction sub-account with the sixth transfer in any calendar month or monthly statement period.

Both sub-accounts are treated as a single account for purposes of your deposits and withdrawals, access and information, tax reporting, fees, etc.

## Linked Accounts:

For checking and savings accounts, you may elect to have these accounts appear on a single statement. Many checking accounts permit you to link other accounts you may have with us or our affiliates to help waive the monthly Service Fee for that checking account based upon the balances you keep in those other accounts. These other accounts need not be included on your statement for those pricing benefits to apply. However, if you have multiple checking accounts listed on your statement, pricing benefits shall only apply for the first checking account listed. In addition, balances held in any particular account may only be used for pricing benefits applied for one checking account. Note: we will not automatically place accounts on one combined statement or link accounts for pricing; you must take authoritative action to do so.

Since accounts with at least one common owner can be included on an account statement, you agree that information regarding your Account may be made available to any other owner on any of the accounts that are identified on that statement.

## Interest:

### *Checking and Savings Accounts*

Your Account, if designated as interest bearing, will be a variable rate account on which we may change the interest rate and annual percentage yield from time to time at our discretion without notice to you. We do not impose a limit on the amount the interest rate and annual percentage yield on your Account may change. If you have requested your Account not to accrue interest on a periodic basis, we will not establish or maintain an interest rate for the Account until such time as you have requested the Account to begin earning interest.

Interest begins to accrue no later than the business day we receive credit for the deposit of non-cash items. For purposes of accruing interest, we use the daily balance method. This method applies a daily periodic rate to the principal balance in your Account each day, which may be based either on collected or ledger balances as set forth in the product features for your Account. The collected balance is the balance of all deposits in your Account on which we have received credit for the deposited funds (determined by the availability schedule of our Federal Reserve Bank for non-cash items). The ledger balance is the balance in your Account without regard to credit or availability. Interest for Chase Retirement Money Market Accounts with interest distributions will not compound and will credit on the distribution date. For all other interest bearing Accounts, interest is credited and compounded monthly. On personal Accounts, interest is computed on a 365-day basis. We reserve the right not to pay interest on any deposited item that is returned to us unpaid.

The interest rate and annual percentage yield applicable to your Account on the date your Account is opened will be set forth on a separate "rate sheet" or other interest rate disclosure provided to you when your Account is opened. That interest rate disclosure is considered a part of this Agreement.

### *Certificates of Deposit*

We use the daily balance method to calculate interest on your CD. This method applies a periodic rate each day to the principal balance. Interest begins to accrue on the business day you deposit cash or non-cash items. Interest for CDs is calculated on a 365-day basis, although some business CDs may calculate interest on a 360-day basis. The APY disclosed on the face of your Deposit Receipt, which is considered part of this Agreement and, if applicable, on the maturity notice, assumes interest will remain on deposit until maturity. On maturities of more than one year, interest will be paid at least annually. The amount(s) paid (or accrued, if interest is payable at maturity) will be reported to the IRS each calendar year (excludes Retirement CDs). A withdrawal will reduce earnings.

## Record Retention:

We shall abide by federal and applicable state record retention laws and may dispose of any records that have been retained or preserved for the period set forth in these laws. Any action by or against us based on, or the determination of which would depend on, the contents of records for which a period of retention or preservation is set forth in these laws shall be brought within the time for which the record must be retained or preserved, unless applicable law provides a shorter limitation period. Any action against us on an automatically renewable CD must be brought within the retention period applicable to that CD based on the stated maturity date in the most recent record evidencing the existence and term of the CD.

## Fees and Service Charges:

You agree to pay the monthly service fee, transaction fees, fees or interest charges for insufficient funds and stop payments, and all other applicable service charges or fees identified herein as

applicable to your Account, or which may be otherwise mutually agreed upon by you and the Bank. You authorize us to charge your Account for these fees and service charges at any time whether or not such fees or charges will result in an overdraft of your Account or, where there are not sufficient funds in your Account to cover your fees and service charges, to bill you separately. You acknowledge and agree that the funds in your Account used to pay such fees and service charges may include any federal or state benefit payments that you choose to deposit in any Account (including direct deposit of Social Security). You understand and agree that if you do not want your benefits applied in this way, you may change your direct deposit instructions to the benefits payor at any time.

## Form of Account Ownership:

### *Personal Accounts*

Where only one individual is designated or appears on a signature card as the owner of such account, then we may treat the Account as a solely owned account. In the event of your death or adjudication of incompetence or interdiction, you agree that we have the right to honor checks or other items drawn against your Account until ten days after we receive actual written notice of your death, incompetence or interdiction.We may restrict access to your account upon notice of your death or adjudication of incompetence or interdiction until the appropriate documentation reasonably requested by us, including a death certificate, is provided by your executor, administrator or other representative of your estate or person. To the extent and under the circumstances permitted by the laws of the state listed on the front of this booklet, upon receipt of actual written notice and proof of your death, the balance in your Account will be paid to the person or entity you designate to "pay on death" ("POD") or you designate as a POD payee or beneficiary on your Account's signature card or on a form provided by us.

Unless your signature card or account opening documents so designate, where two or more individuals are designated or appear on a signature card as owners of such Account, then as between them, we will treat the owners as joint tenants with rights of survivorship. For any joint account where a joint owner has died, we reserve the right not to release funds in the account until all legal documents are delivered to us. You agree to notify us of the death of any joint owner and to reimburse us for any tax we may be required to pay by reason of our payment or release of funds in the account to you.

Any joint owner may close the account. We may, at our sole discretion, act upon such other instructions of any joint owner, including withdrawing funds or adding a signatory to the account, without the signature of the other joint owner. However, we are under no obligation to observe such instruction, and may do so or refuse to do so without liability. We may also pay all or any part of the funds in the account to any of the joint owners upon request of that joint owner or to a court of governmental agency upon receipt of a garnishment order, tax levy or similar legal process identifying any one of the joint owners.

All joint owners will be jointly and severally liable for all overdrawn accounts, whether or not that particular owner initiated a withdrawal request or other transaction drawn against insufficient funds which we honored, withdrew funds credited to an account which were made available based upon a deposited item which was subsequently returned unpaid, or whether such owner received benefit from a transaction which resulted, directly or indirectly, in such overdraft.

We may refuse to accept items for deposit or to pay withdrawals on the signature of any one of several joint account owners if we receive a written request not to do so from any joint account owner. After we receive such written request, we may refuse to honor any check, draft or demand upon the account by any of the joint account owners, including the one providing the request to us, unless all of the joint account owners concur in the withdrawal of funds from the account. In the event we receive such a written request, we shall be relieved of any and all liability to every joint account owner for failure or refusal to honor any check, draft or other demand for payment or withdrawal unless all of the joint account owners join in the drawing or other request. This shall not affect transactions previously completed. Each joint owner appoints each of the others as his/her agent and attorney in fact with power to endorse and deposit items payable to him/her in the joint account. If you establish a joint account without the signature of the other joint owner, you agree to hold us harmless for our reliance upon your designation of the other as a joint owner.

If you have opened the account as a Representative Payee for receipt of certain federal benefits on behalf of a beneficiary, you agree that you will cause to be deposited into the Account only those benefits payable to the beneficiary. The Bank is neither obligated to ensure that only those eligible federal benefits are deposited into the Account, nor does it have a duty to determine whether any withdrawals or transfers from the Account are for the benefit of the beneficiary. If the beneficiary dies, you agree to (a) promptly notify the Bank, (b) no longer permit further deposits to the Account, (c) promptly notify the Bank if any such deposits are made, and (d) maintain sufficient available balances in the Account from which any benefit payments may be reclaimed by the applicable U.S. Government agency. If the Bank is unable to debit the Account or if there are insufficient available funds in the Account from which to debit the full amount of any reclamation by the government, you authorize the Bank to offset any account owned by you or the beneficiary for any amounts reclaimed by the applicable U.S. Government agency.

