UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

## ORDER GRANTING MOTION FOR HEARING ON MOTION FOR CERTIFICATE OF APPEALABILITY, GRANTING MOTION FOR HEARING ON MOTION FOR RECONSIDERATION AND DENYING MOTION FOR HEARING ON MOTION FOR CLARIFICATION

THIS CAUSE comes before the Court upon Defendants' Motion for Hearing on their Motion for Clarification (DE # 327), Defendants' Motion for Hearing on their Motion for Certificate of Appealability (DE # 328), and Defendant's Motion for Hearing on its Motion for Reconsideration (DE # 330).

It is ORDERED, ADJUDGED and DECREED that Defendants' Motion for Hearing on their Motion for Clarification (**DE # 327**), be and the same is hereby, **DENIED**; Defendants' Motion for Hearing on their Motion for Certificate of Appealability (**DE # 328**), be and the same is hereby, **GRANTED**; and Defendant's Motion for Hearing on its Motion for Reconsideration (**DE # 330**) be and the same is hereby **GRANTED**.

The above-styled case is hereby set for Hearing on Defendants' Motion for Certificate of Appealability (DE # 326) and Defendant's Motion for Reconsideration or, in the Alternative Leave to Appeal (DE # 329) for **Monday, June 14, 2010, at 9:30 a.m.**

before the undersigned Judge at James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of May, 2010.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record