UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kenneth J. Grunfeld, of the law firm of Golomb & Honik, P.C., hereby enters his appearance as co-counsel for the Plaintiffs in the above-captioned matter.

The undersigned requests to receive CM/ECF notices via electronic means at the following email addresses: kgrunfeld@golombhonik.com (lpena@golombhonik.com, emalloy@golombhonik.com) .

Kenneth J. Grunfeld, Esquire
Pennsylvania State Attorney I.D. No: 84121
**Golomb & Honik, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 985-9177
(215) 985-4196 (Fax)

DATED: May 18, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2010, a copy of the foregoing Entry of Appearance was transmitted to the Clerk of Court for filing and that a copy will be served on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized matter for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____
Kenneth J. Grunfeld, Esquire
Pennsylvania State Attorney I.D. No: 84121
**Golomb & Honik, P.C.**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 985-9177
(215) 985-4196 (Fax)

**DATED:** **May 18, 2010**