UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES ONLY TO: | ) ) ) |
| *Buffington, et al. v. SunTrust Banks, Inc.* S.D. Fla. Case No. 1:09-cv-23632-JLK | ) ) ) |

## NOTICE OF FILING TRANSCRIPT INFORMATION FORM AND DESIGNATION OF RECORD ON APPEAL

Defendant SunTrust Banks, Inc., hereby gives notice that it has filed in Civil Action No. 1:09-cv-23632 its Transcript Information Form [Docket No. 23] and its Designation of Record on Appeal [Docket No. 24].

[Signatures on Following Page]

Respectfully submitted this 1st day of June, 2010.

/s/ Lynette Eaddy Smith
William N. Withrow
Georgia Bar No. 772350
william.withrow@troutmansanders.com
Lynette Eaddy Smith
Georgia Bar No. 236841
lynette.smith@troutmansanders.com
Lindsey E. Bowen
Georgia Bar No. 431819
lindsey.bowen@troutmansanders.com

*Attorneys for Defendant SunTrust Banks, Inc.*

TROUTMAN SANDERS LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 962-6703

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

/s/ Lynette Eaddy Smith
Lynette Eaddy Smith
Georgia Bar No. 236841
lynette.smith@troutmansanders.com

TROUTMAN SANDERS LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 962-6703