UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT            )
OVERDRAFT LITIGATION                )

THIS DOCUMENT RELATES TO:           )
DAVID M. JOHNSON v. KEYBANK         )
NATIONAL ASSOCIATION                )
W. D. Wa. Case No. 2:10-304         )
                                    )

## DEFENDANT KEYBANK'S REQUEST FOR HEARING ON MOTION TO COMPEL ARBITRATION AND TO STAY ACTION

Pursuant to 7.1B of the Local Rules of the United States District Court of the Southern District of Florida, Defendant, KEYBANK NATIONAL ASSOCIATION ("KeyBank") hereby requests that the Court hear oral argument on KeyBank's Motion to Compel Arbitration and Stay All Proceeds [DE 425].

KeyBank's Motion to Compel Arbitration was filed on May 3, 2010, along with KeyBank's initial memorandum in support of the motion [DE 426]. Plaintiff's opposition was filed May 20, 2010 [DE 493]. KeyBank's reply brief in support of the motion is being filed contemporaneously with this request on June 1, 2010.

KeyBank believes that a hearing on its motion will benefit the Court, as the arbitration provision and the facts at issue in KeyBank's case are unique and have not been argued before to this Court. KeyBank estimates that the time required for oral argument would be thirty (30) minutes.

WHEREFORE, for the foregoing reasons, KeyBank respectfully requests that this Court hear oral argument on KeyBank's Motion to Compel Arbitration and Stay All Proceedings.

Dated: June 1, 2010.

        Respectfully submitted,

        /s/ John M. Cooney

        Alan G. Kipnis, Esq.
        John M. Cooney, Esq.
        ARNSTEIN & LEHR LLP
        200 East Las Olas Boulevard, Suite 1700
        Fort Lauderdale, Florida  33301
        Telephone:  (954) 713-7600
        Facsimile:  (954) 713-7700
        Attorneys for Defendant KeyBank

30357-0100-9046574.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT   )
OVERDRAFT LITIGATION       )

THIS DOCUMENT RELATES TO:           )
DAVID M. JOHNSON v. KEYBANK         )
NATIONAL ASSOCIATION                )
W. D. Wa. Case No. 2:10-304         )
                                    )

I here certify that on June 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John M. Cooney

Alan G. Kipnis, Esq.
John M. Cooney, Esq.
ARNSTEIN & LEHR LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida  33301
Telephone: (954) 713-7600
Facsimile: (954) 713-7700
Attorneys for Defendant KeyBank

30357-0100-9046574.1