UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-CV-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-CV-21963-JLK
N.D. Cal. Case No. 3:09-CV-2186

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-CV-21681-JLK
N.D. Cal. Case No. 4:08-CV-05101-SBA

*Gulley v. Huntington Bancshares, Inc.*
S.D. Fla. Case No. 1:09-CV-23514-JLK
W.D. Mi. Case No. 1:09-CV-00880-JTN

*Lopez, et al. v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23127-JLK

*Luquetta, et al. v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23432-JLK
C.D. Cal. Case No. 3:09-CV-6967-GHK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23034-JLK
N.D. Cal. Case No. 3:09-CV-2071

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23235-JLK
N.D. Cal. Case No. 4:09-CV-3250-GHK

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-CV-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-21680-JLK
N.D. Cal. Case No. 3:08-CV-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23685-JLK
D. Or. Case No. 3:09-CV-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23834-JLK
D.N.M. Case No. 6:09-CV-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

_____/

## **ORDER DENYING MOTION FOR CLARIFICATION**

THIS CAUSE comes before the Court upon Defendant Banks' Motion to Clarify Court's March 11, 2010 Order Ruling on Omnibus Motion to Dismiss and/or for Judgment on the Pleadings and Incorporated Memorandum of Law (DE # 325) filed April 5, 2010. Plaintiffs filed an Opposition to the Motion for Clarification (DE # 402) on April 22, 2010. Defendants Replied (DE # 428) on May 3, 2010.

In this Motion, Defendant Banks' allege that in their Complaints Plaintiffs did not adequately plead allegations of any wrongful business practices other than the allegations regarding posting order. Defendant Banks raised this issue in their Omnibus Motion to

Dismiss and now ask this Court for clarification on this issue.

After a careful review of the record, and the Court being otherwise fully advised, the Court concludes that this issue is better addressed after discovery is taken and the facts are more clearly known to all parties. It is therefore

ORDERED, ADJUDGED and DECREED that Defendant Banks' Motion to Clarify (**DE # 325**) be, and the same, is hereby **DENIED** without prejudice to renew at the end of discovery.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 1st day of June, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record