UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )

THIS DOCUMENT RELATES TO: )
DAVID M. JOHNSON v. KEYBANK )
NATIONAL ASSOCIATION )
W. D. Wa. Case No. 2:10-304 )
)

### [PROPOSED] ORDER GRANTING KEYBANK'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

**THIS MATTER** is before the Court upon Defendant, KeyBank's Unopposed Motion to Exceed Page Limitations in KeyBank's reply memorandum in support of KeyBank's Motion to Compel Arbitration and Stay All Proceedings [DE 425]. Having reviewed the unopposed motion and being otherwise advised in the premises, the Court hereby **ORDERS** that KeyBank's Unopposed Motion to Exceed Page Limitations is **GRANTED**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this __2__ day of June, 2010.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies finished to:

All Counsel of Record

30357-0100-9046552.1