## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No.: 1:09-md-02036-JLK

|  |  |
|---|---|
| In Re: | ) |
|  | ) |
|  | ) |
|  | ) |
| CHECKING ACCOUNT OVERDRAFT | ) |
| LITIGATION | ) |
|  | ) |
| MDL No. 2036 | ) |
|  | ) |
| THIS DOCUMENT RELATES TO: | ) |
|  | ) |
| *Mike Amrhein v. Citibank, N.A.* | ) |
| S.D. Fla. Case No. 09-21681-JLK | ) |
| N.D. Cal. Case No. 08-05101 SBA | ) |
|  | ) |
|  | ) |

### OBJECTION OF DEFENDANT CITIBANK, N.A. TO SETTING OF TRIAL DATE

Defendant Citibank, N.A. ("Citibank") hereby objects to the Court's May 13, 2010 Order Establishing a Schedule for the Discovery, Motion Practice, Final Pretrial Conference and Trial for Selected Cases (the "Scheduling Order") to the extent that it sets the matter entitled Amrhein v. Citibank, N.A., S.D. Fla. Case No. 09-21681-JLK ("Amrhein"), for trial before this Court.

Amrhein was originally filed November 7, 2008 in the Northern District of California, where it was pending before the Honorable Saundra B. Armstrong.  On June 10, 2009, the Judicial Panel on Multidistrict Litigation transferred Amrhein, along with other cases, to this Court for "coordinated or consolidated pretrial proceedings."  28 U.S.C. § 1407(a); see also In re Checking Account Overdraft Litig., 626 F. Supp. 2d 1333, 1336 (J.P.M.L. 2009).  The Court lacks authority to preside over Amrhein for purposes of trial.  See 28 U.S.C. § 1407(a) ("Each action so transferred shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously

///

///

///

///

///

///

///

///

///

///

///

- 1 -

terminated . . . .").  Accordingly, pursuant to this Objection, the portion of the Court's

Scheduling Order setting trial before the Court on October 31, 2011 should be deemed not to

apply to Amrhein.  (See Scheduling Order at 10.)

Dated:  June 2, 2010                          Respectfully submitted,


/s/ Lisa M. Simonetti
JULIA B. STRICKLAND
(*pro hac vice*)
jstrickland@stroock.com
LISA M. SIMONETTI
(*pro hac vice*)
lsimonetti@stroock.com
A. R. KACHADOORIAN
(*pro hac vice*)
akachadoorian@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Tel:  (310) 556-5800
Fax:  (310) 556-5959

Attorneys for Defendant
   CITIBANK, N.A.

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2010, I filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record or pro se parties entitled to receive service.

_____/s/ *Lisa M. Simonetti*_____
Lisa M. Simonetti
Stroock & Stroock & Lavan LLP

- 3 -