UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Reyes v. Unionbancal Corp, et al.*;
S.D. Fla. Case No. 1:10-cv-20360-JLK
N.D. Ca Case No. 3:09-cv-05338
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Notice of Voluntary Dismissal without Prejudice (DE # 465) filed May 14, 2010 in Case No. 1:10-cv-20360-JLK. No objection has been filed and the time to do so has passed.

Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.  Case No. 1:09-cv-23526-JLK is hereby DISMISSED WITHOUT PREJUDICE.

2.  All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall close this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 7th day of June, 2010.

                                           JAMES LAWRENCE KING
                                           UNITED STATES DISTRICT JUDGE
                                           SOUTHERN DISTRICT OF FLORIDA

cc: The Clerk of the Court
      All Counsel of Record