FILING FEE
PAID 0.00
Pro hac Vice
Steven M. Larimore, Clerk

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
JUN 07 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Case No.: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT              )
OVERDRAFT LITIGATION                 )
                                      )
MDL No. 2036                         )
                                      )
This Document Relates To:            )
                                      )
DANIELS v. CITIZENS FINANCIAL        )
GROUP, INC.                          )
Case No.: 1:10-cv-10386-JLT (D. Mass.) )
                                      )
DWYER v. TORONTO-DOMINION BANK       )
Case No.: 1:09-cv-12118-RBC (D. Mass) )

## MOTION FOR LIMITED APPEARANCE AND FOR ELECTRONIC FILING PRIVILEGES

Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Dkt. No. 166), the undersigned respectfully moves for the admission of Patrick J. Sheehan, of the law firm Whatley Drake & Kallas, LLC, 60 State Street 7th Floor, Boston, MA 02109, for purposes of limited appearance as counsel on behalf of ERIC DANIELS and CARLY A. DWYER in the above-styled cases, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, in order to permit Patrick J. Sheehan to file and receive electronic filings. In support thereof, the undersigned states as follows:

1. Patrick J. Sheehan is not admitted to practice in the Southern District of Florida. He is a member in good standing of the bars of Massachusetts and New York.

2. MDL Rule 1.4 states, "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3. Patrick J. Sheehan hereby requests the Court provide Notice of Electronic Filings to Patrick J. Sheehan at the following email addresses: psheehan@wdklaw.com and ecf@wdklw.com.

4. Patrick J. Sheehan hereby requests the Court to allow him to file documents electronically through this Court's CM/ECF system.

5. Pursuant to MDL Rule 1.4, Patrick J. Sheehan requests that the Court waive the filing fee of $75 per attorney.

6. As required by the Court's November 24, 2009 Order (Dkt. No. 166), Patrick J. Sheehan has executed the Certificate of Understanding Re: Electronic Filing in the Southern District of Florida, stating that he is a member in good standing of his respective jurisdictions and has reviewed the Local Rules of the United States District Court for the Southern District of Florida. The Certificate is attached hereto as Exhibit A.

WHEREFORE, the undersigned hereby moves this Court to enter an Order (1) permitting Patrick J. Sheehan to appear before this Court on behalf of ERIC DANIELS and CARLY A. DWYER for all purposes relating to the proceedings in the above-styled matters, (2) waiving the requirement that this attorney designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide this attorney notice of electronic filings

and directing the Clerk to assign CM/ECF username and password, and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of Patrick J. Sheehan.

Dated:  June 3, 2010

Respectfully submitted,

Patrick J. Sheehan
Whatley Drake & Kallas, LLC
60 State Street, 7th Floor
Boston, MA  02109
Telephone:  617.573.5118
Facsimile:  617.573.5090
psheehan@wdklaw.com

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| This Document Relates To: | ) ) ) |
| DANIELS v. CITIZENS FINANCIAL GROUP, INC. Case No.: 1:10-cv-10386-JLT (D. Mass.) | ) ) ) ) |
| DWYER v. TORONTO-DOMINION BANK Case No.: 1:09-cv-12118-RBC (D. Mass) | ) ) |

**CERTIFICATE OF UNDERSTANIDNG RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

1. I am a member in good standing of the Bars of Massachusetts and New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I may electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Patrick J. Sheehan |
| State Bar No.: | MA: 639320; NY 3016060 |
| Firm Name: | Whatley Drake & Kallas, LLC |
| Address: | 60 State Street, 7th Floor |
|  | Boston, MA  02109 |
| Mailing address: | [Same as above] |
| Telephone No.: | 617.573.5118 |
| Fax No.: | 617.573.5090 |
| Email: | psheehan@wdklaw.com |

Dated: June 3, 2010

Respectfully submitted,

/s/ Patrick J. Sheehan
Patrick J. Sheehan
Whatley Drake & Kallas, LLC
60 State Street, 7th Floor
Boston, MA  02109
617.573.5118
617.573.5090
psheehan@wdklaw.com

*Attorney for Plaintiffs Eric Daniels and Carly A. Dwyer*

2

**EXHIIBIT A**

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
This Document Relates To: )
)
DANIELS v. CITIZENS FINIANCIAL )
GROUP, INC. )
Case No.: 1:10-cv-10386-JLT (D. Mass.) )
)
DWYER v. TORONTO-DOMINION BANK )
Case No.: 1:09-cv-12118-RBC (D. Mass) )

## ORDER GRANTING MOTION FOR LIMTIED APPEARANCE OF AND FOR ELECTRONIC FILING PRIVILEGES FOR PATRICK J. SHEEHAN

THIS CAUSE having come before the Court on Motion for Limited Appearance and for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for the attorney listed in paragraph two below who, upon the filing of an initial appearance for Plaintiffs Eric Daniels and Carly A. Dwyer in the transferor district, will become counsel of record upon remand in the above-captioned cases that originated in other districts and have been transferred

to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorney is granted to appear and participate in this action on behalf of his respective client:

Patrick J. Sheehan
Whatley Drake & Kallas, LLC
60 State Street, 7th Floor
Boston, MA 02109
617.573.5118
617.573.5090
psheehan@wdklaw.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (DKT. No. 166), the attorney named in paragraph two shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the

2

Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph two above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph two above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this ___ day of _____, 2010.

_____
James L. King
United States District Judge