UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
)
This Document Relates To: )
)
DANIELS v. CITIZENS FINIANCIAL )
GROUP, INC. )
Case No.: 1:10-cv-10386-JLT (D. Mass.) )
)
DWYER v. TORONTO-DOMINION BANK )
Case No.: 1:09-cv-12118-RBC (D. Mass) )

## ORDER GRANTING MOTION FOR LIMTIED APPEARANCE OF AND FOR ELECTRONIC FILING PRIVILEGES FOR PATRICK J. SHEEHAN

THIS CAUSE having come before the Court on Motion for Limited Appearance and for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for the attorney listed in paragraph two below who, upon the filing of an initial appearance for Plaintiffs Eric Daniels and Carly A. Dwyer in the transferor district, will become counsel of record upon remand in the above-captioned cases that originated in other districts and have been transferred

to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorney is granted to appear and participate in this action on behalf of his respective client:

Patrick J. Sheehan
Whatley Drake & Kallas, LLC
60 State Street, 7th Floor
Boston, MA  02109
617.573.5118
617.573.5090
psheehan@wdklaw.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (DKT. No. 166), the attorney named in paragraph two shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the

Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph two above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph two above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 9 day of June, 2010.

*James Lawrence King*
James L. King
United States District Judge