UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:09-MD-02036-KING

**IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL NO. 2036**

---

**THIS DOCUMENT RELATES TO:**

*Keyes v. Fifth Third Bank*
S.D. Fla. Case No. 10-cv-21283

**OPPOSITION TO DEFENDANT FIFTH THIRD BANK'S
MOTION FOR ADDITIONAL ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

Plaintiff Michelle Keyes opposes Defendant Fifth Third Bank's ("Fifth Third") motion for an additional enlargement of time to respond to the complaint. [**DE # 566**].

Fifth Third previously sought and received an unopposed 45-day enlargement to respond to plaintiffs' complaint. Undisclosed to plaintiffs' counsel, however, at the time the original enlargement was sought, was the fact that Fifth Third was already engaged in settlement negotiations with other plaintiffs' counsel in two putative class actions brought in other district courts involving the *identical* subject matter of this multi-district proceeding.[1] As has become routine with cases brought against other banks, at the time of the original unopposed enlargement Plaintiffs' Lead Counsel in MDL 2036 (as well as counsel for plaintiff Keyes) had already sought to transfer *Schulte* and *Willard* to this Court for inclusion in MDL 2036.

---

[1] Those related actions are *Schulte v. Fifth Third Bank*, N.D. Ill., Case No. 1:09-CV-06655 ("*Schulte*") and *Willard v. Fifth Third Bank*, N.D. Ga., Case No. 1:10-CV-0271-JOF ("*Willard*").

On May 27, 2010, when Plaintiffs' Lead Counsel appeared in Chicago before the Judicial Panel on Multi-District Litigation (the "Panel") for oral argument in support of this transfer request, plaintiffs' counsel in *Schulte* and *Willard*, joined by Fifth Third's counsel, surprised everyone by announcing that they had signed a settlement agreement earlier that morning and, therefore, that transfer of *Schulte* and *Willard* to MDL 2036 was unnecessary.[2] What was not apparent at that time – given the surprise announcement – was that this so-called "settlement" is not even deserving of *preliminary* approval, and has since become the subject of an objection to preliminary approval.

Based on this proposed "settlement," Fifth Third seeks an additional enlargement of time to answer the complaint pending against it in this Court. Because the proposed settlement in *Schulte* is *unlikely* to be approved and, therefore, *Schulte* and *Willard* will eventually be transferred into MDL 2036, there is no reason to delay these proceedings further by allowing Fifth Third an additional enlargement of time to answer the complaint in the only action that is already before this Court.

While Fifth Third hopes "the settlement will in short order be approved" by U.S. District Judge Robert M. Dow, Jr. in the Northern District of Illinois, its optimism appears misplaced. By any objective measure, the proposed "settlement" in *Schulte* is fatally flawed and, therefore, not deserving of preliminary approval based on established Seventh Circuit precedent. *See* e.g., *Armstrong v. Bd. of Sch. Dirs. of City of Milwaukee*, 616 F.2d 305, 314 (7th Cir. 1980), *overruled on other grounds, Felzen v. Andreas*, 134 F.3d 873 (7th Cir. 1998).

Pursuant to Judge Dow's direction, plaintiff Keyes, represented by Plaintiffs' Lead Counsel and the Plaintiffs' Executive Committee appointed by this Court in MDL 2036, has

---

[2] But for this surprise announcement, it is clear the Panel would have transferred *Schulte* and *Willard* to this Court for inclusion in MDL 2036.

today filed a formal objection to preliminary approval of the "settlement" in *Schulte*. A copy of that objection is attached as Exhibit A and incorporated by reference. Judge Dow has scheduled a hearing for this Friday, June 11, 2010 at 9:15 am to consider this objection to preliminary approval. As Plaintiffs' Lead Counsel and the Plaintiffs' Executive Committee appointed by this Court in MDL 2036 believe the "settlement" in *Schulte* is fatally flawed and should not receive preliminary approval, plaintiff Keyes respectfully urges this Court to deny Fifth Third's motion for an additional enlargement of time, and to direct it to answer the complaint without further delay.

## CONCLUSION

Based on the foregoing, plaintiff Keyes requests that Fifth Third's motion for an additional enlargement of time be denied.

Dated: June 9, 2010.

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
bruce@abbrclaw.com
Robert C. Gilbert, Esquire
Florida Bar No. 561861
bobby@abbrclaw.com
ALTERS BOLDT BROWN
 RASH & CULMO, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

*Plaintiffs' Lead Counsel*

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
/s/ Bruce W. Steckler
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
/s/ Melissa K. Hutts
Melissa K. Hutts, Esquire
Texas Bar No.  0188015
mhutts@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605 / Fax: 214-520-1181


/s/ Robert C. Josefsberg
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800
vdiaz@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W Flagler Street - Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800 / Fax: 305-358-2382



/s/ Edward Adam Webb
Edward Adam Webb, Esquire
Georgia Bar No. 743910
adam@webllc.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
flemond@webbllc.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
Tel: 770-444-9325/ Fax: 770-444-0271

/s/ Barry R. Himmelstein
Barry R. Himmelstein, Esquire
California Bar No. 157736
bhimmelstein@lchb.com
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
Mikaela Bernstein, Esquire
California Bar No. 261301
mbernstein@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000 / Fax: 415-956-1008


/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 East 58th street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946




/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street - Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177 / Fax: 215-985-4169

*Plaintiffs' Executive Committee*

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

C<span>ASE</span> N<span>O</span>. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Florida Bar No. 561861
ALTERS BOLDT BROWN
RASH & CULMO, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
bobby@abbrclaw.com

5