UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:09-MD-02036-KING

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

*Keyes v. Fifth Third Bank*
S.D. Fla. Case No. Case No. 10-cv-21283
_____/

## ORDER GRANTING DEFENDANT FIFTH THIRD BANK'S MOTION FOR BRIEF ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

This cause having come before the Court on Defendant Fifth Third Bank's Motion for Brief Enlargement of time to Respond to Complaint, and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that said motion is GRANTED, and Defendant Fifth Third Bank shall answer or otherwise respond to the Complaint on or before June 24, 2010.

DONE AND ORDERED in Chambers at Miami, Florida at the James Lawrence King Federal Justice Building and United States Courthouse this __10__ day of June, 2010.

_____
HON. JAMES L. KING
UNITED STATES DISTRICT COURT

*Copies furnished to:*
*Counsel of Record (via CM/ECF)*