UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
)
MDL No. 2036 )
_____)
)
)
THIS DOCUMENT RELATES TO: )
)
Green. v. Wachovia, N.A. )
S.D. Fla. Case No. 1:10-cv-021814-JLK )
_____)

### ORDER ON MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING WACHOVIA BANK, N.A.'S MOTION TO RESTRICT ACCESS TO CONFIDENTIAL INFORMATION

THIS CAUSE having come before the Court on the Motion for Reconsideration of Court's Order Denying Wachovia Bank, N.A.'s Motion to Restrict Access to Confidential Information and the Court having considered the motion and other pertinent portions of the record, and good cause being shown as required by Federal Rule of Civil Procedure 5.2(e), it is hereby

ORDERED AND ADJUDGED that the Clerk shall substitute the attached redacted Exhibit B to Wachovia Bank, N.A.'s Motion to Compel Arbitration Or, In the Alternative, to Dismiss (Case No. 1:10-cv-21814-JLK, DE 8-2) in the Court file.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this 11th day of June 2010.

*[signature]*
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record
Attached: Redacted Version of Exhibit B

# WACHOVIA

**Customer Access Agreement**
1-800-922-4684

CAA Number Internal Use Only (Required from CAAI Screen)
**0144013702**

To help fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

This Agreement (Signature Card) is designed to eliminate most subsequent signature cards and authorizations when opening future accounts. Your signature on this Agreement will give you the convenience of banking anywhere and anytime over the phone.

This Agreement, both now and as it may be amended from time to time by Wachovia, is applicable to any deposit account that you open with any Wachovia Bank either now or in the future for yourself or jointly with another person or authorized signer. I understand this agreement does not apply to accounts on which my name may appear and I am not the authorized signer. However, if you open an account on behalf of another person (for example, if you open an account as custodian, guardian, trustee), you will need to complete a separate Agreement for that account. If you have any questions, please call a Wachovia Specialist toll-free at 1-800-922-4684.

**Instructions:**
By signing this Agreement, I authorize any Wachovia Bank ("Wachovia") with which I open an account now or in the future to accept and act upon instructions from me to do the following:

- to open deposit accounts with Wachovia;
- to transfer all or any portion of the balance of my accounts (including credit accounts);
- to close deposit accounts, process changes of account information or otherwise service any of my Wachovia accounts;
- to obtain related services offered by Wachovia.

As used in this Agreement, the terms "products", "services" and "accounts" include various deposit products, services and accounts made available to you by Wachovia.

If more than one person is named in the title for any account, such account will be considered a joint account. Instructions which affect any of my joint accounts may be given by any joint account owner. References to me in this instructions section shall also refer to the joint account holder(s).

I may give instructions orally or in writing, in person, by mail, messenger, telephone, facsimile, computer terminal, wire service, automated teller machine, or by any other reasonable method. Wachovia may accept and act upon such instructions which do not contain my signature with the same effect as if such instructions were signed by me. However, I acknowledge that Wachovia may, at its option, require my original signature or any other documentation before accepting and acting upon any instructions. Your signature on this Agreement authorizes Wachovia to honor verbal stop payment orders up to six (6) months. To extend stop payment orders, Wachovia must receive a verbal order for such extension before the expiration of this six month period. I authorize Wachovia to record and monitor any telephone calls for various purposes, including to ensure accuracy, to provide a record of such conversations and to improve the quality of service to me.

I agree to follow such security procedures as Wachovia may require. The security procedure agreed upon for verifying the authenticity of instructions which are not delivered in person by me for any purpose (including, but not limited to, the wire transfer of money from any of my accounts) is one or more of the following at the option of Wachovia: (1) delivery of a personal identification code by me or a person purporting to be me, (2) a callback, (3) a recitation by me or a person purporting to be me of one or more items of my personal information which Wachovia has in its records about me, or (4) voice recognition of me combined with the use of certain probing questions. The telephone number(s) to which callbacks shall be made shall be any telephone number(s) Wachovia may have for me in its records or any telephone number assigned to me by a telephone service provider. I agree that this security procedure constitutes a commercially reasonable method of providing security against unauthorized instructions. I agree to maintain the confidentiality of any personal identification code and will prevent the unauthorized dissemination of such code.

I agree to indemnify and hold Wachovia harmless from any losses, damages, suits and expenses, of whatever kind, including any reasonable attorneys' fees, that Wachovia may incur as a result of relying upon instructions from me, or anyone purporting to be me, provided that Wachovia has complied with the applicable security procedures.

I acknowledge receipt of the Wachovia rules and regulations governing money transfer requests and agree to be bound by its terms as may be amended from time to time.

**Acceptance of Terms and Conditions:**

I agree to be bound by the terms and conditions including, but not limited to Wachovia's Deposit Agreement and Disclosures, applicable to each product or service which I obtain from Wachovia now or in the future, which terms and conditions will be provided to me. I also agree to pay all fees associated with such products, accounts and services in accordance with the fee schedules which will be provided to me by Wachovia.

COMPLETE THE APPROPRIATE W-8 FOREIGN CERTIFICATION FORM
IF YOU ARE CLAIMING FOREIGN EXEMPTION STATUS.

**RIGHT OF SURVIVORSHIP (ONLY NC ACCOUNTS):**

I understand that by establishing a joint account under the provisions of:
North Carolina General Statute 53-146.1 that:
1. Wachovia may pay the money in the account to, or on the order of, any person named in the account unless we have agreed with the bank that withdrawals require more than one signature; and
2. Upon the death of one joint owner the money remaining in the account will belong to the surviving joint owners and will not pass by inheritance to the heirs of the deceased joint owner or be controlled by the deceased joint owner's will.

I DO elect to create the Right of Survivorship for any joint account.

Signature _____

**FORM W9 SOCIAL SECURITY NUMBER OR EMPLOYER IDENTIFICATION NUMBER CERTIFICATION** (Not applicable for Non-Resident Aliens):
(The Social Security Number or Employer Identification Number should match the first name listed on the account and will be used for tax reporting purposes.)

I. Social Security Number or Employer Identification Number:

**REDACTED 3143**

II. If exempt from backup withholding check this box: ☐ EXEMPT

III. Certification - Under penalties of perjury, I certify that:
1. The number set forth above is my correct social security number or employer identification number (or I have applied for and I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.
3. I am a U.S. person (including a U.S. resident alien).

**Certification Instructions** - You must cross out item 2. above if you have been notified by the IRS that you are currently subject to backup withholding because of under reporting interest or dividends on your tax return.

☑ By checking this box I am requesting issuance of an ATM Card or CheckCard.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

_Howard W. Green, Esq_ (signature)

Customer Signature (above line)    Only one signature per Agreement

**08/08/2005**
Date

Print Name **HOWARD W GREEN**

Address **7921 SW 50 COURT**
**MIAMI, FL 33143**

DOCUMENT STORAGE COPY
SEND TO: NC6556

582279 (Rev 01)