# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT  
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date June 14, 2010

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Judy Shelton

**TYPE OF PROCEEDING:**

Scheduling Conference___     Status Conference___  
Pre-Trial Conference ___     Motion Hearing   X

**Counsel for Plaintiff**: Bruce Rogow, Esq. Robert Gilbert, Esq.  
**Counsel for Defendant**: Barry R. Davidson, Esq. Barry R. Davidson, Esq.  Randy Liebler, Esq.  Christopher Lipsett, Esq.  David S. Lesser, Esq.  Sonya D. Winner, Esq.  Jamie Isani, Esq.  Aimee Rubin, Esq.  Alan G. Greer, Esq.  John Cooney, Esq.  John T. Prisbe, Esq.  Lindsey Bowen, Esq.  Nancy Baughan, Esq.

Motion:  **OMNIBUS MOTIONS**

Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____  
PRE-TRIAL MOTIONS FILED BY: _____  
STATUS CONFERENCE SET FOR: _____  
SCHEDULING CONFERENCE SET FOR: _____  
PRE-TRIAL CONFERENCE SET FOR: _____  
TRIAL SET FOR: _____  
JURY/NON JURY  
ESTIMATED TRIAL DAYS:  
LOCATION: MIAMI/ KEY WEST  
TRIAL CONTINUED TO: _____

- Oral Argument Held on Defendant's Motion for Certification (D.E. #326) (Argued by Barry R. Davidson, Esq. and Laurence J. Hutt, Esq. For the Defendants - Bruce Rogow, Esq. For the Plaintiffs)
- Oral Argument held on Defendant's Motion for Reconsideration or in the alternative Certification Pursuant to 28 U.S.C. 1292(b)(D.E. #329) (Argued by Christopher Lipsett, Esq. for Defendant J.P. Morgan Chase Bank - Bruce Rogow for the

- Oral Argument held on Defendant's Motion ro Stay Litigation Pending Interlocutory Appeal(D.E. #491) (Argued by Nancy Baughan, Esq. and John T. Prisbe, Esq. for the Defendants - Robert Gilbert, Esq. for the Plaintiffs)
- The Court finds that the Motion for Certification is hereby DENIED and orders counsel for the Plaintiffs to prepare an order for the Court's consideration within 1 week
- The Court finds that the Motion for Reconsideration or Alternatively Certification is hereby DENIED and orders counsel for the Plaintiffs to submit an order for the Court's Consideration within 1 week
- The Court finds that (it is inclined to Grant the Motion for Stay and impose a Supersedeas Bond) an Opinion shall be rendered by the Court forthwith