IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

)
)
)
)
)
)
)

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2010, I electronically filed the following document with

the Clerk of the Court using CM/ECF:

- JPMORGAN CHASE BANK, N.A.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS RELATING TO CLAIMS OF PLAINTIFFS LARSEN, LOWE, PALACIOS, PALACIOS, AND WALSH-DUFFY

I also certify that this document is being served this day on all counsel of record and/or

parties in the above-captioned cases via transmission of Notices of Electronic Filing generated

by CM/ECF or in some other agreed-upon manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing, or, in the absence of

agreement, by First Class Mail.

/s/ Christopher R. Lipsett
CHRISTOPHER R. LIPSETT
(*pro hac vice*)
christopher.lipsett@wilmerhale.com
WILMER CUTLER PICKERING HALE

AND DORR LLP
399 Park Avenue
New York, New York  10022
tel: (212) 230-8851
fax: (212) 230-8888