UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

_____/

## ORDER DENYING DEFENDANT JPMORGAN CHASE BANK N.A'S MOTIONS TO STAY PROCEEDINGS IN THE LOPEZ AND LUQUETTA CASES

THIS CAUSE comes before the Court upon Defendant JPMorgan Chase Bank N.A.'s ("Chase") Motion to Stay Proceedings Relating to Claims of Plaintiffs Larsen, Lowe, Palacios, Palacios, and Walsh-Duffy ("the *Lopez* case") (DE # 505) and Defendant Chase's Motion to Stay Proceedings Relating to Claims of Plaintiffs Williams, Biss, Ruiz, Ruiz, Kirkland, and Miller ("the *Luquetta* case") (DE # 508) filed May 21, 2010. Plaintiffs filed Oppositions to Chase's Motions to Stay (DE # 556 and 557) on June 7, 2010 and Defendant Replied (DE # 586 and 588) on June 14, 2010.

The Court finds that these Motions present factual issues that must be subjected to discovery and cannot be ruled on as a matter of law at this time.

ORDERED, ADJUDJED and DECREED that Defendant Chase's Motions to Stay Proceedings in the *Lopez* and *Luquetta* Cases (**DE # 505 and 508**) be, and the same, are hereby **DENIED** without prejudice to reassert after completion of discovery.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 16th day of June, 2010.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record