IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

## NOTICE OF APPEAL

Notice is hereby given that defendant JPMorgan Chase Bank, N.A. ("Chase") hereby appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to 9 U.S.C. § 16, this Court's June 16, 2010 Order Denying Defendant JPMorgan Chase Bank, N.A.'s Motions To Stay Proceedings In The *Lopez* And *Luquetta* Cases [Dkt. No. 594].

Dated: June 17, 2010

WILMER CUTLER PICKERING HALE
  AND DORR LLP

s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)

399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

A. Stephen Hut, Jr.
(stephen.hut@wilmerhale.com)
1875 Pennsylvania Avenue NW
Washington, DC  20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for defendant JPMorgan Chase Bank, N.A.*