IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2010, I electronically filed the following document with the Clerk of the Court using CM/ECF:

- MOTION OF JPMORGAN CHASE BANK, N.A. TO STAY PROCEEDINGS RELATING TO CLAIMS OF CERTAIN NAMED PLAINTIFFS PENDING APPEAL AND INCORPORATED MEMORANDUM OF LAW

I also certify that this document is being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, or, in the absence of agreement, by First Class Mail.

/s/ Christopher R. Lipsett
CHRISTOPHER R. LIPSETT
(*pro hac vice*)

christopher.lipsett@wilmerhale.com
WILMER CUTLER PICKERING HALE
 AND DORR LLP
399 Park Avenue
New York, New York  10022
tel: (212) 230-8851
fax: (212) 230-8888