**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 09-MD-02036-JLK**

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:          )
                                    )
*Lopez v. JPMorgan Chase Bank, N.A.* )
S.D. Fla. Case No. 1:09-cv-23127-JLK )
                                    )
*Luquetta v. JPMorgan Chase Bank, N.A.* )
S.D. Fla. Case No. 1:09-cv-23432-JLK )
C.D. Cal. Case No. CV09-6967-GHK    )
                                    )

**NOTICE OF FILING TRANSCRIPT INFORMATION FORM**
**AND DESIGNATION OF RECORD ON APPEAL**

Defendant JPMorgan Chase Bank, N.A. hereby gives notice that it has filed in the above-captioned actions its Transcript Information Form and its Designation of Record on Appeal.

Dated:  June 21, 2010

WILMER CUTLER PICKERING HALE
 AND DORR LLP

s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851

fax: (212) 230-8888

*Attorneys for defendant JPMorgan Chase Bank, N.A.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 21, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that this document is being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, or, in the absence of agreement, by First Class Mail.

/s/ Christopher R. Lipsett
CHRISTOPHER R. LIPSETT
(*pro hac vice*)
christopher.lipsett@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, New York  10022
tel: (212) 230-8851
fax: (212) 230-8888
