UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEAD CASE NO.:  09-02036-MD-KING

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No.: 2036

THIS DOCUMENT RELATES TO:
*Robert A. Matos v. National City Bank*
S.D. Fla. Case No. 1:10-CV-21771-JLK
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that the law firm of Lewis Tein, P.L., enters its appearance as counsel for Defendant National City Bank.

    Respectfully submitted,

    LEWIS TEIN, P.L.
    3059 Grand Avenue, Suite 340
    Coconut Grove, Florida 33133
    Tel:  (305) 442-1101
    Fax: (305) 442-6744

By:   */s/ Michael R. Tein*
    Michael R. Tein
    Florida Bar No.: 993522
    tein@lewistein.com

    *Counsel for Defendant National City Bank*

*Of Counsel:*

John Kearney, Esq.
Mariah Murphy, Esq.
BALLARD SPAHR LLP
Plaza 1000 – Suite 500
Main Street
Voorhees, New Jersey 08043-4636
Tel: (856) 761-3400
Fax:  (856) 761-1020

Darryl J. May, Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 864-8103
Fax: (215) 864-8999

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Michael R. Tein*
Michael R. Tein

**Service List**

Robert C. Gilbert
Jeremy W. Alters
Kimberly L. Boldt
ALTERS BOLDT BROWN RASH &
CULMO PA
4141 N.E. 2nd Avenue, Suite 201
Miami, FL  33137
*Attorneys for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta*

Anne P. McHugh
PELLETTIERI RABSTEIN & ALTMAN
100 Nassau Park Boulevard, Suite 111
Princeton, NJ  08543-5301
*Counsel to Virgilio S. Casayuran, Jr.*

Edward J. Feinstein
Ellen M. Doyle
STEMBER FEINSTEIN DOYLE &
PAYNE, LLC
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
*Counsel to Virgilio S. Casayuran, Jr.*

William C. Hearon
STEWART TILGHMAN FOX & BIANCHI
1 SE 3rd Avenue
Miami, Florida 33131
*Attorney for Melanie L. Garcia*

Bruce S. Rogow
BRUCE S. ROGOW PA
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, Florida 33394
*Attorney for Ralph Tornes, April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta*

Barry R. Himmelstein
Jordan Elias
Michael W. Sobol
Mikaela Bernstein
Roger N. Heller
LIEFF CABRASER HEIMANN &
BERNSTEIN
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California 94111
*Attorneys for Celia Spears-Haymond, Mike Amrhein, Steve Yourke, Kristen Richards, Frank Smith, Cynthia Larsen*

Elizabeth A. Alexander
LIEFF CABRASER HEIMANN &
BERNSTEIN
150 Fourth Avenue North, Suite 1650
Nashville, Tennessee 37219
*Attorney for Steven Yourke*

David M. Given
Nicholas A. Carlin
R. Scott Erlewine
PHILLIPS & ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
*Attorneys for Steven Yourke, Kristen Richards, Maxine Aarons Given,*

Charles M. Delbaum
Stuart T. Rossman
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, 4th Floor
Boston, Massachusetts 02110
*Attorneys for Steve Yourke, Kristen Richards*

3

Edward Adam Webb
G. Franklin Lemond, Jr.
WEBB LAW GROUP LLC
1900 The Exchange SE, Suite 480
Atlanta, Georgia 30339
*Attorneys for William W. Powell, Jr., Faith Gordon, Jeffrey Buffington, Jeanette Buffington, Lawrence D. Hough, Pamela J. Hough*

Ari Y. Brown
Genessa A. Stout
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
*Attorneys for Alex Zankich, William Rucker, Marc Martinez, Robert Lowe, Lori Aldana, Shane Parins, Kara Parins*

John Matthew Geyman
John Wentworth Phillips
PHILLIPS LAW GROUP PLLC
315 5th Avenue South, Suite 1000
Seattle, Washington 98104
*Attorneys for Alex Zankich, William Rucker*

Burton H. Finkelstein
Eugene J. Benick
Rosemary M. Rivas
Tracy D. Rezvani
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, DC 20007
*Attorneys to Andrea Luquetta*

Denyse Clancy
BARON BUDD LLP
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
*Attorney for Vada Mitchell, Daisy Webb*

