IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:09-MD-02036

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO: | )<br>)<br>) |
| LACY BARRAS, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| v. | )<br>) |
| BRANCH BANKING AND TRUST COMPANY, a federally chartered thrift institution. | )<br>)<br>)<br>) |
| M.D.N.C. Case No. 1:09-cv-678 | )<br>) |

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND CM/ECF FILING PRIVILEGES FOR ROBERT S. GREEN

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL" Rule 1.4), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B") and this Court's November 24, 2009 Order (docket #166), permission for a limited appearance and electronic privileges for Robert S. Green, counsel for Plaintiff Lacy Barras, which originated in the United States District Court Middle District of North Carolina and transferred to this MDL proceeding. The Court having considered

1

the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1. The Motion for Limited Appearance and Electronic Filing Privileges for Robert S. Green, is GRANTED.

2. Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order docket #166, Mr. Green shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures. The Court hereby directs the Clerk of the Court to assign CM/ECF username and password to Mr. Green.

3. Furthermore, pursuant to MDL Rule 1.4, the Court waives the filing fee of $75.00 per attorney for the limited appearance of Mr. Green.

DONE AND ORDERED in Chamber in Miami, Miami-Dade County, Florida, this 22 day of June, 2010.

James L. King
U.S. District Court Judge