IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:09-MD-02036

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
)
)
)
)
THIS DOCUMENT RELATES TO: )
)
LACY BARRAS, on behalf of herself and )
all others similarly situated, )
)
v. )
)
BRANCH BANKING AND TRUST )
COMPANY, a federally chartered thrift )
institution. )
)
M.D.N.C. Case No. 1:09-cv-678 )
)



FILED by _____ D.C.

JUN 15 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORDIA**

I, Robert S. Green, the undersigned, do hereby certify that:

1.   I am a member in good standing of the Bar of the Supreme Court of California.

2.   I am counsel of record for Lacy Barras in a case that originated in the United States District Court Middle District of North Carolina (*Lacy Barras v. Branch Banking and Trust Company*) which has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.  On October 19, 2009, I was admitted to practice pro hac vice in the United States District Court Middle District of North Carolina for the purpose of this litigation

1

3. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

4. I have studied and understand and will abide by the Administrative Procedures governing the CM/ECF procedures in the Southern District of Florida.

5. I will use this electronic filing privilege in the MDL caption above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

6. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

7. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Robert S. Green |
| CA State Bar No: | 136183 |
| Firm Name: | Green Welling P.C. |
| Address: | 595 Market Street, Suite 2750 |
| | San Francisco, CA 94105 |
| Telephone No: | 415-477-6700 |
| Facsimile No.: | 415-477-6710 |
| Email: | ncmd@classcounsel.com |

This the 14th day of June.

Respectfully submitted,

/s/ Robert S. Green
Robert S. Green (CA Bar No. 136183)
GREEN WELLING P.C.
595 Market St., Ste. 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: ncmd@classcounsel.com
*Attorneys for Plaintiff, Lacy Barras*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served on all counsel of record in the attached Service List via U.S. Mail.

This the 14th day of June, 2010.

Robert S. (CA Bar No. 136183)
GREEN WELLING P.C.
595 Market St., Ste. 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: ncmd@classcounsel.com
*Attorneys for Plaintiff, Lacy Barras*

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
MDL NO. 2036

PANEL SERVICE LIST

| | |
|---|---|
| Barry R. Davidson<br>HUNTON & WILLIAMS LLP<br>Mellon Financial Center<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, FL 33131-3136 | Richard D. McCune, Jr.<br>MCCUNEWRIGHT LLP<br>2068 Orange Tree Lane<br>Suite 216<br>Redlands, CA 92374 |
| Robert C. Gilbert<br>ALTERS BOLDT BROWN RASH & CUMLO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | Brian J. Meenaghan<br>LANE POWELL PC<br>1420 Fifth Avenue<br>Suite 4100<br>Settle, WA 98101-2338 |
| Mark Griffin<br>KELLER ROHRBACK LLP<br>1201 Third Avenue<br>Suite 3200<br>Seattle, WA 98101-3052 | Lisa Marie Simonetti<br>STROOK & STROOK & LAVAN LLP<br>2029 Century Park East<br>Suite 1600<br>Los Angeles, CA 90067-3086 |
| Laurence J. Hutt<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017-2513 | Gary Walker Jackson<br>JACKSON & MCGEE LLP<br>521 East Boulevard<br>Charlotte, NC 28203 |
| Burton H. Finkelstein<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street, N.W.<br>Washington, DC 20007 | Rosemary M. Rivas<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street<br>Suite 1450<br>San Francisco, CA 94104 |
| Robert C. Gilbert<br>ALTERS BOLDT BROWN RASH & CULMO PA<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | Frederic R. Klein<br>GOLDBERG KOHN BELL BLACK ET AL<br>55 East Monroe Street<br>Suite 3700<br>Chicago, IL 60603 |

5

| | |
|---|---|
| Harold M. Hewell<br>HEWELL LAW FIRM<br>105 West F Street<br>Suite 213<br>San Diego, CA 92101 | Jeffrey Saul Kravitz<br>KRAVITZ LAW FIRM<br>2310 J. Street<br>Suite A<br>Sacramento, CA 95816 |
| William J. Holley, II<br>PARKER HUDSON RAINER & DOBBS<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue N.E.<br>Atlanta, GA 30303 | Ruben Honik<br>GOLOMB & HONIK PC<br>1515 Market Street<br>Suite 1100<br>Philadelphia, PA 19102 |
| Michael Montecalvo<br>WOMBLE CARLYE SANDRIDGE & RICE<br>One West 4th Street<br>Winston-Salem, NC 27101 | David McDaniel Jolley<br>COVINGTON & BURLING<br>One Front Street<br>35th Floor<br>San Francisco, CA 94111 |
| Howard Weil Rubinstein<br>914 Waters Avenue<br>Suite 20<br>Aspen, CO 81611 | Edward Adam Webb<br>WEBB KLASE & LEMOND LLC<br>1900 The Exchange, SE<br>Suite 480<br>Atlanta, GA 30339 |
| Joe R. Whatley, Jr.<br>WHATLEY DRAKE & KALLAS LLC<br>1540 Broadway<br>37th Floor<br>New York, NY 10036 | John R. Wylie<br>FUTTERMAN HOWARD WATKINS WYLIE & ASHLEY CHTD<br>122 South Michigan Avenue<br>Chicago, IL 60603 |