Notice of Appeal

FILING FEE
PAID $455.00
In Forma Pauperis 2584
Steven M. Larimore, Clerk

FILED by JA D.C.
JUN 22 2010
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )

THIS DOCUMENT RELATES TO: )
DAVID M. JOHNSON v. KEYBANK )
NATIONAL ASSOCIATION )
W. D. Wa. Case No. 2:10-304 )
1:10-cv-21176 )

## NOTICE OF APPEAL

Notice is hereby given that Defendant, KEYBANK NATIONAL ASSOCIATION ("KeyBank") hereby appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to 9 U.S.C. § 16, this Court's June 16, 2010 Order Denying KeyBank's Motion to Compel Arbitration [Dkt. No. 592].

Dated: June 18, 2010.

                                      ARNSTEIN & LEHR LLP
                                      200 East Las Olas Boulevard, Suite 1700
                                      Fort Lauderdale, Florida 33301
                                      Telephone: (954) 713-7600
                                      Facsimile: (954) 713-7700

                              By: /s/ John M. Cooney
                                  Fla. Bar No. 854451
                                  jmcooney@arnstein.com
                                  Alan G. Kipnis, Esq.
                                  Fla. Bar No. 181788
                                  agkipnis@arnstein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John M. Cooney
John M. Cooney

9078926.1