UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) |
| THIS DOCUMENT RELATES TO: DAVID M. JOHNSON v. KEYBANK NATIONAL ASSOCIATION S.D. Fla. Case No. 1:10-cv-21176 W. D. Wa. Case No. 2:10-304 | ) ) ) ) ) ) |

### DEFENDANT KEYBANK'S MOTION TO STAY LITIGATION PENDING APPEAL

Defendant, KEYBANK NATIONAL ASSOCIATION ("KeyBank"), hereby moves the Court for a stay pending appeal to the United States Court of Appeals for the Eleventh Circuit of this Court's Order denying KeyBank's Motion to Compel Arbitration [DE 592]. By Order entered on June 15, 2010 [DE 590], this Court granted the joint motion of four co-defendants to stay litigation as to them in this MDL case pending their respective appeals to the Eleventh Circuit from this Court's Order Denying Motions to Compel Arbitration [DE 447], conditioned upon the posting of a supersedeas bond. By this motion, and memorandum, KeyBank respectfully requests a similar stay of all litigation in the MDL case as to KeyBank, upon those same conditions.

### MEMORANDUM

On February 18, 2010, Plaintiff, David Johnson ("Johnson") filed a putative class action complaint in the United States District Court for the Western District of Washington (Case No. 2:10-CV-00304). Johnson, and the class members he purports to represent, each maintained a

9079673.1

checking account at KeyBank. In the Complaint, Johnson alleges that KeyBank improperly assessed overdraft fees on his account by posting changes to the account in order of largest to smallest amounts, allegedly resulting in increased overdraft fees. On April 13, 2010, the case was transferred to this Court for inclusion in *In Re: Checking Account Overdraft Litigation*. On May 3, 2010, KeyBank filed its Motion to Compel Arbitration And Stay All Proceedings [DE 425], seeking to enforce the arbitration provision contained in the operative account agreement. On June 16, 2010, this Court denied KeyBank's Motion to Compel Arbitration. On June 22, 2010, KeyBank filed a Notice of Appeal expressing its intent to appeal the denial of its Motion to Compel Arbitration under 9 U.S.C. § 16.

For the reasons that were argued and set forth in the "Joint Motion of Defendants Branch Banking and Trust Company, M&T Bank Corporation, Regions Bank, and SunTrust Banks, Inc., to Stay Litigation Pending Appeal and Incorporated Memorandum of Law," [DE 491], and the arguments contained in their Reply memorandum, [DE 547], both of which KeyBank hereby adopts and joins in, this MDL litigation should also be stayed as to KeyBank until KeyBank's appeal of the June 16, 2010 order denying its Motion to Compel Arbitration is fully resolved, conditioned upon the posting of a supersedeas bond as set forth in this Court's June 15, 2010 Order [DE 590].

In the interest of brevity, KeyBank will not re-argue those points of law already advanced by the co-defendant Banks who have previously moved to stay their cases in this MDL litigation pending similar appeals. KeyBank relies upon the same Eleventh Circuit cases cited in their briefs, including *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249 (11th Cir. 2004) (holding that when a litigant files a motion to stay litigation in the district court pending an appeal from the denial of a motion to compel arbitration, the district court should stay the litigation so long as

9079673.1

the appeal is non-frivolous), and *Gordon v. Branch Banking and Trust Company*, No.09-15399-AA (11th Cir. Mar. 17, 2010) (applying *Blinco*, and granting BB&T's motion for a stay pending appeal). The arguments already advanced by KeyBank in support of its motion to enforce the contractual arbitration provision in its account agreement with Johnson are not frivolous.[1] Consistent with this Court's ruling to stay the five other cases pending appeal, KeyBank requests the entry of a stay conditioned upon the posting of a supersedeas bond in the amount of $50,000.00 with the Clerk of the United States District Court for the Southern District of Florida, which bond will be "conditioned upon payment of all costs, including court reporting transcripts, witness attendance, and attorney's fees" which (in the event the order denying arbitration is affirmed) are determined by the Court to have been caused by duplication of discovery caused by the stay, or (in the event the order is reversed) reimbursed to KeyBank.

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel hereby certifies that he has conferred with Lead Plaintiffs' Counsel in a good-faith effort to resolve this issue, but has been unable to do so.

## CONCLUSION

For the reasons stated above, Defendant, KeyBank National Association respectfully requests that the Court grant this Motion and enter an order staying litigation in the above-styled case pending completion of KeyBank's appeal to the Eleventh Circuit from the denial of KeyBank's Motion to Compel Arbitration.

---

[1] The filings related to KeyBank's briefs in support of its motion to compel arbitration are located at DE 425 and DE 530.

Dated:  June 21, 2010.

                    ARNSTEIN & LEHR LLP
                    200 East Las Olas Boulevard, Suite 1700
                    Fort Lauderdale, Florida  33301
                    Telephone:  (954) 713-7600
                    Facsimile:  (954) 713-7700

                    By: /s/  John M. Cooney
                        Fla. Bar No. 854451
                        jmcooney@arnstein.com
                        Alan G. Kipnis, Esq.
                        Fla. Bar No. 181788
                        agkipnis@arnstein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                        /s/  John M. Cooney
                        John M. Cooney

9079673.1