United States District Court
Southern District of Florida
Miami Division

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Given v. M&T Bank Corporation*<br>S.D.Fla. Case No.: 1-10-CV-20478-JLK | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF OTHER FILING

Manufacturers and Traders Trust Company a/k/a M&T Bank hereby gives notice that, in the specific case of <u>Given v. M&T Bank</u> (S.D. Fla. Case No.: 1-10-CV-20478-JLK), it has filed a Notice of Filing of Supersedeas Bond. Filing the bond was the condition precedent established by the Court in its Order Granting Stay Pending Interlocutory Appeal Upon Posting of Supersedeas Bond, dated June 15, 2010 (MDL doc. 590), for staying this matter pending M&T Bank's interlocutory appeal. A hard copy of this Notice and the bond will be sent to the Court by overnight delivery.

**[SIGNATURES ON NEXT PAGE]**

**Date:** June 22, 2010                    Respectfully submitted,

/s/ Matthew R. Alsip

---

James A. Dunbar
Matthew R. Alsip
Venable LLP
210 West Pennsylvania Avenue, Suite 500
Towson, Maryland 21204
(410) 494-6200 (telephone)
(410) 821-0147 (facsimile)
jadunbar@venable.com
mralsip@venable.com

John T. Prisbe
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400 (telephone)
(410) 244-7742 (facsimile)
jtprisbe@venable.com

*Counsel for M&T Bank*

286778/1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2010, I filed a copy of M&T Bank's foregoing Notice of Other Filing using the Court's CM/ECF system. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by the CM/ECF system or by U.S. mail, postage prepaid, on all counsel of record or pro se parties entitled to receive service.

/s/ *Matthew R. Alsip*
_____
Matthew R. Alsip