UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,**

**MDL No. 2036**

_____/

THIS DOCUMENT RELATES TO:

*Anderson v. Compass Bank*;
S.D. Fla. Case No. 10-cv-21556-JLK

_____/

**ORDER STRIKING MOTION**

THIS CAUSE comes before the Court upon Defendant Compass Bank's Motion (DE # 14) filed in a related case on June 21, 2010.

On the same day, Defendant Compass Bank filed a Motion to Dismiss for Improper Venue (DE # 13), currently pending before this Court. In that Motion, Defendant asserts that the Southern District of Florida is an improper venue for the above-styled action because the events or omissions giving rise to the claims did not occur in this venue. The Court is still awaiting a response to this Motion, due July 8th. It is illogical to seek relief from this Court while simultaneously contending that the Court lacks jurisdiction over this action to enter any Order.

It is therefore ORDERED, ADJUDGED, and DECREED that Defendant's Motion (**DE # 14**) be, and the same is hereby, **STRICKEN** until the matter of jurisdiction is

resolved.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 24th day of June, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record