**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:09-MD-02036-JLK**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Garcia, et al. v. Wachovia Bank, N.A.* S.D. Fla. Case No. 1:08-cv-022463-JLK | ) ) ) |
| *Green v. Wachovia Bank, N.A.* S.D. Fla. Case No. 1:10-cv-021814-JLK | ) ) ) |
| *Spears-Haymond, et al. v. Wachovia Bank, N.A.,* S.D. Fla. Case No. 1:09-cv-021680-JLK | ) ) ) ) |
| *Williams v. Wachovia Bank, N.A.* S.D. Fla. Case No. 1:10-cv-020359-JLK | ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jamie Zysk Isani, of the law firm of Hunton & Williams LLP, appears in this action as additional counsel for Defendant, Wachovia Bank, N.A., and seeks to receive CM/ECF notices via electronic means at the following e-mail address:

jisani@hunton.com

Dated: June 30, 2010

Respectfully submitted,

**HUNTON & WILLIAMS LLP**

/s/ Jamie Zysk Isani
Barry R. Davidson
bdavidson@hunton.com
Florida Bar No. 107678
Jamie Zysk Isani
Florida Bar No. 728861
jisani@hunton.com
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

*MDL Counsel for Defendant*
*Wachovia Bank, N.A.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 30, 2010, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

s/ Jamie Zysk Isani
Jamie Zysk Isani