UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Braden, et al. v. Wells Fargo, N.A., et al.* S.D. Fla. Case No. 1:10-cv-021861-JLK | ) ) ) |
| *Gutierrez, et al. v. Wells Fargo, N.A* S.D. Fla. Case No. 1:09-cv-023685-JLK | ) ) ) |
| *Martinez, et al. v. Wells Fargo, N.A.* S.D. Fla. Case No. 1:09-cv-023834-JLK | ) ) ) |
| *Preston & Associates Intn'l, P.C. v. Wells Fargo, N.A, et al.* S.D. Fla. Case No. 1:10-cv-020913-JLK | ) ) ) ) |
| *Townsend v. Wells Fargo, N.A., et al.* S.D. Fla. Case No. 1:10-cv-021834-JLK | ) ) ) |
| *Zankich, et al. v. Wells Fargo, N.A.* S.D. Fla. Case No. 1:09-cv-023186-JLK | ) ) ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Barry R. Davidson and Jamie Zysk Isani of the law firm of Hunton & Williams LLP, hereby enter an appearance as additional counsel for Defendants, Wells Fargo & Company and Wells Fargo Bank, N.A., and request that all future pleadings and correspondence be served upon the undersigned attorneys.

Dated: June 30, 2010

      Respectfully submitted,

**HUNTON & WILLIAMS LLP**

<u>/s/ Barry R. Davidson</u>
Barry R. Davidson
bdavidson@hunton.com
Florida Bar No. 107678
Jamie Zysk Isani
jisani@hunton.com
Florida Bar No. 728861
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

*MDL Counsel for Defendants*
*Wells Fargo & Company &*
*Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 30, 2010, I filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

                                                            s/ Barry R. Davidson
                                                                Barry R. Davidson