UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)

THIS DOCUMENT RELATES TO: )
)
*Garcia, et al. v. Wachovia Bank, N.A.* )
S.D. Fla. Case No. 1:08-cv-022463-JLK )
)
*Green v. Wachovia Bank, N.A.* )
S.D. Fla. Case No. 1:10-cv-021814-JLK )
)
*Spears-Haymond v. Wachovia Bank, N.A., et al.* )
S.D. Fla. Case No. 1:09-cv-021680-JLK )
)
*Williams v. Wachovia Bank, N.A.* )
S.D. Fla. Case No. 1:10-cv-020359-JLK )

## ORDER SUBSTITUTING COUNSEL

**THIS CAUSE** having come before the Court on Wachovia Bank, N.A.'s Stipulation of Substitution of Counsel, and the Court being fully advised in the premises, it is hereby:

**ORDERED** that Sonya D. Winner, Emily Johnson Henn, David M. Jolley and Bryanne J. Schmitt of the law firm of Covington & Burling LLP are hereby substituted as counsel for Wachovia Bank, N.A. in place of James R. McGuire, Sylvia Rivera, Rita F. Lin and Mimi Yang of the law firm of Morrison Foerster LLP, which is hereby relieved of responsibility for handling these matters subsequent to the date of the entry of this Order. Hunton & Williams LLP shall remain counsel of record for Wachovia Bank, N.A. along with Covington & Burling LLP.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida this 30 day of June, 2010.

_____
Honorable James Lawrence King
United States District Judge