UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Jessica Duval v. Citizen Financial Group, Inc.*
N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla Case No. 1:10-cv-21080-JLK

*Eric Daniels v. Citizens Financial Group, Inc.*
D. Ma. Case No. 10-cv-10386
SD Fla. Case No. 1:10-cv-22014-JLK

## DEFENDANTS CITIZENS FINANCIAL GROUP, INC, RBS CITIZENS, N.A., AND CITIZENS BANK OF PENNSYLVANIA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT.

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendants Citizens Financial Group, Inc., RBS Citizens Bank, N.A., and Citizens Bank of Pennsylvania (collectively, the "Citizens Defendants"), hereby move for a two-day extension of time to answer or otherwise file a responsive pleading to the Consolidated Amended Class Action Complaint (the "Consolidated Complaint") (Dkt. 560) by plaintiffs in the above-styled cases. In support of this Motion, the Citizens Defendants state as follows:

1. On May 7, 2010, the Court entered an Interim Scheduling Order re: Transferred Actions Against Citizens Financial Group, Keybank, PNC Bank and T.D. Bank (the "Interim Scheduling Order). (Dkt. 444.) The Interim Order set a deadline for plaintiffs to file amended and/or consolidated complaints within 30 days following the entry of the Interim Order. (*Id.*) The Interim Order also set a 30-day deadline for defendants to file non-merits and merits motions or answer directed to the consolidated complaints. (*Id.*)

2. On June 7, 2010, Plaintiffs filed the Consolidated Complaint against the Citizens Defendants. (Dkt. 560.)

3. Pursuant to the Interim Scheduling Order, the Citizens Defendants responses to the Consolidated Complaint are due on July 7, 2010.

4. The Consolidated Complaint directs its allegations against each of the Citizens Defendants even though the Citizens Defendants are separate corporate entities. Citizens Financial Group, Inc. is a commercial bank holding company. Citizens Financial Group, Inc. does not itself conduct any retail banking business in the United States. RBS Citizens, N.A. and Citizens Bank of Pennsylvania are two wholly owned subsidiaries of Citizens Financial Group, Inc. RBS Citizens, N.A. and Citizens Bank of Pennsylvania are separate entities from Citizens Financial Group, Inc. and from each other.

5. Given the complexity of the Consolidated Complaint and the differing facts applicable to each of the Citizens Defendants, the Citizens Defendants request a two-day extension of time, up though and including July 9, 2010, for each to answer or otherwise file a responsive pleading to the Consolidated Complaint.

6. This is the first request for an extension submitted by the Citizens Defendants.

7. Plaintiffs' Lead Counsel has agreed to the requested extension.

8. This motion for extension of time is made in good faith, is not for the purposes of delay, and will not prejudice any party.

WHEREFORE, the Citizens Defendants respectfully request that the Court grant this motion and extend the time for the Citizens Defendants to answer or otherwise file responsive pleadings to the Consolidated Complaint filed on June 7, 2010 in each of the above-styled cases, up through and including July 9, 2010.

Dated: July 1, 2010                                                                 Respectfully submitted,

/s/ Gabriel H. Scannapieco\_\_\_\_\_

David F. Adler
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-1344
Facsimile:   (216) 579-0212
dfadler@jonesday.com

Erin L. Shencopp
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
eshencopp@jonesday.com
gscannapieco@jonesday.com

*Attorneys for Defendants, Citizens Financial Group, Inc., RBS Citizens, N.A., and Citizens Bank of Pennsylvania*

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with Plaintiffs' Lead Counsel regarding the relief requested in this motion. Plaintiffs' Lead Counsel, on behalf of Plaintiffs' Executive Committee, has agreed to the requested extension of time.

/s/ Erin L. Shencopp
Erin L. Shencopp
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2010, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Gabriel H. Scannapieco
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

CHI-1760666v1