UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2136 )
_____ )

THIS DOCUMENT RELATES TO:

*Robert Townsend  v. Wells Fargo Bank &
Company., Wells Fargo Bank, N.A., J.P.Morgan
Chase, Chase Gank USA, N.A. and as
Successor's in Interest to Washington Mutual
Bank FA., Does 1-10*
S.D. Fla. Case No. 09-MD-2036-JLK
MDL Case No:  1:10-cv-21834-JLK
Central District of California Case No:
DV10-00550 ODW(MLGx)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amy S. Rubin and Dori K. Stibolt of the law firm of Fox

Rothschild LLP, and Sonya D. Winner, David M. Jolley, Margaret G. May, Bryanne J. Schmitt,

Emily J. Henn and Steven D. Sassaman of Covington & Burling, LLP hereby enter an

appearance as counsel for Defendants, Wells Fargo & Company and Wells Fargo Bank, N.A.,

WPI 333663v1

and requests that all future pleadings and correspondence be served upon the undersigned attorneys.

DATED:  July 7, 2010                                   Respectfully submitted,


Fox Rothschild, LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

By: */s/Dori K. Stibolt*
    Amy S. Rubin
    Florida Bar No. 476048
    arubin@foxrothschild.com
    Dori K. Stibolt
    Florida Bar No. 183611
    dstibolt@foxrothschild.com

Covington & Burling, LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6051

    David M. Jolley
    California Bar No. 191164
    djolley@cov.com
    Sonya D. Winner
    California Bar No. 200348
    swinner@cov.com
    Margaret G. May
    California Bar No. 234910
    mmay@cov.com
    Bryanne J. Schmitt
    California Bar No. 257534
    bschmitt@cov.com
    Steven D. Sassaman
    California Bar No. 258021
    ssassaman@cov.com

WP1 333663v1

2

COVINGTON & BURLING, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores CA 94065
Telephone: (650) 632-4700
Facsimile (650) 632-4700

Emily Johnson Henn
California Bar No. 269482
ehenn@cov.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2010, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record or pro se parties identified on the Service List in

the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized

to receive electronically Notices of Electronic Filing.

/s/Dori K. Stibolt
Dori K. Stibolt