UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Johnson v. KeyBank, N.A.*
S.D. Fla. Case No. 1:10-cv-21176-JLK
W.D. Wa. Case No. 2:10-cv-0304

**PLAINTIFF'S RESPONSE TO KEYBANK'S MOTION
TO STAY LITIGATION PENDING APPEAL**

Plaintiff David M. Johnson responds to Defendant KeyBank, N.A.'s ("KeyBank") motion to stay litigation pending appeal. **[DE # 612]**.

On June 16, 2010, this Court denied KeyBank's motion to compel arbitration in the above-captioned action. **[DE # 592]**. Shortly thereafter, Key Bank filed its motion to stay **[DE # 612]**, relying on this Court's June 15, 2010 order granting the joint motion of defendants BB&T, M&T Bank, Regions Bank and SunTrust Bank to stay the litigation against them while they appeal the Court's denial of their respective motions to compel arbitration, conditioned on the posting of a $50,000 supersedeas bond by each bank. **[DE # 590]**. KeyBank has agreed to post a $50,000 supersedeas bond to cover the costs, expenses and fees that may be incurred by plaintiff in the form of duplicative discovery if this Court's order denying KeyBank's motion to compel arbitration is affirmed. **[DE # 612 at 3]**.

In light of this Court's June 15th order **[DE # 590]** and KeyBank's willingness to abide by the same conditions imposed on BB&T, SunTrust, M&T and Regions, plaintiff does not oppose entry of a similar order staying the litigation against KeyBank pending a decision in its appeal to the Eleventh Circuit Court of Appeals.[1]

## CONCLUSION

Since KeyBank is identically situated to BB&T, SunTrust, M&T and Regions – all of which have been granted stays pending appeal from the denial of their arbitration motions – plaintiff does not oppose such a stay conditioned on the posting of a $50,000 supersedeas bond.

---

[1] Plaintiffs' lead counsel wishes to make clear that its lack of opposition to KeyBank's motion does *not* conflict with plaintiffs' pending opposition to JPMorgan Chase Bank's motion to stay pending appeal **[DE # 620]**. First, unlike the Chase litigation, the status of the KeyBank litigation is practically identical to the proceedings against BB&T, SunTrust, M&T and Regions. Those banks, like KeyBank, moved to compel arbitration from the outset of their inclusion in MDL No. 2036. In contrast, Chase has engaged in full blown litigation since October 2009, including substantial motion practice and discovery, before recently moving to compel arbitration. In so doing, Chase allowed at least two Court-imposed deadlines to pass without filing arbitration-related motions. KeyBank, on the other hand, never waived its right to seek arbitration. Second, unlike the KeyBank litigation, discovery is already underway in the Chase litigation. Third, unlike Chase, KeyBank has not made pronouncements to the public regarding the abandonment of arbitration in consumer disputes, nor has KeyBank entered into a settlement agreement following litigation in which it agreed to abandon certain arbitration practices. *See Ross v. Bank of Am., N.A., et al.*, No. 05-cv-7116 (S.D.N.Y.). For these and other reasons fully discussed in plaintiffs' opposition to Chase's motion to stay **[DE # 620]**, there is no inconsistency in the positions taken by plaintiff here and the position taken by plaintiffs in opposing Chase's motion to stay.

Dated: July 7, 2010.

Respectfully Submitted,

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Robert C. Gilbert, Esquire
Florida Bar No. 561861
bobby@alterslaw.com
ALTERS BOLDT BROWN
 RASH & CULMO, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

*Plaintiffs' Lead Counsel*

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
/s/ Bruce W. Steckler
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
/s/ Melissa K. Hutts
Melissa K. Hutts, Esquire
Texas Bar No. 0188015
mhutts@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Barry R. Himmelstein
Barry R. Himmelstein, Esquire
California Bar No. 157736
bhimmelstein@lchb.com
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
Mikaela Bernstein, Esquire
California Bar No. 261301
mbernstein@lchb.com
LIEFF CABRASER HEIMANN &
 BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Edward Adam Webb
Edward Adam Webb, Esquire
Georgia Bar No. 743910
adam@webllc.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
flemond@webllc.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 East 58th street - 34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Robert C. Josefsberg
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800
vdiaz@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W Flagler Street - Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
ALTERS BOLDT BROWN
RASH & CULMO, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
bobby@alterslaw.com