UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES ONLY TO: | ) ) |
| *Buffington, et al. v. SunTrust Banks, Inc.* S.D. Fla. Case No. 1:09-cv-23632-JLK | ) ) ) |

## NOTICE OF POSTING SUPERSEDEAS BOND

Defendant SunTrust Banks, Inc. hereby gives notice that it has filed in Civil Action No. 1:09-cv-23632 its Notice of Posting Superseadas Bond [Docket No. 26].

Respectfully submitted this 8th day of July, 2010.

/s/ Lindsey E. Bowen
William N. Withrow, Jr.
Georgia Bar No. 772350
Lynette Eaddy Smith
Georgia Bar No. 236841
Lindsey E. Bowen
Georgia Bar No. 431819

TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA  30308-2216
Phone: (404) 885-3000
Fax:    (404) 885-3990
*Counsel for Appellant SunTrust Banks, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

                        /s/ Lindsey E. Bowen

TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree St., N.E.
Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 885-3900