UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-MD-02036 - JLK

Stephen T. Anderson, on behalf of himself )
and others so situated, )
 )
      Plaintiff, )
 )
vs. )
 )
Compass Bank, an Alabama corporation, )
 )
      Defendant. )

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Stephen T. Anderson, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), files his Notice of Voluntary Dismissal Without Prejudice.

Dated: July 8th, 2010.

Respectfully submitted,

DEVINE GOODMAN RASCO
& WELLS P.A.
*Attorney for Plaintiff*
777 Brickell Ave., Suite 850
Miami, FL 33131
Tel:  (305) 374-8200
Fax:  (305) 374-8208

By:_____
Lawrence D. Goodman
Florida Bar No.: 712647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Voluntary Dismissal Without Prejudice was served via Electronic Filing and U.S Mail on Gerry S. Gibson, Esquire and C. Bryce Albu, Esquire, 250 South Central Blvd., Suite 200, Jupiter, Florida 33458, this  8th  day of June, 2010.

BY: _____
    Lawrence D. Goodman