UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT         )
OVERDRAFT LITIGATION            )
                                )
MDL No. 2136                    )
                                )
_____)

THIS DOCUMENT RELATES TO:

*Robert Townsend v. Wells Fargo Bank & Company., Wells Fargo Bank, N.A., J.P.Morgan Chase, Chase Gank USA, N.A. and as Successor's in Interest to Washington Mutual Bank FA., Does 1-10*
S.D. Fla. Case No. 09-MD-02036-JLK
MDL Case No: 1:10-cv-21834-JLK
Central District of California Case No: DV10-00550 ODW(MLGx)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Amy S. Rubin and Dori K. Stibolt of the law firm of Fox Rothschild LLP, and Sonya D. Winner, David M. Jolley, Margaret G. May, Bryanne J. Schmitt, Emily J. Henn and Steven D. Sassaman of Covington & Burling, LLP hereby enter an appearance as counsel for Defendants, Wells Fargo & Company and Wells Fargo Bank, N.A.,

WP1 333663v1

1

and requests that all future pleadings and correspondence be served upon the undersigned attorneys.

DATED: July 7, 2010

Respectfully submitted,

FOX ROTHSCHILD, LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

By: */s/Dori K. Stibolt*
   Amy S. Rubin
   Florida Bar No. 476048
   arubin@foxrothschild.com
   Dori K. Stibolt
   Florida Bar No. 183611
   dstibolt@foxrothschild.com

COVINGTON & BURLING, LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6051

   David M. Jolley
   California Bar No. 191164
   djolley@cov.com
   Sonya D. Winner
   California Bar No. 200348
   swinner@cov.com
   Margaret G. May
   California Bar No. 234910
   mmay@cov.com
   Bryanne J. Schmitt
   California Bar No. 257534
   bschmitt@cov.com
   Steven D. Sassaman
   California Bar No. 258021
   ssassaman@cov.com

COVINGTON & BURLING, LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores CA 94065
Telephone: (650) 632-4700
Facsimile (650) 632-4700

Emily Johnson Henn
California Bar No. 269482
ehenn@cov.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Dori K. Stibolt
Dori K. Stibolt
