UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dwyer v. Toronto-Dominion Bank*
S.D. FL Case No. 10-20855-JLK
D.Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, Inc.*
S.D. FL Case No. 10-21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. Fl. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, Inc.*,
S.D. Fla. Case No. 10-21870-JLK

## ORDER DISMISSING CERTAIN DEFENDANTS

Based upon the Joint Stipulation to Dismiss Certain Defendants in the above-referenced

actions, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1.   Defendant Toronto-Dominion Bank is dismissed as defendant from the *Dwyer* action

without prejudice.

2.   Defendant TD Bank, Inc. is dismissed as defendant from the *Mascaro* and *Mazzadra*

actions without prejudice.

3.  Defendant TD Financial Group is dismissed as defendant from the *Dwyer*, *Mosser*, *Mascaro* and *Mazzadra* actions without prejudice.

4.  The *Dwyer*, *Mosser*, *Mascaro* and *Mazzadra* actions shall proceed solely against defendant TD Bank, N.A.

5.  The parties shall hereafter caption the pleadings so as to name T.D. Bank, N.A. as the Defendant, consistent with the body of the second amended class action complaint.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this _____ day of July, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record