UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Jessica Duval v. Citizen Financial Group, Inc.*
N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla. Case No. 1:10-cv-21080-JLK

*Eric Daniels v. Citizens Financial Group, Inc.*
D. Mass. Case No. 10-cv-10386
S.D. Fla. Case No. 1:10-cv-22014-JLK

## ORDER DISMISSING DEFENDANT CITIZENS FINANCIAL GROUP, INC. FROM CERTAIN ACTIONS

Based upon the Joint Stipulation to Dismiss Citizens Financial Group, Inc. from Certain Actions, including the above-referenced Consolidated action, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. Defendant Citizens Financial Group, Inc. is dismissed as defendant from the *Duval* action without prejudice and substituted by RBS Citizens, N.A. and Citizens Bank of Pennsylvania.

2. Defendant Citizens Financial Group, Inc. is dismissed as defendant from the *Daniels* action without prejudice and substituted by RBS Citizens, N.A. and Citizens Bank of Pennsylvania.

3. Defendant Citizens Financial Group, Inc. is dismissed as defendant from the Consolidated action without prejudice. The Consolidated action shall proceed against the three remaining defendants, RBS Citizens, N.A., Citizens Bank of Pennsylvania and Charter One.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this __12__ day of ___July___, 2010.

James L. King
United States District Judge

*Copies furnished to:*
  *Counsel of Record*