**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



July 13, 2010

United States District Court
District of New Jersey

RE:   MDL No. 2036 In Re: Checking Account Overdraft Litigation
      Our Case #    09-md-2036-King
      Your Case No. 1:10-2718 John C. Chierici v. Citizens Financial Group, Inc., et al.,

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer Order CTO-**20**) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

         s/ Graciela Gomez
by:  _____
         MDL Clerk

Encl.

---

| ☐400 N. Miami Avenue | ☐299 E. Broward Boulevard | ☐701 Clematis Street | ☐301 Simonton Street | ☐300 S. Sixth Street |
|---|---|---|---|---|
| Room 8N09 | Room 108 | Room 402 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |