# United States District Court
## Southern District of Florida

Case Number: ~~10-MD-21176~~ 09-2036-MD-King

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must **not** be placed in the "chron file".

## ☐ NOT SCANNED

- ☐ Due to Poor Quality
- ☐ Bound Extradition Papers
- ☐ Photographs
- ☒ Surety Bond (Original or Letter of Understanding)
- ☐ CD, DVD, VHS Tape, Cassette Tape
- ☐ Other: _____

## ☐ SCANNED

- ☐ But Poor Quality
- ☐ Habeas Cases (State Court Record/Transcript)

Date: 7/14/10

# ARNSTEIN & LEHR LLP
ATTORNEYS AT LAW SINCE 1893

200 East Las Olas Boulevard · Suite 1700
Fort Lauderdale, Florida 33301
Phone 954.713.7600 · Fax 954.713.7700
www.arnstein.com

John M. Cooney
954.713.7620
jmcooney@arnstein.com

July 13, 2010

**FEDERAL EXPRESS**

United States District Court for the Southern District of Florida
ATTN: MDL Clerk
400 North Miami Avenue
8th Floor North
Miami, FL  33128

    Re:   *Johnson v. KeyBank National Association*
            S.D. Fla. Case No. 1:10-CV-21176
            MDL Case No. 1:09-md-2036-JLK

Dear Clerk:

    Pursuant to the Court's Order Granting Defendant KeyBank's Motion to Stay Discovery [MDL Doc. 664], dated July 9, 2010, KeyBank electronically filed the enclosed notice of posting supersedeas bond. As indicated in the notice filed in Civil Action No. 1:10-CV-21176-JLK, enclosed is the original supersedeas bond.

                            Very truly yours,

                            John M. Cooney

JMC:teh
Enclosures
9112537.1

Pursuant to Internal Revenue Service guidance, be advised that any federal tax advice contained in this written or electronic communication, including any attachments or enclosures, is not intended or written to be used and it cannot be used by any person or entity for the purpose of (i) avoiding any tax penalties that may be imposed by the Internal Revenue Service or any other U.S. Federal taxing authority or agency or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# Travelers Casualty and Surety Company of America
One Tower Square, Hartford, Connecticut 06183

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

FILED by _____ D.C.

JUL 1 4 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

THIS DOCUMENT RELATES TO:

Johnson v. KeyBank National Association;
S.D. Fla. Case No. 1:10-cv-21176-JLK
W.D. Wa. Case No. 2:10-cv-304

_____/

BOND NUMBER: <u>105385364</u>

## CIVIL SUPERSEDEAS BOND

We, KeyBank National Association, as Principal, and Travelers Casualty and Surety Company of America, as Surety, are held and firmly bound unto David M. Johnson in the principal sum of $50,000.00 for the payment of all costs, including court reporting transcripts, witness attendance, and attorneys' fees, the direct cost of which are determined by the court to have been caused by necessary duplication of discovery (including depositions, interrogatories and all duplicative discovery) that Plaintiffs in this case have had to repeat, upon affirmance of the order appealed (OR if reversed, to be reimbursed to Defendant/Principal, KeyBank National Association), to which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

WHEREAS, the above-named principal has on June 22, 2010 filed a Motion to Stay Litigation Pending Appeal in the United States District Court, Southern District of Florida, Miami Division;

NOW THEREFORE, if the Principal shall pay such costs herein described if said order is affirmed, then this obligation shall be null and void; otherwise to remain in full force and effect.

Signed on __July 12, 2010__, at __Cleveland, Ohio__.

**KeyBank National Association, Principal**

By _____
Ronald J. Swiner, Senior Vice President

Signed on __July 12, 2010__, at __Cleveland, Ohio__.

**Travelers Casualty and Surety Company
of America, Surety**

By _____
Barbara W. Munch, Attorney-In-Fact

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY



| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No. 217509

Certificate No. 002982078

**KNOW ALL MEN BY THESE PRESENTS**: That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Barbara W. Munch, and Ronald J. Swiner

of the City of __Cleveland__, State of __Ohio__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**The authority granted hereunder to sign, execute, seal and acknowledge any individual bond, recognizance, conditional undertaking, and other writing obligatory in the nature thereof is limited to the sum of ONE MILLION ($1,000,000.00) DOLLARS per bond.**

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __4th__ day of __May__ __2009__.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

State of Connecticut
City of Hartford ss.

By: _____
George W. Thompson, Senior Vice President

On this the __4th__ day of __May__ __2009__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_____
Marie C. Tetreault, Notary Public

58440-5-07 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Johnson v. KeyBank National Association*;
S.D. Fla. Case No. 1:10-cv-21176-JLK
W.D. Wa. Case No. 2:10-cv-304
_____/

## ORDER GRANTING DEFENDANT KEYBANK'S MOTION TO STAY DISCOVERY

THIS CAUSE comes before the Court upon Defendant KeyBank's Motion to Stay Litigation Pending Appeal (DE # 612) filed on June 22, 2010. Plaintiff does not oppose the relief requested.

As Defendant notes, the Court already dealt with these issues in its Order Granting Stay Pending Interlocutory Appeal Upon Posting of Supersedeas Bond (DE # 590) signed on June 15, 2010. This Court's June 15th Order is incorporated into this Order by reference. For the reasons outlined in this Court's Order Granting Stay, the Court finds as follows:

It is ORDERED, ADJUDGED, and DECREED that Defendant Keybank's Motion to Stay Litigation Pending Appeal (**DE # 612**) be, and the same is hereby, **GRANTED**.

It is further ORDERED, ADJUDGED, and DECREED that all litigation in Multi-District Litigation No. 09-MD-02036, as it affects and with respect to KeyBank be, and the same is hereby **STAYED** pending issuance and filing of opinions by the United States Court of Appeals for the Eleventh Circuit on their respective appeals from this Court's Order Denying KeyBank's Motion to Compel Arbitration (DE # 592), conditioned upon the posting of a Supersedeas bond as set herein.

It is further ORDERED, ADJUDGED and DECREED that this stay shall become effective, for the purposes stated in this Court's previous Order, upon the posting of a supersedeas bond in the amount of $50,000 with the Clerk of the United States Court for the Southern District of Florida, conditioned upon payment of all costs, including court reporting transcripts, witness attendance, and attorney's fees, the direct cost of which are determined by the Court to have been caused by necessary duplication of discovery (including depositions, interrogatories and all duplicative discovery) that Plaintiffs in this case have had to repeat, upon affirmance of the order appealed herein, OR if reversed, to be reimbursed to said Defendant Bank.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 9th day of July, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )

THIS DOCUMENT RELATES ONLY TO: )
)
*Johnson v. KeyBank National Association* )
S.D. Fla. Case No. 1:10-CV-21176-JLK )

## NOTICE OF POSTING SUPERSEDEAS BOND

Pursuant to this Court's Order Granting KeyBank's Motion to Stay Discovery, dated July 9, 2010 (MDL Doc. 664) (hereinafter "Stay Order"), Defendant KeyBank National Association ("KeyBank") hereby files the attached Fifty Thousand and 00/100 Dollars ($50,000.00) supersedeas bond issued by Travelers Casualty and Surety Company of America. In filing this supersedeas bond, KeyBank does not waive and specifically reserves all rights to appeal the Stay Order, the requirement of posting this supersedeas bond, and any requirement to pay costs that are determined to have been caused by necessary duplication of discovery resulting from KeyBank's appeal.

The original of this notice and the original supersedeas bond will be sent to the Court by overnight delivery.

Dated: July 13, 2010.

9112544.1

Respectfully submitted,

ARNSTEIN & LEHR LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Telephone: (954) 713-7600
Facsimile: (954) 713-7700

By: /s/ John M. Cooney
Fla. Bar No. 854451
jmcooney@arnstein.com
Alan G. Kipnis, Esq.
Fla. Bar No. 181788
agkipnis@arnstein.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John M. Cooney
John M. Cooney

2

9112544.1

## Travelers Casualty and Surety Company of America
One Tower Square, Hartford, Connecticut 06183

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

Johnson v. KeyBank National Association;
S.D. Fla. Case No. 1:10-cv-21176-JLK
W.D. Wa. Case No. 2:10-cv-304

_____/

**BOND NUMBER: 105385364**

### CIVIL SUPERSEDEAS BOND

We, KeyBank National Association, as Principal, and Travelers Casualty and Surety Company of America, as Surety, are held and firmly bound unto David M. Johnson in the principal sum of $50,000.00 for the payment of all costs, including court reporting transcripts, witness attendance, and attorneys' fees, the direct cost of which are determined by the court to have been caused by necessary duplication of discovery (including depositions, interrogatories and all duplicative discovery) that Plaintiffs in this case have had to repeat, upon affirmance of the order appealed (OR if reversed, to be reimbursed to Defendant/Principal, KeyBank National Association), to which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

WHEREAS, the above-named principal has on June 22, 2010 filed a Motion to Stay Litigation Pending Appeal in the United States District Court, Southern District of Florida, Miami Division;

NOW THEREFORE, if the Principal shall pay such costs herein described if said order is affirmed, then this obligation shall be null and void; otherwise to remain in full force and effect.

Signed on __July 12, 2010__, at __Cleveland, Ohio__.

KeyBank National Association, Principal

By _____
Ronald J. Swiner, Senior Vice President

Signed on __July 12, 2010__, at __Cleveland, Ohio__.

Travelers Casualty and Surety Company
of America, Surety

By _____
Barbara W. Munch, Attorney-In-Fact

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY



| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No. 217509

Certificate No. **002982078**

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Barbara W. Munch, and Ronald J. Swiner

of the City of __Cleveland__, State of __Ohio__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**The authority granted hereunder to sign, execute, seal and acknowledge any individual bond, recognizance, conditional undertaking, and other writing obligatory in the nature thereof is limited to the sum of ONE MILLION ($1,000,000.00) DOLLARS per bond.**

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __4th__ day of __May__ __2009__.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

By: _George W. Thompson_
George W. Thompson, Senior Vice President

State of Connecticut
City of Hartford ss.

On this the __4th__ day of __May__ __2009__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault_
Marie C. Tetreault, Notary Public

58440-5-07 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER**

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

FURTHER RESOLVED, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

FURTHER RESOLVED, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

FURTHER RESOLVED, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kori M. Johanson, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this ___12th___ day of ___July___, 20_10_.

Kori M. Johanson, Assistant Secretary



To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

**WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER**