UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DUCUMENT RELATES TO:<br><br>*Lopez v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23127 | )<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSES TO THE FIRST SET OF
INTERROGATORIES OF JP MORGAN CHASE BANK, N.A.**

Pursuant to Fed. R. Civ. P. 26 and 33, Plaintiff Estella Lopez, ("Plaintiff") hereby responds to Defendant **J.P. Morgan Chase Bank N.A.'s ("Chase" or "Defendant")** First Set of Interrogatories ("interrogatories").

**GENERAL OBJECTIONS**

1. Plaintiff objects to each discovery request to the extent it calls for documents or other information that are protected from discovery by the attorney-client privilege, work product doctrine, or any other applicable privilege. Any inadvertent disclosure of privileged information shall not be deemed a waiver by Plaintiff of any applicable privilege or doctrine.

2. Plaintiff's discovery and investigation with respect to the issues in this case are ongoing. The following responses and objections are provided without prejudice to

Plaintiff's right to revise or supplement their responses or objections based on subsequent discovery or investigation.

3.   Plaintiff objects to each discovery request to the extent it seeks confidential or private personal or business information.  To the extent that documents and other information requested by Defendant are not protected from discovery based on attorney-client privilege or work product doctrine, and are otherwise discoverable, they will be produced subject to an appropriate protective order.

4.   Plaintiff objects to each discovery request to the extent that it begs the question and/or assumes facts which have not been admitted.  By responding to these requests, Plaintiff does not admit, concede or agree with any explicit or implicit assumption made in the requests.

5.   Plaintiff's production of documents and other information in response to these requests is not intended and should not be construed as (a) an admission that the produced documents or other information are relevant or admissible; (b) a waiver of any of these General Objections; or (c) a waiver of any specific objections asserted in response to individual discovery requests.  Plaintiff reserves all proper objections regarding the competency, relevancy, materiality, privilege, authenticity and/or admissibility as evidence, for any purpose, of any and all documents and other information produced by Plaintiff in this litigation.

6.   Plaintiff objects to the "Definitions," "Instructions," and to each discovery request to the extent they purport to impose any requirement or discovery obligation on Plaintiff greater than or different from those imposed by Rule 26 or 33 of the Federal Rules of Civil Procedure and the applicable rules of this Court.