**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK**

|  |  |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**<br><br>**MDL NO. 2036** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **THIS DOCUMENT RELATES TO:**<br><br>*Lopez v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. J.P. Morgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. CV09-6967-GHK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**J.P. MORGAN CHASE BANK, N.A.'S REQUEST FOR HEARING ON
ITS MOTION TO COMPEL PLAINTIFFS ESTELLA LOPEZ, LINDA MCDANIEL,
CHARLES REED, JR., JOHN STONE, AND ANDREA LUQUETTA
TO PRODUCE DOCUMENTS AND TO ANSWER INTERROGATORIES**

Pursuant to Local Rule 7.1(b)(1), defendant JPMorgan Chase Bank, N.A. ("Chase") hereby requests a hearing on Chase's motion to compel plaintiffs Estella Lopez, Linda McDaniel, Charles Reed, Jr., John Stone, and Andrea Luquetta ("Plaintiffs") to produce documents and to answer interrogatories.

On May 14, 2010, Chase served requests for the production of documents and interrogatories on Plaintiffs, and on June 14 and 15, 2010, Plaintiffs served objections and responses on Chase. The parties conferred on July 12, 15, and 16, 2010, but were unable to resolve the issues raised in Chase's motion.

Chase respectfully requests a hearing to address the arguments made in its motion to compel discovery.

Dated: July 19, 2010

                Respectfully submitted,

WILMER CUTLER PICKERING
  HALE AND DORR LLP

s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

A. Stephen Hut, Jr.
(stephen.hut@wilmerhale.com)
Michelle Ognibene
(michelle.ognibene@wilmerhale.com)
1875 Pennsylvania Avenue NW
Washington, DC 20006
tel: (202) 663-6000
fax: (202) 663-6363

*Attorneys for defendant JPMorgan Chase Bank, N.A.*