UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

FILED by WS D.C.

JUL 19 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Tornes v. Bank of America, N.A.* S.D. Fla. Case No. 1:08-cv-23323-JLK | ) ) ) |
| *Yourke v. Bank of America, N.A.* S.D. Fla. Case No. 1:08-cv-21963-JLK N.D. Cal. Case No. 3:09-cv-02186-WHA | ) ) ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sharon D. Mayo, with the law firm of Arnold & Porter LLP, hereby files her Notice of Appearance as Co-Counsel for the Defendant, Bank of America N.A. The undersigned requests that copies of all pleadings, orders and correspondence in the above-styled matter be directed to her attention.

Dated: July 19, 2010                                Respectfully submitted,

                                                    _____
                                                    Sharon D. Mayo
                                                    Sharon.Mayo@aporter.com
                                                    ARNOLD & PORTER LLP
                                                    One Embarcadero Center, 22nd Floor
                                                    San Francisco, CA 94111-3711
                                                    Telephone: (415) 356-3002
                                                    Facsimile: (415) 356-3099

                                                    Attorney for Defendant
                                                    BANK OF AMERICA, N.A.

Chris Tarbell (SBN: 240253)
christopher.tarbell@aporter.com
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorney for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | )<br>)<br>) |
| MDL No. 2036 | )<br>)<br>) |
| THIS DOCUMENT RELATES TO: | )<br>) |
| *Tornes v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK | )<br>)<br>) |
| *Yourke v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-21963-JLK<br>N.D. Cal. Case No. 3:09-cv-02186-WHA | )<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2010, the foregoing NOTICE OF APPEARANCE was transmitted to the Clerk of the Court for filing and that a copy will be served on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: July 19, 2010

Respectfully submitted,

_____
Chris Tarbell (SBN: 240253)
christopher.tarbell@aporter.com
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorney for Defendant
BANK OF AMERICA, N.A.