UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

FILED by WS D.C.
JUL 19 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Tornes v. Bank of America, N.A.* S.D. Fla. Case No. 1:08-cv-23323-JLK | ) ) ) ) |
| *Yourke v. Bank of America, N.A.* S.D. Fla. Case No. 1:08-cv-21963-JLK N.D. Cal. Case No. 3:09-cv-02186-WHA | ) ) ) ) ) |

### CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.   I am a member in good standing of the Bar of the State of California.

2.   I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.   I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

- 2 -

Dated: July 19, 2010

Respectfully submitted,

_____
Christopher S. Tarbell (SBN: 240253)
christopher.tarbell@aporter.com
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Attorney for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Tornes v. Bank of America, N.A.* <br> S.D. Fla. Case No. 1:08-cv-23323-JLK | ) ) ) |
| *Yourke v. Bank of America, N.A.* <br> S.D. Fla. Case No. 1:08-cv-21963-JLK <br> N.D. Cal. Case No. 3:09-cv-02186-WHA | ) ) ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2010, the foregoing NOTICE OF ASSOCIATION OF COUNSEL was transmitted to the Clerk of the Court for filing and that a copy will be served on all counsel of record either via transmission of Notices of Electronic Filing generated by

- 4 -

Dated: July 19, 2010

Respectfully submitted,

_____
Chris Tarbell (SBN: 240253)
christopher.tarbell@aporter.com
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Attorney for Defendant
BANK OF AMERICA, N.A.