UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla. Case No. 09-23034-JLK
N.D. Cal. Case No. 09-2071

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR AN ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS MOTION

THIS CAUSE having come before the Court on Plaintiffs' Unopposed Motion for Extension of Time to File to Opposition to Defendant U.S. Bank National Association's Motion for an Order Compelling Arbitration and Staying Proceedings (DE # 692), and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is ORDERED AND ADJUDGED as follows:

1. Plaintiffs' Unopposed Motion for Extension of Time to File Opposition to U.S. Bank National Association's Motion for an Order Compelling Arbitration and Staying Proceedings (DE # 692) is GRANTED.

2. Plaintiffs shall have until July 26, 2010 at 12:00 noon in which to file their opposition to U.S. Bank National Association's Motion for an Order Compelling Arbitration and Staying Proceedings.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 20 day of July, 2010.

                                                  JAMES LAWRENCE KING
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF FLORIDA

Copies furnished:
All counsel of record