UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## [PROPOSED] ORDER GRANTING MOTION FOR LIMITED APPEARANCE AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS WELLS FARGO BANK, N.A.'S AND WACHOVIA BANK, N.A.'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges for Defendants Wells Fargo Bank, N.A.'s and Wachovia Bank, N.A.'s Out-of-State Attorneys, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for Nicole Gilkeson, Cortlin Lannin, Reid Mullen, Elizabeth S. Pehrson, and Margaret D. Wilkinson, who seek to become counsel for Defendants Wells Fargo Bank, N.A. and Wachovia Bank, N.A. for cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Nicole Gilkeson, Cortlin Lannin, Reid Mullen, Elizabeth S. Pehrson, and Margaret D. Wilkinson is GRANTED.

2. Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), Nicole Gilkeson, Cortlin Lannin, Reid Mullen, Elizabeth S. Pehrson, and Margaret D. Wilkinson shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to Nicole Gilkeson, Cortlin Lannin, Reid Mullen, Elizabeth S. Pehrson, and Margaret D. Wilkinson.

3. Furthermore, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited appearance of Nicole Gilkeson, Cortlin Lannin, Reid Mullen, Elizabeth S. Pehrson, and Margaret D. Wilkinson.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this ____ day of July, 2010.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE