**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 09-MD-02036-JLK**

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**<br><br>**MDL NO. 2036** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **THIS DOCUMENT RELATES TO:**<br><br>*Tornes, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK<br><br>*Mike Amrhein v. Citibank, N.A.*<br>S.D. Fla. Case No. 09-21681-JLK<br>N.D. Cal. Case No. 08-05101<br><br>*Lopez, et al. v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. CV09-6967-GHK<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 3:09-cv-2071<br><br>*Larsen v. Union Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23235-JLK<br>N.D. Cal. Case No. 4:09-cv-3250<br><br>*Garcia, et al. v. Wachovia Bank, N.A.*<br>S.D. Fla. Case No. 1:08-cv-22463-JLK<br><br>*Spears-Haymond v. Wachovia Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21680-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| N.D. Cal. Case No. 3:-cv-08-4610 | ) |
| | ) |
| *Dolores Gutierrez v. Wells Fargo Bank, N.A.* | ) |
| S.D. Fla. Case No. 1:09-cv-23685-JLK | ) |
| D. Or. Case No. 3:09-cv-01239-ST | ) |
| | ) |
| *Martinez v. Wells Fargo Bank, N.A.* | ) |
| S.D. Fla. Case No. 1:09-cv-23834 | ) |
| D.N.M. Case No. 6:09-cv-01072-GBW-ACT | ) |
| | ) |
| *Zankich, et al. v. Wells Fargo Bank, N.A.* | ) |
| S.D. Fla. Case No. 1:09-cv-23186-JLK | ) |
| W.D. Wash. Case No. C-08-1476-RSM | ) |
| | ) |

**DEFENDANTS' JOINT SUGGESTION OF THE ABSENCE OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXPEDITED RESOLUTION**

This is a joint submission on behalf of the undersigned defendants (sometimes informally referred to as "first tranche" defendants), relating to the cases specified in the caption.

On July 19, 2010, the Eleventh Circuit issued a decision in *Cappuccitti v. DirecTV, Inc.*, No. 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010), holding as a matter of first impression that subject matter jurisdiction does not exist over diversity cases filed in federal district court, including class actions, unless at least one plaintiff has pleaded a claim exceeding $75,000. A copy of the decision is attached as Appendix A.

In *Cappuccitti*, plaintiff filed a putative class action in the Northern District of Georgia, alleging that certain fees collected by defendant were unlawful under Georgia law. Plaintiff claimed subject matter jurisdiction for the district court under the Class Action Fairness Act of 2005 ("CAFA") on the ground that there was diversity of citizenship to the extent required for a class action under CAFA, and that class damages exceeded $5,000,000 in the aggregate. *See* 28 U.S.C. §1332(d)(2)(A), (6). On appeal the Eleventh Circuit determined that jurisdiction was lacking. The Court found that the "class action" provisions of CAFA were satisfied, but it held

- 2 -

that in addition, "in a CAFA action originally filed in federal court, at least one of the plaintiffs must allege an amount in controversy that satisfies the current congressional requirement [of $75,000] for diversity jurisdiction provided in 28 U.S.C. §1332(a)." Slip Op. at 9-10. Because "Cappuccitti has not alleged even one claim that, on an individual basis, approaches the current $75,000 amount in controversy requirement," *id.* at 13, the Eleventh Circuit "remand[ed] the case with the instruction that the district court dismiss it for lack of subject matter jurisdiction," *id.* at 14.

The *Cappuccitti* decision is binding law in this Circuit as of the date of its publication.[1] Further, each of the above-captioned cases is subject to its rule. In each of these cases, plaintiffs filed complaints in federal district court, claiming subject matter jurisdiction on the basis of diversity and the CAFA provisions relating to class actions with aggregate claims exceeding $5,000,000. But none of these complaints, all of which have been answered, pleaded that any plaintiff has an individual claim of $75,000. Accordingly, under the rule of *Cappuccitti*, this Court would lack subject matter jurisdiction.

Because the rule of *Cappuccitti* is straightforward and categorical, and because the requirement of subject matter jurisdiction is a prerequisite to every aspect of these cases, including pending discovery motions that are on expedited briefing, defendants request that the Court expedite resolution of this jurisdictional issue. Respectfully, defendants request that the Court direct plaintiffs to quickly file any submission they may wish to make, and set a date during the week of July 26 for a hearing if that would be convenient for the Court.

---

[1] It is binding law without regard to whether the mandate has issued. *See Martin v. Singletary*, 965 F.2d 944, 945 n.1 (11th Cir. 1992); 11th Cir. R. 36-3, IOP 2.

## CERTIFICATE OF GOOD FAITH COMPLIANCE

The undersigned certifies that he initially reached co-Lead Counsel for Plaintiffs yesterday, and advised him that Defendants intended to bring the *Cappuccitti* decision to the attention of the Court.  No agreement was reached and it was hoped that the discussion would have continued today with either of Plaintiffs' co-Lead Counsel.  However, despite diligent efforts by the undersigned, neither could be reached today and no agreement has been reached as to how this matter should proceed, although it is my best understanding from the conversation yesterday that Plaintiffs will oppose.

Dated: July 22, 2010

Respectfully submitted,

| | |
|---|---|
| AMY S. RUBIN | /s/ Barry R. Davidson |
| Florida Bar No. 476048 | BARRY R. DAVIDSON |
| arubin@foxrothschild.com | Florida Bar No. 107678 |
| DORI K. STIBOLT | bdavidson@hunton.com |
| Florida Bar No. 183611 | JAMIE ZYSK ISANI |
| dstibolt@foxrothschild.com | Florida Bar No. 728861 |
| FOX ROTHSCHILD LLP | jisani@hunton.com |
| 222 Lakeview Avenue, Suite 700 | HUNTON & WILLIAMS LLP |
| West Palm Beach, Florida  33401 | 1111 Brickell Avenue, Suite 2500 |
| Tel:  (561) 835-9600 | Miami, Florida  33131 |
| Fax:  (561) 835-9602 | Tel:  (305) 810-2500 |
| | Fax:  (305) 810-2460 |
| Attorneys for Defendant | |
| WELLS FARGO BANK, N.A. | Attorneys for Defendants |
| | WELLS FARGO BANK, N.A. and |
| | WACHOVIA BANK, NATIONAL |
| | ASSOCIATION |

/s/ Sonya D. Winner
SONYA D. WINNER (*pro hac vice*)
SWinner@cov.com
DAVID M. JOLLEY (*pro hac vice*)
DJolley@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111
Tel:  (415) 591-6000
Fax:  (415) 591-6091

EMILY JOHNSON HENN (*pro hac vice*)
EHenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94061
Tel. (650) 632-4715
Fax  (650) 632-4815

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK, NATIONAL
ASSOCIATION

/s/ James R. McGuire
JAMES R. McGUIRE (*pro hac vice*)
jmcguire@mofo.com
RITA LIN (*pro hac vice*)
rlin@mofo.com
MIMI YANG (*pro hac vice*)
myang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Tel:  (415) 268-7013
Fax:  (415) 268-7255

Attorneys for Defendant U.S. BANK, N.A.

| | |
|---|---|
| A. STEPHEN HUT, JR. (*pro hac vice*)<br>stephen.hut@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C.  20006<br>Tel:  (202) 663-6000<br>Fax:  (212) 663-6363<br><br>Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A. | /s/ Christopher R. Lipsett<br>CHRISTOPHER R. LIPSETT (*pro hac vice*)<br>chris.lipsett@wilmerhale.com<br>DAVID S. LESSER (*pro hac vice*)<br>david.lesser@wilmerhale.com<br>ALAN E. SCHOENFELD (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>399 Park Avenue<br>New York, New York  10022<br>Tel:  (212) 230-8851<br>Fax:  (212) 230-8888<br><br>Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A. |
| JULIA B. STRICKLAND (*pro hac vice*)<br>jstrickland@stroock.com<br>LISA M. SIMONETTI (*pro hac vice*)<br>lsimonetti@strook.com<br>A.R. KACHADOORIAN (*pro hac vice*)<br>akachadoorian@stroock.com<br>STROOCK & STROOCK & LAVIN LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, California  90067-3086<br>Tel:  (310) 556-5800<br>Fax:  (310) 556-5959<br><br>Attorneys for Defendants CITIBANK, N.A.,<br>for itself and as successor to CITIBANK<br>(WEST), FSB, and CITIBANK F.S.B. | /s/ Rebecca J. Williams<br>REBECCA J. WILLIAMS<br>Florida Bar No. 403733<br>rwilliams@strook.com<br>STROOCK & STROOCK & LAVIN LLP<br>200 South Biscayne Boulevard, Suite 3100<br>Miami, Florida  33131<br>Tel:  (305) 358-9900<br>Fax:  (305) 789-9302<br><br>Attorneys for Defendants CITIBANK, N.A.,<br>for itself and as successor to CITIBANK<br>(WEST), FSB, and CITIBANK F.S.B. |
| J. RANDOLPH LIEBLER<br>Florida Bar No. 0507954<br>jrl@lgplaw.com<br>LIEBLER GONZALEZ &<br>PORTUANDO, P.A.<br>2500 Courthouse Tower<br>44 West Flagler Street<br>Miami, Florida 33130<br>Tel:  (305) 379-0400<br>Fax:  (305) 379-9626<br><br>Attorneys for Defendant BANK OF<br>AMERICA, N.A. | /s/ Laurence J. Hutt<br>LAURENCE J. HUTT (*pro hac vice*)<br>Laurence.Hutt@aporter.com<br>CHRISTOPHER S. TARBELL (*pro hac vice*)<br>Christopher.Tarbell@aporter.com<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844<br>Tel:  (213) 243-4000<br>Fax:  (213) 243-4199<br><br>Attorneys for Defendant BANK OF<br>AMERICA, N.A. |

- 7 -

| | |
|---|---|
| ALAN G. GREER<br>Florida Bar No. 0123294<br>agreer@richmangreer.com<br>JOHN M. BRUMBAUGH<br>Florida Bar No. 0126350<br>jbrumbaugh@richmangreer.com<br>RICHMAN GREER, P.A.<br>Miami Center – Suite 1000<br>201 South Biscayne Boulevard<br>Miami, Florida  33131-2305<br>Tel:  (305) 373-4000<br>Fax: (305) 373-4099<br><br>Attorneys for Defendant UNION BANK, N.A. | /s/ Peter H. Bales<br>PETER H. BALES (*pro hac vice*)<br>phb@severson.com<br>JOHN B. SULLIVAN (*pro hac vice*)<br>jbs@severson.com<br>JAN T. CHILTON (*pro hac vice*)<br>jtc@severson.com<br>MARK D. LONERGAN (*pro hac vice*)<br>mdl@severson.com<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, California  94111<br>Tel:  (415) 398-3344<br>Fax:  (415) 956-0439<br><br>Attorneys for Defendant UNION BANK, N.A. |