**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK**

|  |  |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**<br><br>**MDL NO. 2036** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **THIS DOCUMENT RELATES TO:**<br><br>*Tornes, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK<br><br>*Mike Amrhein v. Citibank, N.A.*<br>S.D. Fla. Case No. 09-21681-JLK<br>N.D. Cal. Case No. 08-05101<br><br>*Lopez, et al. v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. CV09-6967-GHK<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 3:09-cv-2071<br><br>*Larsen v. Union Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23235-JLK<br>N.D. Cal. Case No. 4:09-cv-3250<br><br>*Garcia, et al. v. Wachovia Bank, N.A.*<br>S.D. Fla. Case No. 1:08-cv-22463-JLK<br><br>*Spears-Haymond v. Wachovia Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21680-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| N.D. Cal. Case No. 3:-cv-08-4610 | ) |
|  | ) |
| *Dolores Gutierrez v. Wells Fargo Bank, N.A.* | ) |
| S.D. Fla. Case No. 1:09-cv-23685-JLK | ) |
| D. Or. Case No. 3:09-cv-01239-ST | ) |
|  | ) |
| *Martinez v. Wells Fargo Bank, N.A.* | ) |
| S.D. Fla. Case No. 1:09-cv-23834 | ) |
| D.N.M. Case No. 6:09-cv-01072-GBW-ACT | ) |
|  | ) |
| *Zankich, et al. v. Wells Fargo Bank, N.A.* | ) |
| S.D. Fla. Case No. 1:09-cv-23186-JLK | ) |
| W.D. Wash. Case No. C-08-1476-RSM | ) |
|  | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2010, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

- DEFENDANTS' JOINT SUGGESTION OF THE ABSENCE OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXPEDITED RESOLUTION AND APPENDIX THERETO

- DEFENDANTS' JOINT REQUEST FOR HEARING ON THEIR SUGGESTION OF THE ABSENCE OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXPEDITED RESOLUTION

I also certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, or, in the absence of agreement, by First Class Mail.

/s/ Christopher R. Lipsett
CHRISTOPHER R. LIPSETT
(*pro hac vice*)
christopher.lipsett@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue

- 3 -

New York, New York  10022
tel: (212) 230-8851
fax: (212) 230-8888