IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
 )
MDL No. 2036 )
 )
 )
 )
THIS DOCUMENT RELATES TO: )
 )
*Yourke v. Bank of America, N.A.* )
S.D. Fla. Case No. 1:09-cv-21963-JLK )
N.D. Cal. Case No. 3:09-cv-02186-WHA )
 )
*Knighten v. Bank of America, N.A.* )
S.D. Fla. Case No. 1:10-cv-22209-JLK )
C.D. Cal. Case No. 8:10-cv-00527-AG )
_____ )

**DEFENDANT BANK OF AMERICA, N.A.'S REQUEST FOR HEARING ON ITS SUGGESTION OF THE ABSENCE OF SUBJECT MATTER JURISDICTION AND MOTION FOR EXPEDITED RESOLUTION.**

Pursuant to Local Rule 7.1.B, Defendant Bank of America, N.A. hereby requests a hearing on its Suggestion of the Absence of Subject Matter Jurisdiction and Motion for Expedited Resolution.

Bank of America's suggestion and motion addresses a very recent development in Eleventh Circuit law with important implications for this MDL proceeding. Bank of America therefore respectfully requests a hearing to address the Eleventh Circuit's decision in *Cappuccitti v. DirecTV, Inc.*, No. 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010).

- 2 -

Dated: July 22, 2010                                        Respectfully submitted,


/s/ Jill Griset                                             /s/ Laurence J. Hutt
JILL GRISET (*pro hac vice*)                                LAURENCE J. HUTT (*pro hac vice*)
Jgriset@mcguirewoods.com                                    Laurence.Hutt@aporter.com
MCGUIREWOODS LLP                                            CHRISTOPHER S. TARBELL (*pro hac vice*)
100 North Tryon Street, Suite 2900                          Christopher.Tarbell@aporter.com
Charlotte, North Carolina 28202-4011                        ARNOLD & PORTER LLP
Tel: (704) 373-8999                                         777 S. Figueroa Street, 44th Floor
Fax: (704) 373-8935                                         Los Angeles, California 90017-5844
                                                            Tel: (213) 243-4000
Attorneys for Defendant BANK OF                             Fax: (213) 243-4199
AMERICA, N.A.
                                                            Attorneys for Defendant BANK OF
                                                            AMERICA, N.A.

                                                            /s/ Sharon D. Mayo
                                                            Sharon D. Mayo (*pro hac vice*)
                                                            Sharon.Douglass.Mayo@aporter.com
                                                            ARNOLD & PORTER LLP
                                                            One Embarcadero Center, 22nd Floor
                                                            San Francisco, California 94111-3711
                                                            Tel: (415) 356-3000
                                                            Fax: (415) 356-3099

                                                            Attorneys for Defendant BANK OF
                                                            AMERICA, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT           )
OVERDRAFT LITIGATION              )
                                  )
MDL No. 2036                      )
                                  )
THIS DOCUMENT RELATES TO:         )
                                  )
*Yourke, et al. v. Bank of America, N.A.* )
S.D. Fla. Case No. 1:09-cv-21963-JKL )
N.D. Cal. Case No. 3:09-cv-02186-WHA )
                                  )
*Knighten v. Bank of America, N.A.* )
S.D. Fla. Case No. 1:10-cv-22209-JLK )
C.D. Cal. Case No. 8:10-cv-00527-AG )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing including the below listed counsel:

Brian R. Strange, Bar No. 103252
E-mail: lacounsel@earthlink.net
Gretchen Carpenter, Bar No. 180525
E-mail: gcarpenter@strangeandcarpenter.com
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel: (310) 207-5055
Fax: (310 826-3210

- 1 -

- 2 -

>By:  s/ Laurence J. Hutt
> LAURENCE J. HUTT (California Bar No. 066269)
> Laurence.Hutt@aporter.com
> ARNOLD & PORTER LLP
> 777 South Figueroa Street, 44th Floor
> Los Angeles, California 90017-5844
> Tel:  (213) 243-4000
> Fax:  (213) 243-4199
> Attorneys for Defendant Bank of America, N.A.

LA: 654884V1