UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
*Braden v. Wells Fargo Bank, N.A.*;
S.D. Fla. Case No. 1:10-cv-21861-JLK
C.D. CA Case No. 2:10-cv-03423

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Notice of Voluntary Dismissal without Prejudice (DE # 710) filed July 8, 2010 in Case No. 1:10-cv-21861-JLK.

Accordingly, after a careful review of the record and the Court being otherwise fully advised in the premises, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. Case No. 1:10-cv-21861-JLK is hereby DISMISSED WITHOUT PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall close this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 23rd day of July, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: The Clerk of the Court
All Counsel of Record