UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT       )
OVERDRAFT LITIGATION          )
                              )
MDL No. 2036                  )
                              )
_____)

THIS DOCUMENT RELATES TO:

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 4:08-cv-05101-SBA

*Lopez, et al. v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla Case No. 1:09-23034-JLK
N.D. Cal. Case No. 3:09-cv-2071

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

CASE NO: 1:09-MD-02036-JLK

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK
*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:-cv-08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

## ORDER GRANTING AGREED JOINT MOTION REGARDING BRIEFING DEADLINES

THIS CAUSE having come before the Court on the Agreed Joint Motion Regarding Briefing Deadlines, filed July 23, 2010, by Plaintiffs and Defendants Wachovia Bank, National Association, Bank of America, N.A., Citibank, N.A., U.S. Bank National Association, JPMorgan Chase Bank, N.A., Wells Fargo and Union Bank (collectively, "Defendants"), and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby

ORDERED AND ADJUDGED that:

1. The parties' Agreed Joint Motion Regarding Briefing Deadlines, filed July 23, 2010, is GRANTED.

2. Plaintiffs shall file their responses to Defendants' suggestions of absence of subject matter jurisdiction (DE 715, 718) on or before Monday, August 2, 2010.

CASE NO: 1:09-MD-02036-JLK

3. Defendants shall file their responses to Plaintiffs' omnibus motion to compel production of documents and responses to Plaintiffs' discovery requests (DE 691) on or before Wednesday, August 4, 2010.

4. Plaintiffs shall file their response to JPMorgan Chase Bank, N.A.'s motion to compel (DE 693) on or before August 4, 2010.

5. Plaintiffs shall file their reply in support of their omnibus motion to compel (DE 691), and JPMorgan Chase Bank, N.A. shall file its reply in support of its motion to compel (DE 693) on or before Monday, August 9, 2010.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this 26 day of July, 2010.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to:
Counsel of Record