UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

## ORDER GRANTING PARTIES' JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE FOR UNION BANK'S MOTION TO COMPEL DISCOVERY RESPONSES

THIS CAUSE having come before the Court on the Joint Stipulation and Request to Extend the Deadline for Union Bank's Motion to Compel Discovery Responses, filed July 26, 2010, by Plaintiffs Cynthia Larsen, Cheryl Brown, Kristian Logan, and Josh Naehu-Reyes (collectively "Plaintiffs) and Defendant Union Bank, N.A. ("Union Bank"), and the Court having considered the stipulation and good cause appearing, it is hereby

ORDERED AND ADJUDGED that Union Bank shall have until August 13, 2010 by which to file its motion to compel pertaining to Plaintiffs' discovery responses that were served on June 29, 2010.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this **27** day of July, 2010.

Honorable James Lawrence King
United States District Judge

15240/0008/830367.1

Copies furnished to:
Counsel of Record

- 2 -

15240/0008/830367.1