UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-CV-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-CV-21963-JLK
N.D. Cal. Case No. 3:09-CV-2186

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-CV-21681-JLK
N.D. Cal. Case No. 4:08-CV-05101-SBA

*Gulley v. Huntington Bancshares, Inc.*
S.D. Fla. Case No. 1:09-CV-23514-JLK
W.D. Mi. Case No. 1:09-CV-00880-JTN

*Lopez, et al. v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23127-JLK

*Luquetta, et al. v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23432-JLK
C.D. Cal. Case No. 3:09-CV-6967-GHK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23034-JLK
N.D. Cal. Case No. 3:09-CV-2071

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23235-JLK
N.D. Cal. Case No. 4:09-CV-3250-GHK

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-CV-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-21680-JLK
N.D. Cal. Case No. 3:08-CV-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23685-JLK
D. Or. Case No. 3:09-CV-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23834-JLK
D.N.M. Case No. 6:09-CV-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

_____/

## ORDER SUSPENDING BRIEFING DEADLINES

This CAUSE comes before the Court upon the Joint Motion to Amend and

Suspend Certain Briefing Deadlines (DE # 735) filed July 29, 2010.

The parties jointly advise the Court that rehearing and hearing *en banc* motions

will be filed with the United States Court of Appeals for the Eleventh Circuit

*Cappuccitti v. DirectTV, Inc.*, No. 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010)

on August 9, 2010. Defendants had earlier, on July 22, 2010, filed a "Suggestion" (DE

# 715 and 718) that this Opinion had been issued and wanted to advise the Court of that

fact. The "Suggestion", not being a Motion or other request for relief, did not require any

response from Plaintiffs or any action by the Court. Now, the parties jointly recommend that the parties "brief" what they believe may be jurisdictional issues following from the Opinion. The suggestion by counsel that duplicate briefing on issues raised by *Cappuccitti* be also filed in this Court is not the proper or efficient procedure to follow. It is counterproductive for the Court to require the parties to brief issues present pending in the Eleventh Circuit. The Court approves the other relief sought by the Joint Motion to suspend response dates on presently pending Motions in this Court.

Accordingly, it is ORDERED, ADJUDGED and DECREED that the parties' deadlines for filing Responses to Plaintiffs' discovery requests (DE # 691), JPMorgan Chase Bank's Motion to Compel (DE # 693), and U.S. Bank's Motion for Order Compelling Arbitration and to Stay Proceedings (DE # 632) shall be suspended pending such action as may be taken by the United States Court of Appeals for the Eleventh Circuit on the *Cappuccitti* opinion.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 29th day of July, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record