UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Johnson v. KeyBank National Association*;
S.D. Fla. Case No. 10-cv-21176-JLK

_____/

## ORDER DENYING DEFENDANT KEYBANK'S AMENDED MOTION FOR INDICATIVE RULING

THIS CAUSE comes before the Court upon Defendant KeyBank's Amended Motion for Indicative Ruling (DE # 681) filed on July 14, 2010.  Plaintiff filed a Response in Opposition (DE # 721) on July 23, 2010.

On June 16, 2010, the Court denied Defendant KeyBank's Motion to Compel Arbitration (DE # 592).  Defendant appealed and this Court's Order is currently pending before the Eleventh Circuit Court of Appeals.  In this Motion, Defendant asks the Court to reconsider its earlier denial of their Motion to Compel Arbitration or Stay all Proceedings due to the U.S Supreme Court's recent ruling in *Rent-A-Center v. Jackson*, 2010 WL 2471058 (June 21, 2010). Defendant asserts that the Supreme Court's holding in *Rent-A-Center*, that a delegation clause in an arbitration provision (a clause that delegates disputes over the enforceability of the arbitration provision to the arbitrator) must be treated as valid and enforced, warrants further consideration of this Court's previous Order.  As the Court's previous Order is currently pending before the

Eleventh Circuit, Defendant asks the Court to seek relinquishment of jurisdiction from the Eleventh Circuit so that the Court may reconsider the Order that is on appeal. Plaintiff responds that the *Rent-A-Center* decision is not intervening, controlling law and the Court should therefore not re-open an issue previously decided.

In consideration of all factors before the Court, the Court finds that the best procedure in this Multi-District Litigation is to leave the issue in the capable hands of the Eleventh Circuit. The Court based its Order on applicable law and nothing has changed in the interim that justifies asking the Appellate Court to relinquish jurisdiction.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is ORDERED and ADJUDGED that Defendant KeyBank's Amended Motion for Indicative Ruling **(DE # 681)** be, and the same is hereby, **DENIED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 29th day of July, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     All Counsel of Record