UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

This Document Relates To:

KNIGHTEN v. BANK OF AMERICA, N.A.
Case No.: 8:10-cv-00527 AG (MLGx)
(C.D. California)

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND FOR ELECTRONIC FILING PRIVILEGES FOR SCOTT J. FERRELL

THIS CAUSE having come before the Court on Motion for Limited Appearance and for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for the attorney listed in paragraph two below who, upon the filing of an initial appearance for Plaintiff

1

Laura Knighten in the transferor district, will become counsel of record upon remand the above-captioned case that originated in another district and has been transferred to the MDL proceeding. This Court having considered the motion and all other relevant factors, is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance and for Electronic Filing Privilege is GRANTED.

2. The following attorney is granted to appear and participate in this action on behalf of his respective client:

> Scott J. Ferrell
> Newport Trial Group
> 610 Newport Center Drive, Suite 700
> Newport Beach, California 92660
> Telephone: (949) 706-6464
> Facsimile: (949) 706-6469
> Email: sferrell@trialnewport.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph two above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on her behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), the attorney named in paragraph two shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures,

notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph two above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph two above.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 2 day of August, 2010.

HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE