UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

Case No. 1:09-MD-02036-JLK

MDL No. 2036

This document relates to:

*Wolfgeher v. Commerce Bank, N.A.*, No. 4:10-cv-00328-ODS (W.D. MO. 2010) (transferred 6/18/10)

---

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE AND FOR ELECTRONIC FILING PRIVILEGES FOR MESSRS. RUSKAMP, MUEHLBERGER AND CARPENTER AND MS. WHITTAKER

THIS CAUSE having come before the Court on the Motion for Limited Appearance and for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (Docket # 166), permission for a limited appearance of and electronic filing privileges for the attorneys listed in paragraph 2 below who, upon the filing of an initial appearance for Defendant Commerce Bank, N.A. in the transferor districts, will become counsel of record upon remand in the above-captioned case that originated in another district and has been transferred to this MDL proceeding. The Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

4098678 v1

1. The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2. The following attorneys are granted leave to appear and participate in this action on behalf of Commerce Bank, N.A.:

Todd W. Ruskamp
truskamp@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel. (816) 474-6550 Fax: (816) 421-5547

James P. Muehlberger
jmuehlberger@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel. (816) 474-6550 Fax: (816) 421-5547

Andrew Carpenter
acarpenter@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel. (816) 474-6550 Fax: (816) 421-5547

Catherine C. Whittaker
cwhittaker@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel. (816) 474-6550 Fax: (816) 421-5547

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district

to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Docket #166), the attorneys named in paragraph 2 above shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this __3__ day of __August__, 2010.

_____
James L. King
United States District Judge