**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



August 11, 2010

United States District Court
Northern District of California

RE:   MDL No. 2036 In Re: Checking Account Overdraft Litigation
　　　Our Case #   09-md-2036-King
　　　Your Case No.   4:10-2736 Saynyohoh Dee v. Bank of the West

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer Order CTO-**22**) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

by:  s/ *Graciela Gomez*
　　　MDL Clerk

Encl.