**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



August 13, 2010

United States District Court
Western District of Wisconsin

RE:   MDL No. 2036 In Re: Checking Account Overdraft Litigation
      Our Case #    1:09-md-2036-King
      Your Case No. 3:10-182 Pamela Harris v. Associated Banc-Corp.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Transfer Order dated 8/9/2010) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.


STEVEN M. LARIMORE
Clerk of Court


         s/ Graciela Gomez
by:   _____
      MDL Clerk

Encl.