FILED by _PRG_ D.C.

AUG 0 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CHECKING ACCOUNT OVERDRAFT
LITIGATION

Case No. 1:09-MD-
02036-JLK

MDL No. 2036

This document relates to:

> *Wolfgeher v. Commerce Bank, N.A.*, No. 4:10-cv-00328-
> ODS (W.D. MO. 2010) (transferred 6/18/10)

---

## CERTIFICATE OF UNDERSTANDING, RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the Bar of Missouri.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

4099013 v1

6.      If any of the information below changes during the course of this action, I

shall electronically file a notice of such change in the MDL action; and, I shall update my

CM/ECF user account pursuant to the Administrative Procedures.

**Name:**  Andrew Carpenter
**State Bar No.:**  MO Bar #47454
**Firm name:**  Shook, Hardy & Bacon L.L.P.
**Address:**  2555 Grand Blvd., Kansas City, MO 64108
**Mailing Address (if different):**  Same as above
**Telephone:**  816.474.6550
**Email address:**  acarpenter@shb.com
**Fax:**  816.421.5547

Dated:  July 30, 2010                        SHOOK, HARDY & BACON L.L.P.

By:_____
                    Andrew Carpenter, Mo Bar #47454

2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547

ATTORNEYS FOR COMMERCE BANK,
N.A.

4099013 v1

FILED by _____

AUG 0 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CHECKING ACCOUNT OVERDRAFT
LITIGATION

Case No. 1:09-MD-
02036-JLK

MDL No. 2036

This document relates to:

    *Wolfgeher v. Commerce Bank, N.A.*, No. 4:10-cv-00328-
ODS (W.D. MO. 2010) (transferred 6/18/10)

## CERTIFICATE OF UNDERSTANDING, RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.    I am a member in good standing of the Bar of Missouri.

2.    I have studied, understand and will abide by the Local Rules for the
Southern District of Florida.

3.    I have studied, understand and will abide by the Administrative
Procedures governing CM/ECF procedures in the Southern District of Florida.

4.    I will only use this electronic filing privilege in the matter captioned above
and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice*
status in another case in the Southern District of Florida.

5.    I understand and agree that any misuse of this electronic filing privilege
will be brought to the attention of the Honorable James Lawrence King and that this privilege
may be revoked at any time without notice.

**SCANNED**

6.      If any of the information below changes during the course of this action, I

shall electronically file a notice of such change in the MDL action; and, I shall update my

CM/ECF user account pursuant to the Administrative Procedures.

> **Name:**  Catherine C. Whittaker
> **State Bar No.:**  MO Bar #44328
> **Firm name:**  Shook, Hardy & Bacon L.L.P.
> **Address:**  2555 Grand Blvd., Kansas City, MO 64108
> **Mailing Address (if different):**  Same as above
> **Telephone:**  816.474.6550
> **Email address:**  cwhittaker@shb.com
> **Fax:**  816.421.5547

Dated:  July 30, 2010                    SHOOK, HARDY & BACON L.L.P.


By: _Catherine C. Whittaker_
      Catherine C. Whittaker, MO Bar #44328

2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547

ATTORNEYS FOR COMMERCE BANK,
N.A.

FILED by _____ D.C.

AUG 0 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CHECKING ACCOUNT OVERDRAFT
LITIGATION

Case No. 1:09-MD-
02036-JLK

MDL No. 2036

This document relates to:

> *Wolfgeher v. Commerce Bank, N.A.*, No. 4:10-cv-00328-
> ODS (W.D. MO. 2010) (transferred 6/18/10)

---

## CERTIFICATE OF UNDERSTANDING, RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the Bar of Missouri.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I

shall electronically file a notice of such change in the MDL action; and, I shall update my

CM/ECF user account pursuant to the Administrative Procedures.

**Name:** James P. Muehlberger
**State Bar No.:** MO Bar #51346
**Firm name:** Shook, Hardy & Bacon L.L.P.
**Address:** 2555 Grand Blvd., Kansas City, MO 64108
**Mailing Address (if different):** Same as above
**Telephone:** 816.474.6550
**Email address:** jmuehlberger@shb.com
**Fax:** 816.421.5547

Dated:  July 30, 2010                                    SHOOK, HARDY & BACON L.L.P.

By: _____
        James P. Muehlberger, MO Bar #51346

2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547

ATTORNEYS FOR COMMERCE BANK,
N.A.

2

FILED by RRG D.C.

AUG 0 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CHECKING ACCOUNT OVERDRAFT
LITIGATION

Case No. 1:09-MD-
02036-JLK

MDL No. 2036

This document relates to:

>   *Wolfgeher v. Commerce Bank, N.A.*, No. 4:10-cv-00328-
>   ODS (W.D. MO. 2010) (transferred 6/18/10)

---

## CERTIFICATE OF UNDERSTANDING, RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the Bar of Missouri.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.     If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

**Name:** Todd W. Ruskamp
**State Bar No.:** MO Bar #38625
**Firm name:** Shook, Hardy & Bacon L.L.P.
**Address:** 2555 Grand Blvd., Kansas City, MO 64108
**Mailing Address (if different):** Same as above
**Telephone:** 816.474.6550
**Email address:** truskamp@shb.com
**Fax:** 816.421.5547

Dated: July 30, 2010

SHOOK, HARDY & BACON L.L.P.

By:_____
Todd W. Ruskamp, MO Bar #38625

2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

ATTORNEYS FOR COMMERCE BANK, N.A.

2