ROBINSON, WETTRE & MILLER LLC
Leda Dunn Wettre, Esq.
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
lwettre@rwmlegal.com



## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>Relates To:<br>Civil Action No.: 2:08-CV-4147 (JLL)(CCC)<br><br>LAURA JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, EQUITY SOURCE HOME LOANS, LLC, DAN HAUPT and JOHN DOES #1-#10,<br><br>    Defendants. | Civil Action No. 1:09-MD-0236 (JLK)<br><br>**NOTICE OF<br>WITHDRAWAL OF<br>LEDA DUNN WETTRE, ESQ.** |

PLEASE TAKE NOTICE that Leda Dunn Wettre, Esq. withdraws as counsel of record for defendant Wachovia Mortgage Corporation in the above-referenced MDL action and requests that the Court remove her from further notifications related to the above-referenced MDL case.

                                                                 ROBINSON, WETTRE & MILLER, LLC

                                                       By: _/s/ Leda Dunn Wettre_
                                                          Leda Dunn Wettre

Dated:    August 16, 2010

ROBINSON, WETTRE & MILLER LLC
Leda Dunn Wettre, Esq.
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400
lwettre@rwmlegal.com



## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | Civil Action No. 1:09-MD-0236 (JLK) |
| MDL No. 2036 |  |
| Relates To: Civil Action No.: 2:08-CV-4147 (JLL)(CCC) | **CERTIFICATE OF FILING** |
| LAURA JOHNSON, |  |
| Plaintiff, |  |
| vs. |  |
| WACHOVIA MORTGAGE CORPORATION, EQUITY SOURCE HOME LOANS, LLC, DAN HAUPT and JOHN DOES #1-#10, |  |
| Defendants. |  |

I hereby certify that on this 16th day of August, 2010, I caused the original and two copies of the within Notice Of Withdrawal Of Leda Dunn Wettre, Esq. to be filed via regular mail with the Clerk, Southern District of Florida, United States District Court- Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128.

_Leda Dunn Wettre_
Leda Dunn Wettre