UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Dasher v. RBC Bank (USA)*
**S.D. Fla. Case No.  1:10-CV-22190-JLK**
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT RBC BANK (USA)

     Christopher S. Carver, Esq., of the law firm of Akerman Senterfitt hereby enters his appearance as co-counsel on behalf of defendant RBC Bank (USA) and requests that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on him at the address listed below.

                      Respectfully submitted,

Date:  August 20, 2010        **AKERMAN SENTERFITT**
                                       One S.E. Third Avenue — 25th Floor
                                       Miami, FL 33131-1714
                                       Tel.: 305-374-5600
                                       Fax: 305-374-5095

                                       By: <u>s/Christopher S. Carver</u>
                                            CHRISTOPHER S. CARVER, ESQ.
                                            Florida Bar No. 993580
                                            E-mail: christopher.carver@akerman.com

                                     *Attorneys for Defendant RBC Bank (USA)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 20th, 2010, I electronically filed this *Notice of Appearance on behalf of Defendant RBC Bank (USA)* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Christopher S. Carver

## SERVICE LIST

*Dasher v. RBC Bank (USA)*, Case No. 1:10-cv-22190-JLK
United States District Court, Southern District of Florida

*Counsel for Plaintiff Michael Dasher*
(service by CM/ECF)

Jeffrey M. Ostrow, Esq.
David L. Ferguson, Esq.
**Kopelowitz Ostrow Ferguson
  Weiselberg Keechl**
200 S.W. First Avenue, 12th Floor
Ft. Lauderdale, FL 33301
Tel.: 954-525-4100
Fax: 954-525-4300

Email: ostrow@kolawyers.com
Email: ferguson@kolawyers.com

*Co-counsel for Plaintiff Michael Dasher*
(service by CM/ECF)

Darren T. Kaplan, Esq.
**Chitwood Harley Harnes, LLP**
1230 Peachtree Street, N.E.
2300 Promenade II
Atlanta, GA 30309
Tel.: 404-873-3900
Fax: 404-876-4476

Email: dkaplan@chitwoodlaw.com