UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dwyer v. TD Bank, N.A.*
S.D. FL Case No. 10-20855-JLK
D.Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, N.A.*
S.D. FL Case No. 10-21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. Fl. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

**CORPORATE DISCLOSURE
STATEMENT OF TD BANK, N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TD Bank, N.A. hereby states that:

1.  TD Bank, N.A., a national banking association, is a wholly-owned subsidiary of TD Bank US Holding Company, a Delaware corporation, which in turn is a wholly-owned subsidiary of TD US P&C Holdings ULC, an Alberta, Canada, unlimited liability company,

which in turn is a wholly-owned subsidiary of The Toronto-Dominion Bank, a Canadian-chartered bank, the stock of which is traded on the Toronto and New York Stock Exchanges under the symbol "TD."

2.  No publicly held company directly owns more than 10% of the stock of TD Bank, N.A.

Dated:  August 30, 2010

                        Respectfully Submitted,

                        /s/ William J. Kayatta, Jr.
                        William J. Kayatta, Jr.
                        (*pro hac vice*)
                        wkayatta@pierceatwood.com
                        Lucus A. Ritchie
                        (*pro hac vice*)
                        lritchie@pierceatwood.com
                        PIERCE ATWOOD LLP
                        One Monument Square
                        Portland, ME  04101
                        Tel: (207) 791-1100 Fax: (207) 791-1350

                        *Attorneys for Defendant TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

I hereby certify that on August 30, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Lucus A. Ritchie
Lucus A. Ritchie
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tel: (207) 791-1100 Fax: (207) 791-1350