UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

**THIS DOCUMENT RELATES TO:**

*Jessica Duval v. Citizen Financial Group, Inc.*,
N.D. Ill. Case No. 10-cv-00533
S.D. FL Case No. 10--cv-20855-JLK

*Eric Daniels v. Citizen Financial Group, Inc.*,
D. Ma. Case No. 10-cv-10386
S.D. FL Case No. 10-cv-21117-JLK
_____/

## ORDER SETTING HEARING

THIS CAUSE comes before the Court upon Defendant Citizens Bank of Pennsylvania's Motion to Dismiss the Consolidated Amended Class Action Complaint (DE # 666), filed July 9, 2010[1], and Defendant RBS Citizens, N.A.'s Joinder in Citizens Bank of Pennsylvania's Motion to Dismiss the Consolidated Amended Class Action Complaint (DE # 668) filed July 9, 2010.

It is **ORDERED, ADJUDGED and DECREED** that Defendant Citizens Bank of Pennsylvania's Motion (**D.E. # 666**) and Defendant RBS Citizens, N.A.'s Motion (**DE # 668**) be, and the same are hereby, set for Hearing on **Thursday, October 7, 2010 at 11:00 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

---

[1] Plaintiffs Responded (DE # 750) on August 10, 2010. Defendant Replied (DE # 769) on August 30, 2010.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 31st day of August, 2010.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record