# WILMERHALE

**Christopher R. Lipsett**

+1 212 230 8880 (t)
+1 212 230 8888 (f)
chris.lipsett@wilmerhale.com

June 11, 2010

## VIA E-MAIL AND FIRST CLASS MAIL

Robert Townsend
P.O. Box 3330
Dana Point, California 92629

Re:   *Townsend v. Wells Fargo Bank & Co., et al.*, S.D. Fla. Case No. 1:10-cv-21834-JLK,
      C.D. Cal. Case No. CV 10-550 ODW

Dear Mr. Townsend,

     As you know, this firm represents defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. (collectively, "Chase") in the above-captioned action. As you know, and as the complaint alleges, the relationship between you and Chase is subject to a written contract that contains an agreement, on election by either party, to settle by arbitration the kinds of claims you advance in your complaint.

     Chase elects to invoke the arbitration agreement. Chase demands that, if you seek to pursue the claims advanced in your complaint, you do so by initiating an arbitration proceeding as specified in your deposit agreement rather than litigation in court. Unless you dismiss your claims in the court litigation, or stipulate to a stay of the court litigation in favor of arbitration, Chase intends to file a motion in the district court requesting such a stay pursuant to the Federal Arbitration Act.

     If you choose to initiate an arbitration, the individual nature of the proceeding and the applicable procedures are set forth in the agreement and (to the extent not inconsistent) the applicable published rules of the arbitration administrators agreed to in the agreement. In addition to costs specifically provided for according to those terms, if you request it Chase will agree to pay all of the arbitration administrator's customary fees and charges incurred in arbitration of the claims you advance in this matter.

     If we are unable to resolve this dispute informally, arbitration appears to hold open the best opportunity for a prompt, fair, and efficient resolution of this dispute. Chase is committed to making the arbitration process work as well as possible. If you anticipate any difficulties or potential roadblocks to the arbitration process, please contact me to see if Chase can agree to any accommodations to facilitate the process, speed it up, or resolve any cost or burden concerns.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

June 11, 2010
Page 2

Best regards,

*Christopher R. Lipsett /sl*

Christopher R. Lipsett

cc: Marvin Bartel