IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Townsend v. Wells Fargo Bank & Co., et al.*<br>S.D. Fla. Case No. 1:10-cv-21834-JLK<br>C.D. Cal. Case No. CV 10-550 ODW | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Based upon the Motion of JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. to Stay Proceedings in Favor of Arbitration, and any opposition thereto, IT IS HEREBY ORDERED as follows:

Defendants' motion is GRANTED; plaintiff Robert Townsend's claims against JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. are STAYED pending completion of said arbitration.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this ____ day of September 2010.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record