# EXHIBIT D



**CHASE** ⬟

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

March 05, 2010 through April 06, 2010

Account Number:  REDACTED 4121



00022011 DRE 703 143 09710 - NNNNY T  1  000000000  04 0000
ROBERT H TOWNSEND JR
REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

### We added a new item to your Checking Summary......

To make it easier to keep track of your transactions, we added "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.  This provides a total amount for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.  Details of these transactions will continue to be included in the "Transaction Detail" section of your statement.

We also renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at  1-800-935-9935 if you have any questions.

### CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$555.05** |
| Deposits and Additions | 2,237.00 |
| Checks Paid | - 480.43 |
| Electronic Withdrawals | - 585.87 |
| Fees and Other Withdrawals | - 1,500.00 |
| **Ending Balance** | **$225.75** |



March 05, 2010 through April 06, 2010

Account Number: REDACTED4121

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      **Step 1 Balance:**   $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | | _____ | | _____ | |
| _____ | | _____ | | _____ | |

    **Step 2 Total:**   $_____

3. Add Step 2 Total to Step 1 Balance.     **Step 3 Total:**   $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |

    **Step 4 Total:**   -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case 1:09-md-02036-JLK   Document 779-4   Entered on FLSD Docket 09/01/2010   Page 4 of 23



March 05, 2010 through April 06, 2010

Account Number: 4121

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1315 ^ | 03/16 | $12.00 |
| 1316 ^ | 03/08 | 133.66 |
| 1317 ^ | 03/08 | 20.77 |
| 1318 ^ | 03/08 | 85.00 |
| 1319 ^ | 03/22 | 62.00 |
| 1320 ^ | 03/26 | 25.00 |
| 1322 * ^ | 04/06 | 142.00 |
| **Total Checks Paid** | | **$480.43** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$555.05** |
| 03/05 | Deposit | | **300.00** | 855.05 |
| 03/08 | Check | # 1316 | - 133.66 | 721.39 |
| 03/08 | Check | # 1318 | - 85.00 | 636.39 |
| 03/08 | Check | # 1317 | - 20.77 | 615.62 |
| 03/16 | Check | # 1315 | - 12.00 | 603.62 |
| 03/22 | Check | # 1319 | - 62.00 | 541.62 |
| 03/26 | Check | # 1320 | - 25.00 | 516.62 |
| 03/29 | American Express Elec Remit | PPD ID: 0005000008 | - 314.26 | 202.36 |
| 04/02 | US Treasury 312  Soc Sec | REDACTED | 1,937.00 | 2,139.36 |
| 04/02 | Withdrawal | | - 1,500.00 | 639.36 |
| 04/05 | American Express Elec Remit | PPD ID: 0005000008 | - 271.61 | 367.75 |
| 04/06 | Check | # 1322 | - 142.00 | 225.75 |
| | **Ending Balance** | | | **$225.75** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $66.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

https://instantimage.bankone.net/Star/action/Print.do?pageName=DDStmt&nTotalItems=3...   6/10/2010





March 05, 2010 through April 06, 2010
Account Number:                    4121

### Chase Checking Customers Get Mortgage CASH BACK!

**1% CASH BACK** Year After Year.

Now your Chase checking account can help you pay down your new mortgage or put cash in your pocket.

When you open a new mortgage with Chase – whether you're buying or refinancing – **you'll receive 1% of your principal and interest payment back each year (up to $500 annually)**.  Just have the monthly payments automatically deducted from your Chase checking account, and you'll earn cash back every year. You can apply the annual reward to your principal mortgage balance, or have the money put directly into your checking account – the choice is yours.

**Stop by your local Chase branch, visit chase.com/MortgageCashBack or call 1-866-863-3246 for details about this exclusive discount.**



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180



00030939 DRE 703 143 12710 - NYNNY T 1 000000000 04 0000
ROBERT H TOWNSEND JR

**REDACTED**



April 07, 2010 through May 06, 2010
Account Number:   **REDACTED**4121



**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

### We added a new item to your Checking Summary……

To make it easier to keep track of your transactions, we added "Electronic Withdrawals" to your Checking Summary at the beginning of your statement. This provides a total amount for things like automatic payments, account transfers and online bill payments, along with other electronic transactions. Details of these transactions will continue to be included in the "Transaction Detail" section of your statement.

We also renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at 1-800-935-9935 if you have any questions.

## CHECKING SUMMARY   Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$225.75** |
| Deposits and Additions | 2,537.00 |
| Checks Paid | - 329.17 |
| ATM & Debit Card Withdrawals | - 25.00 |
| Electronic Withdrawals | - 457.71 |
| Fees and Other Withdrawals | - 1,500.00 |
| **Ending Balance** | **$450.87** |



April 07, 2010 through May 06, 2010

Account Number: REDACTED4121

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      **Step 1 Balance:** $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

                                                            **Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.                      **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

                                                            **Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

  **JPMorgan Chase Bank, N.A. Member FDIC**



April 07, 2010 through May 06, 2010
Account Number: REDACTED 4121



## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1323 ^ | 04/07 | $138.40 |
| 1324 ^ | 04/07 | 20.77 |
| 1325 ^ | 04/12 | 85.00 |
| 1328 * ^ | 05/04 | 85.00 |
| **Total Checks Paid** | | **$329.17** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | Beginning Balance | | | $225.75 |
| 04/07 | Check | # 1323 | - 138.40 | 87.35 |
| 04/07 | Check | # 1324 | - 20.77 | 66.58 |
| 04/08 | Deposit | | 300.00 | 366.58 |
| 04/12 | Check | # 1325 | - 85.00 | 281.58 |
| 04/19 | Card Purchase | 04/16 Sawicki Enterprises 618-452-0220 IL Card 0451 | - 25.00 | 256.58 |
| 05/03 | US Treasury 312  Soc Sec | REDACTED | 1,937.00 | 2,193.58 |
| 05/03 | Withdrawal | | - 1,500.00 | 693.58 |
| 05/04 | Deposit | | 300.00 | 993.58 |
| 05/04 | American Express Elec Remit | PPD ID: 0005000008 | - 457.71 | 535.87 |
| 05/04 | Check | # 1328 | - 85.00 | 450.87 |
| | **Ending Balance** | | | **$450.87** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $66.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees



April 07, 2010 through May 06, 2010

Account Number:  4121

## Chase Gift Cards are the Perfect Gift!

Chase Gift Cards are the perfect gift for Father's Day, graduation, birthdays, weddings or any special occasion.

- Available in any amount from $25 to $500
- Convenient and secure
- Accepted at millions of locations worldwide
- The perfect gift for any occasion
- Free greeting card with purchase – available at Chase branches only

**Order online at Chase.com/GiftCardOrder or stop by a Chase branch today!**



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 07, 2010 through June 04, 2010
Account Number: REDACTED**121



00024832 DRE 703 143 15610 - NYNNY T  1  000000000  04 0000
ROBERT H TOWNSEND JR

REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY    Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$450.87** |
| Deposits and Additions | 1,937.00 |
| Checks Paid | - 162.33 |
| Electronic Withdrawals | - 756.22 |
| **Ending Balance** | **$1,469.32** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1326  ^ | 05/10 | $140.51 |
| 1327  ^ | 05/10 | 21.82 |
| **Total Checks Paid** | | **$162.33** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$450.87** |
| 05/10 | Check          # 1326 | - 140.51 | 310.36 |
| 05/10 | Check          # 1327 | - 21.82 | 288.54 |
| 06/03 | US Treasury 312  Soc Sec          REDACTED | **1,937.00** | 2,225.54 |
| 06/04 | American Express Elec Remit          PPD ID: 0005000008 | - 756.22 | 1,469.32 |
| | **Ending Balance** | | **$1,469.32** |



May 07, 2010 through June 04, 2010

Account Number:  REDACTED4121

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:          **Step 1 Balance:  $**_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:   $**_____

3.  Add Step 2 Total to Step 1 Balance.          **Step 3 Total:   $**_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:  -$**_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:   **$**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



May 07, 2010 through June 04, 2010
Account Number: REDACTED 4121



## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $66.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

Page 3 of 4





May 07, 2010 through June 04, 2010
Account Number:   REDACTED 4121

**Start getting up to 3% cash back – automatically every month - on the things you buy every day!**

**Introducing the Chase RealCash<sup>SM</sup> Debit Card**

The next time you buy groceries, fill your tank, stop at the drug store, grab a quick bite to eat or even a cup of coffee, you could be getting up to 3% cash back – automatically!  How?  Just upgrade to the Chase RealCash Debit Card and every month we'll start putting up to 3% cash back directly into your checking account.  All for a low $25 annual fee.

**Plus for a limited time, upgrade and get DOUBLE cash back for the first 2 months!**

That's right, upgrade now and for the first 2 months we'll give you DOUBLE cash back on all your grocery, gas, coffee, fast food and drug store purchases.  You'll also get a $10 RealCash bonus after your first purchase without using your PIN.  So start getting your cash back today!

**To upgrade to the Chase RealCash Debit Card talk to a banker or visit chase.com/RealCash**

Your $25 annual fee will be deducted from your primary checking account within 1–2 statement cycles.
The one-time $10 Chase RealCash Debit Card bonus will be automatically awarded to the primary checking account within 6-8 weeks of completing the first qualifying purchase made with your new Chase RealCash Debit Card.
You will earn up to 3% cash back for qualifying purchases made at the Program's participating merchant categories: grocery stores/supermarkets, gas stations (automated fuel dispensers and service stations), drug stores & pharmacies, fast food restaurants (including some coffee shops).  **The percent cash back earned from qualifying purchases made at participating merchant categories will depend on the total amount of qualifying purchases made across all merchants and billers for any given calendar month.**  There is a $500 cap on the cash back amount that can be earned during a calendar year, and your account and card must be in good standing.  The $500 annual cap does not apply to cash back earned from Bonus Offers and purchases made at the RealCash Mall.  For complete details, please see the Program Terms & Conditions at chase.com/RealCash.
If you open your Chase RealCash Debit Card between May 1 and July 31, 2010, you will receive double cash back (up to $50) for qualifying purchases made at participating merchant categories for the first sixty calendar days after you open your card.  Double cash back offer does not apply to the $10 bonus you will receive after the first purchase without using your PIN, nor does it apply to cash back earned through bonus offers or online purchases made through the RealCash Mall. Double cash back earned counts towards the $500 annual cap.
Qualifying purchases are all purchases made without using your PIN.  You can earn up to 3% cash back on qualifying purchases at participating merchants categories: grocery stores, gas stations, drug stores, fast food restaurants (including some coffee shops).  For complete details on qualifying purchases, please see the Program Terms & Conditions at chase.com/RealCash.
© 2010 JPMorgan Chase Bank, N.A.
Member FDIC


**CHASE** ◆
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

April 01, 2010 through April 30, 2010
Account Number:    REDACTED9497

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |


00100950 DRE 703 141 12110 - NNNNN T  1  000000000  67 0000
SAFER BOATING, LLC
REDACTED



## We added a new section to your statement……

To make it easier to keep track of your transactions, we added a new section to your statement called "Electronic Withdrawals". This section provides the transaction details for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.

In addition we also:
• Added the "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.
• Renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at 1-800-CHASE38 (1-800-242-7338) if you have any questions.

### CHECKING SUMMARY     Chase Free Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,768.69** |
| Deposits and Additions | 6 | 10,644.39 |
| Checks Paid | 21 | - 8,094.17 |
| ATM & Debit Card Withdrawals | 2 | - 167.00 |
| Electronic Withdrawals | 2 | - 3,484.14 |
| Fees and Other Withdrawals | 1 | - 1,500.00 |
| **Ending Balance** | **32** | **$1,167.77** |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | Deposit          79191119 | $750.00 |
| 04/08 | Deposit | 4,344.39 |
| 04/14 | Deposit | 700.00 |
| 04/21 | Deposit | 500.00 |
| 04/23 | Deposit | 3,750.00 |
| 04/28 | Deposit | 600.00 |
| **Total Deposits and Additions** | | **$10,644.39** |



April 01, 2010 through April 30, 2010

Account Number:  REDACTED 9497

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:          **Step 1 Balance:  $_____**

2.  **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:  $_____**

3.  **Add Step 2 Total to Step 1 Balance.**          **Step 3 Total:  $_____**

4.  **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:  -$_____**

5.  **Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



**JPMorgan Chase Bank, N.A. Member FDIC**



April 01, 2010 through April 30, 2010
Account Number:   REDACTED9497



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5322 ^ | | 04/02 | $56.30 |
| 5326 * ^ | | 04/01 | 45.00 |
| 5327 ^ | | 04/07 | 45.23 |
| 5328 ^ | | 04/07 | 46.99 |
| 5329 ^ | | 04/07 | 26.41 |
| 5330 ^ | | 04/07 | 39.42 |
| 5331 ^ | | 04/06 | 180.00 |
| 5332 ^ | | 04/01 | 731.25 |
| 5333 ^ | | 04/02 | 700.00 |
| 5334 ^ | | 04/02 | 500.00 |
| 5336 * ^ | | 04/21 | 355.00 |
| 5337 ^ | | 04/12 | 50.30 |
| 5338 ^ | | 04/12 | 30.00 |
| 5339 ^ | | 04/14 | 122.00 |
| 5340 ^ | | 04/09 | 3,500.00 |
| 5341 ^ | | 04/14 | 296.25 |
| 5342 ^ | | 04/15 | 700.00 |
| 5344 * ^ | | 04/26 | 147.02 |
| 5345 ^ | | 04/30 | 34.00 |
| 5346 ^ | | 04/30 | 34.00 |
| 5348 * ^ | | 04/29 | 455.00 |
| **Total Checks Paid** | | | **$8,094.17** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/06 | Card Purchase | 04/05 Carson Attorney Serv Walnut Cree CA Card 3014 | $78.50 |
| 04/16 | Card Purchase | 04/15 Carson Attorney Serv Walnut Cree CA Card 3014 | 88.50 |
| **Total ATM & Debit Card Withdrawals** | | | **$167.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/02 | American Express Elec Remit | PPD ID: 0005000008 | $1,174.98 |
| 04/26 | American Express Elec Remit | PPD ID: 0005000008 | 2,309.16 |
| **Total Electronic Withdrawals** | | | **$3,484.14** |



April 01, 2010 through April 30, 2010
Account Number:  REDACTED 9497

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/26 | Withdrawal | $1,500.00 |
| **Total Fees & Other Withdrawals** | | **$1,500.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 04/01 | $2,992.44 | 04/15 | 1,240.45 |
| 04/02 | 1,311.16 | 04/16 | 1,151.95 |
| 04/06 | 1,052.66 | 04/21 | 1,296.95 |
| 04/07 | 894.61 | 04/23 | 5,046.95 |
| 04/08 | 5,239.00 | 04/26 | 1,090.77 |
| 04/09 | 1,739.00 | 04/28 | 1,690.77 |
| 04/12 | 1,658.70 | 04/29 | 1,235.77 |
| 04/14 | 1,940.45 | 04/30 | 1,167.77 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 22 |
| Deposits / Credits | 6 |
| Deposited Items | 2 |
| **Transaction Total** | **30** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above ) | $0.00 |
| **Total Service Fees** | **$0.00** |



JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 01, 2010 through May 28, 2010

Account Number: **REDACTED**9497



00130135 DRE 703 141 14910 - NNNYY T  1  000000000  67 0000

SAFER BOATING, LLC

**REDACTED**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity.  This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity.  If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY   Chase Free Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,167.77** |
| Deposits and Additions | 3 | 6,082.52 |
| Checks Paid | 17 | - 3,240.97 |
| ATM & Debit Card Withdrawals | 1 | - 277.90 |
| Electronic Withdrawals | 1 | - 1,674.88 |
| **Ending Balance** | **22** | **$2,056.54** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/04 | Deposit | $1,700.00 |
| 05/20 | Deposit | 700.00 |
| 05/24 | Deposit | 3,682.52 |
| **Total Deposits and Additions** | | **$6,082.52** |



May 01, 2010 through May 28, 2010
Account Number:  REDACTED9497

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1.  Write in the Ending Balance shown on this statement:          Step 1 Balance:  $_____

2.  List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

                                                                Step 2 Total:  $_____

3.  Add Step 2 Total to Step 1 Balance.                          Step 3 Total:  $_____

4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

                                                                Step 4 Total:  -$_____

5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**CHASE**

May 01, 2010 through May 28, 2010

Account Number: REDACTED 9497



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5347 ^ | | 05/04 | $125.00 |
| 5350 * ^ | | 05/14 | 95.00 |
| 5351 ^ | | 05/10 | 105.00 |
| 5352 ^ | | 05/18 | 55.50 |
| 5353 ^ | | 05/04 | 50.00 |
| 5354 ^ | | 05/20 | 55.50 |
| 5355 ^ | | 05/05 | 500.00 |
| 5356 ^ | | 05/10 | 43.30 |
| 5357 ^ | | 05/10 | 46.99 |
| 5358 ^ | | 05/10 | 27.05 |
| 5359 ^ | | 05/10 | 39.48 |
| 5360 ^ | | 05/06 | 700.00 |
| 5362 * ^ | | 05/17 | 54.00 |
| 5365 * ^ | | 05/18 | 35.55 |
| 5366 ^ | | 05/21 | 700.00 |
| 5367 ^ | | 05/26 | 108.60 |
| 5368 ^ | | 05/27 | 500.00 |
| **Total Checks Paid** | | | **$3,240.97** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/20 | Card Purchase | 05/18 Silicon Valley Pharmac Los Gatos CA Card 3014 | $277.90 |
| **Total ATM & Debit Card Withdrawals** | | | **$277.90** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/26 | American Express Elec Remit | PPD ID: 0005000008 | $1,674.88 |
| **Total Electronic Withdrawals** | | | **$1,674.88** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/04 | $2,692.77 | 05/18 | 990.90 |
| 05/05 | 2,192.77 | 05/20 | 1,357.50 |
| 05/06 | 1,492.77 | 05/21 | 657.50 |
| 05/10 | 1,230.95 | 05/24 | 4,340.02 |
| 05/14 | 1,135.95 | 05/26 | 2,556.54 |
| 05/17 | 1,081.95 | 05/27 | 2,056.54 |

Page 3 of 6



May 01, 2010 through May 28, 2010
Account Number:  REDACTED 9497

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 17 |
| Deposits / Credits | 3 |
| Deposited Items | 2 |
| **Transaction Total** | **22** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above ) | $0.00 |
| **Total Service Fees** | **$0.00** |





May 01, 2010 through May 28, 2010
Account Number:   REDACTED9497



## Enroll In Chase Quick Deposit Today
## And Get $50
## After You Make Your First Deposit![1]

**Deposit Checks Online – Right From Your Desk!**
Key Advantages:
- Scan paper checks with a FREE scanner provided by Chase, and the electronic images are deposited directly into your Chase business checking account.
- All transactions are secure and can be viewed on Chase Online[SM] for Business.*
- Reduce paperwork with online storage of check images and transaction history.
- No limit on the number of deposits that can be made.
- Scan up to 150 checks in a single deposit.[2]
- Save time and money with 24/7 convenience.

**Plus, Get a FREE Check Scanner – An $885 Value!**

**Get $50 after you enroll in Chase Quick Deposit and make your first deposit.[1]**
**Offer ends July 31, 2010.**

**Visit chase.com/QuickDep50 to learn more and enroll.**

*Must be enrolled in Chase Online to use Chase Quick Deposit.
[1] Offer valid through 7/31/10 and limited to one enrollment reward/premium per customer, per calendar year.  Offer is not transferable and not available to customers who either have used or currently use Chase Quick Deposit.  Reward will be automatically deposited into your Chase business checking or savings account within 4-6 weeks after your online enrollment and verification of your first deposit into your Chase Business checking account.  Reward is considered miscellaneous income and may be reported on IRS Form 1099-MISC.
[2] Only U.S. dollar checks drawn on a U.S. financial institution accepted for deposit.
Your Chase Quick Deposit enrollment is subject to approval and availability in your area.  If approved, a two-year contract is required.  A monthly maintenance fee of $50 applies and includes one free Panini 50-50 scanner.  Additional scanners are available for purchase at a one-time charge of $885 per scanner.  A cancellation fee of $500 applies if the service is discontinued prior to the end of the two-year contract term.  All check and deposit item fees will be billed and processed according to your respective account maintenance fee schedule.  Certain fees and restrictions apply.
JPMorgan Chase is licensed under U.S. Patent Numbers 5,910,988 and 6,032,137.
For more information about Quick Deposit, or for help with enrollment, call now.  Our Cash Management Specialists are available at 1-877-212-2741 from 8AM to 7PM ET.

©2010 JPMorgan Chase Bank, N.A. Member FDIC





May 01, 2010 through May 28, 2010

Account Number: REDACTED9497

This Page Intentionally Left Blank