IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2010, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

- MOTION OF JPMORGAN CHASE BANK, NA. AND JPMORGAN CHASE & CO. TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION, AND INCORPORATED MEMORANDUM OF LAW AND EXHIBIT THERETO

- DECLARATION OF RHONDA PETTIT AND EXHIBITS THERETO

- PROPOSED ORDER

I also certify that these documents are being served this day upon the plaintiff, Robert Townsend, by First Class Mail at the following address:

Robert Townsend
P.O. Box 3330
Dana Point, California 92629

I further certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher R. Lipsett
CHRISTOPHER R. LIPSETT
(*pro hac vice*)
christopher.lipsett@wilmerhale.com
WILMER CUTLER PICKERING HALE
 AND DORR LLP
399 Park Avenue
New York, New York  10022
tel: (212) 230-8851
fax: (212) 230-8888