UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2010, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

- MOTION OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO BANK, N.A. TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION AND INCORPORATED MEMORANDUM OF LAW

- DECLARATION OF DAVID M. JOLLEY AND EXHIBITS THERETO

I also certify that these documents are being served this day on plaintiff Robert Townsend by First Class Mail at the following address:

Robert Townsend
P.O. Box 3330
Dana Point, California  92629

I also certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of

Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DATED: September 1, 2010               COVINGTON & BURLING LLP

                                       By:  _____/s/_____
                                       Sonya D. Winner (*pro hac vice*)
                                       (swinner@cov.com)
                                       David M. Jolley (*pro hac vice*)
                                       (djolley@cov.com)
                                       One Front Street, 35th Floor
                                       San Francisco, CA, 94111
                                       Telephone: (415) 591-6000
                                       Facsimile: (415) 591-6091

                                       Emily Johnson Henn (*pro hac vice*)
                                       (ehenn@cov.com)
                                       333 Twin Dolphin Drive, Ste 700
                                       Redwood Shores, CA, 94065
                                       Telephone: (650) 632-7400
                                       Facsimile: (650) 632-4800

                                       Amy S. Rubin
                                       Florida Bar No. 476048
                                       (arubin@foxrothschild.com)
                                       Dori K. Stibolt
                                       Florida Bar No. 183611
                                       (dstibolt@foxrothschild.com)
                                       FOX ROTHSCHILD, LLP
                                       222 Lakeview Avenue, Ste 700
                                       West Palm Beach, CA, 33401
                                       Telephone: (561) 835-9600
                                       Facsimile: (561) 835-9602

                                       Attorneys for Defendant
                                       WELLS FARGO BANK, N.A.