UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dwyer v. TD Bank, N.A.*
S.D. FL Case No. 10-20855-JLK
D.Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, N.A.*
S.D. FL Case No. 10-21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. Fl. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

**ORDER GRANTING DEFENDANT TD BANK, N.A.'S UNOPPOSED
MOTION FOR LEAVE TO RESUBMIT LEGAL MEMORANDUM
TO COMPLY WITH LOCAL RULES 5.1(a)-(b) AND 7.1(c)(2)**

THIS CAUSE having come before the Court on Defendant TD Bank, N.A.'s Unopposed Motion for Leave to Resubmit Legal Memorandum to Comply with Local Rules 5.1(a)-(b) and 7.1(c)(2), and the Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that said motion is GRANTED. Defendant TD Bank, N.A. may resubmit its Reply Memorandum in Support of Its Motion to Dismiss and/or for Judgment on the Pleadings in the form attached to its Motion as Exhibit A.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 2nd day of September, 2010.

James L. King
United States District Judge

*Copies furnished to:*
    *Counsel of Record*