UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
)
MDL No. 2036 )
)

### NOTICE OF WITHDRAWAL AS ATTORNEY

NOTICE IS HEREBY GIVEN that Kimberly L. Boldt, Esquire, hereby respectfully files this Notice of Withdrawal as Attorney in this proceeding. Ms. Boldt is no longer a member of the Law Firm of Alters, Boldt, Brown, Rash & Culmo, P.A., now known as Alters Law Firm. Accordingly, undersigned requests that she be removed from the certificates of service for all pleadings, orders and correspondence in the above-styled matter and that she be removed from CM/ECF e-mail notification system.

Dated: September 3, 2010

                                        Respectfully submitted,

                                        BOLDT LAW FIRM
                                        KIMBERLY L. BOLDT, ESQUIRE
                                        2001 Tyler Street, #2
                                        Hollywood, Florida 33020
                                        Telephone:    (954) 921-2225
                                        Facsimile:     (954) 921-2232

                                        By: _____
                                                 KIMBERLY L. BOLDT
                                                 FLA. BAR # 957399

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3st day of September, 2010, I electronically file the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

KIMBERLY L. BOLDT
FLA. BAR # 957399