UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 4:08-cv-05101-SBA

*Lopez, et al. v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23034-JLK
N.D. Cal. Case No. 3:09-cv-2071

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO TEMPORARILY SUSPEND DEADLINE FOR FILING MOTIONS FOR CLASS CERTIFICATION**

Defendants, Wachovia Bank, National Association, Bank of America, N.A., Citibank, N.A., U.S. Bank National Association, JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A. and Union Bank (collectively, "Defendants"), respond to Plaintiffs' Motion to Temporarily Suspend Deadline for Filing Motions for Class Certification Pursuant To Order Establishing A Schedule for the Discovery, Motion Practice, Final Pretrial Conference and Trial for Selected Cases (DE 786), as follows:

1.    Defendants do not oppose Plaintiffs' request for an order suspending the September 20, 2010 deadline for filing class certification motions, and do not oppose the suggestion that the Court convene a status conference soon after the Eleventh Circuit acts on the petitions for rehearing in *Cappuccitti v. DirectTV, Inc.*, No 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010).

2.    As stated in the Motion and the Certificate of Good Faith Conference, Defendants do differ with Plaintiffs regarding "the characterization of certain matters herein." Specifically, Defendants state that the recitation of the discovery process to date does not credit Defendants for the good-faith, ongoing dialogues regarding discovery issues, which are scheduled to be

continued at a meeting on September 15, 2010, and the continuing efforts of Defendants to identify and collect documents requested while we all await the ultimate effect of *Cappuccitti*.

Dated:   September 3, 2010             /s/ Barry R. Davidson
                                       Barry R. Davidson, Esquire
                                       Florida Bar No. 107678
                                       bdavidson@hunton.com
                                       Jamie Zysk Isani, Esquire
                                       Florida Bar No. 0728861
                                       jisani@hunton.com
                                       HUNTON & WILLIAMS LLP
                                       Suite 2500
                                       1111 Brickell Avenue
                                       Miami, Florida  33131
                                       Tel: 305-810-2500
                                       Fax: 305-810-2460

                                       *Defendants' Liaison Counsel*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Barry R. Davidson
Barry R. Davidson, Esquire
Florida Bar No. 107678
bdavidson@hunton.com
Jamie Zysk Isani, Esquire
Florida Bar No. 0728861
jisani@hunton.com
HUNTON & WILLIAMS LLP
Suite 2500
1111 Brickell Avenue
Miami, Florida  33131
Tel: 305-810-2500
Fax: 305-810-2460

*Defendants' Liaison Counsel*