UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 4:08-cv-05101-SBA

*Lopez, et al. v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23034-JLK
N.D. Cal. Case No. 3:09-cv-2071

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

## ORDER GRANTING MOTION TO TEMPORARILY SUSPEND DEADLINE FOR FILING MOTIONS FOR CLASS CERTIFICATION

THIS CAUSE comes before the Court on Plaintiffs' motion to temporarily suspend the September 20, 2010 deadline for filing motions for class certification in the above-styled actions. Defendants do not oppose temporarily suspending this deadline. Having considered Plaintiffs' motion and Defendants' response, and other pertinent portions of the record, and good cause appearing, the Court hereby ORDERS AND ADJUDGES that:

1. Plaintiffs' Motion to Temporarily Suspend Deadline for Filing Motions for Class Certification, filed September 2, 2010, is GRANTED.

2. The September 20, 2010 deadline for filing motions for class certification set forth in this Court's May 13, 2010 Order Establishing A Schedule For The Discovery, Motion Practice, Final Pretrial Conference and Trial for Selected Cases [DE #463] is temporarily suspended.

3. Plaintiffs' Lead Counsel and Defendants' Liaison Counsel are directed to contact the Court to arrange for a Status Conference as soon as the Eleventh Circuit Court of Appeals acts on the pending petitions for *en banc* review in *Cappuccitti v. DirectTV, Inc.*, No 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010). At that Status Conference, with input from the

parties, the Court can schedule a hearing on pending discovery motions, establish briefing deadlines and hearing dates for further discovery motions or other discovery matters, establish a new deadline for the filing of class certification motions, and deal with such other matters as may be appropriate.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, in Miami, Florida this __7__ day of September, 2010.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record