UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

**THIS DOCUMENT RELATES TO:**

*Dwyer v. TD Bank, N.A.*,
S.D. FL Case No. 10-20855-JLK
D.Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, N.A.*,
S.D. FL Case No. 10-21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*,
S.D. FL Case No. 10-21386-JLK
E. D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al. v. TD Bank, N.A.*,
S.D. FL Case No. 10-21870-JLK

*Jessica Duval v. Citizen Financial Group, Inc.*,
N.D. Ill. Case No. 10-cv-00533
S.D. FL Case No. 10--cv-20855-JLK

*Eric Daniels v. Citizen Financial Group, Inc.*,
D. Ma. Case No. 10-cv-10386
S.D. FL Case No. 10-cv-21117-JLK
_____/

**ORDER INSTRUCTING PARTIES TO BRIEF THEIR POSITIONS
ON POSSIBLE ABEYANCE OF ORAL ARGUMENT**

THIS CAUSE comes before the Court upon Defendant TD Bank, N.A.'s Motion to

Dismiss and/or for Judgment on the Pleadings and Incorporated Memorandum of Law (DE # 665) filed July 9, 2010, and Defendant RBS Citizens, N.A.'s Joinder (DE #668) in Citizens Bank of Pennsylvania's Motion to Dismiss (DE #667) the Consolidated Amended Class Action Complaint.[1]

On September 1, 2010, the Court set the previously mentioned Motions to Dismiss for Oral Argument for October 7, 2010 at 11:00 AM (DE # 777). However in light of the Court's Order suspending briefing deadlines as to the parties in Traunche 1 (See DE # 737), the Court would like the parties in the above-styled cases to file a brief memorandum with the Court stating their positions on whether the Court should proceed with Oral Argument on October 7, 2010, or hold the pending Motions to Dismiss in abeyance until further action is taken by the Eleventh Circuit. Accordingly,

It is **ORDERED, ADJUDGED and DECREED** that the parties are to file a brief memorandum stating their positions on whether they wish to proceed with the hearing presently scheduled for October 7, 2010 on the pending Motions to Dismiss (DE # 665, 666 and 668) within **five (5) days** from the date of this Order.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 10th day of September, 2010.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record

---

[1] Plaintiffs Responded (DE # 749) on August 10, 2010. Defendant Replied (DE # 770) on August 30, 2010.