UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dwyer v. TD Bank, N.A.*
S.D. Fl. Case No. 10-20855-JLK
D. Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, N.A.*
S.D. Fl. Case No. 10- 21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. Fl. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra v. TD Bank, N.A.*
S.D. Fl. Case No. 10-21870-JLK

*Duval v. Citizens Financial Group, Inc.*
S.D. Fl. Case No. 10-21080-JLK
N.D. Ill. Case No. 10-cv-00533

*Daniels v. Citizens Financial Group, Inc.*
S.D. Fl. Case No. 10-22014-JLK
D. Mass. Case No. 10-cv-10386

**JOINT MOTION TO SUSPEND ORAL ARGUMENT
AND HOLD MOTIONS TO DISMISS IN ABEYANCE**

In response to the Court's September 10, 2010 Order Instructing Parties To Brief Their Positions on Possible Abeyance of Oral Argument (Dkt. No. 793), Plaintiffs and Defendants in the above-captioned matters (collectively, the "Parties"), jointly submit this motion requesting that the Court suspend the October 7, 2010 Oral Argument on Defendants' Motions To Dismiss (Dkt. Nos. 665, 666 and 668), and hold the motions in abeyance until further action is taken by the Eleventh Circuit on *Cappuccitti v. DirecTV, Inc.*, No. 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010).  Suspending oral argument and holding the motions in abeyance is consistent with the Court's August 2, 2010 Order Suspending Briefing Deadlines for Tranche 1 cases "pending such action as may be taken by the United States Court of Appeals for the Eleventh Circuit on the *Cappuccitti* opinion."  (Order at 2, Dkt. No 737.)  Suspension of oral argument will also preserve the Court's and the Parties' resources, and will not cause any prejudice should the Court determine that it is appropriate to hear argument and rule on the motions at a later date.

WHEREFORE, the Parties respectfully request that the Court enter an order suspending the hearing presently scheduled for October 7, 2010 on the pending Motions To Dismiss (Dkt. Nos. 665, 666 and 668) and holding the pending Motions To Dismiss in abeyance until further action is taken by the Eleventh Circuit.

Dated:  September 14, 2010

Respectfully submitted,

 /s/ Gabriel H. Scannapieco

David F. Adler
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-1344
Facsimile:   (216) 579-0212
dfadler@jonesday.com

Erin L. Shencopp
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
eshencopp@jonesday.com
gscannapieco@jonesday.com

*Attorneys for Defendant Citizens Bank of Pennsylvania*


/s/ William J. Kayatta, Jr.
William J. Kayatta, Jr.
Lucus A. Ritchie
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
Tel:  (207) 791-1100
Fax:  (207) 791-1350
wkayatta@pierceatwood.com
lritchie@pierceatwood.com

*Attorneys for Defendant TD Bank, N.A.*

/s/ Robert C. Gilbert
Bruce Rogow (Fl. Bar No. 067999)
Robert C. Gilbert (Fl. Bar No. 561861)
Alters Boldt Brown Rash & Culmo
4141 NE 2nd Avenue, Suite 201
Miami, FL 33137
brogow@abbrclaw.com
bobby@abbrclaw.com


*Plaintiffs' Lead Counsel*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Gabriel H. Scannapieco

*Attorney for Defendants RBS Citizens, N.A. and Citizens Bank of Pennsylvania*