UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dwyer v. TD Bank, N.A.*
S.D. Fl. Case No. 10-20855-JLK
D. Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, N.A.*
S.D. Fl. Case No. 10- 21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. Fl. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra v. TD Bank, N.A.*
S.D. Fl. Case No. 10-21870-JLK

*Duval v. Citizens Financial Group, Inc.*
S.D. Fl. Case No. 10-21080-JLK
N.D. Ill. Case No. 10-cv-00533

*Daniels v. Citizens Financial Group, Inc.*
S.D. Fl. Case No. 10-22014-JLK
D. Mass. Case No. 10-cv-10386

## ORDER GRANTING JOINT MOTION TO SUSPEND ORAL ARGUMENT AND HOLD MOTIONS TO DISMISS IN ABEYANCE

THIS CAUSE comes before the Court on the Joint Motion To Suspend Oral Argument and Hold Motions To Dismiss in Abeyance filed by Plaintiffs and Defendants in the above-captioned actions (the "Parties"). Having considered the Parties' joint motion, and other

pertinent portions of the record, and good cause appearing, the Court hereby ORDERS AND ADJUDGES that:

1. The Parties' Joint Motion To Suspend Oral Argument and Hold Motions To Dismiss in Abeyance (Dkt. No. 794) is GRANTED.

2. The October 7, 2010 Oral Argument on the Motions To Dismiss (Dkt. No. 777) is temporarily suspended.

3. Plaintiffs' Lead Counsel and Defendants' Liaison Counsel are directed to contact the Court to arrange for a Status Conference as soon as the Eleventh Circuit Court of Appeals acts on the pending petitions for *en banc* review in *Cappuccitti v. DirectTV, Inc.*, No 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010). At that Status Conference, with input from the Parties, the Court can schedule a hearing on the Motions To Dismiss if appropriate, and deal with such other matters as may be appropriate.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, in Miami, Florida this __15__ day of September, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record