UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

_____

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,
MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Company, et al.,*;
S.D. Fla. Case No. 10-cv-21834-JLK

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO RECEIVE ELECTRONIC NOTICE OF DOCKET ENTRIES AND INSTRUCTING PLAINTIFF TO RE-FILE DOCUMENTS IN ACCORDANCE WITH THE RULES

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Leave to File

Documents Electronically (DE # 704) filed on July 20, 2010. In his Motion, Plaintiff asks for

leave to file documents electronically through the CM/ECF system, or in the alternative, to

receive notices electronically of new docket entries. Pursuant to Section 2C of the CM/ECF

Administrative Procedures, *pro se* litigants are not permitted to register as users in the system.

Instead, *pro se* litigants must file their documents conventionally, by mailing a copy of the

documents to the Clerk of Court for uploading and filing into CM/ECF. *Pro se* litigants may

receive electronic notices of docket entries with leave of Court, and the Court grants such relief

in this Order.

Rather than filing things conventionally and in accordance with the rules, Plaintiff mailed

to the undersigned's chambers and defense counsel pleadings which were not electrically filed.

Included in the mailing were: Plaintiff's Motion for Partial Summary Judgment against

Defendants Wells Fargo Bank, N.A., Wells Fargo Bank & Co., Chase Bank USA, N.A., and J.P. Morgan Chase; Plaintiff's Declaration in support thereof, and a Proposed Order granting Plaintiff's Motion; Plaintiff's Motion for Clerk's Entry of Default against Defendants Wells Fargo Bank, N.A., Wells Fargo Bank & Co., Chase Bank USA, N.A., and J.P. Morgan Chase.

As Plaintiff is aware, in accordance with S.D. Fla. L.R. 5.1(b) unless documents are exempted under Section 5 of the CM/ECF Administrative Procedures, all documents required to be served on a party after the complaint shall be filed electrically through the CM/ECF system. In order to comply with the local rules, *pro se* litigants who cannot register as users must mail their documents to the clerk of court, and the clerk of court will update the docket to reflect the new filing.

It is therefore ORDERED and ADJUDGED that Plaintiff's Motion for leave to receive electronic notices (DE # 704) be, and the same is hereby, **GRANTED**.  The Clerk of Court is hereby directed to add Plaintiff's email (townsend@runbox.com) to the service list so that he receives electronic notices of new docket entries.  It is further ORDERED and ADJUDGED that Plaintiff is to re-submit the above mentioned pleadings for filing in accordance with the rules.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 17th day of September, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     All Counsel of Record

Robert Townsend, *pro se*
P.O. Box 3330
Dana Point, CA 92629