UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Michael Dasher v. RBC Bank (USA)*
**S.D. Fla. Case No. 1:10-CV-22190-JLK**
_____/

## DEFENDANT RBC BANK (USA)'S NOTICE OF APPEAL

Notice is hereby given that RBC BANK (USA), defendant in the above-named case, pursuant to Title 9 U.S.C. § 16(a)(1)(A), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order entitled "Order Denying Motion to Compel Arbitration" [DE 763], entered in this action on the 23rd day of August, 2010, which order "incorporated into th[at] Order by reference" the orders docketed as Docket Entry Nos. 447, 592, and 514.

Respectfully submitted,

Date: September 21, 2010

**AKERMAN SENTERFITT**
420 South Orange Avenue
Post Office Box 231
Orlando, FL 32802-0231
Tel.: 407-423-4000
Fax: 407-843-6610

By: s/ Virginia B. Townes
    VIRGINIA B. TOWNES, ESQ.
    Florida Bar No. 361879
    E-mail: virginia.townes@akerman.com

1

          **AKERMAN SENTERFITT**
One S.E. Third Avenue — 25th Floor
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095

By: s/ Christopher S. Carver
    CHRISTOPHER S. CARVER, ESQ.
    Florida Bar No. 993580
    E-mail: christopher.carver@akerman.com

*Attorneys for Defendant RBC Bank (USA)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2010, I electronically filed *Defendant RBC Bank (USA)'s Notice of Appeal* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      s/Christopher S. Carver

## SERVICE LIST

### *Dasher v. RBC Bank (USA)*, Case No. 1:10-cv-22190-JLK
### United States District Court, Southern District of Florida

*Counsel for Plaintiff Michael Dasher*
(service by CM/ECF)

Jeffrey M. Ostrow, Esq.
David L. Ferguson, Esq.
**KOPELOWITZ OSTROW FERGUSON
  WEISELBERG KEECHL**
200 S.W. First Avenue, 12th Floor
Ft. Lauderdale, FL 33301
Tel.: 954-525-4100
Fax: 954-525-4300
E-mail: ostrow@kolawyers.com
E-mail: ferguson@kolawyers.com

Darren T. Kaplan, Esq.
**CHITWOOD HARLEY HARNES, LLP**
1230 Peachtree Street, N.E.
2300 Promenade II
Atlanta, GA 30309
Tel.: 404-873-3900
Fax: 404-876-4476
E-mail: dkaplan@chitwoodlaw.com

*Counsel for Defendant RBC Bank (USA)*
(service by CM/ECF)

Virginia B. Townes, Esq.
Carrie Ann Wozniak, Esq.
**AKERMAN SENTERFITT**
420 South Orange Avenue
Post Office Box 231
Orlando, FL 32802-0231
Tel.: 407-423-4000
Fax: 407-843-6610
E-mail: virginia.townes@akerman.com
E-mail: carrieann.wozniak@akerman.com

Christopher S. Carver, Esq.
**AKERMAN SENTERFITT**
One S.E. Third Avenue – Suite 2500
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095
E-mail: christopher.carver@akerman.com

*Plaintiffs' Lead MDL Counsel*
(service by CM/ECF)

Robert C. Gilbert, Esq.
**ALTERS BOLDT BROWN RASH
& CULMO, P.A.**
4141 N.E. 2nd Avenue
Miami, FL 33137
Tel.: 305-571-8550
Fax: 305-571-8558
E-mail: bobby@alterslaw.com