```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100007051
Cashier ID: jmorgan
Transaction Date: 09/21/2010
Payer Name: AKERMAN SENTERFITT
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: RBC BANK USA
 Case/Party: D-FLS-1-09-MD-002036-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 30007584
 Amt Tendered: $455.00
------------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

1:09-MD-02036-JLK

Returned check fee $45


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```