UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Michael Dasher v. RBC Bank (USA)*
S.D. Fla. Case No. 1:10-CV-22190-JLK

PLAINTIFF'S RESPONSE TO RBC BANK'S MOTION
FOR STAY PENDING APPEAL

Plaintiff Michael Dasher responds to Defendant RBC Bank (USA)'s ("RBC") motion for stay pending appeal. **[DE # 798]**.

On August 23, 2010, this Court denied RBC Bank's motion to compel arbitration. **[DE # 763]**. On September 20, 2010, RBC filed its motion to stay **[DE # 798]**, relying on this Court's prior orders granting stays to other banks conditioned on the posting of a $50,000 supersedeas bond. **[DE # 590, 612]**. RBC has likewise agreed to post a $50,000 supersedeas bond to cover the costs, expenses and fees that may be incurred by plaintiff in the form of duplicative discovery if this Court's order denying RBC's motion to compel arbitration is affirmed. **[DE # 798 at 3]**.

In light of this Court's prior orders **[DE # 590, 612]** and RBC's willingness to abide by the same conditions, plaintiff does not oppose entry of a similar order staying the litigation against RBC pending a decision in its appeal to the Eleventh Circuit Court of Appeals.[1]

Dated: September 22, 2010.

                                                Respectfully Submitted,

                                                /s/ Bruce S. Rogow
                                                Bruce S. Rogow, Esquire
                                                Florida Bar No. 067999
                                                brogow@rogowlaw.com
                                                Robert C. Gilbert, Esquire
                                                Florida Bar No. 561861
                                                bobby@alterslaw.com
                                                ALTERS BOLDT BROWN
                                                 RASH & CULMO, P.A.
                                                4141 N.E. 2nd Avenue
                                                Miami, Florida 33137
                                                Tel: (305) 571-8550
                                                Fax: (305) 571-8558

                                                *Plaintiffs' Lead Counsel*

---

[1] Plaintiffs' lead counsel wishes to make clear that its lack of opposition to RBC's motion does *not* conflict with plaintiffs' pending opposition to JPMorgan Chase Bank's motion to stay pending appeal **[DE # 620]**. First, unlike the Chase litigation, the status of the RBC litigation is practically identical to the proceedings against BB&T, SunTrust, M&T, Regions and Key Bank. Those banks, like RBC, moved to compel arbitration from the outset of their inclusion in MDL No. 2036. In contrast, Chase engaged in full blown litigation since October 2009, including substantial motion practice and discovery, before moving to compel arbitration. In so doing, Chase allowed at least two Court-imposed deadlines to pass without filing arbitration-related motions. RBC, on the other hand, never waived its right to seek arbitration. Second, unlike the RBC litigation, discovery is already underway in the Chase litigation. Third, unlike Chase, RBC did not make pronouncements to the public regarding the abandonment of arbitration in consumer disputes, nor enter into a settlement agreement following litigation in which it agreed to abandon certain arbitration practices. *See Ross v. Bank of Am., N.A., et al.*, No. 05-cv-7116 (S.D.N.Y.). For these and other reasons fully discussed in plaintiffs' opposition to Chase's motion to stay **[DE # 620]**, there is no inconsistency in the positions taken by plaintiff here and the position taken by plaintiffs in opposing Chase's motion to stay.

2

/s/ Robert C. Josefsberg
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800
vdiaz@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W Flagler Street - Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
Mikaela Bernstein, Esquire
California Bar No. 261301
mbernstein@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008


/s/ Edward Adam Webb
Edward Adam Webb, Esquire
Georgia Bar No. 743910
adam@webllc.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
flemond@webbllc.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 East 58th street - 34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
/s/ Bruce W. Steckler
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
/s/ Melissa K. Hutts
Melissa K. Hutts, Esquire
Texas Bar No.  0188015
mhutts@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

*Plaintiffs' Executive Committee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
ALTERS BOLDT BROWN
RASH & CULMO, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
bobby@alterslaw.com
