UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT                )
OVERDRAFT LITIGATION                    )

_____

THIS DOCUMENT RELATES TO:               )
DAVID M. JOHNSON v. KEYBANK             )
NATIONAL ASSOCIATION                    )
W. D. Wa. Case No. 2:10-304             )
                                        )
_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey A. Backman of the law firm of Arnstein & Lehr LLP enters his appearance as counsel for the Defendant, KEYBANK NATIONAL ASSOCIATION, and seek to receive CM/ECF notices via electronic means at the following e-mail addresses:

jabackman@arnstein.com

Respectfully submitted,

ARNSTEIN & LEHR LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida  33301
Telephone:  (954) 713-7600
Facsimile:  (954) 713-7700

By:  /s/  Jeffrey A. Backman
     Fla. Bar No. 662501
     jabackman@arnstein.com
     Alan G. Kipnis, Esq.
     Fla. Bar No. 181788
     agkipnis@arnstein.com
     John M. Cooney, Esq.
     Fla. Bar No. 854451
     jmcooney@arnstein.com

9230367.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Jeffrey A. Backman
Jeffrey A. Backman

9230367.1