UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

**REPLY MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO BANK, N.A. TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION**

I also certify that these documents are being served this day on plaintiff Robert Townsend by First Class Mail at the following address:

Robert Townsend
P.O. Box 3330
Dana Point, California 92629

I also certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those

counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DATED:  October 1, 2010                              COVINGTON & BURLING LLP


By:   _____/s/_____
Sonya D. Winner (*pro hac vice*)
(swinner@cov.com)
David M. Jolley (*pro hac vice*)
(djolley@cov.com)
One Front Street, 35th Floor
San Francisco, CA, 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
333 Twin Dolphin Drive, Ste 700
Redwood Shores, CA, 94065
Telephone: (650) 632-7400
Facsimile: (650) 632-4800

Amy S. Rubin
Florida Bar No. 476048
(arubin@foxrothschild.com)
Dori K. Stibolt
Florida Bar No. 183611
(dstibolt@foxrothschild.com)
FOX ROTHSCHILD, LLP
222 Lakeview Avenue, Ste 700
West Palm Beach, CA, 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

Attorneys for Defendant
WELLS FARGO BANK, N.A.