Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com

Plaintiff *Pro Se*

FILED by _____ D.C.

SEP 28 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ROBERT TOWNSEND,

    Plaintiff,

vs.

WELLS FARGO BANK & COMPANY.,
WELLS FARGO BANK, NA., J.P
MORGAN CHASE, CHASE BANK USA,
N.A., AND AS SUCCESSOR'S IN
INTEREST TO WASHINGTON MUTUAL
BANK FA., Does 1-10

    Defendants.

MDL Case **No. 10-2136**

Southern District of Florida Case No.
**10-CV-21834-JLK**

Central District of California Case No:
**CV10-00550 ODW(MLGx)**

**PLAINTIFF ROBERT TOWNSEND'S F.R.C.P.
Rule 55(a) REQUEST FOR CLERK'S ENTRY OF
DEFAULT AGAINST DEFENDANTS WELLS
FARGO BANK, N.A., WELLS FARGO BANK &
CO., CHASE BANK USA, N.A., J.P. MORGAN
CHASE**

**HEARING DATE:**

TO THE HONORABLE COURT AND LISTED DEFENDANTS AND THEIR COUNSEL OF RECORD:

    COMES NOW Plaintiff Robert Townsend (hereinafter "Townsend"), and files this, his F.R.C.P. 55(a) Request for Clerk's Entry of Default against Defendants Wells Fargo Bank, N.A., Wells Fargo Bank & Co. ("Wells Fargo"), and Chase Bank, N.A., JP Morgan Chase (collectively "Chase") for the following reason: despite having been served with a summons and complaint, neither Chase nor Wells Fargo has filed an answer or defended

this lawsuit. Townsend's Declaration follows:

**DECLARATION OF ROBERT TOWNSEND IN SUPPORT OF HIS REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST CHASE and WELLS FARGO**

I, ROBERT TOWNSEND, declare,

1. I am the Plaintiff in the above-entitled action. I have personal knowledge of the facts contained in this declaration and if called as a witness, could testify competently to these facts.

2. Defendants Wells Fargo and Chase were served with copies of the summons and complaint in the above-captioned lawsuit on January 28,2010,(Chase, et al) and January 28,2010 (Wells Fargo, et al) via waiver of personal service upon their designated Counsel as indicated by the mutual stipulations to extend time to file a responsive pleading , per docket entry # 10-13 and the courts order granting the stipulation, docket entry # 14.

3. Despite agreed stipulations for extensions of time to file their original answers, both Wells Fargo and Chase have failed to plead or otherwise defend this lawsuit in compliance with F.R.C.P. Rule 12.

4. The Defendants are not infants, military service members, nor incompetent persons.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Dana Point, California on September 13, 2010.

Plaintiff Robert Townsend

**PRAYER**

---

PLAINTIFF ROBERT TOWNSEND'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS CHASE and WELLS FARGO
Page 2

Wherefore, premises considered, Plaintiff Robert Townsend respectfully prays that the Clerk of Court note in the record an Entry of Default against Defendants Wells Fargo and Chase, per F.R.C.P. Rule 55(a).

DATED: September 13, 2010

Respectfully Submitted:

Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

PLAINTIFF ROBERT TOWNSEND'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS CHASE and WELLS FARGO
Page 3

## CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY U.S. MAIL**

Respectfully submitted,

By: /s/ R. Townsend

ROBERT TOWNSEND,

P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED: September 13, 2010

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 32545 "B" Golden Lantern, Dana Point, Ca 92629

On September 13, 2010 I served the foregoing document described, **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE AND DECLARATION IN SUPPORT THEREOF, AND PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE, PLAINTIFF ROBERT TOWNSEND'S F.R.C.P. Rule 55(a) REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE**

**SEE ATTACHED MDL No. 2036 - Panel Service List (CTO-13)**

On all interested parties in this action to and by:
    _X___ BY placing _X_ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

X____ **BY MAIL OR E-MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

**BY FACSIMILE TRANSMISSION:** From Fax No. 949-495-0580 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and the machine reported no error.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

LA/632899v1

    I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

EXECUTED on September 13, 2010 at Dana Point, Ca 92629



_____
(Mike Lee)

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## PANEL SERVICE LIST

Robert Townsend v. Wells Fargo Bank & Co., et al. - C.D. California,
C.A. No. 2:10-550 (Judge Otis D. Wright, II)

Richard D. McCune, Jr., Esq.
Mccune Wright LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374

David C. Marcus, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Lisa Marie Simonetti, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086

Jeffrey D. Kaliel, Esq.
Tycko & Zavareei LLP
2000 L. Street, N.W., Suite 808
Washington, DC 20036

Barry R. Davidson, Esq.
Hunton & Williams LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136

Laurence J. Hutt, Esq.
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-2513

Robert C. Gilbert, Esq.
Alters Boldt Brown Rash & Culmo PA
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137

Ben Barnow, Esq. Barnow
& Associates PC
One North LaSalle Street, Suite 4600
Chicago, IL 60602

Roger A. Lewis, Esq.
Goldberg Kohn LTD
55 East Monroe Street, Suite 3300
Chicago, IL 60603

MDL No. 2036 - Panel Service List (Continued)
Page 2

Leonard A. Frisoli, Esq.
Frisoli & Associates
43 Thorndike Street
Cambridge, MA 02141

Drew M. Hicks, Esq.
Keating Muething & Klekamp LLP
One East 4th Street, Suite 1400
Cincinnati, OH 45202

Patrick J. Sheehan, Esq.
Wbadey Drake & Kallas LLC
60 State Street, Seventh Floor
Boston, MA 02109

David James Worley
Page Perry LLC
1040 Crown Pointe Pkwy. Suite 1050
Atlanta, GA 30338

James B. Preston, Esq.
Preston &. Associates
P.O. Box 844 .
25020 Highway 145
Dolores, CO 81323-0844

Lisa J. Rodriguez, Esq.
Trujillo Rodriguez & Richards LLC
258 Kings Highway East Haddonfield,
NJ 08033

Erin Lind Shencopp, Esq.
Jones Day
77 West Wacker Drive, Suite 3S00
Chicago, IL 60601

Hassan A. Zavarcci
Tycko & Zavareei LLP
2000 L. Street, N. W., Suite 808
Washington, DC 20036