1  Robert Townsend
   P.O. Box 3330
2  Dana Point, CA 92629
   (949)495-0089
3  Fax (949)495-0580
   townsend@runbox.com
4
   Plaintiff *Pro Se*
5



6
7                    UNITED STATES DISTRICT COURT
8                    SOUTHERN DISTRICT OF FLORIDA
9
10 ROBERT TOWNSEND,                    )   Southern District of Florida Case No.
                                       )   **09-MD-02036 JLK**
11        Plaintiff,                   )   MDL Case **No. 10-2136**
                                       )   Central District of California Case No:
12     vs.                             )   **CV10-00550 ODW(MLGx)**
13 WELLS FARGO BANK & COMPANY.,        )
   WELLS FARGO BANK, NA., J.P          )
14 MORGAN CHASE, CHASE BANK USA,       )   **NOTICE OF, AND PLAINTIFF'S AMENDED**
   N.A., AND AS SUCCESSOR'S IN         )   **MOTION FOR PARTIAL SUMMARY**
15 INTEREST TO WASHINGTON MUTUAL       )   **JUDGMENT AGAINST DEFENDANTS WELLS**
   BANK FA., Does 1-10                 )   **FARGO BANK, N.A., WELLS FARGO BANK &**
16                                     )   **CO., CHASE BANK USA, N.A., J.P. MORGAN**
        Defendants.                    )   **CHASE**
17                                     )   JUDGE: HON. James Lawrence King
18                                         **HEARING DATE: TBD BY THE COURT**
19
20  _____
21
22 TO LISTED DEFENDANTS AND THEIR COUNSEL OF RECORD:
23     PLEASE TAKE NOTICE that, before the above-entitled Court,
24 at a date and time to be determined by the court, Plaintiff
25 Robert Townsend (hereinafter "Townsend") will, and hereby does,
26 move **FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS WELLS FARGO**
27 **BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P.**
28 **MORGAN CHASE**   the mandatory binding arbitration clauses in the

Defendants' banking deposit contracts are unconscionable and unenforceable.

DATED: July 18, 2010

Respectfully Submitted:

Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

# CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY E-MAIL AND USMAIL**

Respectfully submitted,

By: _____

ROBERT TOWNSEND,
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED: July 19, 2010

# DECLARATION OF ROBERT TOWNSEND IN SUPPORT OF HIS AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CHASE and WELLS FARGO

I, ROBERT TOWNSEND, declare,

1. I am the Plaintiff in the above-entitled action. I have personal knowledge of the facts contained in this declaration and if called as a witness, could testify competently to these facts.

2. I had checking accounts with each of the bank Defendants against whom I seek partial summary judgment in this Motion (account number ending in 119497 and 264121 with Chase; account numbers ending in 09-500875 with Wells Fargo).

3. Each of the deposit agreements with the respective banks governing my checking accounts with them contained mandatory, binding arbitration clauses. True and correct copies of those checking account deposit agreement are attached herein: Chase, Exhibit "A"; Wells Fargo, Exhibit "B".

I declare under penalty of perjury that the foregoing is true and correct. Executed at Dana Point, California on July 18, 2010.



Plaintiff Robert Townsend

## CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY E-MAIL AND U.S. MAIL**

Respectfully submitted,

By: /s/

ROBERT TOWNSEND,

P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED: July 19, 2010

1  Robert Townsend
   P.O. Box 3330
2  Dana Point, CA 92629
   (949)495-0089
3  Fax (949)495-0580
   townsend@runbox.com
4
   Plaintiff *Pro Se*
5

6
                    UNITED STATES DISTRICT COURT
7
                    SOUTHERN DISTRICT OF FLORIDA
8

9
   ROBERT TOWNSEND,                    )   Southern District of Florida Case No.
10                                     )   **09-MD-02036 JLK**
          Plaintiff,                   )   MDL Case **No. 10-2136**
11                                     )   Central District of California Case No:
          vs.                          )   **CV10-00550 ODW(MLGx)**
12  WELLS FARGO BANK & COMPANY.,       )
    WELLS FARGO BANK, NA., J.P         )
13  MORGAN CHASE, CHASE BANK USA,      )   **[PROPOSED ORDER GRANTING]**
    N.A., AND AS SUCCESSOR'S IN        )   **PLAINTIFF'S AMENDED MOTION FOR**
14  INTEREST TO WASHINGTON MUTUAL      )   **PARTIAL SUMMARY JUDGMENT AGAINST**
                                       )   **DEFENDANTS WELLS FARGO BANK, N.A.,**
15  BANK FA., Does 1-10                )   **WELLS FARGO BANK & CO., CHASE BANK**
                                       )   **USA, N.A., J.P. MORGAN CHASE AND**
16        Defendants.                  )   **DECLARATION IN SUPPORT THEREOF**
                                       )
17
                                           **JUDGE: HON. James Lawrence King**
18
                                           **HEARING DATE: TBD BY THE COURT**
19

20  _____

21
    On this day _____, the Court considered Plaintiff
22
    Robert Townsend's Motion for Partial Summary Judgment against
23
    Defendant WELLS FARGO BANK & COMPANY., WELLS FARGO BANK, NA., J.P MORGAN CHASE, CHASE
24
    BANK USA, N.A., AND AS SUCCESSOR'S IN INTEREST TO WASHINGTON MUTUAL BANK FA.  After
25
    considering the Motion, the evidence, and the pleadings, the Court
26
    GRANTS Plaintiff's Motion for Partial Summary Judgment in full.  It
27

28
    _____
                      [PROPOSED ORDER GRANTING]
    PLAINTIFF ROBERT TOWNSEND'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS CHASE
                              and WELLS FARGO
                                  Page 1

1  is, therefore,

2  ORDERED, that the Plaintiff's Motion for Partial Summary Judgment is

3  GRANTED; and that the Plaintiff is awarded judgment against WELLS

4  FARGO BANK & COMPANY., WELLS FARGO BANK, NA., J.P MORGAN CHASE,

5  CHASE BANK USA, N.A., AND AS SUCCESSOR'S IN INTEREST TO

6

7  WASHINGTON MUTUAL BANK FA in the amount of $_____, plus

8  court costs; or [   ] damages will be calculated and awarded at a

9  later date by the trier of fact after a separate hearing.

10  SIGNED this _____ day of _____ , 2010.

11                                    by_____
                                      HON. James Lawrence King.
12                                    Presiding,
                                      United States District Court,
13                                    Florida.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY E-MAIL AND U.S. MAIL**

Respectfully submitted,

By: *[signature]*

ROBERT TOWNSEND,

P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED: July 19, 2010