UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of <u>Supreme Court of Pennsylvania</u>.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Joseph N. Kravec, Jr. |
| State Bar No: | PA 68992 |
| Firm name: | Stember Feinstein Doyle Payne & Cordes, LLC |
| Address: | 429 Forbes Avenue |
| | Allegheny Building, 17th Floor |
| Mailing Address (if different): | |
| Telephone #: | 412-281-8400 |
| Fax #: | 412-281-1007 |
| E-mail | jkravec@stemberfeinstein.com |

Dated: 6 /7/2010

Joseph N. Kravec, Jr.
Attorney for Plaintiffs, VIRGILIO S. CASAYURAN, JR., on Behalf of himself and all others Similarly situated