# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Appeal Section
305-523-5080

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S. COURT OF APPEALS
RECEIVED CLERK
SEP 27 2010
ATLANTA, GA

FILED by J.H. D.C.
OCT 05 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

Date: September 21, 2010

IN RE: District Court No.: 09-md-02036 (10cv22190)   U.S.C.A. No.: **10-14488D**

Style: Michael Dasher V. RBC (In Re: Checking Account Overdraft Litigation)

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| x | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____ . |
| X | First Notice of Appeal:  yes |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings;  _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| _____ | There was no hearing from which a transcript could be made. |
| _____ | Copy of CJA form appointing counsel enclosed. |
| _____ | The following materials were <u>SEALED</u> in this court (order enclosed): _____ |
| x | The appellate docket fee has been paid   no |
| | Date paid _____  Receipt No. _____ |
| _____ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| x | The Judge or Magistrate appealed from is:   James Lawrence King |
| x | The Court Reporter(s):  Vacant |
| _____ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| _____ | This is a DEATH PENALTY appeal. |

Sincerely,

Steven M. Larimore, Clerk of Court

By: _____
C. Quinones          Deputy Clerk

c:    court file

☐ 400 N. Miami Avenue
Miami, FL 33128
305-523-5100

☐ 299 E. Broward Boulevard
Room 108
Ft. Lauderdale, FL 33301
954-769-5400

☐ 701 Clematis Street
Room 402
W. Palm Beach, FL 33401
561-803-3400

☐ 301 Simonton Street
Room 130
Key West, FL 33040
305-295-8100

☐ 300 South Sixth Street
Ft. Pierce, FL 34950
561-595-9691