FILING FEE
PAID 0-00 waived
pro hac
vice
Steven M. Larimore, Clerk

FILED by _____ D.C.

OCT 0 4 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT ) 
OVERDRAFT LITIGATION ) 
 ) 
MDL No. 2036 ) 
_____ )

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS

Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (the "Order") (Doc. #166), the undersigned respectfully moves for admission of and electronic filing privileges for the attorneys listed in paragraph 1 below, who are counsel of record in cases that originated in other districts and have been transferred to this MDL proceeding, for purposes of limited appearance as counsel on behalf of their client, and in support thereof states as follows:

1.      The following attorneys are counsel of record in *Delphia Simmons v. Comerica, Inc.*, C.A. No. 3:10-326 transferred to this MDL proceeding from the Northern District of Texas pursuant to 28 U.S.C. § 1407, are not admitted to practice in the Southern District of Florida, and are members in good standing of the bars of their respective jurisdictions:[1]

---

[1]Certifications signed by each of the attorneys named in paragraph 1, stating that they are members in good standing of their respective jurisdictions and have reviewed the Local Rules of the United States District for the Southern District of Florida, are attached hereto as Exhibit A.

883634

**FOR COMERICA INCORPORATED**

Kenneth C. Johnston
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
kjohnston@krcl.com

James B. Greer
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
jgreer@krcl.com

Julie K. Biermacher
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
jbiermacher@krcl.com

Joseph A. Hummel
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
jhummel@krcl.com

2.     MDL Rule 1.4 states that "Any attorney of record in any action transferred under

Section 1407 may continue to represent his or her client in any district court of the United States

to which such action is transferred.  Parties to any action transferred under Section 1407 are not

required to obtain local counsel in the district to which such action is transferred."

3.     Pursuant to MDL Rule 1.4, the undersigned requests that the Court waive the

requirement of this District's Special Rule 4.B.3 that attorneys admitted on a limited appearance

883634

2

basis must designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

4.      Further, as contemplated by the Order, the undersigned requests that pursuant to MDI. Rule 1.4, the attorneys admitted on a limited appearance basis in this MDL proceeding be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.3.

5.      Pursuant to MDL Rule 1.4, the undersigned requests that the Court waive the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 1 above.

WHEREFORE, the undersigned moves this Court to enter an Order (1) permitting the attorneys listed in paragraph 1 above to appear before this Court on behalf of their respective clients for all purposes relating to the proceedings in the above-styled MDL matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide CM/ECF usernames and passwords to each attorney listed in paragraph 1, and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of each attorney named in paragraph 1.

883634

Dated:  September 30, 2010

Respectfully Submitted,

_____
Kenneth C. Johnston
Texas Bar No. 00792608
kjohnston @krcl.com
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201
Tel: (214) 777-4222   Fax: (214) 777-4299

**COUNSEL FOR COMERICA INCORPORATED**

## CERTIFICATE OF SERVICE

I hereby certify that on September 30th, 2010, I served the following document via U.S. mail to:

Bruce S. Rogow, Esq.
Bruce S. Rogow PA
500 East Broward Blvd., Ste. 1930
Fort Lauderdale, FL 33394
Tel: (954) 767-8909
Fax: (954) 467-2210
Email: guntherc@rogowlaw.com

*Plaintiffs' Lead Counsel*

Robert Cecil Gilbert, Esq.
**Alters Boldt Brown Rash & Culmo**
4141 NE 2nd Avenue, Suite 201
Miami, FL 33137
Tel: (305) 571-8550
Fax: (305) 571-8558
Email: bobby@abbrclaw.com

*Plaintiffs' Lead Counsel*

Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
**Caddell & Chapman**
1331 Lamar Street, Suite 1070
Houston, Texas 77010
Tel: (713) 751-0400
Fax: (713) 751-0906
Email: mac@caddellchapman.com
Email: cbc@caddellchapman.com
Email: csf@caddellchapman.com

*Counsel for Delphia Simmons*

Matthew D. Schelkopf
Joseph G. Sauder
Benjamin F. Johns
**Chimicles & Tikellis**
One Haverford Centre
361 West Lancaster Ave.
Harverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 642-3633
Email: MatthewSchelkopf@chimicles.com

*Counsel for Delphia Simmons*

Christopher G. Hayes
**Law Office of Christopher G. Hayes**
225 South Church Street
Westchester, PA 19382
Tel: (610) 431-9505
Fax: (610) 431-1269
Email: chris@chayeslaw.com

*Counsel for Delphia Simmons*

Barry R. Davidson
**Hunton & Williams LLP**
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136
Tel: (305) 810-2539
Fax: (305) 810-2462
Email: bdavidson@hunton.com

*Temporary Liaison Counsel*

Kenneth C. Johnston

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## MDL 2036

## THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

_____/

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of Texas.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

878672

1

**Name**: Kenneth C. Johnston
**State Bar No.**: TX Bar No. 00792608
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4222
**Email address**: kjohnston@krcl.com
**Fax**: (214) 7770-4299

Dated:  September 28, 2010

Kenneth C. Johnston
Attorney for Comerica Incorporated

878672

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.     I am a member in good standing of the State Bar of Texas.

2.     I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.     I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.     I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.     I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.     If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

878184

1

**Name**: James B. Greer
**State Bar No.**: TX Bar No. 24014739
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4252
**Email address**: jgreer@krcl.com
**Fax**: (214) 777-4299

Dated:  September 28, 2010

James B. Greer
Attorney for Comerica Incorporated

878184

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MDL 2036

### THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

### CERTIFICATE OF UNDERSTANDING, RE:
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of Texas.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

1020781

1

**Name**: Julie K. Biermacher
**State Bar No.**: TX Bar No. 24059456
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4220
**Email address**: jbiermacher@krcl.com
**Fax**: (214) 777-4299


Dated:  September 28, 2010

Julie K. Biermacher
Attorney for Comerica Incorporated

1020781

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MDL 2036

### THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

_____/

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of Texas.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

878674

**Name**: Joseph A. Hummel
**State Bar No.**: TX Bar No. 24056879
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4255
**Email address**: jhummel@krcl.com
**Fax**: (214) 7770-4299

Dated:  September 28, 2010

Joseph A. Hummel
Attorney for Comerica Incorporated

878674

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT | ) |
| OVERDRAFT LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| | ) |

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE
### OF AND ELECTRONIC FILING
### PRIVILEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendants' Out-of-State Attorney, requesting pursuant to Rule 1.4 of Rules of Procedures of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the Court's November 24, 2009 Order (the "Order") (Doc, #166); and Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), permission for a limited appearance of an electronic filing privileges for the additional attorneys listed below who are counsel of record in cases that have been transferred from other districts to this MDL proceeding.  This Court having considered the motion and all other relevant factors, it is hereby:

ORDER and ADJUDGED that:

1.      The Motion for Limited Appearance of and Electronic Filing Privileges for Defendants' Out-Of-State Attorneys is GRANTED.

2.      The following additional attorneys are granted to appear and participate in this action on behalf of Defendants:

1020811

1

**FOR COMERICA INCORPORATED**

Kenneth C. Johnston
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
kjohnston@krcl.com

James B. Greer
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
jgreer@krcl.com

Julie K. Biermacher
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
jbiermacher@krcl.com

Joseph A. Hummel
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
jhummel@krcl.com

3.     Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to

1020811

2

which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4.    Further, pursuant to MDL Rule 1.4 and the Order the attorneys named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4B.  The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5.    In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida this ____ day of September 2010.

_____

Honorable James Lawrence King
United States District Judge

Copies furnished to:

Counsel of Record

1020811

3