# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>***Townsend v. Wells Fargo Bank & Co., et al.***<br>**S.D. Fla. Case No. 1:10-cv-21834-JLK**<br>**C.D. Cal. Case No. CV 10-550 ODW** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## OPPOSITION OF JPMORGAN CHASE BANK, N.A. AND JPMORGAN CHASE & CO. TO PLAINTIFF ROBERT TOWNSEND'S F.R.C.P. RULE 55(a) REQUEST FOR CLERK'S ENTRY OF DEFAULT

*Pro se* plaintiff Robert Townsend has moved for entry of default against JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. (collectively, "Chase") under Federal Rule of Civil Procedure 55(a). *See* Plaintiff Robert Townsend's F.R.C.P. Rule 55(a) Request for Clerk's Entry of Default Against Defendants Wells Fargo Bank, N.A., Wells Fargo Bank & Co., Chase Bank USA, N.A., J.P. Morgan Chase ("Motion") [Dkt. No. 810]. He claims that, "despite having been served with a summons and complaint, [Chase has not] filed an answer or defended this lawsuit." Motion 1-2.

Townsend's motion should be denied because Chase has not defaulted. Rule 55(a) provides for the entry of a default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). The Eleventh Circuit

views default judgments with disfavor.  *See Gulf Coast Fans, Inc. v. Midwest Elec. Importers, Inc*., 740 F.2d 1499, 1510-11 (11th Cir. 1984).

*First*, Chase has not bypassed any timetable for responding to Townsend's complaint.  As Townsend himself acknowledges, he and Chase entered into "mutual stipulations to extend time to file a responsive pleading."  Motion 2.  That stipulation provided that Chase's time to respond to Townsend's complaint

> is extended until such deadline as the Honorable James L. King establishes in the MDL proceeding styled *In Re: Checking Account Overdraft Litigation*, Master Docket No. 1:09-md-2036; or, in the event that the JPML does not finally transfer the action to the MDL, until 21 days following entry of a final judgment or order by the JPML denying transfer[.]

Stipulation to Stay Action and Extend Time to Respond to Initial Complaint, *Townsend v. Wells Fargo Bank & Company, et al.*, No. CV 10-550 (C.D. Cal.) [Dkt. No. 13].  That stipulation was granted by Judge Otis D. Wright II of the United States District Court for the Central District of California, to whom this action was assigned before it was transferred by the JPML to this Court.  *See* Order Granting Stipulation to Stay Action and to Extend Time to Respond to the Initial Complaint, *Townsend v. Wells Fargo Bank & Company, et al.*, No. CV 10-550 (C.D. Cal.) [Dkt. No. 14].  Since the transfer here, no timetable has been put in place for Chase's time to answer or otherwise respond to the complaint.

*Second*, Chase did in fact respond to the complaint, a month before the filing of Townsend's motion: On September 1, 2010, Chase filed its motion seeking to stay Townsend's claims under section 3 of the Federal Arbitration Act.  [Dkt. No. 778.]  Townsend opposed the motion, and made no objection to the timeliness of Chase's request for a stay.  The motion was fully submitted as of September 30, 2010, when Chase submitted its reply.  [Dkt. No. 806.]  Accordingly, Townsend has no basis to argue that Chase has "failed to plead or otherwise defend" against his action.  Fed. R. Civ. P. 55(a).

**CONCLUSION**

Townsend's motion for entry of default against JPMorgan Chase Bank, N.A. and

JPMorgan Chase & Co. should be denied.

Dated:  October 6, 2010

WILMER CUTLER PICKERING HALE
  AND DORR LLP
s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendants JPMorgan Chase
Bank, N.A. and JPMorgan Chase & Co.*