IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Townsend v. Wells Fargo Bank & Co., et al.*<br>S.D. Fla. Case No. 1:10-cv-21834-JLK<br>C.D. Cal. Case No. CV 10-550 ODW | )<br>)<br>)<br>)<br>)<br>)<br>) |

**OPPOSITION OF JPMORGAN CHASE BANK, N.A. AND JPMORGAN
CHASE & CO. TO PLAINTIFF ROBERT TOWNSEND'S
AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. NO. 811]
AND SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. NO. 812]**

On October 1, 2010, the Clerk of Court posted on PACER two motions for partial summary judgment submitted by *pro se* plaintiff Robert Townsend against JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. (collectively, "Chase"), addressed to the enforceability of Townsend's arbitration agreements with Chase. The motions argue that the agreements are unenforceable. *See* Plaintiff's Amended Motion for Partial Summary Judgment [Dkt. No. 811]; Plaintiff's Second Motion for Partial Summary Judgment [Dkt. No. 812].

Townsend's motions should be denied. On September 1, Chase moved to stay these proceedings in favor of arbitration, under Section 3 of the Federal Arbitration Act. [Dkt. No.

778.] Townsend served Chase with an opposition to the motion,[1] and Chase filed its reply on September 30. [Dkt. No. 806.] That motion is fully submitted and pending before this Court. Because Townsend had previously moved against enforcement of his arbitration agreements with Chase, *see* Plaintiff's Motion for Partial Summary Judgment [Dkt. No. 661], Chase's September 1 motion addressed each of Townsend's substantive arguments, and Chase further addressed these arguments (as advanced in Townsend's opposition to Chase's motion) in its reply brief. Accordingly, Chase respectfully refers this Court to its prior briefs.[2]

## CONCLUSION

Townsend's motions for partial summary judgment against JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. should be denied.

Dated: October 6, 2010

> WILMER CUTLER PICKERING HALE
>  AND DORR LLP
> s/ Christopher R. Lipsett

---

[1]   Townsend's practice regarding service and filing of papers has not been consistent. Townsend's "Amended Motion For Partial Summary Judgment" is dated July 19, 2010, and Townsend served a copy of the document on Chase's counsel on that date; but Townsend apparently did not file the document with the Clerk until September 28, 2010. The "Amended Motion" was, in any event, apparently moot when served, and when filed two months later, because the Court had denied the underlying initial motion on July 12, 2010. [Dkt. No. 676.] Townsend's "Second Motion For Partial Summary Judgment" is dated September 13, 2010, but, again, Townsend apparently did not file the document with the Clerk until September 28, 2010.

[2]   Townsend's "Second Motion" also asserts claims that Chase waived arbitration, by "actively participat[ing] in the civil litigation by opposing the MDL transfer of Townsend's case to this Court," and by delaying invocation of arbitration herein. Second Motion at 8. The contention should be rejected. In fact, it was Chase that noticed Townsend's case to the JPML for transfer here, and it was Townsend (not Chase) who opposed transfer. *See* Notice of Opposition to CTO-13 [JPML Dkt. No. 147.] Moreover, as discussed in Chase's Reply Brief in support of its arbitration motion (at page 4), Chase notified Townsend that it was invoking his arbitration agreements within eight days after his case arrived in this Court, and neither party has engaged in any activity in this Court *other than* litigation about enforcement of Townsend's arbitration agreements. There has been no waiver by Chase. *See Citibank, N.A. v. Stok & Assocs., P.A.*, No. 09-13556, 2010 WL 2825491, at *2 (11th Cir. July 20, 2010) (unpublished).

- 3 -

Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co.*