**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK**

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

**THIS DOCUMENT RELATES TO:**

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2010, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

- OPPOSITION OF JPMORGAN CHASE BANK, N.A. AND JPMORGAN CHASE & CO. TO PLAINTIFF ROBERT TOWNSEND'S F.R.C.P. RULE 55(a) REQUEST FOR CLERK'S ENTRY OF DEFAULT

- OPPOSITION OF JPMORGAN CHASE BANK, N.A. AND JPMORGAN CHASE & CO. TO PLAINTIFF ROBERT TOWNSEND'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. NO. 811] AND SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. NO. 812]

I also certify that these documents are being served this day upon the plaintiff, Robert Townsend, by First Class Mail at the following address:

Robert Townsend
P.O. Box 3330
Dana Point, California 92629

I further certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Christopher R. Lipsett
CHRISTOPHER R. LIPSETT
(*pro hac vice*)
christopher.lipsett@wilmerhale.com
WILMER CUTLER PICKERING HALE
  AND DORR LLP
399 Park Avenue
New York, New York  10022
tel: (212) 230-8851
fax: (212) 230-8888