# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



October 7, 2010

United States District Court
Northern District of California

RE:     MDL No. 2036 In Re: Checking Account Overdraft Litigation
        Our Case #     09-md-2036-King
        Your Case No.   3:10-3956 Loretta A. Billen v. Bank of the West

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer Order CTO-**26**) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

        s/ *Graciela Gomez*

by: _____
      MDL Clerk

Encl.

☐400 N. Miami Avenue
   Room 8N09
   Miami, FL 33128
   305-523-5100

☐299 E. Broward Boulevard
   Room 108
   Ft. Lauderdale, FL 33301
   954-769-5400

☐701 Clematis Street
   Room 202
   W. Palm Beach, FL 33401
   561-803-3400

☐301 Simonton Street
   Room 130
   Key West, FL 33040
   305-295-8100

☐300 S. Sixth Street
   Ft. Pierce, FL 34950
   772-595-9691