UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Michael Dasher v. RBC Bank (USA)*;
S.D. Fla. Case No. 1:10-cv-22190-JLK

_____/

## ORDER GRANTING DEFENDANT RBC BANK'S
## MOTION FOR STAY PENDING APPEAL

THIS CAUSE comes before the Court upon Defendant RBC Bank's Motion to Stay Litigation Pending Appeal (DE # 798) filed on September 20, 2010. Plaintiff does not oppose the relief requested. *See* (DE # 800).

As Defendant notes, the Court already dealt with these issues in its Order Granting Stay Pending Interlocutory Appeal Upon Posting of Supersedeas Bond (DE # 590) signed on June 15, 2010. This Court's June 15th Order is incorporated into this Order by reference. For the reasons outlined in this Court's Order Granting Stay, the Court finds as follows:

It is ORDERED, ADJUDGED, and DECREED that Defendant RBC Bank's Motion to Stay Litigation Pending Appeal (**DE # 798**) be, and the same is hereby, **GRANTED**.

It is further ORDERED, ADJUDGED, and DECREED that all litigation in Multi-District Litigation No. 09-MD-02036, as it affects and with respect to RBC Bank be, and the same is hereby **STAYED** pending issuance and filing of an opinion by the United States Court of Appeals for the Eleventh Circuit on its appeal from this Court's Order Denying RBC Bank's Motion to Compel Arbitration (DE # 763), conditioned upon the posting of a Supersedeas bond as set herein.

It is further ORDERED, ADJUDGED and DECREED that this stay shall become effective, for the purposes stated in this Court's previous Order, upon the posting of a supersedeas bond in the amount of $50,000 with the Clerk of the United States Court for the Southern District of Florida, conditioned upon payment of all costs, including court reporting transcripts, witness attendance, and attorney's fees, the direct cost of which are determined by the Court to have been caused by necessary duplication of discovery (including depositions, interrogatories and all duplicative discovery) that Plaintiff in this case has had to repeat, upon affirmance of the order appealed herein, OR if reversed, to be reimbursed to said Defendant Bank.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 13th day of October, 2010.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     All Counsel of Record