UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,
MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Company, et al.,*;
S.D. Fla. Case No. 1: 10-cv-21834-JLK

_____/

## ORDER DENYING PLAINTIFF'S MOTIONS FOR
## PARTIAL SUMMARY JUDGMENT & ENTRY OF CLERK'S DEFAULT

**THIS CAUSE** comes before the Court upon Plaintiff's Amended Motion for Partial Summary Judgment (DE #811); Plaintiff's Second Motion for Partial Summary Judgment (DE #812); Plaintiff's Amended Motion for Partial Summary Judgment (DE # 813); and Plaintiff's Motion for Clerk's Entry of Default (DE # 810). Defendants JPMorgan Chase Bank, N.A., and JP Morgan Chase & Co., filed their opposition on October 6, 2010 to the above-mentioned motions. See (DE # 822 & DE # 823). Plaintiff asks the Court to declare Defendants' arbitration clauses unenforceable and permanently enjoin Defendants from enforcing them. Plaintiff's Motion, however, is premature.

The Court has already once denied Plaintiff's Motion for Partial Summary Judgment as premature. *See* (DE # 676). Plaintiff's Motions are still not appropriate for consideration because currently pending before the Court are Defendants' Motions to Compel Arbitration (DE # 778 & DE # 782).

It is therefore ORDERED and ADJUDGED that Plaintiff's Motions for Partial Summary

Judgment (**DE # 811; DE # 812; DE # 813**) be, and the same are hereby, **DENIED** without Prejudice. It is further **ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion for Clerk's Entry of Default (DE #810) be, and the same is hereby **DENIED.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 13th day of October, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record

Robert Townsend, *pro se*
P.O. Box 3330
Dana Point, CA 92629