UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2010, I electronically filed the following document with the Clerk of the Court using CM/ECF:

**WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A.'S RESPONSE IN OPPOSITION TO PLAINTIFF ROBERT TOWNSEND'S F.R.C.P. RULE 55(A) REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I also certify that these documents are being served this day on plaintiff Robert Townsend by First Class Mail at the following address:

Robert Townsend
P.O. Box 3330
Dana Point, California 92629

I also certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notice of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

WP1 351030v1 10/14/10

DATED: October 14, 2010

Fox Rothschild, LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 835-9600
Facsimile: (561) 835-9602

By: /s/ Dori K. Stibolt
    Amy S. Rubin
    Florida Bar No. 476048
    arubin@foxrothschild.com
    Dori K. Stibolt
    Florida Bar No. 183611
    dstibolt@foxrothschild.com

COVINGTON & BURLING LLP
  Sonya D. Winner (*pro hac vice*)
  (swinner@cov.com)
  David M. Jolley (*pro hac vice*)
  (djolley@cov.com)
  One Front Street, 35th Floor
  San Francisco, CA, 94111
  Telephone: (415) 591-6000
  Facsimile: (415) 591-6091

  Emily Johnson Henn (*pro hac vice*)
  (ehenn@cov.com)
  333 Twin Dolphin Drive, Ste 700
  Redwood Shores, CA, 94065
  Telephone: (650) 632-7400
  Facsimile: (650) 632-4800

  Attorneys for Defendant
  WELLS FARGO BANK, N.A.