**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:09-MD-02036**

FILED by _____ D.C.

OCT 1 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| JASON TAPP AND SHIRLEY TAPP, husband and wife; CAROLYN STOCKTON and DANNY STOCKTON, wife and husband; AND CHRIS McCLURG and AMBER McCLURG, husband and wife, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) |
| INTERNATIONAL BANCSHARES CORPORATION d/b/a INTERNATIONAL BANK OF COMMERCE, | ) ) ) ) ) |
| Defendant. | ) ) |

**10-23689-CV King/Bandstra**

CIVIL NO: _____

**MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS**

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and the parties' colloquy with the Court at the October 22, 2009 status conference (*see* Order on Oct. 22, 2009 Status Conference [DE 134] ¶ 15, authorizing Counsel to submit an omnibus motion for *pro hac vice* admission of out-of-state attorneys representing various Plaintiffs' in this multi-district proceeding and directing the Clerk to facilitate the issuance of CM/ECF privileges for such out-of-state counsel), the undersigned respectfully moves for admission of and electronic filing privileges as the attorneys listed in paragraph 1

below, who are or seek to become counsel of record for purposes of limited appearance as

counsel on behalf of the Plaintiffs' herein, and in support thereof state as follows:

      1.    The following attorneys are or seek to become counsel of record in this case that

would otherwise have originated in Texas or Oklahoma and been transferred to this MDL

proceeding pursuant to 28 U.S.C. § 1407, are not admitted to practice in the Southern District of

Florida, and are members in good standing of the bars of their respective jurisdictions:[1]

### For their clients

        Jeff Potts
        Jeff Potts Law Office
        1515 E Okmulgee
        Muskogee, OK 74403
        Tel:    (918) 687-7755  Fax:  (918) 681-3939
        jeffpottslawoffice@yahoo.com

        James Wilcoxen
        Wilcoxen & Wilcoxen
        PO Box 357
        Muskogee, OK 74402
        Tel:    (918) 683-6696  Fax:  (918) 682-8605
        jim@wilcoxenlaw.net; barbara@wilcoxenlaw.net

      2.    MDL Rule 1.4 states that "Any attorney of record in any action transferred under

Section 1407 may continue to represent his or her client in any district court of the United States

to which such action is transferred. Parties to any action transferred under Section 1407 are not

required to obtain local counsel in the district to which such action is transferred."

      3.    Pursuant to MDL Rule 1.4, Plaintiffs, request that the Court waive the requirement

of this District's Special Rule 4.B.3 that attorneys admitted on a limited appearance basis must

designate a member of the bar of this Court who maintains an office in this State for the practice

---

[1] Certifications signed by each of the attorneys named in paragraph 1, stating that they are members in good standing of their respective jurisdictions and have reviewed the Local Rules of the United States District Court for the Southern District of Florida, are attached hereto as Exhibit A.

of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

4.      Further, as the parties discussed with the Court at the October 22, 2009 status conference, Plaintiffs, further request that pursuant to MDL Rule 1.4, the attorneys admitted on a limited appearance basis in this MDL proceeding be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.3. *See* Order on October 22, 2009 Status Conference [DE 134] at ¶ 15 (directing the Clerk of Court to facilitate the issuance of CM/ECF filing privileges for out-of-state counsel upon entry of an omnibus order granting their *pro hac vice* admission for purposes of appearing in the multi-district proceeding).

5.      Pursuant to MDL Rule 1.4, Plaintiffs, request that the Court waive the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 1 above.

WHEREFORE, the Plaintiffs move this Court to enter an Order (1) permitting the attorneys listed in paragraph 1 above to appear before this Court on their behalf for all purposes relating to the proceedings in the above-styled MDL matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide CM/ECF usernames and passwords to each attorney listed in paragraph 1, and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of each attorney named in paragraph 1.

Dated: October ___7___, 2010

Respectfully Submitted,

Jeff Potts OBA# 13756

Jeff Potts Law Office
1515 E. Okmulgee
Muskogee, OK 74403
918-687-7755 phone
918-681-3939 fascimile
jeffpottslawoffice@yahoo.com

James Wilcoxen OBA# 9605
Wilcoxen & Wilcoxen
P.O. Box 357
Muskogee, OK 74402
918-683-6696 phone
918-682-8605 fascimile
jim@wilcoxenlaw.net

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No. 1:09-MD-02036

| | | |
|---|---|---|
| **JASON TAPP and SHIRLEY TAPP,** | ) | |
| **HUSBAND and WIFE;** | ) | |
| **CAROLYN STOCKTON and** | ) | |
| **DANNY STOCKTON, WIFE and** | ) | |
| **HUSBAND; AND** | ) | |
| **CHRIS McCLURG and** | ) | |
| **AMBER McCLURG, HUSBAND** | ) | |
| **And WIFE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **-vs-** | ) | **CIVIL NO:_____** |
| | ) | |
| **INTERNATIONAL BANK OF** | ) | |
| **COMMERCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATION OF JAMES WILCOXEN

James Wilcoxen, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar in the State of Oklahoma, United States District Court for the Eastern District of Oklahoma, United States District Court for the Northern District of Oklahoma, United States District Court for the Western District of Oklahoma, United States District Court for the Southern District of California, Cherokee Nation Tribal Court, Choctaw Nation Tribal Court and Chickasaw Nation Tribal Court.

James Wilcoxen

Counsel for Shirley Tapp; Jason Tapp;
Danny Stockton; Carolyn Stockton;
Chistopher McClurg; Amber McClurg

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

|  EASTERN  | **DISTRICT OF** | OKLAHOMA |

### CERTIFICATE OF
### GOOD STANDING

*I,* _____ William B. Guthrie _____ *, Clerk of this Court,*

*certify that* _____ James G. Wilcoxen _____ *, Bar #* _____ 9605 _____ *,*

*was duly admitted to practice in this Court on*

_____ October 30, 1979 _____ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Muskogee _____ *on* _____ October 5, 2010 _____ .
LOCATION          DATE

_____ William B. Guthrie _____      _____
CLERK            DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No. 1:09-MD-02036

| | | |
|---|---|---|
| **JASON TAPP and SHIRLEY TAPP,**<br>**HUSBAND and WIFE;**<br>**CAROLYN STOCKTON and**<br>**DANNY STOCKTON, WIFE and**<br>**HUSBAND; AND**<br>**CHRIS McCLURG and**<br>**AMBER McCLURG, HUSBAND**<br>**And WIFE,** | ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| -vs- | ) ) | **CIVIL NO:**_____ |
| **INTERNATIONAL BANK OF**<br>**COMMERCE,** | ) ) ) | |
| **Defendant.** | ) ) | |

## CERTIFICATION OF JEFF POTTS

Jeff Potts, Esquire, pursuant to Rule 4B of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local

Rules of the United States District Court for the Southern District of Florida; and (2) I am

a member in good standing of the Bar in the State of Oklahoma, United States District

Court for the Eastern District of Oklahoma, United States District Court for the Northern

District of Oklahoma, United States District Court for the Western District of Arkasas

and United States District Court for the Western District of Tennessee.

Jeff Potts
Counsel for Shirley Tapp; Jason Tapp;
Danny Stockton; Carolyn Stockton;
Chistopher McClurg; Amber McClurg

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

EASTERN                    **DISTRICT OF**                    OKLAHOMA

**CERTIFICATE OF
GOOD STANDING**

*I,* _____ William B. Guthrie _____ *, Clerk of this Court,*

*certify that* _____ Jeffery B. Potts _____ *, Bar #* _____ 13756 _____ *,*

*was duly admitted to practice in this Court on*

_____ July 21, 1993 _____ *, and is in good standing*

DATE

*as a member of the Bar of this Court.*

*Dated at* _____ Muskogee _____ *on* _____ October 5, 2010 _____ .

LOCATION                                        DATE

William B. Guthrie
CLERK

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
|  | ) |
| MDL No. 2036 | ) ) |

## ORDER ON OCTOBER 22, 2009 STATUS CONFERENCE

Having considered the written submissions and comments of the parties at the Status Conference on October 22, 2009, the Court ORDERS and ADJUDGES as follows:

1. On or before November 9, 2009, Defendants Bank of America, N.A. Wachovia Bank, National Association, U.S. Bank National Association, and Citibank, N.A. shall either file their written consent or statement of non-opposition to the filing of the proposed amended complaints attached as Exhibit 1 through 4, respectively, to Plaintiffs' Consolidated Motion for Leave to File Amended Class Action Complaints filed October 16, 2009 [DE 79] or, in the absence of such consent, shall file their memoranda in opposition to said motion. By consenting to, or not opposing, Plaintiffs' Consolidated Motion for Leave to File Amended Class Action Complaints, Defendants do not waive any arguments or defenses to the amended complaints, all of which are expressly preserved. Similarly, the dismissal of any of the cases outlined below shall not constitute a waiver of any arguments or defenses that Defendants may seek to raise regarding the cases or amended complaints filed to supersede them;

CASE NO: 1:09-MD-02036-JLK

2.  On October 16, 2009, Plaintiffs filed an Amended Consolidated Class Action Complaint
in the action styled *Garcia v. Wachovia Bank, N.A.*, S.D. Fla. Case No. 08-22463-JLK.
[DE 80]. On the same date, Plaintiffs filed a Consolidated Motion for Leave to File
Amended Class Action Complaints, including a proposed Second Amended Class Action
Complaint in the action styled *Spears-Haymond et al. v. Wachovia Bank, N.A.*, S.D. Fla.
Case No.09-21680-JLK, N.D. Cal. Case No. 08-4610. [DE 79]. Counsel presently
appearing for any Plaintiff presently a party in this proceeding ("Plaintiffs' Counsel"),
shall not file in this district any further new or amended complaints against Wachovia
Bank, National Association, concerning the subject matter covered in this proceeding,
and Plaintiffs' Counsel agrees that other related actions previously transferred to this
Court may be dismissed upon the consent of Wachovia Bank, National Association, to
the filing of the proposed Second Amended Class Action Complaint or, in the absence of
such consent, upon entry of an order by the Court granting leave to file the proposed
Second Amended Class Action Complaint. Accordingly, the Court will dismiss the
following actions, without prejudice, which were previously transferred to this Court by
the Judicial Panel on Multidistrict Litigation upon consent of Wachovia Bank, National
Association, to the filing of the proposed Second Amended Class Action Complaint or, in
the absence of such consent, upon entry of an order by the Court granting leave to file the
proposed Second Amended Class Action Complaint:

*Pena v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21682-JLK
D.N.J. Case No. 1:08-cv-05263-JHR-JS

*Vollmer v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21883-JLK

2

CASE NO: 1:09-MD-02036-JLK

N.D. Ga. Case No. 1:09-CV-00560

*Poulin, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 09-21863-JLK

3.  On October 16, 2009, Plaintiffs filed a Consolidated Motion for Leave to File Amended

Class Action Complaints, including a proposed Second Amended Consolidated Class

Action Complaint in the action styled *Ralph Tornes et al. v. Bank of America, N.A.*, S.D.

Fla. Case No. 08-23323-JLK. [DE 79]. Plaintiffs also chose not to amend the action

styled *Yourke v. Bank of America, N.A.*, N.D. Ca. Case No. 3:09-2186, where Bank of

America has previously answered that complaint. Plaintiffs' Counsel shall not file in this

district any further new or amended complaints against Bank of America, N.A.,

concerning the subject matter covered in this proceeding, and Plaintiffs' Counsel agrees

that other related actions previously transferred to this Court may be dismissed upon the

consent of Bank of America, N.A., to the filing of the proposed Second Amended

Consolidated Class Action Complaint or, in the absence of such consent, upon entry of an

order by the Court granting leave to file the proposed Second Amended Consolidated

Class Action Complaint. Accordingly, the Court will dismiss the following actions,

without prejudice, which were previously transferred to this Court by the Judicial Panel

on Multidistrict Litigation upon consent of Bank of America, N.A., to the filing of the

proposed Second Amended Consolidated Class Action Complaint or, in the absence of

such consent, upon entry of an order by the Court granting leave to file the proposed

Second Amended Consolidated Class Action Complaint:

*Powell, et al. v. Bank of America Corporation,*
S.D. Fla. Case No. 1:09-cv-22922-JLK
N.D. Ga. Case No. 1:09-cv-02079-JOF

CASE NO: 1:09-MD-02036-JLK

*Dachille v. Bank of America, N.A., et al.*
S.D. Fla. Case No. 1:09-cv-23072-JLK
D.N.J. Case No. 2-09-cv-02138-KSH-PS

4. On October 19, 2009, Plaintiffs filed a Class Action Complaint in the action styled *April Speers, et al. v. U.S. Bank, N.A.*, S.D. Fla. Case No. 09-23126-JLK. That action has now been made part of this MDL proceeding. [DE 114]. On October 16, 2009, Plaintiffs filed a Consolidated Motion for Leave to File Amended Class Action Complaints, including a proposed Second Amended Class Action Complaint in the action styled *Waters et al. v. U.S. Bank, N.A.*, S.D. Fla. Case No. 09-23034-JLK, N.D. Cal. Case No. 09-2071. [DE 79]. Plaintiffs' Counsel shall not file in this district any further new or amended complaints against U.S. Bank National Association, concerning the subject matter of this proceeding, and Plaintiffs' Counsel agrees that other related actions previously transferred to this Court may be dismissed upon the consent of U.S. Bank National Association, to the filing of the proposed Second Amended Class Action Complaint or, in the absence of such consent, upon entry of an order by the Court granting leave to file the proposed Second Amended Class Action Complaint. Accordingly, the Court will dismiss the following actions, without prejudice, which were previously transferred to this Court by the Judicial Panel on Multidistrict Litigation upon consent of U.S. Bank National Association, to the filing of the proposed Second Amended Class Action Complaint or, in the absence of such consent, upon entry of an order by the Court granting leave to file the proposed Second Amended Class Action Complaint:

*Speers v. U.S. Bank, NA,*
S.D. Fla. Case No. 09-CV-22710-JLK
D. Or. Case No. CV-09-00409 (HU)

4

Case 1:09-md-02036-JLK Document 134 Entered on FLSD Docket 11/06/2009 Page 5 of 9

CASE NO: 1:09-MD-02036-JLK

*Olds v. U.S. Bank, N.A.,*
S.D. Fla. Case No. 09-CV-22748-JLK
N.D. Ill. Case No. 09-CV-4381

*Burke v. U.S. Bancorp, et al.,*
S.D. Fla. Case No. 09-CV-22033-JLK
N.D. Cal. Case No. 09-CV-1579 (JSW)

5. On October 19, 2009, Plaintiffs filed a Class Action Complaint in the action styled *Estella Lopez, et al. v. JP Morgan Chase Bank, N.A.,* S.D. Fla. Case No. 09-23127-JLK. That action has now been made part of this MDL proceeding. [DE 116]. On November 2, 2009, the action styled *Andrea Luquetta, et al. v. JP Morgan Chase Bank, N.A.,* C.D. Ca. Case No. CV09-6967-GHK, was transferred to this Court and has now been made part of this MDL proceeding. [DE 121]. In the event that Plaintiffs' Counsel intends to file in this district any new or amended complaint on behalf of any plaintiff against JPMorgan Chase Bank, N.A., concerning the subject matter covered in this proceeding, he or she shall file such complaint (or if leave is required, a motion seeking leave) on or before November 9, 2009. Plaintiffs' Counsel agrees that other related actions previously transferred to this Court may be dismissed. Accordingly, the Court will dismiss the following action, without prejudice, which was previously transferred to this Court by the Judicial Panel on Multidistrict Litigation:

*McDaniel v. J.P. Morgan Chase,*
N.D. Ga. Case No. 1:09-2017

6. The Judicial Panel on Multidistrict Litigation recently transferred to this Court six actions pending against Wells Fargo & Company and/or Wells Fargo Bank, N.A. ("Wells Fargo") concerning the subject matter of this proceeding. The transferred actions are styled as: *Churchwell v. Wells Fargo & Co., et al.,* S.D. Fla. Case No. -------, D. Ariz.

5

Case No. 4:09 CV-00075-BPV; *Egan v. Wells Fargo & Co., et al.,* S.D. Fla. Case No. ----
---, D. Col. Case No. 09-CV-00253-MSK; *McMillan, et al. v. Wells Fargo Bank, N.A.,*
S.D. Fla. Case No. -------, N.D. Cal. Case No. C-08-05739-WHA; *Mortensen v. Wells
Fargo & Co., et al.,* S.D. Fla. Case No. -------, D. Nev. Case No. 3:09-CV-00065-LRH;
*Zankich, et al. v. Wells Fargo Bank, N.A.,* S.D. Fla. Case No. -------, W.D. Wash. Case
No. C-08-1476-RSM; and *Ray v. Well Fargo & Co., et al.,* S.D. Fla. Case No. -------,
N.D. Cal. Case No. 3:09-CV-4700. In the event that Plaintiffs' Counsel intends to file in
this district any new or amended complaint on behalf of any person against Wells Fargo
concerning the subject matter covered in this proceeding, he or she shall file such
complaint (or if leave is required, a motion seeking leave) on or before November 9,
2009. By that same date, Plaintiffs' Counsel shall also notify Wells Fargo and the Court
of those actions in which they intend to proceed. Upon the filing of such new or
amended complaints or, if leave is required, upon the written consent of Wells Fargo or
entry of an order by the Court granting the motion for leave to amend, the Court will
dismiss those actions in which Plaintiffs do not intend to proceed;

7. The Judicial Panel on Multidistrict Litigation recently transferred to this Court an action
pending against Union Bank concerning the subject matter of this proceeding. The
transferred action is *Larsen v. Union Bank, N.A., et al,* N.D. Cal. Case No. 4:09-3250. In
the event that Plaintiffs' Counsel intends to file in this district any new or amended
complaint on behalf of any person against Union Bank concerning the subject matter
covered in this proceeding, he or she shall file such complaint (or if leave is required, a
motion seeking leave) on or before November 9, 2009. By that same date, Plaintiffs'

6

CASE NO: 1:09-MD-02036-JLK

Counsel shall also notify Union Bank and the Court of those actions in which they intend

to proceed.  Upon the filing of such new or amended complaints or, if leave is required,

upon the written consent of Union Bank or entry of an order by the Court granting the

motion for leave to amend, the Court will dismiss those actions in which Plaintiffs do not

intend to proceed;

8. On or before November 5, 2009, Plaintiffs shall file their response to Defendant Branch

   Banking and Trust Company's Motion to Reconsider.  [DE 85].  On or before November

   9, 2009, Plaintiffs shall file their response to Defendant Branch Banking and Trust's

   Motion to Stay Litigation Pending Appeal.  [DE 110].  Based on Defendant Branch

   Banking and Trust Company's appeal of the October 2, 2009 Order Denying Motion to

   Compel Arbitration, the parties to transferred actions brought against Defendant Branch

   Banking and Trust Company shall not be subject to any of the deadlines set forth herein

   for the filing of amended pleadings and motions directed to said pleadings;

9. On or before November 6, 2009, Plaintiffs shall file their response to the Corrected

   Motion to Stay Discovery filed by Defendants' Bank of America, N.A., Citibank, N.A.,

   JPMorgan Chase Bank, N.A., U.S. Bank National Association and Wachovia Bank,

   National Association [DE 106];

10. The Status Conference previously scheduled for November 18, 2009 is cancelled.  The

    Court will promptly convene future status conferences or hearings upon request from the

    parties;

11. On or before December 8, 2009, Defendants Wachovia Bank, National Association, Bank

    of America, N.A., Citibank, N.A., U.S. Bank National Association, JPMorgan Chase

7

Case 1:09-md-02036-JLK   Document 134   Entered on FLSD Docket 11/06/2009   Page 8 of 9

CASE NO: 1:09-MD-02036-JLK

Bank, N.A., Wells Fargo and Union Bank shall file their merits and non-merits motions directed to the operative complaints on file, or for which Plaintiffs have sought leave to file, as of November 9, 2009. The Court holds that the simultaneous filing of these merits and non-merits motions shall not be deemed a waiver of any Defendant's right to move to compel arbitration;

12. On or before January 15, 2010, Plaintiffs shall file their responses to the merits and non-merits motions filed by Defendants Wachovia Bank, National Association, Bank of America, N.A., Citibank, N.A., U.S. Bank National Association, JPMorgan Chase Bank, N.A., Wells Fargo, and Union Bank;

13. On or before January 29, 2010, Defendants Wachovia Bank, National Association, Bank of America, N.A., Citibank, N.A., U.S. Bank National Association, JPMorgan Chase Bank, N.A., Wells Fargo, and Union Bank shall file reply memoranda in support of their merits and non-merits motions directed to the operative complaints;

14. To the extent practicable, the parties shall submit consolidated briefing on common issues raised in the merits and non-merits motions addressed above;

15. Plaintiffs' Lead Counsel and Defendants' Liaison Counsel may submit omnibus motions for *pro hac vice* admission of out-of-state counsel representing various Plaintiffs and Defendants in this multi-district proceeding. The Clerk of the Court is directed to facilitate the issuance of CM/ECF filing privileges for all such out-of-state counsel upon entry of an omnibus order granting their *pro hac vice* admission for purposes of appearing in this multi-district proceeding; and

16. The dates and deadlines set forth herein supersede those set forth in Scheduling Order

8

CASE NO: 1:09-MD-02036-JLK

No. 1 [DE 59].

17. Any provision of this Order may be modified by subsequent order of the Court upon good cause shown.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this _____ day of November 2009.

Honorable James Lawrence King
United States District Judge

Copies furnished to:
Counsel of Record

9

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036

| | |
|---|---|
| **JASON TAPP AND SHIRLEY TAPP,** ) | |
| **husband and wife;** ) | |
| **CAROLYN STOCKTON and** ) | |
| **DANNY STOCKTON, wife and** ) | |
| **husband; AND** ) | |
| **CHRIS McCLURG and** ) | |
| **AMBER McCLURG, husband and wife,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **-vs-** ) | **CIVIL NO: _____** |
| ) | |
| **INTERNATIONAL BANCSHARES** ) | |
| **CORPORATION** ) | |
| **d/b/a INTERNATIONAL BANK OF** ) | |
| **COMMERCE,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER GRANTING MOTION FOR LIMITED
### APPEARANCE OF AND ELECTRONIC FILING
### PRIVLEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited

Appearance of and Electronic Filing Privileges for Plaintiffs' Out-of-State

Attorneys, requesting, pursuant to Rule 4B of the Special Rules Governing the

Admission and Practice of Attorneys in the United States District Court for the

Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and

the parties' colloquy with the Court at the October 22, 2009 status conference (*see*

DE 134 ¶ 15), permission for a limited appearance of and electronic filing

privileges for the attorneys listed below in paragraph 2 below who are or seek to

become counsel of record in this MDL proceeding. This Court having considered

the motion and all other relevant factors, it is herby

ORDERED and ADJUDGED that:

1.    The Motion for Limited Appearance of and Electronic Filing

Privileges for Defendants' Out-of-State Attorneys is GRANTED.

2.    The following attorneys are granted to appear and participate in

this action on behalf of their respective clients:

**For their clients**

Jeff Potts
Jeff Potts Law Office
1515 E Okmulgee
Muskogee, OK 74403
Tel:    (918) 687-7755  Fax:  (918) 681-3939
jeffpottslawoffice@yahoo.com

James Wilcoxen
Wilcoxen & Wilcoxen
PO Box 357
Muskogee, OK 74402
Tel:    (918) 683-6696  Fax:  (918) 682-8605
jim@wilcoxenlaw.net; barbara@wilcoxenlaw.net

3.    That this action if filed in the Federal District Courts in the States

of Texas or Oklahoma would be subject to transfer to this district pursuant to 28

U.S.C. 1407 and the Rules of Procedure of the Judicial Panel of the Multi District

Litigation.

4.    Pursuant to MDL Rule 1.4, which provides that any attorney in

record in any action transferred under Section 1407 may continue to represent his

or her client in any district court of the United States to which such action is

transferred and that parties to any action transferred under 28 U.S.C. § 1407 are

not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

5. Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status Conference [DE 134] at ¶ 15, the attorneys named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

6. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this ____ day of _____ _____, 2010.

_____
United States District Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036

| | |
|---|---|
| **JASON TAPP AND SHIRLEY TAPP,** <br> **husband and wife;** <br> **CAROLYN STOCKTON and** <br> **DANNY STOCKTON, wife and** <br> **husband; AND** <br> **CHRIS McCLURG and** <br> **AMBER McCLURG, husband and wife,** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) <br> ) |
| **-vs-** | )     **CIVIL NO:** _____ |
| | ) |
| **INTERNATIONAL BANCSHARES** <br> **CORPORATION** <br> **d/b/a INTERNATIONAL BANK OF** <br> **COMMERCE,** | ) <br> ) <br> ) <br> ) <br> ) |
| **Defendant.** | ) |

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVLEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited

Appearance of and Electronic Filing Privileges for Plaintiffs' Out-of-State

Attorneys, requesting, pursuant to Rule 4B of the Special Rules Governing the

Admission and Practice of Attorneys in the United States District Court for the

Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of

Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and

the parties' colloquy with the Court at the October 22, 2009 status conference (*see*

DE 134 ¶ 15), permission for a limited appearance of and electronic filing

privileges for the attorneys listed below in paragraph 2 below who are or seek to

become counsel of record in this MDL proceeding. This Court having considered

the motion and all other relevant factors, it is herby

     ORDERED and ADJUDGED that:

     1.     The Motion for Limited Appearance of and Electronic Filing

Privileges for Defendants' Out-of-State Attorneys is GRANTED.

     2.     The following attorneys are granted to appear and participate in

this action on behalf of their respective clients:

**For their clients**

Jeff Potts
Jeff Potts Law Office
1515 E Okmulgee
Muskogee, OK 74403
Tel:    (918) 687-7755  Fax:  (918) 681-3939
jeffpottslawoffice@yahoo.com

James Wilcoxen
Wilcoxen & Wilcoxen
PO Box 357
Muskogee, OK 74402
Tel:    (918) 683-6696  Fax:  (918) 682-8605
jim@wilcoxenlaw.net; barbara@wilcoxenlaw.net

     3.     That this action if filed in the Federal District Courts in the States

of Texas or Oklahoma would be subject to transfer to this district pursuant to 28

U.S.C. 1407 and the Rules of Procedure of the Judicial Panel of the Multi District

Litigation.

     4.     Pursuant to MDL Rule 1.4, which provides that any attorney in

record in any action transferred under Section 1407 may continue to represent his

or her client in any district court of the United States to which such action is

transferred and that parties to any action transferred under 28 U.S.C. § 1407 are

not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

5.  Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status Conference [DE 134] at ¶ 15, the attorneys named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

6.  In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this ____ day of _____ _____, 2010.

_____
United States District Judge