IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 09-2071 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF RITA LIN IN SUPPORT OF DEFENDANT
U.S. BANK, N.A.'S REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER
COMPELLING ARBITRATION AND STAYING PROCEEDINGS**

I, Rita Lin, hereby declare and state as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP, counsel of record for U.S. Bank National Association ("U.S. Bank"). I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein, and if called as a witness, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Order in *Kaplan v. AT&T Mobility, LLC*, (C.D. Cal. Sept. 27, 2010) (No. 10-3594) ECF No. 42.

3. Attached as **Exhibit B** is a true and correct copy of the Order in *Cherny v. AT&T, Inc.*, (C.D. Cal. July 26, 2010) (No. 09-3625) ECF No. 84.

4. Attached as **Exhibit C** is a true and correct copy of the Order in *Gaspar v. Cellco*

- 2 -

*P'ship*, (C.D. Cal. June 28, 2010) (No. 10-2136) ECF No. 26.

5. Attached as **Exhibit D** is a true and correct copy of the Order in *Burtescu v. AT&T Mobility LLC*, (C.D. Cal. Aug. 25, 2010) (No. 10-58569) ECF No. 13.

6. Attached as **Exhibit E** is a true and correct copy of the Order in *Hinton v. Alltell Corp.*, (E.D. Mich. July 19, 2010) (No. 09-13676) ECF No. 32.

7. Attached as **Exhibit F** is a true and correct copy of the PCS Terms and Conditions, filed as Exhibit 4 to Def.'s Motion to Dismiss in *Dahn v. Sprint-Nextel Corp.,* (E.D. Mich. Jan. 27, 2010) (No. 09-14977) ECF No. 4-4.

Executed on October 19, 2010, in San Francisco.

/s/   Rita Lin
Rita F. Lin
rlin@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522