# Exhibit C

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-2139 DSF (SSx) | Date | 7/2/10 |
| Title | Angela Gaspar, et al. v. Cellco Partnership, et al. | | |

Present: The Honorable **DALE S. FISCHER, United States District Judge**

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) Order STAYING Case Pending Resolution of Case Before United States Supreme Court (Docket No. 16)

    Defendant Cellco Partnership has filed a motion to compel arbitration and to stay the case. Plaintiff filed a late opposition to the motion, and the parties have filed a stipulation to continue the reply and hearing dates. As the Court requires neither a reply nor a hearing, the continuance is denied. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for July 12, 2010, is removed from the Court's calendar.

    Binding Ninth Circuit precedent interpreting an arbitration clause similar to the one at issue in this case holds that the clause is unconscionable and unenforceable. See Laster v. AT&T Mobility, LLC, 584 F.3d 849 (9th Cir. 2009). However, the Supreme Court has granted certiorari on the issue. AT&T Mobility, LLC v. Concepcion, 2010 WL 303962 (May 24, 2010). A stay is appropriate in these circumstances for several reasons. First, given recent Supreme Court jurisprudence, it appears at least somewhat likely that the Ninth Circuit's decision will be reversed. See Stolt-Nielsen S.A. v. Animalfeeds Int'l Corp., 130 S.Ct. 1758 (Apr. 27, 2010); see also Rent-a-Center, West, Inc. v. Jackson, __ S.Ct. __, 2010 WL 2471058 (June 21, 2010). Second, the entire point of an arbitration clause is to free contracting parties from the burden of litigation. If the case were to go forward now and later be found to be arbitrable, Defendant would have suffered the irreparable harm of being forced to litigate in the meantime. Finally, the Court is not inclined to spend resources managing a case that has a reasonably high likelihood of being ordered to arbitration at some time in the future.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

      This case is stayed pending the decision in <u>Concepcion</u>.  Defendant is ordered to file a status report within 14 days of the issuance of the final decision of the Supreme Court.

      IT IS SO ORDERED.