# Exhibit D

MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
AT&T MOBILITY LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALEXANDRA BURTESCU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10-58569 DSF (PJWx)<br><br>**ORDER TO STAY ACTION**<br><br>Hon. Dale S. Fischer |

1     WHEREAS, ATTM has moved to compel arbitration and in the alternative
2 for a stay of proceedings pending the United States Supreme Court's resolution of
3 *AT&T Mobility LLC v. Concepcion*, No. 09-893;

4     WHEREAS, this Court previously issued an order staying another case,
5 *Gaspar v. AT&T Mobility, LLC* (C.D. Cal. June 28, 2010) No. CV 10-2136 DSF
6 (SSx), until the Supreme Court rules in *Concepcion*; and

7     WHEREAS, for the same reasons as this Court previously identified in
8 *Gaspar*, a stay of proceedings pending the resolution of *Concepcion* is appropriate
9 here;

10     IT IS HEREBY ORDERED THAT (1) this action is stayed in its entirety
11 pending the Supreme Court's resolution of *Concepcion* and (2) ATTM must file a
12 status report within 14 days of the issuance of the final decision of the Supreme
13 Court. The stay shall remain in effect until such time as it may be lifted by order
14 of this Court.

16 Dated: August 25, 2010      By: _____
17                                                      Hon. Dale S. Fischer