# Exhibit E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL HINTON, ET AL.,

        Plaintiffs,

v

ALLTEL CORPORATION, ET AL.,

        Defendants.

_____/

Case No. 09-13676

HONORABLE ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT
JUDGE

### ORDER HOLDING IN ABEYANCE DEFENDANTS' MOTION TO TRANSFER VENUE [14] AND DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS ACTION [28], AND ADMINISTRATIVELY CLOSING THE CASE

Before the Court are Defendants' Motion to Transfer Venue [14] and Motion to Compel

Arbitration and Dismiss Action [28]. On July 16, 2010, the parties filed a Joint Stipulation to

Stay All Proceedings [31] asking the Court to stay this matter in light of the Supreme Court's

grant of the petition for a writ of certiorari in *AT&T Mobility LLC v. Concepcion* (No. 09-893)

on May 24, 2010

**IT IS HEREBY ORDERED** that Defendants' Motion to Transfer Venue [14] and

Motion to Compel Arbitration and Dismiss Action [28] are **HELD IN ABEYANCE** pending the

Supreme Court's ruling in *AT&T Mobility LLC v. Concepcion*. The clerk shall administratively

close these motions, which can be reinstated by filing written notice with the Court.

**IT IS FURTHER ORDERED** that this case shall be **ADMINISTRATIVELY**

**CLOSED** without prejudice. The parties may later reopen this matter by filing written notice

with the Court.

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: July 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 19, 2010, by electronic and/or ordinary mail.

S/LISA M. WARE
Case Manager