# Exhibit 12C

• *24 states*
• *$165 billion in assets*
• *More than 2,100 branches*
• *More than 120 brokerage locations*
• *More than 4,600 ATMs*
• *Guaranteed service*

**For more information visit your branch, contact us online at usbank.com or call the U.S. Bank Hotline 1-800-776-7225.**







Member FDIC

**Notice.** Any mailed notice that we may give to you shall be effective upon our putting that notice in the mail.

**Termination.** We may terminate this lease by giving you 30 days' written notice, whether or not you have paid all amounts due to us. During that period, you must return both keys or the combination to us in person. We will not accept keys or combinations sent by mail. You must also remove the contents of the box and pay past due rent or other amounts, if any. We will then give you a prorated refund of any rent you may have paid in advance. If you do not surrender the keys or combination in person and pay all amounts due when the lease expires or is terminated, we may forcibly open the box in accordance with applicable law and remove and store its contents for you at your expense. We may turn over to the police or other legal authorities, or permit those authorities to inspect, any item stored in violation of this lease. We will have no liability for the safekeeping of any contents. We will charge rent even after the lease is terminated, until you return the keys or combination to us in person. If you wish to terminate this lease, you must remove all contents of the box, surrender both keys or the combination to us in person, and sign our termination and surrender form. However, you will not receive a refund of any rent you have paid.

**Changes in Terms.** We may change the terms of this Agreement by mailing you notice of the changes, publishing them in a newspaper, or posting them in our bank office. The changes shall become effective 15 days after such mailing, publishing or posting, unless before that 15th day you remove all contents from the box and surrender the box to us by returning the keys and combination to us in person. You shall then be entitled to a refund of any unearned rent.

**Liability.** Although your safe deposit box is designed to be fire-resistant and burglar-resistant, we do not guarantee absolute safety, nor are we liable for any contents which may be claimed to be lost. Except for the duty specifically stated above, we have no liability for any damage to the contents of your box even if the damage resulted from our negligence. Under no circumstances do we serve as a bailee of anything you may put in it.

Your box and its contents are not insured under our insurance policy, so you should make sure that your own personal insurance provides such coverage if you desire it.

You also agree to keep money, jewelry and other untraceable items in the box at your own risk.

**Our Costs and Losses.** You agree to reimburse us upon our request for any amounts we have to pay in connection with removing the contents of a box for which rental has not been paid, any failure to return keys or combination upon termination, or lawsuits related to your box.



**U.S. Bank® 24-Hour Banking**

| Area | Phone |
|---|---|
| Cincinnati Metro Area: | (513) 632-4141 |
| Denver Metro Area: | (303) 585-8585 |
| Milwaukee Metro Area: | (414) 765-4636 |
| St. Louis Metro Area: | (314) 425-2000 |
| Minneapolis/St. Paul Metro Area: | (612) US BANKS<br>(612) 872-2657 |
| Portland Metro Area: | (503) US BANKS<br>(503) 872-2657 |
| All Other Areas: | 1-800-US BANKS<br>1-800-872-2657 |
| TDD: | 1-800-685-5065 |

© 2001, U.S. Bancorp, St. Paul, MN 40371

Expere™ © 1988, 1995 Bankers Systems, Inc., St. Cloud, MN
Form USB-AIB 12/10/2002 Custom January 2003

# Your DEPOSIT ACCOUNT

Terms and Conditions
Electronic Transfers
Funds Availability




MEMBER FDIC

## Table of Contents


**Terms Applicable to all Accounts**

This is an Agreement ........ 2
Definitions ........ 3
Waivers and Precedents ........ 3
General Authority ........ 3
Nontransferability ........ 3
Change in Authorized Signers ........ 4
Power of Attorney ........ 4
Liability for Charges and Deficits ........ 4
Deposits ........ 4
Returning Unpaid Deposited Checks to You ........ 5
Electronic Images ........ 5
Night Depository ........ 5
Withdrawals ........ 5
Endorsement Standards ........ 5
Insufficient Funds and Overdrafts ........ 6
Refusing Payment on Your Checks ........ 7
Withdrawal Rights, Ownership of Account, and Beneficiary Designation ........ 7
Pledges ........ 10
Accrual of Interest ........ 10
Stop Payments ........ 11
Dormant Accounts ........ 11
Escheat ........ 11
Consumer Electronic Check Representment ........ 12
Checking Account Organization ........ 13
Telephone Transfers ........ 13
Multiple Required Signature Accounts ........ 13
Amendments and Termination ........ 13
Statements/Notices ........ 14
Check Safekeeping (Return of Cancelled Checks) ........ 14
Savings and Time Deposits ........ 14
Limit of Liability ........ 15
Electronic Agreements ........ 15
Levies, Garnishments and Court Orders ........ 15
Setoff ........ 16
Security Interest in Deposit Accounts ........ 16
Security ........ 16
Deposit of Preauthorized Drafts ........ 17
Arbitration ........ 17

**Business Account Issues**

Waiver of Notification of Redeposited Checks (Business Customers Only) ........ 17
Checks and Checking Accounts and Savings Accounts with Draft Access ........ 17
Funds Transfers ........ 17
Facsimile Signatures ........ 18

**Electronic Banking Agreement for Consumer Customers**

Types of Transactions ........ 19
Limits on Transfers ........ 21
Fees ........ 21
Advisory Against Illegal Use ........ 22
Documentation ........ 22
Preauthorized Payments ........ 22
Our Liability ........ 22
Unauthorized Transactions and Lost or Stolen Cards ........ 23
Consumer Liability for Unauthorized Transfers ........ 23
Minnesota Liability Disclosure ........ 24
Business Days ........ 24
Confidentiality ........ 24
Error Resolution Notice ........ 24

**Electronic Banking Agreement for Business Customers**

Account Access ........ 26
Limits on Transfers ........ 26
Currency Conversions ........ 26
Balance Requirements ........ 27
Unauthorized Transactions and Lost or Stolen Cards and Security ........ 27

**Funds Availability: Your Ability to Withdraw Funds**

Determining the Availability of a Deposit - All Accounts ........ 27
Immediate Availability - All Accounts ........ 28
Retail Consumer, Small Business and Commercial Accounts ........ 28
Private Client Group Accounts ........ 28
Deposits at Automated Teller Machines - Retail Consumer, Small Business and Commercial Accounts ........ 28
Longer Delays May Apply ........ 28
Special Rules for New Accounts - Retail Consumer and Small Business Accounts ........ 29
Cashing Checks ........ 29
Other Accounts ........ 29

**Safe Deposit Box Lease Agreement** ........ 30




## TERMS APPLICABLE TO ALL ACCOUNTS

### THIS IS AN AGREEMENT

This document provides the general rules that apply to deposit account relationship(s) you may have with **U.S. Bank**. In addition to this Agreement, you will receive the following disclosures:

(1) your account signature card;

(2) your account periodic statements (specifically including but not limited to notices of changes to rules and fees that may be included on or with those periodic statements);

(3) the specific disclosure for consumer deposit accounts provided when you opened your account, as amended by notices we may send you;

(4) rate and fee information;

(5) our privacy pledge; and

(6) disclosures and other notices and provisions we might deliver to you apart from your account statements, including electronically or by other permitted means.

These things, together, are a contract between you and U.S. Bank.

**Please read this carefully. This brochure includes some changes that are being made to earlier rules, and also includes new rules for issues not before regulated.**

**If you sign the signature card, open, or continue to use an account with us after you receive this document, you thereby agree to these rules, as amended from time to time. All account "owners" jointly, and each account owner separately, are bound by this Agreement.**

If you have any questions, please call us.



### DEFINITIONS

As used in this document the words "we," "our," and "us" mean **U.S. Bank** generally and the branch of **U.S. Bank** where your account is maintained specifically.

The words "you" and "your" mean the account owner(s) and anyone else with the authority to deposit, withdraw, or exercise control over an account. If there is more than one, then these words mean each account owner separately, and all account owners jointly.

An account "owner" is one who has the present right under this Agreement to withdraw funds from an account, and to deal with the account in his or her own name. A person who is designated by an owner to act on that owner's behalf, is not an owner, but has the authority of the owner. The owner will be bound by the acts of that representative. The word "party" means the same thing as "owner."

(For example, a beneficiary of a Pay-on-Death account is a party only after the account becomes payable to that beneficiary by reason of surviving the death of the original owner.)

Entities such as corporations, limited liability companies, partnerships, estates and trusts, are not natural persons, and can only act through designated representatives. In such cases, it is the corporation, partnership or estate that is the owner of the account.

A ward, conservatee, minor under a Uniform Transfers to Minors Act, beneficiary of an estate or trust, and others who do not have present rights of withdrawal from an account, but are the persons on whose behalf the account owner represents, will be bound by the acts of the person(s) with withdrawal rights.

Except where it would be inconsistent to do so, words and phrases used in this document should be interpreted so the singular includes the plural and the plural includes the singular.

### WAIVERS AND PRECEDENTS

Our written agreement with you (which includes this brochure) gives us rights and responsibilities. We may choose not to exercise all of our rights all of the time.

However, any failure to take advantage of rights we have does not mean we lose the right to exercise our rights later. For example, making funds available for withdrawal ahead of schedule will not change our funds availability schedule or our right to insist on strict compliance later. Honoring an overdraft does not mean we will or must do so in the future.

### GENERAL AUTHORITY

Each of you who is an owner of an account is independently permitted to perform all the transactions permitted for the type of account owned. This includes for a checking account, for example, the authority to:

(1) make withdrawals from the account by whatever means the account allows (for example, preauthorized withdrawals, wire transfers, ATM or check card transactions);

(2) make or arrange for deposits by whatever means are allowed (for example, direct deposits);

(3) receive information on the account;

(4) sign or authenticate any document in connection with the account; and

(5) give rights to others to act on your behalf, such as a power of attorney.

In addition, if you share your ownership of an account with someone else (for example you have one of the several forms of "joint" or "multi-party" account) then each of you can endorse items for deposit to the account on behalf of the other owner.

### NONTRANSFERABILITY

You may not transfer an account without our express written permission. For example, you cannot pledge or assign your account unless we agree in writing. This does not limit your ability to access your account by permitted withdrawal methods.

This section does not apply to accounts sold as negotiable certificates of deposit.

## CHANGE IN AUTHORIZED SIGNERS

Any owner, including one of the owners of a joint account, may add owners or authorized signers to an account; however, we have the right to require the signature of all owners to make the change. Only under special circumstances and subject to prior approval by us, may an owner remove an owner or authorized signer from an account. No change in owners or authorized signers is effective until we have received written notice of the change and have had time to act on it.

## POWER OF ATTORNEY

A "power of attorney" is another form of "authorized signer" that any owner can create for an account. The powers you give to such "attorney-in-fact" with respect to your account will be as you specify them in a separate document. We have forms available for creating such status.

We may require that the form designating an attorney-in-fact be signed by every owner of an account, and we reserve the right to limit our responsibility for such an attorney-in-fact exceeding his or her authority.

The authority of an attorney-in-fact will continue until we have received notice of the revocation of such authority and we have had an opportunity to act on it. The death of the owner creating a power of attorney will usually, but not necessarily revoke such authority, depending on the nature of the powers granted, but in any event only if we have notice of such death and had an opportunity to act upon it.

## LIABILITY FOR CHARGES AND DEFICITS

By separate disclosure(s) we will advise you of the fees and charges that are associated with your account. You authorize us to deduct these charges directly from the account balance as accrued (and as disclosed). You will pay any additional reasonable charges for services you might request which are not reasonably contemplated for your account and which therefore are not disclosed. We will normally advise you of the existence of such a charge and give you an opportunity to prevent it.

You can get a schedule of fees and charges from us any time you request.

A deposit account may have a negative balance arising from, for example, the imposition of fees, returned deposits, and overdrafts however caused.

The owner of an account, and each owner jointly and severally (individually) agree to be liable for any account shortage (negative balance) however created, whether caused by that owner or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the cause of the overdraft.

The owner also agrees to be liable for our costs to collect any account deficit including, to the extent permitted by law, our reasonable attorneys' fees.

## DEPOSITS

We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us").

Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on our collection in U.S. dollars. Any provisional credit given prior to final collection shall be subject to adjustment. We are not responsible for transactions by mail until we actually record them.

We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next following business day that we are open. The cutoff times mentioned later in the Funds Availability disclosure apply to all accounts, not just the transaction accounts to which that disclosure specifically relates.

All deposit receipts are issued subject to our count and verification of the items deposited. We may not adjust for insignificant errors to your account unless you request it.

We have the right to supply your endorsement to an item you deposit to your account, and the endorsement of any other owner as well. You remain liable on any such endorsed item as if you signed it.

We cannot be responsible for a deposit until we actually receive it. We have the right to refuse to accept any check or other item for deposit for any reason.



## RETURNING UNPAID DEPOSITED CHECKS TO YOU

Any time an item deposited to your account is unpaid, we have the right without notice to charge your account.

We will provide you prompt notice of such non-payment, and charge your account for the amount of the deposit (and normally a returned deposit item fee). You may not, in all cases, get return of the original unpaid deposit item, but you will get an image or other record of the item that will be sufficient for you to protect your rights against the maker.

## ELECTRONIC IMAGES

We may add images of your deposit account documents (items) to our electronic document storage system. After doing so we may destroy the original documents. Any copy from that system will be acceptable for all purposes.

## NIGHT DEPOSITORY

For customers who have arranged for night depository services, here are three important rules of which, along with others mentioned in your night depository agreement with us, if any, you should take special notice:

(1) **Use of Containers.** You agree to use the night depository bag or envelope ("container") we furnish and to use them only for deposits made with us. You agree to put containers securely in our night depository facility.

(2) **Responsibility for Failure to Conform.** You agree to assume full responsibility for placing property in containers other than those we furnish and for failing to conform to all terms of this night depository service.

(3) **We Are Bailee.** You agree that our liability of the night depository service is that of a bailee of night depository containers and their contents. We are a bailee until the containers are opened and we verify and credit the contents to your account or until you have signed a receipt for and accepted custody of the containers.

## WITHDRAWALS

**Post-Dated Checks.** You agree not to date any check later than the date you write it. If you do post-date a check, we may still pay it on presentment before the date on its face, even if you give us notice that you post-dated it.

We may, however, return any such post-dated check, on its presentment (and you will have to pay the same fee for such return as we charge for an insufficient funds item).

To insure that a post-dated check is not paid, you must place a stop payment on it, and follow the rules (and pay any fee) as provided later. Then, if you later want the check paid, you will have to cancel the stop payment order.

**Stale-Dated Checks.** A "stale-dated" check is one that is presented for payment more than 6 months after its date. We are not obligated to, but may at our option, pay such a "stale-dated" check (other than a certified check), when presented. If you do not want us to pay a stale-dated check, you must place a stop payment order on the check in the manner we describe elsewhere in this brochure.

**Restrictions on Checks.** Any restrictions placed on a check (e.g., "Not payable ten days after date of check" or "Not valid if over $5,000") will not bind us even if we are aware of them, unless we have separately agreed in a writing signed by us. We will not be liable for any checks paid contrary to the restrictions even if payment causes the account to have insufficient funds to pay other checks drawn on the account.

**Check Forms.** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request that you attempt on forms not approved by us or by any method we do not specifically permit.

## ENDORSEMENT STANDARDS

There are areas set aside on the backside of checks for endorsement by the payees, other "holders" and banks who handle checks in the check clearing process. You must confine your endorsement of items you hold to the appropriate area, and you must not use forms or endorsement stamps or the like that interfere with the areas dedicated for other parties.

See the sample check on the next page for the correct endorsement area.





If you, or prior holders of checks fail to clearly endorse items, or interfere with the endorsement of others, you will be responsible to us or others in the check clearing process for losses that otherwise might be avoided or attributed to others. For example, a bank that refuses to pay an item must notify prior holders in the check collection process within regulated time periods or that bank may have to bear the loss on that item. If that bank cannot notify the appropriate prior holder within the time required because of your failure to follow the check endorsement rules, you may bear the loss and be required to indemnify us for any loss or expense we incur.

## INSUFFICIENT FUNDS AND OVERDRAFTS

You do not have the right to withdraw funds that are "unavailable" (transaction accounts) or uncollected (nontransaction accounts).

If you submit a withdrawal request (by any means by which a withdrawal or transfer can be accomplished from the particular account) and the available or collected funds in that account are "insufficient" for us to pay the request, we have the right to refuse that request and charge you the insufficient funds fee disclosed to you elsewhere for each item. An "item" is any authorized method of account access and can be, for example, a check, a preauthorized withdrawal, a telephone transfer, or an online banking transaction. An "item" will not include a fee we impose.

If however, we decide to pay an item despite insufficient funds (available, collected, or otherwise) in an account, this will create an "overdraft" and you will incur the "overdraft fee" disclosed elsewhere. The overdraft fee is imposed for each item that exceeds the account balance.

If a batch of items are presented to us for payment (or withdrawal, by any means) on a given day, and there are enough funds to pay one or more but less than all of those items, we have the right to decide the order of the items that we will pay and which items will be rejected (if any). This means we can pay the largest item, if we choose, and reject all smaller items, or any other order we elect (including, for example, random order).

You have no right to choose which item we will pay.

If we permit withdrawals in advance of availability on one or more occasions, we do not thereby create an entitlement for you that we will be required to continue. (Any practice that is more beneficial to you than our written obligation will NOT supercede these written rules.)



If any of your accounts is overdrawn for any reason, you agree to deposit sufficient funds to cover the overdraft and our service charge. If you want to avoid the inconvenience and extra expense of insufficient funds and overdraft charges, ask your bank representative about our overdraft protection services.

## REFUSING PAYMENT ON YOUR CHECKS

If a check of yours is not properly signed or contains some other irregularity, we may refuse payment and return the check to the person who presented it to us.

It is difficult for us to verify whether an endorsement by a corporation or other business entity is authorized or valid and it is difficult or impossible for us to verify whether an endorsement by someone other than the person presenting a check for payment is valid. Therefore, you agree that we may refuse to pay any check drawn or endorsed to a corporation or other business entity or containing an endorsement by someone other than the person presenting it for payment except when it is presented through normal bank check clearing channels. You agree that we may refuse to pay a check if the person presenting it does not: (a) pay any check cashing fee we may decide to require, or (b) comply with a fingerprint or thumbprint identification program we establish for your protection.

## WITHDRAWAL RIGHTS, OWNERSHIP OF ACCOUNT, AND BENEFICIARY DESIGNATION

The following rules govern the ownership and withdrawal rights of deposit accounts with the various titles given to them.

There are two primary issues that these rules control. The first is "withdrawal rights" and the second is "ownership."

By "withdrawal rights" we mean who has access to the funds in the account for all purposes. These withdrawal rights will control, for example, whose instructions we must follow, whose checks we must pay, and whose withdrawal requests we must honor. These withdrawal rights do not control who actually owns the funds, as between multiple parties to an account.

By "ownership" we generally mean who owns the funds in the account. In particular, by selecting a particular ownership, you are expressing your intention of how and to whom your interest in the funds in the account should pass in the event of your death.

If you create a type of account, you retain the right to change or close the account to the extent of the withdrawal rights you retain in your own name.

We make no representations as to the appropriateness or effectiveness of any particular ownership or beneficiary designations. Our only responsibility is to permit access to the account as provided by the withdrawal rights. You must consult with your own attorney or financial advisor as to whether and how to effect any change in actual ownership of funds in the account.

**Individual Account.** This is an account in the name of one person. Such an account is also referred to as a "single ownership" account.

> **Withdrawal Rights.** The holder of such an account is the only person who has the right to withdraw from the account, unless we permit the holder to designate an agent, attorney-in-fact, or "convenience signer" to the account.
>
> **Ownership.** The holder of such an account is presumed to be the owner. Holding such an account, by itself, creates no additional ownership rights nor survivorship rights (nor does such type of ownership create or extinguish any community property rights). In almost all instances this type of account will pass, on the death of the owner, through the estate of the owner. (You must consult your own estate planner to be sure.)
>
> **Agents and "Attorneys-in-Fact."** The owner of this type of account can nominate an authorized signer or attorney-in-fact.

**Joint Account - With Survivorship.** This is an account in the names of two or more natural persons, with the following features:

> **Withdrawal Rights.** Each joint tenant has complete and separate access to the funds and withdrawal rights, and each authorizes the other(s) to endorse for deposit any item payable to the joint tenant. Upon the death of any joint tenant, any surviving joint tenant will have complete withdrawal rights to the balance of the account. If

there is more than one surviving joint tenant, such survivors remain as joint tenants with right of survivorship with the same withdrawal rights provided in this section.

Each joint tenant reserves the right to change the ownership of the account to the extent of that owner's withdrawal rights.

**Ownership.** Each joint tenant is presumed to "own" the funds in proportion to that person's net contribution to the account. Each joint tenant intends upon his or her death that the funds owned by such person will be owned by the survivor. If there is more than one survivor, the "ownership" of the decedent's funds will be shared equally with such survivors.

**Other Titles.** In some states, it is advisable to add either "not as tenancy in common" or "not as a tenancy by the entirety" or both to insure the intention described above.

**Authorized Signer.** Any joint tenant can create an authorized signer or attorney-in-fact who can hold all the same withdrawal and deposit rights as the authorizing owner, except the authorized signer or attorney-in-fact will not be an owner (a joint tenant).

**Joint Account with Survivorship - Arizona.** A Joint Account with Survivorship in Arizona has a unique feature that will change the "ownership" rights on the death of one of the joint owners if there is more than one surviving joint tenant and one of the surviving joint tenants is the surviving spouse of the deceased joint tenant.

**Withdrawal Rights.** This rule will not change the withdrawal rights to the account on the death of a joint tenant; it only affects the actual ownership of the account balance, which will only affect the survivors, and will not affect our responsibilities under the account.

**Ownership.** If two or more parties survive and one is the surviving spouse of the deceased party, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties.

**Tenancy in Common Accounts.** A Tenancy in Common account is another form of joint account without the survivorship feature. A Tenancy in Common account is also in the name of two or more individual owners.

**Withdrawal Rights.** Each joint tenant has complete and separate access to the funds and withdrawal rights, and each authorizes the other(s) to endorse for deposit any item payable to the joint tenant. Until we receive notice of the death of any joint tenant, any tenant in common will have complete withdrawal rights to the entire account balance.

If more than one tenant in common survives the death of another tenant in common, such survivors remain as tenants in common between them.

Each tenant in common reserves the right to change the ownership of the account to the extent of that owner's withdrawal rights.

**Ownership.** Each tenant in common is presumed to "own" the funds in proportion to that person's net contribution to the account. However, because of the extreme difficulty in determining such proportions over time, you agree that upon the death of one tenant in common, the balance in the account at the time immediately before the death of the tenant in common will be deemed to be owned in equal shares between all tenants in common. After death and our receipt of notice of such death, the decedent's share will be set aside for the estate of the decedent, and the survivor's share in the account balance will be at the disposal of the surviving tenant in common.

**Other Titles.** In some states this account is referred to as Joint WITHOUT Right of Survivorship.

**Authorized Signer.** Any tenant in common can create an authorized signer or attorney-in-fact who can hold all the same withdrawal and deposit rights as the authorizing owner, except the authorized signer or attorney-in-fact will not be an owner (a tenant in common).



**Marital Account (Wisconsin).** This account is an account established by two persons in Wisconsin who claim to be husband and wife. This account is, for such persons, the same as the Tenancy in Common account described above.

**Marital Account with P.O.D. Beneficiaries (Wisconsin).** This account is, first, the same as a Wisconsin Marital Account (which is, in turn, the same as a Tenancy in Common account described above).

**Withdrawal Rights.** During the lives of both parties to the marriage, the withdrawal rights will be the same as for the Marital Account. The beneficiaries have no withdrawal rights until the death of one of the marriage partners.

**Ownership.** Upon the death of one of the spouses, the surviving spouse owns 50% of the funds on deposit, and the P.O.D. beneficiary named by the deceased party (if that beneficiary is then surviving) owns the other 50%. Each spouse can name his or her own beneficiary.

If there is more than one beneficiary who is named by a party who survives, the shares of those beneficiaries will be equal.

On the death of one of the marriage partners, the account will have to be retitled and beneficiary shares will have to be redeposited or withdrawn.

**Pay-on-Death Account.** This is an account where one or more persons create the account and name one or more living persons as beneficiaries. Frequently the account title is A.B. Pay-on-Death to C.D. beneficiary.

**Withdrawal Rights.** The person who creates this type of account retains complete withdrawal rights in such an account during his or her lifetime and for his or her own benefit. The named beneficiary has no withdrawal rights to the account during the lifetime of the creator of the account. The owner can change or close the account, and change beneficiaries at any time.

On the death of the creator of the account, the beneficiary (on proof of death of the creator and proof of the identity as the named beneficiary), can withdraw the entire account balance. If there is more than one beneficiary who is named and survives the creator, the surviving beneficiaries acquire and can withdraw (acting alone) an equal share with the other surviving beneficiaries, without survivorship rights between beneficiaries. If a beneficiary dies before the creator, neither the beneficiary's estate nor heirs acquire anything on the death of the owner.

If more than one person creates such an account, then such creators have complete and separate withdrawal rights between them during their joint lives, and the survivor of them will have complete withdrawal rights upon the death of the other creator. Named beneficiaries can withdraw a share of the account balance only upon the death of the last creator and only if such beneficiaries are then alive (and upon proof of the deaths of the creators and their own identity as the named beneficiaries). In effect, if more than one person creates this type of account, with one or more beneficiaries, the account has first all the incidents of a "Joint Account with Survivorship" and only after there is but one joint tenant does the account have the incidents of a "Pay-on-Death" account.

**Ownership.** The creator of this type of account is presumed to own the funds during his or her lifetime and intends that ownership to pass to the beneficiary only upon his or her death and only if the named beneficiary survives him or her. If there is more than one creator, the ownership between such creators is the same as that between joint tenants with right of survivorship, with the same incidents upon the death of a joint tenant.

If there is more than one beneficiary who is named and survives the creator(s), the creators intend his, her or their ownership rights to pass to the then surviving beneficiaries in equal shares, with no survivorship rights between them.

**Other Titles.** This type of account has other names such as "Tentative Trust," "Totten Trust," "In Trust For" and "Revocable Trust." In states where one of these trust accounts is recognized, the creators of such accounts will be referred to as a "settlor" or "grantor." Nevertheless, all the incidents of such an account, the rights of the grantor(s) and beneficiaries are exactly the same as described for "Pay-on-Death" accounts above. Only the names have been changed.



**Revocable Trust or Pay-on-Death Account (not subject to the Nonprobate Transfers Law of Missouri)**

In Missouri, a Revocable Trust or Pay-on-Death account may include an appendage to its title "not subject to the Nonprobate Transfers Law of Missouri." This appendage does not change the features of the account as described above for Pay-on-Death accounts.

**Registration in Beneficiary Form - Missouri**

Adding the acronym ***LDPS*** (which stands for lineal descendants, per stirpes) to a Revocable Trust or Pay-on-Death account, in Missouri, changes the rights of beneficiaries of such accounts. LDPS designation means that if a named beneficiary of such an account dies before the account owner, then the unnamed lineal descendants of that deceased beneficiary will acquire the share of the deceased beneficiary on the death of the owner per stirpes.

**UTMA (Uniform Transfers to Minors Act) Account**

This is an account in the name of an adult custodian (or possibly a corporate custodian) for the benefit of a person who is a minor at the time the account is created.

**Withdrawal Rights.** During the minority of the child, the custodian has all withdrawal rights, but is required to exercise those rights solely for the benefit of the child. We, however, have no duty or agreement whatsoever to monitor or insure that the acts of the custodian are for the child's benefit.

The custodian is required to turn over the account balance when the child reaches the age of majority.

**Ownership.** The child/beneficiary is at all times the owner of the funds in the account.

**UGMA (Uniform Gifts to Minors Act) Account**

A few states have not adopted the Uniform Transfers to Minors Act. These few states have, for our purposes, an equivalent statute known as the Uniform Gifts to Minors Act, which has the same incidents as those described above for the UTMA account.

**Fiduciary Account**

A fiduciary account is an account opened by or taken over by an executor, administrator, personal representative, guardian, conservator, trustee, or other fiduciary in such capacity. Any fiduciary named as a signer on a fiduciary account shall be solely responsible for acting in accordance with the terms of the applicable laws, will, court order or trust instrument establishing and covering the fiduciary relationship, and we are not responsible for examining, or insuring compliance with the provisions of any such law or instrument.

**Corporate, Partnership, Limited Liability Company and other Organizational Accounts**

These are accounts opened by any business organization or association. We reserve the right to require the account holder(s) to furnish us with such resolutions, agreements or documents as we may reasonably request to evidence the authority of individuals to act on behalf of the account holder(s). We will honor such an authorization until we receive written notice of change from the governing body of the organization. It is mutually agreed that the power and authority of each person named as authorized to take action with respect to the account shall continue in full force and effect until we receive actual written notice of revocation, whether the same be brought about by dissolution of the account holder or otherwise.

**PLEDGES**

A pledge or security interest in any deposit account to any outside party will not be effective unless and until we agree to it in writing.

If we agree to a pledge or security interest, all withdrawal rights and all ownership rights, existing, and that might be acquired on the death of an owner, are first subject to the satisfaction of the secured debt or release by the secured party of the pledge or security interest.

**ACCRUAL OF INTEREST**

Checks deposited to an interest bearing account begin to earn interest at the time we receive a credit for the check through the collection process, not at the time of deposit or funds availability.



The rates on checking and savings accounts are available in our lobby or from U.S. Bank® 24-Hour Banking. You realize that, if the account has a variable rate of interest, we may change the rate from time to time without notice to you.

**STOP PAYMENTS**

Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, are mentioned elsewhere.

We generally permit stop payment orders orally; telephone is the most common medium used. To request a stop payment, please contact U.S. Bank 24-Hour Banking. We must receive a stop payment order in time to give us a reasonable opportunity to act on it and before our stop payment cutoff time. When you place your stop payment order we will tell you what information we need to stop payment. This information must be exact since stop payment orders are handled by computers. If your information is not exact your order will not be effective and we will not be responsible for failure to stop payment.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months. We are not obligated to notify you when a stop payment order expires. Unless you renew the stop payment for another 6 months, we may pay the check even though it is a stale check. Only the person who initiated the stop payment order may make a release of the stop payment request.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorney's fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item might be entitled to enforce payment against you despite the stop payment order.

If we inadvertently pay a check or permit a transaction despite a stop payment order, the following rules will apply:

(a) you will have to prove to us that you have suffered a loss and, if so, the amount of the loss;

(b) we will be able to enforce any rights that the original payee or any other person who held the check had against you; and

(c) we will not recredit your account until you prove your loss and we are satisfied that we are required by law to do so.

Our stop payment cutoff time is one hour after your branch opens on the first banking day after the banking day on which we receive the item. Law provides additional limitations on our obligation to stop payment. (For example, you cannot stop payment on an item we already paid in cash or which we have certified.)

**DORMANT ACCOUNTS**

An account becomes dormant after a period of inactivity of 12 months for a checking account or 24 months for a savings account. Inactivity means there has been no deposit into or withdrawal from the account, and we have received no communication from you regarding the account.

Our Service Fees brochure discloses a fee we may charge for dormant accounts, and the frequency of that fee.

We reserve the right to close your account if there is a zero balance and no activity for a period of time.

**ESCHEAT**

If you have an account with an outstanding balance for several years (states vary on the amount of time) and we have no record of a deposit, withdrawal or communication from you about your account, state law requires us to report the account to the state.

The same is true if we issue you a check and you do not cash it. Eventually the funds we hold to pay you by check may have to be reported to the state.

We will try to locate you, but if we are not able to do so, we will be required to deliver the account balance or the check amount to the state as abandoned property. You will then need to apply to the state for return of your funds. We may charge you a reasonable service charge for processing abandoned property.

## CONSUMER ELECTRONIC CHECK REPRESENTMENT

If you write a check on a personal account that we return unpaid because of insufficient or uncollected funds, the depositor of the check or the depositor's bank may resend ("represent") the check to us electronically. That is, the depositor or the depositor's bank may send us an electronic instruction ("electronic represented check") to charge your account in the amount of the check.

**Our Handling of Electronic Represented Checks.** If we receive an electronic represented check from the depositor or the depositor's bank, we will pay or return the electronic represented check as if the original paper check were being represented to us. The section titled "Electronic Fund Transfers" will not apply to any electronic represented check.

**Ineligible or Unauthorized Electronic Represented Checks.** For an electronic represented check to be charged to your account, all of the following must be true:

- the electronic represented check must relate to a paper check drawn on a personal account that we returned unpaid because of insufficient or uncollected funds;
- the paper check must not have contained an unauthorized signature or an alteration and must not have been a counterfeit;
- you must not have placed a stop payment on the paper check after we returned it unpaid but before it was collected electronically;
- the paper check must have been less than $2500 in amount;
- the paper check must have been dated 180 days or less before the date on which the electronic represented check is sent to us;
- the electronic represented check must be for the face amount of the paper check only and may not include any collection fee charged by the depositor, the depositor's bank, or a collection agency;
- the payee of the paper check must have given you notice that, if we returned the paper check unpaid because of insufficient or uncollected funds, the paper check could be collected electronically;
- the electronic represented check must have been sent to us no more than twice after the first time we returned the paper check, or no more than once after the second time we returned the paper check;

You may have the right to reverse any ineligible or unauthorized electronic represented check that we charged to your account. If you want to reverse an electronic represented check because you placed a stop payment on the paper check to which the electronic represented check relates after we returned the paper check unpaid but before it was collected electronically, you must notify us within 15 days after we send or make available to you the periodic statement that reflects payment of that electronic represented check. If you want to reverse an electronic represented check for any other reason, you must give us an affidavit within 15 days after we send or make available to you the periodic statement that reflects payment of that electronic represented check. In your affidavit, you must declare and swear under oath that the electronic represented check was ineligible or unauthorized. If we receive your notice or affidavit within the 15-day period, we will recredit your account with the amount of the charge.

**Stop Payment.** If you wish to stop payment of any electronic represented check, you must follow the procedures contained in the rules for stopping payment of checks, not the procedures contained in the rules for stopping payment on electronic loan or bill payments.

**Requests for Original Paper Checks or Copies.** You may ask us to request the depositor's bank to send us the original paper check or a copy of the paper check. If you want the original paper check, you must ask us within 60 days of the date on which the electronic represented check was charged to your account. If you want a copy of the paper check, you must ask us within 6 years and 11 months of the date on which the electronic represented check was charged to your account. When we receive the original paper check or a copy of the paper check from the depositor's bank, we will promptly forward it to you. If you ask for the original paper check, you agree that you will not seek to have your account recredited for any of the following reasons:



- you placed a stop payment on the original paper check;
- the payee of the original paper check did not give you notice that, if we returned the paper check unpaid because of insufficient or uncollected funds, the paper check could be collected electronically; or
- the original check was ineligible to be collected electronically.

## CHECKING ACCOUNT ORGANIZATION

We may organize your checking account in a nontraditional way. We may divide your checking account into two subaccounts. One of these is a checking (transaction) subaccount, and you will transact business on this subaccount. The other is a nontransaction subaccount. You cannot directly access the nontransaction subaccount, but you agree that we may automatically, without a specific request from you, initiate individual transfers of funds between subaccounts from time to time at no cost to you. We will make these automatic transfers so that your ability to use your funds through your checking subaccount will be no different than for traditional checking accounts. You will not see any difference between the way your checking account operates and the way a traditionally organized checking account operates, but this organization makes us more efficient and helps to keep costs down.

We must reserve the right to require not less than 7 days' notice of withdrawal from the checking transaction subaccount and the nontransaction subaccount even though we do not intend to use it.

## TELEPHONE TRANSFERS

If you have multiple accounts with us, we will permit you to transfer funds between your accounts, by telephone. You will have to meet certain requirements to qualify, which we will explain to you if you ask. Once the requirements are met (1) you can transfer funds between designated accounts by calling our telephone transfer service and (2) transfers may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing or by other means.

A transfer made by telephone is not immediately completed. It may take as long as one business day to do the bookkeeping, verify the transaction and make the transfer.

## MULTIPLE REQUIRED SIGNATURE ACCOUNTS

If you (a) have specified that some or all checks must be signed by more than one person, (b) have specified that the authorized signers for checks in one category are different than those for another check category, or (c) utilize checks that require multiple signatures, you acknowledge that those restrictions are for your internal use only and do not bind us even if you have made us aware of them in a certificate of authority or otherwise.

We reserve the right to refuse to allow persons to open accounts with these types of restrictions. You agree not to assert any lack of authorized signers on any check as long as it contains the signature of at least one individual who is an authorized signer for your account.

## AMENDMENTS AND TERMINATION

We may change any term of this Agreement. We will give you reasonable notice in writing or by any other method permitted by law. You agree that in any event 30 days' written notice is reasonable. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s). For consumer customers, rules governing changes in interest rates are provided for separately in the Truth-in-Savings disclosure or in another document.

We may close an account at any time without prior notice, provided that we tender to you the collected and available account balance at the time of closing, if any, and give you notice within 10 days thereafter, personally or otherwise in accordance with this Agreement. You agree that we may keep funds in your account after you or we close your account for a reasonable time to pay any deposited items that may be returned. After termination, you will still be responsible for all service charges incurred prior to termination and for the amount of all checks in process and for other amounts owed to us. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account.



## STATEMENTS/NOTICES

We will mail important notices, account statements, payments and other communications about your account to you at the last address you have given us in writing. You are responsible for any checks or other information mailed to such address. It is important that you promptly tell us of any change in address.

We will periodically mail to the address shown in our records, or in some other way make available to you, a statement of your checking or savings account showing the transactions that occurred in the period covered by the statement.

**Your Duty to Examine Your Statement.** As used in this section, the term "problem" means any error, alteration or unauthorized transaction (including, but not limited to, forged or missing signatures and excluding electronic banking transactions) related to your account. Because you are in the best position to discover any problem, you will promptly examine your statement and report to us any problem on or related to your statement. You agree that we will not be responsible for any problem that:

(1) you do not report to us in writing within a reasonable time not to exceed 30 calendar days after we mail the statement (or make the statement available) to you;

(2) results from a forgery, counterfeit or alteration so clever that a reasonable person cannot detect it (for example, unauthorized checks made with your facsimile signature device or that look to an average person as if they contain an authorized signature); or

(3) as otherwise provided by law or regulation.

You may not start a legal action against us because of any problem unless: (a) you have given us the above notice and (b) the legal action begins within 1 year after we send or make your statement available to you. If you make a claim against us in connection with a problem, we reserve the right to conduct a reasonable investigation before recrediting your account and you agree to cooperate in such investigation. If we request, you agree to complete an affidavit of forgery or other proof of loss. If you refuse to sign such an affidavit, we will not be liable to you for any loss arising from the problem.

For problems involving an electronic banking transaction, please refer to the "Electronic Banking Agreement" sections of this brochure.

These time periods for you to examine your statement and report problems to us are without regard to our level of care or the commercial reasonableness of our practices, and without regard to whether cancelled checks are supplied to you.

Contact us if you do not receive your regular statement. If this is a business account, you agree that you will have at least two people review your statements, notices, and returned checks, or in the alternative, the person who reviews these will be someone who does not have authority to transact business on the account.

## CHECK SAFEKEEPING (RETURN OF CANCELLED CHECKS)

We encourage new consumer checking account customers to take their checking account periodic statements without getting cancelled checks returned. You must request return of cancelled checks with your monthly statement. Unless otherwise requested, your account will default to check safekeeping. (We will maintain a copy of your cancelled checks as required by law.) Please see the Service Fees brochure for the different fee structures between accounts with check returns and accounts with check safekeeping.

## SAVINGS AND TIME DEPOSITS

**Savings Accounts.** You will receive a periodic statement of your savings account similar to a checking account statement. You must balance the account in the same manner as your checking account. We have the right to require written notice from you 7 days before any withdrawal. We will not require such notice from you unless we require such notice from you for all similar accounts. Federal regulations limit the number of preauthorized transfers from a savings account during an account cycle to 6 transactions. Preauthorized transfers include, for example, savings drafts, telephone or online transfers or payments, wire transfers initiated by telephone, automatic loan payments across legal



entities, automated clearing house (ACH) transactions, etc. For draft access savings accounts, 3 of the 6 withdrawals may be made by check. Checks will be monitored based on the date we record the transaction on our system. Further details are included in documents you receive when you open your savings account.

If you exceed the limitations on preauthorized transfers, we may charge a fee and/or convert your account to a checking account.

**Time Deposits.** A time deposit is an agreement by you to keep the funds on deposit until a specified maturity date. A certificate of deposit is a common type of time deposit. We may refuse to allow any withdrawals of the deposit prior to maturity. If we agree to permit a withdrawal, there may be an early withdrawal penalty unless the funds have been on deposit for the required amount of time or you or another owner have died or have been declared legally incompetent.

Retirement certificate of deposit penalties may also be waived if the customer is over age 59-1/2 and is taking normal reportable distributions. However, the bank is not required to waive the penalty.

Time requirements, interest payments, withdrawal restrictions and other terms are given to you when the account is opened and any time upon request.

## LIMIT OF LIABILITY

Except as otherwise expressly provided in this Agreement or otherwise expressly required by applicable law or regulation, you agree that neither we nor any party who provides services or products to us ("Service Providers") will be liable for any loss, injury, or damage, including without limitation, indirect, incidental, special, consequential or punitive damages, whether under a contract, tort or any other theory of liability, arising out of or relating to any failure of performance, error, omission, interruption, defect, delay in operation or transmission, computer virus, line failure or unauthorized interception or access to your communications with us, even if we or the Service Providers are aware of the possibility of such events. To the extent any law provides for us to be liable for any such loss, injury, or damage, but permits our liability to be limited or eliminated by agreement, this paragraph limits or eliminates our liability to the fullest extent permitted.

## ELECTRONIC AGREEMENTS

You agree that we may make agreements with you by electronic means. Your authorization and consent to such an agreement, or your delivery of instructions, may be made by use of certain numbers, codes, marks, signs, personal identification numbers (PINs), public or private keys or other means, acceptable to you and to us, to establish your identity and acceptance of the electronic communications. All electronic communications that meet these requirements will be deemed to be valid and authentic and you intend and agree that those electronic communications will be given the same legal effect as written paper communications signed by you. You agree that electronic copies of communications are valid and you will not contest the validity of the originals or copies, absent proof of altered data or tampering.

(You are not required to accept electronic communications; we want you to be aware that this is an option for you to accept.)

## LEVIES, GARNISHMENTS AND COURT ORDERS

You agree that for purposes of this part your account exists at any and all locations where we operate a "branch." A "branch" is at a brick-and-mortar facility (not just an automated teller machine) established by us where you may make both deposits to and withdrawal from your account with a live teller. You understand that a creditor or governmental agency may attach your account by service of legal process on any branch or at any site designated by us for acceptance of service of process on behalf of a branch. If your account is a joint account, we may pay all amounts in the account in satisfaction of any levy, garnishment or court order, even if it attaches to the interest of fewer than all the account holders.

If we are served with any legal process that tries to attach or in some way prevent you from freely using your funds, you give us the right to hold any portion of the funds during any time necessary to determine to our satisfaction who has the legal right to the funds. If we cannot

determine who has the legal right to the funds, you agree that we may deposit the funds in your account with a court in the location of the branch where the legal process against your account was deemed served and ask the court to determine to whom the funds belong. You consent to the jurisdiction of such court to determine the legal right to the funds in your account. You agree to reimburse us for our expenses, including attorneys fees and expenses, arising out of the service of the legal process and our response to it. All legal process is subject to our right of setoff and our security interest in your account.

In responding to a levy, garnishment or court order, we will not be liable to you if payment leaves insufficient funds to cover outstanding items. We will not be liable to you if a freeze of the funds in the account results in the return of outstanding items unpaid. We will assess a service- fee against your account for any levy, garnishment or court order served on us regardless of whether the process is subsequently released. Unless expressly prohibited by law, we will set off or foreclose our security interest against your account for such fee prior to our honoring the legal process.

**SETOFF**

We may (without prior notice and when permitted by law) setoff all or part of the funds in your account(s) with us against any due and payable debt any one or more of you owe us. This includes, for example, debts that now exist and debts that you may incur later and includes our fee for processing a garnishment or levy. Your accounts include, for example savings, transaction and time deposit accounts that have not matured as of the date of setoff. If the debt arises from a note, "any due and payable debt" includes the total amount of which we are entitled to demand payment under the terms of the note at the time we setoff, including any balance the due date for which we properly accelerate under the note.

This right of setoff does not apply to this account if: (a) it is an IRA or other tax-deferred retirement account, (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity (for example, only as an authorized signer, attorney-in-fact or fiduciary). We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**SECURITY INTEREST IN DEPOSIT ACCOUNTS**

U.S. Bank National Association N.D. is our affiliate, and if you borrow money from this affiliate, you will be giving a security interest in all your deposit accounts as security for any loan (with exceptions that will be noted in the loan documents). In the event of a conflict, the right of setoff mentioned in the previous paragraph will be subordinate to the security interest you give to our affiliate.

The law of the state of North Dakota will control as to creation, perfection and the effect of perfection of any security interest you give with respect to any deposit account with us.

**SECURITY**

It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give him or her full use of your money. An account number can be used by thieves to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account. If you provide your account number in response to a telephone solicitation for the purpose of making a transfer (to purchase a service or merchandise, for example), payment can be made from your account even though you did not contact us directly and order the payment.



You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

**DEPOSIT OF PREAUTHORIZED DRAFTS**

You agree to take back any preauthorized draft deposited into your account that is returned within 90 days of the day of deposit. We may reverse any credit made to your account for the preauthorized draft, or otherwise collect from you the amount of the preauthorized draft. You agree that you will not deposit a preauthorized draft drawn on a person's bank account without that person's express, verifiable authorization, and that you will maintain a record of the express, verifiable authorization for 24 months from the date of the authorization.

**ARBITRATION**

At our request or your request, a dispute concerning your deposit account will be decided by arbitration under the commercial arbitration rules of the American Arbitration Association. Arbitration involves the review and resolution of the dispute by a neutral party. If either you or we choose arbitration, neither you nor we will have the right to litigate that claim in court or to have a jury trial on that claim. In addition, you will not have the right to participate as a representative or member of any class of claimants pertaining to any dispute subject to arbitration. The Arbitrator's decision will generally be final and binding.

There shall be no authority for any disputes to be arbitrated on a class action basis. Arbitration can only decide our or your dispute and may not consolidate or join claims of other persons who may have similar claims. Any arbitration hearing that you attend will take place in the federal judicial district where you reside. This Arbitration provision shall survive closure of your account or termination of all business with us.

## BUSINESS ACCOUNT ISSUES

**WAIVER OF NOTIFICATION OF REDEPOSITED CHECKS (BUSINESS CUSTOMERS ONLY)**

This section applies to business customers, who deposit one or more checks to an account that are returned unpaid by the bank on which they are drawn.

Upon written request by an authorized signer, we will automatically redeposit checks returned unpaid due to insufficient funds. You have a right to be notified whenever a check you deposit is returned unpaid. To simplify collection of these items, you give up this right to notification for those items we redeposit. If these items are returned unpaid a second time, you will receive standard notification. We may place a hold on any item so redeposited. You will be notified of any such hold.

**CHECKS AND CHECKING ACCOUNTS AND SAVINGS ACCOUNTS WITH DRAFT ACCESS**

**Business Checking and NOW Accounts.** Federal regulations generally limit business enterprises to non-interest-bearing checking accounts ("Business Checking" accounts), with a few exceptions. Sole proprietors, government agencies and nonprofit business enterprises may open transaction accounts ("Business NOW" accounts) on which you can write negotiable orders of withdrawal, and theoretically earn interest. Negotiable orders of withdrawal look and function like checks, and the rules governing checks also apply to them. Depending on account features, Business NOW accounts may or may not bear interest. Although we have no intention of exercising this right, federal regulations require that we reserve the right to require at least 7 days' written notice prior to withdrawal or transfer of any funds in your Business NOW account.

**FUNDS TRANSFERS**

Unless we have entered into a specific written agreement with you that provides otherwise, payment orders you give to us for the transfer of funds out of the account by wire transfer or otherwise, and payment orders we receive for the transfer of funds into the account, will be



governed by this paragraph. Your rights and obligations with respect to a payment order, and our rights and obligations, will be governed by (a) any separate written agreement with us; then (b) this section; and then, to the extent not specified in a separate written agreement or this Agreement; then (c) by Article 4A of the Uniform Commercial Code ("UCC4A") as enacted in the state in which you have your account with us, or as adopted in Ohio if the state in which you have your account has not enacted UCC4A.

We reserve the right to refuse to accept any payment order. Payment orders are accepted when they are executed by us.

YOU AGREE THAT IF A PAYMENT ORDER OR CANCELLATION THEREOF IDENTIFIES THE BENEFICIARY BY BOTH NAME AND AN IDENTIFYING NUMBER, AND THE NAME AND NUMBER IDENTIFY DIFFERENT PERSONS OR ACCOUNT HOLDERS, EXECUTION AND PAYMENT TO THE BENEFICIARY OR CANCELLATION MAY BE MADE SOLELY ON THE BASIS OF THE IDENTIFYING NUMBER. YOU ALSO AGREE THAT IF A PAYMENT ORDER IDENTIFIES AN INTERMEDIARY BANK OR THE BENEFICIARY'S BANK BY BOTH NAME AND AN IDENTIFYING NUMBER AND THE NAME AND NUMBER IDENTIFY DIFFERENT PERSONS, EXECUTION OF THE PAYMENT ORDER BY ANY BANK MAY BE MADE SOLELY ON THE BASIS OF THE IDENTIFYING NUMBER.

We will give you notice of the acceptance of a payment order by posting the amount of the payment order to the appropriate account. Prior to the acceptance of an outgoing payment order, the outgoing payment order may be canceled, but may not be amended or modified, if the beneficiary's bank is located within the United States of America and the outgoing payment order is to be paid in U.S. dollars. Other outgoing payment orders may not be canceled, amended or modified. We must receive your cancellation in a reasonable time prior to the time we execute the outgoing payment order. Payment orders sent by Fedwire will be subject to the Federal Reserve's Regulation J, and payment orders sent via other payment systems will be subject to the rules of those systems. You agree that we may record all telephone conversations and data transmissions received from, made for or made on behalf of you pursuant to or in connection with a payment order.

YOU AGREE THAT IF A PAYMENT ORDER, OR ANY CANCELLATION OR AUTHORIZATION RELATING THERETO, BUT FOR THE APPLICABILITY OF THE ELECTRONIC FUND TRANSFERS ACT OF 1978 (AS IN EFFECT FROM TIME TO TIME), CONSTITUTES A PORTION OF A FUNDS TRANSFER AS DEFINED IN UCC4A, ALL ACTIONS AND DISPUTES CONCERNING SUCH PAYMENT ORDER, CANCELLATION OR AUTHORIZATION SHALL BE DETERMINED PURSUANT TO UCC4A AND THIS AGREEMENT TO THE FULL EXTENT PERMITTED BY LAW. If an outgoing payment order in a foreign currency cannot be completed, the exchange rate that will apply to any refund due you will be the exchange rate in effect on the day the refund is made.

**FACSIMILE SIGNATURES**

You may wish to use a facsimile signature stamp or other mechanical signature device to sign checks or other orders relating to your accounts. If you do, we will, without contacting you, debit your account for items bearing an imprint that looks substantially like your authorized mechanical signature, whether or not such items bear the actual facsimile signature stamp. You agree to notify us and give us a sample imprint if you plan to use such a device. If you do not give us a sample, this section still applies to your use of the device. You are responsible for the security of any mechanical signature device. We will not be responsible for payment of unauthorized items bearing an imprint from, or similar to, your authorized mechanical signature.

## ELECTRONIC BANKING AGREEMENT FOR CONSUMER CUSTOMERS

This section applies to payment orders and funds transfers governed by the Electronic Fund Transfer Act.



If you have any questions regarding electronic banking transactions or believe that an unauthorized transaction has occurred, please call U.S. Bank 24-Hour Banking (see last page for phone numbers) or write to U.S. Bank 24-Hour Banking at 332 Minnesota Street, St. Paul, MN 55101.

Please read this disclosure carefully because it tells you your rights and obligations for the transactions listed. You should keep this notice for future reference.

**TYPES OF TRANSACTIONS**

These are the types of Electronic Fund Transfers that you can accomplish with us (assuming you make arrangements to do so).

**Preauthorized Credits.** You may make arrangements for certain direct deposits to be accepted into your checking or savings account(s).

**Preauthorized Payments.** You may make arrangements to pay certain recurring bills from your checking or savings account(s).

**Expanded Account Access**

**What it is.** Any card or PIN (personal identification number) can be used to access multiple checking, savings, line of credit and credit card account(s) in your name at U.S. Bank or any of its bank affiliates; and most any account you open with us and our affiliates may be accessed by your card or PIN. "Access" means use of a card or account number and PIN to conduct a transaction or obtain information at ATMs, over the telephone, through personal computer banking, or any other available method.

**The "cards" that can get Expanded Account Access.** U.S. Bank Check Cards, U.S. Bank ATM Cards, WorldPerks Check Cards, U.S. Bank VISA® & MasterCard®, U.S. Bank co-branded credit cards such as WorldPerks VISA, Rocky Mountain® VISA and MasterCard, Conoco VISA, and U.S. Bank CreditLine VISA Access Cards and other card-accessed credit lines issued through U.S. Bancorp affiliates.

**Fees and Charges for Expanded Account Access.** There are no additional fees or charges just for expanded account access. The fees and terms for each of your accounts will be as disclosed in the Pricing Information brochures. You should have received one and they are also available at any of our branches in your state.

The fees and terms for your personal credit cards and lines of credit are disclosed in the applicable credit agreement.

**How to Cancel.** You can call the 24-hour customer service number at any time to cancel Expanded Account Access. If you elect not to have Expanded Account Access for any account, that account will not be accessible by any card or PIN other than the card or PIN specifically designated for that account.

**Account Access at U.S. Bank Automated Teller Machines**

- You can access up to 5 checking, 5 savings, and 5 line of credit or credit card accounts at U.S. Bank ATMs through all your cards held in the same name.
- While an access request prompt may appear at an ATM on more than one transaction, your initial request, whether in a prior ATM transaction, an application, or otherwise, is sufficient for all your accounts.
- You may perform the following transactions at U.S. Bank ATMs:
  - Make cash withdrawals from your checking and savings accounts.
  - Get cash advances from your credit cards and lines of credit. (Refer to your terms and conditions for any cash advance fees and finance charges that may apply.)
  - Deposit funds to checking and savings accounts.
  - Transfer funds to a deposit account from any account associated with that card.
  - Make payments to credit card or line of credit accounts by transferring funds from a deposit account.
  - Check the current balance of your linked checking, savings, credit card and line of credit accounts.

- Request a U.S. Bank mini-statement showing your most recent deposit account transactions.
- Purchase stamps and long distance minutes.

All of the above transactions may not be available at all U.S. Bank ATMs.

**Account Access at Automated Teller Machines of Other Institutions**

You can use your U.S. Bank Check Card, WorldPerks Check Card, U.S. Bank ATM Card and U.S. Bank personal credit cards to perform transactions at automated teller machines (ATMs) owned by other financial institutions and networks that share ATMs with us. PLUS System® and VISA ATMs are available to U.S. Bank cardholders throughout the United States and in many other countries. In many parts of the U.S., access at other, regional ATM networks may also be available. You can identify participating ATMs through the brands noted on the back of your card.

You must select a "primary" checking account, a "primary" savings account, and a "primary" credit account for use at non-U.S. Bank ATMs. We will do this for you automatically, but you can change this designation at any time by calling the 24-hour customer service number on your monthly statement.

You may use your U.S. Bank Check Card, WorldPerks Check Card or U.S. Bank ATM Card to perform the following transactions at non-U.S. Bank ATMs:

- Make cash withdrawals from your primary checking and savings accounts.
- Transfer funds between your primary checking and primary savings account.
- Check the current balance of your primary checking and savings accounts.
- Make deposits to your primary checking and savings accounts at participating banks' ATMs. (See Limits on Transfers section for new account restrictions.)

You may use your U.S. Bank personal credit card to perform the following transactions at non-U.S. Bank ATMs:

- Get cash advances from your primary credit account. (Refer to your terms and conditions for any cash advance fees and Finance Charges that may apply.)
- Check the balance of your primary credit card account.

All of the above services may not be available at all non-U.S. Bank ATMs.

**Purchases at Merchants**

You may use your U.S. Bank Check Card and WorldPerks Check Card to make purchases at VISA merchants. The U.S. Bank Check Card and WorldPerks Check Card bear the VISA logo to ensure acceptance at over 23 million merchants worldwide. Purchases made with your Card will result in debits to your "primary" checking account. These transactions will be itemized on your monthly statement, including the merchant name, the date of purchase and the amount of the purchase.

You may use your U.S. Bank ATM Card and in some cases your U.S. Bank Check Card, or WorldPerks Check Card to make purchases by entering your PIN at participating merchants in many parts of the country where you see the Interlink® mark or other regional point-of-sale network marks. To determine if you can make a purchase with your card and PIN, check the back of the Card for eligible networks. Purchases made with your U.S. Bank Check Card, WorldPerks Check Card or U.S. Bank ATM Card will be deducted from your "primary" checking account, or your "primary" savings account if you do not have a checking account. These transactions will be itemized on your monthly statement, including the merchant name, the date of purchase and the amount of the purchase.

Contact U.S. Bank 24-Hour Banking for information regarding locations and available transactions at other financial institutions or their ATMs.



**Other Electronic Transactions**

In addition to transactions initiated by using a U.S. Bank ATM Card, U.S. Bank Check Card or WorldPerks Check Card, there are other electronic banking transactions that you may arrange through your bank. These include:

- Telephone/personal computer activated transfers of funds from your accounts with us to other accounts with us or to third parties.
- Automatic transfer of funds between checking and savings accounts.
- Automatic periodic payments to third parties or us from checking or savings accounts (for example, monthly mortgage payments, installment loan payments, insurance payments, utility payments).
- Direct deposit to checking or savings accounts (for example, payroll checks, social security payments).
- Electronic check conversions from your checking account using a blank, partial or fully completed personal check at merchant locations.

You can also use your U.S. Bank Check Card and WorldPerks Check Card to obtain a cash advance from your checking account at any VISA member bank anywhere in the world.

## LIMITS ON TRANSFERS

The terms of your deposit account may restrict the number of withdrawals you may make from your account each month. Restrictions described earlier in this brochure and in other disclosures and agreements you received at the time your account was opened will also apply to your electronic withdrawals and electronic payments unless specified otherwise.

For the first 90 days of opening a new account, you cannot make deposits at a non-U.S. Bank ATM. After this initial period, you can make deposits at any participating ATM.

For security reasons, there are limitations on the amount of cash withdrawals you may perform with your U.S. Bank Check Card, WorldPerks Check Card or U.S. Bank ATM Card per day at ATMs. There are also limitations on the total number and dollar amount of purchases at merchants and or cash advances at VISA member banks you may perform during each 24-hour period beginning at 9:00 p.m. Central Time.

We reserve the right to change these maximum daily limitations on cash withdrawals and purchases without notice, which we make based on periodic risk assessments. We will not reduce those limits below $300 per day for cash and $1,000 per day for purchases without giving you prior notice.

## FEES

We will charge you fees in accordance with the information found in our Service Fees brochure and Checking and Savings Guide. The fees may be changed at any time, subject to our giving you notice as required by law.

**ATM Surcharges.** When you use an ATM not owned by us, you may be charged a fee by the ATM operator or any network used to complete the transfer (and you may be charged a fee for a balance inquiry).

**Using your Card in a Foreign Country**

You may use your U.S. Bank Check Card and WorldPerks Check Card at foreign (outside the United States) merchants and ATMs that bear either the PLUS System or VISA logos and your U.S. Bank ATM Card at foreign ATMs that bear the PLUS System logo. If you use any card at an ATM that bears only the PLUS System logo (and no VISA logo) or your U.S. Bank ATM Card at an ATM that bears the PLUS System logo and any other, the charge will be converted into U.S. dollars at the exchange rate established, from time to time, by the operator of that ATM. PLUS System will then increase the dollar-converted amount by one percent. If you use either your U.S. Bank Check Card or your WorldPerks Check Card at a merchant or an ATM that bears the VISA logo (and no PLUS System logo), the charge will be converted into U.S. dollars at the exchange rate established, from time to time, under the applicable bylaws and rules of VISA. If you use either your U.S. Bank Check Card or your



WorldPerks Check Card at an ATM that bears both the VISA and PLUS System logos, the ATM operator will determine whether to send your transaction over the VISA or PLUS System network using such network's respective currency conversion rules. You understand that the exchange rate in effect when the charge is processed may differ from the rate in effect on the date of the transaction or posting to your account. Our cost for a VISA foreign currency transaction will be the sum of the following:

(a) The amount in the foreign currency times an exchange rate in effect one day prior to the processing date that is:

 i) the government-mandated rate (if there is one), or

 ii) a wholesale market rate (if there is no government mandated rate), plus

(b) One percent (1%) times the resulting dollar amount.

The amount we will charge your account will be our cost for the transaction plus our conversion fee of two percent (2%) times that amount.

## ADVISORY AGAINST ILLEGAL USE

You agree not to use your card(s) for illegal gambling or any other illegal purpose. Display of a payment card logo by, for example, an online merchant does not necessarily mean that transactions are lawful in all jurisdictions in which the cardholder may be located.

## DOCUMENTATION

- Terminal transfers. You can get a receipt at the time you make any transfer to or from your account using one of our automated teller machines or point-of-sale terminals.
- Preauthorized credits. If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-USBANKS to find out whether or not the deposit has been made. If you have entered into an Online Banking Agreement with us, you may also communicate with us by e-message as described in the agreement.
- Periodic statements. You will get a monthly account statement unless there are no transfers in a particular month. In any case, you will get the statement at least quarterly for an account to or from which you have arranged for electronic access.

## PREAUTHORIZED PAYMENTS

If you have arranged for automatic periodic payments to be deducted from your checking or savings account and these payments vary in amount, you will be notified by the originator ten calendar days prior to the payment date of the amount to be deducted. If the date upon which your payment is scheduled to be deducted changes, the originator will notify you seven calendar days prior to the new scheduled date.

To confirm the completion of automatic transfers, payments and/or direct deposits, please contact U.S. Bank 24-Hour Banking.

**Right to Stop Payment of Preauthorized Transfers**

To stop a preauthorized electronic payment or transfer, please call U.S. Bank 24-Hour Banking (see last page for phone numbers).

You must call in time for us to receive your request and be able to act upon it, which in the case of these electronic payments, is 3 business days or more prior to the date the transaction is scheduled to occur. We may also require you to put your request in writing and forward it to us within 14 days after you call.

**You have no right to stop payment on any other type of electronic banking transaction.**

If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

## OUR LIABILITY

**Liability for failure to make transfers.** If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

(1) If, through no fault of ours, you do not have enough money in your account to make the transfer.



(2) If you have an overdraft line and the transfer would go over the credit limit.

(3) If the automated teller machine where you are making the transfer does not have enough cash.

(4) If the terminal or system was not working properly and you knew about the breakdown when you started the transfer.

(5) If circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions that we have taken.

(6) There may be other exceptions stated in our agreement(s) with you (for example, the monthly limit on certain transfers out of non-transaction savings accounts).

**Authorized Transactions**

We assume that all transactions performed with your U.S. Bank ATM Card, U.S. Bank Check Card, WorldPerks Check Card and/or your personal identification number (PIN) are authorized unless you promptly notify us to the contrary. If you intentionally provide another person with the means to perform electronic banking transactions using your account, any resulting transactions will be treated as if they were performed and authorized by you. Such treatment will continue until you notify U.S. Bank 24-Hour Banking that the other person is no longer authorized to use your card and/or PIN (in which case the card and PIN will have to be deactivated).

## UNAUTHORIZED TRANSACTIONS AND LOST OR STOLEN CARDS

An unauthorized transaction is one that another person conducts without your permission and from which you receive no benefit.

In order to avoid unauthorized transactions, please observe the following basic precautions:

- Do not keep your U.S. Bank ATM Card, U.S. Bank Check Card, or WorldPerks Check Card and personal identification number (PIN) together. Do not write your PIN on your card.
- Do not provide your card or reveal your PIN to another person. If you do so, you authorize that person to conduct transactions using your card or PIN. You are liable for that person's transactions until you notify U.S. Bank 24-Hour Banking that the person is no longer authorized to use your card or PIN.
- Notify U.S. Bank 24-Hour Banking of the loss, theft or unauthorized use of your card or PIN.
- Notify U.S. Bank 24-Hour Banking if you think an electronic banking transaction is incorrectly reported on a receipt or statement. Failure to promptly notify U.S. Bank 24-Hour Banking of the loss, theft, or unauthorized use of your card or PIN will result in inconvenience to you and will hinder the efficient operation of your account.

## CONSUMER LIABILITY FOR UNAUTHORIZED TRANSFERS

**Zero Liability for All Transactions.** Except as provided in the next paragraph, you are generally protected from all liability for unauthorized use of your U.S. Bank Check Card, WorldPerks Check Card®, the associated account numbers printed on them (including purchases made over the phone or online) and your ATM card or its associated personal identification number (PIN). You still need to report the loss or theft of these cards and any unauthorized transactions to us as soon as you can. This is necessary so you can get any unauthorized transactions reversed, prevent further unauthorized transactions, and avoid liability for subsequent purchases we could have prevented had you given us notice. This policy also protects you from liability for other types of electronic funds transfers. Please follow the section entitled Error Resolution Notice to report any unauthorized activity on your account.

**After 60 Days from Statement Notice.** If you fail to give us notice of an unauthorized electronic fund transfer within 60 days of when we first mail a statement to you that discloses that unauthorized transaction, you will be liable for all fund transfers that occur after that 60-day period expires if we could have prevented such transaction had you reported it to us within the 60-day period. This rule applies to all forms of electronic fund transfers (including but not limited to ATM transactions, preauthorized withdrawals, internet transactions, and purchases with a

U.S. Bank Check Card or WorldPerks Check Card, etc.) that occur after the 60-day period following the first statement notice.

If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend this time period.

### MINNESOTA LIABILITY DISCLOSURE

If our records assign your account to a branch located in the State of Minnesota, you may bring a civil action against any person violating the consumer privacy and unauthorized withdrawal provisions of Minnesota Statutes, § 47.69 and may recover, in addition to actual damages or $500, whichever is greater, punitive damages when applicable, and the court costs and reasonable attorney's fees incurred.

### BUSINESS DAYS

Bank "business days" are Monday through Friday. Federal holidays are not included.

### CONFIDENTIALITY

We will disclose information to third parties about your account or the transfers you make:

(1) where it is necessary for completing transfers; or

(2) in order to verify the existence and condition of your account for a third party, such as a credit bureau or merchant; or

(3) in order to comply with government agency or court orders; or

(4) according to our privacy pledge, which generally permits us to share information with companies that perform marketing or other services on our behalf or financial institutions with which we have joint marketing arrangements.

### ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. If you have entered into an Online Banking Agreement with us, you may also communicate with us by e-message as described in the agreement. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

(4) If you tell us orally or send us an e-message, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, unless your transaction is a VISA transaction in which case we will credit your account within 5 days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation. Write to us at:

**U.S. Bank 24-Hour Banking**
**332 Minnesota St.**
**EP-MN-P9IS**
**St. Paul, MN 55101**



Customers who have entered into an agreement with us for Online Banking Services may send e-messages to us from our Online Banking Site using the secure E-Mail feature. The Online Banking Site may be accessed by going to U.S. Bank's Online site at *usbank.com* and following the directions for logging into Online Banking.

Error resolution and contact information with respect to online banking services is provided in our online banking agreement.

More detailed information is available on request.

### NOTICE OF ATM/NIGHT DEPOSIT FACILITY USER PRECAUTIONS

As with all financial transactions, please exercise discretion when using an automated teller machine (ATM) or night deposit facility. For your own safety, be careful. The following suggestions may be helpful.

(1) Prepare for your transactions at home (for instance, by filling out a deposit slip) to minimize your time at the ATM or night deposit facility.

(2) Mark each transaction in your account record, but not while at the ATM or night deposit facility. Always save your ATM receipts. Do not leave them at the ATM or night deposit facility because they may contain important account information.

(3) Compare your records with the account statements you receive.

(4) Do not lend your ATM card to anyone.

(5) Remember, do not leave your card at the ATM. Do not leave any documents at a night deposit facility.

(6) Protect the secrecy of your Personal Identification Number (PIN). Protect your ATM card as though it were cash. Do not tell anyone your PIN. Do not give anyone information regarding your ATM card or PIN over the telephone. Do not write your PIN where it can be discovered. For example, do not keep a note of your PIN in your wallet or purse.

(7) Prevent others from seeing you enter your PIN by using your body to shield their view.

(8) If you lose your ATM card or if it is stolen, promptly notify us. You should consult the other disclosures you have received about electronic fund transfers for additional information about what to do if your card is lost or stolen.

(9) When you make a transaction, be aware of your surroundings. Look out for suspicious activity near the ATM or night deposit facility, particularly if it is after sunset. At night, be sure that the facility (including the parking area and walkways) is well lighted. Consider having someone accompany you when you use the facility, especially after sunset. If you observe any problem, go to another ATM or night deposit facility.

(10) Do not accept assistance from anyone you do not know when using an ATM or night deposit facility.

(11) If you notice anything suspicious or if any other problem arises after you have begun an ATM transaction, you may want to cancel the transaction, pocket your card and leave. You might consider using another ATM or coming back later.

(12) Do not display your cash; pocket it as soon as the ATM transaction is completed and count the cash later when you are in the safety of your own car, home, or other secure surrounding.

(13) At a drive-up facility, make sure all the car doors are locked and all of the windows are rolled up, except the driver's window. Keep the engine running and remain alert to your surroundings.

(14) We want the ATM and night deposit facility to be safe and convenient for you. Therefore, please tell us if you know of any problem with a facility. For instance, let us know if a light is not working or there is any damage to a facility. Please report any suspicious activity or crimes to both the operator of the facility and local law enforcement officials immediately.



## ELECTRONIC BANKING AGREEMENT FOR BUSINESS CUSTOMERS

This section governs transactions initiated by you or your employees using a U.S. Bank Business Check Card, Business Deposit Card, Business Deposit Check Card, Business ATM Card or other U.S. Bank card products offered to business customers from time to time by U.S. Bank ("Business Check Card(s)"). Your use of Business Check Cards is subject to the fees and terms of your checking and savings accounts as set forth elsewhere in this Agreement and in related brochures and fee schedules, which are available at any branch in your state. Some ATM networks impose an additional transaction fee unrelated to our fees and charges and may be assessed to your account. Other electronic transactions against your account, whether or not initiated or authorized by you will be governed by the specific Agreement between us related to such transactions and/or all applicable rules and regulations governing such transactions, including without limitation, the rules of the National Automated Clearing House Association (NACHA) as may be amended from time to time.

Under NACHA rules we cannot return an unauthorized electronic transaction (ACH debit) unless you notify us no later than 5:00 p.m. Central Time on the business day following the settlement date of the transaction. Otherwise, your sole recourse is to the originator of the transaction.

### ACCOUNT ACCESS

Any Business Check Card or personal identification number (PIN) issued to or selected by you, except sole proprietors who choose to have a Sole Proprietor Business Check Card or Business ATM Card, may access only business checking or business savings accounts selected by you. Sole Proprietor Check Cards and ATM Cards, however, can access up to 5 checking accounts, 5 savings account, and 5 line of credit or credit card accounts through Expanded Account Access. Sole Proprietor cards may access business and personal accounts. For more information on Expanded Account Access, see the Consumer Electronic Banking Agreement.

Access methods will differ depending on the Business Check Card selected by you and approved by us. All Business Check Card services may not be available depending on the access method selected.

### LIMITS ON TRANSFERS

The terms of your deposit account may restrict the number of withdrawals you may make from a particular account in a given month. Restrictions described earlier in this brochure and in other disclosures and agreements you received at the time your account was opened will also apply to Business Check Card transactions unless otherwise specified. For security reasons, there may be limitations on the amount of cash withdrawals and the total number and dollar amount of purchases that you may perform using your Business Check Card(s) during a 24-hour period. Daily limits are subject to change without notice.

### CURRENCY CONVERSIONS

You may be able to use your Business Check Card at foreign locations and ATMs (outside the United States) that bear either the PLUS System or VISA logos. If you use your Business Check Card at a location that bears only the PLUS System logo (and no VISA logo), the transaction will be converted into U.S. dollars at the exchange rate established, from time to time, by the operator of that location's payment system. PLUS System will then increase the dollar-converted amount by one percent. If you use your Business Check Card at a location that bears the VISA logo (and no PLUS System logo), the transaction will be converted into U.S. dollars at the exchange rate established, from time to time, under the applicable bylaws and rules of VISA. If you use your Business Check Card at an ATM that bears both the VISA and PLUS System logos, the ATM operator will determine whether to send your transaction over the VISA or PLUS System network using such network's respective currency conversion rules. You understand that the exchange rate in effect when the charge is processed may differ from the rate in effect on the date of the transaction or the posting to your account. Our cost for a VISA foreign currency transaction will be the sum of the following:



(a) The amount in the foreign currency times an exchange rate in effect one day prior to the processing date that is:
  i) the government-mandated rate (if there is one), or
  ii) a wholesale market rate (if there is no government mandated rate), plus

(b) One percent (1%) times the resulting dollar amount.

The amount we will charge your account will be our cost for the transaction plus our conversion fee of two percent (2%) times that amount.

### BALANCE REQUIREMENTS

Transactions using your Business Check Card(s) will be completed only if sufficient funds are available in the applicable account balance, overdraft protection or other linked credit facility to fully perform the transaction.

### UNAUTHORIZED TRANSACTIONS AND LOST OR STOLEN CARDS AND SECURITY

You are solely responsible for maintaining the security of your Business Check Cards and PINs and their use by you and your employees and other agents. You shall be liable for the acts of your employees and agents related to your Business Check Card(s), including Business Check Card applications and other service requests. If you provide another person with the means to perform transactions related to your accounts using your Business Check Card or PIN, any resulting transactions will be treated as if they were performed and authorized by you. If you believe that an erroneous or unauthorized transaction has occurred using your Business Check Card(s), or if your Business Check Card has been lost or stolen, or if you want to cancel a Business Check Card issued to you or your employee/agent, or if you want to change your PIN, you must immediately telephone us at:

**U.S. Bank® 24-Hour Business Solutions:**

Minneapolis/St. Paul Metro Area ............................(651) 244-7770
All Other Areas ............................................1-800-673-3555
TDD ........................................................1-800-685-5065

## FUNDS AVAILABILITY: YOUR ABILITY TO WITHDRAW FUNDS – ALL ACCOUNTS

This funds availability policy statement applies to our checking and savings accounts.

Some sections of this disclosure apply to all accounts and all customers. There are special sections for New Accounts, Commercial Accounts, Private Client Group clients and Retail Consumer and Small Business Accounts. We will make that clear in the section headings.

Funds "availability" means your ability to withdraw funds from your account, whether those withdrawals are to be in cash, by check, automatic payment, or any other method we offer you for access to your account. If deposited funds are not "available" to you on a given day, you may not withdraw the funds in cash and we may not use the funds to pay checks that you have written or honor other withdrawals you request. If we pay checks that you have written or honor other withdrawals before funds are available to you, we may charge a fee for this.

Please remember that even after we have made funds available to you, and you have withdrawn the funds, you are still responsible for checks you deposit that are returned to us unpaid and for any other problems involving your deposit.

### DETERMINING THE AVAILABILITY OF A DEPOSIT – ALL ACCOUNTS

The day funds become available is determined by counting business days from the day of your deposit. Every day is a business day except Saturdays, Sundays, and federal holidays. If you make a deposit in person before our "cutoff time" on a business day we are open, we will consider that day to be the day of your deposit. However, if you make a deposit after the cutoff time, or on a day we are not open, we will consider that the deposit was made on the next business day we are open.

Our cutoff times vary from branch to branch. The earliest cutoff time at any of our branches is 2:00 p.m. (local time at the branch).

If you make a deposit at an ATM before 6:00 p.m. (local time, at the ATM location) on a business day we are open, we will consider that day to be the day of your deposit. If you make a deposit at an ATM after 6:00 p.m. (local time) or on a day we are not open, we will consider the deposit to be made on the next business day we are open.

Deposits you send by mail are considered deposited on the business day it arrives at the branch of deposit.

In all cases, availability of any deposit assumes that a requested withdrawal will not overdraw the account.

**IMMEDIATE AVAILABILITY – ALL ACCOUNTS**

The following types of deposits will usually be available for withdrawal immediately:

- Cash (if deposited in person to an employee of ours);
- Electronic direct deposits;
- Wire transfers; and
- The first $100 from the aggregate of all other deposits made on any given day.

Cash and wire transfer deposits are subject to the **Special Rules for New Accounts** and the $100 availability is subject to the rule in the section titled **Longer Delays May Apply**.

**RETAIL, CONSUMER, SMALL BUSINESS AND COMMERCIAL ACCOUNTS**

Our general availability policy for these accounts, is to make funds available to you on the first business day after the day of deposit. We generally make some portion of a day's deposits available for withdrawal immediately. See the previous section for the types and amounts of deposits that are available immediately.

**PRIVATE CLIENT GROUP CLIENTS**

Our general availability policy for **Private Client Group** clients is to make funds you deposit available to you immediately. This immediate availability policy includes all deposits at any ATM. The section below titled **Longer Delays May Apply** also applies to your accounts. If we impose a delay as provided in that section, then the sections titled **Cashing Checks** and **Other Accounts** may also apply.

**DEPOSITS AT AUTOMATED TELLER MACHINES FOR RETAIL CONSUMER, SMALL BUSINESS AND COMMERCIAL ACCOUNTS**

**Our Machines.** If you make a deposit at an ATM we own or operate, your deposit will generally be available on the first business day after the day of deposit. Our machines are identified as ours with our U.S. Bank name.

**Other Machines.** If you make a deposit at an ATM we do **not** own or operate, your deposit will not be available until the fifth business day after the day of deposit. Our machines are identified as ours with our U.S. Bank name. (New customers cannot make deposits at ATMs we do not own or operate within the first 90 days of the account relationship.)

**LONGER DELAYS MAY APPLY**

**Case-by-Case Delays.** In some cases, we will not make all of the funds that you deposit available to you as provided above. Depending on the type of check that you deposit, funds may not be available until the fifth business day after the day of your deposit. The first $100 of your deposits, however, will be available no later than the first business day after the day of deposit, and usually immediately.

If we are not going to make all of the funds from your deposit available on the first business day, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to one of our employees (including a deposit made at an ATM) or if we decide to take this action after you have left the premises, we will mail you the notice by the day after we receive your deposit.

If you will need the funds from a deposit right away, you should ask us when the funds will be available.

**Safeguard Exceptions.** In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:



- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,000 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of computer or communications equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the ninth business day after the day of your deposit.

**SPECIAL RULES FOR NEW ACCOUNTS – RETAIL CONSUMER AND SMALL BUSINESS ACCOUNTS**

If you are a new customer, the following special rules will apply during the first 30 days your account is open.

Funds from electronic direct deposits and deposits of cash and wire transfers to your account will be available on the day we receive the deposit. The first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, on-us checks, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,000 will be available on the fifth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit.

Funds from all other check deposits will be available on the fifth business day after the day of your deposit.

**CASHING CHECKS**

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.

**OTHER ACCOUNTS**

If we accept for deposit a check that is drawn on another bank, we may make funds from the deposit available for withdrawal immediately but delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the day the deposited item would have been available (which will usually be the first business day after the day of deposit).

## CHECK GUARANTEE FEATURE

**California, Idaho, Nevada, Oregon, Utah or Washington**

(This feature only applies to consumer accounts and will only apply if our records assign your card account to a branch in the state of California, Idaho, Nevada, Oregon, Utah or Washington.)

The following specific terms apply to your U.S. Bank Check Card or WorldPerks Check Card:

**Check Guarantee Privileges**

You have been granted check guarantee privileges, and if you keep each of the agreements set forth below, we will guarantee payment on certain checks written to merchants, as follows: we will pay to any merchant the amount of each of your checks written for any amount not greater than $200 and accepted by that merchant, except for your card account(s) assigned by us to branches in Nevada. For accounts opened at branches in Nevada, we will pay any merchant up to $500 if the check is written for merchandise and up to $100 if it is not written for merchandise or is made payable to cash. We will also cash each check written and presented by you at any branch of U.S. Bank for the balance in your personal checking account or money market savings account up to $200.



You agree as follows:

(1) that you will keep each of your agreements with us;

(2) that any check presented to any merchant or to us will be personalized, showing your name and address, will be signed by you and drawn on your personal deposit account with us, will be dated no later than the date presented and will be presented by you along with your valid U.S. Bank Check Card or WorldPerks Check Card signed by you;

(3) that any check presented to a merchant will be payable to the order of that merchant;

(4) that all checks presented by you will be charged against the account on which they are drawn;

(5) that you will maintain a greater than zero balance on the account accessed by your U.S. Bank Check Card or WorldPerks Check Card. Failure to do so may result in the loss of check guarantee, automated teller machine and point-of-sale transaction privileges;

(6) that the check guarantee provision of this Agreement does not grant you the right to overdraw your account, and you are not relieved from the obligation to pay us the amount of checks properly charged against your account, nor from the obligation to pay applicable deposit account charges, including any overdraft charges;

(7) that neither we nor any merchant shall be liable for the failure of any merchant to honor the check guarantee feature of your U.S. Bank Check Card or WorldPerks Check Card;

(8) that you will not present checks under this check guarantee provision of this Agreement if your deposit account has been closed or if your U.S. Bank Check Card or WorldPerks Check Card has been canceled or has been reported lost or stolen; and

(9) THAT YOU GIVE UP THE RIGHT TO STOP PAYMENT OF ANY CHECK WRITTEN AND PRESENTED BY YOU UNDER THIS CHECK GUARANTEE PROVISION OF THIS AGREEMENT.

## SAFE DEPOSIT BOX LEASE AGREEMENT

This Agreement applies if you have rented a safe deposit box from U.S. Bank. It completely replaces any earlier lease or rental terms. The words "we," "our," and "us" refer to U.S. Bank, and the words "you" and "your" refer to each and all of the renters of that safe deposit box.

**Term.** The box is rented for a one-year period. If you signed a safe deposit signature card, then that one-year period begins on the date of that signature card. Otherwise, the period ends on the due date shown on your safe deposit statement. This lease will be automatically renewed for the one year term each time it expires unless you or we terminate as provided below or unless you fail to pay the rental amount for the renewal term in advance.

**Rental Fees.** The Safe Deposit Fee schedule as shown in the Service Fee brochure may be amended from time to time and is a part of this Agreement. You agree to pay the late payment fee if your rent payment is not paid when due. We reserve the right to change the rental amount for any renewal term by billing you for the changed amount. We also reserve the right to charge fees for any changes or other activity in connection with your box.

Your rent, along with any tax that might be due, is payable in advance before the beginning of any renewal period. If we do not receive your rental payment or any other amount you owe us within 15 days after it is due, it may be charged against any deposit or credit account you have with us. Also, you are giving us a lien on all contents of the box for any rent or other amount that you may owe us.

**Our Duty.** Our duty is to use reasonable care to prevent anyone else from opening the box other than you or your appointed deputy (agent) or court-appointed representative, except as we may otherwise be required or permitted by law.

**Keys.** You must immediately notify us if you lose a key or the combination to your box. You also agree, in such a case, to pay all the expenses of opening the box, changing the lock, and replacing the keys.



**Items Stored.** You agree not to store any:

- guns, ammunition, explosives, or other items we may believe to be dangerous, or
- liquids, or
- items that we may conclude would interfere with the operation of the safe deposit vault, or
- property the possession of which would be a violation of law.

**Access.** If you are late making any payment due under this Agreement, we can deny you access to the box. We may also deny you access if we are required by law or if we reasonably believe we may be so required, or if there is a dispute over ownership or access rights, or if we have a reasonable doubt as to who is entitled to access.

If you or any other renter die, become bankrupt, or are incapacitated, we may permit access to the box to such persons and for such purposes as the law requires. You agree that if anyone having access to the box dies, you will give us notice of that death before you seek access to the box.

We reserve the right to charge a fee for access to the box.

**Deputies (Agents).** You may appoint another person or persons, except for one of our officers or employees, as a deputy (agent) on your box by signing and delivering to us our deputy authorization form and such other documentation as we may require. This authorization form may be signed by any renter. The deputy (agent) will have the power to obtain access to the box, terminate the lease and surrender the box, and receive any rent refund due.

We may admit any deputy (agent) to the box until we either receive instructions from you on our form to revoke your authorization or receive notice of your death or incapacity, or that of any other renter appointing the deputy. You agree to be responsible for the actions of your deputies (agents) and to hold us harmless against any of their actions.

**Joint Rental.** If there is more than one renter on your safe deposit box, each may have access to the safe deposit box. Each of you also has the right to exchange the box or terminate the lease, surrender the box, consent to an increase in rent, or appoint a deputy. Each of you will be liable for the full amount of all payments due under this Agreement. If one of you should die, declare bankruptcy, or become incapacitated, we may grant access to the other renter, subject to any restrictions of law or other provisions of this lease. We may also grant access to the personal representative of any renter that dies.

**Corporate and Other Organization Renters.** Only someone properly authorized by an organization may gain access to a box rented by that organization. We must receive a certificate signed by the proper officials of the organization before we will permit entry. However, until we receive such a certificate, the person signing the signature card on behalf of the organization may have access to the box at our discretion.

**Vault Hours.** Our vault is open only on banking days during our regular business hours or only during such other hours as we may set. In addition, we have the right to close or deny access to the vault temporarily if, in our judgment, it would be prudent to do so, such as in the event of fire, unusual crowds or a national emergency. We could also do this in the case of malfunction of the vault door or if in our judgment inclement weather or other factors make it appropriate to do so.

**Location.** You agree that if we close the bank office or the safe deposit vault at the office where your box is located, we may require you to exchange your box for one at another branch of the bank. If you accept that exchange, you agree to move the contents from the old box to the new box within 30 days from receipt of notice from us. If you do not accept the exchange, then the lease shall be treated as terminated by us.

In either case, you will remove the contents from the old box and return both keys or the combination to us in person within that 30-day period.

**Mailing Address.** You must notify us immediately in writing if you change your mailing address. We will regard the last address you have given us in our safe deposit vault record as correct, unless you have notified us in writing of any changes. You realize we may have to turn over the contents of the box to the state if you do not notify us of address changes.