UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Oct 20, 2010

United States District Court

Northern District of Florida

111 North Adams Street

Tallahassee, FL 32301

RE:   MDL No.   2036 - In Re: Checking Account Overdraft Litigation

Our Case No.   1:09-md-2036

Your Case No.   1:10-90 Shane Swift v. BancorpSouth, Inc.,

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable James Lawrence King          .

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** Dated 10/18/10) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By:   s/ Graciela Gomez
      MDL Clerk

Encl.

---

| ☒ 400 N. Miami Avenue<br>Room 8N09<br>Miami, FL 33128<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>Room 202<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ 300 S. Sixth Street<br>Ft. Pierce, FL 34950<br>772-595-9691 |