UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Oct 20, 2010

United States District Court

Southern District of New York

500 Pearl Street, Rm 120

New York, NY 10007-1312

RE:   MDL No.   2036 - In Re: Checking Account Overdraft Litigation

Our Case No.   1:09-md-2036

Your Case No.   1:10-4172 Jane Emmons v. Webster Bank, N.A.

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** Dated 10/18/10) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By:   s/ Graciela Gomez
      MDL Clerk

Encl.

---

☒ 400 N. Miami Avenue    ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street    ☐ 301 Simonton Street    ☐ 300 S. Sixth Street
Room 8N09                   Room 108                       Room 202                  Room 130                   Ft. Pierce, FL 34950
Miami, FL 33128             Ft. Lauderdale, FL 33301       W. Palm Beach, FL 33401   Key West, FL 33040         772-595-9691
305-523-5100                954-769-5400                   561-803-3400              305-295-8100