UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

## ORDER SETTING STATUS CONFERENCE

**THIS CAUSE** comes before the Court *sua sponte*. On August 2, 2010 the Court issued the first of several orders suspending briefing deadlines pending the outcome of petitions requesting an *en banc* rehearing before the United States Court of Appeals for the Eleventh Circuit on *Cappuccitti v. DirecTV, Inc.*, No. 09-14107, 2010 WL 2803093 (11th Cir. July 19, 2010). *See* (DE # 737, 790, 795). In effect those orders stayed this entire case. The Eleventh Circuit issued its order granting rehearing on October 15, 2010 holding "Specifically, [that] CAFA'S text does not require at least one plaintiff in a class action to meet the amount in controversy requirement of 28 U.S.C. § 1332(a). Accordingly, we construe both parties' petitions for rehearing en banc to include petitions for panel rehearing, vacate our earlier opinion, and replace it with this one." (footnote omitted.)

Accordingly, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. The above-styled case is hereby and the same is set for status conference on **Thursday, November 4, 2010 at 10:00 AM**, before the undersigned Judge

at James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

2. The parties shall submit a status report of motions currently pending before the Court no later than **Monday, November 1, 2010.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this October 22, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record