UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Shalaby v. Banco Santander, S.A, et al.*<br>S.D. Fla. Case No. 1:10-cv-22317 | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Christoph Shalaby hereby dismisses the above entitled action without prejudice against defendants Banco Santander, S.A. and Sovereign Bank.

Dated: October 22, 2010

/s/ Scott E. Kandell
Scott E. Kandell, Esquire
Florida Bar No. 079014
Scott@kandelllaw.com
**KANDELL & KANDELL, PA**
2665 South Bayshore Drive
Grand Bay Plaza, Suite 603
Miami, FL 33133
Tel: (305) 858-2220
Fax: (305) 858-2722

Tobias L. Millrood, Esquire
Pennsylvania Bar No. 77764
tmillrood@pbmattorneys.com

Derek T. Braslow, Esquire
Pennsylvania Bar No. 78994
Dbraslow@pbmattorneys.com
Bharati O. Sharma, Esquire
Pennsylvania Bar No. 88440
bsharma@pbmattorneys.com
**POGUST BRASLOW & MILLROOD, LLC**
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Tel: (610) 941-4204
Fax: (610) 941-4245

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott E. Kandell
Scott E. Kandell, Esquire
Florida Bar No. 079014
Scott@kandelllaw.com
**KANDELL & KANDELL, PA**
2665 South Bayshore Drive
Grand Bay Plaza, Suite 603
Miami, FL 33133
Tel: (305) 858-2220
Fax: (305) 858-2722