IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 09-2071 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 9 U.S.C. § 16, U.S. Bank National Association, defendant in the above-captioned actions, hereby appeals to the United States Court of Appeals for the Eleventh Circuit this Court's October 26, 2010 Order Denying Motion to Compel Arbitration [Dkt. No. 855].

Dated: October 27, 2010

                                            Respectfully Submitted,

                                            /s/ James R. McGuire
                                            James R. McGuire
                                            jmcguire@mofo.com
                                            MORRISON & FOERSTER LLP
                                            425 Market Street
                                            San Francisco, California  94105-2482
                                            Telephone: (415) 268-7000
                                            Facsimile: (415) 268-7522
                                            *Attorney for Defendant U.S. Bank, N.A.*

CERTIFICATE OF SERVICE

CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on October 27, 2010, I filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

|  |
| --- |
| /s/ James R. McGuire |

James R. McGuire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:     415.268.7000
Facsimile:      415.268.7522
jmcguire@mofo.com