FILED by ᴋ̲ˢ̲ D.C.

OCT 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bar of Texas.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

878672

1

**Name**: Kenneth C. Johnston
**State Bar No.**: TX Bar No. 00792608
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4222
**Email address**: kjohnston@krcl.com
**Fax**: (214) 7770-4299

Dated: September 28, 2010

_____
Kenneth C. Johnston
Attorney for Comerica Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by /KS D.C.
OCT 0 8 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

**CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bar of Texas.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

878184

1

**Name**: James B. Greer
**State Bar No.**: TX Bar No. 24014739
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4252
**Email address**: jgreer@krcl.com
**Fax**: (214) 777-4299

Dated: September 28, 2010

_____
James B. Greer
Attorney for Comerica Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

FILED by /h S D.C.

OCT 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bar of Texas.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

1020781

1

**Name**: Julie K. Biermacher
**State Bar No.**: TX Bar No. 24059456
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4220
**Email address**: jbiermacher@krcl.com
**Fax**: (214) 777-4299

Dated:  September 28, 2010

_____
Julie K. Biermacher
Attorney for Comerica Incorporated

1020781

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

FILED by KS D.C.

OCT 08 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bar of Texas.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

878674

1

**Name**: Joseph A. Hummel
**State Bar No.:** TX Bar No. 24056879
**Firm name:** Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4255
**Email address**: jhummel@krcl.com
**Fax**: (214) 7770-4299

Dated:  September 28, 2010

_____
Joseph A. Hummel
Attorney for Comerica Incorporated

878674

2