Print Form

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Oct 28, 2010

United States District Court

Northern District of Georgia

75 Spring Street, SW Rm 2211

Atlanta, GA 30303-3309

RE:  MDL No.      2036 In re: Checking Account Overdraft Litigation
     Our Case No. 09-md-2036
     Your Case No. 1 10-03027 Childs et al v. Columbus Bank & Trust et al

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable  James Lawrence King  .

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** 27 ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By:  s/ Graciela Gomez
     MDL Clerk

Encl.