UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## JOINT STATUS REPORT

Plaintiffs, through undersigned Plaintiffs' Lead Counsel, and Defendants, through undersigned Defendants' Liaison Counsel, hereby file this joint status report in accordance with the Court's Order Setting Status Conference for November 4, 2010 [D.E. 852], and state as follows:

### Pending Motions

The following is a list of motions currently pending before the Court:

| Motion | Docket Entry No. | Filed Date | Fully Submitted Date |
|---|---|---|---|
| JPMorgan Chase Bank, N.A.'s Motion to Stay Proceedings Relating to Claims of Certain Named Plaintiffs Pending Appeal | 601 | June 18, 2010 | July 1, 2010 |
| TD Bank, N.A.'s Motion to Dismiss and/or for Judgment on the Pleadings | 665 | July 9, 2010 | September 3, 2010 |
| Citizens Bank of Pennsylvania's Motion To Dismiss the Consolidated Amended Class Action Complaint | 666 | July 9, 2010 | August 30, 2010 |

| | | | |
|---|---|---|---|
| RBS Citizens, N.A.'s Joinder in Citizens Bank of Pennsylvania's Motion To Dismiss the Consolidated Amended Class Action Complaint | 668 | July 9, 2010 | August 30, 2010 |
| Plaintiffs' Omnibus Motion to Compel Production of Documents and Responses to Plaintiffs' Discovery Requests | 691 | July 16, 2010 | Briefing stayed pending resolution of *Cappuccitti* |
| JPMorgan Chase Bank, N.A.'s Motion to Compel Plaintiffs Estella Lopez, Linda McDaniel, Charles Reed, Jr., John Stone, and Andrea Luquetta to Produce Documents and to Answer Interrogatories | 693 | July 19, 2010 | Briefing stayed pending resolution of *Cappuccitti* |
| JPMorgan Chase Bank, N.A.'s Motion for Hearing on Motion to Compel [Dkt. No. 693] | 695 | July 19, 2010 | Briefing stayed pending resolution of *Cappuccitti* |
| JPMorgan Chase Bank's Motion to Stay Proceedings in Favor of Arbitration (Townsend) | 778 | September 1, 2010 | September 30, 2010 |
| Wells Fargo & Co. and Wells Fargo Bank, N.A.'s Motion to Stay Proceedings in Favor of Arbitration (Townsend) | 782 | September 1, 2010 | October 1, 2010 |
| U.S. Bank N.A.'s Motion to Stay Proceedings Pending Appeal | 861 | October 29, 2010 | Not yet ripe for decision |

| Fifth Third Bank's Motion to Stay Proceedings | 863 | November 1, 2010 | Not yet ripe for decision |

**Parties' Joint Submission Regarding Status of Various Cases**

1. Plaintiffs and the "First Tranche" Defendants – Bank of America, N.A., Citibank, N.A., JPMorgan Chase Bank, N.A., Union Bank, U.S. Bank, N.A. and Wells Fargo Bank, N.A. (also sued as Wachovia Bank, N.A.) – are in the process of meeting and conferring in an attempt to provide the Court with a Revised Scheduling Order to supersede the previous Scheduling Order for these cases dated May 13, 2010 [D.E. 463].  One First Tranche Defendant—U.S. Bank— has filed a notice of appeal from the Court's recent denial of its motion to compel arbitration and stay proceedings, and also filed a motion to stay proceedings pending that appeal.  U.S. Bank therefore respectfully requests that it be exempted from inclusion in the Revised Scheduling Order at this time.  Plaintiffs oppose U.S. Bank's request to be exempted from the Revised Scheduling Order.  Citibank and plaintiffs have agreed to mediation on November 29 and 30, 2010, subject to Citibank's providing certain electronic data by November 5, 2010.

2. The following Defendants, not in the First Tranche, have appealed this Court's Orders denying motions to compel arbitration to the Eleventh Circuit Court of Appeals:  Branch Banking & Trust Company; M&T Bank; SunTrust Bank; Regions Bank; KeyBank; and RBC Bank.  The parties agree that these Defendants need not attend the November 4, 2010 status conference based on this Court's prior entry of Orders staying all proceedings against these Defendants pending the outcome of their respective appeals [D.E. 590, 664, and 830].

3. Plaintiffs and the following Defendants that have entered the MDL relatively recently and are not yet subject to a scheduling order today filed a Joint Motion [D.E. 862]

3

requesting entry of a proposed Interim Scheduling Order: Associated Banc-Corp, BancorpSouth, Inc., Bank of the West, Capital One Financial Corp., Capital One Bank (USA), N.A., Comerica, Inc., Commerce Bank, N.A., Great Western Bank, Harris Bank, NA, M & I Marshall & Ilsley Bank, National City Bank, PNC Bank, N.A., RBS Citizens, N.A. and Webster Bank, N.A. The parties agree that the above Defendants that are parties to the Joint Motion requesting entry of the proposed Interim Scheduling Order need not attend the November 4, 2010 status conference. Other Defendants that do not agree with entry of the Interim Scheduling Order – including Fifth Third Bank and Iberiabank – plan to attend the November 4, 2010 status conference and will be prepared to address their positions with respect to entry of an Interim Scheduling Order covering the transferred actions pending against them.

4. Counsel for Plaintiffs and counsel for TD Bank will be prepared to present argument on TD Bank's motion to dismiss at the November 4, 2010 status conference in accordance with the Court's September 15, 2010 Order [D.E. 795]. Counsel for RBS Citizens, N.A. and Citizens Bank of Pennsylvania who will be arguing the motions to dismiss for those banks has an irreconcilable scheduling conflict with the status conference set for November 4. Accordingly, RBS Citizens, N.A. and Citizens Bank of Pennsylvania request that oral argument be set in accordance with the Court's September 15, 2010 Order [D.E. 795] at a date in the near future.

Respectfully submitted,

Dated: November 1, 2010.

<table>
<tr><td>

/s/ Barry R. Davidson
Barry R. Davidson, Esquire
Florida Bar No. 107678
bdavidson@hunton.com
Jamie Zysk Isani, Esquire
Florida Bar No. 0728861
jisani@hunton.com
HUNTON & WILLIAMS LLP
Suite 2500
1111 Brickell Avenue
Miami, Florida  33131
Tel: 305-810-2500
Fax: 305-810-2460

*Defendants' Liaison Counsel*

</td><td>

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Robert C. Gilbert, Esquire
Florida Bar No. 561861
bobby@alterslaw.com
ALTERS BOLDT BROWN
 RASH & CULMO, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel:  (305) 571-8550
Fax:  (305) 571-8558

*Plaintiffs' Lead Counsel*

</td></tr>
</table>

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Robert C. Gilbert, Esquire
Florida Bar No. 561861
bobby@alterslaw.com
ALTERS BOLDT BROWN
 RASH & CULMO, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel:  (305) 571-8550
Fax:  (305) 571-8558

*Plaintiffs' Lead Counsel*