UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 09-MD-02036-JLK

_____
|
IN RE: CHECKING ACCOUNT                  |
OVERDRAFT LITIGATION                     |
                                         |
MDL No. 2036                             |
_____|

_____
                                         )
THIS DOCUMENT RELATES TO:                )
                                         )
*Lopez v. JPMorgan Chase Bank, N.A.*     )
S.D. Fla. Case No. 1:09-cv-23127-JLK     )
                                         )
*Luquetta v. JPMorgan Chase Bank, N.A.*  )
S.D. Fla. Case No. 1:09-cv-23432-JLK     )
C.D. Cal. Case No. CV09-6967-GHK         )
_____)

## NOTICE OF APPEARANCE FOR JP MORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that the undersigned law firm enters its appearance as co-counsel in these proceedings for defendant JPMorgan Chase Bank, N.A.  All parties are requested to take notice of said appearance and serve copies to the undersigned of any and all pleadings, motions, notices, filings, memoranda and/or other documents and papers of any kind or nature in these proceedings, whether filed by the Court or any other party in interest.

Respectfully submitted:

**Homer Bonner, P.A.**

s/  Peter W. Homer
_____
Peter W. Homer
Florida Bar No. 291250
Gregory J. Trask
Florida Bar No. 0055883

1

1441 Brickell Avenue
Suite 1200
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-2738
phomer@homerbonner.com
gtrask@homerbonner.com

*Attorneys for defendant*
*JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Peter W. Homer