UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## ORDER DIRECTING COUNSEL TO USE THEIR DISCRETION REGARDING ATTENDANCE AT COURT-ORDERED HEARINGS

The Court, October 22, 2010 (D.E. #852) scheduled a Status Conference to be held Thursday, November 4, 2010 at 10:00 a.m. before the undersigned judge and required counsel to submit a written Status Report of motions currently pending before the Court no later than November 1, 2010.

The Joint Status Report (D.E. #864) contained, among other representations to the Court regarding pending motions, an alleged agreement between parties reflecting that some of the counsel "... need not attend the November 4, 2010 Status Conference." Subsequently telephonic inquiry to chambers regarding whether or not certain counsel needed - or did not need - to attend the Court-ordered hearing were received by the Judge's staff. Traditionally, following generally recognized litigation practice, once the hearing is Court set, the parties are generally expected to attend. It is not a matter for counsel to agree among themselves as to whether or not they will - or will not attend. This is a matter entirely up to the individual counsel as to whether or not he or she believes that in the course of responsibly representing

their client they <u>need</u> to be there. Simply put, the Court is not offended by counsel's decision not to attend on scheduled hearings dealing primarily with the arrangements for scheduling the ultimate progress of the case to pre-trial and trial, if they individually decide they do not want to be there. However, all parties should clearly understand that the Court does intend to proceed with all hearings (scheduled by the Court), with input from the lawyers that elect to be present. If counsel does not feel that his or her presence is needed of course, that matter is entirely up to that lawyer.

It will not be any excuse or justification for failure to attend, or petition for rehearing for actions in decisions made at such a hearing, that "I talked to the other lawyers and they said that I didn't need to be there."

The Status Hearing that was scheduled for November 4, 2010 will, obviously, deal with issues that may well be of significant importance to each and every party (i.e., dates for conducting discovery, motion practice, pre-trial and trial). It is therefore,

ORDERED, ADJUDGED and DECREED that each counsel should make his or her own determination of whether or not they feel their presence is needed and be guided by that individual (client-oriented) decision without the necessity of having to discuss with other counsel, or the Court, the simple issue of whether or not to attend.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, dated this 3rd day of November, 2010.

                                                 /s/ James Lawrence King  
                                                 JAMES LAWRENCE KING  
                                                 UNITED STATES DISTRICT JUDGE  
                                                 SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record