Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com

Plaintiff *Pro Se*

FILED BY _____ D.C.

NOV - 2 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK & COMPANY.,<br>WELLS FARGO BANK, NA., J.P<br>MORGAN CHASE, CHASE BANK USA,<br>N.A., AND AS SUCCESSORS IN<br>INTEREST TO WASHINGTON MUTUAL<br>BANK FA., Does 1-10<br><br>    Defendants. | MDL Case **No. 10-2036**<br><br>Southern District of Florida Case No.<br>**10-CV-21834-JLK**<br><br>Central District of California Case No:<br>**CV10-00550 ODW(MLGx)**<br><br>**PLAINTIFF'S STATUS REPORT** |

TO THE HONORABLE COURT, LISTED DEFENDANTS, AND THEIR COUNSEL OF RECORD:

COMES NOW Plaintiff Robert Townsend (hereinafter "Townsend"), and hereby files this, his status report on pending motions, per the Court's October 22, 2010 order:

1. As of November 1, 2010, there are two motions pending before this Court: Defendants Wells Fargo's and Chase's motions to stay the litigation in favor of arbitration.

2. Townsend has filed papers opposing Chase's and Wells Fargo's motions to stay the litigation in favor of arbitration, and an unopposed motion for extension of time to file

these oppositions late. Chase and Wells Fargo have since filed replies in support of their motions to stay the litigation in favor of arbitration.

3. Townsend respectfully directs the Court's attention to important procedural history in Townsend's litigation to date. Townsend filed the instant lawsuit in January 2010, nearly ten months ago, in the Central District of California. Chase unsuccessfully attempted to block the MDL panel from transferring Townsend's case to this Court. Instead, the MDL panel transferred this case into this Florida Court's jurisdiction, in June 2010. But Neither Chase nor Wells Fargo has filed an original answer to Townsend's complaint in the ten months since he has brought suit. The case has been without the benefit of a scheduling order to facilitate fair case management. In the meantime, Wells Fargo or Chase displayed a very belated interest in arbitration in late August 2010. (This may well have been spurred by Wells Fargo's was substantial defeat in an overdraft fees case similar to the instant lawsuit; Wells Fargo was ordered to pay $203,000,000 to the class action plaintiffs (*Gutierrez v. Wells Fargo*, 07-05923, U.S. District Court, Northern District of California (San Francisco)). Townsend requests respectfully that the Court issue a scheduling order so that the parties may confer and submit a joint case management plan.

4. Townsend also respectfully reminds this Court that he has twice filed motions for partial summary judgment seeking an order declaring Wells Fargo's and Chase's mandatory binding arbitration clauses (contained within their checking account deposit agreements) both procedurally and substantially unconscionable, and thus unenforceable. However, the Court has denied these motions without prejudice on the grounds that they are premature until such time as Chase's and Wells Fargo's motions for arbitration are adjudicated.

**PRAYER**

Wherefore, premises considered, Plaintiff Robert Townsend respectfully prays that the Court :

a. Accept his status report;

b. Issue a scheduling order directing the parties to confer and file a joint case management plan;

c. Grant Townsend any other relief to which the Court may find him entitled.

DATED: November 1, 2010

Respectfully Submitted:

Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

## DECLARATION OF PLAINTIFF ROBERT TOWNSEND IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT

I, ROBERT TOWNSEND, declare that I am the Plaintiff in the above entitled action and am above the age of majority.

I declare under penalty of perjury of the laws of the United States that the foregoing status report is true, correct, and within my personal knowledge.

DATE: November 1, 2010

Robert Townsend, Plaintiff

## CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY U.S. MAIL**

Respectfully submitted,

By: /s/

ROBERT TOWNSEND,

P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED:  November 1, 2010

## PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 32545 "B" Golden Lantern, Dana Point, Ca 92629

On November 1, 2010 I served the foregoing document described, Plaintiffs Status Report per Courts October 22, 2010

**SEE ATTACHED MDL No. 2036 - Panel Service List (CTO-13)**

On all interested parties in this action to and by:
___    BY placing _ _a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

X___   **BY MAIL OR E-MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service *is* presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

        **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

        **BY FACSIMILE TRANSMISSION:** From Fax No. 949-495-0580 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and the machine reported no error.

        **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

LA/632899v1

1
2
3    I declare that I am employed in the office of a member of
4  the Bar of this Court, at whose direction the service was made.
5
   EXECUTED on November 1, 2010 at Dana Point, Ca 92629
6
7  
8    _____
       (Mike Lee)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA/632899v1