UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23126-JLK

*Waters, et. Al. v. U.S. Bank*, N.A.
S.D. Fla. Case No. 1:09-23034-JLK
_____/

## ORDER DENYING DEFENDANT U.S. BANK'S MOTION FOR STAY PENDING APPEAL

**THIS CAUSE** comes before the Court upon Defendant U.S. Bank's Motion to Stay Litigation Pending Appeal (DE # 861) filed on October 29, 2010. Defendant U.S. Bank moves for a stay in order to appeal the Court's October 26, 2010 Order denying its Motion to Compel Arbitration and Stay the Litigation (DE # 855).

Based on the standard set forth in *Blinco,* an appeal from a Motion denied as untimely filed is frivolous. *See Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249 (11th Cir. 2004) ("[w]hen a litigant files a motion to stay litigation in the district court pending an appeal from the denial of a motion to compel arbitration, the district court should stay the litigation so long as the appeal is non-frivolous"). On these facts

Defendant's Motion to Compel Arbitration was not denied on substantive grounds, but rather as untimely filed. Defendant contravened orders of the Court on two (2) separate occasions granting them an opportunity to file their motion. The Court finds that taking an appeal from a denial of an untimely-filed motion, as Defendant's Motion to Compel Arbitration was, is frivolous. Therefore,

It is **ORDERED, ADJUDGED, and DECREED** that Defendant U.S. Bank's Motion to Stay Litigation Pending Appeal (**DE # 861**) be, and the same is hereby, **DENIED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 3rd of November, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record