IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Eivet v. IberiaBank,*
S.D. Fla. Case No. 1:10-CV-23790-JLK
_____/

## NOTICE OF APPEARANCE

The law firm of Carlton Fields, P.A., hereby files this Notice of Appearance as counsel of record on behalf of Defendant IberiaBank, ("IberiaBank"), and requests copies of all further pleadings and notice of all further proceedings in the above matter.

Dated: November 3, 2010

*s/ Thomas J. Meeks*
Thomas J. Meeks (Fla. Bar No. 314323)
e-mail: tmeeks@carltonfields.com
Aaron Weiss (Fla. Bar No. 48813)
e-mail: aweiss@carltonfields.com
**CARLTON FIELDS, P.A.**
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Tel:  (305)  530-0050
Fax:  (305)  530-0055
*Attorneys for Defendant, IberiaBank*

17664201.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Thomas Meeks*
Thomas Meeks

## SERVICE LIST

*Eivet v.IberiaBank*
Case No. 10-cv-23790-KING
United States District Court, Southern District of Florida

Wayne H. Schwartz, Esq.
e-mail: Schwartz@leeamlaw.com
**LEE & AMITZIS, P.L.**
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Tel: 561-981-9988
Fax: 561-981-9980
*(via electronic filing)*