UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## AMENDED CIVIL MINUTES

IN RE: CHECKING ACCOUNT                Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION
                                       Date    November 4, 2010

                                       JUDGE JAMES LAWRENCE KING


DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Larry Herr

TYPE OF PROCEEDING:

Scheduling Conference___           Status Conference X
Pre-Trial Conference   ___         Motion Hearing     ___

Counsel for Plaintiff: Bruce Rogow, Esq. Robert Gilbert, Esq. Ted Trief, Esq. Christina Guzman, Esq. Michael W. Sobol, Esq. David Stellings, Esq. Richard McCune, Esq. Sean Matt, Esq. Barbara E. Olk, Esq. Patricia Syverson, Esq. Todd Carpenter, Esq. Rachel Jensen, Esq. Matthew Schelkopf, Esq. Joseph Sanders, Esq. Bonny Sweeney, Esq. John Gravante, Esq. Jeff Ostrow, Esq. Mazin Sbaiti, Esq. Bruce Steckler, /esq. Peter Prieto, Esq. Ruben Honik, Esq. Ken Grunfeld, Esq. Robert Josefberg, Esq.

Counsel for Defendant: Bill Kayatta, Esq. Laurence J. Hutt, Esq. Barry R. Davidson, Esq. James McGuire, Esq. Jamie Z. Isani, Esq. Mark D. Lonergan, Esq. David Jolley, Esq. Amy S. Rubin, Esq. Christopher R. Lipsett, Esq. William J. Holley, Esq Peter W. Homer, Esq. Sonya D. Winner, Esq. Alan G. Greer, Esq. Gabriel Scannapieco, Esq. David S. Lesser, Esq. Shelia Carson, Esq. Randy Liebler, esq. Peter Bales, Esq. Emily J. Henn, Esq. Eric J. Taylor, Esq. Chris Tarbell, Esq. Benjamin Reid, Esq. Brian C. Frontino, Esq. Kenneth C. Johnson, Esq.

Motion:    DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT (D.E. 665)

Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE:          _____
PRE-TRIAL MOTIONS FILED BY:      _____
STATUS CONFERENCE SET FOR:       _____
SCHEDULING CONFERENCE SET FOR:   _____
PRE-TRIAL CONFERENCE SET FOR:    _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO:              _____

- The Court stated it's analogy of the pending motions to be

- held this date (D.E. 665, 666 and 668).
- The Court acknowledge the Joint Status Report (D.E. 864) was filed
- The Court has acknowledged that counsel(to argue the motions) has irreconcilable conflicts and cannot attend this hearing which filed (D.E. #666 and 668)
- However, Gabe Scannapieco, counsel for RBS Citizens Bank) has appeared and will argue the motions
- The Court acknowledges that a Briefing Schedule for D.E. #691, 693, and 695 has to be set
- The Pro Se' litigant filed motions (D.E. #778 and 782) did not appear
- Oral Argument held on Defendant's Motion to Dismiss Amended Complaint (D.E. #665) was held (Bill Kayatta, Esq.) - (Robert Gilbert, Esq.)
- Oral Argument held on Defendant's Motion to Dismiss Amended Complaint (D.E. #666) and Defendant's Motion to Adopt/Join Defendant"s Motion to Dismiss (665) (D.E. #668) was held (Gabriel Scannapieco, Esq) - (Robert Gilbert, Esq.)
- The Court has reviewed carefully the pleadings and motions
- The Court is of the opinion that the Hausler case does not alter the original decision and that these 3 motions is hereby DENIED
- The Court hereby orders Mr. Gilbert to submit an order outlining the Court's ruling on D.E. 665, 666 and 668.
- The 3 Motions to Compel Documents (D.E. #691, 693 and 695) is DENIED AS MOOT
- Oral argument held on Defendant's Motion to Stay Proceedings (D.E. #601) was held (Peter W. Homer, Esq.) - (Robert Gilbert, Esq.)
- The Court finds that the Motion (D.E. #601) be and the same is taken under advisement
- The Briefing Schedule hearing held
- The Court notes the following: 1) The Scheduling Order (D.E. #463) involved only 13 cases; 2) The Scheduling Order (D.E. #444) involved only 7 cases; of which is 20 cases total out of 56 cases.
- Counsel for the Plaintiff (Robert Gilbert) advises the Court of the administrative grouping of the cases (1st, 2nd (on appeal), 3rd (ready to file pleadings), 4th (14 banks), etc. trunche) for the purpose of briefing/pleadings scheduling of the cases
- The Court finds that when scheduling hearings and/or filing pleadings and motions the hearing and/or pleading  will be titled Trunche 1 or Trunche 2, etc. to distinguish the various groups of cases