UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Harris v. Associated Banc-Corp*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK

*Swift v. BancorpSouth, Inc.*
N.D. FL, C.A. No. 1:10-00090-SPM-AK

*Billen v. Bank of the West*
N.D. CA Case No. 3:10-cv-03956
S.D. FL Case No. 1:10-cv-23666

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. FL Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. FL Case No. 1:10-cv-22931-JLK

*Steen v. Capital One Financial Corp.*
E.D.La. Case No. 10-cv-01505
S.D. FL Case No. 1:09-cv-21681-JLK

*Simmons v. Comerica, Inc.*
N.D. TX Case No. 3:10-cv-326
S.D. FL Case No. 1:10-cv-22958-JLK

*Wolfegeher v. Commerce Bank, N.A.*
W.D. MO Case No. 10-cv-00328
S.D. FL Case No. 1:10-cv-22017-JLK

*McKinley v. Great Western Bank*
W.D. MO Case No. 4:10-595
S.D. FL Case No. 1:10-cv-22770-JLK

*Blahut v. Harris Bank, NA*
N.D. IL Case No. 1:10-2543
S.D. FL Case No. 1:10-cv-21821-JLK

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

*Matos v. National City Bank,*
S.D. FL. Case No. 10-cv-21771

*Virgilio S. Casayuran Jr. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL Case No. 10-cv-20496-JLK

*Hernandez v. PNC Bank, N.A.*
S.D. FL Case No. 10-21868-JLK

*Cowen v. PNC Bank, National Association*
S.D. FL Case No. 10-21869-JLK

*Blankenship v. RBS Citizens,N.A.*
D. RI Case No. 1:10-cv-163
S.D. FL Case No. 1:10-cv-22942-JLK

*Durgin v. RBS Citizens, N.A.*
D. MA Case No. 1:10-cv-11493
S.D. FL Case No. 1:10-cv-23658-JLK

*Chierici v. Citizens Financial Group, Inc.* et al,
D.N.J. 1:10-cv-02718
S.D. Fl. 1:10-cv-22323-JLK

*Emmons v. Webster Bank, N.A.*
S.D. NY Case No. 1:10-04172

**INTERIM SCHEDULING ORDER RE ASSOCIATED BANC-CORP,
BANCORP SOUTH, INC., BANK OF THE WEST, CAPITAL ONE FINANCIAL
CORP., CAPITAL ONE BANK (USA), N.A., COMERICA, INC., COMMERCE BANK,
N.A., GREAT WESTERN BANK, HARRIS BANK, N.A., M & I MARSHALL & ILSLEY**

**BANK, NATIONAL CITY BANK, PNC BANK, N.A., RBS CITIZENS, N.A., AND WEBSTER BANK, N.A.**

The above-styled actions were recently transferred to this Court by the Judicial Panel on Multidistrict Litigation. Consistent with Scheduling Order No. 1 **[DE # 59]** and prior proceedings involving other defendants involved in this MDL proceeding, plaintiffs' lead counsel and counsel for the above-named defendants have jointly proposed that the Court adopt the following interim scheduling order with respect to those actions brought against Associated Banc-Corp, Bancorp South, Inc., Bank of the West, Capital One Financial Corp., Capital One Bank (USA), N.A., Comerica, Inc., Commerce Bank, N.A., Great Western Bank, Harris Bank, N.A., M & I Marshall & Ilsley Bank, National City Bank, PNC Bank, N.A., RBS Citizens, N.A., and Webster Bank, N.A. filed in, or finally transferred to, this Court as of October 31, 2010. Based on the parties' joint motion, and pursuant to S.D. Fla. L. R. 16.1, the parties to the above-styled actions shall comply with the following dates and deadlines:

| Deadline for defendants to file motions to compel arbitration | 10 days following entry of this order |
| --- | --- |
| Deadline for plaintiffs to file amended and/or consolidated complaints in those actions where motions to compel arbitration are not filed | 30 days following entry of this order |
| Deadline for defendants to file non-merits and merits motions (other than motions to compel arbitration) or answers directed to amended and/or consolidated complaints | 45 days following plaintiffs' filing of amended and/or consolidated complaints |
| Deadline for plaintiffs to file oppositions to motions directed to amended and/or consolidated complaints | 30 days following defendants' filing of motions directed to amended and/or consolidated complaints |

| | |
|---|---|
| Deadline for defendants to file replies to motions directed to amended and/or consolidated complaints | 20 days following plaintiffs' filing of responses to motions directed to amended and/or consolidated complaints |
| Parties to meet and confer regarding proposed scheduling order for remainder of proceedings in all actions covered by this order | Within 15 days following the earlier of the filing of an answer by that defendant or a ruling on a motion to dismiss filed in lieu of an answer |
| Deadline for parties to file proposed agreed scheduling order (or competing scheduling orders, if not agreed) | Within 30 days following the initiation of the meet and confer |

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 4 day of November 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record