UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JKL
N.D. Cal. Case No. 3:09-cv-2186

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 4:08-cv-05101-SBA

*Lopez, et al. v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23126-JLK

*Waters, et al. v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23034-JLK
N.D. Cal. Case No. 3:09-cv-2071

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

*Garcia v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**REVISED SCHEDULING ORDER**
**(PERTAINING TO "FIRST TRANCHE" CASES)**

After giving due consideration to the schedule proposed by the parties, the Court issues the following Revised Scheduling Order (pertaining to "First Tranche" cases listed in the caption above) in accordance with S.D. Fla. L. R. 16.1. The dates in this Revised Scheduling Order replace and supersede all prospective dates in the previous Scheduling Order for these cases dated May 13, 2010 [DE #463].

| ACTIVITY | DATE |
| --- | --- |
| Deadline to file motions for class certification | April 25, 2011 |
| Deadline to file oppositions to class certification motions | 45 days after motions are filed |
| Deadline to file replies on motions for class certification | 25 days after oppositions are filed |
| Hearings on motions for class certification | To be set by Court |
| Deadline for parties to exchange lists of lay persons (non-expert) they anticipate calling at trial as witnesses | 10 days after the Court enters its rulings on class certification, to be supplemented 60 days prior to completion of all discovery |

2

| | |
|---|---|
| Deadline for parties to designate experts and serve expert disclosures | 100 days after the Court enters its rulings on class certification |
| Deadline for parties to file objections to designated experts and file *Daubert* motions | 130 days after the Court enters its rulings on class certification |
| Deadline for completion of all discovery | November 10, 2011 |
| Mediation completed and report filed | November 18, 2011 |
| Deadline for filing all motions, including summary judgment motions and motions in limine | December 12, 2011 |
| Deadline for filing responses to all motions due by December 12, 2011 | January 12, 2012 |
| Deadline for filing replies in support of all motions due December 12, 2011 | January 26, 2012 |
| Deadline for parties to meet and confer about pre-trial stipulation (for those cases to be tried in this Court) | February 1, 2012 |
| Deadline for filing pre-trial stipulation (for those cases to be tried in this Court) | February 21, 2012 |
| Pre-trial conference (for those cases to be tried in this Court) | February 27, 2012 at 9:30 a.m. |
| Trial (for those cases to be tried in this Court) | March 26, 2012 |

This schedule is ordered without prejudice to the right of any party to seek adjustments or modifications from the Court as circumstances warrant.

DONE AND ORDERED in chambers at the James Lawrence King United States Courthouse, Miami, Florida, dated this ___4___ day of November 2010.

Honorable James Lawrence King
United States District Judge