UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## NOTICE OF APPEARANCE

PLEASE take notice that Benjamine Reid of the law firm of CARLTON FIELDS, P.A., Miami Tower, 100 Southeast 2nd Street, Suite #4200, Miami, Florida 33131, hereby enters his appearance as co-counsel on behalf of Defendants, Associated Banc-Corp. and Harris N.A.

## REQUEST FOR ELECTRONIC SERVICE ON COUNSEL THROUGH THE CM/ECF SYSTEM

Defendants, Associated Banc-Corp. and Harris Bank, N.A, by and through undersigned local counsel, request that counsel for Defendants, Associated Banc-Corp. and Harris Bank, N.A receive service of all documents filed with the Court and all Court orders in this action via the CM/ECF system.  Therefore, Defendants, Associated Banc-Corp. and Harris Bank, N.A respectfully request that the following counsel be added to the Court's electronic notification mailing list:

      Benjamine Reid        breid@carltonfields.com

17673758.1

Respectfully submitted,

CARLTON FIELDS, P.A.
*Attorneys for Defendants Associated
   Banc-Corp and Harris Bank, N.A.*
Miami Tower
100 Southeast Second Street, #4200
Miami, Florida  33131
Telephone: (305) 530-0050
Facsimile:  (305) 530-0055


By: *s/ Benjamine Reid*
  BENJAMINE REID
  Florida Bar No. 193522
  Email: breid@carltonfields.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of November, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        *s/ Benjamine Reid*
        BENJAMINE REID

17673758.1