UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

PLAINTIFFS' RESPONSE TO JPMORGAN CHASE BANK'S
NOTICE OF ACTION BY THE ELEVENTH CIRCUIT

Plaintiffs respond to JPMorgan Chase Bank, N.A.'s ("Chase") Notice of Action by the Eleventh Circuit Pertinent to Chase's Motion to Stay Proceedings. **[DE # 866]**. Chase's notice is irrelevant since the recent action by the Eleventh Circuit does not address nor affect the issues raised by Plaintiffs in their opposition to Chase's motion for a stay pending appeal. **[DE # 620]**.

On June 16, 2010, this Court denied Chase's arbitration motions, without prejudice to its right to re-file these motions following discovery. **[DE # 594]**. Chase appealed this non-merits order to the Eleventh Circuit and moved this Court to stay the actions relating to certain named plaintiffs in *Luquetta* and *Lopez*. **[DE # 601]**. Plaintiffs filed their opposition, asserting several grounds upon which to deny Chase's motion to stay, including that (1) *Blinco* is not applicable under the circumstances; (2) Chase's appeals are frivolous because it waived its ability to move

for arbitration; (3) Chase's appeals are frivolous because they will fail on the merits; and (4) Chase's request for a stay will undermine the benefits of this MDL process. **[DE # 620**, pp. 6-16**]**.

In a separate motion filed with the Eleventh Circuit, Plaintiffs also sought to dismiss Chase's appeal on the ground that the Eleventh Circuit lacks jurisdiction. The sole argument raised by Plaintiffs was that the appellate court lacks jurisdiction because Chase is appealing a non-final order that does not reach the merits of the arbitration motion. This argument to the Eleventh Circuit was separate and independent from Plaintiffs' opposition to Chase's motion for a stay pending appeal. Although the Eleventh Circuit recently denied the motion to dismiss, contrary to the suggestions in Chase's recent filing **[DE # 866]**, the Eleventh Circuit did *not* address *nor* reject any of Plaintiffs' arguments demonstrating why a stay pending appeal is improper under *Blinco*. The Eleventh Circuit merely determined that it has jurisdiction.

Plaintiffs have previously shown sufficient grounds to warrant denial of Chase's motion to stay pending appeal, including that Chase's arbitration motion was *untimely* – the same basis upon which this Court recently denied U.S. Bank's motion for a stay pending appeal. **[DE # 874]**. Chase's notice of action is irrelevant to the issue of whether a stay pending appeal should be granted or denied. Granting Chase a stay pending appeal will reward dilatory conduct and result in the litigation against Chase being fractured and grossly inefficient. Chase's motion for a stay pending appeal should therefore be denied.

Dated: November 5, 2010.

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Robert C. Gilbert, Esquire
Florida Bar No. 561861
bobby@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

*Plaintiffs' Lead Counsel*

/s/ Robert C. Josefsberg
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800
vdiaz@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W Flagler Street - Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Edward Adam Webb
Edward Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 East 58th street - 34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

3

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Melissa K. Hutts, Esquire
Texas Bar No.  0188015
mhutts@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

*Plaintiffs' Executive Committee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
bobby@alterslaw.com