IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 09-2071 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING TRANSCRIPT INFORMATION FORM AND DESIGNATION OF RECORD ON APPEAL**

Defendant U.S. Bank, National Association hereby gives notice that it has filed in above-captioned actions its Transcript Information Form and its Designation of the Record on Appeal

Dated: November 5, 2010

                Respectfully Submitted,

                /s/ James R. McGuire
                James R. McGuire
                jmcguire@mofo.com
                MORRISON & FOERSTER LLP
                425 Market Street
                San Francisco, California 94105-2482
                Telephone: (415) 268-7000
                Facsimile: (415) 268-7522
                *Attorney for Defendant U.S. Bank, N.A.*

## CERTIFICATE OF SERVICE

## CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on November 5, 2010, I filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

      /s/ James R. McGuire

James R. McGuire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:     415.268.7000
Facsimile:     415.268.7522
jmcguire@mofo.com

sf-2915029                    1