IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 09-2071 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING AMENDED DESIGNATION OF RECORD ON APPEAL

Defendant U.S. Bank, National Association hereby gives notice that it has filed in above-captioned actions its Amended Designation of the Record on Appeal

Dated: November 8, 2010

                                          Respectfully Submitted,

                                        /s/ James R. McGuire
                                        James R. McGuire
                                        jmcguire@mofo.com
                                        MORRISON & FOERSTER LLP
                                        425 Market Street
                                        San Francisco, California 94105-2482
                                        Telephone: (415) 268-7000
                                        Facsimile: (415) 268-7522
                                        *Attorney for Defendant U.S. Bank, N.A.*

CERTIFICATE OF SERVICE

CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on November 8, 2010, I filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ James R. McGuire

James R. McGuire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:     415.268.7000
Facsimile:     415.268.7522
jmcguire@mofo.com

sf-2917871                                                                1