UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:09-MD-02036-JLK

FILED by U/M D.C.

NOV 0 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No: 2036

_____/

**MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING
PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEYS**

Pursuant to Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 2.1(c)"), and this Court's Order dated November 24, 2009 (Doc. 166, the "Order"), the undersigned respectfully moves for the admission of and electronic filing privileges for the additional attorneys listed in paragraph 1, below, who seek to become counsel of record in cases that originated in other districts and have been transferred to this MDL proceeding, for limited appearance as counsel on behalf of Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank ("M&I"), and in support thereof state as follows:

1. The below-listed attorneys are not admitted to practice in the Southern District of Florida and are members in good standing of the State Bar of Wisconsin. These attorneys represent M&I in connection with the case *Eno v. M&I Marshall & Ilsley Bank d/b/a/ M&I Bank*, Case No. 2:10-cv-00376, which was transferred to this MDL proceeding from the Middle District of Florida pursuant to 28 U.S.C. § 1407:[1]

---

[1] Certifications signed by each of the attorneys named in paragraph 1, stating that they are members in good standing of their respective jurisdictions and have reviewed the Local Rules of

**For Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank**

Howard A. Pollack
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9551
Fax: (414) 273-5198
hpollack@gklaw.com

Michael B. Apfeld
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9500
Fax: (414) 273-5198
mapfeld@gklaw.com

John L. Kirtley
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9685
Fax: (414) 273-5198
jkirtley@gklaw.com

Andrew S. Oettinger
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9618
Fax: (414) 273-5198
aoettinger@gklaw.com

the United States District Court for the Southern District of Florida, are attached hereto as Exhibit A.

2. The *Eno* case was transferred to this MDL proceeding before the attorneys listed in paragraph 1, above, could file their motions for limited appearance in that case.

3. MDL Rule 2.1(c), which, as of October 4, 2010, has replaced former MDL Rule 1.4, states that

> [e]very member in good standing of the Bar of any district court of the United States is entitled to practice before the Panel, provided, however, that he or she has established and maintains a CM/ECF account with any United States federal court. Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties are not required to obtain local counsel.

4. Each of the attorneys named in paragraph 1, above, is a member in good standing in the United States District Court for the Eastern District of Wisconsin and has established and maintains a CM/ECF account with that court. Therefore, under MDL Rule 2.1(c), they are entitled to practice before the Panel.

5. Pursuant to MDL Rule 2.1(c), the undersigned requests that the Court waive the requirement of this District's Special Rule 4.B.3 that attorneys admitted on a limited appearance basis must designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

6. Further, as contemplated by the Order, the undersigned requests that pursuant to MDL Rule 2.1(c), the attorneys admitted on a limited appearance basis in this MDL proceeding be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.3.

3

7. Pursuant to MDL Rule 2.1(c) and the Order, the undersigned requests that the Court waive the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 1, above.

WHEREFORE, the undersigned moves this Court to enter an Order (i) permitting the attorneys listed in paragraph 1, above, to appear before this Court on behalf of their respective clients for all purposes relating to the proceedings in the above-styled MDL matter; (ii) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf; (iii) directing the Clerk to provide CM/ECF usernames and passwords to each attorney listed in paragraph 1; and (iv) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of each attorney named in paragraph 1.

Respectfully submitted,

*/s/ Howard A. Pollack*

Howard A. Pollack
Wisconsin Bar No. 1014328
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9551
Fax: (414) 273-5198
hpollack@gklaw.com
*Counsel for Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2010, the foregoing document was served on the counsel of record identified on the attached Service List in the manner specified.

Howard A. Pollack
Wisconsin Bar No. 1014328
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9551
Fax: (414) 273-5198
hpollack@gklaw.com
*Counsel for Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank*

## SERVICE LIST

### [Service by U.S. Mail]

Bruce S. Rogow
BRUCE S. ROGOW PA
500 East Broward Blvd., Ste. 1930
Fort Lauderdale, FL 33394
(954) 767-8909
Fax: (954) 467-2210
guntherc@rogowlaw.com
*Plaintiffs' Lead Counsel*

Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
CADDELL & CHAPMAN
1331 Lamar Street, Ste. 1070
Houston, TX 77010
(713) 751-0400
Fax: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
csf@caddellchapman.com
*Counsel for Delphia Simmons*

Christopher G. Hayes
LAW OFFICE OF CHRISTOPHER G. HAYES
225 South Church Street
Westchester, PA 19382
(610) 431-9505
Fax: (610) 431-1269
chris@chayeslaw.com
*Counsel for Delphia Simmons*

David Lawrence Ferguson
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ferguson@kolawyers.com

Robert Cecil Gilbert
ALTERS BOLDT BROWN RASH & CULMO
4141 NE 2nd Avenue, Ste. 201
Miami, FL 33137
(305) 571-8550
Fax: (305) 571-8558
bobby@abbrclaw.com
*Plaintiffs' Lead Counsel*

Matthew D. Schelkopf
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS
One Haverford Center
361 West Lancaster Avenue
Harverford, PA 19041
(610) 642-8500
Fax: (610) 642-3633
matthewschelkopf@chimicles.com
*Counsel for Delphia Simmons*

Barry R. Davidson
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Ste. 2500
Miami, FL 33131-3136
(305) 810-2539
Fax: (305) 810-2462
bdavidson@hunton.com
*Temporary Liaison Counsel*

Jeffrey Miles Ostrow
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ostrow@kolawyers.com

5548342_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No: 2036
_____/

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
AND ELECTRONIC FILING PRIVILEGES FOR
DEFENDANT'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendant's Out-of-State Attorneys, requesting pursuant to Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 2.1(c)"); the Court's November 24, 2009 Order (Doc. 166, the "Order"); and Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), permission for a limited appearance of and electronic filing privileges for the additional attorneys listed below who are counsel for M&I Bank, a defendant in an action that has been transferred from another district to this MDL proceeding. This Court having considered the motion and all other relevant factors, hereby orders as follows:

It is ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorneys is GRANTED.

2. The following additional attorneys are granted to appear and participate in this action on behalf of Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank:

### For Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank

Howard A. Pollack
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9551
Fax: (414) 273-5198
hpollack@gklaw.com

Michael B. Apfeld
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9500
Fax: (414) 273-5198
mapfeld@gklaw.com

John L. Kirtley
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9685
Fax: (414) 273-5198
jkirtley@gklaw.com

Andrew S. Oettinger
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9618
Fax: (414) 273-5198
aoettinger@gklaw.com

3. Pursuant to MDL Rule 2.1(c), which provides that every member in good standing of the bar of any district court of the United States is entitled to practice before the Panel as long as he or she has established and maintains a CM/ECF account with any United States federal court and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2, above, shall not be required to designate a member of the bar of this Court

who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 2.1(c) and the Order, the attorneys named in paragraph 2, above, shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 2.1(c) and the Order, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2, above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida, this ___ day of October 2010.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE

Copies Furnished to:

Counsel of Record

5548444_1