UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No: 2036

_____/

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
AND ELECTRONIC FILING PRIVILEGES FOR
DEFENDANT'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendant's Out-of-State Attorneys, requesting pursuant to Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 2.1(c)"); the Court's November 24, 2009 Order (Doc. 166, the "Order"); and Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), permission for a limited appearance of and electronic filing privileges for the additional attorneys listed below who are counsel for M&I Bank, a defendant in an action that has been transferred from another district to this MDL proceeding. This Court having considered the motion and all other relevant factors, hereby orders as follows:

It is ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorneys is GRANTED.

2. The following additional attorneys are granted to appear and participate in this action on behalf of Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank:

**For Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank**

Howard A. Pollack
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9551
Fax: (414) 273-5198
hpollack@gklaw.com

Michael B. Apfeld
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9500
Fax: (414) 273-5198
mapfeld@gklaw.com

John L. Kirtley
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9685
Fax: (414) 273-5198
jkirtley@gklaw.com

Andrew S. Oettinger
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9618
Fax: (414) 273-5198
aoettinger@gklaw.com

3. Pursuant to MDL Rule 2.1(c), which provides that every member in good standing of the bar of any district court of the United States is entitled to practice before the Panel as long as he or she has established and maintains a CM/ECF account with any United States federal court and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2, above, shall not be required to designate a member of the bar of this Court

who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 2.1(c) and the Order, the attorneys named in paragraph 2, above, shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 2.1(c) and the Order, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2, above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida, this 10th day of November 2010.

```
_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE
```

Copies Furnished to:

Counsel of Record

5548444_1