UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Keyes v. Fifth Third Bank,*
S.D. Fla. Case No. 1:10-CV-21283-JLK

_____/

## ORDER DENYING FIFTH THIRD BANK'S MOTION TO STAY

**This CAUSE** comes before the Court upon Defendant Fifth Third Bank's Motion

to Stay Proceedings (DE # 863) filed November 1, 2010.  Defendant moves to stay this

action pending approval of a nationwide class action settlement that has been

preliminarily approved by a Court in the Northern District of Illinois in several cases that

are not a part of this MDL proceeding.[1]  Plaintiff opposes the relief requested in the

instant motion, and the Court agrees.  At this juncture, there is no basis on which the

Court should stay Plaintiff's case which is a part of this MDL proceeding, due to

Defendant reaching a *tentative* settlement with other parties, who are not parties to this

MDL proceeding.

_____

[1] *Sharon Schulte, on behalf of herself and all other similarly situated, Plaintiff, v. Fifth Third Bank, Defendant.* (Case No. 9CV-06655), in the United States District Court for the Northern District of Illinois.

**Accordingly, it is ORDERED, ADJUDGED and DECREED** that Defendant Fifth Third Bank's Motion to Stay Proceedings (DE # 863) be, and the same is hereby **DENIED.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 10th day of November, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record