

FILED by _____ D.C.

NOV 0 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### CASE NO. 10-CV-22730-JLK

### THE HONORABLE JAMES LAWRENCE KING, Presiding

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

_____**MDL 2036**_____/

### CERTIFICATE OF UNDERSTANDING RE:
### ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of Wisconsin.

2.      I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will use this electronic filing privilege only in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| **Name:** | John L. Kirtley |
| **State Bar No.:** | Wisconsin Bar No. 1011577 |
| **Firm Name:** | Godfrey & Kahn, S.C. |
| **Address:** | 780 North Water Street, Milwaukee, WI 53202 |
| **Mailing Address (if different):** | Same as above |
| **Telephone:** | (414) 287-9685 |
| **Email Address:** | jkirtley@gklaw.com |
| **Fax:** | (414) 273-5198 |

Dated:  October *28* , 2010

John L. Kirtley
Wisconsin Bar No. 1011577
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
(414) 287-9685
Fax: (414) 273-5198
jkirtley@gklaw.com
*Counsel for Defendant M&I Marshall & Ilsley*
*Bank d/b/a M&I Bank*

5548415_1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-CV-22730-JLK

FILED by _____ D.C.

NOV 0 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

_____ MDL 2036 _____ /

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of Wisconsin.

2.      I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will use this electronic filing privilege only in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| **Name:** | Howard A. Pollack |
| **State Bar No.:** | Wisconsin Bar No. 1014328 |
| **Firm Name:** | Godfrey & Kahn, S.C. |
| **Address:** | 780 North Water Street, Milwaukee, WI 53202 |
| **Mailing Address (if different):** | Same as above |
| **Telephone:** | (414) 287-9551 |
| **Email Address:** | hpollack@gklaw.com |
| **Fax:** | (414) 273-5198 |

Dated:  October 29 , 2010

Howard A. Pollack
Wisconsin Bar No. 1014328
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: (414) 287-9551
Fax: (414) 273-5198
hpollack@gklaw.com
***Counsel for Defendant M&I Marshall & Ilsley***
***Bank d/b/a M&I Bank***

5548391_1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-CV-22730-JLK

FILED by _‪Ufx‬_ D.C.

NOV 0 4 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

_____MDL 2036_____/

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of Wisconsin.

2.      I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will use this electronic filing privilege only in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| **Name:** | Andrew S. Oettinger |
| **State Bar No.:** | Wisconsin Bar No. 1053057 |
| **Firm Name:** | Godfrey & Kahn, S.C. |
| **Address:** | 780 North Water Street, Milwaukee, WI 53202 |
| **Mailing Address (if different):** | Same as above |
| **Telephone:** | (414) 287-9618 |
| **Email Address:** | aoettinger@gklaw.com |
| **Fax:** | (414) 273-5198 |

Dated:  October 2 7, 2010

Andrew S. Oettinger
Wisconsin Bar No. 1053057
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
(414) 287-9618
Fax: (414) 273-5198
aoettinger@gklaw.com
***Counsel for Defendant M&I Marshall & Ilsley
Bank d/b/a M&I Bank***

5548422_1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 10-CV-22730-JLK

FILED by _LPK_ D.C.

NOV 0 4 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

_____MDL 2036_____ /

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of Wisconsin.

2.      I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will use this electronic filing privilege only in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| **Name:** | Michael B. Apfeld |
| **State Bar No.:** | Wisconsin Bar No. 1016749 |
| **Firm Name:** | Godfrey & Kahn, S.C. |
| **Address:** | 780 North Water Street, Milwaukee, WI 53202 |
| **Mailing Address (if different):** | Same as above |
| **Telephone:** | (414) 287-9500 |
| **Email Address:** | mapfeld@gklaw.com |
| **Fax:** | (414) 273-5198 |

Dated: October 29, 2010

Michael B. Apfeld
Wisconsin Bar No. 1016749
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
(414) 287-9500
Fax: (414) 273-5198
mapfeld@gklaw.com
***Counsel for Defendant M&I Marshall & Ilsley
Bank d/b/a M&I Bank***

5548404_1

2