UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

**M&I MARSHALL & ILSLEY BANK'S MOTION TO COMPEL ARBITRATION AND
STAY ALL PROCEEDINGS**

Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank ("M&I"), pursuant to 9 U.S.C. §§ 3, 4, Fed R. Civ. P. 12(b)(3), Local Rule 7.1, and the Court's Scheduling Order of November 4, 2010 (Docket No. 877), hereby moves as follows:

1. Relief Requested: M&I asks that this Court enter an Order (a) directing that arbitration proceed in the manner provided for in the agreement between the parties herein; (b) staying the trial of the action until such arbitration has been had in accordance with the terms of that agreement; and (c) staying all deadlines in this matter relating to M&I pending disposition of this motion.

2. Grounds: This motion is based on the grounds set forth in M&I's Memorandum of Law in Support of Its Motion to Compel Arbitration and Stay All Proceedings, which is incorporated by reference as if fully set forth herein.

3. <u>Basis</u>: This motion is based upon all files and pleadings herein, including M&I's supporting Memorandum, noted above, the Declaration of Elizabeth Wendelberger (with exhibits), and the Declaration of Howard A. Pollack (with exhibits).

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so.

Dated: November 15, 2010.                    **s/Andrew S. Oettinger**
                                                                    Howard A. Pollack
                                                                    Michael B. Apfeld
                                                                    John L. Kirtley
                                                                    Andrew S. Oettinger
                                                                    GODFREY & KAHN, S.C.
                                                                    780 North Water Street
                                                                    Milwaukee, WI 53202-3590
                                                                    Phone: 414-273-3500
                                                                    Fax: 414-273-5198
                                                                    hpollack@gklaw.com
                                                                    mapfeld@gklaw.com
                                                                    jkirtley@gklaw.com
                                                                    aoettinger@gklaw.com

                                                                    Edward M. Waller
                                                                    FOWLER WHITE BOGGS
                                                                    P.O. Box 1438
                                                                    Tampa, FL 33601
                                                                    Phone: 813-222-1137
                                                                    Email: ewaller@fowlerwhite.com

                                                                    Attorneys for Defendant, M&I Marshall & Ilsley
                                                                    Bank d/b/a M&I Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  November 15, 2010.                    **s/Andrew S. Oettinger**
                                                                               Howard A. Pollack
                                                                               Michael B. Apfeld
                                                                               John L. Kirtley
                                                                               Andrew S. Oettinger
                                                                               GODFREY & KAHN, S.C.
                                                                               780 North Water Street
                                                                               Milwaukee, WI  53202-3590
                                                                               Phone:  414-273-3500
                                                                               Fax:  414-273-5198
                                                                               hpollack@gklaw.com
                                                                               mapfeld@gklaw.com
                                                                               jkirtley@gklaw.com
                                                                               aoettinger@gklaw.com

                                                                               Edward M. Waller
                                                                               FOWLER WHITE BOGGS
                                                                               P.O. Box 1438
                                                                               Tampa, FL  33601
                                                                               Phone:  813-222-1137
                                                                               Email: ewaller@fowlerwhite.com

                                                                            Attorneys for Defendant, M&I Marshall & Ilsley
                                                                            Bank d/b/a M&I Bank

**SERVICE LIST**

Bruce S. Rogow
BRUCE S. ROGOW PA
500 East Broward Blvd., Ste. 1930
Fort Lauderdale, FL 33394
(954) 767-8909
Fax: (954) 467-2210
guntherc@rogowlaw.com
*Plaintiffs' Lead Counsel*

Robert Cecil Gilbert
ALTERS BOLDT BROWN RASH & CULMO
4141 NE 2nd Avenue, Ste. 201
Miami, FL 33137
(305) 571-8550
Fax: (305) 571-8558
bobby@abbrclaw.com
*Plaintiffs' Lead Counsel*

Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
CADDELL & CHAPMAN
1331 Lamar Street, Ste. 1070
Houston, TX 77010
(713) 751-0400
Fax: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
csf@caddellchapman.com
*Counsel for Delphia Simmons*

Matthew D. Schelkopf
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS
One Haverford Center
361 West Lancaster Avenue
Harverford, PA 19041
(610) 642-8500
Fax: (610) 642-3633
matthewschelkopf@chimicles.com
*Counsel for Delphia Simmons*

Christopher G. Hayes
LAW OFFICE OF CHRISTOPHER G. HAYES
225 South Church Street
Westchester, PA 19382
(610) 431-9505
Fax: (610) 431-1269
chris@chayeslaw.com
*Counsel for Delphia Simmons*

Barry R. Davidson
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Ste. 2500
Miami, FL 33131-3136
(305) 810-2539
Fax: (305) 810-2462
bdavidson@hunton.com
*Temporary Liaison Counsel*

David Lawrence Ferguson
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ferguson@kolawyers.com

Jeffrey Miles Ostrow
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ostrow@kolawyers.com

5621380_2

4