UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by LKS D.C.
NOV 15 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

## M&I MARSHALL & ILSLEY BANK'S MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS

Defendant M&I Marshall & Ilsley Bank d/b/a M&I Bank ("M&I"), pursuant to 9 U.S.C. §§ 3, 4, Fed R. Civ. P. 12(b)(3), Local Rule 7.1, and the Court's Scheduling Order of November 4, 2010 (Docket No. 877), hereby moves as follows:

1. <u>Relief Requested</u>: M&I asks that this Court enter an Order (a) directing that arbitration proceed in the manner provided for in the agreement between the parties herein; (b) staying the trial of the action until such arbitration has been had in accordance with the terms of that agreement; and (c) staying all deadlines in this matter relating to M&I pending disposition of this motion.

2. <u>Grounds</u>: This motion is based on the grounds set forth in M&I's Memorandum of Law in Support of Its Motion to Compel Arbitration and Stay All Proceedings, which is incorporated by reference as if fully set forth herein.

3.      Basis: This motion is based upon all files and pleadings herein, including M&I's supporting Memorandum, noted above, the Declaration of Elizabeth Wendelberger (with exhibits), and the Declaration of Howard A. Pollack (with exhibits).

### CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to do so.

Dated: November 15, 2010.

Howard A. Pollack
Michael B. Apfeld
John L. Kirtley
Andrew S. Oettinger
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax: 414-273-5198
hpollack@gklaw.com
mapfeld@gklaw.com
jkirtley@gklaw.com
aoettinger@gklaw.com

Edward M. Waller
FOWLER WHITE BOGGS
P.O. Box 1438
Tampa, FL 33601
Phone: 813-222-1137
Email: ewaller@fowlerwhite.com

Attorneys for Defendant, M&I Marshall & Ilsley Bank d/b/a M&I Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __15__ day of November, 2010, I caused to be filed via messenger the foregoing with the Clerk of Court and also served counsel of record identified on the attached Service List in the manner specified.

Dated: November 15, 2010.

*[signature]*
Howard A. Pollack
Michael B. Apfeld
John L. Kirtley
Andrew S. Oettinger
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax: 414-273-5198
hpollack@gklaw.com
mapfeld@gklaw.com
jkirtley@gklaw.com
aoettinger@gklaw.com

Edward M. Waller
FOWLER WHITE BOGGS
P.O. Box 1438
Tampa, FL 33601
Phone: 813-222-1137
Email: ewaller@fowlerwhite.com

Attorneys for Defendant, M&I Marshall & Ilsley Bank d/b/a M&I Bank

## SERVICE LIST

### [Service by U.S. Mail]

Bruce S. Rogow
BRUCE S. ROGOW PA
500 East Broward Blvd., Ste. 1930
Fort Lauderdale, FL 33394
(954) 767-8909
Fax: (954) 467-2210
guntherc@rogowlaw.com
*Plaintiffs' Lead Counsel*

Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
CADDELL & CHAPMAN
1331 Lamar Street, Ste. 1070
Houston, TX 77010
(713) 751-0400
Fax: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
csf@caddellchapman.com
*Counsel for Delphia Simmons*

Christopher G. Hayes
LAW OFFICE OF CHRISTOPHER G. HAYES
225 South Church Street
Westchester, PA 19382
(610) 431-9505
Fax: (610) 431-1269
chris@chayeslaw.com
*Counsel for Delphia Simmons*

David Lawrence Ferguson
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ferguson@kolawyers.com

Robert Cecil Gilbert
ALTERS BOLDT BROWN RASH & CULMO
4141 NE 2nd Avenue, Ste. 201
Miami, FL 33137
(305) 571-8550
Fax: (305) 571-8558
bobby@abbrclaw.com
*Plaintiffs' Lead Counsel*

Matthew D. Schelkopf
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS
One Haverford Center
361 West Lancaster Avenue
Harverford, PA 19041
(610) 642-8500
Fax: (610) 642-3633
matthewschelkopf@chimicles.com
*Counsel for Delphia Simmons*

Barry R. Davidson
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Ste. 2500
Miami, FL 33131-3136
(305) 810-2539
Fax: (305) 810-2462
bdavidson@hunton.com
*Temporary Liaison Counsel*

Jeffrey Miles Ostrow
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ostrow@kolawyers.com

5621380_1