UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

FILED by \_\_\_ D.C.
NOV 15 2010
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

## DECLARATION OF HOWARD A. POLLACK

I, HOWARD A. POLLACK, declare under penalty of perjury as follows:

1.　I am lead counsel for defendant M&I Marshall & Ilsley Bank ("M&I") in the above-captioned matter and have personal knowledge of the matters set forth herein. I make this declaration in support of M&I's Motion to Compel Arbitration and Stay All Proceedings.

2.　On August 12, 2010, I sent counsel for plaintiffs an email in which, among other things, I notified plaintiffs that M&I was electing to arbitrate plaintiffs' dispute with it. A copy of that email (without attachments) is attached hereto as <u>Exhibit A</u>.

3.　Later that day I had a telephone conversation with counsel for plaintiffs in which we discussed, among other things, whether plaintiffs would agree to arbitrate the dispute. Despite good faith efforts on the part of both sides we were unable to resolve our dispute on that issue. By email the next day I confirmed the positions of the parties, and advised counsel for plaintiffs that M&I would file a motion to compel arbitration within the time permitted by the

anticipated scheduling order. Counsel for plaintiffs then confirmed my understanding of their position. A copy of that email and opposing counsel's confirming response is attached as <u>Exhibit B</u>.

4. On November 4, 2010, this Court entered an Order (Document No. 877) covering, among others, this action, in which it required defendants to file motions to compel arbitration 10 days following entry of that order.

Signed this 15th day of November, 2010.

Howard A. Pollack
Wisconsin State Bar No. 1014328

**Butzke, Robin**

| | |
|---|---|
| **From:** | Pollack, Howard |
| **Sent:** | Thursday, August 12, 2010 2:26 PM |
| **To:** | Jeff Ostrow |
| **Subject:** | RE: M & I Bank |
| **Attachments:** | cox.pdf |
| **Filed:** | -1 |
| **NRTID:** | !nrtdms:0:!session:gkdms:!database:Active:!document:5485723,1: |

Jeff, is there a time tomorrow that you are available to talk. I have several topics in mind.

The first is you email asking about M&I's interest in exploring settlement. My contact was out on vacation until this week. I now have some guidance, but my client needs some more information from you.

Second, my client is electing to have your clients arbitrate their dispute with it. Judging from the reaction of plaintiffs in the other MDL cases, I assume that you and your clients will deny the request, but I don't want to be presumptuous. In any event, I have attached the signature card for the account of your clients at issue and the account rules in effect spanning the period in which the account was opened. Your complaint, I recall, says that overcharge fees were assessed against the account on several occasions and it gives one example from just before the action was filed this year as what the complaint calls an illustration. Our records indicate that your illustration was the only time an overcharge fee was assessed to your clients' account, but if I am missing something, you have all the operative rules that could possibly apply.

Third, I'd like your views on how the case will proceed in the near-term. Do you think the DIRECTV decision on CAFA jurisdiction out of the 11th Circuit will affect scheduling. When we spoke, you mentioned to me that you thought the Judge King would put this case in either the third or possibly fourth grouping of cases (I think you called them either tranches or tracks), and you directed me to the the interim scheduling order for the second group of cases transferred to Judge King. (It's Docket 444, filed May 7, 2010). I haven't seen a third or fourth group interim scheduling order. Is anyone on the plaintiff side organizing this, and do I deal with you on this or with someone else from the plaintiffs executive committee?

Please let me know when you are available to talk, and I will call you.


Howard Pollack
Attorney

**GODFREY**
**& KAHN** s.c.
ATTORNEYS AT LAW
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Direct: 414-287-9551
Fax: 414-273-5198
Email: HPollack@gklaw.com
http://www.gklaw.com



**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying,

11/12/2010

distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

---

**From:** Jeff Ostrow [mailto:ostrow@kolawyers.com]
**Sent:** Tuesday, August 03, 2010 12:29 PM
**To:** Pollack, Howard
**Subject:** M & I Bank

Howard:

We have been discussing an early resolution with some of our other bank defendants. I know our case is just starting, but I was wondering if M & I has any desire to talk. Please let me know.

Thanks,


Jeffrey M. Ostrow
Managing Partner
KOPELOWITZ OSTROW
Ferguson Weiselberg Keechl
200 Brickell Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (877) 525-4100
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Website: www.KOlawyers.com



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank You.

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in this communication or in any attachment is not intended to be used, and it cannot be used, for the purpose of avoiding federal tax penalties.

11/12/2010

**Butzke, Robin**

| | |
|---|---|
| From: | Jeff Ostrow [ostrow@kolawyers.com] |
| Sent: | Friday, August 13, 2010 11:38 AM |
| To: | Pollack, Howard |
| Subject: | RE: M & I |
| Attachments: | Supplemental Information re Class Settlement (MDL 2036).pdf |
| Filed: | -1 |
| NRTID: | !nrtdms:0:!session:gkdms:!database:Active:!document:5485716,1: |

I apologize, I'm not sure why you didn't get the third one. The Settlement Agreement is included in the attached PDF.

You understanding is correct about the scheduling order. I believe M & I will be in the 5th tranche, but I'm not certain.

I confirm that we disagree that we are required to arbitrate this dispute.

**Jeffrey M. Ostrow**
(954) 525-4100

KO
ATTORNEYS AT LAW

---

**From:** Pollack, Howard [mailto:HPollack@gklaw.com]
**Sent:** Friday, August 13, 2010 12:14 PM
**To:** Jeff Ostrow
**Subject:** RE: M & I

I received two of the emails mentioned in your email, but not the third. The one I didn't receive was the one relating to National City. Thanks for sending me these documents. I will read them with interest.

Thanks also for agreeing to have the plaintiff executive committee member dealing with scheduling call me. I understand that it is your and the exec committee position that no responsive pleading or arbitration motion will be due until Judge King enters the an interim scheduling order (like the one for the second tranche of defendant banks).

Finally, I want to confirm that, as I anticipated in my email yesterday, you and your clients disagree that they have to arbitrate their dispute with M&I. Based on this, M&I will file a motion to the arbitration with the time permitted by Judge King's expected interim scheduling order for whatever tranche of defendants to which M&I is assigned.

Howard Pollack
Attorney

780 North Water Street



11/12/2010

Milwaukee, WI 53202-3590
Phone: 414-273-3500
Direct: 414-287-9551
Fax: 414-273-5198
Email: HPollack@gklaw.com
http://www.gklaw.com

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (414) 273-3500.**

---

**From:** Jeff Ostrow [mailto:ostrow@kolawyers.com]
**Sent:** Thursday, August 12, 2010 3:36 PM
**To:** Pollack, Howard
**Subject:** M & I

Howard:

In furtherance to our call of a few minutes ago, I am sending you 3 separate emails (so as not to blow up your server) with the following documents which show that other banks' are resolving their cases.

1) Wells Fargo Trial Order from Judge Alsup awarding Plaintiffs 203 million for California residents only;
2) National City (not PNC) settlement (not yet approved); and
3) Fifth Third settlement and objections.

Jeffrey M. Ostrow
Managing Partner
KOPELOWITZ OSTROW
Ferguson Weiselberg Keechl
200 Brickell Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (877) 525-4100
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Website: www.KOlawyers.com



This email is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this email is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the listed email address. Thank You.

In accordance with Internal Revenue Service Circular 230, we advise you that unless otherwise expressly stated, any discussion of a federal tax issue in this communication or in any attachment is not intended to be used, and it cannot

11/12/2010

be used, for the purpose of avoiding federal tax penalties.

11/12/2010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2010, I caused to be filed via messenger the foregoing with the Clerk of Court and also served counsel of record identified on the attached Service List in the manner specified.

Dated: November 15, 2010.

Howard A. Pollack
Michael B. Apfeld
John L. Kirtley
Andrew S. Oettinger
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax: 414-273-5198
hpollack@gklaw.com
mapfeld@gklaw.com
jkirtley@gklaw.com
aoettinger@gklaw.com

Edward M. Waller
FOWLER WHITE BOGGS
P.O. Box 1438
Tampa, FL 33601
Phone: 813-222-1137
Email: ewaller@fowlerwhite.com

Attorneys for Defendant, M&I Marshall & Ilsley Bank d/b/a M&I Bank

## SERVICE LIST

### [Service by U.S. Mail]

Bruce S. Rogow
BRUCE S. ROGOW PA
500 East Broward Blvd., Ste. 1930
Fort Lauderdale, FL 33394
(954) 767-8909
Fax: (954) 467-2210
guntherc@rogowlaw.com
*Plaintiffs' Lead Counsel*

Michael A. Caddell
Cynthia B. Chapman
Cory S. Fein
CADDELL & CHAPMAN
1331 Lamar Street, Ste. 1070
Houston, TX 77010
(713) 751-0400
Fax: (713) 751-0906
mac@caddellchapman.com
cbc@caddellchapman.com
csf@caddellchapman.com
*Counsel for Delphia Simmons*

Christopher G. Hayes
LAW OFFICE OF CHRISTOPHER G. HAYES
225 South Church Street
Westchester, PA 19382
(610) 431-9505
Fax: (610) 431-1269
chris@chayeslaw.com
*Counsel for Delphia Simmons*

David Lawrence Ferguson
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ferguson@kolawyers.com

Robert Cecil Gilbert
ALTERS BOLDT BROWN RASH & CULMO
4141 NE 2nd Avenue, Ste. 201
Miami, FL 33137
(305) 571-8550
Fax: (305) 571-8558
bobby@abbrclaw.com
*Plaintiffs' Lead Counsel*

Matthew D. Schelkopf
Joseph G. Sauder
Benjamin F. Johns
CHIMICLES & TIKELLIS
One Haverford Center
361 West Lancaster Avenue
Harverford, PA 19041
(610) 642-8500
Fax: (610) 642-3633
matthewschelkopf@chimicles.com
*Counsel for Delphia Simmons*

Barry R. Davidson
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Ste. 2500
Miami, FL 33131-3136
(305) 810-2539
Fax: (305) 810-2462
bdavidson@hunton.com
*Temporary Liaison Counsel*

Jeffrey Miles Ostrow
The Kopelowitz & Ostrow Firm PA
200 S.W. 1st Avenue
12th Floor
Fort Lauderdale, FL 33301-4216
954-525-4100
Fax: 525-4300
Email: ostrow@kolawyers.com

5620521_1