# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court



U.S. COURT OF APPEALS
RECEIVED CLERK
NOV 01 2010
ATLANTA, GA

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303



FILED by _HH_ D.C.
NOV 16 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Appeal Section
305-523-5080

Date: October 27, 2010

IN RE:   District Court No.: 09-23034-CV member case (09md02036)

Style: U.S. Bank, N.A. v. Waters et al

U.S.C.A. No **10-15040D**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| x | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal: yes |
| | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings;   _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| _____ | There was no hearing from which a transcript could be made. |
| _____ | Copy of CJA form appointing counsel enclosed. |
| _____ | The following materials were SEALED in this court (order enclosed): _____ |
| x | The appellate docket fee has been paid   No |
| | Date paid _____   Receipt No. _____ |
| _____ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| x | The Judge or Magistrate appealed from is: James Lawerance King |
| x | The Court Reporter(s): Vacant |
| _____ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| _____ | This is a DEATH PENALTY appeal. |

Sincerely,

Steven M. Larimore, Clerk of Court

By: _____
   C. Quinones          Deputy Clerk

c:   court file

| ☐ 400 N. Miami Avenue<br>Miami, FL 33128<br>305-523-5100 | ☐ 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ 300 South Sixth Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |