UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Eivet v. IberiaBank,*
S.D. Fla. Case No. 1:10-CV-23790-JLK
_____/

### ORDER GRANTING DEFENDANT IBERIABANK'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This cause having come before the court on the Defendant Iberiabank's Unopposed Motion For Extension of Time to Respond to Complaint, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that said motion is **GRANTED**. Defendant Iberiabank is granted an extension t of fourteen (14) days, through and including November 29, 2010, to file its Answer or otherwise respond to Plaintiff's Complaint.

**DONE AND ORDERED** at the James Lawrence King United States Courthouse in Miami, Florida this 16th day of November, 2010.

*[signature]*
Honorable James Lawrence King
United States District Judge

*Copies furnished to:*
*Counsel of Record (via CM/ECF)*

17748910.1