# EXHIBIT 1

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 07-05923 WHA<br><br>**CLASS ACTION**<br><br>**FINAL JUDGMENT** |

Following a two-week bench trial, the issuance of findings of fact and conclusions of law, and rulings on the joint submission filed by counsel on October 19, 2010, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant Wells Fargo Bank, N.A., for all claims on which plaintiffs prevailed and liability was established in the August 2010 findings. For all other claims, judgment is entered in favor of Wells Fargo Bank, N.A. and against plaintiffs. The details of this judgment are set forth below:

1. Members of the certified "resequencing" class (as defined in the class certification order, Dkt. No. 98) shall recover from defendant Wells Fargo Bank, N.A. restitution in the amount of $202,994,035.46 for the period between November 15, 2004, through June 30, 2008, with the individual amount due to each class member (subject to possible reduction due to an

award of attorney's fees and expenses subsequently ordered) as specified in the results of the "Scenario 2A" analysis of plaintiff's expert, Arthur Olsen.

    2. Class-wide injunctive relief, with an Effective Date of November 30, 2010, is ordered consistent with the August 2010 findings (Dkt. No. 477).

**IT IS SO ORDERED.**

Dated: October 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE