FILED by _L/AX_ D.C.

NOV 1 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT          )
OVERDRAFT LITIGATION             )
                                 )
MDL No. 2036                     )
_____)

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEYS

Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida

("Special Rule 4B"), and this Court's November 24, 2009 Order ("Order"), Document #166,

attached hereto as Exhibit A, the undersigned respectfully moves for admission of and electronic

filing privileges for the attorneys listed in paragraph 1 below, who are counsel of record in a case

that originated in the Southern District of New York and has been transferred to this MDL

proceeding.  In support of this motion for the purposes of limited appearance as counsel on

behalf of their client, the undersigned states as follows:

1.      The following attorneys are counsel of record in *Emmons v. Webster Bank, N.A.*,

1:10-cv-04172 transferred to this MDL proceeding from the Southern District of New York

pursuant to 28 U.S.C. § 1407, are not admitted to practice in the Southern District of Florida, and

are members in good standing of the bars of their respective jurisdictions[1]:

**For Webster Bank, N.A.**

Steven M. Greenspan
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-0100 Fax: (860) 275-0343
smgreenspan@daypitney.com

Alfred W.J. Marks
Day Pitney LLP
Times Square Tower
Seven Times Square
New York, NY 10036
Tel: (212) 297-5800 Fax: (212) 916-2940
awjmarks@daypitney.com

2.     MDL Rule 1.4 states that "Any attorney of record in any action transferred under

Section 1407 may continue to represent his or her client in any district court of the United States

to which such action is transferred.  Parties to any action transferred under Section 1407 are not

required to obtain local counsel in the district to which such action is transferred."

3.     Pursuant to MDL Rule 1.4, the undersigned requests that the Court waive this

District's Special Rule 4.B requiring attorneys admitted for a limited appearance to designate a

member of the bar of this Court who maintains an office in this State for the practice of law and

---

[1] Certifications signed by each attorney listed in paragraph 1, stating that they are
members in good standing of their respective jurisdictions and have reviewed the Local Rules of
the United States District for the Southern District of Florida, are attached hereto as Exhibit B.

who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

4.      Further, as contemplated by the Order, the undersigned requests that pursuant to MDL Rule 1.4, the attorneys admitted on a limited appearance basis in this MDL proceeding be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.3.

WHEREFORE, the undersigned moves this Court to enter an Order (1) permitting the attorneys listed in paragraph 1 above to appear before this Court on behalf of their client for all purposes relating to the proceedings in the above-styled MDL matter; (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide CM/ECF usernames and passwords to each attorney listed in paragraph 1, and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of each attorney named in paragraph 1.

Dated: November 8, 2010

Respectfully Submitted,

Steven M. Greenspan (ct00380)
Day Pitney LLP
242 Trumbull Street
Hartford, CT  06103
Telephone: (860) 275-0100
Fax:  (860) 275-0343
E-Mail:  smgreenspan@daypitney.com

**Counsel for Webster Bank, N.A.**

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed November 9, 2010 postage

prepaid to:

Robert A. Izard, Jr.
Izard Nobel, LLP
29 South Main Street
Suite 215 ·
West Hartford, CT 06107
Telephone: 860-493-6295
Facsimile: 860-493-6290
rizard@izardnobel.com

Robert C. Gilbert, Esq.
Alters, Boldt, Brown, Rash, Culmo
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558
bobby@abbrclaw.com

Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street, N.W.
Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

Jeffrey M. Ostrow
Kopelowitz Ostrow Ferguson
Weiselberg Keechl
200 SW 1st Avenue
12th Floor
Ft. Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com

Darren T. Kaplan
Chitwood Harley Harnes, LLP
185 Great Neck Road
Suite 340
Great Neck, NY 11021
Telephone: (516) 773-6090
dkaplan@chitwoodlaw.com

Steven M. Greenspan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT                    )
OVERDRAFT LITIGATION                       )
                                           )
MDL No. 2036                               )
_____)

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on a Motion for Limited Appearance and Electronic Filing Privileges for Defendants' Out-of-State Attorneys, requesting pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order ("Order"), Document #166, permission for a limited appearance and for electronic filing privileges. This Court having considered the motion and all other relevant factors, it is hereby:

ORDERED and ADJUDGED that:

1.      The Motion for Limited Appearance of and Electronic Filing Privileges for Defendants' Out-of-State Attorneys is GRANTED.

2.      The following attorneys are granted to appear and participate in this action on behalf of Defendants:

**For Webster Bank, N.A.**

Steven M. Greenspan
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-0100 Fax: (860) 275-0343
smgreenspan@daypitney.com

Alfred W.J. Marks
Day Pitney LLP
Times Square Tower
Seven Times Square
New York, NY 10036
Tel: (212) 297-5800 Fax: (212) 916-2940
awjmarks@daypitney.com

3.      Pursuant to MDL Rule 1.4 which provides that any attorney of record in any

action transferred under Section 1407 may continue to represent his or her client in any district

court of the United States to which such action is transferred.  Parties to any action transferred

under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such

action is transferred, the attorneys in paragraph 2 above shall not be required to designate a

member of the bar of this Court who maintains an office in this State for the practice of law and

who is authorized to file through the Court's electronic filing system, to receive service of and

file papers·on their behalf notwithstanding language to the contrary in Special Rule 4.B.

4.      Further, pursuant to MDL Rule 1.4 and the Order, the attorneys named in

paragraph 2 shall be allowed to file and receive service of documents electronically according to

this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in

-2-

Special Rule 4.B.  The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5.      In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE and ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida this ____ day of November 2010.

 

 

_____

Honorable James Lawrence King
United States District Judge

Copies furnished to:
Counsel of Record

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed November 9, 2010 postage

prepaid to:

Robert A. Izard, Jr.
Izard Nobel, LLP
29 South Main Street
Suite 215
West Hartford, CT 06107
Telephone: 860-493-6295
Facsimile: 860-493-6290
rizard@izardnobel.com

Robert C. Gilbert, Esq.
Alters, Boldt, Brown, Rash, Culmo
4141 Northeast 2nd Avenue
Suite 201
Miami, Florida 33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558
bobby@abbrclaw.com

Hassan A. Zavareei
Tycko & Zavareei LLP
2000 L Street, N.W.
Suite 808
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

Jeffrey M. Ostrow
Kopelowitz Ostrow Ferguson
Weiselberg Keechl
200 SW 1st Avenue
12th Floor
Ft. Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com

Darren T. Kaplan
Chitwood Harley Harnes, LLP
185 Great Neck Road
Suite 340
Great Neck, NY 11021
Telephone: (516) 773-6090
dkaplan@chitwoodlaw.com

Steven M. Greenspan

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:09-MD-02036-JLK**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |

---

**ORDER GRANTING MOTION FOR LIMITED**
**APPEARANCE OF AND ELECTRONIC FILING**
**PRIVILEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges for Defendants' Out-of-State Attorneys, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the parties' colloquy with the Court at the October 22, 2009 status conference (*see* DE 134 ¶ 15), permission for a limited appearance of and electronic filing privileges for the attorneys listed in paragraph 2 below who are or seek to become counsel of record to cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.      The Motion for Limited Appearance of and Electronic Filing Privileges for Defendants' Out-of-State Attorneys is GRANTED.

2.      The following attorneys are granted to appear and participate in this action on behalf of their respective clients:

**For Bank of America Corporation, Bank of America, N.A., and Bank of America California**

Laurence J. Hutt
Arnold & Porter LLP
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Tel:  (213) 243-4000  Fax: (213) 243-4199
Laurence.Hutt@aporter.com

Christopher Scott Tarbell
Arnold & Porter LLP
777 S. Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
Tel:  (213) 243-4000  Fax: (213) 243-4199
Christopher.Tarbell@aporter.com

**For Branch Banking and Trust Company**

William J. Holley, II
Parker, Hudson, Rainer & Dobbs, LLP
285 Peachtree Center Ave., NE
1500 Marquis Two Tower
Atlanta, GA 30303
Tel: (404) 523-5300  Fax:  (404) 522-8409
wholley@phrd.com

Nancy H. Baughan
Parker, Hudson, Rainer & Dobbs, LLP
285 Peachtree Center Ave., NE
1500 Marquis Two Tower
Atlanta, GA 30303
Tel: (404) 523-5300 Fax:  (404) 522-8409
nbaughan@phrd.com

Eric Jon Taylor
Parker, Hudson, Rainer & Dobbs, LLP
285 Peachtree Center Ave., NE
1500 Marquis Two Tower
Atlanta, GA 30303
Tel: 404-523-5300 Fax: 404-522-8409
etaylor@phrd.com

David B. Darden
Parker, Hudson, Rainer & Dobbs, LLP
285 Peachtree Center Ave., NE
1500 Marquis Two Tower
Atlanta, GA 30303  Fax: 404-522-8409
Tel: 404-523-5300
ddarden@phrd.com

**For Citibank, Inc., Citibank (West), FSB, and Citibank, N.A.**

Julia B. Strickland
Stroock & Stroock & Lavan LLP
2029 Century Park East, Ste. 1800
Los Angeles, CA 90067
Tel:  (310) 556-5800  Fax:  (310) 556-5959
jstrickland@stroock.com

Lisa M. Simonetti
Stroock & Stroock & Lavan LLP
2029 Century Park East, Ste. 1800
Los Angeles, CA 90067
Tel:  (310) 556-5800  Fax:  (310) 556-5959
lsimonetti@stroock.com

Alexandria R. Kachadoorian
Stroock & Stroock & Lavan LLP
2029 Century Park East, Ste. 1800
Los Angeles, CA 90067
Tel:  (310) 556-5800  Fax:  (310) 556-5959
akachadoorian@stroock.com

**For J.P. Morgan Chase Bank, N.A.**

Christopher R. Lipsett
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800  Fax: (212) 230-8888
chris.lipsett@wilmerhale.com

David Sapir Lesser
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel:  (212) 230-8800  Fax: (212) 230-8888
david.lesser@wilmerhale.com

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, New York 10022
Tel: 212-230-8800  Fax: 212 230 8888
alan.schoenfeld@wilmerhale.com

Michelle Ognibene
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, DC 20006
Tel: 202 663 6000  Fax: 202 663 6363
michelle.ognibene@wilmerhale.com

A. Stephen Hut, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, DC 20006
Tel: 202 663 6000  Fax: 202 663 6363
steve.hut@wilmerhale.com

**For Union Bank, N.A. and Union BanCal Corp.**

Jan Chilton
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:  (415) 398-3344  Fax: (415) 956-0439
jtc@severson.com

John Sullivan
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:  (415) 398-3344  Fax: (415) 956-0439
jbs@severson.com

Mark Lonergan
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:  (415) 398-3344  Fax: (415) 956-0439
mdl@severson.com

- 4 -

Peter Bales
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel:  (415) 398-3344  Fax: (415) 956-0439
phb@severson.com

### For Wachovia Corp., N.A., Wachovia Corp., U.S. Bancorp, and U.S. Bank National Association

James McGuire
Morrison & Foerster, LLP
425 Market St.
San Francisco, CA 94105
Tel:  (415) 268-7000 Fax:  (415) 268-7522
jmcguire@mofo.com

Sylvia Rivera
Morrison & Foerster, LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Tel:  (213) 892-5734 Fax: (213) 892-5454
srivera@mofo.com

### For Wells Fargo Bank, N.A. and Wells Fargo & Co.

David M. Jolley
Covington & Burling LLP
One Front St.
San Francisco, CA 94111
Tel:  (415) 591-6000 Fax: (415) 591-6091
djolley@cov.com

Sonya D. Winner
Covington & Burling LLP
One Front St.
San Francisco, CA 94111
Tel:  (415) 591-6000  Fax:  (415) 591-6091
swinner@cov.com

Margaret G. May
Covington & Burling LLP
One Front St.
San Francisco, CA 94111
Tel:  (415) 591-6000 Fax: (415) 591-6091
mmay@cov.com

Steven D. Sassaman
Covington & Burling LLP
One Front St.
San Francisco, CA 94111
Tel:  (415) 591-6000 Fax: (415) 591-6091
ssassaman@cov.com

Bryanne J. Schmitt
Covington & Burling LLP
One Front St.
San Francisco, CA 94111
Tel:  (415) 591-6000 Fax: (415) 591-6091
bschmitt@cov.com

Emily Johnson Henn
Covington & Burling LLP
1201 Pennsylvania Avenue N.W.
Washington, DC 200006
Tel: (202) 662-5217  Fax: (202) 662-6291
ehenn@cov.com

3.      Pursuant to MDL Rule 1.4, which provides that any attorney of record in any

action transferred under Section 1407 may continue to represent his or her client in any district

court of the United States to which such action is transferred and that parties to any action

transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to

which such action is transferred, the attorneys named in paragraph 2 above shall not be required

to designate a member of the bar of this Court who maintains an office in this State for the

practice of law and who is authorized to file through the Court's electronic filing system, to

receive service of and file papers on their behalf, notwithstanding language to the contrary in

Special Rule 4.B.

4.      Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status

Conference [DE 134] at ¶ 15, the attorneys named in paragraph 2 shall be allowed to file and

receive service of documents electronically according to this Court's CM/ECF Administrative

Procedures, notwithstanding language to the contrary in Special Rule 4.B.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

6. Further, notwithstanding the attorney certifications attached to their motion, all attorneys to this action, both now and in the future, who are not registered users of the Southern District of Florida CM/ECF system and seek electronic filing privileges, shall submit the attached certificate of understanding, with an original signature, to the Court Administrator•Clerk of Court for the Southern District of Florida to be kept on record by the District's Attorney Admissions Deputy Clerk.

7. The Court hereby directs the Court Administrator•Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above upon receipt of their original certificate of understanding.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this _24_ day of November, 2009.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE

Attachment: Certificate of Understanding Re: Electronic Filing in the Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of _____.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name:
State Bar No:
Firm name:
Address:
Mailing Address (if different):
Telephone #:
E-mail address:
Fax #:

Dated: _____          _____
                                         Signature
                                         Attorney for_____

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT             )
OVERDRAFT LITIGATION                )
                                    )
MDL No. 2036                        )
_____ )

## CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.     I am a member in good standing of the State Bar of Connecticut.

2.     I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.     I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.     I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.     I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.     If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

**Name:** Steven M. Greenspan
**State Bar No.** 303368 (Connecticut)
**Firm:** Day Pitney LLP
**Address:** 242 Trumbull Street, Hartford, CT 06103
**Mailing address:** Same as above
**Telephone:** (860) 275-0100
**Facsimile:** (860) 275-0343
**E-mail:** smgreenspan@daypitney.com

Dated: November 8, 2010

Steven M. Greenspan
Attorney for Webster Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT                )
OVERDRAFT LITIGATION                   )
                                       )
MDL No. 2036                           )
                                       )
_____)

## CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the State Bar of New York.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.      I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.      If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

**Name:** Alfred W. J. Marks
**State Bar No.** 2101863 (New York)
**Firm:** Day Pitney LLP
**Address:** 7 Times Square, New York, NY 10036
**Mailing address:** Same as above
**Telephone:** (212) 297 5800
**Facsimile:** (212) 916 2940
**E-mail**: awjmarks@daypitney.com

Dated: November 8, 2010

Alfred W. J. Marks
Attorney for Webster Bank, N.A.

-2-