


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION,**

**MDL No. 2036**
______________________________________/

**THIS DOCUMENT RELATES TO:**

*Harris v. Associated Banc-Corp*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK

*Blahut v. Harris N.A.*
N.D. IL Case No. 1:10-2543
S.D. FL Case No. 1:10-cv-21821-JLK
______________________________________/

**MOTION FOR LIMITED APPEARANCE BY DAVID POPE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of David Pope, Esq., of Mayer Brown LLP, 71 South Wacker Drive, Chicago, Illinois 60606, phone (312) 782-0600, for purposes of a limited appearance as co-counsel on behalf of Defendants Associated Banc-Corp and Harris N.A. in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit David Pope, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. David Pope, Esq. is not admitted to practice in the Southern District of Florida, but is a member in good standing of the Illinois Bar, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Seventh Circuit.

2. Movant, Benjamin Reid, Esq. of the law firm of Carlton Fields, P.A., Miami Tower, 100 Southeast 2nd Street, Suite #4200, Miami, Florida 33131, (305) 530-0050, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, David Pope, Esq. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto as Exhibit A.

4. David Pope, Esq., by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David Pope, Esq. at the following e-mail address: dpope@mayerbrown.com.

5. A proposed order granting the requested relief is attached hereto as Exhibit B.

WHEREFORE, Benjamin Reid moves this Court to enter an Order, permitting David Pope, Esq. to appear before this Court on behalf of Defendants Associated Banc-Corp and Harris

N.A. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David Pope, Esq. at dpope@mayerbrown.com.

**CONSENT TO DESIGNATION**

I hereby consent to the foregoing designation.

Dated: November 12, 2010

Respectfully submitted,

CARLTON FIELDS, P.A.
*Attorneys for Defendants Associated Banc-Corp and Harris N.A.*
Miami Tower
100 Southeast Second Street, #4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055

By: ______________________
BENJAMINE REID
Florida Bar No. 193522
Email: breid@carltonfields.com
NIALL T. MCLACHLAN
Florida Bar No. 0059552
E-mail: nmclachlan@carltonfields.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November, 2010, I hand delivered the foregoing to the Clerk of the Court which will then serve all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

NIALL T. MCLACHLAN

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION,**

**MDL No. 2036**
_______________________________________/

**THIS DOCUMENT RELATES TO:**

*Harris v. Associated Banc-Corp.*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK

*Blahut v. Harris N.A.*
N.D. IL Case No. 1:10-2543
S.D. FL Case No. 1:10-cv-21821-JLK
_______________________________________/

**CERTIFICATION OF DAVID POPE**

David Pope, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois Bar, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the Seventh Circuit.

Dated: NOV. 5, 2010

David Pope
Illinois Bar No. 6275710

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION,**

**MDL No. 2036**
_________________________________/

**THIS DOCUMENT RELATES TO:**

*Harris v. Associated Banc-Corp*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK

*Blahut v. Harris N.A.*
N.D. IL Case No. 1:10-2543
S.D. FL Case No. 1:10-cv-21821-JLK
_________________________________/

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE BY DAVID POPE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance by David Pope, Esq. and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for the admission pro hac vice of David Pope, Esq. in this matter and requesting, pursuant to Rule 2B of the Southern District of Florida CM/ECF Administrative Procedures, that Mr. Pope electronically receive notice of electronic filings. This Court has considered the motion and all other relevant factors, and it is hereby

ORDERED and ADJUDGED that the Motion for Limited Appearance by David Pope, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is

**GRANTED**. David Pope, Esq. is granted to appear and participate in this action on behalf of Defendants Associated Banc-Corp and Harris N.A.

The Clerk shall provide electronic notification of all electronic filings to David Pope, Esq. at dpope@mayerbrown.com.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ____ day of November, 2010.

______________________________
JAME LAWRENCE KING
United States District Judge

Copies furnished to: counsel of record