**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK**

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

FIRST TRANCHE

THIS DOCUMENT RELATES TO:

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2010, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

- MOTION OF JPMORGAN CHASE BANK, N.A. TO COMPEL PLAINTIFFS ESTELLA LOPEZ, LINDA MCDANIEL, CHARLES REED, JR., JOHN STONE, AND ANDREA LUQUETTA TO PRODUCE DOCUMENTS AND TO ANSWER INTERROGATORIES AND INCORPORATED MEMORANDUM OF LAW

- DECLARATION OF DAVID S. LESSER IN SUPPORT OF MOTION OF JPMORGAN CHASE BANK, N.A. TO COMPEL PLAINTIFFS ESTELLA LOPEZ, LINDA MCDANIEL, CHARLES REED, JR., JOHN STONE, AND ANDREA LUQUETTA TO PRODUCE DOCUMENTS AND TO ANSWER INTERROGATORIES AND EXHIBITS THERETO

- J.P. MORGAN CHASE BANK, N.A.'S REQUEST FOR HEARING ON ITS MOTION TO COMPEL PLAINTIFFS ESTELLA LOPEZ, LINDA MCDANIEL, CHARLES REED, JR., JOHN STONE, AND ANDREA

      LUQUETTA TO PRODUCE DOCUMENTS AND TO ANSWER
      INTERROGATORIES

   I also certify that this document is being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, or, in the absence of agreement, by First Class Mail.

               /s/ Christopher R. Lipsett
               CHRISTOPHER R. LIPSETT
               (*pro hac vice*)
               christopher.lipsett@wilmerhale.com
               WILMER CUTLER PICKERING
                 HALE AND DORR LLP
               399 Park Avenue
               New York, New York  10022
               tel: (212) 230-8851
               fax: (212) 230-8888