UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## ORDER ON NOVEMBER 4, 2010 STATUS CONFERENCE

The Court convened a Status Conference in this multidistrict proceeding on November 4, 2010 pursuant to the Order Setting Status Conference [D.E. 852]. The Court addressed several matters during the Status Conference, as reflected in the Amended Civil Minutes [D.E. 876]. Based on the Joint Status Report [D.E. 864], the Court's review of the record, and having heard argument of the parties, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Court has reviewed the pleadings, motions, responses and heard oral argument pertaining to TD Bank, N.A.'s Motion to Dismiss and/or for Judgment on the Pleadings [D.E. 665], Citizens Bank of Pennsylvania's Motion To Dismiss the Consolidated Amended Class Action Complaint [D.E. 666], and RBS Citizens, N.A.'s Joinder in Citizens Bank of Pennsylvania's Motion To Dismiss the Consolidated Amended Class Action Complaint [D.E. 668]. For the reasons articulated on the record, this Court is of the opinion that the *Hassler* decisions do not alter this Court's original Order Ruling on Omnibus Motions to Dismiss and/or for Judgment on the Pleadings [D.E. 305]. Therefore, these motions are DENIED.

2. Plaintiffs' Omnibus Motion to Compel Production of Documents and Responses to Plaintiffs' Discovery Requests [D.E. 691], JPMorgan Chase Bank, N.A.'s Motion to Compel Plaintiffs Estella Lopez, Linda McDaniel, Charles Reed, Jr., John Stone, and Andrea Luquetta to Produce Documents and to Answer Interrogatories [D.E. 693] and JPMorgan Chase Bank,

N.A.'s Motion for Hearing on Motion to Compel [D.E. 695] are DENIED AS MOOT, WITHOUT PREJUDICE to the right of any party to raise these issues again following the conclusion of ongoing discovery conferences among counsel.

3. JPMorgan Chase Bank, N.A.'s Motion to Stay Proceedings Relating to Claims of Certain Named Plaintiffs Pending Appeal [D.E. 601] is taken under advisement without oral argument.

4. JPMorgan Chase Bank's Motion to Stay Proceedings in Favor of Arbitration (Townsend) [D.E. 778] and Wells Fargo & Co. and Wells Fargo Bank, N.A.'s Motion to Stay Proceedings in Favor of Arbitration (Townsend) [D.E. 782] were taken under advisement without oral argument at the status conference. The Court subsequently entered an Order Dismissing the [*Townsend*] Case Without Prejudice [D.E. 892]. Plaintiff Townsend has filed a Motion Requesting Notice of Clarification [D.E. 913].

5. The Court ruled on U.S. Bank National Association's Motion to Stay Proceedings Pending Appeal [D.E. 861] on November 3, 2010, prior to the Status Conference [D.E. 874].

6. Subsequent to the November 4, 2010 status conference, the Court entered an Order Denying Fifth Third Bank's Motion to Stay [D.E. 894].

7. The Court has entered a separate Revised Scheduling Order [D.E. 878] governing the *First Tranche* actions referenced in the caption of said Order [D.E. 878] pending against defendants Bank of America, N.A., Citibank, N.A., JPMorgan Chase Bank, N.A., Union Bank, U.S. Bank, N.A. and Wells Fargo Bank, N.A. (also sued as Wachovia Bank, N.A.).

8. The Court has entered a separate Interim Scheduling Order [D.E. 877] governing the *Fourth Tranche* actions referenced in the caption of said Order [D.E. 877] pending against defendants Associated Banc-Corp, BancorpSouth, Inc., Bank of the West, Capital One Financial

Corp., Capital One Bank (USA), N.A., Comerica, Inc., Commerce Bank, N.A., Great Western Bank, Harris Bank, NA, M & I Marshall & Ilsley Bank, National City Bank, PNC Bank, N.A., RBS Citizens, N.A. and Webster Bank, N.A.

9. For the sake of clarity and administrative grouping, counsel are directed to identify the applicable tranche (as described below) in future filings with the Court:

a. *First Tranche* – actions pending against defendants Bank of America, N.A., Citibank, N.A., JPMorgan Chase Bank, N.A., Union Bank, U.S. Bank, N.A. and Wells Fargo Bank, N.A. (also sued as Wachovia Bank, N.A.) which are the subject of this Court's May 13, 2010 Scheduling Order [D.E. 463] and the Revised Scheduling Order dated November 4, 2010 [D.E. 878] as referenced in the caption of said Order [D.E. 878];

b. *Second Tranche* – actions pending against defendants Branch Banking & Trust Company, M&T Bank, SunTrust Bank, Regions Bank, KeyBank, and RBC Bank which are stayed pending the outcome of their respective appeals before the Eleventh Circuit Court of Appeals arising from this Court's Orders denying motions to compel arbitration [D.E. 590, 664, and 830];

c. *Third Tranche* – actions pending against defendants TD Bank, N.A., Citizens Bank of Pennsylvania, and RBS Citizens, N.A. which are the subject of this Court's Interim Scheduling Order dated May 7, 2010 [D.E. 444] as referenced in the caption of said Order [D.E. 444]; and

d. *Fourth Tranche* – actions pending against defendants Associated Banc-Corp, BancorpSouth, Inc., Bank of the West, Capital One Financial Corp., Capital One Bank (USA), N.A., Comerica, Inc., Commerce Bank, N.A., Great Western Bank, Harris Bank, NA, M & I Marshall & Ilsley Bank, National City Bank, PNC Bank, N.A., RBS Citizens, N.A. and

Webster Bank, N.A. which are the subject of this Court's Interim Scheduling Order dated November 5, 2010 [D.E. 877] as referenced in the caption of said Order [D.E. 877].

Additional tranches may be created, as necessary, based on the transfer of additional actions to this Court by the Judicial Panel on Multidistrict Litigation.

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 17 day of November 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record