**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:09-MDL-02036-JLK**

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

**MDL No. 2036**

**MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC**
**FILING PRIVILEGES FOR PLAINTIFFS' OUT-OF-STATE ATTORNEYS**

In accordance with Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), the parties' colloquy with the Court at the October 22, 2009 status conference (see Order on Oct. 22, 1009 Status Conference [DE 134] ¶ 15, authorizing Plaintiffs' Lead Counsel to submit and omnibus motion for *pro hac vice* admission of out-of-state attorneys representing various Plaintiffs' in the multidistrict proceeding and directing the Clerk to facilitate the issuance of CM/ECF privileges for such out-of-state counsel), the undersigned respectfully moves for the admission of and electronic filing privileges for the attorney below, who seeks to become counsel of record in cases that originated in other districts and have been transferred to the MDL proceeding, for limited appearance as counsel on behalf of the Plaintiffs, and in support thereof states as follows:

1.     David S. Stellings is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar, the United States District Court for the Southern Districts of New York, and the United States Ninth Circuit Court of Appeals.

2.     A certification signed by David S. Stellings stating that he is a member in good standing in the Appellate Division of the Supreme Court of the State of New York First Judicial Department is attached hereto as Exhibit A.

3.     Movant, Robert C. Gilbert is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.

4.     MDL Rule 1.4 states that "Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred.

5.     Pursuant to MDL Rule 1.4, Movant, on behalf of the MDL Plaintiffs, requests that the Court waive the requirement of this District's Special Rule 4.B.3 that attorneys admitted on a limited appearance basis must designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of an file papers on their behalf.

6.     Movant, on behalf of the MDL Plaintiffs, further requests that pursuant to MDL Rule 1.4, the attorneys admitted on a limited appearance basis in this MDL proceeding be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.3. See Order on October 22, 2009 Status Conference [DE 134 at ¶ 15 (directing the Clerk of the Court to facilitate the issuance of CM/ECF filing privileges for out-of-state counsel upon

entry of an omnibus order granting their *pro hac vice* admission for purposes of appearing in these multidistrict proceedings.

7.     Pursuant to MDL Rule 1.4, Movant, on behalf of the MDL Plaintiffs, requests that the Court waive the filing fee of $75 for the limited admission of David S. Stellings.

WHEREFORE, Robert C. Gilbert moves this Court to enter an Order (1) permitting David S. Stellings to appear before this Court on behalf of Plaintiffs for all purposes relating to the proceedings in the above-styled MDL matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide CM/ECF usernames and passwords to David S. Stellings, and (4) directing the Clerk to waive the $75 filing fee for the limited admission of David S. Stellings.

Dated: November 18, 2010                    Respectfully submitted,

By: _____ Fbn 93/000

Bruce Rogow, Esquire
Florida Bar No.: 067999
bruce@rogowlaw.com
Robert C. Gilbert, Esquire
Florida Bar No.: 561861
bobby@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

*Lead Counsel for Plaintiffs*

/s/ Robert C. Josefsberg
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800
vdiaz@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W Flagler Street - Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382


/s/ Edward Adam Webb
Edward Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008


/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 East 58th street - 34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Melissa K. Hutts, Esquire
Texas Bar No. 0188015
mhutts@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

*Plaintiffs' Executive Committee*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2010, I served the following document via U.S. mail Defendants' Temporary Liaison Counsel, designated by the Court in the Order on August 26, 2009 Status Conference:

>Barry R. Davidson, Esquire
>Jamie Zysk Isani, Esquire
>Hunton & Williams LLP
>Suite 2500
>1111 Brickell Avenue
>Miami, Florida 33131
>Tel: 305-810-2500
>Fax: 305-810-2460

Bruce Rogow, Esquire
Florida Bar No. 067999
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, Florida 33137
bruce@rogowlaw.com

# EXHIBIT A

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, David Spokony, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DAVID STELLINGS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **August 8, 1994**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 8, 2010

*David Spokony*

9612

Clerk of the Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE
## OF AND ELECTRONIC FILING PRIVILEGES FOR
## PLAINTIFFS' OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Plaintiffs' and Electronic Filing Privileges for Plaintiffs' Out-of-State Attorneys, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the parties' colloquy with the Court at the October 22, 2009 status conference (*see* DE 134 ¶ 15), permission for a limited appearance of and electronic filing privileges for the additional attorneys listed below who are or seek to become counsel of record to cases that have been transferred from other districts to this MDL proceeding.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.     The Motion for Limited Appearance of and Electronic Filing Privileges for Plaintiffs' Out-of State Attorneys is GRANTED.

2.      The following additional attorney is granted to appear and participate in this action on behalf of Plaintiffs:

> David S. Stellings
> Leiff, Cabraser, Heimann & Bernstein, LLP
> 250 Hudson Street, Eighth Floor
> New York, NY 10013-1413
> Tel: 212-355-9500
> Fax: 212-355-9592
> dstellings@lchb.com

3.      Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4.      Further, pursuant to MDL Rule 1.4 and the Order of October 22, 2009 status conference [DE 134] at ¶ 15, the attorneys named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorney listed in paragraph 2 above.

5.      In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami,

Florida this _____ day of November 2010.


_____
Honorable James Lawrence King
United States District Judge

Copies furnished to:

Counsel of Record