UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) |
| | ) |
| CHECKING ACCOUNT OVERDRAFT | ) |
| LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Mike Amrhein v. Citibank, N.A.* | ) |
| S.D. Fla. Case No. 09-21681-JLK | ) |
| N.D. Cal. Case No. 08-05101 SBA | ) |
| | ) |

**RENEWED OBJECTION OF DEFENDANT CITIBANK, N.A. TO SETTING OF TRIAL DATE**

LA 51335385

Defendant Citibank, N.A. ("Citibank") hereby objects to the Court's November 4, 2010 Order Establishing a Schedule for the Discovery, Motion Practice, Final Pretrial Conference and Trial for Selected Cases (the "Scheduling Order") to the extent that it sets the matter entitled Amrhein v. Citibank, N.A., S.D. Fla. Case No. 09-21681-JLK ("Amrhein"), for trial before this Court.[1]

Amrhein was originally filed November 7, 2008 in the Northern District of California, where it was pending before the Honorable Saundra B. Armstrong. On June 10, 2009, the Judicial Panel on Multidistrict Litigation transferred Amrhein, along with other cases, to this Court for "coordinated or consolidated pretrial proceedings." 28 U.S.C. § 1407(a); see also In re Checking Account Overdraft Litig., 626 F. Supp. 2d 1333, 1336 (J.P.M.L. 2009). The Court lacks authority to preside over Amrhein for purposes of trial. See 28 U.S.C. § 1407(a) ("Each action so transferred shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated . . . .").

//
//
//
//
//
//

---

[1] On June 2, 2010, Citibank submitted its objection to the Court's May 13, 2010 Order Establishing a Schedule for the Discovery, Motion Practice, Final Pretrial Conference and Trial for Selected Case, setting trial for October 31, 2011 in this Court.

Accordingly, pursuant to this Objection, the portion of the Court's Scheduling Order setting trial before the Court on March 26, 2012 should be deemed not to apply to <u>Amrhein</u>. (<u>See</u> Scheduling Order at 3.)

Dated:  November 23, 2010

Respectfully submitted,

<u>/s/ Lisa M. Simonetti</u>
JULIA B. STRICKLAND
(*pro hac vice*)
jstrickland@stroock.com
LISA M. SIMONETTI
(*pro hac vice*)
lsimonetti@stroock.com
BRIAN C. FRONTINO
(*pro hac vice*)
bfrontino@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Tel:  (310) 556-5800
Fax:  (310) 556-5959

Attorneys for Defendant
   CITIBANK, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 23, 2010, I filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record or pro se parties entitled to receive service.

_____/s/ *Lisa M. Simonetti* _____
Lisa M. Simonetti
Stroock & Stroock & Lavan LLP

LA 51335385

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**
Case No. 1:09-MD-02036-JLK

**U.S. MAIL SERVICE LIST**

Aaron Schur
Arnold & Porter LLP
Suite 2700
275 Battery Street
San Francisco, CA 94111

Alisha A. Martin
Harrison Patterson & O'Connor
402 West Broadway, 29th Floor
San Diego, CA 92101

Ann Marie Mortimer
Hunton & Williams
550 S Hope Street
Suite 2000
Los Angeles, CA 90071

Barbara J. Dawson
Snell & Wilmer
400 E Van Buren
One Arizona Center
Phoenix, AZ 85004-2202

Brian J. Meenaghan
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

C. Marie Eckert
Miller Nash LLP
111 SW 5th Avenue
Suite 3400
Portland, OR 97204-3699

Christopher G. Hayes
Law Office of Christopher G. Hayes
225 S Church Street
West Chester, PA 19382

Alan M. Mansfield
The Consumer Law Group
9466 Black Mountain Rd, Suite 225
San Diego, CA 92126

Ashley F. Cummings
Hunton & Williams
600 Peachtree Street NE
Suite 4100
Atlanta, GA 30308-2216

Brian Carlin
Huskinson Brown Heidenreich & Carlin LLP
865 Manhattan Beach Boulevard
Suite 200
Manhattan Beach, CA 90266

Bruce W. Neckers
Rhoades McKee PC
161 Ottawa Avenue NW
Suite 600
Grand Rapids, MI 49503

Chaim S. Setareh
Law Office of Shaun Setareh APC
9454 Wilshire Boulevard
Penthouse Suite 3
Beverly Hills, CA 90212

Christopher T. Hynes
Hinckley Allen & Snyder, LLP
28 State Street
30th Floor
Boston, MA 02109

-1-

| | |
|---|---|
| Cody J. Elliott<br>Miller Nash LLP<br>111 SW 5th Avenue<br>Suite 3400<br>Portland, OR 97204-3699 | Constance Melissa Ewing<br>Parker Hudson Rainer & Dobbs<br>Marquis II Tower<br>285 Peachtree Center Avenue NE<br>Suite 1500<br>Atlanta, GA 30303 |
| Cynthia B. Chapman<br>Caddell & Chapman<br>1331 Lamar<br>Suite 1070<br>Houston, TX 71370 | David C. Marcus<br>Wilmer Cutler Pickening Hale & Dorr, LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| David T. Brown<br>Huskinson Brown Heidenreich & Carlin LLP<br>865 Manhattan Beach Boulevard<br>Suite 200<br>Manhattan Beach, CA 90266 | Denise Lissette Diaz<br>Keller Grover LLP<br>425 Second Street<br>Suite 500<br>San Francisco, CA 94107 |
| Denyse Clancy<br>Baron Budd LLP<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219 | Donald R. Chierici , Jr<br>Chierici, Chierici & Smith<br>Blason Campus III<br>509 S. Lenola Road<br>Building Six<br>Moorestown, NJ 08057 |
| Douglas D. Winter<br>The Ball Law Firm LLP<br>Figueroa Tower<br>10866 Wilshire Boulevard<br>Suite 1400<br>Los Angeles, CA 90024 | Elizabeth Margret Hall<br>Khorrami Pollard & Abir LLP<br>444 S. Flower Street<br>33rd Floor<br>Los Angeles, CA 90071 |
| Gary Walker Jackson<br>Jackson & McGee, LLP<br>521 East Boulevard<br>Charlotte, NC 28203 | Geoffrey S. Johnson<br>Scott & Scott - Chagrin Falls<br>12434 Cedar Road, Suite 12<br>Cleveland Heights, OH 44106 |
| Gregory G. Gordon<br>Gregory G Gordon Ltd<br>871 Coronado Center Drive<br>16th Floor<br>Henderson, NV 89052 | Heather Mitchell<br>Venable LLP<br>210 W Pennsylvania Avenue, Suite 500<br>Towson, MD 21204 |

LA 51335385

James G. Wilcoxen
Wilcoxen & Wilcoxen
P.O. Box 357
Muskogee, OK 74402-03507

James R. Patterson
Harrison Patterson & O'Connor
402 West Broadway, 29th Floor
San Diego, CA 920101

Jay Earl Smith
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134

Jeff D. Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710

John Wentworth Phillips
Phillips Law Group PLLC
315 Fifth Avenue South
Suite 1000
Seattle, WA 98104-2682

Kellie M. Johnson
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Leonard A. Frisoli
Frisoli & Associates
43 Thorndike Street
Cambridge, MA 02141

Marcus J. Bradley
Marlin & Saltzman
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301

James R. Daly
Jones Day Reavis & Pogue
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Jason M. Beach
Hunton & Williams
600 Peachtree Street NE
Suite 4100
Atlanta, GA 30308-2216

Jeff Potts
1515 E. Okmulgee
Muskogee, OK 74403

John M. Lichtenberg
Rhoades McKee PC
161 Ottawa Avenue NW
Suite 600
Grand Rapids, MI 49503

Joseph S. Tusa
Whalen & Tusa
33 West 19th Street, 4th Floor
New York, NY 10011

Lawrence J. Bracken , II
Hunton & Williams
600 Peachtree Street NE
Suite 4100
Atlanta, GA 30308-2216

Lisa J. Rodriguez
Trujillo, Rodriguez & Richards
258 Kings Highway East
Haddonfield, NJ 08033

Marvin I. Bartel
Bartel and Evans
4695 MacArthur Court, Suite 310
Newport Beach, FL 92660

-3-

Mary Schug Young
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Michael Coren
Cohen, Placitella & Roth, PC
Two Commerce Square, Suite 2900
2001 Market Street
Philadelphia, PA 19103

Murray Ogborn
Ogborn Summerlin & Ogborn LLC
1120 Lincoln Street
Suite 1100
Denver, CO 80203

Paul A. McCarthy
Rhoades McKee PC
161 Ottawa Avenue NW
Suite 600
Grand Rapids, MI 49503

Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Robert G. Flanders , Jr
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza
Suite 1500
Providence, RI 02903

Robert Joseph Drexler , Jr
Khorrami Pollard & Abir LLP
444 S. Flower Street
33rd Floor
Los Angeles, CA 90071

Matthew W. O'Neill
Friebert, Finerty & St. John, S.C.
Two Plaza East
330 East Kilbourn Avenue
Suite 1250
Milwaukee, WI 53202

Miriam Zakarin
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, PA 19450-1989

Norah Hart
Treuhaft & Zakarin, LLP
1011 Avenue of the America
4th Floor
New York, NY 10000

Paul Edward Heidenreich
Huskinson Brown Heidenreich & Carlin LLP
865 Manhattan Beach Boulevard
Suite 200
Manhattan Beach, CA 90266

Reed Richard Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710

Robert H. Friebert
Friebert, Finerty & St. John, S.C.
Two Plaza East
330 East Kilbourn Avenue
Suite 1250
Milwaukee, WI 53202

Robert Matthew Kort
Snell & Wilmer LLP
1 Arizona Center
400 E Van Buren
Phoenix, AZ 85004-0001

-4-

| | |
|---|---|
| Robert S. Green<br>Green Welling PC<br>595 Market Street<br>Suite 2750<br>San Francisco, CA 94105 | Ronald E. Beard<br>Lane Powell PC<br>1420 Fifth Avenue<br>Suite 4100<br>Seattle, WA 98101-2338 |
| Rosemary M. Rivas<br>Finkelstein Thompson LLP<br>100 Bush Street<br>Suite 1450<br>San Francisco, CA 94104 | Rudy Albert Englund<br>Lane Powell PC<br>1420 5th Avenue<br>Suite 4100<br>Seattle, WA 98101-2338 |
| Stephen P. Willison<br>Willison & Hellman PC<br>44 Grandville Avenue SW<br>Suite 200<br>Grand Rapids, MI 49503 | Tara N. Gillespie<br>Lane Powell PC<br>1420 5th Avenue<br>Suite 4100<br>Seattle, WA 98101-2338 |
| Todd David Carpenter<br>Bonnett Fairbourn Friedman & Balint<br>600 West Broadway, Suite 900<br>San Diego, CA 92101 | Tracy L. Ashmore<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street<br>Suite 4100<br>Denver, CO 80203-4541 |
| William Woodhull Stone<br>Holzer Holzer & Fistel LLC<br>200 Ashford Center North<br>Suite 300<br>Atlanta, GA 30338 | Zaheer A. Samee<br>Frisoli Associates, PC<br>43 Thorndike Street<br>Cambridge, MA 02141 |

LA 51335385