UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036

FILED by _____ D.C.

NOV 2 2 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

JASON TAPP AND SHIRLEY TAPP,        )
husband and wife;                   )
CAROLYN STOCKTON and                )
DANNY STOCKTON, wife and            )
husband; AND                        )
CHRIS McCLURG and                   )
AMBER McCLURG, husband and wife,    )
                                    )
            Plaintiffs,             )
                                    )
-vs-                                )   CIVIL NO: 09-2036
                                    )
INTERNATIONAL BANCSHARES            )
CORPORATION d/b/a                   )
INTERNATIONAL BANK OF               )
COMMERCE,                           )
                                    )
            Defendant.              )

### CERTIFICATE OF UNDERSTANDING – IN RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, Jeffery B. Potts, do hereby certify that:

**1.**   I am a member in good standing of the Bar of Eastern District of Oklahoma.

**2.**   I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

**3.**   I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

**4.**   I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.  I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Jeffery B. Potts |
| State Bar No. | 13756 |
| Firm name: | Jeff Potts Law Office |
| Address: | 1515 East Okmulgee |
| | Muskogee, OK 74403 |
| Telephone: | (918) 687-7755 |
| E-mail address: | jeffpottslaw office @yahoo.com |
| Fax: | (918) 681-3939 |

Dated:    11.18.2010

_____
Jeffery B. Potts
Attorney for Plaintiffs:
Jason & Shirley Tapp
Danny & Carolyn Stockton
Chris McClurg &
Amber McClurg