UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

**MDL No. 2036**
_____/

THIS DOCUMENT RELATES TO:
*Amrhein v. Citibank, N.A.*;
S.D. Fla. Case No. 10-cv-21681-JLK
N.D. Cal. Case No. 08-05101-SBA
_____/

### ORDER DENYING RENEWED OBJECTION OF DEFENDANT CITIBANK, N.A.

THIS CAUSE comes before the Court upon Defendant Citibank's Objection to Setting of Trial Date (DE # 947) filed on November 23, 2010. Defendant previously filed the same objection (DE # 539) on June 2, 2010, which the Court also denied. (DE # 550).

Defendant objects to this Court's November 4, 2010 Order establishing a Schedule for the Discovery, Motion Practice, Final Pretrial Conference and Trial for Selected Cases. Pursuant to the Judicial Panel on Multidistrict Litigation and the Federal Judicial Center's *A Guide for Multidistrict Litigation Transferee Judges*, this Court should "set a clear target date for the conclusion of [the] MDL, i.e., for at pretrial issues to be resolved and for the case to be ready for trial." As the Guide explained, to move the litigation along, the court must establish that it is serious about maintaining a schedule. Further, it is this Court's personal experience that setting a trial date is the best way to expeditiously move litigation forward.

After a careful review of the record, and the Court being otherwise fully advised, it is

ORDERED and ADJUDGED that Defendant's Objection to Setting of Trial Date (**DE # 947**) be, and the same is hereby, **DENIED** without prejudice to reassert at the Pre-trial Conference.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 29th day of November, 2010.

                                          JAMES LAWRENCE KING
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record