IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK<br><br>*Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23034-JLK<br>N.D. Cal. Case No. 09-2071 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### U.S. BANK NATIONAL ASSOCIATION'S REQUEST FOR HEARING ON ITS MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS AND ANSWER INTERROGATORIES

Pursuant to Local Rule 7.1(b), Defendant U.S. Bank, N.A. hereby requests a hearing on its Motion to Compel Plaintiffs to Produce Documents and Answer Interrogatories. A hearing will benefit the Court, as the discovery issues raised by the Motion to Compel are important and oral argument will likely assist the Court in resolving them.

It is expected that oral argument would take no more than thirty minutes total.

Dated:  November 29, 2010

Respectfully submitted,

/s/ James R. McGuire
James R. McGuire
jmcguire@mofo.com
Rita F. Lin
rlin@mofo.com
Mimi Yang
mimiyang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant
U.S. BANK, N.A.

sf-2924250