IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>FIRST TRANCHE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Lopez v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. CV09-6967-GHK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2010, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

- REPLY IN SUPPORT OF MOTION OF JPMORGAN CHASE BANK, N.A. TO COMPEL PLAINTIFFS ESTELLA LOPEZ, LINDA MCDANIEL, CHARLES REED, JR., JOHN STONE, AND ANDREA LUQUETTA TO PRODUCE DOCUMENTS AND TO ANSWER INTERROGATORIES

- DECLARATION OF DAVID S. LESSER IN FURTHER SUPPORT OF MOTION OF JPMORGAN CHASE BANK, N.A. TO COMPEL PLAINTIFFS ESTELLA LOPEZ, LINDA MCDANIEL, CHARLES REED, JR., JOHN STONE, AND ANDREA LUQUETTA TO PRODUCE DOCUMENTS AND TO ANSWER INTERROGATORIES AND EXHIBIT THERETO

I also certify that this document is being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, or, in the absence of agreement, by First Class Mail.

/s/ Christopher R. Lipsett
CHRISTOPHER R. LIPSETT
(*pro hac vice*)
christopher.lipsett@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York  10022
tel: (212) 230-8851
fax: (212) 230-8888