IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
*Childs v. Synovus Bank, et al.*
N.D. Ga. Case No. 1:10-CV-03027-ODE
S.D. Fla. Case No. 1:10-CV-23938-JLK

## CONSENT ORDER EXTENDING TIME

Pursuant to Fed. R. Civ. P. 6(b), Plaintiffs and Defendants Columbus Bank and Trust, Synovus Bank, and Synovus Financial Corp. (collectively "Defendants") having consented and agreed as evidenced by the signature of their counsel below show the Court the following:

On October 28, 2010, this case was transferred to this Court by the Judicial Panel on Multidistrict Litigation for inclusion in MDL 2036. Prior to transfer, the parties filed, and the court granted, a Consent Order extending the time within which Defendants may answer, object, file any defensive motion, or otherwise respond to the Plaintiffs' Complaint to Monday, November 22, 2010. The parties

LEGAL02/32284394v1

stipulate and submit that upon transfer to this Court, pursuant to Pretrial Order No. 1 (Dkt. 60), that the November 22, 2010 deadline is now moot and the time within which Defendants may answer, object, file any defensive motion, or otherwise respond to the Plaintiffs' Complaint is suspended until such deadline is established in an Interim Scheduling Order relating to the next tranche of banks whose actions are transferred into MDL No. 2036.

SO ORDERED this 29th day of November, 2010.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE

Submitted and consented to by:

/s/ E. Adam Webb
E. Adam Webb
Georgia Bar No. 743910
G. Franklin Lemond, Jr.
Georgia Bar No. 141315
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Phone: (770) 444-0773
Fax: (770) 444-0271
Adam@WebbLLC.com
FLemond@WebbLLC.com

*Attorneys for Plaintiffs*

/s/ Steven M. Collins
Steven M. Collins
Georgia Bar No. 178825
Christopher A. Riley
Georgia Bar No. 605634
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777
steve.collins@alston.com
chris.riley@alston.com

/s/ William L. Tucker
William L. Tucker
Georgia Bar No. 718050
PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.
Synovus Centre
1111 Bay Avenue, 3rd Floor
Columbus, Georgia 31901
Phone: (706) 243-5604
Fax:   (706) 596-9992
wlt@psstf.com

/s/ Stephen M. Colangelo
Stephen M. Colangelo
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, D.C. 20006-1888
Phone: (202) 887-1500
Fax: (202) 887-0763
scolangelo@mofo.com

*Attorneys for Defendants*