UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT     )
OVERDRAFT LITIGATION        )
                            )
MDL No. 2036                )
                            )
_____ )

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND
ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS CITIBANK, N.A. AND
BANK OF THE WEST'S OUT OF STATE ATTORNEY LEAH R. MOSNER**

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 2.1"), and the Court's November 24, 2009 Order (Dkt No. 166), permission for a limited appearance and electronic filing privileges for Leah R. Mosner, who seeks to become co-counsel for defendants Citibank, N.A. and Bank of the West, for cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.   The Motion for Limited Appearance of and Electronic Filing Privileges for Leah R. Monser is GRANTED.

2.   Pursuant to MDL Rule 2.1 and this Court's November 24, 2009 Order (Dkt No.

LA 51334205v1

166), Leah R. Mosner shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign a CM/ECF username and password to Leah R. Mosner.

3. Furthermore, pursuant to MDL Rule 2.1, the Court hereby waives the filing fee of $75 per attorney for the limited appearance of Leah R. Mosner.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 29th day of November 2010.

```
                                      James Lawrence King
                                      _____
                                      James L. King
                                      United States District Judge
```