UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR PLAINTIFFS' OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Plaintiffs' and Electronic Filing Privileges for Plaintiffs' Out-of-State Attorneys, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the parties' colloquy with the Court at the October 22, 2009 status conference (*see* DE 134 ¶ 15), permission for a limited appearance of and electronic filing privileges for the additional attorneys listed below who are or seek to become counsel of record to cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.  The Motion for Limited Appearance of and Electronic Filing Privileges for Plaintiffs' Out-of State Attorneys is GRANTED.

2. The following additional attorney is granted to appear and participate in this action on behalf of Plaintiffs:

> David S. Stellings
> Leiff, Cabraser, Heimann & Bernstein, LLP
> 250 Hudson Street, Eighth Floor
> New York, NY 10013-1413
> Tel: 212-355-9500
> Fax: 212-355-9592
> dstellings@lchb.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and the Order of October 22, 2009 status conference [DE 134] at ¶ 15, the attorneys named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorney listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this 29th day of November 2010.

*[signature]*
Honorable James Lawrence King
United States District Judge

Copies furnished to:

Counsel of Record