UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**LEAD CASE NO.: 09-02036-MD-KING**

|  |  |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** | ) ) ) ) |
| **MDL No. 2036** | ) ) |
| **THIS DOCUMENT RELATES TO:** | ) ) |
| *Tornes v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK | ) ) ) |
| *Yourke, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br>N.D. Cal. Case No. 3:09-2186 | ) ) ) ) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Dexter W. Lehtinen of the law firm of Tew Cardenas LLP enters his appearance as counsel for Defendant BANK OF AMERICA, N.A. in the above-captioned matter. Request is hereby made that copies of all motions, papers, notices, orders, pleadings, and other communications relating to this matter be furnished to the undersigned as counsel for Defendant by CM/ECF.

Respectfully submitted,

TEW CARDENAS LLP
*Counsel for Defendant Bank of America, N.A.*
 Four Seasons Tower – 15th Floor
1441 Brickell Avenue
Miami, Florida  33131-3407
Telephone: (305) 536-1112
Facsímile:  (305) 536-1116
Email:  dlehtinen@tewlaw.com

By:    /s/ Dexter W. Lehtinen                   _
       Dexter W. Lehtinen, Esq., Fla Bar No. 265551

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 1st day of December, 2010, the foregoing document was filed electronically with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by EM/ECF.

                                            By:   /s/ Dexter W. Lehtinen
                                                    Dexter W. Lehtinen, Esq.
                                                      Florida Bar No. 265551