UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dwyer v. TD Bank, N.A.*
D. Mass. Case No. 09-cv-12118
S.D. Fla. Case No. 10-20855-JLK

*Mascaro v. TD Bank, N.A.*
D.D.C. Case No. 10-cv-0040
S.D. Fla. Case No. 10-21117-JLK

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

*Mosser v. TD Bank, N.A.*
E.D. Pa. Case No. 10-cv-00731
S.D. Fla. Case No. 10-21386-JLK

*Daniels v. RBS Citizens, N.A.*
D. Mass. Case No. 10-cv-10386
S.D. Fla. Case No. 10-cv-22014-JLK

*Duval v. RBS Citizens, N.A.*
N.D. Ill. Case No. 10-cv-00533
S.D. Fla. Case No. 10-21080-JLK

*Blankenship v. RBS Citizens, N.A.*
D.R.I. Case No. 10-cv-163
S.D. Fla. Case No. 10-cv-22942-JLK

*Chierici v. RBS Citizens, N.A.*
D.N.J. Case No. 10-cv-02718
S.D. Fla. Case No. 10-cv-22323-JLK

*Durgin v. RBS Citizens, N.A.*
D. Mass. Case No. 10-cv-11493
S.D. Fla. Case No. 10-cv-23658-JLK

# SCHEDULING ORDER
# (PERTAINING TO "THIRD TRANCHE" CASES)

After giving due consideration to the schedule proposed by the parties, the Court issues the following Scheduling Order (pertaining to the "Third Tranche" cases) in accordance with S.D. Fla. L. R. 16.1.[1]

| ACTIVITY | DATE |
|---|---|
| Deadline for plaintiffs to file amended and/or consolidated complaints | December 6, 2010 |
| Deadline for defendants to file answers directed to amended and/or consolidated complaints, or move to dismiss on grounds not previously asserted | January 7, 2011 |
| Discovery commences | January 7, 2011 |
| Deadline to file motions for class certification | December 16, 2011 |
| Deadline to file oppositions to class certification motions | 45 days after motions are filed |
| Deadline to file replies on motions for class certification | 25 days after oppositions are filed |

---

[1] Efficiency dictates that the three Citizens cases that were originally part of the Fourth Tranche (*Blankenship, Chierici* and *Durgin*) be moved into the Third Tranche in order that all of the Citizens cases may proceed in a single tranche. Accordingly, the dates in this Scheduling Order replace and supersede all prospective dates in the previous Interim Scheduling Ordering dated November 5, 2010 **[DE # 877]** for the *Blankenship, Chierici* and *Durgin* cases only. Upon entry of this order, the *Blankenship, Chierici* and *Durgin* cases shall be deemed Third Tranche cases for all future purposes.

| Hearings on motions for class certification | To be set by the Court |
|---|---|
| Deadline for parties to exchange lists of lay persons (non-expert) they anticipate calling at trial as witnesses | 10 days after the Court enters its rulings on class certification, to be supplemented 60 days prior to completion of all discovery |
| Deadline for parties to designate experts and serve expert disclosures | 100 days after the Court enters its rulings on class certification |
| Deadline for parties to file objections to designated experts and file *Daubert* motions | 130 days after the Court enters its rulings on class certification |
| Deadline for completion of all discovery | July 9, 2012 |
| Mediation completed and report filed | July 17, 2012 |
| Deadline for filing all motions, including summary judgment motions and motions in limine | August 8, 2012 |
| Deadline for filing responses to all motions due by December 12, 2011 | September 5, 2012 |
| Deadline for filing replies in support of all motions due December 12, 2011 | September 19, 2012 |
| Deadline for parties to meet and confer about pre-trial stipulation (for those cases to be tried in this Court) | September 24, 2012 |
| Deadline for filing pre-trial stipulation (for those cases to be tried in this Court) | October 15, 2012 |
| Pre-trial conference (for those cases to be tried in this Court) | October 22, 2012 at 9:30 a.m. |
| Trial (for those cases to be tried in this Court) | November 19, 2012 |

The parties may stipulate to extend the time to answer interrogatories, produce documents and respond to requests for admissions. The parties shall not file notices or motions memorializing such stipulations unless the stipulation interferes with the deadlines set forth the

3

above. Stipulations that interfere with the above-deadlines may be made only with the Court's approval. In addition to the documents enumerated in Local Rule 26.1.B., the parties shall not file notices of deposition with the Court, unless attached to motions as exhibits.

Discovery motions (which must contain the Local Rule 7.1 A.3 certification) shall be handled on an expedited briefing schedule to prevent interruption and delay to the above pre-trial schedule. The parties shall file responses to discovery motions no later than the fifth business day after a motion is filed. Reply memoranda shall be filed no later than the third business day after oppositions to discovery motions are filed. Any contrary deadlines that appear on the Court's docket or the attorneys' deadline report, generated by CM/ECF, cannot serve to modify this Order. No additional days for "mailing," provided by CM/ECF or any other rules, will extend the briefing schedule for discovery motions.

This schedule is ordered without prejudice to the right of any party to seek adjustments or modifications from the Court as circumstances warrant.

DONE AND ORDERED in chambers at the James Lawrence King United States Courthouse, Miami, Florida, dated this ___1___ day of ___Dec___, 2010.

/s/ James Lawrence King
Honorable James Lawrence King
United States District Judge