IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)

THIS DOCUMENT RELATES TO: )
*Childs v. Synovus Bank, et al.* )
N.D. Ga. Case No. 1:10-CV-03027-ODE )
S.D. Fla. Case No. 1:10-CV-23938-JLK )

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendant's Out-of-State Attorneys, requesting pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 2.1(c)"), and this Court's Order dated November 24, 2009 (Doc. 166, the "Order"), permission for a limited appearance of and electronic filing privileges for the

LEGAL02/32284096v1

additional attorneys listed below who are counsel for Synovus Bank, Synovus Financial Corp. and Columbus Bank and Trust, defendants in an action that has been transferred from another district to the MDL proceeding. This Court having considered the motion and all other relevant factors, hereby orders as follows:

It is ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorneys is GRANTED.

2. The following additional attorneys are granted to appear and participate in this action on behalf of Defendants Synovus Bank. Synovus Financial Corp. and Columbus Bank and Trust:

**For Defendant Synovus Bank, Synovus Financial Corp. and Columbus Bank and Trust**

Steven M. Collins
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
steve.collins@alston.com

Christopher A. Riley
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
chris.riley@alston.com

William L. Tucker

PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
Synovus Centre
1111 Bay Avenue, 3rd Floor
Columbus, Georgia 31901
Phone: (706) 243-5604
Fax: (706) 596-9992
wlt@psstf.com

Stephen M. Colangelo
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, D.C. 20006-1888
Telephone: (202) 887-1500
Fax: (202) 887-0763
scolangelo@mofo.com

3. Pursuant to MDL Rule 2.1(c), which provides that every member in good standing of the bar of any district court of the United States is entitled to practice before the Panel as long as he or she has established and maintains a CM/ECF account with any United States federal court and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2, above, shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 2.1(c) and the Order, the attorneys named in paragraph 2, above, shall be allowed to file and receive service of

LEGAL02/32284096v1

documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5.  In addition, pursuant to MDL Rule 2.1(c) and the Order, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida, this 3rd day of December, 2010.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE