IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-23034-JLK

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT**<br>**OVERDRAFT LITIGATION**<br><br>**MDL No. 2036**<br><br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Tornes v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK<br><br>*Yourke, et al. v. Bank of America, N.A.,*<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br>N.D. Cal. Case No. 3:09-2186<br><br>*Knighten v. Bank of America, N.A.,*<br>S.D. Fla. Case No. 1:10-cv-22209-JLK<br>C.D. Cal. Case No. 8:10-cv-00527-AG | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE BY JAMES
BLACKBURN, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE, having come before the Court on the Motion for Limited Appearance by

James Blackburn, Esq. and Consent to Designation, requesting, pursuant to Rule 4B of the

Special Rules Governing the Admission and Practice of Attorneys in the United States District

Court for the Southern District of Florida, permission for the admission pro hac vice of James

Blackburn, Esq. in this matter and requesting, pursuant to Rule 2B of the Southern District of

Florida CM/ECF Administrative Procedures, that Mr. Blackburn electronically receive notice of

electronic filings.  This Court has considered the motion and all other relevant factors, and it is hereby

ORDERED and ADJUDGED that the Motion for Limited Appearance by James Blackburn, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is **GRANTED**.  James Blackburn, Esq. is granted permission to appear and participate in this action on behalf of Defendant Bank of America N.A.

The Clerk shall provide electronic notification of all electronic filings to James Blackburn, Esq. at james.blackburn@aporter.com.

DONE AND ORDERED in Chambers at the James Lawrence King Courthouse in Miami-Dade County, Florida this _____ day of December 2010.

JAMES LAWRENCE KING
United States District Judge

Copies furnished to:  counsel of record

- 2 -