UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Eivet v. IberiaBank,*
S.D. Fla. Case No. 1:10-CV-23790-JLK
_____/

## CONSENT ORDER EXTENDING TIME

Pursuant to FED. R. CIV. P. 6(b), Plaintiff Gisela Eivet ("Eivet") and Defendant IberiaBank ("IberiaBank") having consented and agreed as evidenced by the signature of their counsel below show the Court the following: IberiaBank was served with the Summons and Complaint in this action on October 21, 2010. With the agreement of Eivet's counsel, IberiaBank was previously granted an extension through November 29, 2010, for IberiaBank to file its Answer or otherwise respond to the Complaint. Eivet and IberiaBank now stipulate and submit that, pursuant to Pretrial Order No.1 (Dkt. 60), that the November 29, 2010 deadline is moot and the time within which IberiaBank may answer, object, file any defensive motion, or otherwise respond to Eivet's Complaint is suspended until such deadline is established in an Interim Scheduling Order relating to the next tranche of banks whose actions are transferred into MDL No. 2036.

DONE AND ORDERED at the James Lawrence King United States Courthouse in Miami, Florida this 7th day of December, 2010.

*/s/ James Lawrence King*
Honorable James Lawrence King
United States District Judge

17828753.2

Dated: December 3, 2010.

| | |
|---|---|
| *s/ Robert C. Gilbert* | *s/ Thomas J. Meeks* |
| Robert C. Gilbert (561861) | Thomas J. Meeks (314323) |
| bobby@alterslaw.com | e-mail: tmeeks@carltonfields.com |
| **ALTERS LAW FIRM, P.A.** | Alan M. Grunspan (451150) |
| 4141 Northeast 2nd Avenue | e-mail: tmeeks@carltonfields.com |
| Suite 201 | Aaron Weiss (48813) |
| Miami, Florida 33137 | e-mail: aweiss@carltonfields.com |
| Tel: (305) 571-8550 | **CARLTON FIELDS, P.A.** |
| Fax: (305) 571-8558 | 100 S.E. Second Street, Suite 4200 |
| | Miami, FL 33131 |
| *Plaintiffs' Lead Counsel* | Tel:  (305)  530-0050 |
| | Fax:  (305)  530-0055 |
| | *Attorneys for Defendant, IberiaBank* |