UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
*Shirley Durgin v. RBS Citizens, N.A.*
S.D. Fla. Case No. 1:10-cv-23658-JLK
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Notice of Voluntary Dismissal without Prejudice (DE # 1001) filed December 6, 2010 in Case No. 1:10-cv-23658-JLK.

Accordingly, after a careful review of the record and the Court being otherwise fully advised in the premises, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. Case No. 1:10-cv-23658-JLK is hereby DISMISSED WITHOUT PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall close this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 7th day of December, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: The Clerk of the Court
All Counsel of Record