UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT           Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

                                  Date     December 8, 2010

                                           JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Judy Shelton

**TYPE OF PROCEEDING:**

Scheduling Conference ___        Status Conference  X
Pre-Trial Conference  ___        Motion Hearing    ___

Counsel for Plaintiff: Robert Gilbert, Esq. Peter Prieto, Esq.
Robert Josefberg, Esq.   John Gravante, Esq.

Counsel for Defendant: SEE ATTACHMENT

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- The Court outlined the motions to be argued on this date
- Oral Arguments were held re: Ways and Means to approach the various issues raised in the various motions to compel discovery
- The Court finds that an Order shall be rendered by the Court using the documents found in J.P. Morgan Chase Bank (D.E. #930), filed on November 17, 2010 and D.E. #959 a Reply by J.P. Morgan Chase Bank filed on November 29, 2010 as a guideline to set **STANDARDS** for Discovery Practices
- The Court shall set a Status Conference thereafter (by separate order)

# ORAL ARGUMENT ON DISCOVERY MOTIONS
## 09-2036-MDL
### In Re: Checking Account Overdraft Litigation
### December 8, 2010

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| 1. Bob Josepsberg | 1. Thomas Tew ③ |
| 2. Robert Gilbert | 2. James Blackburn ⑤ |
| 3. Peter Prieto | 3. Michael Strauch |
| 4. John Gravante | 4. Dexter Lehtinen |
| 5. | 5. Claudio Riedi |
| 6. | 6. A. Stephen Hut, Jr. ⑧ |
| 7. | 7. Mimi Yang  7 |
| 8. | 8. Alan Greer  2 |
| 9. | 9. Ethan Wall |
| 10. | 10. David Jolley  6 |
| 11. | 11. Jamie Isani |
| 12. | 12. Barry Davidson ① |
| 13. | 13. Peter Homer ④ |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |
| 18. | 18. |
| 19. | 19. |
| 20. | 20. |
| 21. | 21. |
| 22. | 22. |