UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No.: 1:09-cv-23685
D. Or. Case No.: 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case NO. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case NO. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

*Robert Townsend v. Wells Fargo Bank &
Company., Wells Fargo Bank, N.A., J.P.Morgan
Chase, Chase Gank USA, N.A. and as
Successor's in Interest to Washington Mutual
Bank FA., Does 1-10*
S.D. Fla. Case No. 09-MD-02036-JLK
MDL Case No: 1:10-cv-21834-JLK
Central District of California Case No:
DV10-00550 ODW(MLGx)
_____/

### AMY S. RUBIN'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS WELLS FARGO BANK & COMPANY AND WELLS FARGO BANK, N.A.

Pursuant to Local Civil Rule 11.1 (d)(3), the undersigned, Amy S. Rubin of Fox Rothschild, LLP, hereby moves the Court for leave to withdraw her appearance as counsel for Defendants Wells Fargo Bank & Company and Wells Fargo Bank, N.A. ("Wells Fargo") in the above-captioned actions and as counsel of record for Wells Fargo in MDL No. 2036.

1

1. If leave to withdraw is granted, Wells Fargo will continue to be represented by its other counsel of record.

2. This Motion is filed in good faith and not for purposes of delay. No party to this action will be prejudiced should this Court grant the relief sought herein.

DATED: December 10, 2010.                                         Respectfully submitted,

/s/ Amy S. Rubin
Amy S. Rubin
Florida Bar Number: 476048
arubin@foxrothschild.com
Dori K. Stibolt
Florida Bar Number: 183611
dstibolt@foxrothschild.com
FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: 561.835.9600
Facsimile: 561.835.9602

MDL Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Amy S. Rubin
Dori K. Stibolt

WP1 361184v2