UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-2036-KING

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
_____/

## ORDER TO COMPLY

THIS MATTER is before the Court *sua sponte* upon notification by the Clerk of Court that some attorneys granted electronic filing privileges as Out-of-State Attorneys have been submitting filings in member cases, rather than solely in this MDL master case, contrary to this Court's Order (DE #166) . Failure to submit filings in this MDL master case, MDL No. 2036, may result in the Court's docket being incomplete and may frustrate the orderly administration of this case. All Out-of-State Attorneys with electronic filing privileges under the Court's previous order are hereby reminded to make electronic filings *only* under this master case, MDL No. 2036. It is, therefore

ORDERED that all Attorneys that have been granted special access to the Southern District of Florida's electronic filing system shall comply with this Court's prior Order (DE #166). Repeat violations in the future may result in such sanctions as the Court deems appropriate.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this __13__ day of December, 2010.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

cc: Clerk