UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No.: 1:09-cv-23685
D. Or. Case No.: 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case NO. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case NO. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

*Robert Townsend v. Wells Fargo Bank &
Company., Wells Fargo Bank, N.A., J.P.Morgan
Chase, Chase Gank USA, N.A. and as
Successor's in Interest to Washington Mutual
Bank FA., Does 1-10*
S.D. Fla. Case No. 09-MD-02036-JLK
MDL Case No: 1:10-cv-21834-JLK
Central District of California Case No:
DV10-00550 ODW(MLGx)
_____/

## ORDER

Upon consideration of Dori K. Stibolt's Motion for Leave to Withdraw, as Counsel for Defendants Wells Fargo Bank & Company and Wells Fargo Bank, N.A., it is hereby

**ORDERED AND ADJUGED**:

Dori K. Stibolt's Motion for Leave to Withdraw, as Counsel for Defendants Wells Fargo Bank & Company and Wells Fargo Bank, N.A. is **GRANTED**.

3

WPI 361195v2

**DONE AND ORDERED** at the James Lawrence King Federal United States Courthouse in Miami, Florida this 13th day of December, 2010.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel to Record