UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

| | |
|---|---|
| Waller, et al. v. First National Bank Texas, N.A. ) | |
| d/b/a Fist National Bank Texas, et al.,    ) | |
| S.D. Texas, C.A. No. 4:10-4324         ) | MDL No. 2036 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Waller*) on November 15, 2010. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Waller* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Waller* was dismissed in the Southern District of Texas pursuant to a notice of dismissal filed on December 10, 2010.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-29" filed on November 15, 2010, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel