UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Blahut v. Harris Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21821-JLK
N.D. Ill. Case No. 1:10-cv-2543

## STIPULATION

The parties come before the Court and stipulate as follows:

1. Plaintiff filed an amended complaint against Harris Bank, N.A. on December 6, 2010.

2. Since the filing of the amended complaint, Plaintiff has learned that she maintained the account relationship at issue in the amended complaint with Harris N.A. not Harris Bank, N.A.

3. Accordingly, the Parties stipulate that: (i) Harris N.A. should be substituted as the proper Defendant for Harris Bank, N.A.; (ii), Harris Bank, N.A. should be dismissed without prejudice; and (iii) the case caption should be restyled as *Blahut v. Harris N.A.*

Dated: December 17, 2010

| STEPHANIE BLAHUT | HARRIS N.A. |
|---|---|
| By: /s/ Robert C. Gilbert<br>    One of Her Attorneys | By: /s/ Debra Bogo-Ernst<br>    One of Its Attorneys |
| Bruce S. Rogow, Esquire<br>Florida Bar No. 067999 | Lucia Nale<br>Debra Bogo-Ernst |

-2-

| | |
|---|---|
| brogow@rogowlaw.com<br>Robert C. Gilbert, Esquire<br>Florida Bar No. 561861<br>bobby@alterslaw.com<br>ALTERS LAW FIRM, P.A.<br>4141 N.E. 2nd Avenue<br>Miami, Florida 33137<br>Tel: (305) 571-8550<br>Fax: (305) 571-8558 | David Pope<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Phone: (312)782-0600<br>Fax: (312)701-7711<br>E-mail: lnale@mayerbrown.com<br>dernst@mayerbrown.com<br>dpope@mayerbrown.com |
| Plaintiffs' Lead Counsel | Counsel for Defendant |

## **ORDER**

Based on the foregoing stipulation of the parties, IT IS SO ORDERED.

Dated this ___ day of _____, 2010.

BY THE COURT:

_____