UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Case No. 1:09-MDL-02036-JLK

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

### CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of New York.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: David S. Stellings
Firm Name: Lieff, Cabraser, Heimann & Bernstein, LLP
Address: 250 Hudson Street, 8th Floor, New York, NY 10013-1413
Mailing Address (if different):
Telephone #: 212-355-9500
E-mail address: dstellings@lchb.com
Fax #: 212-355-9592

Dated: 11/9/10

Signature
Attorney For: Plaintiffs

899049.1                               -1-