UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

In Re: CHECKING ACCOUNT         )
OVERDRAFT LITIGATION            )
                                )
MDL No. 2036                    )

FILED by PPG D.C.

DEC 21 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR PLAINTIFFS' OUT OF STATE ATTORNEYS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), the Movant respectfully moves for the admission of and electronic privileges for the attorneys listed in paragraph 1 below ("Brown Counsel"), who are counsel of record in a case that originated in the Eastern District of Washington and has been transferred to this MDL proceedings, for purposes of limited appearance as counsel on behalf of Plaintiffs Lori Brown and Mitchell Brown and all others similarly situated ("Brown Plaintiffs") herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit counsel to receive electronic filings in this case, and in support thereof states as follows:

1.   The following attorneys are counsel of record in the matter *Brown v. U.S. Bank*, a case that originated in the Eastern District of Washington and has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407, are not admitted to practice in the Southern District of Florida, and are members in good standing of the bar of the State of Washington and the United

1

States District Court for the Eastern District of Washington:[1]

>Darrell W. Scott
>The Scott Law Group, P.S.
>926 W. Sprague Avenue, Suite 680
>Spokane, WA 99201
>Phone:  (509) 455-3966
>Fax:    (509) 455-3906
>Email:  scottgroup@mac.com
>
>Matthew J. Zuchetto
>The Scott Law Group, P.S.
>926 W. Sprague Avenue, Suite 680
>Spokane, WA 99201
>Phone:  (509) 455-3966
>Fax:    (509) 455-3906
>Email:  matthewzuchetto@mac.com
>
>Toby J. Marshall
>Terrell Marshall & Daudt PLLC
>3600 Fremont Avenue N.
>Seattle, WA 98103
>Phone:  (206) 816-6603
>Fax:    (206) 350-3528
>Email:  tmarshall@tmdlegal.com
>
>Beth E. Terrell
>Terrell Marshall & Daudt PLLC
>3600 Fremont Avenue N.
>Seattle, WA 98103
>Phone:  (206) 816-6603
>Fax:    (206) 350-3528
>Email:  bterrell@tmdlegal.com

2.   MDL Rule 1.4 states that "Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

---

[1] Certifications signed by each of these attorneys, stating that they are members in good standing of their respective jurisdictions and have reviewed the Local Rules of the United States District Court for the Southern District of Florida, are attached hereto as Exhibit A.

3. Pursuant to MDL Rule 1.4, Movant requests that the Court waive the requirement of this District's Special Rule 4.B.3 that attorneys admitted on a limited appearance basis must designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

4. The Movant further requests that the Court provide Notice of Electronic Filing to each of the Brown Counsel at the email addresses listed above.

5. The Movant further requests that the Court allow each of the Brown Counsel to file documents electronically through this Court's CM/ECF system.

6. Pursuant to MDL Rule 1.4, the Movant requests the Court waive the $75 admission fee per attorney for the limited admission of each of the attorneys named in Paragraph 1 above.

7. As required by the Court's November 24, 2009 Order [Docket No. 166], each of the Brown Counsel has executed the Certificate of Understanding, Re: Electronic Filing in the Southern District of Florida, the originals of which were submitted to the Court Administrator, Clerk of the Court for the Southern District of Florida to be kept on record by the District Attorney Admissions Deputy Clerk. The Certificates are attached hereto as Exhibit B.

WHEREFORE, Movant moves this Court to enter an Order (1) permitting the attorneys listed in Paragraph 1 to appear before this Court on behalf of Brown Plaintiffs for all purposes relating to the proceedings in the above-styled matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide notice of electronic filings and CM/ECF usernames and

passwords to each attorney listed in Paragraph 1, and (4) directing the Clerk to waive the $75 per attorney admission fee for the limited admission of each attorney in Paragraph 1.

DATED this 17th day of December, 2010.

Respectfully submitted,

By _____
Darrell W. Scott, WSBA No. 20241
scottgroup@mac.com
Matthew J. Zuchetto, WSBA No. 33404
matthewzuchetto@mac.com
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966
Facsimile: (509) 455-3906

-and-

Toby J. Marshall, WSBA No. 32726
tmarshall@tmdlegal.com
Beth E. Terrell, WSBA No. 26759
bterrell@tmdlegal.com
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, WA 98103
Telephone: (206) 816-6603
Facsimile: (206) 350-3528


Attorneys for Plaintiffs Lori Brown
and Mitchell Brown

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) |

## CERTIFICATE OF SERVICE

I certify that on December 17, 2010, I served the following document via U.S. mail to Plaintiffs' Lead Counsel and to Defendants' Temporary Liaison Counsel, designated by the Court in the Order on August 26, 2009 Status Conference as follows:

Robert C. Gilbert
Bruce S. Rogow
ALTERS BOLDT BROWN RASH
& CULMO, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137

*Plaintiffs' Lead Counsel*

Barry R. Davidson
Jamie Zysk Isani
Hunton & Williams LLP
Suite 2500
1111 Brickwell Avenue
Miami, FL 33131

*Defendants' Temporary Liaison Counsel*

By _____
Matthew J. Zuchetto, WSBA No. 33404
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201
matthewzuchetto@mac.com

5

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
|---|---|
| MDL No. 2036 | ) |

### CERTIFICATION OF DARRELL W. SCOTT

Darrell W. Scott, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of Washington, the United States District Court for the Eastern District of Washington, and the United States District Court for the Western District of Washington.

DATED this 16th day of December, 2010.

Darrell W. Scott, WSBA No. 20241

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
|---|---|
| MDL No. 2036 | ) |

### CERTIFICATION OF MATTHEW J. ZUCHETTO

Matthew J. Zuchetto, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of Washington, the United States District Court for the Eastern District of Washington, and the United States District Court for the Western District of Washington.

DATED this 16th day of December, 2010.

Matthew J. Zuchetto, WSBA No. 33404

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) |

### CERTIFICATION OF TOBY J. MARSHALL

Toby J. Marshall, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of Washington, the United States District Court for the Western District of Washington, and the United States District Court for the Eastern District of Washington.

DATED this 14th day of December, 2010.

Toby J. Marshall, WSBA No. 32726

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) |

**CERTIFICATION OF BETH E. TERRELL**

Beth E. Terrell, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of Washington, the United States District Court for the Western District of Washington, the United States District Court for the Eastern District of Washington, the United States District Court for the Northern District of California, the United States District Court for the Eastern District of California, and the United States District Court for the Central District of California.

DATED this 14 day of December, 2010.

Beth E. Terrell, WSBA No. 26759

1

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

| In Re: CHECKING ACCOUNT | ) |
| OVERDRAFT LITIGATION | ) |

**CERTIFICATE OF UNDERSTANDING, RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of Washington.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action, and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Darrell W. Scott
State Bar No.: WSBA# 20241
Firm Name: The Scott Law Group
Address: 926 W. Sprague Avenue, Suite 680, Spokane, WA 99201
Mailing Address: Same as Above
Telephone No.: 509-455-3966
Email Address: scottgroup@mac.com
Fax No.: 509-455-3906

Dated: Dec 16, 2010

Signature
Attorney for Plaintiff Brown

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

| In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) |
|---|---|

**CERTIFICATE OF UNDERSTANDING, RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of Washington.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action, and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Matthew J. Zuchetto
State Bar No.: WSBA# 33404
Firm Name: The Scott Law Group
Address: 926 W. Sprague Avenue, Suite 680, Spokane, WA 99201
Mailing Address: Same as Above
Telephone No.: 509-455-3966
Email Address: matthewzuchetto@mac.com
Fax No.: 509-455-3906

Dated: 12/16/2010

Signature
Attorney for Plaintiff Brown

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

| In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) |
|---|---|

### CERTIFICATE OF UNDERSTANDING, RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of Washington.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action, and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Toby J. Marshall |
| State Bar No.: | WSBA #32726 |
| Firm Name: | Terrell Marshall & Daudt PLLC |
| Address: | 3600 Fremont Avenue North, Seattle, Washington, 98103 |
| Mailing Address: | Same as Above |
| Telephone No.: | (206) 816-6603 |
| Email Address: | bterrell@tmdlegal.com |
| Fax No.: | (206) 350-3528 |

Dated: 12/14/2010

Signature
Attorney for Plaintiff Brown

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

In Re: CHECKING ACCOUNT            )
OVERDRAFT LITIGATION               )

**CERTIFICATE OF UNDERSTANDING, RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member of good standing of the Bar of the State of Washington.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action, and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Beth E. Terrell
State Bar No.: WSBA #26759
Firm Name: Terrell Marshall & Daudt PLLC
Address: 3600 Fremont Avenue North, Seattle, Washington, 98103
Mailing Address: Same as Above
Telephone No.: (206) 816-6603
Email Address: bterrell@tmdlegal.com
Fax No.: (206) 350-3528

Dated: 12/14/10

_____
Signature
Attorney for Plaintiff Brown

1