UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

In Re: CHECKING ACCOUNT             )
OVERDRAFT LITIGATION                )
                                     )
MDL No. 2036                         )

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR PLAINTIFFS' OUT OF STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Plaintiffs and Electronic Filing Privileges for Brown Counsel, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), permission for a limited appearance of and electronic filing privileges for the attorneys listed in Paragraph 2 below who are counsel of record in a case that has been transferred from the United States District Court for the Eastern District of Washington to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Brown Counsel is GRANTED.

2. The following attorneys are granted to appear and participate in this action on behalf of the Brown Plaintiffs:

> Darrell W. Scott
> The Scott Law Group, P.S.
> 926 W. Sprague Avenue, Suite 680

1

        Spokane, WA  99201
        Phone:  (509) 455-3966
        Fax:      (509) 455-3906
        Email:   scottgroup@mac.com

        Matthew J. Zuchetto
        The Scott Law Group, P.S.
        926 W. Sprague Avenue, Suite 680
        Spokane, WA  99201
        Phone:  (509) 455-3966
        Fax:      (509) 455-3906
        Email:   matthewzuchetto@mac.com

        Toby J. Marshall
        Terrell Marshall & Daudt PLLC
        3600 Fremont Avenue N.
        Seattle, WA  98103
        Phone:  (206) 816-6603
        Fax:      (206) 350-3528
        Email:   tmarshall@tmdlegal.com

        Beth E. Terrell
        Terrell Marshall & Daudt PLLC
        3600 Fremont Avenue N.
        Seattle, WA  98103
        Phone:  (206) 816-6603
        Fax:      (206) 350-3528
        Email:   bterrell@tmdlegal.com

       3.     Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in Paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

4. Further, pursuant to MDL Rule 1.4, the attorneys named in Paragraph 2 above shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the admission fee of $75 per attorney for the limited admission of each of the attorneys named in Paragraph 2 above.

6. The Court hereby directs the Court Administrator, Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in Paragraph 2 above upon receipt of their original certificate of understanding.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida this 22d day of December, 2010.

_____
HONORABLE JAMES LAWRENCE KING
Senior United States District Judge