UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Blahut v. Harris Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21821-JLK
N.D. Ill. Case No. 1:10-cv-2543

## STIPULATION

The parties come before the Court and stipulate as follows:

1. Plaintiff filed an amended complaint against Harris Bank, N.A. on December 6, 2010.

2. Since the filing of the amended complaint, Plaintiff has learned that she maintained the account relationship at issue in the amended complaint with Harris N.A. not Harris Bank, N.A.

3. Accordingly, the Parties stipulate that: (i) Harris N.A. should be substituted as the proper Defendant for Harris Bank, N.A.; (ii), Harris Bank, N.A. should be dismissed without prejudice; and (iii) the case caption should be restyled as *Blahut v. Harris N.A.*

Dated: December 17, 2010

| STEPHANIE BLAHUT | HARRIS N.A. |
|---|---|
| By: /s/ Robert C. Gilbert<br>One of Her Attorneys | By: /s/ Debra Bogo-Ernst<br>One of Its Attorneys |
| Bruce S. Rogow, Esquire<br>Florida Bar No. 067999 | Lucia Nale<br>Debra Bogo-Ernst |

<table>
<tr><td>

brogow@rogowlaw.com  
Robert C. Gilbert, Esquire  
Florida Bar No. 561861  
bobby@alterslaw.com  
ALTERS LAW FIRM, P.A.  
4141 N.E. 2nd Avenue  
Miami, Florida 33137  
Tel: (305) 571-8550  
Fax: (305) 571-8558  

Plaintiffs' Lead Counsel

</td><td>

David Pope  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, Illinois 60606  
Phone: (312)782-0600  
Fax: (312)701-7711  
E-mail: lnale@mayerbrown.com  
dernst@mayerbrown.com  
dpope@mayerbrown.com  

Counsel for Defendant

</td></tr>
</table>

## ORDER

Based on the foregoing stipulation of the parties, IT IS SO ORDERED.

Dated this **22d** day of **December**, 2010.

BY THE COURT:

_____
*James Lawrence King*