UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
    Bevins v. International Bancshares Corp.,    )
        S.D. Texas, C.A. No. 4:10-3911    )    MDL No. 2036

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

    On November 5, 2010, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Bevins*). In the absence of any known opposition to the proposed transfer of *Bivens*, the stay of transmittal with regard to *Bevins* was lifted on November 15, 2010, and the action was transferred to the Southern District of Florida. Subsequently, on November 22, 2010, the Panel received from defendant in *Bevins* a belated opposition to the transfer and a motion and brief to vacate the conditional transfer order. In its pleadings, defendant, through counsel, asserts that it was not properly served with the underlying complaint in this matter, was not served with a copy of plaintiff's October 26, 2010, notice of potential tag-along, and never received a copy of the Panel's November 5, 2010, order. Recourse to available sources reveals that an address for neither defendant nor its counsel is recorded in the Panel's data base. In addition, review of the notice of electronic filing accompanying the Panel's November 5, 2010, order reveals that defendant was not served with that order. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in *Bevins* in order to permit defendant to pursue its opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-28" filed on November 5, 1020, is REINSTATED. Defendant's notice of opposition and motion and brief are deemed filed as of November 22, 2010. Any response to defendant's motion to vacate CTO-28 is due on or before December 13, 2010.

                            FOR THE PANEL:

                            Jeffery N. Lüthi
                            Clerk of the Panel