UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
This Document Relates To: )
)
DANIELS v. CITIZENS FINANCIAL )
GROUP, INC. )
Case No.: 1:10-cv-10386-JLT (D. Mass.) )
)
DWYER v. TORONTO-DOMINION BANK )
Case No.: 1:09-cv-12118-RBC (D. Mass) )

**CERTIFICATE OF UNDERSTANIDNG RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

1. I am a member in good standing of the Bars of Massachusetts and New York.

2. I have studied, understand, and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand, and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I may electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Patrick J. Sheehan |
| State Bar No.: | MA: 639320; NY 3016060 |
| Firm Name: | Whatley Drake & Kallas, LLC |
| Address: | 60 State Street, 7th Floor |
|  | Boston, MA 02109 |
| Mailing address: | [Same as above] |
| Telephone No.: | 617.573.5118 |
| Fax No.: | 617.573.5090 |
| Email: | psheehan@wdklaw.com |

Dated: June 3, 2010

Respectfully submitted,

*/s/ Patrick J. Sheehan*

Patrick J. Sheehan
Whatley Drake & Kallas, LLC
60 State Street, 7th Floor
Boston, MA 02109
617.573.5118
617.573.5090
psheehan@wdklaw.com

*Attorney for Plaintiffs Eric Daniels and Carly A. Dwyer*