UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

### REQUEST FOR HEARING ON MOTION FOR CLARIFICATION OF DEFENDANT WELLS FARGO BANK, N.A.

Defendant Wells Fargo Bank, N.A., pursuant to Local Rule 7.1B, respectfully requests a hearing on its Motion for Clarification, filed in the above-styled cases on January 10, 2011.

A hearing would assist the Court in its consideration of the interplay between the Court's prior orders declining to dismiss or strike the claims and allegations asserted by Plaintiffs relating to business practices other than high-to-low posting of debit-card transactions and the Court's recent opinion setting discovery standards, which appears to disallow discovery related

to those claims and allegations. The scope of the allegations at issue and the discovery allowed in these actions is a critical issue that ultimately will determine the parameters of the trial(s) in these cases, some of which will be tried before this Court and others of which may be transferred back to the originating districts for trial. Accordingly, Wells Fargo respectfully requests that the Court grant a hearing to fully air these issues. Wells Fargo estimates that 45 minutes to one hour would be sufficient to address the issues raised in the motion.

DATED: January 12, 2011

HUNTON & WILLIAMS

By:  s/Barry R. Davidson
 Barry R. Davidson
 (bdavidson@hunton.com)
 Florida Bar No. 107678
 Jamie Zysk Isani
 (jisani@hunton.com)
 Florida Bar No. 728861
 1111 Brickell Avenue, Suite 2500
 Miami, FL 33131
 Telephone: (305) 810-2500
 Facsimile: (305) 810-2460

 Sonya D. Winner (*pro hac vice*)
 (swinner@cov.com)
 David M. Jolley (*pro hac vice*)
 (djolley@cov.com)
 COVINGTON & BURLING LLP
 One Front Street, 35th Floor
 San Francisco, CA 94111
 Telephone: (415) 591-6000
 Facsimile: (415) 591-6091

 Emily Johnson Henn (*pro hac vice*)
 (ehenn@cov.com)
 COVINGTON & BURLING LLP
 333 Twin Dolphin Drive, Suite 700
 Redwood Shores, CA 94065
 Telephone: (650) 632-7400
 Facsimile: (650) 632-4800

 Attorneys for Defendant
 WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

    s/Barry R. Davidson
Barry R. Davidson