UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>*Chitwood v. First United Bank and Trust Co.*<br>S.D. Fla. Case No. 1:10-CV-24447-King/Bandstra | )<br>)<br>)<br>)<br>) |

## ORDER

THIS CAUSE having come before this Court on the Unopposed Motion of First United Bank and Trust Company ("First United") for Extension of Time to Respond to Class Action Complaint, and the Court having considered this motion and being duly advised, it is ORDERED AND ADJUDGED as follows:

1. The motion of First United for extension of time is GRANTED.

2. First United shall serve its response to the Class Action Complaint in Case No. 1:10-CV-24447 on or before February 10, 2011.

DONE AND ORDERED in Chambers, in Miami, Florida this 13th day of January 2011.

*James Lawrence King*
James Lawrence King
Senior United States District Judge

Copies furnished to:
*All persons on attached Service List*

## SERVICE LIST
*Donald Chitwood v. First United Bank & Trust Company*
Case No. 10-CV-24447-King/Bandstra
United States District Court, Southern District of Florida

| | |
|---|---|
| James G. Wilcoxen<br>jim@wilcoxenlaw.net<br>**WILCOXEN & WILCOXEN**<br>P.O. Box 357<br>Muskogee, Oklahoma 74402-03507<br>Tel: (918) 683-6696<br>Fax: (918) 682-8605<br>*Attorneys for Plaintiff*<br><br>**Service via CM/ECF** | Jeff Potts<br>jeffpottslawoffice@yahoo.com<br>**JEFF POTTS LAW OFFICE**<br>1515 E. Okmulgee<br>Muskogee, Oklahoma 74403<br>Tel: (918) 687-7755<br>Fax: (918) 681-3939<br>*Attorneys for Plaintiff*<br><br>**Service via CM/ECF** |
| Brian J. Stack (Fla. Bar No. 0476234)<br>E-mail: bstack@stackfernandez.com<br>**STACK FERNANDEZ ANDERSON & HARRIS, P.A.**<br>Suite 950<br>1200 Brickell Avenue<br>Miami, Florida 33131<br>Tel.: 305.371.0001<br>Fax: 305.371.0002<br>*Attorneys for Defendant, First United Bank and Trust Company*<br><br>**Service via CM/ECF** | Ernest H. Short<br>Email: eshort@burragelaw.com<br>**BURRAGE LAW FIRM**<br>1201 Westside Drive<br>P.O. Box 1727<br>Durant, OK 74702-1727<br>Tel: 580.920.0700<br>Fax: 580-920-0702<br>*Attorneys for Defendant, First United Bank & Trust Company*<br><br>**Service via U.S. Mail** |
| Michael Burrage<br>mburrage@burragelaw.com<br>**BURRAGE LAW FIRM**<br>1201 Westside Drive<br>P.O. Box 1727<br>Durant, OK 74702-1727<br>Tel.: 580.920.0700<br>Fax: 580.920.0700<br>*Attorneys for Defendant, First United Bank & Trust Company*<br><br>**Service via U.S. Mail** | David Burrage<br>davidburrage@burragelaw.com<br>**BURRAGE LAW FIRM**<br>1201 Westside Drive<br>P.O. Box 1727<br>Durant, OK 74702-1727<br>Tel.: 580.920.0700<br>Fax: 580.920.0702<br>*Attorneys for Defendant, First United Bank & Trust Company*<br><br>**Service via U.S. Mail** |