UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Dwyer v. TD Bank, N.A.*
D. Ma. Case No. 1:09-12118
S.D. Fla. Case No. 10-cv-20855-JLK

*Mascaro v. TD Bank, N.A.*
D.D.C. 1:10-cv-0040
S.D. Fla. Case No. 10-cv-21117-JLK

*Mazzadra, et al v. TD Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21870-JLK

*Mosser v. TD Bank, N.A.*
E.D. Pa. 2:10-cv-00731
S.D. Fla. Case No. 10-cv-21386-JLK

*Daniels v. RBS Citizens, N.A.*
D. Ma. Case No. 10-cv-10386
S.D. Fla. Case No. 1:10-cv-22014-JLK

*Duval v. RBS Citizens, N.A.*
N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla. Case No. 1:10-cv-21080-JLK

*Blankenship v. RBS Citizens, N.A.*
D. RI. Case No. 10-cv-02718
S.D. Fla. Case No. 1:10-cv-22942-JLK

*Chierici v. RBS Citizens, N.A.*
D. NJ. Case No. 10-cv-02718
S.D. Fla. Case No. 1:10-cv-22323-JLK

### STIPULATION AND ORDER ESTABLISHING PROTOCOL REGARDING ASSERTIONS OF PRIVILEGE FOR *THIRD TRANCHE* ACTIONS

1.  This Stipulation and Order Establishing Protocols Regarding Assertions of Privilege (the "Protocol") is entered into by and among the parties to the above-captioned actions which are part of the third tranche in the multidistrict litigation proceeding entitled In re Checking Account Overdraft Litigation, MDL No. 2036, Case No. 1:09-md-02036-JLK (S.D. Fla.) ("MDL 2036"), through their respective counsel of record. In order to facilitate the efficient and timely exchange of discovery matter and information regarding claims of privilege, work product immunity and other such claims of legal protection from disclosure (referred to hereinafter collectively as "privilege") in the coordinated Actions that compose this MDL, the parties have agreed to certain limitations and provisions regarding assertions of privilege and resolution of disputes over assertions of privilege, as set forth in this Protocol.

2.  All assertions of privilege shall be governed, in form and content, by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida ("Local Rules") to the extent not inconsistent with this Protocol.

3.  In light of the scope of anticipated discovery in these actions, objections to interrogatories and document requests on grounds of privilege may be general in nature, notwithstanding Local Rule 26.1.G(3)(b), and the failure to identify specific documents or discovery matter claimed to be entitled to protection or to provide specific grounds for a claim of such protection shall not be deemed to constitute waiver of privilege. The parties shall abide by Local Rule 26.1.G(3)(c) governing the content of privilege logs, except to the extent inconsistent with this Protocol.

4.  The parties shall not be required to produce a privilege log along with or closely following each production of documents and discovery matter, but instead shall produce

privilege logs to opposing counsel on a rolling basis at reasonable intervals following production of documents and discovery matter. Unless otherwise agreed by the parties to an Action, a privilege log shall be produced no later than forty-five (45) days after each rolling production of documents and discovery matter from which documents or discovery matter are withheld on grounds of privilege.

5. After a privilege log is produced, any party to the Action considering a challenge to any assertion of privilege (the "Challenging Party") may request a meet and confer to discuss such potential challenge. The party to the Action withholding documents or discovery matter based on a claim of privilege (the "Withholding Party") must meet and confer on any such disputes within five (5) business days of any request to meet and confer, unless otherwise agreed by the parties. Before or during the meet and confer process, the Withholding Party shall provide the Challenging Party with an explanation of any factual information on which the Withholding Party intends to rely in support of the claim of privilege. Unless extended by agreement of the parties, the meet and confer process shall terminate within fifteen (15) business days after an initial request to meet and confer.

6. If, at any time, any party determines not to continue to assert privilege as to any documents or discovery matter identified on a privilege log, that party shall promptly provide copies of the documents or other responsive materials to all parties to the Action entitled to copies of the documents or other responsive materials, subject to the terms and restrictions of the protective order in this matter, and will identify the log entry on its privilege log that corresponds to such documents or discovery matter.

7. Nothing in this Stipulation and Order shall be construed to alter the burden of proof of any party to sustain a claim of privilege.

8. Nothing in this Stipulation and Order shall be construed to alter or affect the procedures governing the production of documents or other discovery matter claimed to be privileged and inadvertently produced.

9. The provisions of this Protocol may be modified by agreement of the parties, or by motion upon a showing of good cause.

Dated: January 12, 2011.

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Robert C. Gilbert, Esquire
Florida Bar No. 561861
bobby@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

*Plaintiffs' Lead Counsel*

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
David Stellings, Esquire
New York Bar No. DS 5343
dstellings@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
 BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008


/s/ Robert C. Josefsberg
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800
vdiaz@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W Flagler Street - Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Edward Adam Webb
Edward Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 East 58th street - 34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946


/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Melissa K. Hutts, Esquire
Texas Bar No. 0188015
mhutts@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

*Plaintiffs' Executive Committee*

/s/ William J. Kayatta, Jr.
William J. Kayatta, Jr., Esquire
wkayatta@pierceatwood.com
Lucus A. Ritchie, Esquire
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
Tel: (207) 791-1100
Fax: (207) 791-1350

*Attorneys for Defendant*
*T.D. Bank, N.A.*


/s/ David F. Adler
David F. Adler, Esquire
dfadler@jonesday.com
Erin Lind Shencopp, Esquire
eshencopp@jonesday.com
JONES DAY
77 Wacker Drive
Chicago, IL 60601
Tel: (312) 782-3939
Fax: (312) 782-8585

*Attorneys for Defendant*
*RBS Citizens, N.A.*


The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this _____ day of January 2011.

```
                              /s/ James Lawrence King
                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE
```

Copies furnished to:
Counsel of Record