UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Harris v. Associated Banc-Corp*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE

PLEASE take notice that Debra Bogo-Ernst, Esq. of the law firm of MAYER BROWN LLP, 71 South Wacker Drive, Chicago, Illinois 60606, hereby enters her appearance as co-counsel on behalf of Defendant Harris N.A.

Debra Bogo-Ernst, Esq. is a member in good standing of the United States District Court for the Northern District of Illinois.

## REQUEST FOR ELECTRONIC SERVICE ON COUNSEL THROUGH THE CM/ECF SYSTEM

Defendant Harris N.A., by and through undersigned counsel, requests that counsel for Defendant Harris N.A. receive service of all documents filed with the Court and all Court orders in this action via the CM/ECF system. Therefore, Defendant Harris N.A. respectfully requests that the following counsel be added to the Court's electronic notification mailing list:

Debra Bogo-Ernst          dernst@mayerbrown.com.

18113064.1

CASE NO: 1:09-MD-02036-JLK

Respectfully submitted,

CARLTON FIELDS, P.A.
*Attorneys for Defendants Associated Banc-Corp
and Harris N.A.*
Miami Tower
100 Southeast Second Street, #4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055


By:   *s/Benjamine Reid*
    BENJAMINE REID
    Florida Bar No. 193522
    Email: breid@carltonfields.com
    NIALL T. MCLACHLAN
    Florida Bar No. 0059552
    E-mail: nmclachlan@carltonfields.com

CASE NO: 1:09-MD-02036-JLK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/Benjamine Reid*
BENJAMINE REID

18113064.1                                            3