UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION <br><br> MDL No. 2036 | Case No. 1:09-02036-JLK |
| THIS DOCUMENT RELATES TO: <br><br> *McKinley v. Great Western Bank* <br> S.D. Fla. Case No. 1:10-cv-22770-JLK <br> W.D. Mo. Case No. 4:10-cv-595 | |

### UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS FOR DEFENDANT'S MOTION TO DISMISS

Pursuant to Southern District of Florida Local Rule 7.1.C., defendant Great Western Bank, hereby moves for an extension of page limits for the memorandum of law in support of its motion to dismiss Plaintiff McKinley's Amended Complaint (Doc. 995) filed against Great Western Bank, in this Multidistrict Litigation ("MDL") proceeding, and in support states as follows:

1. Plaintiff's Amended Complaint makes clear that this matter, even viewed separately from the other matters in this MDL, is a complex case. As the Court is aware, plaintiff asserts a putative class action, alleging a variety of common law and statutory claims. Plaintiff seeks to represent a class of all Great Western Bank non-commercial account holders, and alleges wrongdoing over the course of multiple years.

1

2. Pursuant to this Court's November 4, 2010 Interim Scheduling Order applicable to "fourth tranche" matters (Doc. 877), defendant's motion to dismiss is due on January 20, 2011.

3. Given the breadth and complexity of issues to be briefed, defendant respectfully requests an extension of the page limit up to 25 pages, exclusive of exhibits, for its memorandum of law in support of its motion to dismiss.

4. The undersigned has consulted with plaintiff's counsel, who has represented that plaintiff has no objection to this extension of the page limitation.

WHEREFORE, defendant Great Western Bank respectfully requests that the Court grant this motion and extend the page limit for defendant's memorandum in support of its motion to dismiss Plaintiff's Amended Complaint to 25 pages, exclusive of exhibits.

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with plaintiff's counsel regarding the relief requested in this motion. Plaintiff's counsel has stated that plaintiff does not oppose the relief sought herein.

4320368 v1

Dated:  January 19, 2011                           SHOOK, HARDY & BACON L.L.P.


By: /s/ Todd W. Ruskamp
   Todd W. Ruskamp, MO #38625
   James P. Muehlberger, MO #51346
   Andrew Carpenter, MO #47454
   Kay C. Whittaker, MO #44328

2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone:  816.474.6550
Facsimile:  816.421.5547

ATTORNEYS FOR DEFENDANT
GREAT WESTERN BANK


Consented to by:

KOPELWITZ OSTROW
Ferguson Weiselberg Keechl

/s/ Jeffrey M. Ostrow
(by TWR with express permission)
Jeffrey M. Ostrow
Florida Bar No. 121452
ostrow@kolawyers.com

200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL  33301
Tel:  (954) 525-4100
Fax:  (954) 525-4300

*Counsel for Plaintiff and Proposed Class*

4320368 v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2011, I electronically filed the foregoing with the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Todd W. Ruskamp
Attorney for Defendant Great Western Bank