UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Steen v. Capital One Financial Corp and Capital One Bank (USA), N.A.*
E.D. La. Case No. 2:10-cv-01505
S.D. FL Case No. 1:10-cv-22058-JLK

JOINT STIPULATION RE
SECOND CONSOLIDATED AMENDED COMPLAINT

The parties, pursuant to Federal Rule of Civil Procedure 15(a)(2), stipulate as follows:

1. Plaintiffs filed an amended complaint against Capital One Financial Corp. and Capital One Bank (USA), N.A. on December 6, 2010.

2. In an effort to avoid unnecessary motion practice, the parties have engaged in good faith negotiations regarding the identity of the appropriate defendant to this litigation. Plaintiffs have learned that the account relationships at issue in the amended complaint are with Capital One, N.A., not Capital One Financial Corp. and Capital One Bank (USA), N.A. Accordingly, the parties stipulate that: (i) Capital One, N.A. should be substituted as the proper Defendant for Capital One Financial Corp. and Capital One Bank (USA), N.A.; (ii), Capital One

Financial Corp. and Capital One Bank (USA), N.A. should be dismissed without prejudice; and (iii) the case caption should be restyled as *Steen v. Capital One, N.A.*

     3.     The parties further stipulate to the filing of the attached Second Consolidated Amended Class Action Complaint to reflect the proper party defendant in this action.

     4.     The parties also stipulate that the deadline for Capital One, N.A. to file non-merits and merits motions (other than motions to compel arbitration) or answers shall be 21 days following the filing of this stipulation. The parties stipulate that all other deadlines established by the Interim Scheduling Order **[DE # 877]** shall remain unchanged.

     5.     Finally, the claims of Plaintiff Jorge Anderson against Capital One Financial Corp. and Capital One Bank (USA), N.A. are hereby dismissed without prejudice.

| | |
|---|---|
| /s/ Bruce S. Rogow | /s/ James R. McGuire |
| Bruce S. Rogow, Esquire | James R. McGuire |
| Florida Bar No. 067999 | jmcguire@mofo.com |
| brogow@rogowlaw.com | Rita F. Lin |
| Robert C. Gilbert, Esquire | rlin@mofo.com |
| Florida Bar No. 561861 | Mimi Yang |
| bobby@alterslaw.com | myang@mofo.com |
| ALTERS LAW FIRM, P.A. | MORRISON & FOERSTER LLP |
| 4141 N.E. 2nd Avenue | 425 Market Street |
| Miami, Florida 33137 | San Francisco, California 94105 |
| Tel: (305) 571-8550 | Tel: (415) 268-7013 |
| Fax: (305) 571-8558 | Fax: (415) 268-7255 |
| *Plaintiffs' Lead Counsel* | *Counsel for Defendant* |

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this __13__ day of January 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record