UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

## ORDER GRANTING MOTION FOR RECONSIDERATION

**THIS CAUSE** comes before the Court upon Plaintiff's Motion Requesting Notice of Clarification[1] (DE # 913) filed on November 15, 2010 in the above-styled case. Responses were due by November 29, 2010. As of the date of this Order, none have been filed by Defendant banks. Accordingly, the banks having no objections it is, therefore,

**ORDERED, ADJUDGED and DECREED** that the Court's Order Dismissing Case No. 10-cv-21834-JLK filed by Mr. Townsend on January 28, 2010 be, and the same is hereby set aside. It is further

---

[1] The Court has interpreted the same as a Motion for Reconsideration.

**ORDERED, ADJUDGED and DECREED** that the above-styled case is REINSTATED, and the Complaint attached to Plaintiff's Motion (DE #913) is deemed filed on the record. The parties shall proceed with the attached Complaint as the operative pleading in this case. It is further

**ORDERED, ADJUDGED and DECREED** that Plaintiff is Ordered to comply with (DE #1066) requiring filings in this case to be filed under the number assigned to the instant MDL case, being: 09-MD-2036.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 13th day of January, 2011.

```
                              /s/ James Lawrence King
                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA
```

cc:     All Counsel of Record