UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

| | | |
|---|---|---|
| Bevins v. International Bancshares Corp., | ) | |
| S.D. Texas, C.A. No. 4:10-3911 | ) | MDL No. 2036 |

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE JANUARY 27, 2011, HEARING SESSION

A conditional transfer order was filed in this action (*Bevins*) on November 5, 2010. Defendant in *Bevins* moved to vacate that order, and its motion was scheduled to be heard at the Panel's upcoming hearing session in New Orleans, Louisiana. The Panel has now been informed, however, that *Bevins* was dismissed in the Southern District of Texas by the Honorable Lynn N. Hughes in an order filed on January 12, 2011.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-28" filed on November 5, 2010, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 16, 2010, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel