**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL NO. 2036**

**THIS DOCUMENT RELATES TO:**

***Townsend v. Wells Fargo Bank & Co., et al.***
**S.D. Fla. Case No. 1:10-cv-21834-JLK**
**C.D. Cal. Case No. CV 10-550 ODW**

**ORDER**

Based upon the Motion of JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. to Stay Proceedings in Favor of Arbitration, and any opposition thereto, IT IS HEREBY ORDERED as follows:

Defendants' motion is GRANTED; plaintiff Robert Townsend's claims against JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. are STAYED pending completion of said arbitration.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this ____ day of __________________ 2011.

______________________________
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record