**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

***Townsend v. Wells Fargo Bank & Co., et al.***
**S.D. Fla. Case No. 1:10-cv-21834-JLK**
**C.D. Cal. Case No. CV 10-550 ODW**

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

- MOTION OF JPMORGAN CHASE BANK, NA. AND JPMORGAN CHASE & CO. TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION, AND INCORPORATED MEMORANDUM OF LAW
- DECLARATION OF RHONDA PETTIT AND EXHIBITS THERETO
- PROPOSED ORDER

I also certify that these documents are being served this day upon the plaintiff, Robert Townsend, by First Class Mail at the following address:

Robert Townsend
P.O. Box 3330
Dana Point, California 92629

I further certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Peter W. Homer
Peter W. Homer
HOMER BONNER, P.A.
(phomer@homerbonner.com)
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
tel.: (305) 350-5139
fax: (305) 372-2738