**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2011, I electronically filed the following documents with the Clerk of the Court using CM/ECF:

**RENEWED MOTION OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO BANK, N.A. TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION AND INCORPORATED MEMORANDUM OF LAW**

**DECLARATION OF DAVID M. JOLLEY IN SUPPORT OF RENEWED MOTION OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO BANK, N.A. TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION**

I also certify that these documents are being served this day on plaintiff Robert Townsend by First Class Mail and electronic mail at the following addresses:

Robert Townsend
P.O. Box 3330
Dana Point, California 92629
Townsend@runbox.com

I also certify that these documents are being served this day on all counsel of record and/or parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

DATED: January 25, 2011

COVINGTON & BURLING LLP

By: /s/

Sonya D. Winner (*pro hac vice*)
(swinner@cov.com)
David M. Jolley (*pro hac vice*)
(djolley@cov.com)
One Front Street, 35th Floor
San Francisco, CA, 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
333 Twin Dolphin Drive, Ste 700
Redwood Shores, CA, 94065
Telephone: (650) 632-7400
Facsimile: (650) 632-4800

Barry R. Davidson
(bdavidson@hunton.com)
Florida Bar No. 107678
Jamie Zysk Isani
(jisani@hunton.com)
Florida Bar No. 728861
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Attorneys for Defendant
WELLS FARGO BANK, N.A.