UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_______________________________________/

# ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court *sua sponte*.

It is **ORDERED, ADJUDGED and DECREED** that the following motions be, and the same are hereby, set for oral argument on **Tuesday, February 8, 2011** at **9:30 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

1. Plaintiff's Motion to Add Wells Fargo as a Defendant (DE #1030)
2. Plaintiff's Motion to Compel Discovery (DE # 1033)
3. Defendant Wells Fargo's Motion for Clarification (DE # 1036) & Defendant Bank of America's Joinder in Motion for Clarification (DE # 1070)
4. Plaintiff's Motion to Compel Preservation of Transactional Data (DE # 1089)

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 26th day of January, 2011.

James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record