**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL NO. 2036**
***FOURTH TRANCHE***

**THIS DOCUMENT RELATES TO:**

*Simmons v. Comerica Incorporated, et al.*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

**NOTICE OF APPEARANCE FOR COMERICA BANK**

**NOTICE IS HEREBY GIVEN** that Julie K. Biermacher of the law firm of Kane Russell Coleman & Logan PC hereby enters her appearance as counsel of record for Defendant Comerica Bank. On October 8, 2010, this Court entered an Order granting Julie K. Biermacher limited appearance and electronic filing privileges in the above-captioned case [Doc. No. 828]. Request is hereby made that all notices, orders, pleadings, and other communications related to this matter be furnished to the undersigned as counsel for Defendant by CM/ECF.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: /s/ Julie K. Biermacher
Julie K. Biermacher
Texas Bar No. 24059456

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 777-4200 (telephone)
(214) 777-4299 (facsimile)
Email: **jbiermacher@krcl.com**

**ATTORNEYS FOR COMERICA BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U. S. mail on all counsel of record entitled to receive service.

/s/ Julie K. Biermacher
Julie K. Biermacher