FILING FEE
PAID $75.00
pro hac vice 13053
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

FILED by AC D.C.
JAN 25 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION )
)
MDL No. 2036 )

**MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Piret Loone, of the law firm of Severson & Werson One Embarcadero Center, 26th Floor San Francisco, California 94111, for purposes of limited appearance as co-counsel on behalf of Union Bank, N.A. and Unionbancal Corp. herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Piret Loone to receive electronic filings in this case, and in support thereof states as follows:

1. Piret Loone is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of: the State Bar of California (2010), the State Bar of New York (2002); United States District Court for the Northern District of California, United States District Court for the Eastern District of California, United States District Court for the Southern District of California, United States District Court for the Central District of California, United

States District Court for the Southern District of New York, and United States District Court for the Eastern District of New York.

2. Movant, Alan G. Greer, Esquire, of the law firm Richman Greer P.A., is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Piret Loone has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. Piret Loone, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Piret Loone at email address: pl@severson.com.

WHEREFORE, Alan G. Greer moves this Court to enter an Order permitting Piret Loone to appear before this Court on behalf of Union Bank, N.A. and Unionbancal Corp. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Piret Loone.

Dated: January 25, 2011

Respectfully submitted,

Alan G. Greer, Esq.
Florida Bar No. 0123294
agreer@richmangreer.com
John M. Brumbaugh, Esq.
Florida Bar No. 0126350
jbrumbaugh@richmangreer.com
RICHMAN GREER, P.A.
Ethan J. Wall, Esq.
Florida Bar No. 0451158
ewall@richmangreer.com
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131-2305
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance was served on January 24, 2011, on all counsel or parties of record on the service list via U.S. Mail.

Alan G. Greer

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT** )
**OVERDRAFT LITIGATION** )
)
**MDL No. 2036** )
)
_________________________________)

## CERTIFICATION OF PIRET LOONE

Piret Loone, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of: the State Bar of California (2010), the State Bar of New York (2002); United States District Court for the Northern District of California, United States District Court for the Eastern District of California, United States District Court for the Southern District of California, United States District Court for the Central District of California, United States District Court for the Southern District of New York and United States District Court for the Eastern District of New York.

Dated: January 24, 2011

[signature]
Piret Loone
Counsel for Union Bank, N.A. and Unionbancal Corp.

**SERVICE LIST**

| | |
|---|---|
| Robert C. Gilbert, Esq.<br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br>4141 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr.. April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Steve Yourke, Kristen Richards, Frank Smith, Cynthia Larsen* |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155 |

| | |
|---|---|
| Edward Adam Webb, Esq.<br>G. Franklin Lemond, Jr., Esq.<br>Webb Klase & Lemond, LLC<br>1900 The Exchange SE, Suite 480<br>Atlanta, GA 30339<br>*Attorneys for William W. Powell, Jr., Faith Gofdon, Jeffrey Buffington, Jeanette Buffington, Lawrence D. Hough, Pamela J. Hough*<br><br>Anne P. McHugh, Esq.<br>Pellettieri Rabstein & Altman<br>100 Nassau Park Boulevard, Suite 111<br>Princeton, NJ 08543-5301<br>*Attorney for Virgilio S. Casayuran, Jr.*<br><br>Edward F. Feinstein, Esq.<br>Ellen M. Doyle, Esq.<br>Stember Feinstein Doyle & Payne, LLC<br>Allegheny Building, 17th FL<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>*Attorney for Virgilio S. Casayuran, Jr.*<br><br>William C. Hearon, Esq.<br>Stewart Tilghman Fox & Bianchi<br>One Southeast Third Avenue<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia*<br><br>Ari Y. Brown, Esq.<br>Genessa A. Stout, Esq.<br>Steve W. Berman, Esq.<br>Hagens Berman Sobol Shapiro<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>*Attorneys for Alex Zankich, William Ruckter, Marc Martinez, Robert Lowe, Lori Aldana, Shane Parins ,Kara Parins* | Russell W. Budd, Esq.<br>Bruce W. Steckler, Esq.<br>Melissa K Hutts, Esq.<br>Baron & Budd, P.A.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br><br>Elizabeth A. Alexander, Esq.<br>Lieff Cabraser Heimann & Bernstein<br>150 Fourth Avenue North, Suite 1650<br>Nashville, TN 37219<br>*Attorney for Steven Yourke*<br><br>David M. Given, Esq.<br>Nicholas A. Carlin, Esq.<br>R. Scott Erlewine, Esq.<br>Phillips Erlewine & Given LLP<br>50 California Street, 35th FL<br>San Francisco, CA 94111<br>*Attorneys for Steven Yourke, Kristen Richards, Maxine Aarons Given*<br><br>Charles M. Delbaum, Esq.<br>Stuart T. Rossman, Esq.<br>National Consumer Law Center<br>Seven Winthrop Square, 4th FL<br>Boston, MA 02110<br>*Attorneys for Steve Yourke, Kristen Richards*<br><br>Stephen P. Willison, Esq.<br>Willison & Hellman PC<br>44 Grandville Avenue Southwest, Suite 200<br>Grand Rapids, MI 49503<br>*Attorneys for Michelle Gulley*<br><br>Bonney E. Sweeney, Esq.<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Attorney for Donald Kimenker* |

| | |
|---|---|
| John Matthew Geyman, Esq.<br>John Wentworth Phillips, Esq.<br>Phillips Law Group PLLC<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>*Attorney for Alex Zankich, William Rucker*<br><br>Burton H. Finkelstein, Esq.<br>Eugene J. Benick, Esq.<br>Rosemary M. Rivas, Esq.<br>Tracy D. Rezvani, Esq.<br>Finkelstein Thompson LLP<br>1050 Thirtieth Street Northwest<br>Washington, DC 20007<br>*Attorneys for Andrea Luquetta*<br><br>Denyse Clancy, Esq.<br>Baron Budd LLP<br>3102 Oak Lawn Avemue, Suite 1100<br>Dallas, TX 75219<br>*Attorney for Vada Mitchell, Daisy Webb*<br><br>Michael R. Comeau, Esq.<br>Comeau Maldegen Templeman & Indall LLP<br>P.O. Box 669<br>Santa Fe, NM 87504<br>*Attorney for Marc Martinez*<br><br>Miriam E. Zakarin, Esq.<br>TEVA North America<br>1090 Horsham Road<br>P.O. Box 1090<br>North Wales, PA 19450<br>*Attorney for Angela Walsh-Duffy, Brett Freeman*<br><br>Norah Hart, Esq.<br>Treuhaft & Zakarin LLP<br>1011 Avenue of the Americas, 4th Floor<br>New York, NY 10000<br>*Attorney for Angela Walsh-Duffy, Brett Freeman* | Isam C. Khoury, Esq.<br>James Jason Hill, Esq.<br>Jeffrey James Geraci<br>Michael D. Singer<br>Cohelan Khoury & Singer<br>605 C. Street, Suite 200<br>San Diego, CA 92101<br>*Attorneys for John D. Kikland*<br><br>Joshua L. Ross, Esq.<br>Steve D. Larson, Esq.<br>Stoll Stoll Berne Lokting & Shlachter<br>209 Southwest Oak Street, 5th Floor<br>Portland, OR 97204<br>*Attorneys for Dolores Gutierrez*<br><br>Chaim S. Setareh, Esq.<br>Law Office of Shaun Setareh<br>9454 Wilshire Boulevard, Penthouse Suite 3<br>Beverly Hills, CA 90212<br>*Attorney for Sandra Quarles*<br><br>Marcus J. Bradley, Esq.<br>Marlin & Saltzman, Esq.<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>*Attorney for Sandra Quarles*<br><br>Patricia N. Syverson, Esq.<br>Todd David Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>*Attorneys for Josh Naehu-Reyes*<br><br>Charles D. Marshall, Esq.<br>Green Welling PC<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>*Attorney for Lacy Barras* |

Alan M. Mansfield, Esq.
Consumer Law Group
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
*Attorney for Katherine Anne Williams*

Howard Rubinstein, Esq.
914 Waters Avenue, Suite 20
Aspen, CO 81611
*Attorney for Katherine Anne Williams*

Marian S. Rosen, Esq.
Marian S. Rosen & Associates
5065 Westheimer, Suite 840
Houston, TX 77506
*Attorney for Katherine Anne Williams*

Alisha A. Marin, Esq.
James R. Patterson, Esq.
Harrison Patterson & O'Connor
402 West Broadway, 29th Floor
San Diego, CA 92101
*Attorneys for Josh Naehu-Reyes*

Brian J. Meenaghan, Esq.
Ronald E. Beard, Esq.
Randy Albert Englund, Esq.
Tara N. Gillespie, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
*Attorneys for Wells Fargo Bank, N.A.*

Gary Walker Jackson, Esq.
Jackson & McGee LLP
521 East Boulevard
Charlotte, NC 28203
*Attorney for Lacy Barras*

Jeffrey F. Keller, Esq.
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107
*Attorney for George Burke*

Lisa Marie Simonetti, Esq.
Alexandria Rose Kachadoorian, Esq.
Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
*Attorneys for Citibank FSB, Citibank, Inc. Citibank (West), FSB, Citibank, N.A.*

Barbara J. Dawson, Esq.
Robert Matthew Kort, Esq.
Snell & Wilmer
400 East Van Buren
1 Arizona Center
Phoenix, AZ 85004
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Ashley F. Cummings, Esq.
James M. Beach, Esq.
Lawrence J. Bracken, II
Hunton & Williams LLP
600 Peachtree Street Northeast, Suite 4100
Atlanta, GA 30308
*Attorneys for Wachovia Bank, N.A.*

| | |
|---|---|
| Bryanne J. Schmitt, Esq.<br>David M. Jolley, Esq.<br>Emily Johnson Henn, Esq.<br>Margaret G. May, Esq.<br>Sonya Diane Winner, Esq.<br>Steven Duane Sassaman, Esq.<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., Union Bank, N.A., Wells Fargo & Co.*<br><br>Dori Katrine Stibolt, Esq.<br>Fox Rothschild LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL 33401<br>*Attorney for Wells Fargo Bank, N.A.*<br><br>Jay Earl Smith, Esq.<br>Smith Larsen & Wixom<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*<br><br>Tracy L. Ashmore, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*<br><br>Barbara Viniegra, Esq.<br>James Randolph Liebler, Esq.<br>Liebler Gonzalez & Portuondo<br>Courthouse Tower<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130<br>*Attorney for Bank of America, N.A.* | James R. McGuire, Esq.<br>Rita Lin, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Wachovia Bank, N.A., Wachovia Corp, US Bank, N.A., U.S. Bank, NA, U.S. Bancorp*<br><br>Sylvia Rivera, Esq.<br>Morrison & Foerseter LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013<br>*Attorney for U.S. Bank, NA, U.S. Bancorp*<br><br>Leda Dunn Wettre, Esq.<br>Robinson Wettre & Miller LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>*Attorney for Wachovia Bank, N.A.*<br><br>Tracy Thomas Cottingham, III<br>Hunton & Williams LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 3500<br>Charlotte, NC 28280<br>*Attorney for Wachovia Bank, N.A., Wachovia Corp.*<br><br>Aaron Schur, Esq.<br>Sharon D. Mayo, Esq.<br>Arnold & Porter LLP<br>275 Battery Street, Suite 2700<br>San Francisco, CA 94111<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California* |

| | |
|---|---|
| Christopher Scott Tarbell, Esq.<br>Laurence J. Hutt, Esq.<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th FL<br>Los Angeles, CA 90017<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*<br><br>Anne Marie Mortimer, Esq.<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>*Attorney for Wachovia Corp.*<br><br>Alan G. Kipnis, Esq.<br>John M. Cooney<br>Arnstein & Lehr LLP<br>200 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>*Attorney for Keybank National Association*<br><br>Jan T. Chilton, Esq.<br>John B. Sullivan, Esq.<br>Mark Douglas Lonergan<br>Peter Higgins Bales<br>Severson & Werson PC<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Union Bank, N.A., Unionbancal Corp.*<br><br>Todd D. Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br><br>Mark D. Flanagan, Esq.<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1117 South California Avenue<br>Palo Alto, CA 94304<br>*Attorney for JP Morgan Chase Bank* | Barry R. Davison, Esq.<br>Hunton & Williams LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*<br><br>A. Stephen Hut, Jr., Esq.<br>Michelle Ognibene, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue Northwest<br>Washington, DC 20006<br>*Attorneys for J. P. Morgan Chase Bank, N.A.*<br><br>Alan E. Schoenfeld, Esq.<br>Christopher R. Lipsett, Esq.<br>David Sapir Lesser, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 1022<br>*Attorneys for J.P. Morgan Chase bank, N.A., JP Morgan Chase & Co.*<br><br>Andrew Bejamin Grossman, Esq.<br>Matthew D. Benedetto, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>*Attorneys for J.P. Morgan Chase Bank, N.A.* |

| | |
|---|---|
| C. Marie Eckert, Esq.<br>Cody J. Elliott, Esq.<br>Miller Nash LLP<br>111 Southwest Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>*Attorney for U.S. Bank, N.A.*<br><br>Constance Melissa Ewing, Esq.<br>David B. Darden, Esq.<br>Eric Jon Taylor, Esq.<br>Nancy H. Baughan, Esq.<br>William J. Holley, II, Esq.<br>Parker Hudson Rainer & Dobbs<br>Marquis II Tower<br>285 Peachtree Center Avenue Northeast, Suite 1500<br>Atlanta, GA 30303<br>*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank*<br><br>Alan S. Kaplinsky, Esq.<br>Martin C. Bryce, Jr., Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>*Attorneys for Huntington Banchsares, Inc., Huntington National Bank*<br><br>Michael Ross Tein, Esq.<br>Lewis Tein, Esq.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>*Attorneys for PNC Bank, National Association*<br><br>Geoffrey M. Johnson, Esq.<br>Scott & Scott<br>12434 Cedar Road, Suite 12<br>Cleveland, Ohio 44106<br><br>Joseph S. Tusa, Esq.<br>Whalen & Tusa, P.C.<br>33 West 19th Street, 4th FL<br>New York, NY 10011 | Bruce W. Neckers, Esq.<br>John M. Lichtenberg, Esq.<br>Paul A. McCarthy, Esq.<br>Rhoades McKee PC<br>161 Ottawa Avenue Northwest, Suite 600<br>Grand Rapids, MI 49503<br>*Attorneys for Huntington Bancshares, Inc.*<br><br>Lindsey Elisa Bowen, Esq.<br>Lynette Eaddy Smith, Esq.<br>William H. Withrow, Jr., Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street Northeast, Suite 5200<br>Atlanta, GA 30308<br>*Attorneys for SunTrust Banks, Inc.*<br><br>James A. Dunbar, Esq.<br>Venable LLP<br>210 West Pennsylvania Avenue, suite 500<br>Towson, MA 21204<br>*Attorney for M & T Bank Corp.*<br><br>John T. Prisbe, Esq.<br>Venable Baetjer & Howard<br>Mercantile Bank & Trust Building<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201<br>*Attorney for M & T Bank Corp.*<br><br>Richard D. McCune, Jr., Esq.<br>Jae Kook Kim, Esq.<br>McCune Wright LLP<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley*<br><br>Jospeph P. Guglielmo, Esq.<br>Scott & Scott LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110 |

| | |
|---|---|
| Melissa L. Zujkowski, Esq.<br>Michael N. Ungar, Esq.<br>Ulerm & Berne<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, Ohio 44113 | David R. Scott, Esq.<br>Amanda F. Lawrence<br>Scott & Scott LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** )

**MDL No. 2036** )

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on the Motion for Admission of Piret Loone *pro hac vice* and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules governing the admission and practice of attorneys in the United States District Court for the Southern District of Florida, permission for a special limited appearance of Piret Loone in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission *pro hac vice* and Consent of Designation and request to electronically receive notice of electronic filings is GRANTED. Piret Loone is granted permission to appear and participate in this civil action on behalf of Union Bank, N.A. and Unionbancal Corp. The Clerk shall provide electronic notice of all electronic filings to Piret Loone at pl@severson.com.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ____ day of ________________.

________________________________
United States District Judge

Copies furnished to:
All Counsel of Record