**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL NO. 2036**

**THIS DOCUMENT RELATES TO:**

***Lopez v. JPMorgan Chase Bank,* N.A.**
**S.D. Fla. Case No. 1:09-cv-23127-JLK**

***Luquetta v. JPMorgan Chase Bank, N.A.***
**S.D. Fla. Case No. 1:09-cv-23432-JLK**
**C.D. Cal. Case No. 2:09-cv-06967-GHK**

***Townsend v. Wells Fargo Bank & Co., et al.***
**S.D. Fla. Case No. 1:10-cv-21834-JLK**
**C.D. Cal. Case No. CV 10-550 ODW**

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 11.1(d)(3), the undersigned respectfully requests leave to withdraw his appearance on behalf of defendant JPMorgan Chase Bank, N.A. ("Chase"), effective February 1, 2011. If leave to withdraw is granted, Chase will continue to be represented by all of its other counsel of record, including WilmerHale attorneys A. Stephen Hut, Jr., Alan E. Schoenfeld, Christopher R. Lipsett, and David Sapir Lesser.

Dated: February 1, 2011

David Marcus
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
david.marcus@wilmerhale.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL NO. 2036**

**THIS DOCUMENT RELATES TO:**

***Lopez v. JPMorgan Chase Bank, N.A.***
**S.D. Fla. Case No. 1:09-cv-23127-JLK**

***Luquetta v. JPMorgan Chase Bank, N.A.***
**S.D. Fla. Case No. 1:09-cv-23432-JLK**
**C.D. Cal. Case No. 2:09-cv-06967-GHK**

***Townsend v. Wells Fargo Bank & Co., et al.***
**S.D. Fla. Case No. 1:10-cv-21834-JLK**
**C.D. Cal. Case No. CV 10-550 ODW**

## ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance of David Marcus, counsel for defendant JPMorgan Chase Bank, N.A., it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this ____ day of ______, 2011.

Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2011, a copy of the foregoing Motion for Leave to Withdraw Appearance of David Marcus was filed electronically with the Clerk of the Court which caused it to be served upon registered users of the Court's ECF system who are participants in these proceedings.

Alan E. Schoenfeld