UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_______________________________________/

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court *sua sponte*. On January 26, 2011, the Court set several pending motions for oral argument on Tuesday, February 8, 2011 (DE # 1101). On the same day, Defendant Union Bank filed a joinder in one of those motions (scheduled to be heard): Defendant Wells Fargo's Motion for Clarification (DE # 1036). Therefore,

It is **ORDERED, ADJUDGED and DECREED** that the following motion be, and the same is hereby also set for oral argument on **Tuesday, February 8, 2011** at **9:30 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

1. Defendant Union Bank's Joinder in Motion for Clarification (DE # 1103) of Defendant Wells Fargo's Motion for Clarification (DE # 1036).

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 28th day of January, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record