**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** )

**MDL No. 2036** )

**THIS DOCUMENT RELATES TO:** )

*Tornes v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK )

*Yourke v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-cv-02186-WHA )

**DEFENDANT BANK OF AMERICA, N.A.'s UNOPPOSED REQUEST TO WITHDRAW JOINDER IN MOTION FOR CLARIFICATION OF WELLS FARGO BANK , N.A. AND MOTION FOR CLARIFICATION**

Defendant Bank of America, N.A. ("Bank of America" or "the Bank"), by and through its counsel, hereby respectfully withdraws its Joinder in Motion for Clarification of Defendant Well Fargo Bank, N.A. and Motion for Clarification ("Motion for Clarification") filed on January 20, 2011 (DE # 1070). Plaintiffs have not filed a response to Bank of America's Motion for Clarification, and the Court has issued no opinion on that motion. Plaintiffs do not oppose this request for withdrawal of Bank of America's Motion for Clarification. In light of this withdrawal, the Bank further requests that the Court vacate the February 8, 2011 hearing it recently set, to the extent only that the hearing pertains to Bank of America's Motion for Clarification (DE # 1101)[1]

---

[1] The Court's order setting Bank of America's Motion for Clarification for hearing on February 8, 2011, also sets for a hearing number of other motions, all of which pertain to other defendants

Footnote continued on next page

Bank of America expressly reserves the right to raise all of the issues and arguments put forth in its Motion for Clarification in the future, if necessary, and the withdrawal of its Motion for Clarification at this time is in no way intended to act as a waiver of the issues and arguments set forth therein or as any comment on the substantive merits of the motion.

**CERTIFICATE OF GOOD FAITH COMPLIANCE**

The undersigned certifies that counsel for Bank of America conferred with Lead Plaintiffs' Counsel Robert C. Gilbert regarding the substance of this request, and Plaintiffs do not oppose the request to withdraw Bank of America's Motion for Clarification.

Dated: February 1, 2011

Respectfully submitted,

/s/ Christopher S. Tarbell

LAURENCE J. HUTT (*pro hac vice*)
Laurence.Hutt@aporter.com
CHRISTOPHER S. TARBELL (*pro hac vice*)
Christopher.Tarbell@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199

---

Footnote continued from previous page
in the MDL. (*See* DE # 1101) The Bank *only* seeks to vacate the hearing with respect to its *own* Motion for Clarification, leaving the hearing that day on all of the other motions unchanged.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** )

**MDL No. 2036** )

**THIS DOCUMENT RELATES TO:** )

*Tornes v. Bank of America, N.A.* )
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke v. Bank of America, N.A.* )
S.D. Fla. Case No. 1:09-cv-21963-JLK )
N.D. Cal. Case No.3:09-cv-02186-WHA )

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Christopher S. Tarbell
CHRISTOPHER S. TARBELL (Cal. Bar No. 240253)
Christopher.Tarbell@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
Attorneys for Defendant Bank of America, N.A.