UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### PLAINTIFFS' LEAD COUNSEL'S SUPPLEMENT TO MOTION TO MODIFY THIS COURT'S ORDER DATED SEPTEMBER 2, 2009 REGARDING THE AUGUST 26, 2009 STATUS CONFERENCE

Plaintiffs' Lead Counsel, Bruce S. Rogow of the Alters Law Firm, P.A., supplements the Motion to Modify This Court's Order Dated September 2, 2009 Regarding the August 26, 2009 Status Conference filed February 2, 2011 **[DE # 1122]**, by notifying the Court that he has conferred with all members of Plaintiffs' Executive Committee and is pleased to report that the Plaintiffs' Executive Committee unanimously approved the proposed appointments of (i) Robert C. Gilbert to the position of "Coordinating Counsel;" (ii) Grossman Roth, P.A. to Plaintiffs' Executive Committee; and (iii) Aaron S. Podhurst of Podhurst Orseck, P.A. as Plaintiffs' Co-Lead Counsel. Accordingly, Plaintiffs' Lead Counsel respectfully requests that the Court enter the attached proposed Order granting the motion and making the foregoing appointments.

Dated: February 3, 2011.

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

*Plaintiffs' Lead Counsel*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

**MDL No. 2036**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
brogow@rogowlaw.com