UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### ORDER MODIFYING THIS COURT'S ORDER DATED SEPTEMBER 2, 2009 REGARDING THE AUGUST 26, 2009 STATUS CONFERENCE

On September 2, 2009, the Court issued an Order Regarding the August 26, 2009 Status Conference [**D.E. # 52**]. In that Order, the Court, *inter alia*, appointed Bruce S. Rogow of Alters Boldt Brown Rash & Culmo, P.A. as Plaintiffs' Lead Counsel, and appointed a Plaintiffs' Executive Committee. Plaintiffs' Lead Counsel has now moved the Court to modify the September 2, 2009 Order to appoint (i) Robert C. Gilbert of Grossman Roth, P.A. as Coordinating Counsel, (ii) Grossman Roth, P.A. to the Plaintiffs' Executive Committee, and (iii) Aaron S. Podhurst as Plaintiffs' Co-Lead Counsel.

After reviewing the motion and considering the position of all counsel, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. Plaintiffs' Lead Counsel's Motion to Modify this Court's Order dated September 2, 2009 Regarding the August 26, 2009 Status Conference [**DE # 52**] is **GRANTED** as set forth below.

2. Based on the important role that Robert C. Gilbert, Esquire has fulfilled on behalf of plaintiffs in this litigation since entry of the September 2, 2009 Order Regarding the August 26, 2009 Status Conference [**DE # 52**], this Court finds that it is in the best interest of plaintiffs for Mr. Gilbert to continue his work through his new law firm, Grossman Roth, P.A.

Accordingly, this Court approves the creation of the position of "Coordinating Counsel" and hereby appoints Robert C. Gilbert, Esquire of Grossman Roth, P.A. to serve in that capacity. As Coordinating Counsel, Mr. Gilbert will continue to manage the day-to-day operations of this multidistrict litigation on behalf of plaintiffs in coordination with and under the oversight of Plaintiffs' Lead Counsel.

3. Based on Mr. Gilbert's appointment as Coordinating Counsel through his new firm, Grossman Roth, P.A., and this Court's independent knowledge of Grossman Roth, P.A.'s experience, qualifications and reputation, this Court hereby appoints Grossman Roth P.A. to the Plaintiffs' Executive Committee.

4. Based on the greatly expanded nature of this multidistrict litigation proceeding, which has grown from five defendants in June 2009 to approximately 35 defendants at the current time, and Plaintiffs' Lead Counsel's request for the appointment of Co-Lead Counsel, this Court finds that it is appropriate to amend the September 2, 2009 Order Regarding the August 26, 2009 Status Conference [DE # 52], to create a Co-Lead Counsel position which will share responsibilities and duties of existing Lead Counsel, Bruce S. Rogow. The Court further finds that Aaron S. Podhurst, Esquire, of Podhurst Orseck, P.A., is the most appropriate counsel to serve in this capacity for many reasons including those presented by the current Plaintiffs' Lead Counsel in his motion. Accordingly, this Court hereby appoints Aaron S. Podhurst, Esquire of Podhurst Orseck, P.A. as Plaintiffs' Co-Lead Counsel, together with current Plaintiffs' Lead Counsel Bruce S. Rogow of Alters Law Firm, P.A. As Plaintiffs' Co-Lead Counsel, Messrs. Rogow and Podhurst shall continue to fulfill the duties and responsibilities set forth under this Court's Order dated September 2, 2009 Regarding the August 26, 2009 Status Conference [DE # 52].

5. In summary, Plaintiffs' Co-Lead Counsel will now consist of Bruce S. Rogow of the Alters Law Firm, P.A. and Aaron S. Podhurst of Podhurst Orseck, P.A. who, in addition to their other duties and responsibilities, will oversee the activities of Coordinating Counsel, Robert C. Gilbert, and whose new firm, Grossman Roth P.A., will become an additional member of the Plaintiffs' Executive Committee.

6. Except as modified herein, this Court's September 2, 2009 Order Regarding the August 26, 2009 Status Conference **[DE # 52]** remains in full force and effect.

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this **3** day of February 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record