UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

_____

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,
MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Speers v. U.S. Bank National Assoc.*;
S.D. Fla. Case No. 1: 09-cv-23126-JLK
_____/

## ORDER ON THE MANDATE

**THIS CAUSE** comes before the Court upon the December 17, 2010 Mandate of the United States Court of Appeals for the Eleventh Circuit. *(*DE # 13 in S.D. Fla. Case No. 1: 09-21326). The instant Mandate by the Eleventh Circuit stays litigation in *Speers v. U.S. Bank National* (09-23126) one of the cases currently a part of MDL 09-2036.

It is therefore ORDERED and ADJUDGED that the December 17, 2010 opinion of the United States Court of Appeals for the Eleventh Circuit be, and the same is hereby, **ADOPTED**. Litigation in *Speers v. U.S. Bank National* (09-23126) be, and the same is hereby stayed until further Order of the Court.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 4th day of February, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record