Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com

Plaintiff *Pro Se*

FILED by _____ D.C.

**FEB 04 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

ROBERT TOWNSEND,

  Plaintiff,

   vs.

WELLS FARGO BANK & COMPANY.,
WELLS FARGO BANK, NA., J.P
MORGAN CHASE, CHASE BANK USA,
N.A., AND AS SUCCESSORS IN
INTEREST TO WASHINGTON MUTUAL
BANK FA., Does 1-10

  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

MDL Case **No. 10-2136**

Southern District of Florida Case No.
**10-CV-21834-JLK**

Central District of California Case No:
**CV10-00550 ODW(MLGx)**

**PLAINTIFF'S F.R.C.P.RENEWED  RULE 6(b)
MOTION FOR EXTENSION OF TIME TO FILE
HIS OPPOSITION TO THE MOTIONS TO STAY
PROCEEDINGS IN FAVOR OF ARBITRATION,
FILED BY DEFENDANTS WELLS FARGO BANK,
N.A., WELLS FARGO BANK & CO., CHASE
BANK USA, N.A., J.P. MORGAN CHASE**

TO LISTED DEFENDANTS AND THEIR COUNSEL OF RECORD:

  COMES NOW Plaintiff Robert Townsend (hereinafter "Townsend"), and hereby

files this, his F.R.C.P. Rule 6(b) Motion for Extension of Time to File His Opposition to the

Motions to Stay Proceedings in favor of Arbitration filed by Defendants Wells Fargo

Bank, N.A., Wells Fargo Bank & Co. ("Wells Fargo"), and Chase Bank, N.A., JP Morgan

Chase (collectively "Chase"), and in support thereof would show this Honorable Court as follows:

### ARGUMENT & AUTHORITY

1.  **Background** -- Before the Court are Chase's and Wells Fargo's motions to stay Townsend's litigation in favor of arbitration. The Court has requested Townsend's replies by September 20, 2010 (Dkt. #778, 782). Townsend prepared his reply papers to place in the mail to the Court on September 20, 2010, mistakenly interpreting Local Rule 7.1(c)(1) allowed a "cushion" of three extra days for filing replies for those not granted CM/ECF access as here. However, the Court Clerk informed Townsend on September 20, 2010, via telephone, that September 20 is the "drop-dead" date by which his reply papers needed to be filed. This motion for extension of time to file his reply brief now follows, which accompanies the filing of Townsend's reply papers with the Court.

2.  F.R.C.P. Rule 6(b) allows for late filing of papers upon motion and if the late filing is due to excusable neglect, which may include "inadvertent delays." *Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship,* 507 U.S. 380, 392, 113 S.Ct. 1489, 123 L.Ed.2d 74 (1993). The relevant circumstances for the court to consider in granting this motion include "the danger of prejudice to [the non moving party], the length of delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Pioneer Inv. Servs. Co. v. Brunswick Assoc. Ltd. P'ship,* 507 U.S. 380, 395, 113 S.Ct. 1489, 123 L.Ed.2d 74 (1993).

3.  Here, each *Pioneer* factor favors Townsend. Chase and Wells Fargo will not be prejudiced by a Townsend filing his replies one or two days late. A late filing of one to two days is unlikely to have any impact on the judicial proceedings, as it seems unlikely the Court would turn its attention to the banks' motions for arbitration and make a ruling two days after Townsend's reply deadline, given this Court's local rule 7.1(c) allow for the movants (in this instance, Wells Fargo and Chase) to file a reply brief in support

of their motion after Townsend replies in opposition to their motions are filed. Townsend relied in good faith on his plausible interpretation of Local Rule 7.1(c)(A) in mistakenly believing this rule included a three-day grace period for filing for those not granted CM/ECF access as here.   A "delay based on a good faith and 'plausible misconstruction' of the law may warrant a finding of excusable neglect.  *See*, for example Judge Posner's discussion of excusable neglect in *Lewis v. School Dist.# 70*, 523 F. 3d 730, 740 (7th Cir. 2008).   Townsend's opposing reply papers were already completed by the deadline, and have been placed in the mail on September 20 along with this motion for extension of time.   Furthermore, Townsend acted immediately to file this motion upon learning from the Court clerk that his interpretation of Local Rule 7.1(c)(A) was incorrect.  Lastly, Townsend has already filed a motion for partial summary judgment (on or about September 13, 2010), which addresses many of the reasons he opposes the banks' arbitration clauses and their motion for arbitration, which indicates Townsend has been diligently attending to the matter of the banks' arbitration efforts (*See* Declaration of Robert Townsend, attached herewith).

4.  In conclusion, there is no reason to believe that Wells Fargo or Chase could be prejudiced by Townsend's reply papers being filed two days late. The length of the delay and the potential impact on judicial proceedings should be minimal, and there is no reason to believe that the Townsend acted in bad faith.

**CERTIFICATE OF CONFERENCE**

5.  I hereby certify that I have made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in this motion, Alan Schoenfeld as counsel Chase Bank , et al has agreed to not oppose this motion. Opposing counsel for Wells Fargo Bank, David M. Jolley has refused to stipulate to this extension of time. A true and correct copy of the responsive emails from defendants counsel of record is made a part hereof and attached as  exhibit A.

**PRAYER**

Wherefore, premises considered, Plaintiff Robert Townsend respectfully prays that the Court :

    a.  GRANT his Motion for Extension of Time to File his Reply Opposing Chase's and Wells Fargo's respective Motions to Stay in Favor of Arbitration;

    b.  Grant Townsend any other relief to which the Court may find him entitled.

DATED: February 1, 2011

      Respectfully Submitted:

Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

## DECLARATION OF PLAINTIFF ROBERT TOWNSEND IN SUPPORT OF MOTION FOR RELIEF
## FROM JUDGMENT

I, ROBERT TOWNSEND declare, I am the Plaintiff in the above entitled action and am above the age of majority.

1. My reply papers opposing Wells Fargo's and Chase's motion for arbitration were due on September 20, 2010. My reply papers were ready, but my interpretation of Local Rule 7.1(c)(A) was that the deadlines for filing replies included an extra three-day grace period for filing and so I had intended to simply mail my reply papers on September 20. Since I have not been granted CM/ECF privileges, however, just to be sure on September 20, 2010, I contacted the Court clerk to ask if a postmark of September 20 would be adequate to get my reply papers filed on time. However, the clerk informed me that September 20 was the drop-dead "receive-by" date. Upon hearing that my interpretation of Local Rule 7.1(c)(A) was incorrect, I acted immediately to contact opposing counsel, and to file this motion for an extension of time to file my reply. My opposing reply papers have been placed in the mail today, September 20, 2010, along with this motion for extension of time. I have been attentive to deadlines and been proceeding in good faith; I have already filed a motion for partial summary judgment (on or about September 13, 2010), which addresses many of the reasons I oppose the banks' arbitration clauses and their motion for arbitration. I hope this indicates to the Court that I have been diligently attending to the matter of the banks' arbitration efforts, and that no harm will result by this slight delay in filing my reply papers.

2. I declare under penalty of perjury of the laws of the United States that the foregoing is true, correct, and within my personal knowledge.

DATE: FEBRUARY 2, 2011

Robert Townsend, Plaintiff

---

**CERTIFICATE OF SERVICE**

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY EMAIL AND CM-ECF**

Respectfully submitted,

By: _____

ROBERT TOWNSEND,

P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED:  FEBRUARY 2, 2011

<u>**PROOF OF SERVICE BY MAIL**</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 32545 "B" Golden Lantern, Dana Point, Ca 92629

On February 1, 2011 I served the foregoing document described **PLAINTIFF'S F.R.C.P.RENEWED  RULE 6(b) MOTION FOR EXTENSION OF TIME TO FILE HIS OPPOSITION TO THE MOTIONS TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION, FILED BY DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE**

**SEE ATTACHED MDL No. 2036 - Panel Service List (CTO-13)**

On all interested parties in this action to and by:
___     BY placing _ _a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

X____**BY E-MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service *is* presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

**BY FACSIMILE TRANSMISSION:** From Fax No. 949-495-0580 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and the machine reported no error.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

LA/632899v1

1
2
3
    I declare under the penalty of perjury under the laws of
4
the State of California that the foregoing is true and correct.
5
EXECUTED on February 1, 2011 at Dana Point, Ca 92629
6
7

8
    (Mike Lee)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA/632899v1

IN.RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MOL No. 2036

## PANEL SERVICE LIST (CTO-13)

Ben Bamow
BARNOW & ASSOCIA TES PC
One North LaSalle Street
Suite 4600
Chicago, IL 60602

Marvin 1. Bartel BARTEL
& EVANS LP 4695
MacArthur Court Suite
310
Newport Beach, CA 92660

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
III I Brickell Avenue
Suite 2500
Miami, FL 33\31-3136

Leonard A. Frisoli FRISOLI
& ASSOCIATES 43
Thorndike Street Cambridge,
MA 02141

Robert C. Gilbert
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.B. 2nd Avenue
Suite 201
Miami, FL 33137

Drew M. Hicks
KEA TING MUETHING
 & KLEKAMP LLP
One East 4th Street
Suite 1400
Cincinnati, OH 45202

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513

Jeffrey D. Kaliel
TYCKO & ZA V AREEI LLP
2000 L. Street, N.W.
Suite 808
Washington, DC 20036

Roger A. Lewis
GOLDBERG KOHN LTD
55 East Monroe Street Suite
3300
Chicago, IL 60603

David C. Marcus
WILMER CUTLER PICKERING
HALE & DORR LLP
350 South Grand A venue
Suite 2100
Los Angeles, CA 90071

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374

James E. Preston
PRESTON & ASSOCIATES
P.O. Box 844
25020 Highway 145
Dolores, CO 81323-0844

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ
& RICHARDS LLC
258 Kings Highway East
Haddonfield, NJ 08033

Patrick J. Sheehan
WHATLEY DRAKE & KALLAS LLC
60 State Street
Seventh Floor
Boston, MA 02109

MDL No. 2036 - Panel Service List (CTO-13) (Continued)

Erin Lind Shencopp
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 6060 l

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086

David James Worley
PAGE PERRY LLC
1040 Crown Pointe Pkwy
Suite ]050
Atlanta, GA 30338

Hassan A. Zavareei
TYCKO & ZA V AREEI LLP
2000 L. Street, N. W.
Suite 808
Washington, DC 20036