Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com

Plaintiff *Pro Se*

FILED by _____ D.C.
FEB - 4 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>    Plaintiff,<br><br>    vs.<br>WELLS FARGO BANK & COMPANY.,<br>WELLS FARGO BANK, NA., J.P<br>MORGAN CHASE, CHASE BANK USA,<br>N.A., AND AS SUCCESSOR'S IN<br>INTEREST TO WASHINGTON MUTUAL<br>BANK FA., Does 1-10<br><br>    Defendants. | Southern District of Florida Case No.<br>**09-MD-02036 JLK**<br>MDL Case **No. 10-2136**<br>Central District of California Case No:<br>**CV10-00550 ODW(MLGx)**<br><br>**RENEWED NOTICE OF, AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE**<br>JUDGE: HON. James Lawrence King<br>**HEARING DATE: TBD BY THE COURT** |

TO LISTED DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, before the above-entitled Court, at a date and time to be determined by the court, Plaintiff Robert Townsend (hereinafter "Townsend") will, and hereby does, move **FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE** the mandatory binding arbitration clauses in the

Defendants' banking deposit contracts are unconscionable and unenforceable.

DATED: January 31, 2011

Respectfully Submitted:

*[signature]*

Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY E-MAIL/CM-ECF**

Respectfully submitted,

By: _____

ROBERT TOWNSEND,
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED:   January 31, 2011

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 32545 "B" Golden Lantern, Dana Point, Ca 92629

On January 31, 2011 I served the foregoing document described **PLAINTIFF ROBERT TOWNSEND'S RENEWED F.R.C.P. Rule 55(a) REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE, PLAINTIFF'S RENEWED OPPOSITION TO MOTIONS TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION, FILED BY DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE, RENEWED PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS WELLS FARGO BANK, N.A., WELLS FARGO BANK & CO., CHASE BANK USA, N.A., J.P. MORGAN CHASE AND DECLARATION IN SUPPORT THEREOF AND PROPOSED ORDER.**

**SEE ATTACHED MDL No. 2036 - Panel Service List (CTO-13)**

On all interested parties in this action to and by:
___    BY placing _ _a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

X____ **BY E-MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service *is* presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

**BY FACSIMILE TRANSMISSION:** From Fax No. 949-495-0580 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and the machine reported no error.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

LA/632899v1

```
 1
 2
 3        I declare under the penalty of perjury under the laws of
 4   the State of California that the foregoing is true and correct.
 5
     EXECUTED on January 31, 2011 at Dana Point, Ca 92629
 6
 7                              _____
                                        (Mike Lee)
 8
```



IN.RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                                                    MOL No. 2036

PANEL SERVICE LIST (CTO-13)

Ben Bamow
BARNOW & ASSOCIA TES PC
One North LaSalle Street
Suite 4600
Chicago, IL 60602

Marvin 1. Bartel BARTEL
& EVANS LP 4695
MacArthur Court Suite
310
Newport Beach, CA 92660

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
III I Brickell Avenue
Suite 2500
Miami, FL 33\31-3136

Leonard A. Frisoli FRISOLI
& ASSOCIATES 43
Thorndike Street Cambridge,
MA 02141

Robert C. Gilbert
ALTERS BOLDT BROWN
RASH & CULMO PA
4141 N.B. 2nd Avenue
Suite 201
Miami, FL 33137

Drew M. Hicks
KEA TING MUETHING
 & KLEKAMP LLP
One East 4th Street
Suite 1400
Cincinnati, OH 45202

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513

Jeffrey D. Kaliel
TYCKO & ZA V AREEI LLP
2000 L. Street, N.W.
Suite 808
Washington, DC 20036

Roger A. Lewis
GOLDBERG KOHN LTD
55 East Monroe Street Suite
3300
Chicago, IL 60603

David C. Marcus
WILMER CUTLER PICKERING
HALE & DORR LLP
350 South Grand A venue
Suite 2100
Los Angeles, CA 90071

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374

James E. Preston
PRESTON & ASSOCIATES
P.O. Box 844
25020 Highway 145
Dolores, CO 81323-0844

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ
& RICHARDS LLC
258 Kings Highway East
Haddonfield, NJ 08033

Patrick J. Sheehan
WHATLEY DRAKE & KALLAS LLC
60 State Street
Seventh Floor
Boston, MA 02109

MDL No. 2036 - Panel Service List (CTO-13) (Continued)

Erin Lind Shencopp
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 6060 l

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086

David James Worley
PAGE PERRY LLC
1040 Crown Pointe Pkwy
Suite ]050
Atlanta, GA 30338

Hassan A. Zavarcci
TYCKO & ZA V AREEI LLP
2000 L. Street, N. W.
Suite 808
Washington, DC 20036