UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Feb 8, 2011

United States District Court

Northern District of Florida

111 North Adams Street, 3rd Flr

Tallahassee, FL 32301

RE:   MDL No.   2036 In Re: Checking Account Overdraft Litigation

Our Case No.   09-md-2036-JLK

Your Case No.   1:10-208 - Stephen T. Anderson v. Compass Bank

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** dated 2/3/2010 ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By:   s/ Graciela Gomez
      MDL Clerk

Encl.

☒ 400 N. Miami Avenue      ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street       ☐ 301 Simonton Street      ☐ 300 S. Sixth Street
   Room 8N09                  Room 108                       Room 202                    Room 130                   Ft. Pierce, FL 34950
   Miami, FL 33128            Ft. Lauderdale, FL 33301       W. Palm Beach, FL 33401     Key West, FL 33040         772-595-9691
   305-523-5100               954-769-5400                   561-803-3400                305-295-8100