UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date February 8, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Larry Herr

**TYPE OF PROCEEDING:**

Scheduling Conference___         Status Conference X
Pre-Trial Conference ___         Motion Hearing    ___

Counsel for Plaintiff: Robert Gilbert, Esq.  Peter Prieto, Esq.
Robert Josefberg, Esq.  John Gravante, Esq.  John Gilbert, Esq.
Aaron Podhurst, Esq.  Adam Webb, Esq.

Counsel for Defendant: Barry Davidson, Esq.  Peter Homer, Esq.  E.
Adam West, Esq.  David Jolley, Esq.  Alan G. Greer, Esq.

ALSO SEE ATTACHMENT FOR ADDITIONAL APPEARANCES

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held on Motions for Clarification of Defendant Wells Fargo Bank, N.A. (D.E. #1036) and Defendants' Motion for Joinder (D.E. #1103) and (D.E. #1114): ISSUES RAISED: 1- Timing i.e., other challenge practices; and 2- Preclusion i.e., expectations or opinions (Barry Davidson, Esq., Peter Homer, Esq., Alan G. Greer, Esq. - Bruce Rogow, Esq.)
- The Court finds that the Defendants' Motion for Clarification

re: D.E. #1036, D.E. #1103 and D.E. #1114 is hereby **DENIED and Defendants' Motion for Joinder is hereby GRANTED** after Granting the Motions for Oral Argument and having heard argument which is embodied in this record

- The Court will put the burden back on the defendants to file a Motion to compel the plaintiffs to answer if necessary
- Counsel for the Plaintiffs' shall prepare an order reflecting the Court's ruling
- Oral Argument held on Plaintiffs' Motion to Compel Discovery (D.E. #1033) (David Jolley, Esq. - John Gilbert, Esq.)
- The Court hereby finds that the Plaintiff's Motion to Compel is hereby **TAKEN UNDER ADVISEMENT**
- Oral Argument held on Plaintiff's Motion for Substitution/Add Wells Fargo Bank, N.A. As A Defendant (D.E. #1029/#1030) (Adam Webb, Esq., Barry Davidson, Esq.)
- The Court finds that the motion (D.E. #1029/1030) for Substitution/Add (Wells Fargo Bank, N.A. for Wachovia Bank) is hereby **GRANTED**
- Counsel for the plaintiff shall prepare an order reflecting the Court's ruling
- Oral Argument held on Plaintiff's Motion to Compel Preservation of Transactional Data and to Preclude Affirmative Defenses and Evidence Related to Destroyed Transactional Data (D.E. #1089) (Robert Josepberg, Esq. - David Jolley, Esq.)
- The Court finds that motion (D.E. #1089) be and the same is hereby **GRANTED**
- Counsel for the plaintiff shall prepare an order reflecting the Court's ruling
- The Court advises the parties to file the appropriate motions to exclude the Pro Se' Parties/and or cases that anyone feels that there is anything unique concerning their cases(if necessary)