UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date     February 8, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams COURT REPORTER: Larry Herr

**TYPE OF PROCEEDING:**

Scheduling Conference___      Status Conference X
Pre-Trial Conference ___      Motion Hearing ___

Counsel for Plaintiff: Robert Gilbert, Esq. Peter Prieto, Esq.
Robert Josefberg, Esq.   John Gravante, Esq. John Gilbert, Esq.
Aaron Podhurst, Esq.   Adam Webb, Esq.

Counsel for Defendant: Barry Davidson, Esq.  Peter Homer, Esq.  E.
Adam West, Esq.  David Jolley, Esq.  Alan G. Greer, Esq.

ALSO SEE ATTACHMENT FOR ADDITIONAL APPEARANCES

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE:  _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held on Motions for Clarification of Defendant
  Wells Fargo Bank, N.A. (D.E. #1036) and Defendants' Motion for
  Joinder (D.E. #1103) and (D.E. #1114): ISSUES RAISED:
  1- Timing i.e., other challenge practices; and 2- Preclusion
  i.e., expectations or opinions  (Barry Davidson, Esq., Peter
  Homer, Esq., Alan G. Greer, Esq. - Bruce Rogow, Esq.)
- The Court finds that the Defendants' Motion for Clarification

re: D.E. #1036, D.E. #1103 and D.E. #1114 is hereby **DENIED and Defendants' Motion for Joinder is hereby GRANTED** after Granting the Motions for Oral Argument and having heard argument which is embodied in this record

- The Court will put the burden back on the defendants to file a Motion to compel the plaintiffs to answer if necessary
- Counsel for the Plaintiffs' shall prepare an order reflecting the Court's ruling
- Oral Argument held on Plaintiffs' Motion to Compel Discovery (D.E. #1033) (David Jolley, Esq. - John Gilbert, Esq.)
- The Court hereby finds that the Plaintiff's Motion to Compel is hereby **TAKEN UNDER ADVISEMENT**
- Oral Argument held on Plaintiff's Motion for Substitution/Add Wells Fargo Bank, N.A. As A Defendant (D.E. #1029/#1030) (Adam Webb, Esq., Barry Davidson, Esq.)
- The Court finds that the motion (D.E. #1029/1030) for Substitution/Add (Wells Fargo Bank, N.A. for Wachovia Bank) is hereby **GRANTED**
- Counsel for the plaintiff shall prepare an order reflecting the Court's ruling
- Oral Argument held on Plaintiff's Motion to Compel Preservation of Transactional Data and to Preclude Affirmative Defenses and Evidence Related to Destroyed Transactional Data (D.E. #1089) (Robert Josepberg, Esq. - David Jolley, Esq.)
- The Court finds that motion (D.E. #1089) be and the same is hereby **GRANTED**
- Counsel for the plaintiff shall prepare an order reflecting the Court's ruling
- The Court advises the parties to file the appropriate motions to exclude the Pro Se' Parties/and or cases that anyone feels that there is anything unique concerning their cases(if necessary)

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Aaron Podhurst | Podhurst Orseck | 305 358-2800 | Co-Lead Plaintiffs |
| James Green | Kane Russell | 214-777-4200 | Comerica Bank / Inc. |
| David Adler | Jones Day | (216) 586-1344 | RBS Citizens, N.A. |
| Jeffrey Backman | Arnstein & Lehr | 954 713-7668 | KeyBank |
| Bryce Albu | Reeder & Reeder | (541) 575-972? | Compass Bank |
| Peter Prieto | Podhurst Orseck | (305) 358-2800 | Co-Lead plaintiffs |
| John Cooney | Arnstein & Lehr | (954) 713-7620 | KeyBank |
| Alan G. Greer | Richman Greer | (305) 373-4010 | Union Bank |
| Chris Tarbell | Arnold & Porter LLP | (213) 243-4000 | Bank of America |
| Laurence Hutt | Arnold + Porter LLP | 213-243-4000 | Bank of America |
| Kevin Gaunt | Lewis Tein | 305.442.1101 | PNC Bank |
| Christopher Carver | Akerman | 305-374-5600 | RBC Bank (USA) |
| Stuart Z Grossman | Grossman Roth | 305.442.8666 | Π's Exec Comm. |
| David Stellings | Lieff Cabraser | 212-355-9500 | Π's Exec. Comm. |
| Michael Sobol | Lieff, Cabraser, etc. | 415.956.1000 | Plaintiffs PEC |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|------|------|------|------|
| David Lesser | Wilmer Hale | 212-230-8851 | JP Morgan Chase |
| Jamie Isani | Hunton+Williams | 305.536.2724 | Wells Fargo |
| Peter Homer | Homer & Bonner | 305 350 -5100 | JP Morgan Chase |
| David Jolley | Covington & Burling | 415-591-7079 | Wells Fargo |
| E. Adam Webb | Webb, Klase & Lemond | 771 444 0773 | Plaintiffs |
|  |  |  |  |
| Bruce Rogow | Altur+ | 954-767-8505 | PL |
| Aaron Podhurst | Podhurst Orseck | 305-358-2800 | PL |
| Bubba Gilbert | Ellis LeRitter | 305 442-8666 | PL |
| Bob Jonfsbey | Podhurst Orseck | 305 358 2800 | PL |
| ~~Adam Wells~~ |  |  |  |
| Russell Budd | Baron+Budd | 214 729 6265 | PL |
| William C. Hearon | William C. Hearon PA Altus | 305 579-9813 | Plaintiffs |
| Steve Marks | Podhurst Orseck | 305.358.2800 | Plaintiffs |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|------|------|--------------|--------|
| Seth Miles | Grossman Roth | 305-442-8666 | FS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |