UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
MDL NO. 2036 )
)
)
)

## NOTICE OF APPEARANCE OF STEVEN C. MARKS

PLEASE TAKE NOTICE that Steven C. Marks hereby appears as additional counsel of record on behalf of Plaintiffs in the above-referenced cases, and requests service of copies of all pleadings filed with this Court to be sent through the Court's CM/ECF system, or otherwise, to the address listed in the signature block below.

Date:  February 9, 2011

Respectfully Submitted,

PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: /s/Steven C. Marks
Steven C. Marks
Florida Bar No. 516414
smarks@podhurst.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT<br>OVERDRAFT LITIGATION<br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Steven C. Marks
Steven C. Marks
Florida Bar No. 516414
smarks@podhurst.com
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130