IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Townsend v. Wells Fargo Bank & Co., et al.*<br>S.D. Fla. Case No. 1:10-cv-21834-JLK<br>C.D. Cal. Case No. CV 10-550 ODW | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### OPPOSITION OF JPMORGAN CHASE BANK, N.A. AND JPMORGAN CHASE & CO. TO PLAINTIFF ROBERT TOWNSEND'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT

*Pro se* plaintiff Robert Townsend has filed a motion for partial summary judgment on the enforceability of his arbitration agreements with JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. (collectively, "Chase"). [Dkt. No. 1143.] The motion argues that the agreements are unconscionable and therefore unenforceable. Townsend's motion should be denied.

### PRIOR FILINGS

Townsend has filed the same motion previously in this case. On July 9, 2010, Townsend filed a motion for partial summary judgment that is virtually identical to the instant motion. [Dkt. No. 661.] The Court immediately denied the motion, by order dated July 13, stating that "[t]he Court cannot rule on the enforceability of Defendants' arbitration clauses, until Defendants move to compel arbitration." [Dkt. No. 676.]

Subsequently, on September 1, 2010, Chase moved to stay Townsend's claims, in favor of arbitration, under section 3 of the Federal Arbitration Act,. [Dkt. No. 778.] Shortly thereafter, on October 1, 2010, Townsend re-filed his original motion for partial summary judgment, as well as a second motion for partial summary judgment, also challenging the enforceability of Chase's arbitration provision. [Dkt. Nos. 811, 812.] Townsend also opposed Chase's motion to stay. [Dkt. No. 820.]

On November 10, 2010, the Court dismissed Townsend's complaint without prejudice. That order also dismissed as moot the Townsend's pending motions for summary judgment and Chase's fully-briefed motion to stay the proceedings in favor of arbitration. [Dkt. No. 892]. Thereafter, on November 15, Townsend filed a motion for reconsideration [Dkt. No. 913], and, after reconsidering, the Court entered an Order deeming the complaint (as attached to Townsend's motion) reinstated on January 19, 2011. [Dkt. No. 1059].

Six days after reinstatement of Townsend's complaint, on January 25, 2011, Chase filed a renewed motion seeking to stay Townsend's claims under section 3 of the Federal Arbitration Act. [Dkt. No. 1094.] Because Townsend had previously moved against enforcement of his arbitration agreements with Chase, Chase's January 25 arbitration motion addressed each of Townsend's substantive arguments against arbitration. That motion is fully briefed: Townsend has separately filed his opposition to Chase's arbitration motion [Dkt. No. 1141], and Chase today filed its reply. The instant motion by Townsend comes on the heels of the briefing on Chase's January 25 motion and adds nothing to it.

## ARGUMENT

Chase's arbitration motion filed on January 25 [Dkt. No. 1094], and its reply brief in further support of that motion, filed today, address all of Townsend's substantive arguments

against arbitration.  Accordingly, in the interest of judicial economy, Chase respectfully refers the Court to those briefs and incorporates them herein by reference.

## CONCLUSION

Townsend's motion for partial summary judgment against JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. should be denied.

Dated:  February 9, 2011

                                    HOMER BONNER, P.A.

                                    /s/ Peter W. Homer
Peter W. Homer
(phomer@homerbonner.com)
Gregory J. Trask
(gtrask@homerbonner.com)
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
tel.: (305) 350-5139
fax: (305) 372-2738

WILMER CUTLER PICKERING HALE
  AND DORR LLP
s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendants JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all parties or counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Peter W. Homer