IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Steen v. Capital One Financial Corp. and Capital One Bank (USA), N.A., et al.*<br>E.D. La. Case No. 2:10-cv-01505-JCZ-KWR<br>S.D. Fla. Case No. 1:10-cv-22058-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT CAPITAL ONE, N.A.'S REQUEST FOR HEARING ON ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to Local Rule 7.1(b), Defendant Capital One, N.A. ("Capital One") hereby requests a hearing on its Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (the "Motion").

A hearing would benefit and assist the Court in evaluating the separate grounds for dismissal of the Second Consolidated Amended Class Action Complaint filed in this district on January 19, 2011, as well as the alternative forms of requested relief.

Plaintiffs' opposition to the Motion is due by March 14, 2011 and Capital One's reply is due by April 4, 2011. Capital One therefore respectfully requests that a hearing on the Motion be scheduled after April 4, 2011.

sf-2953330

Capital One estimates that thirty to forty-five minutes would be sufficient to address the issues raised in the Motion.

Dated: February 11, 2011

Respectfully submitted by,

MORRISON & FOERSTER LLP

By:   /s/ James R. McGuire
          JAMES R. McGUIRE

JAMES R. McGUIRE (*pro hac vice*)
RITA F. LIN (*pro hac vice*)
MIMI YANG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:    415.268.7000
Facsimile:     415.268.7522

*Attorneys for Defendant*
CAPITAL ONE, N.A.

sf-2953330

# CERTIFICATE OF SERVICE

## CASE NO. 1:09-MD-02036-JLK

I hereby certify that on February 11, 2011, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ James R. McGuire
JMcGuire@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorney for Defendant*
CAPITAL ONE, N.A.

sf-2953330