UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

OPPOSITION OF DEFENDANTS WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A. TO PLAINTIFF ROBERT TOWNSEND'S RENEWED F.R.C.P. RULE 55(a) REQUEST FOR CLERK'S ENTRY OF DEFAULT

Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel and pursuant to the Rule 7.1(c) of the Local Rules of the United States District Court for the Southern District of Florida, file their Opposition to Plaintiff Robert Townsend's Renewed F.R.C.P. Rule 55(a) Request for Clerk's Entry of Default Against Defendants Wells Fargo Bank, N.A., Wells Fargo Bank & Co., Chase Bank USA, N.A., J.P. Morgan Chase, and state as follows:

ARGUMENT

On October 13, 2010, the Court denied a substantively identical request from plaintiff for entry of default against Wells Fargo. *See* DE # 831 at 2.  That denial was a final resolution of the exact same arguments and issues underlying plaintiff's renewed request for entry of default, and plaintiff cannot simply "renew" those same

1

failed arguments by filing a new request.  Because this request has previously been denied by this Court [DE # 831], and for the reasons set out in Wells Fargo's opposition to plaintiff's earlier request for entry of default [DE #834] and in the opposition of JPMorgan Chase Bank, N.A. [DE # 1152] (hereby incorporated by reference), this "renewed" request for entry of default should also be denied.

DATED:  February 14, 2011                                COVINGTON & BURLING LLP


By:  _____s/David M. Jolley_____
Sonya D. Winner (*pro hac vice*)
(swinner@cov.com)
David M. Jolley (*pro hac vice*)
(djolley@cov.com)
One Front Street, 35th Floor
San Francisco, CA, 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
333 Twin Dolphin Drive, Ste 700
Redwood Shores, CA, 94065
Telephone: (650) 632-7400
Facsimile: (650) 632-4800

Barry R. Davidson
(bdavidson@hunton.com)
Florida Bar No. 107678
Jamie Zysk Isani
(jisani@hunton.com)
Florida Bar No. 728861
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Attorneys for Defendants
WELLS FARGO & CO. and
WELLS FARGO BANK, N.A.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that these documents are being served this day on plaintiff Robert Townsend by First Class Mail and electronic mail at the following addresses:

> Robert Townsend
> P.O. Box 3330
> Dana Point, California  92629
> Townsend@runbox.com

> s/David M. Jolley
> David M. Jolley (*pro hac vice*)
> (djolley@cov.com)
> COVINGTON & BURLING LLP
> One Front Street, 35th Floor
> San Francisco, CA, 94111
> Telephone: (415) 591-6000
> Facsimile: (415) 591-6091

3