UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

OPPOSITION OF DEFENDANTS WELLS FARGO & COMPANY AND WELLS
FARGO BANK, N.A. TO PLAINTIFF ROBERT TOWNSEND'S
RENEWED MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel and pursuant to the Rule 7.1(c) of the Local Rules of the United States District Court for the Southern District of Florida, file their Opposition to Plaintiff Robert Townsend's Renewed Motions for Partial Summary Judgment, and state as follows:

PROCEDURAL BACKGROUND

1. Plaintiff filed his Complaint in this matter on January 26, 2010.

2. This matter was subsequently transferred to this MDL.

3. On July 9, 2010, plaintiff filed his original Motion for Partial Summary Judgment [DE # 661] directed to Wells Fargo and co-defendant JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. ("Chase") requesting that this Court

1

declare that the mandatory arbitration provisions set forth in Wells Fargo's checking account deposit agreements were and are unenforceable.

4. On July 12, 2010, this Court denied plaintiff's original motion for partial summary judgment without prejudice, finding it to be premature in that Wells Fargo had not yet moved to compel arbitration. *See* DE # 676.

5. On September 1, 2010, Wells Fargo filed a motion to stay in favor of arbitration. *See* D.E. # 782.

6. On October 1, 2010, while Wells Fargo's motion to stay in favor of arbitration was pending, plaintiff filed a second motion for partial summary judgment [DE # 812] and an amended motion for partial summary judgment [DE # 813].

7. On October 13, 2010, the Court denied without prejudice plaintiff's second and amended motions for partial summary judgment, finding that plaintiff's motions "are still not appropriate for consideration because currently pending before the Court are Defendants' Motions to Compel Arbitration." *See* DE # 831.

8. On November 10, 2010, the Court dismissed plaintiff's case without prejudice because of a defect in the filing of plaintiff's Complaint. *See* DE # 892.

9. On January 13, 2011, the Court reinstated plaintiff's case following the corrected filing of plaintiff's Complaint. *See* DE # 1059.

10. On January 25, 2011, Wells Fargo renewed its motion to stay in favor of arbitration. *See* DE # 1097.

11. On February 4, 2011, plaintiff filed his "renewed" motions for partial summary judgment against Wells Fargo and Chase. *See* DE # 1142, DE # 1143.

## ARGUMENT

The Court previously found that the arguments in plaintiff's "Renewed" motions for partial summary judgment – previously set out in plaintiff's "Second" and "Amended" motions for partial summary judgment [*see* DE # 812 and DE # 813] – were not yet appropriate for consideration "because currently pending before the Court are Defendants' Motions to Compel Arbitration." DE # 831. As Wells Fargo's motion to stay in favor of arbitration remains currently pending [*see* DE # 1097], plaintiff's "Renewed" motions for partial summary judgment are still not ripe for consideration at this time.

Moreover, plaintiffs' arguments in support of his "Renewed" Motions for Partial Summary Judgment are identical to (and are incorporated in) the arguments he presented in his original and renewed oppositions to Wells Fargo's motions to stay in favor of arbitration [DE # 820, DE # 1141]. Accordingly, in opposing plaintiff's renewed motions for partial summary judgment, Wells Fargo specifically incorporates and restates its arguments and authority submitted in its Motions to Stay in Favor of Arbitration [DE # 782, DE # 1097] and its Replies in support of its Motion to Stay [DE # 808, DE #1154].

## CONCLUSION

Given the Court's prior order denying this same motions [DE # 831], and for the reasons stated in its pending Motion to Stay in Favor of Arbitration and its Reply in support thereof [DE # 1097, DE # 1154], Wells Fargo respectfully requests that this Court deny Plaintiff's Renewed Motions for Partial Summary Judgment and instead stay this case in favor of arbitration pursuant to the terms of the parties' arbitration agreement.

DATED:  February 14, 2011                    COVINGTON & BURLING LLP


By:   s/David M. Jolley
    Sonya D. Winner (*pro hac vice*)
    (swinner@cov.com)
    David M. Jolley (*pro hac vice*)
    (djolley@cov.com)
    One Front Street, 35th Floor
    San Francisco, CA, 94111
    Telephone: (415) 591-6000
    Facsimile: (415) 591-6091

    Emily Johnson Henn (*pro hac vice*)
    (ehenn@cov.com)
    333 Twin Dolphin Drive, Ste 700
    Redwood Shores, CA, 94065
    Telephone: (650) 632-7400
    Facsimile: (650) 632-4800

    Barry R. Davidson
    (bdavidson@hunton.com)
    Florida Bar No. 107678
    Jamie Zysk Isani
    (jisani@hunton.com)
    Florida Bar No. 728861
    HUNTON & WILLIAMS LLP
    1111 Brickell Avenue, Suite 2500
    Miami, FL 33131
    Telephone: (305) 810-2500
    Facsimile: (305) 810-2460

    Attorneys for Defendants
    WELLS FARGO & COMPANY and
    WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that these documents are being served this day on plaintiff Robert Townsend by First Class Mail and electronic mail at the following addresses:

Robert Townsend
P.O. Box 3330
Dana Point, California  92629
Townsend@runbox.com

                                                    s/David M. Jolley
                                        David M. Jolley (*pro hac vice*)
                                        (djolley@cov.com)
                                        COVINGTON & BURLING LLP
                                        One Front Street, 35th Floor
                                        San Francisco, CA, 94111
                                        Telephone: (415) 591-6000
                                        Facsimile: (415) 591-6091

5