IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-2036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION <br><br> MDL No. 2036 <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *Jessica Duval v. Citizens Financial Group, Inc.* <br> N.D. Ill. Case No. 10-cv-00533 <br> S.D. Fla. Case No. 1:10-cv-21080-JLK <br><br> *Eric Daniels v. Citizens Financial Group, Inc.* <br> D. Ma. Case No. 10-cv-10386 <br> S.D. Fla. Case No. 1:10-cv-22014-JLK <br><br> *Michael L. Blankenship v. RBS Citizens, N.A.* <br> D.R.I. Case No. 10-163S <br> S.D. Fla. Case No. 1:10-cv-22942-JLK <br><br> *Chierici v. RBS Citizens, N.A.* <br> D.N.J. Case No. 10-cv-02718 <br> S.D. Fla. Case No. 1:10-cv-22323-JLK <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LIMITED APPEARANCE OF AND CM/ECF FILING PRIVILEGES FOR DEFENDANTS RBS CITIZENS, N.A. AND CITIZENS BANK OF PENNSYLVANIA'S OUT-OF-STATE ATTORNEYS**

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Rule 4.B"), Rule 1.4 of the Rules of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Dkt. No. 166), the undersigned respectfully moves for the limited admission of Lisa B. Gates and Jonathan F. Feczko, who seek to become additional

CLI-1869571v1

counsel of record in: 1) the *Duval* action originating in the United States District Court for the Northern District of Illinois and transferred to this MDL proceeding; 2) the *Daniels* action originating in the United State District Court for the District of Massachusetts and transferred to this MDL proceeding; 3) the *Blankenship* action originating in the United Stated District Court for the District of Rhode Island and transferred to this MDL proceeding; and 4) the *Chierici* action originating in the United States District Court for the District of New Jersey and transferred to this MDL proceeding; for limited appearance as counsel on behalf of Defendants RBS Citizens, N.A. ("Citizens") and Citizens Bank of Pennsylvania ("CBP"), in the above-styled cases. The undersigned also respectfully moves, pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, for an Order to permit Lisa B. Gates and Jonathan F. Feczko to file and receive electronic filings in this case.

In support of this Motion, the undersigned states as follows:

1. The following attorneys seek to become additional counsel of record in the above-captioned matters, are not admitted to practice in the Southern District of Florida, and are members of good standing of the bars of their respective jurisdictions.[1]

>  Lisa B. Gates
>  JONES DAY
>  North Point
>  901 Lakeside Avenue
>  Cleveland, Ohio 44114
>  lgates@jonesday.com
>
>  Jonathan F. Feczko
>  JONES DAY
>  North Point

---

[1] As required by the Court's November 24, 2009 Order (Dkt. No. 166), Lisa B. Gates and Jonathan F. Feczko have each executed the Certificates of Understanding Re: Electronic Filing in the Southern District of Florida, stating that they are members in good standing of their respective jurisdictions and have reviewed the Local Rules of the United States District Court for the Southern District of Florida. The Certificates are attached hereto as Exhibits A and B.

>901 Lakeside Avenue
>Cleveland, Ohio 44114
>jffeczko@jonesday.com

2. MDL Rule 1.4 states, "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3. The undersigned hereby requests the Court provide Notice of Electronic Filings to Lisa B. Gates and Jonathan F. Feczko at the following email addresses: lgates@jonesday.com and jffeczko@jonesday.com.

4. The undersigned hereby requests that the Court allow Lisa B. Gates and Jonathan F. Feczko to file and receive documents electronically through this Court's CM/ECF system.

5. Pursuant to MDL Rule 1.4, the undersigned hereby requests that the Court waive the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 1 above.

6. David F. Adler, Erin L. Shencopp, and Gabriel H. Scannapieco continue in their role as counsel on behalf of Citizens and CBP.

WHEREFORE, the undersigned hereby moves this Court to enter an Order (1) permitting Lisa B. Gates and Jonathan F. Feczko to appear before this Court on behalf of Citizens for all purposes relating to the proceedings in the above styled matter, (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf, (3) directing the Clerk to provide these attorneys notice of electronic filings and directing the Clerk to assign CM/ECF usernames and passwords, and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of Lisa B. Gates and Jonathan F. Feczko.

-4-

Dated: February 15, 2011

Respectfully submitted,

/s/ David F. Adler_____
David F. Adler
Lisa B. Gates
Jonathan F. Feczko
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-1344
Facsimile:   (216) 579-0212
dfadler@jonesday.com
lgates@jonesday.com
jffeczko@jonesday.com

***Attorneys for Defendant RBS Citizens, N.A.
and Citizens Bank of Pennsylvania***

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
_____ )
THIS DOCUMENT RELATES TO: )
)
*Duval v. RBS Citizens, N.A.* )
N.D. Ill. Case No. 10-cv-00533 )
S.D. Fla. Case No. 1:10-cv-21080-JLK )
)
*Daniels v. RBS Citizens, N.A.* )
D. Ma. Case No. 10-cv-10386 )
S.D. Fla. Case No. 1:10-cv-22014-JLK )
)
*Blankenship v. RBS Citizens, N.A.* )
D. RI Case No. 10-cv-02718 )
S.D. Fla. Case No. 1:10-cv-22942-JLK )
)
*Chierici v. RBS Citizens, N.A.* )
D. NJ Case No. 10-cv-002718 )
S.D. Fla. Case No. 1:10-cv-22323-JLK )

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Ohio.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

CLI-1875258v1

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Lisa B. Gates |
| State Bar No.: | 0040392 |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue |
| | Cleveland, OH 44114 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 216-586-7154 |
| Fax No.: | 216-579-0212 |
| Email: | **lgates@jonesday.com** |

Dated: February 15, 2011

Respectfully submitted,

/s/ Lisa B. Gates
Lisa B. Gates
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-7154
Facsimile: (216) 579-0212
lgates@jonesday.com

*Attorney for Defendants RBS Citizens, N.A. and Citizens Bank of Pennsylvania*

- 2 -

CLI-1875258v1

# EXHIBIT B

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT                )
OVERDRAFT LITIGATION                   )
                                       )
_____    )
THIS DOCUMENT RELATES TO:              )
                                       )
*Duval v. RBS Citizens, N.A.*          )
N.D. Ill. Case No. 10-cv-00533         )
S.D. Fla. Case No. 1:10-cv-21080-JLK   )
                                       )
*Daniels v. RBS Citizens, N.A.*        )
D. Ma. Case No. 10-cv-10386            )
S.D. Fla. Case No. 1:10-cv-22014-JLK   )
                                       )
*Blankenship v. RBS Citizens, N.A.*    )
D. RI Case No. 10-cv-02718             )
S.D. Fla. Case No. 1:10-cv-22942-JLK   )
                                       )
*Chierici v. RBS Citizens, N.A.*       )
D. NJ Case No. 10-cv-002718            )
S.D. Fla. Case No. 1:10-cv-22323-JLK   )

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Ohio.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

CLI-1869568v1

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Jonathan F. Feczko |
| State Bar No.: | 0082772 |
| Firm Name: | Jones Day |
| Address: | 901 Lakeside Avenue<br>Cleveland, OH 44114 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 216-586-7790 |
| Fax No.: | 216-579-0212 |
| Email: | **jffeczko@jonesday.com** |

Dated: February 15, 2011

Respectfully submitted,

/s/ Jonathan F. Feczko
Jonathan F. Feczko
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-1344
Facsimile: (216) 579-0212
jffeczko@jonesday.com

*Attorney for Defendants RBS Citizens, N.A. and Citizens Bank of Pennsylvania*

- 2 -

CLI-1869568v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and/or of parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ David F. Adler_____
*Attorney for RBS Citizens, N.A. and Citizens Bank of Pennsylvania*

CLI-1869571v1