UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

DEFENDANT UNION BANK, N.A.'S MOTION FOR
A PROTECTIVE ORDER TO VACATE DEPOSITION NOTICES AND
INCORPORATED MEMORANDUM OF LAW

Defendant Union Bank, N.A. ("Union Bank") hereby moves pursuant to Federal Rules of Civil Procedure 26(c) to vacate Plaintiffs' deposition notices, for the reasons discussed herein.

I.   INTRODUCTION

Union Bank hereby seeks a protective order to postpone the depositions noticed against it until the scope of the pleadings in this case has been determined. As the Court is aware, on January 28, 2011, Plaintiffs filed a Motion for Leave to File Amended Class Action Complaint [DE 1110-1113 filed under seal] (the "Motion to Amend"). Plaintiffs' proposed amendment, which asserts a purported new claim for relief under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1962(c) ("RICO"), would add entirely new issues unique to Union Bank to this litigation. Despite having moved to significantly amend their pleadings,

Plaintiffs are nevertheless seeking to schedule depositions of Union Bank pursuant to Federal Rules of Civil Procedure 30(b)(6), as well as for eight current and former Union Bank employees as early as this month. As such, Union Bank is facing a burden unlike any other defendant in this multi-district lawsuit: to produce individuals for depositions when it is unclear what the claims against it are. If successful in amending, Plaintiffs will certainly seek another round of depositions to support their RICO claim, which could result in Union Bank having to produce certain individuals as many as four times: as 30(b)(6) and individual witnesses pursuant to the current "pre-amendment" and the expected "post-amendment" deposition notices. Further, any testimony Union Bank's witnesses will give pre- or post-amendment can ultimately be used by Plaintiffs to try their RICO claim (if it survives).

Accordingly, Union Bank asks that the Court exercise its broad discretion in controlling the timing of discovery and issue a protective order vacating the pending deposition notices against Union Bank, without prejudice, until either (1) the Motion to Amend is denied, or (2) the Court has ruled on Union Bank's motion to dismiss the amended class action complaint.

## II.   BACKGROUND

On January 19, 2011, Plaintiffs served an amended 30(b)(6) deposition notice on the first tranche defendants, including Union Bank. (See Ex. A). The 30(b)(6) notice sets forth thirteen deposition topics which, even as amended pursuant to counsels' agreements, are very broad and will require Union Bank to designate a number of witnesses to properly respond to all of the topics.[1] Then, on January 26, 2011, Plaintiffs sent a letter to Union Bank's counsel seeking the

---

[1] For instance, topic 2 seeks testimony on Union Bank's "policies, practices, and procedures from 1998 to the present with respect to all posting orders utilized in posting transactions to [its] customers accounts." (*Id.*) Topic 12 seeks testimony on Union Bank's "policies, practices, and procedures in effect from 1998 to the present with respect to your standardized forms, letters, form customer (continued…)

2

depositions of six individuals, all Union Bank's present employees or officers, and indicated their intention to subpoena two former employees. (See Ex. B). Union Bank expects that there will be an overlap between the witnesses it will designate pursuant to 30(b)(6) and those noticed in their individual capacity. Such testimony will accordingly require significant time commitment from those eight individuals.

While Union Bank was preparing witnesses to move forward with the noticed depositions, Plaintiffs filed their Motion to Amend. As set forth in detail in Union Bank's Opposition to the Motion to Amend, filed on February 9, 2011, Plaintiffs' proposed amendment would unfairly prejudice Union Bank, which would have to scramble to defend itself against an entirely new substantive claim on the eve of class certification and on a tight discovery timeline that was not formulated with the addition of new claims in mind. As the amendment would also likely interject third parties into this litigation, the amendment would unduly delay the proceedings. However, if Plaintiffs' Motion to Amend were granted, Union Bank would be entitled to file a responsive pleading, including a motion to dismiss all causes of action in the proposed Third Amended Class Action Complaint. As such, the scope of Plaintiffs' pleadings, and what is relevant in discovery, is not presently set and clear.

Union Bank has approached Plaintiffs, requesting them to postpone all depositions until the status of the RICO claim, and accordingly the scope of Plaintiffs' pleadings, was decided. Plaintiffs did not agree. (See Ex. C).

---

complaint responses, employee scripts, talking points, Q & A's, memoranda, and internal documents relating to communications between [it] and [its] customers regarding the assessment, waiver or forgiveness of overdraft fees on consumer accounts." (*Id.*)

### III. ARGUMENT

The Court should exercise its discretion and vacate Plaintiffs' deposition notices to Union Bank without prejudice, until such time as the scope of the pleadings has been determined, so as to avoid undue burden, duplication and expense. Rule 26 provides the Court with the authority to issue an order limiting the scope of disclosure or discovery to certain matters in order to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1)(D); *see In re Alexander Grant & Co. Litig.*, No. 07-21564-CIV, 2007 WL 2826608, at *4 (S.D. Fla. 2007) ("[a] district court has broad discretion when fashioning protective orders"); *Salter v. Upjohn Co.*, 593 F.2d 649, 651 (5th Cir 1979) (trial judge properly exercised his broad discretion to control the timing of discovery by vacating plaintiff's notice to take a deposition, when the plaintiff was not totally prohibited from taking that deposition); *Scroggins v. Air Cargo, Inc.*, 534 F.2d 1124 (5th Cir. 1976) (district court acted within its discretion in issuing an order staying general discovery until the court could determine whether the case would be resolved at the summary judgment stage, without putting the parties to the expense of conducting broad discovery on all issues raised in the complaint.); *Mayo v. Tri-Bell Indus.*, 787 F.2d 1007, 1012 (5th Cir.1986) ("control of discovery is committed to the sound discretion of the trial court.")

Union Bank should not be forced to conduct depositions when the scope of the pleadings against it is unsettled. Before the inclusion of the RICO claim is decided, Union Bank cannot evaluate what matters are relevant to Plaintiffs' claims, or its own defense, and what is accordingly properly subject to depositions, and what is not. Fed. R. Civ. P. 26 (allowing "discovery regarding any nonprivileged matter that is relevant to any party's claim or defense."); *Auto-Owners Ins. Co.*, 231 F.R.D. 426, at 430 (stating that the "[d]iscovery of matter not reasonably calculated to lead to discovery of admissible evidence is not within the scope of Rule

26(b)(1)."). Because any testimony Union Bank's witnesses will give can ultimately be used by Plaintiffs to try their RICO claim (if it survives the pleading stage), Union Bank is entitled to know what claims it is facing before the depositions of its current or former employees start.

The noticed depositions create an undue burden for Union Bank. If Plaintiffs were granted leave to amend, they would certainly notice additional rounds of individual and 30(b)(6) depositions – which may require the same individuals to be deposed as many as four times, as individual and as 30(b)(6) "pre-amendment" and "post-amendment" witnesses. Limiting the depositions to the claims set forth in the Second Amended Class Action Complaint, which the parties have discussed, is not a solution, because it would not have any limiting effect on the pleadings, or whether the same witnesses could later be re-deposed on any issues added as a result of the amendment. Union Bank is entitled to know what the claims against it are before it produces witnesses for depositions which may impact those claims. In fact some of the Union witnesses could still face four depositions under Plaintiffs' proposal. Furthermore, it will not be possible to draw bright-line rules for what are permissible deposition areas before the pleadings are set, because Plaintiffs are using Union Bank's alleged state law violations as a basis for their claim that Union Bank has violated RICO.

As such, Union Bank requests that the Court grant its motion for a protective order to vacate the deposition notices against it until the scope of the pleadings has been determined.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), Union Bank certifies that it conferred with Plaintiffs' counsel in a good faith effort to resolve the need for filing this motion. The parties were not able to resolve their differences as to the issues raised in this motion. Plaintiffs intend to move to compel if Union Bank does not comply with the deposition notices.

Dated: February 15, 2011

Respectfully submitted,

/s/ Alan G. Greer
Alan G. Greer, Esq.
Florida Bar No. 0123294
agreer@richmangreer.com
John M. Brumbaugh, Esq.
Florida Bar No. 0126350
jbrumbaugh@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131-2305
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ Alan G. Greer
Alan Greer

## SERVICE LIST

| | |
|---|---|
| Robert C. Gilbert, Esq.<br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br>4141 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Steve Yourke, Kristen Richards, Frank Smith, Cynthia Larsen* |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155 |

Edward Adam Webb, Esq.
G. Franklin Lemond, Jr., Esq.
Webb Klase & Lemond, LLC
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
*Attorneys for William W. Powell, Jr., Faith Gofdon, Jeffrey Buffington, Jeanette Buffington, Lawrence D. Hough, Pamela J. Hough*

Anne P. McHugh, Esq.
Pellettieri Rabstein & Altman
100 Nassau Park Boulevard, Suite 111
Princeton, NJ 08543-5301
*Attorney for Virgilio S. Casayuran, Jr.*

Edward F. Feinstein, Esq.
Ellen M. Doyle, Esq.
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, 17th FL
429 Forbes Avenue
Pittsburgh, PA 15219
*Attorney for Virgilio S. Casayuran, Jr.*

William C. Hearon, Esq.
Stewart Tilghman Fox & Bianchi
One Southeast Third Avenue
Miami, FL 33131
*Attorney for Melanie L. Garcia*

Ari Y. Brown, Esq.
Genessa A. Stout, Esq.
Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
*Attorneys for Alex Zankich, William Ruckter, Marc Martinez, Robert Lowe, Lori Aldana, Shane Parins, Kara Parins*

Russell W. Budd, Esq.
Bruce W. Steckler, Esq.
Melissa K Hutts, Esq.
Baron & Budd, P.A.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Elizabeth A. Alexander, Esq.
Lieff Cabraser Heimann & Bernstein
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
*Attorney for Steven Yourke*

David M. Given, Esq.
Nicholas A. Carlin, Esq.
R. Scott Erlewine, Esq.
Phillips Erlewine & Given LLP
50 California Street, 35th FL
San Francisco, CA 94111
*Attorneys for Steven Yourke, Kristen Richards, Maxine Aarons Given*

Charles M. Delbaum, Esq.
Stuart T. Rossman, Esq.
National Consumer Law Center
Seven Winthrop Square, 4th FL
Boston, MA 02110
*Attorneys for Steve Yourke, Kristen Richards*

Stephen P. Willison, Esq.
Willison & Hellman PC
44 Grandville Avenue Southwest, Suite 200
Grand Rapids, MI 49503
*Attorneys for Michelle Gulley*

Bonney E. Sweeney, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
*Attorney for Donald Kimenker*

| | |
|---|---|
| John Matthew Geyman, Esq.<br>John Wentworth Phillips, Esq.<br>Phillips Law Group PLLC<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>*Attorney for Alex Zankich, William Rucker* | Isam C. Khoury, Esq.<br>James Jason Hill, Esq.<br>Jeffrey James Geraci<br>Michael D. Singer<br>Cohelan Khoury & Singer<br>605 C. Street, Suite 200<br>San Diego, CA 92101<br>*Attorneys for John D. Kikland* |
| Burton H. Finkelstein, Esq.<br>Eugene J. Benick, Esq.<br>Rosemary M. Rivas, Esq.<br>Tracy D. Rezvani, Esq.<br>Finkelstein Thompson LLP<br>1050 Thirtieth Street Northwest<br>Washington, DC 20007<br>*Attorneys for Andrea Luquetta* | Joshua L. Ross, Esq.<br>Steve D. Larson, Esq.<br>Stoll Stoll Berne Lokting & Shlachter<br>209 Southwest Oak Street, 5th Floor<br>Portland, OR 97204<br>*Attorneys for Dolores Gutierrez* |
| Denyse Clancy, Esq.<br>Baron Budd LLP<br>3102 Oak Lawn Avemue, Suite 1100<br>Dallas, TX 75219<br>*Attorney for Vada Mitchell, Daisy Webb* | Chaim S. Setareh, Esq.<br>Law Office of Shaun Setareh<br>9454 Wilshire Boulevard, Penthouse Suite 3<br>Beverly Hills, CA 90212<br>*Attorney for Sandra Quarles* |
| Michael R. Comeau, Esq.<br>Comeau Maldegen Templeman & Indall LLP<br>P.O. Box 669<br>Santa Fe, NM 87504<br>*Attorney for Marc Martinez* | Marcus J. Bradley, Esq.<br>Marlin & Saltzman, Esq.<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>*Attorney for Sandra Quarles* |
| Miriam E. Zakarin, Esq.<br>TEVA North America<br>1090 Horsham Road<br>P.O. Box 1090<br>North Wales, PA 19450<br>*Attorney for Angela Walsh-Duffy, Brett Freeman* | Patricia N. Syverson, Esq.<br>Todd David Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>*Attorneys for Josh Naehu-Reyes* |
| Norah Hart, Esq.<br>Treuhaft & Zakarin LLP<br>1011 Avenue of the Americas, 4th Floor<br>New York, NY 10000<br>*Attorney for Angela Walsh-Duffy, Brett Freeman* | Charles D. Marshall, Esq.<br>Green Welling PC<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>*Attorney for Lacy Barras* |

| | |
|---|---|
| Alan M. Mansfield, Esq.<br>Consumer Law Group<br>9466 Black Mountain Road, Suite 225<br>San Diego, CA 92126<br>*Attorney for Katherine Anne Williams*<br><br>Howard Rubinstein, Esq.<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>*Attorney for Katherine Anne Williams*<br><br>Marian S. Rosen, Esq.<br>Marian S. Rosen & Associates<br>5065 Westheimer, Suite 840<br>Houston, TX 77506<br>*Attorney for Katherine Anne Williams*<br><br>Alisha A. Marin, Esq.<br>James R. Patterson, Esq.<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>*Attorneys for Josh Naehu-Reyes*<br><br>Brian J. Meenaghan, Esq.<br>Ronald E. Beard, Esq.<br>Randy Albert Englund, Esq.<br>Tara N. Gillespie, Esq.<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Attorneys for Wells Fargo Bank, N.A.* | Gary Walker Jackson, Esq.<br>Jackson & McGee LLP<br>521 East Boulevard<br>Charlotte, NC 28203<br>*Attorney for Lacy Barras*<br><br>Jeffrey F. Keller, Esq.<br>Keller Grover LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>*Attorney for George Burke*<br><br>Lisa Marie Simonetti, Esq.<br>Alexandria Rose Kachadoorian, Esq.<br>Julia B. Strickland, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>*Attorneys for Citibank FSB, Citibank, Inc. Citibank (West), FSB, Citibank, N.A.*<br><br>Barbara J. Dawson, Esq.<br>Robert Matthew Kort, Esq.<br>Snell & Wilmer<br>400 East Van Buren<br>1 Arizona Center<br>Phoenix, AZ 85004<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*<br><br>Ashley F. Cummings, Esq.<br>James M. Beach, Esq.<br>Lawrence J. Bracken, II<br>Hunton & Williams LLP<br>600 Peachtree Street Northeast, Suite 4100<br>Atlanta, GA 30308<br>*Attorneys for Wachovia Bank, N.A.* |

| | |
|---|---|
| Bryanne J. Schmitt, Esq.<br>David M. Jolley, Esq.<br>Emily Johnson Henn, Esq.<br>Margaret G. May, Esq.<br>Sonya Diane Winner, Esq.<br>Steven Duane Sassaman, Esq.<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., Union Bank, N.A., Wells Fargo & Co.* | James R. McGuire, Esq.<br>Rita Lin, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Wachovia Bank, N.A., Wachovia Corp, US Bank, N.A., U.S. Bank, NA, U.S. Bancorp* |
| Dori Katrine Stibolt, Esq.<br>Fox Rothschild LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL 33401<br>*Attorney for Wells Fargo Bank, N.A.* | Sylvia Rivera, Esq.<br>Morrison & Foerseter LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013<br>*Attorney for U.S. Bank, NA, U.S. Bancorp* |
| Jay Earl Smith, Esq.<br>Smith Larsen & Wixom<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* | Leda Dunn Wettre, Esq.<br>Robinson Wettre & Miller LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>*Attorney for Wachovia Bank, N.A.* |
| Tracy L. Ashmore, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* | Tracy Thomas Cottingham, III<br>Hunton & Williams LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 3500<br>Charlotte, NC 28280<br>*Attorney for Wachovia Bank, N.A., Wachovia Corp.* |
| Barbara Viniegra, Esq.<br>James Randolph Liebler, Esq.<br>Liebler Gonzalez & Portuondo<br>Courthouse Tower<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130<br>*Attorney for Bank of America, N.A.* | Aaron Schur, Esq.<br>Sharon D. Mayo, Esq.<br>Arnold & Porter LLP<br>275 Battery Street, Suite 2700<br>San Francisco, CA 94111<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California* |

| | |
|---|---|
| Christopher Scott Tarbell, Esq.<br>Laurence J. Hutt, Esq.<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th FL<br>Los Angeles, CA 90017<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*<br><br>Anne Marie Mortimer, Esq.<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>*Attorney for Wachovia Corp.*<br><br>Alan G. Kipnis, Esq.<br>John M. Cooney<br>Arnstein & Lehr LLP<br>200 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>*Attorney for Keybank National Association*<br><br>Jan T. Chilton, Esq.<br>John B. Sullivan, Esq.<br>Mark Douglas Lonergan<br>Peter Higgins Bales<br>Severson & Werson PC<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Union Bank, N.A., Unionbancal Corp.*<br><br>Todd D. Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br><br>Mark D. Flanagan, Esq.<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1117 South California Avenue<br>Palo Alto, CA 94304<br>*Attorney for JP Morgan Chase Bank* | Barry R. Davison, Esq.<br>Hunton & Williams LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*<br><br>A. Stephen Hut, Jr., Esq.<br>Michelle Ognibene, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue Northwest<br>Washington, DC 20006<br>*Attorneys for J. P. Morgan Chase Bank, N.A.*<br><br>Alan E. Schoenfeld, Esq.<br>Christopher R. Lipsett, Esq.<br>David Sapir Lesser, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 1022<br>*Attorneys for J.P. Morgan Chase bank, N.A., JP Morgan Chase & Co.*<br><br>Andrew Bejamin Grossman, Esq.<br>Matthew D. Benedetto, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>*Attorneys for J.P. Morgan Chase Bank, N.A.* |

| | |
|---|---|
| C. Marie Eckert, Esq.<br>Cody J. Elliott, Esq.<br>Miller Nash LLP<br>111 Southwest Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>*Attorney for U.S. Bank, N.A.* | Bruce W. Neckers, Esq.<br>John M. Lichtenberg, Esq.<br>Paul A. McCarthy, Esq.<br>Rhoades McKee PC<br>161 Ottawa Avenue Northwest, Suite 600<br>Grand Rapids, MI 49503<br>*Attorneys for Huntington Bancshares, Inc.* |
| Constance Melissa Ewing, Esq.<br>David B. Darden, Esq.<br>Eric Jon Taylor, Esq.<br>Nancy H. Baughan, Esq.<br>William J. Holley, II, Esq.<br>Parker Hudson Rainer & Dobbs<br>Marquis II Tower<br>285 Peachtree Center Avenue Northeast, Suite 1500<br>Atlanta, GA 30303<br>*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank* | Lindsey Elisa Bowen, Esq.<br>Lynette Eaddy Smith, Esq.<br>William H. Withrow, Jr., Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street Northeast, Suite 5200<br>Atlanta, GA 30308<br>*Attorneys for SunTrust Banks, Inc.* |
| Alan S. Kaplinsky, Esq.<br>Martin C. Bryce, Jr., Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>*Attorneys for Huntington Banchsares, Inc., Huntington National Bank* | James A. Dunbar, Esq.<br>Venable LLP<br>210 West Pennsylvania Avenue, suite 500<br>Towson, MA 21204<br>*Attorney for M & T Bank Corp.* |
| Michael Ross Tein, Esq.<br>Lewis Tein, Esq.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>*Attorneys for PNC Bank, National Association* | John T. Prisbe, Esq.<br>Venable Baetjer & Howard<br>Mercantile Bank & Trust Building<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201<br>*Attorney for M & T Bank Corp.* |
| Geoffrey M. Johnson, Esq.<br>Scott & Scott<br>12434 Cedar Road, Suite 12<br>Cleveland, Ohio 44106 | Richard D. McCune, Jr., Esq.<br>Jae Kook Kim, Esq.<br>McCune Wright LLP<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley* |
| Joseph S. Tusa, Esq.<br>Whalen & Tusa, P.C.<br>33 West 19th Street, 4th FL<br>New York, NY 10011 | Jospeh P. Guglielmo, Esq.<br>Scott & Scott LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110 |

| | |
|---|---|
| Melissa L. Zujkowski, Esq.<br>Michael N. Ungar, Esq.<br>Ulerm & Berne<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, Ohio 44113 | David R. Scott, Esq.<br>Amanda F. Lawrence<br>Scott & Scott LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415 |