# EXHIBIT B



**BONNETT, FAIRBOURN,**
**FRIEDMAN & BALINT, PC**

JERRY C. BONNETT
FRANCIS J. BALINT, JR.
C. KEVIN DYKSTRA
ANDREW Q. EVERROAD
JONATHAN S. WALLACK
CHRISTINA L. BANNON
TODD D. CARPENTER[1]
T. BRENT JORDAN[3]
LINDSEY M. GOMEZ

WILLIAM G. FAIRBOURN
VAN BUNCH
ELAINE A. RYAN
KATHRYN A. HONECKER
GUY A. HANSON
MANFRED P. MUECKE[1]
WILLIAM F. KING
ANDREW M. EVANS
KEVIN R. HANGER

ANDREW S. FRIEDMAN
ROBERT J. SPURLOCK
WENDY J. HARRISON
PATRICIA N. SYVERSON
KIMBERLY C. PAGE
MEREDITH L. VIVONA
TONNA K. FARRAR[2]
TY D. FRANKEL
ERIC D. ZARD

MICHAEL N. WIDENER, Of Counsel

[1] Admitted Only in California
[2] Admitted Only in California, Missouri and Kansas
[3] Admitted Only in Pennsylvania

January 26, 2011

*Via Electronic Mail*

Mark D. Lonergan
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, California 94111
(415)398-3344

    Re:   *Cynthia Larsen v. Union Bank, N.A., et al.; Checking Account Overdraft Litigation; MDL No. 2036; Case No. 1:09-MD-02036-LJK*

Dear Mark:

I write on behalf of plaintiffs to request Union Bank to make the following employees and officers available for deposition pursuant to Fed. R. Civ. P. 30(b)(1):

Present Employees & Officers:

    Joann Fristo;
    Gretta Ryan;
    Linda Odenath;
    Harsh Sangani;
    Robert Weber; and
    Ralph Lindsay.

Plaintiffs request that Union Bank identify dates between February 1, 2011 and March 15, 2011 that these individuals can be made available for deposition.

Plaintiffs also intend to subpoena for deposition pursuant to Fed. R. Civ. P. 30(b)(1) the following former Union Bank employees:

    Jessica Anderson; and
    Bill Christensen.

**BONNETT, FAIRBOURN,
FRIEDMAN & BALINT, PC**

January 26, 2011
Page 2

For each of these individuals, please respond as to whether Union Bank is willing to accept service of the deposition notice on their behalf and whether Union Bank intends to provide them with representation. Also, please respond and identify dates between February 1, 2011 and March 15, 2011 that these individuals can be made available for deposition.

Plaintiffs remain willing to meet and confer with Union Bank to ensure that the scheduling of these depositions is efficient and that the locations are convenient for Union Bank, the deponents and Plaintiffs' counsel. Thank you for your anticipated cooperation.

Very truly yours,

Robert C. Gilbert          Todd D. Carpenter          Michael W. Sobol

cc: (via e-mail only)
   Mark Lonegran
   Peter Bales
   Elaine Ryan
   Bobby Gilbert
   Michael Sobol
   Rich McCune