# EXHIBIT C

## Ethan J. Wall

| | |
|---|---|
| **From:** | Robert C. Gilbert [RCG@grossmanroth.com] |
| **Sent:** | Thursday, February 10, 2011 12:27 AM |
| **To:** | Alan G. Greer |
| **Subject:** | Union Bank |
| **Categories:** | E-Mails |

Alan,

**REDACTED**

I also want to follow up on our recent discussions regarding our planned depositions of Union Bank witnesses. A few days ago, you advised me that the bank does not want to produce its witnesses for deposition at this time given the proposed addition of a civil RICO claim. After consulting with my colleagues, we are prepared to offer the following compromise. Plaintiffs will agree to temporarily defer taking the depositions of the individual bank employees recently identified, pending a ruling on our motion for leave to file the RICO pleading, provided the bank promptly provides us with dates on which we may proceed with the deposition of the bank's 30(b)(6) designee(s) on topics 2-13, as modified in our recent notice and the most recent correspondence.

Please endeavor to let me know by the end of this week whether Union Bank will proceed with the 30(b)(6) deposition without further delay in exchange for our agreement to temporarily defer the depositions of the individual bank employees. If not, we are like to initiate motion practice on the deposition issues. Thank you.
Bobby

Robert C. Gilbert, Esq.
Grossman Roth, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134
(305) 442-8666 office
(305) 987-7583 cell
(305) 285-1668 fax
rcg@grossmanroth.com

The information in this email transmission is privileged and confidential pursuant to applicable laws. If you are not the intended recipient, nor the employee or agent responsible for delivering it to the intended recipient, you are notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited. If you have received this email in error, please notify the sender by email reply. Thank you.