UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-CV-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-21680-JLK
N.D. Cal. Case No. 3:08

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23685-JLK
D. Or. Case No. 3:09-CV-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23834-JLK
D.N.M. Case No. 6:09-CV-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM
_____/

**ORDER RULING ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Compel

Discovery (DE # 1033) filed January 7, 2011.[1] Plaintiffs have moved to compel discovery against Wachovia, N.A. ("Wachovia") and Wells Fargo Bank, N.A. ("Wells Fargo") in the above-styled pending cases. Coordinated oral argument on the Motion to Compel were held Tuesday February 8, 2011.

After a careful review of the Requests for Production as to Defendant Wells Fargo, (Exhibit # 2) (DE # 1033-2) the Court **sustains** the following objections:

1. Request for Production *12 in-part*: Sustained as to the request for production of documents in which the terms overdraft and/or over draft fees are "otherwise" used. Denied and overruled as to requests to produce documents in which the terms are defined, or described.

2. Request for production 31 *in-part*: Sustained as to communications between private entities. Denied and overruled as to requests to produce documents regarding any communications between state, federal or local government agencies.

3. Request for Production 39

4. Request for Production 40

5. Request for Production 44

6. Request for Production 46

---

[1] Defendants filed their response in opposition (DE # 1044) on January 14, 2011, to which Plaintiffs replied (DE # 1069) on January 20, 2011.

7. Request for Production 47

8. Request for Production 49

9. Request for Production 53 *in-part*: Sustained as to other third parties. Denied and overruled as to documents created, received, or sent from federal regulatory agencies, or the American Bankers Association.

10. Request for Production 58

11. Request for Production 59

12. Request for Production 60

13. Request for Production 61

14. Request for Production 63

15. Request for Production 67

16. Request for Production 69

17. Request for Production 76

18. Request for Production 77

The Court **overrules** every other objection not specifically listed as sustained above. The Court applies the same holds to Wachovia's Requests for Production, (Exhibit # 1) (DE # 1033-1) and **sustains** the following objections

1. Request for Production *12 in-part*: Sustained as to the request for production of documents in which the terms overdraft and/or over draft fees are "otherwise" used. Denied and overruled as to requests to produce documents in which the

terms are defined, or described.

2. Request for production 31 *in-part*: Sustained as to communications between private entities. Denied and overruled as to requests to produce documents regarding any communications between state, federal or local government agencies.

3. Request for Production 39

4. Request for Production 40

5. Request for Production 44

6. Request for Production 46

7. Request for Production 47

8. Request for Production 49

9. Request for Production 53 *in-part*: Sustained as to other third parties. Denied and overruled as to documents created, received, or sent from federal regulatory agencies, or the American Bankers Association.

10. Request for Production 58

11. Request for Production 59

12. Request for Production 60

13. Request for Production 61

14. Request for Production 63

15. Request for Production 67

16. Request for Production 69

17. Request for Production 76

18. Request for Production 77

The Court **overrules** every other objection not specifically listed as sustained above.

In review of Plaintiffs' Motion, the Court reminds both Plaintiffs, and Defendants, that in filing Motions to Compel, parties must comply with Southern District of Florida Local Rule 26.1(h) which states, "(1) *Time for filing*. All motions related to discovery, including but not limited to motions to compel discovery and motions for protective order, shall be filed within thirty (30) days of the occurrence of grounds for the motion . . . (2) *Motions to Compel* . . . Motions to compel discovery in accordance with Federal Rules of Civil Procedure 33, 34, 36 and 37. . . shall, for each separate interrogatory, question, request for production, request for admission, subpoena request, or deposition question, state: (A) verbatim the specific item to be compelled; (B) the specific objections; (C) The grounds assigned for the objection (if not apparent from the objection); and (D) the reasons assigned as supporting the motion as it relates to that specific item . . . . S.D.Fla. L.R.26.1. The Court will not consider further motions wherein the parties object generally to all requests. If the parties wish to compel discovery, they must comply with the local rule, which was carefully crafted to facilitate the review process on discovery matters.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of February, 2011.

*[signature: James Lawrence King]*

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record