IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:   09-md-02036 JLK

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** | ) ) ) ) |
| **MDL NO. 2036** | ) ) |
| **THIS DOCUMENT RELATES TO:** | ) ) ) |
| *Speers v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23126-JLK | ) ) ) |
| *Waters, et al. v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:09-23034 JLK<br>N.D. Cal. Case No. 09-2071 | ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Jeffrey F. Keller hereby advises the Court and all parties in this matter that as of March 1, 2011, the firm's new address will be:

**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103

The telephone number, facsimile number, and e-mail address will remain the same.  As of the above date, please use this new address on all pleadings, correspondence, and other documents.

2

Dated: February 18, 2011  Respectfully submitted,

/s/
Jeffrey F. Keller
Attorneys for Plaintiffs and the
Putative Class
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Tel: (415) 543-1305
Fax: (415) 543-7861
jfkeller@kellergrover.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/
Jeffrey F. Keller
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA  94107
Tel: (415) 543-1305
Fax: (415) 543-7861
jfkeller@kellergrover.com
*Attorneys for Plaintiffs*