UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Zankich v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186
W.D. Wash. Case No. C08-1467-RSM

*Preston & Associates Intn'l, P.C. v. Wells Fargo & Company et al.*
S.D. Fla. Case No. 1:10-cv-20913
D. Col. Case No. 1:09-2940

*Williams v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-20359
N.D. Cal. Case No. 3:09-cv-5622

### REQUEST FOR HEARING ON MOTION OF WELLS FARGO BANK, N.A. FOR ORDER CONFIRMING OBLIGATION OF PLAINTIFFS' LEAD <u>COUNSEL TO COORDINATE DISCOVERY</u>

Defendant Wells Fargo Bank, N.A., pursuant to Local Rule 7.1B, respectfully requests a hearing on its Motion for Order Confirming Obligation of Plaintiffs' Lead Counsel to Coordinate Discovery, filed in the above-styled cases on February 24, 2011.

The motion addresses the obligations of Plaintiffs' Lead Counsel and Coordinating Counsel to coordinate discovery in all cases against Wells Fargo Bank, N.A. in this MDL proceeding. This is an important issue that impacts the parties in all of the above-styled cases, including those filed by Plaintiffs' Lead Counsel, Coordinating Counsel, and members of their Executive Committee, as well as the putative class actions filed by other law firms. A hearing would assist the Court in its consideration of the issues and would ensure that all parties have a fair opportunity to be heard on these issues. Accordingly, Wells Fargo respectfully requests that the Court grant a hearing to fully air these issues. Wells Fargo estimates that 20 to 30 minutes would be sufficient to address the issues raised in the motion.

DATED: February 24, 2011

HUNTON & WILLIAMS LLP

By:  s/Barry R. Davidson
 Barry R. Davidson
 (bdavidson@hunton.com)
 Florida Bar No. 107678
 Jamie Zysk Isani
 (jisani@hunton.com)
 Florida Bar No. 728861
 1111 Brickell Avenue, Suite 2500
 Miami, FL 33131
 Telephone: (305) 810-2500
 Facsimile: (305) 810-2460

 Sonya D. Winner (*pro hac vice*)
 (swinner@cov.com)
 David M. Jolley (*pro hac vice*)
 (djolley@cov.com)

COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-7400
Facsimile: (650) 632-4800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:09-MD-02036-JLK**

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

    s/Barry R. Davidson
    Barry R. Davidson