

FILED by _____ D.C.

FEB 2 4 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

**THIRD TRANCHE ACTIONS**

*Dwyer v. TD Bank, N.A.*
S.D. Fla. Case No. 10-20855-JLK
D.Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

---

## MOTION FOR LIMITED APPEARANCE AND FOR
## ELECTRONIC FILING PRIVILEGES

Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District

Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida

("Special Rule 4B"), and this Court's November 24, 2009 Order (docket # 166), the undersigned

respectfully moves for the admission of Clifford H. Ruprecht and Joshua D. Dunlap, of the law

firm Pierce Atwood LLP, One Monument Square, Portland, Maine, 04101, for purposes of limited appearance as counsel on behalf of TD Bank, N.A. in the above-styled cases, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, in order to permit Clifford H. Ruprecht and Joshua D. Dunlap to file and receive electronic filings. In support thereof, the undersigned states as follows:

1.     Clifford H. Ruprecht and Joshua D. Dunlap are not admitted to practice in the Southern District of Florida. Mr. Ruprecht is a member in good standing of the Bar of the State of Maine. Mr. Dunlap is a member in good standing of the Bars of the States of Maine and New Hampshire and the Commonwealth of Massachusetts. Upon the filing of an initial appearance for Defendant TD Bank, N.A. in the transferor districts, Messrs. Ruprecht and Dunlap will become counsel of record upon remand in the above-captioned cases that originated in other districts and have been transferred to this MDL proceeding.

2.     The undersigned hereby requests the Court provide Notice of Electronic Filings to Clifford H. Ruprecht and Joshua D. Dunlap at the following e-mail addresses: cruprecht@pierceatwood.com and jdunlap@pierceatwood.com.

3.     The undersigned hereby requests the Court to allow Clifford H. Ruprecht and Joshua D. Dunlap to file documents electronically through this Court's CM/ECF system.

4.     Pursuant to MDL Rule 1.4, the undersigned hereby requests that the Court waive the filing fee of $75 per attorney for Clifford H. Ruprecht and Joshua D. Dunlap.

5.     William J. Kayatta, Jr. and Lucus A. Ritchie continue in their role as counsel on behalf of TD Bank, N.A.

5.     As required by the Court's November 24, 2009 Order (docket # 166), Messrs. Ruprecht and Dunlap have each executed the Certificate of Understanding, Re: Electronic Filing in the Southern District of Florida.  The Certificates are attached hereto as Exhibits A and B.

WHEREFORE, the undersigned moves this Court to enter an order permitting Clifford H. Ruprecht and Joshua D. Dunlap to appear before this Court on behalf of TD Bank, N.A. for all purposes relating to the proceedings in the above-styled matter, directing the Clerk to provide notice of electronic filings to Clifford H. Ruprecht and Joshua D. Dunlap and directing the Clerk to assign CM/ECF usernames and passwords.

Dated: February 22, 2011

William J. Kayatta, Jr.
(*pro hac vice*)
wkayatta@pierceatwood.com
Lucus A. Ritchie
(*pro hac vice*)
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tel: (207) 791-1100 Fax: (207) 791-1350

*Attorneys for Defendant TD Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, I served the foregoing document via U.S. mail, first-class and postage prepaid, to:

Robert C. Josefsberg, Esquire
rjosefsberg@podhurst.com
Peter Prieto, Esquire
pprieto@podhurst.com
John Gravante, III, Esquire
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W Flagler Street - Suite 800
Miami, FL 33130-1780

Patrick J. Sheehan, Esquire
psheehan@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
60 State Street, 7th Floor
Boston, MA 02109

Bruce S. Rogow, Esquire
brogow@rogowlaw.com
ALTERS LAW FIRM, P.A
4141 N.E. 2nd Avenue
Miami, FL 33137

Robert C. Gilbert, Esquire
rcg@grossmanroth.com
Grossman Roth, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134

William J. Kayatta, Jr.
(*pro hac vice*)
wkayatta@pierceatwood.com
Lucus A. Ritchie
(*pro hac vice*)
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tel: (207) 791-1100 Fax: (207) 791-1350

*Attorneys for Defendant TD Bank, N.A.*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of _Maine_____.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Clifford H. Ruprecht
State Bar No: 8714
Firm name: Pierce Atwood LLP
Address: One Monument Square, Portland, ME 04101
Mailing Address (if different):
Telephone #: (207) 791-1100
E-mail address: cruprecht@pierceatwood.com
Fax #: (207) 791-1350

Dated: February 22, 2011

Signature

Attorney for_ TD Bank, N.A._____

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____ /

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:     Maine, Massachusetts and

1. I am a member in good standing of the Bar of _New Hampshire_____ .

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Joshua D. Dunlap
State Bar No: 4477
Firm name: Pierce Atwood LLP
Address: One Monument Square, Portland, ME 04101
Mailing Address (if different):
Telephone #: (207) 791-1100
E-mail address: jdunlap@pierceatwood.com
Fax #: (207) 791-1350

Dated:  2/22/11

Signature
Attorney for  TD Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

THIRD TRANCHE ACTIONS

*Dwyer v. TD Bank, N.A.*
S.D. Fla. Case No. 10-20855-JLK
D.Mass. Case No. 09-cv-12118

*Mascaro v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21117-JLK
D.D.C. Case No. 10-cv-0040

*Mosser v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

ORDER GRANTING MOTION FOR LIMITED APPEARANCE
OF AND FOR ELECTRONIC FILING PRIVILEGES FOR
CLIFFORD H. RUPRECHT AND JOSHUA X. DUNLAP

THIS CAUSE having come before the Court on the Motion for Limited Appearance and

for Electronic Filing Privileges, requesting, pursuant to Rule 1.4 of the Rules of Procedure of the

Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules

Governing the Admission and Practice of Attorneys of the United States District Court for the

Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order

(docket # 166), permission for a limited appearance of and electronic filing privileges for the attorneys listed in paragraph 2 below who, upon the filing of an initial appearance for Defendant TD Bank, N.A. in the transferor districts, will become counsel of record upon remand in the above-captioned cases that originated in other districts and have been transferred to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.      The Motion for Limited Appearance and for Electronic Filing Privileges is GRANTED.

2.      The following attorneys are granted to appear and participate in this action on behalf of their respective clients:

**For TD Bank, N.A.**

Clifford H. Ruprecht, Esquire
cruprecht@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tel: (207) 791-1100 Fax: (207) 791-1350

Joshua D. Dunlap, Esquire
jdunlap@pierceatwood.com
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
Tel: (207) 791-1100 Fax: (207) 791-1350

3.      Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2 above shall not be required

to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4.   Further, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (docket # 166), the attorneys named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.  The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5.   In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this _____ day of _____, 2011.


_____
James L. King
United States District Judge