UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court *sua sponte*.

It is **ORDERED, ADJUDGED and DECREED** that the following motions be, and the same are hereby, set for oral argument on **Tuesday, March 15, at 10:30 AM,** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

1. Defendant Union Bank's Motion for Protective Order to Vacate Deposition Notices (DE # 1169)

2. Plaintiff's Motion for Leave to File Amended Class Action Complaint (DE # 1113) (filed under seal)

3. Plaintiff's Motion to Remove "Confidential" Designation from Discovery Documents (DE # 1183)

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 24th day of February, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record