UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Harris v. Associated Banc-Corp*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK

*Blahut v. Harris N.A.*
N.D. IL Case No. 1:10-2543
S.D. FL Case No. 1:10-cv-21821-JLK
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE

PLEASE take notice that Joshua Yount, Esq. of the law firm of MAYER BROWN LLP, 71 South Wacker Drive, Chicago, Illinois 60606, hereby enters his appearance as co-counsel on behalf of Defendants Associated Banc-Corp and Harris N.A.

Joshua Yount, Esq. is a member in good standing of the United States District Court for the Northern District of Illinois.

## REQUEST FOR ELECTRONIC SERVICE ON COUNSEL THROUGH THE CM/ECF SYSTEM

Defendants Associated Banc-Corp and Harris N.A., by and through undersigned counsel, request that counsel for Defendants Associated Banc-Corp and Harris N.A. receive service of all documents filed with the Court and all Court orders in this action via the CM/ECF system.

18388498.1

Therefore, Defendants Associated Banc-Corp and Harris N.A. respectfully request that the following counsel be added to the Court's electronic notification mailing list:

  Joshua Yount    jyount@mayerbrown.com

            Respectfully submitted,

            CARLTON FIELDS, P.A.
            *Attorneys for Defendants Associated Banc-Corp*
            *and Harris N.A.*
            Miami Tower
            100 Southeast Second Street, #4200
            Miami, Florida  33131
            Telephone: (305) 530-0050
            Facsimile:  (305) 530-0055

         By: *s/Benjamine Reid*
           BENJAMINE REID
           Florida Bar No. 193522
           Email: breid@carltonfields.com
           NIALL T. MCLACHLAN
           Florida Bar No. 0059552
           E-mail: nmclachlan@carltonfields.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to all counsel of record.

*s/Benjamine Reid*
BENJAMINE REID