UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK;
N.D. Cal. Case No. 4:08-cv-05101-SBA

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS

THIS CAUSE having come before the Court on Plaintiff's Motion to Exceed Page Limits, and the Court having considered the motion and any other pertinent portions of the record, it is hereby ORDERED AND ADJUDGED that:

Plaintiff's Motion to Exceed Page Limits is hereby GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this __1__ day of March 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record