IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

## ORDER GRANTING JOINT MOTION TO AMEND CERTAIN BRIEFING DEADLINES AND SET HEARING DATE

THIS CAUSE having come before the Court on the Joint Motion to Amend Certain Briefing Deadlines and Set Hearing Date, filed February 28, 2011, by Plaintiffs and Defendant Capital One, N.A. ("Capital One"), and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby

ORDERED AND ADJUDGED that:

1. The parties' Joint Motion to Amend Certain Briefing Deadlines and Set Hearing Date, filed February 28, 2011, is GRANTED.

2. Plaintiffs shall file their Opposition to Capital One's Motion to Dismiss [DE #1161] on or before Monday, March 7, 2011.

sf-2962655

3.  Defendant shall file its Reply in support of its Motion to Dismiss [DE # 1161] on or before Monday, March 14, 2011.

4.  Oral argument on Capital One's Motion to Dismiss [DE #1161] shall be set for Wednesday, March 16, 2011.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this **3rd** day of **March**, 2011.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to:
Counsel of Record

sf-2962655