UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) |
| | ) |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Mike Amrhein v. Citibank, N.A.* S.D. Fla. Case No. 09-21681-JLK N.D. Cal. Case No. 08-05101 | ) ) ) ) ) |

**DECLARATION OF LISA M. SIMONETTI IN SUPPORT OF
MOTION OF CITIBANK, N.A., TO STAY DISCOVERY**

I, Lisa M. Simonetti, declare as follows:

1. I am a member of Stroock & Stroock & Lavan LLP, counsel to defendant Citibank, N.A. ("Citibank"), in this action. I have personal knowledge of the facts set forth in this Declaration, except where based upon my review of pleadings and records in this action, and, if called to testify, could and would competently swear to such facts. I submit this Declaration in support of Citibank's Motion to Stay Discovery.

2. On April 12, 2010, Amrhein filed the Fourth Amended Class Action Complaint in this Court.

3. Amrhein propounded his first set of Requests for Admissions, Requests for Production of Documents and Interrogatories on Citibank on May 13, 2010, and Citibank responded on June 17, 2010.

4. Citibank voluntarily produced Susan Bridge Executive Vice President for Decision Management, for deposition on August 2, 2010.

5. Following the deposition, until February 2, 2011, Amrhein did not pursue discovery against Citibank. The parties had attempted to proceed to mediation in November 2010 and January 2011, but the sessions did not take place. On February 2, 2011, Amrhein sent a meet and confer letter on his first set of written discovery requests, and also served a Second Set of Requests for Production (the "Second RFPs") and a Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6). A true and correct copy of the Second RFPs is attached hereto as Exhibit A.

6. On February 25, 2011, Amrhein served a Restated Notice of Deposition of Defendant Pursuant to Fed. R. Civ. P. 30(b)(6) (the "Restated Notice"). A true and correct copy of the Restated Notice is attached hereto as Exhibit B.

7. By his Motion for Leave, Amrhein seeks permission to file the Fifth Amended Class Action Complaint.

8. On March 3, 2011, Amrhein moved to compel on his first set of written discovery requests.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2011 in Los Angeles, California.

_____
Lisa M. Simonetti

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) |
| | ) |
| | ) |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) |
| | ) |
| MDL No. 2036 | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2011, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: March 4, 2011

/s/ Brian C. Frontino
BRIAN C. FRONTINO
(pro hac vice)
bfrontino@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Tel:  (310) 556-5800
Fax:  (310) 556-5959

Attorneys for Defendant
  CITIBANK, N.A.

LA 51377858