# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 4:08-cv-05101-SBA

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

Plaintiff, on behalf of himself and all others similarly situated, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, request that Defendant produce the documents and things described herein for inspection and copying in accordance with Rules 26 and 34.

### INSTRUCTIONS

1. These requests are to be responded to separately and fully, in writing, within thirty (30) days of the date of service.

2. You are to produce all requested documents and things in your possession, custody or control. If you object to any request, specify the part to which you object, state your objection(s), state all factual and legal justifications which support your objection(s), and respond to the remainder of the request to which you do not object.

3. If any document(s) requested was, but is no longer, in existence, state whether it is: (a) missing or lost; (b) destroyed; (c) transferred voluntarily or involuntarily to others, and if so, to whom; or (d) otherwise disposed of and, in each such instance, explain the circumstances surrounding an authorization for such disposition and the approximate date thereof.

4. Each request for production shall be construed to include information and documents within your knowledge, possession or control as of the date of your responses to these requests for production and any supplemental information and documents responsive to these requests generated, obtained or discovered after the date of your original responses.

5. You are required to promptly supplement your responses to these requests throughout the duration of this action pursuant to Federal Rule of Civil Procedure 26(e).

6. Pursuant to Federal Rule of Civil Procedure 34(b)(2)(E)(i), please organize and label the documents you produce so as to indicate the request or requests to which they respond.

7. If you contend that any requested documents are protected by the attorney-client privilege, the attorney work product doctrine or any other legally recognized privilege, provide a list showing each document withheld and, as to each, state (a) the type of document (*e.g.*, letter, memo, e-mail), (b) name and title or position of the author(s), (c) name and title or position of the recipient(s), including all cc: and bcc: recipient(s), (d) the date of the document, (e) the title or subject matter, (f) the privilege or privileges claimed, and (g) the document request or requests to which the document relates.

8. All definitions set forth below are incorporated by reference into the following requests as if fully set forth therein.

## TIME FRAME OF REQUESTS

9. Unless otherwise stated, the time period covered by these requests is January 1, 2001 to the present.

## DEFINITIONS

10. "You," "your" and/or "defendant" means and refers to Citibank, N.A. ("Citibank"), including its current and former officers, directors, employees, attorneys, agents and representatives, and any affiliated entities, including but not limited to any non-profit entities devoted in whole or in part to financial education or financial literacy of bank customers.

11. "Documents" means any tangible thing, writing, recording or reproduction in any manner, any visual or auditory data in your possession, custody or control, including without limitation, electronically stored information as defined by Fed.R.Civ.P. 26 and 34, computer data bases, hard drives, storage tapes or disks, all e-mail data (including attachments thereto), any digital version of any requested information, and any papers or other format on which words have been written, printed, typed, digitally embedded or otherwise affixed, correspondence, memoranda, transcripts, stenographic or handwritten notes, telegrams, telexes, facsimiles, letters, reports, budgets, forecasts, presentations, analyses, training or instructional handbooks or manuals, graphs or charts, ledgers, invoices, diaries or calendars, minute books, meeting minutes, computer print-outs, prospectuses, financial statements, checks, bank statements, annual, quarterly or other filings with any governmental agency or department, annual reports (including schedules thereto), statistical studies, articles appearing in publications, press releases, video or audio tapes, and shall mean originals or a copy where the original is not in your possession, custody or control, and every copy of every document where such copy is not an

identical copy of an original (whether different from the original by reason of any notation made on such copy or for any other reason).

12. "Item" shall mean any credit, debit or transaction processed through an account.

13. "Account" refers to any bank account opened and maintained at your institution by any of the named Plaintiffs and other members of the proposed Class(es).

14. As used herein, the words "pertaining to," "regarding," or "reflecting" shall mean: relating to, referring to, containing, concerning, describing, mentioning, constituting, supporting, corroborating, demonstrating, proving, evidencing, refuting, disputing, rebutting, controverting and/or contradicting.

15. Words in the singular include the plural, and vice versa, and the words "and" and "or" include "and/or." The past tense includes the present tense when the clear meaning is not distorted by the change of tense.

16. "Electronic Information" means and refers to all data, reports, and documents. It includes, but is not limited to, information from the Demand Deposit Account System, TPS, Authorization System, Settlement System, Data Warehouse, Online System, Transactional logs, Settlement Authorization Reports and Overdraft Activity Reports.

17. "Authorizations" means all information associated with the authorization of an item.

18. "Holds" means all information associated with memo or credit holds of any item.

19. "Balance" means ledger, available balance, running balance or collected balance.

20. "Named Plaintiff" is to mean James Michael Amrhein.

21. "Relevant Time Period" is to mean one year before Citibank introduced debit cards to the present.

## REQUESTS FOR PRODUCTION

REQUEST NO. 79: Produce in native format, all ELECTRONIC INFORMATION that refers and/or relates to all ITEMS, AUTHORIZATIONS, HOLDS and BALANCE for the ACCOUNT of each NAMED PLAINTIFF from January 14, 2001 to the present.

RESPONSE:


REQUEST NO. 80: Produce all DOCUMENTS necessary to use, query, sort, filter and interpret the ELECTRONIC INFORMATION identified in response to REQUEST NO. 79. Such DOCUMENTS shall include, but is not limited, to a listing of transaction codes and sub-codes, data field descriptors, code written and utilized to post transactions, manuals, sort order interpretation and descriptions and data value descriptions.

RESPONSE:


REQUEST NO. 81: Produce all drafts, versions, revisions and/or editions of the Client Manual for the RELEVANT TIME PERIOD.

RESPONSE:


REQUEST NO. 82: Produce all documents that refer or relate to the reasons, rationale or basis for changing the language contained in the "Electronic Banking" section of the Client Manual for the RELEVANT TIME PERIOD.

RESPONSE:

REQUEST NO. 83: Produce all documents that refer or relate to the reasons, rationale or basis for changing the language contained in the "Withdrawal" sub-section of the "Account Transactions" section of Client Manual during the RELEVANT TIME PERIOD.

RESPONSE:

REQUEST NO. 84: Produce all drafts, versions, revisions and/or editions of the Marketplace Addendum for the RELEVANT TIME PERIOD.

RESPONSE:

REQUEST NO. 85: Produce all documents that refer or relate to the reasons, rationale or basis for changing the language contained in the "Service Fees and Charges for All Accounts" section of the Marketplace Addendum for the RELEVANT TIME PERIOD.

RESPONSE:

Dated: February 2, 2011.

Respectfully submitted,

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Robert C. Gilbert, Esquire
Florida Bar No. 561861
bobby@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, Florida 33137
Tel: (305) 571-8550
Fax: (305) 571-8558

*Plaintiffs' Lead Counsel*

/s/ Robert C. Josefsberg
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Victor M. Diaz, Jr., Esquire
Florida Bar No. 503800
vdiaz@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P. A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
David S. Stellings, Esquire
New York Bar No. DS 5343
dstellings@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008

7

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 East 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Edward Adam Webb
Edward Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Melissa K. Hutts, Esquire
Texas Bar No. 0188015
mhutts@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2011, I served the foregoing on counsel of record for the named defendant in the above-referenced action(s) by electronic mail and FedEx.

/s/ Richard D. McCune
Richard D. McCune, Esquire
California Bar No. 132124
McCUNEWRIGHT, LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA  92374
rdm@mccunewright.com

9