UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) |
| | ) |
| CHECKING ACCOUNT OVERDRAFT | ) |
| LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Mike Amrhein v. Citibank, N.A.* | ) |
| S.D. Fla. Case No. 09-21681-JLK | ) |
| N.D. Cal. Case No. 08-05101 | ) |
| | ) |

**REQUEST OF DEFENDANT CITIBANK, N.A. FOR ORAL ARGUMENT IN
CONNECTION WITH ITS MOTION TO STAY DISCOVERY**

LA 51378163

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(b)(1), defendant Citibank, N.A. ("Citibank") hereby requests oral argument in connection with its Motion to Stay Discovery ("Motion to Stay"). Citibank will be severely prejudiced if required to provide discovery responses before resolution of the Motion for Leave to File Fifth Amended Complaint ("Motion for Leave"), filed on February 15, 2011 by Plaintiff Mike Amrhein ("Amrhein").

Citibank respectfully requests a hearing to address the arguments made in its Motion to Stay. Because there is significant overlap with the issues raised by Amrhein's Motion for Leave and Citibank's Motion to Stay and Motion for Release From the First Tranche, Citibank also requests that all three motions are heard concurrently.

Dated: March 4, 2011

Respectfully submitted,

 /s/Brian C. Frontino
JULIA B. STRICKLAND
(*pro hac vice*)
jstrickland@stroock.com
LISA M. SIMONETTI
(*pro hac vice*)
lsimonetti@strook.com
BRIAN C. FRONTINO
(*pro hac vice*)
bfrontino@stroock.com
JOSEPH A. ESCAREZ
(*pro hac vice*)
jescarez@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Tel:  (310) 556-5800
Fax:  (310) 556-5959

Attorneys for Defendant
  CITIBANK, N.A.

LA 51378163

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) <br> ) <br> ) <br> ) |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | ) <br> ) <br> ) |
| MDL No. 2036 | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2011, I electronically filed the foregoing document with the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  March 4, 2011            /s/ Brian C. Frontino
                                 BRIAN C. FRONTINO
                                 (*pro hac vice*)
                                 bfrontino@stroock.com
                                 STROOCK & STROOCK & LAVAN LLP
                                 2029 Century Park East, Suite 1600
                                 Los Angeles, California  90067-3086
                                 Tel:  (310) 556-5800
                                 Fax:  (310) 556-5959

                                 Attorneys for Defendant
                                    CITIBANK, N.A.

LA 51378163