UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) |
| | ) |
| CHECKING ACCOUNT OVERDRAFT | ) |
| LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Mike Amrhein v. Citibank, N.A.* | ) |
| S.D. Fla. Case No. 09-21681-JLK | ) |
| N.D. Cal. Case No. 08-05101 | ) |
| | ) |

**REQUEST OF DEFENDANT CITIBANK, N.A. FOR ORAL ARGUMENT IN CONNECTION WITH ITS MOTION FOR RELEASE FROM THE FIRST TRANCHE**

LA 51378165

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(b)(1), defendant Citibank, N.A. ("Citibank") hereby requests oral argument in connection with its Motion for Release From the First Tranche ("Motion for Release"). In light of the discovery requests served by Plaintiff Mike Amrhein ("Amrhein") on February 2, 2011, Amrhein's Motion for Leave to File Fifth Amended Complaint ("Motion for Leave"), filed on February 15, 2011 and Amrhein's Motion to Compel, filed March 3, 2011, Citibank will be severely prejudiced if it remains in the first tranche.

Citibank respectfully requests a hearing to address the arguments made in its Motion for Release. Because there is significant overlap with the issues raised by Amrhein's Motion for Leave and Citibank's Motion to Stay Discovery and Motion for Release, Citibank also requests that all three motions are heard concurrently.

Dated:  March 4, 2011

Respectfully submitted,

 /s/ Brian C. Frontino
JULIA B. STRICKLAND
(*pro hac vice*)
jstrickland@stroock.com
LISA M. SIMONETTI
(*pro hac vice*)
lsimonetti@strook.com
BRIAN C. FRONTINO
(*pro hac vice*)
bfrontino@stroock.com
JOSEPH A. ESCAREZ
(*pro hac vice*)
jescarez@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Tel:  (310) 556-5800
Fax:  (310) 556-5959

Attorneys for Defendant
   CITIBANK, N.A.

- 1 -

LA 51378165

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) <br> ) <br> ) <br> ) |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | ) <br> ) <br> ) |
| MDL No. 2036 | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2011, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: March 4, 2011

/s/ Brian C. Frontino
BRIAN C. FRONTINO
(*pro hac vice*)
bfrontino@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Tel:  (310) 556-5800
Fax:  (310) 556-5959

Attorneys for Defendant
   CITIBANK, N.A.