UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court *sua sponte*.

It is **ORDERED, ADJUDGED and DECREED** that the following motion be, and the same is hereby, set for oral argument on **Thursday, March 17, at 9:30 AM,** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

1. Defendant Wells Fargo's Motion for Order Confirming Obligation of Plaintiffs' Lead Counsel to Coordinate Discovery (DE # 1202) filed February 24, 2011.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 8th day of March, 2011.

                                                                    /s/ James Lawrence King
                                                                    JAMES LAWRENCE KING
                                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court *sua sponte*.

It is **ORDERED, ADJUDGED and DECREED** that the following motion be, and the same is hereby, set for oral argument on **Friday, March 18, at 9:30 AM,** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

1. Defendant Wells Fargo's Motion for Reconsideration, or in the Alternative for Clarification of the Court's Order Ruling on Plaintiffs' Motion to Compel Discovery (DE # 1220) filed on February 28, 2011.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 8th day of March, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record