UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )

MDL No. 2036 )

THIS DOCUMENT RELATES TO: )
*Chitwood v. First United Bank and Trust Co.* )
S.D. Fla. Case No. 1:10-CV-24447-King/Bandstra )

## ORDER

THIS CAUSE having come before this Court on the Unopposed Motion of First United Bank and Trust Company ("First United") for Extension of Page Limits for Defendant's Motion to Dismiss and the Court having considered this motion and being duly advised, it is ORDERED AND ADJUDGED as follows:

1. The motion of First United Trust Co. for extension of page limits is GRANTED.

2. First United is hereby authorized to file its Motion to Dismiss of up to 40 pages.

DONE AND ORDERED in Chambers, in Miami-Dade County, Florida, this 8th day of March 2011.

Honorable James Lawrence King
United States District Judge

Copies furnished to:
*Attorneys of record on file.*