UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Mike Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case. No. 08-05101

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIFTH AMENDED CLASS ACTION COMPLAINT

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Leave to file Fifth Amended Class Action Complaint (DE # 1170) filed February 15, 2011. Defendant's response in opposition (DE # 1236) focuses on the Motion's untimeliness and prejudice, as Defendant's grounds for denial.

Eleventh Circuit case law, and the federal rules of civil procedure mandate a consideration of the following factors when considering the possibility of amendment: (1) whether there is undue delay, bad faith or a dilatory motive on the part of the movant; (2) whether there was a repeated failure to cure deficiencies by amendments previously allowed; and (3) whether amendment would result in undue prejudice to the opposing party. *See Garfield v. NDC Health Corp.*, 466 F.3d 1255, 1270 (2006) (citations

omitted).

Plaintiff has failed to meet its burden with respect to any of the above-mentioned requirements. Therefore,

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion for Leave to file Fifth Amended Class Action Complaint (DE # 1170) be, and the same is hereby, **DENIED**.

It is further **ORDERED, ADJUDGED, and DECREED** that Defendant Citibank's Motion for Oral Argument (DE # 1237) be, and the same is hereby, **DENIED as moot**.

It is further **ORDERED, ADJUDGED, and DECREED** that Defendant Citibank's Motion to Stay Discovery (DE # 1239) and Motion for Oral Argument in connection therewith (DE # 1240) be, and the same are hereby, **DENIED as moot**.

It is further **ORDERED, ADJUDGED, and DECREED** that Defendant Citibank's Motion to for Release from the First Tranche (DE # 1241) and Motion for Oral Argument in Connection therewith (DE # 1242) be, and the same are hereby, **DENIED as moot**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 8th day of March, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record