UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )    Case No. 1:09-02036-JLK
)

THIS DOCUMENT RELATES TO: )
)
*McKinley v. Great Western Bank* )
S.D. Fla. Case No. 1:10-cv-22770-JLK )
W.D. Mo. Case No. 4:10-cv-595 )

### ORDER GRANTING DEFENDANT GREAT WESTERN BANK'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS

THIS CAUSE having come before the Court on Defendant Great Western Bank's Unopposed Motion to Exceed Page Limits, and the Court having considered the motion and any other pertinent portion of the record, it is hereby

ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion to Exceed Page Limits is hereby GRANTED.

2. Defendant is hereby permitted to file a reply in support of motion to dismiss of up to 20 pages.

1

4389273 v1

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida, this 11th day of March, 2011.

*[signature]*

Honorable James L. King
United States District Court Judge