Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK & COMPANY., WELLS FARGO BANK, NA., J.P MORGAN CHASE, CHASE BANK USA, N.A., AND AS SUCCESSOR'S IN INTEREST TO WASHINGTON MUTUAL BANK FA., Does 1-10<br><br>    Defendants. | MDL Case **No. 10-2136**<br><br>Southern District of Florida Case No. **10-CV-21834-JLK**<br><br>Central District of California Case No: **CV10-00550 ODW(MLGx)**<br><br>**PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTIONS TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION, AND IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS** |

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Robert Townsend (hereinafter "Townsend"), and hereby files this, his Second Request for Judicial Notice in support of his opposition to Defendants' motions to stay proceedings in favor of arbitration, and in support of Townsend's motion for partial summary judgment against Defendants, and in support thereof would show this Court as follows:

## BACKGROUND

1. Defendants Wells Fargo Bank, N.A., Wells Fargo Bank & Co. ("Wells Fargo"), and Chase Bank, N.A., JP Morgan Chase ("Chase") have both filed motions to stay the instant proceedings in favor of arbitration. It is undisputed that Wells Fargo's arbitration forum of choice is the American Arbitration Forum ("AAA"), per Wells Fargo's checking account agreement with Townsend. It is also undisputed that the AAA is Chase's secondary arbitration forum of choice, per Chase's checking account agreement with Townsend. But Townsend has argued, in his Motion for Partial Summary Judgment against Wells Fargo and Chase, and in his Opposition to Wells Fargo's and Chase's Motions to Stay Proceedings in Favor of Arbitration, that the AAA is so riddled with bias and lack of due process that its arbitration proceedings are invariably rigged against consumers such as himself – thereby rendering unconscionable any mandatory arbitration clause in Townsend's checking account agreement with Wells Fargo and Chase.

2. The AAA's own website acknowledges these bias and due process concerns, and states that it not longer participates in consumer finance arbitrations *except when requested by a consumer*. It is therefore self-evidently unconscionable for either Wells Fargo or Chase to require Townsend to submit to AAA arbitration to resolve the disputes which prompted his lawsuit.

## REQUEST FOR JUDICIAL NOTICE

3. Per the Federal Rules of Evidence, Rule 201, Townsend requests that the Court take Judicial Notice of the AAA's website, www.adr.org/sp.asp?id=36427, which states in relevant part: "the American Arbitration Association's previously announced moratorium ... remains in effect. That moratorium was instituted based on public discourse and an evaluation of the AAA's own experiences. Matters included in this moratorium are: consumer debt collections programs or bulk filings, and **individual case filings in which the company is the filing party and the consumer has not agreed to arbitrate at the time of the dispute** and the case involves a credit card bill or, the case involves a telecom bill **or the case involves a consumer finance matter**." (emphases

added). A true and correct copy of a print-out of this web page is attached to this Request. Clearly, the matter at hand involves consumer finance, and clearly, Townsend has resisted Wells Fargo's and Chase's arbitration efforts from the very beginning of the dispute at bar.

4. Townsend also requests, per F.R.E. Rule 201, that this Court take judicial notice that other Courts have held that an arbitration agreement that designates an arbitral forum which no longer accepts consumer arbitrations is not valid -- most recently the Supreme Court of Illinois. See <u>Carr v. Gateway, Inc., No. 109485 (Ill., decided February 3, 2011)</u>.

5. In short, Townsend submits to the Court that it is unconscionable for Wells Fargo or Chase to attempt to force him into arbitration in a forum, the AAA, that has ceased to do arbitrations in consumer finance matters. Therefore, the arbitration clause in Townsend's checking account agreement with both Wells Fargo and Chase, both of which designate arbitral fora which no longer accept consumer arbitration, is unconscionable.

**PRAYER**

Wherefore, premises considered, Plaintiff Robert Townsend respectfully prays that the Court take judicial notice of above items when considering Wells Fargo's and Chase's motions to stay proceedings in favor of arbitration and Townsend's motion for partial summary judgment against Chase and Wells Fargo; and Townsend further prays for any further relief to which the Court may find him entitled.

DATED: March 11, 2011

Respectfully Submitted,

Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

---

PLAINTIFF ROBERT TOWNSEND'S SECOND REQUEST for JUDICIAL NOTICE
Page 3

**DECLARATION OF ROBERT TOWNSEND IN SUPPORT OF HIS SECOND REQUEST FOR JUDICIAL NOTICE**

I, ROBERT TOWNSEND, declare,

1. I am the Plaintiff in the above-entitled action. I have personal knowledge of the facts contained in this declaration and if called as a witness, could testify competently to these facts.

2. Attached to this Declaration and Request for Judicial Notice is a true and correct copy of the contents of the American Arbitration Association's web page, www.adr.org/sp.asp?id=36427. This document is a publicly available record which I downloaded from the AAA website on or about March 10, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Dana Point, California on March 11, 2011.

*[signature]*
Plaintiff Robert Townsend

## CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY U.S. MAIL**

Respectfully submitted,

By: /s/

ROBERT TOWNSEND,

P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED: March, 2011

# EXHIBIT A

Search ▶

| ABOUT US | DISPUTE RESOLUTION SERVICES | FILE A CASE | AAA UNIVERSITY | NEUTRALS |
| CONTACT US | | | | |

## AAA CONSUMER PROCEDURES

- **CONSUMER ARBITRATION COSTS AND ADMINISTRATIVE FEE WAIVERS**
- **CONSUMER ARBITRATION STATISTICS**
- **CONSUMER DEBT COLLECTION ARBITRATIONS**

Notice on Consumer Debt Collection Arbitrations

On October 19, 2010, the National Task Force on the Arbitration of Consumer Debt Collection Disputes released the Consumer Debt Collection Due Process Protocol Statement of Principles. That Protocol sets forth a number of important principles that need to be addressed and incorporated into consumer debt collection arbitration programs to help ensure that a fair and adequate arbitration process is made available to the parties. To view the protocol, please see Consumer Debt Collection Due Process Protocol - Statement of Principles.

However, the American Arbitration Association's previously announced moratorium on debt collection arbitrations remains in effect. That moratorium was instituted based on public discourse and an evaluation of the AAA's own experiences. Matters included in this moratorium are: consumer debt collections programs or bulk filings and individual case filings in which the company is the filing party and the consumer has not agreed to arbitrate at the time of the dispute and the case involves a credit card bill or, the case involves a telecom bill or the case involves a consumer finance matter.

The AAA will continue to administer all demands for arbitration filed by consumers against businesses, and all other types of consumer arbitrations.

FILE A CASE    CONTACT US

- **AAA MISSION & PRINCIPLES**
- **PRIVACY POLICY**
- **TERMS OF USE**
- **TECHNICAL RECOMMENDATIONS**

- ©2007 AMERICAN ARBITRATION ASSOCIATION. ALL RIGHTS RESERVED

**PROOF OF SERVICE BY MAIL**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 32545 "B" Golden Lantern, Dana Point, Ca 92629

On MARCH 12, 2011 I served the foregoing document described **PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTIONS TO STAY PROCEEDINGS IN FAVOR OF ARBITRATION, AND IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS**

**SEE ATTACHED MDL No. 2036 - Panel Service List (CTO-13)**

On all interested parties in this action to and by:
___     BY placing _ _a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

X____**BY E-MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service *is* presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

**BY FACSIMILE TRANSMISSION:** From Fax No. 949-495-0580 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and the machine reported no error.

**BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

LA/632899v1

```
 1
 2
 3        I declare under the penalty of perjury under the laws of
 4   the State of California that the foregoing is true and correct.
 5
     EXECUTED on MARCH 12, 2011 at Dana Point, Ca 92629
 6
 7   _____
             (Mike Lee)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

LA/632899v1

IN.RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MOL No. 2036

PANEL SERVICE LIST (CTO-13)

Ben Bamow
BARNOW & ASSOCIA TES PC
One North LaSalle Street
Suite 4600
Chicago, IL 60602

Marvin 1. Bartel
BARTEL & EVANS LP
4695 MacArthur Court
Suite 310
Newport Beach, CA 92660

Barry R. Davidson
HUNTON & WILLIAMS LLP
Mellon Financial Center
III I Brickell Avenue
Suite 2500
Miami, FL 33\31-3136

Leonard A. Frisoli
FRISOLI & ASSOCIATES 43 Thorndike Street
Cambridge, MA 02141

Robert C. Gilbert
ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.B. 2nd Avenue Suite 201
Miami, FL 33137

Drew M. Hicks
KEA TING MUETHING & KLEKAMP LLP
One East 4th Street Suite 1400
Cincinnati, OH 45202

Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa Street 44th Floor
Los Angeles, CA 90017-2513

Jeffrey D. Kaliel
TYCKO & ZA V AREEI LLP
2000 L. Street, N.W.
Suite 808
Washington, DC 20036

Roger A. Lewis
GOLDBERG KOHN LTD 55 East Monroe Street Suite 3300
Chicago, IL 60603

David C. Marcus
WILMER CUTLER PICKERING HALE & DORR LLP
350 South Grand A venue
Suite 2100
Los Angeles, CA 90071

Richard D. McCune, Jr.
MCCUNEWRIGHT LLP
2068 Orange Tree Lane
Suite 216
Redlands, CA 92374

James E. Preston
PRESTON & ASSOCIATES
P.O. Box 844
25020 Highway 145
Dolores, CO 81323-0844

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS LLC
258 Kings Highway
East Haddonfield, NJ 08033

Patrick J. Sheehan
WHATLEY DRAKE & KALLAS LLC 60 State Street
Seventh Floor
Boston, MA 02109

MDL No. 2036 - Panel Service List (CTO-13) (Continued)

Erin Lind
Shencopp JONES DAY
77 West Wacker Drive Suite 3500
Chicago, IL 60601

Lisa Marie Simonetti
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Suite 1600
Los Angeles, CA 90067-3086

David James Worley
PAGE PERRY LLC
1040 Crown Pointe Pkwy Suite ]050
Atlanta, GA 30338