UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Amrhein v. Citibank, N.A.,*
S.D. Fla. Case No. 1:09-cv-21681-JLK;
N.D. Cal. Case No. 4:08-cv-05101-SBA
_____/

## ORDER SETTING ORAL ARGUMENT

The above-styled case is hereby set for oral argument to address Plaintiff's Corrected Motion to Compel Discovery (DE # 1230) filed March 3, 2011 for **Wednesday, March 23, 2011, at 10:00 a.m.** before the undersigned Judge at James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this March 14, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record