UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date       March 15, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams COURT REPORTER: Robin Dispenzieri

TYPE OF PROCEEDING: MOTION HEARING

Scheduling Conference___        Status Conference___
Pre-Trial Conference ___        Motion Hearing    ___

Counsel for Plaintiff: Robert Gilbert, Esq. Peter Prieto, Esq.
Aaron Podhurst, Esq. Stuart Grossman, Esq.  Bruce Rogow, Esq.
(See attachment for additional appearances

Counsel for Defendant: Barry Davidson, Esq.  Mark Lonergan, Esq.
Ethan Wall, Esq.  Alan G. Greer, Esq.   (See attachment for
additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE:         _____
PRE-TRIAL MOTIONS FILED BY:     _____
STATUS CONFERENCE SET FOR:      _____
SCHEDULING CONFERENCE SET FOR:  _____
PRE-TRIAL CONFERENCE SET FOR:   _____

TRIAL SET FOR:    _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO:             _____

- Oral Argument held on Motions for Protective Order to Vacate
  Deposition Notices (D.E. #1169); Plaintiff's Motion for Leave
  to File Amended Class Action Complaint (D.E. #1113) and
  Plaintiff's Motion to Remove Confidential Designation from
  Discovery Documents (D.E. #1183)
- Plaintiff's Motion for Leave to File an Amended Class Action
  Complaint (D.E. #1113) held (Bruce Rogow, Esq. For Plaintiff)
  (Alan Greer, Esq. For Defendant, Union Bank)
- The Court finds that the motion's issues to be considered are
  1- Timeliness; and 2- Delay re: Class Certification,
  therefore, the Court finds that the motion is **TAKEN UNDER
  ADVISEMENT**
- Defendant Union Bank's Motion for Protective Order to Vacate
  Deposition Notices (D.E. #1169) is held in **Abeyance**

- Plaintiff's Motion to Remove "Confidential" Designation from Discovery Documents (D.E. #1183) to be held if necessary, upon the Court's ruling on Plaintiff's Motion to Amend the Class Action Complaint

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| BRUCE ROGOW | ALTERNLAW / BRUCE ROGOW P.A. | 954 767-5105 | MDC PLAINTIFFS |
| AARON PODHURST | | | |
| ROBERT GILBERT | | | |
| ALAN GREER | RICHMAN GREER | 305 373-4010 | UNION BANK |
| Mark Lonergan | Severson & Werson | 415 677-5613 | Union Bank |
| Ethan Wall | Richman Greer | 305 373 4000 | Union Bank |
| Aaron Weiss | Carlton Fields | 3055397382 | Iberiabank |
| Jeffrey Backman | Arnstein & Lehr | 954 713-7668 | Key Bank |
| Peter Homer | Homer & Bonner | 305 350-5100 | JP Morgan Chase |
| David Darden | Parker, Hudson, Rainer & Dobbs | 404-420-5566 | Regions / BB&T / Bancorp South |
| Eric Taylor | Parker, Hudson, Rainer & Dobbs | 404.420.5586 | Bancorp South |
| Bryce Alba | Reeder & Reeder, P.A. | 561-575-9721 | Compass Bank |
| Darryl May | Ballard Spahr | 215-864-5103 | PNC Bank |
| Peter Prieto | Podhurst Orseck | (305)358-2800 | Plaintiffs |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|------|------|--------------|--------|
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs |
| Stuart Grossman | " " | " " | " |
| David Stellings | Lieff Cabraser | 212 355 9500 | " |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |