UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date  March 16, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING: MOTION HEARING**

Scheduling Conference___     Status Conference___
Pre-Trial Conference ___     Motion Hearing    ___

**Counsel for Plaintiff**: Robert Gilbert, Esq. Peter Prieto, Esq. Aaron Podhurst, Esq. Stuart Grossman, Esq.
(See attachment for additional appearances

**Counsel for Defendant**: Darryl May, Esq. Joshua Yount, Esq. Lucia Nale, Esq. Guy Lewis, Esq. Eric Taylor, Esq. Todd Ruskamp, Esq. James McGuire, Esq. James Greer, Esq. Kenneth Johnston, Esq.
(See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held on BancorpSouth's Motion to Dismiss (D.E. #1068); PNC & National City Bank's Motions to Dismiss (D.E. #1071); Commerce Bank's Motion to Dismiss (D.E. #1072); Harris Bank's Motion to Dismiss (#1074); Great Western Bank's Motion to Dismiss (D.E. #1077); Associated Bank's Motion to Dismiss

(D.E. #1080); Commercia Bank's Motion to Dismiss (D.E. #1084); and Capital One Bank's Motion to Dismiss (D.E. #1161)

- Defendant BancorpSouth Bank's Motion to Dismiss (D.E. #1068) held (Eric Taylor, Esq.) for Defendant; (Aaron Podhurst, Esq. Robert Gilbert, Esq. and Peter Preito, Esq.) for the Plaintiff
- Defendant PNC & National City Bank's Motion to Dismiss (D.E. #1071) held (Darryl May, Esq. for the Defendant) (Peter Prieto, Esq. for the Plaintiff)
- Defendant Commerce Bank's Motion to Dismiss (D.E. #1072) held (Todd Ruskamp, Esq. for the defendant) (Robert Gilbert, Esq. and Peter Prieto, Esq.)
- Defendant Harris Bank's Motion to Dismiss (D.E. #1074) held (Joshua Yount, Esq. for the Defendant) (Peter Prieto, Esq. and Robert Gilbert, Esq. for the plaintiff)
- Defendant Great Western Bank's Motion to Dismiss (D.E. #1077) held (Todd Ruskamp, Esq. for the Defendant) (Peter Prieto, Esq. and Robert Gilbert, Esq. for the Plaintiff)
- The Court finds that the arguments submitted on behalf of Great Western Bank and responded to on the issues of Good Faith, Fair Dealing, Unconscionability, Conversion, Unjust Enrichment in the Arizona Consumer Fraud Act, as discussed in my Omnibus Order (D.E. #305) on March 11, 2010, I believe covers and deals with adequately and thoroughly the issues presented today by Mr. Ruskamp on behalf of Great Western and as responded to by Mr. Prieto or Mr. Gilbert, filed by Motion to Dismiss (D.E. #1077) being the same is hereby **DENIED except that the claims based on the Arizona Consumer Fraud Act, the State statutory claim, shall be as it was in the Omnibus Order, DISMISSED. The defendant Great Western should file an answer to this within 28 days.**
- Defendant Associated Bank's Motion to Dismiss (D.E. #1080)is hereby **TAKEN UNDER ADVISEMENT as submitted on the briefs**
- Defendant Commercia Bank's Motion (D.E. #1084) held (Kenneth Johnston, Esq. for the Defendant) (Peter Prieto, Esq. for the Plaintiff) - **TAKEN UNDER ADVISEMENT**
- Defendant Capital One Bank (D.E. #1161) held (James McGuire, Esq. for the Defendant) (Peter Prieto, Esq. for the Plaintiff)- **TAKEN UNDER ADVISEMENT**

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Eric Taylor | Parker, Hudson, Rainer & Dobbs | 404.420.5506 | Bancorp South |
| Jason Alperstein | Kopelowitz Ostrow Ferguson Weiselberg Keehl | 954-525-4100 | Derosia, Wolfgeher, Blahut, McKinley, Selvig, Harris, Whitehead, Swift |
| Kenneth Johnston / Jamey Greer | Kane Russell | 214 557 3144 | Comerica Bank |
| Todd Ruskamp | Shook Hardy + Bacon | 816-559-2319 | Commerce Bank, Great Western Bank |
| Josh Yount | Mayer Brown LLP | 312 701 8423 | Harris, N.A., Associated Bank, N.A. |
| Aaron Weiss | Carlton Fields | 305 530 7322 | Iberia Bank |
| James McGinty | Morrison & Foerster | 415.268.7013 | Capital One |
| Peter Prieto | Podhurst Orseck | (305) 358-2800 | Plaintiffs |
| Aaron Podhurst | " " | " | " |
| Bobby Gilbert | Grossman Roth | 305 442 8666 | " |
| Stuart Grossman | " " | " | " |
| Lucia Nale | Mayer Brown LLP | (312) 701-7074 | Associated Bank NA & Harris, NA |
| Jamie Isani | Hunton & Williams | 305-536-2724 | Wells Fargo |
| Guy Lewis | Lewis Tein | 305-442-1101 | PNC |
| Darryl May | Ballard Spahr | 215-864-8103 | PNC |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Darren Kaplan | Chitwood Harley | 404-873-3960 | Plaintiff |
| Peter Homer | Homer & Bonner | 305 350-5139 | JP Morgan Chase |
| John Cooney | Arnstein & Lehr | 954 713 7620 | Key Bank |
| Greg Cook | Balch & Bingham | 205 226 3426 | BBVA Compass Bank |
| Kathryn Meyers | Lewis Tein | 305-442-1101 | PNC + National City |
| William C. Hearon | William C. Hearon PA | 305-579-9813 | Plaintiffs |
| Tricia Duthiers | Leibler Gonzalez & Portuondo | 305 379 0400 | Bank of America |
| Ethan Wall | Richman Greer | 305 373 4000 | Union Bank |