UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date        March 17, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING: MOTION HEARING**

Scheduling Conference___        Status Conference___
Pre-Trial Conference  ___        Motion Hearing   ___

**Counsel for Plaintiff:** Robert Gilbert, Esq. Bruce Rogow, Esq.
 (See attachment for additional appearances

**Counsel for Defendant:** Barry Davidson, Esq.  (See attachment for
additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- ■  Oral Argument held on Defendant Wells Fargo's Motion for Order Confirming Obligation of Plaintiffs' Lead Counsel to Coordinate Discovery (D.E. #1202) held
- ■  The Court Approves the Stipulated Order entered into by the parties and finds that the Ruling is approves the Stipulated Order and puts to rest the motion filed by Wells Fargo, D.E. #1202, filed on 2/24/2011. Additionally, the Court will enter an order saying Mr. Preston did not appear.  Therefore, Preston's Motion for Affirmative Relief filed on 3/10/2011 is hereby **Denied**.

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Bryce Albu | Roeder & Roeder P.A | 561.575-9721 | Compass Bank |
| KEVIN GAUNT | LEWIS TEIN PL | 305.442.1101 | PNC BANK |
| Aaron Weiss | CARLTON FIELDS | 305 5397382 | IBernbunk |
| BRUCE ROGOW | BRUCE ROGOW | 954 767 8909 | Plaintiff/c |
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs |
| BARRY DAVIDSON | HUNTON | 3058102539 | Wells |
| Tricia Duthiers | Liebler Gonzalez + Portuondo | 305 3790400 | Bank of America |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |