## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

**THIS DOCUMENT RELATES TO:**

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Zankich v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186
W.D. Wash. Case No. C08-1467-RSM

*Preston & Associates Intn'l, P.C. v. Wells
Fargo & Company et al.*
S.D. Fla. Case No. 1:10-cv-20913
D. Col. Case No. 1:09-2940

*Williams v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-20359
N.D. Cal. Case No. 3:09-cv-5622

## ORDER CONFIRMING OBLIGATION OF
## PLAINTIFFS' LEAD COUNSEL TO COORDINATE DISCOVERY

THIS CAUSE having come before the Court on the Motion of Wells Fargo Bank, N.A. ("Wells Fargo") for Order Confirming Obligation of Plaintiffs' Lead Counsel to Coordinate Discovery, filed February 24, 2011, and the Court having considered the motion and other pertinent portions of the record, it is hereby ORDERED AND ADJUDGED that:

1.      The Motion of Wells Fargo for Order Confirming Obligation of Plaintiffs' Lead Counsel to Coordinate Discovery is GRANTED in part as follows.

2.      Any discovery taken in this MDL in a case against Wells Fargo with regard to Wells Fargo's conduct both before and after its acquisition of Wachovia may be used by any party to any case against Wells Fargo which has been or is in the future transferred to this MDL.

3.      Any discovery taken in this MDL in a case against Wachovia when it was a separate party with regard to Wachovia's conduct prior to its acquisition by Wells Fargo may be used by any party to any case against Wells Fargo, as successor in interest to Wachovia, which has been or is in the future transferred to this MDL.

4.      No party in any case against Wells Fargo currently pending in this MDL or which is transferred to this MDL in the future shall repeat written discovery or depositions which have already been conducted in this MDL, absent the written agreement of the parties or a showing of good cause.

5.      No discovery may be conducted or depositions taken of Wells Fargo, Wachovia or their employees in this MDL except by Co-Lead Counsel or their designees.  Co-Lead Counsel shall exercise reasonable discretion in fulfilling their responsibility for coordinating discovery so as to ensure proper protection of the interests of all plaintiffs in cases included within this MDL.

2

6.  The preceding paragraphs are intended to address only the availability of discovery for potential use in cases pending in this MDL other than the cases in which the discovery is formally taken. Nothing in this order shall be construed as determining any other question pertaining to the admissibility of particular evidence against any particular party in any particular case.

DONE AND ORDERED at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida this 17 day of March 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record