UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

In Re:                                            )
                                                  )
                                                  )
                                                  )
CHECKING ACCOUNT OVERDRAFT                        )
LITIGATION                                        )
                                                  )
MDL No. 2036                                      )

                                                  )
THIS DOCUMENT RELATES TO:                         )
                                                  )
*Mike Amrhein v. Citibank, N.A.*                  )
S.D. Fla. Case No. 09-21681-JLK                   )
N.D. Cal. Case No. 08-05101                       )
                                                  )
                                                  )

## ORDER GRANTING MOTION OF DEFENDANT CITIBANK, N.A. TO RESCHEDULE ORAL ARGUMENT

THIS CAUSE came before the Court upon the Motion of Defendant Citibank, N.A. ("Citibank") to Reschedule Oral Argument (the "Motion"). Having reviewed the Motion supported by the Declaration of Lisa M. Simonetti (the "Declaration") attached thereto, having reviewed the other pertinent portions of the file, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. For good cause shown in the Motion and the supporting Declaration, oral argument to address Plaintiff's Corrected Motion to Compel Discovery [DE # 1230] is rescheduled to March 29th, 2011 at 9:00 a.m./p.m. before the undersigned Judge at the James Lawrence King Federal Justice

Building and United States Courthouse, 99 N.E. 4th Street, 11th Floor, Courtroom # 2, Miami, Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida on this 17 day of March, 2011.

                               JAMES LAWRENCE KING
                               UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record