UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT           Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION
                                  Date    March 18, 2011

                                  JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING: MOTION HEARING**

Scheduling Conference___          Status Conference___
Pre-Trial Conference ___          Motion Hearing ___

**Counsel for Plaintiff**: Stuart Grossman, Esq. Robert Gilbert, Esq. Peter Prieto, Esq.    (See attachment for additional appearances)

**Counsel for Defendant**: Barry Davidson, Esq. Sonya D. Winner, Esq. (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held on Defendant Wells Fargo's Motion for Reconsideration, or in the Alternative for Clarification of February 16, 2011, Order Ruling on Plaintiffs' Motion to Compel Discovery (D.E. #1220) held
- The Court having heard Oral Arguments on 22 discovery requests; being advised that Plaintiffs and Defendant entered a stipulation on the the remaining points, i.e., 23 - 67, the Court hereby finds that counsel for the Plaintiffs and Defendant shall prepare and submit a proposed Order outlining the Court's ruling on the Motion for Reconsideration, based on the Stipulation entered by the parties and the rulings of the Court

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Peter Prieto | Podhurst Orseck | (305) 358-2800 | Plaintiffs |
| Stuart Grossman | Grossman Roth | (305) 442-8666 | " |
| Bobby Gilbert | Grossman Roth | " | " |
| John Cooney | Arnstein & Lehr | (954) 713-7620 | KeyBank |
| Sonya Winner | Covington & Burling | 415-591-6000 | Wells Fargo |
| Nicole Gilkeson | Covington & Burling | 202.662.5674 | Wells Fargo |
| Barry Davidson | Hunton | 3058102539 | " |
| Aaron Wiss | Colton Fields | 305 5397382 | 1Bank bank |
| Bryce Alber | Reeder & Reeder | 575-9721 stel | Compass Bank |
| Kevin Gaunt | Lewis Tein | 305.442.1101 | PNC BANK |
| Tricia Dumiers | Leibler Gonzalez & Portuondo | 305 3790400 | Bank of America |
| Ian McIlroy | Leibler Gonzalez & Portuondo | 305 379 0400 | Bank of America |
| William C. Hearon | William C. Hearon PA | 305-579-9813 | Plaintiffs |