09-md-02036

Lucius Brown
703 W Society Ave Apt F
Albany, Ga 31701

FILED by __ D.C.
MAR 21 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Feb 8, 2010

To Whom It May Concern:

I have overdraft fees against my Bank of America debt card since 2001 regarding debit transactions from largest to smallest rather than in chronological order which I complain to Bank of America years ago but was told that I was incorrect in assuming that this practice was in effect.

I would appreciate information regarding getting my name on this lawsuit.

Thanks for your time and consideration.

Lucius Brown