UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

## ORDER INSTRUCTING LEAD COUNSEL FOR PLAINTIFFS & DEFENDANTS TO SUBMIT STIPULATED FOURTH TRANCHE SCHEDULING ORDER

**THIS CAUSE** comes before the Court *sua sponte*.

It is **ORDERED, ADJUDGED and DECREED** that lead counsel for Plaintiffs and Defendants, using the Scheduling Orders entered in the First Tranche (DE # 878) and the Third Tranche (DE # 973) shall provide the Court with a stipulated Scheduling Order which will govern cases in the Fourth Tranche, within fifteen days of the Court's Order.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 23rd day of March, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record