UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Mike Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case. No. 08-05101
_____/

## ORDER REQUESTING COUNSELS' ADVICE AS TO HEARING PRESENTLY SET FOR MARCH 29, 2011

The Court has scheduled Plaintiff' Motion to Compel in the above-styled case, *Mike Amrhein v. Citibank, N.A.*, for 9:00 a.m., Tuesday, March 29, 2011. Plaintiff's motion was filed on March 3, 2011, responded to on March 10, 2011 (D.E. #1271), and replied to by Plaintiff on March 15, 2011 (D.E. #1293). During this same period of time, Plaintiffs had filed a Motion to Compel Discovery in *Garcia, et al. v. Wachovia Bank, N.A.*, in which seeking the same discovery as it seeks in the above-styled *Citibank* case. Indeed the identical language is used in Plaintiffs' motion in the *Wachovia* case.

The earlier filed Motion to Compel in the *Wachovia* case was scheduled and orally argued by the parties on Friday, March 18, 2011. The Court's consideration of counsels' arguments (on basically the same identical discovery issues) was taken under

advisement and ruled upon by the Order attached to this pleading on March 23, 2011. During the several hours of oral argument on the Motion to Compel on the *Wachovia* case, the Court announced rulings on approximately Motion to Produce and Motion to Admit Items 1-23. The motion on the remaining items 24-78 were discussed by counsel over the weekend preceding the Court's Order of March 23, 2011 and resolved. The Court understands counsel worked industriously over the weekend to agree on this very substantial portion of the then pending Motion to Compel.

In the interim, the above-styled case had been proceeding on a briefing schedule and was coming up for oral argument on Tuesday, March 29, 2011.

Since counsel and the Court were considering the substantially identical issues as are presented in the above-styled Plaintiff's Motion to Compel, it occurs to the Court that it would be beneficial for the parties in the above-styled case to consider the attached Order of the Court of March 23, 2011 ruling on the identical issues as presented in the *Wachovia* case to see if they can reach an agreement that will obviate the necessity for counsel to travel to this Court in Miami, Florida next Tuesday, March 29, 2011, for oral argument on what appear to be identical issues.

Obviously, the Plaintiffs, having agreed with counsel in the *Wachovia* case on these identical issues will have no issue to an Order similar to this Court's Order of March 23, 2011 (D.E. #1308) (attached hereto) being entered by the Court. Defendant's counsel in *Citibank* (the above-styled case) may have differing views on their objections

as submitted to Plaintiff's Motion to Compel in this case and may wish to be heard at the hearing as presently scheduled next Tuesday, March 29, 2011. If so, the Court is fully prepared to go ahead with that hearing. If on the other hand, counsel can confer, as they have been urged to do in prior orders of this Court on discovery matters, and reach substantial agreement along the lines of this Court's Order of March 22, 2011, as a resolution of the matters still pending in the above-styled Plaintiff's Motion to Compel, it may eliminate the necessity for such a hearing.

In summary, it may well be that the parties can resolve pending issues based upon the Order that has been entered in the *Wachovia* case. If so, they should notify this Court of any such agreement and the presently scheduled hearing of Tuesday, March 29, 2011 will be canceled. If counsel still believe that a hearing is necessary, then it will be held as scheduled. It is

ORDERED, ADJUDGED and DECREED that the parties shall confer and advise the Court of their positions regarding the necessity for the presently-scheduled March 29, 2011 hearing.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 24th day of March, 2011.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record