### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Co., et al.*
S.D. Fla. Case No. 1:10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

### RESPONSE OF DEFENDANTS WELLS FARGO & CO. AND WELLS FARGO BANK, N.A. TO PLAINTIFF'S SECOND REQUEST FOR JUDICIAL NOTICE

Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Wells Fargo") hereby respond to plaintiff Robert Townsend's Second Request for Judicial Notice [DE # 1281], as follows:

Prior to filing this *second* request for judicial notice, plaintiff already had availed himself of multiple opportunities to assert and reassert his position that a moratorium instituted by the American Arbitration Association ("AAA") – on arbitration of consumer finance disputes in which the company has initiated the dispute – somehow precludes the arbitration of *his* dispute *against* Wells Fargo.  *See* DE 1141, 1143, 1243.  To the contrary, Wells Fargo has demonstrated that the AAA's moratorium on consumer debt collection arbitrations would in no way prevent the AAA from arbitrating Townsend's claims against Wells Fargo, and should have no bearing on this Court's consideration of Wells Fargo's renewed motion to stay proceedings in favor of arbitration.  *See* DE 1097 at 10-11; DE 1098; DE 1154 at 5; DE 1277.  Indeed, Wells

Fargo has shown that the Vice President of the Commercial Division of the AAA has confirmed that the AAA's moratorium on certain types of arbitration matters applies only to debt-collection matters filed by companies against customers, and would have no effect on the AAA's ability to arbitrate a dispute in which a customer such as Townsend is seeking relief from a company.  DE 1098 ¶¶ 5-6.

Simply put, the documents of which Townsend seeks judicial notice – a page from the AAA website and an Illinois Supreme Court decision – have no bearing on the issues before the Court, and therefore judicial notice is both unnecessary and inappropriate.  Rather than burden the Court with repetitive arguments, Wells Fargo hereby incorporates its prior filings on this issue (DE 1097 at 10-11; DE 1098; DE 1154 at 5; DE 1277), and refers the Court to the authority cited by JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co. in their Response to Townsend's Second Request for Judicial Notice (DE 1307).

For the reasons stated herein and in its previous papers, Wells Fargo respectfully requests that this Court deny Townsend's second request for judicial notice and grant Wells Fargo's motion to stay this proceeding in favor of arbitration.

DATED:  March 24, 2011

HUNTON & WILLIAMS LLP

By:   s/Barry R. Davidson
      Barry R. Davidson
      (bdavidson@hunton.com)
      Florida Bar No. 107678
      Jamie Zysk Isani
      (jisani@hunton.com)
      Florida Bar No. 728861
      1111 Brickell Avenue, Suite 2500
      Miami, FL 33131
      Telephone: (305) 810-2500
      Facsimile: (305) 810-2460

      Sonya D. Winner (*pro hac vice*)
      (swinner@cov.com)
      David M. Jolley (*pro hac vice*)
      (djolley@cov.com)
      COVINGTON & BURLING LLP
      One Front Street, 35th Floor
      San Francisco, CA 94111
      Telephone: (415) 591-6000
      Facsimile: (415) 591-6091

      Emily Johnson Henn (*pro hac vice*)
      (ehenn@cov.com)
      COVINGTON & BURLING LLP
      333 Twin Dolphin Drive, Suite 700
      Redwood Shores, CA 94065
      Telephone: (650) 632-7400
      Facsimile: (650) 632-4800

      Attorneys for Defendant
      WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:09-MD-02036-JLK**

**IN RE:  CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

**MDL No. 2036**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2011, I served the foregoing document with the

Clerk of the Court using CM/ECF.  I also certify that these documents are being served this day

on plaintiff Robert Townsend by First Class Mail and electronic mail at the following addresses:

Robert Townsend
P.O. Box 3330
Dana Point, California  92629
Townsend@runbox.com

    s/Barry R. Davidson
Barry R. Davidson