UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

```
FILED by _____ D.C.
   MAR 2 2 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI
```

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) ) |

### CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the State of California.

2. I have studied, understand and will abide by the Local Rules of the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

ORIGINAL

LA 51366634v1

- 2 -

| | |
|---|---|
| Name: | Joseph A. Escarez |
| State Bar No.: | 266644 |
| Firm Name: | Stroock & Stroock & Lavan LLP |
| Address: | 2029 Century Park East, Suite 1600 |
| Mailing Address (if different): | Same as Above |
| Telephone #: | 310-556-5800 |
| E-mail address: | jescarez@stroock.com |
| Fax# | 310-556-5959 |

Dated: February 2, 2011

_____
Joseph A. Escarez
Attorney for Citibank, N.A. and Bank of the West