UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

FILED by __AL__ D.C.
MAR 04 2011
STEVEN M LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of __California__.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Piret Loone
State Bar No: 271347
Firm name: Severson & Werson
Address:
Mailing Address (if different): One Embarcadero Center #2600, San Francisco, CA 94111
Telephone #: 415-398-3344
E-mail address: pl@severson.com
Fax #: 415-956-0439

Dated: February 1, 2011

Signature Attorney for __[signature] Piret Loone__, for Union Bank