UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Chitwood v. First United Bank and Trust Co.*
S.D. Fla. Case No. 1:10-cv-24447- JLK

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

THIS CAUSE having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss is GRANTED.

2. Plaintiff shall have through and including April 7, 2011 in which to file his response to the Defendant's Motion to Dismiss [DE #1263].

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this ____ day of March, 2011.

                                              **JAMES LAWRENCE KING**
                                              **UNITED STATES DISTRICT JUDGE**
                                              **SOUTHERN DISTRICT OF FLORIDA**

Copies furnished:

All counsel of record