UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

## ORDER

Plaintiff Treshala Rose and Defendants Wachovia Bank, N.A. and Wells Fargo Bank, N.A. having stipulated, pursuant to Federal Rule of Civil Procedure 15(a)(2), that Plaintiff Treshala Rose is to be dropped as a named plaintiff in the above-captioned action.

DONE AND ORDERED at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida this 4 day of April, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record