UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,
MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Company, et al.,*;
S.D. Fla. Case No. 10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW

_____/

## ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION

**THIS CAUSE** comes before the Court *sua sponte*. After careful review of the above-styled case, the Court finds that it lacks subject-matter jurisdiction. In his Complaint, Plaintiff purports to state a claim under 18 U.S.C. § 1346, which is the definitional provision of the criminal mail and wire fraud statute. This count does not give rise to any federal claim on which relief can be granted. See *Ledford v. Peeples*, 605 F.3d 871, 902 (11th Cir. 2010) (federal subject-matter jurisdiction is defeated where the federal claim "clearly appears to be immaterial and made solely for the purpose of obtaining jurisdiction or where such a claim is wholly insubstantial and frivolous"). Further review of the Complaint shows that no diversity jurisdiction appears to exist pursuant to 12 U.S.C. § 1332(c)(1), because Plaintiff is a resident of California and has named as a Defendant, Wells Fargo & Co., a corporation whose principal place of business is in California. There is also no basis in the Complaint for a damages claim of $75,000. Finally, even though Plaintiff alleges jurisdiction pursuant to 12 U.S.C. § 1332(d), that provision is inapplicable because this case is not a class action. Plaintiff is an individual who has

not alleged to be representing a class. Therefore the appropriate action is to remand this case to state court, so that the parties may continue litigating this case in the proper forum.

Accordingly, it is therefore **ORDERED and ADJUDGED** that the above-styled case be and the same is hereby **REMANDED** to state court.

All pending motions are **DENIED AS MOOT**. The Clerk shall only close the above-styled case (10-21834) currently a part of MDL 09-2036.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 5th day of April, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record

Robert Townsend, *pro se*
P.O. Box 3330
Dana Point, CA 92629