UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Apr 8, 2011

United States District Court

Western District of Michigan

RE:  MDL No.      2036 - In Re: Checking Account Overdraft Litigation

Our Case No.   1:09-md-2036

Your Case No.  1:10-1117 - Timothy Command, et al. v. Bank of America

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable  James Lawrence King.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** T.O dated 4.7.11) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By:  s/ Graciela Gomez
     MDL Clerk

Encl.

☒ 400 N. Miami Avenue    ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street    ☐ 301 Simonton Street    ☐ 300 S. Sixth Street
   Room 8N09                 Room 108                      Room 202                  Room 130                 Ft. Pierce, FL 34950
   Miami, FL 33128           Ft. Lauderdale, FL 33301      W. Palm Beach, FL 33401   Key West, FL 33040       772-595-9691
   305-523-5100              954-769-5400                  561-803-3400              305-295-8100