FILING FEE
PAID $0.0
pro hac vice
Steven M. Larimore, Clerk

FILED by PRG D.C.
APR 07 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO | ) ) ) |
| TERRY CASE v. BANK OF OKLAHOMA, N.A., S.D. Fla. Case No.: 1:11-CV-20815-JLK W.D. Okla. Case No.: CIV-10-901-C | ) ) ) ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Judicial Panel on Multidistrict Litigation Rule 2.1(c), Local Rule 4(b) of the Special Rules governing the Admission and Practice of Attorneys of the United States District court for the Southern District of Florida and this Court's November 24, 2009 Order (Docket #166), the undersigned respectfully moves for the admission of Frederic Dorwart, J. Michael Medina, and Sarah W. Poston of Frederic Dorwart, Lawyers, 124 East Fourth Street, Tulsa, Oklahoma 74103, for purposes of appearance *Pro Hac Vice* as co-counsel on behalf of Bank of Oklahoma, N.A. ("BOK"), in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, in order to permit Frederic Dorwart, J. Michael Medina, and Sarah W. Poston to file and receive electronic filings in this case, and in support thereof states as follows:

1.  Frederic Dorwart, J. Michael Medina, and Sarah W. Poston are not admitted to practice in the Southern District of Florida. They are members in good standing of the Supreme

Court of Oklahoma. They are also admitted to practice[1] in the United States District Court for the Western District of Oklahoma where the Case action against BOK was commenced.

2. Frederic Dorwart, J. Michael Medina, and Sarah W. Poston hereby request the Court provide Notice of Electronic Filings to Frederic Dorwart, J. Michael Medina, and Sarah W. Poston at the following e-mail addresses: fdorwart@fdlaw.com, mmedina@fdlaw.com, and sposton@fdlaw.com.

3. Frederic Dorwart, J. Michael Medina, and Sarah W. Poston hereby request the Court to allow them to file documents electronically through this Court's CM/ECF system.

4. Pursuant to MDL Rule 1.4, Frederic Dorwart, J. Michael Medina, and Sarah W. Poston request that the Court waive the filing fee of $75 per attorney.

5. As required by the Court's November 24, 2009 Order (Docket #166), Frederic Dorwart, J. Michael Medina, and Sarah W. Poston have each executed the Certificate of Understanding Re: Electronic Filing in the Southern District of Florida. The Certificates are attached hereto as **Exhibits A, B** and **C**.

WHEREFORE, Frederic Dorwart moves this court to enter an Order permitting Frederic Dorwart, J. Michael Medina, and Sarah W. Poston to appear before the court on behalf of BOK for all purposes related to the proceedings in the above-styled matter, directing the Clerk to provide Notice of Electronic Filings to Frederic Dorwart, J. Michael Medina, and Sarah W. Poston and directing the Clerk to assign CM/ECF usernames and passwords.

Dated: April 6, 2011

---

[1] Sarah W. Poston has applied for admission to practice in the District Court for the Western District of Oklahoma, and has received notice that she is eligible for admission at the next admission ceremony.

RESPECTFULLY SUBMITTED,

/s/
Frederic Dorwart (OBA #2436)
J. Michael Medina (OBA #6113)
Sarah W. Poston (OBA #22925)
**FREDERIC DORWART, LAWYERS**
Old City Hall
124 East Fourth Street
Tulsa, Oklahoma 74103-5010
Telephone:(918) 583-9922
Facsimile: (918) 583-8251
E-mail:   fdorwart@fdlaw.com
          mmedina@fdlaw.com
          sposton@fdlaw.com

*Counsel for Defendant,*
*Bank of Oklahoma, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2011, a copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Defendants' Out-of-State Attorneys (with the attached Exhibits) was served via standard mail, first-class and postage prepaid, to:

James E. Dunn, Esquire
James E. Dunn & Associates, PLLC
116 South Walker
Oklahoma City, Oklahoma 73102

Jeffrey M. Ostrow, Esquire
KOPELOWITZ OSTROW
FERGUSON WEISELBERG KEECHL
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, Florida 33301

*Counsel for Plaintiff*

Robert C. Gilbert, Esquire
Grossman Roth, P.A.
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, Florida 33134

*Plaintiffs' Coordinating Counsel*

Barry R. Davidson, Esquire
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131

*Defendants' Temporary Liaison Counsel*

_____
J. Michael Medina

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO<br>TERRY CASE v. BANK OF OKLAHOMA, N.A.,<br>S.D.Fla. Case No.: 1:11-CV-20815-JLK<br>W.D. Okla. Case No. CIV-10-901-C | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF FREDERIC DORWART

Frederic Dorwart, Esquire, pursuant to Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Oklahoma Bar Association and the United States District Court for the Western District of Oklahoma.

_/s/ Frederic Dorwart_
Frederic Dorwart

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO<br>TERRY CASE v. BANK OF OKLAHOMA, N.A.,<br>S.D.Fla. Case No.: 1:11-CV-20815-JLK<br>W.D. Okla. Case No. CIV-10-901-C | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF J. MICHAEL MEDINA

J. Michael Medina, Esquire, pursuant to Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Oklahoma Bar Association and the United States District Court for the Western District of Oklahoma.



J. Michael Medina

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO TERRY CASE v. BANK OF OKLAHOMA, N.A., S.D.Fla. Case No.: 1:11-CV-20815-JLK W.D. Okla. Case No. CIV-10-901-C | ) ) ) ) |

## CERTIFICATE OF SARAH W. POSTON

Sarah W. Poston, Esquire, pursuant to Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Oklahoma Bar Association and the United States District Court for the Western District of Oklahoma[1].

_____
Sarah W. Poston

---

[1] Sarah W. Poston has applied for admission to practice in the District Court for the Western District of Oklahoma, and has received notice that she is eligible for admission at the next admission ceremony.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE:  CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO<br><br>TERRY CASE v. BANK OF OKLAHOMA, N.A.,<br>S.D. Fla. Case No.: 1:11-CV-20815-JLK<br>W.D. Okla. Case No.: CIV-10-901-C | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO*
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Frederic Dorwart, J. Michael Medina, and Sarah W. Poston, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. Frederic Dorwart, J. Michael Medina, and Sarah W. Poston, may appear and participate in this action on behalf of Bank of Oklahoma, N.A. The Clerk shall provide electronic notification of all electronic filings to Frederic Dorwart, J. Michael Medina, and Sarah W. Poston at fdorwart@fdlaw.com, mmedina@fdlaw.com, and sposton@fdlaw.com.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice building in Miami, Florida, this _____ day of _____, 2011.

_____
Honorable James Lawrence King
Senior United States District Judge

Copies furnished to:
All Counsel of Record

Case 1:09-md-02036-JLK   Document 1333   Entered on FLSD Docket 04/08/2011   Page 12 of 12