UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
*Emmons v. Webster Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-23816-JLK
S.D. NY Case No. 1:10-cv-04172

_____/

## CORRECTED FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Notice of Voluntary Dismissal without Prejudice (DE # 1320) filed March 30, 2011, in Case No. 1:10-cv-23816-JLK.

Accordingly, after a careful review of the record and the Court being otherwise fully advised in the premises, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. Case No. 1:10-cv-23816-JLK is hereby DISMISSED with PREJUDICE.
2. All unresolved pending motions in this case are hereby DENIED as moot.
3. The Clerk shall close this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 11th day of April, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   The Clerk of the Court
      All Counsel of Record