UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Incorporated, et al.*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

ORDER

CAME ON FOR CONSIDERATION Comerica Bank's Unopposed Motion for Extension of Time to Answer.  The Court finds that the Motion is well-taken and should be granted. It is therefore,

ORDERED that the deadline for Comerica Bank to answer the Amended Class Action Complaint [Doc. 990] is extended until April 21, 2011.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

CC: All counsel of
Record