UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE CASES

*Harris v. Associated Banc-Corp*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK

*Swift v. BancorpSouth, Inc.*
N.D. FL, C.A. No. 1:10-00090-SPM-AK
S.D. Fla. Case No. 1:10-cv-23872-JLK

*Billen v. Bank of the West*
N.D. CA Case No. 3:10-cv-03956
S.D. FL Case No. 1:10-cv-23666

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. FL Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. FL Case No. 1:10-cv-22931-JLK

*Steen v. Capital One Financial Corp., et al.*
E.D.La. Case No. 10-cv-01505
S.D. FL Case No. 1:09-cv-21681-JLK

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 4:08-cv-05101-SBA

*Simmons v. Comerica, Inc.*
N.D. TX Case No. 3:10-cv-326
S.D. FL Case No. 1:10-cv-22958-JLK

*Wolfegeher v. Commerce Bank, N.A.*
W.D. MO Case No. 10-cv-00328
S.D. FL Case No. 1:10-cv-22017-JLK

*McKinley v. Great Western Bank*
W.D. MO Case No. 4:10-595
S.D. FL Case No. 1:10-cv-22770-JLK

*Blahut v. Harris Bank, NA*
N.D. IL Case No. 1:10-2543
S.D. FL Case No. 1:10-cv-21821-JLK

*Matos v. National City Bank,*
S.D. FL. Case No. 10-cv-21771

*Virgilio S. Casayuran Jr. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL Case No. 10-cv-20496-JLK

*Cowen v. PNC Bank, National Association*
S.D. FL Case No. 10-21869-JLK

*Hernandez v. PNC Bank, N.A.*
S.D. FL Case No. 10-21868-JLK

## SCHEDULING ORDER
## PERTAINING TO "FOURTH TRANCHE" CASES

After giving due consideration to the schedule proposed by the parties, the Court issues the following Scheduling Order pertaining to the "Fourth Tranche" cases in accordance with S.D. Fla. L. R. 16.1.

| ACTIVITY | DATE |
| --- | --- |
| Deadline for defendants to file answers | April 21, 2011 |
| Discovery commences | May 20, 2011 |
| Deadline to file motions for class certification | December 20, 2011 |
| Deadline to file oppositions to class certification motions | 45 days after motions are filed |

|  |  |
| --- | --- |
| Deadline to file replies on motions for class certification | 30 days after oppositions are filed |
| Hearings on motions for class certification | To be set by the Court |
| Deadline for parties to exchange lists of lay persons (non-expert) they anticipate calling at trial as witnesses | 10 days after the Court enters its rulings on class certification, to be supplemented 60 days prior to completion of all discovery |
| Deadline for parties to designate experts and serve expert disclosures | 100 days after the Court enters its rulings on class certification |
| Deadline for parties to file objections to designated experts and file *Daubert* motions | 130 days after the Court enters its rulings on class certification |
| Deadline for completion of all discovery | June 22, 2012 |
| Mediation completed and report filed | July 2, 2012 |
| Deadline for filing all motions, including summary judgment motions and motions in limine | July 13, 2012 |
| Deadline for filing responses to all motions | August 14, 2012 |
| Deadline for filing replies in support of all motions | September 14, 2012 |

| Deadline for parties to meet and confer about pre-trial stipulation (for those cases to be tried in this Court) | September 28, 2012 |
|---|---|
| Deadline for filing pre-trial stipulation (for those cases to be tried in this Court) | October 12, 2012 |
| Pre-trial conference (for those cases to be tried in this Court) | October 29, 2012 at 10:00 AM |
| Calendar call | January 10, 2013 at 2:00 PM |
| Trial (for those cases to be tried in this Court) | January 14, 2013 at 9:00 AM |

The parties may stipulate to extend the time to answer interrogatories, produce documents and respond to requests for admissions. The parties shall not file notices or motions memorializing such stipulations unless the stipulation interferes with the deadlines set forth the above. Stipulations that interfere with the above-deadlines may be made only with the Court's approval. In addition to the documents enumerated in Local Rule 26.1.B., the parties shall not file notices of deposition with the Court, unless attached to motions as exhibits.

Discovery motions (which must contain the Local Rule 7.1 A.3 certification) shall be handled on an expedited briefing schedule to prevent interruption and delay to the above pre-trial schedule. The parties shall file responses to discovery motions no later than the fifth business day after a motion is filed. Reply memoranda shall be filed no later than the third business day after oppositions to discovery motions are filed. Any contrary deadlines that appear on the Court's docket or the attorneys' deadline report, generated by CM/ECF, cannot serve to modify this Order. No additional days for "mailing," provided by CM/ECF or any other rules, will extend the briefing schedule for discovery motions.

This schedule is ordered without prejudice to the right of any party to seek adjustments or

modifications from the Court as circumstances warrant or to request remand of any case for trial.

**DONE AND ORDERED** at the James Lawrence King United States Courthouse and Federal Building in Miami, Florida this 12th day of April, 2011.

```
                    _____
                    HONORABLE JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
```

Copies furnished to:
Counsel of Record