UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Incorporated, et al.*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

_____

**NOTICE TO STRIKE UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

_____

Comerica Bank files this Notice to Strike Unopposed Motion for Extension of Time to Answer [Doc. 1336] and shows as follows:

1. On April 11, 2011, Comerica Bank filed an Unopposed Motion for Extension of Time to Answer. When filing its Motion, counsel for Comerica Bank inadvertently selected Compass Bank as the filing party. As a result, the docket text of Doc. 1336 stated that Compass Bank—rather than Comerica Bank—was the filing party.

2. Immediately after discovery of the mistake, counsel for Comerica Bank re-filed the Unopposed Motion for Extension of Time to Answer [Doc. 1337] to correct the error.

NOTICE TO STRIKE UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER
1289203 v1 (71315.00002.000)

1

3.   In the interests of justice and to avoid any confusion, counsel for Comerica Bank requests that Doc. 1336 be stricken from the docket.

This 13th day of April, 2011.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By:   /s/ Kenneth C. Johnston
Kenneth C. Johnston
State Bar No. 00792608
James B. Greer
State Bar No.  24014739

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201
(214) 777-4200 (telephone)
(214) 777-4299 (facsimile)

**ATTORNEYS FOR DEFENDANT COMERICA BANK**

### CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Kenneth C. Johnston
Kenneth C. Johnston