UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

## ORDER GRANTING DEFENDANT UNION BANK, N.A.'s UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT [DE 1317-3]

THIS MATTER is before the Court on Defendant, Union Bank N.A. ("Union Bank") Unopposed Motion for Enlargement of Time to file its Response to Plaintiff's Third Amended Complaint [DE 1317-3] and the Court having considered this Motion and being duly advised,

**ORDERS AND ADJUDGES** as follows:

1. Union Bank's Unopposed Motion for Enlargement of Time to file its Response to Plaintiff's Third Amended Complaint [DE 1317-3] is GRANTED.

2. Union Bank shall file its Response to Plaintiff's Third Amended Complaint [DE 1317-3] on or before Wednesday, April 20, 2011.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 15th day of April, 2011.

James L. King
United States District Judge

cc: All counsel of record