UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

## ORDER GRANTING AGREED MOTION TO EXCEED PAGE LIMITATIONS

THIS MATTER having come before the Court on Plaintiff, Larsen, and Defendant, Union Bank N.A.'s ("Union Bank") Agreed Motion to Exceed Page Limitations, and the Court having considered this Motion and being duly advised,

**ORDERS AND ADJUDGES** as follows:

1. The Agreed Motion to Exceed Page Limitations filed on April 14, 2011, is GRANTED.

2. Union Bank is hereby authorized to file a memorandum of up to thirty (30) pages in support of its Motion to Dismiss Plaintiff's Third Amended Complaint [DE 1317-3].

3. Plaintiff, Larsen, is hereby authorized to file a Response thereto of up to thirty (30) pages in length.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 15th day of April, 2011.

_____
James L. King
United States District Judge

cc: All counsel of record