**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 1:09-MD-2036-JLK**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Jessica Duval v. Citizens Financial Group, Inc.* <br> N.D. Ill. Case No. 10-cv-00533 <br> S.D. Fla. Case No. 1:10-cv-21080-JLK | ) ) ) ) |
| *Eric Daniels v. Citizens Financial Group, Inc.* <br> D. Ma. Case No. 10-cv-10386 <br> S.D. Fla. Case No. 1:10-cv-22014-JLK | ) ) ) ) |
| *Michael L. Blankenship v. RBS Citizens, N.A.* <br> D.R.I. Case No. 10-163S <br> S.D. Fla. Case No. 1:10-cv-22942-JLK | ) ) ) ) |
| *Chierici v. RBS Citizens, N.A.* <br> D.N.J. Case No. 10-cv-02718 <br> S.D. Fla. Case No. 1:10-cv-22323-JLK | ) ) ) ) |

**NOTICE OF STRIKING MOTION FOR LIMITED APPEARANCE OF AND CM/ECF FILING PRIVILEGES FOR DEFENDANTS RBS CITIZENS, N.A. AND CITIZENS BANK OF PENNSYLVANIA'S OUT-OF-STATE ATTORNEYS**

Pursuant to the Clerk's Notice (Dkt. No. 1172), RBS Citizens, N.A. and Citizens Bank of Pennsylvania hereby file this Notice of Striking the Motion For Limited Appearance Of And CM/ECF Filing Privileges For Defendants RBS Citizens, N.A. And Citizens Bank Of Pennsylvania's Out-Of-State Attorneys (Dkt. No. 1168), previously filed electronically through this Court's CM/ECF system on February 15, 2011. A Motion For Limited Appearance Of And

CM/ECF Filing Privileges For Defendants RBS Citizens, N.A. And Citizens Bank Of Pennsylvania's Out-Of-State Attorneys will be filed in the conventional paper format in accordance with the Clerk's Notice (Dkt. No. 1172).

Dated: April 15, 2011                                     Respectfully submitted,

                                                         _/s/ David F. Adler_____
David F. Adler
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-1344
Facsimile:   (216) 579-0212
dfadler@jonesday.com

Erin L. Shencopp
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
eshencopp@jonesday.com
gscannapieco@jonesday.com

*Attorneys for Defendants RBS Citizens, N.A.
and Citizens Bank of Pennsylvania*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and/or of parties in the above-captioned cases via transmission of Notices of Electronic Filing generated by CM/ECF or in some other agreed-upon manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ David F. Adler_____
*Attorney for RBS Citizens, N.A. and Citizens Bank of Pennsylvania*