IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Duval v. RBS Citizens, N.A.* N.D. Ill. Case No. 10-cv-00533 S.D. Fla. Case No. 1:10-cv-21080-JLK | ) ) ) ) |
| *Daniels v. RBS Citizens, N.A.* D. Ma. Case No. 10-cv-10386 S.D. Fla. Case No. 1:10-cv-22014-JLK | ) ) ) ) |
| *Blankenship v. RBS Citizens, N.A.* D. RI Case No. 10-cv-02718 S.D. Fla. Case No. 1:10-cv-22942-JLK | ) ) ) ) |
| *Chierici v. RBS Citizens, N.A.* D. NJ Case No. 10-cv-002718 S.D. Fla. Case No. 1:10-cv-22323-JLK | ) ) ) ) |

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND CM/ECF
FILING PRIVILEGES FOR DEFENDANTS RBS CITIZENS, N.A. AND CITIZENS
BANK OF PENNSYLVANIA'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion For Limited Appearance Of

And CM/ECF Filing Privileges For Defendants RBS Citizens, N.A. And Citizens Bank Of

Pennsylvania's Out-Of-State Attorneys, requesting, pursuant to Rule 4.B of the Special Rules

Governing the Admission and Practice of Attorneys of the United States District Court for the

Southern District of Florida ("Rule 4.B"), Rule 1.4 of the Rules of the Judicial Panel on Multi-

District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Dkt. No. 166),

permission for a limited appearance of and electronic filing privileges for the attorneys listed in

paragraph 2 below, who, in addition to the current counsel of record for RBS Citizens, N.A. and

Citizens Bank of Pennsylvania, seek to become counsel of record in the above-captioned cases

that originated in other districts and have been transferred to this MDL proceeding. This Court

having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.     The Motion For Limited Appearance Of And CM/ECF Filing Privileges For

Defendants RBS Citizens, N.A. And Citizens Bank Of Pennsylvania's Out-Of-State Attorneys is

GRANTED.

2.     The following attorneys are permitted to appear and participate in this action on

behalf of RBS Citizens, N.A. and Citizens Bank of Pennsylvania:

> Lisa B. Gates
> JONES DAY
> 901 Lakeside Avenue
> Cleveland, OH   44114
> Telephone: 216-586-7154
> Facsimile: 216-579-0212
> lgates@jonesday.com
>
> Jonathan F. Feczko
> JONES DAY
> 901 Lakeside Avenue
> Cleveland, OH   44114
> Telephone: 216-586-7790
> Facsimile: 216-579-0212
> jffeczko@jonesday.com

3.     Pursuant to MDL Rule 1.4, the attorneys named in paragraph 2 above shall not be

required to designate a member of the bar of this Court who maintains an office in this State for

the practice of law and who is authorized to file through the Court's electronic filing system, to

receive service of and file papers on their behalf, notwithstanding language to the contrary in

Rule 4.B.

CLI-1891724v1

4.      Furthermore, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), the attorneys named in paragraph 2 above shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Rule 4.B.  The Court hereby directs the Clerk of the Court to assign CM/ECF usernames and passwords to the attorneys named in paragraph 2 above.

5.      In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2 above.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Miami-Dade County, Florida, this **21** day of **April**, 2011.

_____
Honorable James Lawrence King
Senior United States District Judge

CLI-1891724v1