IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Steen v. Capital One, N.A.*<br>E.D. La. Case No. 2:10-cv-01505-JCZ-KWR<br>S.D. Fla. Case No. 1:10-cv-22058-JLK | )<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CAPITAL ONE, N.A.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Capital One Bank (USA), N.A. and Capital One Financial Corp., the original defendants to this lawsuit, previously submitted a Corporate Disclosure Statement. Capital One, N.A. was subsequently substituted as the defendant.

Pursuant to Rule 7.1(b) of the Federal Rules of Civil Procedure, defendant Capital One, N.A. makes the following Supplemental Statement: Capital One, N.A. is a wholly owned subsidiary of Capital One Financial Corp., which is a publicly-held company.

Dated: April 22, 2011

Respectfully submitted by,

MORRISON & FOERSTER LLP

By:  /s/ James R. McGuire
     JAMES R. McGUIRE

JAMES R. McGUIRE (*pro hac vice*)
RITA F. LIN (*pro hac vice*)
MIMI YANG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Defendant*
CAPITAL ONE, N.A.

CERTIFICATE OF SERVICE

CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on April 22, 2011, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ James R. McGuire
JAMES R. MCGUIRE
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522
JMcGuire@mofo.com