UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



STEVEN M. LARIMORE
Court Administrator • Clerk of Court

Apr 25, 2011

United States District Court

Southern District of West Virginia

RE:  MDL No.  2036 - In Re: Checking Account Overdraft Litigation

Our Case No.  1:09-md-2036-King

Your Case No.  6 11-00237 Stillion et al v. United Bank, Inc. et al

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable  James Lawrence King  .

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-**  CTO- 36  ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By:  s/ Graciela Gomez
     MDL Clerk

Encl.