UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

## ORDER INSTRUCTING PARTIES TO
## SUBMIT LIST OF CASES IN SECOND TRANCHE

**THIS CAUSE** comes before the Court *sua sponte*. Attached the parties will find a breakdown of the cases in MDL 09-2036 per tranche pursuant to the scheduling orders that have been entered for each tranche.[1] Since no scheduling order has been entered for the second tranche thus far, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. The parties are to confer and provide the Court with a list of the cases presently in the second tranche.

2. The parties are to brief the Court on the status of any cases in the attached list that remain pending but have not yet been assigned to any tranche.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 25th day of April 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record

---

[1] *See* First Tranche (DE # 878), Third Tranche (DE # 973) and Fourth Tranche (DE# 1340).

## Case Statistics Report
## U.S. District Court - Southern District of Florida
## IN RE: Checking Account Overdraft Litigation
## 1:09-MD-2036-King

| | Case number | Case Information | Transferor Court & Case # | CTO # | File Date | Disposition Date |
|---|---|---|---|---|---|---|
| 1st tranche | 1:08-cv-22463-JLK | Garcia v. Wachovia Bank, N.A. | | Initial TO | 9/4/2008 | |
| | 1:09-cv-21332-JLK | Tornes v. Bank of America Bank, N.A. | | Initial TO | 2/17/2009 | |
| 4 | 1:09-cv-21680-JLK | Spears-Haymond v. Wachovia Corp et al | California ND, 3:08-cv-21680 | TO 6.10.09 | 6/18/2009 | 11.23.09 |
| | 1:09-cv-21681-JLK | Amrhein v. Citibank Inc. et al | California ND, 4:08-cv-05101 | TO 6.10.09 | 6/8/2009 | |
| | 1:09-cv-21682-JLK | PENA v. WACHOVIA BANK, N.A. | New Jersey, 1:08-cv-05263 | TO 6.10.09 | 6/18/2009 | 11.23.09 |
| | 1:09-cv-21863-JLK | Poulin v. Wachovia Bank, N.A. | | m consol cs | 7/2/2009 | 11.23.09 |
| | 1:09-cv-21883-JLK | Vollmer v. Wachovia Bank, N.A. | Georgia ND, 1:09-cv-00560 | CTO-1 | 7/7/2009 | 11.23.09 |
| 1 | 1:09-cv-21963-JLK | Yourke et al v. Bank of America, N.A. et al | California ND, 3:09-cv-02186 | CTO-1 | 7/15/2009 | |
| | 1:09-cv-22710-JLK | Speers v. U.S. Bank, NA | Oregon, 3:09-cv-00409 | CTO-5 | 9/11/2009 | 11.23.09 |
| | 1:09-cv-22741-JLK | McDaniel v. J.P. Morgan Chase Bank, N.A. | Georgia ND, 1:09-cv-02017 | CTO-5 | | 11.23.09 |
| | 1:09-cv-22748-JLK | Olds v. US Bank N.A. | Illinois ND, 1:09-cv-04381 | CTO-5 | | 11.23.09 |
| | 1:09-cv-22922-JLK | Powell et al v. Bank of America Corporation | Georgia ND, 1:09-cv-02079 | CTO-5 | | 11.23.09 |
| | 1:09-cv-23033-JLK | Burke v. U.S. Bancorp et al | California ND, 3:09-cv-01579 | o lift stay 8/27/09 | | 11.23.09 |
| 1 | 1:09-cv-23034-JLK | Waters et al v. U.S. Bancorp et al | California ND, 3:09-cv-02071 | o lift stay 8/27/09 | 10/8/2009 | |
| | 1:09-cv-23067-JLK | Gordon v. Branch Banking and Trust Company | Georgia ND, 1:09-cv-01744 | TO 10.7.09 | | |
| | 1:09-cv-23072-JLK | Dachille v. Bank of America, N.A., et al | New Jersey; 2:09-cv-02138 | TO 10.7.09 | 10/13/2009 | 11/23/2009 |
| 1 | 1:09-cv-23126-JLK | Speers v. U.S. Bank, N.A. | | | | |
| 1 | 1:09-cv-23127-JLK | Lopez et al v. J.P. Morgan Chase | | | | |
| | 1:09-cv-23153-JLK | Churchwell v. Wells Fargo Bank, N.A. et al | Arizona, 4:09-cv-00075 | TO 10.7.09 | | 11.24.09 |
| | 1:09-cv-23155-JLK | Egan v. Wells Fargo & Company et al | Colorado, 1:09-cv-00253 | TO 10.7.09 | | 11.24.09 |
| | 1:09-cv-23156-JLK | McMillian et al v. Wells Fargo Bank, N.A. | CA ND, 3:08-cv-05739 | TO 10.7.09 | | 11.24.09 |
| 1 | 1:09-cv-23163-JLK | Zankich et al v. Wells Fargo Bank NA | WA WD; 2:08-cv-01476 | TO 10.7.09 | | |
| 1 | 1:09-cv-23235-JLK | Gutierrez v. Union Bank et al | California ND | | | |
| | 1:09-cv-23431-JLK | Mortensen v. Wells Fargo Bank, N.A. et al | Nevada, 3:09-cv-00065 | TO 10.7.09 | | 11.24.09 |
| 1 | | | | | | |
| | 1:09-cv-23514-JLK | Gulley v. Huntington Bancshares, Inc. et al | Michigan WD, 1:09-cv-00880 | CTO-9 | | |
| | 1:09-cv-23515-JLK | Ray v. Wells Fargo & Company et al | CA Northern, 3:09-cv-04700 | CTO-9 | | 11.24.09 |
| | 1:09-cv-23526-JLK | Kimenker v. U.S. Bancorp et al | California SD, 3:09-cv-02232 | CTO-9 | 11/20/2009 | 6/7/2010 |
| | 1:09-cv-23527-JLK | Kirkland v. JPMorgan Chase Bank et al | California SD, 3:09-cv-02115 | CTO-9 | | 6/7/2010 |
| | 1:09-cv-23560-JLK | Mitchell et al v. Wells Fargo Bank, N.A. et al | TX Southern; 4:09-cv-02578 | CTO-9 | 11/24/2009 | 12/3/2009 |
| | 1:09-cv-23632-JLK | Buffington et al v. SunTrust Banks, Inc. | GA Northern, 1:09-cv-01558 | TO 12/1/09 | 12/28/2009 | |
| 1 | 1:09-cv-23685-JLK | Gutierrez v. Wells Fargo Bank N.A. | Oregon, 3:09-cv-01329 | CTO-10 | 12/11/2009 | |
| | 1:09-cv-23832-JLK | Quarles v. Union Bank, N.A. et al | CA Southern, 3:09-cv-02179 | CTO-10 | 12/28/2009 | 6/10/2010 |
| 1 | | | | | | |
| | 1:10-cv-20331-JLK | Walsh-Duffy et al v. JP Morgan Chase Bank, N.A. et al | NY Southern, 1:09-cv-08780 | CTO-11 | 2/2/2010 | 6/7/2010 |
| | 1:10-cv-20359-JLK | Williams v. Wachovia Bank N.A. | CA Northern, 3:09-cv-05622 | CTO-11 | 2/4/2010 | |
| | 1:10-cv-20360-JLK | Naehu-Reyes v. Unionbancal Corporation et al | CA Northern, 3:09-cv-05338 | CTO-11 | 2/4/2010 | 6/7/2010 |
| | 1:10-cv-20476-JLK | Hough et al v. Regions Financial Corporation | GA Northern, 1:09-cv-02545 | CTO-11 | 2/4/2010 | |
| | 1:10-cv-20478-JLK | Given v. M & T Bank Corporation | Maryland; 1:09-cv-02207 | TO 2/3/10 | 2/16/2010 | |
| 4 | 1:10-cv-20496-JLK | Casayuran v. PNC Bank, National Association | New Jersey, 2:09-cv-05155 | TO 2/3/10 | 2/18/2010 | |
| | 1:10-cv-20813-JLK | Barras v. Branch Banking and Trust Company | NC Middle; 1:09cv678 | TO 2/3/10 | 3/18/2010 | |
| | 1:10-cv-20820-JLK | Powell-Perry et al v. Branch Bank & Trust Company | NC Middle; 1:09cv619 | TO 2/3/10 | 3/18/2010 | |
| 3 | 1:10-cv-20855-JLK | Dwyer v. Toronto-Dominion Bank | Massachusetts; 1:09-cv-12118 | CTO-13 | 3/19/2010 | |
| | 1:10-cv-20913-JLK | Preston & Associates Intn'l, P.C. v. Wells Fargo & Company et al | Colorado; 1:09-cv-02940 | CTO-13 | 3/24/2010 | |
| 3 | 1:10-cv-21080-JLK | Duval v. Citizens Financial Group, Inc. et al | Illinois ND; 1:10-cv-00533 | CTO-13 | 4/6/2010 | |
| 3 | 1:10-cv-21117-JLK | MASCARO v. TD BANK, INC. et al | DC District; # 1:10-cv-00040 | CTO-13 | 4/8/2010 | |
| | 1:10-cv-21175-JLK | KIMENKER v. TD BANK N.A. et al | New Jersey, 1:10-cv-00136 | O. lifting stay 4/2/10 | 4/13/2010 | 6/10/2010 |
| | 1:10-cv-21176-JLK | Johnson v. KeyBank National Association | WA Western; # 2:10-cv-00304 | CTO-14 | 4/13/2010 | |
| | 1:10-cv-21283-JLK | Keyes v. Fifth Third Bank | | | 4/2/2010 | |
| 3 | 1:10-cv-21386-JLK | Mosser v. TD BANK N.A. | PA Eastern; 1:10-cv-00706 | CTO-15 | 4/29/2010 | |

| | Case number | Case Information | Transferor Court & Case # | CTO # | File Date | Disposition Date |
|---|---|---|---|---|---|---|
| | 1:10-cv-21556-JLK | Anderson v. Compass Bank | | | 5/4/2010 | 6/9/2010 |
| 4 | 1:10-cv-21771-JLK | Matos v. National City Bank | | | 6/1/2010 | |
| | 1:10-cv-21786-JLK | Nicholas J. Benedetti v Key Corp., et al. | Ohio Northern, 1:10-cv-00660 | O. lifting stay 5/24/10 | 6/2/2010 | 8/2/2010 |
| | 1:10-cv-21814-JLK | Green v. Wachovia Bank, N.A. | GA Northern, 1:10-cv-01176 | CTO-18 | 6/3/2010 | |
| 4 | 1:10-cv-21821-JLK | Blahut v. Harris, NA | IL Northern, 1:10-cv-02543 | CTO-18 | 6/3/2010 | |
| | 1:10-cv-21834-JLK | Robert Townsend v. Wells Fargo Bank & Co et al | CA Central, 2:10-cv-00550 | TO dated 6.3.10 | 6/4/2010 | closed 4/6/11 |
| | 1:10-cv-21861-JLK | Braden et al v. Wells Fargo Bank, N.A. et al | CA Central, 2:10-cv-03423 | CTO-18 | 6/7/2010 | 7/23/2010 |
| 4 | 1:10-cv-21868-JLK | Hernandez v. PNC Bank, N.A. | | | 6/7/2010 | |
| | 1:10-cv-21869-JLK | Cowen v. PNC Bank, National Association | | | 6/7/2010 | |
| 3 | 1:10-cv-22014-JLK | Daniels v. Citizens Financial Group, Inc. | Massachusetts, 1:10-cv-10386 | CTO-17 | 6/18/2010 | |
| 4 | 1:10-cv-22017-JLK | Leslie J. Wolfegeher v. Commerce Bank, N.A. | MO Western; 4 10-328 | CTO-17 | 6/18/2010 | |
| | 1:10-cv-22058-JLK | Steen v. Capital One Financial Corp et al | Louisiana ED, 2:10-cv-01505 | CTO-19 | 6/23/2010 | |
| | 1:10-cv-22190-JLK | Dasher v. RBC Bank (USA) | | | 7/2/2010 | |
| | 1:10-cv-22209-JLK | Laura Knighten v. Bank of America NA et al | CA Central, 8:10-cv-00527 | CTO-18 | 7/6/2010 | 2/3/2011 |
| | 1:10-cv-22317-JLK | Shalaby v. Banco Santander, S.A. et al | | | 7/14/2010 | |
| | 1:10-cv-22323-JLK | Chierici v. Citizens Financial Goup, Inc. et al | New Jersey, 1:10-cv-02718 | CTO-20 | 7/14/2010 | 2/25/2011 |
| | 1:10-cv-22730-JLK | Eno et al v. M&I Marshall & Ilsley Bank | FL Middle, 2:10-cv-00376 | CTO-21 | 7/28/2010 | |
| 4 | 1:10-cv-22770-JLK | McKinley v. Great Western Bank | MO Western, 4:10-cv-00595 | CTO-21 | 7/30/2010 | |
| | 1:10-cv-22931-JLK | Betty Orallo v. Bank of the West | CA Central, 2:10-cv-02469 | o lift stay 8/6/10 | 8/13/2010 | |
| 3 | 1:10-cv-22942-JLK | Blankenship v. RBS Citizens N/A et al | | TO 8/9/10 | 8/16/2010 | |
| 4 | 1:10-cv-22948-JLK | Harris, Pamela v. Associated Banc-Corp. | WI Western, 3:10-cv-00182 | TO 8/9/10 | 8/16/2010 | |
| | 1:10-cv-22958-JLK | Simmons v. Comerica Incorporated | Texas Northern, 3:10-cv-00326 | TO 8/9/10 | 8/17/2010 | |
| | 1:10-cv-22985-JLK | Dee v. Bank of The West | California ND, 3:10-cv-02736 | CTO-22 | 8/19/2010 | |
| | 1:10-cv-23658-JLK | Durgin et al v. RBS Citizens, N.A. et al | Massachusetts, 1:10-cv-11493 | CTO-26 | 10/12/2010 | 12/7/2010 |
| | 1:10-cv-23666-JLK | Billen v. Bank of the West | CA Northern; 3:10-cv-03956 | CTO-26 | 10/12/2010 | 12/13/2010 |
| | 1:10-cv-23689-JLK | Tapp et al v. International Banchares Corp | | | 10/12/2010 | |
| | 1:10-cv-23790-JLK | Eivet v. Iberiabank | | | 10/20/2010 | |
| | 1:10-cv-23816-JLK | Emmons v. Webster Bank, N.A. | NY Southern, 1:10-cv-04172 | TO 10/18/10 | 10/22/2010 | 4/1/2011 |
| 4 | 1:10-cv-23872-JLK | Swift v. Bancorpsouth Bank | FL Northern, 1:10-cv-00090 | | 10/26/2010 | |
| | 1:10-cv-23938-JLK | Childs et al v. Columbus Bank & Trust et al | GA Southern; 1:10-cv-03027 | CTO-27 | 11/1/2010 | |
| | 1:10-cv-24136-JLK | Bevins v. International Bancshares Corporation | Texas Southern, 4:10-cv-03911 | CTO-28 | 11/18/2010 | 1/5/2011 |
| | 1:10-cv-24147-JLK | Brown et al v. US Bank National Association | Washington ED, 2:10-cv-00356 | CTO-28 | 11/18/2010 | |
| | 1:10-cv-24316-JLK | Phillips et al v. Bank of America NA | Oklahoma WD, 5:10-cv-01185 | CTO-29 | 12/6/2010 | |
| | 1:10-cv-24332-JLK | Johnson v. UMB Bank NA et al | Missouri WD, 4:10-cv-00654 | TO dated 11.30.10 | 12/7/2010 | |
| | 1:10-cv-24382-JLK | Avery v. RBC BANK | Eastern NC, 5:10-cv-00329 | TO dated 11.30.10 | 12/9/2010 | |
| | 1:10-cv-24447-JLK | Chitwood v. First United Bank and Trust Company | | | 12/13/2010 | 4/15/2011 |
| | 1:11-cv-20436-JLK | Anderson v. Compass Bank | FL Northern; 1:10-cv-00208 | TO dtd 2.3.11 | 2/8/2011 | |
| | 1:11-cv-20815-JLK | Case v. Bank of Oklahoma NA | OK Western, 5:10-cv-00901 | TO dtd 11.30.10 | 3/10/2011 | Possible 5th tranche? |
| Possible 5th? | 1:11-cv-...-JLK | Command et al v. Bank of America | MO Western, 1:10-cv-01117 | TO 4.7.11 | 4/10/2011 | |
| | ...-JLK | Kennedy v. Wells Fargo Bank N.A. | | CTO-33 | 4/14/2011 | |
| | 21410-JLK | Clay et al v. City Holding Company et al | WV Southern, 3:11-cv-00220 | CTO-35 | 4/15/2011 | |

| | Total direct Complaint filings | 16 |
|---|---|---|
| | Total Transfer In Cases | 76 |
| | | 92 |
| | Total Dismissals | 31 |

★ 61 pending cases

■ 1st tranche
□ 2nd tranche
▨ 3rd tranche
□ 4th tranche
■ 5th tranche (?)