**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:09-MD-02036-JLK**

|  |  |
|---|---|
| IN RE:  CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for Plaintiffs, *Poulin v. Wachovia Bank, N.A.*., and request that copies of all future pleadings be sent to the undersigned at:

Stephen F. Rosenthal, Esq.
PODHURST ORSECK, P.A.
25 West Flagler Street, Suite 800
Miami, Florida  33130
(305) 358-2800 / Fax (305) 358-2382
srosenthal@podhurst.com

Dated: This 4th day of May, 2011.         Respectfully submitted,

PODHURST ORSECK, P.A.
Attorneys for Plaintiffs Poulin
25 West Flagler Street, Suite 800
Miami, Florida  33130
(305) 358-2800 / Fax (305) 358-2382
srosenthal@podhurst.com

By:   s/Stephen F. Rosenthal
        Stephen F. Rosenthal
        Florida Bar No. 0131458

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of May, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               s/Stephen F. Rosenthal
                                                   Stephen F. Rosenthal