UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**LEAD CASE NO.: 09-02036-MD-KING**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Tornes v. Bank of America, N.A.* S.D. Fla. Case No. 1:08-cv-23323-JLK | ) ) ) |
| *Yourke, et al. v. Bank of America, N.A.* S.D. Fla. Case No. 1:09-cv-21963-JLK N.D. Cal. Case No. 3:09-2186 | ) ) ) ) |

### EX-PARTE MOTION TO WITHDRAW AS COUNSEL

C. Thomas Tew, Jr., Dexter Wayne Lehtinen, Claudio Riedi, and Maria Christina Privolos-Gaonzalez hereby move to withdraw as counsel for Bank of America, N.A., in this matter, and state as follows:

1. Bank of America, N.A. has settled this matter, and representation by the foregoing counsel is no longer required in this matter.

-------------------------------------continued on following page--------------------------------

WHEREFORE, C. Thomas Tew, Jr., Dexter Wayne Lehtinen, Claudio Riedi, and Maria Christina Privolos-Gonzalez respectfully request that they be permitted to withdraw as counsel from this case, and that they no longer receive CM/ECF notices related to this matter.

Respectfully submitted,

TEW CARDENAS LLP
*Counsel for Defendant Bank of America, N.A.*
Four Seasons Tower – 15th Floor
1441 Brickell Avenue
Miami, Florida  33131-3407
Telephone: (305) 536-1112
Facsímile:  (305) 536-1116
Email:  criedi@tewlaw.com

By:    /s/ Claudio Riedi                  _
    Claudio Riedi, Esq., Fla. Bar No. 984930

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2011, the foregoing document was filed electronically with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by EM/ECF.

By:    /s/ Claudio Riedi           _
    Claudio Riedi, Esq.
    Florida Bar No. 984930

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEAD CASE NO.: 09-02036-MD-KING

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tornes v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK<br><br>*Yourke, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br>N.D. Cal. Case No. 3:09-2186 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon consideration of the Motion for Leave to Withdraw by **C. Thomas Tew, Jr., Dexter Wayne Lehtinen, Claudio Riedi,** and **Maria Christina Privolos-Gonzalez** as counsel for Bank of America, N.A., it is hereby ORDERED that the motion is GRANTED. The foregoing counsel shall be removed from the CM/ECF e-mail service list.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida, this _____ day of _____, 2011.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to counsel of record.