# EXHIBIT A

# Miami airport fire problems to linger

Published: March. 27, 2011 at 9:28 AM

MIAMI, March 27 (UPI) -- Flight cancellations and delays at Miami International Airport will remain in place for some time due to a huge fire at its fuel depot, officials said Sunday.

Pumps used to get 2,000 gallons of fuel each hour from the "fuel farm" to trucks near terminals were damaged in Wednesday's inferno, meaning the trucks now have to make longer trips, adding 50 percent more time to get to aircraft, airport spokesman Greg Chin told the Miami Herald.

He said total repair wasn't going to happen quickly.

"It's going to take a number of months," he said.

On average, the airport deals with 800 flights a day, but with the refueling backlog, cancellations and delays have created havoc for travelers and airport staff, the Herald said.

Saturday, 143 flights were canceled and 28 were delayed, while 192 flights were canceled Friday, the report said.

Late Saturday, workers began installing two temporary pumps and there were plans to install four more Monday, Chin said.

Before the fire, there were 17 fuel farm pumps feeding the terminal-area dispensing stations for trucks.

The cause of the fire is still being investigated, but foul play is not suspected, officials said.

© 2011 United Press International, Inc. All Rights Reserved.