**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVIDION**

**CASE NO. 1:09-MD-2036-JKL**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATED TO: | ) ) ) |
| *Stephen T. Anderson v. Compass Bank*, N.D. Fla. Case No. 1:10-cv-00208 S. D. Fla. Case No. 1:11-cv-20436-JLK | ) ) ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Compass Bank d/b/a BBVA Compass ("Compass Bank") respectfully submits this notice of supplement authority in support of its pending motion to compel arbitration. *See Anderson v. Compass Bank*, No. 1:10-cv-00208-SPM-GRJ (N.D. Fla.) [Doc. 6, 7, 16]. On April 27, 2011, the United States Supreme Court released the attached opinion in *AT&T Mobility, LLC v. Concepcion*, No. 09-893, 563 U.S. ___ (2011). *Concepcion* held, among other things, that the state law unconscionability challenge – relating to class action waivers in arbitration clauses – was preempted by the Federal Arbitration Act (expressly voiding *Discover Bank v. Super.Ct.*, 36 Cal.4th 148, 113 P.3d 110 (Cal. 2005) and its progeny, cited by Anderson). Compass Bank asserts that such opinion supports its motion to compel

1152780

arbitration filed in this action and supports its position that the Federal Arbitration Act governs and preempts the arguments made by plaintiff in opposition to said motion.[1]

Respectfully submitted,

*/s/ Gregory C. Cook*
Gregory C. Cook
A. Kelly Brennan
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203-2015
Telephone: 205-226-3426
Facsimile: 205-488-5870
Email: gcook@balch.com
kbrennan@balch.com

Gerry S. Gibson
C. Bryce Albu
REEDER & REEDER P.A.
250 South Central Blvd.
Suite 200
Jupiter, Florida 33458
Telephone: 561-575-9871
Facsimile: 561-575-9765
E-mail: gerry@ederandreeder.com
bryce@reederandreeder.com

---

[1] Compass Bank files this notice without any waiver of its argument that the decision on arbitration is committed to the arbitrator. *E.g.*, *Rent-A-Center, West, Inc. v. Jackson*, __U.S. __, 130 S.Ct. 2772 (2010).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May, 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the persons whose addresses are listed below, and/or via first-class United States mail, postage prepaid, as indicated by the Court's notice:

Lawrence Dean Goodman
DEVINE GOODMAN RASCO & WELLS
777 Brickell Avenue
Suite 850
Miami, Florida  33131
Telephone:  305-374-8200
Facsimile:  305-374-8308
E-mail:  lgoodman@devinegoodman.com


*/s/ Gregory C. Cook*
Of Counsel