UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

## NOTICE OF STRIKING

Defendant JPMorgan Chase Bank N.A. hereby gives notice of striking docket entry no. 1445. JPMorgan Chase Bank N.A. is re-filing that document contemporaneously with this notice.

**Homer Bonner, P.A.**

s/ Peter W. Homer

Peter W. Homer
Florida Bar No. 291250
Gregory J. Trask
Florida Bar No. 0055883
1441 Brickell Avenue
Suite 1200
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-2738
phomer@homerbonner.com
gtrask@homerbonner.com

1

>WILMER CUTLER PICKERING HALE
>AND DORR LLP
>s/ Christopher R. Lipsett
>Christopher R. Lipsett
>(chris.lipsett@wilmerhale.com)
>David S. Lesser
>(david.lesser@wilmerhale.com)
>Alan E. Schoenfeld
>(alan.schoenfeld@wilmerhale.com)
>399 Park Avenue
>New York, New York 10022
>tel: (212) 230-8851
>fax: (212) 230-8888
>
>*Attorneys for defendant*
>*JPMorgan Chase Bank, N.A.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>s/ Peter W. Homer