IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION <br><br> MDL NO. 2036 <br><br> FIRST TRANCHE | ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: <br><br> *Lopez v. JPMorgan Chase Bank, N.A.* <br> S.D. Fla. Case No. 1:09-cv-23127-JLK | ) ) ) ) ) ) ) |

## JPMORGAN CHASE BANK, N.A.'S REQUEST FOR HEARING

Pursuant to Local Rule 7.1.B, defendant JPMorgan Chase Bank, N.A. ("Chase"), hereby requests a hearing on Chase's Emergency Motion for Relief from this Court's November 4, 2010 Scheduling Order, Pending Resolution of Chase's Motion to Stay or Dismiss, in Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed, and Stone.

In light of the Supreme Court's recent holding in *AT&T Mobility LLC v. Concepcion*, No. 09-893, 2011 WL 1561956 (Apr. 27, 2011), Chase has moved to stay or dismiss, in favor of arbitration, the proceedings relating to the claims of plaintiffs Lopez, McDaniel, Reed, and Stone, and has contemporaneously moved, on an expedited basis, for an Order relieving Chase from this Court's November 4, 2010 scheduling order, pending resolution of Chase's motion to dismiss or, in the alternative, to stay in favor of arbitration. Chase respectfully requests a hearing to address the arguments made in its Emergency Motion for Relief from this Court's November

4, 2010 Scheduling Order, Pending Resolution of Chase's Motion to Stay or Dismiss, in Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed, and Stone.

Dated: May 6, 2011

Respectfully submitted,

Homer Bonner, P.A.
/s/ Peter W. Homer
Peter W. Homer
(phomer@homerbonner.com)
Gregory J. Trask
(gtrask@homerbonner.com)
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
tel.: (305) 350-5139
fax: (305) 372-2738

WILMER CUTLER PICKERING HALE
  AND DORR LLP
s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all parties or counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Peter W. Homer