FILING FEE
PAID
pro hac
vice
Steven M. Larimore, Clerk

FILED by _____ D.C.

MAY 0 5 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

IN RE: CHECKING ACCOUNT          )
OVERDRAFT LITIGATION              )
                                   )
MDL No. 2036                       )
                                   )
_____  )

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS' OUT-OF-STATE ATTORNEYS

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice

of Attorneys of the United States District Court for the Southern District of Florida ("Special

Rule 4(b)") and Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multi-District

Litigation ("MDL Rule 2.1(c)"), the undersigned respectfully moves for admission of and

electronic filing privileges for the attorneys listed in paragraph 1 below, who are or seek to

become counsel of record in cases that originated in other districts and have been transferred to

this MDL proceeding, for purposes of limited appearance as counsel on behalf of Defendant City

National Bank of West Virginia, and in support thereof states as follows:

1.      The below listed attorneys are not admitted to practice in the Southern

District of Florida and are members in good standing of the State Bar of West Virginia. These

attorneys represent City National Bank of West Virginia in connection with the case *Paul Clay*

*and Debra Clay v. City National Bank of West Virginia and City Holding Company*, Case No.

{C2045262.1}

3:11-cv-0220, which was transferred to this MDL proceeding from the Southern District of West Virginia pursuant to 28 U.S.C. §1407:[1]

**Counsel for City National Bank of West Virginia**
A.L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
Kellie C. Clark (WVSB #11345)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia  25322
(304) 340-1000

2.      MDL Rule 2.1(c) states that "Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred.  Parties are not required to obtain local counsel."

3.      Pursuant to MDL Rule 2.1(c), the undersigned requests that the Court waive the requirement of this District's Special Rule 4(b)(3) that attorneys admitted on a limited appearance basis must designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

4.      Further, the undersigned requests that pursuant to MDL Rule 2.1(c), the attorneys admitted on a limited appearance basis in this MDL proceeding be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4(b)(3).

---

[1] Certifications signed by each of the attorneys named in paragraph 1, stating that they are members in good standing of their jurisdictions and have reviewed the Local Rules of the United States District Court for the Southern District of Florida, are attached as Exhibit A.

5.     Pursuant to MDL Rule 2.1(c). the undersigned requests that the Court waive the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 1 above.

WHEREFORE. Gretchen M. Callas. moves this Court to enter an Order (1) permitting the attorneys listed in paragraph 1 above to appear before this Court on behalf of their respective clients for all purposes relating to the proceedings in the above-styled MDL matter; (2) waiving the requirement that these attorneys designate a member of the local bar to receive service of and file papers on their behalf; (3) directing the Clerk to provide CM/ECF usernames and passwords to each attorney listed in paragraph 1; and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of each attorney named in paragraph 1.

Dated: May 3, 2011

Respectfully submitted,

**CITY NATIONAL BANK OF WEST VIRGINIA,**

**By Counsel**

A.L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
Kellie C. Clark (WVSB #11345)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1000
*Lead Counsel for City National Bank of West Virginia*

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) |
|  | ) |
| MDL No. 2036 | ) |
|  | ) |
|  | ) |

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.  I am a member in good standing of the Bar of West Virginia.

2.  I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.  I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.  I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5.  I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

{C2047225.1}

| | |
|---|---|
| Name: | A.L. Emch |
| State Bar No.: | 1125 |
| Firm Name: | Jackson Kelly PLLC |
| Address: | 500 Lee Street, East, Suite 1600 |
| | Charleston, West Virginia 25301 |
| Telephone #: | (304) 340-1000 |
| E-mail address: | aemch@jacksonkelly.com |
| Fax #: | (304) 340-1050 |

Dated: __May 3, 2011__

Signature
Attorney for City National Bank
of West Virginia

{C2047225.1}                                   2

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of West Virginia.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Gretchen M. Callas |
| State Bar No.: | 7136 |
| Firm Name: | Jackson Kelly PLLC |
| Address: | 500 Lee Street, East, Suite 1600 |
| | Charleston, West Virginia 25301 |
| Telephone #: | (304) 340-1000 |
| E-mail address: | gcallas@jacksonkelly.com |
| Fax #: | (304) 340-1050 |

Dated: 5/3/11

Signature
Attorney for City National Bank of
West Virginia

{C2045697.1}                                    2

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

IN RE: CHECKING ACCOUNT          )
OVERDRAFT LITIGATION             )
                                 )
MDL No. 2036                     )
                                 )
_____  )

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of West Virginia.

2. I have studied, understand and will abide by the Local Rules for the Southern
District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures
governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above
and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice*
status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will
be brought to the attention of the Honorable James Lawrence King and that this privilege may be
revoked at any time without notice.

6. If any of the information below changes during the course of this action, I
shall electronically file a notice of such change in the MDL action; and I shall update my
CM/ECF user account pursuant to the Administrative Procedures.

Name:             Kellie C. Clark
State Bar No.:    11345
Firm Name:        Jackson Kelly PLLC
Address:          500 Lee Street, East, Suite 1600
                  Charleston, West Virginia 25301
Telephone #:      (304) 340-1000
E-mail address:   kcclark@jacksonkelly.com
Fax #:            (304) 340-1050


Dated: *May 3, 2011*

Signature
Attorney for City National Bank of
West Virginia

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

IN RE: CHECKING ACCOUNT                )
OVERDRAFT LITIGATION                   )
                                       )
MDL No. 2036                           )
                                       )
_____       )

## CERTIFICATE OF SERVICE

I, Gretchen M. Callas, counsel for defendant, City National Bank of West Virginia, do hereby certify that service of the foregoing *Motion for Limited Appearance of and Electric Filing Privileges for Defendants' Out-of-State Attorneys* was made upon plaintiffs on this 3rd day of May, 2011 by true and exact copy thereof in the United States mail, postage prepaid, to counsel of record as follows:

James Bordas, III, Esquire
Bordas & Bordas, PLLC
1358 National Road
Wheeling, WV 26003
*Counsel for Plaintiffs,*
*Paul Clay and Debra Clay*

A.L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
Kellie C. Clark (WVSB #11345)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1000

**UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No. 1:09-MD-2036-King**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT **OVERDRAFT LITIGATION** | ) )  ) |
| **MDL No. 2036** | ) ) ) |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND
ELECTRONIC FILING PRIVILEGES FOR
DEFENDANT'S OUT-OF-STATE ATTORNEYS**

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendant's Out-of-State Attorneys requesting, pursuant to Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 2.1(c)") and Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), permission for the limited appearance of and electronic filing privileges for the attorneys listed below who are counsel for City National Bank of West Virginia,  a defendant in an action that has been transferred from another district to this MDL proceeding.   This Court having considered the motion and all other relevant factors, hereby orders as follows:

It is ORDERED and ADJUDGED that:

1.      The Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorneys is GRANTED.

2.      The following attorneys are granted to appear and participate in this action on behalf of Defendant City National Bank of West Virginia:

A.L. Emch (WVSAB #1125)
Gretchen M. Callas (WVSB #7136)
Kellie C. Clark (WVSB #11345)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1000

3.      Pursuant to MDL Rule 2.1(c), which provides that every member in good standing of the bar of any district court of the United States is entitled to practice before the Panel as long as he or she has established and maintains a CM/ECF account with any United States federal court and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2, above, shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4.      Further, pursuant to MDL Rule 2.1(c) and the Order, the attorneys named in paragraph 2, above, shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4B.  The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5.      In addition, pursuant to MDL Rule 2.1(c) and the Order, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2, above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in

Miami, Florida, this _____ day of _____ 2011.


_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE

Copies Furnished to Counsel of Record