UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

JOINDER OF WELLS FARGO BANK, N.A. IN
JPMORGAN CHASE'S EMERGENCY MOTION FOR RELIEF
FROM THIS COURT'S NOVEMBER 4, 2010 SCHEDULING ORDER

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby joins in the Emergency

Motion for Relief From This Court's November 4, 2010 Scheduling Order filed by JPMorgan

Chase Bank, N.A. ("Chase") (D.E. 1450), and respectfully requests that the Court issue an order

deferring the due date for Wells Fargo's opposition to plaintiffs' motions for class certification in

the above-styled cases (currently June 9, 2011), pending resolution of Wells Fargo's Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration (DE 1384) ("Arbitration Motion").

Wells Fargo has moved for a temporary stay of proceedings pending the Court's ruling on its Arbitration Motion (DE 1383), and in that motion has set forth the reasons that briefing on plaintiffs' class certification motions in the above-styled cases should be stayed pending resolution of Wells Fargo's Arbitration Motion. Chase, which is in a similar situation in the *Lopez* case, also has thoroughly briefed this issue, explaining, among other things, that 1) courts routinely stay proceedings pending the determination of motions to compel arbitration, and 2) plaintiffs' refusal to agree that the banks would not be waiving their arbitration rights by deposing the plaintiffs prior to filing their oppositions to the class certification motions has forced the banks into an unfairly prejudicial situation that requires a stay of briefing on the class certification motions. *See* D.E. 1450.

Rather than repeat its prior arguments here or duplicate Chase's briefing on these issues, Wells Fargo incorporates the arguments and authority set forth in its motion for temporary stay and joins in Chase's request for relief from the Court's November 4, 2010 scheduling order pending resolution of Wells Fargo's Arbitration Motion.

### CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3), Wells Fargo certifies that it conferred through counsel with plaintiffs in a good faith effort to resolve the issues addressed in this joinder. Plaintiffs oppose the relief sought herein.

                Respectfully submitted,

DATED: May 10, 2011            HUNTON & WILLIAMS LLP

                By:  /s/ Barry R. Davidson

                Barry R. Davidson
                (bdavidson@hunton.com)
                Florida Bar No. 107678
                Jamie Zysk Isani
                (jisani@hunton.com)
                Florida Bar No. 728861
                1111 Brickell Avenue, Suite 2500
                Miami, FL 33131
                Telephone: (305) 810-2500
                Facsimile: (305) 810-2460

                Sonya D. Winner (*pro hac vice*)
                (swinner@cov.com)
                David M. Jolley (*pro hac vice*)
                (djolley@cov.com)
                COVINGTON & BURLING LLP
                One Front Street, 35th Floor
                San Francisco, CA 94111
                Telephone: (415) 591-6000
                Facsimile: (415) 591-6091

                Emily Johnson Henn (*pro hac vice*)
                (ehenn@cov.com)
                COVINGTON & BURLING LLP
                333 Twin Dolphin Drive, Suite 700
                Redwood Shores, CA 94065
                Telephone: (650) 632-4700
                Facsimile: (650) 632-4800

                Attorneys for Defendant
                WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

    /s/ Barry R. Davidson

Barry R. Davidson
(bdavidson@hunton.com)
Florida Bar No. 107678
Jamie Zysk Isani
(jisani@hunton.com)
Florida Bar No. 728861
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460