UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

### WELLS FARGO'S REPLY IN SUPPORT OF MOTION TO EXTEND
### TIME FOR COURT-ORDERED PRODUCTION OF DOCUMENTS

In their Response to Wells Fargo Bank, N.A.'s Motion to Extend Time for Court-Ordered Production of Documents (D.E. 1460), plaintiffs now contradict their prior explicit and steadfast position that any and all discovery activity undertaken by Wells Fargo would constitute a new waiver of its arbitration rights. In their opposition, plaintiffs take the position that proceeding with one single activity – one of no immediate significance to this litigation but that, unlike

everything else, benefits plaintiffs – might not be a waiver after all.

Plaintiffs ask the Court to deny Wells Fargo's extension request and to order Wells Fargo to proceed with the production. (D.E. 1460 at 3.) Should the Court enter such an order, Wells Fargo will, of course, comply, and it remains willing to lodge a copy of its production with the Court in the meantime should the Court wish it. However, this very limited change in plaintiffs' position just reinforces the necessity of a status conference at the Court's earliest convenience to discuss all of these issues, and Wells Fargo respectfully requests that the Court grant Wells Fargo's request for a limited extension until that conference can take place.

Respectfully submitted,

DATED:  May 11, 2011                    HUNTON & WILLIAMS LLP

By:   /s/ Barry R. Davidson

Barry R. Davidson
(bdavidson@hunton.com)
Florida Bar No. 107678
Jamie Zysk Isani
(jisani@hunton.com)
Florida Bar No. 728861
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Sonya D. Winner (*pro hac vice*)
(swinner@cov.com)
David M. Jolley (*pro hac vice*)
(djolley@cov.com)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

    /s/ Barry R. Davidson

Barry R. Davidson
(bdavidson@hunton.com)
Florida Bar No. 107678
Jamie Zysk Isani
(jisani@hunton.com)
Florida Bar No. 728861
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

4