UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEAD CASE NO.: 09-02036-MD-KING

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Tornes v. Bank of America, N.A.* S.D. Fla. Case No. 1:08-cv-23323-JLK | ) ) ) |
| *Yourke, et al. v. Bank of America, N.A.* S.D. Fla. Case No. 1:09-cv-21963-JLK N.D. Cal. Case No. 3:09-2186 | ) ) ) ) |

## ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon consideration of the Motion for Leave to Withdraw by **C. Thomas Tew, Jr.,**
**Dexter Wayne Lehtinen, Claudio Riedi,** and **Maria Christina Privolos-Gonzalez** as counsel
for Bank of America, N.A., it is hereby ORDERED that the motion is GRANTED. The
foregoing counsel shall be removed from the CM/ECF e-mail service list.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami,
Florida, this _____ 9 _____ day of _____ May _____, 2011.

Honorable James Lawrence King
United States District Judge

Copies furnished to counsel of record.