UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND
ELECTRONIC FILING PRIVILEGES FOR
DEFENDANT'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendant's Out-of-State Attorneys requesting, pursuant to Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 2.1(c)") and Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), permission for the limited appearance of and electronic filing privileges for the attorneys listed below who are counsel for City National Bank of West Virginia, a defendant in an action that has been transferred from another district to this MDL proceeding. This Court having considered the motion and all other relevant factors, hereby orders as follows:

It is ORDERED and ADJUDGED that:

1.  The Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorneys is GRANTED.

2.  The following attorneys are granted to appear and participate in this action on behalf of Defendant City National Bank of West Virginia:

>A.L. Emch (WVSAB #1125)
>Gretchen M. Callas (WVSB #7136)
>Kellie C. Clark (WVSB #11345)
>JACKSON KELLY PLLC
>Post Office Box 553
>Charleston, West Virginia 25322
>(304) 340-1000

3. Pursuant to MDL Rule 2.1(c), which provides that every member in good standing of the bar of any district court of the United States is entitled to practice before the Panel as long as he or she has established and maintains a CM/ECF account with any United States federal court and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorneys named in paragraph 2, above, shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 2.1(c) and the Order, the attorneys named in paragraph 2, above, shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to each of the attorneys listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 2.1(c) and the Order, the Court hereby waives the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 2, above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida, this __10__ day of __May__ 2011.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE

Copies Furnished to Counsel of Record

{C2047061.1}                                    3