UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 09-md-2036-JLK/1:10-cv-22730-JLK

☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☑ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☑ OTHER= Supersedeas Bond

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

## NOTICE OF POSTING SUPERSEDEAS BOND

Pursuant to this Court's Order Granting Defendant M&I Marshall & Ilsley Bank's Unopposed Motion for Stay Pending Appeal dated May 4, 2011 (MDL DE #1433) ("Stay Order"), Defendant M&I Marshall & Ilsley Bank ("M&I") hereby files the attached Fifty Thousand and 00/100 Dollars ($50,000.00) supersedeas bond issued by Travelers Casualty and Surety Company of America. In filing this supersedeas bond, M&I reserves its right to dispute any costs that are determined to have been caused by necessary duplication of discovery resulting from M&I's appeal.

The original of this notice and the original supersedeas bond will be sent to the Court by overnight delivery.

Dated: May 6th, 2011.

/s/Andrew S. Oettinger
Howard A. Pollack
Michael B. Apfeld
John L. Kirtley
Andrew S. Oettinger
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590
Phone: 414-273-3500
Fax: 414-273-5198
hpollack@gklaw.com
mapfeld@gklaw.com
jkirtley@gklaw.com
aoettinger@gklaw.com

Edward M. Waller
FOWLER WHITE BOGGS
P.O. Box 1438
Tampa, FL 33601
Phone: 813-222-1137
Email: ewaller@fowlerwhite.com

Attorneys for Defendant, M&I Marshall & Ilsley Bank d/b/a M&I Bank

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6th, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Andrew S. Oettinger
Andrew S. Oettinger

6332311_1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK
_____/

BOND NUMBER: __105163445__

## CIVIL SUPERSEDEAS BOND

We, M&I Marshall & Ilsley Bank as Principal and Travelers Casualty and Surety Company of America as Surety, are held and firmly bound unto Jeffrey Eno and Suzanne Cox, as Obligee, in the principal sum of Fifty Thousand and no/00 Dollars ($50,000.00), for the payment of all costs, including court reporting transcripts, witness attendance and attorneys' fees, the direct cost of which are determined by the Court to have been caused by necessary duplication of discovery (including depositions, interrogatories and all duplicative discovery) that Plaintiffs in this case have had to repeat, upon affirmance of the order appealed (OR, if reversed, to be reimbursed to the Principal, M&I Marshall & Ilsley Bank), to which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

WHEREAS, the above-named Principal has on April 29, 2011 filed a Motion for Stay Pending Appeal (DE#1380) to review the Order Denying Motion to Compel Arbitration, dated April 7, 2011 and docketed April 8, 2011 (DE #1330), in the above case, and the district court

from which the appeal is taken, the United States District Court for the Southern District of Florida, has issued an order requiring this bond as a condition to the stay of litigation during the appeal (DE #1433, a copy of which is attached hereto as Ex. A).

NOW, THEREFORE, if the Principal shall pay such costs herein described if said order is affirmed, then this obligation shall be null and void; otherwise, it is to remain in full force and effect.

Signed on May 5th, 2011, at Milwaukee, Wisconsin.

M&I MARSHALL & ILSLEY BANK, Principal

By: _____
Senior Vice President and General Counsel

Signed on May 4th, 2011, at Milwaukee, Wisconsin.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Surety

By: _____
Michael Tagtow, Attorney-in-Fact

Approved on _____, 2011

(Judge) (Clerk)

BOND NUMBER: 105163445

6303820_2

2

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY


**TRAVELERS**

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

Attorney-In Fact No. 222610

Certificate No. 003756936

**KNOW ALL MEN BY THESE PRESENTS**: That St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Charles V. Johnson, John S. Borges, James H. Ryan, Anthony S. Von Rueden, James C. Boyce Jr., Steven R. Kuhnmuench, Todd Looker, and Michael Tagtow

of the City of __Milwaukee/Waukesha__, State of __Wisconsin__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __8th__ day of __July__, __2010__.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson, Senior Vice President_

On this the __8th__ day of __July__, __2010__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault, Notary Public_

58440-4-09 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Eno v. M&I Marshall & Ilsley Bank*;
M.D. Fla Case No. 2:10-376
S.D. Fla. Case No. 1:10-cv-22730-JLK
_____/

## ORDER GRANTING DEFENDANT M&I MARSHALL & ILSLEY BANK'S UNOPPOSED MOTION FOR STAY PENDING APPEAL

**THIS CAUSE** comes before the Court upon Defendant M&I Marshall & Ilsley Bank's ("M&I") Unopposed Motion to Stay Litigation Pending Appeal (DE # 1380) filed on April 29, 2011. Plaintiff does not oppose the relief herein requested.

As Defendant notes, the Court already dealt with these issues in its Order Granting Stay Pending Interlocutory Appeal Upon Posting of Supersedeas Bond (DE # 590) signed on June 15, 2010.[1] This Court's June 15th Order is incorporated into this Order by reference. For the reasons outlined in this Court's Order Granting Stay, the Court finds as follows:

It is **ORDERED, ADJUDGED, and DECREED** that Defendant Defendant M&I Marshall & Ilsley Bank's Motion to Stay Litigation Pending Appeal (**DE # 1380**) be, and the

---

[1] The Court entered similar Orders as to KeyBank National Association, RBC Bank, and JP Morgan Chase Bank (DE # 664) (DE # 830) and (DE # 1026), respectively.

EXHIBIT A

same is hereby, **GRANTED**.

It is further **ORDERED, ADJUDGED, and DECREED** that all litigation in Multi-District Litigation No. 09-MD-02036, as it affects and with respect to M&I Marshall & Ilsley Bank's be, and the same is hereby **STAYED** pending issuance and filing of an opinion by the United States Court of Appeals for the Eleventh Circuit on its appeal from this Court's Order Denying M&I Marshall & Ilsley Bank's Motion to Compel Arbitration (DE # 1330), conditioned upon the posting of a Supersedeas bond as set herein.

It is further **ORDERED, ADJUDGED and DECREED** that this stay shall become effective, for the purposes stated in this Court's previous Order, upon the posting of a supersedeas bond in the amount of $50,000 with the Clerk of the United States Court for the Southern District of Florida, conditioned upon payment of all costs, including court reporting transcripts, witness attendance, and attorney's fees, the direct cost of which are determined by the Court to have been caused by necessary duplication of discovery (including depositions, interrogatories and all duplicative discovery) that Plaintiff in this case has had to repeat, upon affirmance of the order appealed herein, OR if reversed, to be reimbursed to said Defendant Bank.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 3rd day of May, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record