UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

### ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL

**THIS CAUSE** comes before the Court on a request by both parties' lead counsel to schedule a hearing on Plaintiffs' Motion for Preliminary Approval of the $410 million settlement between Plaintiffs and Defendant Bank of America. Therefore,

It is **ORDERED, ADJUDGED and DECREED** that the following motion be, and the same is hereby also set for hearing on **Monday, May 23, 2011** at **9:30 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 10th day of May, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record

In re Checking Account Overdraft Litigation - MDL 2036
Robert C. Gilbert
to:
sandra_diaz, Yara_Lorenzo
05/09/2011 09:10 AM
Cc:
"Hutt, Laurence", "Aaron Podhurst", "Bruce Rogow", "Robert C. Gilbert"
Show Details

The Honorable James Lawrence King
c/o Sandy Diaz

In re: Checking Account Overdraft Litigation
Case No. 09-MD-02036-JLK

Dear Judge King,
 I have been asked by Laurence Hutt, lead counsel for Defendant Bank of America, and Aaron Podhurst, co-lead counsel for Plaintiffs, to request that the Court schedule a hearing for Tuesday May 24th (or alternatively, Wednesday May 25th or Monday May 23rd) on Plaintiffs' Motion for Preliminary Approval of the $410 million settlement between the parties. The final settlement documents are in the process of being executed. We plan to file the Motion for Preliminary Approval this Friday, May 13th, at which time all terms of the settlement will become public.
 We respectfully ask that Your Honor consider this joint request that the Court schedule a hearing for Tuesday May 24th. Thank you for your attention.
Respectfully submitted,

Robert C. Gilbert, Esq.
Grossman Roth, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134
(305) 442-8666 office
(305) 987-7583 cell
(305) 285-1668 fax
rcg@grossmanroth.com

The information in this email transmission is privileged and confidential pursuant to applicable laws. If you are not the intended recipient, nor the employee or agent responsible for delivering it to the intended recipient, you are notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited. If you have received this email in error, please notify the sender by email reply. Thank you.