UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## JOINT REPORT RE LIST OF CASES IN SECOND TRANCHE

Plaintiffs' Coordinating Counsel and Defendants' Liaison Counsel submit this report in response to the Order Instructing Parties to Submit List of Cases in Second Tranche (the "Order"). [DE # 1368].

1.  The following cases identified on the list attached to the Order are part of the "second tranche," defined as cases which are stayed pending the outcome of their respective appeals before the Eleventh Circuit Court of Appeals arising from the Court's Orders denying motions to compel arbitration, as detailed below:[1]

    a.  Arbitration motion denied by this Court; affirmed by Eleventh Circuit; petition for rehearing and rehearing en banc pending in Eleventh Circuit:

        i.  *Gordon v. Branch Banking and Trust Company*, Case No. 1:09-cv-23067-JLK;

    b.  Arbitration motion denied by this Court; Eleventh Circuit heard oral argument April 12, 2011; panel entered Order vacating and remanding to this Court for reconsideration in light of the Supreme Court's opinion in *Concepcion v. AT&T Mobility* (*see* attached Orders); the Eleventh Circuit's mandate to this Court has not yet issued:

---

[1] This list does not include cases previously assigned to the first tranche in which arbitration motions have recently been filed.

      i.    *Buffington v. SunTrust Banks, Inc.*, Case No. 1:09-cv-23632-JLK;

      ii.    *Hough v. Regions Financial Corporation*, Case No. 1:10-cv-20476-JLK;

      iii.    *Given v. M & T Bank Corporation*, Case No. 1:10-cv-20478-JLK;

      iv.    *Barras v. Branch Banking and Trust Company*, Case No. 1:10-cv-20813-JLK; and

      v.    *Powell-Perry v. Branch Banking and Trust Company*, Case No. 1:10-cv-20820-JLK.

    c.    Arbitration motions denied by this Court; appeals have been filed; Eleventh Circuit has not yet heard oral argument:

      i.    *Dasher v. RBC Bank (USA)*, Case No. 1:10-cv-22190-JLK (oral argument scheduled June 28, 2011);

      ii.    *Johnson v. KeyBank National Association*, Case No. 1:10-cv-21176-JLK (oral argument scheduled the week of August 22, 2011);

      iii.    *Eno v. M&I Marshall & Ilsley Bank*, Case No. 1:10-cv-22730-JLK (notice of appeal filed April 29, 2011);

2.    The following cases identified on the list attached to the Order have not been assigned previously to any tranche, and the defendants either have filed arbitration motions that are pending before this Court or expect to file arbitration motions with this Court shortly, as detailed below:

    a.    Arbitration motions have been filed and are pending with this Court:

      i.    *Avery v. RBC Bank*, Case No. 1:10-cv-24382-JLK;[2]

      ii.    *Anderson v. Compass Bank*, Case No. 1:11-cv-20436-JLK; and

---

[2] A motion to compel arbitration was filed on September 16, 2010, prior to transfer of the action to this Court on March 3, 2011. [**DE # 1232**]. In addition, a motion to remand is pending, which was fully briefed prior to transfer.

    iii. *Brown v. U.S. Bank National Association*, Case No. 1:10-cv-24147-JLK.

  b. Arbitration motions expected to be filed shortly:

    i. *Kennedy v. Wells Fargo Bank, N.A.*, Case No. 1:11-cv-21313-JLK;

    ii. *Williams v. Wachovia Bank, N.A.*, Case No. 1:10-cv-20359-JLK; and

    iii. *Preston & Associates Int'l, PC v. Wells Fargo & Company*, Case No. 1:10-cv-20913-JLK.

3. Plaintiffs' Coordinating Counsel proposes that the following cases identified on the list attached to the Order will comprise the fifth tranche:[3]

  a. *Keyes v. Fifth Third Bank*, Case No. 1:10-cv-21283-JLK;

  b. *Tapp v. International Bancshares Corporation*, Case No. 1:10-cv-23698-JLK;

  c. *Elvet v. Iberiabank*, Case No. 1:10-cv-23790-JLK;

  d. *Childs v. Columbus Bank & Trust*, Case No. 1:10-cv-23938-JLK;

  e. *Johnson v. UMB Bank, N.A.*, Case No. 1:10-cv-24332-JLK;

  f. *Case v. Bank of Oklahoma*, Case No. 1:10-cv-20815-JLK; and

  g. *Clay v. City Holding Company*, Case No. 1:11-cv-21410-JLK.

4. Defendants' Liaison Counsel notifies the Court that the following case identified on the list attached to the Order has settled in principle, with dismissal documents to be filed with the Court shortly:

  a. *Green v. Wachovia Bank, N.A.*, Case No. 1:10-cv-21814-JLK.

---

[3] Defendants' Liaison Counsel makes no representation regarding any of these bank's positions regarding whether they should be included in the fifth tranche. No scheduling order has been entered in these cases. Nothing set forth herein shall have any bearing on the rights of the banks listed in paragraph 2 above to file arbitration motions or other dispositive motions, or to proceed in other jurisdictions, as appropriate.

5. The following cases identified on the list attached to the Order will be subsumed in the Bank of America settlement, which is scheduled for hearing on Plaintiffs' motion for preliminary approval on May 23, 2011:

    a. *Command v. Bank of America*, Case No. 1:11-cv-21270-JLK; and

    b. *Phillips v. Bank of America, N.A.*, Case No. 1:10-cv-24316-JLK.

6. The following cases identified on the list attached to the Order are no longer pending:

    a. *Gulley v. Huntington Bancshares, Inc.*, Case No. 1:09-cv-23514-JLK (*see* MDL D.E. 514); and

    b. *Shalaby v. Banco Santander, S.A.*, Case No. 1:10-cv-22317-JLK.

Respectfully submitted,

Dated: May 18, 2011.

/s/ Barry R. Davidson
Barry R. Davidson, Esquire
Florida Bar No. 107678
bdavidson@hunton.com
Jamie Zysk Isani, Esquire
Florida Bar No. 0728861
jisani@hunton.com
HUNTON & WILLIAMS LLP
Suite 2500
1111 Brickell Avenue
Miami, Florida 33131
Tel: 305-810-2500
Fax: 305-810-2460

*Defendants' Liaison Counsel*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, Florida 33134
Tel: (305) 442-8666
Fax: (305) 779-9596

*Plaintiffs' Coordinating Counsel*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Plaintiffs' Coordinating Counsel*

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12373

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK, 1:09-cv-23632-JLK

In Re:  CHECKING ACCOUNT OVERDRAFT LITIGATION

JEFFREY BUFFINGTON,
JEANETTE BUFFINGTON,
on behalf of themselves and all others similarly situated,

Plaintiffs-Appellees,

versus

SUNTRUST BANKS, INC.,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(April 28, 2011)

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12376

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2011
JOHN LEY
CLERK
```

D.C. Docket Nos. 1:09-md-02036-JLK,
1:10-cv-20476-JLK

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

---

LAWRENCE D. HOUGH,
PAMELA J. HOUGH, on behalf of
themselves and all other similarly situated,

Plaintiffs-Appellees,

versus

REGIONS FINANCIAL CORPORATION,
REGIONS BANK,

Defendants-Appellants.

---

Appeal from the United States District Court
for the Southern District of Florida

---

(April 29, 2011)

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.

2

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12375

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK,
1:10-cv-20478-JLK

In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION

---

MAXINE AARONS GIVEN, Individually and
on behalf of all other similarly situated,

                                                       Plaintiff-Appellee,

versus

M & T BANK CORPORATION, a New York corporation,
individually and operating by and through M&T Bank,
MANUFACTURERS AND TRADERS TRUST COMPANY,
a.k.a. M&T Bank,

                                                       Defendants-Appellants.

---

Appeal from the United States District Court
for the Southern District of Florida

---

(April 29, 2011)

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12377

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 28, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK
1:10-cv-10813-JLK

In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION

---

LACY BARRAS, on behalf of herself
and all others similarly situated,

Plaintiff-Appellee,

versus

BRANCH BANKING AND TRUST COMPANY,
a federally chartered thrift institution,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(April 28, 2011)

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

[1] This is an unlimited remand.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12374

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK,
1:10-cv-20820-JLK

In Re:  CHECKING ACCOUNT OVERDRAFT LITIGATION,

---

DORIS POWELL-PERRY,
Individually and on behalf of all other similarly situated,
CURNIE SANDERS,

Plaintiffs-Appellees,

versus

BRANCH BANKING AND TRUST COMPANY,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

(April 28, 2011)

PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.