UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AND RECEIVE ELECTRONIC FILING PRIVILEGES FOR DEFENDANT WELLS FARGO BANK, N.A.'S OUT-OF-STATE ATTORNEY, ERIC C. BOSSET

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice and Receive Electronic Filing Privileges for Defendant Wells Fargo Bank, N.A.'s Out-of-State Attorney, Eric C. Bosset, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the Court's November 24, 2009 Order (Dkt. No. 166), permission to appear pro hac vice and receive electronic filing privileges for Eric C. Bosset, who seeks to become counsel for Defendant Wells Fargo Bank, N.A. for cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion to Appear Pro Hac Vice and Receive Electronic Filing Privileges for Eric C. Bosset is GRANTED.

2. Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), Eric C. Bosset shall be allowed to file and receive service of documents electronically

according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign a CM/ECF username and password to Eric C. Bosset.

3. Furthermore, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 for the appearance pro hac vice of Eric C. Bosset.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 17 day of May, 2011.

_____
HONORABLE JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE