UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-King

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Christopher Stillion and Heather Stillion v. United Bank, Inc. and United Bankshares, Inc.*,
S.D. Fla. Case No. 11-cv-21472-King
S.D. W. Va. Case No. 11-cv-0237

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS UNITED BANK, INC. AND UNITED BANKSHARES, INC.'S OUT OF STATE ATTORNEYS EDWARD D. MCDEVITT AND FLOYD E. BOONE JR.

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 2.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 2.1"), and the Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance and electronic filing privileges for Edward D. McDevitt and Floyd E. Boone Jr., who seek to become counsel for defendants United Bank, Inc. and United Bankshares, Inc., for cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

3726438.1

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Edward D. McDevitt and for Floyd E. Boone Jr. is GRANTED.

2. Pursuant to MDL Rule 2.1 and this Court's November 24, 2009 Order (Dkt No. 166), Edward D. McDevitt and Floyd E. Boone Jr. shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF user names and passwords to Edward D. McDevitt and to Floyd E. Boone Jr.

3. Furthermore, pursuant to MDL Rule 2.1, the Court hereby waives the filing fee of $75 per attorney for the limited appearances of Edward D. McDevitt and of Floyd E. Boone Jr.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 17 day of May 2011.

James L. King
United States District Judge

3726438.1

2