UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

DEFENDANT UNION BANK, N.A.'S JOINDER IN
JPMORGAN CHASE BANK, N.A.'S MOTION, BASED ON RECENTLY DECIDED
ELEVENTH CIRCUIT AUTHORITY, TO DISMISS ON GROUNDS OF PREEMPTION
PURSUANT TO RULE 12(c) AND ON FURTHER RECONSIDERATION OF ITS
EARLIER MOTION PURSUANT TO RULE 12(b)(6), OR, IN THE ALTERNATIVE
FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)

Defendant Union Bank, N.A. hereby joins in JPMorgan Chase Bank, N.A.'s Motion, based on Recently Decided Eleventh Circuit Authority, to Dismiss on Grounds of Preemption pursuant to Rule 12(c) and on Further Reconsideration of Its Earlier Motion pursuant to Rule 12(b)(6), or, in the Alternative, for Certification pursuant to 28 U.S.C. § 1292(b) (DE #1484). Union Bank, N.A. incorporates by reference the arguments presented and authorities cited by JPMorgan Chase Bank, N.A. in support of that motion.

Dated: May 20, 2011               Respectfully submitted,

/s/ Alan G. Greer
Alan G. Greer, Esq.
Florida Bar No. 0123294
agreer@richmangreer.com
John M. Brumbaugh, Esq.
Florida Bar No. 0126350
jbrumbaugh@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131-2305
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

John B. Sullivan
Jan T. Chilton
Mark D. Lonergan
Piret Loone
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415-677-5603
Fax: 415-956-0439
E-mail: phb@severson.com

Attorneys for Defendant
UNION BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ Alan G. Greer
Alan G. Greer

## SERVICE LIST

| | |
|---|---|
| Robert C. Gilbert, Esq.<br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br>4141 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Steve Yourke, Kristen Richards, Frank Smith, Cynthia Larsen* |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155 |

| | |
|---|---|
| Edward Adam Webb, Esq.<br>G. Franklin Lemond, Jr., Esq.<br>Webb Klase & Lemond, LLC<br>1900 The Exchange SE, Suite 480<br>Atlanta, GA 30339<br>*Attorneys for William W. Powell, Jr., Faith Gofdon, Jeffrey Buffington, Jeanette Buffington, Lawrence D. Hough, Pamela J. Hough*<br><br>Anne P. McHugh, Esq.<br>Pellettieri Rabstein & Altman<br>100 Nassau Park Boulevard, Suite 111<br>Princeton, NJ 08543-5301<br>*Attorney for Virgilio S. Casayuran, Jr.*<br><br>Edward F. Feinstein, Esq.<br>Ellen M. Doyle, Esq.<br>Stember Feinstein Doyle & Payne, LLC<br>Allegheny Building, 17th FL<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>*Attorney for Virgilio S. Casayuran, Jr.*<br><br>William C. Hearon, Esq.<br>Stewart Tilghman Fox & Bianchi<br>One Southeast Third Avenue<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia*<br><br>Ari Y. Brown, Esq.<br>Genessa A. Stout, Esq.<br>Steve W. Berman, Esq.<br>Hagens Berman Sobol Shapiro<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>*Attorneys for Alex Zankich, William Ruckter, Marc Martinez, Robert Lowe, Lori Aldana, Shane Parins, Kara Parins*<br><br>John Matthew Geyman, Esq.<br>John Wentworth Phillips, Esq.<br>Phillips Law Group PLLC<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>*Attorney for Alex Zankich, William Rucker* | Russell W. Budd, Esq.<br>Bruce W. Steckler, Esq.<br>Melissa K Hutts, Esq.<br>Baron & Budd, P.A.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br><br>Elizabeth A. Alexander, Esq.<br>Lieff Cabraser Heimann & Bernstein<br>150 Fourth Avenue North, Suite 1650<br>Nashville, TN 37219<br>*Attorney for Steven Yourke*<br><br>David M. Given, Esq.<br>Nicholas A. Carlin, Esq.<br>R. Scott Erlewine, Esq.<br>Phillips Erlewine & Given LLP<br>50 California Street, 35th FL<br>San Francisco, CA 94111<br>*Attorneys for Steven Yourke, Kristen Richards, Maxine Aarons Given*<br><br>Charles M. Delbaum, Esq.<br>Stuart T. Rossman, Esq.<br>National Consumer Law Center<br>Seven Winthrop Square, 4th FL<br>Boston, MA 02110<br>*Attorneys for Steve Yourke, Kristen Richards*<br><br>Stephen P. Willison, Esq.<br>Willison & Hellman PC<br>44 Grandville Avenue Southwest, Suite 200<br>Grand Rapids, MI 49503<br>*Attorneys for Michelle Gulley*<br><br>Bonney E. Sweeney, Esq.<br>Lerach Coughlin Stoia Geller Rudman & Robbins<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Attorney for Donald Kimenker*<br><br>Isam C. Khoury, Esq.<br>James Jason Hill, Esq.<br>Jeffrey James Geraci<br>Michael D. Singer<br>Cohelan Khoury & Singer<br>605 C. Street, Suite 200<br>San Diego, CA 92101<br>*Attorneys for John D. Kikland* |

Burton H. Finkelstein, Esq.
Eugene J. Benick, Esq.
Rosemary M. Rivas, Esq.
Tracy D. Rezvani, Esq.
Finkelstein Thompson LLP
1050 Thirtieth Street Northwest
Washington, DC 20007
*Attorneys for Andrea Luquetta*

Denyse Clancy, Esq.
Baron Budd LLP
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Attorney for Vada Mitchell, Daisy Webb*

Michael R. Comeau, Esq.
Comeau Maldegen Templeman & Indall LLP
P.O. Box 669
Santa Fe, NM 87504
*Attorney for Marc Martinez*

Miriam E. Zakarin, Esq.
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, PA 19450
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Norah Hart, Esq.
Treuhaft & Zakarin LLP
1011 Avenue of the Americas, 4th Floor
New York, NY 10000
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Alan M. Mansfield, Esq.
Consumer Law Group
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
*Attorney for Katherine Anne Williams*

Howard Rubinstein, Esq.
914 Waters Avenue, Suite 20
Aspen, CO 81611
*Attorney for Katherine Anne Williams*

Marian S. Rosen, Esq.
Marian S. Rosen & Associates
5065 Westheimer, Suite 840
Houston, TX 77506
*Attorney for Katherine Anne Williams*

Joshua L. Ross, Esq.
Steve D. Larson, Esq.
Stoll Stoll Berne Lokting & Shlachter
209 Southwest Oak Street, 5th Floor
Portland, OR 97204
*Attorneys for Dolores Gutierrez*

Chaim S. Setareh, Esq.
Law Office of Shaun Setareh
9454 Wilshire Boulevard, Penthouse Suite 3
Beverly Hills, CA 90212
*Attorney for Sandra Quarles*

Marcus J. Bradley, Esq.
Marlin & Saltzman, Esq.
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
*Attorney for Sandra Quarles*

Patricia N. Syverson, Esq.
Todd David Carpenter, Esq.
Bonnett Fairbourn Friedman & Balint PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
*Attorneys for Josh Naehu-Reyes*

Charles D. Marshall, Esq.
Green Welling PC
595 Market Street, Suite 2750
San Francisco, CA 94105
*Attorney for Lacy Barras*

Gary Walker Jackson, Esq.
Jackson & McGee LLP
521 East Boulevard
Charlotte, NC 28203
*Attorney for Lacy Barras*

Jeffrey F. Keller, Esq.
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107
*Attorney for George Burke*

Lisa Marie Simonetti, Esq.
Alexandria Rose Kachadoorian, Esq.
Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
*Attorneys for Citibank FSB, Citibank, Inc. Citibank (West), FSB, Citibank, N.A.*

Alisha A. Marin, Esq.
James R. Patterson, Esq.
Harrison Patterson & O'Connor
402 West Broadway, 29th Floor
San Diego, CA 92101
*Attorneys for Josh Naehu-Reyes*

Brian J. Meenaghan, Esq.
Ronald E. Beard, Esq.
Randy Albert Englund, Esq.
Tara N. Gillespie, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
*Attorneys for Wells Fargo Bank, N.A.*

Bryanne J. Schmitt, Esq.
David M. Jolley, Esq.
Emily Johnson Henn, Esq.
Margaret G. May, Esq.
Sonya Diane Winner, Esq.
Steven Duane Sassaman, Esq.
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., Union Bank, N.A., Wells Fargo & Co.*

Dori Katrine Stibolt, Esq.
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
*Attorney for Wells Fargo Bank, N.A.*

Jay Earl Smith, Esq.
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Tracy L. Ashmore, Esq.
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Barbara J. Dawson, Esq.
Robert Matthew Kort, Esq.
Snell & Wilmer
400 East Van Buren
1 Arizona Center
Phoenix, AZ 85004
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Ashley F. Cummings, Esq.
James M. Beach, Esq.
Lawrence J. Bracken, II
Hunton & Williams LLP
600 Peachtree Street Northeast, Suite 4100
Atlanta, GA 30308
*Attorneys for Wachovia Bank, N.A.*

James R. McGuire, Esq.
Rita Lin, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Wachovia Bank, N.A., Wachovia Corp, US Bank, N.A., U.S. Bank, NA, U.S. Bancorp*

Sylvia Rivera, Esq.
Morrison & Foerseter LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
*Attorney for U.S. Bank, NA, U.S. Bancorp*

Leda Dunn Wettre, Esq.
Robinson Wettre & Miller LLC
One Newark Center, 19th Floor
Newark, NJ 07102
*Attorney for Wachovia Bank, N.A.*

Tracy Thomas Cottingham, III
Hunton & Williams LLP
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
*Attorney for Wachovia Bank, N.A., Wachovia Corp.*

Aaron Schur, Esq.
Sharon D. Mayo, Esq.
Arnold & Porter LLP
275 Battery Street, Suite 2700
San Francisco, CA 94111
*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*

| | |
|---|---|
| Barbara Viniegra, Esq.<br>James Randolph Liebler, Esq.<br>Liebler Gonzalez & Portuondo<br>Courthouse Tower<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130<br>*Attorney for Bank of America, N.A.*<br><br>Christopher Scott Tarbell, Esq.<br>Laurence J. Hutt, Esq.<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th FL<br>Los Angeles, CA 90017<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*<br><br>Anne Marie Mortimer, Esq.<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>*Attorney for Wachovia Corp.*<br><br>Alan G. Kipnis, Esq.<br>John M. Cooney<br>Arnstein & Lehr LLP<br>200 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>*Attorney for Keybank National Association*<br><br>Jan T. Chilton, Esq.<br>John B. Sullivan, Esq.<br>Mark Douglas Lonergan<br>Peter Higgins Bales<br>Severson & Werson PC<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Union Bank, N.A., Unionbancal Corp.*<br><br>Todd D. Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br><br>Mark D. Flanagan, Esq.<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1117 South California Avenue<br>Palo Alto, CA 94304<br>*Attorney for JP Morgan Chase Bank* | Barry R. Davison, Esq.<br>Hunton & Williams LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*<br><br>A. Stephen Hut, Jr., Esq.<br>Michelle Ognibene, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue Northwest<br>Washington, DC 20006<br>*Attorneys for J. P. Morgan Chase Bank, N.A.*<br><br>Alan E. Schoenfeld, Esq.<br>Christopher R. Lipsett, Esq.<br>David Sapir Lesser, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 1022<br>*Attorneys for J.P. Morgan Chase bank, N.A., JP Morgan Chase & Co.*<br><br>Andrew Bejamin Grossman, Esq.<br>Matthew D. Benedetto, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>*Attorneys for J.P. Morgan Chase Bank, N.A.*<br><br>Bruce W. Neckers, Esq.<br>John M. Lichtenberg, Esq.<br>Paul A. McCarthy, Esq.<br>Rhoades McKee PC<br>161 Ottawa Avenue Northwest, Suite 600<br>Grand Rapids, MI 49503<br>*Attorneys for Huntington Bancshares, Inc.* |

| | |
|---|---|
| C. Marie Eckert, Esq.<br>Cody J. Elliott, Esq.<br>Miller Nash LLP<br>111 Southwest Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>*Attorney for U.S. Bank, N.A.* | Lindsey Elisa Bowen, Esq.<br>Lynette Eaddy Smith, Esq.<br>William H. Withrow, Jr., Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street Northeast, Suite 5200<br>Atlanta, GA 30308<br>*Attorneys for SunTrust Banks, Inc.* |
| Constance Melissa Ewing, Esq.<br>David B. Darden, Esq.<br>Eric Jon Taylor, Esq.<br>Nancy H. Baughan, Esq.<br>William J. Holley, II, Esq.<br>Parker Hudson Rainer & Dobbs<br>Marquis II Tower<br>285 Peachtree Center Avenue Northeast, Suite 1500<br>Atlanta, GA 30303<br>*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank* | James A. Dunbar, Esq.<br>Venable LLP<br>210 West Pennsylvania Avenue, suite 500<br>Towson, MA 21204<br>*Attorney for M & T Bank Corp.*<br><br>John T. Prisbe, Esq.<br>Venable Baetjer & Howard<br>Mercantile Bank & Trust Building<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201<br>*Attorney for M & T Bank Corp.* |
| Alan S. Kaplinsky, Esq.<br>Martin C. Bryce, Jr., Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>*Attorneys for Huntington Banchsares, Inc., Huntington National Bank* | Richard D. McCune, Jr., Esq.<br>Jae Kook Kim, Esq.<br>McCune Wright LLP<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley* |
| Michael Ross Tein, Esq.<br>Lewis Tein, Esq.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>*Attorneys for PNC Bank, National Association* | Jospeh P. Guglielmo, Esq.<br>Scott & Scott LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110 |
| Geoffrey M. Johnson, Esq.<br>Scott & Scott<br>12434 Cedar Road, Suite 12<br>Cleveland, Ohio 44106 | David R. Scott, Esq.<br>Amanda F. Lawrence<br>Scott & Scott LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415 |
| Joseph S. Tusa, Esq.<br>Whalen & Tusa, P.C.<br>33 West 19th Street, 4th FL<br>New York, NY 10011 | |
| Melissa L. Zujkowski, Esq.<br>Michael N. Ungar, Esq.<br>Ulerm & Berne<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, Ohio 44113 | |