UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANTS U.S. BANK, NATIONAL ASSOCIATION AND CAPITAL ONE, N.A.'S OUT-OF-STATE ATTORNEY

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for Kadhine Fitz-Patrick, who, in addition to the current counsels of record, seeks to become counsel for Defendants U.S. Bank, National Association and Capital One, N.A. for cases that have been transferred from other districts to this MDL proceeding.

This Court having considered the motion and all other relevant factors, it is hereby ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Kadhine Fitz-Patrick is GRANTED.

2. Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), Ms. Fitz-Patrick shall be allowed to file and receive service of documents electronically

according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to Ms. Fitz-Patrick.

3. Furthermore, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited appearance of Ms. Fitz-Patrick.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 19 day of May 2011.

*James Lawrence King*
HON. JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA