UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

FILED by _____ D.C.

MAY 05 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
                      )
MDL No. 2036          )
                      )
_____)

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of West Virginia.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

{C2047225.1}

|  |  |
|---|---|
| Name: | A.L. Emch |
| State Bar No.: | 1125 |
| Firm Name: | Jackson Kelly PLLC |
| Address: | 500 Lee Street, East, Suite 1600 |
|  | Charleston, West Virginia 25301 |
| Telephone #: | (304) 340-1000 |
| E-mail address: | aemch@jacksonkelly.com |
| Fax #: | (304) 340-1050 |

Dated: May 3, 2011

_____
Signature
Attorney for City National Bank of West Virginia

FILED by_____D.C.

MAY 0 5 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

IN RE: CHECKING ACCOUNT      )
OVERDRAFT LITIGATION          )
                              )
MDL No. 2036                  )
                              )
_____)

## CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of West Virginia.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Gretchen M. Callas |
| State Bar No.: | 7136 |
| Firm Name: | Jackson Kelly PLLC |
| Address: | 500 Lee Street, East, Suite 1600 |
|  | Charleston, West Virginia 25301 |
| Telephone #: | (304) 340-1000 |
| E-mail address: | gcallas@jacksonkelly.com |
| Fax #: | (304) 340-1050 |

Dated: 5/3/11

Signature
Attorney for City National Bank of
West Virginia

{C2045697.1}                                     2

UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

```
FILED by_____ D.C.
MAY 0 5 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

IN RE: CHECKING ACCOUNT            )
OVERDRAFT LITIGATION               )
                                   )
MDL No. 2036                       )
                                   )
_____)

## CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of West Virginia.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | Kellie C. Clark |
| State Bar No.: | 11345 |
| Firm Name: | Jackson Kelly PLLC |
| Address: | 500 Lee Street, East, Suite 1600 |
|  | Charleston, West Virginia 25301 |
| Telephone #: | (304) 340-1000 |
| E-mail address: | kcclark@jacksonkelly.com |
| Fax #: | (304) 340-1050 |

Dated: *May 3, 2011*

*/s/ Kellie C. Clark*
Signature
Attorney for City National Bank of West Virginia

{C2047209.1}                    2