**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-MD-02036-JLK

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

MDL No. 2036

---

**THIS DOCUMENT RELATES TO:**
**FIRST TRANCHE ACTIONS**

*Garcia, et al. v. Wachovia Bank, N.A.*
*and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
*and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED RESPONSE IN OPPOSITION TO WELLS FARGO BANK'S AND WACHOVIA BANK'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY IN FAVOR OF <u>ARBITRATION AND AMENDED DECLARATION OF ROBERT C. GILBERT</u>**

Plaintiffs seek leave to file Plaintiffs' Amended Response in Opposition to the Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration ("Amended

Opposition") and the Amended Declaration of Robert C. Gilbert ("Amended Gilbert Declaration") and state as follows:

1. Pursuant to this Court's Order entered May 16, 2011 [**DE # 1479**], on May 17, 2011, Plaintiffs timely filed their original Response in Opposition to Defendants' Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration, which included the Declaration of Robert C. Gilbert. [**DE # 1487, 1487-5**].

2. Last night, Plaintiffs' counsel discovered that the original Response omitted one argument and the original Gilbert Declaration omitted one paragraph. Plaintiffs' counsel promptly brought this matter to the attention of Defendants' counsel and indicated their intention to file the Amended Opposition and the Amended Gilbert Declaration.

3. Plaintiffs seek leave to file the Amended Opposition and the Amended Gilbert Declaration, which are being filed contemporaneously. For the Court's convenience, redline versions reflecting the changes in the Amended Opposition and Amended Gilbert Declaration are attached as Exhibits A and B, respectively (*See* Amended Opposition, pp. 24, 31, 34-35; Amended Gilbert Declaration, p. 8-9). Granting leave to allow Plaintiffs to file the Amended Opposition and the Amended Gilbert Declaration is appropriate under the circumstances, and Defendants will not be prejudiced in any respect.

4. Pursuant to S.D. Local Rule 7.1, the undersigned certifies that he conferred with Barry Davidson, Esquire, Defendants' counsel, in a good faith effort to resolve the issues raised in this motion, but Defendants do not agree to the filing of the Amended Opposition and Amended Gilbert Declaration.

WHEREFORE, Plaintiffs request leave to file the Amended Opposition and the Amended Gilbert Declaration.

Dated: May 20, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

| | |
|---|---|
| /s/ E. Adam Webb | /s/ Michael W. Sobol |
| E. Adam Webb, Esquire | Michael W. Sobol, Esquire |
| Georgia Bar No. 743910 | California Bar No. 194857 |
| Adam@WebbLLC.com | msobol@lchb.com |
| Matthew C. Klase, Esquire | David S. Stellings, Esquire |
| Georgia Bar No. 141903 | New York Bar No. 2635282 |
| Matt@WebbLLC.com | dstellings@lchb.com |
| G. Franklin Lemond, Jr., Esquire | Roger N. Heller, Esquire |
| Georgia Bar No. 141315 | California Bar No. 215348 |
| FLemond@WebbLLC.com | rheller@lchb.com |
| WEBB, KLASE & LEMOND, L.L.C. | Jordan Elias, Esquire |
| 1900 The Exchange, S.E. | California Bar No. 228731 |
| Suite 480 | jelias@lchb.com |
| Atlanta, GA 30339 | LIEFF CABRASER HEIMANN & |
| Tel: 770-444-9325 |   BERNSTEIN L.L.P. |
| Fax: 770-444-0271 | Embarcadero Center West |
| | 275 Battery Street, 30th Floor |
| | San Francisco, CA 94111 |
| | Tel: 415-956-1000 |
| | Fax: 415-956-1008 |

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596