UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF PAGE LIMITS FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO JPMORGAN CHASE BANK N.A.'S MOTION TO STAY OR DISMISS, IN FAVOR OF ARBITRATION, THE PROCEEDINGS RELATING TO CLAIMS OF PLAINTIFFS LOPEZ, MCDANIEL, REED AND STONE

THIS CAUSE having come before the Court on the Agreed Motion for Extension of Page Limits for Plaintiffs' Response in Opposition to the Motion to Stay or Dismiss, in Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed and Stone filed by Defendant JPMorgan Chase Bank, N.A. [**DE # 1444**], and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that:

1. The Agreed Motion for Extension of Page Limits is GRANTED.

2. Plaintiffs are authorized to file their Response in Opposition to the Motion to Stay or Dismiss, in Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed and Stone filed by Defendant JPMorgan Chase Bank, N.A. up to 35 pages.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 20 day of May, 2011.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record