UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT        Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

Date    May, 23, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

TYPE OF PROCEEDING: MOTION HEARING

Scheduling Conference___      Status Conference___
Pre-Trial Conference  ___     Motion Hearing    ___

Counsel for Plaintiff: Robert Gilbert, Esq. David S. Stellings, Esq. Aaron Podhurst, Esq. Stuart Grossman, Esq. (See attachment for additional appearances

Counsel for Defendant: Lawrence J. Hutt, Esq. Christopher S. Tarbell, Esq. Dora Kaufman, Esq. (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held on Motions for Preliminary Approval(D.E. #1471)
- Plaintiff's announced the Settlement with Bank of America in the amount of $410 Million. Additionally, the Plaintiff's request the Court to approve 1- The Notice Program 2- Certify the Settlement Class 3- Appoint Class Counsel 4- Appoint Notice & Settlement Administrator 5- Set a hearing date for Final Approval
- The Court finds that the motion be and the same is hereby - **GRANTED**
- The Court finds that the time line schedule is appropriate (28 days to give notice to 1 million class action members - to be completed by 9/2/2011)
- The Court finds that the Final Approval of Settlement date is

- hereby set for **November 7, 2011 at 9:30 A.M.**
- The Court hereby orders the Plaintiffs to fill in the dates to the proposed order and present it back to the Court
-

# PLEASE PRINT LEGIBLY

May 23, 2011

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Aaron Podhurst | Podhurst Orseck | 305 358-2800 | Plaintiffs Co-Lead |
| Peter Prieto | " | " | " |
| David Stellings | Lieff Cabraser | 212-355-9500 | Plaintiffs' Executive Comm |
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs Coordinating Counsel |
| David Given | Phillips Erlewine | 415-398-0900 | πs BOA Golden |
| Laurence Hutt | Arnold + Porter | 213-243-4000 | D BOA |
| Chris Tarbell | Arnold + Porter | 213-243-4000 | Δ BofA |
| David Lesser | Wilmer Hale | 212-230-8851 | Chase |
| Jeffrey Backman | Arnstein Lehr | 954 713-7668 | Key Bank |
| Allyn Popowski | VM Diaz and Parker | 305 704-3200 | π's |
| John M. Brumbaugh | Richman Greer P.A. | 305.373-4015 | Union Bank |
| Jamie Isani | Hunton + Williams | 305.810.2500 | Wells Fargo |
| Bill Holley | Parker, Hudson | 404.420.5554 | Regions Bank, BB&T |
| Dora Kaufman | Cobben Gonzalez et al. | 305/379-0400 | Bank of America (Δ) |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Stuart Z Grossman | Grossman Roth | 305 4428666 | PSC |
| Jeffrey Altiers | Alters Law | 305-571-8550 | PSC |
| William C. Hearon | William C. Hearon PA | 305 571 9813 | TTS |
| Tricia Duthiers | Liebler Gonzalez + Portuondo | 3053790040 | BOA, NA. |
| Bryce Alber | Reeder & Reeder P.A | 561 575-9721 | Compass |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |