UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

**OPPOSITION OF DEFENDANT WELLS FARGO BANK, N.A.
TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED RESPONSE IN
OPPOSITION TO MOTION OF WELLS FARGO BANK, N.A. TO DISMISS OR,
<u>IN THE ALTERNATIVE, TO STAY IN FAVOR OF ARBITRATION</u>**

Having already filed a brief in opposition to Wells Fargo's motion, plaintiffs now want to revise their brief and file a new one. Plaintiffs' failure to include additional material in the brief that they filed was not an oversight: the proposed new brief both adds and subtracts paragraphs of argument.

Plaintiffs' attempt to file a revised brief three days after their deadline is improper. The Court ordered plaintiffs to file their brief by May 17, 2011 (D.E. # 1479), giving plaintiffs more time than they would have had under the rules to respond to Wells Fargo's motion. Plaintiffs were not pressed for time. The fact that plaintiffs thought of a new argument after they filed their 34-page brief[1] and wished that they had included it does not permit plaintiffs to file a new brief three days after the Court's deadline and one week before Wells Fargo's deadline for its reply. The Local Rules are explicit: "No further or additional memoranda of law shall be filed without prior leave of Court." Local Rule 7.1(c). Plaintiffs' amended response (D.E. # 1514) should be striken because plaintiffs violated that rule when they filed it without this Court's permission.

Wells Fargo requests that the Court deny Plaintiffs' Motion for Leave To File Amended Response (D.E. # 1513) and strike Plaintiffs' Amended Response in Opposition to Motion of Wells Fargo Bank, N.A. To Dismiss or, in the Alternative, To Stay in Favor of Arbitration (D.E. # 1514).

---

[1] When plaintiffs sought and obtained Wells Fargo's consent to file a 35-page oversized response to its 14-page motion, they did not inform Wells Fargo that they intended to file a brief with 1.5 line spacing, which is the equivalent of approximately 45 pages double spaced.

DATED:  May 23, 2011                          COVINGTON & BURLING LLP


                                              By:   /s/ David M. Jolley

                                                  Sonya D. Winner (*pro hac vice*)
                                                  (swinner@cov.com)
                                                  David M. Jolley (*pro hac vice*)
                                                  (djolley@cov.com)
                                                  One Front Street, 35th Floor
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 591-6000
                                                  Facsimile: (415) 591-6091

                                                  Emily Johnson Henn (*pro hac vice*)
                                                  (ehenn@cov.com)
                                                  333 Twin Dolphin Drive, Suite 700
                                                  Redwood Shores, CA 94065
                                                  Telephone: (650) 632-4700
                                                  Facsimile: (650) 632-4800

                                                  Barry R. Davidson
                                                  (bdavidson@hunton.com)
                                                  Florida Bar No. 107678
                                                  Jamie Zysk Isani
                                                  (jisani@hunton.com)
                                                  Florida Bar No. 728861
                                                  HUNTON & WILLIAMS LLP
                                                  1111 Brickell Avenue, Suite 2500
                                                  Miami, FL 33131
                                                  Telephone: (305) 810-2500
                                                  Facsimile: (305) 810-2460

                                                  Attorneys for Defendant
                                                  WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ David M. Jolley

David M. Jolley (*pro hac vice*)
(djolley@cov.com)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA, 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091