UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-King

FILED by _____ D.C.
MAY 23 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
_____)

THIS DOCUMENT RELATES TO: )
)
*Paul Clay and Debra Clay v. City National* )
*Bank of West Virginia, et al.* )
S.D. Fla. Case No.: 1:11-cv-21410-JLK )
S.D. WVa. Case No.: 3:11-cv-0220 )
_____)

## AGREED STIPULATION EXTENDING DEADLINE
## TO RESPOND TO THE COMPLAINT

On this day came the parties by their respective counsel, and jointly agreed to extend the deadline for defendant, City National Bank of West Virginia, to file its response to plaintiffs', Paul Clay and Debra Clay, Complaint.

The parties agree and stipulate that the new deadline to respond to plaintiffs' Complaint is extended to June 20, 2011.

Dated: May 16, 2011

Respectfully submitted,

A.L. Emch (WVSB #1125)
Gretchen M. Callas (WVSB #7136)
Kellie C. Clark (WVSB #11345)
JACKSON KELLY PLLC
Post Office Box 553
Charleston, West Virginia 25322
(304) 340-1000
*Counsel for Defendant City National Bank of West Virginia*

James Bordas, III, Esquire
Bordas & Bordas, PLLC
1358 National Road
Wheeling, WV 26003
*Counsel for Plaintiffs Paul Clay and Debra Clay*

{C2053366.1}