UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23127-JLK

## ORDER CONFIRMING THAT THE MAY 13, 2011 ORDER ALSO APPLIES TO THE *LUQUETTA* ACTION

Upon the joint motion dated May 23, 2011, filed by plaintiff Andrea Luquetta and defendant JPMorgan Chase Bank, N.A. ("Chase"), it is hereby **ORDERED, ADJUDGED, and DECREED** that the Court's the Court's May 13, 2011 Order [**DE #1479**] applies to the above-captioned *Luquetta* case as well as the above-captioned *Lopez* case, and that the class certification briefing in *Luquetta* shall remain on the same schedule as in *Lopez*.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24 day of May, 2011.

                                   JAMES LAWRENCE KING
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record