# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

---

## NOTICE OF APPEARANCE

We request the Clerk of the above-styled Court to enter the Appearance of Ethan J. Wall

of the law firm of RICHMAN GREER P.A. in this case as counsel for Defendant, Union Bank,

N.A.

Dated: May 26, 2011                    Respectfully submitted,

                                       /s/ Ethan J. Wall
                                       Alan G. Greer, Esq.
                                       Florida Bar No. 0123294
                                       agreer@richmangreer.com
                                       John M. Brumbaugh, Esq.
                                       Florida Bar No. 0126350
                                       jbrumbaugh@richmangreer.com
                                       Ethan J. Wall, Esq.
                                       Florida Bar No. 045158
                                       ewall@richmangreer.com
                                       RICHMAN GREER, P.A.
                                       Miami Center – Suite 1000
                                       201 South Biscayne Boulevard
                                       Miami, Florida 33131-2305
                                       Telephone: (305) 373-4000
                                       Facsimile: (305) 373-4099

John B. Sullivan
Jan T. Chilton
Mark D. Lonergan
Piret Loone
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415-677-5603
Fax: 415-956-0439
E-mail: phb@severson.com

Attorneys for Defendant
UNION BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2011, I served the foregoing document with the

Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this

day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of

record entitled to receive service.

/s/ Ethan J. Wall
Ethan J. Wall

## SERVICE LIST

| | |
|---|---|
| Robert C. Gilbert, Esq.<br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br>4141 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorney for Melanie L. Garcia, Ralph Tornes,*<br>*William W. Powell, Jr., April Speers, Estella A.*<br>*Lopez, John C. Stone, Charles Reed, Jr., Linda*<br>*McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike*<br>*Amrhein, Steve Yourke, Kristen Richards,*<br>*Frank Smith, Cynthia Larsen* |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes,*<br>*William W. Powell, Jr., April Speers, Estella A.*<br>*Lopez, John C. Stone, Charles Reed, Jr., Linda*<br>*McDaniel, Andrea Luquetta* | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155 |

Edward Adam Webb, Esq.
G. Franklin Lemond, Jr., Esq.
Webb Klase & Lemond, LLC
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
*Attorneys for William W. Powell, Jr., Faith Gofdon, Jeffrey Buffington, Jeanette Buffington, Lawrence D. Hough, Pamela J. Hough*

Anne P. McHugh, Esq.
Pellettieri Rabstein & Altman
100 Nassau Park Boulevard, Suite 111
Princeton, NJ 08543-5301
*Attorney for Virgilio S. Casayuran, Jr.*

Edward F. Feinstein, Esq.
Ellen M. Doyle, Esq.
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, 17th FL
429 Forbes Avenue
Pittsburgh, PA 15219
*Attorney for Virgilio S. Casayuran, Jr.*

William C. Hearon, Esq.
Stewart Tilghman Fox & Bianchi
One Southeast Third Avenue
Miami, FL 33131
*Attorney for Melanie L. Garcia*

Ari Y. Brown, Esq.
Genessa A. Stout, Esq.
Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
*Attorneys for Alex Zankich, William Ruckter, Marc Martinez, Robert Lowe, Lori Aldana, Shane Parins ,Kara Parins*

John Matthew Geyman, Esq.
John Wentworth Phillips, Esq.
Phillips Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
*Attorney for Alex Zankich, William Rucker*

Russell W. Budd, Esq.
Bruce W. Steckler, Esq.
Melissa K Hutts, Esq.
Baron & Budd, P.A.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Elizabeth A. Alexander, Esq.
Lieff Cabraser Heimann & Bernstein
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
*Attorney for Steven Yourke*

David M. Given, Esq.
Nicholas A. Carlin, Esq.
R. Scott Erlewine, Esq.
Phillips Erlewine & Given LLP
50 California Street, 35th FL
San Francisco, CA 94111
*Attorneys for Steven Yourke, Kristen Richards, Maxine Aarons Given*

Charles M. Delbaum, Esq.
Stuart T. Rossman, Esq.
National Consumer Law Center
Seven Winthrop Square, 4th FL
Boston, MA 02110
*Attorneys for Steve Yourke, Kristen Richards*

Stephen P. Willison, Esq.
Willison & Hellman PC
44 Grandville Avenue Southwest, Suite 200
Grand Rapids, MI 49503
*Attorneys for Michelle Gulley*

Bonney E. Sweeney, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
*Attorney for Donald Kimenker*

Isam C. Khoury, Esq.
James Jason Hill, Esq.
Jeffrey James Geraci
Michael D. Singer
Cohelan Khoury & Singer
605 C. Street, Suite 200
San Diego, CA 92101
*Attorneys for John D. Kikland*

Burton H. Finkelstein, Esq.
Eugene J. Benick, Esq.
Rosemary M. Rivas, Esq.
Tracy D. Rezvani, Esq.
Finkelstein Thompson LLP
1050 Thirtieth Street Northwest
Washington, DC 20007
*Attorneys for Andrea Luquetta*

Denyse Clancy, Esq.
Baron Budd LLP
3102 Oak Lawn Avemue, Suite 1100
Dallas, TX 75219
*Attorney for Vada Mitchell, Daisy Webb*

Michael R. Comeau, Esq.
Comeau Maldegen Templeman & Indall LLP
P.O. Box 669
Santa Fe, NM 87504
*Attorney for Marc Martinez*

Miriam E. Zakarin, Esq.
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, PA 19450
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Norah Hart, Esq.
Treuhaft & Zakarin LLP
1011 Avenue of the Americas, 4th Floor
New York, NY 10000
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Alan M. Mansfield, Esq.
Consumer Law Group
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
*Attorney for Katherine Anne Williams*

Howard Rubinstein, Esq.
914 Waters Avenue, Suite 20
Aspen, CO 81611
*Attorney for Katherine Anne Williams*

Marian S. Rosen, Esq.
Marian S. Rosen & Associates
5065 Westheimer, Suite 840
Houston, TX 77506
*Attorney for Katherine Anne Williams*

Joshua L. Ross, Esq.
Steve D. Larson, Esq.
Stoll Stoll Berne Lokting & Shlachter
209 Southwest Oak Street, 5th Floor
Portland, OR 97204
*Attorneys for Dolores Gutierrez*

Chaim S. Setareh, Esq.
Law Office of Shaun Setareh
9454 Wilshire Boulevard, Penthouse Suite 3
Beverly Hills, CA 90212
*Attorney for Sandra Quarles*

Marcus J. Bradley, Esq.
Marlin & Saltzman, Esq.
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
*Attorney for Sandra Quarles*

Patricia N. Syverson, Esq.
Todd David Carpenter, Esq.
Bonnett Fairbourn Friedman & Balint PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
*Attorneys for Josh Naehu-Reyes*

Charles D. Marshall, Esq.
Green Welling PC
595 Market Street, Suite 2750
San Francisco, CA 94105
*Attorney for Lacy Barras*

Gary Walker Jackson, Esq.
Jackson & McGee LLP
521 East Boulevard
Charlotte, NC 28203
*Attorney for Lacy Barras*

Jeffrey F. Keller, Esq.
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107
*Attorney for George Burke*

Lisa Marie Simonetti, Esq.
Alexandria Rose Kachadoorian, Esq.
Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
*Attorneys for Citibank FSB, Citibank, Inc.*
*Citibank (West), FSB, Citibank, N.A.*

Alisha A. Marin, Esq.
James R. Patterson, Esq.
Harrison Patterson & O'Connor
402 West Broadway, 29th Floor
San Diego, CA 92101
*Attorneys for Josh Naehu-Reyes*

Brian J. Meenaghan, Esq.
Ronald E. Beard, Esq.
Randy Albert Englund, Esq.
Tara N. Gillespie, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
*Attorneys for Wells Fargo Bank, N.A.*

Bryanne J. Schmitt, Esq.
David M. Jolley, Esq.
Emily Johnson Henn, Esq.
Margaret G. May, Esq.
Sonya Diane Winner, Esq.
Steven Duane Sassaman, Esq.
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
*Attorneys for Wells Fargo Bank, N.A., Bank of
America, N.A., Citibank, N.A., Wachovia Bank,
N.A., J.P. Morgan Chase Bank, N.A., U.S.
Bank, N.A., Union Bank, N.A., Wells Fargo &
Co.*

Dori Katrine Stibolt, Esq.
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
*Attorney for Wells Fargo Bank, N.A.*

Jay Earl Smith, Esq.
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
*Attorney for Wells Fargo Bank, N.A., Wells
Fargo & Co.*

Tracy L. Ashmore, Esq.
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
*Attorney for Wells Fargo Bank, N.A., Wells
Fargo & Co.*

Barbara J. Dawson, Esq.
Robert Matthew Kort, Esq.
Snell & Wilmer
400 East Van Buren
1 Arizona Center
Phoenix, AZ 85004
*Attorney for Wells Fargo Bank, N.A., Wells
Fargo & Co.*

Ashley F. Cummings, Esq.
James M. Beach, Esq.
Lawrence J. Bracken, II
Hunton & Williams LLP
600 Peachtree Street Northeast, Suite 4100
Atlanta, GA 30308
*Attorneys for Wachovia Bank, N.A.*

James R. McGuire, Esq.
Rita Lin, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Wachovia Bank, N.A., Wachovia
Corp, US Bank, N.A., U.S. Bank, NA, U.S.
Bancorp*

Sylvia Rivera, Esq.
Morrison & Foerseter LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
*Attorney for U.S. Bank, NA, U.S. Bancorp*

Leda Dunn Wettre, Esq.
Robinson Wettre & Miller LLC
One Newark Center, 19th Floor
Newark, NJ 07102
*Attorney for Wachovia Bank, N.A.*

Tracy Thomas Cottingham, III
Hunton & Williams LLP
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
*Attorney for Wachovia Bank, N.A., Wachovia
Corp.*

Aaron Schur, Esq.
Sharon D. Mayo, Esq.
Arnold & Porter LLP
275 Battery Street, Suite 2700
San Francisco, CA 94111
*Attorneys for Bank of America, N.A., Bank of
America Corp., Bank of America California*

Barbara Viniegra, Esq.
James Randolph Liebler, Esq.
Liebler Gonzalez & Portuondo
Courthouse Tower
44 West Flagler Street, Suite 2500
Miami, FL 33130
*Attorney for Bank of America, N.A.*

Christopher Scott Tarbell, Esq.
Laurence J. Hutt, Esq.
Arnold & Porter LLP
777 South Figueroa Street, 44th FL
Los Angeles, CA 90017
*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*

Anne Marie Mortimer, Esq.
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
*Attorney for Wachovia Corp.*

Alan G. Kipnis, Esq.
John M. Cooney
Arnstein & Lehr LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
*Attorney for Keybank National Association*

Jan T. Chilton, Esq.
John B. Sullivan, Esq.
Mark Douglas Lonergan
Peter Higgins Bales
Severson & Werson PC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
*Attorneys for Union Bank, N.A., Unionbancal Corp.*

Todd D. Carpenter, Esq.
Bonnett Fairbourn Friedman & Balint PC
600 West Broadway, Suite 900
San Diego, CA 92101

Mark D. Flanagan, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
1117 South California Avenue
Palo Alto, CA 94304
*Attorney for JP Morgan Chase Bank*

Barry R. Davison, Esq.
Hunton & Williams LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*

A. Stephen Hut, Jr., Esq.
Michelle Ognibene, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue Northwest
Washington, DC 20006
*Attorneys for J. P. Morgan Chase Bank, N.A.*

Alan E. Schoenfeld, Esq.
Christopher R. Lipsett, Esq.
David Sapir Lesser, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 1022
*Attorneys for J.P. Morgan Chase bank, N.A., JP Morgan Chase & Co.*

Andrew Bejamin Grossman, Esq.
Matthew D. Benedetto, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
*Attorneys for J.P. Morgan Chase Bank, N.A.*

Bruce W. Neckers, Esq.
John M. Lichtenberg, Esq.
Paul A. McCarthy, Esq.
Rhoades McKee PC
161 Ottawa Avenue Northwest, Suite 600
Grand Rapids, MI 49503
*Attorneys for Huntington Bancshares, Inc.*

C. Marie Eckert, Esq.
Cody J. Elliott, Esq.
Miller Nash LLP
111 Southwest Fifth Avenue, Suite 3400
Portland, OR 97204
*Attorney for U.S. Bank, N.A.*

Constance Melissa Ewing, Esq.
David B. Darden, Esq.
Eric Jon Taylor, Esq.
Nancy H. Baughan, Esq.
William J. Holley, II, Esq.
Parker Hudson Rainer & Dobbs
Marquis II Tower
285 Peachtree Center Avenue Northeast, Suite 1500
Atlanta, GA 30303
*Attorneys for Branch Banking and Trust Co.,*
*Regions Financial Corp., Regions Bank*

Alan S. Kaplinsky, Esq.
Martin C. Bryce, Jr., Esq.
Ballard Spahr Andrews & Ingersoll
1735 Market Street, 51st Floor
Philadelphia, PA 19103
*Attorneys for Huntington Banchsares, Inc.,*
*Huntington National Bank*

Michael Ross Tein, Esq.
Lewis Tein, Esq.
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133
*Attorneys for PNC Bank, National Association*

Geoffrey M. Johnson, Esq.
Scott & Scott
12434 Cedar Road, Suite 12
Cleveland, Ohio 44106

Joseph S. Tusa, Esq.
Whalen & Tusa, P.C.
33 West 19th Street, 4th FL
New York, NY 10011

Melissa L. Zujkowski, Esq.
Michael N. Ungar, Esq.
Ulerm & Berne
1100 Skylight Office Tower
1660 West Second Street
Cleveland, Ohio 44113

Lindsey Elisa Bowen, Esq.
Lynette Eaddy Smith, Esq.
William H. Withrow, Jr., Esq.
Troutman Sanders LLP
600 Peachtree Street Northeast, Suite 5200
Atlanta, GA 30308
*Attorneys for SunTrust Banks, Inc.*

James A. Dunbar, Esq.
Venable LLP
210 West Pennsylvania Avenue, suite 500
Towson, MA 21204
*Attorney for M & T Bank Corp.*

John T. Prisbe, Esq.
Venable Baetjer & Howard
Mercantile Bank & Trust Building
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201
*Attorney for M & T Bank Corp.*

Richard D. McCune, Jr., Esq.
Jae Kook Kim, Esq.
McCune Wright LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
*Attorneys for Celia Spears-Haymond, Mike*
*Amrhein, Frank Smith, Cynthia Larsen,*
*Michelle Gulley*

Jospeh P. Guglielmo, Esq.
Scott & Scott LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

David R. Scott, Esq.
Amanda F. Lawrence
Scott & Scott LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415