UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MDL-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

**REPLY IN SUPPORT OF MOTION TO REMOVE UNION BANK, N.A. FROM THE FIRST TRANCHE OR, IN THE ALTERNATIVE, TO CONFIRM THAT THE MAY 13, 2011 ORDER [DE #1479] ALSO APPLIES TO UNION BANK**

Barely a week ago, plaintiffs submitted a joint motion to this Court arguing that keeping the first tranche cases together would "facilitate the efficient use of the Court's and parties' resources." DE #1518, p. 2. Then, plaintiffs thought it made sense to keep class certification for the *Luquetta* case against Chase—a case which is unaffected by arbitration or the *Concepcion* ruling—on the same schedule as the other first tranche cases which do raise arbitration issues. Plaintiffs proposed that the stay of class certification and the freeze on discovery should apply to the *Luquetta* case as well, and this Court agreed. DE #1524.

Now, plaintiffs argue that there is no reason to keep the first tranche cases together. In doing so, plaintiffs contradict themselves, fail to address the points made in Union Bank's

motion , and ignore the case management goals which have led this Court to handle this MDL proceeding under a "tranche" system since late 2009.

First, plaintiffs fail to address the inherent difficulties in considering class certification before the pleadings are settled. Union Bank described those problems in detail in its moving papers. Plaintiffs' only response was to argue that Union Bank did not provide the Court with any case law holding that a court must first resolve a pending motion to dismiss before class certification. DE #1553, p. 4.

Plaintiffs are wrong even on this point. Union Bank provided ample authority supporting the common sense point that trial courts ordinarily decide motions to dismiss before addressing class certification. DE #1527, p. 4-6. The case law is consistent with what the *Manual for Complex Litigation* has to say on the subject:

> Efficiency and economy are strong reasons for a court to resolve challenges to personal or subject-matter jurisdiction **before ruling on certification**. The judge should direct counsel to raise such challenges **before filing motions to certify**. **Similarly, courts should rule early on motions to dismiss, challenging whether the plaintiffs have stated a cause of action**. (*Manual for Complex Litigation*, Fourth, §21.133, p. 253 (emphasis added).)

Plaintiffs offer no explanation or justification as to how or why, in this case, class certification ought to be considered before the pleadings are settled.

Second, plaintiffs also fail to address how an immediate ruling on class certification would be impacted by the possible addition of CAST Management Consultants ("CAST") as a party—though they do acknowledge, for the first time, that there is a possibility that they may sue CAST. DE #1553, p. 5, n. 1. They dismiss as "frivolous" Union Bank's rhetorical questions about whether CAST would be bound by a class certification ruling made before it becomes a party to this lawsuit. Plaintiffs dismiss rather than answer these questions for the simple reason that they have no answer. The parties have cited no cases addressing such a situation, because

2

trial courts ordinarily ensure that the pleadings are settled and all parties are added *before* proceeding to the class certification stage.  *Cf.* S.D. Fla. L.R. 16.1(b)(2)(C)(i) (requiring that the parties' Rule 26 report propose limits on the time to join other parties and to amend the pleadings).

Third, plaintiffs never address the proper procedures for deciding class certification, and they never explain how compliance with those procedures would be possible where the pleadings are unsettled.  As Union Bank explained in its moving papers, Rule 23 and the appellate cases which have interpreted it make clear that a trial court must independently analyze each element for recovery and each affirmative defense, and decide whether those elements/defenses may be established by common as opposed to individual proof.  DE #1527, p.4-5.  Indeed, the Court must conduct a "rigorous analysis" of whether these requirements are met.  *General Tel. Co. v. Falcon*, 457 U.S. 147, 161, 102 S.Ct. 2364, 2372 (1982); *see also Vega v. T-Mobile USA, Inc.*, 564 F.3d 1256, 1270 (11th Cir. 2009).  The parties and the Court cannot effectively do that at this juncture, before it has been decided whether plaintiffs' RICO claim can survive a motion to dismiss and whether reliance is a required element of that claim, and before Union Bank has even pleaded its affirmative defenses to whichever claims might survive the motion to dismiss.

Plaintiffs would have this Court give lip service to these requirements.  They suggest that the Court simply decide which claims are viable and what the elements are for recovery at the same time it rules on class certification.  This backwards approach would force the parties to brief and argue class certification while the pleadings and claims are unsettled.  The Court could not possibly analyze whether Union Bank's defenses are susceptible to class-wide proof because Union Bank will not have answered the complaint by the time class certification is decided.

Plaintiffs' approach would thus muddy the waters as to the basis for the Court's ruling and create an unnecessary risk of error in the class certification process.

Finally, plaintiffs also fail to address the case management concerns which were raised in Union Bank's motion and which drove the Court's tranche approach to this MDL proceeding. Plaintiffs explicitly argue that this Court should simultaneously rule on the motion to dismiss and class certification, which is not workable for the reasons already explained. They imply that the Court should consider *Baptista* and the Eleventh Circuit's recent pronouncement on preemption of bank fee claims in a series of motions, brought by one or two banks at a time, as arbitration or other procedural issues are resolved, stays are lifted, and cases within a given tranche begin to move forward again on differentiated schedules. Essentially, plaintiffs suggest that serial motions be the order of the day from this point forward. Repetitive motion practice of the sort envisioned by plaintiffs would stand in stark contrast to the tranche approach which allowed this Court to, for example, rule on an omnibus motion to dismiss in seven cases simultaneously.

Instead of addressing the practical and legal points made by Union Bank in support of this motion, plaintiffs fall back on name calling and *ad hominem* attacks. They dismiss the motion as "specious" and "frivolous," and argue that Union Bank is simply trying to delay a case which is now "getting ready for trial." In fact, it is not; the pleadings are not even settled and there is a distinct possibility that an additional party may be brought into this lawsuit. Any delay to the existing schedule was caused by plaintiffs, who are attempting to bring a new claim nearly two years into this lawsuit and on the eve of class certification. Nor is there any merit to plaintiffs' suggestion that Union Bank "held off" on filing this motion to get an advance look at plaintiffs' motion for class certification. The need for this motion became apparent only recently—within the past two weeks, and long after plaintiffs had filed their motion for class

certification—after this Court granted plaintiffs' motion to amend their complaint, the Supreme Court ruled in *Concepcion*, the Eleventh Circuit issued its decision in *Baptista*, and this Court stayed all of the other cases in the first tranche.

Clearly, plaintiffs want the Court to rule on each of these issues quickly in the case against Union Bank. However, Union Bank respectfully suggests that it is more important that these issues be resolved correctly and in a manner which makes "efficient use of the Court's and parties' resources," to borrow plaintiffs' explanation for affirmatively seeking a stay of a different first tranche case. For the reasons set forth above and in Union Bank's motion, the Court should remove Union Bank from the first tranche or, in the alternative, issue an order holding that the Court's May 13, 2011 Order [DE #1479] also applies to Union Bank.

Dated: June 2, 2011               Respectfully submitted,

/s/ Alan G. Greer
Alan G. Greer, Esq.
Florida Bar No. 0123294
agreer@richmangreer.com
John M. Brumbaugh, Esq.
Florida Bar No. 0126350
jbrumbaugh@richmangreer.com
Ethan J. Wall, Esquire
Florida Bar No. 45158
ewall@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131-2305
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

and

        John B. Sullivan
        jbs@severson.com
        Jan T. Chilton
        jtc@severson.com
        Mark D. Lonergan
        mdl@severson.com
        Peter H. Bales
        phb@severson.com
        One Embarcadero Center, Suite 2600
        San Francisco, CA 94111
        Tel: 415-677-5603
        Fax: 415-956-0439

        Attorneys for Defendant
        UNION BANK, N.A.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 2, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

        /s/ Alan G. Greer
         Alan G. Greer

**SERVICE LIST**

| | |
|---|---|
| Robert C. Gilbert, Esq.<br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br>4141 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Steve Yourke, Kristen Richards, Frank Smith, Cynthia Larsen* |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155 |

Edward Adam Webb, Esq.
G. Franklin Lemond, Jr., Esq.
Webb Klase & Lemond, LLC
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
*Attorneys for William W. Powell, Jr., Faith Gofdon, Jeffrey Buffington, Jeanette Buffington, Lawrence D. Hough, Pamela J. Hough*

Anne P. McHugh, Esq.
Pellettieri Rabstein & Altman
100 Nassau Park Boulevard, Suite 111
Princeton, NJ 08543-5301
*Attorney for Virgilio S. Casayuran, Jr.*

Edward F. Feinstein, Esq.
Ellen M. Doyle, Esq.
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, 17th FL
429 Forbes Avenue
Pittsburgh, PA 15219
*Attorney for Virgilio S. Casayuran, Jr.*

William C. Hearon, Esq.
Stewart Tilghman Fox & Bianchi
One Southeast Third Avenue
Miami, FL 33131
*Attorney for Melanie L. Garcia*

Ari Y. Brown, Esq.
Genessa A. Stout, Esq.
Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
*Attorneys for Alex Zankich, William Ruckter, Marc Martinez, Robert Lowe, Lori Aldana, Shane Parins ,Kara Parins*

John Matthew Geyman, Esq.
John Wentworth Phillips, Esq.
Phillips Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
*Attorney for Alex Zankich, William Rucker*

Russell W. Budd, Esq.
Bruce W. Steckler, Esq.
Melissa K Hutts, Esq.
Baron & Budd, P.A.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Elizabeth A. Alexander, Esq.
Lieff Cabraser Heimann & Bernstein
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
*Attorney for Steven Yourke*

David M. Given, Esq.
Nicholas A. Carlin, Esq.
R. Scott Erlewine, Esq.
Phillips Erlewine & Given LLP
50 California Street, 35th FL
San Francisco, CA 94111
*Attorneys for Steven Yourke, Kristen Richards, Maxine Aarons Given*

Charles M. Delbaum, Esq.
Stuart T. Rossman, Esq.
National Consumer Law Center
Seven Winthrop Square, 4th FL
Boston, MA 02110
*Attorneys for Steve Yourke, Kristen Richards*

Stephen P. Willison, Esq.
Willison & Hellman PC
44 Grandville Avenue Southwest, Suite 200
Grand Rapids, MI 49503
*Attorneys for Michelle Gulley*

Bonney E. Sweeney, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
*Attorney for Donald Kimenker*

Isam C. Khoury, Esq.
James Jason Hill, Esq.
Jeffrey James Geraci
Michael D. Singer
Cohelan Khoury & Singer
605 C. Street, Suite 200
San Diego, CA 92101
*Attorneys for John D. Kikland*

| | |
|---|---|
| Burton H. Finkelstein, Esq.<br>Eugene J. Benick, Esq.<br>Rosemary M. Rivas, Esq.<br>Tracy D. Rezvani, Esq.<br>Finkelstein Thompson LLP<br>1050 Thirtieth Street Northwest<br>Washington, DC 20007<br>*Attorneys for Andrea Luquetta* | Joshua L. Ross, Esq.<br>Steve D. Larson, Esq.<br>Stoll Stoll Berne Lokting & Shlachter<br>209 Southwest Oak Street, 5th Floor<br>Portland, OR 97204<br>*Attorneys for Dolores Gutierrez* |
| Denyse Clancy, Esq.<br>Baron Budd LLP<br>3102 Oak Lawn Avemue, Suite 1100<br>Dallas, TX 75219<br>*Attorney for Vada Mitchell, Daisy Webb* | Chaim S. Setareh, Esq.<br>Law Office of Shaun Setareh<br>9454 Wilshire Boulevard, Penthouse Suite 3<br>Beverly Hills, CA 90212<br>*Attorney for Sandra Quarles* |
| Michael R. Comeau, Esq.<br>Comeau Maldegen Templeman & Indall LLP<br>P.O. Box 669<br>Santa Fe, NM 87504<br>*Attorney for Marc Martinez* | Marcus J. Bradley, Esq.<br>Marlin & Saltzman, Esq.<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>*Attorney for Sandra Quarles* |
| Miriam E. Zakarin, Esq.<br>TEVA North America<br>1090 Horsham Road<br>P.O. Box 1090<br>North Wales, PA 19450<br>*Attorney for Angela Walsh-Duffy, Brett Freeman* | Patricia N. Syverson, Esq.<br>Todd David Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>*Attorneys for Josh Naehu-Reyes* |
| Norah Hart, Esq.<br>Treuhaft & Zakarin LLP<br>1011 Avenue of the Americas, 4th Floor<br>New York, NY 10000<br>*Attorney for Angela Walsh-Duffy, Brett Freeman* | Charles D. Marshall, Esq.<br>Green Welling PC<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>*Attorney for Lacy Barras* |
| Alan M. Mansfield, Esq.<br>Consumer Law Group<br>9466 Black Mountain Road, Suite 225<br>San Diego, CA 92126<br>*Attorney for Katherine Anne Williams* | Gary Walker Jackson, Esq.<br>Jackson & McGee LLP<br>521 East Boulevard<br>Charlotte, NC 28203<br>*Attorney for Lacy Barras* |
| Howard Rubinstein, Esq.<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>*Attorney for Katherine Anne Williams* | Jeffrey F. Keller, Esq.<br>Keller Grover LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>*Attorney for George Burke* |
| Marian S. Rosen, Esq.<br>Marian S. Rosen & Associates<br>5065 Westheimer, Suite 840<br>Houston, TX 77506<br>*Attorney for Katherine Anne Williams* | Lisa Marie Simonetti, Esq.<br>Alexandria Rose Kachadoorian, Esq.<br>Julia B. Strickland, Esq.<br>Stroock & Stroock & Lavan LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>*Attorneys for Citibank FSB, Citibank, Inc.*<br>*Citibank (West), FSB, Citibank, N.A.* |

| | |
|---|---|
| Alisha A. Marin, Esq.<br>James R. Patterson, Esq.<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>*Attorneys for Josh Naehu-Reyes* | Barbara J. Dawson, Esq.<br>Robert Matthew Kort, Esq.<br>Snell & Wilmer<br>400 East Van Buren<br>1 Arizona Center<br>Phoenix, AZ 85004<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* |
| Brian J. Meenaghan, Esq.<br>Ronald E. Beard, Esq.<br>Randy Albert Englund, Esq.<br>Tara N. Gillespie, Esq.<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Attorneys for Wells Fargo Bank, N.A.* | Ashley F. Cummings, Esq.<br>James M. Beach, Esq.<br>Lawrence J. Bracken, II<br>Hunton & Williams LLP<br>600 Peachtree Street Northeast, Suite 4100<br>Atlanta, GA 30308<br>*Attorneys for Wachovia Bank, N.A.* |
| Bryanne J. Schmitt, Esq.<br>David M. Jolley, Esq.<br>Emily Johnson Henn, Esq.<br>Margaret G. May, Esq.<br>Sonya Diane Winner, Esq.<br>Steven Duane Sassaman, Esq.<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., Union Bank, N.A., Wells Fargo & Co.* | James R. McGuire, Esq.<br>Rita Lin, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Wachovia Bank, N.A., Wachovia Corp, US Bank, N.A., U.S. Bank, NA, U.S. Bancorp*<br><br>Sylvia Rivera, Esq.<br>Morrison & Foerseter LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013<br>*Attorney for U.S. Bank, NA, U.S. Bancorp* |
| Dori Katrine Stibolt, Esq.<br>Fox Rothschild LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL 33401<br>*Attorney for Wells Fargo Bank, N.A.* | Leda Dunn Wettre, Esq.<br>Robinson Wettre & Miller LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>*Attorney for Wachovia Bank, N.A.* |
| Jay Earl Smith, Esq.<br>Smith Larsen & Wixom<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* | Tracy Thomas Cottingham, III<br>Hunton & Williams LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 3500<br>Charlotte, NC 28280<br>*Attorney for Wachovia Bank, N.A., Wachovia Corp.* |
| Tracy L. Ashmore, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* | Aaron Schur, Esq.<br>Sharon D. Mayo, Esq.<br>Arnold & Porter LLP<br>275 Battery Street, Suite 2700<br>San Francisco, CA 94111<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California* |

| | |
|---|---|
| Barbara Viniegra, Esq.<br>James Randolph Liebler, Esq.<br>Liebler Gonzalez & Portuondo<br>Courthouse Tower<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130<br>*Attorney for Bank of America, N.A.*<br><br>Christopher Scott Tarbell, Esq.<br>Laurence J. Hutt, Esq.<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th FL<br>Los Angeles, CA 90017<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*<br><br>Anne Marie Mortimer, Esq.<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>*Attorney for Wachovia Corp.*<br><br>Alan G. Kipnis, Esq.<br>John M. Cooney<br>Arnstein & Lehr LLP<br>200 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>*Attorney for Keybank National Association*<br><br>Jan T. Chilton, Esq.<br>John B. Sullivan, Esq.<br>Mark Douglas Lonergan<br>Peter Higgins Bales<br>Severson & Werson PC<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Union Bank, N.A., Unionbancal Corp.*<br><br>Todd D. Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br><br>Mark D. Flanagan, Esq.<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1117 South California Avenue<br>Palo Alto, CA 94304<br>*Attorney for JP Morgan Chase Bank* | Barry R. Davison, Esq.<br>Hunton & Williams LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*<br><br>A. Stephen Hut, Jr., Esq.<br>Michelle Ognibene, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue Northwest<br>Washington, DC 20006<br>*Attorneys for J. P. Morgan Chase Bank, N.A.*<br><br>Alan E. Schoenfeld, Esq.<br>Christopher R. Lipsett, Esq.<br>David Sapir Lesser, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 1022<br>*Attorneys for J.P. Morgan Chase bank, N.A., JP Morgan Chase & Co.*<br><br>Andrew Bejamin Grossman, Esq.<br>Matthew D. Benedetto, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>*Attorneys for J.P. Morgan Chase Bank, N.A.*<br><br>Bruce W. Neckers, Esq.<br>John M. Lichtenberg, Esq.<br>Paul A. McCarthy, Esq.<br>Rhoades McKee PC<br>161 Ottawa Avenue Northwest, Suite 600<br>Grand Rapids, MI 49503<br>*Attorneys for Huntington Bancshares, Inc.* |

| | |
|---|---|
| C. Marie Eckert, Esq.<br>Cody J. Elliott, Esq.<br>Miller Nash LLP<br>111 Southwest Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>*Attorney for U.S. Bank, N.A.*<br><br>Constance Melissa Ewing, Esq.<br>David B. Darden, Esq.<br>Eric Jon Taylor, Esq.<br>Nancy H. Baughan, Esq.<br>William J. Holley, II, Esq.<br>Parker Hudson Rainer & Dobbs<br>Marquis II Tower<br>285 Peachtree Center Avenue Northeast, Suite 1500<br>Atlanta, GA 30303<br>*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank*<br><br>Alan S. Kaplinsky, Esq.<br>Martin C. Bryce, Jr., Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>*Attorneys for Huntington Banchsares, Inc., Huntington National Bank*<br><br>Michael Ross Tein, Esq.<br>Lewis Tein, Esq.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>*Attorneys for PNC Bank, National Association*<br><br>Geoffrey M. Johnson, Esq.<br>Scott & Scott<br>12434 Cedar Road, Suite 12<br>Cleveland, Ohio 44106<br><br>Joseph S. Tusa, Esq.<br>Whalen & Tusa, P.C.<br>33 West 19th Street, 4th FL<br>New York, NY 10011<br><br>Melissa L. Zujkowski, Esq.<br>Michael N. Ungar, Esq.<br>Ulerm & Berne<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, Ohio 44113 | Lindsey Elisa Bowen, Esq.<br>Lynette Eaddy Smith, Esq.<br>William H. Withrow, Jr., Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street Northeast, Suite 5200<br>Atlanta, GA 30308<br>*Attorneys for SunTrust Banks, Inc.*<br><br>James A. Dunbar, Esq.<br>Venable LLP<br>210 West Pennsylvania Avenue, suite 500<br>Towson, MA 21204<br>*Attorney for M & T Bank Corp.*<br><br>John T. Prisbe, Esq.<br>Venable Baetjer & Howard<br>Mercantile Bank & Trust Building<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201<br>*Attorney for M & T Bank Corp.*<br><br>Richard D. McCune, Jr., Esq.<br>Jae Kook Kim, Esq.<br>McCune Wright LLP<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley*<br><br>Jospeh P. Guglielmo, Esq.<br>Scott & Scott LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110<br><br>David R. Scott, Esq.<br>Amanda F. Lawrence<br>Scott & Scott LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415 |