UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTIONS

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK
N.D. Ga. Case No. 1:09-cv-01558

*Hough v. Regions Financial Corporation*
S.D. Fla. Case No. 1:10-cv -20476-JLK
N.D. Ga. Case No. 09-02545

*Given v. M & T Bank Corporation*
S.D. Fla. Case No. 1:10-cv-20478-JLK
D. MD Case 1:09-cv-02207-WDQ

*Barras v. Branch Banking and Trust Company*
S.D. Fla. Case No. 1:10-cv-20813-JLK
M.D. of NC Case No. 1:09-cv-0678

*Powell-Perry v. Branch Banking and Trust Company*
S.D. Fla. Case No. 1:10-cv-20820-JLK
M.D. of NC Case No. 1:09-cv-0619

**JOINT REQUEST FOR STATUS CONFERENCE
RE ARBITRATION-RELATED PROCEEDINGS**

Plaintiffs' Coordinating Counsel and Defendants in the above-captioned cases jointly request that the Court convene a status conference, preferably the week of June 13-17, 2011, to address arbitration-related proceedings in the above-captioned cases and state as follows:

1. On May 18, 2011, Plaintiffs' Coordinating Counsel and Defendants' Liaison Counsel filed a Joint Report Re List of Cases in Second Tranche (the "Report"). [DE # 1494]. The Report identified a number of cases where motions to compel arbitration have been filed, or are expected to be filed shortly. Among the cases identified in the Report are the five second tranche cases listed below, which were stayed pending the outcome of their respective appeals before the Eleventh Circuit Court of Appeals arising from Orders denying motions to compel arbitration:

    a. *Buffington v. SunTrust Banks, Inc.*, Case No. 1:09-cv-23632-JLK;

    b. *Hough v. Regions Financial Corporation*, Case No. 1:10-cv -20476-JLK;

    c. *Given v. M & T Bank Corporation*, Case No. 1:10-cv-20478-JLK;

    d. *Barras v. Branch Banking and Trust Company*, Case No. 1:10-cv-20813-JLK; and

    e. *Powell-Perry v. Branch Banking and Trust Company*, Case No. 1:10-cv-20820-JLK.

On April 28 and 29, 2011, following oral argument, the Eleventh Circuit entered Orders vacating and remanding the above cases to this Court for reconsideration in light of the Supreme Court's opinion in *Concepcion v. AT&T Mobility*. The Eleventh Circuit's mandates were issued on June 1 and June 2, 2011.

2. Defendants in the above cases have filed or are planning to file renewed motions to compel arbitration.

3. To facilitate the orderly and efficient resolution of these motions, Plaintiffs and Defendants request that the Court convene a status conference to address the parties' respective

positions regarding arbitration-related discovery and briefing schedules. In contemplation of such a status conference, the parties agree that:

    a. The deadline for Plaintiffs' opposition to the renewed motions to compel arbitration will be deferred pending the status conference and will be due no sooner than 17 days after the status conference;

    b. The deadline for Defendants' responses and objections to Plaintiffs' outstanding arbitration-related discovery will be deferred pending the status conference and will be due no sooner than 17 days after the status conference; and

    c. Both sides may submit memoranda, not to exceed 20 pages, addressing their respective positions regarding arbitration-related discovery and briefing schedules no later than June 10, 2010 or three days prior to the status conference, whichever date is later.

4.    A status conference will enable the parties and the Court to address issues pertaining to arbitration-related proceedings in the above-captioned cases. Accordingly, the parties respectfully request that the Court convene a status conference this month, preferably during the week of June 13-17, 2011. The parties estimate that one (1) hour will be sufficient for the status conference.

Dated: June 2, 2011.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ William J. Holley, II
William J. Holley, II
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
David B. Darden
Georgia Bar No. 250341

PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
Telephone: (404) 523-5300
E-mail: wholley@phrd.com
E-mail: nbaughan@phrd.com
E-mail: ddarden@phrd.com

*Attorneys for Defendants Branch Banking and Trust Company and Regions Bank*

/s/ Lynette Eaddy Smith
William N. Withrow, Jr.
Georgia Bar No. 772350
william.withrow@troutmansanders.com
Lynette Eaddy Smith
Georgia Bar No. 236841
lynette.smith@troutmansanders.com
Lindsey E. Bowen
Georgia Bar No. 431819
lindsey.bowen@troutmansanders.com

TROUTMAN SANDERS LLP
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
404.885.3000

*Attorneys for SunTrust Banks, Inc.*

/s/ James A. Dunbar
James A. Dunbar (admitted *pro hac vice*)
Matthew R. Alsip (admitted *pro hac vice*)

VENABLE LLP
210 West Pennsylvania Avenue, Suite 500
Towson, Maryland 21204
410-494-6200 (telephone)
410-821-0147 (facsimile)
jadunbar@venable.com
mralsip@venable.com

John T. Prisbe (admitted *pro hac vice*)
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-244-7400 (telephone)
410-244-7742 (facsimile)
jtprisbe@venable.com

*Counsel for Manufacturers and Traders Trust Company a/k/a M&T Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596