IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FIRST TRANCHE ACTION<br><br>*Lopez v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23127-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONSE OF DEFENDANT JPMORGAN CHASE BANK, N.A. TO PLAINTIFFS'
MOTION TO DEFER RULING ON CHASE'S MOTION TO STAY OR DISMISS, IN
FAVOR OF ARBITRATION, THE PROCEEDINGS RELATING TO CLAIMS OF
<u>PLAINTIFFS LOPEZ, MCDANIEL, REED, AND STONE</u>**

On May 19, 2011, Plaintiffs filed their Motion to Defer Ruling on Chase's Motion to Stay or Dismiss, In Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed, and Stone (the "Motion to Defer"). [MDL Dkt. No. 1504.] Chase's response to the Motion to Defer was due to be filed this date, June 6, 2011.

However, when the Court heard oral argument on Chase's underlying motion for a stay pending arbitration relating to the claims of plaintiffs Lopez, McDaniel, Reed, and Stone, on June 1, 2011, the Court entertained at that hearing argument on plaintiffs' request to defer ruling on arbitration. Subsequently, by Order dated June 3, 2011, the Court determined to allow ninety days of limited arbitration-related discovery. [MDL Dkt. No. 1576.]

Chase opposed the Motion to Defer orally at the hearing on June 1, and had anticipated filing its brief in opposition as scheduled today, June 6, contending that Chase's fully-submitted arbitration motion should be resolved, and granted, based on the existing record before the Court. Chase associates itself with the positions on the issues as set forth in already-filed briefs by defendants Wells Fargo Bank, N.A. [MDL Dkt. No. 1539] and U.S. Bank, N.A. [MDL Dkt. No. 1581]. However, Chase understands that the Court's Order of June 3 has already decided the issue to be briefed, and on that basis Chase does not intend to burden the Court with further briefing today.

Dated:  June 6, 2011

      HOMER BONNER, P.A.
/s/ Peter W. Homer
Peter W. Homer
(phomer@homerbonner.com)
Gregory J. Trask
(gtrask@homerbonner.com)
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
tel.: (305) 350-5139
fax: (305) 372-2738
WILMER CUTLER PICKERING HALE
  AND DORR LLP

s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendants JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 6, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served this day on all parties or counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Christopher R. Lipsett