# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JEFFREY BUFFINGTON and JEANETTE BUFFINGTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST BANKS, INC.,<br><br>Defendant. | Civil Action No. 1:09-CV-1558-ODE |

## **AFFIDAVIT OF TRACY M. KENNEDY**

TRACY M. KENNEDY, who having personally appeared before the undersigned officer, duly authorized by law to administer oaths, having been first duly sworn according to law, deposes and states the following:

1.

I voluntarily and freely make this affidavit for use as evidence in support of Defendant SunTrust Bank's Motion to Compel Arbitration and to Stay Action in the above-styled action, for use in any other proceeding in the above-styled action, and for any other use or purpose authorized by law. I am over the age of twenty-one years, am suffering from no legal disability, and am competent

and authorized to make this affidavit and testify to the statements and facts contained herein.

2.

I am a Direct Marketing Coordinator and an Assistant Vice President of SunTrust Bank. I have been employed by SunTrust Bank for over 10 years. SunTrust Bank is a Georgia chartered bank with offices and branches in a number of different states. Among other types of business, SunTrust Bank administers and maintains deposit accounts for its customers. In the regular course of its business, SunTrust Bank maintains documents relating to such deposit accounts, processes credits, debits and checks drawn on such deposit accounts, prepares periodic statements for such deposit accounts, and maintains a database of information regarding such deposit accounts. All the records created by SunTrust Bank regarding these activities are created and kept in the regular course of business. All such records created are made by employees and/or agents of SunTrust Bank at the time of the acts and are recorded by one with knowledge of such acts.

3.

The information contained in this Affidavit was obtained from my own personal knowledge or from the business records of SunTrust Bank. I am familiar with such records and how they are created and maintained.

4.

Jeffrey S. Buffington and Jeanette C. Buffington maintain a deposit checking account at SunTrust Bank with an account number of *********4683 (in order to protect the security of this account, only the last four numbers of the account is being listed) (the "Account"). The Account was originally held with the Community Bank of Florida. The Account was transferred to SunTrust Bank on March 16, 2006 and notice of such was provided to Jeffrey S. Buffington and Jeanette C. Buffington on several occasions, including February 13, 2006. Attached to this Affidavit as Exhibit "A" is a true and correct copy of a sample of the February 13, 2006 letter provided to Jeffrey S. Buffington and Jeanette C. Buffington. At that time, Jeffrey S. Buffington and Jeanette C. Buffington were also provided a copy of the Rules and Regulations for Deposit Accounts which agreement was to govern the Account.

FURTHER, AFFIANT SAYETH NOT.

_____
TRACY M. KENNEDY

Sworn to and subscribed
before me this __14__ day
of July, 2009.

*[signature]*
Notary Public

```
JANET BULLOCK
Notary Public
Cobb County
State of Georgia
My Commission Expires May 21, 2010
```

- 4 -

**Exhibit A**

February 13, 2006

**Your Community Bank of Florida accounts will become**
**Wal-Mart Money Center by SunTrust Bank accounts.**
**We're delighted to welcome you to the SunTrust family!**

As you may know, the Community Bank of Florida branch located inside your local Wal-Mart has become part of SunTrust Bank. Our goal is to do everything we can to make you feel right at home at your new Wal-Mart Money Center by SunTrust.

**Making the transition easy.**
You'll continue to enjoy all the great convenience of being able to bank at your local Wal-Mart store. And you'll continue to see the same friendly faces and get the same personal service when you come in to do your banking. You'll also enjoy greater banking convenience than ever before, with more than 1,600 full-service SunTrust branches and more than 2,700 SunTrust ATMs at your service, throughout Florida as well as 10 other states and Washington, D.C.

**Keeping you informed.**
At the close of business on Thursday, March 16, 2006, we will automatically transfer your Community Bank of Florida accounts to Wal-Mart Money Center by SunTrust. We're providing the following information so you'll have all the facts you need to know.

**The enclosed *Welcome Guide* includes:**
- Answers to questions you may have about the move to SunTrust
- Information about the conversion of your personal accounts and services
- An overview of the many new account options and services that will soon be available to you.

**The enclosed disclosure booklet, Rules and Regulations for Deposit Accounts**, includes the terms and conditions that will govern you're accounts and services at SunTrust as of March 16, 2006.

**We want you to be happy with the banking services we provide.**
Keep in mind that you'll have new choices and options available to you at your local Wal-Mart Money Center by SunTrust. If you prefer a different account than the one we've selected for you, we'll be happy to help you switch. Just visit your branch or call us.

As you review these materials, if you have any questions, please feel free to call our special hotline at 1.888.533.1588 from 7:00 a.m. – 10:00 p.m. seven days a week. We appreciate this opportunity to serve your financial needs, and look forward to bringing you outstanding service and convenience every day. Welcome to SunTrust.

Sincerely,


Name
Title