UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

---

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Harris v. Associated Bank, N.A.*
W.D. WI Case No. 3:10-cv-00812
S.D. FL Case No. 1:10-cv-22948-JLK

---

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC SERVICE

Please take notice that Jonathan Streisfeld, Esq. of the law firm of Kopelowitz Ostrow Ferguson Weiselberg Keechl, 200 SW 1st Avenue, Suite 1200, Fort Lauderdale, FL 33301, hereby enters his appearance as co-counsel on behalf of Plaintiff, Harris.

Jonathan Streisfeld is a member in good standing of the United States District Court for the Southern District of Florida.

### REQUEST FOR ELECTRONIC SERVICE ON COUNSEL THROUGH THE CM/ECF SYSTEM

Plaintiff, Harris, by and through undersigned counsel, requests that counsel for Plaintiff receive service of all documents filed with the Court and all Court orders in this action via the CM/ECF system. Therefore, Plaintiff, Harris, respectfully requests that the following counsel be added to the Court's electronic notification mailing list:

Jonathan M. Streisfeld          streisfeld@kolawyers.com

10849-007/00028534_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG KEECHL**
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*Counsel for Plaintiff and the Proposed Class*

By: */s/ Jonathan M. Streisfeld*
Jonathan M. Streisfeld
Florida Bar No. 117447
streisfeld@kolawyers.com