UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

_____
                                                                    :
IN RE: CHECKING ACCOUNT              :
OVERDRAFT LITIGATION                   :
                                                                    :
MDL No. 2036                                        :
_____:
_____
                                                                    :
THIS DOCUMENT RELATES TO:      :
                                                                    :
*Casayuran, et al. v. PNC Bank, National* :
*Association.*                                           :
S.D. FL. Case No. 10-cv-20496-JLK    :
                                                                    :
*Cowen, et al. v. PNC Bank, National*       :
*Association.*                                           :
S.D. FL. Case No. 10-cv-21869-JLK    :
                                                                    :
*Hernandez, et al. v. PNC Bank, N.A.*      :
S.D. FL. Case No. 10-cv-21868-JLK    :
                                                                    :
*Matos v. National City Bank*                 :
S.D. FL. Case No. 10-cv-21771-JLK    :
_____:

**DEFENDANTS PNC BANK, N.A. AND NATIONAL CITY BANK'S
REQUEST FOR A HEARING ON THEIR MOTION JOINING IN JP MORGAN
CHASE BANK, N.A.'S MOTION, BASED ON RECENTLY DECIDED ELEVENTH
CIRCUIT AUTHORITY, TO DISMISS ON GROUNDS OF PREEMPTION PURSUANT
TO RULE 12(c) AND ON FURTHER RECONSIDERATION OF ITS EARLIER
MOTION PURSUANT TO RULE 12(b)(6), OR, IN THE ALTERNATIVE FOR
<u>CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)</u>**

Pursuant to Local Rule 7.1(b)(1), defendants PNC Bank, National Association

and National City Bank (the "Defendants") hereby request a hearing on their Motion Joining in

JP Morgan Chase Bank, N.A.'s ("Chase") Motion, Based On Recently Decided Eleventh Circuit

Authority To Dismiss On Grounds Of Preemption Pursuant To Rule 12(c) And On Further Reconsideration Of Its Earlier Motion Pursuant To Rule 12(b)(6), Or, In The Alternative For Certification Pursuant To 28 U.S.C. § 1292(b).

The Defendants submit that a hearing would assist the Court in its consideration of the importance and application of the Eleventh Circuit's recent decision in *Baptista v. JPMorgan Chase Bank, N.A.*, ___ F.3d ___, 2011 WL 1772657 (11th Cir. May 11, 2011), wherein the Eleventh Circuit addressed the preemption issues in a precedential opinion relevant to this Court's prior rulings. The Defendants adopt the reasons and estimated time set forth in Chase's Request for Hearing on the Motion (DE#1485).

Respectfully Submitted,

| /s/   Michael R. Tein | /s/   Darryl J. May |
|---|---|
| Michael R. Tein | Darryl J. May |
| Florida Bar No.: 993522 | BALLARD SPAHR LLP |
| tein@lewistein.com | 1735 Market Street, 51st Floor |
| Guy A. Lewis | Philadelphia, PA  19103 |
| Florida Bar No.: 623740 | Tel.:  (215) 665-8500 |
| lewis@lewistein.com | Fax:  (215) 864-8999 |
| Kathryn A. Meyers | may@ballardspahr.com |
| Florida Bar No.: 0711152 | and |
| kmeyers@lewistein.com | Mariah Murphy |
| LEWIS TEIN, P.L. | BALLARD SPAHR LLP |
| 3059 Grand Avenue, Suite 340 | A Pennsylvania Limited Liability Partnership |
| Coconut Grove, Florida 33133 | 210 Lake Drive East |
| Tel:  (305) 442-1101 | Cherry Hill, NJ 08002-1163 |
| Fax: (305) 442-6744 | Tel :  (856) 761-3400 |
|  | Fax:  (856) 761-1020 |
|  | murphym@ballardspahr.com |

*Attorneys for Defendants PNC Bank, N. A. and National City Bank*

Dated: June 8, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

_____
                                    :
IN RE: CHECKING ACCOUNT             :
OVERDRAFT LITIGATION                :
                                    :
MDL No. 2036                        :
_____:

I hereby certify that on June 8, 2011, I electronically filed the foregoing Request for Hearing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing Request for Hearing is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/   Mariah Murphy
Mariah Murphy
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East
Cherry Hill, NJ 08002-1163
Tel.:  (856) 761-3400
Fax:  (856) 761-1020
murphym@ballardspahr.com

*Attorneys for Defendants PNC Bank, N. A.
and National City Bank*