UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION OF COURT'S JUNE 3 SCHEDULING ORDER (DE # 1580)

**THIS CAUSE** comes before the Court upon the Joint Motion for Rehearing of Order of June 3, 2011 (DE # 1584). No new grounds for extension of class certification response brief by Defendant JPMorgan Chase Bank in the *Luquetta v. JPMorgan Chase Bank* have been asserted, as either overlooked or not considered by the Court.

It is so **ORDERED and ADJUDGED** that the Joint Motion for Rehearing of Order of June 3, 2011 (DE # 1584) be and the same is hereby **DENIED**. Defendant JPMorgan Chase Bank shall file its brief in response to Plaintiff's filed Motion for Class Certification (DE # 1397) on or before June 16, 2011 (to adjust for the time lost to consider this motion for rehearing filed June 7, 2011).

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 9th day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record