UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
THIS DOCUMENT RELATES TO:

*Shane Swift v. BancorpSouth, Inc.,*
S.D. Fla. Case No. 1:10-cv-23872-JLK

*McKinley v. Great Western Bank*
S.D. Fla. Case No. 1:10-cv-22770-JLK

*Wolfgeher v. Commerce Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-22017-JLK

*Steen v. Capital One, N.A.*
S.D. Fla. Case No. 1:10-cv-22058-JLK

*Harris v. Associated Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21821-JLK

*Casayuran, et al. v. PNC Bank, National Association.*
S.D. Fla. Case No. 1:10-cv-20496-JLK

*Cowen, et al. v. PNC Bank, National Association.*
S.D. Fla. Case No. 1:10-cv-21869-JLK

*Hernandez, et al. v. PNC Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21868-JLK

*Matos v. National City Bank*
S.D. Fla. Case No. 1:10-cv-21771-JLK

*Blahut v. Harris, N.A.*
N.D. IL Case No. 1:10-2543
S.D. Fla. Case No. 1:10-cv-21821-JLK

*Simmons v. Comerica Incorporated*
*S.D. Fla. Case No. 1:10-cv-22958-JLK*
_____/

## ORDER SETTING ORAL ARGUMENT ON PLAINTIFFS' MOTIONS TO STRIKE AFFIRMATIVE DEFENSES

The above-styled case is hereby set for oral argument to address Motions to Strike Affirmative Defenses (DE # 1390, 1474, 1475, 1476, 1477, 1478, 1480, and 1481, respectively) filed by Plaintiffs as to certain affirmative defenses raised by Defendants Bancorp South, Inc., Great Western Bank, Commerce Bank, Capital One, Harris, Associated Bank, PNC Bank, National City Bank, and Comerica. Oral argument shall be held **Monday, June 20, 2011, at 10:00 a.m.** before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record