UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Harris v. Associated Bank, N.A.*
*S.D. Fla. Case No. 1:10-cv-21821-JLK*

*Blahut v. Harris, N.A.*
*S.D. Fla. Case No. 1:10-cv-21821-JLK*
*N.D. Ill. Case No. 1:10-2543*

**STIPULATION AND ORDER REGARDING MOTIONS TO STRIKE AFFIRMATIVE
DEFENSES FILED BY ASSOCIATED BANK, N.A. AND HARRIS, N.A.**

This Stipulation and Order is entered into by and among the parties to the two above-captioned actions to resolve the Motions to Strike Affirmative Defenses filed by the Plaintiffs in those actions [DE # 1474, 1480]. The parties agree as follows and request that the Court enter an Order approving this Stipulation, with the language of which is at the end of this Stipulation:

1. The Motions to Strike Affirmative Defenses against Defendants, Associated Bank, N.A. and Harris, N.A. ("Defendants"), which appear in the Record as DE # 1474 and 1480, are withdrawn without prejudice.

2. Defendants in the above-captioned cases shall have 21 days from the date of this Stipulation to file their Amended Answers and Affirmative Defenses.

3. Defendants agree that their amended pleadings will contain separate sections for affirmative defenses and specific denials to assist the Court and the Plaintiffs in understanding the Defendants' positions on who bears the burden of proof.

4. Defendants acknowledge that Plaintiffs argue that Defendants' original affirmative defenses and specific denials are lacking in factual allegations necessary to meet pleading requirements, and Plaintiffs' further arguments that some of the affirmative defenses and specific denials are redundant. Without conceding that Plaintiffs' arguments are correct, Defendants agree to consider and address Plaintiffs' arguments in their amended pleadings in an effort to avoid the Plaintiffs filing future motions attacking the sufficiency of Defendants' amended affirmative defenses and specific denials pursuant to Federal Rule of Civil Procedure 12(f).

5. Plaintiffs in the above-captioned actions shall have 21 days from the filing of each Defendants' Amended Answer and Affirmative Defenses to seek relief pursuant Rule 12(f).

6. Without conceding that they were required to do so with regard to the pending Motions to Strike Affirmative Defenses, Plaintiffs agree that in advance of filing any Rule 12(f) motion addressing the Defendants' amended pleadings Plaintiffs will satisfy the pre-filing conference requirement set forth in S.D. Fla. Rule 7.1(a)(3).

7. Defendants have raised the concern that their failure to include an affirmative defense in Defendants' to be filed amended pleadings could be deemed a waiver of a defense that may be revealed in discovery. Plaintiffs acknowledge that this Stipulation shall not foreclose the Defendants from asserting their rights under Federal Rule of Civil Procedure 15(a)(2) to timely seek to amend or add one or more affirmative defenses or specific denial after Defendants have filed their Amended Answers and Affirmative Defenses. The case law interpreting Rule 15(a)(2)

shall govern any motion filed by any of the Defendants, as well as the Plaintiffs responses to such motions.

Dated: June 14, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

3

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

By:  *s/ Aaron S. Weiss*

Benjamine Reid (FL Bar # 183522)
Email: breid@carltonfields.com
Aaron S. Weiss (FL Bar #  48813)
Email: aweiss@carltonfields.com
**CARLTON FIELDS, P.A.**
100 Southeast Second Street, Suite 4200
Miami, Florida  33131
Telephone No. (305) 530-0050
Facsimile No.   (305) 530-0055

---and---

David D. Pope (Admitted Pro Hac Vice)
Email: dpope@mayerbrown.com
Debra Bogo-Ernst (Admitted Pro Hac Vice)
Email: dernst@mayerbrown.com
Lucia Nale (Admitted Pro Hac Vice)
Email:  lnale@mayerbrown.com
Joshua Yount (Admitted Pro Hac Vice)
Email:  jyount@mayerbrown.com
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois  60606
Telephone: No. (312) 782-0600
Facsimile No. (312) 701-7711

*Attorneys for Defendants Associated Bank, N.A. and Harris, N.A.*

**ORDER APPROVING STIPULATION**

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Court in Miami, Florida this ____ day of June 2011.

**JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE**