UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Shane Swift v. BancorpSouth, Inc.*
S.D. Fla. Case No. 1:10-cv-23872-JLK

### STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES FILED BY BANCORPSOUTH BANK

This Stipulation and Order is entered into by and among the parties to the above-captioned action to resolve the Motion to Strike Affirmative Defenses filed by the Plaintiff in that action [**DE # 1390**]. The parties agree as follows and request that the Court enter an Order approving this Stipulation and removing Plaintiff's Motion [**DE # 1390**] from the list of motions scheduled to be argued on June 20, 2011, the language of which is at the end of this Stipulation:

1. The Motion to Strike Affirmative Defenses against Defendant, BancorpSouth Bank ("Defendant"), which appears in the Record as DE # 1390 is withdrawn without prejudice.

2. Defendant in the above-captioned case shall have 21 days from the date of this Stipulation to file its Amended Answer and Affirmative Defenses.

3. Defendant agrees that its amended pleading will contain separate sections for affirmative defenses and specific denials to assist the Court and the Plaintiff in understanding the Defendant's position on who bears the burden of proof.

1

4.	Defendant acknowledges that Plaintiff argues that Defendant's original affirmative defenses and specific denials are lacking in factual allegations necessary to meet pleading requirements, and Plaintiff's further arguments that some of the affirmative defenses and specific denials are redundant.  Without conceding that Plaintiff's arguments are correct, Defendant agrees to consider and address Plaintiff's arguments in its amended pleading in an effort to avoid the Plaintiff filing a future motion attacking the sufficiency of Defendant's amended affirmative defenses and specific denials pursuant to Federal Rule of Civil Procedure 12(f).

5.	Plaintiff in the above-captioned action shall have 21 days from the filing of Defendant's Amended Answer and Affirmative Defenses to seek relief pursuant Rule 12(f).

6.	Without conceding that he was required to do so with regard to the pending Motions to Strike Affirmative Defenses, Plaintiff agrees that in advance of filing any Rule 12(f) motion addressing the Defendant's amended pleading Plaintiff will satisfy the pre-filing conference requirement set forth in S.D. Fla. Rule 7.1(a)(3).

7.	Defendant has raised the concern that its failure to include an affirmative defense in Defendant's to be filed amended pleading could be deemed a waiver of a defense that may be revealed or further supported in discovery.  Plaintiff acknowledges that this Stipulation shall not foreclose the Defendant from asserting its rights under Federal Rule of Civil Procedure 15(a)(2) to timely seek to amend or add one or more affirmative defenses or specific denials after Defendant has filed its Amended Answer and Affirmative Defenses.  The case law interpreting Rule 15(a)(2) shall govern any motion filed by the Defendant, as well as the Plaintiff's responses to such a motion.

Dated: June 15, 2011

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

| | |
|---|---|
| /s/ E. Adam Webb<br>E. Adam Webb, Esquire<br>Georgia Bar No. 743910<br>Adam@WebbLLC.com<br>Matthew C. Klase, Esquire<br>Georgia Bar No. 141903<br>Matt@WebbLLC.com<br>G. Franklin Lemond, Jr., Esquire<br>Georgia Bar No. 141315<br>FLemond@WebbLLC.com<br>WEBB, KLASE & LEMOND, L.L.C.<br>1900 The Exchange, S.E.<br>Suite 480<br>Atlanta, GA 30339<br>Tel: 770-444-9325<br>Fax: 770-444-0271 | /s/ Michael W. Sobol<br>Michael W. Sobol, Esquire<br>California Bar No. 194857<br>msobol@lchb.com<br>Roger N. Heller, Esquire<br>California Bar No. 215348<br>rheller@lchb.com<br>Jordan Elias, Esquire<br>California Bar No. 228731<br>jelias@lchb.com<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN L.L.P.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Tel: 415-956-1000<br>Fax: 415-956-1008 |
| /s/ Russell W. Budd<br>Russell W. Budd, Esquire<br>Texas Bar No. 03312400<br>rbudd@baronbudd.com<br>Bruce W. Steckler, Esquire<br>Texas Bar No. 00785039<br>bsteckler@baronbudd.com<br>Mazin A. Sbaiti, Esquire<br>Texas Bar No. 24058096<br>msbaiti@baronbudd.com<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br>Tel: 214-521-3605<br>Fax: 214-520-1181 | /s/ David S. Stellings<br>David S. Stellings, Esquire<br>New York Bar No. 2635282<br>dstellings@lchb.com<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN L.L.P.<br>250 Hudson Street<br>8th Floor<br>New York, NY  10013<br>Tel: 212-355-9500<br>Fax: 212-355-9592 |

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

/s/ Eric Jon Taylor
Eric Jon Taylor, Esq.
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II, Esq.
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden, Esq
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor, Esq.
Georgia Bar. 288210
deg@phrd.com
PARKER, HUDSON, RAINER & DOBBS LLP
285 Peachtree Center Avenue N.E.
1500 Marquis Two Tower
Atlanta, Georgia 30303
Direct: (404) 420-5526
Facsimile: (404) 522-8409

*Attorneys for BancorpSouth Bank*

## ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Court in Miami, Florida this ____ day of June 2011.

_____
**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**