**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Steen v. Capital One, N.A.*
*S.D. Fla. Case No. 1:10-cv-22058-JLK*

### STIPULATION AND ORDER REGARDING PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES FILED BY CAPITAL ONE, N.A.

This Stipulation and Order is entered into by and among the parties to the above-captioned to resolve the Motion to Strike Affirmative Defenses filed by the Plaintiffs in that action **[DE # 1475]**. The parties agree as follows and request that the Court enter an Order approving this Stipulation and removing Plaintiffs' Motion **[DE # 1475]** from the list of motions scheduled to be argued on June 20, 2011, the language of which is at the end of this Stipulation:

1. The Motion to Strike Affirmative Defenses against Defendant, Capital One, N.A. ("Defendant"), which appears in the Record as DE # 1475, is withdrawn without prejudice.

2. Defendant in the above-captioned case shall have 21 days from the date of this Stipulation to file its Amended Answer and Affirmative Defenses.

3. Defendant agrees that its amended pleading will contain separate sections for affirmative defenses and specific denials to assist the Court and the Plaintiffs in understanding the Defendant's position on who bears the burden of proof.

4. Defendant acknowledges that Plaintiffs argue that Defendant's original affirmative defenses and specific denials are lacking in factual allegations necessary to meet pleading requirements, and Plaintiffs' further arguments that some of the affirmative defenses and specific denials are redundant. Without conceding that Plaintiffs' arguments are correct, Defendant agrees to consider and address Plaintiffs' arguments in its amended pleading in an effort to avoid the Plaintiffs filing a future motion attacking the sufficiency of Defendant's amended affirmative defenses and specific denials pursuant to Federal Rule of Civil Procedure 12(f).

5. Plaintiffs in the above-captioned action shall have 21 days from the filing of Defendant's Amended Answer and Affirmative Defenses to seek relief pursuant Rule 12(f).

6. Without conceding that she was required to do so with regard to the pending Motions to Strike Affirmative Defenses, Plaintiffs agree that in advance of filing any Rule 12(f) motion addressing the Defendant's amended pleading Plaintiffs will satisfy the pre-filing conference requirement set forth in S.D. Fla. Rule 7.1(a)(3).

7. Defendant has raised the concern that its failure to include an affirmative defense in Defendant's to be filed amended pleading could be deemed a waiver of a defense that may be revealed and further supported in discovery. Plaintiffs acknowledge that this Stipulation shall not foreclose the Defendant from asserting its rights under Federal Rule of Civil Procedure 15(a)(2) to timely seek to amend or add one or more affirmative defenses or specific denials after Defendant has filed its Amended Answer and Affirmative Defenses. The case law interpreting Rule 15(a)(2) shall govern any motion filed by the Defendant, as well as the Plaintiffs' responses to such a motion.

Dated: June 15, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

| | |
|---|---|
| /s/ Ruben Honik | /s/ Ted E. Trief |
| Ruben Honik, Esquire | Ted E. Trief, Esquire |
| Pennsylvania Bar No. 33109 | New York Bar No. 1476662 |
| rhonik@golombhonik.com | ttrief@triefandolk.com |
| Kenneth J. Grunfeld, Esquire | Barbara E. Olk, Esquire |
| Pennsylvania Bar No. 84121 | New York Bar No. 1459643 |
| kgrunfeld@golombhonik.com | bolk@triefandolk.com |
| GOLOMB & HONIK, P.C. | TRIEF & OLK |
| 1515 Market Street | 150 E. 58th Street |
| Suite 1100 | 34th Floor |
| Philadelphia, PA 19102 | New York, NY 10155 |
| Tel: 215-985-9177 | Tel: 212-486-6060 |
| Fax: 215-985-4169 | Fax: 212-317-2946 |

*Plaintiffs' Executive Committee*

/s/ James R. McGuire
James R. McGuire, Esq. (*pro hac vice*)
Rita F. Lin, Esq. (*pro hac vice*)
Mimi Yang, Esq. (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Capital One, N.A.*

### ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Court in Miami, Florida this ____ day of June 2011.

_____
**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**