UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

## ORDER CANCELLING HEARING

**THIS CAUSE** comes before the Court upon Defendant Union Bank's Motion for a continuation of the hearing set for Friday, June 24, 2011 (DE # 1632). The motion is an agreed motion.

Upon consideration, it is **ORDERED, ADJUDGED and DECREED** that Defendant Union Bank's Agreed Motion Requesting Resetting of Oral Argument Date (DE # 1632) be, and the same is hereby **GRANTED**. The oral argument on Union Bank's Motion To Dismiss scheduled for **Friday, June 24, 2011, at 10:00 AM** is hereby **CANCELLED.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of June, 2011.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Copies furnished to Counsel of Record