UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Gisela Eivet v. Iberiabank*
S.D. Fla. Case No. 1:11-cv-23790
_____/

## ORDER SETTING HEARING ON MOTION TO ENJOIN COPYCAT CASE

**THIS CAUSE** comes before the Court upon Plaintiffs' Verified Motion to Enjoin Copycat Case (DE #1608), filed June 14, 2011. Therein, Plaintiffs note that the above-styled member case was the first-filed class action case anywhere in the nation against Defendant Iberiabank, which has been subsumed within the MDL proceedings since it was transferred to this Court on October 22, 2010 (DE #851).

Some months later, another action was filed in an Arkansas state circuit court against the same Defendant with substantially the same allegations, purporting to represent a class of Arkansas-only plaintiffs. (DE #1608 at 2). Over one month after the Arkansas action was filed, counsel for Defendant Iberiabank filed a Notice of Removal of the Arkansas state case as well as a Notice of Tag-Along letter to the Judicial Panel on Multidistrict Litigation, indicating the matter should be included within this Court's MDL administration. As a result, the Arkansas case was conditionally transferred to MDL No. 2036.

Since that conditional transfer, the Arkansas plaintiffs have questioned the propriety of

inclusion of the Arkansas case within the MDL proceedings and have filed a Notice of Intent to Oppose such inclusion. That issue is pending before the Judicial Panel on Multidistrict Litigation, and has not yet been resolved. Nonetheless, on June 3, 2011, the Arkansas plaintiffs and Defendant Iberiabank filed with the Arkansas federal district court a Motion to Approve Class Action Settlement, which seeks to define the Arkansas action as involving a national class encompassing all Iberiabank account holders nationwide.

The actions taken by the parties to the Arkansas action may invade the province of this Court to adjudicate MDL No. 2036. The first-filed case against Defendant Iberianbank is *Eivet v. Iberiabank*, which is properly part of MDL No. 2036. Accordingly, permitting Defendant Iberiabank to settle any claims against it in a forum outside of MDL No. 2036 may interfere with this Court's authority and with the proper resolution of the remaining MDL cases.

Accordingly, upon consideration of Plaintiffs' Motion to Enjoin Copycat Case and review of the corresponding law, it is **ORDERED, ADJUDGED, and DECREED** that:

1. The parties of the above-styled member case shall **APPEAR** for oral argument on Plaintiffs' Motion to Enjoin Copycat Case (DE #1608) on **Friday, June 24, 2011 at 10:00 a.m.**

2. Defendant Iberiabank shall **RESPOND** to Plaintiffs' Motion to Enjoin on or before Thursday, June 23, 2011 at 5:00.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 17th day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record