UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**DISCOVERY MOTION**

**REPLY IN SUPPORT OF MOTION OF DEFENDANT WELLS FARGO BANK, N.A.
FOR CLARIFICATION CONFIRMING STAY OF MERITS DISCOVERY
PENDING FINAL RESOLUTION OF ARBITRATION MOTION**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully submits this reply in support of its motion for clarification (D.E. # 1597) of the Court's June 3, 2011 Order (D.E. # 1576). Plaintiffs' Response (D.E. # 1627) offers no reasoned basis why Wells Fargo should be required to provide merits discovery during a time plaintiffs agree no merits discovery is appropriate. Plaintiffs offer no answer to the well-established rule that discovery should not proceed while a motion to compel arbitration is pending. And plaintiffs offer no justification for diverting Wells Fargo's resources from the limited discovery on arbitration-related issues that the Court has directed the parties to conduct.

Wells Fargo accordingly seeks confirmation that this Court's May 13 and June 3 Orders have stayed *all* merits discovery, including any such discovery that may have been ordered or otherwise in process at the time those orders were entered.

DATED:  June 17, 2011                                              COVINGTON & BURLING LLP

By:   /s/ Emily Johnson Henn

Sonya D. Winner (*pro hac vice*)
(swinner@cov.com)
David M. Jolley (*pro hac vice*)
(djolley@cov.com)
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Barry R. Davidson
(bdavidson@hunton.com)
Florida Bar No. 107678
Jamie Zysk Isani
(jisani@hunton.com)
Florida Bar No. 728861
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ Emily Johnson Henn

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800