UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834-JLK
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

### ORDER GRANTING MOTION OF DEFENDANT WELLS FARGO BANK, N.A. FOR CLARIFICATION CONFIRMING STAY OF MERITS DISCOVERY PENDING FINAL RESOLUTION OF ARBITRATION MOTION

THIS CAUSE having come before the Court on the Motion of Defendant Wells Fargo Bank, N.A. for Clarification Confirming Stay of Merits Discovery (D.E. #1597) Pending Final Resolution of Arbitration Motion, and the Court having considered the Motion and other

2

pertinent portions of the record, and good cause appearing, hereby **ORDERS AND ADJUDGES** that:

    1.    The Motion of Defendant Wells Fargo Bank, N.A. for Clarification Confirming Stay of Merits Discovery Pending Final Resolution of Arbitration Motion is hereby **GRANTED**.

    2.    All merits discovery is stayed pending final resolution of the Motion of Wells Fargo Bank, N.A. To Dismiss or, in the Alternative, To Stay in Favor of Arbitration (D.E. # 1384), including the June 30 production deadline set forth in the Court's March 23 Order (D.E. # 1308).

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 17 day of June 2011.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record