IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FIRST TRANCHE ACTION<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. CV09-6967-GHK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF PAGE LIMIT FOR JPMORGAN CHASE BANK, N.A.'S MEMORANDUM OF LAW IN OPPOSITION TO CLASS CERTIFICATION IN THE *LUQUETTA* ACTION

THIS CAUSE having come before the Court on the Agreed Motion for an Extension of the Page Limit for Chase's Memorandum of Law in Opposition to Class Certification in the Luquetta Action (the "Class Opposition"), and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby **ORDERS AND ADJUDGES** that:

1. The Agreed Motion for Extension of Page Limit is GRANTED.

2. Chase is authorized to file its Class Opposition up to 90 pages.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse in Miami, Florida this 17th day of June, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE