UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

**THIS DOCUMENT RELATES TO:**

*Garcia v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Tornes v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Spears-Haymond v. Wachovia Corp., et al*
S.D. Fla. Case No. 1:09-cv-21680-JLK

*Amrhein v. Citibank Inc., et al*
S.D. Fla. Case No. 1:09-cv-21681-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK

*Waters, et al v. U.S. Bancorp, et al*
S.D. Fla. Case No. 1:09-cv-23034-JLK

*Gordon v. Branch Banking & Trust Company*
S.D. Fla. Case No. 1:09-cv-23067-JLK

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23126-JLK

*Lopez, et al. v. J.P. Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Zankich, et al v. Wells Fargo Bank N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK

*Larsen v. Union Bank, N.A., et al*
S.D. Fla. Case No. 1:09-cv-23235-JLK

*Luquetta v. J.P. Morgan Chase Bank N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK

*Gulley v. Huntington Bancshares, Inc., et al*
S.D. Fla. Case No. 1:09-cv-23514-JLK

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK

*Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834-JLK

*Williams v. Wachovia Bank N.A.*
S.D. Fla. Case No. 1:10-cv-20359-JLK

*Hough, et al v. Regions Financial Corporation*
S.D. Fla. Case No. 1:10-cv-20476-JLK

*Given v. M&T Bank Corporation*
S.D. Fla. Case No. 1:10-cv-20478-JLK

*Casayuran v. PNC Bank, National Association*
S.D. Fla. Case No. 1:10-cv-20496-JLK

*Barras v. Branch Banking & Trust Company*
S.D. Fla. Case No. 1:10-cv-20813-JLK

*Powell-Perry, et al v. Branch Banking & Trust Company*
S.D. Fla. Case No. 1:10-cv-20820-JLK

*Dwyer v. Toronto-Dominion Bank*
S.D. Fla. Case No. 1:10-cv-20855-JLK

*Preston & Associates Int'l P.C. v. Wells Fargo & Company, et al*
S.D. Fla. Case No. 1:10-cv-20913-JLK

*Duval v. Citizens Financial Group, Inc., et al.*
S.D. Fla. Case No. 1:10-cv-21080-JLK

*Mascaro v. TD Bank. Inc., et al*
S.D. Fla. Case No. 1:10-cv-21117-JLK

*Johnson v. KeyBank National Association*
S.D. Fla. Case No. 1:10-cv-21176-JLK

*Keyes v. Fifth Third Bank*
S.D. Fla. Case No. 1:10-cv-21283-JLK

*Mosser v. TD Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21386-JLK

*Matos v. National City Bank*
S.D. Fla. Case No. 1:10-cv-21771-JLK

*Green v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21814-JLK

*Blahut v. Harris, N.A.*
S.D. Fla. Case No. 1:10-cv-21821-JLK

*Hernandez v. PNC Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21868-JLK

*Cowen v. PNC Bank, National Association*
S.D. Fla. Case No. 1:10-cv-21869-JLK

*Mazzadra v. TD Bank, Inc.*
S.D. Fla. Case No. 1:10-cv-21870-JLK

*Daniels v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-22014-JLK

*Wolfegeher v. Commerce Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-22017-JLK

*Steen v. Capital One Financial Corp., et al*
S.D. Fla. Case No. 1:10-cv-22058-JLK

*Dasher v. RBC Bank (USA)*
S.D. Fla. Case No. 1:10-cv-22190-JLK

*Shalaby v. Banco Santander, S.A., et al*
S.D. Fla. Case No. 1:10-cv-22317-JLK

*Eno, et al v. M&I Marshall & Ilsey Bank*
S.D. Fla. Case No. 1:10-cv-22730-JLK

*McKinley v. Great Western Bank*

S.D. Fla. Case No. 1:10-cv-22770-JLK

*Orallo v. Bank of the West*
S.D. Fla. Case No. 1:10-cv-22931-JLK

*Blankenship v. RBS Citizens, N.A., et al*
S.D. Fla. Case No. 1:10-cv-22942-JLK

*Harris v. Associated Banc-Corp.*
S.D. Fla. Case No. 1:10-cv-22948-JLK

*Dee v. Bank of the West*
S.D. Fla. Case No. 1:10-cv-22985-JLK

*Tapp, et al v. International Banchares Corp.*
S.D. Fla. Case No. 1:10-cv-23689-JLK

*Eivet v. Iberiabank*
S.D. Fla. Case No. 1:10-cv-23790-JLK

*Swift v. Bancorpsouth Bank*
S.D. Fla. Case No. 1:10-cv-23872-JLK

*Childs, et al v. Columbus Bank & Trust, et al*
S.D. Fla. Case No. 1:10-cv-23938-JLK

*Brown, et al v. US Bank National Association*
S.D. Fla. Case No. 1:10-cv-24147-JLK

*Phillips, et al v. Bank of America N.A.*
S.D. Fla. Case No. 1:10-cv-24316-JLK

*Johnson v. UMB Bank N.A., et al*
S.D. Fla. Case No. 1:10-cv-24332-JLK

*Avery v. RBC Bank*
S.D. Fla. Case No. 1:10-cv-24382-JLK

*Anderson v. Compass Bank*
S.D. Fla. Case No. 1:11-cv-20436-JLK

*Case v. Bank of Oklahoma, N.A.*
S.D. Fla. Case No. 1:11-cv-20815-JLK

*Kennedy v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:11-cv-21313-JLK

*Clay, et al. v. City Holding Company, et al*
S.D. Fla. Case No. 1:11-cv-21410-JLK
_____/

## OMNIBUS ORDER ADMINISTRATIVELY CLOSING MEMBER CASES, REQUIRING FUTURE FILINGS IN LEAD CASE

**THIS CAUSE** comes before the Court *sua sponte*. The above-styled matters are member cases in *In re Checking Account Overdraft Litigation*, MDL No. 2036.

When a case is either transferred into the MDL No. 2036 or directly filed in the Southern District of Florida, it is assigned a Southern District case number. Although parties sometimes file motions under their assigned Southern District numbers, such filings are improper under the rules controlling multi-district litigation. All motions filed in this multi-district litigation must be filed under the MDL case number 09-2036. The Court will not consider any motions filed under the Southern District number. Any motions filed in the transferor court prior to transfer into this MDL, or pending under the assigned Southern District case number shall be re-filed under the MDL number.

Accordingly, in an effort to promote efficiency in the Court's management of this case it is **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The Clerk of Court **SHALL administratively close the above-styled cases** and remove them from the Court's pending case list. Any motions filed under the member cases are **DENIED as moot.**

2. The parties will reference their assigned Southern District case numbers in the style of their pleadings, but parties will only **FILE** motions under MDL Case No. 09-2036. The Court will not consider any motions filed under the assigned

5

Southern District number.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 20th day of June, 2011.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**

**All Counsel of Record**