UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court upon Defendant Union Bank's Motion To Dismiss Plaintiffs' Third Amended Complaint (DE # 1355), filed April 20, 2011. Plaintiffs filed their Response in opposition (DE # 1455) on May 9, 2011. Defendant's Motion is now fully briefed. Therefore, it is

**ORDERED, ADJUDGED and DECREED** that the above-styled Motion be, and the same is hereby set for oral argument on **Tuesday, June 28th, at 10:00 AM** before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of June, 2011.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

cc: Copies furnished to Counsel of Record