UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Gisela Eivet v. Iberiabank*
S.D. Fla. Case No. 1:11-cv-23790
_____/

## ORDER GRANTING MOTION FOR CONTINUANCE

**THIS CAUSE** comes before the Court upon Defendant Iberiabank's Unopposed Motion to Continue Hearing (DE # 1637), filed June 17, 2011. Accordingly, upon consideration of Defendant's unopposed Motion, it is

**ORDERED, ADJUDGED, and DECREED** that Defendant Iberiabank's Unopposed Motion to Continue Hearing (DE # 1637) be, and the same is hereby GRANTED. The hearing on Plaintiffs' Motion to Enjoin Copycat Case (DE #1608) is re-set for **Tuesday, June 28 at 2:00 PM**. Defendant Iberiabank shall **RESPOND** to Plaintiffs' Motion to Enjoin by **Tuesday, June 28 at 10:00 AM.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 21st day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record