UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTIONS

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK
N.D. Ga. Case No. 1:09-cv-01558

*Hough v. Regions Financial Corporation*
S.D. Fla. Case No. 1:10-cv -20476-JLK
N.D. Ga. Case No. 09-02545

*Given v. M & T Bank Corporation*
S.D. Fla. Case No. 1:10-cv-20478-JLK
D. MD Case 1:09-cv-02207-WDQ

*Barras v. Branch Banking and Trust Company* S.D. Fla. Case No. 1:10-cv-20813-JLK
M.D. of NC Case No. 1:09-cv-0678

*Powell-Perry v. Branch Banking and Trust Company*
S.D. Fla. Case No. 1:10-cv-20820-JLK
M.D. of NC Case No. 1:09-cv-0619

ORDER DENYING PLAINTIFFS'
MOTION TO EXTEND TIME FOR RESPONSES TO SECOND TRANCHE
DEFENDANTS' ARBITRATION MOTIONS

THIS CAUSE having come before the Court on Plaintiffs' Unopposed Motion to

Extend Time for Responses to Second Tranche Defendants' Arbitration Motions Pending

Status Conference (DE # 1633), filed June 17, 2011. The Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby **ORDERS and ADJUDGES and DECREES that**:

1. Plaintiffs' Unopposed Motion to Extend Time for Responses to Second Tranche Defendants' Arbitration Motions Pending Status Conference (DE #1633) be, and the same is hereby **DENIED**.

2. Plaintiffs' responses addressing arbitration-related motions were due, in accordance with the Federal Rules of Civil Procedure, on June 20th and June 23rd. Those dates, having been modified by counsels' agreement (without Court computation or approval) shall be extended for 10 days. Plaintiffs' Responses are now all due on **Tuesday, July 5th**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 21st day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record