UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Garcia, et al. v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 08-22463-JLK

*Spears-Haymond, et al. v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 09-21680-JLK
N.D. Cal. Case No. 08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**ORDER DENYING PLAINTIFFS' MOTION TO SHORTEN TIME (D.E. #1596)**

THIS MATTER is before the Court upon the Plaintiffs' Motion to Shorten Time for the Defendant to Respond or Object to Arbitration-Related Discovery filed June 9, 2011 (D.E. #1596)  Defendants JPMorgan Chase and Wells Fargo Bank responded (D.E. #1609 and #1610) on June 14, 2011 urging the Court to deny Plaintiffs' Motion and allow them the normal and usual time permitted under the Federal Rules of Civil Procedure for responding.  Upon consideration, it is

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion be, and the same is hereby DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record