UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Powell-Perry et al. v. Branch Banking & Trust Company*
S.D. Fla. Case No. 10-cv-20820-JLK
M.D. N.C. Case No. 09-cv-00619

*Barras v. Branch Banking & Trust Company*
S.D. Fla. Case No. 10-cv-20813-JLK
M.D. N.C. Case No. 09-00678

*Givens v. M&T Bank Corporation*
S.D. Fla. Case No. 10-cv-20478-JLK
Md. Case No. 09-cv-02207

*Hough et al. v. Regions Financial Corporation et al.*
S.D. Fla. Case No. 10-cv-20476-JLK
N.D. Ga. Case No. 09-02545

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 09-cv-23632-JLK
N.D. Ga. Case No. 09-01558
_____/

**ORDER SETTING RECONSIDERATION
OF ARBITRATION DENIALS PURSUANT TO ELEVENTH CIRCUIT MANDATES**

**THIS CAUSE** comes before the Court upon the remand of the above-listed five cases from the United States Court of Appeals for the Eleventh Circuit to this Court "for reconsideration in light of the Supreme Court's opinion" in *AT&T Mobility LLC v. Conception,*

1

No. 09-893, 2011 WL 1561956 (April 27, 2011).

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that the above listed cases be, and the same are hereby **set for oral argument on Friday, August 12, 2011 at 10:00 AM** before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.[1]

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 24th day of June, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record

---

[1] The Court will only hear argument on the remands from the above-listed cases.