| Comparison of Overdraft Settlements to Bank Assets | | | |
|---|---|---|---|
| **Bank** | **Assets** | **Settlement** | **Percentage** |
| Fifth Third | $111,000,000,000 | $9,500,000 | 0.008559% |
| Webster Bank | $17,500,000,000 | $2,800,000 | 0.016000% |
| Bank of America | $2,264,000,000,000 | $410,000,000 | 0.018110% |
| National City | $140,000,000,000 | $12,000,000 | 0.008571% |
| IBERIABANK | $11,000,000,000 | $2,500,000 | 0.022727% |