IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Steen v. Capital One, N.A.*<br>E.D. La. Case No. 2:10-cv-01505-JCZ-KWR<br>S.D. Fla. Case No. 1:10-cv-22058-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CAPITAL ONE, N.A.'S
REQUEST FOR HEARING ON ITS MOTION FOR CERTIFICATION
PURSUANT TO 28 U.S.C. § 1292(b)**

Pursuant to Local Rule 7.1(b), Defendant Capital One, N.A. ("Capital One") hereby requests a hearing on its Motion for Certification Pursuant to 28 U.S.C. § 1292(b) (ECF No. 1587).

A hearing would benefit and assist the Court in understanding the relevant background and arguments, as well as the import and direct applicability of the Eleventh Circuit's recent decision in *Baptista v. JPMorgan Chase Bank, N.A.*, 2011 U.S. App. LEXIS 9568 (11th Cir. May 11, 2011).

Capital One estimates that twenty to thirty minutes would be sufficient to address the issues raised in the Motion.

Dated:  June 27, 2011

Respectfully submitted by,

MORRISON & FOERSTER LLP

By:  /s/ James R. McGuire
     JAMES R. McGUIRE

JAMES R. McGUIRE (*pro hac vice*)
RITA F. LIN (*pro hac vice*)
MIMI YANG (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Defendant*
CAPITAL ONE, N.A.

# CERTIFICATE OF SERVICE

## CASE NO. 1:09-MD-02036-JLK

I hereby certify that on June 27, 2011, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

>*/s/* James R. McGuire
>JMcGuire@mofo.com
>MORRISON & FOERSTER LLP
>425 Market Street
>San Francisco, CA 94105-2482
>Telephone: (415) 268-7000
>Facsimile: (415) 268-7522
>
>*Attorney for Defendant*
>CAPITAL ONE, N.A.