UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

_____
                                                    :
IN RE: CHECKING ACCOUNT          :
OVERDRAFT LITIGATION              :
                                                    :
MDL No. 2036                                :
_____:
_____
                                                    :
THIS DOCUMENT RELATES TO:   :
                                                    :
*Casayuran, et al. v. PNC Bank, National*  :
*Association.*                                   :
S.D. FL. Case No. 10-cv-20496-JLK    :
                                                    :
*Cowen, et al. v. PNC Bank, National*      :
*Association.*                                   :
S.D. FL. Case No. 10-cv-21869-JLK    :
                                                    :
*Hernandez, et al. v. PNC Bank, N.A.*     :
S.D. FL. Case No. 10-cv-21868-JLK    :
                                                    :
*Matos v. National City Bank*                :
S.D. FL. Case No. 10-cv-21771-JLK    :
_____:

**JOINDER OF DEFENDANTS PNC BANK, N.A. AND
NATIONAL CITY BANK IN THE REPLY BRIEF FILED BY DEFENDANT CAPITAL
ONE, N.A. IN SUPPORT OF ITS MOTION, BASED ON RECENTLY DECIDED
ELEVENTH CIRCUIT AUTHORITY, TO DISMISS ON GROUNDS OF PREEMPTION
PURSUANT TO RULE 12(c) AND ON FURTHER RECONSIDERATION OF ITS
EARLIER MOTION PURSUANT TO RULE 12(b)(6), OR, IN THE
<u>ALTERNATIVE, FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b)</u>**

On June 8, 2011, Defendants, PNC Bank, N.A. ("PNC") and National City Bank ("National City"),[1] filed a Joinder in the Motion Based On Recently Decided Eleventh Circuit Authority, To Dismiss On Grounds of Preemption Pursuant To Rule 12(c) And On Further Reconsideration Of its Earlier Motion Pursuant To Rule 12(b)(6), Or, In The Alternative, For Certification Pursuant To 28 U.S.C. § 1292(b) (the "Motion"), filed by JPMorgan Chase Bank, N.A. (DE # 1591). On June 16, 2011, the Plaintiffs filed their Opposition to the Motion (DE # 1628).

PNC hereby joins in and incorporates by reference the reply brief filed by Capital One, N.A. in Support Of Its Motion For Certification Pursuant To 28 U.S.C. § 1292(b); Joinder In JPMorgan Chase Bank, N.A.'s Motion For Reconsideration Or, In The Alternative, Motion For Certification (the "Capital One Reply") (DE # 1660). PNC hereby joins in and incorporates by reference the arguments, citations and authorities set forth in the Capital One Reply.

Additionally, PNC notes that, on June 8, 2011 (DE # 1592), pursuant to Local Rule 7.1(b)(1), it requested a hearing on the Motion. PNC respectfully reiterates that a hearing would assist the Court in its consideration of the very important issue presented by the Motion.

WHEREFORE, PNC joins in the Capital One Reply and respectfully requests that this Court grant the Motion.

Respectfully submitted,

/s/   Michael R. Tein                                    /s/   Darryl J. May
Michael R. Tein                                          Darryl J. May
Florida Bar No.: 993522                                  BALLARD SPAHR LLP
tein@lewistein.com                                       1735 Market Street, 51st Floor

---

[1]   In connection with the acquisition of National City's parent corporation by PNC's parent, National City has been merged into PNC. This submission will therefore generally refer to the moving defendants collectively as "PNC."

Guy A. Lewis
Florida Bar No.: 623740
lewis@lewistein.com
Kathryn A. Meyers
Florida Bar No.: 0711152
kmeyers@lewistein.com
LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel: (305) 442-1101
Fax: (305) 442-6744

Philadelphia, PA  19103
Tel.: (215) 665-8500
Fax: (215) 864-8999
may@ballardspahr.com
    and
Mariah Murphy
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East
Cherry Hill, NJ 08002-1163
Tel : (856) 761-3400
Fax: (856) 761-1020
murphym@ballardspahr.com

*Attorneys for Defendants PNC Bank, N. A. and National City Bank*

Dated: June 27, 2011

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

_____
                                   :
IN RE: CHECKING ACCOUNT            :
OVERDRAFT LITIGATION               :
                                   :
MDL No. 2036                       :
_____:

I hereby certify that on June 27, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/   Mariah Murphy
Mariah Murphy
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East
Cherry Hill, NJ 08002-1163
Tel.:  (856) 761-3400
Fax:  (856) 761-1020
murphym@ballardspahr.com

*Attorneys for Defendants PNC Bank, N. A. and National City Bank*