UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT           Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION
                                  Date    June 28, 2011

                                  JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

TYPE OF PROCEEDING: MOTION HEARING

Scheduling Conference___          Status Conference___
Pre-Trial Conference   ___        Motion Hearing     ___

**Counsel for Plaintiff**: Bruce Rogow, Esq. Peter Prieto, Esq. Robert Josepberg, Esq. (See attachment for additional appearances

**Counsel for Defendant**: Alan Greer, Esq. Mark Lonegan, Esq. Ethan Wall, Esq. Tom Meeks, Esq. (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- The parties *Ore Tenus Joint* Motion for Continuance of the Hearing (10 days Extension of Time) re: Verified Motion to Enjoin Copycat Case (which is set for 2:00 PM this date). Counsel for the parties advised the Court that a possible settlement of the issues will be resolved
- The Court finds that the *Ore Tenus* Joint Motion for Continuance is hereby - **GRANTED**
- The Parties shall file a Status Report within 10 Days
- Oral Argument held on Motion to Dismiss Third Amended Complaint, and It's RICO Claim (D.E. #1355) (Alan Greer, Esq.)
- The Court finds that Plaintiffs shall have leave to file a response as to Baptista within 10 days
- The Court fins that the motion be and the same is hereby - **TAKEN UNDER ADVISEMENT**

1. Peter Prieto — Plaintiffs
   Podhurst Orseck
2. Bruce Rogow — Plaintiffs
3. Alan Greer — Defendant UnionBank
4. Mark Lonergan — " "
5. Tom Meeks — Iberiabank
6. Aaron Weiss — Associated Bank
7. Avi Kaufman — Iberiabank
8. Bill Holley — Regions Bank / BB&T
9. Bryce Allen — Compass
10. Matthew Poliner — Key Bank
11. Ethan Wall — Union Bank
12. Tricia Duthiers — Bank of America
13. Jamie Isani — Wells Fargo