UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILING FEE
PAID 75
In Forma Pauperis 21.056
Steven M. Larimore, Clerk

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

FILED by CBA D.C.
JUN 27 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**MOTION FOR LIMITED APPEARANCE, CONSENT TO
DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE
NOTICES OF ELECTRONIC FILINGS OF CASEY J. MC TIGUE**

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4") and this Court's November 24, 2009 Order (DE # 166) the undersigned respectfully moves for the admission of Casey J. McTigue of the law firm of Severson & Werson, P.C., One Embarcadero Center, 26th Floor, San Francisco, California 94111, for the purposes of limited appearance as counsel on behalf of Union Bank, N.A. in the above styled case and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, in order to permit the attorney to file and receive electronic filings in this case, and in support thereof states as follows:

1.      Casey J. McTigue is not admitted to practice in the Southern District of Florida. He is a member in good standing of the State Bar of California. He is also

admitted to practice in the United States District Court for the Northern District of California where the above styled case was commenced.

2.     Movant, Alan Greer, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.

3.     Movant hereby requests that the Court provide Notice of Electronic Filings to Casey J. McTigue at the following email address: cjm@severson.com.

4.     Movant hereby requests that the Court allow Casey J. McTigue to file documents electronically through this Court's CM/ECF system.

5.     In accordance with the local rules of this Court, Casey J. McTigue has made payment of this Court's $75 admission fee.

6.     As required by the Court's November 24, 2009 Order (DE # 166) this attorney has executed the Certificate of Understanding, Re: Electronic Filing in the Southern District of Florida. The Certificate is attached hereto.

WHEREFORE, Alan Greer moves this Court to enter an Order permitting Casey J. McTigue to appear before this Court on behalf of Union Bank, N.A. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Casey J. McTigue.

DATED:  June 27, 2011                              By: _____/s/ Alan G. Greer_____
                                                              Alan G. Greer

Alan G. Greer                                      Peter H. Bales
Florida Bar No. 0123294                            John B. Sullivan
agreer@richmangreer.com                            Jan T. Chilton
John M. Brumbaugh                                  Mark D. Lonergan
Florida Bar No. 0126350                            Severson & Werson
jbrumbaugh@richmangreer.com                        One Embarcadero Center, Suite 2600
RICHMAN GREER, P.A.                                San Francisco, CA 94111
Miami Center – Suite 1000                          Tel: 415-677-5603
201 South Biscayne Boulevard                       Fax: 415-956-0439
Miami, Florida  33131-2305                         E-mail: phb@severson.com
Tel: 305-373-4000
Fax: 305-373-4099                                  Attorneys for Defendant
                                                   UNION BANK, N.A.
Attorneys for Defendant
UNION BANK, N.A.

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, a true and correct copy of the foregoing was served on June 18, 2010 to the parties listed in the attached Service List.

DATED:  June 27, 2011

By: _____
Alan G. Greer

# SERVICE LIST

| | |
|---|---|
| Robert C. Gilbert, Esq.<br><br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br><br>4141 N.W. 2nd Avenue, Suite 201<br><br>Miami, FL 33137<br><br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Steve Yourke, Kristen Richards, Frank Smith, Cynthia Larsen* |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes, William W. Powell, Jr., April Speers, Estella A. Lopez, John C. Stone, Charles Reed, Jr., Linda McDaniel, Andrea Luquetta* | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155<br><br>Russell W. Budd, Esq.<br>Bruce W. Steckler, Esq.<br>Melissa K Hutts, Esq.<br>Baron & Budd, P.A.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 |

Edward Adam Webb, Esq.
G. Franklin Lemond, Jr., Esq.
Webb Klase & Lemond, LLC
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
*Attorneys for William W. Powell, Jr., Faith Gofdon, Jeffrey Buffington, Jeanette Buffington, Lawrence D. Hough, Pamela J. Hough*

Anne P. McHugh, Esq.
Pellettieri Rabstein & Altman
100 Nassau Park Boulevard, Suite 111
Princeton, NJ 08543-5301
*Attorney for Virgilio S. Casayuran, Jr.*

Edward F. Feinstein, Esq.
Ellen M. Doyle, Esq.
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, 17th FL
429 Forbes Avenue
Pittsburgh, PA 15219
*Attorney for Virgilio S. Casayuran, Jr.*

William C. Hearon, Esq.
Stewart Tilghman Fox & Bianchi
One Southeast Third Avenue
Miami, FL 33131
*Attorney for Melanie L. Garcia*

Ari Y. Brown, Esq.
Genessa A. Stout, Esq.
Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
*Attorneys for Alex Zankich, William Ruckter, Marc Martinez, Robert Lowe, Lori Aldana, Shane Parins, Kara Parins*

John Matthew Geyman, Esq.
John Wentworth Phillips, Esq.
Phillips Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
*Attorney for Alex Zankich, William Rucker*

Elizabeth A. Alexander, Esq.
Lieff Cabraser Heimann & Bernstein
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
*Attorney for Steven Yourke*

David M. Given, Esq.
Nicholas A. Carlin, Esq.
R. Scott Erlewine, Esq.
Phillips Erlewine & Given LLP
50 California Street, 35th FL
San Francisco, CA 94111
*Attorneys for Steven Yourke, Kristen Richards, Maxine Aarons Given*

Charles M. Delbaum, Esq.
Stuart T. Rossman, Esq.
National Consumer Law Center
Seven Winthrop Square, 4th FL
Boston, MA 02110
*Attorneys for Steve Yourke, Kristen Richards*

Stephen P. Willison, Esq.
Willison & Hellman PC
44 Grandville Avenue Southwest, Suite 200
Grand Rapids, MI 49503
*Attorneys for Michelle Gulley*

Bonney E. Sweeney, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
*Attorney for Donald Kimenker*

Isam C. Khoury, Esq.
James Jason Hill, Esq.
Jeffrey James Geraci
Michael D. Singer
Cohelan Khoury & Singer
605 C. Street, Suite 200
San Diego, CA 92101
*Attorneys for John D. Kikland*

Joshua L. Ross, Esq.
Steve D. Larson, Esq.
Stoll Stoll Berne Lokting & Shlachter
209 Southwest Oak Street, 5th Floor
Portland, OR 97204
*Attorneys for Dolores Gutierrez*

Burton H. Finkelstein, Esq.
Eugene J. Benick, Esq.
Rosemary M. Rivas, Esq.
Tracy D. Rezvani, Esq.
Finkelstein Thompson LLP
1050 Thirtieth Street Northwest
Washington, DC 20007
*Attorneys for Andrea Luquetta*

Denyse Clancy, Esq.
Baron Budd LLP
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Attorney for Vada Mitchell, Daisy Webb*

Michael R. Comeau, Esq.
Comeau Maldegen Templeman & Indall LLP
P.O. Box 669
Santa Fe, NM 87504
*Attorney for Marc Martinez*

Miriam E. Zakarin, Esq.
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, PA 19450
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Norah Hart, Esq.
Treuhaft & Zakarin LLP
1011 Avenue of the Americas, 4th Floor
New York, NY 10000
*Attorney for Angela Walsh-Duffy, Brett Freeman*

Alan M. Mansfield, Esq.
Consumer Law Group
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
*Attorney for Katherine Anne Williams*

Howard Rubinstein, Esq.
914 Waters Avenue, Suite 20
Aspen, CO 81611
*Attorney for Katherine Anne Williams*

Marian S. Rosen, Esq.
Marian S. Rosen & Associates
5065 Westheimer, Suite 840
Houston, TX 77506
*Attorney for Katherine Anne Williams*

Chaim S. Setareh, Esq.
Law Office of Shaun Setareh
9454 Wilshire Boulevard, Penthouse Suite 3
Beverly Hills, CA 90212
*Attorney for Sandra Quarles*

Marcus J. Bradley, Esq.
Marlin & Saltzman, Esq.
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
*Attorney for Sandra Quarles*

Patricia N. Syverson, Esq.
Todd David Carpenter, Esq.
Bonnett Fairbourn Friedman & Balint PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
*Attorneys for Josh Naehu-Reyes*

Charles D. Marshall, Esq.
Green Welling PC
595 Market Street, Suite 2750
San Francisco, CA 94105
*Attorney for Lacy Barras*

Gary Walker Jackson, Esq.
Jackson & McGee LLP
521 East Boulevard
Charlotte, NC 28203
*Attorney for Lacy Barras*

Jeffrey F. Keller, Esq.
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107
*Attorney for George Burke*

Lisa Marie Simonetti, Esq.
Alexandria Rose Kachadoorian, Esq.
Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
*Attorneys for Citibank FSB, Citibank, Inc. Citibank (West), FSB, Citibank, N.A.*

Barbara J. Dawson, Esq.
Robert Matthew Kort, Esq.
Snell & Wilmer
400 East Van Buren
1 Arizona Center
Phoenix, AZ 85004
*Attorney for Wells Fargo Bank, N.A., Wells*

| | |
|---|---|
| Alisha A. Marin, Esq.<br>James R. Patterson, Esq.<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>*Attorneys for Josh Naehu-Reyes*<br><br>Brian J. Meenaghan, Esq.<br>Ronald E. Beard, Esq.<br>Randy Albert Englund, Esq.<br>Tara N. Gillespie, Esq.<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Attorneys for Wells Fargo Bank, N.A.*<br><br>Bryanne J. Schmitt, Esq.<br>David M. Jolley, Esq.<br>Emily Johnson Henn, Esq.<br>Margaret G. May, Esq.<br>Sonya Diane Winner, Esq.<br>Steven Duane Sassaman, Esq.<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., Union Bank, N.A., Wells Fargo & Co.*<br><br>Dori Katrine Stibolt, Esq.<br>Fox Rothschild LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL 33401<br>*Attorney for Wells Fargo Bank, N.A.*<br><br>Jay Earl Smith, Esq.<br>Smith Larsen & Wixom<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*<br><br>Tracy L. Ashmore, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* | *Fargo & Co.*<br><br>Ashley F. Cummings, Esq.<br>James M. Beach, Esq.<br>Lawrence J. Bracken, II<br>Hunton & Williams LLP<br>600 Peachtree Street Northeast, Suite 4100<br>Atlanta, GA 30308<br>*Attorneys for Wachovia Bank, N.A.*<br><br>James R. McGuire, Esq.<br>Rita Lin, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Wachovia Bank, N.A., Wachovia Corp, US Bank, N.A., U.S. Bank, NA, U.S. Bancorp*<br><br>Sylvia Rivera, Esq.<br>Morrison & Foerseter LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013<br>*Attorney for U.S. Bank, NA, U.S. Bancorp*<br><br>Leda Dunn Wettre, Esq.<br>Robinson Wettre & Miller LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>*Attorney for Wachovia Bank, N.A.*<br><br>Tracy Thomas Cottingham, III<br>Hunton & Williams LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 3500<br>Charlotte, NC 28280<br>*Attorney for Wachovia Bank, N.A., Wachovia Corp.*<br><br>Aaron Schur, Esq.<br>Sharon D. Mayo, Esq.<br>Arnold & Porter LLP<br>275 Battery Street, Suite 2700<br>San Francisco, CA 94111<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*<br><br>Barry R. Davison, Esq.<br>Hunton & Williams LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia, Celia* |

| | |
|---|---|
| Barbara Viniegra, Esq.<br>James Randolph Liebler, Esq.<br>Liebler Gonzalez & Portuondo<br>Courthouse Tower<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130<br>*Attorney for Bank of America, N.A.*<br><br>Christopher Scott Tarbell, Esq.<br>Laurence J. Hutt, Esq.<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th FL<br>Los Angeles, CA 90017<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*<br><br>Anne Marie Mortimer, Esq.<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>*Attorney for Wachovia Corp.*<br><br>Alan G. Kipnis, Esq.<br>John M. Cooney<br>Arnstein & Lehr LLP<br>200 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>*Attorney for Keybank National Association*<br><br>Jan T. Chilton, Esq.<br>John B. Sullivan, Esq.<br>Mark Douglas Lonergan<br>Peter Higgins Bales<br>Severson & Werson PC<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>*Attorneys for Union Bank, N.A., Unionbancal Corp.*<br><br>Todd D. Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br><br>Mark D. Flanagan, Esq.<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1117 South California Avenue<br>Palo Alto, CA 94304<br>*Attorney for JP Morgan Chase Bank* | *Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*<br><br>A. Stephen Hut, Jr., Esq.<br>Michelle Ognibene, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue Northwest<br>Washington, DC 20006<br>*Attorneys for J. P. Morgan Chase Bank, N.A.*<br><br>Alan E. Schoenfeld, Esq.<br>Christopher R. Lipsett, Esq.<br>David Sapir Lesser, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 1022<br>*Attorneys for J.P. Morgan Chase bank, N.A., JP Morgan Chase & Co.*<br><br>Andrew Bejamin Grossman, Esq.<br>Matthew D. Benedetto, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>*Attorneys for J.P. Morgan Chase Bank, N.A.*<br><br>Bruce W. Neckers, Esq.<br>John M. Lichtenberg, Esq.<br>Paul A. McCarthy, Esq.<br>Rhoades McKee PC<br>161 Ottawa Avenue Northwest, Suite 600<br>Grand Rapids, MI 49503<br>*Attorneys for Huntington Bancshares, Inc.*<br><br>Lindsey Elisa Bowen, Esq.<br>Lynette Eaddy Smith, Esq.<br>William H. Withrow, Jr., Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street Northeast, Suite 5200<br>Atlanta, GA 30308<br>*Attorneys for SunTrust Banks, Inc.* |

| | |
|---|---|
| C. Marie Eckert, Esq.<br>Cody J. Elliott, Esq.<br>Miller Nash LLP<br>111 Southwest Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>*Attorney for U.S. Bank, N.A.*<br><br>Constance Melissa Ewing, Esq.<br>David B. Darden, Esq.<br>Eric Jon Taylor, Esq.<br>Nancy H. Baughan, Esq.<br>William J. Holley, II, Esq.<br>Parker Hudson Rainer & Dobbs<br>Marquis II Tower<br>285 Peachtree Center Avenue Northeast, Suite 1500<br>Atlanta, GA 30303<br>*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank*<br><br>Alan S. Kaplinsky, Esq.<br>Martin C. Bryce, Jr., Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>*Attorneys for Huntington Banchsares, Inc., Huntington National Bank*<br><br>Michael Ross Tein, Esq.<br>Lewis Tein, Esq.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>*Attorneys for PNC Bank, National Association*<br><br>Geoffrey M. Johnson, Esq.<br>Scott & Scott<br>12434 Cedar Road, Suite 12<br>Cleveland, Ohio 44106<br><br>Joseph S. Tusa, Esq.<br>Whalen & Tusa, P.C.<br>33 West 19th Street, 4th FL<br>New York, NY 10011 | James A. Dunbar, Esq.<br>Venable LLP<br>210 West Pennsylvania Avenue, suite 500<br>Towson, MA 21204<br>*Attorney for M & T Bank Corp.*<br><br>John T. Prisbe, Esq.<br>Venable Baetjer & Howard<br>Mercantile Bank & Trust Building<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201<br>*Attorney for M & T Bank Corp.*<br><br>Richard D. McCune, Jr., Esq.<br>Jae Kook Kim, Esq.<br>McCune Wright LLP<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley*<br><br>Jospeh P. Guglielmo, Esq.<br>Scott & Scott LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110<br><br>David R. Scott, Esq.<br>Amanda F. Lawrence<br>Scott & Scott LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br><br>Melissa L. Zujkowski, Esq.<br>Michael N. Ungar, Esq.<br>Ulerm & Berne<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, Ohio 44113 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, Presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
_____/

CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of _California_.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Casey J. McTigue
State Bar No: 266351
Firm name: Severson & Werson
Address: 1 Embarcadero Center, 26th Floor, San Francisco CA
Mailing Address (if different):
Telephone #: (415) 398-3344
E-mail address: cjm@severson.com
Fax #: (415) 956-0439

Dated: 6/16/11

Signature
Attorney for Union Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS (CASEY J. MC TIGUE)**

THIS CAUSE having come before the Court on the Motion for Admission of Casey J. McTigue pro hac vice and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules governing the admission and practice of attorneys in the United States District Court for the Southern District of Florida, permission for a special limited appearance of Casey J. McTigue in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission pro hac vice and Consent of Designation and request to electronically receive notice of electronic filings is GRANTED. Casey J. McTigue is granted permission to appear and participate in this civil action on behalf of Union Bank,

- 2 -

N.A. and Unionbancal Corp. The Clerk shall provide electronic notice of all electronic filings to Casey J. McTigue at cjm@severson.com.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this ____ day of _____, 2011.

_____
United States District Court Judge

Copies furnished to: All Counsel of Record