**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO**
**DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES**
**OF ELECTRONIC FILINGS (MICHELLE T. MC GUINNESS)**

THIS CAUSE having come before the Court on the Motion for Admission of

Michelle T. McGuinness pro hac vice and Consent to Designation, requesting, pursuant to

Rule 4B of the Special Rules governing the admission and practice of attorneys in the

United States District Court for the Southern District of Florida, permission for a special

limited appearance of Michelle T. McGuinness in this matter and request to electronically

receive notice of electronic filings. This Court having considered the motion and all other

relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission pro hac vice and Consent of Designation and request to

electronically receive notice of electronic filings is GRANTED. Michelle T. McGuinness

is granted permission to appear and participate in this civil action on behalf of Union Bank,

N.A..   The Clerk shall provide electronic notice of all electronic filings to Michelle T. McGuinness at mtm@severson.com.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this **29** day of _____, 2011.

United States District Court Judge

Copies furnished to:  All Counsel of Record