## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 27, 2011

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

FILED by ___ D.C.

JUN 28 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Appeal Number: 10-14488-DD
Case Style: Michael Dasher v. RBC
District Court Docket No: 1:09-md-02036-JLK

10 CV 22196

The following 2 volumes of record materials in the referenced case are returned herewith:

Certified copy of U.S. Court of Appeals remand enclosed.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

REC-3 Ltr Returning Record to DC

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 7 2011

JOHN LEY
CLERK

No. 10-14488-DD

MICHAEL DASHER,

                         Plaintiff - Appellee,

versus

RBC BANK (USA),
d.b.a. RBC Bank,

                         Defendant - Appellant.

---

On Appeals from the United States District Court for the
Southern District of Florida

---

BEFORE: BARKETT, WILSON and ARNOLD*, Circuit Judges.

BY THE COURT:

    Joint motion to vacate and remand to District Court is hereby GRANTED.

---

*Honorable Morris S. Arnold, United States Circuit Judge for the Eighth Circuit, sitting by designation.