UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Brown v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:10-CV-24147-JLK
E.D. Wash. Case No. 2:10-00356-RMP

_____/

ORDER DEFERRING RULING ON MOTION TO COMPEL ARBITRATION,
GRANTING TIME TO CONDUCT
LIMITED ARBITRATION-RELATED DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Defer Ruling on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings (DE # 1493) filed May 17, 2011. Defendant filed its Response in opposition (DE # 1581), to which Plaintiff Replied (DE # 1611).

Careful consideration of the briefs impels the conclusion that discovery is necessary. Given the complexity of the legal and factual issues; the astronomical size of the potential class;[1] and the critical impact the decision on Defendant's Motion to Dismiss will have on the future course of this litigation; the Court finds a fully developed,

---

[1] The recent settlement of only <u>one</u> of the 62 assigned MDL cases involves over one million class Plaintiffs (*Tornes, et al. v. Bank of America, N.A.*, S.D. Fla. Case No. 1:08-cv-23323-JLK; *Yourke, et al. v. Bank of America, N.A.*, S.D. Fla. Case No. 1:09-cv-21963-JLK, N.D. Cal. Case No. 3:09-2186).

complete record is essential. The interruption of ongoing merit discovery is justified under these circumstances. Limited discovery will be allowed in the following areas: (1) steps taken by Defendant U.S. Bank to inform customers of their arbitration agreements and any unilateral changes implemented; (2) the availability of lawyers to litigate these low value claims individually due to the complex nature and potentially small recovery; (3) the number of overdraft-related complaints; (4) the number of and result of arbitrations; (5) waiver and futility of filing motions to compel. Ruling on the pending Motion to Compel Arbitration filed by U.S. Bank (DE # 1406) and Plaintiffs' Motion to Strike Portions of Defendant's Reply (DE # 1445) is reversed.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** as follows:[2]

1. The Court sets 90 days in which to conduct limited discovery, by the parties to the above-named case involving Defendant U.S. Bank, N.A.

2. The Court's previously set scheduling order regarding those cases designated on tranches two, three and four cases are not affected by this Order.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 29th of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record

---

[2] The Clerk is instructed to terminate the following motions: (DE # 1493).