UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS (CASEY J. MC TIGUE)

THIS CAUSE having come before the Court on the Motion for Admission of Casey J. McTigue pro hac vice and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules governing the admission and practice of attorneys in the United States District Court for the Southern District of Florida, permission for a special limited appearance of Casey J. McTigue in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Admission pro hac vice and Consent of Designation and request to electronically receive notice of electronic filings is GRANTED. Casey J. McTigue is granted permission to appear and participate in this civil action on behalf of Union Bank,

N.A. and Unionbancal Corp. The Clerk shall provide electronic notice of all electronic filings to Casey J. McTigue at cjm@severson.com.

DONE AND ORDERED in Chambers at Miami, Dade County, Florida this 29 day of Jun, 2011.

_____
United States District Court Judge

Copies furnished to: All Counsel of Record