UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Michael Dasher v. RBC Bank (USA)*
**S.D. Fla. Case No.  1:10-cv-22190-JLK**
_____/

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, RBC BANK (USA)

Carrie Ann Wozniak of the law firm of Akerman Senterfitt hereby enters an appearance as counsel for Defendant, RBC BANK (USA), and requests that all future pleadings and documents in this matter be served upon her at the address listed below.

Dated:  June 30, 2011.

Respectfully submitted,

*/s/ Carrie Ann Wozniak*
Carrie Ann Wozniak, Esquire
Florida Bar No.:  12666
Akerman Senterfitt
Post Office Box 231 (32802-0231)
420 South Orange Avenue, Suite 1200
Orlando, FL  32801
Tel:     (407) 423-4000
Fax:    (407) 843-6610
Email:  carrieann.wozniak@akerman.com

Attorneys for Defendant, RBC Bank (USA)

{O1685006;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 30, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Carrie Ann Wozniak

**SERVICE LIST**

**Michael Dasher v. RBC Bank (USA)**
**Case No. 1:10-cv-22190-JLK**
**United States District Court, Southern District of Florida**

Jeffrey M. Ostrow
ostrow@kolawyers.com
David L. Ferguson
ferguson@kolawyers.com
Kopelowitz Ostrow Ferguson
　Weiselberg Keechl
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
*Counsel for Plaintiff and the Proposed Class*
Served via CM/ECF

Darren T. Kaplan
dkaplan@chitwoodlaw.com
Chitwood Harley Harnes, LLP
2300 Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 873-3900
Facsimile: (404) 876-4476
*Co-counsel for Plaintiff and the Proposed Class*
Served via U.S. Mail