IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:09-MD-02036-JLK**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Brown v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:10-24147-JLK<br>E.D. Wash. Case No. 2:10-00356-RMP | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 9 U.S.C. § 16, U.S. Bank National Association, Defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit this Court's June 30, 2011 Order Deferring Ruling on Motion to Compel Arbitration, Granting Time to Conduct Limited Arbitration-Related Discovery (ECF No. 1673). The motion to which the Order was directed (ECF No. 1406) was a motion by U.S. Bank to stay litigation pending arbitration under 9 U.S.C. § 3 and a motion to compel arbitration under 9 U.S.C. § 4. The Order constitutes an effective denial of both requests.

Dated: June 30, 2011

             Respectfully Submitted,

             /s/ James R. McGuire
             James R. McGuire
             JMcGuire@mofo.com
             MORRISON & FOERSTER LLP
             425 Market Street
             San Francisco, California 94105-2482
             Telephone: (415) 268-7000
             Facsimile: (415) 268-7522
             *Attorney for Defendant U.S. Bank, N.A.*

2

## CERTIFICATE OF SERVICE

## CASE NO.: 1:09-MD-02036-JLK

      I HEREBY CERTIFY that on June 30, 2011, I filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

    /s/ James R. McGuire
James R. McGuire
JMcGuire@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522