IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

_____
IN RE: CHECKING ACCOUNT              )
OVERDRAFT LITIGATION                 )
                                     )
MDL NO. 2036                         )
                                     )
FIRST TRANCHE                        )
_____)


_____
THIS DOCUMENT RELATES TO:            )
                                     )
*Luquetta v. JPMorgan Chase Bank, N.A.* )
S.D. Fla. Case No. 1:09-cv-23432-JLK )
C.D. Cal. Case No. CV09-6967-GHK     )
_____)

## MEDIATION REPORT

Comes now, Thomas E. Scott, as Mediator in the above matter, pursuant to Local Rule 16.2(f)(1) and hereby files this Mediation Report and states as follows:

This case was mediated between Plaintiffsø Committee and J.P. Morgan Chase Bank, N.A. on two occasions: March 17, 2011 and June 28, 2011. Following the second effort, the undersigned has decided to declare an impasse at this time.

Respectfully submitted,

  /s/Thomas E. Scott
Thomas E. Scott (FBN: 149100)
Thomas.scott@csklegal.com
**COLE, SCOTT & KISSANE, P.A.**
Dadeland Centre II, 14th Floor
9150 South Dadeland Boulevard
Miami, Florida 33156
Telephone:  305-350-5381
Facsimile:   305-373-2294