Robert Townsend
P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com

Plaintiff *Pro Se*

FILED by _____ D.C.
JUN 3 0 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT TOWNSEND,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK & COMPANY.,<br>WELLS FARGO BANK, NA., J.P<br>MORGAN CHASE, CHASE BANK USA,<br>N.A., AND AS SUCCESSORS IN<br>INTEREST TO WASHINGTON MUTUAL<br>BANK FA., Does 1-10<br><br>Defendants. | MDL Case **No. 10-2036**<br><br>Southern District of Florida Case No.<br>**10-CV-21834-JLK**<br><br>Central District of California Case No:<br>**CV10-00550 ODW(MLGx)**<br><br>**PLAINTIFF'S MOTION REQUESTING NOTICE<br>OF CLARIFICATION OF APRIL 26, 2011 ORDER<br>TO REMAND TO STATE COURT.** |

TO THE HONORABLE COURT, LISTED DEFENDANTS, AND THEIR COUNSEL OF RECORD:

COMES NOW Plaintiff Robert Townsend (hereinafter "Townsend"), and hereby files this, his Motion Requesting a Notice of Clarification from the Court:

1. On April 6, 2011 the Court Remnded Townsend's lawsuit to State Court and denied all pending motions as moot, for Lack of Judgment Matter Jurisdiction but did not specifiy to which jurisdiction within the State of California the Townsend Lawsuit was being remanded.

2. In point of fact, Townsend initiated the case at bar by filing a 129-page (with exhibits) original complaint against Defendants in January 26, 2010 in United States District Court, California Central Disctrict.

3. There is not now, nor has there ever been a filing of this lawsuit in the Superior Court of California. All activity giving rise to the Townsend Lawsuit ocurred on Orange County, Ca

4. Townsend respectfully request the Court that the most logical, efficient, and just course of action is for the Court to issue a notice of clarification acknowledging that: 1) The Court errored and withdraw it's order of Remand dated April 6, 2011 and or modify ; 2) that any further order of Remand designate and notify Superior Court of California, County of Orange and 3) that all documents related to this case be transferred for full consideration by the Superior Court of California, County of Orange and general Judicial Assignment.

5. Otherwise, judicial resources and legal fees will be expended by all parties in re-filing all the motions, replies, etc. which were pending.

**PRAYER**

Wherefore, premises considered, Plaintiff Robert Townsend respectfully prays that the Court issue a Notice of Clarification stating the following:

  a. The Court errored and withdraw it's order of Remand dated April 6, 2011 Townsend's original lawsuit complaint in this matter was never filed in the Superior Court of California;

  b. The notice of Remand dated April 6, 2011 is withdrawn or modified; and

  c. that any further order of Remand designate and notify Superior Court of California, County of Orange.

  d. that all documents related to this case be transferred for full consideration by the Superior Court of California, County of Orange and general Judicial Assignment.

e. Townsend further prays for any other relief to which the Court may find him entitled.

DATED: June 27, 2011

                                          Respectfully Submitted:

                                          Robert Townsend
                                          P.O. Box 3330
                                          Dana Point, CA 92629
                                          (949)495-0089
                                          Fax (949)495-0580
                                          townsend@runbox.com
                                          Plaintiff *Pro Se*

## DECLARATION OF PLAINTIFF ROBERT TOWNSEND IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT

I, ROBERT TOWNSEND, declare that I am the Plaintiff in the above entitled action and am above the age of majority.

1. On January 26, 2010, I commenced this lawsuit by filing a 129-page (with exhibits) complaint in the United States District Court in California in the Central District.

2. When I received the Court's April 6, 2011 order Remanding my lawsuit to State Court I was shocked. I contacted the Court's Chamber clerk, Yara, who stated Townsend must seek Clarification from the Court.

3. There is not now, nor has there ever been a filing of this lawsuit in the Superior Court of California. All activity giving rise to the Townsend Lawsuit ocurred on Orange County, Ca .

4. If Remanded, the lawsuit would be properly remanded to Superior Court of California, County of Orange.

I declare under penalty of perjury of the laws of the United States that the foregoing statements are true, correct, and within my personal knowledge.

DATE: June 27, 2011

Robert Townsend, Plaintiff

## CERTIFICATE OF SERVICE

In keeping with Rule 5a of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the forging instrument has been served upon all relevant parties:

**BY U.S. MAIL**

Respectfully submitted,

By: /s/

ROBERT TOWNSEND,

P.O. Box 3330
Dana Point, CA 92629
(949)495-0089
Fax (949)495-0580
townsend@runbox.com
Plaintiff *Pro Se*

DATED:  November 11, 2010

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; my business address is 32545 "B" Golden Lantern, Dana Point, Ca 92629

On June 27, 2011 I served the foregoing document described, **PLAINTIFF'S MOTION REQUESTING NOTICE OF CLARIFICATION OF APRIL 26, 2011 ORDER TO REMAND TO STATE COURT.**

Morgan Evans, Esq
Bartel & Evans, LLP
4695 MacArthur Court
Newport Beach Ca 92660
United States of America
Attorneys for
Wells Fargo Bank, et al

David Sapir Lesser
Wilmer, Cutler, Hale & Dolph, LP
399 Park Avenue,
New York, NY 10022

On all interested parties in this action to and by:
  _X___ BY placing _X_ a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

X____ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on the same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party served, service *is* presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

     **BY FACSIMILE TRANSMISSION:** From Fax No. 949-495-0580 to the facsimile numbers listed on the attached mailing list. The facsimile machine I used complied with Rule 2003(3), and the machine reported no error.

     **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

LA/632899v1

1  I declare that I am employed in the office of a member of
2  the Bar of this Court, at whose direction the service was made.

3  EXECUTED on June 27, 2011, at Dana Point, Ca 92629

_____
(Mike Lee)

LA/632899v1