UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-3250

### ORDER GRANTING AGREED MOTION FOR EXTENSION OF PAGE LIMITS FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

THIS CAUSE having come before the Court on the Agreed Motion for Extension of Page Limits for Plaintiffs' Reply In Support of Motion for Class Certification and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that:

1. The Agreed Motion for Extension of Page Limits is GRANTED.

2. Plaintiffs are authorized to file a Reply In Support of Motion for Class Certification of up to 37 pages.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this ____ day of July, 2011.

                                                                         JAMES LAWRENCE KING
                                                          UNITED STATES DISTRICT JUDGE
                                                          SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record