UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,
MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Townsend v. Wells Fargo Bank & Company, et al.,*;
S.D. Fla. Case No. 10-cv-21834-JLK
C.D. Cal. Case No. CV 10-550 ODW
_____/

## ORDER OF CLARIFICATION ON THE COURT'S ORDER OF REMAND FOR LACK OF SUBJECT MATTER JURISDICTION

**THIS CAUSE** comes before the Court upon Plaintiff Townsend's Motion for Clarification (DE # 1679) filed July 1, 2011. In Plaintiffs' motion, he seeks clarification on the Court's April 6, 2011 Order of Remand (DE # 1328). Specifically, Plaintiff requests that the Court specify to which Court his case is being remanded to.

Accordingly, upon reconsideration of the Court's Order of Dismissal for Lack of Jurisdiction, it is therefore **ORDERED and ADJUDGED** that the above-styled case be and the same is hereby **REMANDED** to the transferor Court where this case was initially filed, the United States District Court, Central District of California.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 5th day of July, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF FLORIDA

cc:     All Counsel of Record

        Robert Townsend, *pro se*
        P.O. Box 3330
        Dana Point, CA 92629