**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION MDL NO. 2036** | ) ) ) ) ) |
| *SECOND TRANCHE* | ) ) ) |
| **THIS DOCUMENT RELATES TO:** | ) ) ) |
| *Powell-Perry et al. v. Branch Banking & Trust Company* S.D. Fla. Case No. 10-cv-20820-JKL | ) ) ) ) |
| *Barras v. Branch Banking & Trust Company* S.D. Fla. Case No. 1:10-CV-20813-JLK | ) ) ) |
| *Hough et al. v. Regions Financial Corporation, et al.* S.D. Fla. Case No. 1:10-CV-20476-JLK | ) ) ) ) |

**DEFENDANTS BRANCH BANKING AND TRUST COMPANY'S AND REGIONS FINANCIAL CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF RENEWED <u>MOTIONS TO COMPEL ARBITRATION</u>**

Branch Banking and Trust Company and Regions Financial Corporation ("Defendants") respectfully request a seven (7) day extension to file their replies to

Plaintiffs' Responses to Defendants' Renewed Motions to Compel Arbitration [**DE # 1684, DE # 1685, DE # 1687**] because their lead counsel will be unavailable July 9-17, 2011 and state as follows:

    1.    Counsel William J. Holley, II has served as lead counsel for Defendants at all stages of this litigation.

    2.    Defendants filed Renewed Motions to Compel Arbitration on June 2, 2011. [**DE # 1560** -*BB&T's Renewed Motion To Compel Arbitration Agreement and Dismiss The Complaint;* **DE # 1561** - *Regions' Renewed Motion To Compel Arbitration Agreement and Dismiss The Complaint*; and **DE # 1562** - *BB&T's Renewed Motion To Compel Arbitration Agreement and Dismiss The Complaint*]

    3.    Plaintiffs' filed their separate responses to Defendants' Renewed Motions to Compel Arbitration on July 5, 2011 [**DE # 1684** - *Plaintiffs' Response to BB&T's Renewed Motion To Compel Arbitration Agreement and Dismiss The Complaint;* **DE # 1685** - *Plaintiff's Response To BB&T's Renewed Motion To Compel Arbitration and Dismiss The Complaint;* and **DE # 1687** - *Plaintiffs' Response In Opposition To Defendants' Renewed Motion To Compel Arbitration and Stay Action*] such that Defendants' reply briefs will be due on or before Friday July 15, 2011.

    4.    Between July 9, 2011 and July 17, 2011, Defendants' lead counsel Mr. Holley plans to be with his family rafting the Colorado river through the Grand

Canyon with no access to telephone or computer communications. This trip is prepaid and was planned two years ago. Mr. Holley is scheduled to depart for the trip on the morning of Saturday, July 9, 2011 and to return on the morning of Monday, July 18, 2011.

5. The requested seven (7) day extension will require Defendants to file their reply briefs on or before July 22, 2011 and will not delay any scheduled hearing related to these Defendants. (The Court's hearing regarding the Eleventh Circuit remand orders for these Defendants is scheduled for August 12, 2011.)

6. Defendants' counsel asked Plaintiffs counsel to extend a professional courtesy and not oppose the one week extension to accommodate Mr. Holley's unique and immovable vacation. While Plaintiffs' counsel initially agreed and conceded that the extension posed no prejudice to them, they later conditioned their non-opposition on an agreement that Defendants would respond to a separate motion not at issue in this request [DE # 1683] within five (5) days rather than the seventeen (17) days allowed by the rules of this Court. As Defendants' lead counsel cannot ethically agree to compromise his clients' best interests in a separate motion to avoid personal hardship, he is seeking the instant extension as a professional courtesy from the Court.

7. No parties will suffer prejudice as a result of this requested extension of time for the three specific reply briefs at issue.

8. A proposed Order is attached as Exhibit "A."

WHEREFORE, Defendants respectfully request entry of an Order granting an extension of time through and including July 22, 2011 for Defendants to reply to Plaintiffs' Responses to the Renewed Motions to Compel Arbitration.

Respectfully submitted this 7th day of July, 2011.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        By: /s/ *William J. Holley*
            William J. Holley, II
            Georgia Bar No. 362310
            *wjh@phrd.com*
            Nancy H. Baughan
            Georgia Bar No. 042575
            *nhb@phrd.com*
            David B. Darden
            Georgia Bar No. 250341
            *dbd@phrd.com*
            1500 Marquis Two Tower
            285 Peachtree Center Avenue
            Atlanta, Georgia  30303
            (404) 523-5300 (telephone)
            (404) 522-8409 (facsimile)

        *Counsel for Branch Banking and Trust Company, Regions Financial Corporation and Regions Bank*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION MDL NO. 2036** _____ *SECOND TRANCHE* _____ **THIS DOCUMENT RELATES TO:** *Powell-Perry et al. v. Branch Banking & Trust Company* S.D. Fla. Case No. 10-cv-20820-JKL *Barras v. Branch Banking & Trust Company* S.D. Fla. Case No. 1:10-CV-20813-JLK *Hough et al. v. Regions Financial Corporation, et al.* S.D. Fla. Case No. 1:10-CV-20476-JLK | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 7th day of July, 2011.

/s/ William J. Holley, II
William J. Holley, II

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION MDL NO. 2036** | )<br>)<br>)<br>)<br>) |
| *SECOND TRANCHE* | )<br>) |
| **THIS DOCUMENT RELATES TO:** | )<br>)<br>) |
| *Powell-Perry et al. v. Branch Banking & Trust Company*<br>S.D. Fla. Case No. 10-cv-20820-JKL | )<br>)<br>)<br>) |
| *Barras v. Branch Banking & Trust Company*<br>S.D. Fla. Case No. 1:10-CV-20813-JLK | )<br>)<br>) |
| *Hough et al. v. Regions Financial Corporation, et al.*<br>S.D. Fla. Case No. 1:10-CV-20476-JLK | )<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF RENEWED MOTIONS TO COMPEL ARBITRATION**

THIS CAUSE having come before the Court on Branch Banking and Trust Company and Regions Financial Corporation ("Defendants") Motion For Extension Of Time To File Reply Briefs In Support Of Renewed Motions To Compel

Arbitration, and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendants' Motion For Extension Of Time To File Reply Briefs In Support Of Renewed Motion To Compel Arbitration is GRANTED.

2. Defendants shall have through and including Friday, July 22, 2011 to file their reply to Plaintiffs' Responses to Defendants' Renewed Motions To Compel Arbitration [**DE # 1684, DE # 1685, DE # 1687**].

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this _____ day of July, 2011.

_____
James Lawrence King
United States District Judge
Southern District of Florida

Copies furnished:

All counsel of record