UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Eivet v. IBERIABANK,*
S.D. Fla. Case No. 1:10-CV-23790-JLK
_____/

**JOINT REPORT TO COURT**

Gisela Eivet, through counsel, and IBERIABANK, through counsel, submit this report on their progress concerning efforts to resolve those matters addressed in the Verified Motion to Enjoin Copycat Case Under the All Writs Act (the "Motion") filed by the MDL Plaintiffs' Co-Lead Counsel, MDL Plaintiffs' Coordinating Counsel and MDL Plaintiffs' Executive Committee (collectively, the "PEC") [**DE # 1608**], and the Response of IBERIABANK [**DE # 1659**].

Over the past ten days, undersigned counsel have conferred extensively, as well as with counsel for the plaintiffs in *Sachar, et al. v. IBERIABANK Corporation*, et al., Case No. 4:11-CV-0266 BSM, pending in the United States District Court for the Eastern District of Arkansas ("*Sachar*"), in an effort to resolve the pending Motion through a revised settlement of the overdraft claims made against IBERIABANK and for the transfer of *Sachar* to this Court for further proceedings in connection with the revised settlement.

The parties (including counsel in *Sachar*) are pleased to report that they have entered into a Memorandum of Understanding which provides for the drafting of a revised settlement

19484907.1

agreement and for transfer of *Sachar* to this Court.[1]  Upon transfer of *Sachar* to this Court, the PEC will withdraw the Motion and the parties will present the revised settlement agreement in *Sachar* to this Court for approval.

Accordingly, the parties request that the Court take no further action, at this time, on the PEC's Motion pending the transfer of *Sachar* to this Court.  Counsel thank the Court for its indulgence in allowing these negotiations to go forward by deferring the argument on the PEC's Motion.

| | |
|---|---|
| s/ *Robert C. Gilbert* | s/ *Thomas Meeks* |
| Robert C. Gilbert (561861) | Thomas J. Meeks (314323) |
| Email: rcg@grossmanroth.com | e-mail: tmeeks@carltonfields.com |
| **GROSSMAN ROTH, P.A.** | Aaron Weiss (48813) |
| 2525 Ponce de Leon Blvd., 11th Floor | e-mail: aweiss@carltonfields.com |
| Coral Gables, Florida 33134 | **CARLTON FIELDS, P.A.** |
| Tel: (305) 442-8666 | 100 S.E. Second Street, Suite 4200 |
| Fax: (305) 779-9596 | Miami, Florida 33131 |
| *Attorneys for Plaintiffs' Coordinating Counsel* | Tel:   (305)  530-0050 |
| | Fax:  (305)  530-0055 |
| | *Attorneys for IBERIABANK* |

---

[1] The parties will also notify the Judicial Panel for Multidistrict Litigation of the withdrawal of all objections to transfer of the *Sachar* case to this Court.  The JPML is scheduled to consider this matter at its July session, and counsel anticipate that *Sachar* will be transferred to this Court shortly thereafter.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                *s/ Thomas Meeks*
                                                Thomas Meeks

## SERVICE LIST

Wayne H. Schwartz, Esq.
e-mail: Schwartz@leeamlaw.com
Lee & Amitzis, P.L.
5550 Glades Road, Suite 401
Boca Raton, FL 33431
Tel: 561-981-9988
Fax: 561-981-9980
*Counsel for Plaintiff Gisela Eivet*
*(via electronic filing)*