UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION MDL NO. 2036 _____ _____ THIS DOCUMENT RELATES TO: *Powell-Perry et al. v. Branch Banking & Trust Company* S.D. Fla. Case No. 10-cv-20820-JKL *Barras v. Branch Banking & Trust Company* S.D. Fla. Case No. 1:10-CV-20813-JLK *Hough et al. v. Regions Financial Corporation, et al.* S.D. Fla. Case No. 1:10-CV-20476-JLK | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS' RENEWED MOTION TO EXTEND MOTION FOR EXTENSION OF
PAGE LIMIT FOR DEFENDANTS' REPLY BRIEFS IN SUPPORT OF
<u>THEIR RENEWED MOTIONS TO COMPEL ARBITRATION</u>**

Pursuant to Southern District of Florida Local Rule 7.1(C), defendants Branch Banking and Trust Company and Regions Financial Corporation ("Defendants") move for an extension of the page limit for their Reply Briefs in Support of their Renewed Motions to Compel Arbitration Agreement and Dismiss the Complaint, and in support state as follows:

1. Defendants filed their Renewed Motions to Compel Arbitration Agreement and Dismiss the Complaint on June 2, 2011 **[DE # 1560, DE # 1561, DE # 1562]**. Defendants' motions were 12 pages.

2. On July 5, 2011, Plaintiffs filed their Responses in Opposition to the Motion **[DE # 1684, DE # 1685, DE # 1687]**. Plaintiffs' Responses in Opposition were 20 pages.

3. In their Responses, Plaintiffs assert numerous new legal theories and facts which were not advanced at any earlier point of these proceedings, including the previous response to Defendants' original motions to compel. Moreover, Plaintiffs attach a copious amount of exhibits to their Response Briefs. In the *Barras* case, these include the declarations of Arthur Olsen, Lacy Barras, Carl Solomon, and Susan F. Campbell. In the *Powell-Perry* case, these include the declarations of Doris Powell-Perry, Curnie B. Sanders, Gary V. Mauney, Gary K. Shipman, Celeste M. Harris, and Arthur Olsen. In the *Hough* case, these include the declarations of Lawrence D. Hough, Samuel J. Crowe, and Arthur Olsen.

4. Given the length of Plaintiffs' Responses in Opposition, and the multi-faceted attack on the arbitration provision at issue, Defendants request ten (10) additional pages for their reply memoranda; if this request is granted, Defendants' replies will not exceed twenty (20) pages in length. Defendants will attempt to make their replies succinct and use as few pages as possible.

5. This court has routinely granted requests for additional pages of reply briefing in support of motions to compel arbitration in this MDL. *See* DE 1546, DE 1547, and DE 1594.[1]

---

[1] Defendants concede that the cited Orders granting extensions were all unopposed or agreed upon motions. Nonetheless, Defendants' need for additional pages is as legitimate as other defendant banks', and there is no reason to treat Defendants' request differently.

WHEREFORE, Defendants request that the Court grant this motion and extend the page limits for Defendants' replies up to twenty (20) pages. A proposed order is attached.

### CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)(A)

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with Plaintiff's counsel in a good faith effort to resolve the issues but has been unable to resolve the issues.

This 8th day of July, 2011.

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

/s/ William J. Holley, II
William J. Holley, II
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
David B. Darden
Georgia Bar No. 250341

1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
Telephone: (404) 523-5300
E-mail: wholley@phrd.com
E-mail: nbaughan@phrd.com
E-mail: ddarden@phrd.com

*Attorneys for Defendants Branch Banking and Trust Company and Regions Financial Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION MDL NO. 2036 _____ _____ THIS DOCUMENT RELATES TO: *Powell-Perry et al. v. Branch Banking & Trust Company* S.D. Fla. Case No. 10-cv-20820-JKL *Barras v. Branch Banking & Trust Company* S.D. Fla. Case No. 1:10-CV-20813-JLK *Hough et al. v. Regions Financial Corporation, et al.* S.D. Fla. Case No. 1:10-CV-20476-JLK | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 8th day of July, 2011.

*/s/ William J. Holley, II*
William J. Holley, II

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** <br> **MDL NO. 2036** <br> _____ <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Powell-Perry et al. v. Branch Banking & Trust Company* <br> S.D. Fla. Case No. 10-cv-20820-JKL <br><br> *Barras v. Branch Banking & Trust Company* <br> S.D. Fla. Case No. 1:10-CV-20813-JLK <br><br> *Hough et al. v. Regions Financial Corporation, et al.* <br> S.D. Fla. Case No. 1:10-CV-20476-JLK | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED]**
**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF PAGE LIMIT FOR BB&T'S REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION AGREEMENT AND DISMISS THE COMPLAINT**

THIS CAUSE having come before the Court on Branch Banking and Trust Company and Regions Financial Corporation ("Defendants") Motion For Extension Of Page Limit for Defendants' Reply Briefs In Support Of Renewed Motions To Compel Arbitration and Dismiss Complaint, and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby ORDERED AND ADJUDGED as follows:

2

1. Defendants' Motion For Extension Of Page Limit for Defendants' Reply Briefs In Support Of Renewed Motions To Compel Arbitration and Dismiss Complaint is GRANTED.

2. Defendants shall have ten (10) additional pages for a maximum of twenty (20) pages for their replies to Plaintiffs' responses to defendants' renewed motions to compel arbitration [**DE # 1684** - Plaintiffs' Response to BB&T's Renewed Motion To Compel Arbitration Agreement and Dismiss The Complaint; **DE # 1685** - Plaintiff's Response To BB&T's Renewed Motion To Compel Arbitration and Dismiss The Complaint; and **DE # 1687** - Plaintiffs' Response In Opposition To Defendants' Renewed Motion To Compel Arbitration and Stay Action].

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this _____ day of July, 2011.

                                                                                                         _____
James Lawrence King
United States District Judge
Southern District of Florida

Copies furnished:

All counsel of record

1996602_1