UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250
_____/

## ORDER SETTING ORAL ARGUMENT ON MOTIONS FOR CLASS CERTIFICATION

**THIS CAUSE** comes before the Court upon Plaintiffs' Motions for Class Certification (DE # 1387 and DE # 1397). Defendants filed their Responses in Opposition (DE # 1601 and DE # 1643) on June 9, 2011, and June 16, 2011 respectively.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that the two above-listed motions for class certification, (DE # 1387 and DE # 1397), are hereby **set for oral argument on Friday, July 15, 2011 at 9:30 AM** before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

1

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 8th day of July, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record