UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR CLASS CERTIFICATION

Plaintiffs notify the Court of their withdrawal of the pending Motion for Class Certification filed April 25, 2011 (under seal) in the above-captioned case. Plaintiffs did not receive Plaintiff Andrea Luquetta's transaction data from Defendant JPMorgan Chase Bank, N.A. ("Chase") until after the Motion for Class Certification was filed. Since receiving the data, Plaintiffs have spent a great deal of time and effort attempting to reconcile the data produced by Chase. While Plaintiffs do not agree with Chase's Memorandum of Law in Opposition to Class Certification in the *Luquetta* Action, Plaintiffs have concluded that Ms. Luquetta is not an appropriate class representative in this action and Ms. Luquetta herself no longer wishes to serve in this capacity.[1] In the absence of Ms. Luquetta as a class representative, Plaintiffs are unable to proceed with class certification at this time because the claims of the remaining named Plaintiffs, Valerie Williams, Megan Biss, Billy Martin Ruiz and Deborah Ruiz, John D. Kirkland and

---

[1] Plaintiffs will be filing a Motion to Drop Plaintiff Andrea Luquetta as a named Plaintiff.

Jacqueline Miller, are currently stayed pending Chase's appeal of this Court's June 16, 2010 Order Denying Defendant JPMorgan Chase Bank N.A.'s Motions to Stay Proceedings in the Lopez and Luquetta Cases. [**DE # 594, 1026**]. Thus, Plaintiffs' withdrawal of the Motion for Class Certification in this case is without prejudice to re-filing it at such time as the Court may establish following the disposition of Chase's appeal pending before the United States Court of Appeals for the Eleventh Circuit [**DE # 594**], as well as the pending arbitration motion currently pending before this Court directed against the absent class members. [**DE # 1616**].

This notice does <u>not</u> withdraw the same Motion for Class Certification filed in *Lopez et al. v. JPMorgan Chase Bank, N.A.*, on April 25, 2011, where this Court has temporarily stayed further class certification proceedings pending disposition of Chase's recently-filed motion to compel arbitration against named Plaintiffs Estella Lopez, Linda McDaniel, Charles Reed, Jr. and John Stone [**DE # 1444, 1576**], and where the claims of additional named Plaintiffs, Valerie Williams, John D. Kirkland, Jacqueline Miller, Thomas Larsen, Brent Lowe, Jennifer and Martin Palacios and Angela Walsh-Duffy, are currently stayed pending disposition of Chase's appeal of this Court's June 16, 2010 Order Denying Defendant JPMorgan Chase Bank N.A.'s Motions to Stay Proceedings in the Lopez and Luquetta Cases. [**DE # 594, 1026**].

Dated: July 8, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David M. Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
   BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
   BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel.:  212-355-9500
Fax:  212-355-9592

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

7