UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br>MDL NO. 2036<br><br>THIS DOCUMENT RELATES TO:<br><br>*Powell-Perry et al. v. Branch Banking & Trust Company*<br>S.D. Fla. Case No. 10-cv-20820-JKL<br><br>*Barras v. Branch Banking & Trust Company*<br>S.D. Fla. Case No. 1:10-CV-20813-JLK<br><br>*Hough et al. v. Regions Financial Corporation, et al.*<br>S.D. Fla. Case No. 1:10-CV-20476-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF PAGE LIMIT FOR BB&T'S REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION AGREEMENT AND DISMISS THE COMPLAINT**

THIS CAUSE having come before the Court on Branch Banking and Trust Company and Regions Financial Corporation ("Defendants") Motion For Extension Of Page Limit for Defendants' Reply Briefs In Support Of Renewed Motions To Compel Arbitration and Dismiss Complaint, and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby ORDERED AND ADJUDGED as follows:

1. Defendants' Motion For Extension Of Page Limit for Defendants' Reply Briefs In Support Of Renewed Motions To Compel Arbitration and Dismiss Complaint is GRANTED.

2. Defendants shall have ten (10) additional pages for a maximum of twenty (20) pages for their replies to Plaintiffs' responses to defendants' renewed motions to compel arbitration [**DE # 1684** - Plaintiffs' Response to BB&T's Renewed Motion To Compel Arbitration Agreement and Dismiss The Complaint; **DE # 1685** - Plaintiff's Response To BB&T's Renewed Motion To Compel Arbitration and Dismiss The Complaint; and **DE # 1687** - Plaintiffs' Response In Opposition To Defendants' Renewed Motion To Compel Arbitration and Stay Action].

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 11 day of July, 2011.

James Lawrence King
United States District Judge
Southern District of Florida

Copies furnished:

All counsel of record

1996602_1