UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date    July 13, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams COURT REPORTER: Robin Dispenzieri

TYPE OF PROCEEDING: MOTION HEARING

Scheduling Conference___      Status Conference___
Pre-Trial Conference ___      Motion Hearing  ___

Counsel for Plaintiff: Robert Gilbert, Bruce Rogow, Esq.  Stuart
Grossman, Esq.  Jordan Elias, Esq. (See attachment for additional
appearances

Counsel for Defendant: Mark D. Lonergan, Esq.  Alan Greer, Esq.
Ethan J. Wall, Esq. attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- ■ Oral Argument held on Motions for Class Certification re:
  (D.E. #1386 and 1387)
- ■ The Court hereby finds that the motion be and the same is
  hereby GRANTED
- ■ The Plaintiff shall prepare an order outlining the ruling of
  the Court
- ■ The parties shall have five (5) days to file "Egregious Mis-
  Statement" or Mis Interpretation of the case

# PLEASE PRINT LEGIBLY

## MDL                           7-13-2011

| NAME | FIRM | PHONE NUMBER | CLIENT |
|------|------|--------------|--------|
| Alan Greer | Richman Greer | (305) 373-4010 | Union Bank |
| Mark Lonergan | Severson & Werson | (415) 677-5613 | Union Bank |
| Bruce Rogow | Alters Law | 854 767-8909 | Plaintiffs |
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs |
| Stuart Grossman | Grossman Roth | 305 442 8666 | Plaintiffs |
| David Buckner | Grossman Roth | 305 442 8666 | Plaintiffs |
| ~~scribble~~ | | | |
| Jordan Elias | Lieff Cabraser | 415 956 1000 | Plaintiffs |
| Peter Prieto | Podhurst Orseck | (305) 358-2800 | Plaintiffs |
| Jonathan Streisfeld | Kopelowitz Ostrow | 954-525-4100 | Plaintiffs |
| Seth Miles | Grossman Roth | 305 443-8666 | π |
| Ruben Honik | Golomb Honik | 215 327 9166 | π |
| Ethan Wall | Richman Greer | 305 373 4000 | Union Bank |
| Jeffrey Backman | Arnstein & Lehr | 954 713-7668 | KeyBank |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Natalie Banta | Covington + Burling | 202-662-5686 | Wells Fargo |
| Matthew Polin | Arnstein & Lehr | 586-986-9097 | Key Bank |
| Bryce Albu | Reeder & Reeder | 561-575-9121 | Compass |
| Simon Ferro | Lewis Tein | 305-442-1101 | PNC BANK + NATIONAL CITY BANK |
| Jamie Sani | Hunton & William | 305-536-2224 | Wells Fargo |
| Tricia Durkies | Lieber Gonzalez & Portuondo | 305 379 0400 | Bank of America |
| Peter Homer | Homer & Bonner | 305 350-5100 | JP Morgan Chase |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |