FILING FEE
AID $0.00
ro hac
/ice
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

FILED by _____ D.C.
JUL 11 2011
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. - MIAMI

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____)

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT CAPITAL ONE, N.A.'S OUT-OF-STATE ATTORNEYS

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Dkt. No. 166), the undersigned respectfully moves for admission of Christopher J. Forstner, of Murphy & McGonigle, P.C., in the above case for purposes of limited appearance as counsel on behalf of Defendant Capital One, N.A. The undersigned also respectfully moves, pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, for an Order to permit Christopher Forstner to file and receive electronic filings in the above case. In support of this Motion, the undersigned states as follows:

1.      The following attorney seeks to become counsel of record for Defendant Capital One, N.A, in a case that originated in another district and has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407, is not admitted to practice in the Southern District of

Florida, and is a member in good standing of the bar of his respective jurisdiction:[1]

>Christopher J. Forstner
>Murphy & McGonigle, P.C.
>4870 Sadler Road, Suite 301
>Glen Allen, VA 23060
>Tel: (804) 762-5371
>Fax: (804) 762-5356
>chris.forstner@mmlawus.com

2. MDL Rule 1.4 states: "Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3. The undersigned hereby requests the Court provide Notice of Electronic Filings to Christopher Forstner at the following email address: chris.forstner@mmlawus.com.

4. The undersigned hereby requests that the Court allow Christopher Forstner to file and receive documents electronically through this Court's CM/ECF system.

5. Pursuant to MDL Rule 1.4, the undersigned hereby requests that the Court waive the filing fee of $75 per attorney for the limited admission of Christopher Forstner.

WHEREFORE, the undersigned hereby moves this Court to enter an Order (1) permitting Christopher Forstner to appear before this Court on behalf of Capital One, N.A., for all purposes relating to the proceedings in the above-styled MDL matter, (2) waiving the requirement that this attorney designate a member of the local bar to receive service of and file papers on his behalf, (3) directing the Clerk to provide this attorney notice of electronic filings and directing the Clerk

---

[1] A certification signed Christopher Forstner, stating that he is a member in good standing of his respective jurisdiction and has reviewed the Local Rules of the United States District Court for the Southern District of Florida, is attached hereto.

-3-

to assign him a CM/ECF username and password, and (4) directing the Clerk to waive the $75 attorney filing fee for the limited admission of Christopher Forstner.

Dated: July 6, 2011                      Respectfully Submitted,

*Christopher J. Forstner*
Murphy & McGonigle, P.C.
4870 Sadler Road, Suite 301
Glen Allen, VA 23060
Tel:  (804) 762-5371
Fax:  (804) 762-5356


*Attorneys for Defendant*
*Capital One, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
                                                   )
MDL No. 2036                               )
                                                   )
                                                   )
_____)

**CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the State of Virginia.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|   |   |
|---|---|
| Name: | Christopher J. Forstner |
| State Bar No.: | VA 45375 |
| Firm Name: | Murphy & McGonigle, P.C. |
| Address: | 4870 Sadler Road, Suite 301 |
|  | Glen Allen, VA 23060 |
| Mailing Address: | [Same As Above] |
| Telephone #: | (804) 762-5371 |
| E-mail address: | chris.forstner@mmlawus.com |
| Fax #: | (804) 762-5356 |

Dated: July 6, 2011                    Respectfully Submitted,

                                       _____
                                       Christopher J. Forstner
                                       Murphy & McGonigle, P.C.
                                       4870 Sadler Road, Suite 301
                                       Glen Allen, VA 23060
                                       Tel:  (804) 762-5371
                                       Fax:  (804) 762-5356



# MURPHY & McGONIGLE
A Professional Corporation

July 6, 2011

**VIA U.S Mail**

United States District Court
Southern District of Florida
Miami Division
400 North Miami Avenue
Miami, FL 33128
Telephone: 305.523.5100

    Re:  IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION, MDL No. 2036,
          Case No. 1:09-MD-02036-JLK

Clerk of Court:

Enclosed please find two (2) copies of the Motion for Limited Appearance, two (2) copies of the Certificate of Understanding and the Certificate of Service for the above-mentioned case.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*[signature]*

Christopher J. Forstner, Esq.


CJF/sdg
Enclosure


Email: chris.forstner@mmlawus.com
Direct: +1.804.762.5371
Facsimile: +1.804.762.5363

4870 Sadler Road
Suite 301
Richmond, VA  23060

New York   ♦   Virginia   ♦   Washington, D.C.