UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

_____/

## ORDER ADDRESSING INQUIRY OF COUNSEL

This Court scheduled oral argument on class certification on July 8, 2011 (DE # 1705), to be heard on Friday, July 15, 2011 at 9:30 AM on Plaintiffs' Motion for Class Certification in the above-cited two cases (*Luquetta v. JPMorgan Chase* & *Larsen v. Union Bank*).

With respect to *Larsen v. Union* bank only, the Court, upon motion of counsel and for the benefit of their convenience, changed oral argument from Friday, July 15, to Wednesday, July 13, 2011. *See* DE # 1720.

The notice of July 8, 2011 (DE # 1705) is still in full force and effect regarding the *Luquetta v. JPMorgan* Chase action. It is **ORDERED, ADJUDGED, and DECREED** that the hearing has not been changed and will be held as scheduled.

**DONE** and **ORDERED** in the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 14th day of July, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All counsel of record

1