UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION                    )
                                        )
                                        )
MDL No. 2036                            )
                                        )
_____)

THIS DOCUMENT RELATES ONLY TO: )
                               )
*Buffington, et al. v. SunTrust Banks, Inc.*  )
S.D. Fla. Case No. 1:09-cv-23632-JLK   )
                               )
_____)

## ORDER GRANTING SUNTRUST BANK'S UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR ITS REPLY IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION AND STATY ACTION

THIS CAUSE having come before the Court on SunTrust Bank's Unopposed Motion for Extension of Page Limit for its Reply in Support of its Renewed Motion to Compel Arbitration and Stay Action (the "Motion"), and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Motion is granted.

2.      SunTrust Bank shall have ten (10) additional pages for a maximum of twenty (20) pages for its Reply to Plaintiffs' response in opposition [DE 1688] to SunTrust Bank's Renewed Motion to Compel Arbitration and Stay Action. [DE 1583].

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of July, 2011.

James Lawrence King
United States District Judge
Southern District of Florida

Copies furnished:

All counsel of record