United States District Court
Southern District of Florida
Miami Division
Case No. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: SECOND TRANCHE ACTION | ) ) ) ) |
| *Given v. Manufacturers and Traders Trust Company a/k/a M&T Bank* S.D. Fla. Case No.: 1-10-CV-20478-JLK | ) ) ) ) ) |

**ORDER GRANTING M&T BANK'S UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMIT FOR ITS REPLY IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION AND STAY OR DISMISS LITIGATION**

THIS CAUSE having come before the Court on M&T Bank's Unopposed Motion For Extension Of Page Limit for Its Reply In Support Of Its Renewed Motion To Compel Arbitration and Stay or Dismiss Litigation (the "Motion"), and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, it is hereby ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. M&T Bank shall have ten (10) additional pages for a maximum of twenty (20) pages for its Reply to Plaintiff's response in opposition [DE 1686] to M&T Bank's Renewed Motion to Compel Arbitration and Stay or Dismiss Litigation. [DE 1563].

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 14th day of July, 2011.

*James Lawrence King*
James Lawrence King
United States District Judge
Southern District of Florida

Copies furnished:

All counsel of record