UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-KING

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

ORDER

This cause came before the Court upon a Motion for Limited Appearance and Electronic Filing Privileges for Defendant Capital One, N.A.'S Out-of-State Attorneys, [D.E #1727]. Upon due consideration, it is

ORDERED AND ADJUDGED that said motion be, and the same is hereby GRANTED. Attorney Christopher J. Forstner of Murphy & McGonigle, P.C., is permitted to appear in this District as counsel for Defendant Capital One, N.A.,

DONE AND ORDERED this 14th day of July, 2011.

JAMES LAWRENCE KING
United States District Judge

cc: Counsel of Record
    Clerk's Office