IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE:  CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Brown v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:10-24147-JLK<br>E.D. Wash. Case No. 2:10-00356-RMP | )<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING TRANSCRIPT INFORMATION FORM AND DESIGNATION OF RECORD ON APPEAL

Defendant U.S. Bank, National Association hereby gives notice that it has filed in above-captioned action its Transcript Information Form and its Designation of the Record on Appeal.

Dated: July 14, 2011

                            Respectfully Submitted,

                            /s/ James R. McGuire
                            James R. McGuire
                            jmcguire@mofo.com
                            MORRISON & FOERSTER LLP
                            425 Market Street
                            San Francisco, California  94105-2482
                            Telephone: (415) 268-7000
                            Facsimile: (415) 268-7522
                            *Attorney for Defendant U.S. Bank, N.A.*

sf-3016677

## CERTIFICATE OF SERVICE

## CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on July 14, 2011 I filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ James R. McGuire

James R. McGuire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:   415.268.7000
Facsimile:    415.268.7522
jmcguire@mofo.com