IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE:  CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Brown v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:10-24147-JLK<br>E.D. Wash. Case No. 2:10-00356-RMP | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DESIGNATION OF RECORD ON APPEAL

Defendant U.S. Bank, National Association hereby files the attached excerpts of the docket sheet from the civil action *In re Checking Account Overdraft Litigation*, No. 09 MD 2036. The docket entries circled on the attached docket sheet should be included in the record on appeal.

Dated: July 14, 2011

                                                                Respectfully Submitted,

                                                         /s/ James R. McGuire
                                                         James R. McGuire
                                                         jmcguire@mofo.com
                                                         MORRISON & FOERSTER LLP
                                                         425 Market Street
                                                         San Francisco, California  94105-2482
                                                         Telephone: (415) 268-7000
                                                         Facsimile: (415) 268-7522
                                                         *Attorney for Defendant U.S. Bank, N.A.*

APPEAL, MDL, STAYED

# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:09−md−02036−JLK

In Re: Checking Account Overdraft Litigation  
Assigned to: Senior Judge James Lawrence King  
Member case: (View Member Case)  
Case in other court: USCA, 09−15399−AA  
                          USCA, 10−14488−D  
                          USCA, 10−15040−D  
Cause: 28:1407 Multidistrict Litigation

Date Filed: 06/10/2009  
Jury Demand: Defendant  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2009 | 1 | TRANSFER ORDER (Dated 06/10/2009) from Judicial Panel on Multidistrict Litigation transferring case, to the Southern District of Florida re: MDL Case # 09−MD−2036 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge James Lawrence King. (Signed by J. Frederick Motz, Acting Chairman of the Panel) (Attachments: # 1 Letter from MDL Panel) (gp) (Entered: 06/11/2009) |
| 06/10/2009 | 2 | Rules of Procedure of the Judicial Panel on Multidistrict Litigation (gp) (Entered: 06/11/2009) |
| 06/16/2009 | 3 | MDL Transfer In Case Receipt from Southern District of Florida; Case Number 1:08−cv−22463−JLK. Original file with documents 1−17. re: SDFL MDL Case Number 09−md−2036. (gp) (Entered: 06/16/2009) |
| 06/16/2009 | 4 | MDL Transfer In Case Receipt from Southern District of Florida; Case Number 1:08−cv−23323−JLK. Original file with documents 1−38. re: SDFL MDL Case Number 09−md−2036. (gp) (Entered: 06/16/2009) |
| 06/16/2009 | 7 | Corrected−MDL Transmittal Letter Requesting Case from the Northern District of California, Case Number 3:08−4610 and 4:08−5101, with enclosed copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (gp) (Entered: 06/16/2009) |
| 06/16/2009 | 8 | Corrected−MDL Transmittal Letter Requesting Case from the District of New Jersey, Case Number 1:08−5263, with enclosed copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (gp) (Entered: 06/16/2009) |
| 06/16/2009 | 9 | Clerks Notice of Docket Correction re 5 MDL Transmittal Letter Requesting Case, 6 MDL Transmittal Letter Requesting Case. Error(s): **Document Restricted and Corrected**; Correction − Original document restricted due to an error and correct document re−docketed as: 7 MDL Transmittal Letter Requesting Case, 8 MDL Transmittal Letter Requesting Case. (gp) (Entered: 06/16/2009) |
| 06/25/2009 | 10 | MDL Transfer In Case Receipt from California Northern; Case Number 3:08−cv−04610. Electronic file consisting of documents numbered 1 − 44. Assigned Case #1:09−cv−21680−JLK on 6/18/09. re: SDFL MDL Conditional Transfer Order at DE # (1 in 1:09−md−02036−JLK). See Docket Sheet at DE # (45 in 1:09−cv−21680−JLK). Associated Cases: 1:09−md−02036−JLK, 1:09−cv−21680−JLK (gp) (Entered: 06/25/2009) |
| 06/25/2009 | 11 | MDL Transfer In Case Receipt from California Northern; Case Number 4:08−cv−05101. Electronic file consisting of documents numbered 1 − 37. Assigned Case #1:09−cv−21681−JLK on 6/18/09. re: SDFL MDL Conditional Transfer Order at DE # (1 in 1:09−md−02036−JLK). See Docket Sheet at DE # (38 in 1:09−cv−21681−JLK). Associated Cases: 1:09−md−02036−JLK, 1:09−cv−21681−JLK(gp) (Entered: 06/25/2009) |
| 06/25/2009 | 12 | MDL Transfer In Case Receipt from New Jersey; Case Number 1:08−cv−05263. Electronic file consisting of documents numbered 1 − 26. Assigned Case |

| | | |
|---|---|---|
| 11/12/2010 | 913 | MOTION Requesting Notice of Clarification (30 in 1:10−cv−21834−JLK, 892 in 1:09−md−02036−JLK) Order dismissing case by Robert Townsend. Responses due by 11/29/2010. (Attachments: # 1 Exhibit B − D) (gp) (Entered: 11/15/2010) |
| 11/15/2010 | 914 | Unopposed MOTION for Extension of Time to File Response/Reply as to 851 Acknowledgment of Receipt *Complaint (10−23790−JLK)* by Iberiabank. (Attachments: # 1 Text of Proposed Order)(Meeks, Thomas) (Entered: 11/15/2010) |
| 11/15/2010 | 916 | MOTION to Compel *Arbitration* ( Responses due by 12/2/2010), MOTION to Stay *All Proceedings* by M &I Marshall &Ilsley Bank. (Oettinger, Andrew) (Entered: 11/15/2010) |
| 11/15/2010 | 917 | MOTION to Compel *Arbitration* ( Responses due by 12/2/2010), MOTION to Stay *All Proceedings* by M &I Marshall &Ilsley Bank. (Attachments: # 1 Memorandum in Support of Motion, # 2 Declaration of Elizabeth Wendelberger, # 3 Exhibit A to Wendelberger Declaration, # 4 Exhibit B to Wendelberger Declaration, # 5 Exhibit C to Wendelberger Declaration, # 6 Exhibit D to Wendelberger Declaration, # 7 Exhibit E to Wendelberger Declaration, # 8 Exhibit F to Wendelberger Declaration, # 9 Exhibit G to Wendelberger Declaration, # 10 Declaration of Howard A. Pollack, # 11 Exhibit A to Pollack Declaration, # 12 Exhibit B to Pollack Declaration)(Oettinger, Andrew) (Entered: 11/15/2010) |
| 11/15/2010 | 918 | (Duplicate) MOTION to Compel *Arbitration* (Responses due by 12/2/2010), MOTION to Stay All Proceedings by M &I Marshall &Ilsley Bank. (duplicate of 916 ) (gp) (Entered: 11/16/2010) |
| 11/15/2010 | 919 | (Duplicate) MEMORANDUM of Law in Support of its 918 MOTION to Compel *Arbitration* and MOTION to Stay by M &I Marshall &Ilsley Bank. (Attachments: # 1 Declaration of Howard A. Pollack, # 2 Declaration of Elizabeth Wendelberger) (Duplicate of 917 ) (gp) (Entered: 11/16/2010) |
| 11/16/2010 | 920 | CONDITIONAL TRANSFER ORDER (CTO−28) from Judicial Panel on Multidistrict Litigation transferring case to the Southern District of Florida re: MDL Case No. 09−MD−2036 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable James Lawrence King. (Signed by Jeffery N. Luthi, Clerk of the Panel). (gp) (Entered: 11/16/2010) |
| 11/16/2010 | 921 | MDL Transmittal Letter Requesting Case from the Southern District of Texas, Case Number 4 10−03911 Bevins v. International Bancshares Croporation, with enclosed copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (gp) (Entered: 11/16/2010) |
| 11/16/2010 | 922 | MDL Transmittal Letter Requesting Case from the Eastern District of Washington, Case Number 2:10−00356 Brown et al v. US Bank National Association, with enclosed copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (gp) (Entered: 11/16/2010) |
| 11/16/2010 | 923 | Acknowledgment of Receipt of NOA from USCA re 856 Notice of Appeal,, filed by U.S. Bank, NA. Date received by USCA: 11/01/2010. USCA Case Number: 10−15040−D. (amb) (Entered: 11/16/2010) |
| 11/16/2010 | 924 | ORDER Granting 914 Unopposed Motion for Extension of Time to Respond to Complaint. Defendant Iberiabank is granted an extension of fourteen (14) days, through and including November 29, 2010, to file its Answer or otherwise respond to Plaintiff's Complaint. Signed by Senior Judge James Lawrence King on 11/16/2010. (gp) (Entered: 11/16/2010) |
| 11/17/2010 | 925 | TRANSCRIPT of Motions hearing held on 11/04/10 before Senior Judge James Lawrence King, 1−83 pages, Court Reporter: Larry Herr, 305−523−5290 / Larry_Herr@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/13/2010. Redacted Transcript Deadline set for 12/21/2010. Release of Transcript Restriction set for 2/18/2011. (lh) (Entered: 11/17/2010) |
| 11/17/2010 | 926 | Notice of Supplemental Authority re 305 Order on Motion to Dismiss,, Order on Motion for Miscellaneous Relief,, Order on Motion for Judgment on the Pleadings, |

| | | |
|---|---|---|
| 12/22/2010 | 1025 | ORDER/STIPULATION re 1018 Stipulation filed. Signed by Senior Judge James Lawrence King on 12/22/2010. (gp) (Entered: 12/22/2010) |
| 12/29/2010 | 1026 | ORDER Granting 601 JPMorgan Chase's Motion to Stay. Signed by Senior Judge James Lawrence King on 12/29/2010. (gp) (Entered: 01/03/2011) |
| 01/05/2011 | 1027 | MDL ORDER dated 11/23/2010 REINSTATING STAY of Conditional Transfer Order CTO−28 MDL Case No. 2036 (Signed by Jeffery N. Luthi, Clerk of the Panel) (gp) (Entered: 01/05/2011) |
| 01/06/2011 | 1029 | Plaintiff's MOTION To Add Wells Fargo Bank, N.A. As A Defendant by Melanie L. Garcia. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H)(Gilbert, Robert) (Entered: 01/06/2011) |
| 01/06/2011 | 1030 | Plaintiff's MOTION Corrected Motion To Add Wells Fargo Bank, N.A. As A Defendant re 1029 Plaintiff's MOTION To Add Wells Fargo Bank, N.A. As A Defendant by Melanie L. Garcia. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G, #8 Exhibit H)(Gilbert, Robert) (Entered: 01/06/2011) |
| 01/07/2011 | 1031 | ANSWER and Affirmative Defenses to Amended Complaint by TD Bank N.A..(Ritchie, Lucus) (Entered: 01/07/2011) |
| 01/07/2011 | | SYSTEM ENTRY − Docket Entry 1032 restricted/sealed until further notice. (nc) (Entered: 01/07/2011) |
| 01/07/2011 | 1033 | Plaintiff's MOTION to Compel *Discovery* by Melanie L. Garcia. Responses due by 1/24/2011 (Attachments: #1 Exhibit 1, #2 Exhibit 2)(Gilbert, Robert) (Entered: 01/07/2011) |
| 01/07/2011 | 1034 | ANSWER and Affirmative Defenses to Amended Complaint *(Corrected Second Consolidated Amended Class Action Complaint)* by Citizens Bank of Pennsylvania.(Adler, David) (Entered: 01/07/2011) |
| 01/07/2011 | 1035 | ANSWER and Affirmative Defenses to Amended Complaint *(Corrected Second Consolidated Amended Class Action Complaint)* by RBS Citizens, N.A.(Adler, David) (Entered: 01/07/2011) |
| 01/10/2011 | 1036 | MOTION for clarification *of Defendant Wells Fargo Bank, N.A.* by Wells Fargo Bank, N.A.. Responses due by 1/27/2011 (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D)(Jolley, David) (Entered: 01/10/2011) |
| 01/11/2011 | 1037 | MOTION for Protective Order *Stipulated Protective Order Pertaining To Third Tranche Actions* by Carly A. Dwyer. (Gilbert, Robert) (Entered: 01/11/2011) |
| 01/11/2011 | 1038 | MOTION Stipulation and [Proposed] Order Establishing Expert Discovery Protocal For Third Tranche Actions by Carly A. Dwyer. (Gilbert, Robert) (Entered: 01/11/2011) |
| 01/11/2011 | 1039 | MOTION Stipulation and [Proposed] Order Establishing Protocol Regarding Assertions of Privilege For Third Tranche Actions by Carly A. Dwyer. (Gilbert, Robert) (Entered: 01/11/2011) |
| 01/12/2011 | 1040 | MOTION for Hearing re 1036 MOTION for clarification *of Defendant Wells Fargo Bank, N.A.* by Wells Fargo Bank, N.A.. (Davidson, Barry) (Entered: 01/12/2011) |
| 01/12/2011 | 1041 | AMENDED COMPLAINT against US Bank N.A., filed by Lori Brown, Mitchell Brown.(Zuchetto, Matthew) (Entered: 01/12/2011) |
| 01/12/2011 | 1042 | WAIVER OF SERVICE Returned Executed by Lori Brown, Mitchell Brown. US Bank N.A. waiver sent on 11/3/2010, answer due 1/3/2011. (Zuchetto, Matthew) (Entered: 01/12/2011) |
| 01/13/2011 | 1043 | STIPULATION *Joint Stipulation Re Second Consolidated Amended Complaint* by Leanne Steen (Attachments: #1 Exhibit 1)(Gilbert, Robert) (Entered: 01/13/2011) |
| 01/13/2011 | 1048 | ORDER Granting (5) Motion for Extension of Time to Answer in case 1:10−cv−24447−JLK. First United shall serve its response to the Class Action |

| | | |
|---|---|---|
| | | 305−523−5290 / Larry_Herr@flsd.uscourts.gov (jw) (Entered: 02/08/2011) |
| 02/08/2011 | 1147 | Amended Minute Entry for proceedings held before Senior Judge James Lawrence King: To include appearances by counsel Court Reporter: Larry Herr, 305−523−5290 / Larry_Herr@flsd.uscourts.gov (jw) (Entered: 02/08/2011) |
| 02/09/2011 | 1148 | ORDER Granting (10) Motion for Extension of Time to File Response/Reply in case 1:10−cv−24447−JLK. First United shall file its response to the Class Action Complaint in Case No. 09−md−2036 on or before March 12, 2011. Counsel is Directed to File in Case No. 09−md−2036 ONLY. Signed by Senior Judge James Lawrence King on 2/9/2011. (gp) (Entered: 02/09/2011) |
| 02/09/2011 | 1149 | NOTICE of Attorney Appearance by Steven Craig Marks on behalf of Ralph Tornes (Marks, Steven) (Entered: 02/09/2011) |
| 02/09/2011 | 1150 | RESPONSE in Opposition re 1143 MOTION for Partial Summary Judgment filed by J.P. Morgan Chase Bank, N.A., JP Morgan Chase &Co.. (Homer, Peter) (Entered: 02/09/2011) |
| 02/09/2011 | 1151 | RESPONSE in Support re 1094 MOTION to Stay *Proceedings in Favor of Arbitration, and Incorporated Memorandum of Law* filed by J.P. Morgan Chase Bank, N.A., JP Morgan Chase &Co.. (Homer, Peter) (Entered: 02/09/2011) |
| 02/09/2011 | 1152 | RESPONSE in Opposition re 1140 MOTION for Clerk's Entry of Default against Defendants Wells Fargo Bank, N.A., Wells Fargo Bank &Co., Chase Bank USA, N.A., J.P. Morgan Chase filed by J.P. Morgan Chase Bank, N.A., JP Morgan Chase &Co.. (Homer, Peter) (Entered: 02/09/2011) |
| 02/09/2011 | 1153 | RESPONSE/REPLY *UNION BANK, N.A.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT AND INCORPORATED MEMORANDUM OF LAW* by Union Bank, N.A.. (Greer, Alan) (Entered: 02/09/2011) |
| 02/10/2011 | 1154 | REPLY to Response to Motion re 1097 Renewed MOTION to Stay *Proceedings in Favor of Arbitration and Incorporated Memorandum of Law* filed by Wells Fargo &Company, Wells Fargo Bank, N.A.. (Jolley, David) (Entered: 02/10/2011) |
| 02/11/2011 | 1155 | **MDL Transfer In** Case Receipt from New York Southern; Case Number 1:10−cv−04172. Electronic file consisting of documents 1−8. Assigned Case No. 1:10−cv−23816−JLK on 10/22/2010. Re: SDFL MDL Conditional Transfer Order (TO−Dated 10/18/2010) at DE # (847 in 1:09−md−02036−JLK). See Docket Sheet at DE # (9 in 1:10−cv−23816−JLK). (gp) (Entered: 02/11/2011) |
| 02/11/2011 | 1156 | **MDL Transfer In** Case Receipt from Florida Northern; Case Number 1:10−cv−00090. Electronic file consisting of documents numbered 1−22. Assigned Case No. 1:10−cv−23872−JLK on 10/26/2010. Re: SDFL MDL Conditional Transfer Order (TO−Dated 10/18/2010) at DE # (847 in 1:09−md−02036−JLK). See Docket Sheet at DE # (23 in 1:10−cv−23872−JLK). (gp) (Entered: 02/11/2011) |
| 02/11/2011 | 1157 | **MDL Transfer In** Case Receipt from Georgia Northern; Case Number 1:10−cv−03027. Electronic file consisting of documents numbered 1−14. Assigned Case No. 1:10−cv−23938−JLK on 11/1/2010. Re: SDFL MDL Conditional Transfer Order (CTO−27) at DE # (858 in 1:09−md−02036−JLK). See Docket Sheet at DE # (15 in 1:10−cv−23938−JLK). (gp) (Entered: 02/11/2011) |
| 02/11/2011 | 1158 | **MDL Transfer In** Case Receipt from Washington Eastern; Case Number 2:10−cv−00356. Electronic file consisting of documents numbered 1−2. Assigned Case No. 1:10−cv−24147−JLK on 11/18/2010. Re: SDFL MDL Conditional Transfer Order (CTO−28) at DE # (920 in 1:09−md−02036−JLK). See Docket Sheet at D# (3 in 1:10−cv−24147−JLK). (gp) (Entered: 02/11/2011) |
| 02/11/2011 | 1159 | **MDL Transfer In** Case Receipt from Oklahoma Western; Case Number 5:10−cv−01185. Electronic file consisting of documents numbered 1−17. Assigned Case No. 1:10−cv−24316−JLK on 12/6/2010. Re: SDFL MDL Conditional Transfer Order (CTO−29) at DE # (971 in 1:09−md−02036−JLK). See Docket Sheet at DE # (18 in 1:10−cv−24316−JLK). (gp) (Entered: 02/11/2011) |

| Date | Doc # | Description |
|---|---|---|
| | | O)(Jolley, David) (Entered: 05/02/2011) |
| 05/02/2011 | 1406 | MOTION to Compel *Arbitration* ( Responses due by 5/19/2011), MOTION to Stay *Proceedings* by U.S. Bank, NA. (Attachments: # 1 Text of Proposed Order)(McGuire, James) (Entered: 05/02/2011) |
| 05/02/2011 | 1407 | MEMORANDUM in Support re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings* by U.S. Bank, NA. (McGuire, James) (Entered: 05/02/2011) |
| 05/02/2011 | 1408 | AFFIDAVIT signed by : Rita F. Lin. re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings* by U.S. Bank, NA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McGuire, James) −Modified filer on 5/4/2011 (gp)−. (Entered: 05/02/2011) |
| 05/02/2011 | 1409 | [Duplicate] AFFIDAVIT signed by : Rita F. Lin. re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings* by U.S. Bank, NA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McGuire, James) −Modified text − This document is a Duplicate of 1408 on 5/4/2011 (gp). (Entered: 05/02/2011) |
| 05/02/2011 | 1410 | RESPONSE in Opposition re 1383 Defendant's MOTION to Stay *Emergency Motion of Wells Fargo Bank, N.A. for Temporary Stay of Proceedings and Order Requiring Expedited Briefing on Motion to Dismiss, Or, In the Alternative, to Stay In Favor of Arbitration* filed by Melanie L. Garcia, Dolores Gutierrez(on behalf of herself and all others similarly situated), Marc Martinez(on behalf of himself and all others similarly situated), Celia Spears−Haymond, Alex Zankich. (Buckner, David) (Main Document 1410 replaced [re: Heading not showing] on 5/9/2011) (gp). (Entered: 05/02/2011) |
| 05/02/2011 | 1411 | AFFIDAVIT signed by : Brent Farka. re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings* by U.S. Bank, NA (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(McGuire, James) (Entered: 05/02/2011) |
| 05/02/2011 | 1412 | MOTION for Hearing re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings*, MOTION to Compel ( Responses due by 5/19/2011), MOTION to Stay re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings* ( Responses due by 5/19/2011) by U.S. Bank, NA. (McGuire, James) (Entered: 05/02/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1413 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1414 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1415 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1416 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1417 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1418 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1419 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | | SYSTEM ENTRY − Docket Entry 1420 restricted/sealed until further notice. (nc) (Entered: 05/03/2011) |
| 05/03/2011 | 1421 | MOTION for Hearing *[Motion of Defendant Wells Fargo Bank, N.A. for Immediate Status Conference]* by Wells Fargo Bank, N.A.. (Davidson, Barry) (Entered: 05/03/2011) |
| 05/03/2011 | 1422 | MOTION to Withdraw Document 1408 Affidavit *Of Rita F. Lin* by U.S. Bank, NA. Responses due by 5/20/2011 (McGuire, James) (Entered: 05/03/2011) |

| | | |
|---|---|---|
| | | J, #13 Exhibit K, #14 Exhibit L, #15 Exhibit M, #16 Exhibit N, #17 Exhibit O, #18 Exhibit P, #19 Exhibit Q)(Gilbert, Robert) **(Modified − Main Document 1487 replaced [re: Heading not showing] on 5/18/2011) (gp)** (Main Document 1487 replaced on 5/18/2011) (gp). (Entered: 05/17/2011) |
| 05/17/2011 | 1488 | Plaintiff's MOTION for Hearing re 1487 Response in Opposition to Motion,,,, 1384 Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa*Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa Plaintiffs' Request for Oral Argument on Defendant's Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration* by Melanie L. Garcia. (Gilbert, Robert) (Entered: 05/17/2011) |
| 05/17/2011 | 1489 | Plaintiff's MOTION Plaintiffs' Motion to Defer Ruling on Defendant's Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration Pending Completion of Limited Arbitration−Related Discovery and Incorporated Memorandum of Law re 1487 Response in Opposition to Motion,,,, 1384 Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa*Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa* by Melanie L. Garcia. (Gilbert, Robert) (Entered: 05/17/2011) |
| 05/17/2011 | 1490 | Plaintiff's MOTION for Extension of Time to File Response/Reply as to 1444 MOTION JPMorgan Chase Bank N.A.'s Motion to Stay or Dismiss, in Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed, and Stone, and Incorporated Memorandum of Law *Agreed Motion for Two Day Enlargement of Time to File Response in Opposition to JPMorgan Chase Bank's Motion to Stay or Dismiss, in Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed and Stone* by Estella A. Lopez. (Attachments: #1 Text of Proposed Order)(Gilbert, Robert) (Entered: 05/17/2011) |
| 05/17/2011 | 1491 | RESPONSE in Opposition re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings Plaintiffs' Response in Opposition to U.S. Bank National Association's Motion to Compel Arbitration* filed by Lori Brown. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F, #7 Exhibit G)(Gilbert, Robert) **(Modified − Main Document 1491 replaced [re: Heading not showing] on 5/18/2011) (gp)** (Entered: 05/17/2011) |
| 05/17/2011 | 1492 | Plaintiff's MOTION for Hearing re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings*, 1491 Response in Opposition to Motion, *Plaintiffs' Request for Oral Argument on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings* by Lori Brown. (Gilbert, Robert) (Entered: 05/17/2011) |
| 05/17/2011 | 1493 | Plaintiff's MOTION to Defer Ruling on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings Pending Completion of Limited Arbitration−Related Discovery and Incorporation Memorandum of Law re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings*, 1491 Response in Opposition to Motion, by Lori Brown. (Gilbert, Robert) (Entered: 05/17/2011) |
| 05/17/2011 | 1495 | ORDER Granting 1472 Motion to Appear Pro Hac Vice, and Receive Electronic Filing Privileges for Defendant Wells Fargo Bank, N.A.'s Out−of−State Attorney, Eric C. Bosset. Signed by Senior Judge James Lawrence King on 5/17/2011. (gp) (Entered: 05/18/2011) |
| 05/17/2011 | 1496 | ORDER granting 1473 Motion to Appear Pro Hac Vice, Consent to Designation, and Electronic Filing Privileges for Edward D. McDevitt and Floyd E. Boone Jr.. Signed by Senior Judge James Lawrence King on 5/17/2011. (gp) (Entered: |

| | | |
|---|---|---|
| 05/27/2011 | 1536 | REPLY to Response to Motion re 1384 Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa*Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa* filed by Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Jolley, David) (Entered: 05/27/2011) |
| 05/27/2011 | 1537 | REPLY to Response to Motion re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings* filed by US Bank N.A.. (McGuire, James) (Entered: 05/27/2011) |
| 05/27/2011 | 1538 | AFFIDAVIT in Support re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings − Declaration of Brent Farka in Support of Defendant U.S. Bank, N.A.'s Reply In Support of its Motion to Compel Arbitration and Stay Proceedings* filed by US Bank N.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(McGuire, James) (Entered: 05/27/2011) |
| 05/27/2011 | 1539 | RESPONSE to Motion re 1489 Plaintiff's MOTION Plaintiffs' Motion to Defer Ruling on Defendant's Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration Pending Completion of Limited Arbitration−Related Discovery and Incorporated Memorandum of Law filed by Wells Fargo Bank, N.A.. Replies due by 6/6/2011. (Jolley, David) (Entered: 05/27/2011) |
| 05/27/2011 | 1540 | MOTION for Hearing re 1406 MOTION to Compel *Arbitration* MOTION to Stay *Proceedings* by U.S. Bank, NA. (Attachments: # 1 Text of Proposed Order)(McGuire, James) (Entered: 05/27/2011) |
| 05/27/2011 | 1541 | Plaintiff's MOTION to Defer Ruling on Compass Bank's Motion to Stay Proceedings and Compel Arbitration, MOTION for Discovery *Related to Arbitration* ( Responses due by 6/13/2011) by Stephen T. Anderson(1:11−cv−20436−JLK/Florida Northern, 1:10−cv−00208). (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Buckner, David) (Main Document 1541 Modified/Replaced [re: Heading not showing] on 5/31/2011) (gp). (Entered: 05/27/2011) |
| 05/27/2011 | 1542 | TRANSFER ORDER (TO−dated 05/20/2011) from Judicial Panel on Multidistrict Litigation transferring case to the Southern District of Florida re: MDL Case No. 09−MD−2036 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable James Lawrence King. (Signed by John G. Heyburn II, Chairman of the Panel). (gp) (Entered: 05/31/2011) |
| 05/31/2011 | 1543 | MDL Transmittal Letter Requesting Case from the Northern District of Georgia, Case Number 1:11−0401 − Amos Davis v. Renasant Bank, with enclosed copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (gp) (Entered: 05/31/2011) |
| 05/31/2011 | 1544 | MDL Transmittal Letter Requesting Case from the District of Maryland, Case Number 1:11−0064 − Diane Lewis v. Sovereign Bank, with enclosed copy of the order of transfer from the Judicial Panel on Multidistrict Litigation. (gp) (Entered: 05/31/2011) |
| 05/31/2011 | 1545 | MOTION to Strike 1537 Reply to Response to Motion, 1538 Affidavit in Support of Motion, *and Incorporated Memorandum of Law* by Lori Brown, Mitchell Brown. Responses due by 6/17/2011 (Gilbert, Robert) (Entered: 05/31/2011) |
| 05/31/2011 | 1546 | ORDER Granting 1532 Motion for Leave to File Excess Pages. Signed by Senior Judge James Lawrence King on 5/31/2011. (gp) (Entered: 05/31/2011) |
| 05/31/2011 | 1547 | ORDER Granting 1530 Motion for Leave to File Excess Pages. Signed by Senior Judge James Lawrence King on 5/31/2011. (gp) (Entered: 05/31/2011) |
| 05/31/2011 | 1548 | ORDER denying 1540 Motion for Hearing. Signed by Senior Judge James Lawrence King on 5/31/2011. (gp) (Entered: 05/31/2011) |

| | | |
|---|---|---|
| 05/31/2011 | 1549 | MOTION for Hearing by Compass Bank. (Cook, Gregory) (Entered: 05/31/2011) |
| 05/31/2011 | 1550 | Unopposed MOTION for Extension of Time To File Response in Opposition to Plaintiffs' Motion to Strike Affirmative Defenses re 1474 Plaintiff's MOTION to Strike 1360 Answer to Amended Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law* by Associated Bank, N. A.. Responses due by 6/17/2011 (Attachments: # 1 Text of Proposed Order)(Weiss, Aaron) (Entered: 05/31/2011) |
| 05/31/2011 | 1551 | Unopposed MOTION for Extension of Time Extension of Time to File Response in Opposition to Plaintiff's Motion to Strike re 1480 Plaintiff's MOTION to Strike 1361 Answer to Amended Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law* by Harris, N.A.. Responses due by 6/17/2011 (Attachments: # 1 Text of Proposed Order)(Weiss, Aaron) (Entered: 05/31/2011) |
| 05/31/2011 | 1552 | RESPONSE in Opposition re 1545 MOTION to Strike 1537 Reply to Response to Motion, 1538 Affidavit in Support of Motion, *and Incorporated Memorandum of Law* filed by US Bank N.A.. (McGuire, James) (Entered: 05/31/2011) |
| 05/31/2011 | 1553 | RESPONSE in Opposition re 1528 MOTION re 1527 MOTION *to Remove Union Bank, N.A. from the First Tranche or in the Alternative to Confirm that the May 13, 2011 Order [DE #1479] also Applies to Union Bank Request for Expedited Ruling on Union Bank, N.A.'s Motion* MOTION re 1527 MOTION *to Remove Union Bank, N.A. from the First Tranche or in the Alternative to Confirm that the May 13, 2011 Order [DE #1479] also Applies to Union Bank Request for Expedited Ruling on Union Bank, N.A.'s Motion,* 1527 MOTION *to Remove Union Bank, N.A. from the First Tranche or in the Alternative to Confirm that the May 13, 2011 Order [DE #1479] also Applies to Union Bank* filed by Cynthia Larsen. (Buckner, David) (Entered: 05/31/2011) |
| 05/31/2011 | 1554 | Agreed MOTION for Extension of Time To File Opposition To Plaintiffs' Motion To Strike Defendant's Affirmative Defenses re 1475 Plaintiff's MOTION to Strike 1358 Answer to Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law* by Capital One, N.A.. Responses due by 6/17/2011 (Attachments: # 1 Text of Proposed Order)(McGuire, James) (Entered: 05/31/2011) |
| 06/01/2011 | 1555 | Minute Entry for proceedings held before Senior Judge James Lawrence King: Motion Hearing held on 6/1/2011 re 1444 MOTION JPMorgan Chase Bank N.A.'s Motion to Stay or Dismiss, in Favor of Arbitration, the Proceedings Relating to Claims of Plaintiffs Lopez, McDaniel, Reed, and Stone, and Incorporated Memorandum of Law filed by J.P. Morgan Chase Bank, N.A., and 1384 Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa*Defendant's MOTION to Dismiss for Lack of Jurisdiction 437 Amended Complaint, 353 Amended Complaint, 354 Amended Complaint, 352 Amended Complaint *Motion of Defendant Wells Fargo Bank, N.A. to Dismiss Or, in the Alternative, to Stay in Fa* filed by Wells Fargo Bank, N.A.. Court Reporter: William Romanishin, 305−523−5558 / Bill_Romanishin@flsd.uscourts.gov (jw) (Entered: 06/01/2011) |
| 06/01/2011 | 1556 | TRANSCRIPT of Hearing on Motion to Stay or Dismiss held on 6/1/2011 before Senior Judge James Lawrence King, 1−69 pages, Court Reporter: William Romanishin, 305−523−5558 / Bill_Romanishin@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting William Romanishin via e−mail before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/27/2011. Redacted Transcript Deadline set for 7/8/2011. Release of Transcript Restriction set for 9/2/2011. (br) (Entered: 06/01/2011) |
| 06/01/2011 | 1557 | Agreed MOTION for Extension of Time to Respond to Plaintiffs' Motion to Strike Defendants' Affirmative Defenses re 1476 Plaintiff's MOTION to Strike 1359 Answer to Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law* by Comerica Bank. Responses due by 6/20/2011 (Attachments: # 1 Text of Proposed Order)(Johnston, Kenneth |

| | | |
|---|---|---|
| | | Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on by TD Bank N.A.. (Ritchie, Lucus) (Entered: 06/03/2011) |
| 06/03/2011 | 1576 | ORDER Deferring ruling on Motions to Compel Arbitration, Granting Time to Conduct Limited Arbitration−Related Discovery. Ruling on 1384 Motion to Dismiss for Lack of Jurisdiction; 1444 Motion to Compel Arbitration are Reserved; terminating 1451 Motion for Hearing; RE: 1489 Motion ; 1504 Motion. **Please see Order for further details** Signed by Senior Judge James Lawrence King on 6/3/2011. (gp) (Entered: 06/03/2011) |
| 06/03/2011 | 1577 | ORDER denying 1376 Motion to Compel Production of Documents. Signed by Senior Judge James Lawrence King on 6/3/2011. (wc) (Entered: 06/03/2011) |
| 06/03/2011 | 1578 | RESPONSE in Opposition re 1484 MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion for |

| | | |
|---|---|---|
| | | *Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on Plaintiffs Opposition to Motion, Based on Recently Decided Eleventh Circuit Authority, to Dismiss on Grounds of Preemption Pursuant to Rule 12(c) and on Further Reconsideration if Its Earlier Motion Pursuant to Rule 12(b)(6), or, in the Alternative, for Certification Pursuant to 28 U.S.C. § 1292(b) filed by Andrea Luquetta. (Gilbert, Robert) (Entered: 06/03/2011)* |
| 06/03/2011 | 1579 | ORDER granting 1558 Agreed Motion for Extension of Time to File Response Memorandum in Opposition re 1481 Plaintiff's MOTION to Strike 1362 Defendant's Affirmative Defenses. Responses due by 6/17/2011. Signed by Senior Judge James Lawrence King on 6/3/2011. (wc) (Entered: 06/03/2011) |
| 06/03/2011 | 1580 | ORDER Denying 1527 , 1528 Union Bank's MOTION *to Remove Union Bank, N.A. from the First Tranche and confirming class certification briefing deadline for remaining First Tranche cases.* Signed by Senior Judge James Lawrence King on 6/3/2011; setting aside the Court's Order 1524 pertaining to JPMorgan Chase's Luquetta action; First tranche defendant Union Bank and JPMorgan Chase (in the Luquetta action only) shall file their Responses to Plantiffs' Motions for Class Certification on June 9, 2011, in accordance with the Court's November 4, 2011 Scheduling Order (DE# 878). (See Order for full details.) (wc) (Entered: 06/03/2011) |
| 06/03/2011 | 1581 | RESPONSE in Opposition re 1493 Plaintiff's MOTION to Defer Ruling on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings Pending Completion of Limited Arbitration−Related Discovery and Incorporation Memorandum of Law re 1406 MOTIONPlaintiff's MOTION to Defer Ruling on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings Pending Completion of Limited Arbitration−Related Discovery and Incorporation Memorandum of Law re 1406 MOTION filed by US Bank N.A.. (McGuire, James) (Entered: 06/03/2011) |
| 06/06/2011 | 1582 | RESPONSE to Motion re 1504 Plaintiff's MOTION to Defer Ruling on JPMorgan Chase Bank N.A.'s Motion to Stay or Dismiss, in Favor of Arbitration, the |

| | | |
|---|---|---|
| | | MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on by Capital One, N.A.. (McGuire, James) (Entered: 06/07/2011) |
| 06/08/2011 | 1588 | REPLY to Response to Motion re 1545 MOTION to Strike 1537 Reply to Response to Motion, 1538 Affidavit in Support of Motion, *and Incorporated Memorandum of Law Plaintiffs' Reply in Support of Motion to Strike Portions of U.S. Bank National Association's Reply in Support of Its Motion to Compel Arbitration and Stay Proceedings* filed by Lori Brown. (Gilbert, Robert) (Entered: 06/08/2011) |
| 06/08/2011 | 1589 | NOTICE of Attorney Appearance by Jonathan Marc Streisfeld on behalf of Pamela Harris (Streisfeld, Jonathan) (Entered: 06/08/2011) |
| 06/08/2011 | 1590 | Agreed MOTION for Extension of Time to File Response/Reply as to 1580 Order, Terminate Motions,,,, *Agreed Motion for a Two−Week Extension of time for Chase to File its Brief in Opposition to Class Certification in the Luquetta Action* by J.P. Morgan Chase Bank, N.A.. (Attachments: # 1 Text of Proposed Order)(Homer, Peter) (Entered: 06/08/2011) |
| 06/08/2011 | 1591 | MOTION to Adopt/Join 1484 MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, |

| | | |
|---|---|---|
| 06/14/2011 | 1609 | RESPONSE in Opposition re 1596 Plaintiff's MOTION to Shorten Time for Defendants' Responses and/or Objections to Arbitration−Related Discovery and to Complete Production of Documents and Incorporated Memorandum of Law filed by Wells Fargo Bank, N.A.. (Jolley, David) (Entered: 06/14/2011) |
| 06/14/2011 | 1610 | RESPONSE in Opposition re 1596 Plaintiff's MOTION to Shorten Time for Defendants' Responses and/or Objections to Arbitration−Related Discovery and to Complete Production of Documents and Incorporated Memorandum of Law *JPMorgan Chase Bank, N.A.'s Response to Plaintiffs' Motion to Shorten Time for Defendants' Responses and/or Objections to Arbitration−Related Discovery and to Complete Production of Documents* filed by J.P. Morgan Chase Bank, N.A.. (Homer, Peter) (Entered: 06/14/2011) |
| 06/14/2011 | 1611 | REPLY to Response to Motion re 1493 Plaintiff's MOTION to Defer Ruling on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings Pending Completion of Limited Arbitration−Related Discovery and Incorporation Memorandum of Law re 1406 MOTIONPlaintiff's MOTION to Defer Ruling on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings Pending Completion of Limited Arbitration−Related Discovery and Incorporation Memorandum of Law re 1406 MOTION *Plaintiffs' Reply In Support of MOTION to Defer Ruling on Defendant U.S. Bank National Association's Motion to Compel Arbitration and Stay Proceedings Pending Completion of Limited Arbitration−Related Discovery* filed by Lori Brown. (Gilbert, Robert) (Entered: 06/14/2011) |
| 06/15/2011 | 1612 | STIPULATION re 1480 Plaintiff's MOTION to Strike 1361 Answer to Amended Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law*, 1474 Plaintiff's MOTION to Strike 1360 Answer to Amended Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law Stipulation and Order Regarding Motions to Strike Affirmative Defenses* filed by Associated Bank, N.A. and Harris, N.A. by Pamela Harris (Gilbert, Robert) (Entered: 06/15/2011) |
| 06/15/2011 | 1613 | STIPULATION re 1390 Plaintiff's MOTION to Strike 1335 Answer to Amended Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law Stipulation and Order Regarding Plaintiff's Motion to Strike Affirmative Defenses Filed by Bancorpsouth Bank* by Shane Swift (Gilbert, Robert) (Entered: 06/15/2011) |
| 06/15/2011 | 1614 | STIPULATION re 1475 Plaintiff's MOTION to Strike 1358 Answer to Complaint *Plaintiffs' Motion to Strike Defendant's Affirmative Defenses and Incorporated Memorandum of Law Stipulation and Order Regarding Plaintiffs' Motion to Strike Affirmative Defenses Filed By Capital One, N.A.* by Leanne Steen (Gilbert, Robert) (Entered: 06/15/2011) |
| 06/15/2011 | 1621 | Appeal Record Returned: in member cases: 09cv23632,10cv20476,10cv20478,10cv20820,10cv20813 (for details see respective case) (cqs) (Entered: 06/16/2011) |
| 06/16/2011 | 1615 | Agreed MOTION for Leave to File Excess Pages *Agreed Motion for Extension of Page Limit for JPMorgan Chase Bank, N.A.'s Memorandum of Law in Opposition to Class Certification in the Luquetta Action* by J.P. Morgan Chase Bank, N.A.. (Attachments: # 1 Text of Proposed Order)(Homer, Peter) (Entered: 06/16/2011) |
| 06/16/2011 | 1616 | MOTION to Stay *Motion of Defendant JPMorgan Chase Bank, N.A. to Stay the Proceedings, in Favor of Arbitration, as to Putative Absent Cass Members, and Incorporated Memorandum of Law* by J.P. Morgan Chase Bank, N.A.. Responses due by 7/5/2011 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Homer, Peter) (Entered: 06/16/2011) |
| 06/16/2011 | 1617 | AFFIDAVIT in Support re 1616 MOTION to Stay *Motion of Defendant JPMorgan Chase Bank, N.A. to Stay the Proceedings, in Favor of Arbitration, as to Putative Absent Cass Members, and Incorporated Memorandum of Law Declaration of Rhonda Pettit in Support of JPMorgan Chase Bank, N.A.'s Motion to Stay the Proceedings, in Favor of Arbitration, as to Putative Absent Class Members* filed by J.P. Morgan Chase Bank, N.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Homer, Peter) (Entered: 06/16/2011) |

| | | |
|---|---|---|
| | | Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended MOTION to Adopt/Join 1484 MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended, 1661 MOTION for Hearing re 1660 Response in Support of Motion,,,,,,,,,,,,,, *For Reconsideration Or, In The Alternative, Motion For Certification* filed by National City Bank, PNC Bank, N.A., PNC Bank, National Association. (May, Darryl) (Entered: 06/27/2011) |
| 06/27/2011 | 1664 | MOTION for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings of Kalama M. Lui−Kwan. (lbc) (Entered: 06/28/2011) |
| 06/27/2011 | 1665 | MOTION for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings of Michelle McGuinness. (lbc) (Entered: 06/28/2011) |
| 06/27/2011 | 1666 | MOTION for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings of Megan C. Kelly.(lbc) (Entered: 06/28/2011) |
| 06/27/2011 | 1667 | MOTION for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings for Casey J. McTigue. (lbc) (Entered: 06/28/2011) |
| 06/28/2011 | 1663 | Minute Entry for proceedings held before Senior Judge James Lawrence King: Motion Hearing held on 6/28/2011 re 1355 MOTION to Dismiss 1317 Amended Complaint,, *and Its Rico Claim* filed by Union Bank, N.A. Court Reporter: Robin Dispenzieri, 305−523−5659 / Robin_Dispenzieri@flsd.uscourts.gov (jw) (Entered: 06/28/2011) |
| 06/28/2011 | 1668 | ORDER granting 1666 Motion for limited appearance consent to designation and request to electronically receive notices of electronic filings (Megan C. Kelly). Signed by Senior Judge James Lawrence King on 6/29/2011. (dj) (Entered: 06/29/2011) |
| 06/28/2011 | 1670 | ORDER of USCA,joint motion to vacate and remand to the District Court is GRANTED as to 797 Notice of Appeal, filed by RBC Bank (USA) (member case number 10cv22190) (cqs) (Entered: 06/29/2011) |
| 06/29/2011 | 1669 | ORDER granting 1665 Motion for limited appearance consent to designation and request to electronically receive notices of electronic filings (Michelle T. Mc Guinness). Signed by Senior Judge James Lawrence King on 6/29/2011. (dj) (Entered: 06/29/2011) |
| 06/29/2011 | 1671 | ORDER granting 1664 Motion for limited appearaqnce consent to designation and request to electronically receive notices of electronic filings (Kalama M. Lui Kwan). Signed by Senior Judge James Lawrence King on 6/29/2011. (dj) (Entered: 06/29/2011) |
| 06/29/2011 | 1672 | RESPONSE in Opposition re 1355 MOTION to Dismiss 1317 Amended Complaint,, *and Its Rico Claim As to the Baptista Issue Only* filed by Cynthia Larsen. (Attachments: # 1 Exhibit A)(Gilbert, Robert) (Entered: 06/29/2011) |
| 06/29/2011 | 1674 | ORDER granting 1667 MOTION for Limited Appearance, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings of Casey J. McTigue. Signed by Senior Judge James Lawrence King on 6/29/2011. (lbc) (Entered: 06/30/2011) |
| 06/30/2011 | 1673 | ORDER Deferring Ruling on Motion to Compel Arbitration, Granting Time to Conduct Limited Arbitration−Related Discovery. Signed by Senior Judge James Lawrence King on 6/29/2011. (jw) (Entered: 06/30/2011) |
| 06/30/2011 | 1675 | NOTICE of Attorney Appearance by Carrie Ann Wozniak on behalf of RBC Bank (USA) (Wozniak, Carrie) (Entered: 06/30/2011) |
| 06/30/2011 | 1676 | NOTICE OF APPEAL by US Bank N.A. Re: 1673 Order (See member case 10cv24147 for appeal documents) Filing fee $ 455.00. Within fourteen days of the |

| | | |
|---|---|---|
| | | filing date of a Notice of Appeal, the appellant must complete the Eleventh Circuit Transcript Order Form regardless of whether transcripts are being ordered [Pursuant to FRAP 10(b)]. For information go to our FLSD website under Transcript Information. (McGuire, James)Text Modified on 7/8/2011 (Entered: 06/30/2011) |
| 06/30/2011 | 1677 | TRANSCRIPT of motion to dismiss held on 6−28−2011 before Senior Judge James Lawrence King, 1−61 pages, Court Reporter: Robin Dispenzieri, 305−523−5659 / Robin_Dispenzieri@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting Robin Dispenzieri, before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/25/2011. Redacted Transcript Deadline set for 8/4/2011. Release of Transcript Restriction set for 10/3/2011. (rd) (Entered: 06/30/2011) |
| 06/30/2011 | 1679 | MOTION for clarification 1328 Order, by Robert Townsend. Responses due by 7/18/2011 (lbc) (Entered: 07/01/2011) |
| 07/01/2011 | 1678 | FINAL REPORT of Mediation Disposition: Impasse(Scott, Thomas) (Entered: 07/01/2011) |
| 07/05/2011 | 1680 | Agreed MOTION for Leave to File Excess Pages *for Reply in support of Motion for Class Certification* by Cynthia Larsen. (Attachments: # 1 Text of Proposed Order)(Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1681 | NOTICE by Cynthia Larsen *of filing Reply in Support of Motion for Class Certification and Request for Oral Argument* (Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1682 | Defendant's MOTION to Stay *Proceedings Pending Appeal And Incorporated Memorandum Of Law* by US Bank N.A.. Responses due by 7/22/2011 (McGuire, James) (Entered: 07/05/2011) |
| 07/05/2011 | 1683 | MOTION for Discovery *to Require Timely and Substantive Responses to Limited Arbitration−Related Discovery In Advance of August 12, 2011, Hearing* by Lacy Barras, Jeffrey Buffington, Maxine Aarons Given, Pamela J. Hough, Doris Powell−Perry. Responses due by 7/22/2011 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1684 | RESPONSE in Opposition re 1560 Renewed MOTION to Compel *Arbitration* filed by Doris Powell−Perry. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1685 | RESPONSE in Opposition re 1562 Renewed MOTION to Compel *Arbitration* filed by Lacy Barras. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C−1, # 4 Exhibit C−2, # 5 Exhibit C−3, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I)(Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1686 | RESPONSE in Opposition re 1563 MOTION to Compel *Arbitration MTBank's Renewed Motion to Compel Arbitration and Stay or Dismiss Litigation and Incorporated Memorandum of Law* filed by Maxine Aarons Given. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1687 | RESPONSE in Opposition re 1561 Renewed MOTION to Compel *Arbitration* filed by Lawrence D. Hough, Pamela J. Hough. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1688 | RESPONSE in Opposition re 1583 Renewed MOTION to Compel *Arbitration*Renewed MOTION to Stay filed by Jeanette Buffington, Jeffrey Buffington. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Buckner, David) (Entered: 07/05/2011) |

| | | |
|---|---|---|
| 07/05/2011 | 1689 | RESPONSE in Opposition re 1616 MOTION to Stay *Motion of Defendant JPMorgan Chase Bank, N.A. to Stay the Proceedings, in Favor of Arbitration, as to Putative Absent Cass Members, and Incorporated Memorandum of Law* filed by Andrea Luquetta. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C−1, # 4 Exhibit C−2, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Buckner, David) (Entered: 07/05/2011) |
| 07/05/2011 | 1696 | ORDER of Clarification on the Court's Order of Remand for Lack of Subject Matter Jurisdiction re 1679 MOTION for clarification 1328 Order (10−cv−21834 Robert Townsend). Signed by Senior Judge James Lawrence King on 7/5/2011. (lbc) (Entered: 07/07/2011) |
| 07/06/2011 | 1690 | ORDER granting 1680 Motion for Leave to File Excess Pages. Signed by Senior Judge James Lawrence King on 7/6/2011. 09−cv−23235−JLK (lbc) (Entered: 07/06/2011) |
| 07/06/2011 | 1691 | ORDER Setting Hearing on Motion 1484 MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, Based on MOTION to Dismiss 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, 217 MOTION to Dismiss 167 Amended Complaint,, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Judgment on the Pleadings,, Order on Motion to Adopt/Join, JPMorgan Chase Bank, N.A.'s Motion, 138 Amended MOTION for Reconsideration re 305 Order on Motion to Dismiss : Motion Hearing set for 7/12/2011 10:00 AM in Miami Division before Senior Judge James Lawrence King in Courtroom II, Eleventh Floor. Signed by Senior Judge James Lawrence King on 7/6/2011. (jw) (Entered: 07/06/2011) |
| 07/06/2011 | 1692 | MOTION Defer Ruling Pending Arbitration−Related Discovery re 1616 MOTION to Stay *Motion of Defendant JPMorgan Chase Bank, N.A. to Stay the Proceedings, in Favor of Arbitration, as to Putative Absent Cass Members, and Incorporated Memorandum of Law*, 1689 Response in Opposition to Motion, by Andrea Luquetta. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Buckner, David) (Entered: 07/06/2011) |
| 07/06/2011 | 1693 | *Defendant BancorpSouth Bank's Amended* ANSWER and Affirmative Defenses to Amended Complaint by Bancorpsouth Bank.(Taylor, Eric) (Entered: 07/06/2011) |
| 07/06/2011 | 1694 | *AMENDED* ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by Harris, N.A..(Weiss, Aaron) (Entered: 07/06/2011) |
| 07/06/2011 | 1695 | *AMENDED* ANSWER and Affirmative Defenses to Amended Complaint with Jury Demand by Associated Bank, N. A..(Weiss, Aaron) (Entered: 07/06/2011) |
| 07/06/2011 | 1711 | ORDER of Clarification on the Court's Order of Remand for Lack Of Subject Matter Jurisdiction re 1679 . Signed by Senior Judge James Lawrence King on 7/5/2011. (lbc) SYSTEM ENTRY − Case 1:10−cv−21834 electronically transferred out to California Central. (lbc) (Entered: 07/07/2011) (Entered: 07/11/2011) |
| 07/07/2011 | 1697 | NOTICE by Lori Brown re 1682 Defendant's MOTION to Stay *Proceedings Pending Appeal And Incorporated Memorandum Of Law* (Gilbert, Robert) (Entered: 07/07/2011) |