UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



# CIVIL MINUTES

Case No. 09-02036-MDL-KING

Date July 15, 2011

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: A. Greer for Joyce Williams
COURT REPORTER: Robin Dispenzieri

TYPE OF PROCEEDINGS:

## CONTINUED CLASS CERTIFICATION HEARING

Scheduling Conference ___      Status Conference ___
Pre-Trial Conference ___       Motion Hearing ___

Counsel for Plaintiff: Stewart Grossman, David Buckner, Robert Gilbert

Counsel for Defendant: Peter Homer, Chris Lisett

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: ___
PRE-TRIAL MOTIONS FILED BY: ___
STATUS CONFERENCE SET FOR: ___
SCHEDULING CONFERENCE SET FOR: ___
PRE-TRIAL CONFERENCE SET FOR: ___
TRIAL SET FOR: ___
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: ___

- Counsel discussed reasons for withdrawal of Class Certification and Representative Luquetta. Order forthcoming re: Court's ruling.