IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVIDION

CASE NO. 1:09-MD-2036-JKL

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATED TO: | ) ) ) |
| *Stephen T. Anderson v. Compass Bank*, N.D. Fla. Case No. 1:10-cv-00208 S. D. Fla. Case No. 1:11-cv-20436-JLK | ) ) ) |

**DEFENDANT COMPASS BANK'S UNOPPOSED MOTION FOR CLARIFICATION**

Comes now Compass Bank d/b/a BBVA Compass ("Compass Bank") and moves this Honorable Court for clarification of its "OMNIBUS ORDER ADMINISTRATIVELY CLOSING MEMBER CASES, REQUIRING FUTURE FILINGS IN LEAD CASE" [DOC. 1640] (the "Order"). In support of this motion, Compass Bank states as follows:

**Motion to Clarify**

1. An Order recently entered by this Court states: "Any motions filed in the transferor court prior to transfer into this MDL, or pending under the assigned Southern District case number shall be re-filed under the MDL number."

2. As explained below, Compass Bank's Motion to Stay Proceedings and Compel Arbitration was briefed by both sides before the above-captioned action was transferred from the United States District Court for the Northern District of Florida to this Court.[1]

---

[1] Compass Bank filed its Motion to Stay Proceedings and Compel Arbitration on December 2, 2010. On January 10, 2011, Plaintiff filed its opposition to the Motion. Compass Bank replied to the opposition on February 2, 2011. S*ee Anderson v. Compass Bank*, No. 1:10-

3. Compass Bank seeks to clarify the application of the Order, particularly as it applies to the subject parties' arbitration briefing. Specifically, the Order does not specify what should be refiled or who should file it. Compass Bank, therefore, seeks clarification on the following matters:

a. Whether only the Motion to Stay Proceedings and Compel Arbitration should be re-filed, or whether the opposition and sur-reply should be refiled together with the Motion;

b. Whether the Motion and associated briefing should be re-filed through a Notice of Filing, or by filing a new motion; and,

c. Whether the Clerk of Court or the movant should refile.

4. Compass Bank conferred with Robert Gilbert, counsel for Plaintiff, regarding this Motion to Clarify. Mr. Gilbert does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Compass Bank moves this Court to clarify its order as to the questions listed above.

        */s/ Gregory C. Cook*
Gregory C. Cook
A. Kelly Brennan
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203-2015
Telephone:  205-226-3426
Facsimile:  205-488-5870
Email:  gcook@balch.com
       kbrennan@balch.com

---

cv-00208-SPM-GRJ (N.D. Fla.) [Doc. 6, 7, 16]. This action was transferred by the United States Judicial Panel on Multidistrict Litigation on February 3, 2011 from the Northern District of Florida.

                                         Gerry S. Gibson  
                                         C. Bryce Albu  
                                         REEDER & REEDER P.A.  
                                         250 South Central Blvd.  
                                         Suite 200  
                                         Jupiter, Florida  33458  
                                         Telephone:  561-575-9871  
                                         Facsimile:  561-575-9765  
                                         E-mail: gerry@ederandreeder.com  
                                                     bryce@reederandreeder.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2011, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the persons whose addresses are listed below, and/or via first-class United States mail, postage prepaid, as indicated by the Court's notice:

Aaron S. Podhurst
Robert C. Josefsberg
Peter Prieto
Stephen F. Rosenthal
John Gravante, III
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130-1780

Robert C. Gilbert
Stuart Z. Grossman
David Buckner
Seth E. Miles
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, Florida 33134

Russell W. Budd
Bruce W. Steckler
Mazin A. Sbaiti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219

David S. Stallings
LIEFF CABRASER HEIMANN &
BERSTEIN, L.L.P.
250 Hudson Street, 8th Floor
New York, New York 10013

Bruce S. Rogow
Jeremy W. Alters
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, Florida 33137

E. Adam Webb
Matthew C. Klase
G. Franklin Lemond, Jr.
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339

Michael W. Sobol
Roger N. Heller
Jordan Elias
LIEFF CABRASER HEIMANN &
BERNSTEIN, L.L.P.
Embarcardero Center West
275 Battery Street, 30th Floor
San Francisco, California 94111

*/s/ Gregory C. Cook*
Of Counsel