UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:

*Brown v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-24147-JLK
E.D. Wash. Case No. 2:10-cv-326-RMP
_____/

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Strike Portions of U.S. Bank's Reply in Support of its Motion to Compel Arbitration (DE # 1545), filed May 31, 2011. Defendant filed its Response in Opposition (DE # 1552), also on May 31, 2011, to which Plaintiffs Replied (DE # 1588), on June 8, 2011. This motion is ripe for ruling.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that the above-listed motion (DE # 1545), is hereby **set for oral argument on Tuesday, July 26, 2011 at 9:30 AM** before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 19th day of July, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record