UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

## ORDER

This matter came before the Court on July 15, 2011 upon the following:

a)  Plaintiffs' Motion for Class Certification and Incorporated Memorandum of Law (filed under seal on April 25, 2011);

b)  Plaintiffs' Notice of Withdrawal of Motion for Class Certification [**DE # 1706**]; and

c)  Plaintiff Luquetta's ore tenus request to be dropped as a party from this action pursuant to Rule 15(a)(2), Fed. R. Civ. P.

Having entertained oral argument and being otherwise fully advised in the premises, it is **ORDERED, ADJUDGED** and **DECREED** as follows:

1)  The Motion for Class Certification is withdrawn in this case only (not in *Lopez et al. v. JPMorgan Chase Bank, N.A.*);

2)   The foregoing is without prejudice to any motion for class certification that may be filed by any other existing party or future party, and without prejudice to any absent putative class members; and

3)   Pursuant to Rule 15(a)(2), Plaintiff Andrea Luquetta is dropped as an individual party, and shall not be a plaintiff or a class member within this proceeding.

**DONE** and **ORDERED** in the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 19 day of July 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies Furnished To:
All Counsel of Record