UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Stephen T. Anderson v. Compass Bank, N.A.*
S.D. Fla. Case No. 1:11-cv-20436-JLK
N.D. Cal. Case No. 1:10-cv-00208
_____/

## ORDER DENYING MOTION FOR CLARIFICATION

**THIS CAUSE** comes before the Court upon Defendant Compass Bank's Unopposed Motion for Clarification (DE # 1742) filed July 19, 2011.

The Court's Omnibus Order Administrative Closing Member Cases, Requiring Future Filings in Lead Case (DE # 1640) states as follows "Any motions filed in the transferor court prior to transfer into this MDL, or pending under the assigned Southern District case number shall be re-filed under the MDL number." *See* DE # 1640. The Court's instructions are clear and guidance is not necessary. If counsel wants the Court to consider a motion and by obvious extension, any responsive pleadings thereto, counsel should file that motion under MDL Case No. 09-2036.

**DONE** and **ORDERED** in the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 21st day of July, 2011.

                                                                       /s/ James Lawrence King
                                                                       JAMES LAWRENCE KING
                                                                       UNITED STATES DISTRICT JUDGE
                                                                       SOUTHERN DISTRICT OF FLORIDA

cc: All counsel of record

1