IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE:  CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Brown v. U.S. Bank, N.A.*<br>S.D. Fla. Case No. 1:10-24147-JLK<br>E.D. Wash. Case No. 2:10-00356-RMP | )<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S
UNOPPOSED REQUEST FOR HEARING**

On July 19, 2011, the Court set Plaintiffs' Motion to Strike Portions of U.S. Bank's Reply in Support of its Motion to Compel Arbitration (ECF No. 1545) for hearing on July 26, 2011.  (ECF No. 1743.)

U.S. Bank respectfully requests that the Court also set U.S. Bank's Motion to Stay Proceedings Pending Appeal (ECF No. 1682) for hearing at the same time.  That pending motion, to which plaintiffs have filed an opposition (ECF No. 1737) and U.S. Bank has replied (ECF No. 1740), is fully briefed and involves several issues that overlap with or could affect the consideration of plaintiffs' motion to strike.  As such, U.S. Bank submits that it would make sense for both motions to be heard at the same time.  In addition, U.S. Bank notes that its counsel will be flying cross-country to attend the July 26, 2011 hearing and respectfully requests that the parties be permitted to address both motions at the same time in order to avoid multiple cross-country trips.

Counsel for U.S. Bank has discussed this request with counsel for plaintiffs, Robert Gilbert, who has authorized counsel for U.S. Bank to represent that plaintiffs do not oppose U.S. Bank's request to have the motions argued at the same time.

## CERTIFICATE OF GOOD FAITH CONFERENCE

## PURSUANT TO LOCAL RULE 7.1

I hereby certify that undersigned counsel for the U.S. Bank has conferred with Plaintiffs' counsel in a good faith effort regarding the request for hearing.  Counsel for Plaintiffs has stated that he does not oppose U.S. Bank's request for hearing.

Dated:  July 21, 2011

Respectfully Submitted,

/s/ James R. McGuire
James R. McGuire
JMcGuire@mofo.com
Rita F. Lin
RLin@mofo.com
Mimi Yang
MimiYang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

**CERTIFICATE OF SERVICE**

CASE NO.:  1:09-MD-02036-JLK

I HEREBY CERTIFY that on July 21, 2011, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

      /s/ James R. McGuire
James R. McGuire
JMcGuire@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522