UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Powell-Perry et al. v. Branch Banking & Trust Company*
S.D. Fla. Case No. 10-cv-20820-JLK
M.D. N.C. Case No. 09-cv-00619

*Barras v. Branch Banking & Trust Company*
S.D. Fla. Case No. 10-cv-20813-JLK
M.D. N.C. Case No. 09-00678

*Givens v. M&T Bank Corporation*
S.D. Fla. Case No. 10-cv-20478-JLK
Md. Case No. 09-cv-02207

*Hough et al. v. Regions Financial Corporation et al.*
S.D. Fla. Case No. 10-cv-20476-JLK
N.D. Ga. Case No. 09-02545

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 09-cv-23632-JLK
N.D. Ga. Case No. 09-01558
_____/

## ORDER DENYING ARBITRATION RELATED DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Require Timely Responses to Limited Arbitration-Related Discovery (DE # 1683) filed July 5, 2011. Defendant banks filed their Responses in Opposition (DE # 1754, 1762, 1774) on July 22, 2011.

The above-listed banks object to Plaintiffs' discovery requests on several grounds. The

1

primary one being that, if granted, the discovery sought would delay the presently scheduled hearing on the applicability of *AT&T Mobility. v. Concepcion*, __ U.S. __, 131 S. Ct. 1740 (2011) to the Court's prior adjudication denying arbitration, which is presently scheduled for Friday, August 12, 2011. *See* (DE # 1656).

After careful consideration of the motions and several responses, the Court concludes that this objection is well taken. Plaintiffs also state that they wish to proceed with the hearing on the 12th. The Court has concluded that the best procedure is to go forward on the August 12th hearing as scheduled, without further discovery.

Accordingly, after a careful review of the record, and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that Plaintiffs' Motion to Require Timely Responses to Limited Arbitration-Related Discovery (DE # 1683) be, and the same is hereby, **DENIED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 25th day of July, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record