UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTIONS

*Hough v. Regions Financial Corporation*
S.D. Fla. Case No. 1:10-cv -20476-JLK
N.D. Ga. Case No. 09-02545

*Barras v. Branch Banking and Trust Company*
S.D. Fla. Case No. 1:10-cv-20813-JLK
M.D. of NC Case No. 1:09-cv-0678

*Powell-Perry v. Branch Banking and Trust Company*
S.D. Fla. Case No. 1:10-cv-20820-JLK
M.D. of NC Case No. 1:09-cv-0619

## ORDER DENYING DEFENDANTS' MOTIONS TO STRIKE
## (D.E. #1751, 1752, 1753)

Defendant Banks (listed above) seek to strike 13 Declarations of Party Plaintiffs filed July 5, 2011. These Motions to Strike (D.E. #1751, 1752, 1753), filed 17 days after the Declarations were docketed, are untimely. The parties have all been aware of the scheduled hearing on the Renewed Motions to Compel Arbitration to be heard Friday, August 12, 2011. There is simply no time left for Plaintiff to respond to Defendants' replies and for consideration by the Court prior

to the August 12, 2011 hearing. Notwithstanding this pleading problem, the Court has reviewed the Motions and note that the Defendant Banks' objections are as to relevancy, potential inadmissibility at trial and mistaken or erroneous self-serving beliefs and conclusions. These are all matters that counsel for both sides can, if they choose, make as part of their argument on the presently-scheduled August 12th hearing on reconsideration of denial of arbitration.

Therefore, for the foregoing reasons and after a full consideration of Defendants moving papers, it is

ORDERED, ADJUDGED and DECREED that Defendants' Motions to Strike **(D.E. #1751, 1752, 1753)** be, and the same are hereby **DENIED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 26th day of July, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All counsel of record