UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT      Case No. <u>09-2036 MDL-KING</u>
OVERDRAFT LITIGATION

                              Date    <u>July 26, 2011</u>

                                      JUDGE JAMES LAWRENCE KING


DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___         Status Conference___
Pre-Trial Conference  ___        Motion Hearing    X

Counsel for Plaintiff: <u>Robert Gilbert, Esq. David Buckner, Esq.</u>
<u>Seth Miles, Esq.   (See attachment for additional appearances)</u>

Counsel for Defendant: <u>James, McGuire, Esq.   (See attachment for</u>
<u>additional appearances)</u>

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE:           _____
PRE-TRIAL MOTIONS FILED BY:       _____
STATUS CONFERENCE SET FOR:        _____
SCHEDULING CONFERENCE SET FOR:    _____
PRE-TRIAL CONFERENCE SET FOR:     _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO:               _____

- Oral Arguments were held re: Plaintiffs' Motion to Strike Portions of U.S. Bank National Association's Reply in Support of its Motion to Compel Arbitration and Stay Proceedings (D.E. #1545)
- The Court finds that the Defendant's reply brief in certain respects  does violate local rule 7.1.(C)
- The Court finds that portions of the reply brief filed by U.S. Bank (D.E. #1537) and the FARKA declaration (D.E. #1538) violate local rule 7.1.(C) that address delegation and will

    not be permitted.  Plaintiff's Motion to Strike is **GRANTED**.
- The Court also finds that the "Statement" (D.E. #1755) filed by U.S. Bank's Counsel is STRICKEN from the record.  There is no such thing as a "Statement" in the local rules.  Section II. A of Defendant's reply and the FARKA Declaration and accompanying exhibits are STRICKEN.

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| James McGuire | Morrison + Foerster | 415.268.7013 | U.S. Bank |
| Seth Miles | Grossman Roth | 305 442-8666 | TCS |
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs |
| Jamie Isani | Hunton + Williams | 305-536-2724 | Wells Fargo |
| David Buckner | Grossman Roth | 305-779-9535 | Plaintiffs |