# EXHIBIT B

# Severson & Werson
### A Professional Corporation

Michelle T. McGuinness
Attorney
Direct Line: (415) 677-5636
mtm@severson.com

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

July 22, 2011

**VIA E-MAIL AND FIRST CLASS MAIL**

Todd D. Carpenter, Esq.
Bonnett, Fairbourn, Friedman, & Balint, P.C.
600 West Broadway, Suite 900
San Diego, CA 92101

Re:  *Cynthia Larsen v. Union Bank, N.A., et al.*
Case No. 4:09-cv-03250-PJH (N.D. Cal. 2009);
*In re Checking Account Overdraft Litigation;*
MDL No. 2036; Case No. 1:09-MD-02036-JLK

Dear Mr. Carpenter:

I am writing in response to your letter of July 14, 2011, and following up on our meet-and-confer discussion of that same date. Union Bank's position is summarized in the chart attached as Exhibit A.

Please let me know if you have any questions or concerns.

Very truly yours,

Michelle T. McGuinness

cc:   Elaine Ryan, Patti Syverson *(Via e-mail only)*

Michael W. Sobol, Esq.
Jordan Elias, Esq.
R. Heller, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP *(Via e-mail only)*

Robert C. Gilbert, Esq. *(Via e-mail only)*
Grossman Roth P.A.

15240/0008/944949.1

San Francisco & Orange County

## EXHIBIT A

| Moving Papers | |
|---|---|
| Exhibit | Status of Exhibit |
| 7 | Impasse other than as reflected in 7/14 TC letter. |
| 13 | Impasse. |
| 14 | Union Bank will withdraw its confidentiality designation. |
| 22 | Impasse. |
| 26 | Impasse. |
| 33 | Impasse. |
| 35 | Impasse. |
| 44 | Impasse. |
| 45 | Impasse. |
| 48 | Impasse. |
| 49 | Impasse. |
| 50 | Impasse. |
| 51 | Union Bank will withdraw its confidentiality designation. |
| 53 | Impasse. |
| 54 | Impasse. |
| 55 | Impasse. |
| 58 | Impasse. |
| 59 | Union Bank will withdraw its confidentiality designation. |
| 71 | Impasse. |
| 73 | Impasse. |
| 74 | Impasse. |
| 75 | Withdrawal of confidentiality designation as redacted. |
| 78 | Withdrawal of confidentiality designation as redacted. |
| 79 | Withdrawal of confidentiality designation as redacted. |
| 80 | Withdrawal of confidentiality designation as redacted. |
| 81 | Union Bank will withdraw its confidentiality designation. |
| 83 | Union Bank has agreed to withdraw the confidential designations for the following portions of Ms. Fristo's testimony: pp. 46, 49-50, 94, 201, 210, 220, 234.  The parties are at an impasse as to the testimony reflected in pp. 101, 108-109, 117, 119-121. |
| Reply Papers | |
| 85 | Union Bank will withdraw its confidentiality designation. |
| 86 | Union Bank will withdraw its confidentiality designation. |
| 87 | Union Bank will withdraw its confidentiality designation. |
| 88 | Union Bank will withdraw its confidentiality designation. |
| 89 | Union Bank will withdraw its confidentiality designation. |
| 90 | Union Bank will withdraw its confidentiality designation. |
| 91 | Impasse |
| 92 | Union Bank will withdraw its confidentiality designation. |
| 93 | Union Bank will withdraw its confidentiality designation. |
| 94 | Union Bank will withdraw its confidentiality designation. |
| 95 | Union Bank will withdraw its confidentiality designation. |
| 96 | Union Bank will withdraw its confidentiality designation. |
| 97 | Union Bank will withdraw its confidentiality designation. |
| 98 | Union Bank will withdraw its confidentiality designation. |
| 99 | Union Bank will withdraw its confidentiality designation. |