

Michelle Payne
190 112th Avenue N., #731
St. Petersburg, FL 33716
(727) 204-0616

**Via Facsimile - 561-803-3419**

July 20, 2011

U.S. District Court
Southern District of Florida

Re:   Case No. 1:09-MD-02036-JLK

Dear Clerk of Court:

I received a notice of settlement regarding the referenced case, which was addressed to my old residence (1110 32nd Avenue N., St. Petersburg, FL 33704). I would like to correct my contact information for future mailings regarding the referenced case.

Effective August 5, 2011 my address will be:

    10475 Gandy Blvd., N.
    Apt. #1201
    St. Petersburg, FL 33702
    Phone: 727-204-0616

In addition, the mailing was sent to me with my old last name (Michelle Payne Ferrar). I have since been divorced and changed my name to Michelle Payne. If you require a copy of the divorce order with my new name, please let me know.

Thank you for your assistance.

Sincerely,

*Michelle Payne*
Michelle Payne