UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*David Johnson v. UMB Bank, N.A., et al.*,
W.D. Missouri Case No. 4:10-654

## NOTICE OF REQUEST FOR ELECTRONIC NOTIFICATION OF FILINGS IN MDL

Robert F. Ritter and Don M. Downing, attorneys for Plaintiff David Johnson in the above-captioned case, which was transferred to MDL No. 2036, *In re: Checking Account Overdraft Litigation*, are currently receiving notification of filings in the MDL via U.S. Mail. Mr. Ritter and Mr. Downing request that future notifications be delivered via electronic mail to: rritter@grgpc.com and ddowning@grgpc.com.

Dated: July 25, 2011

Respectfully submitted,

Robert F. Ritter Mo. Bar # 20699
Don M. Downing Mo. Bar #30405
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone: (314) 241-5620
Facsimile: (314) 241-4140
rritter@grgpc.com
ddowning@grgpc.com