UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by CBA D.C.
JUL 22 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | | |
|---|---|---|
| VALENCIA GARNER | ) | |
| PLAINTIFF | ) | CIVIL ACTION NO. |
| | ) | <u>1:09-MD-02036-JLK</u> |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| BANK OF AMERICA/ | | |
| ATLANTA, GEORGIA | | |
| DEFENDANT | | |

MOTION COMMENCE OF ACTION

I didn't know how my, name appeared. In, Florida. Southern District Court house. I have filed in Atlanta, Georgia. A few years ago. CivilAction No-1:09-CV-120 MHS. Where, I did complain about overdraft Fees Debit and Credit Card.

I lost my collateral money as well due to overdraft fees. 4,600 dollars plus 182.00 dollars. Where, I was kidnapped by, fbi Agents into a jail and they at bank setup to take my credit card account and money.

1

And in 2006. 565.00 Post but when argue. Posting disappeared but funds still never recovered.

In addition to other overdraft fees.

I also report , FBI Agents and organized crimers setup in, Bank Of America to corrupt public place.  I am one that's a victim of, Conspired , Entrapment  of Organized Crimers. And Antitrust etc…..

FBI Agents are ordering and custom making them impersonate. To setup against me and pretend as though they are staff.  There at, Bank Of America.  All locations.  I've been in.

They tamper with my account and transactions there at, Bank Of America. I have accounting problems there still. Posting want always show as they

transact nor correct deduction from remaining balance.

Transaction disappear all. The time. I am terrified to go into bank.  These People are very dangerous and a high threat.  I know Fbi are responsible Please help. They have conspired to convert my, Access checking account. Into enhanced checking. Which now requires me to pay a monthly fee. I have problems with checks ( printing) . I am deprived of a genuine employee or staff at each location.  They have hit me with a car in, Front of , Bank Of America/Headland Dr.  Atlanta, Georgia 30331.

I ask for surveillance equipment but, never any luck. Spoke with,

Someone stating they where management there. Mr. Garner. I know

It happen in 2006 or 2007.

I have witness, these organized crimers. Pulling money from bank of

America under alias identities . So, I want exclude myself. I would be

thankful to receive all moneys back.  Of overdraft fees, because, I know

they where all conspired. What about damages and  weigh and time.

*Vallencia Garner*

Valencia Garner
P.O. Box 2349
Atlanta, Ga.
30301