UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-2036-MD-JLK

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States District Court
Southern District of Florida
Miami Division

IN RE:
Checking Account
Overdraft Litigation

Case No: 1:09-MD-02036-JLK

Filed
REC'D by JC D.C.
INTAKE
JUL 25 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

## Amend Add Plaintiff

Now comes, Pete N. Muhammad, through pro-se filing a memo to add his name to the law suit.

* I have been a client since 2005.
* Bank of American have charged me over draft fees.
* Also request the court give Plaintiff permission to Amend a claim to the law suit.

Relief Sought, Plaintiff prays for relief ~~sought~~ sought and time matter file Amend issues.

### Certificate of service

Send to following people below.

Robert Gilbert / David Stelings
Miami, Fl 33137 / New York, NY 10013
On this 17 day of July 2011

Pete Muhammad
3204 Winfield Ct.
Raleigh, N.C. 27610

cell (919) 228-1730        (919) 834-5225