UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Harris v. Associated Banc-Corp*
W.D. WI Case No. 3:10-cv-182
S.D. FL Case No. 1:10-cv-22948-JLK

*Swift v. BancorpSouth, Inc.*
N.D. FL, C.A. No. 1:10-00090-SPM-AK

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. FL Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. FL Case No. 1:10-cv-22931-JLK

*Steen v. Capital One Financial Corp., et al.*
E.D.La. Case No. 10-cv-01505
S.D. FL Case No. 1:09-cv-21681-JLK

*Simmons v. Comerica, Inc.*
N.D. TX Case No. 3:10-cv-326
S.D. FL Case No. 1:10-cv-22958-JLK

*Wolfegeher v. Commerce Bank, N.A.*
W.D. MO Case No. 10-cv-00328
S.D. FL Case No. 1:10-cv-22017-JLK

*McKinley v. Great Western Bank*
W.D. MO Case No. 4:10-595
S.D. FL Case No. 1:10-cv-22770-JLK

*Blahut v. Harris Bank, NA*
N.D. IL Case No. 1:10-2543
S.D. FL Case No. 1:10-cv-21821-JLK

*Matos v. National City Bank,*
S.D. FL. Case No. 10-cv-21771

*Virgilio S. Casayuran Jr. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL Case No. 10-cv-20496-JLK

*Hernandez v. PNC Bank, N.A.*
S.D. FL Case No. 10-21868-JLK

*Cowen v. PNC Bank, National Association*
S.D. FL Case No. 10-21869-JLK

**STIPULATION AND [PROPOSED] ORDER ESTABLISHING PROTOCOL
REGARDING ASSERTIONS OF PRIVILEGE FOR *FOURTH TRANCHE* ACTIONS**

1.      This Stipulation and Order Establishing Protocols Regarding Assertions of Privilege (the "Protocol") is entered into by and among the parties to the above-captioned actions which are part of the third tranche in the multidistrict litigation proceeding entitled In re Checking Account Overdraft Litigation, MDL No. 2036, Case No. 1:09-md-02036-JLK (S.D. Fla.) ("MDL 2036"), through their respective counsel of record.  In order to facilitate the efficient and timely exchange of discovery matter and information regarding claims of privilege, work product immunity and other such claims of legal protection from disclosure (referred to hereinafter collectively as "privilege") in the coordinated Actions that compose this MDL, the parties have agreed to certain limitations and provisions regarding assertions of privilege and resolution of disputes over assertions of privilege, as set forth in this Protocol.

2.      All assertions of privilege shall be governed, in form and content, by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida ("Local Rules") to the extent not inconsistent with this Protocol.

3. In light of the scope of anticipated discovery in these actions, objections to interrogatories and document requests on grounds of privilege may be general in nature, notwithstanding Local Rule 26.1.G(3)(b), and the failure to identify specific documents or discovery matter claimed to be entitled to protection or to provide specific grounds for a claim of such protection shall not be deemed to constitute waiver of privilege. The parties shall abide by Local Rule 26.1.G(3)(c) governing the content of privilege logs, except to the extent inconsistent with this Protocol.

4. The parties shall not be required to produce a privilege log along with or closely following each production of documents and discovery matter, but instead shall produce privilege logs to opposing counsel on a rolling basis at reasonable intervals following production of documents and discovery matter. Unless otherwise agreed by the parties to an Action, a privilege log shall be produced no later than forty-five (45) days after each rolling production of documents and discovery matter from which documents or discovery matter are withheld on grounds of privilege.

5. After a privilege log is produced, any party to the Action considering a challenge to any assertion of privilege (the "Challenging Party") may request a meet and confer to discuss such potential challenge. The party to the Action withholding documents or discovery matter based on a claim of privilege (the "Withholding Party") must meet and confer on any such disputes within five (5) business days of any request to meet and confer, unless otherwise agreed by the parties. Before or during the meet and confer process, the Withholding Party shall provide the Challenging Party with an explanation of any factual information on which the Withholding Party intends to rely in support of the claim of privilege. Unless extended by

agreement of the parties, the meet and confer process shall terminate within fifteen (15) business days after an initial request to meet and confer.

  6. If, at any time, any party determines not to continue to assert privilege as to any documents or discovery matter identified on a privilege log, that party shall promptly provide copies of the documents or other responsive materials to all parties to the Action entitled to copies of the documents or other responsive materials, subject to the terms and restrictions of the protective order in this matter, and will identify the log entry on its privilege log that corresponds to such documents or discovery matter.

  7. Nothing in this Stipulation and Order shall be construed to alter the burden of proof of any party to sustain a claim of privilege.

  8. Nothing in this Stipulation and Order shall be construed to alter or affect the procedures governing the production of documents or other discovery matter claimed to be privileged and inadvertently produced.

  9. The provisions of this Protocol may be modified by agreement of the parties, or by motion upon a showing of good cause.

Dated:  July 28, 2011.

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

*Plaintiffs' Executive Committee*

/s/ Benjamine Reid
Benjamine Reid, Esquire
Florida Bar No. 183522
Email: breid@carltonfields.com
Aaron S. Weiss, Esquire
Florida Bar No. 48813
Email: aweiss@carltonfields.com
CARLTON FIELDS, P.A.
100 Southeast Second Street
Suite 4200
Miami, Florida  33131
Tel:  305-530-0050
Fax: 305-530-0055

David D. Pope, Esquire
Email: dpope@mayerbrown.com
Debra Bogo-Ernst, Esquire
Email: dernst@mayerbrown.com
MAYER BROWN LLP
71 South Wacher Drive
Chicago, Illinois  60606
Tel: 312-701-8733
Fax: 312-706-8142

   *Attorneys for Defendants Associated Banc-Corp. and Harris, N.A.*


/s/ Eric Jon Taylor
Eric Jon Taylor, Esquire
Georgia Bar No. 699966
Email: ejt@phrd.com
William J. Holley, II, Esquire
Georgia Bar No. 362310
Email: wjh@phrd.com
David B. Darden, Esquire
Georgia Bar No. 250341
Email: dbd@phrd.com
Darren E. Gaynor, Esquire
Georgia Bar No. 288210
Email: deg@phrd.com
PARKER HUDSON RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Paechtree Center Avenue N.E.
Atlanta, Georgia  30303

   *Attorneys for Defendant BancorpSouth, Inc.*

<u>/s/ Lisa M. Simonetti</u>
Lisa M. Simonetti, Esquire
CA Bar No. 165996
Email: lsimonetti@stroock.com
Julia B. Strickland, Esquire
CA Bar No. 83013
Email: jstrickland@stroock.com
Alexandria Kachadoorian, Esquire
CA Bar No. 240601
Email: akachadoorian@stroock.com
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1600
Los Angeles, California 90067-3086
Tel: 310-556-5900
Fax: 310-556-5959

   *Attorneys for Defendant Bank of the West*


<u>/s/ James R. McGuire</u>
James R. McGuire, Esquire (*pro hac vice*)
CA Bar No. 189275
Email: jmcquire@mofo.com
Rita F. Lin, Esquire (*pro hac vice*)
CA Bar No. 236220
Email:  rlin@mofo.com
Mimi Yang, Esquire (*pro hac vice*)
CA Bar No. 229514
Email: mimiyang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Tel: 415-268-7000
Fax: 415-268-7522

   *Attorneys for Defendant Capital One Financial Corp.*

/s/ Kenneth C. Johnston
Kenneth C. Johnston, Esquire
Texas Bar No. 00792608
Email: kjohnston@krcl.com
James B. Greer, Esquire
Texas Bar No. 24014739
Email: jgreer@krcl.com
KANE RUSSELL COLEMAN & LOGAN PC
2700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas  75201
Tel: 214-777-4200
Fax: 214-777-4299

   *Attorneys for Defendant Comerica, Inc.*


/s/ Todd W. Ruskamp
Todd W. Ruskamp, Esquire
Missouri Bar No. 38625
Email: truskamp@shb.com
James P. Muehlberger, Esquire
Missouri Bar No. 51346
Email: jmuehlberger@shb.com
Andrew Carpenter, Esquire
Missouri Bar No. 47454
Email: acarpenter@shb.com
Kay C. Whittaker, Esquire
Missouri Bar No. 44328
Email: cwhittaker@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for Defendants*
  *Commerce Bank, N.A. and Great Western Bank*

/s/ Darryl J. May
Darryl J. May, Esquire (*pro hac vice*)
Email: may@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania  19103
Tel:  (215) 864-8103
Fax: (215) 864-8999
Mariah Murphy, Esquire (*pro hac vice*)
Email: murphym@ballardspahr.com
BALLARD SPAHR LLP
Plaza 1000 – Suite 500 - Main Street
Voorhees, New Jersey 08043-4636
Tel:  (856) 761-3400
Fax: (856) 761-1020


/s/ Michael R. Tein
Michael R. Tein, Esquire
Florida Bar No.: 993522
Email: tein@lewistein.com
Guy A. Lewis, Esquire
Florida Bar No.: 623740
Email: lewis@lewistein.com
Kathryn A. Meyers, Esquire
Florida Bar No.: 0711152
Email: kmeyers@lewistein.com
LEWIS TEIN, P.L.
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Tel:  (305) 442-1101
Fax: (305) 442-6744

*Attorneys for Defendants National City Bank,
  PNC Bank, N.A. and PNC Bank, National Association*


The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this _____ day of _____ 2011.

_____
**JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record