UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## ORDER GRANTING JOINT MOTION TO MODIFY CERTAIN PROVISIONS OF SETTLEMENT AGREEMENT

The Court, having read and considered the Joint Motion To Modify Certain Provisions Of Settlement Agreement, and good cause appearing, **HEREBY ORDERS and ADJUDGES** that the motion is **GRANTED**.

All capitalized terms used in this Order shall have the meaning set forth in the Settlement Agreement between the Parties [**DE # 1471, Ex. A**]. Paragraphs 74-75 of the Settlement Agreement [**DE # 1471, Ex. A**] are amended in the following respects only:

Paragraphs 74 and 75 of the Agreement are deleted in their entirety and replaced with the following:

> 74. The Parties acknowledge that the parties in *Closson* are effectuating a dismissal of that appeal. In the event this Settlement is not finally approved by the Court, or is reversed on appeal, or otherwise terminates or does not become effective for any reason provided for in the Agreement, Plaintiffs or BofA may give notice to the other requesting

that the issues which are subject to the *Closson* appeal, despite the dismissal of that appeal, will be determined by an agreed upon alternative dispute resolution mechanism in which Plaintiffs and BofA each selects one retired Justice of the California Court of Appeal or California Supreme Court, and the two selected retired Justices shall select a third retired Justice of the California Court of Appeal or California Supreme Court. The decision of the Justices shall be final. Plaintiffs shall retain such rights as they may otherwise have to collaterally attack in the Action the judgment entered in *Closson* on August 3, 2009, and BofA shall retain all procedural and substantive defenses it may otherwise have to any such collateral attack.

75.   [Intentionally Omitted.]

Except as above specifically amended (and as previously amended by this Court's Order of June 3, 2011 [DE # 1572]), all terms and provisions of the Settlement Agreement and Preliminary Approval Order [DE # 1520] remain unchanged.

**DONE and ORDERED** at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this July 28, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
All Counsel of Record