UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Powell-Perry, et al. v. Branch Banking & Trust Co.*
S.D. Fla. Case No. 1:10-cv-20820-JLK
M.D.N.C. Case No. 09-cv-00619

*Barras v. Branch Banking & Trust Co.*
S.D. Fla. Case No. 1:10-cv-20813-JLK
M.D.N.C. Case No. 09-00678

*Given v. M&T Bank Corporation*
S.D. Fla. Case No. 1:10-cv-20478-JLK
Md. Case No. 09-cv-02207

*Hough, et al. v. Regions Financial Corporation, et al.*
S.D. Fla. Case No. 1:10-cv-20476-JLK
N.D. Ga. Case No. 09-02545

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 09-cv-23632-JLK
N.D. Ga. Case No. 09-01558

NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs give notice of the following supplemental authorities interpreting *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011), in connection with the renewed motions to compel arbitration scheduled for oral argument on August 12, 2011:

1.  *Kanbar v. O'Melveny & Meyers*, 2011 WL 2940690, at *6-9 (N.D. Cal. July 21, 2011) (*Concepcion* does not render arbitration agreements immune from state law unconscionability challenges).

2.  *Hamby v. Power Toyota Irvine*, 2011 WL 2852279, at *1 (S.D. Cal. July 18, 2011) (narrowly interpreting *Concepcion* to stand for the proposition that plaintiffs can no longer rely on California's *Discover Bank* rule, but plaintiffs could still challenge class action waivers under generally applicable contract unconscionability defenses).

3.  *Williams v. Securitas Sec. Servs. USA, Inc.*, 2011 WL 2713741, at *3 (E.D. Pa. July 13, 2011) (narrowly interpreting *Concepcion* to stand for the proposition that states may not adopt rules of contract interpretation whose sole intention is to undermine the goals of the Federal Arbitration Act).

4.  *Brown v. Ralph's Grocery Co.*, 2011 WL 2685959, at *5-6 (Cal. App. July 12, 2011) (*Concepcion* did not invalidate lower court's holding that a provision in an arbitration agreement waiving the plaintiffs' right to bring a Private Attorney General Act claim against the defendant rendered the agreement unconscionable).

5.  *Chen-Oster v. Goldman, Sachs & Co.*, 2011 WL 2671813, at *4 (S.D.N.Y. July 7, 2011) (*Concepcion* did not override federal precedent holding unconscionable arbitration agreements that interfere with substantive federal statutory rights).

6.  *Mission Viejo Emergency Med. Assocs. v. Beta Healthcare Group*, 2011 WL 2565363, at *7 n.4 (Cal. App. June 29, 2011) (after *Concepcion*, general state law doctrine pertaining to unconscionability is preserved unless it involves a defense that applies only to arbitration or derives its meaning only from the fact that an agreement to arbitrate is at issue).

7.  *Bernal v. Burnett*, 2011 WL 2182903, at *6 (D. Colo. June 6, 2011) (Colorado's test for unconscionability did not explicitly disfavor arbitration and is not preempted by the Federal Arbitration Act pursuant to *Concepcion*).

8.  *D'Antuono v. Serv. Rd. Corp.*, 2011 WL 2175932, at *29-31 (D. Conn. May 25, 2011) (arbitration agreement is unconscionable where it would not be economically feasible for Plaintiffs to proceed in individual arbitration due to the procedures required by the agreement, noting that a class arbitration waiver provision cannot be enforced where no rational plaintiff would have agreed to arbitrate a claim against the defendant).

Dated: August 11, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

| | |
|---|---|
| /s/ E. Adam Webb<br>E. Adam Webb, Esquire<br>Georgia Bar No. 743910<br>Adam@WebbLLC.com<br>Matthew C. Klase, Esquire<br>Georgia Bar No. 141903<br>Matt@WebbLLC.com<br>G. Franklin Lemond, Jr., Esquire<br>Georgia Bar No. 141315<br>FLemond@WebbLLC.com<br>WEBB, KLASE & LEMOND, L.L.C.<br>1900 The Exchange, S.E.<br>Suite 480<br>Atlanta, GA 30339<br>Tel: 770-444-9325<br>Fax: 770-444-0271 | /s/ Michael W. Sobol<br>Michael W. Sobol, Esquire<br>California Bar No. 194857<br>msobol@lchb.com<br>Roger N. Heller, Esquire<br>California Bar No. 215348<br>rheller@lchb.com<br>Jordan Elias, Esquire<br>California Bar No. 228731<br>jelias@lchb.com<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN L.L.P.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Tel: 415-956-1000<br>Fax: 415-956-1008 |

4

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
 BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596