**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

**DEFENDANT UNION BANK'S
NOTICE OF NON-OPPOSITION TO
PLAINTIFFS' MOTION TO UNSEAL**

Defendant Union Bank, N.A. ("Union Bank") submits this statement of non-opposition to Plaintiffs' Motion to Unseal Class Certification Papers and Incorporated Memorandum of Law **[DE # 1772]**.

Through the meet-and-confer process, Union Bank agreed to withdraw its "confidential" or "highly confidential designation" for more than 60 of the 99 documents attached to Plaintiffs' class certification pleadings, and noted that others (such as Plaintiffs' testimony or publicly-available customer documents) were non-proprietary. Union Bank has now determined that it can agree to withdraw its designations for the remaining twenty documents, *i.e.,* those documents that are set forth in the Motion to Unseal.

Therefore, without prejudice to its right to continue to make good-faith designations of confidentiality pursuant to the Stipulated Protective Order entered in this case **[DE # 688]**, as well as its right to oppose any future motions to unseal or de-designate other documents that have been designated pursuant to that Protective Order, Union Bank does not oppose the unsealing of Plaintiffs' Motion for Class Certification and Appendices I-IV thereto **[DE # 1387 et seq.]** or Plaintiffs' Reply in Support of Motion for Class Certification and Appendix I thereto **[DE # 1715-1717]**. In addition, Union Bank states that it does not oppose the unsealing of Union Bank's Memorandum Opposing Plaintiffs' Class Certification Motion **[DE # 1601]**.

-2-

                                              Respectfully submitted,

                                              UNION BANK, N.A.

DATED:  August 11, 2011                By: _/s/ *John B. Sullivan*_
                                                    John B. Sullivan

| Alan G. Greer | John B. Sullivan |
| --- | --- |
| Florida Bar No. 0123294 | Jan T. Chilton |
| agreer@richmangreer.com | Mark D. Lonergan |
| John M. Brumbaugh | Severson & Werson |
| Florida Bar No. 0126350 | One Embarcadero Center, Suite 2600 |
| jbrumbaugh@richmangreer.com | San Francisco, CA 94111 |
| RICHMAN GREER, P.A. | Tel: 415-677-5603 |
| Miami Center – Suite 1000 | Fax: 415-956-0439 |
| 201 South Biscayne Boulevard | |
| Miami, Florida  33131-2305 | |
| Tel: 305-373-4000 | |
| Fax: 305-373-4099 | |

                                      *Attorneys for Defendant* UNION BANK, N.A.

15240/0008/952676.1