# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT  
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date August 12, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Ahlai Israel    COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference___  
Pre-Trial Conference ___        Motion Hearing   X

**Counsel for Plaintiff:** Bruce Rogow, Adam Webb, David Buchner, Robert Gilbert (see attachment for additional appearances)  
**Counsel for Defendant:** William J. Holley, II; Lynette Smith, James Dunbar (see attachment for additional appearances)

Motion:    **RECONSIDERATION** OF ARBITRATION DENIALS

Granted/Denied/ **Taken Under Advisement**

DISCOVERY CUT OFF DATE: _____  
PRE-TRIAL MOTIONS FILED BY: _____  
STATUS CONFERENCE SET FOR: _____  
SCHEDULING CONFERENCE SET FOR: _____  
PRE-TRIAL CONFERENCE SET FOR: _____  
TRIAL SET FOR: _____  
JURY/NON JURY  
ESTIMATED TRIAL DAYS:  
LOCATION: **MIAMI**/ KEY WEST  
TRIAL CONTINUED TO: _____

- Oral Argument heard by the Court
- Transcript ordered by the Court
- Court grants counsel William J. Holley, II request to provide unified response/opinion in two weeks.
- Plaintiffs states that they will provide a unified response/opinion in two weeks also.

Page 1 of 1

# PLEASE PRINT LEGIBLY

August 12, 2011      09-2036-MDL

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Christopher Carver | Akerman Senterfitt | 305.374.5600 | RBC Bank (USA) |
| Bruce Rogow | Bruce Rogow Alters Law | 954 7678909 | Plaintiffs |
| Alan Greer | Richman Greer | (305) 377-4010 | Union Bank |
| James Dunbar | Venable | 4109946208 | M+T |
| Joe Berklund | Devine Goodman | 305 374 8200 | Anderson (v. Compass) |
| Larry Goodman | Devine Goodman | 305 374 8200 | Anderson (v. Compass) |
| Julie Metheny | Regions Bank | 205.264.7253 | |
| Nick Carlin | Phillips Erlewine Given | 415-398-0900 | Given (M+T) |
| David M. Given | " | " | " |
| David Stellings | Lieff, Cabraser | 212 355-9500 | Plaintiffs |
| Bobby Gilbert | Grossman Roth | 305-442-8666 | Plaintiffs |
| Peter Homer | Homer Bonner | 305 350-5100 | J.P. Morgan Chase |
| Greg Trask | Homer Bonner | 305-350-5100 | JP Morgan Chase |
| Jamie Isani | Hunton & Williams | 205.536.2224 | Wells Fargo |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Barry Davidson | Hunton | 3058102539 | Wells |
| E. Adam Webb | WK&L | 7704440773 | Plaintiffs |
| Lynette Smith | Troutman Sanders | 404 885-3489 | SunTrust |
| Tricia Duthiers | Liebler Gonzalez & portuondo | 3053790400 | Bank of America |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |