# EXHIBIT "C"

Case 1:09-md-02036-JLK   Document 1798-3   Entered on FLSD Docket 08/15/2011   Page 1 of 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 10-CV-00208

Stephen T. Anderson, on behalf of himself )
and others so situated, )
)
    Plaintiff, )
)
vs. )
)
Compass Bank, an Alabama corporation, )
)
    Defendant. )

## DECLARATION OF TOD ARONOVITZ

Pursuant to 28 U.S.C. § 1746, I Tod Aronovitz declare as follows:

1.    I am duly admitted to practice law in the State of Florida and for more than thirty (35) years have practiced in this Court as well as Florida state trial courts, appellate courts and federal district courts across the country. Your Declarant is the senior shareholder of ARONOVITZ LAW. Declarant submits the curriculum vitae of Tod Aronovitz attached hereto as Exhibit "A" and further states that this Declaration is submitted based upon a detailed review of the Class Action Complaint with exhibits filed in the above-captioned case, Motion to Stay Proceedings and Compel Arbitration, supporting documents and banking records of Stephen Anderson, as well as other exhibits..

2.    The attorneys of ARONOVITZ LAW take pride in representing classes of consumers in cases that have been certified in federal court and state court litigated

matters involving fraud, false and deceptive trade practices and noteworthy cases of corporate discrimination against individuals. Declarant continues to serve class clients in medical monitoring of unsafe and hazardous products, privacy rights, unlawful consumer charges and assessments, and other consumer debt and consumer fraud class action cases.

3. I have been asked to review the Class Action Complaint and the Motion to Compel Arbitration in the above-styled action. I am not charging a legal fee and have not been offered any fee or other form of compensation in connection with this matter.

4. Before considering bringing any consumer class action, I have to meet with the prospective client(s) and then perform due diligence including investigation of the issue, legal research and anticipate the work required before I can accept representation. This is especially true in the context of consumer class action cases where the individual claims may be relatively small but involve thousands or millions of claims. It is customary that the named defendant is a sophisticated corporation who will retain experienced and capable counsel to defend vigorously any claim brought.

5. It is my professional opinion that I would not accept Mr. Stephen Anderson's case on an individual basis under a contingency fee or other legal fee arrangement because the amount in controversy on an individual basis is so small. To litigate such a case on an individual basis in any court or an arbitration proceeding would not make sense financially, nor would it be an efficient resolution to such a matter. This is particularly true in this case, where the subject arbitration provision excludes any entitlement to pay a prevailing party's attorney's fees. The attorney's fees, expert fees,

and witness fees would greatly exceed $1,500 if this case were brought on an individual basis in arbitration or otherwise.

6. It is my professional opinion that this type of case will take a significant commitment in attorney time to investigate, research, litigate pre-trial, prepare for trial and then try the case in court or prosecute an arbitration. There would also be a significant commitment in advancing court costs that would be required to prosecute this case, including deposition costs, expert witness fees, trial preparation costs, trial exhibits and travel for needed depositions.

7. It is my opinion that other experienced attorneys would also not seriously consider investing the enormous time and resources in pursing claims like this case against Compass Bank on an individual basis in any court or arbitration forum due to the small amount of money in controversy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __17__ day of January, 2011 in Miami, Florida.

Tod Aronovitz

Tod Aronovitz
ARONOVITZ LAW
777 Brickell Avenue, Suite 850
Miami, Florida 33131
305-372-2772 (telephone)
305-397-1886 (fax)
ta@aronovitzlaw.com
www.aronovitzlaw.com

**TOD ARONOVITZ:** Mr. Aronovitz is a nationally recognized trial lawyer specializing in consumer class action cases and catastrophic injury and wrongful death cases. He, and his dedicated associates concentrate exclusively on complex civil jury trial matters. Over the past thirty-five (35) years, his cases have been recognized nationally, he has lectured for The Florida Bar and law schools, and has authored publications on the subject of trial preparation, trial strategy, jury trial techniques, consumer class actions, and complex personal injury law issues in Florida. He is recognized in Florida as a leading consumer advocate obtaining significant jury verdicts in complex personal injury litigation and important consumer class action cases. He has handled cases for his clients which have set legal precedents in the State of Florida including consumer class action issues, and privacy rights, as well as premises liability, defective product cases, and aviation negligence. Law firm case results have been reported in the Wall Street Journal, New York Times, Miami Herald, St. Petersburg Times, Chicago Tribune, NBC Today Show, CBS Nightly News, CNN, MSNBC, and Bloomberg's Business News.

As President of The Florida Bar, Aronovitz served the state's citizens and legal community through his impassioned leadership and dedication. His "Dignity in Law" Program improved public education and perception of lawyers and remains a part of the Bar's communications efforts.

In 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009, Mr. Aronovitz was honored as one of Florida's leading trial attorneys in the civil trial and class action categories as selected by the South Florida Legal Guide and Miami Magazine, and selected as 2010 and 2011 "Top Lawyer" by the South Florida Legal Guide. He was selected by his peers to be included in Florida Trend Magazine's 2004, 2005, 2006, 2007, 2008 and 2009 "Legal Elite" distinction and 2010 "Hall of Fame" distinction, and 2007, 2008, and 2009 SuperLawyers. Mr. Aronovitz is listed in Best Lawyers of America as one of the leading attorneys in America.

**Nationally Recognized Class Action Cases Prosecuted by ARONOVITZ LAW:** The attorneys of ARONOVITZ LAW take pride in representing classes of consumers in cases that have been certified in federal court and state court litigated matters involving fraud, false and deceptive trade practices and noteworthy cases of corporate discrimination against individuals. The continues to serve class clients in medical monitoring of unsafe and hazardous products, privacy rights, federal labor violations, unlawful consumer charges and assessments, and other consumer debt and consumer fraud class action cases. Mr. Aronovitz's securities fraud class action cases have been nationally reported and recognized.

**Education:** University of Georgia, A.B. '71; University of Miami School of Law, J.D. '74; admitted to: The Florida Bar, 1974; U.S. District Courts (Southern, Middle & Northern Districts), 1976; U.S. Court of Appeals Eleventh Circuit, 1976.

**Professional Associations:** Mr. Aronovitz served as President of The Florida Bar (2002-2003) and formerly served on the Board of Governors of The Florida Bar. He served as a member of the House of Delegates of the American Bar Association and also proudly serves as a member of the American Board of Trial Advocates, American Association for Justice, Florida Justice Association, and Dade County Bar Association (Board of Directors 1976-1979, 1986). Mr. Aronovitz has served on the Board of Directors of The Florida Bar Foundation and the Florida Supreme Court Historical Society.

**Florida Bar Related Activities:** President of The Florida Bar (2002-2003), member of Board of Governors (1996 to 2001); Florida Supreme Court Historical Society (member of Board of Trustees); The Florida Bar Foundation (Board of Directors) (2001-2004); All Bar Conference Committee (1996-1997, 1998-1999); Budget Committee (1997-1998); Certification Plan Appeals Committee (1996-1997); Communications Committee (1997-2001); Executive Committee (1998-2001); Program Evaluation Committee (1997-2001); Long Range Planning Committee (1999-2000); Florida Bar Journal/News Editorial Board (Liaison 2000-2001); Florida Lawyers Assistance, Inc. (Liaison 1996-1997); Florida Bar Speakers Bureau, Founding Chairman (1997, member – 2001); Aviation Law Certification Committee (Liaison 1999-2000); Eleventh Judicial Circuit Grievance Committee.

**Civic Activities:** Past President of the University of Miami School of Law Alumni Association; Member of Iron Arrow Honorary Society, University of Miami School of Law; Member of Bar and Gavel Honorary Society, University of Miami School of Law; Member of Florida Supreme Court Commission on Professionalism; Member of Alliance for Ethical Government; Member of Dade County Put Something Back Program; Volunteer for ABOTA Guardian Ad Litem Program; Charter Member Coalition for Family Safety; Member of Board of Directors of Miami Jewish Home and Hospital for the Aged.

EXHIBIT "A"