**Exhibit D**
**Comparison of AT&T Arbitration Provision and Compass Arbitration Provision**

| Provisions and Features | AT&T | Compass |
|---|---|---|
| **Applicability of Arbitration Provision to Parties** | Mutual | Arbitration applies expressly to all claims by Plaintiff<br><br>Compass entitled to sue Plaintiff in court to recover unpaid overdraft and service charges.[2] |
| **Attorneys' Fees** | AT&T agrees that if it prevails, even if it is entitled to attorney's fees and costs under the law, it will not seek them (¶5)<br><br>AT&T agrees that if customer prevails, it will pay the attorney twice the amount of attorneys' fees and reimburse any expenses (¶2.2) | Each party is responsible for paying its own attorneys fees and costs unless inconsistent with applicable law.[1]<br><br>Compass entitled to collect attorneys' fees if there is basis in law to do so.<br><br>If customer fails to pay overdraft and all associated service charges, Compass entitled to collect all attorneys' fees, reasonable expenses, and court costs.[2] |
| **Expert Witness Fees** | AT&T agrees that if the customer prevails, it will reimburse any expert witness fees (¶2.2) | Each party is responsible for paying its own expert witness fees, unless inconsistent with applicable law.[1] |
| **Recovery by Prevailing Customer** | If the arbitrator awards customer an amount greater than AT&T's last written offer, AT&T will:<br>• pay customer the amount of the award or $10,000, whichever is greater; **and**<br>• pay customer's attorney twice the amount of attorney's fees and reimburse any expenses (¶2.2) | Customer is responsible for all costs and attorneys' fees unless inconsistent with applicable law.[1]<br><br>No minimum recovery or award for a prevailing customer. |
| **Arbitration Filing Fees** | AT&T pays customer's share of arbitration fees (¶2.2) | Customer pays all arbitration filing fees up to the amount of filing a lawsuit in federal court for claims up to $50,000;[1]<br><br>Compass will pay the portion that exceeds this amount upon the customer's written request.[1]<br><br>Compass "may elect at [its] sole discretion to pay or advance any remaining arbitration fees and other costs.[1] |
| **Right to Set-Off** | AT&T has no right to take money from customer account or to set-off | Compass has the right to set-off and can deduct money directly from the customer's account without notice.[3] |

---

[1] 2002 Booklet, p. 17; 2004 and 2008 Booklet, p. 15.
[2] 2002 Booklet, p. 9; 2004 and 2008 Booklet, p. 8.
[3] 2002 Booklet, p. 18; 2004 and 2008 Booklet, p. 16.