IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-2036-JLK

FILED by _____ D.C.

AUG 05 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT          )
OVERDRAFT LITIGATION             )
                                 )
MDL No. 2036                     )
                                 )
_____ )
                                 )
THIS DOCUMENT RELATES TO:        )
                                 )
*Jessica Duval v. Citizens Financial Group, Inc.*  )
N.D. Ill. Case No. 10-cv-00533   )
S.D. Fla. Case No. 1:10-cv-21080-JLK  )
                                 )
*Eric Daniels v. Citizens Financial Group, Inc.*  )
D. Ma. Case No. 10-cv-10386      )
S.D. Fla. Case No. 1:10-cv-22014-JLK  )
                                 )
*Michael L. Blankenship v. RBS Citizens, N.A.*  )
D.R.I. Case No. 10-163S          )
S.D. Fla. Case No. 1:10-cv-22942-JLK  )
                                 )
*Chierici v. RBS Citizens, N.A.*  )
D.N.J. Case No. 10-cv-02718      )
S.D. Fla. Case No. 1:10-cv-22323-JLK  )
_____ )

**MOTION FOR LIMITED APPEARANCE OF AND CM/ECF FILING PRIVILEGES
FOR DEFENDANTS RBS CITIZENS, N.A. AND CITIZENS BANK OF
PENNSYLVANIA'S OUT-OF-STATE ATTORNEY**

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of

Attorneys of the United States District Court for the Southern District of Florida ("Rule 4.B"),

Rule 1.4 of the Rules of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and

this Court's November 24, 2009 Order (Dkt. No. 166), the undersigned respectfully moves for

the limited admission of Albert J. Rota, who seeks to become additional counsel of record in: 1)

the *Duval* action originating in the United States District Court for the Northern District of Illinois and transferred to this MDL proceeding; 2) the *Daniels* action originating in the United State District Court for the District of Massachusetts and transferred to this MDL proceeding; 3) the *Blankenship* action originating in the United Stated District Court for the District of Rhode Island and transferred to this MDL proceeding; and 4) the *Chierici* action originating in the United States District Court for the District of New Jersey and transferred to this MDL proceeding; for limited appearance as counsel on behalf of Defendants RBS Citizens, N.A. ("Citizens") and Citizens Bank of Pennsylvania ("CBP"), in the above-styled cases. The undersigned also respectfully moves, pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, for an Order to permit Albert J. Rota to file and receive electronic filings in this case.

In support of this Motion, the undersigned states as follows:

1.	The following attorney seeks to become additional counsel of record in the above-captioned matters, is not admitted to practice in the Southern District of Florida, and is a member of good standing of the Bars of Texas, New York and New Jersey.[1]

Albert J. Rota
JONES DAY
2727 N. Harwood Street
Dallas, Texas  75201
ajrota@jonesday.com

2.	MDL Rule 1.4 states, "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States

---

[1] As required by the Court's November 24, 2009 Order (Dkt. No. 166), Albert J. Rota has executed the Certificate of Understanding Re: Electronic Filing in the Southern District of Florida, stating that he is a member in good standing of the Bars of Texas, New York and New Jersey and has reviewed the Local Rules of the United States District Court for the Southern District of Florida. The Certificate attached hereto as Exhibit A.

to which such action is transferred.  Parties to any action under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3.      The undersigned hereby requests the Court provide Notice of Electronic Filings to Albert J. Rota at the following email address:  ajrota@jonesday.com.

4.      The undersigned hereby requests that the Court allow Albert J. Rota to file and receive documents electronically through this Court's CM/ECF system.

5.      Pursuant to MDL Rule 1.4, the undersigned hereby requests that the Court waive the filing fee of $75 per attorney for the limited admission of Albert J. Rota.

6.      David F. Adler, Erin L. Shencopp, Gabriel H. Scannapieco, Lisa B. Gates and Jonathan F. Feczko continue in their role as counsel on behalf of Citizens and CBP.

WHEREFORE, the undersigned hereby moves this Court to enter an Order (1) permitting Albert J. Rota to appear before this Court on behalf of Citizens for all purposes relating to the proceedings in the above styled matter, (2) waiving the requirement that this attorney designate a member of the local bar to receive service of and file papers on his behalf, (3) directing the Clerk to provide this attorney notice of electronic filings and directing the Clerk to assign a CM/ECF username and password, and (4) directing the Clerk to waive the $75 filing fee for the limited admission of Albert J. Rota.

Dated:  August 4, 2011

Respectfully submitted,

David F. Adler
Lisa B. Gates
Jonathan F. Feczko
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  (216) 586-3939
Facsimile:   (216) 579-0212
dfadler@jonesday.com
lgates@jonesday.com
jffeczko@jonesday.com


Erin L. Shencopp
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL   60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
eshencopp@jonesday.com
gscannapieco@jonesday.com

*Attorneys for Defendants RBS Citizens, N.A.
and Citizens Bank of Pennsylvania*

## CERTIFICATE OF SERVICE

I hereby certify that on the fourth day of August, 2011, the foregoing Motion For Limited

Appearance Of And CM/ECF Privileges For Defendants RBS Citizens, N.A. And Citizens Bank

Of Pennsylvania's Out-of-State Attorneys was served via U.S. Mail on:

*Plaintiffs' Co-Lead Counsel:*

Bruce S. Rogow, Esq.
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Miami, FL  33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558

Aaron S. Podhurst, Esq.
PODHURST ORSECK, P.A.
City National Bank Building
25 West Flagler Street
Suite 800
Miami, FL  33130-1780
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

*Plaintiffs' Coordinating Counsel*

Robert C. Gilbert, Esq.
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Miami, FL 33134
Telephone: (305) 442-8666
Facsimile: (305) 779-9596

*Plaintiffs' Executive Committee:*

Michael W. Sobol, Esq.
David S. Stellings, Esq.
Roger N. Heller, Esq.
Jordan S. Elias, Esq.
LIEFF CABRASER HEIMANN &
BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Robert C. Josefsberg, Esq.
Victor M. Diaz, Jr., Esq.
Peter Prieto, Esq.
John Gravante, III, Esq.
PODHURST ORSECK, P.A.
City National Bank Building
25 West Flagler Street
Suite 800
Miami, FL  33130-1780
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

DLI-6365263v2

Ted E. Trief, Esq.
Barbara E. Olk, Esq.
TRIEF & OLK
150 East 58th Street
34th Floor
New York, NY 10155
Telephone: (212) 486-6060
Facsimile: (212) 317-2946

Russell W. Budd, Esq.
Bruce W. Steckler, Esq.
Melissa K. Hutts, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

Edward Adam Webb, Esq.
G. Franklin Lemond, Jr., Esq.
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange S.E., Suite 480
Atlanta, GA 30339
Telephone: (770) 444-9325
Facsimile: (770) 444-0271

Ruben Honik, Esq.
Kenneth J. Grunfeld, Esq.
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Telephone: (215) 985-9177
Facsimile: (215) 985-4169

_Attorney for RBS Citizens, N.A. and Citizens Bank_
_of Pennsylvania_

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT | ) |
| OVERDRAFT LITIGATION | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Duval v. RBS Citizens, N.A.* | ) |
| N.D. Ill. Case No. 10-cv-00533 | ) |
| S.D. Fla. Case No. 1:10-cv-21080-JLK | ) |
| | ) |
| *Daniels v. RBS Citizens, N.A.* | ) |
| D. Ma. Case No. 10-cv-10386 | ) |
| S.D. Fla. Case No. 1:10-cv-22014-JLK | ) |
| | ) |
| *Blankenship v. RBS Citizens, N.A.* | ) |
| D. RI Case No. 10-cv-02718 | ) |
| S.D. Fla. Case No. 1:10-cv-22942-JLK | ) |
| | ) |
| *Chierici v. RBS Citizens, N.A.* | ) |
| D. NJ Case No. 10-cv-002718 | ) |
| S.D. Fla. Case No. 1:10-cv-22323-JLK | ) |

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1.      I am a member in good standing of the Bars of Texas, New York and New Jersey.

2.      I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3.      I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4.      I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice*

status in another case in the Southern District of Florida.

       5.    I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

       6.    If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Albert J. Rota |
| TX State Bar No.: | 24056233 |
| NY State Bar No.: | 4034914 |
| NJ State Bar No.: | 011572002 |
| Firm Name: | Jones Day |
| Address: | 2727 N. Harwood Street |
| | Dallas, Texas 75201 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 214-969-3698 |
| Fax No.: | 214-969-5100 |
| Email: | **ajrota@jonesday.com** |

Dated:  August 4, 2011                  Respectfully submitted,

                                     Albert J. Rota
                                     JONES DAY
                                     2727 N. Harwood Street
                                     Dallas, Texas 75201
                                     Telephone:  (214) 969-3698
                                     Facsimile:  (214) 969-5100
                                     ajrota@jonesday.com

                                     ***Attorney for Defendants RBS Citizens, N.A.***
                                     ***and Citizens Bank of Pennsylvania***

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT                    )
OVERDRAFT LITIGATION                       )
                                           )
_____        )
THIS DOCUMENT RELATES TO:                  )
                                           )
*Duval v. RBS Citizens, N.A.*              )
N.D. Ill. Case No. 10-cv-00533             )
S.D. Fla. Case No. 1:10-cv-21080-JLK       )
                                           )
*Daniels v. RBS Citizens, N.A.*            )
D. Ma. Case No. 10-cv-10386                )
S.D. Fla. Case No. 1:10-cv-22014-JLK       )
                                           )
*Blankenship v. RBS Citizens, N.A.*        )
D. RI Case No. 10-cv-02718                 )
S.D. Fla. Case No. 1:10-cv-22942-JLK       )
                                           )
*Chierici v. RBS Citizens, N.A.*           )
D. NJ Case No. 10-cv-002718                )
S.D. Fla. Case No. 1:10-cv-22323-JLK       )
_____

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND CM/ECF
FILING PRIVILEGES FOR DEFENDANTS RBS CITIZENS, N.A. AND CITIZENS
BANK OF PENNSYLVANIA'S OUT-OF-STATE ATTORNEY**

THIS CAUSE having come before the Court on the Motion For Limited Appearance Of

And CM/ECF Filing Privileges For Defendants RBS Citizens, N.A. and Citizens Bank Of

Pennsylvania's Out-Of-State Attorney, requesting, pursuant to Rule 4.B of the Special Rules

Governing the Admission and Practice of Attorneys of the United States District Court for the

Southern District of Florida ("Rule 4.B"), Rule 1.4 of the Rules of the Judicial Panel on Multi-

District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Dkt. No. 166),

permission for a limited appearance of and electronic filing privileges for the attorney listed in

paragraph 2 below, who, in addition to the current counsel of record for RBS Citizens, N.A. and

Citizens Bank of Pennsylvania, seeks to become counsel of record in the above-captioned cases

that originated in other districts and have been transferred to this MDL proceeding. This Court

having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.      The Motion For Limited Appearance of and CM/ECF Filing Privileges For

Defendants RBS Citizens, N.A. and Citizens Bank of Pennsylvania's Out-Of-State Attorney is

GRANTED.

2.      The following attorney is permitted to appear and participate in this action on

behalf of RBS Citizens, N.A. and Citizens Bank of Pennsylvania:

>       Albert J. Rota
>       JONES DAY
>       2727 N. Harwood Street
>       Dallas, Texas  75201
>       Telephone: 214-969-3698
>       Facsimile: 214-969-5100
>       ajrota@jonesday.com

3.      Pursuant to MDL Rule 1.4, the attorney named in paragraph 2 above shall not be

required to designate a member of the bar of this Court who maintains an office in this State for

the practice of law and who is authorized to file through the Court's electronic filing system, to

receive service of and file papers on his behalf, notwithstanding language to the contrary in

Rule 4.B.

4.      Furthermore, pursuant to MDL Rule 1.4 and this Court's November 24, 2009

Order (Dkt. No. 166), the attorney named in paragraph 2 above shall be allowed to file and

receive service of documents electronically according to this Court's CM/ECF Administrative

Procedures, notwithstanding language to the contrary in Rule 4.B. The Court hereby directs the

Clerk of the Court to assign a CM/ECF username and password to the attorney named in paragraph 2 above.

5.      In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 for the limited admission of the attorney named in paragraph 2 above.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Miami-Dade County, Florida, this ____ day of _____, 2011.


_____
        Honorable James Lawrence King
        Senior United States District Judge

- 3 -