**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

**JOINT STIPULATION AND ORDER REGARDING UNSEALING OF
CLASS CERTIFICATION PLEADINGS**

The parties stipulate as follows:

1. Union Bank has agreed not to oppose Plaintiffs' Motion to Unseal Class Certification Papers and Incorporated Memorandum of Law **[DE # 1772]**. *See* Notice of Non-Opposition **[DE # 1795].**

2. In addition, Union Bank seeks to have its Memorandum Opposing Plaintiffs' Motion for Class Certification **[DE # 1601]** and accompanying documents unsealed. Plaintiffs agree to such unsealing.

3. The parties further agree that Appendices I-IV to Plaintiffs' Motion for Class Certification filed April 25, 2011 **[DE # 1387 et seq.]**; Union Bank's June 9, 2011, Response to Plaintiffs' Proposed Trial Plan; and Plaintiffs' Reply in Support of Proposed Trial Plan for Trial of Class Action filed July 5, 2011 **[DE # 1714 et seq.]** should be unsealed.

4. THEREFORE, the parties stipulate to the unsealing of the following pleadings:

- Plaintiffs' Motion for Class Certification and Appendices I-IV thereto filed April 25, 2011 **[DE # 1387 et seq]**;

-1-

- Union Bank's June 9, 2011, Memorandum Opposing Plaintiffs' Class Certification Motion and exhibits thereto; June 9, 2011 Response to Plaintiffs' Proposed Trial Plan; and the contemporaneously-filed motion to file documents under seal **[DE # 1599-1602]**; and

- Plaintiffs' Reply Brief in Support of Motion for Class Certification and Appendix I thereto; and Plaintiffs' Reply in Support of Proposed Trial Plan for Trial of Class Action filed July 5, 2011 **[DE #1714-1717]**.

| | |
|---|---|
| /s/ Alan G. Greer | John B. Sullivan |
| Alan G. Greer | Jan T. Chilton |
| Florida Bar No. 0123294 | Mark D. Lonergan |
| agreer@richmangreer.com | Severson & Werson |
| John M. Brumbaugh | One Embarcadero Center, Suite 2600 |
| Florida Bar No. 0126350 | San Francisco, CA 94111 |
| jbrumbaugh@richmangreer.com | Tel: 415-677-5603 |
| RICHMAN GREER, P.A. | Fax: 415-956-0439 |
| Miami Center – Suite 1000 | |
| 201 South Biscayne Boulevard | |
| Miami, Florida 33131-2305 | |
| Tel: 305-373-4000 | |
| Fax: 305-373-4099 | |

*Attorneys for Defendant* UNION BANK, N.A.

| | |
|---|---|
| /s/ Aaron S. Podhurst | Bruce S. Rogow, Esquire |
| Aaron S. Podhurst, Esquire | Florida Bar No. 067999 |
| Florida Bar No. 063606 | brogow@rogowlaw.com |
| apodhurst@podhurst.com | Jeremy W. Alters, Esquire |
| Robert C. Josefsberg, Esquire | Florida Bar No. 0111790 |
| Florida Bar No. 40856 | jeremy@alterslaw.com |
| rjosefsberg@podhurst.com | ALTERS LAW FIRM, P.A. |
| Peter Prieto, Esquire | 4141 N.E. 2nd Avenue |
| Florida Bar No. 501492 | Suite 201 |
| pprieto@podhurst.com | Miami, FL 33137 |
| Stephen F. Rosenthal, Esquire | Tel: 305-571-8550 |
| Florida Bar No. 0131458 | Fax: 305-571-8558 |
| srosenthal@podhurst.com | |
| John Gravante, III, Esquire | |
| Florida Bar No. 617113 | |
| jgravante@podhurst.com | |
| PODHURST ORSECK, P.A. | |
| City National Bank Building | |
| 25 W. Flagler Street, Suite 800 | |
| Miami, FL 33130-1780 | |
| Tel: 305-358-2800 | |
| Fax: 305-358-2382 | |

*Co-Lead Counsel for Plaintiffs*

-3-

Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

**ORDER**

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this _____ day of August, 2011.  The Clerk of the Court is directed to unseal the following docket entries:

**DE # 1387** *et seq.*

**DE # 1599-1602**

**DE # 1714-1717**

_____
**JAMES LAWRENCE KING
UNITED STATE DISTRICT JUDGE**

Copies furnished to:

Counsel of Record