IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Duval v. RBS Citizens, N.A.*<br>N.D. Ill. Case No. 10-cv-00533<br>S.D. Fla. Case No. 1:10-cv-21080-JLK | ) ) ) ) ) |
| *Daniels v. RBS Citizens, N.A.*<br>D. Ma. Case No. 10-cv-10386<br>S.D. Fla. Case No. 1:10-cv-22014-JLK | ) ) ) ) ) |
| *Blankenship v. RBS Citizens, N.A.*<br>D. RI Case No. 10-cv-02718<br>S.D. Fla. Case No. 1:10-cv-22942-JLK | ) ) ) ) ) |
| *Chierici v. RBS Citizens, N.A.*<br>D. NJ Case No. 10-cv-002718<br>S.D. Fla. Case No. 1:10-cv-22323-JLK | ) ) ) ) |

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bars of Texas, New York and New Jersey.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice*

DLI-6365264v2

status in another case in the Southern District of Florida.

    5.    I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

    6.    If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Albert J. Rota |
| TX State Bar No.: | 24056233 |
| NY State Bar No.: | 4034914 |
| NJ State Bar No.: | 011572002 |
| Firm Name: | Jones Day |
| Address: | 2727 N. Harwood Street |
| | Dallas, Texas 75201 |
| Mailing Address: | [Same As Above] |
| Telephone No.: | 214-969-3698 |
| Fax No.: | 214-969-5100 |
| Email: | **ajrota@jonesday.com** |

Dated: August 4, 2011

Respectfully submitted,

_____
Albert J. Rota
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 969-3698
Facsimile: (214) 969-5100
ajrota@jonesday.com

*Attorney for Defendants RBS Citizens, N.A. and Citizens Bank of Pennsylvania*

DLI-6365264v2