**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Anderson v. Compass Bank*
S.D. Fla. Case No. 1:11-cv-20436-JLK
N.D. Fla. Case No. 10-CV-00208

**PLAINTIFF'S RESPONSE TO COMPASS BANK'S MOTION FOR
EXTENSION OF PAGE LIMIT FOR ITS REPLY IN SUPPORT OF
ITS RENEWED MOTION TO COMPEL ARBITRATION**

Plaintiff, Stephen T. Anderson, on behalf of himself and others similarly situated, opposes Defendant Compass Bank's ("**Compass**") Motion For Extension of Page Limit For Its Reply in Support of its Renewed Motion to Compel Arbitration ("**Motion**") [**DE #1804**].

1. A ten page reply mandated by the Southern District Local Rules is more than enough for Compass to address – not reargue – the grounds Plaintiff raised in his Response [**DE # 1798**] to Compass's renewed Motion to Compel Arbitration "**Renewed Arbitration Motion**") [**DE # 1771**].

2. The points raised by Plaintiff in his Response come as no surprise to Compass. At this point in these proceedings, Compass is well aware of the unconscionability defense to the

enforcement of Compass's unilateral arbitration provision. Tellingly, Compass has now moved to compel arbitration three times relating to this case.[1]

3. Most recently, before the Transferor Court, the parties fully briefed arbitration, where Plaintiff argued that Compass's arbitration provision was unconscionable under Florida law. No question, Compass is also aware that the issue of unconscionability relating to arbitration provisions has frequently been before this Court.

4. Compass's knowing failure to address unconscionability under Florida law in its initial Renewed Arbitration Motion can only be seen as an acknowledgement that its unilateral, one-sided arbitration provision is unenforceable. *See* [**DE # 1771**].

5. Compass employed this very same willful ignorance before the Transferor Court. *See* Compass Motion and Memo, Case No. 1:10-cv-00208 [**DE # 6 and DE #7**]. Then, when seeking leave to file a reply[2] before the Transferor Court, Compass incredibly claimed: "Compass could not know which defenses plaintiff would assert when it moved to compel arbitration. Consequently, Compass needs to file a reply memorandum as its only opportunity to response [sic] to and to refute plaintiff's affirmative defenses." *Id.*, [**DE # 14**].

6. Compass's attempt to again employ this strategy by claiming "Anderson's Opposition is twenty (20) pages in length and contains multiple exhibits" provides no basis to justify additional pages as responses are allowed to be 20 pages under the local rules – *see* L.R. 7.1(c)(2) – and Compass's initial motion contained six exhibits in 19 parts. *See generally* [**DE #1771**].

---

[1] *See* Compass Arbitration Motion and Memorandum filed June 21, 2010, 1:10-cv-21556-JLK [DE # 14 and DE # 15]; [DE # 1771]; Compass Arbitration Motion and Memorandum filed December 2, 2010, 1:10-cv-00208 [DE # 6 and DE # 7]; and the Renewed Motion.

[2] Leave of court is required to file a reply. Local Rule 7.1(c)(2) (N.D. Fla.).

7.      An additional five pages is unnecessary for Compass to address Plaintiff's arguments, and will unnecessarily consume judicial resources.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests this Court to deny Compass's Motion.

Dated: August 18, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron S. Podhurst | /s/ Bruce S. Rogow |
| Aaron S. Podhurst, Esquire | Bruce S. Rogow, Esquire |
| Florida Bar No. 063606 | Florida Bar No. 067999 |
| apodhurst@podhurst.com | brogow@rogowlaw.com |
| Robert C. Josefsberg, Esquire | Jeremy W. Alters, Esquire |
| Florida Bar No. 40856 | Florida Bar No. 0111790 |
| rjosefsberg@podhurst.com | jeremy@alterslaw.com |
| Peter Prieto, Esquire | ALTERS LAW FIRM, P.A. |
| Florida Bar No. 501492 | 4141 N.E. 2nd Avenue |
| pprieto@podhurst.com | Suite 201 |
| Stephen F. Rosenthal, Esquire | Miami, FL 33137 |
| Florida Bar No. 0131458 | Tel: 305-571-8550 |
| srosenthal@podhurst.com | Fax: 305-571-8558 |
| John Gravante, III, Esquire | |
| Florida Bar No. 617113 | |
| jgravante@podhurst.com | |
| PODHURST ORSECK, P.A. | |
| City National Bank Building | |
| 25 W. Flagler Street, Suite 800 | |
| Miami, FL 33130-1780 | |
| Tel: 305-358-2800 | |
| Fax: 305-358-2382 | |

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*


/s/ E. Adam Webb                          /s/ Michael W. Sobol
E. Adam Webb, Esquire                     Michael W. Sobol, Esquire
Georgia Bar No. 743910                    California Bar No. 194857
Adam@WebbLLC.com                          msobol@lchb.com
Matthew C. Klase, Esquire                 Roger N. Heller, Esquire
Georgia Bar No. 141903                    California Bar No. 215348
Matt@WebbLLC.com                          rheller@lchb.com
G. Franklin Lemond, Jr., Esquire          Jordan Elias, Esquire
Georgia Bar No. 141315                    California Bar No. 228731
FLemond@WebbLLC.com                       jelias@lchb.com
WEBB, KLASE & LEMOND, L.L.C.              LIEFF CABRASER HEIMANN &
1900 The Exchange, S.E.                     BERNSTEIN L.L.P.
Suite 480                                 Embarcadero Center West
Atlanta, GA 30339                         275 Battery Street, 30th Floor
Tel: 770-444-9325                         San Francisco, CA 94111
Fax: 770-444-0271                         Tel: 415-956-1000
                                          Fax: 415-956-1008

4

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-285-1668