UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

### JOINT STIPULATION AND ORDER REGARDING UNSEALING OF CLASS CERTIFICATION PLEADINGS

The parties stipulate as follows:

1. Union Bank has agreed not to oppose Plaintiffs' Motion to Unseal Class Certification Papers and Incorporated Memorandum of Law **[DE # 1772]**. *See* Notice of Non-Opposition **[DE # 1795]**.

2. In addition, Union Bank seeks to have its Memorandum Opposing Plaintiffs' Motion for Class Certification **[DE # 1601]** and accompanying documents unsealed. Plaintiffs agree to such unsealing.

3. The parties further agree that Appendices I-IV to Plaintiffs' Motion for Class Certification filed April 25, 2011 **[DE # 1387 et seq.]**; Union Bank's June 9, 2011, Response to Plaintiffs' Proposed Trial Plan; and Plaintiffs' Reply in Support of Proposed Trial Plan for Trial of Class Action filed July 5, 2011 **[DE # 1714 et seq.]** should be unsealed.

Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that the clerk shall unseal the following documents:



1. Plaintiffs' Motion for Class Certification and Appendices I-IV thereto filed April 25, 2011 **[DE # 1387 et seq]**;

2. Union Bank's June 9, 2011, Memorandum Opposing Plaintiffs' Class Certification Motion and exhibits thereto; June 9, 2011 Response to Plaintiffs' Proposed Trial Plan; and the contemporaneously-filed motion to file documents under seal **[DE # 1599-1602]**; and

3. Plaintiffs' Reply Brief in Support of Motion for Class Certification and Appendix I thereto; and Plaintiffs' Reply in Support of Proposed Trial Plan for Trial of Class Action filed July 5, 2011 **[DE #1714-1717]**.

The foregoing Stipulation is approved and adopted as an Order of the Court.

**DONE** and **ORDERED** in the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 18th day of August, 2011.

                                JAMES LAWRENCE KING
                                UNITED STATE DISTRICT JUDGE

Copies furnished to:

Counsel of Record