UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09 MD 02036 JLK

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES SOUTHERN DISTRICT
COURT OF FLORIDA

FILED by __ D.C.
AUG 16 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Aaron K. Marsh
    Plaintiff,
vs.                     Case No.: 1:09-MD-02036-JIK

Bank of America
    Defendants.

**MOTION TO BE SETTLEMENT CLASS MEMBER**
Ref: Checking Account Overdraft Litigation

COMES NOW, Plaintiff Aaron K. Marsh moves this Court to be Settlement Class Member against Defendants for paid overdraft fees as follows:

1. Plaintiff, Mr. Marsh, had a Bank of America consumer checking and/or savings account that he could access (Pin: 8731 or 3137) with a Bank of America debit card, at any time between October 2010 - 2011.

2. Plaintiff were charged one or more overdraft fees as a result of Bank of America's practice of posting debit card transactions from highest to lowest dollar amount, while he was trying to save money for highest dollar amount.

PAGE 1

UNDER PENALTY of PERJURY, I swear that the above statements is true and correct on this 15 day of August 2011.

Repectfully submitted,

*Aaron K. Marsh*

Aaron K. Marsh #10-94973
Turner Guilford Knight - X44
7000 Northwest 41 Street
Miami, Florida 33166

PAGE 2