UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09 MD 2036 JLK

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

Jon R. Mullins
1004 Bellmark CT, Leland N.C. 28451
(910)-264-4002

FILED by _____ DC
AUG 16 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

I stongly object to the Bank of America Settlement in In Re: Checking account Overdraft Litigation, 1:09-MD-02036-JLK

I appreciate the hard work the councils have done, But I stongly object to the 30% of the 410 million – over 90 million, AFTER cost and expenses and fees, which no one knows that total, PLUS another 5000.00 per client, This is Ridiculous. This will leave the people, like myself who lost over 5000.00 and paying 21% interest on it, and have wrecked my credit, what does that leave us. Even though I notified the north carolina Bank Commission and Bank of America in 2008, I'm sure I was one of the original people to bring this to light, I was never notified of the class action suit, Why?, only a friend notified me a few days ago. I've enclosed my letter to the commission and their responses.

Please, Bank of America has taken enough, over 10,000. Now the lawyers want the other half, I'm sure I wont get my 10,000 or credited back, probably 50 bucks, when is enough, enough. I thought that this case was about the greed of the Banks, not the lawyers taking the rest. Times are tough. This is about making things right again in this country. Please, I want my money back, which was stolen and tricked away, don't take away more.    Thank You  Jon Mullins    8/10/11

— The Right Thing!

RECEIVED
SEP 0 8 2008
T.A. WOODS



# State of North Carolina
### OFFICE OF THE COMMISSIONER OF BANKS

MICHAEL F. EASLEY
GOVERNOR

September 3, 2008

JOSEPH A. SMITH, JR.
COMMISSIONER OF BANKS

Mr. Jon Mullins
6713 Netherlands Drive
Wilmington, NC 28405

Dear Mr. Mullins:

    The Office of the Commissioner of Banks has received your inquiry regarding Bank of America. This office regulates state-chartered banks. The agency that has regulatory authority over national banks such as Bank of America, is the Office of the Comptroller of the Currency (OCC).

    For your convenience, we will forward your letter to the OCC. Because you may want to correspond with the OCC directly, we have listed their contact information below:

> Comptroller of the Currency
> Customer Assistance Group
> 1301 McKinney Street, Suite 3400
> Houston, Texas 77010
> Telephone: 1 (800) 613-6743

    In hopes that this matter may be resolved in a timely manner, we have also provided a copy of your complaint to the following person at the bank:

> Mr. Kenneth D. Lewis
> President
> Bank of America, N.A.
> 100 North Tryon Street
> Charlotte, North Carolina 28255
> Telephone: (704) 386-5687

    If we can be of further assistance, please do not hesitate to contact this office.

Sincerely,

Jennifer Winborne
Consumer Affairs

cc: Comptroller of the Currency
File No. 2008-1829

Kenneth D. Lewis, President
Bank of America, N.A.

ATTACHMENT / EXHIBIT __1__



**TA WOODS ELECTRICAL MECHANICAL PLUMBING**
TA Woods Company

Date: 8-29-08
By: Jon Mullins
Page: 1 of
Job Name: Banking Commision
Subject: Bank of America Rip off

To whom it may concern,

I would like you please help me look into this matter involving Bank of America, I have talked to them on the phone and in person, and I get nowhere.

They I believe have come up with a new way to get people in debt and try to get their money.

For 6 years, I have been banking with B of A, and never had a problem, only once have I gone over on my checking account by 5⁰⁰, I have overdraft protection, so they take 100⁰⁰ from my credit card and charge 20% interest. Up till 1½ months ago my credit cards were paid off and had a zero balance.

For 6 years, every friday, I deposit my check and ask for my balance on my checking, and it has always been correct, <u>nothing outstanding</u>, this has worked for me, for 6 years with <u>no problems</u>, and all payments have come out immediatly, <u>no delays</u>, my spending habits

**TA WOODS ELECTRICAL MECHANICAL PLUMBING**
TA Woods Company

Date: 8-29-08
By: Jon Mullins
Page: 2 of 6
Job Name: Bank Commission
Subject: B of A rip off

are still the same, have not changed, and make more money now than when I started with B of A.

Last 2 months I've noticed that when I use my debit card, when they swipe it, it will not accept it, they try it 2 or 3 times, still nothing, but when they go to use credit, on my debit card, it works, I found out later, it doesn't take out the money immediatly, B of A tried to tell me this was the clerks decision, lie! not when the machine will only accept credit, on a debit card 2 or 3 times, and messing up my checking account, + balance

On 8/22/08 a typical friday, I deposited my check as usual 622⁰⁰, asked for my balance, 188⁰⁰, so I should of had over 800⁰⁰ in checking, little did I know they had been holding back charges, I wrote 3 checks for 400⁰⁰ and spent around 200⁰⁰, On thursday 28th

**TA WOODS ELECTRICAL MECHANICAL PLUMBING**
TA Woods Company

| Date: 8-29-08 | By: Jon Mullins | Page: 3 of _ |
|---|---|---|

Job Name: Banking Commission
Subject: B of A rip off

I went to an ATM, to withdrawl 20⁰⁰, I got the receipt, id said I had a balance of -25⁰⁰, and still gave me the 20⁰⁰, when I should of had money in my account, So when you overdraft by 5⁰⁰, the 100⁰⁰ from my credit card, I some how should have 95⁰⁰, even though I know I didn't spend that money, I have later found out, now they will lump 10-12 charges at once, not because of wkend, I only write checks twice a month, 3 in the middle, truck water, and direct T.V., then the rest at the end. Up till this started 1½ months ago Ive alway covered my checks, and my spending habits haven't changed, But in that time they have taken 800⁰⁰ from my card, saying I have bounced, or overdrafted 6 or 7 times, no way, and where that 800⁰⁰ from my card to my checking, I haven't seen it, if they put 800⁰⁰ in my checking, I wouldn' be going over, Puposely holding back, messing up my balance

In 6 years - one check over by 5⁰⁰, now all of a sudden, when they start messing with my card

**TA WOODS ELECTRICAL MECHANICAL PLUMBING**
TA Woods Company

Date: 8-29-08
By: Jon Mullins
Page: 4 of 6
Job Name: Banking Commission
Subject: Bank of America Rip off

it has happened 6 or 7 times in a month and a half, they have started messing with my checking account, and change things and throwing my checking account in total disscarey, now I owe them 800⁰⁰ with 20% interest, and 800⁰⁰ I haven't seen, when they purposely hold things back, when they never did this, Things have been fine for 6 years, now when all of a sudden, machines wont accept my debit, it is throwing me into debt, I know this is what credit cards want, but do wantingly change things, I haven't done anything different, but they have, and I have the bills to prove it. they are trying to put me in debt, Never had this problem till they started holding charges and not sending debits through. This might be legal, doesn't make it morally and ethically right, when will we get back to accountability in this country anything for a dollar.

Jon Mullins
1004 Bellmark CT
Leland NC 28451
910-264-4002