Jacquelynn Balp-Reyes



4903 NW Lindy ave

Lawton, OK 73505

910-233-8280

"Notice of intention to appear" at the settlement approval hearing for the bank of America settlement in, In Re: Checking account overdraft litigation, 1:09-MD-02036-JLK;

    My reason for my desire to appear at this settlement is because Bank of America has caused my entrance into adulthood to be extremely difficult. I was charged overdraft fees at least 3 times a week. On top of that I was trying to pay for my first car, paying $200 a month, working two jobs and no matter how frugal I tried to be I was always charged overdraft fees. At one point I noticed that some of the transactions I made were submitted to my account in different orders on which they were made. Some of my transactions were not even posted until days later, for example, I would buy something on a Monday. When my purchase would be recorded on my transaction list it would say that I made that purchase on Friday. Another example would be that I would deposit a paycheck. Two days later when my account showed the new balance I would pay bills. The next day, it would show that I paid bills before my check was deposited. I tried talking to a representative about the issue but was told that there was nothing that they could do or that the transactions were listed properly. Then, someone stole a check of mine to buy a school year book. Not only was my name not spelled correctly but it was not my handwriting although this did not stop Bank of America from accepting it causing one of my car payments to bounce and repo-ed. GMAC, company that gave me the car loan, did not care that I was a victim of fraud and because I was so young and naive they took my car even though I was only one month behind. I even paid them the following month two car payments to make up for the one I missed the month before but that did not stop them from taking my car.

My credit was ruined and I lost a car. Even though I worked two jobs, half of my money went to Bank of America. They are liars who take advantage of people who don't know any better. In my eyes, this bank owes me the money they stole from me including money for the pain they have caused and for the time the repo stayed on my credit report. In addition, Bank of America owes me a car.