IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-2036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____)
)
THIS DOCUMENT RELATED TO: )
)
Stephen T. Anderson v. Compass Bank, )
N.D. Fla. Case No. 1:10-cv-00208 )
S. D. Fla. Case No. 1:11-cv-20436-JLK )

# ORDER GRANTING COMPASS BANK'S MOTION FOR EXTENSION OF PAGE LIMIT FOR ITS REPLY IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION AND STAY

THIS CAUSE is before the Court on Compass Bank's Motion for Extension of Page Limit for its Reply in Support of its Renewed Motion to Compel Arbitration and Stay (the "Motion"). The Court having considered the Motion and other relevant portions of the record, and good cause appearing, the Motion is hereby **GRANTED**. Compass Bank shall have five (5) additional pages for a maximum of fifteen (15) pages for its Reply in Support of its Renewed Motion to Compel Arbitration and Stay.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 19th day of August, 2011.

James Lawrence King
United States District Judge
Southern District of Florida