UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:

*Simons v. Comerica Inc.*,
S.D. Fla. Case No. 1:10-cv-22958-JLK

*Command v. Bank of America*,
S.D. Fla. Case No. 1:11-cv-21270-JLK

*Moore v. Suntrust Bank*
S.D. Fla. Case No. 1:11-cv-22454-JLK

*Sachar v. Iberia Bank*,
S.D. Fla. Case No. 1:11-cv-22844-JLK
_____/

## OMNIBUS ORDER ADMINISTRATIVELY CLOSING ADDITIONAL MEMBER CASES, REQUIRING FUTURE FILINGS IN LEAD CASE

**THIS CAUSE** comes before the Court *sua sponte*. The above-styled matters are member cases in *In re Checking Account Overdraft Litigation*, MDL No. 2036.

When a case is either transferred into the MDL No. 2036 or directly filed in the Southern District of Florida, it is assigned a Southern District case number. Although parties sometimes file motions under their assigned Southern District numbers, such filings are improper under the rules controlling multi-district litigation. All motions filed in this multi-district litigation must be filed under the MDL case number 09-2036. The Court will not consider any motions filed under the Southern District number. Any motions filed in the transferor court prior to transfer into this

MDL, or pending under the assigned Southern District case number shall be re-filed under the MDL number.

Accordingly, in an effort to promote efficiency in the Court's management of this case it is **ORDERED, ADJUDGED**, and **DECREED** as follows:

1. The Clerk of Court **SHALL administratively close the above-styled cases** and remove them from the Court's pending case list. Any motions filed under the member cases are **DENIED as moot.**

2. The parties will reference their assigned Southern District case numbers in the style of their pleadings, but parties will only **FILE** motions under MDL Case No. 09-2036. The Court will not consider any motions filed under the assigned Southern District number.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 24th day of August, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**All Counsel of Record**