UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
*Lopez et al. v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23127-JLK

*Garcia et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-CV-22463-JLK

*Dolores Gutierrez et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23685-JLK
D. Or. Case No. 3:09-CV-01239-ST
_____/

## ORDER DENYING NON-PARTY AMERICAN ARBITRATION ASSOCIATION'S MOTION TO QUASH

**THIS CAUSE** comes before the Court upon Non-Party American Arbitration Association's (the "AAA") Motion to Quash and/or Motion for Protective Order (DE # 1809) filed August 22, 2011. Plaintiffs filed their Response in opposition (DE # 1817) on August 24, 2011. After a careful consideration of the pleadings, Non-Party AAA has not met its burden of establishing "undue burden" as required by Rules 26(c) and 45(c)(3), Fed. R. Civ. P., in order to receive the relief it seeks.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Non-Party American Arbitration Association's (the "AAA") Motion to Quash and/or Motion for Protective Order (DE # 1809) be, and the same is hereby, **DENIED.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse in Miami, Florida, this 25th day of August, 2011.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**Cc:**

**All Counsel of Record**