IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-JLK

IN RE CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

THIS DOCUMENT RELATES TO:
SIXTH TRANCHE

*Johnson v. UMB Bank, N.A.*
    W.D. Missouri, C.A. No. 4:10-654

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF DAVID JOHNSON PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned as follows:

1.An action was originally filed by David Johnson in the Circuit Court of Jackson County, Missouri on April 5, 2010 under Case No. 1016-CV10520.

2.Defendant UMB Bank N.A. ("UMB") removed the action to the United States District Court for the Western District of Missouri on May 11, 2010.

3.On May 12, 2010, Johnson filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

4.On May 13, 2010, the deputy clerk issued an order of dismissal without prejudice.

5.On May 13, 2010, Johnson re-filed the action in the Circuit Court of Jackson County, Missouri under Case No. 1016-CV14991.

6.Defendant UMB Bank N.A. ("UMB") removed the action to the United States District Court for the Western District of Missouri on June 29, 2010.

1

7. On August 16, 2010, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order transferring the action to the United States District Court for the Southern District of Florida for coordination and consolidation with *In re: Checking Account Overdraft Litigation*, 09-MD-2036.

8. On December 2, 2010, the case was transferred to this Court by the Western District of Missouri.

9. David Johnson now wishes to voluntarily dismiss the claims asserted in this action against UMB.

10. UMB is agreeable to the dismissal of Johnson's claims without prejudice.

11. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims asserted by David Johnson against Defendant UMB Bank, N.A. are dismissed without prejudice.

Dated: August 30, 2011  Respectfully submitted,

/s/ Hassan A. Zavareei
Hassan A. Zavareei
Jonathan K. Tycko
Tycko & Zavareei LLP
Suite 808
2000 L Street, N.W.
Washington, D.C. 20036
(202) 973-0900

*Attorneys for Plaintiff David Johnson*

/s/ John C. Aisenbrey
John C. Aisenbrey
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106

*Attorney for Defendant UMB Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-2036-JLK

IN RE CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/  Hassan A. Zavareei*
Hassan A. Zavareei
Tycko & Zavareei LLP
Suite 808
2000 L Street, N.W.
Washington, D.C. 20036
(202) 973-0900

*Attorney for Plaintiff David Johnson*