UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:

*Brown v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-24147-JLK
E.D. Wash. Case No. 2:10-cv-326-RMP
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Compel Discovery (DE # 1831), filed August 26, 2011. After careful review of the record, Defendant's objections to Plaintiffs' discovery requests are denied. In MDL 09-2036 case *Larsen v. J.P Morgan Chase Bank, N.A.*, (No. 10-12936, August, 26, 2011), the Eleventh Circuit found limited arbitration-related discovery to be appropriate stating, "discovery is to be limited to issues bearing significantly on the arbitrability of this dispute until the question of arbitrability has been decided." That is precisely what the Court had ordered in its June 30th Order in the above-styled case and Defendant U.S. Bank is to comply accordingly.

The Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** Plaintiffs' Motion to Compel Discovery (DE # 1831) be, and the same is hereby **GRANTED.** Defendant U.S. Bank shall comply and furnish all of the requested discovery materials on or before September 12, 2011.

It is further **ORDERED, ADJUDGED and DECREED** that the parties shall have an

1

additional thirty days to conduct discovery, making the new discovery deadline <u>October 23, 2011</u>.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 31st day of August, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record