UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHECKING ACCOUNT OVERDRAFT
LITIGATION
    Ingram v. Regions Financial Corporation et al.,    )
        M. D. Florida, C.A. No. 8:11-01610    )        MDL No. 2036

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Ingram*) on July 27, 2011. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Ingram* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been informed that, on August 26, 2011, the Honorable Steven D. Merryday granted defendants' motion to compel arbitration. The *Ingram* action has thus been administratively closed in the Middle District of Florida. Accordingly, consistent with Panel precedent, the conditional transfer order should be vacated as to *Ingram*. See Feb. 3, 2011, Order Vacating Conditional Transfer Orders (doc. no. 459).

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-39" filed on July 27, 2011, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel