UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
_____ )

THIS DOCUMENT RELATES ONLY TO: )
)
*Moore v. SunTrust Bank* )
S.D. Fla. Case No. 1:11-cv-22454 )
_____ )

### ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance of Charles A. Hawkins, counsel for Defendant SunTrust Bank, it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this __1__ day of __Sept__, 2011.

*[signature]*
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record

2307342v1