UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Rider, et al. v. Regions Financial Corp., et al.*
S.D. Fla. Case No. – *Not Yet Assigned*
E.D. Ark. Case No. 4:11-cv-0375-JLH

## RESPONSE IN OPPOSITION TO DEFENDANTS' FILING AND SUBMISSION OF MOTION TO COMPEL ARBITRATION, RESPONSE, AND REPLY THERETO

Plaintiffs Elizabeth Rider, Robert Hensley, John Irons, and Rebecca Irons, on behalf of themselves and all others similarly situated, hereby file their opposition to Defendants Regions Financial Corporation and Regions Bank's (collectively, "Regions") unauthorized "filing and submission" dated August 26, 2011. Because Regions' submission is not in accordance with this Court's June 20, 2011 Order and is contrary to the procedures established by this Court, Regions' improper filing should be disregarded by this Court.

Regions' August 26, 2011 filing [**DE # 1832**] claims that it is being submitted "in accordance with this Court's Order of 6/20/2011." *See* **DE # 1832**, p. 1. This Court's June 20th Order does not authorize Regions' filing in any way. That Order administratively closed the 58 pending cases which made up MDL No. 2036 as of that date, and denied as moot any pending motions that were previously filed under the individual member cases. *See* June 20th Order, p. 5 [**DE # 1640**]. The Court's Order also instructed the parties involved in those 58 cases to file motions only in MDL Case No. 09-2036 and indicated that the Court would not consider any

motions filed in an individual member case. *Id.* at 5-6. Any pending motions that the parties wish to re-file must reference their assigned Southern District case number in the style of the pleadings. *Id.* at 5. Nothing in this Court's June 20th Order established a protocol or requirements for cases other than the 58 cases identified in that Order.

This reality is confirmed by the fact that this Court subsequently issued a similar Order with respect to four additional member cases on August 25, 2011. *See* **DE # 1818**. This subsequent Order established the same protocol for the four cases not identified in the June 20th Order. *Id.* The Court's issuance of specific orders for various cases makes it clear that once a case has been transferred and assigned a Southern District case number, it will be administratively closed through a subsequent order of the Court. Such orders do not authorize Regions to file what amounts to a "notice" in the MDL docket that attaches motions previously filed in the transferor court and declare such motions ripe for adjudication, as Regions has done here.

The proper method of handling this recently transferred case would be to await the issuance of an Interim Scheduling Order by the Court which will establish deadlines for the newly arrived defendants to move to compel arbitration. *E.g.*, Fourth Tranche Interim Sched. Order [**DE # 877**]. Such an approach is consistent with Scheduling Order No. 1 issued by this Court on September 14, 2009, which established that all deadlines in matters transferred to this Court from the JPML are automatically stayed until the entry of Scheduling Order that applies to that case. *See* **DE # 59**. Regions' attempt to create its own rules regarding how to handle a case following transfer should be rejected.[1]

---

[1] This procedure was followed by M&I Marshall & Ilsley Bank (Case No. 10-cv-22730-JLK), which timely filed its motion to compel arbitration in accordance with the Fourth Tranche Interim Scheduling Order after the case was transferred from the Middle District of Florida.

While Plaintiffs believe that Regions should follow the procedures established by the Court's Orders, at worst, the bank should follow the approach recently taken by Compass Bank. Even though Compass Bank was subject to the June 20th Order, the bank initially did not re-file its motion to compel arbitration, even though the June 20th Order explicitly provided that motions pending in case numbers outside MDL Case No. 09-2036 were denied as moot. After seeking "clarification" regarding what it needed to do, Compass Bank filed a renewed motion to compel arbitration in Case No. 09-2036 per the Court's instructions. **DE # 1771**. Thereafter, the plaintiff filed a response in opposition, to which Compass replied. *See* **DE # 1798, 1822**. Compass did not try to "game the system" by merely attaching briefing filed in the transferor court and declaring the case ripe for adjudication, but rather filed its motion anew. The same should be expected of Regions.

In sum, Regions' improper "filing and submission" is contrary to the procedures established by this Court and should be disregarded. Therefore, Plaintiffs respectfully request this Court enter an order requiring Regions to either await the entry of an Interim Scheduling Order that will establish a schedule for the filing of any motions to compel arbitration or, at a minimum, to file a renewed motion to compel arbitration.

Dated: September 1, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

1

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

2

| | |
|---|---|
| /s/ Ruben Honik | /s/ Ted E. Trief |
| Ruben Honik, Esquire | Ted E. Trief, Esquire |
| Pennsylvania Bar No. 33109 | New York Bar No. 1476662 |
| rhonik@golombhonik.com | ttrief@triefandolk.com |
| Kenneth J. Grunfeld, Esquire | Barbara E. Olk, Esquire |
| Pennsylvania Bar No. 84121 | New York Bar No. 1459643 |
| kgrunfeld@golombhonik.com | bolk@triefandolk.com |
| GOLOMB & HONIK, P.C. | TRIEF & OLK |
| 1515 Market Street | 150 E. 58th Street |
| Suite 1100 | 34th Floor |
| Philadelphia, PA 19102 | New York, NY 10155 |
| Tel: 215-985-9177 | Tel: 212-486-6060 |
| Fax: 215-985-4169 | Fax: 212-317-2946 |

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596