**Objection to the court Settlement**

**August 25, 2011**



FILED by ___ D.C.

SEP 01 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

TO:   Clerk of the Court
      U. S. District Court for Southern District of Florida
      James Lawrence King Federal Justice Building
      99 Northeast Fourth Street
      Miami, FL. 33132

From: Prentiss Jenkins
      423 E. 7th St. #425
      Los Angeles, California. 90014
      213-949-8748

I would like to formally object to the Bank of America Settlement in In Re: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK;

I am objecting to the lawsuit because I should be included in the 32 Class Settlement receiving the $5000 due to the fact that I contacted Lieff, Cabraser, Heimann & Bernstein in 2009 requesting that they file a class action lawsuit against Bank of America for this very same overdraft problem but they never called me back. Had they called me back and taken the case then I would have been one of the 32 Class making it 33 Class.

Thank You

Prentiss Jenkins