Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

FILED by /W/ D.C.

SEP - 1 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

*In Re; Checking Account Overdraft Litigation, 1:09-MD-02036-JLK*

Jaclyn Wilhite
815 S. Haley St.
Bakersfield, CA
(661) 374-8339

   As a former holder of a Bank of America checking account Jaclyn Wilhite received notice of Settlement *In Re; Checking Account Overdraft Litigation, 1:09-MD-02036-JLK* and is eligible for a payment from the Settlement Fund. Jaclyn Wilhite opened her first Bank of America account in New Mexico in about 2005. Since then she has opened Bank of America accounts in North Carolina in mid July 2007 and in California in early 2009. Jaclyn Wilhite finally left Bank of America in mid- 2011 after five or six years.

   Jaclyn Wilhite would accept the award of $5,000 because she has estimated that at $70 a month or $840 a year, it more than covers the overdraft fees accumulated over five or six years. Jaclyn Wilhite would accept an award of $3200 and reject any award less than $3200.

   As an aggrieved party in interest, Jaclyn Wilhite objects to making between 5% and 14% of the Settlement Fund available to nonprofit organizations. 0% to 1% is more appropriate.

   As an aggrieved party in interest, Jaclyn Wilhite proposes awarding $3500 to account holders who had accounts for a period of less than 5 years and $7000 to account holder who had accounts for a period of 8-10 years. Or else, if possible, and more accurate, awarding $840 per year.

   Jaclyn Wilhite was considering pursuing a claim against Bank of America since late-2008 up to the time that she finally had closed her account and would have pursued a claim if she was not currently representing herself in two non-related cases.

Dated August 18, 2011

By: *Jaclyn Wilhite* 8-18-11
   Jaclyn Wilhite

Statement of Objection                                                                                          Page 1

## VERIFICATION

I, Jaclyn Wilhite, am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

August 18, 2011

By: _____/s/ Jaclyn Wilhite_____ 8-18-11

Jaclyn Wilhite



**Jaclyn Wilhite**
815 S Haley St.
Bakersfield, CA 93307-1349

BAKERSFIELD CA 933
MOJAVE CA
23 AUG 2011 PM 3 T

Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132