UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Mike Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK
N.D. Cal. Case No. 08-05101

_____/

### ORDER DENYING PLAINTIFF'S MOTION BASED UPON CHANGED CIRCUMSTANCES TO RECONSIDER THE COURT'S MARCH 8, 2011 ORDER AND FOR LEAVE TO FILE PROPOSED AMENDED CLASS ACTION COMPLAINT

**THIS CAUSE** comes before the Court upon Plaintiff's Motion Based Upon Changed Circumstances to Reconsider the Court's March 8, 2011 Order and for Leave to File Proposed Amended Class Action Complaint. (DE # 1841).

After careful review of the record and the Court being duly advised in the premises, the Court concludes that Plaintiff has shown no basis for reconsideration. It is therefore

**ORDERED, ADJUDGED and DECREED** that the above-styled motion be, and the same is hereby **DENIED**.

**DONE AND ORDERED** at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this __7__ day of September, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to: Counsel of Record