UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Faith Gordon v. Branch Banking & Trust Co.*
S.D. Fla. Case No. 1:09-CV-23067-JLK
_____/

## ORDER DENYING RENEWED MOTION TO COMPEL ARBITRATION

**THIS CAUSE** comes before the Court upon Defendant Branch Bank and Trust's Renewed Motion to Compel Arbitration and Stay or Dismiss Litigation (DE #1721) (hereinafter, "Renewed Motion"). Plaintiff Faith Gordon responded in opposition on July 22, 2011 (DE # 1749), to which Defendant replied on August 1, 2011 (DE # 1789).

The Court concludes that Defendant has shown no basis for reconsideration of its Renewed Motion, which was ruled upon and denied by U.S. District Judge Charles Pannell,[1] this Court (DE # 135), and the Eleventh Circuit.[2]

Accordingly, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Defendant's Renewed Motion to Compel Arbitration and Stay or Dismiss Litigation (DE #1721) is hereby **DENIED**.

---

[1] *See Gordon v. Branch Banking & Trust Co.*, 666 F. Supp. 2d 1347, 1351-2 (N.D. Ga. 2009) (finding Defendant's arbitration provision unconscionable under Georgia law).

[2] The Eleventh Circuit considered and rejected Defendant's renewed argument that *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011), precludes a finding that the arbitration clause was unconscionable and unenforceable in affirming this Court's decision, *Gordon v. Branch Banking & Trust Co.*, 419 Fed.Appx. 920 (11th Cir. 2011), and denying Defendant's petition for rehearing and stay. June 3, 2011 Order Denying Petition for Rehearing (DE # 1749 at Ex. A); July 1, 2011 Order Denying Motion to Stay Pending Petition for Writ of Certiorari (DE # 1749 at Ex. B).

2. Plaintiff's Motion to Strike Defendant's Renewed Motion to Compel Arbitration and Stay Proceedings as Improper and Conditional Response in Opposition (DE # 1749) is hereby **DENIED as moot**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 8th day of September, 2011.

                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record