UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTIONS

*Case v. Bank of Oklahoma, N.A.*
W.D. Okla. Case No. 5:10-cv-00901
S.D. FL Case No. 1:11-cv-20815-JLK

*Clay v. City Holding Company, et al*
S.D. WV Case No. 3:11-cv-00220
S.D. FL Case No. 1:11-cv-21410-JLK

*Childs v. Columbus Bank & Trust et al*
N.D. GA Case No. 1:10-cv-03027
S.D. FL Case No. 1:10-cv-23938-JLK

*Eivet v. IberiaBank*
S.D. FL Case No. 1:10-cv-23790-JLK

*Sachar v. IberiaBank*
E.D. Arkansas Case No. 4:11-266
S.D. FL Case No. 1:11-cv-22844-JLK

*Lewis v. Sovereign Bank*
D. MD Case No. 1:11-cv-0064
S.D. FL Case No. 1:11-cv-22022-JLK

*Mello v. Susquehanna Bank*
D. MD Case No. 1:11-02104

*Stillion v. United Bank, Inc., et al*
S.D. WV Case No. 6:11-cv-00237
S.D. FL Case No. 1:11-cv-21472-JLK

*Keys v. Fifth Third Bank*
S.D. FL Case No. 1:10-cv-21283

*Tapp v. International Banchares Corp.*
S.D. FL Case No. 1:10-cv-23689

*Moore v. Suntrust Bank*
S.D. FL Case No. 1:11-cv-22454

*Rider v. Regions Financial Corp., et al.,*
E.D. AR Case No. 4:11-cv-0375

*Anderson v. Compass Bank*
N.D. FL. Case No. 1:10-cv-00208
S.D. FL Case No. 1:11-cv-20436

*Avery v. RBC Bank*
E.D. NC Case No. 5:10-cv-00329
S.D. FL Case No. 1:10-cv-24382

*Davis v. Resasant Bank*
N.D. GA Case No. 1:11-cv-0040
S.D. FL Case No. 1:11-cv-22024

*Shalaby v. Banco Santander, S.A.,*
S.D. FL Case No. 1:10-cv-22317

## INTERIM SCHEDULING ORDER
## RE FIFTH TRANCHE ACTIONS

The above-styled actions were previously transferred to this Court by the Judicial Panel on Multidistrict Litigation. Consistent with Scheduling Order No. 1 **[DE # 59]** and prior proceedings involving other defendants involved in the Fourth Tranche, Plaintiffs' Coordinating Counsel proposes that the Court adopt the following interim scheduling order with respect to the above actions brought against Defendants Bank of Oklahoma, City Holding Company, et al, Columbus Bank & Trust, et al, Iberiabank, Sovereign Bank, Susquehanna Bank, United Bank, Inc., et al, Fifth Third Bank, International Banchares Corp., Suntrust Bank, Regions Financial Corp., et al., Compass Bank, RBC Bank, Renasant Bank, and Banco Santander, S.A.,

(collectively, the "Fifth Tranche Defendant Banks") filed in, or finally transferred to, this Court as of September 15, 2011. Based on Plaintiffs' Coordinating Counsel's request, and pursuant to S.D. Fla. L. R. 16.1, **the parties to the above-styled actions shall comply with the following dates and deadlines:**

| | |
|---|---|
| Deadline for defendants to file motions to compel arbitration (except in those actions where motions to compel arbitration have already been filed) | 20 days following entry of this order |
| Deadline for plaintiffs to file amended and/or consolidated complaints in those actions where motions to compel arbitration are not filed | 40 days following entry of this order |
| Deadline for defendants to file non-merits and merits motions (other than motions to compel arbitration) or answers directed to amended and/or consolidated complaints | 30 days following plaintiffs' filing of amended and/or consolidated complaints |
| Deadline for plaintiffs to file oppositions to non-merits and merits motions (other than motions to compel arbitration) directed to amended and/or consolidated complaints | 30 days following defendants' filing of motions directed to amended and/or consolidated complaints |
| Deadline for defendants to file replies to non-merits and merits motions (other than motions to compel arbitration) directed to amended and/or consolidated complaints | 20 days following plaintiffs' filing of responses to motions directed to amended and/or consolidated complaints |
| Parties to meet and confer regarding proposed scheduling order for remainder of pretrial proceedings in all actions covered by this order | Within 15 days following the earlier of a ruling on a motion to dismiss or the filing of an answer by that defendant |
| Deadline for parties to file proposed agreed scheduling order (or competing scheduling orders, if not agreed) | Within 30 days following the earlier of a ruling on a motion to dismiss or the filing of an answer by that defendant |

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 9th day of August, 2011.

                                       JAMES LAWRENCE KING
                                       UNITED STATES DISTRICT JUDGE
                                       SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record