## Grunfeld, Kenneth J.

| | |
|---|---|
| **From:** | McGuire, James R. [JMcGuire@mofo.com] |
| **Sent:** | Wednesday, July 13, 2011 2:55 PM |
| **To:** | Grunfeld, Kenneth J.; Fogel, Janie L.; Lin, Rita F.; Yang, Mimi; Fitz-Patrick, Kay; chris.forstner@mmlawus.com |
| **Cc:** | rcg@grossmanroth.com; apodhurst@podhurst.com; Honik, Ruben; pprieto@podhurst.com; John Gravante III |
| **Subject:** | RE: Steen v. Capital One, N.A., MDL No. 09-2036 |

Ken:

Chris, Mimi and I are available this Friday from 2-3 Pacific time for a call on discovery issues. Please let us know if that works for your team and, if so, circulate a call-in number. If not, let us know what days we should focus on for next week.

Regards,


James R. McGuire | Morrison & Foerster LLP
425 Market Street | San Francisco, California 94105
415.268.7013 | 415.268.7522 (fax)

---

**From:** Grunfeld, Kenneth J. [mailto:KGrunfeld@GolombHonik.com]
**Sent:** Wednesday, July 13, 2011 11:14 AM
**To:** Fogel, Janie L.; McGuire, James R.; Lin, Rita F.; Yang, Mimi; Fitz-Patrick, Kay; chris.forstner@mmlawus.com
**Cc:** rcg@grossmanroth.com; apodhurst@podhurst.com; Honik, Ruben; pprieto@podhurst.com; John Gravante III
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

    I have received no response to this email. Please let me know by the end of the week your availability for a meet and confer on discovery issues. Ken.

---

**From:** Grunfeld, Kenneth J.
**Sent:** Thursday, July 07, 2011 10:35 AM
**To:** 'Fogel, Janie L.'; pprieto@podhurst.com; Honik, Ruben; 'John Gravante III'; McGuire, James R.; Lin, Rita F.; Yang, Mimi; Fitz-Patrick, Kay; chris.forstner@mmlawus.com
**Cc:** rcg@grossmanroth.com; apodhurst@podhurst.com
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

    Hello. We are in receipt of your written responses to discovery. We believe that now may be an appropriate time to conduct a meet and confer to discuss the process you are employing to search, collect and review documents responsive to our requests.

    There are a number of elements to the production process we want to discuss, including Capital One's document storage and retention policies, search terms and scope, custodians and organizational charts, review and production order and timing, and responsiveness and privilege standards (including withholding documents and logs). In addition, it may be helpful for our respective IT people to talk in order for the electronic document exchange protocols to be met. Finally, in other overdraft cases, we've taken document custodian and other 30(b)(6) deps of individuals on discrete topic areas before production. That might be another way to ensure full compliance and responsiveness to the requests.

    We have been litigating these cases against national banks for over a year and we are acutely

sensitive to the fact that this is a significant and complicated undertaking.  When there is transparency in the process, it tends to be less contentious in the long run.  Please let me know when your team is available for a call next week -- perhaps sometime Wednesday, Thursday or Friday?  If there are any documents or materials that might be helpful for us to see before then in preparation for our call, that would be helpful as well.

     Thanks.  I look forward to working with you.  Ken.


Kenneth J. Grunfeld, Esquire
GOLOMB & HONIK
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215.985.9177
KGrunfeld@golombhonik.com
_____
The information contained in this electronic message is intended only for the use of the individual or entity to whom it is addressed.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by responding to this e-mail.

---

**From:** Fogel, Janie L. [mailto:JFogel@mofo.com]
**Sent:** Wednesday, July 06, 2011 7:44 PM
**To:** rcg@grossmanroth.com; apodhurst@podhurst.com; pprieto@podhurst.com; Honik, Ruben; Grunfeld, Kenneth J.
**Cc:** McGuire, James R.; Lin, Rita F.; Yang, Mimi; Fitz-Patrick, Kay; chris.forstner@mmlawus.com
**Subject:** Steen v. Capital One, N.A., MDL No. 09-2036

Dear Counsel,

Attached for your records is Capital One N.A.'s response to discovery requests set one.  Please note, the verification to the response to  interrogatories will be sent under separate cover.


<<2011.07.06 Cap One's Rsp To RFP Set One.pdf>> <<2011.07.06 Cap One's Rsp To RFAs Set One.pdf>> <<2011.07.06 Cap One's Rsp To ROGs Set One.pdf>> <<2011.07.06 COS To Cap One's Rsp To Disc Set One.pdf>>



Janie Fogel, Legal Secretary
Morrison | Foerster LLP | 425 Market Street | San Francisco CA | 94105
Direct Tel  415.268.7049 |Fax  415.268.7522




---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/


9/12/2011

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

----------------------------------------------------------------------

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------