**Grunfeld, Kenneth J.**

**From:** McGuire, James R. [JMcGuire@mofo.com]
**Sent:** Tuesday, August 16, 2011 1:14 AM
**To:** Grunfeld, Kenneth J.; Yang, Mimi; Forstner, Chris
**Cc:** John Gravante III; Robert C. Gilbert
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

Ken:

I apologize that it has taken us a bit longer to get back to you than anticipated. As Mimi's message indicated, this has to some extent been driven by vacation schedules. Chris and I have both been out, and Mimi is out now. We hope to have a written response to your letter out in the next day or two. I will give you a call tomorrow to discuss a couple of other issues.

James

---

**From:** Grunfeld, Kenneth J. [mailto:KGrunfeld@GolombHonik.com]
**Sent:** Monday, August 15, 2011 1:10 PM
**To:** Yang, Mimi; McGuire, James R.; Forstner, Chris
**Cc:** John Gravante III; Robert C. Gilbert
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

Hello. I spoke to Mimi on 8/5 who assured me I'd get a response early last week. I have not heard from anyone since.

It has been almost a month since our meet and confer and I still await the most basic information from you. It is now mid-August, when you said the production would begin.

Please get back to me. Ken.


Kenneth J. Grunfeld, Esquire
GOLOMB & HONIK
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215.985.9177
KGrunfeld@golombhonik.com

The information contained in this electronic message is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by responding to this e-mail.

**From:** Yang, Mimi [mailto:MimiYang@mofo.com]
**Sent:** Friday, August 05, 2011 2:49 PM

**To:** Grunfeld, Kenneth J.
**Cc:** John Gravante III; McGuire, James R.; Forstner, Chris
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

Ken,

I apologize for not getting back to you sooner. As noted in our meet and confer call, due to the vacation schedule in August and work travel, it may be more difficult to respond on short notice as requested by your letter of last Friday. We expect to have a response to your letter sometime next week.

Because both Chris and James are out of the office, if you'd like to talk to someone live, I can be reached at the below number.

Thanks,
Mimi

_____

**Mimi Yang**
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6823 (direct line)
(415) 276-7499 (direct fax)
mimiyang@mofo.com

---

**From:** Grunfeld, Kenneth J. [mailto:KGrunfeld@GolombHonik.com]
**Sent:** Friday, August 05, 2011 11:31 AM
**To:** McGuire, James R.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** John Gravante III
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

    I have not heard from you on any of the discovery issues raised in our meet and confer 2 weeks ago or in the letter I sent to you last week. I know you are three hours behind me, but please let me know today whether/when you will be responding and if you are available to have a discussion either on the phone or in person. Thanks, Ken.

---

**From:** Grunfeld, Kenneth J.
**Sent:** Thursday, July 28, 2011 12:45 PM
**To:** 'McGuire, James R.'; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** Honik, Ruben; pprieto@podhurst.com; John Gravante III
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

    A letter following up on our meet and confer from last week is attached. I look forward to hearing from you. Ken.

Kenneth J. Grunfeld, Esquire
GOLOMB & HONIK
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215.985.9177
KGrunfeld@golombhonik.com

9/12/2011

----------------------------------------------------------------------
The information contained in this electronic message is intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by responding to this e-mail.


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------


----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

============================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

----------------------------------------------------------------------

9/12/2011