**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

August 16, 2011

Writer's Direct Contact
415.268.7013
JMcGuire@mofo.com

*Via Email (kgrunfeld@golombhonik.com)*

Ken Grunfeld, Esq.
**Golomb & Honik**
1515 Market Street, Suite 1100
Philadelphia, PA 19102

Re:   *Steen v. Capital One, N.A.*, MDL No. 09-2036

Dear Ken:

I write response to your letter dated July 28, 2011, following up on the parties' initial meet and confer regarding discovery. I address the issues as you have described them and in the order in which they appear in your letter. Please let us know if you believe we have not fairly met your concerns so that we can have an opportunity to discuss them futher.

**Pre-Document Production Materials**

Capital One will provide a list of search terms that we are using to identify relevant documents and a custodian list in a separate e-mail. We will also provide the job title and location for each custodian. Capital One does not keep organization charts.

**Document Production Protocols**

Unfortunately, there is no way for us to accurately estimate the total number of documents and pages that will be produced, as that is entirely dependent on the responsiveness of the documents. However, we would be amenable to a proposed schedule for anticipated waves of production.

We are also agreeable to entering into an ESI production protocol, but would like to meet and confer regarding a few of the production protocols proposed by plaintiffs. Please let us know if you are available next week to speak about this.

sf-3030118

MORRISON | FOERSTER

Ken Grunfeld, Esq.
August 16, 2011
Page Two

**Defendant-Designated Depositions**

As discussed, Capital One is generally agreeable to producing a witness or witnesses in response to the so-called "Topic 1" deposition notice. As you and I discussed today, we hope to provide you dates for such deposition(s) next week.

**Responses to Plaintiffs' Written Discovery Requests**

Subject to Capital One's general and specific objections, Capital One clarifies its response to certain requests you have identified as follows.

RFP No. 27: Capital One will produce responsive, non-privileged documents, if any, that summarize the requested categories of information.

To the extent that RFP No. 27 seeks information beyond Capital One's agreement to produce documents, Capital One refers the Plaintiffs to the Court's February 16, 2011 Order Ruling on Plaintiffs' Motion to Compel Discovery ("February 16 Order") and the March 23, 2011 Order on Motion for Reconsideration or, in the Alternative, for Clarification of the February 16 Order Ruling on Plaintiffs' Motion to Compel Discovery ("March 23 Order").

RFP Nos. 34-36: Capital One will produce responsive, non-privileged documents, if any, that discuss in general terms the use of an algorithm or automated procedure to determine whether or not to approve a point-of-sale or ATM withdrawal transaction, including documents that discuss in general terms any factors or variables that may be used as part of such an algorithm or automated procedures and the weights assigned thereto. However, Capital One will not produce any documents describing or setting out the entire content of any such algorithm or automated procedure, which represent proprietary trade secrets for which plaintiffs have no legitimate need.

For RFP No. 36, to the extent that this Request is duplicative of RFP Nos. 34-35, Capital One incorporates its responses to those requests. However, Capital One will not produce any documents in response to this request beyond those agreed to be produced in response to RFPs No. 34-35.

We believe that Capital One's agreement is consistent with the February 16 Discovery Order and March 23 Discovery Order. Please let us know if you believe we are incorrect about this.

RFP No. 53: Capital One's response to this Request attempted to capture the February 16 Discovery Order sustaining another defendant bank's objections to this particular Request on the grounds that it seeks "all documents created, received or sent at any time … from … third parties." To the extent that Capital One's response is unclear, we are amenable to changing

sf-3030118

**MORRISON | FOERSTER**

Ken Grunfeld, Esq.
August 16, 2011
Page Three

the last sentence of Capital One's response from "Capital One will not produce documents involving other third parties," to "Capital One will not produce documents created, received or sent at any time from third parties." Please let us know if this is sufficient to address your concerns regarding this Request.

<u>RFP Nos. 56-58</u>: Capital One does not intend to limit its response to "written" documents, but will produce other responsive, non-privileged materials, if any, as well. Please let us know if this is sufficient to address your concerns regarding these Requests.

<u>RFP No. 60</u>: Capital One confirms that it will not produce documents in response to this Request, which we believe is consistent with the February 16 Discovery Order sustaining another defendant bank's objections to this exact Request. If you interpret the February 16 Order differently, please let us know.

<u>RFP Nos. 62-63</u>: As an initial matter, Capital One is unable to determine from the Requests what exactly Plaintiffs are seeking. Also, the February 16 Discovery Order sustained another defendant bank's objections to these Requests. If Plaintiffs are able to clarify what they are seeking in response to these requests, and if the information sought is not precluded by the prior discovery orders, we are willing to revisit our responses to these Requests.

<u>RFP No. 68</u>: Capital One will produce responsive, non-privileged documents, if any, that summarize the internet traffic to Capital One's web pages that discuss the assessment of overdraft fees, the use of debit cards, or the Bank's posting practices for consumer checking accounts. Please let us know if this response addresses your concerns with respect to the Request.

<u>RFP No. 69</u>: Capital One confirms that it will not produce documents in response to this Request, which we believe is consistent with the February 16 Discovery Order sustaining another defendant bank's objections to this exact Request. If Plaintiffs interpret the order differently, please let us know.

<u>RFP No. 70</u>: We do not understand why this request is on your list. Capital One did not refuse to produce documents in response to this request. Please clarify your concern, if any, for us.

<u>Interrogatory No. 12</u>: Capital One proposes to amend its response to this interrogatory to identify documents, pursuant to Federal Rule of Civil Procedure Rule 33(d), that will be produced in response to RFP Nos. 34-36 upon entry of an appropriate protective order and agreement on document production protocols (Bates numbers to be provided following production). Please let us know if this meets your concerns.

sf-3030118

**MORRISON | FOERSTER**

Ken Grunfeld, Esq.
August 16, 2011
Page Four

<u>Plaintiffs' Requests for Admissions</u>:  With respect to Plaintiffs' Requests for Admissions ("RFAs"), Defendant's general objection number 6 merely objects to Plaintiffs' definition of "documents," as the definition encompasses materials outside the scope of the Federal Rules of Civil Procedure.  Notwithstanding the objection, Defendant did not exclude information contained in any "databases" or emails in formulating its responses to Plaintiffs' RFAs.  To the extent that Plaintiffs are seeking any other clarification to Defendant's responses to the RFAs, please let us know.

Sincerely,

*[signature]*

James R. McGuire

sf-3030118