| | |
|---|---|
| **From:** | Grunfeld, Kenneth J. |
| **To:** | "chris.forstner@mmlawus.com"; "JGRAVANTEIII@PODHURST.com" |
| **Cc:** | "PPrieto@podhurst.com"; "MimiYang@mofo.com"; "JMcGuire@mofo.com" |
| **Subject:** | Re: Steen v. Capital One, N.A., MDL No. 09-2036 |
| **Date:** | Friday, September 09, 2011 7:40:09 PM |

Thanks Chris. As I recall, you promised to provide to us a laundry list of information, not just this, and to provide it earlier in the week. Is this all we can expect to receive from you this week?

**From**: Forstner, Chris
**To**: John Gravante III ; Grunfeld, Kenneth J.
**Cc**: PETER PRIETO ; Yang, Mimi ; 'McGuire, James R.'
**Sent**: Fri Sep 09 18:42:53 2011
**Subject**: RE: Steen v. Capital One, N.A., MDL No. 09-2036

John / Ken,

Following up on our last discussion, please find attached the updated custodian listing that now includes a column with the Capital One office location where the custodian works.

Best regards,
Chris

---

**From:** Forstner, Chris
**Sent:** Friday, August 26, 2011 5:51 PM
**To:** John Gravante III
**Cc:** PETER PRIETO; Yang, Mimi; 'McGuire, James R.'; Grunfeld, Kenneth J.
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

John,

Thanks for the message.  We were unable to meet today because I have been travelling back from Long Island, New York.  I was fortunate to have made it back to Virginia just in time to welcome the advancing hurricane.  Hopefully this storm will spare the east coast too much damage.

James and I have spoken about alternate times for the meet and confer next week.  We'd like to suggest anytime Monday with the exception of 3-5pm ET, and ideally we can plan the call for the early afternoon to allow the west coast attendees time to make it into the office.  If Monday afternoon does not work, anytime after 3pm ET on Wednesday works for our side.

Lastly, I have attached the custodian and keyword listing that we agreed to share earlier.

We look forward to speaking with you next week.

Best regards,
Chris

**Chris Forstner**
**Attorney at Law**
**Murphy & McGonigle**
A Professional Corporation

4870 Sadler Road, Suite 301
Glen Allen, VA 23060
(804) 762-5371 Direct
(804) 762-5356 Fax
(804) 212-8480 Mobile
chris.forstner@mmlawus.com
http://www.mmlawus.com

---

**From:** John Gravante III [mailto:JGRAVANTEIII@PODHURST.com]

**Sent:** Friday, August 26, 2011 3:38 PM
**To:** 'McGuire, James R.'; Grunfeld, Kenneth J.; Yang, Mimi; Forstner, Chris
**Cc:** PETER PRIETO
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

James, we didn't hear back from you, so I assume Chris was not available today. Please let us know when next week we can have the call. Thanks.

John

---

**From:** McGuire, James R. [mailto:JMcGuire@mofo.com]
**Sent:** Wednesday, August 24, 2011 8:54 PM
**To:** John Gravante III; Grunfeld, Kenneth J.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** RCG@grossmanroth.com; PETER PRIETO
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

John:

I appreciate your response. Let me confirm with Chris Forstner. He is, in fact, in New York right now working on the Topic 1 issue. I'm not sure he is available on Friday, and he and I both need to participate.

James

---

**From:** John Gravante III [mailto:JGRAVANTEIII@PODHURST.com]
**Sent:** Wednesday, August 24, 2011 5:32 PM
**To:** McGuire, James R.; Grunfeld, Kenneth J.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** RCG@grossmanroth.com; PETER PRIETO
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

James,

Thanks for your response. We do understand the issues you face and the fact that your team has been away. We just wanted to make sure we're in communication, as I'm sure you can appreciate.

In any event, Ken and I will discuss the substance of your response and address it during our call. Unfortunately, we're no longer available tomorrow. Can you do Friday? We're available anytime before 5 EST.

John

---

**From:** McGuire, James R. [JMcGuire@mofo.com]
**Sent:** Wednesday, August 24, 2011 7:48 PM
**To:** John Gravante III; Grunfeld, Kenneth J.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** RCG@grossmanroth.com; PETER PRIETO
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

John:

Thank you for your message. As Ken knows from the out of office responses he would have received, Mimi and I were both out of the office when his message, below, arrived. Today is my first day back. I apologize for the short delay in getting back to you.

As I'm sure you understand, responding to your requests for information, including the additional requests that you have made during the meet and confer process, and to which we have agreed to respond, is time consuming and we are working diligently to that end. Here is what I can tell you right now:

- We have a custodian list prepared for you, but are delayed because of the need to add in the precise title of each custodian, which we understood was information you were interested in. We will provide you with the custodian list and search terms shortly.
- One of the issues that we have been working on at your request is the identity of so-called Topic 1 deponents. As I have explained to you, Capital One's deposit business is one that has been acquired/grown by relatively recent acquisitions by Capital One of Hibernia, Northfork and Chevy Chase. Each of those

- banks had different systems, and thus we are interviewing multiple potential witnesses in New York, Virginia and Louisiana to locate the correct deponents.
- Overshadowing all of these issues is the fact that the Court has not yet entered the parties' stipulated protective order.  Ken and I discussed that issue when we last spoke, and he helpfully provided us with plaintiffs' view on the issue and one possible alternative arrangement.  We are evaluating that proposal carefully, and have some questions about it.
- As soon as the protective order issue is resolved, we anticipate that we can commence substantial document production.

We are available tomorrow at or after about 3 Eastern time to speak about the foregoing, or any other issues you wish to discuss.  If that does not work, we can try to set something up for Friday.

Regards,

James

James R. McGuire | Morrison & Foerster LLP
425 Market Street | San Francisco, California 94105
415.268.7013 | 415.268.7522 (fax)

---

**From:** John Gravante III [mailto:JGRAVANTEIII@PODHURST.com]
**Sent:** Wednesday, August 24, 2011 11:34 AM
**To:** 'Grunfeld, Kenneth J.'; McGuire, James R.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** Robert C. Gilbert (RCG@grossmanroth.com); PETER PRIETO
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

James,

We had hoped to set up a meet and confer this week, and to get your promised search terms and custodian list – which we originally discussed over a month ago – before that call.  But we've received no response from you to Ken's email below.  I understand that vacations have slowed things down, as they tend to do over the summer.  But the general delays in moving this case forward and in even responding to our emails are beginning to concern us.  Please let us know as soon as possible when you would like to schedule the meet and confer and when you can get us the search terms and custodian list.  Thanks for your attention to this.

John

---

**From:** Grunfeld, Kenneth J. [mailto:KGrunfeld@GolombHonik.com]
**Sent:** Friday, August 19, 2011 10:04 AM
**To:** McGuire, James R.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** John Gravante III
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

   James - per your letter, we are available for a meet and confer next week.  Tuesday or Thursday work best.  Since you are 3 hours behind us, we would like to have the call before 3 PM your time.  At a minimum, we'd like to have the search term & custodian list prior to the call.  I am in the office this afternoon; give me a buzz to discuss if its easier.  Ken.


Kenneth J. Grunfeld, Esquire
GOLOMB & HONIK
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215.985.9177
KGrunfeld@golombhonik.com
_____

The information contained in this electronic message is intended only for the use of the individual or entity to whom it is addressed.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by responding to this e-mail.

---

**From:** McGuire, James R.  [mailto:JMcGuire@mofo.com]
**Sent:** Tuesday, August 16, 2011 7:24 PM
**To:** Grunfeld, Kenneth J.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** Honik, Ruben; pprieto@podhurst.com; John Gravante III
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

Ken:

Per our conversation of today, I attach a response to your letter.

James

---

**From:** Grunfeld, Kenneth J.  [mailto:KGrunfeld@GolombHonik.com]
**Sent:** Thursday, July 28, 2011 9:45 AM
**To:** McGuire, James R.; Yang, Mimi; chris.forstner@mmlawus.com
**Cc:** Honik, Ruben; pprieto@podhurst.com; John Gravante III
**Subject:** RE: Steen v. Capital One, N.A., MDL No. 09-2036

     A letter following up on our meet and confer from last week is attached.  I look forward to hearing from you.  Ken.

Kenneth J. Grunfeld, Esquire
GOLOMB & HONIK
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215.985.9177
KGrunfeld@golombhonik.com
_____
The information contained in this electronic message is intended only for the use of the individual or entity to whom it is addressed.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by responding to this e-mail.

----------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------

---------------------------------------------------------------------
To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

---------------------------------------------------------------------