UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Rider, et al. v. Regions Financial Corp., et al.*
S.D. Fla. Case No. – *Not Yet Assigned*
E.D. Ark. Case No. 4:11-cv-0375-JLH

## ORDER DENYING DEFENDANT REGIONS' FILING AND SUBMISSION OF MOTION TO COMPEL ARBITRATION, RESPONSE, AND REPLY THERETO

**THIS CAUSE** comes before the Court upon Defendants Regions Financial Corporation and Regions Bank's (collectively, "Regions") Filing and Submission of Motion to Compel Arbitration, Response and Reply Thereto **[DE # 1832]**, filed August 26, 2011. On September 1, 2011, Plaintiffs filed their response in opposition to Regions' filing based on the fact that no Interim Scheduling Order had yet been entered by this Court. **[DE # 1852]**. On September 9, 2011, Regions filed a reply similarly pointing to the fact that there was no scheduling order governing this case. **[DE # 1860]**. On the same day, this Court signed an Interim Scheduling Order **[DE # 1861]**, which was entered on September 12, 2011.

Since the Interim Scheduling Order **[DE # 1861]** establishes a schedule for the filing of any motions to compel arbitration, this Court is of the view that Riders should simply re-file its Motion to Compel Arbitration on or before the twenty (20) day deadline set by the order. While this Court does not wish to impose extra work on Riders, awaiting the issuance of an Interim Scheduling Order by the Court is consistent with Scheduling Order No. 1 **[DE # 59]**, which

established that all deadlines in matters transferred to this Court from the United States Judicial Panel on Multidistrict Litigation are automatically stayed until the entry of Scheduling Order that applies to that case, as well as with prior proceedings involving other defendants involved in the Fourth Tranche.

Accordingly, upon careful review of the record and the Court being otherwise fully advised, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. Defendants Filing and Submission of Motion to Compel Arbitration, Response and Reply Thereto [**DE # 1832**] is hereby **DENIED as moot**.

2. Defendants may re-file the Motion to Compel Arbitration in accordance with the Interim Scheduling Order on or before October 3, 2010.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of September, 2011.

JAMES LAWRENCE KING<br>
UNITED STATES DISTRICT JUDGE<br>
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record