United States District Court
Southern District of Florida
Miami Division
Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: SECOND TRANCHE CASE | ) ) ) ) ) |
| *Given v. Manufacturers and Traders Trust Company a/k/a M&T Bank* S.D. Fla. Case No.: 1-10-CV-20478-JLK | ) ) ) ) ) |

**M&T BANK'S NOTICE OF INTERLOCUTORY APPEAL**

Notice is hereby given that Manufacturers and Traders Trust Company a/k/a M&T Bank, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's order dated September 1, 2011 [DE 1853], which denied Defendant's Renewed Motion to Compel Arbitration and Stay or Dismiss Litigation [DE 1563].[1]

**[SIGNATURES ON NEXT PAGE]**

---

[1] This Court previously ordered that M&T Bank be substituted as the proper Defendant in this action, in place of M&T Bank Corporation.

Date:   September 14, 2011                    Respectfully submitted,

                   s/ James A. Dunbar
                 James A. Dunbar (admitted *pro hac vice*)
                 Matthew R. Alsip (admitted *pro hac vice*)
                 Venable LLP
                 210 West Pennsylvania Avenue, Suite 500
                 Towson, Maryland 21204
                 410-494-6200 (telephone)
                 410-821-0147 (facsimile)
                 jadunbar@venable.com
                 mralsip@venable.com


                 John T. Prisbe (admitted *pro hac vice*)
                 Venable LLP
                 750 East Pratt Street, Suite 900
                 Baltimore, Maryland 21202
                 410-244-7400 (telephone)
                 410-244-7742 (facsimile)
                 jtprisbe@venable.com

                 *Counsel for Manufacturers and Traders*
                 *Trust Company a/k/a M&T Bank*


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2011, I filed a copy of M&T Bank's Notice of Interlocutory Appeal using the Court's CM/ECF system.  I also certify that the foregoing documents are being served this day either by Notice of Electronic Filing generated by the CM/ECF system or by U.S. mail, postage prepaid, on all counsel of record or pro se parties entitled to receive service.


                   s/ Matthew R. Alsip
                 Matthew R. Alsip

303533/1