UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES ONLY TO: | ) ) ) |
| *Buffington, et al. v. SunTrust Banks, Inc.* S.D. Fla. Case No. 1:09-cv-23632-JLK | ) ) ) |

**NOTICE OF APPEAL**

Notice is hereby given that, pursuant to 9 U.S.C. § 16(a), Defendant SunTrust Banks, Inc. ("SunTrust") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's September 1, 2011 order [DE 1853] denying SunTrust Banks, Inc.'s Renewed Motion to Compel Arbitration and to Stay Action [DE 1583].

[Signatures on Following Page]

2312142v1

Respectfully submitted this 14th day of September, 2011.

/s/ Lindsey B. Mann
William N. Withrow, Jr.
Georgia Bar No. 772350
Lynette Eaddy Smith
Georgia Bar No. 236841
Lindsey B. Mann
Georgia Bar No. 431819

TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA  30308-2216
Phone: (404) 885-3000
Fax:     (404) 885-3990

*Counsel for Defendant SunTrust Banks, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

/s/ Lindsey B. Mann
Lindsey B. Mann
Georgia Bar No. 431819
lindsey.mann@troutmansanders.com

TROUTMAN SANDERS LLP
600 Peachtree St., N.E., Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 962-6703