UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br>*Second Tranche*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hough, et al. v. Regions Financial Corporation and Regions Bank*<br>S.D. Fla. Case No. 1:10-CV-20476-JLK<br>N.D. Ga. Case No. 1:09-CV-02545-JEC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendants Regions Financial Corporation and Regions Bank ("Regions") hereby appeal to the United States Court of Appeals for the Eleventh Circuit, pursuant to 9 U.S.C. § 16, the Order Denying Renewed Motions to Compel Arbitration, entered in this action on September 1, 2011 (Doc. 1853), denying Regions' Renewed Motion to Compel Arbitration Agreement and Dismiss the Complaint (Doc. 1561).

This 14th day of September, 2011.

        Respectfully submitted,

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        */s/ William J. Holley, II*
        William J. Holley, II
        Georgia Bar No. 362310
        Nancy H. Baughan
        Georgia Bar No. 042575
        David B. Darden
        Georgia Bar No. 250341

        1500 Marquis Two Tower
        285 Peachtree Center Avenue
        Atlanta, Georgia 30303
        Telephone: (404) 523-5300
        E-mail: wholley@phrd.com
        E-mail: nbaughan@phrd.com
        E-mail: ddarden@phrd.com

        *Attorneys for Defendants Regions Financial Corporation and Regions Bank*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing **NOTICE OF INTERLOCUTORY APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 14th day of September, 2011.

                                  */s/ William J. Holley, II*
                                  William J. Holley, II

2077469_1