UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

_____
                                            )
IN RE: CHECKING ACCOUNT                     )
OVERDRAFT LITIGATION                        )
                                            )
MDL No. 2036                                )
*Second Tranche*                            )
_____         )
_____
                                            )
THIS DOCUMENT RELATES TO:                   )
                                            )
*Powell-Perry v. Branch Banking*            )
*and Trust Company*                         )
S.D. Fla. Case No. 1:10-CV-20820-JLK        )
M.D.N.C. Case No. 1:09-CV-00619-UA-WWD      )
_____         )

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Branch Banking and Trust Company ("BB&T") hereby appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to 9 U.S.C. § 16, the Order Denying Renewed Motions to Compel Arbitration, entered in this action on September 1, 2011 (Doc. 1853), denying BB&T's Renewed Motion to Compel Arbitration Agreement and Dismiss the Complaint (Doc. 1560).

This 14th day of September, 2011.

>Respectfully submitted,
>
>**PARKER, HUDSON, RAINER & DOBBS LLP**
>
>*/s/ William J. Holley, II*
>William J. Holley, II
>Georgia Bar No. 362310
>Nancy H. Baughan
>Georgia Bar No. 042575
>David B. Darden
>Georgia Bar No. 250341
>
>1500 Marquis Two Tower
>285 Peachtree Center Avenue
>Atlanta, Georgia 30303
>Telephone: (404) 523-5300
>E-mail: wholley@phrd.com
>E-mail: nbaughan@phrd.com
>E-mail: ddarden@phrd.com
>
>*Attorneys for Defendant Branch Banking and Trust Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing **NOTICE OF INTERLOCUTORY APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 14th day of September, 2011.

*/s/ William J. Holley, II*
William J. Holley, II

2077326_1