UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br>*Second Tranche* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Gordon v. Branch Banking and Trust Company*<br>S.D. Fla. Case No. 1:09-CV-23067-JLK<br>N.D. Ga. Case No. 1:09-CV-01744-CAP | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Branch Banking and Trust Company ("BB&T") hereby appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to 9 U.S.C. § 16, the Order Denying Renewed Motion to Compel Arbitration, entered in this action on September 8, 2011 (Doc. 1859), denying BB&T's Renewed Motion to Compel Arbitration and Stay or Dismiss Litigation (Doc. 1721).

This 14th day of September, 2011.

>Respectfully submitted,
>
>**PARKER, HUDSON, RAINER & DOBBS LLP**
>
>*/s/ William J. Holley, II*
>William J. Holley, II
>Georgia Bar No. 362310
>Nancy H. Baughan
>Georgia Bar No. 042575
>David B. Darden
>Georgia Bar No. 250341
>
>1500 Marquis Two Tower
>285 Peachtree Center Avenue
>Atlanta, Georgia 30303
>Telephone: (404) 523-5300
>E-mail: wholley@phrd.com
>E-mail: nbaughan@phrd.com
>E-mail: ddarden@phrd.com
>
>*Attorneys for Defendant Branch Banking and Trust Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **NOTICE OF INTERLOCUTORY APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 14th day of September, 2011.

                                             */s/ William J. Holley, II*
                                             William J. Holley, II