# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
S.D. Fla. Case No. 1:10-cv-22058-JLK
E.D. La. Case No. 2:10-cv-JCZ-KWR
_____/

## ORDER SETTING ORAL ARGUMENT ON MOTION TO COMPEL

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Compel (DE # 1863),

filed September 12, 2011.

Upon consideration of Plaintiffs' Motion to Compel and the Court being otherwise fully

advised, it is **ORDERED, ADJUDGED, and DECREED** that that Plaintiffs' Motion to Compel

(DE # 1863) be, and the same is hereby, set for oral argument on **Thursday, September 22,**

**2011 at 10:00 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street,

Eleventh Floor, Courtroom #2 in Miami, Florida.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse in Miami, Florida, this 15th day of September, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record