UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09md02036

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

9/8/11

Martha D. Bagan
3313 Peppertree Circle
Apt. #D
Decatur, GA 30034

To: whom it may concern

Re: objection to proposed counsel's request for five thousand dollars per plaintiff in the Bank of America settlement "Checking Account Overdraft Litigation" 1:09-MD-02036-JLK

My reason for objection is because in one month I incurred three hundred ($300.00) dollars in overdraft fees on my account and wrote to the then CEO, Kenneth Lay, about having been both a proof operator and bank teller in the past and knew Bank of America was indeed siffering our accounts by not posting items, both deposits and withdraws properly. First credits, then debits. Also I took accounting and managerial finance in college. Mr. Lay never responded, now two years later I should be happy I'm included in a class action when I only wanted back my $300.00?? You lawyers didn't work for me then so why in addition to your costs

expenses, Attorney fees, 30% do you think you are entitled to more? To pay your student loans ???

How do I know who Kenneth Lay was? Because I read the business column and wrote his name when he became CEO and found the corporate address!! Did I expect an answer — You good old boys know!

Yes, I still maintain a "small" checking account, but only for the purpose of having my various monthly insurances electronically deducted. Not a penny more do I place with them.

Also, my youngest sister worked for them for 28 (twenty eight) years and was laid off when she was close to retiring, not downsizing. So yes I'm bitter and would like to be fully compensated for my time, effort and costs plus mental anguish.

Martha D. Brown
3313 Peppertree Circle
Apt. #D
Decatur, GA 30034

Phone 1-770-891-6027

Respectfully
Martha D. Brown
MARTHA D. BROWN