Anthony James McMahon
3080 Corona Ave Norco
Ca. 92860   Telephone # (951) 367-9876

I object to Bank of America Settlement In Re: 1:09-MD-02036-JIK

I object to any settlement offer sent by mail or account credit without having first reviewed with the chance to agree or deny any offer [First].

The reasons I object: In 2006-2007 I was charged to many times for overdraft to note.
What I realize is more on weekends than any other time my account failed to subtract transactions and withdrawls Fridays - Tuesdays it would often take.
It is not the customer responsibility to have to continually go online to check (though its the same system) it is the customers right to a proper service in such an industry of business.

It is [still] and was hard for me to understand thrue almost a full year why it was Thursday thrue Friday the banks would add and subtract properly and I came to this conclusion or assumption.

1: Process servers on weekends reach overload as [it is] the weekend just after pay day.

2: Again its the Banks responsibility to maintain a proper system that continue's a "proper service" for the People.

The only Joke I thought of on behalf of everyone by coincadence is :-

You would think at the end of the night elv's were updating accounts because payless put them out of business.

1) I'm representing myself so I will gladly accept any attorney fee's and agreeable offer.

2) I do not own a computer to review the class' in and thrue paragraph 62 to note here-in. And The Claims Admin. failed to provide them.

Under Penalty of Perjury Under the Laws of the State of California any and all information provided [is] true and correct.

*[signature]*
8/30/2011

Anthony McMahon
380 Corona Ave
Norco Ca 92860

In re 1:09-MD-02036-JLK

Attn: Clerk of The Court
U.S. District Court For the Southern
District of Florida
James Lawrence King Federal Justice Center
99 Northeast Fourth Street
Miami Fl. 33132

FOREVER USA FIRST-CLASS