# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

FILED by _____ D.C.

SEP 16 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
MDL No. 2036
THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS**
*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK
*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

**Case No. 1:09-MD-0236-JLK**

## Plaintiff John Jacob Jingleheimer Schmidt
## Objection to Settlement

For the Record: John Jacob Jingleheimer Schmidt is a fictitious name used by the author for this objection who wants to remain anonymous due to a "class action title" against the banking industry and the US Government in which this case should of originated, so therefore I object to the Bank of America Settlement in Re: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK;  The reasons why I object to the settlement are:

1.      I filed a class action lawsuit for same cause against Discover Bank and the US Government. et. al

See United States Court of Appeals for the Ninth Circuit  02-17473

Lower Court: Northern District of California Case # C-02-000646 JF/PVT ADR

2.  This case would be a moot point if my case was heard by a Judge who was not buddies with my divorce court judge that I sued in federal court a couple years earlier and had my attorney disqualify him (JF) from hearing that case, and then was assigned the Discover case in which he dismiss it, as it would have been  the true "class action case."

3.   This case should not be considered a "class action case" as only Bank of America is listed, and as the Discover case stated that many banks had been abusing consumers with an  Overlimit fees / overdraft fees…

4.   Due to the divorce Court stripping all my rights to file documents and that court and the US Government **BLINDNESS** to justice, causing me to be on the lamb and play Robin Hood, as I cannot give you my address or phone number in the jungle as requested, as I would put myself in harms way by some corrupt government officials still in power. Therefore on behalf of my band of outlaws who do not timely request to be excluded from this settlement, I ask for them not to be bound to it for when they seek true justice.

5.  It is not fair for a person in pro per to be denied the right to file a class action case.

Date: Sept. 12, 2011

*John Jacob Jingleheimer Schmidt*
JOHN JACOB JINGLEHEIMER SCHMIDT

John Jacob Jingleheimer Schmidt
327 Blossom Valley Dr.
Los Gatos, Ca 95032

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 1:09MD-02036-JLK

## PROOF OF SERVICE BY MAIL

I John Jacob Jingleheimer Schmidt declare I mailed a copy of this Objection to the Bank of America Settlement in Re: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK; to the following people:

Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Checking Account Overdraft Litigation
P.O. Box 2505
Faribault, MN 55021-9505

Michael Sobol
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

David Stellings
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Michael Sobol
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Laurence Hutt
Arnold and Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

Bobby Gilbert
Grossman Roth, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Miami, FL 33134

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: Sept. 12, 2011

*John Jacob Jingleheimer Schmidt*

John Jacob Jingleheimer Schmidt