September 12, 2011

**RÉC'D by** _____ **D.C.**

**SEP 1 6 2011**

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**CERTIFIED MAIL**

Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL  33132

RE:  BANK OF AMERICA $410 MILLION CLASS ACTION SETTLEMENT
     Checking Account Overdraft Litigation, 1:09MD-02036-JLK
     LETTER OF OBJECTION

Dear Clerk of the Court and Counsel:

Please accept this letter as my Letter of Objection.  I feel it is very unfair for Counsel to receive 30% of the $410 million settlement as well as $5,000 per plaintiff or $2,500 per plaintiff for married couples.  A payout of such amount is exorbitant.  Ten percent (10%) of the $410 million settlement is more than adequate for Counsel (nothing more!).

It is my opinion that to pay Counsel such an exorbitant fee will leave little to nothing for the "real victims", the customers of the Bank of America.  If Counsel is to receive $5,000 per plaintiff, does that mean that each plaintiff will receive at least $5,000 each???  I doubt it.  So why should Counsel receive such a  fee?  At this rate of payment to Counsel, it seems the $410 million settlement will be for the benefit of Counsel only and not the customers of the Bank of America.  This is appalling and I object to those fees for Counsel.

If the Bank of America plans to correct the wrong done to its customers, then the customers should get paid first and Counsel should be paid a percentage of the remaining amount, not the other way around.

I have had an account with Bank of America since 1984 and have been a "victim" of Bank of America's posting order numerous, numerous times which caused me considerable stress.   I complained to no avail.  I do feel that I am entitled to receive money from this $410 million settlement.

At this time I am requesting that you acknowledge receipt of my letter and let me know how many customers will be receiving a share of this $410 million settlement.

Thank you,

Fay L. Robinson
6924 Parkdale Drive
St. Louis, MO  63121

cc:   Check Acct Overdraft Litigation, Counsel – M Sobol, D Stellings, B Gilbert, L Hutt



Ms. Fay Robinson
6924 Parkdale Dr
Saint Louis MO 63121

CERTIFIED MAIL™

7010 1870 0000 7929 5394

U.S. POSTAGE
SAINT LOUIS,MO
63121
SEP 13. 11
AMOUNT
$5.59
0003422G-20

Clerk of the Court
US District Court for the Southern
District of Florida
James Lawrence King Federal Justice Bldg.
99 Northeast Fourth Street
Miami, Florida 33132