Ramjeet V. Singh

1638 Bess Town Road

Bessemer City, NC 28016

Email: rsingh14@carolina.rr.com

Phone (704) 729-6141

Date: 08/25/201



09-md-2036-JLK

Clerk of the Court

U.S. District Court for the Southern District of Florida

James Lawrence King Federal Justice Building

99 Northeast Fourth Street

Miami, FL 33132

Dear Sir,

Please include my name Ramjeet V. Singh in the "Overdraft Fees to Bank of America Class Action Settlement Fund" of $410 Million.

I held both Checking and Saving accounts prior to January 1, 2001 to May 24, 2011 and currently.

I have had to pay Over Draft Fees during that period. I like to receive monetary compensation when settled, paid directly to me.

Thank you in anticipation of receiving my settlement check.

Respectfully,

Ramjeet V. Singh

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

*Case No. 1·09-MD-02036-JLK*
CASE# (unknown) Ramjeet Singh _____ DATE: __9/6/11__

Pursuant to the Local Rules of this court, the enclosed document(s) is/are being returned for the reason(s) indicated below:

☒ You failed to provide the case number on the document and we are unable to determine the case number from our records.

☐ The case is assigned to another court. Send the documents to that court

☐ The enclosed discovery items are not accepted by this Court. Local Rule 26.1.B.

☐ Your Motion is being returned for the lack of fee in the amount of _____ ($75.00 per attorney per case). Local Rule 4.B. and Administrative Order 96-61.

☐ We are having a difficult time telling from your submission exactly what you want the Court to do, if anything. If you feel that you have been legally wronged or injured in a way the Court can redress, please file a formal complaint with the Court (filing requirement booklet attached).

☐ Other: _____

_____

_____

_____

_____


STEVEN M. LARIMORE
Court Administrative • Clerk of Court

By:_____
     Deputy Clerk

| ☐ Key West | ☒ Miami Room 8N09 | ☐ Fort Lauderdale | ☐ West Palm Beach | ☐ Fort Pierce |
|---|---|---|---|---|
| 301 Simonton St. | 400 N. Miami Ave | 299 E. Broward Blvd | 701 Clematis St. | 300 South. 6ᵗʰ Street |
| Key West, Fl 33040 | Miami, FL 33128 | Ft. Lauderdale, Fl 33301 | W. P. Beach, FL 33401 | Ft. Pierce, FL 34950 |
| 305-296-8100 | 305-523-5100 | 954-769-5400 | 561-803-3400 | 772-467-2300 |