UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
S.D. Fla. Case No. 1:10-cv-22058-JLK
E.D. La. Case No. 2:10-cv-JCZ-KWR
_____/

### ORDER GRANTING DEFENDANT CAPITAL ONE, N.A.'S UNOPPOSED MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPEL

THIS CAUSE comes before the Court on Defendant Capital One, N.A.'s Unopposed Motion to Continue Hearing on Plaintiffs' Motion to Compel Production of Documents (DE #1884), filed September 16, 2011.

Upon careful consideration of the record and the Court being otherwise fully advised of the premises, it is hereby **ORDERED, ADJUDGED, and DECREED** that Defendant Capital One, N.A.'s Unopposed Motion to Continue Hearing on Plaintiffs' Motion to Compel Production of Documents (DE #1884) is **GRANTED**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 19th day of September, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record