UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Moore v. Suntrust Bank*
S.D. FL Case No. 1:11-cv-22454
_____/

### ORDER GRANTING AGREED MOTION TO EXTEND DEADLINE FOR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY ACTION

**THIS CAUSE** comes before the Court on the Agreed Motion to Extend Deadline for Response in Opposition to Defendant's Motion to Compel Arbitration and Stay Action ("Agreed Motion to Extend Deadline") (DE # 1878), filed September 15, 2011.

Upon consideration of the motion and other pertinent portions of the record, and good cause appearing, it is hereby **ORDERED, ADJUDGED and DECREED** that:

1. The Agreed Motion to Extend Deadline (DE # 1878) is **GRANTED**.

2. Plaintiff is authorized to file his Response in Opposition to Defendant's Motion to Compel Arbitration and Stay Action no later than Thursday, September 29, 2011.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 16th day of September, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record