UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-2036

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

09-MD-236

2341 E. Ventura Bl.
Oxnard CA, 93036
# 25

FILED
SEP 16 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

To Whom May Concern

I Brenda Ann Doggett Niell aka Ready Banked with Bank of America off and on from 1979 Security Pacific in which BofA took over and want

To make sure I write to find out whom is Representing me.

IN Which BofA is Guilty of Illegally overdraft fees to me in the time in question and even before that and Being Disable.

What my Award I'm entitle to for Big Business and their dirty deeds on the Banks of the Disable and the People that make them Big the little Person.

Please Note that I am Aware and expect Justice

Thank You
Brenda a. Doggett, Niell

SS# 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



Brenda A. Depeter
2371 E. Ventura Bl.
Oxnard, CA. 93036
# 25

Clerk of Court
U.S. Dist. Court of Southern
Dist. of Florida Justice Building
99 Northeast Fourth St.
Miami, Florida 33128