Aug 20 2011

REC'D by _____ D.C.

AUG 2 5 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

To Whom it May Concern:

I would like the opportunity to be included on the following lawsuit:

Bank of America Settlement in *In Re: Checking Account Overdraft Litigation*, 1:09-MD-02036-JLK

I have recently been married, changed my last name, and didn't receive an official statement of the lawsuit due to these changes. I feel I meet the criteria for this lawsuit.

Nora Bowley (formerly Lewis)

4206C West Muledeer

USAF Academy, CO 80840

Previous address:

510 Jefferson Lane

Lake Dallas, TX 75065

*Nora K Bowley (Lewis)*