UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
S.D. Fla. Case No. 1:10-cv-22058-JLK
E.D. La. Case No. 2:10-cv-JCZ-KWR
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO COMPEL

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Compel (DE # 1863) the production of documents, filed September 12, 2011. Defendant Capital One, N.A. ("Capital One") filed its response in opposition on September 19, 2011. (DE # 1888).

After careful review of the record, Plaintiffs' Motion to Compel is denied. The motion fails to identify any specific obligation with which Capital One has failed to comply, as required by Local Rule 26.1(h)(2). Plaintiffs' failure to follow this rule makes it impossible for the Court to assess or respond to their motion as to specific discovery requests. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that Plaintiffs' Motion to Compel (DE # 1831) be, and the same is, hereby **DENIED without prejudice.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of September, 2011.

　　　　　　　　　　　　　　　　　　　　/s/ James Lawrence King
　　　　　　　　　　　　　　　　　　　　JAMES LAWRENCE KING
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF FLORIDA

cc:　　All Counsel of Record