UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

## STIPULATION AND [REDACTED] ORDER ESTABLISHING SCHEDULE FOR FURTHER PROCEEDINGS ON ARBITRATION MOTIONS

1. This Stipulation is entered into by and among the parties to the above-captioned actions to set a schedule for further briefing and other proceedings upon the close of the arbitration-related discovery permitted by the Court's June 3, 2011 Order Deferring Ruling

on Motions to Compel Arbitration, Granting Time to Conduct Limited Arbitration-Related Discovery ("Order") (DE # 1576).

  2. The Court's June 3, 2011 Order permitted limited arbitration-related discovery for a period of 90 days (Order at 2), but did not address what additional briefing or further proceedings on arbitration issues should take place following the close of that discovery period.

  3. The parties believe and respectfully recommend to the Court that further briefing on arbitration motions should occur through the submission of simultaneous briefs, addressing the evidence developed through arbitration-related discovery and other recent developments (including recent decisions by this and other courts), followed by simultaneous responsive briefs. The parties accordingly request that the Court enter an order approving this Stipulation and establishing the schedule set forth below.

  4. The parties to the above captioned cases shall file simultaneous briefs on or before October 10, 2011. Each brief shall be no longer than 20 pages in length.

  5. The parties may file simultaneous responsive briefs on the arbitration motions or before October 24, 2011. Each such responsive brief shall be no longer than 20 pages in length.

  6. The parties request that the Court hold a further hearing on the arbitration motions at a date convenient to the Court's schedule following the completion of the briefing described above. The parties request that the hearing be set at the Court's convenience during the month of November (preferably not on a Monday or Friday to avoid travel problems).

Dated: September 20, 2011

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Blvd.
Eleventh Floor
Coral Gables, FL 33134
Tel: (305) 442-8666
Fax: (305) 779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Barry R. Davidson
Barry R. Davidson, Esquire
Florida Bar No. 107678
bdavidson@hunton.com
Jamie Zysk Isani, Esquire
Florida Bar No. 728861
jisani@hunton.com
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

*Defendants' Liaison Counsel and
Counsel for Defendant WELLS FARGO BANK,
N.A.*

## ORDER

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 21 day of September 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA