UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

**ORDER RESETTING HEARING
TO CONSIDER APPOINTMENT OF A MASTER**

The Court, pursuant to Federal Rule of Civil Procedure 53(b)(1), does hereby give notice that it is considering the appointment of a special master for the purpose of making a report and recommendation on Plaintiffs' Motion for Final Approval of Settlement, Application for Service Awards, Class Counsel's Application for Attorney's Fees (D.E. #1885), filed September 16, 2011. It is therefore,

ORDERED, ADJUDGED and DECREED that a hearing be, and it is hereby RESCHEDULED before the undersigned judge from Friday, September 30, 2011 to **Wednesday, October 5, 2011 at 10:00 a.m.**, at the James Lawrence King Federal Justice

Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida, for the purpose of receiving counsels' comments regarding this notice.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 23rd day of September, 2011.

                                      JAMES LAWRENCE KING
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record