**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION,**

**MDL No. 2036**
_______________________________________/

**THIS DOCUMENT RELATES TO**:

*Powell-Perry, et al. v. Branch Banking & Trust Co.*
S.D. Fla. Case No. 1:10-cv-20820-JLK
M.D.N.C. Case No. 1:09-cv-0619

*Barras v. Branch Banking & Trust Co.*
S.D. Fla. Case No. 1:10-cv-20813-JLK
M.D.N.C. Case No. 1:09-cv-0678

*Given v. M & T Bank Corp.*
S.D. Fla. Case No. 1:10-cv-20478-JLK
D. Md. Case 1:09-cv-02207-WDQ

*Hough, et al. v. Regions Financial Corp., et al.*
S.D. Fla. Case No. 1:10-cv -20476-JLK
N.D. Ga. Case No. 09-02545

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK
N.D. Ga. Case No. 1:09-cv-01558
_______________________________________/

**STIPULATION OF PARTIES REGARDING STAY**

Defendants having moved to stay the above-captioned litigations (DE # 1874), and Plaintiffs having agreed not to oppose same provided the Courtôs prior requirements for such a stay (DE # 590) are met, the parties hereby stipulate to a stay of these matters pending issuance and filing of opinions by the United States Court of Appeals for the

Eleventh Circuit so long as Defendants each continue to maintain supersedeas bonds in compliance with the Courtös Order dated June 15, 2010 (DE # 590).

Respectfully submitted,

*Co-Lead Counsel for Plaintiffs*

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Jeremy W. Alters, Esquire
Florida Bar No. 0111790
jeremy@alterslaw.com
ALTERS LAW FIRM, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Tel: 305-571-8550
Fax: 305-571-8558

*Coordinating Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard, 11th Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Plaintiffs' Executive Committee*

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN L.L.P.
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street, 34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Counsel for Defendants Branch Banking & Trust Co. and Regions Financial Corp.*

*s/ William J. Holley, II*
William J. Holley, II
Georgia Bar No. 362310
PARKER, HUDSON, RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
Tel: (404) 523-5300
Fax: (404) 522-8409
wholley@phrd.com

*Counsel for Defendant SunTrust Bank*

*s/ Lynette Eaddy Smith*
Lynette Eaddy Smith
Georgia Bar No. 236841
William N. Withrow, Jr.
Georgia Bar No. 772350
Lindsey B. Mann
Georgia Bar No. 431819
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216
Tel: (404) 885-3000
Fax: (404) 885-3990

*Counsel for Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank*

*s/ James A. Dunbar*
James A. Dunbar (admitted *pro hac vice*)
VENABLE LLP
210 West Pennsylvania Avenue, Suite 500
Towson, Maryland 21204
Tel: (410) 494-6200
Fax: (410) 821-0147
jadunbar@venable.com
mralsip@venable.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596