UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Powell-Perry v. Branch Banking and Trust Company*
S.D. Fla. Case No. 1:10-cv-20820-JLK
M.D. of NC Case No. 1:09-cv-0619

*Barras v. Branch Banking and Trust Company*
S.D. Fla. Case No. 1:10-cv-20813-JLK
M.D. of NC Case No. 1:09-cv-0678

*Given v. M & T Bank Corporation*
S.D. Fla. Case No. 1:10-cv-20478-JLK
D. MD Case 1:09-cv-02207-WDQ

*Hough v. Regions Financial Corporation*
S.D. Fla. Case No. 1:10-cv -20476-JLK
N.D. Ga. Case No. 09-02545

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK
N.D. Ga. Case No. 1:09-cv-01558

## ORDER STAYING LITIGATION PENDING APPEAL

The parties, by stipulation of all counsel (D.E. #1901) to the above-styled

cases, have stipulated and agreed to a stay of litigation pending resolution by the

United States Court of Appeals for the Eleventh Judicial Circuit of those issues

raised by the September 14, 2011 Notices of Appeal filed to this Court's

September 1, 2011 Order Denying Renewed Motions to Compel Arbitration (D.E. #1853). Therefore, it is

ORDERED, ADJUDGED and DECREED that pending litigation in the above-five listed cases be, and the same, is hereby STAYED pending resolution by the Eleventh Circuit of said appeals. *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249, 1253 (11th Cir. 2004).

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 28th day of September, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record