**American Arbitration Association**
*April 1, 2011*

# CCP Section 1281.96 Data Collection Requirements
*(From Apr 01, 2006 To Mar 31, 2011)*

| Non-Consumer Party | Type of Dispute | Salary Range | Prevailing Party | Consumer SelfRep'd | Filing Date | Disposition Date | Type of Disposition | Amount of Claim | Total Fee | Fee Allocation Csmr | Fee Allocation Non-Csmr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SunTrust Bank | Consumer Debt Collection | | --- | No | 08/18/2010 | 01/24/2011 | Settled | 137,622.44 | 275.00 | | 100.00% |
| | **Arbitrator:** Gregory Beckwith | | | 11/22/2010 | | **Award Amount:** N/A | | **Other relief:** | | | |
| | Banking | $0 - $100,000 | --- | No | 04/02/2008 | 12/10/2008 | Settled | 140,000.00 | 370.50 | | 100.00% |
| | **Arbitrator:** John A Walker Jr. | | | 05/30/2008 | | **Award Amount:** N/A | | **Other relief:** | | | |
| | Consumer Debt Collection | | --- | No | 11/04/2009 | 01/31/2011 | Settled | 547,802.82 | 550.00 | 50.00% | 50.00% |
| | **Arbitrator:** Fred J Pinckney | | | 02/17/2010 | | **Award Amount:** N/A | | **Other relief:** | | | |
| | Home Construction Rules | | Consumer | Yes | 06/25/2010 | 11/12/2010 | Awarded | 10,000.00 | 250.00 | 50.00% | 50.00% |
| | **Arbitrator:** Thomas C Collier | | | 08/26/2010 | | **Award Amount:** $2,575.00 | | **Other relief:** | | | |
| **Total Cases:** | **4** | | | | | | | | | | |
| SunTrust Bank (Consumer Loans) | Consumer Debt Collection | | --- | No | 12/08/2009 | 09/30/2010 | Withdrawn | 77,599.14 | 75.00 | 50.00% | 50.00% |
| | **Arbitrator:** Hon. Paul A Dorf | | | 01/28/2010 | | **Award Amount:** N/A | | **Other relief:** | | | |
| | Consumer Debt Collection | | --- | No | 01/29/2010 | 05/18/2010 | Withdrawn | 73,378.00 | 375.00 | 0.00% | 100.00% |
| | **Arbitrator:** Kempton P Logan | | | 02/18/2010 | | **Award Amount:** N/A | | **Other relief:** | | | |
| **Total Cases:** | **2** | | | | | | | | | | |
| SunTrust Bank N.A. | Banking | | --- | No | 12/14/2006 | 06/14/2007 | Settled | 5,000,000.00 | 950.00 | 50.00% | 50.00% |
| | **Arbitrator:** Steven M Platau / Richard J Fuller / Sherman S Dantzler | | | 01/31/2007 / 01/24/2007 / 01/24/2007 | | **Award Amount:** N/A | | **Other relief:** | | | |
| **Total Cases:** | **1** | | | | | | | | | | |

*Page 7248*

*Cas6179r.rep*