IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FIRST TRANCHE ACTIONS<br><br>*Lopez v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. CV09-6967-GHK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUCCESSOR MOTION OF DEFENDANT JPMORGAN CHASE BANK, N.A. FOR A STAY OF JUDICIAL PROCEEDINGS, IN FAVOR OF ARBITRATION, AS TO THE NAMED PLAINTIFFS AND ABSENT PUTATIVE CLASS MEMBERS**

Pursuant to Section 3 of the Federal Arbitration Act ("FAA"), defendant JPMorgan Chase Bank, N.A. ("Chase") respectfully moves for a stay of these judicial proceedings, in favor of arbitration, as to the named plaintiffs and absent putative class members in the above-captioned actions. This motion is a successor to prior arbitration motions filed by Chase. The grounds are set forth in Chase's brief, filed contemporaneously herewith, which also refers to and incorporates prior briefing as appropriate.

This motion pertains to two distinct cases: *Luquetta v. JPMorgan Chase Bank, N.A.*, which was originally filed in the Central District of California and alleges claims under California law; and *Lopez v. JPMorgan Chase Bank, N.A.*, which was originally filed in this District and alleges claims only under the laws of States other than California. Because the two cases are distinct, were filed in (and would have to be tried in) separate courts, and raise distinct

claims, they are addressed separately below and in Chase's accompanying motion.  These are the only cases pending against Chase in this MDL.

Plaintiffs have already had the opportunity to conduct discovery as to arbitration issues.  Plaintiffs first initiated arbitration-focused discovery against Chase in May 2010.  *See, e.g.*, Appellees' Motion to Dismiss Appeals 10 & Exs. A & B, Nos. 10-12936 & 10-12937 (11th Cir. July 1, 2010) ("Plaintiffs have now propounded discovery requests to elicit the needed documents and information to confirm that Chase is foreclosed from demanding that its customers arbitrate their claims"; attaching as exhibits arbitration-focused Interrogatories and Requests for Production).  Following the Supreme Court's decision in *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011), at plaintiffs' request, on June 3, 2011, the Court granted a further 90-day period for arbitration-focused discovery against Chase—a period that has now expired.  [MDL Dkt. No. 1576.]

The Court has adopted a stipulated schedule between plaintiffs and defendant Wells Fargo Bank, N.A. ("Wells Fargo") which provides for briefing, and anticipates a hearing, covering all arbitration matters that have been the subject of motions in the *Wells Fargo* cases.  [MDL Dkt. No. 1899].  It is Chase's aim that the Court be able to resolve the arbitration issues in the *Chase* cases on the same schedule.  Plaintiffs have been unwilling to stipulate to the same schedule with respect to the Chase arbitration matters herein, however, so Chase has filed the instant motion.

## CERTIFICATE OF GOOD FAITH COMPLIANCE

Chase certifies that it has conferred with plaintiffs, through counsel, in a good-faith effort to obtain agreement to stay this litigation in favor of arbitration as to all parties and absent class members, but the parties were unable to agree.

Dated:  September 29, 2011

HOMER BONNER, P.A.
/s/ Peter W. Homer
Peter W. Homer
(phomer@homerbonner.com)
Gregory J. Trask
(gtrask@homerbonner.com)
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
tel.: (305) 350-5139
fax: (305) 372-2738

WILMER CUTLER PICKERING HALE
 AND DORR LLP
s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser (david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on September 29, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all parties or counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   /s/ Peter W. Homer