UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

_____
                                              :
IN RE: CHECKING ACCOUNT       :
OVERDRAFT LITIGATION           :
                                              :
MDL No. 2036                            :
_____:

_____
                                              :
**THIS DOCUMENT RELATES TO:**   :
                                              :
*Casayuran, et al. v. PNC Bank, National*  :
*Association.*                          :
S.D. FL. Case No. 10-cv-20496-JLK   :
                                              :
*Cowen, et al. v. PNC Bank, National*  :
*Association.*                          :
S.D. FL. Case No. 10-cv-21869-JLK   :
                                              :
*Hernandez, et al. v. PNC Bank, N.A.*  :
S.D. FL. Case No. 10-cv-21868-JLK   :
                                              :
*Matos v. National City Bank*         :
S.D. FL. Case No. 10-cv-21771-JLK   :
_____:

**MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC
FILING PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEY**

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Docket No. 166), the undersigned respectfully moves for admission and electronic filing privileges for Philip N. Yannella, Esquire, who is counsel of record in a case(s) that originated in another district(s) and

has been transferred to this MDL proceeding, for purposes of limited appearance as counsel on behalf of PNC Bank, National Association, and in support thereof states as follows:

1. Philip N. Yannella is counsel for PNC Bank, National Association in a case that originated in New Jersey (the "Casayuran Action") and has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

2. Philip N. Yannella is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bar of his respective jurisdiction.[1]

> Philip N. Yannella, Esquire
> yannellap@ballardspahr.com
> Ballard Spahr LLP
> 1735 Market, Street, 51st Floor
> Philadelphia, PA  19103
> Telephone:  215. 864.8180
> Facsimile:  215.864.8999

3. MDL Rule 1.4 states that "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred.  Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

4. Philip N. Yannella hereby requests the Court provide Notice of Electronic Filings to Philip N. Yannella at the following email addresses: yannellap@ballardspahr.com.

5. Philip N. Yannella hereby requests the Court allow him to file documents electronically through this Court's CM/ECF system.

---

[1] A certification signed by the attorney listed in paragraph 2, stating that he is a member in good standing of his respective jurisdiction and has reviewed the Local Rules of the United States District Court for the Southern District of Florida is attached hereto as Exhibit A.

      6.      Pursuant to MDL Rule 1.4, Philip N. Yannella requests that the Court waive the filing fee of $75.00.

      7.      As required by the Court's November 24, 2009 Order (Docket No. 166), Mr. Yannella has executed the Certificate of Understanding Re: Electronic Filing in the Southern District of Florida. The Certificate is attached hereto as Exhibit A. Consistent with this Court's November 24, 2009 Order, we are simultaneously sending the Certificate of Understanding containing Mr. Yanella's original signature to be kept on record with the District's Attorney Admission's Deputy Clerk.

WHEREFORE, the undersigned hereby moves this Court to enter an Order permitting Philip N. Yannella to appear before this Court on behalf of PNC Bank, National Association for all purposes relating to the proceedings in the above–styled matters, directing the Clerk to provide notice of electronic filings to Philip N. Yannella, and directing the Clerk to assign a CM/ECF user name and password.

Dated: September 30, 2011

      Respectfully Submitted,

s/ Darryl J. May
Darryl J. May, Esqurie
Philip N. Yannella, Esquire
Ballard Spahr LLP
1735 Market, Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215. 864.8180
Facsimile: 215.864.8999
Attorneys for PNC Bank, National Association

and

Mariah E. Murphy, Esquire
Ballard Spahr LLP
210 Lake Drive East Suite 200

                Cherry Hill, New Jersey 08002
                Telephone: (856) 761-3400
                Facsimile: (856) 873-9077

## CERTIFICATE OF SERVICE

I, hereby certify that on September 30, 2011, I electronically filed the Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorney and a copy of this Motion will be served to counsel of record at an e-mail address presently on file with the Court through the Court's ECF noticing system.

s/ Darryl J. May<br>Darryl J. May, Esquire

September 30, 2011

# EXHIBIT A

DMEAST #9536116 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO:<br><br>*Casayuran, et al. v. PNC Bank, National Association.*<br>S.D. FL. Case No. 10-cv-20496-JLK<br><br>*Cowen, et al. v. PNC Bank, National Association.*<br>S.D. FL. Case No. 10-cv-21869-JLK<br><br>*Hernandez, et al. v. PNC Bank, N.A.*<br>S.D. FL. Case No. 10-cv-21868-JLK<br><br>*Matos v. National City Bank*<br>S.D. FL. Case No. 10-cv-21771-JLK | : : : : : : : : : : : : : : : : : : : |

### CERTIFICATE OF UNDERSTANDING, RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Philip N. Yannella, Esquire |
| State Bar No.: | PA – 81111 |
| Firm Name: | Ballard Spahr LLP |
| Address: | 1735 Market Street, 51st Floor |
| | Philadelphia, PA  19103 |
| Telephone No: | (215) 864-8180 |
| E-mail address: | yannellap@ballardspahr.com |
| Fax No.: | (215) 864-8999 |

Dated: 5/27, 2011

Philip N. Yannella, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215.864.8180
Facsimile: 215.864-8999

Attorney for PNC Bank, National Association

DMEAST #14046769 v1        2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

_____
                                                    :
IN RE: CHECKING ACCOUNT            :
OVERDRAFT LITIGATION                 :
                                                    :
MDL No. 2036                                :
_____:
_____
                                                    :
THIS DOCUMENT RELATES TO:    :
                                                    :
*Casayuran, et al. v. PNC Bank, National* :
*Association.*                                    :
S.D. FL. Case No. 10-cv-20496-JLK  :
                                                    :
*Cowen, et al. v. PNC Bank, National* :
*Association.*                                    :
S.D. FL. Case No. 10-cv-21869-JLK  :
                                                    :
*Hernandez, et al. v. PNC Bank, N.A.* :
S.D. FL. Case No. 10-cv-21868-JLK  :
                                                    :
*Matos v. National City Bank*           :
S.D. FL. Case No. 10-cv-21771-JLK  :
_____:

ORDER GRANTING MOTION FOR LIMITED APPEARANCE
OF AND ELECTRONIC FILING PRIVILEGES FOR
<u>PHILIP N. YANNELLA</u>

THIS CAUSE having come before the Court on the Motion for Limited Appearance of

and Electronic Filing Privileges for Defendants' Out-of-State Attorney requesting, pursuant to

Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the Untied

States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 1.4 of the

Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"),

permission for a limited appearance of and electronic filing privileges for the attorney listed in

DMEAST #14046758 v1

paragraph 2 below who is or seeks to become counsel of record to cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of Electronic Filing Privileges for Defendants' Out-of-State Attorney is GRANTED.

2. The following attorney is permitted to appear and participate in this action on behalf of his respective clients:

> **For PNC Bank, National Association**
>
> Philip N. Yannella, Esquire
> yannellap@ballardspahr.com
> Ballard Spahr LLP
> 1735 Market, Street, 51st Floor
> Philadelphia, PA  19103
> Telephone:  215. 864.8180
> Facsimile:  215.864.8999

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status Conference [DE 134] at ¶ 15, the attorney named in paragraph 2 shall be allowed to file and

receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

6. Further, all attorneys to this action, both now and in the future who are not registered users of the Southern District of Florida CM/ECF system and seek electronic filing privileges, shall submit the attached certificate of understanding, with an original signature, to the Court Administrator-Clerk of Court for the Southern District of Florida to be kept by the District Attorney Admissions Deputy Clerk.

7. The Court hereby directs the Court Administrator-Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph 2 as he submitted with his Motion his original certificate of understanding.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this _____ day of _____, 2011.

_____
Honorable James Lawrence King
Senior United States District Judge