UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT         )
OVERDRAFT LITIGATION            )
MDL No. 2036                    )
                                )

**PLAINTIFFS' CO-LEAD COUNSEL'S MOTION TO MODIFY THIS COURT'S ORDER DATED FEBRUARY 4, 2011 REGARDING THE COMPOSITION OF THE PLAINTIFFS' EXECUTIVE COMMITTEE**

Plaintiffs' Co-Lead Counsel, Bruce S. Rogow, Esq. and Aaron S. Podhurst, Esq., hereby move this Court on behalf of the Plaintiffs' Executive Committee ("PEC"), to modify its prior Order concerning the appointment of Lead Counsel and the composition of the PEC. **DE #1228**. That order designates Mr. Rogow as Co-Lead Counsel in his capacity as counsel to the Alters Law Firm, P.A.

Henceforth, Mr. Rogow shall carry out his duties as Co-Lead Counsel through his own law firm, Bruce S. Rogow, P.A., with the Court's approval, Bruce S. Rogow, P.A. shall be substituted for the Alters Law Firm, P.A.

With the exception of these changes, the Court's prior orders governing the PEC should remain in full effect – *i.e.*, Aaron S. Podhurst of Podhurst Orseck, P.A. shall continue to serve as Co-Lead Counsel; Bruce S. Rogow of Bruce S. Rogow, P.A. shall continue to serve as Co-Lead Counsel; Robert C. Gilbert, of Grossman Roth, P.A. shall continue to serve as Coordinating

Counsel; and the other member firms on the PEC shall continue their service in that capacity.

Accordingly, Plaintiffs' Co-Lead Counsel respectfully request that the Court enter the proposed order submitted herewith.

## LOCAL RULE 7.1 CERTIFICATE

Plaintiffs' Co-Lead Counsel have conferred with all member firms on the PEC, including Jeremy Alters of the Alters Firm, P.A., all of whom consent to the relief requested in this motion.

Respectfully submitted,

Bruce S. Rogow, Esquire
Florida Bar. No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
500 E. Broward Blvd.
No. 1930
Fort Lauderdale, FL 33394-3088
Tel: (954) 767-8909 / Fax: (954) 764-1530

By: _/s/ Bruce Rogow_
       Bruce S. Rogow, Esq.

*Co-Lead Counsel for Plaintiffs*

Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Podhurst Orseck, P.A.
25 W. Flagler St.
Suite 800
Miami, FL 33130
Tel: (305) 358-2800 / Fax: (305) 358-2382

By: _/s/ Aaron S. Podhurst_
       Aaron S. Podhurst, Esq.

*Co-Lead Counsel for Plaintiffs*