UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
MDL No. 2036 )
)
)

## ORDER MODIFYING THIS COURT'S FEBRUARY 4, 2011 ORDER REGARDING THE COMPOSITION OF THE PLAINTIFFS' EXECUTIVE COMMITTEE

On February 4, 2011, the Court issued an Order Modifying its September 2, 2009 Order Regarding the August 26, 2009 Status Conference [**D.E. # 1228**]. In that Order, the Court among other things appointed Aaron S. Podhurst of Podhurst Orseck, P.A. to serve alongside Bruce S. Rogow, counsel to the Alters Law Firm, P.A. as Plaintiffs' Co-Lead Counsel. Plaintiffs' Co-Lead Counsel has now moved the Court, on behalf of the Plaintiffs' Executive Committee ("PEC"), to modify the February 4, 2011 Order to reflect that: (1) Bruce Rogow shall be carrying out his duties as Co-Lead Counsel from his own law firm, Bruce S. Rogow, P.A., and (2) Bruce S. Rogow, P.A. should be substituted for the Alters Law Firm, P.A. as a member of the PEC.

After reviewing the motion and considering the position of all counsel, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. Plaintiffs' Co-Lead Counsel's Motion to Modify this Court's Order Dated February 4, 2011 Regarding the Composition of the PEC is **GRANTED** as set forth below.

2. This Court finds that Mr. Rogow shall act as Co-Lead Counsel via his own law firm, Bruce S. Rogow, P.A.

3. As a result, the firm of Bruce S. Rogow, P.A. is hereby added to the list of law

firms comprising the PEC, in lieu of the Alters Law Firm, P.A.

4. Except as modified herein, this Court's February 4, 2011 Order Modifying its September 2, 2009 Order Regarding the August 26, 2009 Status Conference **[DE #1228]** remains in full force and effect – namely, that Aaron Podhurst of Podhurst Orseck, P.A. and Bruce S. Rogow of Bruce S. Rogow, P.A., shall continue to serve as Co-Lead Counsel; that Robert C. Gilbert, of Grossman Roth, P.A. shall continue to serve as Coordinating Counsel; and that their firms, along with the other member firms on the PEC, shall continue their service in that capacity.

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida ⧸ day of OCTOBER 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record