IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) |
| THIS DOCUMENT RELATES TO: FIRST TRANCHE ACTIONS | ) ) ) |
| *Torres, et al. v. Bank of America, N.A.* S.D. Fla. Case No. 1:08-cv-23323-JLK | ) ) ) |
| *Yourke, et al.* v. *Bank of America, N.A.* S.D. Fla. Case No. 1:09-cv-21963-JLK N.D. Cal. Case No. 3:09-2186 | ) ) ) ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please note the appearance of the undersigned as co-counsel for

Class Members and Objectors, Richard Hastings and Janel Buycks, in the above-styled matter.

    Respectfully submitted,

    */s/ Randy Rosenblum*
    Randy Rosenblum, Esquire
    RRosenblum@fdlaw.net
    FREIDIN • DOBRINSKY, P.A.
    Co-Counsel for Class Members and Objectors
    Richard Hastings and Janel Buycks
    2 South Biscayne Boulevard
    One Biscayne Tower, Suite 3100
    Miami, Florida 33131
    Telephone: 305-371-3666
    Facsimile: 305-371-6725

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on October 3, 2011 on all counsel or parties of record in this proceeding.

                                  FREIDIN ● DOBRINSKY, P.A.
                                  Co-Counsel for Class Members and Objectors
                                  Richard Hastings and Janel Buycks
                                  One Biscayne Tower, Suite 3100
                                  2 South Biscayne Boulevard
                                  Miami, Florida 33131
                                  Telephone:  (305) 371-3666
                                  Facsimile:   (305) 371-6725
                                  Email RRosenblum@fdlaw.net

                                  BY:   s/Randy Rosenblum
                                         FBN 983527