IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

| | |
|---|---|
| IN RE : § § | |
| CHECKING ACCOUNT § § | CASE NO. 09-MD-02036 |
| OVERDRAFT LITIGATION. § § | |
| MDL No. 2036 § | |
| § | |
| THIS DOCUMENT RELATES § | |
| TO FIRST TRANCHE TRANSACTIONS § § | |
| *Tornes, et al. v. Bank of America N.A.* § | |
| S.D. Fla. Case No. 1:08-cv-23323-JLK § § | |
| *Yourke, et al. v. Bank of America, N.A.* § | |
| S.D. Fla. Case No. 1:09-cv21963-JLK § | |
| N.D. Cal. Case No. 3:09-2186 § | |

NOTICE OF COMPLIANCE OF OBJECTING CLASS MEMBERS
WITH OBJECTION PROVISIONS
[Refers to Dk. No. 1885 and Dk. No. 1920]

Class members Prentiss Jenkins, Kirk A. Kennedy, Marvelus Sattiewhite III, Johnson W. Sattiewhite, Fay Robinson, and Anthony McMahon, members of the above referenced Plaintiffs' class (the "Class Members"), by and through counsel hereby file their Notice of Compliance of Objecting Class Members with Written Objection Provisions (the "Notice Provisions") set forth Paragraph 62 of the Settlement Agreement and Release attached as Exhibit A to the Motion for Final Approval of Settlement, Application for Service Awards, and Class Counsel's Application for Attorneys' Fees (the "Motion").

As a threshold matter, Class Members herein assert that compliance with the Notice Provisions herein is voluntary and is not required for the above named Class Members to lodge their written objections in the Court to the Motion or Proposed Class Settlement Agreement.

A. Preliminary Statement

Each of the Class Members herein Prentiss Jenkins, Kirk A. Kennedy, Marvelus Sattiewhite III, Johnson W. Sattiewhite, Fay Robinson, and Anthony McMahon are current or former holder of depository accounts with Bank of America N.A. and were charged overdraft fees on debit card charges during the relevant periods (2001-2011). None of the Class Members have filed objections to any class action settlements in the past five (5) years.

All grounds for the Class Members' objection to the Proposed Settlement Agreement and Motion are set forth in the Objection to the Motion for Final Approval of Settlement, Application for Service Awards, and Class Counsel's Application for Attorneys' Fees filed on October 3, 2011 at Dk. No. 1920 (the "Objection") subject to the right to amend and/or supplement the Objection.

B. Names and Addresses and Phone Numbers

Prentiss Jenkins
423 East 7th St.
No. 425
Los Angeles, California 90014
213.949.8748

Kirk A. Kennedy
515 Louisiana
Suite 200
Houston, Texas 77002
832.646.9228

Marvelus Sattiewhite III
3430 Boxhelder Drive
Houston, Texas 77082
713.489.0680

Johnson W. Sattiewhite
101U Street, N.W.
Washington, D.C. 20001
713.489.0680

Fay Robinson
6924 Parkdale Drive
St. Louis, MO 63121
314.385.5010

Anthony McMahon
3080 Corona Drive
Norco, CA 92860
951.367.98

C. <u>Identity of Counsel</u>

The Class Members' counsel is set forth below in this Notice. Class Members reserve the right to retain additional counsel to represent their interests in these proceedings. None of the listed counsel, Alderman & Kodsi or The Cochell Law Firm, have filed any objections to any class settlements within the past five (5) years.

D. <u>Testimony and Final Hearing</u>

The law firms of Alderman & Kodsi or The Cochell Law Firm will represent the Class Members at all hearings in this case. Class Members Kirk A. Kennedy and/or Marvelus Sattiewhite III will appear and testify at any hearings in this case and will attend the Final Hearing on approval of the Motion and Proposed Class Settlement.

E. <u>Right to Amend or Supplement This Notice</u>

Class Members retain the right to amend and/or supplement this Notice.

                                                        Respectfully submitted,

**ALDERMAN & KODSI**

By: /S *Jason R. Alderman*
      Neil Kodsi
      Florida Bar No. 0011255
      Shoreview Center
      9999 N.E. 2nd Ave.
      Suite 211
      Miami Shores, Florida 33138
      Tel: (305) 200-5473
      Fax: (305) 200-5474

                                                  AND

**THE COCHELL LAW FIRM**

By: /S *Stephen R. Cochell*
      Stephen R. Cochell

4

Texas Bar No. 24044255
Fed. Bar No. 0032453
7026 Katy Road, Suite 259
Houston, Texas 77024
Tel: (713) 980.8796
Fax: (713) 980.1179
srcochell@cochellfirm.com

Motion for Limited Appearance Pending

Attorneys for Class Members and Objecting Parties Prentiss Jenkins, Kirk A. Kennedy, Marvelus Sattiewhite III, Johnson W. Sattiewhite, Fay Robinson, and Anthony McMahon

### CERTIFICATION OF CLASS MEMBERS

I hereby certify that I am a member of the group of Class Members who are objecting to the Proposed Class Settlement for the reasons stated herein and also certify that I have not filed any objection to a class action lawsuit in the past five years. At least one of the members of our group will appear and testify at trial or at hearing on approval of the settlement in this matter including but not limited to Kirk A. Kennedy and/or Marvelus Sattiewhite III.

*Prentiss Jenkins*
Prentiss Jenkins

*Kirk A. Kennedy*
Kirk A. Kennedy

*Marvelus Sattiewhite III*
Marvelus Sattiewhite III

*Johnson M. Sattiewhite*
Johnson M. Sattiewhite

*Fay Robinson*
Fay Robinson

*Anthony McMahon*
Anthony McMahon

### CERTIFICATE OF SERVICE

I certify that on October 3, 2011 a true and correct copy of Notice of Compliance of Class Members with Written Objection Provisions regarding Motion for Final Approval

5

of Settlement, Application for Service Awards, and Class Counsel's Application for Attorneys' Fees was served on all parties in this adversary proceeding by electronic mail, first class mail, facsimile and/or via the ECM/ECF system.

                                                                                                             /S/ *Jason R. Alderman*
                                                                                                             Neil Kodsi