UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

MDL No. 2036

---

**THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS**

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

**PLAINTIFFS' CO-LEAD COUNSEL'S MOTION TO CHANGE
TIME OF OCTOBER 5, 2011 HEARING**

Plaintiffs' Co-Lead Counsel Aaron S. Podhurst respectfully requests that the Court change the time of the hearing on this Court's Order Resetting Hearing to Consider Appointment of a Master (**DE # 1900**) scheduled for October 5, 2011, from 10:00 a.m. to 2:00 p.m., so that Mr. Podhurst can speak at the funeral of a close friend scheduled for October 5th at 10:00 a.m. Mr. Podhurst's participation at the hearing scheduled for tomorrow is essential, and a brief change in the time of the hearing will enable him to speak at his late friend's funeral and then participate in the hearing. Mr. Podhurst apologizes for the last minute request to change the time of this hearing, but the circumstances necessitating this change in time have just come to light.

Wherefore, Mr. Podhurst requests that the Court change the time of tomorrow's hearing from 10:00 a.m. to 2:00 p.m. A proposed Order is attached.

## **LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1, the undersigned certifies that he has conferred with Laurence Hutt, Esq., counsel for Defendant, and has been authorized to represent that Defendant agrees to the change in time sought herein.

Dated: October 4, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street
Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties who have filed objections to the proposed Settlement, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596