UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

### ORDER GRANTING MOTION TO CONTINUE
### HEARING TO CONSIDER APPOINTMENT OF A MASTER

THIS CAUSE comes before the Court on Plaintiffs' Motion to Continue (DE #1946) the hearing to consider the appointment of a special master for the purpose of making a report and recommendation on Plaintiffs' Motion for Final Approval of Settlement, Application for Service Awards, Class Counsel's Application for Attorneys' Fees (DE #885), filed September 16, 2011.

Co-lead counsel for Plaintiffs has brought to the Court's attention the death of a family friend, whose funeral is scheduled for tomorrow morning at the same time as the previously-scheduled hearing. Co-lead counsel for Plaintiffs has requested a brief continuance of the hearing set for October 5, 2011 at 10:00 a.m. to 2:00 p.m. It is therefore,

ORDERED, ADJUDGED and DECREED that a hearing be, and it is hereby scheduled before the undersigned judge for Wednesday October 5, 2011 at 2:00 p.m., at the James

Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida, for the purpose of receiving counsels' comments regarding this notice.

Lead counsel for Plaintiffs are hereby instructed to contact by all reasonable means all attorneys and/or parties who have indicated to lead counsel an intention to appear at this hearing. The clerk is ordered to docket this Order promptly so as to give notice of this brief continuance.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 4th day of October, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record