Jeantine Nazar
1109 Campbell Street
Glendale, CA 91207
Tel: (818) 572-7471



FILED by _____ D.C.

OCT 04 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

I Jeantine Nazar, residing at 1109 Campbell Street, Glendale CA 91207, object to the Bank of America Settlement in *In Re: Checking Account Overdraft Litigation,* 1:09-MD-02036-JLK for the following reasons;

- I was advised that I need to exclude myself from this judgment and file a law suit as I was heavily affected by the overdraft protection fees. However, the complaint states that no class action member could afford to seek individual legal claim and the Class Action suit allow claims to be heard.
- I was charged $35 in overdraft charges on a number of transactions. Those charges were hundreds of dollars in a matter of days and hours and thousand in a matter of 18 months. I have attached the statements from 2008 to 2010 showing $1,085.00 in overdraft charges. Exhibit "A".
- Total overdraft fees and NSF Tables on the statements from June 2010 through October 2010 depict total overdraft charges for the year $175.00. The year to date overdraft charges for June of 2010 and thereafter are $595.00 and not $175.00. Bank of America provided inaccurate and misleading balance information. Exhibit A and B.
- I closed my account on February 18, 2011 and confirmed the account has a zero balance. Prior to closing my account I also closed the free safe deposit box to avoid charges. I was advised that both accounts have been closed and nothing needs to be done. On February 25, 2011 they reopened the checking account and deposited a $20 refund from the safe deposit box (instead of sending me a check) and charged me another $25 for service charges. That was another trip to the bank asking how much more inefficient they can get??? Exhibit "C".
- I have never objected to another class action case for the last five years
- Currently I deal with a Union Bank and overdraft charges are only $3.00 per transaction and not $35.
- I was severely affected by the overdraft charges, and I am a member of the Class Action law suit therefore, I would like to request to receive a fair amount of payment from this judgment to include the total overdraft charges and any other compensation that the suit includes for Class Action law Suit members who went through lots of stress as a result of mal-practices.

Jeantine Nazar
_____
Name

_____
Signature

Page 1 of 21

# EXHIBIT "A"

| STATEMENT DATES | CHARGES |
| --- | --- |
| January 12, 2009 | $175 |
| June 11, 2009 | $140 |
| July 14, 2009 | $35 |
| August 12, 2009 | $105 |
| September 11, 2009 | $35 |
| January 11, 2010 | $140 |
| February 8, 2010 | $35 |
| March 13, 2010 | $245 |
| May 11, 2010 | $105 |
| June 11, 2010 | $70 |
| TOTAL | $1085 |

**of America**

H

JEANTINE NAZAR
JEANTINE NAZAR

Statement Date: January 12, 2009

## ☐ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 12/12 | Check # 1009 | | 1,000.00 | |
| 12/12 | Cash withdrawal on 12/12, Bank of America ATM #ICAN3625 (Card #425187044) | 006042 | 200.00 | |
| 12/15 | Purchase on 12/13 (Card #425187044), Trader Joe's # Woodland Hill  CA | 000730 | $ 65.78 | |
| 12/15 | Check Card Purchase on 12/13 (Card #425187044), Staples 00121212 Woodland Hill CA  Ref #2416407834910513202984 | | .26 | |
| 12/15 | Check Card Purchase on 12/12 (Card #425187044), Acteva.Com Online Event 877-9334730 CA  Ref #2433239834900996405178 | | 35.00 | |
| 12/16 | Overdraft Item Fee | | $ 35.00 | |
| 12/16 | Overdraft Item Fee | | 35.00 | |
| 12/16 | Overdraft Item Fee | | 35.00 | |
| 12/22 | CA Tlr transfer Banking Ctr Glendale Main        #0000162 CA Confirmation# 9802589105 | | | $ 5,200.00 |
| 12/22 | Check # 1012 | | $ 306.00 | |
| 12/22 | Check # 1013 | | 500.00 | |
| 12/22 | Check # 1016 | | 400.00 | |
| 12/23 | Agent Assisted transfer from Chk 3098 Confirmation# 0064447465 | | | $ 1,000.00 |
| 12/23 | Check # 1010 | | $ 1,084.34 | |
| 12/23 | Check # 1014 | | 250.00 | |
| 12/23 | Simplefloorsinc( DES:Purchase   ID: INDN:Nazar 278187275   Co ID:9020556412 PPD Ref:008357010747320 | | 1,896.19 | |
| 12/23 | Check Card Purchase on 12/21 (Card #425187044), Floor Factory 650-622-2200 CA  Ref #2422369835770110269438 | | 426.65 | |
| 12/24 | Check # 1015 | | $ 232.54 | |
| 12/24 | Check # 1018 | | 400.00 | |
| 12/26 | Check # 1017 | | $ 33.43 | |
| 12/26 | Check #1020 | | 91.28 | |
| 12/29 | Check # 1019 | | $ 145.68 | |
| 12/29 | Check Card Purchase on 12/27 (Card #425187044), T-Mobile Ivr Payment 800-937-8997 WA  Ref #2469216836200077298032 | | 300.00 | |
| 12/30 | NSF: Returned Item Fee | | $ 35.00 | |
| 12/30 | Overdraft Item Fee | | 35.00 | |
| 01/05 | Deposit | | | $ 700.00 |
| 01/05 | Online Banking transfer from Chk 3098 Confirmation# 0971420429 | | | 100.00 |
| 01/05 | Online Banking transfer from Chk 3098 Confirmation# 0970892335 | | | 2,500.00 |
| 01/05 | Check # 1023 | | $ 494.65 | |
| 01/05 | Check # 1024 | | 300.00 | |
| 01/07 | Check # 1022 | | $ 237.01 | |
| 01/07 | Check # 1025 | | 400.00 | |
| 01/07 | Check Card Purchase on 01/05 (Card #425187044), Fedex Kinko's #3702 Glendale CA  Ref #2444500900660189650876 | | 2.49 | |
| 01/08 | Check Card Purchase on 01/07 (Card #425187044), City Of Glendale   U1i 818-5483300 CA  Ref #2449279900711800010009 | | $ 116.66 | |
| 01/08 | Check Card Purchase on 01/07 (Card #425187044), City Of Glendale   U1i 818-5483300 CA  Ref #2449279900711800010012 | | 200.11 | |

Page 3 of 21

 
Recycled Paper

JEANTINE NAZAR
JEANTINE NAZAR

Statement Date: June 11, 2009

## ❑ **Account Activity**  Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 05/29 | Check Card Purchase on 05/27 (Card #425187044), Keller Williams Real E 818-432-3200 CA  Ref #24071059148987116604878 | | $ 25.00 | |
| 06/01 | Check # 1046 | | $ 2,517.00 | |
| 06/01 | Check # 1047 | | 14.04 | |
| 06/01 | Cash withdrawal on 05/31, Bank of America ATM #ICAN3625 (Card #425187044) | 006669 | 40.00 | |
| 06/01 | Cash withdrawal on 05/29, Bank of America ATM #WCAD7414 (Card #425187044) | 001918 | 200.00 | |
| 06/01 | Purchase on 05/31 (Card #425187044), T Mobile Com P Bellevue  WA | 944498 | 211.70 | |
| 06/01 | Check Card Purchase on 05/29 (Card #425187044), Union 76 10026136 Glendale CA  Ref #24164079149619599989766 | | 30.02 | |
| 06/01 | Check Card Purchase on 05/30 (Card #425187044), Trader Joe's # 053 Glendale CA  Ref #24493989151000113410273 | | 19.01 | |
| 06/02 | Check # 1048 | | $ 27.00 | |
| 06/02 | Check # 1050 | | 50.00 | |
| 06/02 | Check # 1073 | | 425.00 | |
| 06/02 | Bank Of America  DES:Mortgage   ID:Xxxxx7950 INDN:Jeantine Nazar      Co ID:9128866002 PPD Ref:009153010181686 | | 4.00 | |
| 06/02 | Bank Of America  DES:Mortgage   ID:Xxxxx7950 INDN:Jeantine Nazar      Co ID:9128866002 PPD Ref:009153010181685 | | 991.36 | |
| 06/03 | Check # 1049 | | $ 32.76 | |
| 06/03 | Check # 1091 | | 63.99 | |
| 06/03 | Home Depot/Expo  DES:Check Pymt Check #:1096 INDN:D20dca47c2be9dd0       Co ID:Citi Rpl   ARC Ref:009154008974716 | | 50.00 | |
| 06/03 | Macys Payment    DES:Check Pymt Check #:1094 INDN:733037c5a579facb      Co ID:Citi Dnsb  ARC Ref:009154006966231 | | 154.05 | |
| 06/03 | Check Card Purchase on 06/02 (Card #425187044), Total Woman Gym And ATM 818-5522027 CA  Ref #24418009153153061672902 | | 59.00 | |
| 06/04 | Online Banking transfer from Chk 3098 Confirmation# 6715407178 | | | $ 200.00 |
| 06/04 | Balance Inquiry on 06/04, Non-Bank of America ATM #P63406 (Card #425187044) | 000010685 | $ 2.00 | |
| 06/04 | Overdraft Item Fee | | 35.00 | |
| 06/04 | Overdraft Item Fee | | 35.00 | |
| 06/04 | Socalgas        DES:ARC Pymt   Check #:1092 INDN:020422444771276       Co ID:3951240705 ARC Ref:009155009926787 | | 72.82 | |
| 06/05 | Charter Communi  DES:Check Pymt Check #:1093 INDN: Co ID:0480000206 ARC Ref:009155013412806 | | $ 78.99 | |
| 06/08 | Check # 1095 | | $ 28.00 | |
| 06/08 | Overdraft Item Fee | | 35.00 | |
| 06/09 | Deposit | | | $ 1,470.00 |
| 06/09 | Overdraft Item Fee | | $ 35.00 | |
| 06/11 | Interest Paid from 05/12/09 Through 06/11/09 | | | $ .05 |

Continued on next page

California

Page 4 of 21

JEANTINE NAZAR
JEANTINE NAZAR

Statement Date: July 14, 2009

## ❑ Account Activity   Continued

| Date Posted | Description | Reference # | Debits | Credits | Daily Balance |
|---|---|---|---|---|---|
| | | | | | $543.84 |
| 06/18 | CA Tlr cash withdrawal from Chk 3098 Banking Ctr Los Angeles Civic Center #0000021 CA Confirmation# 8636076898 | | $ 200.00 | | |
| | | | | | $343.84 |
| 06/24 | Cash withdrawal on 06/24, Bank of America ATM #WCAD0369 (Card #432530657) | 004141 | $ 100.00 | | |
| | | | | | $243.84 |
| 06/29 | Cash withdrawal on 06/28, Bank of America ATM #ICAN3625 (Card #432530657) | 002440 | $ 20.00 | | |
| | | | | | $223.84 |
| 06/30 | Ihss St Of CA    DES:Ihssadv ID:194031512870968 INDN:Nazar, Jeanite Co ID:9666663698 PPD Ref:009177004012552 | | | $ 230.77 | |
| 06/30 | Ihss St Of CA    DES:Ihssadv ID:194031510270968 INDN:Nazar, Jeanite Co ID:9666663698 PPD Ref:009177004012553 | | | 279.22 | |
| 06/30 | Check Card Purchase on 06/29 (Card #432530657), Trader Joe's # 053 Glendale CA Ref #24493989181191009487253 | | $ 17.03 | | |
| | | | | | $716.80 |
| 07/06 | Online Banking transfer from Chk 3547 Confirmation# 4884586051 | | | $ 250.00 | |
| 07/06 | Check Card Purchase on 07/05 (Card #432530657), City Of Glendale U1i 818-5483300 CA  Ref #24492799186118000100741 | | $ 111.09 | | |
| 07/06 | Check Card Purchase on 07/05 (Card #432530657), City Of Glendale U1i 818-5483300 CA  Ref #24492799186118000100766 | | 176.55 | | |
| | | | | | $679.16 |
| 07/10 | Cash withdrawal on 07/10, Bank of America ATM #ICAD2437 (Card #432530657) | 006430 | $ 100.00 | | |
| 07/10 | Check Card Purchase on 07/08 (Card #432530657), Jetblue    N7c3bp Darien CT  Ref #24792629190635001884973 | | 449.20 | | |
| | | | | | $129.96 |
| 07/13 | Check Card Purchase on 07/11 (Card #432530657), Budget Rent-A-Car Burbank CA Ref #24138299194766396024403 | | $ 81.33 | | |
| 07/13 | Check Card Purchase on 07/11 (Card #432530657), Dell Sales & Service 866-393-9460 TX  Ref #24692169192000499543472 | | 76.81 | | |
| | | | | | - $28.18 |
| 07/14 | Overdraft Item Fee | | $ 35.00 | | |
| | | | | | - $63.18 |

## ❑ Bank of America: In Balance

To assist you in reconciling your account, we have provided the following summary information.
A reconciliation worksheet is printed on the reverse of this page.

- **Your ending balance from this statement** ............................................................................................ - $63.18
- **Subtract**  insufficient funds fees from your checkbook register ............................................................... 35.00

California

JEANTINE NAZAR
JEANTINE NAZAR

Statement Date: August 12, 2009

---

## ❑ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 07/31 | Cash withdrawal on 07/31, Bank of America ATM #ICAD6484 (Card #425187044) | 004953 | $ 100.00 | |
| 07/31 | Purchase on 07/31 (Card #425187044), Nnt Aaa-Glenda Glendale CA | 063004 | 147.74 | |
| 07/31 | Purchase on 07/31 (Card #425187044), Nnt Aaa-Glenda Glendale CA | 063005 | 218.44 | |
| 08/03 | Bank Of America  DES:Mortgage   ID:Xxxxx7950 INDN:Jeantine Nazar      Co ID:9128866002 PPD Ref:009215004173111 | | | |
| 08/03 | Jcpenney/Gemb    DES:Checkpaymt Check #:1142 INDN:Xxxxxxxxxxxxxxxxx20000  Co ID:0301200401 ARC Ref:009212010843954 | | $ 4.00 | |
| 08/03 | Bank Of America  DES:Mortgage   ID:Xxxxx7950 INDN:Jeantine Nazar      Co ID:9128866002 PPD Ref:009215004173110 | | 15.00 | |
| | | | 991.36 | |
| 08/04 | Check # 1144 | | $ 300.00 | |
| 08/04 | Check # 1145 | | 570.00 | |
| 08/04 | Check Card Purchase on 08/03 (Card #425187044), Total Woman Gym And ATM 818-5522027 CA  Ref #244180092152151907144404 | | | |
| | | | 59.00 | |
| 08/05 | Overdraft Item Fee | | $ 35.00 | |
| 08/07 | Socalgas     DES:ARC Pymt   Check #:1103 INDN:020422444770351      Co ID:3951240705 ARC Ref:009219005340340 | | | |
| | | | $ 95.31 | |
| 08/10 | Overdraft Item Fee | | $ 35.00 | |
| 08/11 | Extended Overdrawn Balance Charge | | $ 35.00 | |
| 08/12 | Interest Paid from 07/15/09 Through 08/12/09 | | | $ .02 |
| 08/12 | Vonage America   DES:Vonage    ID:3334592 INDN:Jeantine Nazar   Co ID:0000097538 WEB Ref:009223008861122 | | $ 36.19 | |

---

## ❑ Bank of America: In Balance

To assist you in reconciling your account, we have provided the following summary information.
A reconciliation worksheet is printed on the reverse of this page.

- Your ending balance from this statement ........................................................................ - $243.74
- Add  interest paid to your checkbook register... ........................... ..................................... 0.02
- Subtract  insufficient funds fees from your checkbook register ............................................... 105.00

---

## ❑ ATM Information

This period, you visited the following ATM locations:

**Bank of America's ATM Network**
- #ICAD6484 Bank Of America, Glendale, CA
- #ICAN3260 Bank Of America, Glendale, CA

JEANTINE NAZAR
JEANTINE NAZAR

**Statement Date: September 11, 2009**

| ☐ **Your Prima Interest Checking Account** | | **Account Number: 03065-43547** | |
|---|---|---|---|
| Tiered Interest Checking 1.800.432.1000 - Customer Service | | **Statement Period: August 13 through September 11, 2009** | |
| Beginning Balance on 08/13/09 (Overdrawn) | - $243.74 | Annual Percentage Yield earned this period | 0.05% |
| Total Deposits | + 4,916.17 | Interest paid year-to-date | $.31 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 4,493.46 | Number of ATM withdrawals and transfers | 4 |
| Interest Paid | + .03 | Number of purchase transactions | 11 |
| *Ending Balance* | $179.00 | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0 0 |

## ☐ Important Information About Your Account

On May 20, 2009, the temporary increase in the standard maximum deposit insurance amount to $250,000 per depositor was extended through December 31, 2013. On January 1, 2014, the standard insurance amount will return to $100,000 per depositor for all account categories except IRAs & certain retirement accounts, which will remain $250,000 per depositor.

## ☐ Account Activity

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 08/13 | Overdraft Item Fee | | $ 35.00 | |
| 08/14 | L.A. County Payr DES:Payroll    ID:451418  4126977 INDN:Nazar, Jeantine     Co ID:3956000927 PPD Ref:009223006796291 | | | $ 2,382.17 |
| 08/14 | CA Tlr cash withdrawal from Chk 3547 Banking Ctr Glendale Main     #0000162 CA Confirmation# 8227939245 | | $ 100.00 | |
| 08/14 | CA Tlr payment to Bkofam Crd 5875 Banking Ctr Glendale Main     #0000162 CA Confirmation# 8227936904 | | 100.00 | |
| 08/14 | CA Tlr payment to Bkofam Crd 5409 Banking Ctr Glendale Main     #0000162 CA Confirmation# 8227933242 | | 150.00 | |
| 08/17 | Bank Of America  DES:Mortgage   ID:Xxxxx7950 INDN:Jeantine Nazar     Co ID:9128866002 PPD Ref:009229004682119 | | $ 4.00 | |
| 08/17 | Bank Of America  DES:Mortgage   ID:Xxxxx7950 INDN:Jeantine Nazar     Co ID:9128866002 PPD Ref:009229004682118 | | 991.36 | |
| 08/17 | Check Card Purchase on 08/15 (Card #425187044), T-Mobile TEL Payment 800-937-8997 WA  Ref #2469216922700026323 8274 | | 200.64 | |
| 08/18 | Check # 1146 | | $ 323.63 | |
| 08/24 | Cash withdrawal on 08/22, Bank of America ATM #ICAN5499 (Card #425187044) | 008350 | $ 60.00 | |
| 08/26 | Cash withdrawal on 08/26, Bank of America ATM #ICAN5537 (Card #425187044) | 006057 | $ 20.00 | |
| 08/26 | Check Card Purchase on 08/24 (Card #425187044), Chevron 00206258 Glendale CA  Ref #2462512923749208 8265620 | | 25.54 | |
| 08/28 | L.A. County Payr DES:Payroll    ID:451418  4224828 INDN:Nazar, Jeantine     Co ID:3956000927 PPD Ref:009237003264159 | | | $ 2,234.00 |
| 08/31 | Online Banking transfer from Chk 3098 Confirmation# 6969788910 | | | $ 300.00 |

Continued on next page

California

Page 7 of 21

H

JEANTINE NAZAR

Statement Period: December 12, 2009 through January 11, 2010
Account Number: 03864-68482

## ☐ **Account Activity**   Continued

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Withdrawals, Transfers and Account Fees** | | |
| 12/14 | Speedpay        DES:Speedpay   ID:89640613 INDN:Jeantine Nazar Co ID:9200327034 TEL Ref:009348005653641 | | $12.00 |
| 12/14 | Sanbernco Tax CA DES:1190000134 ID:Xxxxx8156 INDN:Jeantine Nazar Co ID:1911925808 WEB Ref:009345002061784 | | 312.75 |
| 12/14 | Grn Tree        DES:Grn Tree   ID:89640613 INDN:Jeantine Nazar Co ID:9200327032 TEL Ref:009348005653626 | | 543.89 |
| 12/22 | Aaa Insurance-TI DES:Payment     ID:020101003126490 INDN:Jeantine Nazar     Co ID:2952553663 TEL Ref:009355013088695 | | 330.00 |
| 12/23 | Overdraft Item Fee | | 35.00 |
| 12/24 | Overdraft Item Fee | | 35.00 |
| 12/30 | Extended Overdrawn Balance Charge | | 35.00 |
| 01/05 | NSF: Returned Item Fee | | 35.00 |
| | **Total Withdrawals, Transfers and Account Fees** | | **$1,338.64** |

## ☐ **Daily Balance**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/14 | $ 40.12 | 12/23 | - 348.51 | 01/05 | - 453.51 |
| 12/18 | 370.12 | 12/24 | - 383.51 | | |
| 12/22 | - 298.51 | 12/30 | - 418.51 | | |

## ☐ **Bank of America: In Balance**

To assist you in reconciling your account, we have provided the following summary information.
A reconciliation worksheet is printed on the reverse of this page.

- Your ending balance from this statement ................................................................................- $453.51
- **Subtract**  non-sufficient funds and/or overdraft fees from your checkbook register ...................................... 140.00

h

Statement Period: January 12 through February 8, 2010
Account Number: 03864-68482

## ❑ Checks Paid

| Date Paid | Number | Amount | Date Paid | Number | Amount |
|---|---|---|---|---|---|
| 01/15 | 121 | $ 10.00 | 01/26 | 124 | 2,208.65 |
| 01/19 | 122 | 200.00 | **Total of 4 Checks Paid** | | **$3,178.65** |
| 01/15 | 123 | 760.00 | | | |

## ❑ Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Deposits and Credits** | | |
| 01/14 | Refund/Reverse Fee(s) Waived Fees Fdes Naz 0055257 Nbkw4yi | | $88.00 |
| 01/14 | Transfer from Related Account 000000386543547 Fdes Naz 0055257 Nbkw4yi | | 488.51 |
| 01/15 | CA Tlr transfer Banking Ctr Glendale Main          #0000162 CA Confirmation# 7659851315 | | 760.00 |
| 01/19 | Agent Assisted transfer from Chk 3547 Confirmation# 3991436608 | | 200.00 |
| 01/22 | Online Banking transfer from Chk 3098 Confirmation# 3920757185 | | 200.00 |
| 01/22 | Online Banking transfer from Chk 3547 Confirmation# 0320752669 | | 1,200.00 |
| 01/28 | Online Banking transfer from Chk 3098 Confirmation# 2674251114 | | 150.00 |
| 02/05 | Online Banking transfer from Chk 3098 Confirmation# 2842653550 | | 100.00 |
| 02/05 | Online Banking transfer from Chk 3547 Confirmation# 3942659751 | | 100.00 |
| | **Total Deposits and Credits** | | **$3,286.51** |
| | **Withdrawals, Transfers and Account Fees** | | |
| 01/12 | NSF: Returned Item Fee | | $35.00 |
| 01/25 | Online Banking transfer to Chk 3547 Confirmation# 6245346483 | | 35.00 |
| 02/01 | T-Mobile          DES:Fdc Paymen ID:4187290 INDN:Jeantine Nazar Co ID:0000450304 TEL Ref:010032006981545 | | 100.00 |
| | **Total Withdrawals, Transfers and Account Fees** | | **$170.00** |
| | **Interest Paid** | | |
| 02/08 | Interest Paid from 01/12/10 Through 02/08/10 | | $.02 |

## ❑ Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total NSF: Returned Item Fees | $35.00 | $35.00 |

## ❑ Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/12 | -$ 488.51 | 01/25 | 2,223.00 | 02/05 | 264.35 |
| 01/14 | 88.00 | 01/26 | 14.35 | 02/08 | 264.37 |
| 01/15 | 78.00 | 01/28 | 164.35 | | |
| 01/22 | 2,258.00 | 02/01 | 64.35 | | |

## ❑ Overdraft Protection Plan

BankAmericard Visa 4313-0751-6052-5875          Overdraft coverage available $400.00

Continued on next page

Page 9 of 21

**Statement Period: March 13 through April 9, 2010**
**Account Number: 03864-68482**

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Deposits and Credits** | | |
| 03/15 | Online Banking transfer from Chk 3547 Confirmation# 5171052196 | | $200.00 |
| 03/19 | NSF/OD Fee Refund Fdes Nmo 0006576 Nbko74c | | 35.00 |
| 03/19 | CA Tlr transfer Banking Ctr Glendale Main          #0000162 CA Confirmation# 6602629857 | | 2,600.00 |
| 03/22 | Online Banking transfer from Chk 3098 Confirmation# 6211608241 | | 250.00 |
| 04/09 | CA Tlr transfer Banking Ctr Pico La Cienega          #0000308 CA Confirmation# 2883616978 | | 186.07 |
| | **Total Deposits and Credits** | | $3,271.07 |
| | **Withdrawals, Transfers and Account Fees** | | |
| 03/15 | Online Banking transfer to Chk 3547 Confirmation# 6171048835 | | $100.00 |
| 03/16 | Overdraft Item Fee | | 35.00 |
| 03/16 | Overdraft Item Fee | | 35.00 |
| 03/18 | Overdraft Item Fee | | 35.00 |
| 03/19 | NSF: Returned Item Fee | | 35.00 |
| 03/23 | Home Depot 0649  DES:Purchase   Ck#148     Glenca INDN:140031000005000825811  Co ID:9036360649 POP Ref:010082005148982 | | 64.75 |
| 04/06 | Overdraft Item Fee | | 35.00 |
| 04/06 | Overdraft Item Fee | | 35.00 |
| | **Total Withdrawals, Transfers and Account Fees** | | $374.75 |

## ☐ Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $175.00 | $175.00 |
| Total NSF: Returned Item Fees | $35.00 | $70.00 |

We refunded to you a total of $34.98 in fees for Overdraft and/or NSF: Returned Items this statement period and a total of $34.98 in fees for Overdraft and/or NSF: Returned Items this year.

## ☐ Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/15 | -$ 1,633.32 | 03/19 | 574.68 | 04/05 | - 116.07 |
| 03/16 | - 1,703.32 | 03/22 | 814.68 | 04/06 | - 186.07 |
| 03/17 | - 1,990.32 | 03/23 | 729.93 | 04/09 | .00 |
| 03/18 | - 2,025.32 | 03/24 | 128.93 | | |

**California**

JEANTINE NAZAR
JEANTINE NAZAR

Statement Date: May 11, 2010

## ❏ Account Activity   Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 05/03 | The Gas Company  DES:Paid Scgc  ID:0204224447 INDN:1272668315945      Co ID:8882052494 WEB Ref:010123009677113 | | 305.79 | |
| 05/03 | Check Card Purchase on 04/30 (Card #425187044), Keller Williams Real E 818-432-3200 CA  Ref #2407105012298714175319 | | 25.00 | |
| 05/03 | Check Card Purchase on 04/30 (Card #425187044), City Of Glendale   U1i 818-5483300 CA  Ref #24492790122118000101877 | | 90.33 | |
| 05/03 | Check Card Purchase on 04/30 (Card #425187044), City Of Glendale   U1i 818-5483300 CA  Ref #24492790122118000101885 | | 128.95 | |
| 05/03 | Check Card Purchase on 04/30 (Card #425187044), City Of Glendale   U1i 818-5483300 CA  Ref #24492790122118000101893 | | 137.76 | |
| 05/03 | Check Card Purchase on 05/01 (Card #425187044), T-Mobile.Com*payment 800-937-8997 WA  Ref #2469216012100011006366 | | 121.46 | |
| 05/04 | Check | | $ 66.50 | |
| 05/04 | Loanservicing   DES:Automatic  ID:000000170900188 INDN:Jeantine Nazar      Co ID:1231694840 PPD Ref:010123016625913 | | 2,124.95 | |
| 05/04 | Check Card Purchase on 05/02 (Card #425187044), Worldventures972 805510 972-9856841 TX  Ref #2455930012390001101 9157 | | 39.94 | |
| 05/04 | Check Card Purchase on 05/02 (Card #425187044), Total Woman Gym And ATM 818-5522027 CA  Ref #2441800012312317931 3505 | | 59.00 | |
| 05/05 | Overdraft Item Fee | | $ 35.00 | |
| 05/05 | Overdraft Item Fee | | 35.00 | |
| 05/05 | Overdraft Item Fee | | 35.00 | |
| 05/07 | Deposit | | | $ 1,400.00 |
| 05/10 | Deposit | | | $ 1,600.00 |
| 05/10 | Check | | $ 543.89 | |
| 05/10 | Check | | 850.00 | |
| 05/10 | Purchase on 05/08 (Card #425187044), Glen Petro Inc Glendale  CA | 364158 | 15.00 | |
| 05/11 | Interest Paid from 04/14/10 Through 05/11/10 | | | $ .03 |
| 05/11 | Monthly Service Charge | | $ 20.00 | |
| 05/11 | Vonage America  DES:Vonage    ID:6700811 INDN:Jeantine *nazar     Co ID:0000097538 WEB Ref:010130011208833 | | 34.15 | |

## ❏ Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $105.00 | $105.00 |
| Total NSF: Returned Item Fees | $0.00 | $0.00 |

## ❏ Overdraft Protection Plan

BankAmericard Visa 4313-0751-6052-5875                    Overdraft coverage available $0.00

Continued on next page

California

Page 4 of 5

Page 11 of 21

JEANTINE NAZAR
JEANTINE NAZAR

Statement Date: June 11, 2010

☐ **Account Activity**   Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 05/18 | Check Card Purchase on 05/18 (Card #425187044), Charter Communications 888-438-2427 CA  Ref #2469216013800082483 0368 | | 22.97 | |
| 05/20 | Cash withdrawal on 05/20, Bank of America ATM #ICAD7259 (Card #425187044) | 009693 | $ 20.00 | |
| 05/20 | Cash withdrawal on 05/20, Bank of America ATM #ICAD7259 (Card #425187044) | 009695 | 20.00 | |
| 05/20 | Check Card Purchase on 05/18 (Card #425187044), Hunt Outpatient Image 6262298969 CA  Ref #2432303013912 2440010091 | | 25.00 | |
| 05/20 | Check Card Purchase on 05/18 (Card #425187044), Ronald S. Wu, M.D. Glendale CA  Ref #2407150139380141045558 | | 25.00 | |
| 05/21 | Check Card Purchase on 05/19 (Card #425187044), Total Woman Gym And ATM Glendale CA  Ref #2441800014014008143 0804 | | $ 49.00 | |
| 05/24 | Seq # Terminal Error Reversal | | | $ 20.00 |
| 05/24 | Vonage America   DES:Vonage    ID:4168636 INDN:Jeantine *nazar     Co ID:0000097538 WEB Ref:010144002108688 | | $ 39.99 | |
| 05/24 | Western Res Life DES:Inspayment ID:15b3092958 30 INDN:Jeantin Nazar DES:Co ID:9331162657 PPD Ref:010141009837279 | | 100.00 | |
| 05/25 | Overdraft Item Fee | | $ 35.00 | |
| 05/25 | Overdraft Item Fee | | 35.00 | |
| 05/28 | La County    DES:Payroll    ID:451418-00221727 INDN:Nazar, Jeantine    Co ID:8956000927 PPD Ref:010144006944834 | | | $ 2,202.13 |
| 05/28 | Check Card Purchase on 05/26 (Card #425187044), Keller Williams Real E 818-432-3200 CA  Ref #2407105014798714530 3195 | | $ 25.00 | |
| 06/01 | Deposit | | | $ 700.00 |
| 06/01 | Check | | $ 525.00 | |
| 06/01 | Cash withdrawal on 06/01, Bank of America ATM #ICAN3260 (Card #425187044) | 001530 | 100.00 | |
| 06/01 | Purchase on 05/31 (Card #425187044), Whole Foods Mark Glendale  CA | 820725 | 7.99 | |
| 06/01 | Purchase on 05/30 (Card #425187044), Trader Joe's # 05 Glendale  CA | 453616 | 21.12 | |
| 06/01 | Check Card Purchase on 05/30 (Card #425187044), T-Mobile.Com*payment 800-937-8997 WA  Ref #2469216015000076175 3378 | | 152.96 | |
| 06/01 | Check Card Purchase on 05/30 (Card #425187044), Chevron 00206258 Glendale CA  Ref #2462512015040144639 6748 | | 13.42 | |
| 06/01 | Check Card Purchase on 05/31 (Card #425187044), Rovia Travel 888-711-5007 TX  Ref #2444746015170008124 3924 | | 164.49 | |
| 06/01 | Check Card Purchase on 05/28 (Card #425187044), Healthcare Partners Pasadena CA  Ref #2432303014912214801 0094 | | 10.00 | |
| 06/01 | Check Card Purchase on 05/28 (Card #425187044), Chevron 00206258 Glendale CA  Ref #2462512014940143512 1945 | | 31.66 | |
| 06/01 | Check Card Purchase on 05/30 (Card #425187044), Charter Communications 888-438-2427 CA  Ref #2469216015000069417 1060 | | 55.43 | |
| 06/02 | Deposit | | | $ 900.00 |
| 06/02 | Cash withdrawal on 06/01, Bank of America ATM #ICAN3625 (Card #425187044) | 008490 | $ 200.00 | |
| 06/02 | The Gas Company  DES:Paid Scgc  ID:0204224447 INDN:1275228452283    Co ID:8882052494 WEB Ref:010152013151561 | | 36.79 | |

Continued on next page

California

Page 3 of 4



# EXHIBIT "B"

# OVERDRAFT FEES TABLE

JEANTINE NAZAR
JEANTINE NAZAR

Statement Date: June 11, 2010

☐ **Account Activity**   Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 06/03 | Check Card Purchase on 06/02 (Card #425187044), Short Sale Guide 877-338-3353 OR  Ref #2411039015320045960022 | | $ 195.00 | |
| 06/03 | Check Card Purchase on 06/02 (Card #425187044), Total Woman Gym And ATM 818-5522027 CA  Ref #2441800015315306050160 | | 59.00 | |
| 06/04 | Check Card Purchase on 06/02 (Card #425187044), Worldventures972 805510 972-9856841 TX  Ref #2455930015490017920491 | | $ 39.94 | |
| 06/07 | Online Banking transfer to Chk 3098 Confirmation# 3079866027 | | $ 400.00 | |
| 06/07 | Check Card Purchase on 06/04 (Card #425187044), Simonian Farms Fresno CA  Ref #2407105015798719264337 | | 49.97 | |
| 06/09 | Deposit | | | $ 500.00 |
| 06/09 | Check Card Purchase on 06/08 (Card #425187044), Hertz Rent-A-Car Pasadena CA  Ref #2427530015975318010915 | | $ 240.17 | |
| 06/09 | Check Card Purchase on 06/07 (Card #425187044), Comfort Inn - Cordelia Fairfield CA  Ref #2471705015915159212168 | | 98.78 | |
| 06/11 | Interest Paid from 05/12/10 Through 06/11/10 | | | $ .05 |
| 06/11 | Monthly Service Charge | | $ 20.00 | |

☐ **Total Overdraft Fees and NSF: Returned Item Fees**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $70.00 | $175.00 |
| Total NSF: Returned Item Fees | $0.00 | $0.00 |

☐ **Overdraft Protection Plan**

BankAmericard Visa 4313-0751-6052-5875                    Overdraft coverage available $0.00

☐ **ATM Information**

This period, you visited the following ATM locations:

**Bank of America's ATM Network**
- #ICAD7259 Bank Of America, Los Angeles, CA
- #ICAN3260 Bank Of America, Glendale, CA
- #ICAN3625 Bank Of America, Glendale, CA

California

Statement Date: July 13, 2010

## ❏ **Account Activity**   Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 07/13 | Check Card Purchase on 07/12 (Card #425187044), Amazon Mktplace Pmts Amzn.Com/Bill WA  Ref #2469216019300053843404 6 | | 15.85 | |

## ❏ **Total Overdraft Fees and NSF: Returned Item Fees**

| | Total for This Period | Total Year-to-Date | |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 | We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this statement period and a |
| Total NSF: Returned Item Fees | $0.00 | $0.00 | total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year. |

## ❏ **Overdraft Protection Plan**

BankAmericard Visa 4313-0751-6052-5875                 Overdraft coverage available $0.00

## ❏ **ATM Information**

This period, you visited the following ATM locations:

**Bank of America's ATM Network**
- #ICAN3260 Bank Of America, Glendale, CA
- #ICAN3625 Bank Of America, Glendale, CA
- #ICAN4167 Bank Of America, Los Angeles, CA
- #ICAN5042 Bank Of America, Los Angeles, CA

**Non-Bank of America ATMs**
- #00906355 Le Raincy C, Le Raincy Centr, Le Raincy,

California                                            Page 5 of 5

Page 15 of 21

Statement Date: August 12, 2010

## ☐ **Account Activity**   Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 08/02 | Bk Of AM Crd ACH DES:Paybyphone ID:01328875 INDN:532906455454540900000 Co ID:3001190310 PPD Ref:010214006177593 | | 319.00 | |
| 08/02 | Online Banking transfer to Chk 3098 Confirmation# 6170702705 | | 320.00 | |
| 08/03 | Deposit | | | $ 700.00 |
| 08/03 | Deposit | | | 700.00 |
| 08/03 | Check Card Purchase on 08/02 (Card #425187044), Total Woman Gym And ATM 818-5522027 CA  Ref #24418000214214174733902 | | $ 59.00 | |
| 08/03 | Check Card Purchase on 07/30 (Card #425187044), Aaa CA Member Payment 800-222-8794 CA  Ref #24435650214473634414823 | | 96.33 | |
| 08/04 | Check Card Purchase on 08/02 (Card #425187044), Worldventures9728055100 972-9856841 TX  Ref #24559300215900016328735 | | $ 39.94 | |
| 08/05 | Credit Card Adjustment Fdes Nnf 0003991 Nbk4zs4 | | | $ 105.00 |
| 08/05 | Credit Card Adjustment Fdes Nnf 0003991 Nbk4zs4 | | | 319.00 |
| 08/05 | Check # 1158 | | $ 150.00 | |
| 08/05 | Check # 1160 | | 50.00 | |
| 08/05 | Purchase on 08/05 (Card #425187044), Arco Paypoint  Los Angeles  CA | 272263 | 33.41 | |
| 08/05 | Aaa Insurance-Wb DES:Payment    ID:020101003126490 INDN:Jeantine Nazar       Co ID:5952553663 WEB Ref:010216005582672 | | 73.04 | |
| 08/05 | Aaa Insurance-Wb DES:Payment    ID:200104018838967 INDN:Jeantine Nazar       Co ID:1950865700 WEB Ref:010216005578571 | | 147.74 | |
| 08/05 | Aaa Insurance-Wb DES:Payment    ID:200105018838845 INDN:Jeantine Nazar       Co ID:1950865700 WEB Ref:010216005578602 | | 218.44 | |
| 08/09 | Purchase on 08/08 (Card #425187044), Radio Shack  Glendale CA | 665735 | $ 13.16 | |
| 08/09 | Purchase on 08/09 (Card #425187044), Costco Whse #0  Los Angeles  CA | 949400 | 49.25 | |
| 08/09 | Home Depot 0649  DES:Purchase  Ck#1157     Glenca INDN:140031000005450456521 Co ID:9036350649 POP Ref:010221008031561 | | 718.31 | |
| 08/10 | Deposit | | | $ 700.00 |
| 08/10 | Check # 1161 | | $ 50.00 | |
| 08/10 | Check Card Purchase on 08/08 (Card #425187044), Jcpenney Store 0699 Glendale CA  Ref #24299160221906446247341 | | 21.94 | |
| 08/11 | Citicards Pymt   DES:Phone Pymt ID:111 INDN:0b03e34a7b70c4cd       Co ID:1460358360 PPD Ref:010223011173920 | | $ 250.00 | |
| 08/12 | Interest Paid from 07/14/10 Through 08/12/10 | | | $ .08 |
| 08/12 | Monthly Service Charge | | $ 20.00 | |

## ☐ **Total Overdraft Fees and NSF: Returned Item Fees**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total NSF: Returned Item Fees | $0.00 | $0.00 |

We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year.

Continued on next page

California

Statement Date: September 13, 2010

☐ **Account Activity**   Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 09/01 | La Co Ttc Paymnt DES:Purc070876 ID:3530780855 INDN:jeantine nazar  780855  Co ID:T956000927 WEB Ref:010244000281328 | | 1,544.41 | |
| 09/02 | Check # 1170 | | $ 30.00 | |
| 09/02 | Check # 1176 | | 45.00 | |
| 09/03 | Deposit | | | $ 700.00 |
| 09/03 | Check # 1174 | | $ 25.00 | |
| 09/03 | Check # 1175 | | 50.00 | |
| 09/03 | Check Card Purchase on 09/02 (Card #425187044), Total Woman Gym And ATM 818-5522027 CA  Ref #244180002452450612319000 | | 59.00 | |
| 09/07 | Deposit | | | $ 300.00 |
| 09/07 | Check # 1172 | | $ 120.00 | |
| 09/07 | Purchase on 09/04 (Card #425187044), G & M Oil Co I Camarillo  CA | 576292 | 40.00 | |
| 09/07 | Check Card Purchase on 09/02 (Card #425187044), Worldventures9728055100 972-9856841 TX  Ref #245593002469000181119416 | | 39.94 | |
| 09/07 | Check Card Purchase on 09/05 (Card #425187044), Combined La Westside MI 310-3581100 CA  Ref #244927902481180000100522 | | 210.00 | |
| 09/07 | Check Card Purchase on 09/05 (Card #425187044), Moca Bunker Hill Los Angeles CA  Ref #243230002492532480011534 | | 20.00 | |
| 09/09 | Aaa Insurance-Wb DES:Payment    ID:020101003126490 INDN:Jeantine Nazar        Co ID:5952553663 WEB Ref:010251004074481 | | $ 104.00 | |
| 09/09 | Aaa Insurance-Wb DES:Payment    ID:200104018838967 INDN:Jeantine Nazar        Co ID:1950865700 WEB Ref:010251004065108 | | 147.74 | |
| 09/09 | Aaa Insurance-Wb DES:Payment    ID:200105018838845 INDN:Jeantine Nazar        Co ID:1950865700 WEB Ref:010251004065337 | | 218.44 | |
| 09/09 | Check Card Purchase on 09/08 (Card #425187044), Fedex Office #3702 Glendale CA  Ref #244450002542720802166001660 | | 3.53 | |
| 09/13 | Deposit | | | $ 1,400.00 |
| 09/13 | Deposit | | | 1,800.00 |
| 09/13 | Interest Paid from 08/13/10 Through 09/13/10 | | | .04 |
| 09/13 | Purchase on 09/11 (Card #425187044), Big 5 Sptg Gds Glendale  CA  CA | 323971 | $ 18.65 | |
| 09/13 | Monthly Service Charge | | 20.00 | |
| 09/13 | Purchase on 09/11 (Card #425187044), Target T2307 G Glendale  CA | 013195 | 24.82 | |
| 09/13 | Purchase on 09/13 (Card #425187044), Arco Paypoint  Los Angeles  CA | 228855 | 35.25 | |
| 09/13 | Check Card Purchase on 09/11 (Card #425187044), Trader Joe's #053  Qps Glendale CA  Ref #244939802551910022008409 | | 17.74 | |
| 09/13 | Check Card Purchase on 09/11 (Card #425187044), Pizza Hut 026194261930 Glendale CA  Ref #241640702558353123629533 | | 13.17 | |
| 09/13 | Check Card Purchase on 09/12 (Card #425187044), T-Mobile.Com"payment 800-937-8997 WA  Ref #246921602550004642647277 | | 308.38 | |

☐ **Total Overdraft Fees and NSF: Returned Item Fees**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total NSF: Returned Item Fees | $0.00 | $0.00 |

We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year.

Continued on next page

California

Page 4 of 5

Page 17 of 21

Statement Date: October 12, 2010

## ☐ Account Activity  Continued

| Date Posted | Description | Reference # | Debits | Credits |
|---|---|---|---|---|
| 10/05 | Aaa Insurance-Wb DES:Payment   ID:200105021949182 INDN:Jeantine Nazar   Co ID:1950865700 WEB Ref:01027700330984 | | 214.44 | |
| 10/05 | Check Card Purchase on 10/04 (Card #425187044), Total Woman Gym And ATM 818-5522027 CA  Ref #24418000277277178442402 | | 59.00 | |
| 10/06 | Check # 1187 | | $ 50.00 | |
| 10/06 | Citicards Pymt   DES:Phone Pymt ID:1190 INDN:0b03e34a7b70c4cd   Co ID:1460358360 PPD Ref:010279005437951 | | 250.00 | |
| 10/06 | Check Card Purchase on 10/05 (Card #425187044), Trader Joe's #053  Ops Glendale CA  Ref #24493980279191008913624 | | 8.77 | |
| 10/06 | Check Card Purchase on 10/06 (Card #425187044), Charter Communications 888-438-2427 CA  Ref #24692160279000381952794 | | 61.40 | |
| 10/07 | Check # 1179 | | $ 10.00 | |
| 10/07 | Check # 1189 | | 55.00 | |
| 10/07 | Cash withdrawal on 10/07, Bank of America ATM #ICAN3260 (Card #425187044) | 008603 | 40.00 | |
| 10/08 | Check # 1177 | | $ 10.00 | |
| 10/12 | Deposit | | | $ 1,800.00 |
| 10/12 | Interest Paid from 09/14/10 Through 10/12/10 | | | .05 |
| 10/12 | Check # 1186 | | $ 20.00 | |
| 10/12 | Speedpay       DES:Speedpay   ID:89640613 INDN:Jeantine Nazar      Co ID:9200327034 TEL Ref:010285005883167 | | 12.00 | |
| 10/12 | Monthly Service Charge | | 20.00 | |
| 10/12 | CA Tlr cash withdrawal from Chk 3547 Banking Ctr Los Angeles Civic Center #0000021 CA Confirmation# 9091630186 | | 50.00 | |
| 10/12 | Grn Tree       DES:Grn Tree   ID:89640613 INDN:Jeantine Nazar      Co ID:9200327032 TEL Ref:010285005883150 | | 551.89 | |
| 10/12 | Check Card Purchase on 10/12 (Card #425187044), H2o Mop Ultra 1 of 1 719-948-1581 CA  Ref #24692160285000365224014 | | 178.23 | |

## ☐ Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total NSF: Returned Item Fees | $0.00 | $0.00 |

We refunded to you a total of $35.00 in fees for Overdraft and/or NSF: Returned Items this year.

## ☐ Overdraft Protection Plan

BankAmericard Visa 4313-0751-6052-5875                     Overdraft coverage available $0.00

## ☐ ATM Information

This period, you visited the following ATM locations:

**Bank of America's ATM Network**
- #ICAN3260 Bank Of America, Glendale, CA
- #ICAN3773 Bank Of America, Los Angeles, CA

Page 18 of 21

# EXHIBIT "C"

# ACCOUNT CLOSING STATEMENT MARCH 2011

# Bank of America

0386 P P
E0-2

IIlIlaaIllaIIIlIaIadaIllaIIIIaaIIIallaaIIaIllaIIlI
JEANTINE NAZAR
1109 CAMPBELL ST
GLENDALE   CA  91207-1608

## Your Bank of America Prima Account Statement

**Statement Period:**
February 9 through March 14, 2011

**Account Number: 03865-43547**

**At Your Service**
Call: 1.800.432.1000 - Customer Service

**Written Inquiries**
Bank of America
Woodland Hills Branch
PO Box 37176
San Francisco, CA 94137-0176

Customer since 2006
Bank of America appreciates your business and we enjoy serving you.

Our Online Banking service allows you to check balances, track account activity and more. **With Online Banking you can also view up to 18 months of this statement online and even turn off delivery of your paper statement.** Enroll at www.bankofamerica.com.

## Tiered Interest Checking
### ❑ Summary of Your Prima Interest Checking Account

| | | | | |
|---|---|---|---|---|
| Beginning Balance on 02/09/11 | $67.90 | | Annual Percentage Yield earned this period | 0.04% |
| Total Deposits | + 1,860.80 | | Interest paid year-to-date | $.08 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 1,867.90 | | Number of ATM withdrawals and transfers | 0 |
| Interest Paid | + .01 | | Number of purchase transactions | 0 |
| Service Charge | - 25.00 | | Number of 24 Hour Customer Service Calls Self-Service Assisted | 0 0 |
| *Ending Balance* | $35.81 | | | |

### ❑ Important Information About Your Account

A monthly service charge was applied to your Prima Account because on 02/18 your balance was below the minimum balance requirement of $10,000.

Total interest paid to your account in 2010 : $.62

### ❑ Branch/ATM Deposits

| Number | Date Posted | Amount |
|---|---|---|
| | 02/10 | $1,800.00 |

### ❑ Checks Paid

| Date Paid | Number | Amount | Date Paid | Number | Amount |
|---|---|---|---|---|---|
| 02/15 | 1236 | $ 52.18 | **Total of 2 Checks Paid** | | **$1,052.18** |
| 02/14 | 1237 | 1,000.00 | | | |

Continued on next page

California

Page 1 of 2



Statement Period: February 9 through March 14, 2011
Account Number: 03865-43547

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Deposits and Credits** | | |
| 02/25 | Refund Overpayment-Safe Deposit Box Rent Fdes Nsc 7555200 Nbkrgbc | | $20.00 |
| 03/14 | Visa Instant Cash Transfer | | 40.80 |
| | *Total Deposits and Credits* | | *$60.80* |
| | **Withdrawals, Transfers and Account Fees** | | |
| 02/14 | Green Tree     DES:Reg Paymnt ID:89640613 INDN:Jeantine Nazar Co ID:1411807858 PPD Ref:011042007575190 | | $543.89 |
| 02/18 | CA Tlr cash withdrawal from Chk 3547 Banking Ctr Glendale Main #0000162 CA Confirmation# 6307200625 | | 271.83 |
| | *Total Withdrawals, Transfers and Account Fees* | | *$815.72* |
| | **Interest Paid** | | |
| 03/14 | Interest Paid from 02/09/11 Through 03/14/11 | | $.01 |
| | **Service Charge** | | |
| 03/14 | Monthly Service Charge | | $25.00 | Charge |

## ☐ Daily Balance

Withdrew to close account

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/10 | $ 1,867.90 | 02/15 | | | BofA Reopened w/out 20.00 |
| 02/14 | 324.01 | 02/18 | Account closed 271.83 .00 | 02/25 03/14 | my Konsent 35.81 |

## ☐ Overdraft Protection Plan

BankAmericard Visa 4313-0751-6052-5875          Overdraft coverage available $0.00