SOUTHERN DISTRICT OF FLORIDA
UNITED STATES DISTRICT COURT

CASE NO. 1:09-MD-02036-JLK

FILED by _____ D.C.
OCT - 4 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK
*Yourke, et al. v. Bank of America, N.A.*

S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## OBJECTION OF CLASS MEMBER SPENCER JONES

Settlement Class Member SPENCER JONES ("Class Member" and/or "Objecting Party") hereby OBJECTS to the Settlement and payment of attorneys' fees in the above-named matter on the grounds and for the reasons as follows:

In accordance with Paragraph 62 of the [PROPOSED] Settlement Agreement this Objecting Party submits the following:

a. IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION MDL No. 2036;

b. Spencer Jones, spencerjones010@gmail.com[1], 323.247.1024.

c. This Objecting Party is a Member of the Settlement Class by virtue of having had a Bank Of America savings and checking account against which illegal fees and charges were assessed between January 1, 2001, to the present, and is a customer who was assessed illegal bank fees during this period and until the present;

d. The Settlement as proposed is wholly insufficient to compensate this Objecting Party for the financial atrocities committed by Bank against this Objecting Party. Even after the proposed Settlement, Bank continues to employ against this Objecting Party the same egregious practices complained of in the Class Action Complaint;

---

[1] This Objecting Party is presently homeless partially due to the complained of practices of Bank and can only be reliably reached at the e-mail address listed above.

e. Objection: the number of times an Objector has objected to a class action is irrelevant to the merits of this litigation. Notwithstanding this Objection, this Objecting Party has never objected to a settlement in a class action;

f. Objection: listing former class counsel is an intimidating tactic and it is inappropriate to demand such information outside of the federal discovery procedures;

g. Objection: it is impossible for an Objecting Party to know how many times a counsel or law firm has objected to a class action and it is unnecessarily punitive to require this information from Objectors. Notwithstanding this Objection, this Objecting Party has no counsel at present;

h. Objection: such information regarding "agreements" between client and counsel is privileged. Notwithstanding this Objection, this Objecting Party has no counsel at present and no agreements have been reached with any counsel;

i. This Objecting Party is not presently represented by counsel and cannot answer at this time whether independent counsel will be retained and if retained will appear at the hearing;

j. This Objecting Party is not presently aware of any person or persons who will appear at the hearing;

k. This Objecting Party does intend to appear at the hearing;

1. Dated this 25th day of September, 2011.

/s/ Spencer Jones
Spencer Jones

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail on September 25, 2011, on all counsel and parties of record on the Service List below.

*/s/ Spencer Jones*
Spencer Jones

## SERVICE LIST

| The Honorable James Lawrence King<br><br>James Lawrence King Federal Justice Building<br><br>99 N.E. Fourth Street<br>Miami, FL 33128<br>(305) 523-5100 | Bruce Rogow<br>Alters Law Firm<br>4141 N.E. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Tel: 305-571-8550<br>Fax: 305-571-8558 | Barry R. Davidson<br>1111 Brickell Ave # 2500<br>Miami, FL 33131-3155<br>(305) 810-2539 |
|---|---|---|

Spencer Jones
Spencerjonesp100@gmail.com
C/O Lawrence King
3116 E. Fourth St
Miami, FL 33128

MDL 2036
B of A Overdraft Settlement

33132+2143

The Honorable James Saurence King
James Saurence King Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33128