Clerk of the Court
U.S. District Court for the Southern
District of Florida

James Lawrence Fed. Justice Building
99 North Eeast Fourth St.
Miami, Fl. 33132

FILED by _____ D.C.

OCT - 4 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Exclude me from the Bank of America
Settlement in In Re: Checking Account
overdraft litigation, 1:09-M.D.02036.JLK.

Thank you for your consideration.

Natasha Radovanovic
420 Lincoln St.
Santa Rosa. Ca.
          95901

(707) 544-4189



Natasha Radovanovic
420 Lincoln St.
Santa Rosa, CA 95401-5108

NORTH BAY CA 949

28 SEP 2011 PM 11



PERRY MASON

33132+2140

Clerk of the Court
U.S. District for the Southern District of Florida
Jame Lawrence Fed. Justice Building
99 North East Fourth St.
Miami, Fl 33132