UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT          Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION
                                 Date    October 5, 2011

                                 JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference___
Pre-Trial Conference ___        Motion Hearing   X

Counsel for Plaintiff: Robert Gilbert, Esq. Aaron Podhurst, Esq. Stuart Grossman, Esq.  Bruce Rogow, Esq.  Robert Josepberg, Esq. (See attachment for additional appearances

Counsel for Defendant: Lawrence J. Hutt, Esq.   Christopher S. Tarbell, Esq.  Barry R. Davidson, Esq.  (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____
- Oral Arguments were held re: Consideration to Appoint A Special Master re: Settlement with Bank of America
- Counsel for the Plaintiffs (Bruce Rogow, Esq. And Aaron Podhurst, Esq.)represents to the Court that they are working towards the Final Settlement Hearing on November 7, 2011 and will file their responses to the Objections filed on a timely basis
- Counsel for the Defendant (Lawrence J. Hutt, Esq.) (Herman J. Russomanno, III, Esq.) Represents to the Court that the schedule for the Final Settlement Hearing is evident.  Also, that the appointment of a Special Master will delay the Final Approval of the Settlement
- Both sides represents to the Court that there is no need for

an appointment of a Special Master and suggests that the Court is most qualified and able to weigh the objections and enter a Final Judgment
- The Court finds that he <u>will not</u> appoint a Special Master
- The Court will set aside approximately 2 days for the Final Settlement Hearing
- The Court requests that the parties submit an order outlining the ruling by the Court

# PLEASE PRINT LEGIBLY

October 5, 2011        09-2036-MDL

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Aaron Podhurst | Podhurst Orseck | 305 358-2800 | P.E. Committee |
| Bruce Rogow | Bruce Rogow | 954 7678909 | PEC Committee |
| Steve Marks | Podhurst Orseck | 305 358 2800 | PEC Committee |
| Peter Prieto | Podhurst Orseck | 305-358-2800 | PEC |
| Seth Miles | Grossman Roth | 305-442-8666 | PEC |
| Stephen Rosenthal | Podhurst Orseck | 305-358-2800 | PEC |
| David Buckner | Grossman Roth | 305-442-8666 | PEC |
| Stuart Grossman | Grossman Roth | 305-442-8666 | PEC |
| David Stellings | Lieff Cabraser | 212-355-9500 | PEC |
| Nicholas Carlin | Phillips, Erlewine | 415-398-0900 | PEC |
| Chris Tarbell | Arnold & Porter LLP | 213-243-4000 | Bank of America |
| Laurence J. Hutt | Arnold & Porter LLP | 213-243-4000 | Bank of America |
| Richard Diaz | Richard Diaz, PA | 305-444-7701 | — |
| Avi Kaufman | Carlton Fields | 305 539 7326 | Bankbond |

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| JR Liebler | Liebler Gonzalez | 305-379-0400 | BJA |
| Stuart Ratzan | Ratzan Law Group | 305 3746366 | Raponi/Hunter |
| Brian Silverio | Silverio & Hall | 305 371-2754 | Eliz. Locke/Michell Locke Michael/Frank Vilece Todd Taylor/Taylor Hushes ) objection |
| Robert Borrello | Russomanno & Borrello | 305-373-2101 | Raponi/Hunt |
| Herman Russomanno | Russomanno + Borrello | — | Raponi/Hunter |
| Herman Russomanno III | Russomanno + Borrello | — | Raponi/Hunt |
| Bryce Albu | Reeder & Reeder | 561-575-9721 | Compass |
| William C. Heaton | William C. Heaton, PA | 305-579-9813 | TTS |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |