UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Casayuran, et al. v. PNC Bank, National Association.*
S.D. FL. Case No. 10-cv-20496-JLK

*Cowen, et al. v. PNC Bank, National Association.*
S.D. FL. Case No. 10-cv-21869-JLK

*Hernandez, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21868-JLK

*Matos v. National City Bank*
S.D. FL. Case No. 10-cv-21771-JLK

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR PHILIP N. YANNELLA

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges for Defendants' Out-of-State Attorney requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the Untied States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), permission for a limited appearance of and electronic filing privileges for the attorney listed in

paragraph 2 below who is or seeks to become counsel of record to cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of Electronic Filing Privileges for Defendants' Out-of-State Attorney is GRANTED.

2. The following attorney is permitted to appear and participate in this action on behalf of his respective clients:

**For PNC Bank, National Association**

Philip N. Yannella, Esquire
yannellap@ballardspahr.com
Ballard Spahr LLP
1735 Market, Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215. 864.8180
Facsimile: 215.864.8999

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status Conference [DE 134] at ¶ 15, the attorney named in paragraph 2 shall be allowed to file and

receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

6. Further, all attorneys to this action, both now and in the future who are not registered users of the Southern District of Florida CM/ECF system and seek electronic filing privileges, shall submit the attached certificate of understanding, with an original signature, to the Court Administrator-Clerk of Court for the Southern District of Florida to be kept by the District Attorney Admissions Deputy Clerk.

7. The Court hereby directs the Court Administrator-Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph 2 as he submitted with his Motion his original certificate of understanding.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this 5th day of October, 2011.

Honorable James Lawrence King
Senior United States District Judge