UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**STIPULATION AND [PROPOSED] ORDER AMENDING THE SUPPLEMENTAL
BRIEFING SCHEDULE ON ARBITRATION MOTION IN LIGHT OF THE
COLUMBUS DAY HOLIDAY**

1. On September 20, 2011, the parties to the above-captioned actions filed a

stipulation addressing the supplemental briefing on the pending arbitration motion of defendant

Wells Fargo Bank, N.A. ("Wells Fargo"), with the first set of simultaneous briefs due on October

10, and simultaneous responsive briefs due on October 24.  (DE # 1892.)  The Court adopted the parties' proposed dates in a Scheduling Order the following day.  (DE # 1896).

   2. It has subsequently come to the attention of counsel that Monday, October 10, 2011 is a national holiday (Columbus Day) recognized under Fed. R. Civ. P. Rule 6.  Therefore, counsel request that the Court amend its Order (DE # 1896) to clarify that the actual filing deadline for the first set of simultaneous briefs is October 11, 2011, and that the filing deadline for the responsive briefs be correspondingly extended by one day to October 25, 2011.

   3. Accordingly, the parties hereby respectfully request that the Court amend its previous Scheduling Order described above, so that the deadline to file the first set of supplemental briefs is October 11, 2011, and the deadline to file any responsive briefs is October 25, 2011.

Dated:  October 6, 2011

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Blvd.
Eleventh Floor
Coral Gables, FL 33134
Tel:  (305) 442-8666
Fax:  (305) 779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Barry R. Davidson
Barry R. Davidson, Esquire
Florida Bar No. 107678
bdavidson@hunton.com
Jamie Zysk Isani, Esquire
Florida Bar No. 728861
jisani@hunton.com
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida  33131
Tel:  (305) 810-2500
Fax:  (305) 810-2460

*Defendants' Liaison Counsel and Counsel for Defendant WELLS FARGO BANK, N.A.*

## **ORDER**

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this ___ day of October 2011.

                                                                                                            _____
                                                                                                              JAMES LAWRENCE KING
                                                                                                              UNITED STATES DISTRICT JUDGE
                                                                                                              SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

  /s/ Barry R. Davidson
  Barry R. Davidson

4