UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## ORDER ON HEARING TO CONSIDER APPOINTMENT OF A MASTER

**THIS CAUSE** came before the Court on October 5, 2011 on the *sua sponte* Order Setting Hearing to Consider Appointment of a Master [**DE # 1897, 1900, 1947**]. Having heard counsels' comments and being otherwise advised in the premises, it is **ORDERED, ADJUDGED and DECREED** that the Court will not appoint a Special Master for the purpose of making a report and recommendation on Plaintiffs' Motion for Final Approval of Settlement, Application of Service Awards, and Class Counsel's Application for Attorney's Fees and Expenses [**DE # 1885**]. The Court will conduct the Final Approval Hearing scheduled for November 7, 2011 at 9:30 a.m.

**DONE and ORDERED** at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of October, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

All Counsel of Record