October 3, 2011

Candice M. Tillman
6052 Riveroak Terrace
College Park, GA 30349

Clerk of the Court, US District Court for the Southern District of Florida
400 N. Miami Avenue
8th Floor
Miami, FL 33128
(305) 523-5100

Regarding Case No: 09MD2036

I did not receive a notice regarding the case number listed above but feel that I should be included in the settlement. Please add my name and information as listed above as an eligible member for a payment of the Class Action Settlement.

Please contact me if there is a need for additional information from me at (770) 996-1236.

Thank you for your cooperation.

*Candice M. Tillman* (signed)
Candice M. Tillman

FILED by _____ D.C.
OCT 06 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA — MIAMI