UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTION

*Daniels v. RBS Citizens, N.A.*
D. Ma. Case No. 10-cv-10386
S.D. Fla. Case No. 1:10-cv-22014-JLK

*Duval v. RBS Citizens, N.A.*
N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla. Case No. 1:10-cv-22942-JLK

*Blankenship v. RBS Citizens, N.A.*
D. RI. Case No. 10-cv-02718
S.D. Fla. Case No. 1:10-cv-22942-JLK

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO CLAIMS OF PLAINTIFF RHONDA WINKELMAN

THIS MATTER is before the Court on the Stipulation of Voluntary Dismissal of Claims of Plaintiff Rhonda Winkelman (D.E. #1957), filed October 6, 2011, in the above-styled action.

After a careful review of the record and the court being otherwise fully advised in the premises, it is ORDERED, ADJUDGED and DECREED that the claims asserted by class representative Rhonda Winkelman against Defendants RBS Citizens, N.A. and Citizens Bank of Pennsylvania are hereby DISMISSED without prejudice.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 11th day of October, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record