UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Wolfegeher v. Commerce Bank, N.A.*
W.D. MO Case No. 10-cv-00328
S.D. Fla. Case No. 1:10-cv-22017-JLK

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

THIS MATTER is before the Court on Commerce Bank, N.A.'s Unopposed Motion for Leave to File Opposition to Plaintiffs' Motion to Compel Production of Documents (D.E. #1960), filed October 6, 2011 in the above-styled action.

After a careful review of the record and the court being otherwise fully advised in the premises, it is ORDERED, ADJUDGED and DECREED that the Motion (D.E. #1960) is hereby GRANTED. Commerce Bank, N.A. has up to and including October 17, 2011 within which to file its response to Plaintiffs' Motion to Compel Production of Documents (D.E. #1894).

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 11th day of October, 2011.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record