

IN THE UNITED STATES DISTRICT COURT DISTRICT OF OREGON ( PORTLAND )

USDC-ORP #; 3;93-cv-00288-AS  &  3;92-cv-01562-AS

IN THE

U.S DISTRICT COURT DISTRICT FOR THE SOUTHERN DISTRICT OF FLORIDA

USDC-FLSD CASE NUMBER : 1;09-MD-02036-JLK

FILED 06 OCT '11 11:38 USDC-ORP

1. Brian L. Morgan & For Payee Edward Wright Jr. Joint Account Holder & The People Of Oregon USA
2. Address : 8006 SE Taggart St. Portland Oregon, 97206-1071     OREGON
3. Phone Number Primary : 503-703-5867  : Phone Emergency Only : 503-774-6321  AUDITS DIVISION
4. Pro Se Counsel Brian L. Morgan E-Mail :   specialistmorganusarmy9443@live.com   ORE-11-01-0002
5. vs.                                                                          6660
6. In Re: Checking Account Overdraft Litigation B of A Case # : USDC-FLSD 1;09-MD-02036-JLK
7. _____
8. Attn: Presiding Judge King – FLSD & Chief Judge Aiken – ORP  &  Chief Justice Roberts – USSC
9. USDC-FLSD #: 1;09-MD-02036-JLK = USDC-ORP #; 3;92-cv-01562-AS & 3;93-cv-00288-AS
10. Notice of Intention to Appear : Motions by Telephone or Video Instance Messenger on 11-07-2011 or
11. In Person in the US District Court Portland or as the Court Directs due inability to travel to Florida
12. B Of A Account #: 485005405199 & 485003747354 & 485005260596 & 485005260606
13. _____
14. The Reasons you want to be heard : Objection &  Motions to Amend the Charges to Include :
15. Objection 1 : Failing to Public Announce Case by Television & Radio & New Paper In Oregon & USA
16. For the B of A Current and Pass Account Holder to Responded or to Claim the Right in the Case
17. There for the People of Oregon & the USA Required Correct Announcements for 120 days & Rehearing
18. Motion 1 : To Amend The Complaints to Include the Following Charges : Exhibits Computer Disks 1 to 4
19. Motion 2 : To Amend Complaints to add Civil Negligence ORS : 654.0778 – Contesting Violation: -
20. Hearing admissibility in Criminal or Civil Penalty Proceeding of Stipulations Involving Violations.
21. Motion 3 : To Amend Oregon Criminal Measure 11 : ORS - 165.080 - Falsifying Business Records B Of A
22. Motion 4 : To Amend Oregon Criminal Measure 11 : ORS - 165.100 – Issuing A False Financial Statements
23. _____
24. Copies of Exhibits Page 1 to 10 =  B of A = Banking Account Statements & Computer Disk Files Exhibits
25. _____
26. Thank you Brian.L. Morgan Pro Se Counsel :        Date :
27. _____*Brian L. Morgan*_____            _10-06-2011_
28. Phone Number Primary : 503-703-5867  : Phone Emergency Only : 503-774-6321
29. Pro Se Counsel E-Mail :   specialistmorganusarmy9443@live.com
30. Oregon Secretary of State Audits Division Number: ORE-11-01-0002 Computer File Exhibits Disks 1 to 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 1:09-md-2036-King

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☑ CD's, DVD's, VHS Tapes, Cassette Tapes       / XP
- ☐ OTHER=