UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One Financial Corp and Capital One Bank (USA), N.A.*
E.D. La. Case No. 2:10-cv-01505
S.D. FL Case No. 1:10-cv-22058-JLK

FOURTH TRANCHE

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR PLAINTIFF'S OUT-OF-STATE ATTORNEY

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Docket No. 166), the undersigned respectfully moves for admission and electronic filing privileges for Conlee S. Whiteley, who is counsel of record in a case(s) that originated in another district(s) and has been transferred to this MDL proceeding, for purposes of limited appearance as counsel on behalf of Leanne Steen, and in support thereof states as follows:

1.  Conlee S. Whiteley is counsel for Leanne Steen in a case that originated in Louisiana and has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

2. Conlee S. Whiteley is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bar of her respective jurisdiction[1].

> Conlee S. Whiteley
> c.whiteley@kanner-law.com
> KANNER & WHITELEY, LLC
> 701 Camp Street
> New Orleans, LA 70130
> Telephone: (504) 524-5777
> Facsimile: (504) 524-5763

3. MDL Rule 1.4 states that "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

4. Conlee S. Whiteley hereby requests the Court provide Notice of Electronic Filings to Conlee S. Whiteley at the following email addresses: c.whiteley@kanner-law.com.

5. Conlee S. Whiteley hereby requests the Court allow her to file documents electronically through this Court's CM/ECF system.

6. Pursuant to MDL Rule 1.4, Conlee S. Whiteley requests that the Court waive the filing fee of $75.00.

7. As required by the Court's November 24, 2009 Order (Docket No. 166), Ms. Whiteley has executed the Certificate of Understanding Re: Electronic Filing in the Southern District of Florida. The Certificate is attached hereto as Exhibit A. Consistent with this Court's November 24, 2009 Order, undersigned is simultaneously sending the Certificate of

---

[1] A certification signed by the attorney listed in paragraph 2, stating that she is a member in good standing of her respective jurisdiction and has reviewed the Local Rules of the United States District Court for the Southern District of Florida is attached hereto as Exhibit A.

Understanding containing Ms. Whiteley's original signature to be kept on record with the District's Attorney Admission's Deputy Clerk.

WHEREFORE, the undersigned hereby moves this Court to enter an Order permitting Conlee S. Whiteley to appear before this Court on behalf of Leanne Steen for all purposes relating to the proceedings in the above-styled matters, directing the Clerk to provide notice of electronic filings to Conlee S. Whiteley, and directing the Clerk to assign a CM/ECF user name and password.

Dated: October 7, 2011

    Respectfully Submitted,

**KANNER & WHITELEY, L.L.C.**

By: _/s/ Conlee S. Whiteley_

ALLAN KANNER
Louisiana Bar No. 20580
a.kanner@kanner-law.com
CONLEE S. WHITELEY
Louisiana Bar No. 22678
c.whiteley@kanner-law.com
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777
Fax: (504) 524-5763

*and*

GOLOMB & HONIK, P.C.

Richard M. Golomb
rgolomb@golombhonik.com
Ruben Honik
rhonik@golombhonik.com
Kenneth Grunfeld
kgrunfeld@golombhonik.com
1515 Market Street
Suite 1100
Philadelphia, PA 19102

*and*

THE BIZER LAW FIRM

Andrew Bizer (LA #30396)
Andrew@bizerlaw.com
757 St. Charles Ave. Suite 304
New Orleans, LA 70130

## CERTIFICATE OF SERVICE

I, hereby certify that on October 7, 2011, I sent the Motion for Limited Appearance of and Electronic Filing Privileges for Plaintiff's Out-of-State Attorney via the United States Postal Service to the Office of the Clerk for the United States District Court in the Southern District of Florida Clerk and electronically to opposing counsel.

/s/ *Conlee S. Whiteley*
Conlee S. Whiteley

October 7, 2011

# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One Financial Corp and
Capital One Bank (USA), N.A.*
E.D. La. Case No. 2:10-cv-01505
S.D. FL Case No. 1:10-cv-22058-JLK

FOURTH TRANCHE

## CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the State of Louisiana.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attentions of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

{Cases; 00008919.DOCX} 10/7/2011; 10:00:57
X:\Cases\0868\00008919.DOCX                                1

|  |  |
|---|---|
| Name: | Conlee S. Whiteley |
| State Bar No.: | 22678 |
| Firm Name: | KANNER & WHITELEY, LLC |
| Address: | 701 Camp Street |
|  | New Orleans, LA 70130 |
| Telephone No.: | (504) 524-5777 |
| E-mail address: | c.whiteley@kanner-law.com |
| Fax No.: | (504) 524-5763 |

Dated: __Oct. 7__, 2011

_____
Conlee S. Whiteley
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763

*Attorney for Leanne Steen*

# EXHIBIT B

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that_____

_____ Ms. Conlee Schell Whiteley _____

whose address is _____ 701 Camp St _____

_____ New Orleans, LA  70130-3701 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____8th_____ day of __October_____, __1993____.

Given over my hand and the Seal of the Louisiana State Bar Association, this____8th____ day of ___June_____, __2011_____.

_____
Executive Director
Louisiana State Bar Association

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One Financial Corp and
Capital One Bank (USA), N.A.*
E.D. La. Case No. 2:10-cv-01505
S.D. FL Case No. 1:10-cv-22058-JLK

FOURTH TRANCHE

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR <u>CONLEE S. WHITELEY</u>

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges for Plaintiffs' Out-of-State Attorney requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), permission for a limited appearance of and electronic filing privileges for the attorney listed in paragraph 2 below who is or seeks to become counsel of record to cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of Electronic Filing Privileges for Plaintiff's Out-of-State Attorney is GRANTED.

2. The following attorney is permitted to appear and participate in this action on behalf of her respective client:

**For Leanne Steen**

Conlee S. Whiteley
c.whiteley@kanner-law.com
Kanner & Whiteley, LLP
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777
Facsimile: (504) 524-5763

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status Conference [DE 134] at ¶ 15, the attorney named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

6. Further, all attorneys to this action, both now and in the future who are not registered users of the Southern District of Florida CM/ECF system and seek electronic filing privileges, shall submit the attached certificate of understanding, with an original signature, to the Court Administrator-Clerk of Court for the Southern District of Florida to be kept by the District Attorney Admissions Deputy Clerk.

7. The Court hereby directs the Court Administrator-Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph 2 as she submitted with her Motion her original certificate of understanding.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this _____ day of _____, 2011.

_____
Honorable James Lawrence King
Senior United States District Judge