UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One Financial Corp and
Capital One Bank (USA), N.A.*
E.D. La. Case No. 2:10-cv-01505
S.D. FL Case No. 1:10-cv-22058-JLK

FOURTH TRANCHE

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Leanne Steen ("Steen"), who hereby requests that M. Ryan Casey be withdrawn as counsel of record in the above-captioned matter.

Plaintiff will continue to be represented by:

KANNER & WHITELEY, L.L.C.

ALLAN KANNER
Louisiana Bar No. 20580
a.kanner@kanner-law.com
CONLEE S. WHITELEY
Louisiana Bar No. 22678
c.whiteley@kanner-law.com
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777
Fax: (504) 524-5763

*and*

GOLOMB & HONIK, P.C.

Richard M. Golomb
rgolomb@golombhonik.com
Ruben Honik
rhonik@golombhonik.com
Kenneth Grunfeld
kgrunfeld@golombhonik.com
1515 Market Street
Suite 1100
Philadelphia, PA 19102

*and*

THE BIZER LAW FIRM

Andrew Bizer (LA #30396)
Andrew@bizerlaw.com
757 St. Charles Ave. Suite 304
New Orleans, LA 70130

WHEREFORE, Plaintiff respectfully requests that M. Ryan Casey be granted leave to withdraw as counsel for Plaintiff in the above-captioned matter and shows to the Court that Plaintiff will in no way be prejudiced by the requested withdrawal.

Date: October 7, 2011

Respectfully submitted,

**KANNER & WHITELEY, L.L.C.**

By: */s/ Conlee S. Whiteley*

ALLAN KANNER
Louisiana Bar No. 20580
a.kanner@kanner-law.com
CONLEE S. WHITELEY
Louisiana Bar No. 22678

3

c.whiteley@kanner-law.com
701 Camp Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5777
Fax: (504) 524-5763

*and*

GOLOMB & HONIK, P.C.

Richard M. Golomb
rgolomb@golombhonik.com
Ruben Honik
rhonik@golombhonik.com
Kenneth Grunfeld
kgrunfeld@golombhonik.com
1515 Market Street
Suite 1100
Philadelphia, PA 19102

*and*

THE BIZER LAW FIRM

Andrew Bizer (LA #30396)
Andrew@bizerlaw.com
757 St. Charles Ave. Suite 304
New Orleans, LA 70130

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with opposing counsel, and they are unopposed to the foregoing motion.

By:   */s/ Conlee S. Whiteley*
Conlee S. Whiteley

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument has been served on all counsel of record

by electronic mail and U.S. postal service on this 7th day of October, 2011.

By:  <u>/s/ Conlee S. Whiteley</u>
Conlee S. Whiteley
