UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09 MD 2036 JLK

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

OCT 12 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

9-20-2011
New Date
10-4-2011

To Whom It May Concern:

I Dianna Kline, have two objection to this lawsuit.

(1). I cannot afford to make the trip, and I do not drive.

(2). I have a cell phone and the only time I can get calls, without being charged is 9:01 P.M., Monday–Friday. I am on minutes during the day. Saturday and Sunday are off minutes hours. Otherwise I would like to participate in the settlement.

Sincerely Yours
Dianna Kline

Name: Miss. Dianna Kline
Address: 7413 38th Avenue
City and State: Sacramento, Califorina. 95824

Phone: (916) 217-2487

P.S. I don't own a computer. Case Number is 09MD 2036