Kenneth J. Grunfeld
kgrunfeld@golombhonik.com

# GOLOMB & HONIK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1515 MARKET STREET
SUITE 1100
PHILADELPHIA, PA 19102

215-985-9177
FAX: 215-985-4169



FILED by _____ D.C.
OCT 14 2011
STEVEN M. LARIMORE
CLERK U.S.
S. D. of FL.

October 10, 2011

MDL Clerk
United States District Court Clerk's Office
Wilkie D. Ferguson, Jr. United States Court House
400 North Miami Avenue, 8th Floor
Miami, FL 33128

Re:   In Re: Checking Account Litigation
      Docket No: 1:09-md-02036-JLK

Dear Sir/Madam:

Kindly remove from the captioned docket Stephan Matanovic, Esquire and Damien Zillas, Esquire as counsel to be notified on behalf of plaintiffs in the captioned action as Attorneys Matanovic and Zillas are no longer with the firm of Golomb & Honik, P.C. Ruben Honik, Esquire, Kenneth J. Grunfeld, Esquire and the firm of Golomb & Honik, P.C. remain counsel of record on behalf of plaintiffs and should continue to receive e-mail notification of ECF filings in the captioned action.

If you have any questions, please do not hesitate to contact our office.

Thank you for your assistance in this matter.

Sincerely,

Kenneth J. Grunfeld
**GOLOMB & HONIK, P.C.**

KG/lp