UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
[FOURTH TRANCHE ACTION]

*Steen v. Capital One Financial Corp and Capital One Bank (USA), N.A.*
E.D. La. Case No. 2:10-cv-01505
S.D. FL Case No. 1:10-cv-22058-JLK

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE comes before the Court on Plaintiff Leanne Steen's Motion to Withdraw as Counsel (DE #1976), filed October 13, 2011. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED, ADJUDGED and DECREED that:

The Motion to Withdraw as Counsel (DE #1976) is GRANTED.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this 17th day of October, 2011.

Honorable James Lawrence King
Senior United States District Judge

Copies furnished to:
All Counsel of Record