UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## ORDER DENYING EMERGENCY MOTION

The application for an Emergency Motion, filed by five Class Members in the above-styled case to determine the need for expedited discovery on their objections to the settlement agreement between the parties that was preliminarily approved on May 13, 2011, and is scheduled for final hearing on November 7, 2011, is untimely and lacks grounds establishing emergency need for the discovery, or the reason why the objectors have waited until the "eleventh hour" to bring this matter to the Court's attention. Objectors' motion was filed of record on October 14, 2011 and first brought to this Court's attention by the Clerk of Court at 9:00 a.m., October 17, 2011 (D.E. #1993). The Plaintiffs' Response (D.E. #1995) was filed within a matter of a few hours furnished by the Clerk to the Court on October 17, 2011. The carefully structured dates and times set

by notice to All Class Members of the Court's preliminary approval of settlement May 24, 2011 (D.E. #1520) and the deadlines for filing any objections on or before October 3, 2011 as set forth in the pleadings and have been carefully considered and carefully reconsidered, by the Court in ruling upon this Motion.

The Court, finding that adequate time has been provided to all Class Members to prepare for, and be ready to assert whatever objections their individual positions may indicate is appropriate at the November 7, 2011 hearing, does hereby

ORDER, ADJUDGE and DECREE that the individual Class Members' Emergency Motion (D.E. #1993) filed October 14, 2011 be, and the same is hereby DENIED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 18th day of October, 2011.

　　　　　　　　　　　　　　　　　/s/ James Lawrence King
　　　　　　　　　　　　　　　　　JAMES LAWRENCE KING
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record