UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
 )
MDL No. 2036 )
_____ )

THIS DOCUMENT RELATES ONLY TO: )
 )
*Moore v. SunTrust Bank* )
S.D. Fla. Case No. 1:11-cv-22454 )
_____ )

## STIPULATION OF DISMISSAL

The Plaintiff Jason R. Moore, individually ("Moore"), and the Defendant SunTrust Bank ("SunTrust"), by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) have agreed to enter a joint stipulation of dismissal with prejudice as follows:

1. On July 8, 2011, Moore filed a Class Action Complaint and Demand for Jury Trial ("Class Action Complaint") against SunTrust arising from a deposit account that Moore maintained at SunTrust.

2. On August 8, 2011, SunTrust filed an Answer to the Class Action Complaint.

3. On August 31, 2011, SunTrust filed a Motion to Compel Arbitration and Stay Action, which motion is currently pending.

4. Moore has not filed a motion pursuant to Rule 23 of the Federal Rules of Civil Procedure to certify a class in this action, and no class has been certified.

5.  Moore and SunTrust have consented to a dismissal with prejudice of this action.

6.  Each party agrees to bear its own costs of this action.

7.  This action is hereby DISMISSED WITH PREJUDICE.


This 18th day of October, 2011.

                JASON R. MOORE

                By: /s/ Steven R. Jaffe
                One of His Attorneys

                Gary M. Farmer, Jr. (Florida Bar No. 914444)
                Steven R. Jaffe (Florida Bar No. 390770)
                Mark S. Fistos (Florida Bar No. 909191)
                FARMER, JAFFE, WEISSING, EDWARDS
                      FISTOS & LEHRMAN, P.L.
                425 North Andrews Avenue, Suite 2
                Fort Lauderdale, Florida 33301
                (954) 524-2820
                (954) 524-2822 (fax)
                gary@pathtojustice.com
                steve@pathtojustice.com
                mark@pathtojustice.com

                William M. Sweetnam (Illinois Bar No. 6226203)
                SWEETNAM LLC
                707 Skokie Boulevard, Suite 600
                Northbrook, Illinois 60062
                (847) 498-7500
                (847) 919-4399
                wms@sweetnanlllc.com
                *Attorneys for Plaintiff Jason R. Moore*


                By: /s/ Lynette Eaddy Smith
                William N. Withrow, Jr.
                Georgia Bar No. 772350
                Lynette Eaddy Smith
                Georgia Bar No. 236841
                Lindsey B. Mann

Georgia Bar No. 431819
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree St., N.E.
Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 962-6703

*Attorneys for Defendant SunTrust Bank*