UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,
MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
*Sachar, et al. v. IBERIABANK Corporation, et. al.*
S.D. Fla. Case No. 1:11-CV-22844-JLK

_____/

### AGREED ORDER GRANTING LEAVE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT IN EXCESS OF 20 PAGES

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Leave to File Motion for Preliminary Approval of Class Settlement in Excess of 20 Pages. The Court having reviewed the file and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Parties' motion is GRANTED.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami-Dade County, Florida this 19th day of October, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record