UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO
FIRST TRANCHE ACTIONS

Tornes v. Bank of America, N.A.
S.D. Fla. Case no. 1:08-cv-23323-JLK

Yourke, et.al. v. Bank of America, N.A.
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal Case No. 3:09-2186
_____/

CERTIFICATE OF UNDERSTANDING RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bar of Texas and the Southern District of Texas, United States District Court.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will

be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

Name: Stephen R. Cochell, Esquire
State Bar No. Texas 24044255
Fed. Bar No. 08355 (S.D. Texas)
Firm Name: The Cochell Law Firm, P.C.
Address: 7026 Old Katy Rd., Ste. 259
Houston, Texas 77096
Phone No: (713)980-8796
Fax No: (713)980-1179
Email: srcochell@cochellfirm.com

Dated: October 6, 2011

Respectfully submitted,

THE COCHELL LAW FIRM

By: _____
Stephen R. Cochell
Texas Bar No. 24044255
Fed. Bar No. 0032453
7026 Katy Road, Suite 259
Houston, Texas 77024
Tel: (713) 980.8796
Fax: (713) 980.1179
srcochell@cochellfirm.com