UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES ONLY TO:

*Moore v. SunTrust Bank*
S.D. Fla. Case No. 1:11-cv-22454-JLK

## FINAL ORDER OF DISMISSAL WITH PREJUDICE
## AS TO THE INDIVIDUAL CASE REFERENCED ABOVE

THIS MATTER is before the Court on the Stipulation of Dismissal of Claims of Plaintiff Jason R. Moore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (D.E. #2002) filed October 18, 2011, in the above-styled action. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE the individual case referenced above.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and U.S. Courthouse, Miami, Florida, this 19th day of October, 2011.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record