**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
  )
MDL No. 2036 )
_____ )
THIS DOCUMENT RELATES ONLY TO: )
  )
*Moore v. SunTrust Bank* )
S.D. Fla. Case No. 1:11-cv-22454 )
_____ )

**NOTICE OF REQUEST TO BE REMOVED FROM ELECTRONIC SERVICE LIST**

Steven R. Jaffe, of the law firm of Farmer, Jaffe, Weissing, Edwards, Fistos & Lerhman, P.L., requests that he be removed from this Court's electronic service list for this case.

/s/Steven R. Jaffe
Steven R. Jaffe
Florida Bar No. 390770
**Farmer, Jaffe, Weissing,
Edwards, Fistos & Lehrman, P.L.**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
800-400-1098
954-524-2820
954-524-2822 fax
steve@pathtojustice.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM.

/s/ Steven Jaffe
Attorney

**SERVICE LIST**

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION
MDL No. 2036**

A. Kelly Brennan    kbrennan@balch.com

A. L. Emch    aemch@jacksonkelly.com

A. Stephen Hut , Jr    steve.hut@wilmerhale.com

Aaron Samuel Podhurst    apodhurst@podhurst.com, amann@podhurst.com

Aaron Stenzler Weiss    aweiss@carltonfields.com, jpimentel@carltonfields.com, mramudo@carltonfields.com

Alan E. Schoenfeld    alan.schoenfeld@wilmerhale.com

Alan Gary Kipnis    agkipnis@arnstein.com

Alan Graham Greer    agreer@richmangreer.com, vcordero@richmangreer.com

Alan S. Kaplinsky    kaplinsky@ballardspahr.com, kaplinsky@ballardspahr.com

Albert J. Rota    ajrota@jonesday.com

Alexandra S. Bernay    xanb@rgrdlaw.com, BonnyS@rgrdlaw.com, e_file_sd@rgrdlaw.com, michelew@rgrdlaw.com, RachelJ@rgrdlaw.com

Alexandria Rose Kachadoorian    akachadoorian@stroock.com

Alfred W.J. Marks    awjmarks@daypitney.com

Allan Kanner    a.kanner@kanner-law.com

Allen Paige Pegg    apegg@mwbm.com, kruiz@mwbm.com, scolas@mwbm.com

Andrew Carpenter    acarpenter@shb.com

Andrew S. Oettinger    aoettinger@gklaw.com, promich@gklaw.com

3

Ari Y. Brown      ari@hbsslaw.com, dawn@hbsslaw.com

Arlene Stevens      astevens@triefandolk.com

Barbara Viniegra      bviniegra@cfclaw.com

Barbara E. Olk      bolk@triefandolk.com

Barry R. Himmelstein      bhimmelstein@lchb.com

Barry Rodney Davidson      bdavidson@hunton.com, jisani@hunton.com, mbardelas@hunton.com, pestes@hunton.com, vchapunoff@hunton.com

Benjamin F. Johns      bfj@chimicles.com

Benjamine Reid      breid@carltonfields.com, cfelipe@carltonfields.com

Beth A. Alexander      ealexander@lchb.com, ealexander@lchb.com

Beth E. Terrell      bterrell@tmdlegal.com, bkinsey@tmdlegal.com, enordby@tmdlegal.com, filing@tmdlegal.com

Beth J. Kushner      bkushner@vonbriesen.com

Bharati O. Sharma      bsharma@pbmattorneys.com

Bonny E. Sweeney      bonnys@csgrr.com, bonnys@csgrr.com

Brian C. Frontino      bfrontino@stroock.com

Brian Joseph Stack      bstack@stackfernandez.com, mwolf@stackfernandez.com

Bruce Heller Nagel      bnagel@nagelrice.com

Bruce S. Rogow      guntherc@rogowlaw.com

Bryanne J. Schmitt      bschmitt@cov.com, clannin@cov.com, jlieu@cov.com, rberana@cov.com

Burton H. Finkelstein      bfinkelstein@finkelsteinthompson.com

4

Carey Gavin Been      cbeen@kellergrover.com

Carrie Ann Wozniak      carrieann.wozniak@akerman.com, jeannine.ryan@akerman.com

Casey J. McTigue      cjm@severson.com

Catherine C. Whittaker      cwhittaker@shb.com, dnunn@shb.com, klemon@shb.com

Charles D. Marshall      ncmd@classcounsel.com

Charles M. Delbaum      cdelbaum@nclc.org, cdelbaum@nclc.org

Christina Guzman      cguzman@hlglawyers.com

Christopher A. Riley      chris.riley@alston.com

Christopher J. Willis      willisc@ballardspahr.com

Christopher R. Lipsett      chris.lipsett@wilmerhale.com, brian.sutherland@wilmerhale.com, Craig.Heeren@wilmerhale.com, jamie.dycus@wilmerhale.com, tabitha.oman@wilmerhale.com

Christopher Scott Tarbell      christopher.tarbell@aporter.com, kathryn.digalbo@aporter.com, sharon.mayo@aporter.com

Christopher Stephen Carver      christopher.carver@akerman.com, cary.gonzalez@akerman.com

Clifford H. Ruprecht      cruprecht@pierceatwood.com

Conlee S. Whiteley      c.whiteley@kanner-law.com

Cortlin H. Lannin      clannin@cov.com, pmandujano@cov.com

Darrell W. Scott      scottgroup@mac.com

Darren T. Kaplan      dkaplan@chitwoodlaw.com

Darryl May      may@ballardspahr.com

David Buckner      dbu@grossmanroth.com, imp@grossmanroth.com

David Burrage      davidburrage@burragelaw.com

David Pastor      dpastor@gilmanpastor.com

David Pope      dpope@mayerbrown.com

David B. Darden      dbd@phrd.com

David F. Adler      dfadler@jonesday.com, nmadamczyk@jonesday.com

David Henry Lichter      dlichter@hlglawyers.com

David Lawrence Ferguson      ferguson@kolawyers.com, martinez@kolawyers.com

David M. Given      dmg@phillaw.com

David M. Jolley      djolley@cov.com, echiulos@cov.com, jlieu@cov.com

David S. Stellings      dstellings@lchb.com

David Sapir Lesser      david.lesser@wilmerhale.com

Debra Bogo-Ernst      dernst@mayerbrown.com

Derek T. Braslow      dbraslow@pbmattorneys.com

Don M. Downing      ddowning@grgpc.com

Drew M. Hicks      dhicks@kmklaw.com

Edith M. Kallas      ekallas@wdklaw.com, ecf@wdklaw.com

Edward Adam Webb      adam@webbllc.com, adam@webbllc.com

Edward D. McDevitt      emcdevitt@bowlesrice.com

Edward E. Feinstein      efeinstein@stemberfeinstein.com, filings@stemberfeinstein.com

Edward M. Waller , Jr      ewaller@fowlerwhite.com, mdoll@fowlerwhite.com

Elizabeth S. Pehrson     epehrson@cov.com

Ellen M. Doyle     edoyle@stemberfeinstein.com

Elliot Burt Kula     elliot@kulaandsamson.com

Emily Johnson Henn     ehenn@cov.com

Eric C. Bosset     ebosset@cov.com

Eric Jon Taylor     ejt@phrd.com

Erin Lind Shencopp     eshencopp@jonesday.com

Ernest H. Short     eshort@burragelaw.com

Ethan Wall     ewall@richmangreer.com, ihormilla@richmangreer.com

Eugene J. Benick     ebenick@finkelsteinthompson.com

Floyd E. Boone     fboone@bowlesrice.com

Frederic Dorwart     fdorwart@fdlaw.com

G. Franklin Lemond , Jr     flemond@webbllc.com

Gabriel Hernandez Scannapieco     gscannapieco@jonesday.com

Genessa A. Stout     genessa@hbsslaw.com, Sean@hbsslaw.com

Gerry S. Gibson     gerry@reederandreeder.com, debbie@reederandreeder.com

Gregory C. Cook     gcook@balch.com

Gretchen M. Callas     gcallas@jacksonkelly.com, alilly@jacksonkelly.com

Hassan A. Zavareei     hzavareei@tzlegal.com, mgoschalk@tzlegal.com

Herman Joseph Russomanno , III     herman2@russomanno.com

Howard A. Pollack    hpollack@gklaw.com, mhojnacki@gklaw.com

Irene Oria    ioria@stroock.com, lacalendar@stroock.com

Isam C. Khoury    ikhoury@ckslaw.com, aworden@ckslaw.com, matlas@ckslaw.com

J. Michael Medina    mmedina@fdlaw.com

Jae Kook Kim    jkk@mccunewright.com

James Blackburn    james.blackburn@aporter.com

James A. Dunbar    jadunbar@venable.com, ccjohnson@venable.com

James B. Greer    jgreer@krcl.com

James E. Preston    jep@prestonlaw.us

James G. Wilcoxen    jim@wilcoxenlaw.net

James P. Muehlberger    jmuehlberger@shb.com

James R. McGuire    jmcguire@mofo.com, jfogel@mofo.com, KFitzPatrick@mofo.com, rlim@mofo.com, rlin@mofo.com

James Randolph Liebler    jrl@lgplaw.com, christopher.tarbell@aporter.com, eic@lgplaw.com, mg@lgplaw.com, sg@lgplaw.com, tjd@lgplaw.com

Jamie Zysk Isani    jisani@hunton.com, avasilievich@hunton.com

Jan T. Chilton    jtc@severson.com

Jason R. Alderman    jalderman@aldermankodsi.com

Jeffery B. Potts    jeffpottslawoffice@yahoo.com

Jeffrey Aaron Backman    jabackman@arnstein.com, jmunoz-gueits@arnstein.com

Jeffrey D. Kaliel    jkaliel@tzlegal.com

Jeffrey F. Keller     jfkeller@kellergrover.com, cbeen@kellergrover.com, jdierking@kellergrover.com, kscanlan@kellergrover.com, sshattuck@kellergrover.com

Jeffrey James Geraci     jgeraci@ckslaw.com, aworden@ckslaw.com, matlas@ckslaw.com

Jeffrey Miles Ostrow     ostrow@kolawyers.com, becker@kolawyers.com, garcia@kolawyers.com

Jennifer S. Wagner     jwagner@stollberne.com, jsloan@stollberne.com

Jeremy William Alters     Jeremy@alterslaw.com, Janelle@alterslaw.com, marisela@alterslaw.com, Matthew@alterslaw.com

Jill Griset     jgriset@mcguirewoods.com

Joe R. Whatley , Jr     jwhatley@wdklaw.com, ecf@wdklaw.com

John Gravante , III     jgravante@podhurst.com, aturk@podhurst.com, ndagher@podhurst.com

John B. Sullivan     jbs@severson.com

John L. Kirtley     jkirtley@gklaw.com

John Martin Cooney     jmcooney@arnstein.com, iadanilyan@arnstein.com, twhite@arnstein.com

John Matthew Geyman     mgeyman@jphillipslaw.com, cgray@jphillipslaw.com, jphillips@jphillipslaw.com

John Moore Brumbaugh     jbrumbaugh@richmangreer.com, brodriguez@richmangreer.com

John S. Hughes     jhughes@wallacegraham.com

John T. Prisbe     jtprisbe@venable.com, ralathe@venable.com, wrthomas@venable.com

John William Davis     john@johnwdavis.com, jwdflsd@gmail.com

Jonathan F. Feczko     jffeczko@jonesday.com

Jonathan Marc Streisfeld     streisfeld@kolawyers.com, marino@kolawyers.com

Jordan Elias     jelias@lchb.com, jelias@lchb.com

Joseph A. Hummel     jhummel@krcl.com

Joseph G. Sauder     jgs@chimicles.com

Joseph N. Kravec , Jr     jkravec@stemberfeinstein.com

Joshua Yount     jyount@mayerbrown.com

Joshua D. Dunlap     jdunlap@pierceatwood.com

Joshua L. Ross     jross@stollberne.com

Julia B. Strickland     jstrickland@stroock.com

Julie K. Biermacher     jbiermacher@krcl.com

Kadhine Fitz-Patrick     kfitzpatrick@mofo.com

Karen L. Lugosi     klugosi@lugosilaw.com

Karin Bornstein Swope     kswope@kellerrohrback.com, kpeterson@kellerrohrback.com, rrousseau@kellerrohrback.com

Kathleen R. Scanlan     kscanlan@kellergrover.com

Kellie C. Clark     kcclark@jacksonkelly.com

Kenneth C. Johnston     kjohnston@krcl.com, jbiermacher@krcl.com, jgreer@krcl.com, jhummel@krcl.com, kmassey@krcl.com, laaron@krcl.com, smckanna@krcl.com, ssnow@krcl.com

Kenneth J. Grunfeld     kgrunfeld@golombhonik.com

Laurence J. Hutt     laurence.hutt@aporter.com, nancy_perkins@aporter.com

Lawrence Dean Goodman     lgoodman@devinegoodman.com, efiling@devinegoodman.com,

jberklund@devinegoodman.com, mcortes@devinegoodman.com, rkuntz@devinegoodman.com, smallet@devinegoodman.com

Leah R. Mosner     lmosner@stroock.com

Lindsey Elisa Bowen     lindsey.bowen@troutmansanders.com, lindsey.bowen@troutmansanders.com

Lisa B. Gates     lgates@jonesday.com

Lisa M. Simonetti     lsimonetti@stroock.com, lacalendar@stroock.com

Lucia Nale     lnale@mayerbrown.com

Lucus A. Ritchie     lritchie@pierceatwood.com

Lynette Eaddy Smith     lynette.smith@troutmansanders.com, lynette.smith@troutmansanders.com

Margaret D. Wilkinson     mwilkinson@cov.com

Margaret G. May     mmay@cov.com, mcanalita@cov.com

Mariah E. Murphy     murphym@ballardspahr.com, murphym@ballardspahr.com

Marian Sirote Rosen     marian@marianrosen.com, ladon@marianrosen.com, susan@marianrosen.com

Mark Adam Griffin     mgriffin@kellerrohrback.com

Mark Douglas Lonergan     mdl@severson.com, cjm@severson.com, kml@severson.com, mck@severson.com, mtm@severson.com

Mark S. Fistos     mark@pathtojustice.com, ecf@pathtojustice.com

Martin C. Bryce , Jr     bryce@ballardspahr.com

Matthew D. Schelkopf     mds@chimicles.com

Matthew John Zuchetto     matthewzuchetto@mac.com

Matthew R. Alsip       mralsip@venable.com, mralsip@venable.com

Megan C. Kelly       mck@severson.com

Michael Burrage       mburrage@burragelaw.com

Michael A. Caddell       mac@caddellchapman.com

Michael B. Apfeld       mapfeld@gklaw.com, bsweeney@gklaw.com

Michael D. Singer       msinger@ckslaw.com, aworden@ckslaw.com, matlas@ckslaw.com

Michael Ross Tein       tein@lewistein.com, kgaunt@lewistein.com, kmeyers@lewistein.com, mcapote@lewistein.com

Michael W. Sobol       msobol@lchb.com

Mikaela Bernstein       mbernstein@lchb.com, cchan@lchb.com, jrudnick@lchb.com

Mimi Yang       mimiyang@mofo.com, mimiyang@mofo.com

Nancy H. Baughan       nbaughan@phrd.com

Neil David Kodsi       nkodsi@aldermankodsi.com, jalderman@aldermankodsi.com, jstewart@thealdermanlawfirm.comcastbiz.net

Niall Torrence McLachlan       nmclachlan@carltonfields.com, cguzman@carltonfields.com

Nicholas A. Carlin       nac@phillaw.com, nac@phillaw.com

Nicole Gilkeson       ngilkeson@cov.com

Pamina E. Ewing       pewing@stemberfeinstein.com

Patricia Nicole Syverson       psyverson@bffb.com

Patrick J. Sheehan       psheehan@wdklaw.com

Peter Prieto       pprieto@podhurst.com, aturk@podhurst.com, jgravante@podhurst.com,

12

ndagher@podhurst.com

Peter S. Pearlman     psp@njlawfirm.com

Peter W. Homer     phomer@homerbonnerlaw.com, gtrask@homerbonner.com, pperaza@homerbonner.com

Philip N. Yannella     yannellap@ballardspahr.com

Piret Loone     pl@severson.com

R. Scott Erlewine     rse@phillaw.com

Rachel L. Jensen     rachelj@rgrdlaw.com, rachelj@rgrdlaw.com

Randy Rosenblum     RRosenblum@fdlaw.net

Reid Mullen     rmullen@cov.com

Richard Heimann     rheimann@lchb.com

Richard D. McCune , Jr     rdm@mccunewright.com

Rita F. Lin     rlin@mofo.com, rlin@mofo.com

Robert C. Josefsberg     rjosefsberg@podhurst.com, folmos@podhurst.com, mestrada@podhurst.com, mvalledor@podhurst.com

Robert Cecil Gilbert     rcg@grossmanroth.com, dbu@grossmanroth.com, dmm@grossmanroth.com, sem@grossmanroth.com, szg@grossmanroth.com

Robert F. Ritter     rritter@grgpc.com

Robert S. Green     flsd.uscourts@classcounsel.com

Roger Norton Heller     rheller@lchb.com, rheller@lchb.com

Ruben Honik     rhonik@golombhonik.com

Sarah W. Poston     sposton@fdlaw.com

Sharon D. Mayo        sharon.mayo@aporter.com

Sonya Diane Winner        swinner@cov.com, hsalazar@cov.com

Stephen Frederick Rosenthal        srosenthal@podhurst.com, srodriguez@podhurst.com

Stephen M. Colangelo        scolangelo@mofo.com

Stephen R. Cochell        srcochell@cochellfirm.com

Steve D. Larson        slarson@stollberne.com

Steve W. Berman        steve@hbsslaw.com, steve@hbsslaw.com

Steven A. Owings        sowings@owingslawfirm.com

Steven Craig Marks        smarks@podhurst.com, asanjenis@podhurst.com, jpupo@podhurst.com, laja@podhurst.com

Steven Duane Sassaman        ssassaman@cov.com

Steven M. Collins        steve.collins@alston.com

Steven M. Greenspan        smgreenspan@daypitney.com

Steven R. Jaffe        steve@pathtojustice.com, ecf@pathtojustice.com

Stuart T. Rossman        srossman@nclc.org, srossman@nclc.org

Sylvia Rivera        srivera@mofo.com

Ted Trief        ttrief@triefandolk.com

Thomas Meeks        tmeeks@carltonfields.com, dwasham@carltonfields.com

Tobias L. Millrood        tmillrood@pbmattorneys.com

Toby James Marshall        tmarshall@tmdlegal.com, bkinsey@tmdlegal.com, enordby@tmdlegal.com, filing@tmdlegal.com

14

Todd W. Ruskamp   truskamp@shb.com, dnunn@shb.com, klemon@shb.com

Tracy D. Rezvani   trezvani@finkelsteinthompson.com

Victor Manuel Diaz , Jr   Victor@diazpartners.com, amacosta@diazpartners.com, iyarzabal@diazpartners.com, jdoddo@diazpartners.com, jlorenzo@diazpartners.com

Virginia B. Townes   virginia.townes@akerman.com, jeannine.ryan@akerman.com

Wayne Howard Schwartz   schwartz@leeamlaw.com, leeamlawecf@gmail.com, zivaallen@leeamlaw.com

William Charles Hearon   bill@williamhearon.com

William J. Holley , II   wholley@phrd.com, ayw@phrd.com, las@phrd.com, skb@phrd.com

William J. Kayatta , Jr   wkayatta@pierceatwood.com

William L. Tucker   wlt@psstf.com

William N. Withrow , Jr   william.withrow@troutmansanders.com