UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

[~~~~~~~~~] ORDER GRANTING JOINT MOTION FOR EXTENSION
OF PAGE LIMITS FOR RESPONSES TO TIMELY FILED OBJECTIONS TO
PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT,
APPLICATION FOR SERVICE AWARDS, CLASS COUNSEL'S APPLICATION
FOR ATTORNEYS' FEES AND EXPENSES

THIS CAUSE having come before the Court on Plaintiffs' and Defendant's Joint Motion for Extension of Page Limits for Responses to Timely Filed Objections to Plaintiffs' Motion for Final Approval of Settlement, Application for Service Awards, Class Counsel's Application for Attorneys' Fees and Expenses and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that:

1. The Joint Motion for Extension of Page Limits is GRANTED.

2. Plaintiffs' and Defendant are authorized to file their respective response to timely filed objections to Plaintiffs' Motion for Final Approval of Settlement, Application for Service Awards, Class Counsel's Application for Attorneys' Fees and Expenses of up to 30 pages.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 25th day of October, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record