UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT      :
OVERDRAFT LITIGATION          :
                                              :
_____ :
This Document Relates To:        :
                                              :   CASE NO. 1:11-CV-22844-JLK
DAVID J. SACHAR, et al. v IBERIABANK :
CORPORATION, et al.              :

### CERTIFICATE OF UNDERSTANDING RE: ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned do hereby certify that:

1. I am a member in good standing of the Bar of Arkansas.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the MDL captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

1




6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|  |  |
|---|---|
| Name: | T. Brent Walker |
| AR Bar No.: | 2002152 |
| Firm Name: | Carter Walker, PLLC |
| Address: | 2171 West Main, Ste 200 |
|  | Cabot, Arkansas 72023 |
| Mailing Address: | Post Office Box 628 |
|  | Cabot, Arkansas 72023 |
| Telephone No.: | 501-605-1346 |
| Facsimile No.: | 501-605-1348 |
| Email: | bwalker@carterwalkerlaw.com |

Dated this 18th day of October, 2011.

Respectfully submitted,

T. Brent Walker
CARTER WALKER, PLLC
PO Box 628
Cabot, AR  72023
Telephone: (501) 605-1346
Facsimile: (501) 605-1348
Email: bwalker@carterwalkerlaw.com

*Attorney for Plaintiffs*