UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MDL-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION <br><br> MDL No. 2036 | ) ) ) ) ) ) ) |

*Fifth Tranche*

| | |
|---|---|
| THIS DOCUMENT RELATES TO: <br><br> *Rider, et al. v. Regions Financial Corp, et al.* <br> S.D. Fla. Case No. 1:11-CV-23172-JLK <br> E.D. Ark. Case No. 4:11-CV-0375-JLH | ) ) ) ) ) ) ) ) ) |

[███████] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION

THIS CAUSE having come before the Court on Regions Financial Corporation and Regions Bank ("Regions") Unopposed Motion For Extension Of Time To File Reply Brief In Support Of Motion To Compel Arbitration, and the Court having considered the motion and other pertinent portions of the record, and good cause appearing, it is hereby ORDERED AND ADJUDGED as follows:

1.   Regions' Motion For Extension Of Time To File Reply Brief In Support Of Motion To Compel Arbitration is GRANTED.

2.   Regions shall have through and including November 7, 2011 to file their reply to Plaintiffs' Response to Defendants' Motion To Compel Arbitration.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 26th day of October, 2011.

James Lawrence King
United States District Judge
Southern District of Florida