UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MDL-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

## MOTION TO MODIFY REVISED SCHEDULING ORDER [DE 878]

As a result of the various arbitration related motions involving the other *First* Tranche banks, the Court's November 4, 2010 Revised Scheduling Order [DE 878] now pertains only to *Larsen v. Union Bank, N.A.* ("Revised Scheduling Order").  This November, 2010 Revised Scheduling Order should be modified to conform to the actions of this Court which triggered subsequent scheduled deadlines, and to allow for the submission of rebuttal experts as authorized in the Court's Stipulation and Order Establishing Expert Discovery Protocol for *First Tranche* Cases [DE 890] and as provided for in Southern District Local Rule 16.1(k).  Union Bank also seeks to adjust the Revised Scheduling Order to avoid the taking of expert depositions during the Thanksgiving and Christmas holiday weeks and allow meaningful amounts of time for the Court ordered motion practice.  As demonstrated below, the proposed modifications outlined hereinafter will not affect the Court's carefully considered dates for completion of all motion

practice.  And since this is a case which must be remanded for trial in the Northern District of California as contemplated by the Revised Scheduling Order, this modification will not impact any scheduled trial date or other pre-trial proceedings.

This Court's Revised Scheduling Order [DE 878] entered on November 4, 2010 provided among other things that the deadlines for the parties to designate experts and serve expert disclosures would be 100 days after the Court entered its rulings on class certification.  In terms of the *Larsen* case, that event occurred on July 25, 2011 making such expert designations and disclosures due on November 2, 2011.  At the same time, the Revised Scheduling Order established a deadline for the completion of all discovery on November 10, 2011. These two dates leave only eight days, two of which are a Saturday and Sunday, for the parties to digest their opposition's expert reports, schedule their experts' depositions, travel to wherever those experts are located and then depose them.  This is an impossibly short period of time to accomplish all this in a case as complex as this one.

Likewise, the Revised Scheduling Order does not provide timelines for the designation of rebuttal experts and disclosures of their opinions even though the Court's Order Establishing Expert Discovery Protocol [DE 890] and the Local Rule 16.1(k) of the Southern District of Florida contemplate such rebuttal experts and the disclosure of their reports.

What the Revised Scheduling Order does do is set a deadline of 130 days after Class Certification for the parties to file objections to designated experts and file *Daubert* motions. Based on this, such objections and *Daubert* motions will be due on December 2, 2011. However, without the benefit of rebuttal experts and their reports any such objections and motions would be close to meaningless to the Court.

This cascade of conflicting deadlines makes it imperative that the current structure of case deadlines be modified so that Union Bank and the *Larsen* parties can reasonably conform to this Court's expectations and provide it with the meaningful pleadings needed to facilitate its pretrial rulings in this matter.

Such modifications can be accomplished as set forth below while still meeting the Court's mandated closure dates for all motion practice and allow the Court reasonable time to consider its rulings. Since the *Larsen* case is now the only remaining first tranche case, not in one way or another stayed, and since *Larsen* is a California case which must be remanded to the Northern District of California for trial, the Court is under no trial date deadlines to make such rulings which fact negates any negative impact of the proposed modification.

## I. The Revised Scheduling Order Should be Modified to Include Rebuttal Experts as Provided fo in Fed. R. Civ. P. 26(a)(2)(D)(ii) and S.D. Local Rule 16.1(K).

On November 10, 2010, the Court entered a Stipulation and Order Establishing Expert Discovery Protocol for *First Tranche* Cases [DE 890] (the "Expert Protocol"). The Expert Protocol specifically provides that all matters concerning expert discovery, including the exchange of expert reports, "shall be governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida ("Local Rules"), to the extent not inconsistent with this Protocol." [DE 890 at 2-3](parenthesis in original). Southern District Local Rule 16.1(k) provides:

> [I]f the expert opinion evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party's expert, then the expert summary or report for such evidence shall be served no later than thirty (30) days after the expert summary or report is served by the other party.

S.D. L.R. 16(k). Rule 26(a)(2)(D)(ii) of the Federal Rules of Civil Procedure relative to disclosure of expert testimony also allows for the submission of rebuttal expert reports:

 (ii) [I]f the evidence is intended solely to contract or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure.

Thus, the Court's Expert Protocol, the Southern District Local Rules, and the Federal Rules of Civil Procedure each provide for the parties submittal of rebuttal expert summaries or reports within thirty days of service of another party's expert reports.

Notwithstanding the incorporation  of these provisions in this Court's Expert Protocol, the Court's November 4, 2010 Revised Scheduling Order [DE 878] is silent as to the deadline for submission of such reports or their impact on the subsequent schedule of events.  In a case of this magnitude and complexity, rebuttal expert reports are necessary to sufficiently analyze the complex issues in this case, and to allow the parties the opportunity to contradict or rebut any inaccuracies contained in another party's expert reports.  They will be critical to any objections to experts as well as any *Daubert* motions which the Revised Scheduling Order does contemplate being filed no later than December 2, 2011. For these reasons rebuttal expert reports are specifically authorized by the Federal Rules of Civil Procedure and the Local Rules of this Court. The November 4, 2010 Revised Scheduling Order should therefore be modified to allow for the submission of rebuttal expert reports as proposed herein.

## II. The Scheduling Order Should be Adjusted to Allow Sufficient Time For Expert Depositions that will Not Interfere with the Thanksgiving and Christmas Holidays.

The Revised Scheduling Order provides that expert designations and disclosures are due 100 days after class certification was entered.  Expert reports are therefore due on November, 2. However, the Scheduling Order also provides that all discovery shall be completed by November 10. This leaves only eight days for the parties to analyze the expert reports, schedule the expert depositions, travel to the experts' locations and then take their deposition. This is clearly an insufficient amount of time to do so. Thus, Union Bank requests that the Scheduling Order be

adjusted to provide sufficient time to analyze the expert reports and conduct expert depositions, without affecting the Court's carefully scheduled deadline for the completion of pretrial motion practice in this matter.

During the parties' meet and confer conferences, Plaintiffs have offered to push the close of expert discovery to November 23, which date is prior to the time rebuttal expert reports would be due under both Local Rule 16.1(k) and the Federal Rules. It would also require that the expert depositions be completed during the Thanksgiving holiday week. In addition to the difficulty in making travel arrangements during one of the busiest travel periods of the year, it is unclear whether the experts themselves would even be willing or able to work during that week which they may have set aside for spending time with their families. In order to avoid this interfering with the parties and their expert's Thanksgiving and Christmas holidays, while at the same time adhering to the Court's Revised Scheduling Order as to the end of motion practice, Union Bank proposes to modify the Scheduling Order as follows:

| Activity | Current Deadline | Proposed Modification |
|---|---|---|
| Designate Experts | November 2, 2011 | November 2, 2011 |
| Serve Expert Disclosures | November 2, 2011 | November 9, 2011 |
| Complete Discovery (Except Expert and Rebuttal Expert Depositions) | November 10, 2011 | November 10, 2011 |
| Complete Expert Depositions Except Rebuttal Experts | n/a | December 7, 2012 |
| Deadline to Designate Rebuttal Experts and File Their Disclosures | n/a | December 9, 2012 |
| File Pretrial Motions other than as to experts | December 12, 2012 | December 16, 2012 |
| Complete Rebuttal Expert Depositions | n/a | January 11, 2012 |
| File Objections to Designated Experts Including Rebuttal Experts and to File *Daubert* Motions | December 2, 2011 | January 16, 2012 |
| File Responses to Motions except those relating to experts | January 12, 2012 | January 16, 2012 |

| File Replies in Support of Motions Due December 16 | January 26, 2012 | January 26, 2012 |
|---|---|---|
| File Responses as to Objections to Experts and *Daubert* Motions | January 26, 2012 | January 26, 2012 |
| File Replies as to Objections to Experts and *Daubert* Motions | | February 10, 2012 |

As reflected above, the proposed modifications simply move dates within the current time frames in order to allow for rebuttal expert designations and disclosures of their reports as well as provide sufficient time to complete both the expert discovery and meet the Court's end of motion practice deadlines without interfering with the Thanksgiving and Christmas holidays. The proposed modifications do not affect the close of fact discovery.

Likewise, this Court will not be faced with the pressure of ruling on all such motions before a scheduled trial date because this matter must be remanded to the Northern District of California for all further pre-trial and trial proceedings. 28 U.S.C. §1407(a) mandates that "[e]ach action [transferred to an MDL proceeding] shall be remanded by the panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred unless it shall have been previously terminated." 28 U.S.C. 1407(a)(emphasis added). Thus, if this matter is not terminated prior to pre-trial proceedings, 28 U.S.C. requires that the case be remanded back to the transferor court – the Northern District of California.

Similarly, the United States Supreme Court in Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26, 118 S.Ct. 956 (1998) interprets 28 U.S.C. 1407(a) as a mandatory directive to remand all transferred MDL cases to their transferor court prior to pre-trial proceedings. In Lexecon, an action filed in Northern District of Illinois was consolidated in the District of Arizona along with several other class actions arising out of a failed savings and loan. Id. at 959. After all of the other parties settled, the Arizona District Court Judge denied

Lexecon's request to refer the case to the MDL Panel for remand back to the Northern District of Illinois, and instead assigned the trial portion of the case to himself. Id. The United States Supreme Court reversed, holding that the Judge lacked authority to retain the case and violated the plain language of §1407, which "obliges the Panel to remand any pending case to its originating court when, at the latest, those pretrial proceedings have run their course." Id. at 962.

Finally, the Southern District of Florida in In re Air Crash at Tegucigalpa, Honduras, approved the Supreme Court's decision in Lexecon and held that 28 U.S.C. §1407(a) requires that cases be remanded to their transferor court. 2009 WL 4639348 (Nov. 5, 2009) ("Once we approach the conclusion of pretrial proceedings, [a party] can request that the MDL Panel remand the case back to the CD. Cal., and the Panel must oblige.")(emphasis in original)(citing 28 U.S.C. §1407 and Lexecon, 118 S.Ct. at 962; see also In re Carbon Dioxide Indus. Antitust Litig., 229 F.3d 1321, 1325 (11th Cir. 2000)("…the remand requirement in section 1407 (mandating that all transferred action 'shall' be remanded by the JPML) created an obligation impervious to judicial discretion, and therefore could not be read to accommodate a district court's self-assignment of the case under section 1404(a).")(parenthesis in original). Accordingly, this matter must be remanded to the Northern District of California for all further pre-trial and trial proceedings, and the proposed modifications outlined above will not impact any scheduled trial date or other pre-trial proceedings.

WHEREFORE, Defendant, Union Bank, N.A., respectfully requests the Court modify the Revised Scheduling Order for the reasons outlined above to allow for the submission of rebuttal experts as authorized in the Court's Stipulation and Order Establishing Expert Discovery Protocol for First Tranche Cases [DE 890] and as provided for in Southern District Local Rule

16.1(k), and to adjust the scheduling order to provide sufficient time to complete expert discovery and complete motion practice by adopting the modifications set forth above.

## **LOCAL RULE 7.1(A)(3)**

Pursuant to Local Rule 7.1(A)(3), counsel for Union Bank certifies that he has made reasonable efforts to confer with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion, and counsel for the Plaintiffs advises that Plaintiffs are not in agreement, and that Plaintiffs will file a response in opposition.

Dated: October 26, 2011                            Respectfully submitted,


                                                   /s/ Alan G. Greer
                                                   Alan G. Greer, Esq.
                                                   Florida Bar No. 0123294
                                                   agreer@richmangreer.com
                                                   John M. Brumbaugh, Esq.
                                                   Florida Bar No. 0126350
                                                   jbrumbaugh@richmangreer.com
                                                   Ethan J. Wall, Esquire
                                                   Florida Bar No. 45158
                                                   ewall@richmangreer.com
                                                   RICHMAN GREER, P.A.
                                                   Miami Center – Suite 1000
                                                   201 South Biscayne Boulevard
                                                   Miami, Florida 33131-2305
                                                   Telephone: (305) 373-4000
                                                   Facsimile: (305) 373-4099

                                                   and

John B. Sullivan
jbs@severson.com
Jan T. Chilton
jtc@severson.com
Mark D. Lonergan
mdl@severson.com
Peter H. Bales
phb@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: 415-677-5603
Fax: 415-956-0439

Attorneys for Defendant
UNION BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ Alan G. Greer
Alan G. Greer

**SERVICE LIST**

| | |
|---|---|
| Robert C. Gilbert, Esq.<br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br>4141 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorney for Melanie L. Garcia, Ralph Tornes,*<br>*William W. Powell, Jr., April Speers, Estella A.*<br>*Lopez, John C. Stone, Charles Reed, Jr., Linda*<br>*McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike*<br>*Amrhein, Steve Yourke, Kristen Richards,*<br>*Frank Smith, Cynthia Larsen* |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes,*<br>*William W. Powell, Jr., April Speers, Estella A.*<br>*Lopez, John C. Stone, Charles Reed, Jr., Linda*<br>*McDaniel, Andrea Luquetta* | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155 |

Edward Adam Webb, Esq.
G. Franklin Lemond, Jr., Esq.
Webb Klase & Lemond, LLC
1900 The Exchange SE, Suite 480
Atlanta, GA 30339
*Attorneys for William W. Powell, Jr., Faith
Gofdon, Jeffrey Buffington, Jeanette
Buffington, Lawrence D. Hough, Pamela J.
Hough*

Anne P. McHugh, Esq.
Pellettieri Rabstein & Altman
100 Nassau Park Boulevard, Suite 111
Princeton, NJ 08543-5301
*Attorney for Virgilio S. Casayuran, Jr.*

Edward F. Feinstein, Esq.
Ellen M. Doyle, Esq.
Stember Feinstein Doyle & Payne, LLC
Allegheny Building, 17th FL
429 Forbes Avenue
Pittsburgh, PA 15219
*Attorney for Virgilio S. Casayuran, Jr.*

William C. Hearon, Esq.
Stewart Tilghman Fox & Bianchi
One Southeast Third Avenue
Miami, FL 33131
*Attorney for Melanie L. Garcia*

Ari Y. Brown, Esq.
Genessa A. Stout, Esq.
Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
*Attorneys for Alex Zankich, William Ruckter,
Marc Martinez, Robert Lowe, Lori Aldana,
Shane Parins ,Kara Parins*

John Matthew Geyman, Esq.
John Wentworth Phillips, Esq.
Phillips Law Group PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
*Attorney for Alex Zankich, William Rucker*

Russell W. Budd, Esq.
Bruce W. Steckler, Esq.
Melissa K Hutts, Esq.
Baron & Budd, P.A.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Elizabeth A. Alexander, Esq.
Lieff Cabraser Heimann & Bernstein
150 Fourth Avenue North, Suite 1650
Nashville, TN 37219
*Attorney for Steven Yourke*

David M. Given, Esq.
Nicholas A. Carlin, Esq.
R. Scott Erlewine, Esq.
Phillips Erlewine & Given LLP
50 California Street, 35th FL
San Francisco, CA 94111
*Attorneys for Steven Yourke, Kristen Richards,
Maxine Aarons Given*

Charles M. Delbaum, Esq.
Stuart T. Rossman, Esq.
National Consumer Law Center
Seven Winthrop Square, 4th FL
Boston, MA 02110
*Attorneys for Steve Yourke, Kristen Richards*

Stephen P. Willison, Esq.
Willison & Hellman PC
44 Grandville Avenue Southwest, Suite 200
Grand Rapids, MI 49503
*Attorneys for Michelle Gulley*

Bonney E. Sweeney, Esq.
Lerach Coughlin Stoia Geller Rudman &
Robbins
655 West Broadway, Suite 1900
San Diego, CA 92101
*Attorney for Donald Kimenker*

Isam C. Khoury, Esq.
James Jason Hill, Esq.
Jeffrey James Geraci
Michael D. Singer
Cohelan Khoury & Singer
605 C. Street, Suite 200
San Diego, CA 92101
*Attorneys for John D. Kikland*

Burton H. Finkelstein, Esq.
Eugene J. Benick, Esq.
Rosemary M. Rivas, Esq.
Tracy D. Rezvani, Esq.
Finkelstein Thompson LLP
1050 Thirtieth Street Northwest
Washington, DC 20007
*Attorneys for Andrea Luquetta*

Denyse Clancy, Esq.
Baron Budd LLP
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
*Attorney for Vada Mitchell, Daisy Webb*

Michael R. Comeau, Esq.
Comeau Maldegen Templeman & Indall LLP
P.O. Box 669
Santa Fe, NM 87504
*Attorney for Marc Martinez*

Miriam E. Zakarin, Esq.
TEVA North America
1090 Horsham Road
P.O. Box 1090
North Wales, PA 19450
*Attorney for Angela Walsh-Duffy, Brett
Freeman*

Norah Hart, Esq.
Treuhaft & Zakarin LLP
1011 Avenue of the Americas, 4th Floor
New York, NY 10000
*Attorney for Angela Walsh-Duffy, Brett
Freeman*

Alan M. Mansfield, Esq.
Consumer Law Group
9466 Black Mountain Road, Suite 225
San Diego, CA 92126
*Attorney for Katherine Anne Williams*

Howard Rubinstein, Esq.
914 Waters Avenue, Suite 20
Aspen, CO 81611
*Attorney for Katherine Anne Williams*

Marian S. Rosen, Esq.
Marian S. Rosen & Associates
5065 Westheimer, Suite 840
Houston, TX 77506
*Attorney for Katherine Anne Williams*

Joshua L. Ross, Esq.
Steve D. Larson, Esq.
Stoll Stoll Berne Lokting & Shlachter
209 Southwest Oak Street, 5th Floor
Portland, OR 97204
*Attorneys for Dolores Gutierrez*

Chaim S. Setareh, Esq.
Law Office of Shaun Setareh
9454 Wilshire Boulevard, Penthouse Suite 3
Beverly Hills, CA 90212
*Attorney for Sandra Quarles*

Marcus J. Bradley, Esq.
Marlin & Saltzman, Esq.
29229 Canwood Street, Suite 208
Agoura Hills, CA 91301
*Attorney for Sandra Quarles*

Patricia N. Syverson, Esq.
Todd David Carpenter, Esq.
Bonnett Fairbourn Friedman & Balint PC
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
*Attorneys for Josh Naehu-Reyes*

Charles D. Marshall, Esq.
Green Welling PC
595 Market Street, Suite 2750
San Francisco, CA 94105
*Attorney for Lacy Barras*

Gary Walker Jackson, Esq.
Jackson & McGee LLP
521 East Boulevard
Charlotte, NC 28203
*Attorney for Lacy Barras*

Jeffrey F. Keller, Esq.
Keller Grover LLP
425 Second Street, Suite 500
San Francisco, CA 94107
*Attorney for George Burke*

Lisa Marie Simonetti, Esq.
Alexandria Rose Kachadoorian, Esq.
Julia B. Strickland, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
*Attorneys for Citibank FSB, Citibank, Inc.
Citibank (West), FSB, Citibank, N.A.*

Alisha A. Marin, Esq.
James R. Patterson, Esq.
Harrison Patterson & O'Connor
402 West Broadway, 29th Floor
San Diego, CA 92101
*Attorneys for Josh Naehu-Reyes*

Brian J. Meenaghan, Esq.
Ronald E. Beard, Esq.
Randy Albert Englund, Esq.
Tara N. Gillespie, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
*Attorneys for Wells Fargo Bank, N.A.*

Bryanne J. Schmitt, Esq.
David M. Jolley, Esq.
Emily Johnson Henn, Esq.
Margaret G. May, Esq.
Sonya Diane Winner, Esq.
Steven Duane Sassaman, Esq.
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., Union Bank, N.A., Wells Fargo & Co.*

Dori Katrine Stibolt, Esq.
Fox Rothschild LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
*Attorney for Wells Fargo Bank, N.A.*

Jay Earl Smith, Esq.
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Tracy L. Ashmore, Esq.
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Barbara J. Dawson, Esq.
Robert Matthew Kort, Esq.
Snell & Wilmer
400 East Van Buren
1 Arizona Center
Phoenix, AZ 85004
*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.*

Ashley F. Cummings, Esq.
James M. Beach, Esq.
Lawrence J. Bracken, II
Hunton & Williams LLP
600 Peachtree Street Northeast, Suite 4100
Atlanta, GA 30308
*Attorneys for Wachovia Bank, N.A.*

James R. McGuire, Esq.
Rita Lin, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Wachovia Bank, N.A., Wachovia Corp, US Bank, N.A., U.S. Bank, NA, U.S. Bancorp*

Sylvia Rivera, Esq.
Morrison & Foerseter LLP
555 West Fifth Street, Suite 3500
Los Angeles, CA 90013
*Attorney for U.S. Bank, NA, U.S. Bancorp*

Leda Dunn Wettre, Esq.
Robinson Wettre & Miller LLC
One Newark Center, 19th Floor
Newark, NJ 07102
*Attorney for Wachovia Bank, N.A.*

Tracy Thomas Cottingham, III
Hunton & Williams LLP
Bank of America Plaza
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
*Attorney for Wachovia Bank, N.A., Wachovia Corp.*

Aaron Schur, Esq.
Sharon D. Mayo, Esq.
Arnold & Porter LLP
275 Battery Street, Suite 2700
San Francisco, CA 94111
*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*

Barbara Viniegra, Esq.
James Randolph Liebler, Esq.
Liebler Gonzalez & Portuondo
Courthouse Tower
44 West Flagler Street, Suite 2500
Miami, FL 33130
*Attorney for Bank of America, N.A.*

Christopher Scott Tarbell, Esq.
Laurence J. Hutt, Esq.
Arnold & Porter LLP
777 South Figueroa Street, 44th FL
Los Angeles, CA 90017
*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California*

Anne Marie Mortimer, Esq.
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
*Attorney for Wachovia Corp.*

Alan G. Kipnis, Esq.
John M. Cooney
Arnstein & Lehr LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301
*Attorney for Keybank National Association*

Jan T. Chilton, Esq.
John B. Sullivan, Esq.
Mark Douglas Lonergan
Peter Higgins Bales
Severson & Werson PC
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
*Attorneys for Union Bank, N.A., Unionbancal Corp.*

Todd D. Carpenter, Esq.
Bonnett Fairbourn Friedman & Balint PC
600 West Broadway, Suite 900
San Diego, CA 92101

Mark D. Flanagan, Esq.
Wilmer Cutler Pickering Hale & Dorr, LLP
1117 South California Avenue
Palo Alto, CA 94304
*Attorney for JP Morgan Chase Bank*

Barry R. Davison, Esq.
Hunton & Williams LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.*

A. Stephen Hut, Jr., Esq.
Michelle Ognibene, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue Northwest
Washington, DC 20006
*Attorneys for J. P. Morgan Chase Bank, N.A.*

Alan E. Schoenfeld, Esq.
Christopher R. Lipsett, Esq.
David Sapir Lesser, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 1022
*Attorneys for J.P. Morgan Chase bank, N.A., JP Morgan Chase & Co.*

Andrew Bejamin Grossman, Esq.
Matthew D. Benedetto, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
*Attorneys for J.P. Morgan Chase Bank, N.A.*

Bruce W. Neckers, Esq.
John M. Lichtenberg, Esq.
Paul A. McCarthy, Esq.
Rhoades McKee PC
161 Ottawa Avenue Northwest, Suite 600
Grand Rapids, MI 49503
*Attorneys for Huntington Bancshares, Inc.*

C. Marie Eckert, Esq.
Cody J. Elliott, Esq.
Miller Nash LLP
111 Southwest Fifth Avenue, Suite 3400
Portland, OR 97204
*Attorney for U.S. Bank, N.A.*

Constance Melissa Ewing, Esq.
David B. Darden, Esq.
Eric Jon Taylor, Esq.
Nancy H. Baughan, Esq.
William J. Holley, II, Esq.
Parker Hudson Rainer & Dobbs
Marquis II Tower
285 Peachtree Center Avenue Northeast, Suite 1500
Atlanta, GA 30303
*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank*

Alan S. Kaplinsky, Esq.
Martin C. Bryce, Jr., Esq.
Ballard Spahr Andrews & Ingersoll
1735 Market Street, 51st Floor
Philadelphia, PA 19103
*Attorneys for Huntington Banchsares, Inc., Huntington National Bank*

Michael Ross Tein, Esq.
Lewis Tein, Esq.
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133
*Attorneys for PNC Bank, National Association*

Geoffrey M. Johnson, Esq.
Scott & Scott
12434 Cedar Road, Suite 12
Cleveland, Ohio 44106

Joseph S. Tusa, Esq.
Whalen & Tusa, P.C.
33 West 19th Street, 4th FL
New York, NY 10011

Melissa L. Zujkowski, Esq.
Michael N. Ungar, Esq.
Ulerm & Berne
1100 Skylight Office Tower
1660 West Second Street
Cleveland, Ohio 44113

Lindsey Elisa Bowen, Esq.
Lynette Eaddy Smith, Esq.
William H. Withrow, Jr., Esq.
Troutman Sanders LLP
600 Peachtree Street Northeast, Suite 5200
Atlanta, GA 30308
*Attorneys for SunTrust Banks, Inc.*

James A. Dunbar, Esq.
Venable LLP
210 West Pennsylvania Avenue, suite 500
Towson, MA 21204
*Attorney for M & T Bank Corp.*

John T. Prisbe, Esq.
Venable Baetjer & Howard
Mercantile Bank & Trust Building
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201
*Attorney for M & T Bank Corp.*

Richard D. McCune, Jr., Esq.
Jae Kook Kim, Esq.
McCune Wright LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley*

Jospeh P. Guglielmo, Esq.
Scott & Scott LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110

David R. Scott, Esq.
Amanda F. Lawrence
Scott & Scott LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415