UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MDL 2036

THE HONORABLE JAMES LAWRENCE KING, presiding

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

**CERTIFICATE OF UNDERSTANDING RE:**
**ELECTRONIC FILING INT EH SOUTHERN DISTIRCT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of North Carolina.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedure in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been grante *Pro Hac Vice* status in another case in Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence Kng and that this privilege may be revoked at any time without notice.

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to he Administrative Procedures.

Inez de Ondarza Simmons
NCSB No. 34304
de Ondarza Simmons PLLC
P.O. Box 948
Raleigh, NC 27602
(919) 827-4381 tel
(919) 573-9143 fax

Date: 10/18/2011

Signature
Attorney for Stephanie Avery