UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Zankich v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186
W.D. Wash. Case No. C08-1467-RSM

**JOINT REQUEST FOR HEARING ON
MOTION OF WELLS FARGO BANK, N.A. TO DISMISS OR,
IN THE ALTERNATIVE, TO STAY IN FAVOR OF ARBITRATION**

Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), jointly, pursuant to Local Rule 7.1B, respectfully request a hearing on the Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration of Wells Fargo Bank, N.A. ("the Arbitration Motion") (DE #1384).

Wells Fargo filed its Arbitration Motion on April 29, 2011. After the Arbitration Motion was ripe, the Court heard argument on June 1, 2011 and, at Plaintiffs' request, deferred ruling on the Arbitration Motion pending completion of limited arbitration discovery to be completed within 90 days. (DE #1576.) Following the 90-day discovery period, the parties stipulated, with Court approval, to file simultaneous supplemental briefs on October 11, 2011 and simultaneous responsive briefs on October 25, 2011. (DE #1896, 1964.)

The parties have filed their supplemental briefs and responsive briefs (DE # 1971, 1972, 2035, 2036), and now jointly request that the Court hold a hearing on the Arbitration Motion on a date convenient to the Court's schedule, preferably not on a Monday or Friday to avoid travel problems.

Dated: October 28, 2011.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esq. (FBN 561861)
rcg@grossmanroth.com
Stuart Z. Grossman, Esq. (FBN 156113)
szg@grossmanroth.com
David Buckner, Esq. (FBN 60550)
dbu@grossmanroth.com
Seth E. Miles, Esq. (FBN 385530)
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Blvd.
Eleventh Floor
Coral Gables, FL 33134
Tel: (305) 442-8666
Fax: (305) 779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Barry R. Davidson
Barry R. Davidson, Esq. (FBN 107678)
bdavidson@hunton.com
Jamie Zysk Isani, Esq. (FBN 728861)
jisani@hunton.com
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Tel: (305) 810-2500
Fax: (305) 810-2460

*Defendants' Liaison Counsel and Counsel for Defendant WELLS FARGO BANK, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

    s/Barry R. Davidson
Barry R. Davidson