**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION**

| | | |
|---|---|---|
| IN RE : | § | |
| | § | |
| **CHECKING ACCOUNT** | § | **CASE NO. 09-MD-02036-JLK** |
| **OVERDRAFT LITIGATION.** | § | |
| | § | |
| **MDL NO. 2036** | § | |
| | § | |
| **THIS DOCUMENT RELATES** | § | |
| **TO FIRST TRANCHE TRANSACTIONS** | § | |
| | § | |
| ***Tornes, et al. v. Bank of America N.A.*** | § | |
| **S.D. Fla. Case No. 1:08-cv-23323-JLK** | § | |
| | § | |
| ***Yourke, et al. v. Bank of America, N.A.*** | § | |
| **S.D. Fla. Case No. 1:09-cv21963-JLK** | § | |
| **N.D. Cal. Case No. 3:09-2186** | § | |

**JENKINS OBJECTORS' NOTICE OF PROPOSAL TO THE AGENDA FOR**
**NOVEMBER 7, 2011 HEARING ON CLASS SETTLEMENT**
**[Refers to Dk. No. 1885]**

Prentiss Jenkins, Marvelus Sattiewhite III, Johnson W. Sattiewhite, Kirk A. Kennedy, Fay Robinson, and Anthony McMahan, class members of the above referenced Plaintiffs' class (collectively, "Jenkins Objectors"), respectfully submit the following proposal to the agenda for the November 7, 2011 hearing on the approval/disapproval of the Settlement Agreement and Release in this matter.

The pleadings and memoranda pertinent to the Court's approval/disapproval of the Settlement Agreement and Release appear to identify three issues to be addressed at the hearing on November 7, 2011: (i) the adequacy of the settlement amount; (ii) the appropriate measure of the fee award to class counsel; and (iii) the lawfulness of the *cy pres* distribution.

The Jenkins Objectors respectfully suggest that these are *legal issues*, which turn largely, if not entirely, on *legal argument*. Indeed, consistent with the manner in which

1

they framed the arguments their Objection [DE.1920] and Reply [DE.2036], the Jenkins Objectors raise *only* legal argument in favor of a reallocation of the disputed *cy pres* award and a portion of the requested attorneys' fees, which would materially increase the total settlement amount.  And the Jenkins objectors intend to so limit their arguments at the November 7, 2011 hearing.

In that vein, and seeking only to be most helpful to the Court, the Jenkins Objectors respectfully suggest as a modest proposal to the agenda for the November 7, 2011, that they be allowed fifteen (15) minutes of oral argument pertaining to the *cy pres* distribution and fifteen (15) minutes of oral argument pertaining to the class fee issue.

And to the extent that Class Counsel and Bank of America intend to present testimony from any of the witnesses who have provided Declarations in support of the Settlement Agreement, and should the Court find such testimony necessary or relevant to the legal issues raised in the Objections, the Jenkins Objectors respectfully request the opportunity for a brief and focused cross-examination of the witnesses, properly limited to the scope of their direct examination.

Dated:  October 31, 2011

Respectfully submitted,

**ALDERMAN & KODSI**

By: /S  *Neil D. Kodsi*
       Neil D. Kodsi
       Florida Bar No. 0011255
       Shoreview Center
       9999 N.E. 2nd Ave., Suite 211
       Miami Shores, Florida 33138
       Tel: (305) 200-5473
       Fax: (305) 200-5474
       nkodsi@aldermankodsi.com

**AND**

**THE COCHELL LAW FIRM**

By: _/S  *Stephen R. Cochell*_
       Stephen R. Cochell
       Texas Bar No. 24044255
       Fed. Bar No. 0032453
       7026 Katy Road, Suite 259
       Houston, Texas 77024
       Tel: (713) 980.8796
       Fax: (713) 980.1179
       srcochell@cochellfirm.com

**AND**

**KULA & SAMSON, LLP**

By: _/S  *Elliot B. Kula*_
       Elliot B. Kula
       Florida Bar No. 003794
       Daniel M. Samson
       Florida Bar No. 866911
       17501 Biscayne Blvd., Suite 430
       Aventura, Florida 33160
       Tel:  (305) 354-3858
       Fax:  (305) 354-3822
       elliot@kulaandsamson.com
       dan@kulaandsamson.com

*Attorneys for Class Members and Objecting Parties Prentiss Jenkins, Kirk A. Kennedy, Marvelus Sattiewhite III, Johnson W. Sattiewhite, Fay Robinson, and Anthony McMahon*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counselor record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   /S   *Neil D. Kodsi*
Neil D. Kodsi