UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Simmons v. Comerica, Inc.*
N.D. TX Case No. 3:10-cv-326-O
S.D. FL Case No. 10-cv-22958-JLK

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO COMPEL DISCOVERY

**WHEREAS,** the Court having considered Plaintiffs' Motion to Compel Discovery from Comerica, as well as any other submissions made in support of and in opposition to said requests, it is, on this _____ day of _____, 2011, **ORDERED** as follows:

1. Plaintiffs' Motion to Compel Discovery is **GRANTED;**

2. Comerica is **ORDERED**, under penalty of sanctions, to produce all of its documentary and other discovery responses to Plaintiffs' counsel on or before November 1, 2011.  This production shall include all responsive, non-privileged e-mails and internal correspondence at Comerica.

3.  Comerica is **ORDERED** to make available for deposition between November 15 and December 4, 2011, the following fact witnesses: Matt Wind, Dawn Aranoff, Mike Aust, Ann Marie Coulter, Linda Hanson, Kathleen A. Pitton and Carl Spardlin.  Comerica shall

2

also immediately designate, and make available for deposition during that same time period, witnesses for the remaining topics contained in Plaintiffs' FED. R. CIV. P. 30(b)(6) deposition notice.

**IT IS SO ORDERED.**

_____
**JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA**

Copies furnished to:

Counsel of Record