UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Zankich v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186
W.D. Wash. Case No. C08-1467-RSM
_____/

**ORDER SETTING HEARING ON WELLS FARGO BANK, N.A.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY IN FAVOR OF ARBITRATION**

**THIS CAUSE** comes before the Court upon the Joint Request for Hearing (DE # 2044),

filed October 28, 2011. Accordingly, upon consideration of the Joint Request for Hearing, it is

**ORDERED, ADJUDGED, and DECREED** that the above-styled Joint Request for

Hearing (DE #2044) be, and the same is hereby **GRANTED**. The hearing on Wells Fargo Bank,

N.A.'s Motion to Dismiss or, in the Alternative, to Stay in Favor of Arbitration (DE #1384) is set

for **Tuesday, November, 22** at **9:30am** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 2nd day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record