UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 08-22463-JLK

*Spears-Haymond, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 09-21680-JLK
N.D. Cal. Case No. 08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**[~~~~~~~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO FILE CERTAIN EXHIBITS UNDER SEAL IN SUPPORT OF
PLAINTIFFS' RESPONSE TO WELLS FARGO BANK'S AND
WACHOVIA BANK'S SUPPLEMENTAL ARBITRATION BRIEF**

THIS CAUSE having come before the Court on Plaintiffs' Unopposed Motion to File Certain Exhibits Under Seal in Support of Plaintiffs' Response to Wells Fargo Bank's and Wachovia Bank's Supplemental Arbitration Brief, and the Court having

considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that Plaintiffs' Unopposed Motion to File Certain Exhibits Under Seal in Support of Plaintiffs' Response to Wells Fargo Bank's and Wachovia Bank's Supplemental Arbitration Brief is GRANTED.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 2 day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record