UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Simmons v. Comerica, Inc.*
N.D. TX Case No. 3:10-cv-326-O
S.D. FL Case No. 10-cv-22958-JLK

_____/

ORDER RESERVING RULING ON PLAINTIFFS' MOTION
TO COMPEL DISCOVERY PENDING DEFENDANT'S RESPONSE

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Compel Discovery (DE #2051), filed October 31, 2011. In the instant motion, Plaintiffs seek Court intervention to compel Defendant Coamerica, Inc. to produce all of its documentary and other discovery responses to Plaintiffs' counsel on or before November 1, 2011, make available for deposition between November 15 and December 4, 2011 certain fact witnesses, and immediately designate, and make available for deposition during that same time period, witnesses for the remaining topics contained in Plaintiffs' Fed. R. Civ. P. 30(b)(6) deposition notice.

Plaintiffs' Motion to Compel reflects that Plaintiffs served Defendant with Interrogatories, Requests for Admission, and Requests for Production of Documents in mid-June 2011. On July 14, 2011, the parties conducted their initial meet and confer. The parties eventually agreed to a confidentiality stipulation on September 15, 2011. On September 22, Defendant provided its initial responses to Plaintiffs' requests for production of documents and

interrogatories. According to Plaintiffs' motion, the parties conferred repeatedly in an attempt to resolve objections and ambiguities. Plaintiffs argue that during an October 17, 2011 meet and confer, Defendant's counsel agreed to provide complete and timely responses by October 21st, but failed to do so.

In light of the December 20th deadline for class certification motions, Plaintiffs argue that they are left with no option besides requesting Court intervention. Before ruling, however, the Court needs to hear Defendant's position as to these matters. Counsel should not wait until the last minute to bring discovery disputes to the Court's attention, expecting immediate response.

Accordingly, after careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion to Compel (DE #2051) will be held for ruling until Defendant has had an opportunity to respond to Plaintiff's motion. Defendant is directed to respond to Plaintiffs' motion on or before **November 9, 2011**.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 2nd day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record