**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

---

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

---

**NOTICE OF SETTLEMENT**

Plaintiffs and Union Bank, N.A., through their respective undersigned counsel, hereby notify the Court that on November 1, 2011, they executed a Memorandum of Understanding evidencing an agreement in principle, under which Union Bank will pay the sum of Thirty Five Million Dollars ($35,000,000.00) in exchange for a full and complete release of all claims brought against Union Bank in this multidistrict litigation. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 45 days.

Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's Revised Scheduling Order [**DE # 878**] be

suspended pending the filing of the proposed Settlement Agreement.

Dated: November 2, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron S. Podhurst | /s/ Alan G. Greer |
| Aaron S. Podhurst, Esquire | Alan G. Greer, Esquire |
| Florida Bar No. 063606 | Florida Bar No. 0123294 |
| apodhurst@podhurst.com | agreer@richmangreer.com |
| Robert C. Josefsberg, Esquire | John M. Brumbaugh, Esquire |
| Florida Bar No. 40856 | Florida Bar No. 0126350 |
| rjosefsberg@podhurst.com | jbrumbaugh@richmangreer.com |
| Steven C. Marks, Esquire | Ethan J. Wall, Esquire |
| Florida Bar No. 516414 | Florida Bar No. 45158 |
| smarks@podhurst.com | ewall@richmangreer.com |
| Peter Prieto, Esquire | RICHMAN GREER, P.A. |
| Florida Bar No. 501492 | Miami Center – Suite 1000 |
| pprieto@podhurst.com | 201 South Biscayne Boulevard |
| Stephen F. Rosenthal, Esquire | Miami, Florida 33131-2305 |
| Florida Bar No. 0131458 | Telephone: (305) 373-4000 |
| srosenthal@podhurst.com | Facsimile: (305) 373-4099 |
| John Gravante, III, Esquire | |
| Florida Bar No. 617113 | John B. Sullivan, Esquire |
| jgravante@podhurst.com | jbs@severson.com |
| PODHURST ORSECK, P.A. | Jan T. Chilton, Esquire |
| City National Bank Building | jtc@severson.com |
| 25 W. Flagler Street, Suite 800 | Mark D. Lonergan, Esquire |
| Miami, FL 33130-1780 | mdl@severson.com |
| Tel: 305-358-2800 | SEVERSON & WERSON, P.A. |
| Fax: 305-358-2382 | One Embarcadero Center, |
| | Suite 2600 |
| | San Francisco, CA 94111 |
| | Tel: 415-677-5603 |
| | Fax: 415-956-0439 |
| | |
| | *Attorneys for Defendant* |
| | *UNION BANK, N.A.* |

2

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, FL 33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*


/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008


/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271


/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181


/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169


*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596