IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

| | |
|---|---|
| IN RE : § § | |
| CHECKING ACCOUNT § OVERDRAFT LITIGATION. § § | CASE NO. 09-MD-02036-JLK |
| MDL NO. 2036 § | |
| § | |
| THIS DOCUMENT RELATES § TO FIRST TRANCHE TRANSACTIONS § § | |
| *Tornes, et al. v. Bank of America N.A.* § S.D. Fla. Case No. 1:08-cv-23323-JLK § § | |
| *Yourke, et al. v. Bank of America, N.A.* § S.D. Fla. Case No. 1:09-cv21963-JLK § N.D. Cal. Case No. 3:09-2186 § | |

RESPONSE TO
PLAINTIFFS' MOTION TO STRIKE UNAUTHORIZED RESPONSE BRIEF
[Refers to Dk. No. 2062]

Prentiss Jenkins, Marvelus Sattiewhite III, Johnson W. Sattiewhite, Kirk A. Kennedy, Fay Robinson, and Anthony McMahan, class members of the above referenced Plaintiffs' class (collectively, "Jenkins Objectors"), hereby respond to Plaintiffs' Motion to Strike Unauthorized Response Brief ("Plaintiffs' Motion to Strike") [DE.2062]. The Motion should be denied.[1]

The request to strike the Reply Memorandum in Support of Kennedy Objectors (the "Reply"), [DE.2047], misapprehends the course of proceedings; the Reply was filed to address arguments raised by Bank of America in Defendant's Memorandum In *Response* To Objections Regarding Final Approval Of Class Action Settlement

---

[1] Although rendered less significant by the filing of this Response, it is at least worth mentioning in what is a dispute over proper procedure that Plaintiffs ignored Southern District of Florida Local Rule 7.1(3)'s pre-filing conference requirement.

1

("Defendant's Response") [DE.2029] and by Class Counsel in Plaintiffs' *Response* To Objections To Motion For Final Approval Of Settlement And Class Counsel's Application For Service Awards And Attorneys' Fees ("Plaintiffs' Response") [DE.2030].

The Court's Order Preliminarily Approving Class Settlement and Certifying Settlement Class (the "Preliminary Approval Order") set a schedule, in pertinent part, for Settlement Class Members to file "objections," and for Class Counsel and Bank of America to file "responses." [DE.1520 at 18]. The filing of a reply is provided for by Southern District of Florida Local Rule 7.1(c)(3), and the Preliminary Approval Order does not preclude the applicability of that provision. Indeed, the Preliminary Approval Order's provision for "*responses*" by Class Counsel and Bank of America's counsel further demonstrates that the "objections" were to be considered the *original* pleadings. That is, following the filing of objection, there would be "responses," and pursuant to Rule 7.1(c)(3), *replies*. And, the Preliminary Approval Order's scheduled provided for the "*responses*" by Plaintiffs and Defendant to be filed within fourteen (14) days, which is consistent with Rule 7.1(c)(1)(A)'s time limit for the filing of a response.

Certainly both Class Counsel and Bank of America's counsel seemed to have understood that to be so given their submissions: Defendant's Memorandum In **Response** To Objections Regarding Final Approval Of Class Action Settlement ("Defendant's Response") [DE.2029] and Plaintiffs' **Response** to Objections to Motion for Final Approval of Settlement and Class Counsel's Application for Service Awards and Attorneys' Fees ("Plaintiffs' Response"). And further reflecting their understanding, on October 21, 2011, Class Counsel and Bank of America's counsel, in conjunction and contemporaneously with their responses, filed a Joint Motion for Extension of Page Limits for *Responses* to Timely Filed Objections to Plaintiffs' Motion for Final Approval of Settlement, Application for Service Awards, Class Counsel's Application for Attorneys' Fees and Expenses (the "Motion for Enlarged Responses"). [DE.2028]. The

2

Court granted that motion, as requested, in its October 25, 2011 Order Granting Joint Motion for Extension of Page Limits for *Responses* to Timely Filed Objections to Plaintiffs' Motion for Final Approval of Settlement, Application for Service Awards, Class Counsel's Application for Attorneys' Fees and Expenses. [DE.2032].

Finally, and consistent with the Jenkins Objectors' Notice of Proposal to the Agenda for November 7, 2011 Hearing on Class Settlement (the "Proposal to Hearing Agenda") [DE.2050], the arguments as framed by the pleadings (*i.e.*, the Objections, the Responses, and the Reply), clarify that the issues raised for the Court's consideration at the November 7, 2011 hearing are legal issues, and will turn largely, if not entirely, on legal argument. The Reply arguments do not raise new arguments, and indeed effectively serve to narrow the scope of the legal arguments. Indeed, based on the arguments in the Plaintiffs' Response and the Defendant's Response, it is anticipated that these Reply arguments will feature prominently in the presentation at the November 7, 2011 hearing. And in the end, that is consistent with the Jenkins Objectors suggestion of a modest proposal to the agenda for the November 7, 2011 hearing; their undersigned counsel has requested be allowed just fifteen (15) minutes of oral argument pertaining to the *cy pres* distribution and fifteen (15) minutes of oral argument pertaining to the attorneys' fee issue. See DE.2050 at 2.

Should the Court determine nonetheless that the Reply is not authorized, the Jenkins Objectors would respectfully request in the alternative that the Court treat this response as a belated motion for leave to file a reply, and to accept the Reply as filed.

## CONCLUSION

The Jenkins Objectors request the Court to deny Plaintiffs' Motion to Strike, or in the alternative, based on the arguments herein, to treat this response as a belated motion for leave to file a reply and to accept the Reply as filed.

Dated:  November 2, 2011

Respectfully submitted,

**ALDERMAN & KODSI**

By:  /S    *Neil Kodsi*
      Neil Kodsi
      Florida Bar No. 0011255
      Shoreview Center
      9999 N.E. 2nd Ave., Suite 211
      Miami Shores, Florida 33138
      Tel: (305) 200-5473
      Fax: (305) 200-5474
      nkodsi@aldermankodsi.com

      **AND**

**THE COCHELL LAW FIRM**

By:  /S    *Stephen R. Cochell*
      Stephen R. Cochell
      Texas Bar No. 24044255
      Fed. Bar No. 0032453
      7026 Katy Road, Suite 259
      Houston, Texas 77024
      Tel: (713) 980.8796
      Fax: (713) 980.1179
      srcochell@cochellfirm.com

      **AND**

**KULA & SAMSON, LLP**

By: /S *Elliot B. Kula*
Elliot B. Kula
Florida Bar No. 003794
Daniel M. Samson
Florida Bar No. 866911
17501 Biscayne Blvd., Suite 430
Aventura, Florida 33160
Tel: (305) 354-3858
Fax: (305) 354-3822
elliot@kulaandsamson.com
dan@kulaandsamson.com

*Attorneys for Class Members and Objecting Parties Prentiss Jenkins, Kirk A. Kennedy, Marvelus Sattiewhite III, Johnson W. Sattiewhite, Fay Robinson, and Anthony McMahon*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counselor record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /S/ *Elliot B. Kula*
Elliot B. Kula