UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MDL-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

_____/

## ORDER DENYING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER

THIS CAUSE came on before the Court on Defendant Union Bank, N.A.'s Motion to Modify Revised Scheduling Order (DE #2039), filed October 26, 2011.

The Court has reviewed the above-styled motion, Plaintiffs' Response (DE #2048), and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Modify Revised Scheduling Order (DE #2039) be, and the same is hereby, DENIED.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 2nd day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record