UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Garcia et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-CV-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-21680-JLK
N.D. Cal. Case No. 08-4610

*Dolores Gutierrez et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23685-JLK
D. Or. Case No. 3:09-CV-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23834-JLK
D.N.M. Case No. 6:09-CV-01072-GBW-ACT

*Zankich et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM
_____/

## ORDER DENYING NON-PARTY AMERICAN ARBITRATION ASSOCIATION'S MOTION FOR LEAVE TO FILE AMICUS CURIAE MEMORANDUM

THIS CAUSE came on before the Court on Non-Party American Arbitration Association's Motion for Leave to File Amicus Curiae Memorandum to Address Misrepresentations Concerning the AAA's Deposition Testimony (DE #2061), filed November 1, 2011.

The Court has reviewed AAA's Motion for Leave to File, Plaintiffs' Response (DE #2062), and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that AAA' Motion for Leave to File (DE #2061) be, and the same is hereby, DENIED.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 2nd day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record