UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

_____/

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Rider, et al. v. Regions Financial Corp., et al.*
S.D. Fla. Case No. 1:11-cv-23172-JLK
E.D. Ark. Case No. 4:11-cv-0375-JLH

## ORDER GRANTING DEFENDANTS REGIONS FINANCIAL CORPORATION'S AND REGIONS BANK'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

THIS MATTER is before the Court on the Defendants Regions Financial Corporation's and Regions Bank's Motion for Leave to Exceed Page Limit in their Reply Brief in Support of Regions' Motion to Compel Arbitration and Dismiss or Stay Proceedings (D.E. #2033) filed October 25, 2011, in the above-styled action. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED that Defendants Regions Financial Corporation's and Regions Bank's Motion for Leave to Exceed Page Limit in their Reply Brief in Support of Regions' Motion to Compel Arbitration and Dismiss or Stay Proceedings (D.E. #2033) be and the same is hereby **GRANTED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and U.S. Courthouse, Miami, Florida, this 2nd day of November, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record