UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

THIS CAUSE came before the Court on Plaintiffs' Motion to Strike Unauthorized Response Brief (DE #2062), filed on November 1, 2011. The Court has reviewed Plaintiffs' Motion to Strike and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that the above-styled motion (DE #2062) to strike Objectors' response brief (DE #2047) be, and the same is hereby, GRANTED.

DONE and ORDERED at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record