# EXHIBIT 2

**JOINT OPPOSITION OF DEFENDANTS WELLS FARGO BANK, N.A.
AND JPMORGAN CHASE BANK, N.A. TO MOTION OF
NON-PARTY JEFF HORWITZ TO UNSEAL RECORDS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. l:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. l:09-cv-23432-JLK
CD. Cal. Case No. 2:09-cv-06967-GHK

### DECLARATION OF PETER HOMER

I, Peter Homer, hereby declare as follows:

1. I am an attorney admitted to practice in this Court and a member in the law firm of Homer & Bonner, P.A., at 1441 Brickell Avenue, Suite 1200, Miami, Florida 33131, counsel for defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-captioned lawsuits. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. On July 16, 2010, the parties entered into, and this Court so ordered, a Stipulated Protective Order ("Protective Order") [MDL Dkt. No. 688] reflecting the parties' acknowledgment that this case was "likely to involve the production of confidential, proprietary and/or private matter, for which special protection is warranted" and setting forth principled

guidelines for designating documents and information, where warranted, as "confidential" or "highly confidential."  *See* Protective Order ¶¶ 1, 5-6.

3. Under the Protective Order, the parties agreed that a party may designate as "Confidential" a "document, response to discovery, or any other information that is not in the public domain and that the producing party or non-party believes in good faith to contain trade secrets or confidential product development, business, financial, strategic planning, security or customer information." *Id.* ¶ 5.  The parties agreed further that any party may designate as "Highly Confidential" "[a]ny Confidential document, response to discovery, or any other matter, the disclosure of which the party or non-party believes in good faith would create a serious risk of monetary or nonmonetary injury, or breach of security or consumer privacy." *Id.* ¶ 6.

4. To date, Chase has produced to Plaintiffs in discovery approximately 130,000 documents totaling almost 800,000 pages, or the equivalent of more than 300 banker's boxes. Pursuant to the Protective Order, Chase has designated as "Confidential" or "Highly Confidential" the documents, responses to discovery, and deposition testimony that it has in good faith identified as requiring such protection according to the criteria enumerated above.

5. When documents containing information designated as "Confidential" or "Highly Confidential" have been quoted in or attached as exhibits to motion papers filed in this case, the parties have met and conferred about whether the documents could be filed on the public docket.

6. Specifically, counsel for the parties have met and conferred extensively regarding the documents that are quoted in or attached as exhibits to Plaintiffs' Motion for Class Certification and Incorporated Memorandum of Law (filed in the *Luquetta* and *Lopez* actions on April 25, 2011), and Chase's Memorandum of Law in Opposition to Class Certification (filed in

the *Luquetta* action on June 16, 2011). Those class certification papers were initially filed under seal by the parties pursuant to orders of this Court.

7. The parties met and conferred, ultimately agreeing that both of the parties' briefs regarding class certification, all 5 declarations filed therewith, and all 125 of the accompanying exhibits, may be re-filed on the public docket, subject to very limited redactions to protect the personal information (*e.g.*, telephone and bank account numbers) of individual bank customers and employees; competitively sensitive commercial information; and nonpublic technical information that Chase has determined would raise serious safety and soundness concerns for the bank if disclosed to the public.

8. The parties are currently preparing a Joint Stipulation and Proposed Order pursuant to which, with the Court's approval, all of the parties' class certification filings will be unsealed subject to limited redactions as described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2011
Miami, Florida

_____
Peter Homer