# EXHIBIT 4

**JOINT OPPOSITION OF DEFENDANTS WELLS FARGO BANK, N.A.
AND JPMORGAN CHASE BANK, N.A. TO MOTION OF
NON-PARTY JEFF HORWITZ TO UNSEAL RECORDS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
CD. Cal. Case No. 2:09-cv-06967-GHK

## DECLARATION OF RALPH O. SLENKER, III

I, Ralph Slenker, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. I am a Risk Senior Manager with JPMorgan Chase & Co. In that capacity my duties include developing tools for identifying and preventing fraud related to deposit accounts.

3. I have reviewed the redactions that JPMorgan Chase Bank, N.A. ("Chase") is proposing of the documents that I understand Plaintiffs and Chase jointly intend to seek leave to re-file in redacted form on the public docket in the above-captioned litigation.

4. The information that Chase is proposing to redact consists of personal information of individual Chase customers or employees, information that Chase regards as competitively

sensitive, and nonpublic technical information that would raise significant safety and soundness concerns for Chase if made publicly available.

5. All of the information that Chase is proposing to redact is sensitive and confidential information that, if released publicly, would create a serious risk of harm to Chase and/or its customers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2011
Columbus, Ohio

Ralph O. Slenker, III