UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

_____

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

**PROPOSED ORDER ON CAMPOS' PETITION TO INTERVENE FOR THE LIMITED PURPOSE OF RECEIVING NOTICE REGARDING THE ALLOCATION AND DISTRIBUTION OF ATTORNEYS' FEES PENDING FINAL APPROVAL OF SETTLEMENT**

THIS CAUSE having come before the Court on Campos' Petition To Intervene For The Limited Purpose of Receiving Notice Regarding the Allocation and Distribution of Attorneys' Fees Pending Final Approval of Settlement, and the Court having reviewed the motion and being otherwise advised in the premises:

IT IS ORDERED that Campos' Petition To Intervene For The Limited Purpose of Receiving Notice Regarding the Allocation and Distribution of Attorneys' Fees Pending Final Approval of Settlement is hereby GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Settlement Class Counsel shall provide notice of its plan of allocation and distribution of attorneys fees, costs and expenses to Campos within five (5) days after such plan has been approved by Settlement Class Counsel and Campos will thereafter have ten (10) days to assert legal or equitable claims in response thereto to the extent necessary and appropriate;

IT IS FURTHER ORDERED that this Court will retain jurisdiction over all attorney fee issues including the allocation and distribution of same to the extent said allocation may adversely affect Campos' interests.

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this _____ day of _____, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc:  All Counsel of Record