UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Dasher v. RBC Bank (USA)*,
S.D. Fla. Case No. 1:10-CV-22190-JLK

*Avery v. RBC Bank*,
E.D. N.C. Case No. 5:10-cv-329

_____/


[~~~~~~~] ORDER GRANTING DEFENDANT RBC BANK (USA)'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO "PLAINTIFFS'
MOTION TO DEFER RULING ON RBC BANK (USA)'S RENEWED MOTION
TO COMPEL ARBITRATION AND DISMISS OR STAY CASES AND
INCORPORATED MEMORANDUM OF LAW" [DE 2021]

THIS CAUSE came before the Court on the *Unopposed Motion for Extension of Time to File Response to "Plaintiffs' Motion to Defer Ruling on RBC Bank (USA)'s Renewed Motion to Compel Arbitration and Dismiss or Stay Cases and Incorporated Memorandum of Law" [DE 2021]* ("*Motion*"). The Court, having considered the *Motion* and other pertinent portions of the record and noting Plaintiff's lack of opposition to the *Motion*, hereby

ORDERS AND ADJUDGES as follows:

1.     The *Motion* is GRANTED.

2. RBC Bank (USA) shall have up to and including November 14, 2011, to file its response to *Plaintiffs' Motion to Defer Ruling on RBC Bank (USA)'s Renewed Motion to Compel Arbitration and Dismiss or Stay Cases and Incorporated Memorandum of Law.*

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA