**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 09-MD-02036-JLK

| | |
|---|---|
| IN RE:  CHECKING ACCOUNT OVERDRAFT LITIGATION | |
| MDL No. 2036 | |
| THIS DOCUMENT RELATES TO: | |
| *Larsen v. Union Bank, N.A.* S.D. Fla. Case No. 1:09-MD-02036-JLK N.D. Cal. Case No. 4:09-cv-03250-PJH | |

**NOTICE OF STRIKING DOCKET ENTRY 2081**

Defendants Union Bank, N.A. and UnionBanCal Corp. ("Defendants") hereby submit this Notice of Striking Docket Entry 2081.

1.      On November 4, 2011, a Joinder In Responses To Motion By Proposed Intervenor Jeff Horwitz To Unseal Records was electronically filed with the Court's CM/ECF system as [DE # 2081].

2.      During the process of electronically filing [DE # 2081], United Bank was incorrectly selected as a filing party.  The proper filing party, which should have been selected during the electronic filing process, was Union Bank, N.A.

3.      Immediately after discovery of the mistake, the Joinder In Responses To Motion By Proposed Intervenor Jeff Horwitz To Unseal Records was correctly re-filed on behalf of Union Bank, N.A. and UnionBanCal Corp. as [DE # 2082].

15240/0008/988754.1

4.      In the interests of justice and to avoid any confusion, Defendants request

that [DE # 2081] be stricken from the docket.

DATED: November 9, 2011                          Respectfully submitted,


                                                 By:_____ /s/ John B. Sullivan_____
                                                           John B. Sullivan


Alan G. Greer                                    John B. Sullivan
Florida Bar No. 0123294                          Jan T. Chilton
agreer@richmangreer.com                          Mark D. Lonergan
John M. Brumbaugh                                Severson & Werson
Florida Bar No. 0126350                          One Embarcadero Center, Suite 2600
jbrumbaugh@richmangreer.com                      San Francisco, CA 94111
RICHMAN GREER, P.A.                              Tel: 415-677-5603
Miami Center – Suite 1000                        Fax: 415-956-0439
201 South Biscayne Boulevard
Miami, Florida  33131-2305
Tel: 305-373-4000
Fax: 305-373-4099

        *Attorneys for Defendants* Union Bank, N.A. and UnionBanCal Corp.

15240/0008/988754.1

## CERTIFICATE OF SERVICE

     I hereby certify that on November 9, 2011, I served the foregoing document with the

Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this

day on all counsel of record entitled to receive service, as shown on the attached Service List.

                               Juli A. Carter

**SERVICE LIST**

By CM/ECF:

| | |
|---|---|
| Robert C. Gilbert, Esq.<br>Jeremy W. Alters, Esq.<br>Kimberly L. Boldt, Esq.<br>Alters Boldt Brown Rash & Vulmo, P.A.<br>4141 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33137<br>*Attorney for Melanie L. Garcia, Ralph Tornes,*<br>*William W. Powell, Jr., April Speers, Estella A.*<br>*Lopez, John C. Stone, Charles Reed, Jr., Linda*<br>*McDaniel, Andrea Luquetta* | Barry R. Himmelstein, Esq.<br>Jordan Elias, Esq.<br>Michael W. Sobol, Esq.<br>Mikaela Bernstein, Esq.<br>Roger N. Heller, Esq.<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>*Attorneys for Celia Spears-Haymond, Mike*<br>*Amrhein, Steve Yourke, Kristen Richards,*<br>*Frank Smith, Cynthia Larsen* |
| Bruce Rogow, Esq.<br>Jeremy Walters, Esq.<br>Kimberly Boldt, Esq.<br>Robert Cecil Gilbert, Esq.<br>William Charles Hearon, Esq<br>Alters Boldt Brown Roash & Vulmo, P.A.<br>500 East Broward Blvd, Suite 1930<br>Ft. Lauderdale, FL 33394<br>*Attorney for Melanie L. Garcia, Ralph Tornes,*<br>*William W. Powell, Jr., April Speers, Estella A.*<br>*Lopez, John C. Stone, Charles Reed, Jr., Linda*<br>*McDaniel, Andrea Luquetta* | Robert C. Josefsberg, Esq.<br>Victor M. Diaz, Jr., Esq.<br>John Gravante, III, Esq.<br>Podhurst Orseck, P.A.<br>City National Bank Building<br>25 West Flagler Street, Suite 800<br>Miami, FL 33130-1780 |
| Ruben Honik, Esq.<br>Kenneth J. Grunfeld, Esq.<br>Golomb & Honik, P.C.<br>1515 Market Street, Suite 1100<br>Philadelphia, P.A. 19102 | Ted E. Trief, Esq.<br>Barbara E. Olk, Esq.<br>Trief & Olk<br>150 E 58th Street, Suite 34th FL<br>New York, NY 10155 |
| Edward Adam Webb, Esq.<br>G. Franklin Lemond, Jr., Esq.<br>Webb Klase & Lemond, LLC<br>1900 The Exchange SE, Suite 480<br>Atlanta, GA 30339<br>*Attorneys for William W. Powell, Jr., Faith*<br>*Gofdon, Jeffrey Buffington, Jeanette*<br>*Buffington, Lawrence D. Hough, Pamela J.*<br>*Hough* | Elizabeth A. Alexander, Esq.<br>Lieff Cabraser Heimann & Bernstein<br>150 Fourth Avenue North, Suite 1650<br>Nashville, TN 37219<br>*Attorney for Steven Yourke* |

| | |
|---|---|
| Edward F. Feinstein, Esq.<br>Ellen M. Doyle, Esq.<br>Stember Feinstein Doyle & Payne, LLC<br>Allegheny Building, 17th FL<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>*Attorney for Virgilio S. Casayuran, Jr.* | David M. Given, Esq.<br>Nicholas A. Carlin, Esq.<br>R. Scott Erlewine, Esq.<br>Phillips Erlewine & Given LLP<br>50 California Street, 35th FL<br>San Francisco, CA 94111<br>*Attorneys for Steven Yourke, Kristen Richards,<br>Maxine Aarons Given* |
| William C. Hearon, Esq.<br>Stewart Tilghman Fox & Bianchi<br>One Southeast Third Avenue<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia* | Charles M. Delbaum, Esq.<br>Stuart T. Rossman, Esq.<br>National Consumer Law Center<br>Seven Winthrop Square, 4th FL<br>Boston, MA 02110<br>*Attorneys for Steve Yourke, Kristen Richards* |
| Ari Y. Brown, Esq.<br>Genessa A. Stout, Esq.<br>Steve W. Berman, Esq.<br>Hagens Berman Sobol Shapiro<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>*Attorneys for Alex Zankich, William Ruckter,<br>Marc Martinez, Robert Lowe, Lori Aldana,<br>Shane Parins ,Kara Parins* | Bonney E. Sweeney, Esq.<br>Lerach Coughlin Stoia Geller Rudman &<br>Robbins<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Attorney for Donald Kimenker* |
| John Matthew Geyman, Esq.<br>John Wentworth Phillips, Esq.<br>Phillips Law Group PLLC<br>315 Fifth Avenue South, Suite 1000<br>Seattle, WA 98104<br>*Attorney for Alex Zankich, William Rucker* | Isam C. Khoury, Esq.<br>James Jason Hill, Esq.<br>Jeffrey James Geraci<br>Michael D. Singer<br>Cohelan Khoury & Singer<br>605 C. Street, Suite 200<br>San Diego, CA 92101<br>*Attorneys for John D. Kikland* |
| Burton H. Finkelstein, Esq.<br>Eugene J. Benick, Esq.<br>Rosemary M. Rivas, Esq.<br>Tracy D. Rezvani, Esq.<br>Finkelstein Thompson LLP<br>1050 Thirtieth Street Northwest<br>Washington, DC 20007<br>*Attorneys for Andrea Luquetta* | Joshua L. Ross, Esq.<br>Steve D. Larson, Esq.<br>Stoll Stoll Berne Lokting & Shlachter<br>209 Southwest Oak Street, 5th Floor<br>Portland, OR 97204<br>*Attorneys for Dolores Gutierrez* |
| Marian S. Rosen, Esq.<br>Marian S. Rosen & Associates<br>5065 Westheimer, Suite 840<br>Houston, TX 77506<br>*Attorney for Katherine Anne Williams* | Patricia N. Syverson, Esq.<br>Todd David Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>2901 North Central Avenue, Suite 1000<br>Phoenix, AZ 85012<br>*Attorneys for Josh Naehu-Reyes* |

| | |
|---|---|
| Jeffrey F. Keller, Esq.<br>Keller Grover LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>*Attorney for George Burke* | Charles D. Marshall, Esq.<br>Green Welling PC<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>*Attorney for Lacy Barras* |
| Barry R. Davidson, Esq.<br>Hunton & Williams LLP<br>Mellon Financial Center<br>1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131<br>*Attorney for Melanie L. Garcia, Celia Spears-Haymond, Mike Amrhein, Steve Yourke, April Speers, Estella A. Lopez, Alex Zankich, Cynthia Larsen, Andrea Luquetta, Wells Fargo Bank, N.A., Wachovia Bank, N.A., Bank of America, N.A., Wachovia Corp., Citibank, N.A. Bank of America California, Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, NA, U.S. Bancorp, Bank of America Corp. Union Bank, N.A., Unionbancal Corp., Wells Fargo & Co.* | Bryanne J. Schmitt, Esq.<br>David M. Jolley, Esq.<br>Emily Johnson Henn, Esq.<br>Margaret G. May, Esq.<br>Sonya Diane Winner, Esq.<br>Steven Duane Sassaman, Esq.<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>*Attorneys for Wells Fargo Bank, N.A., Bank of America, N.A., Citibank, N.A., Wachovia Bank, N.A., J.P. Morgan Chase Bank, N.A., U.S. Bank, N.A., Union Bank, N.A., Wells Fargo & Co.* |
| Barbara Viniegra, Esq.<br>James Randolph Liebler, Esq.<br>Liebler Gonzalez & Portuondo<br>Courthouse Tower<br>44 West Flagler Street, Suite 2500<br>Miami, FL 33130<br>*Attorney for Bank of America, N.A.* | James R. McGuire, Esq.<br>Rita Lin, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Wachovia Bank, N.A., Wachovia Corp, US Bank, N.A., U.S. Bank, NA, U.S. Bancorp* |
| Christopher Scott Tarbell, Esq.<br>Laurence J. Hutt, Esq.<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th FL<br>Los Angeles, CA 90017<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California* | Sylvia Rivera, Esq.<br>Morrison & Foerseter LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013<br>*Attorney for U.S. Bank, NA, U.S. Bancorp* |
| Alan G. Kipnis, Esq.<br>John M. Cooney<br>Arnstein & Lehr LLP<br>200 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, FL 33301<br>*Attorney for Keybank National Association* | Aaron Schur, Esq.<br>Sharon D. Mayo, Esq.<br>Arnold & Porter LLP<br>275 Battery Street, Suite 2700<br>San Francisco, CA 94111<br>*Attorneys for Bank of America, N.A., Bank of America Corp., Bank of America California* |

| | |
|---|---|
| Constance Melissa Ewing, Esq.<br>David B. Darden, Esq.<br>Eric Jon Taylor, Esq.<br>Nancy H. Baughan, Esq.<br>William J. Holley, II, Esq.<br>Parker Hudson Rainer & Dobbs<br>Marquis II Tower<br>285 Peachtree Center Avenue Northeast, Suite 1500<br>Atlanta, GA 30303<br>*Attorneys for Branch Banking and Trust Co., Regions Financial Corp., Regions Bank* | Lisa Marie Simonetti, Esq.<br>Alexandria Rose Kachadoorian, Esq.<br>Julia B. Strickland, Esq.<br>Strook & Strook & Lavan LLP<br>2029 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>*Attorneys for Citibank FSB, Citibank, Inc. Citibank (West), FSB, Citibank, N.A.* |
| Jan T. Chilton, Esq.<br>John B. Sullivan, Esq.<br>Mark D. Lonergan, Esq.<br>Severson & Werson PC<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>*Attorneys for Union Bank, N.A., Unionbancal Corp.* | A. Stephen Hut, Jr., Esq.<br>Michelle Ognibene, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Avenue Northwest<br>Washington, DC 20006<br>*Attorneys for J. P. Morgan Chase Bank, N.A.* |
| Alan S. Kaplinsky, Esq.<br>Martin C. Bryce, Jr., Esq.<br>Ballard Spahr Andrews & Ingersoll<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>*Attorneys for Huntington Banchsares, Inc., Huntington National Bank* | Alan E. Schoenfeld, Esq.<br>Christopher R. Lipsett, Esq.<br>David Sapir Lesser, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>399 Park Avenue<br>New York, NY 1022<br>*Attorneys for J.P. Morgan Chase Bank, N.A., JP Morgan Chase & Co.* |
| Michael Ross Tein, Esq.<br>Lewis Tein, Esq.<br>3059 Grand Avenue, Suite 340<br>Coconut Grove, FL 33133<br>*Attorneys for PNC Bank, National Association* | Lindsey Elisa Bowen, Esq.<br>Lynette Eaddy Smith, Esq.<br>William H. Withrow, Jr., Esq.<br>Troutman Sanders LLP<br>600 Peachtree Street Northeast, Suite 5200<br>Atlanta, GA 30308<br>*Attorneys for SunTrust Banks, Inc.* |
| John T. Prisbe, Esq.<br>Venable Baetjer & Howard<br>Mercantile Bank & Trust Building<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201<br>*Attorney for M & T Bank Corp.* | James A. Dunbar, Esq.<br>Venable LLP<br>210 West Pennsylvania Avenue, suite 500<br>Towson, MA 21204<br>*Attorney for M & T Bank Corp.* |

| | |
|---|---|
| Richard D. McCune, Jr., Esq.<br>Jae Kook Kim, Esq.<br>McCune Wright LLP<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374<br>*Attorneys for Celia Spears-Haymond, Mike Amrhein, Frank Smith, Cynthia Larsen, Michelle Gulley* | |

By U.S. Mail:

| | |
|---|---|
| Jeff Horwitz<br>1 State Street, 26th Floor<br>New York, NY 10004<br>(212) 803-8577 | Anne P. McHugh, Esq.<br>Pellettieri Rabstein & Altman<br>100 Nassau Park Boulevard, Suite 111<br>Princeton, NJ 08543-5301<br>*Attorney for Virgilio S. Casayuran, Jr.* |
| Stephen P. Willison, Esq.<br>Willison & Hellman PC<br>44 Grandville Avenue Southwest, Suite 200<br>Grand Rapids, MI 49503<br>*Attorneys for Michelle Gulley* | Michael R. Comeau, Esq.<br>Comeau Maldegen Templeman & Indall LLP<br>P.O. Box 669<br>Santa Fe, NM 87504<br>*Attorney for Marc Martinez* |
| Denyse Clancy, Esq.<br>Baron Budd LLP<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>*Attorney for Vada Mitchell, Daisy Webb* | Chaim S. Setareh, Esq.<br>Law Office of Shaun Setareh<br>9454 Wilshire Boulevard, Penthouse Suite 3<br>Beverly Hills, CA 90212<br>*Attorney for Sandra Quarles* |
| Miriam E. Zakarin, Esq.<br>TEVA North America<br>1090 Horsham Road<br>P.O. Box 1090<br>North Wales, PA 19450<br>*Attorney for Angela Walsh-Duffy, Brett Freeman* | Marcus J. Bradley, Esq.<br>Marlin & Saltzman, Esq.<br>29229 Canwood Street, Suite 208<br>Agoura Hills, CA 91301<br>*Attorney for Sandra Quarles* |
| Norah Hart, Esq.<br>Treuhaft & Zakarin LLP<br>1011 Avenue of the Americas, 4th Floor<br>New York, NY 10000<br>*Attorney for Angela Walsh-Duffy, Brett Freeman* | Gary Walker Jackson, Esq.<br>Jackson & McGee LLP<br>521 East Boulevard<br>Charlotte, NC 28203<br>*Attorney for Lacy Barras* |
| Alan M. Mansfield, Esq.<br>Consumer Law Group<br>9466 Black Mountain Road, Suite 225<br>San Diego, CA 92126<br>*Attorney for Katherine Anne Williams* | Alisha A. Marin, Esq.<br>James R. Patterson, Esq.<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>*Attorneys for Josh Naehu-Reyes* |

| | |
|---|---|
| Howard Rubinstein, Esq.<br>914 Waters Avenue, Suite 20<br>Aspen, CO 81611<br>*Attorney for Katherine Anne Williams* | Brian J. Meenaghan, Esq.<br>Ronald E. Beard, Esq.<br>Rudy Albert Englund, Esq.<br>Tara N. Gillespie, Esq.<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA 98101<br>*Attorneys for Wells Fargo Bank, N.A.* |
| Dori Katrine Stibolt, Esq.<br>Fox Rothschild LLP<br>222 Lakeview Avenue, Suite 700<br>West Palm Beach, FL 33401<br>*Attorney for Wells Fargo Bank, N.A.* | Jay Earl Smith, Esq.<br>Smith Larsen & Wixom<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* |
| Barbara J. Dawson, Esq.<br>Robert Matthew Kort, Esq.<br>Snell & Wilmer<br>400 East Van Buren<br>1 Arizona Center<br>Phoenix, AZ 85004<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* | Leda Dunn Wettre, Esq.<br>Robinson Wettre & Miller LLC<br>One Newark Center, 19th Floor<br>Newark, NJ 07102<br>*Attorney for Wachovia Bank, N.A.* |
| Tracy L. Ashmore, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br>*Attorney for Wells Fargo Bank, N.A., Wells Fargo & Co.* | Ashley F. Cummings, Esq.<br>James M. Beach, Esq.<br>Lawrence J. Bracken, II<br>Hunton & Williams LLP<br>600 Peachtree Street Northeast, Suite 4100<br>Atlanta, GA 30308<br>*Attorneys for Wachovia Bank, N.A.* |
| Tracy Thomas Cottingham, III<br>Hunton & Williams LLP<br>Bank of America Plaza<br>101 South Tryon Street, Suite 3500<br>Charlotte, NC 28280<br>*Attorney for Wachovia Bank, N.A., Wachovia Corp.* | Ann Marie Mortimer, Esq.<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>*Attorney for Wachovia Corp.* |
| Todd D. Carpenter, Esq.<br>Bonnett Fairbourn Friedman & Balint PC<br>600 West Broadway, Suite 900<br>San Diego, CA 92101 | Mark D. Flanagan, Esq.<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>1117 South California Avenue<br>Palo Alto, CA 94304<br>*Attorney for JP Morgan Chase Bank* |

| | |
|---|---|
| C. Marie Eckert, Esq.<br>Cody J. Elliott, Esq.<br>Miller Nash LLP<br>111 Southwest Fifth Avenue, Suite 3400<br>Portland, OR 97204<br>*Attorney for U.S. Bank, N.A.* | Andrew Bejamin Grossman, Esq.<br>Matthew D. Benedetto, Esq.<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>*Attorneys for J.P. Morgan Chase Bank, N.A.* |
| Bruce W. Neckers, Esq.<br>John M. Lichtenberg, Esq.<br>Paul A. McCarthy, Esq.<br>Rhoades McKee PC<br>161 Ottawa Avenue Northwest, Suite 600<br>Grand Rapids, MI 49503<br>*Attorneys for Huntington Bancshares, Inc.* | Joseph P. Guglielmo, Esq.<br>Scott & Scott LLP<br>500 Fifth Avenue, 40th Floor<br>New York, NY 10110 |
| Geoffrey M. Johnson, Esq.<br>Scott & Scott<br>12434 Cedar Road, Suite 12<br>Cleveland, Ohio 44106 | David R. Scott, Esq.<br>Amanda F. Lawrence<br>Scott & Scott LLP<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415 |
| Joseph S. Tusa, Esq.<br>Whalen & Tusa, P.C.<br>33 West 19th Street, 4th FL<br>New York, NY 10011 | John C. Aisenbrey<br>Sinson Morrison Hecker, LLP<br>1201 Walnut Street<br>Suite 2900<br>Kansas City, MO 64106 |
| Melissa L. Zujkowski, Esq.<br>Michael N. Ungar, Esq.<br>Ulerm & Berne<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, Ohio 44113 | Linda G. Alexander<br>Niemeyer Alexander Austin & Phillips<br>300 N. Walker Avenue<br>Oaklahoma City, OK 73102-1822 |
| Andrew Ira Alperstein<br>Alperstin and Diener, PA<br>200 E. Lexington Street<br>Suite 600<br>Baltimore, MD 21202 | James G. Bordas, III<br>Bordas & Bordas<br>1358 National Road<br>Wheeling, WV 26003 |
| David T. Brown<br>Huskinson Brown Heidenreich & Carlin LLP<br>865 Manhattan Beach Boulevard<br>Suite 200<br>Manhattan Beach, CA 90266 | Brian Carlin<br>Huskinson Brown Heidenreich & Carlin LLP<br>865 Manhattan Beach Boulevard<br>Suite 200<br>Manhattan Beach, CA 90266 |

| | |
|---|---|
| Robert M. Cearley , Jr<br>Cearley Law Firm<br>Centre Place<br>212 Center Street<br>Suite 200<br>Little Rock, AR 72201 | Cynthia B. Chapman<br>Caddell & Chapman<br>1331 Lamar<br>Suite 1070<br>Houston, TX 71370 |
| Donald R. Chierici , Jr<br>Chierici, Chierici & Smith<br>Blason Campus III<br>509 S. Lenola Road<br>Building Six<br>Moorestown, NJ 08057 | Marci Command<br>3636 4 Mile Rd., NE<br>Grand Rapids, MI 49525 |
| Timothy Command<br>3636 4 Mile Rd.,NE<br>Grand Rapids, MI 49525 | Michael Coren<br>Cohen, Placitella & Roth, PC<br>Two Commerce Square, Suite 2900<br>2001 Market Street<br>Philadelphia, PA 19103 |
| Kevin A. Crass<br>Friday, Eldredge & Clark, LLP<br>Regions Center<br>400 West Capitol Avenue<br>Suite 2000<br>Little Rock, AR 72201-3522 | Richard Croutharmel<br>Richard Croutharmel, Attorney at Law<br>303-200 Blake Street<br>Suite 211<br>Raleigh, NC 27601 |
| James R. Daly<br>Jones Day Reavis & Pogue<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, IL 60601-1692 | Denise Lissette Diaz<br>Keller Grover LLP<br>425 Second Street<br>Suite 500<br>San Francisco, CA 94107 |
| David Dreifus<br>Poyner Spruill, LLP<br>P.O. Box 1801<br>Raleigh, NC 27602-1801 | James E. Dunn<br>James E. Dunn & Associates, PC<br>116 S. Walker Avenue<br>Oklahoma City, OK 73102 |
| Robert G. Flanders , Jr<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza<br>Suite 1500<br>Providence, RI 02903 | Robert H. Friebert<br>Friebert, Finerty & St. John, S.C.<br>Two Plaza East<br>330 East Kilbourn Avenue<br>Suite 1250<br>Milwaukee, WI 53202 |
| Jeff D. Friedman<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA 94710 | Leonard A. Frisoli<br>Frisoli & Associates<br>43 Thorndike Street<br>Cambridge, MA 02141 |

| | |
|---|---|
| Gregory G. Gordon<br>Gregory G Gordon Ltd<br>871 Coronado Center Drive<br>16th Floor<br>Henderson, NV 89052 | Sara C. Hacker<br>Whatley Drake & Kallas<br>2001 Park Place North<br>Suite 1000<br>Birmingham, AL 35203 |
| Christopher G. Hayes<br>Law Office of Christopher G. Hayes<br>225 S Church Street<br>West Chester, PA 19382 | Paul Edward Heidenreich<br>Huskinson Brown Heidenreich & Carlin LLP<br>865 Manhattan Beach Boulevard<br>Suite 200<br>Manhattan Beach, CA 90266 |
| Christopher T. Hynes<br>Hinckley Allen & Snyder, LLP<br>28 State Street<br>30th Floor<br>Boston, MA 02109 | Kellie M. Johnson<br>Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, TX 75201 |
| Reed Richard Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue<br>Suite 202<br>Berkeley, CA 94710 | David C. Marcus<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| Alisa Ann Martin<br>Harrison Patterson & O'Connor LLP<br>402 West Broadway<br>29th Floor<br>San Diego, CA 92101 | Heather Mitchell<br>Venable LLP<br>210 W Pennsylvania Avenue, Suite 500<br>Towson, MD 21204 |
| Elizabeth Robben Murray<br>Friday, Eldredge & Clark, LLP<br>Regions Center<br>400 West Capitol Avenue<br>Suite 2000<br>Little Rock, AR 72201-3522 | John Ward O'Hale<br>Poyner Spruill LLP<br>P.O. Box 1801<br>Raleigh, NC 27602-1801 |
| Matthew W. O'Neill<br>Friebert, Finerty & St. John, S.C.<br>Two Plaza East<br>330 East Kilbourn Avenue<br>Suite 1250<br>Milwaukee, WI 53202 | William Dean Overstreet<br>Dover Dixon Horne, PLLC<br>425 West Capitol Avenue<br>Suite 3700<br>Little Rock, AR 72201-3645 |
| Lisa J. Rodriguez<br>Trujillo, Rodriguez & Richards<br>258 Kings Highway East<br>Haddonfield, NJ 08033 | Zaheer A. Samee<br>Frisoli Associates, PC<br>43 Thorndike Street<br>Cambridge, MA 02141 |

| | |
|---|---|
| William Woodhull Stone<br>Holzer Holzer & Fistel LLC<br>200 Ashford Center North<br>Suite 300<br>Atlanta, GA 30338 | Patrick J. Stueve<br>Barrett J. Vahle<br>Stueve Siegel Hanson, LLP<br>460 Nichols Road<br>Suite 200<br>Kansas City, MO 64112 |
| Brian Clark Summerfield<br>Bodman, LLP<br>201 W Big Beaver Road<br>Suite 500<br>Troy, MI 48084 | Robert Townsend<br>P O Box 3330<br>Dana Point, CA 92629 |
| George Francis Verschelden<br>1201 Walnut Street<br>Suite 2900<br>Kansas City, MO 64106-6251 | Jack Wagoner, III<br>Wagoner Law Firm, P.A.<br>1320 Brokwood<br>Suites D & E<br>Little Rock, AR 72202 |
| Janessa Wasserman<br>Higer Lichter & Givner<br>18305 Biscayne Boulevard<br>Suite 402<br>Aventura, FL 33160 | Peter N. Wasylyk<br>1307 Chalkstone Avenue<br>Providence, RI 02908 |
| Douglas D. Winter<br>The Ball Law Firm LLP<br>Figueroa Tower<br>10866 Wilshire Bouevard<br>Suite 1400<br>Los Angeles, CA 90024 | Russell W. Budd, Esq.<br>Bruce W. Steckler, Esq.<br>Melissa K Hutts, Esq.<br>Baron & Budd, P.A.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 |