UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. Fla. Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. FL Case No. 1:10-cv-22931-JLK

_____ /

## ORDER SETTING ORAL ARGUMENT ON MOTION TO COMPEL

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion to Compel Discovery (DE #2072), filed November 3, 2011.

Upon consideration of Plaintiffs' Motion to Compel and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motion to Compel (DE #2072) be, and the same is hereby, set for oral argument on Monday, November 21, 2011 at 9:30 a.m. at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 15th day of September, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record