# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:

*Dasher v. RBC Bank (USA)*
S.D. Fla. Case No. 1:10-CV-22190-JLK

*Avery v. RBC Bank*
E.D.N.C. Case No. 5:10-cv-329

## PLAINTIFFS' RESPONSE TO DEFENDANT RBC BANK (USA)'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs hereby respond to Defendant RBC Bank's Notice of Supplemental Authority
[**DE # 2094**] regarding Defendant's Renewed Motion to Compel Arbitration [**DE # 1929**].
Defendant's attempt to apply the Supreme Court's recent decision in *KPMG LLP v. Cocchi*,
2011 WL 5299457 (U.S. Nov. 7, 2011), is unpersuasive.  The holding in *KPMG* is very narrow
and has no relevance to the case at bar.

In *KPMG*, Florida's Fourth District Court of Appeal upheld a trial court's refusal to
compel arbitration based upon its conclusion that two of the four claims that the plaintiffs
brought were nonarbitrable.  *Id.* at *1.  In doing so, the Court of Appeal apparently failed to
determine whether the two remaining claims were arbitrable, but rather denied the defendant's
motion to compel arbitration altogether.  *Id.*  Relying on *Dean Witter Reynolds Inc. v. Byrd*, 470
U.S. 213 (1985), the Supreme Court noted that "[a] court may not issue a blanket refusal to

compel arbitration merely on the grounds that some of the claims could be resolved by the court without arbitration." *KPMG*, 2011 WL 5299457 at *1. Thus, the Supreme Court vacated the Court of Appeal's decision and remanded the case for an examination of whether the other two claims were suitable for arbitration. *Id.* at *3.

The decision in *KPMG* has no application here because Plaintiffs have not alleged that certain claims are not arbitrable, but rather have argued that the arbitration clause at issue is unconscionable under North Carolina law. *See* Response in Opposition, pp. 5-17 [**DE # 2020**]. Defendant's suggestion that *KPMG* is relevant to Plaintiffs' showing that arbitration would be cost prohibitive under the AAA rules defies logic. Plaintiffs did not argue that RBC's motion should be denied because their non-monetary claims were nonarbitrable. Had Plaintiffs done so, the holding in *KPMG* would arguably apply. Rather, Plaintiffs argued that the inclusion of non-monetary claims within their complaints would subject them to a filing fee of $3,350 to initiate an arbitration, not the $125 as alleged by RBC. *Id.* at 13-14. The AAA itself has recently confirmed under oath that Plaintiffs are correct: where non-monetary relief is sought and no precise amount of damages is known, the total AAA fees are $4,600, with $3,350 due at the time of filing. Dep. AAA, pp. 109:3 – 110:12 [**DE # 2049-1**]. This demonstration regarding the cost-prohibitive nature of arbitration under the specific circumstances of overdraft-related disputes (where the amount of damage cannot be known without internal bank data and an expert) is but one element of Plaintiffs' showing that RBC's arbitration clause is substantively unconscionable under North Carolina law. *See* Response in Opposition, pp. 9-15.

Defendant's attempt to recast Plaintiffs' argument in hopes of finding some application of *KPMG* is entirely without merit. *KPMG* has no application and Defendant's Renewed Motion to Compel Arbitration should be denied.

Dated: November 9, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
BRUCE S. ROGOW, P.A.
Broward Financial Center
500 E. Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271


/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008


/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being

served this day on all counsel of record or *pro se* parties identified on the attached Service List in

the manner specified, either via transmission of Notices of Electronic Filing generated by

CM/ECF or in some other authorized manner for those counsel or parties who are not authorized

to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596