UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Sachar, et al. v. IBERIABANK Corporation, et al.*
S.D. Fla. Case No. 1:11-CV-22844-JLK
_____/

**DEFENDANTS' MOTION TO CORRECT ORDER PRELIMINARILY
APPROVING CLASS SETTLEMENT AND CERTIFYING SETTLEMENT CLASS**

      Defendants, IBERIABANK and IBERIABANK Corporation, pursuant to Fed. R. Civ. P. 60(a), hereby request this Court to enter an order correcting a clerical mistake in the Order Preliminary Approving Class Settlement and Certifying Class [DE 2060] (the "Order").

**Memorandum of Law**

    1.    Under Fed. R. Civ. P. 60(a), "The court may correct a clerical mistake … whenever one is found in a[n] … order."

    2.    Paragraph 27 of the Order inadvertently indicates that the Final Approval Hearing of the settlement in this matter is "scheduled for April 16, 2011, at 9:30 a.m."

    3.    Paragraph 35(j) of the Order correctly identifies April 16, 2012 as the intended date for the Final Approval Hearing.

    4.    Accordingly, Defendants respectfully request this Court to enter an order correcting the clerical mistake in paragraph 27 of the Order.

    5.    This motion is filed by Defendants in good faith and not for purposes of delay.

6.       No party to this action will be prejudiced should this Court grant the relief sought herein.

**WHEREFORE,** Defendants request this Court to enter an order correcting the clerical mistake in paragraph 27 of the Order, which should reflect that the Final Approval Hearing of Plaintiffs' and Defendants' class settlement is scheduled for April 16, 2012.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for the Defendants represents that the Parties are in agreement with respect to the relief specifically requested herein.

Respectfully submitted,

Dated: November 14, 2011.

s/Thomas Meeks_____
Thomas Meeks (FBN 314323)
E-mail: tmeeks@carltonfields.com
Aaron S. Weiss (FBN 48813)
E-mail: aweiss@carltonfields.com
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Telephone:  (305)  530-0050
Facsimile:   (305)  530-0055

Elizabeth Robben Murray
Friday, Eldredge & Clark, LLP
400 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
Telephone:  (501) 376-2011
Facsimile:   (501) 244-5356
E-mail: Murray@fridayfirm.com

Attorneys for Defendants IBERIABANK
Corporation and IBERIABANK

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Thomas Meeks*
Thomas Meeks

## Service List

*Sachar v. IBERIABANK*
Case No. 09-cv-02036-JLK

Brent Walker
Carter Walker, PLLC
P.O. Box 629
Cabot, AR 72023
Telephone: (501) 605-1346
Facsimile: (501) 605-1348
E-mail: bwalker@carterwalkerlaw.com
*(via electronic filing)*

Steven A. Owings
Owings Law Firm
1400 Brookwood
Little Rock, AR 72202
Telephone: (501) 661-9999
Facsimile: (501) 661-8393
Attorneys for Plaintiffs, with full authority
E-mail: sowings@owingslawfirm.com
*(via electronic filing)*

Jack Wagoner
Wagoner Law Firm, P.A.
1320 Brookwood, Suite E
Little Rock, AR 72202
Telephone: (501) 663-5225
Facsimile: (501) 660-4030
E-mail: Jack@wagonerlawfirm.com
*(via electronic filing)*

Robert C. Gilbert
Grossman Roth, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Miami, FL 33134
Telephon: (305) 442-8666
Facsimile: (305) 779-9596
E-mail: rcg@grossmanroth.com
*(via electronic filing)*