UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Duval v. Citizens Financial Group, Inc.*
N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla. Case No. 1:10-cv-21080-JLK

*Daniels v. Citizen Financial Group, Inc.*
D. Ma. Case No. 10-cv-10386
S.D. Fla. Case No. 1:10-cv-22014-JLK

*Blankenship v. RBS Citizens, N.A.*
D. RI. Case No. 10-cv-02718
S.D. Fla. Case No. 1:10-cv-22942-JLK

## ORDER

On this day, the Court considered the Motion to Withdraw filed by Tycko & Zavareei LLP and the Plaintiffs Executive Committee. After reviewing the Motion and any response thereto, the Court finds that the Motion should be GRANTED. It is therefore,

ORDERED that Hassan A. Zavareei and Andrea R. Gold of Tycko & Zavareei LLP and all other attorneys associated with that firm who have appeared in this case, are hereby permitted to withdraw as counsel for Plaintiff Gregory Murphy and that such withdrawal shall be effective as of November 17, 2011.

It is further ORDERED that the Plaintiffs Executive Committee, and all attorneys and/or firms that are members of that Committee, are hereby permitted to withdraw as counsel for Plaintiff Gregory Murphy and that such withdrawal shall be effective as of November 17, 2011.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this ____ day of November, 2011.

                                        **JAMES LAWRENCE KING**
                                        **UNITED STATES DISTRICT JUDGE**
                                        **SOUTHERN DISTRICT OF FLORIDA**

Copies furnished to:

Counsel of Record
Gregory Murphy