# Exhibit B



ELEVENTH CIRCUIT DOCKET NO. 10-14488-DD

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

In Re CHECKING ACCOUNT OVERDRAFT LITIGATION:

RBC BANK (USA),

Defendant/Appellant,

v.

MICHAEL DASHER,

Plaintiff/Appellee.

APPEAL FROM THE UNITED STATES DISTRICT FOR
THE SOUTHERN DISTRICT OF FLORIDA

**JOINT MOTION TO VACATE AND REMAND TO DISTRICT COURT**

| | |
|---|---|
| E. Adam Webb | |
| Ga. Bar No. 743910 | Christopher S. Carver |
| G. Franklin Lemond, Jr. | Fla. Bar No. 993580 |
| Ga. Bar No. 141315 | AKERMAN SENTERFITT |
| WEBB, KLASE & LEMOND, LLC | One S.E. Third Avenue |
| 1900 The Exchange, S.E. | 25th Floor |
| Suite 480 | Miami, Florida 33131 |
| Atlanta, Georgia 30339 | (305) 374-5600 |
| (770) 444-0773 | (305) 374-5095 (facsimile) |
| (770) 444-0271 (facsimile) | |
| | Counsel for Appellant |
| Counsel for Appellee | |

[Additional Counsel Listed on Signature Block]

<u>RBC Bank (USA) v. Michael Dasher</u>
11th Circuit Docket Number 10-14488-DD

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-2, Appellee states that the following trial judge, attorneys, persons, associations of persons, firms, partnerships, or corporations meet the criteria stated in Eleventh Circuit Rule 26.1-2:

Akerman Senterfitt, Counsel for Appellant

Alters Law Firm, PA, Counsel for Appellee

Banks, Brandon, Counsel for Appellant

Carver, Christopher Stephen, Counsel for Appellant

Chitwood Harley Harnes, LLP, Counsel for Appellee

Dasher, Michael, Appellee

Ferguson, David L., Counsel for Appellee

Gilbert, Robert C., Counsel for Appellee

Grossman Roth, P.A. Counsel for Appellee

Harrison, Stacy J., Counsel for Appellant

Kaplan, Darren T., Counsel for Appellee

King, The Honorable James L., United States District Judge

i

Kopelowitz Ostrow Ferguson Weiselberg Keechl, Counsel for Appellee

Lemond, Jr., G. Franklin, Counsel for Appellee

Ostrow, Jeffrey M., Counsel for Appellee

RBC Bank (USA), Appellant

Rogow, Bruce S., Counsel for Appellee

Streisfeld, Jonathan M., Counsel for Appellee

Townes, Virginia B., Counsel for Appellant

Webb, E. Adam, Counsel for Appellee

Webb, Klase & Lemond, LLC, Counsel for Appellee

Wozniak, Carrie Ann, Counsel for Appellant

                                              Respectfully submitted,

                                              */s/ G. Franklin Lemond, Jr.*

                                              G. Franklin Lemond, Jr.
                                              Attorney for Appellee

## JOINT MOTION TO VACATE
## AND REMAND TO DISTRICT COURT

Appellant, RBC Bank (USA), and Appellee, Michael Dasher, through their respective undersigned counsel, pursuant to Fed. R. App. Proc. 27, respectfully request that this Court vacate the Order Denying Appellant's Motion to Compel Arbitration [Doc 763] and remand this matter to the United States District Court, Southern District of Florida, for reconsideration in light of the U.S. Supreme Court's recent decision in *AT&T v. Concepcion,* 131 S. Ct. 1740 (U.S. Apr. 27, 2011), and state as follows:

1. This appeal arises from an order entered by the District Court denying Appellant's motion to compel arbitration. This appeal is fully briefed and oral argument has been scheduled for June 28, 2011, in Miami, Florida.

2. The District Court previously entered several orders denying motions to compel arbitrations filed by other banks involved in the same multidistrict litigation proceeding, which orders were expressly incorporated into the order on appeal in this proceeding. *See* Doc 763 at 1-2. Those orders were appealed to this Court. *See, Barras v. Branch Banking and Trust Company,* Appeal No. 10-12377; *Powell-Perry v. Branch Banking and Trust Company,* Appeal No. 10-12374; *Buffington v. SunTrust Banks, Inc.,* Appeal No. 10-12373; *Hough v. Regions Financial Corporation,* Appeal No. 10-12376; and *Given v. M & T Bank*

1

*Corporation*, Appeal No. 10-12375. Oral argument in these appeals was held on April 12, 2011.

3. On April 27, 2011, the United States Supreme Court issued *Concepcion*. A few days later, this Court entered Orders in each of Appeal Nos. 10-12373 – 10-12377 vacating the District Court orders and remanding for reconsideration in light of *Concepcion* as an "unlimited remand." Copies of this Court's Orders in the above-referenced cases are attached as composite exhibit "A".

4. In light of this Court's recent Orders vacating and remanding similar District Court orders in related appeals, which orders were expressly incorporated into the order on appeal, the parties jointly stipulate to entry of an order in this appeal vacating and remanding for reconsideration in light of *Concepcion*.

5. Accordingly, pursuant to Rule 27, the parties jointly request that this Court enter an Order vacating the order under review in the same manner as the Court's recent Orders and remanding this matter to the District Court for reconsideration in light of *Concepcion*.

WHEREFORE, the parties respectfully request that this joint motion be granted, and for such other relief as this Court deems appropriate.

Respectfully submitted,

Date: June 6, 2011

AKERMAN SENTERFITT
One S.E. Third Avenue — 25th Floor
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095

By: _____ w/ express permission
CHRISTOPHER S. CARVER, ESQ.
Florida Bar No. 993580
E-mail: christopher.carver@akerman.com

AKERMAN SENTERFITT
420 South Orange Avenue
Post Office Box 231
Orlando, FL 32802-0231
Tel.: 407-423-4000
Fax: 407-843-6610

By: _____ w/ express permission
VIRGINIA B. TOWNES, ESQ.
Florida Bar No. 361879
E-mail: virginia.townes@akerman.com

*Attorneys for Defendant RBC Bank (USA)*

By: _____
E. Adam Webb
  Georgia Bar No. 743910
G. Franklin Lemond, Jr.
  Georgia Bar No. 141315

WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
(770) 444-9325
(770) 444-0271 (fax)

Bruce S. Rogow
  Florida Bar No. 067999
ALTERS LAW FIRM, PA
4141 N.E. 2nd Avenue
Miami, Florida 33137
(305) 571-8550
(305) 571-8558 (fax)

Robert C. Gilbert
  Florida Bar No. 561861
GROSSMAN ROTH, PA
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, Florida 33134
(305) 442-8666
(305) 779-9596 (fax)

Attorneys for Appellee

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing JOINT MOTION upon counsel of record for Appellant by depositing a copy of the same in the United States mail, postage prepaid, and addressed as follows:

Virginia B. Townes, Esq.
Carrie Ann Wozniak, Esq.
AKERMAN SENTERFITT
420 South Orange Avenue
P.O. Box 231
Orlando, Florida 32802-0231

Christopher S. Carver, Esq.
Stacy J. Harrison, Esq.
AKERMAN SENTERFITT
One S.E. Third Avenue
Suite 2500
Miami, Florida 33131-1714

DATED this 6th day of June, 2011.

_____
G. Franklin Lemond, Jr.

[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

No. 10-12373

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK, 1:09-cv-23632-JLK

In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION

---

JEFFREY BUFFINGTON,
JEANETTE BUFFINGTON,
on behalf of themselves and all others similarly situated,

          Plaintiffs-Appellees,

versus

SUNTRUST BANKS, INC.,

          Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

(April 28, 2011)



Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12374

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 28, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK,
1:10-cv-20820-JLK

In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION,

DORIS POWELL-PERRY,
Individually and on behalf of all other similarly situated,
CURNIE SANDERS,

Plaintiffs-Appellees,

versus

BRANCH BANKING AND TRUST COMPANY,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(April 28, 2011)

PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.

2

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12375

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK,
1:10-cv-20478-JLK

In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION

MAXINE AARONS GIVEN, Individually and
on behalf of all other similarly situated,

Plaintiff-Appellee,

versus

M & T BANK CORPORATION, a New York corporation,
individually and operating by and through M&T Bank,
MANUFACTURERS AND TRADERS TRUST COMPANY,
a.k.a. M&T Bank,

Defendants-Appellants.

Appeal from the United States District Court
for the Southern District of Florida

(April 29, 2011)

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.

2

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12376

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2011
JOHN LEY
CLERK
```

D.C. Docket Nos. 1:09-md-02036-JLK,
1:10-cv-20476-JLK

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

---

LAWRENCE D. HOUGH,
PAMELA J. HOUGH, on behalf of
themselves and all other similarly situated,

                                                      Plaintiffs-Appellees,

versus

REGIONS FINANCIAL CORPORATION,
REGIONS BANK,

                                                      Defendants-Appellants.

Appeal from the United States District Court
for the Southern District of Florida

(April 29, 2011)

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

[1] This is an unlimited remand.

2

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-12377

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 28, 2011
JOHN LEY
CLERK

D.C. Docket Nos. 1:09-md-02036-JLK
1:10-cv-10813-JLK

In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION

---

LACY BARRAS, on behalf of herself
and all others similarly situated,

Plaintiff-Appellee,

versus

BRANCH BANKING AND TRUST COMPANY,
a federally chartered thrift institution,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

---

(April 28, 2011)

Before PRYOR and COX, Circuit Judges, and WATKINS,* District Judge.

---

*Honorable W. Keith Watkins, United States District Judge for the Middle District of Alabama, sitting by designation.

PER CURIAM:

After oral argument in this case, the United States Supreme Court decided *AT&T Mobility LLC v. Conception*, No. 09-893, 2011 WL 1561956 (April 27, 2011). The district court's order denying the motion to compel arbitration is VACATED, and this case is remanded to the district court for reconsideration in light of the Supreme Court's opinion.

VACATED AND REMANDED.[1]

---

[1] This is an unlimited remand.