UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:09-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:
*Duval v. Citizens Financial Group, Inc.* N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla. Case No. 1:10-cv-21080-JLK

*Daniels v. Citizen Financial Group, Inc.* D. Ma. Case No. 10-cv-10386
S.D. Fla. Case No. 1:10-cv-22014-JLK

*Blankenship v. RBS Citizens, N.A.* D. RI. Case No. 10-cv-02718 S.D. Fla. Case No. 1:10-cv-22942-JLK
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO QUASH CITIZEN BANK'S SUBPOENAS OF NON-PARTY FAMILY MEMBERS AND FOR PROTECTIVE ORDER

THIS CAUSE came before the Court on Plaintiffs' Motion to Quash Defendant Citizen Bank's Subpoenas of Non-Party Family Members and for Protective Order ("Motion to Quash") (DE #2040), filed October 27, 2011.

Upon consideration of Plaintiffs' Motion to Quash, the governing Discovery Standards Order (DE #1016, at 8), and being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that that Plaintiffs' Motion to Quash (DE #2040) be, and the same is hereby, GRANTED.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record