Jeff Horwitz (Pro se)
1 State St 26th Floor
New York, NY 10004
jeff.horwitz@sourcemedia.com
(212) 803-8577

FILED by ___ D.C.
NOV 15 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO. 1:09-MD-02036-JLK |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | REQUEST TO DELAY NOV. 22 HEARING ON MOTION TO UNSEAL |
| MDL No. 2036 | |

I respectfully ask this Court if it would be possible to postpone the 11 a.m. November 22 hearing on my combined motion to intervene and unseal. The reason for this request is that a delay would provide me additional time to seek professional counsel, a process I began as soon as I received notice of the defendants' opposition to my motion.

Alternatively, if I am unable to find counsel willing to take on the case given my limited financial resources, a postponement would give me additional time to prepare. Even a week of additional time would be of value.

I am aware that this Court and the parties have weightier business at hand than a pro se intervention, and I am grateful that the motion to unseal will be heard at all. If rescheduling the hearing is impractical, I will attend the November 22 hearing as planned.

Dated: New York, N.Y.
       November 14, 2011

Respectfully submitted,

Jeff Horwitz
Reporter, American Banker