**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:09-MD-02036-JLK**

**IN RE:  CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Lopez, et al. v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**STATEMENT OF NON-OPPOSITION BY DEFENDANTS BANK OF AMERICA, JPMORGAN CHASE, AND WELLS FARGO TO MOVING PARTY'S REQUEST TO DELAY NOVEMBER 22 HEARING ON MOTION TO UNSEAL**

Defendants Bank of America, N.A., JPMorgan Chase Bank, N.A., and Wells Fargo Bank, N.A. (herein, collectively, "defendants") hereby state that they do not oppose the Request to Delay Nov. 22 Hearing on Motion to Unseal, served November 14, 2011, by Jeff Horwitz, who is proceeding *pro se*. (DE #2120.) As set forth in the Request, Mr. Horwitz seeks postponement of the hearing by a minimum of one week to provide him additional time to seek professional counsel or, in the event that he is unable to find counsel, to give him additional time to prepare for the hearing. To accommodate Mr. Horwitz, who filed his motion without the aid of legal counsel, defendants do not oppose the requested postponement of the hearing on the Motion to Unseal.

DATED: November 16, 2011

/s/ Laurence J. Hutt
Laurence J. Hutt (*pro hac vice*)
(Laurence.Hutt@APORTER.COM)
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 900 17-5 844
Telephone: 213.243.4000
Facsimile: 213.243.41 99

Sharon D. Mayo (*pro hac vice*)
Sharon.Mayo@aporter.com
Arnold & Porter LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 941 1 1-371 1
Telephone: 41 5.356.3000
Facsimile: 41 5.356.3099

Attorneys for Defendant
BANK OF AMERICA, N.A.

/s/ Peter W. Homer
Peter W. Homer, FBN 291250
(phomer@homerbonner.com)
HOMER BONNER, P.A.
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-2738

Christopher R. Lipsett (*pro hac vice*)
(chris.lipsett@wilmerhale.com)
David S. Lesser (*pro hac vice*)
(david.lesser@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8851
Facsimile: (212) 230-8888

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

/s/ Barry R. Davidson
Barry R. Davidson, FBN 107678
(bdavidson@hunton.com)
Jamie Zysk Isani, FBN 728861
(jisani@hunton.com)
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Sonya D. Winner (*pro hac vice*)
(swinner@cov.com)
David M. Jolley (*pro hac vice*)
(djolley@cov.com)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2011, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/Peter W. Homer