UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MDL-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
 )
 )
MDL No. 2036 )
 )

*Fifth Tranche*

THIS DOCUMENT RELATES TO: )
 )
 )
*Rider, et al. v. Regions Financial* )
*Corp, et al.* )
S.D. Fla. Case No. 1:11-CV-23172-JLK )
E.D. Ark. Case No. 4:11-CV-00375-JLH )
 )

## REGIONS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY PROCEEDINGS

Defendants Regions Financial Corporation and Regions Bank ("Regions") hereby give notice of the Supreme Court's recently issued decision in *Branch Banking and Trust Company v. Gordon*, 563 U.S. __, __ S. Ct. __, No. 11-282, 2011 WL 3876982 (Nov. 14, 2011) (vacating *Gordon v. Branch Banking & Trust*, 419 Fed. App'x 902 (11th Cir. 2011) and remanding with instructions to consider in light of *AT&T Mobility LLC v. Concepcion*, 563 U.S. __, 131 S. Ct. 1740 (2011)). A copy of the decision is attached as Exhibit A.

Evident from the Supreme Court's direction to the Eleventh Circuit and as Regions argued in support of its Motion to Compel Arbitration and Dismiss or Stay the Proceedings (D.E. #1932) and Reply in Support of the Motion (D.E. #2090), the Supreme Court intends for *Concepcion* to apply to

arbitration agreements between banks and their customers. *Concepcion* controls the outcome of this motion and compels the conclusion that the Federal Arbitration Act requires complete enforcement of the parties' agreement to arbitrate.

Respectfully submitted this 16th day of November, 2011.

        PARKER, HUDSON, RAINER & DOBBS LLP

        /s/ William J. Holley, II
        William J. Holley, II
        Georgia Bar No. 362310
        Nancy H. Baughan
        Georgia Bar No. 042575
        David B. Darden
        Georgia Bar No. 250341
        285 Peachtree Center Avenue, NE
        1500 Marquis Two Tower
        Atlanta, Georgia 30303
        Tel: 404-523-5300
        Fax: 404-522-8409
        wjh@phrd.com; nhb@phrd.com; dbd@phrd.com

        *Counsel for Regions Financial Corporation and Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 16th day of November, 2011.

/s/ William J. Holley, II
William J. Holley, II