**EXHIBIT A**

Branch Banking and Trust v. Gordon, --- S.Ct. ---- (2011)
80 USLW 3129

2011 WL 3876982
Supreme Court of the United States

BRANCH BANKING AND
TRUST V. GORDON, FAITH.

No. 11-282.   Nov. 14, 2011.

Opinion

*1 The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of *AT&T Mobility LLC* v. *Concepcion*, 563 U.S. ___ (2011).

**Parallel Citations**

80 USLW 3129

End of Document

© 2011 Thomson Reuters. No claim to original U.S. Government Works.