UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT       Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

                              Date    November 21, 2011

                              JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Ahlai Israel      COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference___
Pre-Trial Conference ___        Motion Hearing   X

Counsel for Plaintiff(s): Robert Gilbert, Esq. Robert Josefberg, Esq. Roger Heller, Esq. Jeffrey Ostrow, Esq.

Counsel for Defendant(s): Catherine Huang, Esq. Lisa Simonetti, Esq.

ALSO SEE ATTACHMENT FOR ADDITIONAL APPEARANCES

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- The Defendant Bank of the West has until Wednesday, November 23, 2011 by 5 p.m. to turn over the raw data to the Plaintiffs, Defendant Bank of the West is cautioned that if the raw data is not turned over by the deadline, the Court will be confronted with the possibility of sanctions

09-2036-Mdl-King

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Lisa Simonetti | Stroock | 310-556-5819 | Bank of the West |
| Jeff Ostrow | Kopelowitz Ostrow | 954-332-4200 | Plaintiff |
| Roger Heller | Lieff Cabraser | 415-956-1000 | Plaintiff |
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs |
| Robert Josefsberg | Podhurst Orseck | 305 358 2800 | Plaintiffs |
| Jamie Isani | Hunton + Williams | 305-810-2500 | Wells Fargo |
| Avi Kaufman | Carlton Fields | 305 539-7326 | Associated HCCU |
| Catherine Huang | Stroock | (310)556-5869 | Bank of the West |
| Tricia Duthiers | Leibler Gonzalez & Portuondo | (305)3790400 | Bank of America |
| | | | |
| | | | |
| | | | |
| | | | |