UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lewis v. Sovereign Bank*
S.D. FL Case No. 1:11-cv-22022-JLK

DEFENDANT SOVEREIGN BANK'S
CORPORATE DISCLOSURE STATEMENT

Defendant Sovereign Bank is a non-governmental entity and a wholly-owned subsidiary of Santander Holdings USA, Inc., a Virginia Corporation. Effective January 30, 2009, Banco Santander, S.A., acquired all of the outstanding common stock of Sovereign Bancorp, Inc., n/k/a Santander Holdings USA, Inc. (corporate name change effective February 3, 2010).

Sovereign Bank is not aware of any other non party publicly-held corporation with a financial interest in this matter.

DMEAST #14280512 v1

Respectfully Submitted,

*/s/ Darryl J. May*
Alan S. Kaplinsky, Esquire
kaplinsky@ballardspahr.com
Darryl J. May, Esquire
may@ballardspahr.com
Mariah Murphy
murphym@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: (215) 665-8500
Fax: (215) 864-8999

*Attorneys for Defendant Sovereign Bank*

Dated: November 21, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lewis v. Sovereign Bank*
S.D. FL Case No. 1:11-cv-22022-JLK

I hereby certify that on January 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that it is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Darryl J. May
Darryl J. May
may@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: (215) 665-8500
Fax: (215) 864-8999

*Attorneys for Defendant Sovereign Bank*

DMEAST #14280512 v1