UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. Fla. Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. FL Case No. 1:10-cv-22931-JLK

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY

**THIS CAUSE** came before the Court on Plaintiffs' Motion to Compel Discovery (**DE # 2072**), filed November 3, 2011, and the Court having considered the Motion, Defendant's response, other pertinent portions of the record, and having heard argument of counsel, hereby **ORDERS, ADJUDGES and DECREES** as follows:

1. Defendant shall deliver all of the raw data described in paragraph 20 of the Declaration of Brian Frontino (**DE # 2111**), consisting of the 4 terabytes of ESI documents and the remaining 350 gigabytes of emails and attachments (approximately 1,000,000) for all 134 custodians potentially at issue ("Data"), to Plaintiffs' counsel, Roger Heller, Esq., of Lieff Cabraser Heimann & Bernstein, LLP, in San Francisco, no later than Wednesday, November 23, 2011, at 5:00 p.m. Pacific Time.

2. To the extent feasible, and without affecting the delivery deadline, Defendant may eliminate from the Data those items which it believes, in good faith, are protected from disclosure by the attorney-client privilege and/or attorney work-product doctrine. Defendant shall provide a privilege log to Plaintiffs' counsel no later than Wednesday, December 7, 2001, identifying all items withheld from the Data based on the attorney-client privilege and/or attorney work-product doctrine. In addition, the production of the Data shall be made under the terms of the Confidentiality Agreement executed by the parties in connection with discovery proceedings in the Fourth Tranche. Further, by this Order, the Court explicitly directs and approves the production of the Data, even to the extent that it contains private information belonging to consumers covered by federal and/or state privacy laws, including the Gramm-Leach-Bliley Act and common law privacy protections.

3. Following receipt, Plaintiffs' counsel shall undertake a review of the Data and shall notify the Court whether the present December 20, 2011 deadline for filing the motion for class certification in this case should be extended to allow sufficient time for Plaintiffs' counsel to review the Data.

4. In the event Defendant fails to deliver the Data as required herein, the Court will determine the appropriate sanctions to impose against Defendant.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 23rd day of November, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record