**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

---

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

**MDL No. 2036**

---

**THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION**

*Harris v. Associated Bank, N.A.*
W.D. WI Case No.3:10-cv-00812
S.D. FL Case No. 1:10-cv-22948-JLK

---

## NOTICE OF SETTLEMENT

Plaintiffs and Defendant, Associated Bank, N.A., through their respective undersigned counsel, hereby notify the Court that as of November 23, 2011, they have reached an agreement in principle, under which Associated Bank, N.A. will pay the sum of Thirteen Million Dollars ($13,000,000.00) in exchange for a full and complete release of all claims that were or could have been brought against Associated Bank, N.A. in this multidistrict litigation. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 45 days.

Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's Scheduling Order Pertaining to "Fourth Tranche Actions" [**DE # 1340**]

be suspended, as to Associated Bank, N.A. only, pending the filing of the proposed Settlement Agreement.

Dated: November 28, 2011.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

s/ Lucia Nale
Lucia Nale, Esquire
lnale@mayerbrown.com
Debra Bogo-Ernst, Esquire
dernst@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel:  (918) 701-7403
Fax:  (918) 706-8474

*Counsel for Associated Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596