11-12-11

Allen V. Dierker
P.O. Box 17974
Austin TX 78760

To Whom It May Concern:

I'm writting concerning my mailing address went this started I was living at 901 Boston Ave. New Boston TX. 75570. My mailing address was P.O. Box 1073 New Boston TX 75570 my new address is 2317 S. Pleasant Valley Rd. APT 1022 Austin TX. 78741 my mailing address is P.O. Box 17974 Austin TX 78760 my new Hm Ph # 512-919-4199

Please see that my address is changed

Thanks

Respectfully your
Allen V. Dierker

Ellen V. Dierker
P.O. Box 17974
Austin, TX 78760

ATTN: Change Of Address

Clerk Of The Court
U.S. District Court for The Southern
District of Florida James Lawrence King
Federal Justice Building
99 North EAST Fourth ST.
Miami, FL. 33132