Clerk of The Court
U.S. District Court For the Southern
District Of FL. James Lawernce King
Federal Justice Building
99 North East Fourth Street
Miami, FL. 33132

11-13-11

Checking Account Overdraft Litigation
P.O. Box 2505
Faribault, MN. 55021

To Whom it May Concern,... Bank of America has taken a Lot Of money From Me over the yrs. I have had an account with Bank Of America For over twenty yrs. Something Needs to be done about them taken money For overdraft Fee's every 5 days For overdrawn $35.00 each Five days, Also when I don't have money in my account,.. Well they usually Pay my Ins. I also have had For yrs. But when I was in an accident they don't pay For me, It's Like they all ready know about it, I also had an accident this month on the 5th,.. I Fell while Leaving the office where I Live, But Bank Of America did Not pay my Ins. This month either. The Last Time I was in an accident.,. Well Bank Of America Ins. told me that they could Not take a payment From me through the mail, but I could pay For the Next month, but that month would Not be covered,.. So they would Not have to Pay me For my injuries. I have had that Ins. For yrs. And that's Not right what they are doing to me, Sometimes the Ins. Co. Keep sending For payment to Keep charging me $35.00 overdraft Fee's. It's Like they do it on purpose to make money off me. I always pay them. I'll made $800.00 and over For overdraft Fee's just For them sending back to make money off me.

Account Overdraft 11-13-11
& Checking &
Litigation Exclusions
P.O. Box 2205
Faribault, MN 55021

I pray that something is done about them doing this to me. I am poor. I only get $239.00 a month... I am Disable. I don't like to owe No Bank money, I'll even borrow money just to pay them. When I really Need For them to Pay my Ins. For me, they don't pay. I don't Know how they Know that I was in an accident, but I truly do think that they Know. So please if you can do something about Bank of America taking From the poor to get richer.

Thank you
Dorothy A. Griffin - Dierker

P.S. I also have had Lot's of Fraud on my accounts, where I had to change my account No.

Here is my account # 488025091315
routing # 111000025.

My Old Address: P.O. Box 1073
              New Boston, TX. 75570
New Phone # 512-919-4199 Hm.
       Cell # 903-277-4606
New Address: P.O. Box 17974
            Austin, TX. 78760

Dorothy A. Dierker
P.O. Box 17974
Austin, TX. 78760

Clerk of The Court
U.S. District Court For The Southern
District of Florida, James Lawrence King
Federal Justice Building
99 North East Fourth Street
Miami, FL. 33132

Attn: Change of Address