

**FILING FEE**

PAID  $455.00

In Forma
Pauperis  29062

Steven M. Larimore, Clerk

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case Number 1:09-MD-02036-JKL**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**NOTICE OF APPEAL BY CLASS
MEMBER FRED R. FLETCHER**

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

Tornes, et ai. v. Bank of America,
N.A., S.D. FLA. Case No. 108-cv-23323-JLK

Yourke, et al. v. Bank of America,
N.A. S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

FILED by ___ATS___ D.C.

**NOV 2 9 2011**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

---

**Notice** is hereby given that class member, Fred R. Fletcher, Esq., in the above named case, hereby appeals as representative of the class to the United States Court of Appeals for the 11th Circuit from the order of Judge James Lawrence King of the Southern District of Florida approving class settlement, occurring on November 7, 2011, docket number 2089.  Pursuant to Rule 4(a)(2)  of the *Federal Rules of Appellate Procedure* this notice of appeal will be deemed filed on the day of and after judgment is entered in regards to the order of Judge James Lawrence King of the Southern District of Florida approving class settlement, occurring on November 7, 2011, docket number 2089.

November 17, 2011.

By: _____

Fred R. Fletcher, pro se
34188 Pacific Coast Highway
Dana Point, California 92629
Fletcher@lawyer.com
(714) 388-6085

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:09-MD02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I **Delacy Brown** am over the age of 18 years and am not a party to this action. My business address is 34188 Pacific Coast Highway, Dana Point, California 92629. On November 17, 2011 I served eight true and correct copies of the following document(s) described as **NOTICE OF APPEAL BY CLASS MEMBER FRED R. FLETCHER** by depositing said documents with the United States Postal Service and paying postage charges with instructions to ship the documents First Class mail to the following address:

Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2011, at Dana Point, California.


DeLacy Brown