UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09md 2036

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

FILED by ___ D.C.
NOV 30 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

11-24-2011

Dear Sir, I were one of the person that paid Overdraft fees to Bank of America for years, But I did not exclude myself from the settlement, plus for years, Bank of America took out and over charged me money on my account with them. But after the final hearing on November 7, 2011 I never did hear nothing about them over charging me with Overdraft fees. After I moved from Statesville, NC, and moveded to Asheville, N.C. and got my new maileneing address set up here at the Vet Quarters, on 1329 Tunnel Road, Asheville, N.C. 28805, that is where I got the Court-Ordered Legal Notice, claims administrator note, from P.O. Box 2425 Faribault, MN. 55021-9125. About the $410 million settlement of Bank of America, tellening me that I maybe Eligible for a payment from a Class Action Settlement. from the United State District Court for Southern District of Florida, Division, located at James Lawrence King Federal Justice Building 99 Northeast Fourth Street, Miami FL, 33132. It said that the hearing may be moved to a different date or time without additional notice. so after that I never did hear nothing else about the case. So would you, Please tell

me if I was included in the settlement? and if I am or will be getting something from the $410 million settlement, and when? THANK YOU ALL VERY,

Sincerely, Carl Miller!!



Carl Miller
A.B.C.C.M. Vet Quarters
1329 Tunnel Road
Asheville, N.C. 28805-1601

Clerk of the Court
U.S. District Court of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street Miami FL 33132