United States District Court
Southern District of Florida
Miami Division
Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Mello v. Susquehanna Bank*
S.D. Fla. Case No. 1:11-CV-23250-JLK

## NOTICE OF STRIKING

Defendant Susquehanna Bank ("Susquehanna"), through its undersigned counsel, hereby strikes DE 2179, its Reply in Support of Motion for Entry of a Suggestion of Remand, because of an incorrect date on the document and an incorrect date on the Certificate of Service.

Susquehanna will file a corrected copy of its Reply in Support of Motion for Entry of a Suggestion of Remand.

TO1#306708v1

Date:  December 1, 2011                                 Respectfully submitted,

                 *s/ James A. Dunbar*
               James A. Dunbar (admitted *pro hac vice*)
               Matthew R. Alsip (admitted *pro have vice*)
               Venable LLP
               210 West Pennsylvania Avenue, Suite 500
               Towson, Maryland 21204
               (410) 494-6200 (telephone)
               (410) 821-0147 (facsimile)
               jadunbar@venable.com
               mralsip@venable.com

               John T. Prisbe (admitted *pro hac vice*)
               Venable LLP
               750 East Pratt Street, Suite 900
               Baltimore, Maryland 21202
               (410) 244-7400 (telephone)
               (410) 244-7742 (facsimile)
               jtprisbe@venable.com

               *Counsel for Susquehanna Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of December, 2011, a copy of the foregoing, Defendant Susquehanna Bank's Notice of Striking, was filed and served electronically via the Court's CM/ECF system.

                 *s/ James A. Dunbar*
               James A. Dunbar