## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MDL-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Harris v. Associated Bank, N.A.*
W.D. WI Case No.3:10-cv-00812
S.D. FL Case No. 1:10-cv-22948-JLK

## ORDER SUSPENDING SCHEDULING ORDER PERTAINING TO "FOURTH TRANCHE" CASES AS TO DEFENDANT ASSOCIATED BANK, N.A. ONLY PENDING FILING OF PROPOSED SETTLEMENT AGREEMENT

THIS CAUSE came before the Court based on the Notice of Settlement filed on November 28, 2011, by Plaintiffs and Defendant Associated Bank, N.A. (DE # 2169).  In the Notice of Settlement, Plaintiffs and Defendant advise the Court that an agreement in principle has been reached for a full and complete settlement and release of all claims brought against Defendant in this multidistrict litigation.  The parties further advise that the proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 45 days.

Based on the foregoing, it is hereby **ORDERED, ADJUDGED and DECREED** that the Court's Scheduling Order Pertaining to "Fourth Tranche" Cases (DE #1340), entered on April 13, 2011, is hereby SUSPENDED as it pertains to Defendant Associated Bank, N.A. only, pending the filing of the proposed Settlement Agreement.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 1st day of December, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record