UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MDL-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Case v. Bank of Oklahoma, N.A.*
W.D. OK Case No. 5:10-00901-L
S.D. FL Case No. 1:11-cv-20815-JLK

## ORDER SUSPENDING DEADLINES IN INTERIM SCHEDULING ORDER RE FIFTH TRANCHE ACTIONS AS TO DEFENDANT BANK OF OKLAHOMA, N.A. PENDING FILING OF PROPOSED SETTLEMENT AGREEMENT

THIS CAUSE came before the Court based on the Notice of Settlement filed on November 23, 2011, by Plaintiffs and Defendant BOKF, N.A., f/k/a Bank of Oklahoma, N.A. (DE #2167). In the Notice of Settlement, Plaintiffs and Defendant advise the Court that an agreement in principle has been reached for a full and complete settlement and release of all claims brought against Defendant in this multidistrict litigation. The parties further advise that the proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 45 days.

Based on the foregoing, it is hereby **ORDERED, ADJUDGED and DECREED** that the Court's Interim Scheduling Order Re Fifth Tranche Actions (DE #1861), entered on September 12, 2011, is hereby SUSPENDED as it pertains to Defendant BOKF, N.A., f/k/a Bank of Oklahoma, N.A. only, pending the filing of the proposed Settlement Agreement.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 1st day of December, 2011.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record