UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
UNSEALING OF CLASS CERTIFICATION MATTER

    1.    This stipulation is entered into by Plaintiffs and JPMorgan Chase Bank, N.A.

("Chase"), by their undersigned counsel, in order to enable re-filing, on the public docket, of

class certification briefing and accompanying matter previously filed under seal in connection

with the above-captioned *Lopez* and *Luquetta* actions.

    2.    The parties hereby stipulate that Plaintiffs' Motion for Class Certification and

Incorporated Memorandum of Law and accompanying Appendices and Exhibits thereto (filed

April 25, 2011), and Chase's Memorandum of Law in Opposition to Class Certification and

accompanying Exhibits thereto (filed June 16, 2011), may be re-filed on the public docket,

subject to limited redactions agreed upon by the parties and relating to (1) personal information

of named plaintiffs and certain individual Chase employees, and (2) certain nonpublic

commercial and technical information of the bank.

    3.    The parties agree that this stipulation shall not be deemed to reflect a concession

by either party with respect to the confidentiality of the documents or information at issue, and is

not to be used by either party as evidence of such a concession, and nothing in this stipulation

shall be deemed to prohibit either party from asserting a future challenge to the confidentiality

designation of any of the documents or information at issue.

    Dated:  November 28, 2011

HOMER BONNER, P.A.
/s/ Peter W. Homer
Peter W. Homer
(phomer@homerbonner.com)
Gregory J. Trask
(gtrask@homerbonner.com)
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
tel.: (305) 350-5139
fax: (305) 372-2738

WILMER CUTLER PICKERING HALE
  AND DORR LLP
s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for Defendant JPMorgan Chase
Bank, N.A.*

GROSSMAN ROTH, P.A.
s/ Robert C. Gilbert

Robert C. Gilbert
(rcg@grossmanroth.com)
Stuart Z. Grossman
(szg@grossmanroth.com)
David Buckner
(dbu@grossmanroth.com)
Seth E. Miles
(sem@grossmanroth.com)
2525 Ponce de Leon Boulevard, 11th Fl.
Coral Gables, Florida 33134
tel: (305) 442-8666
fax: (305) 779-9596

*Coordinating Counsel for Plaintiffs*

After careful consideration and the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that the foregoing stipulation is approved and adopted as an Order of the Court. The Parties are hereby granted leave to re-file, on the public docket, redacted versions of Plaintiffs' Motion for Class Certification and Incorporated Memorandum of Law and accompanying Appendices and Exhibits thereto (filed April 25, 2011), and Chase's Memorandum of Law in Opposition to Class Certification and accompanying Exhibits thereto (filed June 16, 2011), as set forth in Paragraph 2 of the foregoing stipulation.

DONE and ORDERED in the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 2nd day of December, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

- 3 -