UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CAMPOS' REQUEST FOR ORAL ARGUMENT HEARING ON CAMPOS'
PETITION TO INTERVENE FOR LIMITED PURPOSE**

Applicants, Campos Y Asociados a/k/a Adrian Campos, P.A. ("Campos' Firm") and Adrian Campos ("Mr. Campos") (collectively "Campos"), by and through undersigned counsel, respectfully requests that a hearing on Campos' Petition to Intervene For Limited Purpose (hereinafter "Campos' Petition") [D.E. #2083] be held and, to the extent granted, as a consolidated proceeding together with the hearing requested by R&H Applicants [*See* D.E. #2164]. Given the applicable standard for evaluating a party's right to intervention under Fed. R. Civ. P. 24(a)(2) is highly focused on the particular facts and circumstances surrounding each motion,[1] a hearing on Campos' Petition is appropriate in light of facts and issues recently raised (subsequent to the filing of Campos' Petition) by R&H Applicants. Accordingly, Campos expressly incorporates the arguments raised in R&H Applicants Request for Oral Argument Hearing [D.E. #2164] and Statement [D.E. #2173] filed in connection therewith.[2] In addition to

---

1. *See Chiles v. Thornburgh*, 865 F. 2d 1197, 1214 (11th Cir. 1989).
2. Based on the Plaintiff Executive Committee's position that "the two firms' petitions are, in most respects, identical" (PEC's Response, n.1) [D.E. #2157], the PEC's prior positions with respect to the timing and allocation of attorneys' fee taken at the October 5, 2011 hearing are appropriately applicable to Campos as well.

1

the grounds set forth therein, R&H Applicants' Reply in Support of Petition For Intervention filed on December 2, 2011 sets forth several facts that support the grounds for this request.

Given the nature and significance of the representations made to the Court by the PEC, including those related to the factual considerations referenced above, Campos respectfully submits that a consolidated hearing on both Petitions to Intervene [D.E. #2083] and [D.E. #2084] will assist the Court in evaluating the Petitions, which is the proper focus for determining whether Campos' interests are sufficient to support intervention. A Proposed Order is attached hereto as *Exhibit "A"*.

Based on the above and foregoing, Campos respectfully requests that this schedule an oral argument hearing on Campos Petition to Intervene for Limited Purpose [D.E. #2083] to be held as a consolidated proceeding together with a hearing on R&H Applicants Petition to Intervene [D.E. #2084] to allow the parties two (2) hours to advocate their respective positions to this Honorable Court.

Dated: December 2, 2011                    Respectfully Submitted,

                                           */s/ Jon D. Derrevere*
                                           _____
                                           Jon D. Derrevere (330132)
                                           jdd@derreverelaw.com
                                           Peri Rose Huston-Miller (67940)
                                           prh@derreverelaw.com
                                           DERREVERE, HAWKES, BLACK & COZAD
                                           2005 Vista Parkway, Suite 210
                                           West Palm Beach, FL 33411
                                           Telephone: (561) 684-3222
                                           Facsimile:  (561) 640-3050
                                           *Attorneys for Campos Y Asociados and Adrian Campos*

## Certificate of Service

  I hereby certify that on December 2, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notice of filing to all counsel of record by operation of the Court's electronic filing system and all parties may access this filing through that system.

           */s/ Jon D. Derrevere*
           _____
           Jon D. Derrevere (330132)