UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

_____

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____

**ORDER ON CAMPOS' REQUEST FOR ORAL ARGUMENT HEARING ON CAMPOS' PETITION TO INTERVENE FOR THE LIMITED PURPOSE OF RECEIVING NOTICE REGARDING THE ALLOCATION AND DISTRIBUTION OF ATTORNEYS' FEES**

THIS CAUSE comes before the Court on Campos' Request For Oral Argument Hearing on Campos' Petition To Intervene For The Limited Purpose of Receiving Notice Regarding the Allocation and Distribution of Attorneys' Fees [D.E. #2083], and the Court having considered the Request and other pertinent portions of the record, it is hereby ORDERED AND ADJUDGED that:

Oral Argument on Campos' Petition To Intervene For The Limited Purpose of Receiving Notice Regarding the Allocation and Distribution of Attorneys' Fees shall be held on the \_\_\_\_ day of _____, 2011, at \_\_\_\_\_A.M./P.M.

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this \_\_\_\_\_ day of _____, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: All Counsel of Record