UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THE PLAINTIFFS' EXECUTIVE COMMITTEE'S RESPONSE TO
THE R&H APPLICANTS' MOTION TO FILE UNDER SEAL

The Plaintiffs' Executive Committee ("the PEC") responds to the R&H Applicants'
Motion to File Under Seal filed on December 2, 2011 (the "motion"). The PEC sees no reason to
keep this information "confidential." The very method the R&H Applicants employed in filing
the motion and immediately disseminating the very documents they are asking the Court to treat
as "confidential" to what appears to be the entire distribution list of counsel in MDL 2036 (*see*
Exhibit A) – contrary to this Court's rules for filings under seal – completely undermines
whatever "confidentiality" they claim to have been seeking, if that was their real intention.

The documents the R&H Applicants are asking the Court to seal are three purported fee-
splitting agreements the Alters Law Firm appears to have entered into: two with the R&H
Applicants and a third with another law firm whose name has been redacted.

The document (Exhibit A to the motion) purporting to be a fee-splitting agreement
between the Alters Law Firm and an undisclosed law firm dated February 9, 2011, comes as a
revelation to the PEC, with the exception of Co-Lead Counsel Bruce S. Rogow, who signed an
acknowledgement at the end of some version of the purported document. Mr. Rogow
acknowledges that he had not previously informed other members of the PEC about the existence

of this document, or his acknowledgement of it.  That circumstance, however, has no bearing on the pending petition(s) to intervene.

Notwithstanding the PEC's belief that the fee-splitting dispute between the R&H Applicants and the Alters Law Firm is an issue that should be litigated exclusively in state court (as, indeed, their contracts expressly require), the PEC does not favor the confidential treatment of such documents.  The PEC shares this Court's belief that litigation should be conducted in the sunshine.  Keeping documents like this shrouded in secrecy will only breed unwarranted suspicion and mistrust.  In any event, the R&H Applicants have already publicized them, broadly.  That publication effectively waives any argument the R&H Applicants might otherwise have made that the documents should be treated as confidential.

This latest filing evidences the extent to which this collateral fee dispute is a sideshow and a distraction from the important business of this Court in this multi-district litigation.  Rather than file a copy of a signed fee agreement with a Plaintiff in the *Bank of America* case, which is a prerequisite for the R&H Applicants to meet their burden of demonstrating a legally protectable interest for Rule 24 purposes, *see* **DE # 2157** at 6, they have instead filed additional fee-splitting contracts with other lawyers.  None of these new documents aids their case for intervention.

The R&H Applicants have failed to meet their burden of demonstrating an entitlement to intervene.  The proper forum for their dispute with Mr. Alters and his law firm is in state court.

Accordingly, the Court should deny the R&H Applicants' motion to seal these documents.

Dated: December 5, 2011.

Respectfully submitted,


/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Steven C. Marks, Esquire
Florida Bar No.  516414
smarks@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*


/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

- 6 -