UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:

*Dasher v. RBC Bank (USA)*,
S.D. Fla. Case No. 1:10-CV-22190-JLK

*Avery v. RBC Bank*,
E.D. N.C. Case No. 5:10-cv-329
_____/

### ORDER DEFERRING RULING ON MOTION TO COMPEL ARBITRATION, GRANTING TIME TO CONDUCT LIMITED ARBITRATION-RELATED DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiff's motion to defer ruling **[DE #2021]** on Defendant RBC Bank (USA)'s ("RBC") Renewed Motion to Compel Arbitration and to Dismiss or Stay Cases **[DE # 1929]**, filed October 20, 2011.

Upon careful review of the record, and being otherwise fully advised, the Court concludes that arbitration-related discovery is necessary here. The discovery sought here is identical in most respects to the limited arbitration-related discovery permitted under this Court's Orders in related cases. (*See* DE #1576, 1673, 1985, 1950). The limited scope of this discovery is reasonable and essential to building a complete record essential to determining whether RBC's arbitration provision is enforceable and is not unduly prejudicial.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Plaintiff's Motion to Defer Ruling on RBC Bank (USA)'s Renewed Motion to Compel Arbitration and to Dismiss or Stay Cases **[DE #2021] is GRANTED**.

2. The Court sets 90 days for the parties to conduct limited arbitration-related discovery

as set out in Exhibits A, B and C of the above-styled motion.

3. Ruling on the pending Renewed Motion to Stay Proceedings and Compel Arbitration filed by Compass Bank **[DE #1929]** is hereby reserved.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 5th of December, 2011.

                                           /s/ James Lawrence King
                                           JAMES LAWRENCE KING
                                           UNITED STATES DISTRICT JUDGE
                                           SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record