UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THE R&H APPLICANTS' REPLY TO THE PEC'S RESPONSE
TO MOTION TO FILE UNDER SEAL

Applicants, RAPONI & HUNTER ABOGADOS ("R&H"), OSVALDO A. RAPONI ("Raponi"), and JAIME E. HUNTER ("Hunter") (collectively "the R&H Applicants"), hereby reply to the Plaintiffs' Executive Committee's ("PEC") response [DE #2190] to the R&H Applicants' motion for an Order to file certain exhibits under seal in support of the R&H Applicants' Reply to the Plaintiffs' Executive Committee's ("PEC") Opposition to the R&H Applicants' Motion to Intervene.

The PEC says (at page 2 of its response) it believes that litigation "should be conducted in the sunshine." Ironically, the PEC is doing everything possible to keep R&H—and the Court for that matter—in the dark as to their fee allocation. They oppose the motion to intervene. They oppose the request for hearing on the motion to intervene. And now they oppose a motion to seal.

They also characterize (at page 1 of its response) R&H's efforts to intervene as a "sideshow." Instead of thanking and rewarding R&H for their instrumental role in providing this case to the lead counsel firm, R&H are called "strangers" and now a "distraction." The PEC should be doing everything possible to protect R&H's interest and provide them compensation

CASE NO. 09-MD-02036-JLK

that fairly rewards them for the critical contribution they provided to the class and class counsel, which has now resulted in an attorney fee award of over $100 million. The only reason this is a "sideshow" or "distraction" is because the PEC has forced R&H to seek the redress of this Court because they have spurned all efforts to resolve this matter and have not even agreed to protect R&H's fee interest.

The PEC takes issue with the manner in which R&H filed their motion to seal. R&H properly followed Southern District of Florida Local Rules 5.4(b)(1) and 5.1(a)(6) by serving the sealed documents on all counsel of record. The PEC has not identified any rule or authority to the contrary.

As to whether or not the documents should be filed under seal, the R&H point out that Class Counsel Jeremy Alters and the Alters Law Firm ("ALF") have filed under seal in the state court one of the two fee agreements between R&H and ALF (Exhibits C to the motion to seal). [See DE #2157, p. 4 & n. 3] The state court granted the motion to seal agreement on October 24, 211. R&H followed the same procedure as to both agreements.

The third document (Exhibit A to the motion to seal), is a fee sharing agreement between ALF and another firm that Co-Lead Counsel Bruce Rogow executed and about which the PEC claims to have been kept in the dark. Because that agreement involves a third party, R&H both redacted the third party's name and filed it under seal to protect that third party's identity.

Dated: December 5, 2011            Respectfully submitted,

/s/ Herman J. Russomanno
Herman J. Russomanno (Fla. Bar No. 240346)
Robert J. Borrello (Fla. Bar No. 764485)
Herman J. Russomanno III (Fla. Bar No. 021249)
RUSSOMANNO & BORRELLO, P.A.
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130

CASE NO. 09-MD-02036-JLK

Stuart N. Ratzan (Fla. Bar No. 911445)
RATZAN LAW GROUP, P.A.
1450 Brickell Avenue
Suite 2600
Miami, Florida 33131-3456
(305) 374-6366
(305) 374-6755 (Fax)

Richard J. Diaz (Fla. Bar No. 0767697)
RICHARD J. DIAZ, P.A.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 5, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/  Herman J. Russomanno III