**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

|  |  |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** | : : : : |
| **MDL No. 2036** | : : |
| **THIS DOCUMENT RELATES TO:** | : : : |
| *Casayuran, et al. v. PNC Bank, National Association.* <br> S.D. FL. Case No. 10-cv-20496-JLK | : : : : |
| *Cowen, et al. v. PNC Bank, National Association.* <br> S.D. FL. Case No. 10-cv-21869-JLK | : : : : |
| *Hernandez, et al. v. PNC Bank, N.A.* <br> S.D. FL. Case No. 10-cv-21868-JLK | : : : |
| *Matos v. National City Bank* <br> S.D. FL. Case No. 10-cv-21771-JLK | : : : |

**NOTICE OF ENTRY OF ORDER AND FINAL
JUDGMENT GRANTING FINAL APPROVAL OF CLASS
<u>ACTION SETTLEMENT IN *TROMBLEY v. NATIONAL CITY BANK*</u>**

Pursuant to this Court's Order Granting Parties' Stipulation to Stay Discovery and

Class Certification Briefing As To National City Bank (DE# 2138), Defendant PNC Bank, N.A.

("PNC")[1] hereby notifies the Court that on December 1, 2011, the Honorable John D. Bates, United States District Judge for the District of Columbia, granted the motion for final approval of the class action settlement in *Trombley v. National City Bank*, Civil Action No. 1:10-cv-232-JDB (D.D.C.). That Court's Memorandum Opinion granting final approval is attached hereto as Exhibit A, and its Order and Final Judgment is attached hereto as Exhibit B.

In accordance with this Court's Order,[2] PNC will confer with Plaintiffs to determine if the parties are in agreement as to the effect on these proceedings of the *Trombley* court's final approval of the settlement and entry of final judgment. If so, the parties will file a joint submission informing the Court of the effect of the settlement; if not, PNC anticipates that the parties would submit their respective positions in separate filings.

---

[1]  In connection with the acquisition of National City Corporation by PNC Financial Services Group, Inc., National City was merged into PNC, and National City no longer exists as a legal entity.  This Notice will therefore refer to Defendant as "PNC."

[2]  This Court's Order provides in pertinent part:  "The parties shall promptly notify the Court when the United States District Court for the District of Columbia enters a final order on the pending motion for final approval of the proposed settlement in *Trombley v. National City Bank*, Civil Action File No. 1:10-cv-232-JDB (D.D.C.), and shall thereafter provide their positions as to the effect of said order on the claims of former National City customers in this case."

Respectfully Submitted,

| | |
|---|---|
| /s/   Michael R. Tein | /s/   Darryl J. May |
| Michael R. Tein | Darryl J. May |
| Florida Bar No.: 993522 | Philip N. Yannella |
| tein@lewistein.com | BALLARD SPAHR LLP |
| Guy A. Lewis | 1735 Market Street, 51st Floor |
| Florida Bar No.: 623740 | Philadelphia, PA  19103 |
| lewis@lewistein.com | Tel.:  (215) 665-8500 |
| Kathryn A. Meyers | Fax:  (215) 864-8999 |
| Florida Bar No.: 0711152 | may@ballardspahr.com |
| kmeyers@lewistein.com | yanellap@ballardspahr.com |
| LEWIS TEIN, P.L. | and |
| 3059 Grand Avenue, Suite 340 | Mariah Murphy |
| Coconut Grove, Florida 33133 | BALLARD SPAHR LLP |
| Tel:  (305) 442-1101 | A Pennsylvania Limited Liability Partnership |
| Fax: (305) 442-6744 | 210 Lake Drive East |
| | Cherry Hill, NJ 08002-1163 |
| | Tel :  (856) 761-3400 |
| | Fax:  (856) 761-1020 |
| | murphym@ballardspahr.com |

*Attorneys for Defendants PNC Bank, N. A. and National City Bank*

Dated:  December 6, 2011

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 1:09-MD-02036-JLK**

_____
                                         :
**IN RE: CHECKING ACCOUNT**              :
**OVERDRAFT LITIGATION**                 :
                                         :
**MDL No. 2036**                         :
_____:

I hereby certify that on December 6, 2011, I electronically filed the foregoing document and Exhibits thereto with the Clerk of the Court using CM/ECF, and that it is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/   Mariah Murphy
Mariah Murphy
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East
Cherry Hill, NJ 08002-1163
Tel.:  (856) 761-3400
Fax:  (856) 761-1020
murphym@ballardspahr.com

*Attorneys for Defendants PNC Bank, N. A. and National City Bank*

DMEAST #14329161 v1