UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date December 6, 2011

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce Williams     COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___       Status Conference___
Pre-Trial Conference  ___      Motion Hearing   X

Counsel for Plaintiff(s): Stuart Grossman, Esq.  Robert C. Josepberg, Esq.  David S. Lesser, Esq.

Counsel for Defendant(s): Barry R. Davidson, Esq.  Peter W. Homer, Esq. Alan G. Greer, Esq.  Emily Henn, Esq.  David S. Lesser, Esq. Sharon D. Mayo, Esq.

Counsel for Intervener: Jeff Horwitz, Pro Se'

ALSO SEE ATTACHMENT FOR ADDITIONAL APPEARANCES

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held on Motion to Intervene and Motion to Unseal Class Certification Material (D.E. #2016) (Jeff Horwitz, Pro

Page 1 of 2

Se' - Robert C. Josepberg, Esq. - Peter W. Homer, Esq.)

- The Court finds that the motion to Intervene be and the same is hereby **Granted** - Mr Horwitz shall follow the Rules of Civil Procedure
- The Court further finds that the Motion to Unseal Records be and the same is hereby **Denied**. The procedures currently set forth and followed by the parties have been proven to be effective in the movement of this voluminous and lengthy litigation. Therefore, the order previously entered by this Court regarding "Confidentiality" shall remain the same.

# PLEASE PRINT LEGIBLY

09-2036-MDL             December 6, 2011

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Jeff Horwitz | NA | 202-558-8937 | Self |
| Emily Henn | Covington & Burling | 6506324700 | Wells Fargo |
| Jamie Isani | Hunton & Williams | 305.536.2724 | Wells Fargo |
| Peter Homer | Homer & Bonner | 305 350-5100 | Chase |
| David Lesser | Wilmer Hale | 212-230-8851 | Chase |
| Stuart Z Grossman | Grossman Roth | 3054421666 | Class |
| Barry Davidson | Hunton | 3053673248 | Wells |
| Alan G Greer | Richman Greer | (305)373-4010 | Union Bank |
| Sharon Mayo | Arnold & Porter | (415)356-3000 | B of A |
| Tricia Duthiers | Leibler Gonzalez & Portuondo | (305)3750400 | B of A |
| Bob Josefsberg | Podhurst | 305-358-2800 | Plaintiffs/class |
| David Stellings | LCHB | 212-355-9500 | Plaintiffs/class |
| Bryce Albu | Reeder & Reeder | 501-575-9721 | Compass |
|  |  |  |  |