UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-MD-02036-JLK

| | |
|---|---|
| In Re: | ) |
| | ) |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Orallo v. Bank of the West* | ) |
| C.D. Cal. Case No. 2:10-cv-2469 | ) |
| S.D. Fla. Case No. 1:10-cv-22931-JLK | ) |
| | ) |
| *Dee v. Bank of the West* | ) |
| N.D. Cal. Case No. 4:10-cv-02736 | ) |
| S.D. Fla. Case No. 1:10-cv-22985-JLK | ) |

**STIPULATED [REDACTED] ORDER REGARDING
PRODUCTION OF NON-PARTY TRANSACTION DATA**

THIS CAUSE having come before the Court based on the following stipulated facts:

WHEREAS, on October 13, 2011, plaintiffs Saynyohoh Dee and Betty Orallo served defendant Bank of the West (the "Bank") with a Second Request for Production (the "RFP"), seeking, among other things, all banking transaction data for their accounts from January 1, 2003 to the present; and

WHEREAS, plaintiffs and the Bank subsequently agreed to limit the time frame for the RFP to June 1, 2005 through April 2010; and

WHEREAS, the Bank represents that, given the manner in which the requested information is stored by the Bank in the ordinary course of business, and the deadline for plaintiffs to file their Motion Class Certification – December 20, 2011 – the ultimate data set will include transaction information for plaintiffs, as well as transaction information for non-parties; and

WHEREAS, the parties wish to avoid motion practice on any consumer privacy issues presented by the RFP.

Based on the foregoing, it is hereby **ORDERED, ADJUDGED and DECREED** that the Bank is directed to produce the information referenced above pursuant to the RFP and, in making that production, the Bank shall not be in violation of federal and/or state privacy laws, including the Gramm-Leach-Bliley Act and common law privacy protections.

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this __7__ day of December 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  All Counsel of Record