# Notice of Intention to Appear

Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King
Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132


Brian Nash
4000 Essex Lane #4202
Houston, TX 77027
832-677-1108


This is my "Notice of Intention of Appearing" at the settlement approval hearing for the Bank of America settlement in, *In Re: Checking Account Overdraft Litigation,* 1:09-MD-02036-JLK.

The reason I would like to be heard is during my time as a Bank of America checking account customer I have experienced financial and emotional hardship from the overdraft fees that was wrongfully charged to my account. After speaking with Bank of America customer service nothing was done to reverse the charges and I can prove the consisted motivation for wrongful charges.

Please see attached documents; note these documents attached are only a few copies of the evidence over the years of banking with Bank of America.


Brian Nash

*[signature]*

16, August 2011

```
                                                         Combined Statement
                                                         Page 5 of 8           004390408541
                                                         Statement Period
         BRIAN MICHAEL NASH                              04-14-07 through 05-15-07
         JENNIFER A NASH                                 B 09 0 A P PA 9              0025272
                                                         Number of checks enclosed: 0
```

## MyAccess Checking Subtractions

| ATM and Debit Card Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| Walgreen Compa  05/10 #000027030 Purchase<br>    Main St & 19Th St  Roswell      NM | 05-10 | 19.92 |
| Walgreen Compa  05/11 #000027019 Purchase<br>    Main St & 19Th St  Roswell      NM | 05-11 | 36.44 |
| CheckCard  0511 Paylessshoesou00001321<br>    Roswell        NM 2439900713201001320511 | 05-14 | 17.63 |
| CheckCard  0510 Sears Roebuck   2207<br>    Roswell        NM 2461043713100403829188 | 05-14 | 15.88 |
| CheckCard  0511 Cattle Baron-Roswell-03<br>    Roswell        NM 2427076713220789950030 | 05-14 | 9.00 |
| CheckCard  0511 Roswell Rapid Wash<br>    Roswell        NM 24193047132000145556261 | 05-14 | 6.00 |

**Total ATM and Debit Card Subtractions $994.62**

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| Overdraft Protection Transfer Fee | 05-07 | 10.00 |
| Overdraft Item Fee For Activity Of 05-07<br>   Electronic Transa | 05-08 | 35.00 |
| Overdraft Item Fee For Activity Of 05-07<br>   Electronic Transa | 05-08 | 35.00 |
| Overdraft Item Fee For Activity Of 05-07<br>   Electronic Transa | 05-08 | 35.00 |
| Overdraft Item Fee For Activity Of 05-07<br>   Electronic Transa | 05-08 | 35.00 |

**Total Service Charges and Other Fees $150.00**

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Rising Point Sol;Des= nashnm   ;ID= (972) 831-8286<br>   Eff Date: 070416;Indn:Brian Nash | 04-16 | 100.00 |
| Keep The Change Transfer To Acct 8138 For 04/16/07 | 04-16 | 6.30 |
| Keep The Change Transfer To Acct 8138 For 04/17/07 | 04-17 | 0.74 |
| Keep The Change Transfer To Acct 8138 For 04/18/07 | 04-18 | 1.00 |
| Keep The Change Transfer To Acct 8138 For 04/19/07 | 04-19 | 4.91 |
| Lincoln Benefit ;Des= ck4Inspymt;ID= 01N1317438<br>   Eff Date: 070420;Indn:Brian Michael Nash | 04-20 | 24.50 |
| Automatic Transfer To 8138 | 04-20 | 25.00 |
| Keep The Change Transfer To Acct 8138 For 04/20/07 | 04-20 | 0.27 |
| Keep The Change Transfer To Acct 8138 For 04/23/07 | 04-23 | 1.39 |
| Online Banking transfer to Chk 0100<br>   Confirmation# 7413598265 | 04-24 | 800.00 |
| Keep The Change Transfer To Acct 8138 For 04/24/07 | 04-24 | 0.51 |
| Keep The Change Transfer To Acct 8138 For 04/25/07 | 04-25 | 0.55 |
| Keep The Change Transfer To Acct 8138 For 04/26/07 | 04-26 | 1.55 |
| Keep The Change Transfer To Acct 8138 For 04/27/07 | 04-27 | 1.16 |
| Keep The Change Transfer To Acct 8138 For 04/30/07 | 04-30 | 1.94 |
| Keep The Change Transfer To Acct 8138 For 05/01/07 | 05-01 | 0.14 |
| Keep The Change Transfer To Acct 8138 For 05/02/07 | 05-02 | 0.21 |
| Chry Financial  ;Des= check Pymt;Check #:2138<br>   Eff Date: 070503;Indn:0000001006692750 | 05-03 | 374.76 |
| Keep The Change Transfer Canceled-Low Acct Balance | 05-03 | 0.00 |

Page 7 of 11
Statement Period
02-13-07 through 03-15-07
Number of checks enclosed: 0
B 09 0 A P 09        0027677

BRIAN MICHAEL NASH
JENNIFER A NASH

Account Number: 0043 9040 8541

## MyAccess checking Subtractions

| ATM and Debit Card Subtractions - Continued | Date Posted | Amount($) |
|---|---|---|
| Walgreen Compa  03/09 #000034014 Purchase  Main St & 19Th St  Roswell     NM | 03-09 | 3.12 |
| CheckCard  0309 Shell Oil 24241463249  Houston     TX 24316057069548272031118 | 03-12 | 32.25 |
| CheckCard  0309 Katy Car Wash  Katy     TX 24733097068207499700540 | 03-12 | 14.95 |
| CheckCard  0310 Taco Bell #22000220798  Roswell     NM 24164077070525317285618 | 03-12 | 9.37 |
| Walgreen Compa  03/11 #000027085 Purchase  Main St & 19Th St  Roswell     NM | 03-12 | 21.57 |
| Cvs 5690     03/12 #000013182 Purchase  3050 West Grand P  Katy     TX | 03-12 | 22.40 |
| Wal-Mart #0611  03/12 #000170600 Purchase  4501 N Main     Roswell     NM | 03-12 | 26.85 |
| Walgreen Compa  03/13 #000027024 Purchase  Main St & 19Th St  Roswell     NM | 03-13 | 14.30 |
| CheckCard  0312 Cinco Cleaners  Katy     TX 24355717072900011600040 | 03-14 | 45.78 |
| CheckCard  0312 Cattle Baron-Roswell-03  Roswell     NM 24270767072207899500541 | 03-14 | 27.00 |
| CheckCard  0313 Eharmony.Com  800-263-6133 CA 24493987072286483408217 | 03-14 | 59.95 |
| Heb Heb     03/14 #000684700 Purchase  6711 South Fry Ro | 03-14 | 15.53 |
| CheckCard  0313 Chevron 00202710  Katy     TX 24625127073470543652880 | 03-15 | 34.32 |
| CheckCard  0314 Smoothie King # 109Q55  Houston     TX 24246517074200000867493 | 03-15 | 3.50 |
| CheckCard  0314 The Chocolate Bar  Houston     TX 24301337073118000100077 | 03-15 | 7.47 |
| **Total ATM and Debit Card Subtractions** | | **$4,773.45** |

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| Compassbnk     03/03 #000026372 Withdrwl  4004 Richmond Ave  Houston     TX  Fee | 03-05 | 2.00 |
| Overdraft Protection Transfer Fee | 03-06 | 10.00 |
| Overdraft Protection Transfer Fee | 03-07 | 10.00 |
| Overdraft Protection Transfer Fee | 03-08 | 10.00 |
| Overdraft Item Fee For Activity Of 03-07  Check #0000002123 | 03-08 | 35.00 |
| Overdraft Item Fee For Activity Of 03-07  Electronic Transa | 03-08 | 35.00 |
| Overdraft Item Fee For Activity Of 03-07  Electronic Transa | 03-08 | 35.00 |
| Overdraft Item Fee For Activity Of 03-07  Electronic Transa | 03-08 | 35.00 |
| Overdraft Item Fee For Activity Of 03-08  Electronic Transa | 03-09 | 35.00 |
| Overdraft Item Fee For Activity Of 03-08  Electronic Transa | 03-09 | 35.00 |
| Overdraft Item Fee For Activity Of 03-08  Electronic Transa | 03-09 | 35.00 |

Page 8 of 11
Statement Period
02-13-07 through 03-15-07
Number of checks enclosed: 0
B  09  0  A P  09

BRIAN MICHAEL NASH
JENNIFER A NASH

Account Number: 0043 9040 8541

## MyAccess checking Subtractions

| Service Charges and Other Fees - Continued | Date Posted | Amount($) |
|---|---|---|
| Overdraft Item Fee For Activity Of 03-08 Electronic Transa | 03-09 | 35.00 |
| Overdraft Item Fee For Activity Of 03-08 Electronic Transa | 03-09 | 35.00 |
| **Total Service Charges and Other Fees** | | **$347.00** |

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Keep The Change Transfer To Acct 8138 For 02/13/07 | 02-13 | 1.13 |
| Keep The Change Transfer To Acct 8138 For 02/14/07 | 02-14 | 1.23 |
| Keep The Change Transfer To Acct 8138 For 02/15/07 | 02-15 | 0.99 |
| Rising Point Sol;Des= nashnm    ;ID= (972) 831-8286  Eff Date: 070216;Indn:Brian Nash | 02-16 | 100.00 |
| Keep The Change Transfer To Acct 8138 For 02/16/07 | 02-16 | 0.64 |
| Automatic Transfer To 8138 | 02-20 | 25.00 |
| Keep The Change Transfer To Acct 8138 For 02/20/07 | 02-20 | 9.04 |
| Allstate Ins Co ;Des= ins Prem  ;ID= 000000944288782  Eff Date: 070221;Indn:Nash | 02-21 | 274.13 |
| Lincoln Benefit ;Des= ck4Inspymt;ID= 01N1317438  Eff Date: 070221;Indn:Brian Michael Nash | 02-21 | 24.50 |
| Keep The Change Transfer To Acct 8138 For 02/21/07 | 02-21 | 3.87 |
| Keep The Change Transfer To Acct 8138 For 02/22/07 | 02-22 | 2.48 |
| Keep The Change Transfer To Acct 8138 For 02/23/07 | 02-23 | 1.43 |
| Keep The Change Transfer To Acct 8138 For 02/26/07 | 02-26 | 8.31 |
| Keep The Change Transfer To Acct 8138 For 02/27/07 | 02-27 | 1.56 |
| Keep The Change Transfer To Acct 8138 For 02/28/07 | 02-28 | 0.30 |
| Keep The Change Transfer To Acct 8138 For 03/01/07 | 03-01 | 2.33 |
| Keep The Change Transfer To Acct 8138 For 03/05/07 | 03-05 | 2.93 |
| Chry Financial  ;Des= check Pymt;Check #:2122  Eff Date: 070306;Indn:0000001006692750 | 03-06 | 374.76 |
| Keep The Change Transfer Canceled-Low Acct Balance | 03-06 | 0.00 |
| Keep The Change Transfer Canceled-Low Acct Balance | 03-07 | 0.00 |
| Keep The Change Transfer Canceled-Low Acct Balance | 03-08 | 0.00 |
| Keep The Change Transfer To Acct 8138 For 03/09/07 | 03-09 | 2.29 |
| Keep The Change Transfer To Acct 8138 For 03/12/07 | 03-12 | 2.61 |
| Keep The Change Transfer To Acct 8138 For 03/13/07 | 03-13 | 0.70 |
| Keep The Change Transfer To Acct 8138 For 03/14/07 | 03-14 | 0.74 |
| Keep The Change Transfer To Acct 8138 For 03/15/07 | 03-15 | 1.71 |
| **Total Other Subtractions** | | **$842.68** |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 2,908.65 | 02-23 | 2,751.23 | 03-07 | 138.06 - |
| 02-13 | 2,742.65 | 02-26 | 2,199.23 | 03-08 | 435.32 - |
| 02-14 | 2,559.65 | 02-27 | 1,635.23 | 03-09 | 2,009.91 |
| 02-15 | 2,555.65 | 02-28 | 1,491.23 | 03-12 | 1,807.71 |
| 02-16 | 2,428.65 | 03-01 | 1,177.23 | 03-13 | 1,792.71 |
| 02-20 | 986.70 | 03-02 | 670.23 | 03-14 | 1,643.71 |
| 02-21 | 527.07 | 03-05 | 220.73 | 03-15 | 1,596.71 |
| 02-22 | 530.31 | 03-06 | 9.47 - | | |