UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. CASE NO. 09-MD-02036-JLK

IN RE:

CHECKING ACCOUNT
OVERDRAFT LITIGATION.

MDL NO. 2036

THIS DOCUMENT RELATES TO
FIRST TRANCHE TRANSACTIONS

*Tornes, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:09-cv21963-JLK
N.D. Cal. Case No. 3:09-2186

**NOTICE OF APPEAL**

Notice is hereby given that Kirk A. Kennedy and Marvelus Sattiewhite III, class members of the above referenced Plaintiffs' class, and timely objectors to the class action settlement, appeal to the United States Court of Appeals for the Eleventh Circuit this Court's (i) Final Judgment [D.E. 2151] and (ii) Order of Final Approval of Settlement, Authorizing Service Awards, Granting Application for Attorney's Fees, and Overruling Objections to Settlement [D.E. 2150], both of

1

which were entered by the Court on November 22, 2011.  Copies are filed herewith as Exhibit 1 and Exhibit 2, respectively.

Respectfully submitted,

Neil Kodsi
  Florida Bar No. 011255
  nkodsi@aldermankodsi.com
ALDERMAN & KODSI
9999 N.E. 2nd Ave., Suite 211
Miami Shores, Florida  33138
Telephon:  (305) 200-5473
Facsimile:  (305) 200-5474

Stephen R. Cochell
  Texas Bar No. 24044255
  Federal Bar No. 0032453
  srcochell@cochellfirm.com
THE COCHELL LAW FIRM
7026 Katy Road, Suite 259
Houston, Texas  77024
Telephone: (713) 980.8796
Facsimile: (713) 980.1179

Elliot B. Kula
  Florida Bar No. 003794
  elliot@kulaandsamson.com
Daniel M. Samson
  Florida Bar No. 866911
  dan@kulaandsamson.com
KULA & SAMSON, LLP
17501 Biscayne Boulevard
Suite 430
Aventura, Florida  33160
Telephone:  (305) 354-3858
Facsimile:  (305) 354-3822

By:   /s/ *Elliot B. Kula*
           Elliot B. Kula

*Co-Counsel for class members and Objecting Parties*
*Kirk A. Kennedy and Marvelus Sattiewhite III*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2011, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel or record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Elliot B. Kula*
Elliot B. Kula