UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lopez, et al. v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. CV09-6967-GHK

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Phillips, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:10-cv-24316-JLK
W.D. Okla. Case No. 5:10-cv-01185-R

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-MD-02036-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

## ORDER ON MOTION TO INTERVENE
## AND MOTION TO UNSEAL RECORDS

**THIS CAUSE** came before the Court upon Non-Party Jeff Horwitz's Motion to Intervene and Motion to Unseal Records (**DE# 2016**), filed October 20, 2011, and the Court having considered the Motion, Defendants' responses, other pertinent portions of the record, and having heard argument of counsel and Mr. Horwitz on December 6, 2011, hereby **ORDERS, ADJUDGES and DECREES** as follows:

1. The Motion to Intervene is granted for the sole and limited purpose of permitting Mr. Horwitz to raise challenges to the few instances where documents have been filed under seal with the Clerk of Court. Mr. Horwitz is directed to abide by the Local Rules of this Court, including specifically the requirement that, before filing any motion, he "confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion," and that any such motion must certify to the Court that he has done so. S.D. Fla. Local Rule 7.1(a)(3).

2. In all other respects the Motion is denied. After careful consideration, the Court is fully satisfied that the Stipulated Protective Order (**DE #688**), entered on July 16, 2010,

established an appropriate process to facilitate the efficient exchange of the massive discovery in these cases (which has already involved millions of pages of documents), including the production of confidential, proprietary and/or private matter, for which special protection is warranted, and that no modification of the Stipulated Protective Order (**DE #688**) is required. The Court is further satisfied with the process established for the filing of certain documents under seal and the resolution of any disputes over the appropriateness of sealing. A document-by-document review by the Court in advance of filing is neither feasible nor necessary, and would result in the kind of delay which the Court has consistently sought to avoid in this massive MDL proceeding.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 12th of December, 2011.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record