UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND [PROPOSED] ORDER |
| THIS DOCUMENT RELATES TO:<br><br>*Larsen v. Union Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23235-JLK<br>N.D. Cal. Case No. 4:09-cv-3250 | |

TO THE COURT AND ALL PARTIES:

Please take notice that Plaintiff's lead counsel, James R. Patterson is now associated with the law firm of Patterson Law Group, APC, and enters appearances in this action on behalf of that firm. Plaintiff substitutes Patterson Law Group, APC in as counsel in place of Harrison, Patterson & O'Connor, LLP, which is no longer counsel of record for any plaintiff or the proposed class and should be removed from the Court's and the Parties' service lists.

We consent to this substitution and request that the Court approve same.

/ / /

/ / /

1

Dated: July 13, 2011        Plaintiff

                                     By: _____
                                           Josh Naehu Reyes
                                           Plaintiff

Dated: July 14, 2011        PATTERSON LAW GROUP, APC

                                     By: /s/ James R. Patterson
                                          James R. Patterson
                                          Attorneys for Plaintiff

Dated: July 14, 2011        HARRISON, PATTERSON & O'CONNOR, LLP

                                   By: /s/ James R. Patterson
                                         James R. Patterson
                                         Former Attorneys for Plaintiff

IT IS SO ORDERED AND APPROVED.

Dated: _____, 2011        _____
                                           UNITED STATES DISTRICT JUDGE