

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case No. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

Tornes, et al. v. Bank of America, NA
S.D. Fla Case No. 1:08-cv-233323-JLK

Yourke, et al v. Bank of America, N.A.
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

_____/

**Notice of Appeal**

**Motion to proceed in Forma Pauperis
under alias Robin Hood**

**Motion to Serve**

I hereby gives Notice of Appeal to the Court of Appeals for the Eleventh Circuit for the ORDER FOR FINAL APPROVAL, AND FINAL JUDGMENT (document 2150 and 2151) in this above entitled case by U.S. District Court Judge James Lawrence King filed on 11/22/11

I also Motion this court to proceed in forma pauperis under Alias Robin Hood, (to protect my personal identity as will my other alias name of JOHN JACOB JINGLEHEIMER SCHMITDT.) on behalf of all Plaintiffs who follow the straight arrow of justice.

I also like to remind the court that under the law for the motion for in forma pauperis, is **GRANTED"** and that, by doing so...

"The Court must follow **Rule 4** of the FEDERAL RULES OF CIVIL PROCEDURE © Service. (3) *By a Marshal or Someone Specially Appointed*. At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916."

Plaintiff request this court to order the U.S. Marshals to properly serve all parties with this Appeal, so plaintiffs can seek justice with facts in evidence in an open court.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

Case No. 09-MD-02036-JLK

I Hereby declare that I give all yea this Notice of Appeal of this entitled case above to the Court of Appeals for the Eleventh Circuit. Motion to proceed in Forma Pauperis under alias Robin Hood and Motion to serve under Rule 4

To the following people.

Clerk of the Court
U.S. District Court for the
Southern District of Florida
James Lawrence King Federal Justice Building

Checking Account Overdraft Litigation
P.O. Box 2505
Faribault, MN 55021-9505

Michael Sobol
Lieff Cabraser Heimann, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

David Stellings
Lieff Cabraser Heimann, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Bobby Gilbert
Grossman Roth, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Miami, FL 33134

Laurence Hutt
Arnold and Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: Nov. 29, 2011        _Robin Hood_ (signature)

                                          Robin Hood



R. Hood
327 Blossom Valley Dr
Los Gatos CA 95031

Clerk of THE Court
U.S. District Court for the
Southern District of Florida

James Lawrence King Federal Building
400 North Miami Avenue, Miami, FL
33128