UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
_____/

THIS DOCUMENT RELATES TO:

*Dwyer v. Toronto-Dominion Bank*
D.Ma. Case No. 1:09-12118
S.D. Fla. Case No. 10-cv-20855-JLK

*Mosser v. TD Bank, N.A.*
E.D. Pa. Case No. 2:10-00731
S.D. Fla. Case No. 10-cv-21386-JLK

*Mascaro v. TD Bank, Inc.*
D.D.C. Case No. 1:10-cv-0040
S.D. Fla. Case No. 10-cv-21117-JLK

*Mazzadra, et al. v. TD Bank, Inc.*
S.D. Fla. Case No. 1:10-cv-21870-JLK
_____/

### [▓▓▓▓▓▓▓] ORDER GRANTING AGREED MOTION FOR EXTENSION OF PAGE LIMITS FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

THIS CAUSE having come before the Court on the Agreed Motion for Extension of Page Limits for Plaintiffs' Motion for Class Certification, and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that:

1. The Agreed Motion for Extension of Page Limits is **GRANTED**.

2.  Plaintiffs are authorized to file the Motion for Class Certification of up to 55 pages.

DONE AND ORDERED at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida this 14th day of December, 2011.

Copies Furnished to:
Counsels of Record

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record