

KANE RUSSELL COLEMAN & LOGAN PC

**KENNETH C. JOHNSTON**
(214) 777-4222
kjohnston@krcl.com

December 9, 2011

MDL Clerk
United States District Court Clerk's Office
Wilkie D. Ferguson, Jr. United States Court House
400 North Miami Avenue, 8th Floor
Miami, FL 33128

Re:   In re: Checking Account Overdraft Litigation
Case No. 1:09-MD-02036; In the United States District Court for the Southern
District of Florida, Miami Division

Dear Sir/Madam:

Kindly remove Kellie M. Johnson from the captioned docket as counsel to be notified on behalf of Defendant Comerica Bank. Ms. Johnson is no longer with the firm of Kane Russell Coleman & Logan PC. Accordingly, Ms. Johnson should no longer receive ECF notifications via e-mail or US Mail. Kenneth C. Johnston, James B. Greer and the firm of Kane Russell Coleman & Logan PC remain counsel of record on behalf of Defendant Comerica Bank and should continue to receive email notification of all ECF filings in the captioned action.

If you have any questions, then please do not hesitate to contact our office.

Thank you for your assistance in this matter.

Sincerely,

KANE RUSSELL COLEMAN & LOGAN PC

By: _____
Kenneth C. Johnston

KCJ/lma