UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | "CORRECTED" NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND [■■■■] ORDER |

THIS DOCUMENT RELATES TO:

FIRST TRANCHE BANKS

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-03250-PJH

**TO THE COURT AND ALL PARTIES:**

Please take notice that James R. Patterson, one of Plaintiff's counsel, is now associated with the law firm of Patterson Law Group, APC, and enters appearances in this action on behalf of that firm.[1] Plaintiff substitutes Patterson Law Group, APC in as counsel in place of Harrison, Patterson & O'Connor, LLP, which is no longer counsel of record for any plaintiff or the proposed class and should be removed from the Court's and the Parties' service lists.

We consent to this substitution and request that the Court approve same.

---

[1] This Corrected Notice of Substitution supercedes the original notice filed on December 13, 2011 [**DE # 2215**].

- 1 -

Dated: July 13, 2011       Plaintiff

By: _____
Josh Nachu Reyes
Plaintiff

Dated: July 14, 2011       PATTERSON LAW GROUP, APC

By: /s/ James R. Patterson
James R. Patterson
Attorneys for Plaintiff

Dated: July 14, 2011       HARRISON, PATTERSON & O'CONNOR, LLP

By: /s/ James R. Patterson
James R. Patterson
Former Attorneys for Plaintiff

IT IS SO ORDERED AND APPROVED.

Dated: Dec. 15th, 2011     _____
UNITED STATES DISTRICT JUDGE

2