UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | "CORRECTED" NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF AND [░░░░░░░] ORDER |

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. Fl. Case. No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:210-cv-2469
S.D. Fl. Case. No. 1:10-cv-22931-JLK

**TO THE COURT AND ALL PARTIES:**

Please take notice that James R. Patterson, one of Plaintiff's counsel, is now associated with the law firm of Patterson Law Group, APC, and enters appearances in this action on behalf of that firm.[1] Plaintiff substitutes Patterson Law Group, APC in as counsel in place of Harrison, Patterson & O'Connor, LLP, which is no longer counsel of record for any plaintiff or the proposed class and should be removed from the Court's and the Parties' service lists.

We consent to this substitution and request that the Court approve same.

---

[1] This Corrected Notice of Substitution supercedes the original notice filed on December 13, 2011 [**DE # 2214**].

- 1 -

Dated: July 13, 2011          Plaintiff

                              By: _____
                                  (signature)
                                  Plaintiff

Dated: July 14, 2011          PATTERSON LAW GROUP, APC

                              By:  /s/ James R. Patterson
                                   James R. Patterson
                                   Attorneys for Plaintiff

Dated: July 14, 2011          HARRISON, PATTERSON & O'CONNOR, LLP

                              By:  /s/ James R. Patterson
                                   James R. Patterson
                                   Former Attorneys for Plaintiff

IT IS SO ORDERED AND APPROVED.

Dated: Dec. 15th, 2011

_____
UNITED STATES DISTRICT JUDGE

- 2 -