**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

---

**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT**
**OVERDRAFT LITIGATION**

**MDL No. 2036**

---

**THIS DOCUMENT RELATES TO:**

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

---

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on the motion of Plaintiff, TIM PETERSEN, seeking to dismiss Plaintiff's individual claim pursuant to Federal Rule of Civil Procedure 41(a)(2) against Defendant, CAPITAL ONE, N.A. ("Defendant") and the Court having reviewed the submission; and for good cause shown,

IT IS on this **16th** day of **December**, 2011,

ORDERED that Plaintiffs' Motion for Voluntary Dismissal Pursuant to Federal Rule 41(a)(2) is GRANTED.

IT IS FURTHER ORDERED that this dismissal of Plaintiff's individual claim shall not be deemed to affect the claims brought by the other putative class representatives in this action.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys'
fees.

JAMES LAWRENCE KING
U.S. DISTRICT COURT JUDGE

Copies furnished to
All counsel of record

2