IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Duval v. RBS Citizens, N.A.*<br>N.D. Ill. Case No. 10-cv-00533<br>S.D. Fla. Case No. 1:10-cv-21080-JLK | ) ) ) ) |
| *Daniels v. RBS Citizens, N.A.*<br>D. Ma. Case No. 10-cv-10386<br>S.D. Fla. Case No. 1:10-cv-22014-JLK | ) ) ) ) |
| *Blankenship v. RBS Citizens, N.A.*<br>D. RI Case No. 10-cv-02718<br>S.D. Fla. Case No. 1:10-cv-22942-JLK | ) ) ) ) |
| *Chierici v. RBS Citizens, N.A.*<br>D. NJ Case No. 10-cv-002718<br>S.D. Fla. Case No. 1:10-cv-22323-JLK | ) ) ) |

**ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND CM/ECF FILING PRIVILEGES FOR DEFENDANTS RBS CITIZENS, N.A. AND CITIZENS BANK OF PENNSYLVANIA'S OUT-OF-STATE ATTORNEY**

THIS CAUSE having come before the Court on the Motion For Limited Appearance Of And CM/ECF Filing Privileges For Defendants RBS Citizens, N.A. and Citizens Bank Of Pennsylvania's Out-Of-State Attorney, requesting, pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Rule 4.B"), Rule 1.4 of the Rules of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for the attorney listed in

COI-1469181v1

paragraph 2 below, who, in addition to the current counsel of record for RBS Citizens, N.A. and Citizens Bank of Pennsylvania, seeks to become counsel of record in the above-captioned cases that originated in other districts and have been transferred to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion For Limited Appearance of and CM/ECF Filing Privileges For Defendants RBS Citizens, N.A. and Citizens Bank of Pennsylvania's Out-Of-State Attorney is GRANTED.

2. The following attorney is permitted to appear and participate in this action on behalf of RBS Citizens, N.A. and Citizens Bank of Pennsylvania:

> Chad A. Readler
> JONES DAY
> 325 John H. McConnell Blvd.
> Columbus, Ohio 43215
> Telephone: 614-281-3891
> Facsimile: 614-461-4198
> careadler@jonesday.com

3. Pursuant to MDL Rule 1.4, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on his behalf, notwithstanding language to the contrary in Rule 4.B.

4. Furthermore, pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), the attorney named in paragraph 2 above shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Rule 4.B. The Court hereby directs the

COI-1469181v1

- 3 -

Clerk of the Court to assign a CM/ECF username and password to the attorney named in paragraph 2 above.

5.  In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 for the limited admission of the attorney named in paragraph 2 above.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Miami-Dade County, Florida, this 15th day of December, 2011.

Honorable James Lawrence King
Senior United States District Judge