UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-MD-02036-JLK

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION:

*Simmons v. Comerica Bank*
N.D. Tex. No. 10-326
S.D. Tex. No. 10-22958

## ORDER EXTENDING THE TIME FOR MOVING FOR CLASS CERTIFICATION

THIS CAUSE is before the Court on Plaintiffs' *Stipulated Motion To Extend The Time for Moving for Class Certification*. The Court, having reviewed the motion and being otherwise advised in the premises, hereby ORDERS, ADJUDGES and DECREES that the Scheduling Order Pertaining to "Fourth Tranche" Cases entered by the Court on April 13, 2011 [DE # 1340] is edited as follows:

1. Comerica Bank shall have until December 23, 2011, to produce the Additional Data agreed upon by the Parties in response to Plaintiffs' second requests for production;

2. Plaintiffs shall have until January 6, 2012 to file their motion for class certification; and

3. The remaining deadlines shall remain unchanged such that Comerica Bank shall have forty-five days to respond to Plaintiffs' motion for class certification, and the Plaintiffs' reply is due thirty days thereafter.

1

DONE and ORDERED at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 16 day of December, 2011

*[signature]*
HON. JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE