UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

# APPENDIX II TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW

Dated: December 20, 2011.

Respectfully submitted,

/s/ Aaron S. Podhurst  
Aaron S. Podhurst, Esquire  
Florida Bar No. 063606  
apodhurst@podhurst.com  
Robert C. Josefsberg, Esquire  
Florida Bar No. 40856  
rjosefsberg@podhurst.com  
Steven C. Marks, Esquire  
Florida Bar No. 516414  
smarks@podhurst.com  
Peter Prieto, Esquire  
Florida Bar No. 501492  
pprieto@podhurst.com  
Stephen F. Rosenthal, Esquire  
Florida Bar No. 0131458  
srosenthal@podhurst.com  
John Gravante, III, Esquire  
Florida Bar No. 617113  
jgravante@podhurst.com  
PODHURST ORSECK, P.A.  
City National Bank Building  
25 W. Flagler Street, Suite 800  
Miami, FL 33130-1780  
Tel: 305-358-2800  
Fax: 305-358-2382  

/s/ Bruce S. Rogow  
Bruce S. Rogow, Esquire  
Florida Bar No. 067999  
brogow@rogowlaw.com  
Bruce S. Rogow, P.A.  
Broward Financial Center  
500 East Broward Boulevard  
Suite 1930  
Fort Lauderdale, FL  33394  
Tel: 954-767-8909  
Fax: 954-764-1530  

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*


| /s/ E. Adam Webb | /s/ Michael W. Sobol |
|---|---|
| E. Adam Webb, Esquire | Michael W. Sobol, Esquire |
| Georgia Bar No. 743910 | California Bar No. 194857 |
| Adam@WebbLLC.com | msobol@lchb.com |
| Matthew C. Klase, Esquire | Roger N. Heller, Esquire |
| Georgia Bar No. 141903 | California Bar No. 215348 |
| Matt@WebbLLC.com | rheller@lchb.com |
| G. Franklin Lemond, Jr., Esquire | Jordan Elias, Esquire |
| Georgia Bar No. 141315 | California Bar No. 228731 |
| FLemond@WebbLLC.com | jelias@lchb.com |
| WEBB, KLASE & LEMOND, L.L.C. | LIEFF CABRASER HEIMANN & |
| 1900 The Exchange, S.E. |   BERNSTEIN L.L.P. |
| Suite 480 | Embarcadero Center West |
| Atlanta, GA 30339 | 275 Battery Street, 30th Floor |
| Tel: 770-444-9325 | San Francisco, CA 94111 |
| Fax: 770-444-0271 | Tel: 415-956-1000 |
| | Fax: 415-956-1008 |

| | |
|---|---|
| /s/ Russell W. Budd<br>Russell W. Budd, Esquire<br>Texas Bar No. 03312400<br>rbudd@baronbudd.com<br>Bruce W. Steckler, Esquire<br>Texas Bar No. 00785039<br>bsteckler@baronbudd.com<br>Mazin A. Sbaiti, Esquire<br>Texas Bar No. 24058096<br>msbaiti@baronbudd.com<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br>Tel: 214-521-3605<br>Fax: 214-520-1181 | /s/ David S. Stellings<br>David S. Stellings, Esquire<br>New York Bar No. 2635282<br>dstellings@lchb.com<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN L.L.P.<br>250 Hudson Street<br>8th Floor<br>New York, NY  10013<br>Tel: 212-355-9500<br>Fax: 212-355-9592 |
| /s/ Ruben Honik<br>Ruben Honik, Esquire<br>Pennsylvania Bar No. 33109<br>rhonik@golombhonik.com<br>Kenneth J. Grunfeld, Esquire<br>Pennsylvania Bar No. 84121<br>kgrunfeld@golombhonik.com<br>GOLOMB & HONIK, P.C.<br>1515 Market Street<br>Suite 1100<br>Philadelphia, PA 19102<br>Tel: 215-985-9177<br>Fax: 215-985-4169 | /s/ Ted E. Trief<br>Ted E. Trief, Esquire<br>New York Bar No. 1476662<br>ttrief@triefandolk.com<br>Barbara E. Olk, Esquire<br>New  York Bar No. 1459643<br>bolk@triefandolk.com<br>TRIEF & OLK<br>150 E. 58th Street<br>34th Floor<br>New York, NY 10155<br>Tel: 212-486-6060<br>Fax: 212-317-2946 |

*Plaintiffs' Executive Committee*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

**MDL No. 2036**

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 20, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                  /s/ Robert C. Gilbert
                  Robert C. Gilbert, Esquire
                  Florida Bar No. 561861
                  GROSSMAN ROTH, P.A.
                  2525 Ponce de Leon Boulevard
                  Eleventh Floor
                  Coral Gables, FL 33134
                  Tel: 305-442-8666
                  Fax: 305-779-9596

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Swift v. BancorpSouth, Inc.*
N.D. FL Case No. 1:10-cv-00090-SPM
S.D. FL Case No. 1:10-cv-23872-JLK

## DECLARATION OF SHANE SWIFT

I, Shane Swift, hereby declare as follows:

1. I am a plaintiff in the above-captioned action that is part of MDL No. 2036 and pending in the U.S. District Court for the Southern District of Florida. I am currently a resident of Arkansas. If called to testify, I could and would testify thereto to all facts within my personal knowledge.

2. In August 2003, I opened a checking account at American State Bank in Pocahontas, Arkansas. In 2005, I became a customer of BancorpSouth when BancorpSouth acquired American State Bank. I was provided a debit card, which I used for transactions.

3. I am a proposed class representative in a lawsuit. As a class representative, I understand I am representing a class of other persons who have or had checking accounts with BancorpSouth and were charged overdraft fees as a result of BancorpSouth's overdraft fee

policies. I understand that I must consider the interests of other class members in pursuing my claims.

4. As part of my duties as a class representative, I reviewed the Complaint to ensure the accuracy of the facts as they related to me. I also assisted in the preparation of discovery responses by searching for and providing documents and other information to my attorneys. I also understand that I many need to assist in the preparation of further discovery responses and may need to produce further documents and materials if my attorneys request it. In addition, I understand that I may be called to testify at trial in this case. I am willing and able to fulfill all of my duties as a class representative.

5. If this case were not certified as a class action, it would not be feasible for me to pay an attorney to bring an individual lawsuit on my behalf for the legal claims at issue here.

6. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14 day of December, 2011, at _____, Arkansas.

_____
SHANE SWIFT

2