*Robin Hood*
*Email;* i800overthrowkingrules@yahoo.com



FILED by ARG D.C.
JAN 03 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | Objection to case |
| MDL NO. 2036 | |
| THIS DOCUMENT RELATES TO: | Motion to be taken off mailing list |
| All Cases _____/ | |

To whom it may concern,

   In the last couple days it has been reported that I have received about 18 documents through the mail at 327 Blossom Valley Drive in Los Gatos, Ca. 95032 in which date start with 12/15/20011 (Dkt #2223) to 12/21/2011 (Dkt #2312) … (This is my brothers address and is meant for important notices to be passed on to me) So please take me off this general list. The best way to contact me in this matter is through my i800 number above. (email)

   First I am not an attorney, but someone who is fighting against corruption in both the banking industry and the Court system in which this Judge is appointing alleged people to represent the poor victims by perpetrating "law-persons" who settle on large fees for themselves, in which the banking industry is getting away with robbing the poor again under color of law, as it keeps these overdraft / overlimit fees (subject matter).

   I do not agree to any of the attorneys jumping on the band wagon who want there 25 to 33 percent of a class action lawsuit in which I reported and filed this same kind of class action lawsuit in the

Federal Court system and Appealed it to the Ninth Circuit Court of Appeals back in 2003, and again for a panel rehearing (see attachment) and it newspaper articles were published informing the public in general about what was happening as the banking industry reported 37 billion dollars alone in 2009 due to these fees.

I cannot support this judge who signs an order On 12/22/11, claiming the BofA settlement was fair and that and I quote on the bottom of page 10 in the footnotes (DE 2150) it reads...

→ **"The record reflects that approximately 13.8 million accounts were affected by the practices alleged in these cases against BofA. Some customers have multiple deposit accounts. The 13.8 million accounts were held by about 13.2 million Settlement Class Members."**

As there should be no question in anyone's mind as BofA attorneys' placed (Dkt #2029) on the record:

→ "In a similar vein, a number of objectors also complain that the Settlement Class size of 13.2 million is "too small" and fails to include all customers who paid overdraft fees. However, their thinking suffers from the same defect identified above. The only BANA customers who have a purported claim are those who paid additional overdraft fees caused by allegedly wrongful business practices, including posing order, and the class consists of this subset of customers. Specifically, as provisionally certified by the Court, the Settlement Class consists of those BANA deposit account customers "who... incurred one or more Overdraft Fees as a result of Debit Re-sequencing." Preliminary Approval Order (Dkt. #1520) 5 (emphasis added). And the class size of roughly 13.2 million identifiable members was determined through an actual analysis of individual customer account records performed by Class Counsel's expert. (Dkt. #1471, Ex A   77, 79.)"

The same accounting is being done, as the Government sits by and signed off on this kind of fraud.

As the end of the order reads starting at page 50... (Dkt. # 2150)

**"Exceptional Skill of a Highly Talented Group of Attorneys**
As the Court has noted, the attorneys on both sides of this case displayed an exceptional amount of skill in litigating on behalf of their clients. See Walco, 975 F. Supp. at 1472 (explaining that "[g]iven the quality of defense counsel from prominent national law firms, the Court is not confident that attorneys of lesser aptitude could have achieved similar results");

I learned of this case when I saw an add, that caught my eye that was placed by the BofA case. As an average person who took notice of this subject matter looked at the Client Settlement Site @ www.bofaoverdraftsettlement.com and saw that this site is not operated by Bank of America, N.A.

2/5

This class action Settlement is supervised by the Court and is administered by an administration firm that handles all aspects of claims processing. As people looked at the...

"Frequently Asked Questions"

Do I have a lawyer in this litigation?

ANSWER:
→**The Court has appointed lawyers to represent you and other Class Members as "Class Counsel,"** ...
Class Counsel will represent you and other Class Members. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

How will the lawyers and Class Representatives be paid?

ANSWER:
Class Counsel intend to request up to 30 percent of the money remaining in the Settlement Fund, after costs and expenses are paid, for attorneys' fees and costs. The fees awarded by the Court will be paid by out of the Settlement Fund. The Court will determine the amount of fees to award. Class →**Counsel will also request that up to $5,000 per Plaintiff, or $2,500 per Plaintiff** for married couples in which both spouses are Plaintiffs, be paid from the Settlement Fund to the Class Representatives for their service as representatives on behalf of the whole Class.

There should be no question as all parties are in agreement with this number than the class counsel should be seeking as 13.2 million plaintiffs...

13,200,000 X $5,000 = $6,600,000,000 plus Attorney fees (Six billion and six Hundred thousand dollars plus their cost at 30%, which is about 2 billion dollars)

Therefore by looking at the numbers this class counsel is settle for $287,000,000 for 13.2 million plaintiffs which is about $21.74 for each plaintiff or what one might see is the judge also signed

**"(5) awards service awards to the Settlement Class Representatives in the amount of $5,000 per Settlement Class Representative or married couple;"** as it is common practice for the government not to understand how to balance the books of justice with numbers that don't add up.

Therefore I do not trust the eyes of the court or it's appointed class counsel. I hereby motion this kind of court to be taken off the mailing list, as I do not want to be associated with a list of people who are making a profit helping to steal from the poor again, or under the subject of this King. As I see it as just another scam by rich people in power using the color of law to justify their criminal actions as they continue with this charade in which the rich are robbing the poor or innocent who have no clue on the facts that under such terms of such settlements of law.

12/28/11                                   *Robin Hood*


200 West 2nd Street,
Reno, Nevada 89501
(775) 329-1880

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ████████ on behalf of himself, ) | Case No. 02-17473 |
| and every consumer who is or has been ) | |
| charged an OVERLIMIT FEE, ) | |
| ) | |
| Appellant ) | |
| ) | |
| -vs- ) | PETITION FOR PANEL REHEARING |
| ) | |
| Discover Bank; ) | On Appeal from the Order and Judgment of Judge Jeremy Fogal |
| United States Government; ) | of the United States District Court for the Northern District of |
| Does 1 to 1,000,000 ) | California, Case No. C-02-000646 JF/PVT ADR |
| ) | |
| _____Appellee_____ ) | Affirmed on June 12, 2003 |

Appellant, ████████, hereby declares under the penalty of perjury, and seek that:

1. That the Court of Appeals for the Ninth Circuit to **rehear or re-think** your misconduct in the affirmed judgment of June 12, 2003.

2. Which claims that the United States District Courts does not have Jurisdiction. Also that the United States Court of Appeals Courts for the Ninth Circuit **Affirmed such Judgment.** When the Constitution of the United States of America clearly states it does! Every single high school student with knowledge of the Constitution would say it does! This would show that this court is **fixing the outcome of case**.

3. Another material point of fact that was overlooked is that goes **Against the [Manifest] or [Weight of the] Evidence** submitted in the complaint. This verdict is clearly against the undoubted general current of

1.

4/5

the evidence, so that the Court can clearly see that they have acted under some mistake, or from some improper motive, bias, or feeling.

4. When Banks cheat consumers out of money by this kind of scam of overlimit fee charges and the United States District Courts allow such a scam to be ongoing by it dismissal of such complaint. And when the U.S. Court of Appeals **affirms** and condones such action, it will show the public that U.S. Courts are corrupt. Just like the Enron scandal. You do know what happen to the Accounting firm. Who well trust the Justice system if you allow the banks to steal. This will only devalue the dollar. It will become worthless due to the corruption in the Courts.

5. The Federal Courts are the guardians of the Constitution. Judges should uphold the integrity and independence of the Judiciary. The Judgments and Rulings of the Federal Courts must show the public, confidence in the integrity and independence of each judge to their responsibility. Conversely, violations of the Constitution, codes, statutes and laws diminishes public confidence in the judiciary and thereby does injury to the system of government under law. If there is no integrity in the Justice system because it allows the banking industry to steal assets, with knowledge of, the Justice system becomes liable and money will become worthless. This court must stop the banking industry from charging consumers in this manner. What are you guys thinking?

6. These material points of fact were overlooked that you should consider. You might want to look at my latest appeal No. 03-16163, given the fact that this action was affirmed the same day as #03-15040, Appellant believes that this affirmed dismissal was done under color of authority.

## Please reconsider this petition for the sake of everyone.

I declare under the penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Date: June 27, 2003

2.

5/5

Levis Ignacio
327 Blossom Valley Dr.
Los Gatos CA. 95032

USMS INSPECTED RECEIVED

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

33128+7716