UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. CASE NO. 09-MD-02036-JLK

IN RE:

CHECKING ACCOUNT
OVERDRAFT LITIGATION.

MDL NO. 2036

THIS DOCUMENT RELATES TO
FIRST TRANCHE TRANSACTIONS

*Tornes, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:09-cv21963-JLK
N.D. Cal. Case No. 3:09-2186

**AGREED MOTION FOR EXTENSION OF TIME
FOR FILING RESPONSE TO PLAINTIFFS' MOTION TO REQUIRE
POSTING OF APPEAL BONDS BY OBJECTOR-APPELLANTS AND
INCORPORATED MEMORANDUM OF LAW**

Objector-Appellants Kirk A. Kennedy and Marvelus Sattiewhite III (hereinafter, the Kennedy-Sattiewhite Objectors), class members of the above referenced Plaintiffs' class and timely objectors to the class action settlement, and timely appellants to the United States Court of Appeals for the Eleventh Circuit of this Court's (i) Final Judgment [D.E. 2151] and (ii) Order of Final Approval of

1

Settlement, Authorizing Service Awards, Granting Application for Attorney's Fees, and Overruling Objections to Settlement [D.E. 2150], hereby request the Court to grant an extension of time of 10 days, through and including Friday, January 20, 2012, within which to file their response to Plaintiffs' Motion To Require Posting Of Appeal Bonds By Objector-Appellants And Incorporated Memorandum Of Law [D.E. 2335] (the Bond Motion).  *Class Counsel agree to this extension request*.

1. On December 27, 2011, Plaintiffs' filed their Bond Motion, requesting the Court to impose a substantial bond on each of the objector-appellants as a "prerequisite for pursuing their appeals."

2. The Kennedy-Sattiewhite Objectors' response to the Bond Motion, pursuant to S.D. Fla. L.R. 7.1, is presently due to be filed on Tuesday, January 10, 2012.

3. The Bond Motion argues that "[t]he Objector-Appellants include several known professional objectors and a lawyer with [] motivations having little to do with this litigation," seeking to "press pretextual objections, unnecessarily holding up" the Settlement and ultimately "looking to extract money from Class Counsel by delaying resolution of this case."  And the Bond Motion argues that "requir[ing] the Objector-Appellants to post sizable bonds on appeal" will

"discourage the Objector-Appellants from viewing this settlement as just a money-making opportunity."

3. The Kennedy-Sattiewhite Objectors have been diligently working to prepare a cogent response to the legal arguments, factual representations, and practical concerns raised by the Bond Motion. An additional 10 days beyond the present due date, however, is necessary in order to complete a cogent response that will be most helpful to the Court in adjudicating the issues raised by the Bond Motion, which issues include consideration of both the legal authority for the imposition of a bond in the first instance and the merits of the Kennedy-Sattiewhite Objectors' appellate arguments.

4. This modest 10-day extension motion will not cause undue delay or otherwise prejudice the class, and indeed, Class Counsel has authorized the undersigned to represent that this extension motion is filed with their consent.

WHEREFORE, the Kennedy-Sattiewhite Objectors respectfully request the Court to grant a 10-day extension of time, through and including Friday, January 20, 2012, within which to file their response to the Bond Motion.

Respectfully submitted,

Neil Kodsi
  Florida Bar No. 011255
  nkodsi@aldermankodsi.com
ALDERMAN & KODSI
9999 N.E. 2nd Ave., Suite 211
Miami Shores, Florida  33138
Telephon:  (305) 200-5473
Facsimile:  (305) 200-5474

Elliot B. Kula
  Florida Bar No. 003794
  elliot@kulaandsamson.com
Daniel M. Samson
  Florida Bar No. 866911
  dan@kulaandsamson.com
KULA & SAMSON, LLP
17501 Biscayne Boulevard
Suite 430
Aventura, Florida  33160
Telephone:  (305) 354-3858
Facsimile:  (305) 354-3822

By:  _____/s/ *Elliot B. Kula*_____
          Elliot B. Kula

*Co-Counsel for class members and Objecting Parties*
*Kirk A. Kennedy and Marvelus Sattiewhite III*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2012, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system.  I also hereby certify that the foregoing document is being served this day on all counsel or record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    /s/ *Elliot B. Kula*
       Elliot B. Kula