UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. CASE NO. 09-MD-02036-JLK

IN RE:

CHECKING ACCOUNT
OVERDRAFT LITIGATION.

MDL NO. 2036

THIS DOCUMENT RELATES TO
FIRST TRANCHE TRANSACTIONS

*Tornes, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:09-cv21963-JLK
N.D. Cal. Case No. 3:09-2186

**NOTICE OF WITHDRAWAL OF D.E. 2356
DUE TO CLERICAL ERROR IN CM/ECF DESIGNATION**

Objector-Appellants Kirk A. Kennedy and Marvelus Sattiewhite III (hereinafter, the Kennedy-Sattiewhite Objectors), class members of the above referenced Plaintiffs' class and timely objectors to the class action settlement, and timely appellants to the United States Court of Appeals for the Eleventh Circuit of this Court's (i) Final Judgment [D.E. 2151] and (ii) Order of Final Approval of Settlement, Authorizing Service Awards, Granting Application for Attorney's

1

Fees, and Overruling Objections to Settlement [D.E. 2150], hereby withdraw the filing at D.E. 2356 due to clerical error in the CM/ECF designation.

The pleading will be refiled with the corrected designation.

                                                 Respectfully submitted,

| Neil Kodsi | Elliot B. Kula |
|---|---|
|   Florida Bar No. 011255 |   Florida Bar No. 003794 |
|   nkodsi@aldermankodsi.com |   elliot@kulaandsamson.com |
| ALDERMAN & KODSI | Daniel M. Samson |
| 9999 N.E. 2nd Ave., Suite 211 |   Florida Bar No. 866911 |
| Miami Shores, Florida  33138 |   dan@kulaandsamson.com |
| Telephon:  (305) 200-5473 | KULA & SAMSON, LLP |
| Facsimile:  (305) 200-5474 | 17501 Biscayne Boulevard |
|  | Suite 430 |
|  | Aventura, Florida  33160 |
|  | Telephone:  (305) 354-3858 |
|  | Facsimile:  (305) 354-3822 |

                                                 By:        /s/ *Elliot B. Kula*
                                                          Elliot B. Kula

*Co-Counsel for class members and Objecting Parties*
*Kirk A. Kennedy and Marvelus Sattiewhite III*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2012, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system. I also hereby certify that the foregoing document is being served this day on all counsel or record identified on the Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Elliot B. Kula*
Elliot B. Kula