UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT OVERDRAFT
LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## NOTICE OF FILING OF CIVIL APPEAL STATEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that class members Brooklyn Sarro and Megan Marek submit the

attached Civil Appeal Statement, and submit the original and one copy to the Clerk of the United

States Court of Appeals for the Eleventh Circuit concurrently for filing.

Date:  January 5, 2012                     Respectfully submitted,

      s/ John W. Davis            .
John W. Davis (FL Bar No. 193763)
john@johnwdavis.com
Law Office of John W. Davis
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone:  (619) 400-4870

Rev. 2/11

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

File Stamp

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: **Not Yet Assigned**

| Caption: | |
|---|---|
| Tornes, et al. v. Bank of America, N.A.<br>S.D. Fla. Case No. 1:08-cv-23323-JLK<br><br>Yourke, et al. v. Bank of America, N.A.<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br><br>Phillips, et al. v. Bank of America, N.A.<br>S.D. Fla. Case No. 1:10-cv-24316-JLK | District and Division: Southern District of Florida, Miami Div.<br>Name of Judge: Hon. James Lawrence King<br>Nature of Suit: Other Fraud<br>Date Complaint Filed: December 1, 2008<br>District Court Docket Number: 1:08-cv-23323-JLK, et al.<br>Date Notice of Appeal Filed: December 19, 2011<br>☐ Cross Appeal  ☒ Class Action<br>Has this matter previously been before this court?<br>☐ Yes  ☒ No<br>If Yes, provide<br>(a) Caption:<br>(b) Citation:<br>(c) Docket Number: |

| | Attorney Name | Mailing Address | Telephone, Fax, and Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☒ Other (Specify)<br>Class Members | John W. Davis | Law Office of John W. Davis<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101 | (619) 400-4870<br>(619) 342-7170 (fax)<br>john@johnwdavis.com |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| Federal Question<br><br>(Diversity)<br><br>US Plaintiff<br><br>US Defendant | (Final Judgment,<br>28 USC 1291)<br><br>Interlocutory Order,<br>28 USC 1292(a)(1)<br><br>Interlocutory Order Certified,<br>28 USC 1292(b)<br><br>Interlocutory Order,<br>Qualified Immunity<br><br>Final Agency Action (Review)<br><br>54(b) | Dismissal/Jurisdiction<br><br>Default Judgment<br><br>Summary Judgment<br><br>Judgment/Bench Trial<br><br>Judgment/Jury Verdict<br><br>Judgment/Directed Verdict/NOV<br><br>Injunction<br><br>Other  judgment / settlement | Amount Sought by Plaintiff:<br>$    unspecified<br><br>Amount Sought by Defendant:<br>$    n/a<br><br>Awarded:<br>$    n/a<br>to<br><br>Injunctions:<br>☐ TRO<br>☐ Preliminary   ☐ Granted<br>☐ Permanent     ☐ Denied |

Page 2                                                                     11th Circuit Docket Number: __not yes assigned__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☒ Yes  ☐ No
What is the issue you claim is one of First Impression? Application of Erie doctrine in awarding fees from common fund in class action where jurisdiction is based on diversity

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☒ Yes  ☐ No

If Yes, provide
(a) Case Name/Statute    Erie Railroad Co. v. Tompkins
(b) Citation             304 U.S. 64 (1938)
(c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal?  ☒ Yes  ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☒ Yes  ☐ No

If Yes, provide
(a) Case Name
(b) Citation
(c) Docket Number if unreported
(d) Court or Agency

Several class members have appealed from the judgment approving settlement and/or awarding attorneys' fees. As far as appellants can determine, no appellate case numbers have yet been assigned.

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit?  ☐ Yes  ☒ No
(b) Among circuits?  ☒ Yes  ☐ No

If Yes, explain briefly:
The methodology for awarding attorneys' fees in class action common fund cases varies across circuits

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:
Whether the district court erred in approving the class settlement and / or in awarding attorneys' fees

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __5th__ DAY OF __January__, __2012__.

__John W. Davis__
NAME OF COUNSEL (Print)                        SIGNATURE OF COUNSEL

*Please ATTACH portion of district court, tax court, or agency record described in 11th Cir. R. 33-1(b): (a) judgments and orders appealed from or sought to be reviewed; (b) any supporting opinion, findings of fact, and conclusions of law filed by the court or the agency, board, commission, or officer; (c) any report and recommendation adopted by an order; (d) findings and conclusions of an administrative law judge when appealing a court order reviewing an agency determination; (e) any agency docket sheet or record index.*

## CERTIFICATE OF SERVICE

### CASE NO.:  1:09-MD-02036-JLK

I hereby certify that on January 5, 2012, I filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

Date:  January 5, 2012

                                                         s/ John W. Davis             .
                                                         John W. Davis