UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Simmons, et al. v. Comerica Bank*
N.D. Tex. Case No. 3:10-cv-326-0
S.D. Fla. Case No. 1:10-cv-22958

ORDER GRANTING AGREED MOTION FOR EXTENSION
OF PAGE LIMITS FOR PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION AND PROPOSED TRIAL PLAN

THIS CAUSE having come before the Court on the Agreed Motion for Extension of Page Limits for Plaintiffs' Motion for Class Certification and Proposed Trial Plan, and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that:

1. The Agreed Motion for Extension of Page Limits is GRANTED.

2. Plaintiffs are authorized to file Motions for Class Certification and Proposed Trial Plans of up to 75 pages each.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 6 day of January, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record