UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS
*Tornes, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:09-cv21963-JLK
N.D. Cal. Case No. 3:09-2186
_____/

### ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR FILING RESPONSE TO PLAINTIFFS' MOTION TO REQUIRE POSTING OF APPEAL BONDS BY OBJECTOR-APPELLANTS

THIS CAUSE came before the Court on the Kennedy-Sattiewhite Objector's Agreed Motion for Extension of Time for Filing Response to Plaintiffs' Motion to Require Posting of Appeal Bonds by Objector Appellants and Incorporated Memorandum of Law (DE #2358), filed on January 5, 2012. Accordingly, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the above-styled Motion (DE #2358) be, and the same is hereby, GRANTED. The Kennedy-Sattiewhite Objectors shall have through and including **Friday, January 20, 2012**, within which to file their response to Plaintiffs' Motion to Require Posting of Appeal Bonds by Objector Appellants and Incorporated Memorandum of Law.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 6th day of January, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record