United States District Court
Southern District of Florida
Miami Division
Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Mello v. Susquehanna Bank*
S.D. Fla. Case No. 1:11-CV-23250-JLK

## NOTICE OF STRIKING

Defendant Susquehanna Bank ("Susquehanna"), through its undersigned counsel, hereby strikes DE 2363, its Reply in Support of Motion to Dismiss, because of the inadvertent omission of the case caption.

Susquehanna will file a corrected copy of its Reply.

TO1#306708v1

Date:  January 9, 2012                               Respectfully submitted,

                                                     /s/ James A. Dunbar
                                                     James A. Dunbar (admitted *pro hac vice*)
                                                     Matthew R. Alsip (admitted *pro have vice*)
                                                     Venable LLP
                                                     210 West Pennsylvania Avenue, Suite 500
                                                     Towson, Maryland 21204
                                                     (410) 494-6200 (telephone)
                                                     (410) 821-0147 (facsimile)
                                                     jadunbar@venable.com
                                                     mralsip@venable.com

                                                     John T. Prisbe (admitted *pro hac vice*)
                                                     Venable LLP
                                                     750 East Pratt Street, Suite 900
                                                     Baltimore, Maryland 21202
                                                     (410) 244-7400 (telephone)
                                                     (410) 244-7742 (facsimile)
                                                     jtprisbe@venable.com

                                                     *Counsel for Susquehanna Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2012, a copy of the foregoing, Defendant Susquehanna Bank's Notice of Striking, was filed and served electronically via the Court's CM/ECF system.

                                                     /s/ Matthew R. Alsip
                                                     Matthew R. Alsip