Jeff Horwitz (Pro se)
1 State St 26th Floor
New York, NY 10004



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO. 1:09-MD-02036-JLK |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | MOTION TO SEEK A FORMAL ORDER GRANTING ECF ACCESS |
| MDL No. 2036 | |

I hereby ask the Court for a formal order granting me access to ECF, thereby allowing me to view filings and file electronically.

Shortly after this court's order granting me limited intervener status, I sought to register for ECF. While I believe it was the court's intention to grant me such access, ECF clerks have told me that an additional order from this court would be required. The Court's staff concurred.

I've notified attorneys Robert Gilbert and Peter Homer of my intent to file this motion, and neither objects to it. I apologize to all parties for the necessity of this request.

Sincerely,

Jeff Horwitz