Robin Hood
Email: i800overthrowkingrules@yahoo.com



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
THIS DOCUMENT RELATES TO:          Objection to Appeal Bond Motion

Tornes, et al. v. Bank of America, NA
S.D. Fla Case No. 1:08-cv-233323-JLK    Motion to Post bond for Objector-Appellant

Yourke, et al v. Bank of America, N.A.
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186            Motion to serve this Document
                                        under 28 U.S.C. § 1915
_____/

*Robin Hood* - OJECTION to Plaintiffs' Motion to Require Posting of Appeal Bonds by "Objector Appellants and Incorporated Memorandum of law (Dkt. # 2335)

## INTRODUCTION

*Robin Hood* is this Appellants' fictitious name used by the author of this document who wants to remain anonymous due to the attention that might rise as to the level of corruption that is being played out in this subject matter. As John Jacob Jingleheimer Schmidt was a fictitious name to remain anonymous as one of the few Pro se plaintiffs who filed a timely objection (collectively the 49ers "Objections") and was muted out by BofA attorneys (DE #2108) with his last filed "objection" to final settlement that was mailed in 10/31/11 and filed on 11/10/11 (D.E #2102). As this lawsuit is posted in the public eye and has a website that reads ... "How do I tell the Court that I object to the settlement?
Answer: If you are a member of the Settlement Class, **you can object to any part of the Settlement**... a statement saying that you object to the Bank of America Settlement in Re:Checking Account overdraft litigation, 1:09-MD-02036-JLK

1

First → One should not have to make an argument to appeal a judgment or order before the same Judge /**King** that an Appellant is seeking to overturn his order or Final Judgment, as this can be seen as corruption and an abuse of authority.

Second → To be required to post a bond in which I made a motion to this court to proceed in Forma Pauperis with my Notice of Appeal (DE #2208) in which I have a history of filing appeals and have not been denied or ask to post a bond.

Third → As a member of the class action all it takes is one person to file a Notice and by law we can be a joiner to the Appellant side to try to make a point or case in such subject matter. (As this case is about poor people who have been robbed by the banking industry for years and can not afford an attorney, as the government looks the other way and the attorneys who have been appointed to lead counsel by the government are now asking that few plaintiffs who are objecting and appealing that the poor are not getting justice with this settlement, post a bond. As these attorneys are getting about 120 million dollars in which about $280 million goes into 13.2 million plaintiffs equals $21.2121212121...

Forth → If this settlement holds up and $5000 were awarded to the first 13.2 million plaintiffs who file, that equals 56,000 plaintiffs leaving 13,19... plaintiffs being robbed of justice, or one out of every 2,357.14 plaintiffs would be a winner. That is not even 1/2 of a percent of the plaintiffs who can get their money back that was stolen from them.

Fifth → For the record, this settlement account of 410 million made no interest that went to the 13.2 million as it sat to date, and NOW the class counsel ... (collectively MERCENARY Lawyers) saying it is in the bag for them now and want plaintiffs who now see the numbers for the first time, and say this settlement is not fair as these Attorneys made out like the bandits and helped the bank keep the billions of dollars they took, without any fault being shown as it is written if this settlement stands up, and now if the judge / King signs this motion one has to post a bond.

Six → The Judge / King would be single out 9 people and denying them the right to appeal his order and judgment in which 13.2 million people have that right to Appeal without bond.

Seven → This Motion to post Appeals bond (DE # 2335) must be looked at as it is being use under color of law! Therefore this settlement agreement should rise to the level that even the court has identified in it's Order (Dkt #2150) top of page 18:

"...(1) **the existence of fraud or collusion behind the settlement;...**"

as this is a cover-up tactic to deny poor people the right to appeal a ruling.

Eight → If this 280 million should be the interest on the 10 billion dollars that I motioned the court to freeze on behalf of the plaintiffs, (Dkt. #2102) then I could see the point that these mercenary attorneys are trying to make a issue with as a fair settlement of recovery, as they stated in the website that there were seeking 5,000 per plaintiff, which equals 66 billion dollars plus there fees at 30 % and court cost. Which should of puts it up around 100 billion dollars. As the numbers to the size of plaintiffs only came to me light after the fact of the initial objection and I made a timely objection to this fact (Dkt. #2102) which was muted out by defendants motion (Dkt. #2108)

Nine → It is not like these were the first Attorney who pointed out this overdraft/ overlimit fees, as I filed a class action lawsuit against the banking industry back in 2002/2003 that the entire Ninth Circuit was made aware of, as I did not get to argue the case.

Ten → These Mercenary Attorneys waited until the hour in which an appeal is going to be heard and see how many people take the time to file a notice of appeal, and file this motion for a bond, not against the 49ers class of objectors but only against the objector- appellants who take the time and effort to make a point (→) to take a legal stance on it, as now it come down to the dollar and who should steal it for the poor.

### Motion to Post Bond with the funds available

Appellant Robin Hood Motion the Court to place the entire amount of funds in a 2 year CD account. As this would pay for the appeals cost at $616,338.00, plus the $5,000 cost bond. As the concern is over the rate of interest, and it is a much wiser investment to place the money in a bank that is not being sued and get 10 times this .11 percent rate on these funds.

If these mercenary attorneys are worried about the interest for the poor, they should have no objection to having the entire $400 million be place in a 2 year CD as Appellants due process of justice, since this is just the tip of the iceberg in trying to settle with the banks on billions of dollars that were ill-gotten. As the average 2 year CD account is going at 1.2 %. Hey- I am pretty good at making money for the poor.

Appellant Motioned this court to proceed in forma pauperis with his notice of Appeal, and I have not heard back if this motion was granted, as I cannot afford to copy and mail out documents to the parties. Therefore Appellants Robin Hood also makes a ..

### Motion to Serve Documents as it reads,

"The Court must follow **Rule 4** of the FEDERAL RULES OF CIVIL PROCEDURE © Service. (3) *By a Marshal or Someone Specially Appointed*. At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916."

By law FRAP 3. Appeal as of Right (3) In a class action, whether or not the class has been certified, the notice of Appeal is sufficient if it names one person qualified to bring the appeal as representative of the class. If my motion is granted to the 2 year CD, I could easily pay attorney fees, to a lot of less greedy attorneys who would work more for the poor, as they do not have the right to be claim the "patent" right to lead counsel, which I claimed back in 2002/ 2003.

### Conclusion

This is not meant to be an appeal, as much as it is the right and duty of any person who would say this is not Justice, but corruption in the system, as any member of the public should be allowed to be a joiner in shooting down of this order and final Judgment of this so-called settlement that robs the poor under color of law.

Dated: January 2, 2012

Respectfully Submitted in the name of justice to all,

*Robin Hood*

   Email me and we can facebook or be a joiner in this appeal by mailing a joiner Notice to this King and asking to be place on Robin Hood "bond" wagon at:

United States District Court
Southern District of Florida
Office of the Clerk, Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

As we attempt to hold the rich accountable in the same manner they hold the poor.

4.



USMS INSPECTED RECEIVED

REC'D by _____ D_____
JAN 09 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

United States District Court
Southern District of Florida
Office of the Clerk, Room 8N09
400 North Miami Ave
Miami, Florida 33128-7716

R. Lloyd
327 Blossom Valley Dr
Los Gatos, CA 95032