# UNITED STATES DISTRICT COURT
## Southern District of Florida

STEVEN M. LARIMORE
Clerk of Court

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Appeal Section
305-523-5080

Date: December 14, 2011

U.S.C.A. No.: 11-15942-F

IN RE:   District Court No.: 09-02036-MD-JLK

Style:   IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION, RAPONI & HUNTER ABOGADOS, ET AL

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
|---|---|
| X | First Notice of Appeal:  NO |
|   | Date(s) of other notice(s):  11/16/2009, 6/17/2010, 9/20/2010, 10/27/2010, 4/29/2011, 6/30/2011, 9/14/2011, 11/29/2011, 12/9/2011, 12/12/2011 |
|   | _____ volume(s) of pleadings;   _____ volume(s) of transcripts; |
|   | _____ volume(s) of exhibits/depositions; other: _____ |
| _____ | There was no hearing from which a transcript could be made. |
| _____ | Copy of CJA form appointing counsel enclosed. |
| _____ | The following materials were SEALED in this court (order enclosed): _____ |
| X | The appellate docket fee has been paid   NO |
|   | Date paid _____   Receipt No. _____ |
| _____ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is:  JAMES LAWRENCE KING |
| X | The Court Reporter(s):  VACANT |
| _____ | This is an appeal of a bankruptcy order. |
|   | Bankruptcy Judge: _____ |
| _____ | This is a DEATH PENALTY appeal. |

Sincerely,

Steven M. Larimore, Clerk of Court

By: _____
    Maria Cruz      Deputy Clerk

c:   court file

| X | 400 N. Miami Avenue<br>Miami, FL 33128<br>305-523-5100 | ☐ | 299 E. Broward Boulevard<br>Room 108<br>Ft. Lauderdale, FL 33301<br>954-769-5400 | ☐ | 701 Clematis Street<br>Room 402<br>W. Palm Beach, FL 33401<br>561-803-3400 | ☐ | 301 Simonton Street<br>Room 130<br>Key West, FL 33040<br>305-295-8100 | ☐ | 300 South Sixth Street<br>Ft. Pierce, FL 34950<br>561-595-9691 |