UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: FIRST TRANCHE ACTIONS | ) ) ) ) |
| *Tornes, et al. v. Bank of America, N.A.,* S.D. Fla. Case No. 108-cv-23323-JLK | ) ) ) |
| *Yourke, et al. v. Bank of America, N.A.,* S.D.Fla. Case No. 1:09-cv-21963-JLK N.D.Cal. Case No. 3:09-2186 _____ | ) ) ) ) |

## NOTICE OF STRIKING

Objectors, Martin Carapia and Fatima Dorego ("Objectors"), through their undersigned counsel, hereby strikes DE2383, its Designation of Record, because of the inadvertent incorrect description of the document.

Objectors have filed an appropriately entitled document as DE 2389 entitled "Transcript Information Form."

DATED: January 13, 2012        By:  /s/ Patrick Sweeney_____
                                    Patrick Sweeney
                                    Florida Bar No. 593486
                                    Sweeney & Sweeney, S.C.
                                    440 Science Drive, Ste. 101
                                    Madison, WI 53711
                                    Phone: 608-238-4444
                                    Fax: 608-238-8262
                                    Email: Patrick@sweenlaw.com
                                    Attorney for Objectors Martin Carapia
                                    and Fatima Dorego

1

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of January, 2012, Objectors Martin Carapia and Fatima Dorego's Notice of Striking was filed and served electronically via the Court's CM/ECF system.

              By:  /s/ Patrick Sweeney_____
                 Patrick Sweeney