UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO:<br>FIRST TRANCHE ACTIONS<br><br>*Tornes, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK<br><br>*Yourke, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br>N.D. Cal. Case No. 3:09-2186<br><br>*Phillips, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:10-cv-24316-JLK<br>W.D. Okla. Case No. 5:10-cv-01185-R | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**REQUEST FOR HEARING ON PLAINTIFFS' MOTION TO REQUIRE
POSTING OF APPEAL BONDS BY OBJECTOR-APPELLANTS**

Pursuant to Local Rule 7.1(b)(2), Objectors and Appellants RICHARD HASTINGS and JANEL BUYCKS ("Appellants") request oral argument on Plaintiffs' Motion to Require Posting of Appeal Bonds By Objector-Appellants (Dkt. No. 2335). Appellants believe that oral argument will assist the Court in clarifying the investment status of the Settlement Fund, as more particularly set forth in Appellants' opposition to the motion. Appellants also request a hearing for the purpose of responding to any new matter presented in Plaintiffs' reply (*e.g.*, should Plaintiffs assert that the Settlement Fund is earning interest, contrary to representations recently made to Appellants' counsel). Appellants request one hour for the hearing.

Dated: January 13, 2012

Respectfully submitted,

s/Barry Himmelstein
Barry Himmelstein (Cal. Bar No. 157736)
(*pro hac vice*)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608-1861
Telephone: (510) 450-0782
Facsimile: (510) 380-6147

s/Philip Freidin
Philip Freidin (Florida Bar Number 118519)
pfreidin@fdlaw.net
FREIDIN DOBRINSKY
One Biscayne Tower
2 South Biscayne Blvd., Suite 3100
Miami, FL 33131
Telephone: (305) 371-3666
Facsimile: (305) 371-6725

*Attorneys for Settlement Class Members and Objectors Richard Hastings and Janel Buycks*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 13, 2012 on all counsel or parties of record in this proceeding.

**s/Philip Freidin**
Philip Freidin (Florida Bar No. 118519)
pfreidin@fdlaw.net
FREIDIN DOBRINSKY
One Biscayne Tower
2 South Biscayne Blvd., Suite 3100
Miami, FL 33131
Telephone:  (305) 371-3666
Facsimile:  (305) 371-6725

2