UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | )<br>)<br>) |
| MDL No. 2036 | )<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>FIRST TRANCHE ACTIONS | )<br>)<br>)<br>) |
| *Tornes, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK | )<br>)<br>) |
| *Yourke, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br>N.D. Cal. Case No. 3:09-2186 | )<br>)<br>)<br>) |
| *Phillips, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:10-cv-24316-JLK<br>W.D. Okla. Case No. 5:10-cv-01185-R | )<br>)<br>)<br>) |

NOTICE OF CORRECTION TO OPPOSITION OF RICHARD HASTINGS
AND JANEL BUYCKS TO PLAINTIFFS' MOTION TO REQUIRE POSTING
OF APPEAL BONDS BY OBJECTOR-APPELLANTS

Footnote 3 at page 7 of the Opposition of Richard Hastings and Janel Buycks to Plaintiffs' Motion to Require Posting of Appeal Bonds By Objector-Appellants (Dkt. No. 2396) is corrected to read as follows:  Appellants reserve the right to seek additional relief, as appropriate, by duly-noticed motion.

Dated:  January 16, 2012                           Respectfully submitted,

s/Barry Himmelstein
Barry Himmelstein (Cal. Bar No. 157736)
(*pro hac vice*)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608-1861
Telephone:  (510) 450-0782
Facsimile:  (510) 380-6147

s/Philip Freidin
Philip Freidin (Florida Bar Number 118519)
pfreidin@fdlaw.net
FREIDIN DOBRINSKY
One Biscayne Tower
2 South Biscayne Blvd., Suite 3100
Miami, FL 33131
Telephone:  (305) 371-3666
Facsimile:  (305) 371-6725

*Attorneys for Settlement Class Members and Objectors Richard Hastings and Janel Buycks*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 16, 2012 on all counsel or parties of record in this proceeding.

**s/Philip Freidin**
Philip Freidin (Florida Bar No. 118519)
pfreidin@fdlaw.net
FREIDIN DOBRINSKY
One Biscayne Tower
2 South Biscayne Blvd., Suite 3100
Miami, FL 33131
Telephone:  (305) 371-3666
Facsimile:  (305) 371-6725
