UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. CASE NO. 09-MD-02036-JLK

IN RE:

CHECKING ACCOUNT
OVERDRAFT LITIGATION.

MDL NO. 2036

THIS DOCUMENT RELATES TO
FIRST TRANCHE TRANSACTIONS

*Tornes, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of Am., N.A.*,
S.D. Fla. Case No. 1:09-cv21963-JLK
N.D. Cal. Case No. 3:09-2186

**ORDER GRANTING
*AGREED MOTION* FOR SECOND EXTENSION OF TIME
FOR FILING RESPONSE TO PLAINTIFFS' MOTION TO REQUIRE
POSTING OF APPEAL BONDS BY OBJECTOR-APPELLANTS AND
INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE came before the Court on the Kennedy-Sattiewhite Objector's Agreed Motion for Extension of Time for Filing Response to Plaintiffs' Motion to Require Posting of Appeal Bonds by Objector Appellants and Incorporated Memorandum of Law (DE #2401), filed on January 17, 2012. The Court has

1

reviewed the Kennedy-Sattiewhite Objectors' extension motion and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERD, ADJUDGED, and DECREED that the above styled extension motion (DE# 2401) be, and the same is hereby, GRANTED.

The Kennedy-Sattiewhite Objectors shall have through and including Friday, February 10, 2012, within which to file their response to Plaintiffs' Motion to Require Posting of Appeal Bonds by Objector Appellants and Incorporated Memorandum of Law.

DONE and ORDERED at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this __ day of January, 2012.

      **JAMES LAWRENCE KING**
      **UNITED STATES DISTICT JUDGE**

Copies furnished to:
All Counsel of Record