Robin Hood
Email: i800overthrowkingrules@yahoo.com



FILED by _____ D.C.

JAN 1 7 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### Case No. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
THIS DOCUMENT RELATES TO:

Tornes, et al. v. Bank of America, NA
S.D. Fla Case No. 1:08-cv-233323-JLK

Yourke, et al v. Bank of America, N.A.
S.D. Fla. Case No. 1:09-cv-21963-JLK
under alias name of
N.D. Cal. Case No. 3:09-2186
_____/

Motion for the Extension of Time
of Appellant's brief

## Motion to Disqualify Judge
## James Lawrence King
To bond Motion (DE # 2335/

Motion to proceed in **Forma Pauperis**

under alias name of **Robin Hood et al**

## INTRODUCTION

*Robin Hood* is this Appellants' fictitious name used by the author of this document who wants to remain anonymous due to the attention that might rise as to the level of corruption that is being played out in this subject matter. As John Jacob Jingleheimer Schmidt was a fictitious name to remain anonymous as one of the few Pro se plaintiffs who filed a timely objection (collectively the 49ers "Objections"), as I saw the numbers that were posted I filed another objection that was mailed in 10/31/11 and filed on 11/10/11 (D.E #2102). BofA attorneys response was to mute John Jacob Jingleheimer Schmidt out with an objection (DE #2108).
As I was told that I had a right to object ... "How do I tell the Court that I object to the settlement?
**Answer: If you are a member of the Settlement Class, you can object to any part of the Settlement... a statement saying that you object to the Bank of America Settlement in Re:Checking Account overdraft litigation, 1:09-MD-02036-JLK**

I Filed a Notice of Appeal in this court (DE # 2216) and a motion to proceed in Forma Pauperis.

FRAP 24. Proceeding in Forma Pauperis
(a) Leave to Proceed in Forma Pauperis.
(1) Motion in the District Court. Except as stated in Rule 24(a)(3), a party to a district
court action who desires to appeal in forma pauperis must file a motion in the district
court. The party must attach an affidavit that:
(A) shows in the detail prescribed by Form 4 of the Appendix of Forms, the party's
inability to pay or to give security for fees and costs;
(B) claims an entitlement to redress; and
(C) states the issues that the party intends to present on appeal.
(2) Action on the Motion. If the district court grants the motion, the party may proceed
on appeal without prepaying or giving security for fees and costs, unless a statute
provides otherwise. **If the district court denies the motion, it must state its reasons in writing.**

I have not received any notice from this Judge regarding my motion. I have declared under
oath and to the penalty of perjury that I cannot afford the cost of litigation of this case as I am
unemployed and have little cash less than $700. I receive very little money and move from place
to place. I do not own a phone.  December 30, 2011, I received the Motion to requiring to
posting of Appeal Bond... (DE#2335) I mailed a document that objects to Appeal Bond Motion
(DE # 2335)  on 1/03/12 and made a Motion to serve that document under 28 U.S.C. § 1915, as I
can not afford the couple dollars in stamps at that time, as it was only 4 pages. But I have 12
stamps now so I think I can mail everyone a copy of this.

I just received a letter from the United States Court of Appeals that says it is waiting to hear
about my status.

I therefore do not believe that I can get a fair hearing under Judge James Lawrence King,
whom I am appealing his order and Final Judgment in which, there clearly is a conflict of
interest, as I too am looking out for the best interest of the class.  I have a history of being
Granted to proceeding in Forma Pauperis under an alias. See 10-16424 9th Cir. I have one that
dates back to 2003 under this subject matter, my income has decreased from those days as I
scrape by.

I ask that another Judge rule on these Motions...

1. To proceed in Forma Pauperis under alias Robin Hood, as filed in my Notice of Appeal,
   and that Judge James L. King be denied the right to rule on the bond issue in my appeal
   as it is a conflict of interest, in which I am already questioning his judgment as he would
   be questioning mine and this is not the time to bicker over if I have a right to proceed,
   and he has not heard my argument of why this is a bad deal for the poor.  He can recuse
   himself in my case.  (I do not want to hurt the other Appellants as I have a bad reputation
   in the court system, so it is not fair to them to be seen with an poor outlaw.)

2.  Extension of Time to file the APPELLANT'S BRIEF... as the letter states and I quote;

**"UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAY FROM  December 19, 2011."**

I just got the Appeal number and letter, (Dated - Jan. 9, 2012)  which also states

**"Upon receipt of the district court's order concerning whether this appeal will be allowed to proceed in forma pauperis, we will advise you regarding further requirements."**

This is not fair that the appeals court make a deadline to file in which one does not know if the can proceed to appeal. This 40 days should start in which one is mailed out notice that one can proceed. I ask for reasonable time, as it stands I know I will not hear from the court and that 40 days will pass and they will dismiss my appeal because my motion to proceed as a poor person is muted out like the name John Jacob Jingleheimer Schmidt and the other 13.19... million plaintiffs who are treated this way.

Look at how long it took for the 11th to send this notice. I can send in some informal briefs, but it would not be fair until I learn that I have been granted the right to proceed, it's just junk mail.  (Speaking of junk mail)

The listed address for me is my brother and he does not want me to get a lot of this junk mail, I would set up a pacer account if I was granted the status of Forma Pauperis. Then there could be contact through the listed email address above to this matter.

### Conclusion

I honestly don't think my style of sits well with others, as I am not an attorney and don't go for all that listing of this case or that case. This case hit a nerve with me when I filed a class action suit against the banking industry way back in 2002 as I saw it as overlimit fees and I had no money then to fight it up to the 9th circuit in this manner, but I learned my lesson, this time I have a good name to fight with, but mums the word. The issue at hand is if I can shoot straight with my words and numbers. I think most people say I can.

I declare under penalty of perjury under the laws of the US to the best of my knowledge that the above is true and correct.

January 13, 2012               *Robin Hood*      /

P.S.  to the Court  - Do I need the court reporter to fill out "transcripts" and 11th Cir. R. 26.1 in which there are way too many people and parties to list by name as "Interested persons" , can someone send in there names to my Appeal Case #11-1594 1-E  as a <u>Joinder</u> to my case?  ...and HELP

## CERTIFICATION OF SERVICE

I DECLARE as the only non attorney in this class action suit that is representing the class, that on January 14, 2012 … I mailed true copies to the following parties by placing the a legal U.S. postage stamp of .44 cents and placing it in one of those big overdraft mailboxes that the U.S. postal service have for those of who live out on the street.

Aron S. Podhurst
Podhurst Orseck, P.A.
25 W. Flagler Street, Suite 800
Miami, Florida 33013-2800

Bruce S Rogow
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, Florida 33394

Laurence Hutt
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

Elliot B. Kula
17501 Biscayne Boulevard
Suite 430
Adventura Florida, 33160

Barry Himmelstein
2000 Powell St, Suite 1605
Emeryville, CA 94608

Matt Weinstein
9200 South Dadeland Blvd., Suite 400
Miami, FL 33156

Patrick Sweeney
440 Science Drive, Ste. 101
Madison, WI 53711

Fred R. Fletcher, ESQ.
34188 Pacific Coast Highway
Dana Point, Calif. 92629

John W. Davis
501 W. Broadway, Suite 800
San Diego, CA 92101

Steve A. Miller
1625 Larimer St., Suite 2905
Denver, CO 80202

United States District Court
Southern District of Florida
Office of the Clerk – Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

January 14, 2012

The Appellant Pro Se

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

### January 09, 2012



Appeal Number: 11-15941-E
Case Style: ██████████, et al v. Bank of America Bank
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:08-cv-23323-JLK

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether this appeal will be allowed to proceed in forma pauperis, we will advise you regarding further requirements.

Upon entry of an order regarding in forma pauperis, the district court clerk is requested to forward a copy of the order and an updated copy of the docket entries.

File a Transcript Order Form , as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM December 19, 2011. See 11th Cir. R. 12-1 and 31-1.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov , by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that

ATTACHMENT / EXHIBIT __1__