RECVD 14 NOV '11 12:21 USDC-ORP



IN THE UNITED STATES DISTRICT COURT DISTRICT OF OREGON ( PORTLAND )

USDC-ORP #; 3:92-cv-01562-AS & 3:93-cv-00288-AS & 3:09-cv-01329-ST

USSC IN THE

U.S DISTRICT COURT DISTRICT FOR THE SOUTHERN DISTRICT OF FLORIDA

1:09-cv-23685-JLK ( MIAMI ) USDC-FLSD CASE# : 1:09-MD-02036-JLK

FILED by /s/ ___ D.C.
JAN 17 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| Brian L. Morgan, et al. AOSS v. JPMorgan Chase Bank, N.A, & AOSS ) | |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | |
| D. Or. Case No. 3:92-cv-01562-AS ) | |
| D. Or. Case No. 3:93-cv-00288-AS ) | |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | |
| Brian L. Morgan Indi vial & Joint Account Holder ) | |
| Edward Wright Jr., et al. AOSS v. Bank of America, N.A & AOSS ) | |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | |
| D. Or. Case No. 3:92-cv-01562-AS ) | |
| D. Or. Case No. 3:93-cv-00288-AS ) | OREGON |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | AUDITS DIVISION |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | |
| Brian L. Morgan, et al. AOSS v. Bank of the West, N.A. & AOSS ) | ORE-11-01-0002 |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | |
| D. Or. Case No. 3:92-cv-01562-AS ) | 666 D |
| D. Or. Case No. 3:93-cv-00288-AS ) | |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | Civ. Nos. 92-1562-AS |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | 93-00288-AS |
| Dolores Gutierrez, et al. AOSS v. Wells Fargo Bank, N.A & AOSS ) | In Re: |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | Checking Account |
| S.D. Fla. Case No. 1:09-cv-23685-JLK ) | Overdraft Litigation |
| D. Or. Case No. 3:09-cv-01329-ST ) | Amended Criminal Class |
| D. Or. Case No. 3:92-cv-01562-AS ) | Actions Complaints Docketed |
| D. Or. Case No. 3:93-cv-00288-AS ) | by Senior Judge King |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | Return Certificate of Services |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | |

1C. Docket As #: _____   Pursuant to FRE, http://www.oregonlaws.org/ , ORE, UCMJ & AOSS

" Return of CERTIFICATE OF SERVICES to All Defendants by US Courts Pubic Pacer Computer Program Docketed Senior Judge King USDC-FLSD # : 1:09-md-02036-JLK As of 11-13-2011 Plaintiffs Criminal Class Actions Complaints Document's & Exhibits (Exs) [1973], [ [1981] [ Attachments (Atms)1973], [2012], [2013], [2014], [2015] &[ [2086] [Atms 1 to 15] ] Responses due by 11/7/2011 Defendants Docketed As of 11-13-2011 Bank of America [ [2076] [Atms 1] ], JPMorgan Case Bank [2088], Wells Fargo Bank [2091], & Bank of The West has not Responded yet last Docketed [ [2110] [Atms 1] ], [ [2111] [Atms Exs 1 to 8 as A to H] Pursuant ORP Chief Judge Aiken Pre-Filing Review Order Civ. Nos. 92-1562-AS [47] & 93-00288-AS [206] Pursuant to US Courts Pacer Docketing Computer Programs Plaintiffs Computer     Exhibits PDF Files.

Brian L. Morgan Pro Se Counsel :   *Brian L Morgan*   Date :  11-14-2011   "

Oregon Secretary of State Audits Division Report ORE-11-01-0002

Thank you Page 1 of 1   Pro Se Counsel E-Mail :   specialistmorganusarmy9443@live.com

Phone # Primary : 503-703-5867 :   Phone # Emergency Only : 503-774-6321



IN THE UNITED STATES DISTRICT COURT DISTRICT OF OREGON ( PORTLAND )

USDC-ORP #; 3:92-cv-01562-AS & 3:93-cv-00288-AS & 3:09-cv-01329-ST

USSC IN THE

U.S DISTRICT COURT DISTRICT FOR THE SOUTHERN DISTRICT OF FLORIDA

1:09-cv-23685-JLK ( MIAMI ) USDC-FLSD CASE# : 1:09-MD-02036-JLK

| | |
|---|---|
| Brian L. Morgan, et al. AOSS v. JPMorgan Chase Bank, N.A, & AOSS ) | |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | |
| D. Or. Case No. 3:92-cv-01562-AS ) | |
| D. Or. Case No. 3:93-cv-00288-AS ) | |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | |
| Brian L. Morgan Indi vial & Joint Account Holder ) | |
| Edward Wright Jr., et al. AOSS v. Bank of America, N.A & AOSS ) | |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | |
| D. Or. Case No. 3:92-cv-01562-AS ) | |
| D. Or. Case No. 3:93-cv-00288-AS ) | OREGON |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | AUDITS DIVISION |
| Brian L. Morgan, et al. AOSS v. Bank of the West, N.A. & AOSS ) | ORE-11-01-0002 |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | |
| D. Or. Case No. 3:92-cv-01562-AS ) | 666D |
| D. Or. Case No. 3:93-cv-00288-AS ) | |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | Civ. Nos. 92-1562-AS |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | 93-00288-AS |
| Dolores Gutierrez, et al. AOSS v. Wells Fargo Bank, N.A & AOSS ) | In Re: |
| S.D. Fla. Case No. 1:09-md-02036-JLK ) | Checking Account |
| S.D. Fla. Case No. 1:09-cv-23685-JLK ) | Overdraft Litigation |
| D. Or. Case No. 3:09-cv-01329-ST ) | Amended Criminal Class |
| D. Or. Case No. 3:92-cv-01562-AS ) | Actions Complaints Docketed |
| D. Or. Case No. 3:93-cv-00288-AS ) | by Senior Judge King |
| D. Or. USSC Case No. 0979-3 : CV-92-01562-HJF ) | Return Certificate of Services |
| D. Or. USSC Case No. 0979-3 : CV-93-00288-HJF ) | |

1C. Docket As #: _____    Pursuant to FRE, http://www.oregonlaws.org/ , ORE, UCMJ & AOSS

" Return of CERTIFICATE OF SERVICES to All Defendants by US Courts Pubic Pacer Computer Program Docketed Senior Judge King USDC-FLSD # : 1:09-md-02036-JLK As of 11-13-2011 Plaintiffs Criminal Class Actions Complaints Document's & Exhibits (Exs) [1973], [ 1981] [ Attachments (Atms)1973], [2012], [2013], [2014], [2015] &[ [2086] [Atms 1 to 15] ] Responses due by 11/7/2011 Defendants Docketed As of 11-13-2011 Bank of America [ [2076] [Atms 1] ], JPMorgan Case Bank [2088], Wells Fargo Bank [2091], & Bank of The West has not Responded yet last Docketed [ [2110] [Atms 1] ], [ [2111] [Atms Exs 1 to 8 as A to H] Pursuant ORP Chief Judge Aiken Pre-Filing Review Order Civ. Nos. 92-1562-AS [47] & 93-00288-AS [206] Pursuant to US Courts Pacer Docketing Computer Programs Plaintiffs Computer      Exhibits PDF Files.

Brian L. Morgan Pro Se Counsel :  *signed* Brian L. Morgan    Date : 11-14-2011    "

Oregon Secretary of State Audits Division Report ORE-11-01-0002

Thank you Page 1 of 1     Pro Se Counsel E-Mail :  specialistmorganusarmy9443@live.com

Phone # Primary : 503-703-5867  :  Phone # Emergency Only : 503-774-6321



BRIAN L. MORGAN
8065 SE TAGGART ST
PORTLAND, OREGON, 97206-1USMS

US FEDERAL COURTHOUSE
ATTN: MLD CLERK OFFICE 8TH FLOOR
400 N. MIAMI
MIAMI, FLORIDA, 33128

RECEIVED
JAN 17 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI