Case 1:09-md-02036-JLK Document 2104 Entered on FLSD Docket 11/10/2011 Page 1 of 12
Case 1:09-md-02036-JLK Document 1981 Entered on FLSD Docket 10/13/2011 Page 1 of 61
Case 1:09-md-02036-JLK Document 2202 Entered on FLSD Docket 12/07/2011 Page 1 of 4

**Notice of Intention to Appear**

US District Court Attn:
MDL Clerks Office 8th Floor
400 N. Miami
Miami, Florida, 33128
Attn: For Case USDC-FLSD-1-09-MD-02036-JLK

December 27, 2011

Jeantine Nazar
1109 Campbell Street
Glendale, CA 91207
818-572-7471

This is my "Notice of Intention to Appear" at the settlement approval hearing for the Bank of America settlement in, In Re: *Checking Account Overdraft Litigation, 1:09-MD-02036-JLK.*

I would like to be heard because as a Bank of America customer I have experienced financial and emotional hardship due to overdraft charges that was wrongfully charged to my account. The financial statements and records were misleading and I could not get help from the customer service staff to clarify the reason for those charges.

Please find attached documents showing only a few of those wrongful charges on my account among other similar false entries that I can provide prove.

Jeantine Nazar

1

Case 1:09-md-02036-JLK Document 2104 Entered on FLSD Docket 11/10/2011 Page 1 of 12
Case 1:09-md-02036-JLK Document 1981 Entered on FLSD Docket 10/13/2011 Page 1 of 61
Case 1:09-md-02036-JLK Document 2202 Entered on FLSD Docket 12/07/2011 Page 1 of 4

## Checking 3547 Account Activity from 11/21/2008 to 1/12/2009

| Checking and Debit Card Subtractions | Date Posted | Amount |
|---|---|---|
| Purchase on 12/13 (Card #425187044), Traders Joe ref # 000730 Woodland Hills | 12/15/2008 | $65.78 |
| *Check Card Purchase on 12/13 (Card #425187044), Staples 00101212 Reference #24164078349105132029849 | 12/15/2008 | *$0.26??!* |
| Check Card Purchase on 12/12 (Card # 425187044) Acteva.com online event  877-9334730 Ref# 24332398349000996405178 | 12/15/2008 | $35.00 |
| *Check #1019 Dated   12/24/2008 | 12/29/2008 | $145.68 |

| Overdraft Item Fees | Date Posted | Amount |
|---|---|---|
| Overdraft Item Fee | 12/16/2008 | $35.00 |
| Overdraft Item Fee | 12/16/2008 | $35.00 |
| Overdraft Item Fee | 12/16/2008 | $35.00 |
| Overdraft Item Fee | 12/30/2008 | $35.00 |
| NSF-Returned Item Fee | 12/30/2008 | $35.00 |

| Posted Date | Deposit Amount |
|---|---|
| 11/21/2008 | $3,000.00 |
| 12/05/2008 | $1,000.00 |
| 12/10/2008 | $7,000.00 |
| 12/12/2008 | $200.00 |
| *12/22/2008 | $5,200.00 |
| 12/23/2008 | $1,000.00 |
| *01/05/09 | $700.00 |
| *01/05/09 | $100.00 |
| *01/05/2009 | $2,500.00 |
| 01/09/2009 | $100.00 |
| **TOTAL** | **$20,800.00** |

### Total Withdrawals Excluding Overdraft Charges from 11/21/2008 to 01/09/2009=$19,226.33

| Checking and Debit Card Subtractions | Date Posted | Amount |
|---|---|---|
| Check Card Purchase Total Woman #24418009153153061672902 | 6/03/09 | $59.00 |

2

Case 1:09-md-02036-JLK Document 2104 Entered on FLSD Docket 11/10/2011 Page 1 of 12
Case 1:09-md-02036-JLK Document 1981 Entered on FLSD Docket 10/13/2011 Page 1 of 61
Case 1:09-md-02036-JLK Document 2202 Entered on FLSD Docket 12/07/2011 Page 1 of 4

| | | |
|---|---|---|
| Check #1095  (dated 5/30/09) | 6/3/09 | $28.00 |
| Charter Communication Check #1093 dated 5/30/09 Rer#009155013412806 | 6/05/09 | $78.99 |

| **Overdraft Item Fees** | **Date Posted** | **Amount** |
|---|---|---|
| Overdraft Item Fee | 6/04/2009 | $35.00 |
| Overdraft Item Fee | 6/04/2009 | $35.00?? |
| Overdraft Item Fee | 6/08/2009 | $35.00 |
| Overdraft Item Fee | 6/09/2009 | $35.00 |

| **Date** | **Deposit Amount** |
|---|---|
| 6/09/09 | $1,470.00 |
| 6/04/09 | $200.00 |

### Daily Balance Summary Including Overdraft Charges

| Date | Balance | Date | Balance |
|---|---|---|---|
| 5/29 | 4869.67 | 6/04 | 45.92 |
| 6/01 | 1,812.90 | 6/05 | 33.07- |
| 6/02 | 315.54 | 6/08 | 96.07- |
| 6/03 | 44.26- | 6/09 | 1,373.93 |

## Checking Account 8482 Account Beginning 10/2009 Ending 4/2010

| Check no(Payable) | Check Date | Posted Date | Amount |
|---|---|---|---|
| 101 | 10/302009 | 11/02 | 150 |
| 102 | 10/30 | 11/17 | 323.63 |
| 103 | 10/30 | 11/06 | 150 |
| 104 (GAS CO) | 10/30 | 11/06 | 23.14 |
| 105 | 11/1 | 11/10 | 543.89 |
| 106 | 11/7 | 11/09 | 200 |
| 107 | 11/7 | 11/09 | 574.9 |
| 108 | 11/7 | 11/12 | 73 |
| 109 | 11/14 | 11/16 | 125 |
| 110 | 11/15 | 11/19 | 110 |
| 111 | 11/20 | 12/10 | 52.68 |
| 112 | 12/2 | 12/07 | 90 |
| 113 | VOID | VOID | |
| 114 | 12/7 | 12/10 | 3785.97 |
| **Check no(Payable)** | **Check Date** | **Posted Date** | **Amount** |
| 115 | 12/8 | 12/10 | 34 |
| 116 | 12/10 | 12/10 | 1537.21 |
| 117 | 12/11 | 12/14 | 15 |
| 118 (Journal) | 12/12 | NEVER PAID | 10 |
| 119 | 12/16 | 12/22 | 338.63 |

3

Case 1:09-md-02036-JLK Document 2104 Entered on FLSD Docket 11/10/2011 Page 1 of 12
Case 1:09-md-02036-JLK Document 1981 Entered on FLSD Docket 10/13/2011 Page 1 of 61
Case 1:09-md-02036-JLK Document 2202 Entered on FLSD Docket 12/07/2011 Page 1 of 4

| | | | |
|---|---|---|---|
| 120 | 12/19 | 12/23 | 15 |
| 121 | 1/5/2010 | 1/15 | 10 |
| 122 | 1/15 | 1/19 | 200 |
| 123 | 1/15 | 1/15 | 760 |
| 124 | 1/22 | 1/26 | 2208.65 |
| 125(GAS CO) | 2/2 | 2/09 | 119.74 |
| 126 | 11/26 | 11/27 | 50 |

| Date | Credit | Debit | Balance |
|---|---|---|---|
| 1/12 | | | 453.51- |
| 1/14 | 88 | | 365.51- |
| 1/14 | 488.51 | | 123 |
| 1/15 | 760 | | 883 |
| 1/15 | | 10 | 873 |
| 1/15 | | 760 | 113 |
| 1/19 | 200 | | 313 |
| 1/22 | 780 | | 893 |
| 1/22 | 200 | | 1093 |
| 1/22 | 1200 | | 2293 |
| 1/25 | | 35 | 2258 |
| 1/26 | | 2208.65 | 49.35 |
| 1/28 | 150 | | 199.35 |
| 2/1 | | 100 | 99.35 |
| 2/05 | 100 | | 199.35 |
| 2/05 | 100 | | 299.35 |

| Overdraft Item Fees | Date Posted | Amount |
|---|---|---|
| NSF –Returned item fee | 01/12 | 35?? |

| Checking and Debit Card Subtractions | Date Posted | Amount |
|---|---|---|
| Check no 143 | 3/15/2010 | 1750.72 |
| Check no 142 | 3/17/2010 | 287 |

| Date Posted | Deposit Amount |
|---|---|
| 3/15 | 200 |
| 3/19 | 2600 |
| 3/19 | 35 |
| 3/22 | 250 |
| 4/09 | 186.07 |

| Overdraft Item Fees | Date Posted | Amount |
|---|---|---|
| Overdraft Item Fee | 3/16 | 35 |
| Overdraft Item Fee | 3/16 | 35 |
| Overdraft Item Fee | 3/18 | 35 |
| NSF: Returned Item Fee | 3/19 | 35 |
| Overdraft Item Fee | 4/06 | 35 |
| Overdraft Item Fee | 4/06 | 35 |

Case 1:09-md-02036-JLK Document 2104 Entered on FLSD Docket 11/10/2011 Page 1 of 12
Case 1:09-md-02036-JLK Document 1981 Entered on FLSD Docket 10/13/2011 Page 1 of 61
Case 1:09-md-02036-JLK Document 2202 Entered on FLSD Docket 12/07/2011 Page 1 of 4

## Account Activity Summary

| Date | Deposit | Debit | Balance |
|---|---|---|---|
| 3/15 | 200 | | 217.40 |
| 3/15 | | 100 | 117.40 |
| 3/15 | | 1750.72 | 1633.33- |
| 3/17 | | 287 | 1920.32- |
| 3/19 | 2600 | | 679.68 |
| 3/19 | 35 | | 714.68 |

**Account 8482 closed after seven months due to inconsistency in posting transactions therefore charging fees. There is a consistent pattern of making deposits to pay debits; however, deposits are posted after charging the account for non-sufficient funds!! Another words credits have been made to cover the debits but credit payments are post-dated resulting in overdraft charges. In addition, debits are paid on check card while no funds available.**



Ms. Jeantine Nazar
1109 Campbell St
Glendale, CA 91207

7011 1150 0002 3826 0234

CERTIFIED MAIL™

US District Court
MDL Clerks Office 8-th Floor
400 N Miami
Miami, FLorida, 33128
Attn: For Case USDC-FLSD-1-09-MD-02036-JLK

U.S. POSTAGE PAID
LOS ANGELES, CA 90071
JAN 12, '12
AMOUNT $3.29
00021064-01