UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Sachar, et al. v. IBERIABANK Corp., et al.*
S.D. Fla. Case No. 1:11-CV-22844-JLK
_____/

### AGREED ORDER GRANTING LEAVE TO AMEND PREVIOUSLY APPROVED CLASS NOTICES

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Leave to Amend Previously Approved Class Notices. The Court having reviewed the file and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Parties' motion is GRANTED. The Parties may amend the forms of Notice to Settlement Class Members, as applicable, to clarify that Settlement Class Members who receive mailed Notice will get an automatic payment from the Settlement Fund only if they had a Positive Differential Overdraft Fee.

**DONE and ORDERED** at Miami, Dade County, Florida, this 19th day of January, 2012.

*/s/ James Lawrence King*
US DISTRICT COURT JUDGE

Copies furnished to: All Counsel of Record

1