UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS
*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Phillips, et al. v. Bank of America, N.A.,*
S.D. Fla. Case No. 1:10-cv-24316-JLK
W.D. Okla. Case No. 5:10-cv-01185-R

**[PROPOSED] ORDER GRANTING PLAINTIFFS' PARTIALLY UNOPPOSED MOTION TO ENLARGE TIME TO FILE REPLY TO RESPONES TO MOTION FOR BOND TO ALLOW FILING OF A SINGLE, CONSOLIDATED REPLY**

THIS CAUSE came before the Court on Plaintiffs' Partially Unopposed Motion to Enlarge Time to File Reply to Responses to Motion for Bond to Allow Filing of a Single, Consolidated Reply **[DE #2409]**. For good cause shown, it is ORDERED AND ADJUDGED that Plaintiff's Motion is GRANTED. Plaintiffs' Consolidated Reply shall be filed by February 2, 2012.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 20th day of January, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record