To Whom it May Concern..

I was a customer of bank of america during the yrs between jan 1, 2001 and may 24, 2011, and was charged one or more fees to whereas I had to come up with over $400.00 to settle the account... A $27.00 settlement is not fair, so that is why object to the settlement amount

Lamont Bunett

P.S. I was not notified of this settlement until i heard about it on the news.

1:09-MD-02036-JLK

FILED by \_\_\_ D.C.
JAN 23 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Lamont Burnett
1164 W. Wilson #277
Chicago, Illinois 60640

U.S. District Ct Southern Dist of Florida
99 Northeast Fourth Street
Miami FL 33132
ATTN: Clerk of the Court

CHICAGO IL 606
17 JAN 2012 PM 5 L

33132321131



MARK TWAIN
USA FOREVER