IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Brown v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:10-24147-JLK
E.D. Wash. Case No. 2:10-00356-RMP

████████ ORDER GRANTING JOINT MOTION TO SUSPEND
BRIEFING SCHEDULE ON DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S
MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

THIS CAUSE came before the Court Plaintiffs and Defendant U.S. Bank National

Association's ("U.S. Bank") (collectively, the "parties"), Joint Motion to Suspend Briefing

Schedule on Defendant U.S. National Association's Motion to Compel Arbitration and Stay

Proceedings. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The briefing schedule previously ordered in the Court's December 22, 2011 Order

(DE #2327) is temporarily suspended for ninety (90) days.

2. In the event mediation is not successful, the parties shall file simultaneous

supplemental briefs on U.S. Bank's pending motion to compel arbitration and stay proceedings

(DE #1406) on or before April 23, 2012, and simultaneous responsive briefs on or before May 7,

2012.

3.  The parties shall promptly notify the Court if the mediation described in their joint motion is successful.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 23rd day of January, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:  All Counsel of Record