UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MDL-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. Fl. Case. No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:210-cv-2469
S.D. Fl. Case. No. 1:10-cv-22931-JLK

### ORDER SUSPENDING SCHEDULING ORDER PERTAINING TO "FOURTH TRANCHE" CASES AS TO DEFENDANT BANK OF THE WEST ONLY PENDING FILING OF PROPOSED SETTLEMENT AGREEMENT

THIS CAUSE came before the Court based on the Notice of Settlement filed on January 20, 2012, by Plaintiffs and Defendant Bank of the West [**DE #2414**]. In the Notice of Settlement, Plaintiffs and Defendant advise the Court that an agreement in principle has been reached for a full and complete settlement and release of all claims brought against Defendant. The parties further advise that the proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 45 days.

Based on the foregoing, it is hereby ORDERED AND ADJUDGED that the Court's Scheduling Order Pertaining to "Fourth Tranche" Cases [**DE #1340**] entered on April 13, 2011,

is hereby SUSPENDED as it pertains to Defendant Bank of the West only, pending the filing of the proposed Settlement Agreement.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 23rd day of January, 2012.

                                      JAMES LAWRENCE KING
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record