UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

THIRD TRANCHE ACTIONS

*Mosser v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

[░░░░░░] ORDER

THIS MATTER having come before the Court on the motion of Defendant TD Bank, N.A. seeking to extend the page limit for Defendant's upcoming Opposition to Plaintiffs' Motion for Class Certification in the above-referenced actions; and the Court having reviewed the parties' submission, and for good cause shown, IT IS

ORDERED that Defendant shall have up to 60 pages (not including exhibits and declarations) for its Opposition to Plaintiffs' Motion for Class Certification.

DONE AND ORDERED at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida this 24th day of January, 2012

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA