UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ 09-md-2036

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

FILED by SAS D.C.

JAN 27 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

1-26-12

To: Whom it May Concern

My Name is Oralia Casarez, And I Would like to Know, What is the Status on the Settlement of "Bank of America" Is there N-E-thing I got to do next. I have My Case # 09MD2036, And I Know they have already Settle. So Can you please give Me a Call to # 210-618-5958 OR 210-605-5986 I appericiate if you Would Call or just have me some answers

Thank You Very, Much

God Bless You

Oralia Casarez

Fr. Oralia Casarez
301 Mary USMS Apt #509
San An<del>tonio</del> INSPECTED RECEIVED

To: Miami Room 8N09
400 N. Miami Ave.
Miami FL 33128