IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FIRST TRANCHE ACTIONS<br><br>*Lopez v. JPMorgan Chase Bank*, N.A.<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. 2:09-cv-06967-GHK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), A. Stephen Hut, Jr., hereby moves for leave to withdraw his appearance on behalf of defendant JPMorgan Chase Bank, N.A. ("Chase"). Mr. Hut has retired from the law firm Wilmer Cutler Pickering Hale and Dorr LLP. If leave to withdraw is granted, Chase will continue to be represented by all of its other counsel of record, including Peter W. Homer of HomerBonner, and Christopher R. Lipsett, David Sapir Lesser, and Alan E. Schoenfeld, of Wilmer Cutler Pickering Hale and Dorr LLP.

Plaintiffs have consented to this motion.

Dated:  February 1, 2012                          Respectfully submitted,

                                                                  HOMER BONNER, P.A.
                                                                  /s/ Peter W. Homer
                                                                  Peter W. Homer

(phomer@homerbonner.com)
Gregory J. Trask
(gtrask@homerbonner.com)
1411 Brickell Avenue, Suite 1200
Miami, Florida 33131
tel.: (305) 350-5139
fax: (305) 372-2738

WILMER CUTLER PICKERING HALE
  AND DORR LLP
s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, New York 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendant JPMorgan Chase Bank, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FIRST TRANCHE ACTIONS<br><br>*Lopez v. JPMorgan Chase Bank*, N.A.<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. 2:09-cv-06967-GHK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Motion for Leave to Withdraw Appearance of A. Stephen Hut, Jr., counsel for defendant JPMorgan Chase Bank, N.A., it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this ____ day of _____, 2012.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all parties or counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Peter W. Homer
Peter W. Homer