IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>) |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FIRST TRANCHE ACTIONS<br><br>*Lopez v. JPMorgan Chase Bank*, N.A.<br>S.D. Fla. Case No. 1:09-cv-23127-JLK<br><br>*Luquetta v. JPMorgan Chase Bank, N.A.*<br>S.D. Fla. Case No. 1:09-cv-23432-JLK<br>C.D. Cal. Case No. 2:09-cv-06967-GHK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance of A. Stephen Hut, Jr., counsel for defendant JPMorgan Chase Bank, N.A., it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this 2 day of Feb, 2012.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record