**United States District Court**
**Southern District of Florida**

Case Number: 1:09-MD-02036-JLK

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☐ **NOT SCANNED**

    ☐ Due to Poor Quality

    ☐ Bound Extradition Papers

    ☐ Photographs

    ☐ Surety Bond (Original or Letter of Understanding)

    ☐ CD, DVD, VHS Tape, Cassette Tape

    ☐ Other: _____

☑ **SCANNED**

    ☑ But Poor Quality

    ☐ Habeas Cases (State Court Record/Transcript)

Date: 2/2/2012

October 2ND -2011

To the Court Clerk:

My Name is James K. Kinne.

For 6 years I had a Bank Account with Bank of America.

I am still getting disability Payments from the Social Security Administration. However because of Bank of America taking money out of my disability Payments my Credit and Bank accounts are ruined.

this is in response to:
Checking Account Overdraft Litigation
P.O. Box 2505 Faribault, MN 55021-9505
my objection is that the settlement attorney fees will not get me a fair amount of money for money that has already been taken out of my disability payments by Bank of America, and Overdraft fees that have already been paid, my credit and Bank accounts are ruined, My wife is Now deceased she cannot support my claim. However this statement is true.

James K. Kinne
1409 S. Spring
Indep. MO 64055

James K. Kime
1409 S. Spring
Anden, MO 64455

To: Clerk of the court
U.S. District for n:
the Southern district of Florida
James Lawrence King Federal Bldg.
99 Northeast Fourth St,
Miami, FL 33132