If the account is opened as an estate account, trust account, guardianship or conservatorship account, or other similar type of account, we reserve the right to require such documents or authorizations as we may reasonably deem necessary or appropriate

to satisfy us that the person requesting or directing the withdrawal of funds held in the account has the authority to withdraw such funds. We shall be held harmless for refusing to pay or release funds in the account where such refusal is based on the failure of the person requesting or directing the withdrawal to provide documents or authorizations requested by us. If you establish your account as "in trust for" ("ITF") or as trustee for a third person without presenting formal trust documents, then we may treat the account as a Totten Trust account or as otherwise required by the laws of the state listed on the front of this booklet. If you have opened an account as custodian for a minor beneficiary under a state's Uniform Transfers/ Gifts to Minors Act, you will not be allowed to pledge the account as collateral for a personal loan to you or cash checks against the account, except as otherwise permitted by law. Notwithstanding anything to the contrary, the relationship between you and the Bank is one of debtor/creditor, not fiduciary, even if the account is titled as a "fiduciary" account with that role being played by you.

You agree that if your Account is identified as one offered only to individuals or unincorporated nonbusiness associations, it shall not be used for a business purpose.

### Business Accounts

Where a corporation, unincorporated association or limited liability company, partnership, including a limited partnership, limited liability partnership, or joint venture, government entity or sole proprietor (collectively, the "business") is designated or appears on a signature card as the owner of such account, then the account is payable only to or on the order of the business, and not to any individual director, shareholder, member or partner thereof except as they may be a payee on a check or other item drawn on your Account. You further represent and agree that the business has taken all action necessary to open and maintain banking accounts at the Bank and that all resolutions and/or other documentation delivered to us in connection with the account are true, accurate, complete, and will be kept up to date and may be conclusively relied upon by us. You agree to notify us in advance of any change in your form of ownership. You also agree that we are not obligated to cash checks payable to you or to accept "less cash" deposits. Notwithstanding anything to the contrary, the relationship between you and the Bank is one of debtor/creditor, not fiduciary, even if the account is titled as a "fiduciary" account with that role being played by you.

You agree that each eligible signer is authorized to endorse for collection, deposit, or negotiation any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the business. Endorsements "for deposit" may be written or stamped. We may accept any instrument for deposit to any depository account of the business without endorsement or may supply the endorsement of the business. The person(s) so designated is authorized to sign any and all checks, drafts and orders drawn against any designated account(s) of the business at the Bank. We are authorized to honor and pay all checks, drafts and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds even if doing so causes an overdraft or increases an overdraft and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person so listed.

In addition, each eligible signer is authorized to act for and on behalf of the business in any matter involving any Account of the business, including the authority to instruct us to close the Account, and is further authorized to sign and implement for and in the name on behalf of the business, as they, or any of them see fit, the terms of all agreements, instruments, drafts, certificates, or other documents relating to any depository accounts or other business including, but not limited to, night depository agreements, funds transfer agreements or safe deposit agreements.

### Telephone Requests:

You agree that funds in any of your Accounts with us can be transferred, upon the telephone request of any signer on the Account, to another account with us or to any other financial institution. We shall not be responsible for any loss incurred as a result of our acting upon or executing any request, order or instruction we believe to be genuine. Furthermore, we may refuse to execute any telephone request or order.

### Recording Telephone Conversations:

You understand and agree that, for our mutual protection, we may tape-record any of our telephone conversations.

### Electronic Communication:

Any communication contemplated by this Agreement may be delivered by electronic means if you have agreed to electronic notices rather than via US mail or other means to the extent permitted by law.

### Powers of Attorney:

If you wish to designate an attorney-in-fact, you must do so in a form acceptable to us. Subject to the laws of the state listed on the front of this booklet, we reserve the right to refuse to honor any Power of Attorney presented to us, as well as to refuse to recognize a successor attorney-in-fact at any time, whether or not the successor attorney-in-fact is specifically identified in the Power of Attorney. In addition, we reserve the right to refuse to follow the instruction of an attorney-in-fact to designate the attorney-in-fact as a joint account holder, ITF beneficiary, or POD beneficiary to the Account. You agree that we are authorized, but not required, to

honor a Power of Attorney until we receive written notice from you that you have revoked the Power of Attorney or until the Power of Attorney has been revoked as a matter of state law.

### Adverse Claims:

Upon receipt of oral or written notice from any party of a claim regarding the Account, we may place a hold on your Account and shall be relieved of any and all liability for our failure or refusal to honor any item drawn on your Account or any other withdrawal instruction. We may file an action in interpleader with respect to any Account where we have been notified of disputed claims to that Account. If any person asserts that a dispute exists, we are not required to determine whether that dispute has merit in order to refuse to honor the item or withdrawal instruction, or to interplead any funds in the Account.

### Legal Proceedings and Expenses:

We may restrict the use of your Account if the Account is involved in any legal proceeding or if we reasonably deem such action necessary to avoid a loss. All expenses incurred by us as a result of any legal proceeding affecting your Account including, but not limited to, court costs and attorney fees, may be charged against your Account or billed to you separately.

### Set-Off:

You agree that we may, without prior notice or demand, apply or set off the funds in your Account at any time to pay off any debt, whether direct or indirect, you have with us or any of our affiliates and/or any fees or service charges owed to us, and you grant us a security interest in each Account to secure such debt, as it may arise. *You expressly agree that such rights extend to any Federal or state benefit payments (including without limitation Social Security benefits) electronically deposited into your Account. You understand and agree that if you do not want your benefits applied in this way, you may change your direct deposit instructions to the benefits payor at any time.* If your Account is a joint account and one or more joint owners are indebted to us in any manner, we may use the funds in the joint account to pay the debt without prior notice to you. This right of set-off does not apply if the debt is created under a consumer credit card plan or your right to withdraw funds from the Account arises only in a representative capacity. You also acknowledge and agree that any federal benefits or other payments deposited to your Account after a date of ineligibility must be returned to the Federal Government or other payor, as applicable, and we may set-off against any of your Accounts in order to recover any ineligible benefits or payments you may have received if we are obligated to return funds to the payor. If we make a set-off against your Account, you agree to release and indemnify us from all liability for our actions.

If you or any joint owner draws a check or otherwise authorizes withdrawals not presented for payment until after the drawer's death, or if any joint owner is indebted to us at the time of his or her death, we are authorized to pay such checks and withdrawals and exercise our right of set-off against the Account after such joint owner's death, notwithstanding any rights that a surviving joint owner, a POD payee or a beneficiary of an ITF or "trustee for" account may have to funds in the Account.

### No Waiver:

No failure by us to exercise any right will be taken as a waiver of that right or any other right, and we may still enforce all of our rights in the future.

### Closing Your Account:

Either you or the Bank may close your Account at any time with or without cause. We may automatically close your Account if it reaches a zero balance. Any closed account may be automatically reopened if we receive a deposit to the Account. If we close your Account, we may send you written notice that the Account is closed on the date it closes your Account. We will return the balance in your Account less any fees or service charges, claims, setoffs or other amounts you owe us. After your account is closed, we have no obligation to accept deposits or pay any outstanding checks. You agree that we shall be relieved of any and all liability for refusing to honor any check drawn on a closed Account. We have the right to advise consumer reporting agencies and other third party reporting agencies of accounts closed for misuse.

### Change in Account Agreement:

We may change the terms of this Agreement, including any fees or features of your Account, upon notice sent to you via ordinary U.S. mail at least 30 calendar days prior to the effective date of the change; provided however, for automatically renewable CDs, no such change shall be effective prior to the renewal date, and such notice may be provided with ten days written notice prior to the renewal date. You agree that such notice may be provided to any joint account owner. By maintaining your Account after the effective date of any change, you agree to be bound by the changes. No notice is required for changes in the interest rate and corresponding changes in the annual percentage yield for variable rate accounts or in fees for document printing.

### Rules Governing Your Account:

Your Account is governed by all rules and regulations of applicable federal law and the laws of the state listed on the front of this booklet (to the extent they are not considered to have been preempted by federal law), including those that may modify the terms of this Agreement. All deposits, items transmitted for collection, and any other transactions concerning your Account are subject to applicable clearinghouse rules and Federal Reserve rules and regulations.

Notwithstanding any other provision herein, this Agreement or any section of this Agreement may be changed or terminated without notice to the extent necessary to comply with any law or regulation of any appropriate federal or state authority.

If a conflict exists between any provision of this Agreement and any statements made by any employee of ours or our affiliates, this Agreement and the applicable sections will control.

## Liability:

You agree that we shall be relieved of any and all liability for acting upon your instructions or failing to act on your instructions when we reasonably believe that to do so would cause us to be exposed to civil or criminal liability, or conflict with customary banking practices. **YOU AGREE THAT WE SHALL NOT BE LIABLE FOR INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES REGARDLESS OF THE FORM OF ACTION AND EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IF WE FAIL TO STOP PAYMENT ON AN ITEM, OR PAY AN ITEM BEARING AN UNAUTHORIZED SIGNATURE, FORGED DRAWER'S SIGNATURE OR FORGED ENDORSEMENT OR ALTERATION, OUR LIABILITY, IF ANY, SHALL BE LIMITED TO THE FACE AMOUNT OF THE ITEM.**

## Research and Legal Process:

If any legal process, including without limitation any subpoena, writ of garnishment, execution or any levy, is served on us relating to you or your account, we are authorized to comply with the legal process, and are not required to determine whether the court issuing the legal process had jurisdiction over you or over the account or otherwise had the authority to issue the legal process. To the extent not prohibited by applicable law, you will be charged for research, reproduction and production of documents for our compliance with legal process and any other expenses incurred by us in connection with our compliance, including but not limited to attorneys' fees.

If any action, including administrative proceedings, garnishment, tax levies, restraining orders or other action is brought against you or your account, you agree to indemnify, defend and hold us harmless from all actions, claims, liabilities, losses, costs and damages (including attorneys' fees) associated with our compliance with any legal process.

## Jurisdiction and Venue:

Any action against us arising from or relating to your accounts or services provided to you by us must be brought by you in state or (where there is subject matter jurisdiction) federal court located in the State of New York, County of New York, except that any action arising from or relating to an account opened and maintained in another state or jurisdiction must be brought by you in a proper court located in that state or jurisdiction. In addition, you consent to the jurisdiction and venue of the state and federal courts located within the State of New York, County of New York for the adjudication of all claims made by us against you arising from or relating to your account or the services provided by us.

## Arbitration:

PLEASE READ THIS PROVISION CAREFULLY. IT PROVIDES, WITH THE SPECIFIC EXCEPTION STATED BELOW, THAT ANY DISPUTE MUST BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT. YOU WILL NOT BE ABLE TO BRING A CLASS ACTION OR OTHER REPRESENTATIVE ACTION IN COURT, NOR WILL YOU BE ABLE TO BRING ANY CLAIM IN ARBITRATION AS A CLASS ACTION OR OTHER REPRESENTATIVE ACTION. YOU WILL NOT BE ABLE TO BE PART OF ANY CLASS ACTION OR OTHER REPRESENTATIVE ACTION BROUGHT BY ANYONE ELSE, OR TO BE REPRESENTED IN A CLASS ACTION OR OTHER REPRESENTATIVE ACTION. IN THE ABSENCE OF THIS ARBITRATION AGREEMENT, YOU AND THE BANK MIGHT OTHERWISE HAVE HAD A RIGHT OR OPPORTUNITY TO BRING CLAIMS IN A COURT, BEFORE A JUDGE OR JURY, AND/OR TO PARTICIPATE OR BE REPRESENTED IN A CASE FILED IN COURT BY OTHERS (INCLUDING CLASS ACTIONS). EXCEPT AS OTHERWISE PROVIDED BELOW, THOSE RIGHTS ARE WAIVED. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT, SUCH AS THE RIGHT TO APPEAL AND TO CERTAIN TYPES OF DISCOVERY, MAY BE MORE LIMITED OR MAY ALSO BE WAIVED.

Either you or the Bank may, without the other's consent, elect mandatory, binding arbitration of any claim, dispute or controversy raised by either you or the Bank against the other, or against the employees, parents, subsidiaries, affiliates, beneficiaries, heirs, agents or assigns of the other, arising from or relating in any way to this Agreement, any prior account agreement between you and the Bank, or the advertising, the application for, or the approval of your Account (the "Claim" or "Claims"). All Claims originating from or relating to this Agreement are subject to arbitration, no matter what theory they are based on or what remedy they seek, whether legal or equitable. This includes Claims based on contract, tort (including intentional tort), fraud, agency, negligence, statutory or regulatory provisions, or any other sources of law, or any request for equitable relief.

Claims subject to arbitration include Claims that are made as counterclaims, cross claims, third party claims, interpleaders or otherwise, and any party to a proceeding in court may elect arbitration with respect to any Claims advanced in the lawsuit by any party or parties.

As an exception to this arbitration provision, you retain the right to pursue in a small claims court, any Claim that is within that court's jurisdiction and proceed on an individual basis.

If you or the Bank elects to arbitrate a claim, the arbitration will be conducted as an individual action. Neither you nor the Bank consents or agrees to any arbitration on a class or representative basis, and the arbitrator shall have no authority to proceed with any arbitration on a class or representative basis. This arbitration provision applies to and includes any Claims made and remedies sought as part of any class action, private attorney general or other representative action, which Claims hereby are made subject to arbitration on an individual (non-class, non-representative) basis. This means that even if a class action lawsuit or other representative action, such as that in the form of a private attorney general action, is filed, any Claim between you and the Bank related to this Agreement raised in such lawsuits will be subject to an individual arbitration Claim if either you or the Bank so elects.

The party filing a Claim in arbitration must select either one of two national arbitration administrators: the National Arbitration Forum ("NAF") or the American Arbitration Association ("AAA"). The arbitration organization that is selected will apply its code or procedures in effect at the time the arbitration claim is filed, unless any portion of that code or those procedures is inconsistent with any specific terms of this arbitration provision and/or this Agreement, in which case this arbitration provision and this Agreement shall prevail. The arbitration will be conducted before a single arbitrator. The arbitrator will apply applicable substantive law, including but not limited to the applicable Uniform Commercial Code, consistent with the Federal Arbitration Act, 9 U.S.C. §§ 1-16 ("FAA") and the applicable statute of limitations or condition precedent to suit, and will honor claims of privilege recognized at law. The arbitrator will have the power to award to a party any damages or other relief provided for under applicable law, and will not have the power to award relief to, against or for the benefit of any person who is not a party to the proceeding. The arbitrator's authority is limited solely to the Claim(s) between you and the Bank alone. The arbitration may not be consolidated with any other arbitration proceeding. You and the Bank do not agree to any arbitration on any basis to which any party other than you and the Bank, the related parties enumerated above such as heirs, successors and assigns, or any other person obligated on the Account, is involved.

Any decision rendered in such arbitration proceeding will be final and binding on the parties, unless a party appeals in writing to the arbitration organization within 30 days of issuance of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators designated by the same arbitration organization. The panel will reconsider all factual and legal issues anew, follow the same rules and laws that apply to a proceeding using a single arbitrator, and make decisions based on the vote of the majority. An award in arbitration will be enforceable as provided by the FAA or other applicable law by any court having jurisdiction.

we will reimburse you for the initial arbitration filing fee paid by you up to the amount of $500. If there is a hearing, we will pay any fees of the arbitrator and arbitration administrator for the first two days of that hearing. All other fees will be allocated in keeping with the rules of the arbitration administrator and applicable law. If you prevail in the arbitration of any Claim against us, we will reimburse you for any fees you paid to the arbitration organization in connection with the arbitration. All other fees, including attorneys' fees, will be allocated in keeping with the rules of the arbitration administrator. Any decision rendered in such arbitration proceedings will be final and binding on the parties, and judgment may be entered in a court of competent jurisdiction. Rules and forms may be obtained from, and Claims may be filed with, either of the two organizations, as follows: the NAF at P.O. Box 50191, Minneapolis, Minnesota 55405, web site at *www.arb-forum.com;* or the AAA at 335 Madison Avenue, Floor 10, New York, New York 10017, web site at *www.adr.org.* Any arbitration hearing at which you wish to appear will take place at a location within the federal judicial district that includes your address at the time the Claim is filed.

This arbitration provision is part of and constitutes a transaction involving interstate commerce, and shall be governed by the FAA.

This arbitration provision applies to all Claims relating to your Account that arose in the past, which may presently be in existence, or which may arise in the future. This arbitration provision shall survive termination of your Account as well as voluntary payment of any outstanding indebtedness in full by you, or any bankruptcy by you. If we assign your Account to any unaffiliated third party, this arbitration provision will apply to any Claim between you and that third party if you or that third party chooses arbitration, or to any Claim between you and the Bank which occurred prior to such assignment or arises from such assignment.

### Successors and Assignments:

This Agreement shall be binding on your personal representative, executors, administrators, and successors. The benefits and responsibilities of this Agreement shall also transfer to and be binding upon our successors and assigns.

You may not transfer, assign or grant a security interest in (collectively, "assign") your Account without our written consent, and no assignment will be valid, nor will we be deemed to have knowledge of or be bound by such assignment, until we have noted that fact in its records. However, by noting the assignment, we do not attest to or have any responsibility for the validity of the assignment. You understand that any assignment of your Account is subject to our right of set-off.

### Authorization to Share Information:

You authorize us to share information about you and your Account with affiliates and third parties, as permitted by applicable federal and state laws.

# Check 21 – Substitute Checks and Your Rights

### What is a substitute check?

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

### What are your rights as a CONSUMER regarding substitute checks?

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

### How do you make a claim for a refund?

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at:

By Phone:  English 1-800-935-9935
Spanish 1-877-312-4273
Hearing Impaired 1-800-242-7383

You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

### Your claim must include –

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- The following  information to help us identify the substitute check; the check number, the name of the person to whom you wrote the check, and the amount of the check.

34

# Funds Availability Policy for Personal Checking Accounts and Savings Accounts

## General Policy:

Our general policy is to make funds available to you not later than the fifth business day after the day of your deposit depending on the type and location of the deposit as described below. Once funds from your deposits are available, you can withdraw them in cash and we will use the funds to pay items that are drawn against your account.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and state and federal holidays. If you make a deposit in a branch no later than 2:00 p.m. local time on a business day that we are open*, we will consider that day to be the day of your deposit. If you make a deposit on a business day through a Chase ATM located in TX no later than 1:00 p.m. CT, in LA no later than 12:00 noon CT, in IL no later than 6:00 p.m. CT, in AZ no later than 1:30 p.m. MT, in UT no later than 2:00 p.m. MT, in CT, NJ and NY no later than 12:00 noon ET, or in all other states no later than 4:45 p.m. ET*, we will consider that day to be the day of your deposit. However, if you make a deposit after these stated times, or on a weekend, state holiday, federal holiday or day we are closed, we will consider that the deposit was made on the next business day.

> * *Closing of the business day may vary by location. Check your local branch or ATM for exact times.*

## Same Day Availability:

Funds from the following deposits will be available on the day we receive your deposit:

- Wire transfers; and
- Electronic direct deposits to your account.

## Next Day Availability:

Funds from the following deposits are available on the first business day after the day of your deposit:

- Cash;
- U.S. Treasury checks that are payable to you; and:
- Checks drawn on the Bank (excluding a Controlled Disbursement site), that are deposited in the state in which such check is considered local. (See Availability of Other Check Deposits section to determine checks that will be considered local.)

If you make the deposit in person to one of our employees, funds from the following deposits are also available on the first business day after the day of your deposit:

- State and local government checks that are payable to you, if you use a special deposit slip available at any banking office upon request;
- Cashier's, certified, and teller's checks that are payable to you, if you use a special deposit slip available at any banking office upon request; and
- Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders, if these items are payable to you.

If you do not make your deposit in person to one of our employees, funds from these deposits will be available on the second business day after the day of your deposit.

## Availability of Other Check Deposits:

Funds from all other check deposits will be available depending on whether the check is a local or nonlocal check and where the deposit has been received. Checks can be identified as local or nonlocal by looking at the first four digits of the nine-digit bank routing number normally located on the lower left-hand side of the check. Some checks are marked "payable through" and have a four- or nine-digit number near the routing number. For these checks, use the four-digit number (or the first four digits of the nine-digit number), not the routing number on the bottom of the check, to determine if these checks are local or nonlocal.

Once you have determined the first four digits of the routing number, the chart will show you when funds from the check will be available. All deposits made by mail and addressed to a Chase location without using a specific branch name and street address will be considered received by the Bank's National Bank-By-Mail facility in Louisville, Kentucky as of the date such deposit is received by this facility. If you deposit both categories of checks, at least $100 from the checks will be available on the first business day after the day of your deposit, not $100 from each category of check.

## Longer Delays May Apply:

If we are not going to make all of the funds from your deposit available at the times shown above, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Bank employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

Funds you deposited by check may be delayed for longer than five business days under the following circumstances:

- We believe a check you deposited will not be paid;
- You deposited checks totaling more than $5,000 in any one day;

- You redeposited a check that has been returned unpaid;
- You have overdrawn your account repeatedly in the last six months; or
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. In these circumstances, funds deposited will generally be available no later than the seventh business day after the day of your deposit and, unless your deposit totals more than $5,000, the first $100 of your deposits will not be made available on the first business day.

### Special Rules for New Accounts:

If you are a new account customer, the following special rules may apply during the first 30 days your account is open:

- Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you and must be deposited with the use of a special deposit slip. The excess over $5,000 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit; and

- Funds from all other check deposits will be available no later than the fifteenth business day after the day of your deposit.

### Holds on Other Funds:

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your Account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described herein.

# Funds Availability Policy for Business Checking Accounts and Savings Accounts

### General Policy:

Our general policy is to make funds available to you not later than the fourth business day, after the day of your deposit depending on the type and location of the deposit as described below. Once funds from your deposits are available, you can withdraw them in cash and we will use the funds to pay items that are drawn against your account.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and state and federal holidays. If you make a deposit in a branch no later than 2:00 p.m. local time on a business day that we are open*, we will consider that day to be the day of your deposit. If you make a deposit on a business day through a Chase ATM located in TX no later than 1:00 p.m. CT, in LA no later than 12:00 noon CT, in IL no later than 6:00 p.m. CT, in AZ no later than 1:30 p.m. MT, in UT no later than 2:00 p.m. MT, in CT, NJ and NY, no later than 12:00 noon ET, or in all other states no later than 4:45 p.m. ET*, we will consider that day to be the day of your deposit. However, if you make a deposit after these stated times, or on a weekend, state holiday, federal holiday or day we are closed, we will consider that the deposit was made on the next business day.

* *Closing of the business day may vary by location. Check your local branch or ATM for exact times.*

### Same Day Availability:

Funds from the following deposits will be available on the day we receive your deposit:

- Wire transfers; and
- Electronic direct deposits to your account.

### Next Day Availability:

Funds from the following deposits are available on the first business day after the day of your deposit:

- Cash;
- U.S. Treasury checks that are payable to you;
- Checks drawn on the Bank (excluding a Controlled Disbursement site), that are deposited in the state in which such check is considered local. (See Availability of Other Check Deposits section to determine checks that will be considered local.)

If you make the deposit in person to one of our employees, funds from the following deposits are also available on the first business day after the day of your deposit:

## Personal Funds Availability Chart:

| LOCAL AVAILABILITY | EXAMPLE |
|---|---|
| When funds are available based on the Local Routing Numbers as identified in the following chart: | When funds are available if a deposit is made on a Monday: |
| $5,000 available on the first business day ater the day of your deposit. | Tuesday |
| Fully available on the second business day after the day of your deposit. | No later than Wednesday |

| NONLOCAL AVAILABILITY | EXAMPLE |
|---|---|
| When funds are available based on the Routing Numbers considered Nonlocal: | When funds are available if a deposit is made on a Monday: |
| $5,000 on the first business day of your deposit. | Tuesday |
| Remaining funds no later than the fourth business day after the day of your deposit. | No later than Friday |

## Business Funds Availability Chart:

| LOCAL AVAILABILITY | EXAMPLE |
|---|---|
| When funds are available based on the Local Routing Numbers as identified in the following chart: | When funds are available if a deposit is made on a Monday: |
| $5,000 on the first business day after the day of your deposit. | Tuesday |
| Remaining funds no later than the second business day after the day of your deposit. | No later than Wednesday |

| NONLOCAL AVAILABILITY | EXAMPLE |
|---|---|
| When funds are available based on the Routing Numbers considered Nonlocal: | When funds are available if a deposit is made on a Monday: |
| $5,000 no later than the first business day after the day of your deposit. | Tuesday |
| Remaining funds no later than the third business day after the day of your deposit. | No later than Thursday |

**Find the first four digits from routing numbers below to determine local availability:**

**Local numbers for deposits received by our Bank-By-Mail facility or made at branches in Ohio, Kentucky, Indiana or West Virginia include:**
0410, 0412, 0420, 0421, 0422, 0423, 0430, 0432, 0433, 0434, 0440, 0441, 0442, 0515, 0519, 0720*, 0724*, 0740, 0749, 0813, 0830, 0839, 0863, 2410, 2412, 2420, 2421, 2422, 2423, 2430, 2432, 2433, 2434, 2440, 2441, 2442, 2515, 2519, 2720*, 2724*, 2740, 2749, 2813, 2830, 2839, 2863

**Local numbers for deposits made in Illinois or Wisconsin include:**
0710, 0711, 0712, 0719, 0750, 0759, 2710, 2711, 2712, 2719, 2750, 2759

**Local numbers for deposits made in Oklahoma include:**
1030, 1031, 1039, 1110, 1111, 1113, 1119, 1120, 1122, 1123, 1130, 1131, 1140, 1149, 1163, 3030, 3031, 3039, 3110, 3111, 3113, 3119, 3120, 3122, 3123, 3130, 3131, 3140, 3149, 3163

**Local numbers for deposits made in Louisiana include:**
0610, 0611, 0612, 0613, 0620, 0621, 0622, 0650, 0651, 0652, 0653, 0654, 0655, 1110, 1111, 2610, 2611, 2612, 2613, 2620, 2621, 2622, 2650, 2651, 2652, 2653, 2654, 2655, 3110, 3111

**Local numbers for deposits made in Texas include:**
1030, 1031, 1039, 1110, 1111, 1113, 1119, 1120, 1122, 1123, 1130, 1131, 1140, 1149, 1163, 3030, 3031, 3039, 3110, 3111, 3113, 3119, 3120, 3122, 3123, 3130, 3131, 3140, 3149, 3163

**Local numbers for deposits made in Colorado and Utah include:**
1010, 1011, 1012, 1019, 1020, 1021, 1022, 1023, 1030, 1031, 1039, 1070, 1240, 1241, 1242, 1243, 3010, 3011, 3012, 3019, 3020, 3021, 3022, 3023, 3030, 3031, 3039, 3070, 3240, 3241, 3242, 3243

**Local numbers for deposits made in Arizona include:**
1220, 1221, 1222, 1223, 1224, 3220, 3221, 3222, 3223, 3224

**Local numbers for deposits made in Michigan include:**
0410, 0412, 0430, 0432, 0433, 0434, 0440, 0441, 0720, 0724, 2410, 2412, 2430, 2432, 2433, 2434, 2440, 2441, 2720, 2724

**Local numbers for deposits made in Florida include:**
0630, 0631, 0632, 0660, 0670, 2630, 2631, 2632, 2660, 2670

**Local numbers for deposits made in Connecticut include:**
0110, 0111, 0112, 0113, 0114, 0115, 0116, 0117, 0118, 0119, 0210, 0211, 0212, 0213, 0214, 0215, 0216, 0219, 0220, 0223, 0260, 0280, 0310, 0311, 0312, 0313, 0319, 0360, 2110, 2111, 2112, 2113, 2114, 2115, 2116, 2117 2118, 2119, 2211, 2212, 2213, 2214, 2215, 2216, 2219, 2220, 2223, 2260, 2310, 2311, 2312, 2313, 2319, 2360

**Local numbers for deposits made in New York and New Jersey include:**
0210, 0212, 0213, 0214, 0215, 0216, 0219, 0220, 0223, 0260, 0280, 0310, 0311, 0312, 0313, 0319, 0360, 2212, 2213, 2214, 2215, 2216, 2219, 2220, 2223, 2260, 2310, 2311, 2312, 2313, 2319, 2360

* Routing numbers will not be considered local for deposits received in branches in Southern Ohio and South-Eastern Ohio. See a banker for further information.

37

- State and local government checks that are payable to you, if you use a special deposit slip available at any banking office upon request;

- Cashier's, certified, and teller's checks that are payable to you, if you use a special deposit slip available at any banking office upon request; and

- Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders, if these items are payable to you.

If you do not make your deposit in person to one of our employees, funds from these deposits will be available on the second business day after the day of your deposit.

## Availability of Other Check Deposits:

Funds from all other check deposits will be available depending on whether the check is a local or nonlocal check and where the deposit has been received. Checks can be identified as local or nonlocal by looking at the first four digits of the nine-digit bank routing number normally located on the lower left-hand side of the check. Some checks are marked "payable through" and have a four- or nine-digit number near the routing number. For these checks, use the four-digit number (or the first four digits of the nine-digit number), not the routing number on the bottom of the check, to determine if these checks are local or nonlocal.

Once you have determined the first four digits of the routing number, the chart will show you when funds from the check will be available. All deposits made by mail and addressed to a Chase location without using a specific branch name and street address will be considered received by the Bank's National Bank-By-Mail facility in Louisville, Kentucky as of the date such deposit is received by this facility. If you deposit both categories of checks, at least $100 from the checks will be available on the first business day after the day of your deposit, not $100 from each category of check.

## Longer Delays May Apply:

If we are not going to make all of the funds from your deposit available at the times shown above, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Bank employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

Funds you deposited by check may be delayed for longer than five business days under the following circumstances:

- We believe a check you deposited will not be paid;

- You deposited checks totaling more than $5,000 in any one day;

- You redeposited a check that has been returned unpaid;

- You have overdrawn your account repeatedly in the last six months; or

- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. In these circumstances, funds deposited will generally be available no later than the seventh business day after the day of your deposit and, unless your deposit totals more than $5,000, the first $100 of your deposits will not be made available on the first business day.

## Special Rules for New Accounts:

If you are a new account customer, the following special rules may apply during the first 30 days your account is open:

- Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you and must be deposited with the use of a special deposit slip. The excess over $5,000 will be available on the ninth business day after the day of your deposit. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit; and

- Funds from all other check deposits will be available no later than the fifteenth business day after the day of your deposit.

## Holds on Other Funds:

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your Account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described herein.

# Important Endorsement Standards for Personal and Business Accounts

Your compliance with the Bank's endorsement standards is necessary to help assure that the checks you deposit will be cleared on a timely basis. The Bank's endorsement standards are:

- Customer endorsements must be placed in the 1½ inch area starting at the left side of the check;

- The remaining area of the check cannot contain any pre-printed stamped or handwritten customer information. The diagram below illustrates where the endorsements must appear to comply with these endorsement standards; and

- The check is viewed from the front as though it is transparent.



**Area used for payee endorsement.**

**Reserved for Bank Use**

**Depositor (payee) endorsement.**

← 3 Inches →

← 1½ Inches →

**Area used for subsequent collecting bank endorsement.**

**Area used for bank of first deposit.**

# Electronic Funds Transfer Services

We provide a variety of electronic funds transfer (EFT) deposit account services. These include all transfers resulting from the Chase Visa Check Card, the Chase Banking Card, ATM Cards, electronic payments, credits and transfers, telephone transfers and on-line banking transactions. In conjunction with the use of these EFT services, we may issue to you an access device, which may be a card, code or other means of accessing your Account to initiate EFTs.

For Personal Accounts, EFT deposit account services exclude wire transfer and other same day settlement funds transfer services and all other transactions which are not covered by Federal Reserve Regulation E. These will be governed by a separate agreement. For Business Accounts, wire transfer and all other funds transfer or other treasury services not identified in this section will be governed by a separate agreement.

## TYPES OF EFT SERVICES:

A. **Access Cards.** By using your ATM Card, Chase Visa Check Card or the Chase Banking Card (collectively, the "Card"), you agree that:

1. Your Card remains our property and will be surrendered immediately to us upon request.

2. We may cancel your Card at any time without notice.

3. You shall abide by our rules and regulations relating to the use of your Card.

4. You shall notify us promptly by telephone or in writing of the loss of your Card.

5. You shall not reveal your Card or access code associated with your Card (personal identification number or "PIN") to any person not authorized by you to use your Card and to not write your PIN number on your Card or on any item kept with your Card.

6. For merchant purchases, we have the right to place a temporary hold on your Account in an amount equal to the authorization amount received through the payment authorization system. In certain circumstances, the payment authorization system permits the authorization amount received by us to exceed or be less than the final amount of the transaction. This typically happens when you purchase gas (pay-at-the-pump), restaurant food, mail order items, hotel rooms, phone service, use transportation merchants such as cruise lines or rental car agencies, or other similar merchants. The reason for this temporary difference is that the final amount of your purchase is not known at the moment when you or the merchant "swipes" your Card for authorization. Authorization tells the merchant whether your Card is legitimate and has enough money to cover your purchase. Oftentimes, a small amount is added to the authorization in order to ensure that you have enough money to cover your gas purchase, cover a tip on a restaurant tab, cover delivery fees on mail orders, cover extra hotel services, or cover the expenses of a long distance call. A day or two later your purchases are officially settled and the exact amount replaces the authorized amount.

7. We have the right to refuse a transaction on your Account when your Card has been reported lost or stolen or when we reasonably believe there is unusual activity on your Account.

available to complete a transaction, we may, at our sole discretion, charge or credit the transaction to another Account.

9. If you use your Card to access an Account that does not have sufficient funds to complete a transaction or that would exceed the daily authorization limit attached to your Card, we may, at our sole discretion, authorize the transaction. If we authorize a transaction that overdraws your Account, we may assess a fee and/or charge interest for any overdraft against your Account.

10. The exchange rate applied by Visa or MasterCard to Card transactions that occurred initially in a different currency will be (i) a rate selected by Visa or MasterCard from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate Visa or MasterCard itself receives, or (ii) the government-mandated rate in effect for the applicable central processing date. The rate in effect on the applicable processing date may differ from the rate on the date you used your Card. For purchases, ATM and non-ATM cash transactions, we will add three percent to the amount provided to us by Visa and MasterCard.

11. You shall not use your Card to initiate a transaction involving Internet gambling or illegal activities, regardless of the jurisdiction in which you are located, including locations within the United States, and we have the right to refuse a transaction which we reasonably believe involves Internet gambling or illegal activities.

## Uses of Your Card:

(1) **You can use your Card (except for deposit only Business ATM Cards) to perform the following services at:**

   a. **Chase branded ATMs to:**
   - Withdraw cash from your designated checking and savings accounts.
   - Transfer funds between your designated checking and savings accounts.
   - Find out your designated checking and savings account balances.
   - Make deposits to your designated checking and savings accounts.
   - Make payments (enclosed) accepted at branches in your market.
   - Make payments at ATMs that accept envelope deposits.
   - Obtain a statement at participating ATMs where available.

b. **Non-Chase ATMs to:**

Use your Card at participating networks. Use of your Card may vary depending on the location and type of ATM you are using and the EFT network through which the transaction is being performed. A specific ATM or EFT network may not perform or permit all the above transactions. Transactions at non-Chase ATMs may be subject to a surcharge assessed by the terminal owner. In addition, a specific ATM or EFT network may not provide you with access to all of your Accounts based on the policies of the ATM-owning institution. Withdrawals from ATMs outside the United States generally do not allow savings or money market access. If you have questions regarding whether a certain ATM or EFT network will process a transaction, call or write us.

(2) **Business ATM Card (deposit only):**

You may use your Business ATM Card (deposit only) to make deposits to your designated checking and savings accounts at full service Chase branded ATMs.

(3) **In addition to the services listed above, you may use your Card:**

- At any financial institution that honors your Card to obtain non-ATM cash, which may not exceed your daily authorization limit and will be charged to your primary checking account. Transactions exceeding this limit may require the financial institution to phone the Bank for approval.

- To purchase goods and services from merchants who accept your Card as a means of payment. Purchases may not exceed your daily authorization limit and are charged against your primary checking account. If you have arranged with your merchant to pay for your purchases via periodic payments, this is an agreement between you and the merchant and you agree that you must notify the merchant if your account number or expiration date has been changed or your Account has been closed.

- If you request Emergency Services, you agree to the release of personal data to Visa U.S.A. Inc., MasterCard and its member financial institution and/or their respective contractors for the purposes of providing the Emergency Services.

- If you provide authorization to a merchant to bill charges on a recurring basis to your Card, and if a replacement Card has been issued to you, you must provide that merchant with your new card number and/or expiration date in order to bill the recurring charges to your Card. We will make an effort to make available to the merchant through Visa/MasterCard your account number, and/or expiration

date in order to permit the merchant to continue to bill the recurring changes to your Card until you notify the merchant and us that you have withdrawn your authorization.

(4) **Point-of-Sale Terminal Transactions:**

You may use your Card (except for the Business ATM Card (deposit only)) to access your primary checking account to:

- Purchase goods and services from merchants and ATMs who have agreed to accept your Card as a means of payment.
- Withdraw cash in conjunction with a purchase of goods or services if permitted by the merchant.
- Perform balance inquiries on your primary checking account if permitted by the merchant.

**Limitations on Transfers, Amounts, and Frequency of Transactions:**

(1) You may make only 6 preauthorized withdrawals (including, but not limited to, withdrawals made by ACH, telephone, Internet or wire) from your regular savings account or 6 preauthorized withdrawals (no more than 3 of which may be by check or similar order payable to a third party) from your money market deposit savings account monthly for purposes of making a payment to a third party. We are not considered a third party for purposes of this limitation where the transfers are for purposes of re-paying loans and associated expenses.

(2) You may make cash withdrawals, not to exceed $1,000 per day (ATM Card, Check Card and Banking Card), $300 per day (High School Checking ATM Card) or $400 per day (High School Checking Check Card). For security reasons there may be times when we further limit this amount.

(3) You may make Point-of-Sale transactions in amounts not to exceed $1,000 per day (ATM Card), $300 per day (High School Checking ATM Card), or your daily authorization limit. Beginning October 15, 2006, your daily authorization limit will be $3,000 per day (Check Card), $5,000 per day (Better Banking Card, Premier Card, Business Check Card, United Airlines Card, Continental Banking Card and Leisure Rewards Card), $7,500 per day (Premier Platinum Card) or $15,000 per day (Continental Business Banking Card and United Business Card). For security reasons there may be times when we further limit this amount. Point-of-Sale transactions exceeding this limit may require the merchant to phone us for approval.

(4) If your Account is not in an active status, access to the Account by use of your Card may be temporarily suspended.

(5) A Privileges Check Card or Business Associate Check Card may be issued at your request to allow authorized non-signers to access your designated checking or savings accounts. The maximum daily dollar limit for ATM cash withdrawals and

Point-of-Sale transactions will be selected by you at the time you request the card.

**Your Right to Receive Documentation or Notice of Transactions:**

You will receive a receipt or have the option to receive a receipt at our ATMs and the other ATMs that accept your Card each time you make a transaction. The receipt will indicate the location of the ATM (by code in some cases), the transaction date and type, the amount, and the last four digits of your Card account number.

You will receive an account statement each month for your accounts that are accessible by electronic funds transfers if such transfers occur during the month, but at least quarterly if no such transfers occur.

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person, company or governmental agency, you can call us at the telephone number or address set forth below to find out whether or not the deposit has been made. When calling us, please provide us with your account number and the amount and date of the last deposit.

B. **Payments, Credits and Transfers.** We are able to electronically transfer funds between your Accounts, or from your Account to other parties and to receive funds electronically from other parties for deposit to your Account. We may do this by "ACH" (as a member of a local or national Automated Clearing House Association) and other EFT networks. You may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to pay for purchases or pay bills.

C. **Online Bill Payment and Transfer Services.** You may use the Internet to electronically direct us to make payments from your checking account to third parties ("payees") whom you have selected in advance to receive payment by means of the online bill payment service. You must have a checking account with us to use this service. If you have multiple accounts with us, you may also direct us to make transfers between your accounts by means of the online transfer service. To gain access to these online services, go to our websites and enroll with your eligible Bank accounts. Additional disclosures and specific terms and conditions for using the online services will be provided when you enroll.

D. **Telephone Banking.** You may use our automated customer service system or speak directly to a Telephone Banker to request us to make periodic transfers from your Account to another checking or savings account held by us. You may also make periodic transfers from your Account to pay certain

loans, lines of credit, or credit cards you have with us or with our affiliates. To use the automated system you must have a checking, savings, money market, CD, loan account or a Debit Card and a valid password or PIN. Business account holders may also use a valid TIN. You agree not to reveal your account number, Debit Card number, password, PIN or TIN to any person not authorized by you to use the automated system. To use the service, enter your account number or Debit Card number and password, PIN or TIN as directed. Then follow the options.

E. **Overdraft Protection Transfers**. To obtain Overdraft Protection you must have a checking account with us. You must also have a savings account, qualifying credit card, or qualifying home equity, Prestige or business line of credit ("Funding Account"). We are able to transfer funds from a Funding Account to your checking account to prevent overdrafts from occurring.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

### For Personal Accounts Only:

Telephone or write us at the telephone number or address set forth in the Address and Telephone Numbers Section if you think your statement or receipt is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you NO LATER than 60 days after we sent you the FIRST statement on which the problem or error appeared. In your communication to us, be prepared to provide us with the following information:

1. Your name and account number.
2. A description of the error or the transfer you are unsure about, why you believe it is an error or why you need more information.
3. The dollar amount of the suspected error.

If you initially provide this information to us via the telephone, we may require that you send your complaint or question in writing within 10 business days.

We will advise you of the results of our investigation within 10 business days (or 20 business days if your Account was opened less than 30 days prior to the date of the suspected error) after we hear from you and, if we have made an error, we will correct it promptly. If it takes us longer than 10 business days (or 20 business days if your Account was opened less than 30 days prior to the date of the suspected error) to research your complaint or problem, we must provisionally recredit your Account within such time for the amount you think is in error so that you will have the use of the money during the time it takes us to conclude our investigation. If we ask you to put your question or complaint in writing, and do not receive it within 10 business days, we may not recredit your Account.

At the conclusion of our investigation, we will inform you of our results within three (3) business days. If we determine that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation. In all cases, our investigation will be completed within 45 days (or 90 days if your Account was opened less than 30 days prior to the date of the suspected error or occurred at a point-of-sale location or outside the United States).

## THE BANK'S LIABILITY FOR FAILURE TO COMPLETE TRANSACTIONS:

If we do not complete a transaction from your account on time or in a correct amount, according to our Agreement with you, we will be liable for your losses or damages.

However, there are some exceptions. For instance, we will not be liable if:

1. Through no fault of ours, you do not have enough available funds in your account to make the transaction.
2. The ATM where you are making the transfer does not have enough cash.
3. The ATM was not working properly and you knew about the breakdown when you started the transaction.
4. Circumstances beyond our control (such as fire or flood) prevent the transaction, despite reasonable precautions that we have taken.
5. In the case of preauthorized credits, the data from the third party is not received, is incomplete or erroneous, or if the recipient is deceased.

## STOP PAYMENT FOR PREAUTHORIZED TRANSFERS:

If you have arranged, in advance, to make regular periodic payments out of your Account, you can stop any of those payments by following these procedures:

1. Call or write us at the telephone number or address set forth in the Addresses and Telephone Numbers section, in time for us to receive your request three or more business days before the payment is scheduled to be made. (Note: By using your personal computer to cancel the transaction, you may stop a bill payment that is "Pending" at any time prior to four business days before the Payment Due Date. To stop bill payments that are "In Process" please call the Customer Service Department at 1-877-CHASE PC (1-877-242-7372). See your Online Bill Payment Agreement for information concerning "Pending" and "In Process" transactions.)

ing so that it reaches us within 14 days after your call.

3. You may be charged the current stop payment fee for each stop payment order you give us.

If these regular payments vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. You may choose instead to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

If you order us to stop one of these payments three business days or more before the transfer is scheduled, and it does not do so, we will be liable for your losses or damages.

## DISCLOSURE OF ACCOUNT INFORMATION TO THIRD PARTIES:

We may disclose information to third parties about your account or the transfers you made:

1. As necessary to complete transactions.
2. In connection with the investigation of any claim you initiate.
3. To comply with government agency or court orders.
4. In accordance with your written permission.
5. As otherwise permitted by the terms of the Bank's Privacy Policy.

Our Privacy Policy can be found in the back of this booklet and is also available on *Chase.com.*

## NOTICE OF YOUR RIGHTS AND LIABILITIES:

### For Personal Accounts Only:

Tell us AT ONCE if you believe your Card, PIN or code has been lost or stolen. Telephoning us is the best and fastest way of keeping your possible losses to a minimum.

If you tell us within two business days, you can lose no more than $50.00 if someone used your Card, PIN or code without your permission. If you do NOT tell us within two business days after you learn of the loss or theft of your Card, PIN or code and we can prove we could have stopped the unauthorized transactions if you had told us, you could lose as much as $500.00.

If your statement shows electronic funds transfers that you did not make, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may be liable for transactions posting after the 60 days if we can prove that we could have prevented the transactions if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, let us know. We will extend the time periods.

## For Business Accounts Only:

A. You agree to assist us in the investigation and prosecution of claims for unauthorized transactions by completing the appropriate statements and reports reasonably requested by us.

B. You agree to notify us promptly in writing of any user of a Card who is no longer employed by you or authorized to conduct business on your behalf.

C. You agree that by allowing anyone to use your Card, you will be responsible for all authorized and unauthorized transactions made through the use of your Card.

D. Liability for unauthorized transactions, including electronic funds transfers, shall be governed by Section D of this Agreement, entitled "Account Terms and Conditions".

## Special Provisions for Card Transactions:

If in the event your Card or Card number is lost, stolen, or used without authorization, you are not liable for any unauthorized transactions including transactions made at merchants, over the telephone, at ATMs, or online when you notify the Bank promptly.

However, these Special Provisions do not apply and are not covered by our Zero Liability policy (in which case the Bank may impose greater liability on the cardholder) when they include transactions where you were grossly negligent or fraudulent in the handling of the account or Card, where you have given someone else your Card, Card number or PIN, or where you delay in reporting unauthorized transactions for more than sixty days.

# Overdraft Protection Agreement

1. **Definitions:** As used in this Overdraft Protection Agreement, the following terms shall have the following meanings:

"You" or "your" means the person(s) or entity who has requested Overdraft Protection or Business Overdraft Protection ("Request"). "Overdraft Protection" means the automated funds transfer service established pursuant to the Request and this Agreement. "Funding Account" means the account from which Overdraft Protection transfers are made. "Checking Account(s)" means one or more personal checking accounts for which Overdraft Protection is requested or one or more Business checking accounts for which Business Overdraft Protection is requested, as designated on the Request for Overdraft Protection.

2. **Overdraft Protection Request:** The Request must specify the Checking Account(s) and a single Funding Account. For personal accounts, the Funding Account may be a personal savings account at the Bank ("Savings Account"), a qualifying credit card account at Chase Bank USA, N.A. ("Credit Card Account"), a Home Equity Line of Credit at the Bank ("Line of Credit Account"), or a Prestige Line of Credit at the Bank ("Line of Credit Account"). For business accounts, the Funding Account may be a Business savings account at the Bank ("Savings Account"), a credit card at Chase Bank USA, N.A. ("Credit Card") or a Business Line of Credit at the Bank ("Line of Credit Account") or Business Overdraft Line of Credit at the Bank ("Overdraft Line of Credit Account"). Overdraft Protection will become effective after the Bank has received your Request and had a reasonable time to act upon it.

3. **Activation:** Whenever checks or other customer initiated transactions are drawn on a Checking Account which, if paid, would cause the Checking Account to become overdrawn, such event will constitute a transfer request under this Agreement and we will initiate a transfer ("Transfer") from the Funding Account to the Checking Account in multiples of $50.00 (which includes the Transfer Fee) sufficient to pay those checks or other customer initiated transactions drawn on the Checking Account. If the Funding Account is a Credit Card Account, Transfers will be charged to the Credit Card Account under the terms disclosed in your credit card Cardmember Agreement for personal or your Business Credit Card Cardmember Agreement for business customers. If the Funding Account is a Line of Credit Account or Overdraft Line of Credit Account, Transfers will be charged to the Line of Credit Account or Overdraft Line of Credit Account, under the terms disclosed in your Home Equity or Prestige agreement, or Business Line of Credit or Business Overdraft Line of Credit loan documents. Transfers will appear on the periodic statements for the applicable Checking Account and the Funding Account. We have no obligation to inform the checking account owner if the status of the Funding Account or actions of the Funding Account owner results in the Overdraft Protection being unavailable.

4. **Maximum Overdraft Protection Amount:** The maximum amount of a Transfer ("Maximum Transfer") will be the collected balance in the Savings Account, the available credit under the Credit Card Account or the available credit under the Line of Credit Account at the time of a Request as applicable. In no event shall a Transfer exceed the Maximum Transfer. If the amount of the Transfer calculated in paragraph three above exceeds the Maximum Transfer, then notwithstanding the provisions of paragraph three, the Transfer will be an amount equal to cover the amount overdrawn (which includes the Transfer Fee) for those checks or other customer initiated transactions paid as a result of the Transfer.

5. **Fees:** For each day on which a Transfer occurs, a transfer fee of $10.00 will be charged to each Checking Account that receives a Transfer (waived for Chase Premier Platinum Checking and Private Client Asset Management Accounts).

6. **Limits On Savings Account Transfers:** If the Funding Account is a Savings Account, Transfers from the Savings Account are considered "preauthorized transfers." The number of such Transfers that may be made during each month or each statement cycle is limited in accordance with federal regulations and our Account Agreement for deposit accounts.

7. **Termination Of Overdraft Protection By The Bank:** We may terminate Overdraft Protection for a Checking Account at any time upon sending written notice to the last address for the Checking Account shown on our records. If the Funding Account is closed or blocked for usage, Overdraft Protection will not be available. If a Checking Account is closed or blocked for usage, Overdraft Protection for that Checking Account will not be available.

8. **Termination Of Card Privileges:** We may terminate or block the use of a Card with access to a Checking Account when, at our discretion, we reasonably believe that there is unusual Overdraft Protection activity for that Checking Account.

9. **Termination Of Overdraft Protection By Customers:** The owner of a Checking Account or a Funding Account may cancel Overdraft Protection for that Checking Account by requesting the cancellation in person at a branch or by delivering to us written notice of cancellation. Any cancellation under this paragraph nine will be effective after we have received notice of such cancellation and had a reasonable time to act upon it.

10. **Amendment:** We may at any time change the terms of this Agreement, including but not limited to the fees set forth in paragraph five above, by giving at least 30 days' prior written notice of such change to an owner of each of the Checking Account(s).

11. **Transfer Requests For Multiple Checking Accounts:** If transfer requests occur with respect to more than one of the Checking Account(s) on the same day, we shall have sole discretion in determining the order in which such transfer requests are processed.

12. **General Provisions:** This Agreement is binding on the owner of the Checking Account(s) and the Funding Account.

# Chase Privacy Policy

This Policy explains what Chase does to keep information about you private and secure. We want you to know how we manage that information to serve you and that you have choices about how it is shared. This Policy covers our family of companies, a partial list of which is contained at the end of this Policy. Please read this Policy carefully.

**Q|** **What information do you have about me?**

**A|** To provide services and to help meet your needs, we collect information about you from various sources.

- We get information from your requests for our products or services. One example is income on loan applications.
- We get information about your transactions with us and with others. For example, we have your account balance information.
- We get information, such as your credit history, from credit bureaus.

**Q|** **How do you safeguard information about me?**

**A|** We take a number of steps to protect the privacy of information about you. Here are some examples:

- We keep information under physical, electronic or procedural controls that comply with or exceed governmental standards.
- We authorize our employees, agents and contractors to get information about you only when they need it to do their work for us.
- We require companies working for us to protect information. They agree to use it only to provide the services we ask them to perform for us.

**Q|** **Is information about me shared within your family of companies?**

**A|** Yes. We may share information about you within our family as required or permitted by law. This helps us to offer you financial products and services, such as loans, deposits, investments, credit cards and insurance.

**Q|** **Is information about me shared with service providers and financial companies outside your family of companies?**

**A|** Yes, as permitted by law. We may share information about you with outside companies that work for us. These may include firms that assist in marketing our products. We may also share information about you with outside financial companies that have joint marketing agreements with us. These arrangements give you the opportunity to receive additional products or services.

**Q|** **Is information about me shared with non-financial companies outside your family of companies?**

**A|** Yes. We may share information about you with companies outside of our family as permitted by law, including retailers, auto dealers, auto makers, direct marketers, membership clubs and publishers.

**Q|** **Is information about me shared in any other ways?**

**A|** Yes. We may also share information about you in other ways, as required or permitted by law. Here are some examples of ways that we share information.

- To protect against fraud.
- To respond to a subpoena.
- To service your account.
- To report to a credit bureau.
- With your consent.

**Q|** **What choices do I have about information sharing?**

**A|** We offer you the following two choices about sharing information that identifies you:

- *Choice #1.* You may tell us not to share information about you with non-financial companies outside of our family of companies. Even if you do tell us not to share, we may do so as required or permitted by law. Also, if you have authorized us to share information in connection with a particular product or service, we will continue to share information about you in connection with that product or service. For example, you might have a credit card with one of our airline, retail or university partners that offers rewards programs.

and

• *Choice #2.* You may tell us not to share the following information about you within our family of companies:

- Information from your applications to be used to determine your eligibility, such as your income.
- Information from consumer credit reports, such as your credit history.
- Information from sources used to verify information you provide us, such as outstanding loans or employment history.

Even if you do tell us not to share, we may share other types of information within our family. For example, we may share name and address, information about transactions or balances with us, as well as survey results.

**Q| How do I tell you about my privacy choices?**

**A|** You may contact us by:

- calling us toll-free at 1-888-868-8618, or
- for hearing impaired assistance, dialing 7-1-1, then 1-888-868-8618 and wait for operator assistance, or
- writing us at P. O. Box 260185, Baton Rouge, LA 70826-0185

You do not need to contact us unless you want to make one of the privacy choices listed above. If you are a current customer, you do not need to contact us unless you want to change a choice you previously indicated to us.

**Q| What about joint accounts?**

**A|** Each person may separately make privacy choices, and joint account holders may make privacy choices for each other. If only one joint account holder makes a privacy choice, information about the other joint account holder may be shared.

**Q| How do you tell me about your Policy?**

**A|** We send our Policy to you when you open a new account. We also send it to current customers yearly. We may change our Policy. We will send you a new policy if we broaden our information sharing practices about you. Our Policy is available at Chase.com/privacy.

**Special Notice for Vermont Residents.**

In order to comply with Vermont law, we will automatically treat accounts with Vermont mailing addresses as if you have made both of the privacy choices listed above. In addition, if we disclose information about you to other financial institutions with which we have joint marketing agreements, we will only disclose your name, contact information and information about your transactions.

**Special Notice for California Residents.**

In order to comply with California law, the following applies if your account has a California mailing address.

- Even if you do not make privacy choice #1 listed above, we will not share information that we have about you with non-financial companies outside our family of companies, unless otherwise permitted by law.
- We will not share information about you within, or with financial companies outside, our family of companies unless we first provide you with further privacy choices or unless otherwise permitted by law.

**Q| Who is covered by this Policy?**

**A|** This Policy covers the JPMorgan Chase & Co. family of companies. The following is a partial list of its U.S. consumer financial services companies.

- JPMorgan Chase Bank, N.A.
- JPMorgan Insurance Agency, Inc.
- J.P. Morgan Trust Company, N.A.
- Chase Bank USA, N.A.
- Chase Auto Finance Corp.
- Chase Home Finance, LLC
- Chase Investment Services Corp.
- Chase Insurance Agency, Inc.
- Bank One Trust Company, N.A.
- Banc One Securities Corporation
- Banc One Acceptance Corp.
- Bank One Education Finance Corporation

This Policy applies to current and former personal customers. Separate policies may apply to customers of certain businesses, such as Private Banking or Insurance. In addition, customers in certain states may also receive policies that apply to them. The privacy policies posted on our websites apply when you use those sites. In addition, our online personal information practices are at Chase.com/privacy.