Stephen P. Willison
WILLISON & HELLMAN PC
44 Grandville Avenue SW, Suite 200
Grand Rapids, Michigan 49503
*Attorneys for Michelle Gulley*

Bonney E. Sweeney
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
655 W Broadway, Suite 1900
San Diego, California 92101
*Attorney for Donald Kimenker*

Isam C. Khoury
James Jason Hill
Jeffrey James Geraci
Michael D. Singer
COHENLAN KHOURY & SINGER
605-C. Street, Suite 200
San Diego, California 92101
*Attorneys for John D. Kirkland*

Joshua L. Ross
Steve D. Larson
STOLL STOLL BERNE LOKTING & SHLACHTER
209 SW Oak Street, 5th Floor
Portland, Oregon 97204
*Attorneys for Dolores Gutierrez*

Chaim S. Setareh
LAW OFFICE OF SHAUN SETAREH
9454 Wilshire Boulevard, Penthouse Ste 3
Beverly Hills, California 90212
*Attorney for Sandra Quarles*

Marcus J. Bradley
MARLIN & SALTZMAN
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
*Attorney for Sandra Quarles*

Michael R. Comeau
COMEAU MALDEGEN TEMEPLEMAN & INDALL LLP
PO Box 669
Santa Fe, New Mexico 87504
*Attorney for Marc Martinez*

4

Miriam E. Zakarin, Esq.
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, Pennsylvania 19450
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Norah Hart
TREUHAFT & ZAKARIN LLP
1011 Avenue of the Americas, 4th Floor
New York, New York 10000
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Alan M. Mansfield
CONSUMER LAW GROUP
9466 Black Mountain Road, Suite 225
San Diego, California 92126
*Attorney for Katherine Anne Williams*

Howard Rubinstein
914 Waters Avenue, Suite 20
Aspen, Colorado 81611
*Attorney for Katherine Anne Williams*

Marian S. Rosen
MARIN S. ROSEN & ASSOCIATES
5065 Westheimer, Suite 840
Houston, Texas 77056
*Attorney for Katherine Anne Williams*

Alisha A. Martin
James R. Patterson
HARRISON PATTERSON & O'CONNOR
402 West Broadway, 29th Floor
San Diego, California 92101
*Attorneys for Josh Naehu-Reyes*
Patricia N. Syverson
Todd David Carpenter
BONNETT FAIRBOURN FRIEDMAN & BALINT PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
*Attorneys for Josh Naehu-Reyes*

Charles D. Marshall
GREEN WELLING PC
595 Market Street, Suite 2750
San Francisco, California 94105
*Attorney for Lacy Barras*

Gary Walker Jackson
JACKSON & MCGEE LLP
521 East Boulevard
Charlotte, North Carolina 28203
*Attorney for Lacy Barras*

Jeffrey F. Keller
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, California 94107
*Attorney for George Burke*

Lisa Marie Simonetti
Alexandria Rose Kachadoorian
Julia B. Strickland
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067
*Attorneys for Citibank FSB, Citibank, Inc., Citibank (West), FSB, Citibank, N.A.,*

Barbara J. Dawson
Robert Matthew Kort
SNELL & WILMER
400 E Van Buren
One Arizona Center
Phoenix, Arizona 85004
*Attorneys for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Brian J. Meenaghan
Ronald E. Beard
Randy Albert Englund
Tara N. Gillespie
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101
*Attorneys for Wells Fargo Bank, N.A.*

Bryanne J. Schmitt
David M. Jolley
Emily Johnson Henn
Margaret G. May
Sonya Diane Winner
Steven Duane Sassaman
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111
*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, Union Bank, N.A., Wells Fargo & Co.*

Dori Katrine Stibolt
FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, Florida 33401
*Attorney for Wells Fargo Bank, N.A.*

Jay Earl Smith
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Tracy L. Ashmore
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Ashley F. Cummings
James M. Beach
Lawrence J. Bracken, II
HUNTON & WILLIAMS
600 Peachtree Street NE, Suite 4100
Atlanta, Georgia 30308
*Attorneys for Wachovia Bank, N.A.*

James R. McGuire
Rita Lin

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
*Attorneys for Wachovia Bank, N.A., Wachovia Corp., US Bank, N.A., U.S. Bank, NA, U.S. Bancorp*

Sylvia Rivera
MORRISON & FOERSTER
555 W 5th Street, Suite 3500
Los Angeles, California 90013
*Attorney for U.S. Bank, NA, U.S. Bancorp*

Leda Dunn Wettre
ROBINSON WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
*Attorney for Wachovia Bank, N.A.*

Tracy Thomas Cottingham, III
HUNTON & WILLIAMS
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, North Carolina 28280
*Attorney for Wachovia Bank, N.A., Wachovia Corp.*

Aaron Schur
Sharon D. Mayo
ARNOLD & PORTER LLP
275 Battery Street, Suite 2700
San Francisco, California 94111
*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*

Barbara Viniegra
James Randolph Liebler
LIEBLER GONZALEZ & PORTUONDO
Courthouse Tower
44 West Flagler Street, Suite 2500
Miami, Florida 33130
*Attorney for Bank of America, N.A.*

Christopher Scott Tarbell
Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*

Anne Marie Mortimer
HUNTON & WILLIAMS
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
*Attorney for Wachovia Corp.*

Jan T. Chilton
John B. Sullivan
Mark Douglas Lonergan
Peter Higgins Bales
SEVERSON & WERSON PC
One Embarcadero Center, Suite 2600
San Francisco, California 94111
*Attorneys for Union Bank, N.A., Unionbancal Corp.*

Todd D. Carpenter
BONNETT FAIRBOURN FRIEDMAN & BALINT PC
600 W. Broadway, Suite 900
San Diego, California 92101

Barry R. Davidson
HUNTON & WILLIAM LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Wachovia Corp., Citibank, N.A., Bank of America California, Wachovia Bank, N.A., Attorneys for J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp., Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*

A. Stephen Hut, Jr.
Michelle Ognibene
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
*Attorneys for J.P. Morgan Chase Bank, N.A.*

Alan E. Schoenfeld
Christopher R. Lipsett
David Sapir Lesser
WILMER CUTLER PICKERING HALE & DORR LLP
399 Park Avenue
New York, New York 10022
*Attorneys for J.P. Morgan Chase Bank, N.A., JP Morgan Chase & Co.*

Andrew Benjamin Grossman
Matthew D. Benedetto
WILMER CUTLER PICKERING HALE & DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, California 90071
*Attorneys for J.P. Morgan Chase Bank, N.A.*

Mark D. Flanagan
WILMER CUTLER PICKERING HALE & DORR LLP
1117 S. California Avenue
Palo Alto, California 94304
*Attorney for JPMorgan Chase Bank*

C. Marie Eckert
Cody J. Elliott
MILLER NASH LLP
111 SW 5th Avenue, Suite 3400
Portland, Oregon 97204
*Attorney for U.S. Bank, N.A.*

Constance Melissa Ewing
David B. Darden
Eric Jon Taylor
Nancy H. Baughan
William J. Holley, II
PARKER HUDSON RAINER & DOBBS
Marquis II Tower
285 Peachtree Center Avenue NE
Suite 1500
Atlanta, Georgia 30303
*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank*

Alan S. Kaplinsky
Martin C. Bryce, Jr.
BALLARD SPAHR ANDREWS & INGERSOLL
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
*Attorneys for Huntington Bancshares, Inc., Huntington National Bank*

Bruce W. Neckers
John M. Lichtenberg
Paul A. McCarthy
RHOADES MCKEE PC
161 Ottawa Avenue NW, Suite 600
Grand Rapids, Michigan 49503
*Attorneys for Huntington Bancshares, Inc.*

Lindsey Elisa Bowen
Lynette Eaddy Smith
William N. Withrow, Jr.
TROUTMAN SANDERS LLP
600 Peachtree Street NE, Suite 5200
Atlanta, Georgia 30308
*Attorneys for SunTrust Banks, Inc.*

James A. Dunbar
VENABLE LLP
210 West Pennsylvania Avenue, Suite 500
Towson, Massachusetts 21204
*Attorney for M & T Bank Corp.*

John T. Prisbe
VENABLE BAETJER & HOWARD
Mercantile Bank & Trust Building
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
*Attorney for M & T Bank Corp.*

Richard D. McCune, Jr.
Jae Kook Kim
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley*