UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. l:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. l:09-cv-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

## NOTICE OF ANTICIPATED SETTLEMENT

Plaintiffs and Defendant JPMorgan Chase Bank, N.A. ("Chase"), through their respective undersigned counsel, hereby notify the Court that, on the basis of renewed settlement discussions, they have entered into a preliminary understanding on terms for a settlement including a payment of $110,000,000.00 by Chase, and other consideration including a change to Chase's overdraft practices, in exchange for a full and complete release of all claims brought against Chase in this multidistrict litigation, on a class-wide basis, subject to negotiation of remaining issues, documentation, final approval by the parties, and Court approval. Counsel expect that the anticipated settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 30 days.

Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's Scheduling Order [**DE # 878**], as they pertain to the above-captioned actions brought against Chase, be suspended pending the filing of the anticipated settlement agreement. A proposed Order is attached.

Dated:  February 3, 2012.

GROSSMAN ROTH, P.A.
/s/ Robert C. Gilbert
Robert C. Gilbert
(rcg@grossmanroth.com)
Stuart Z. Grossman
(szg@grossmanroth.com)
David Buckner
(dbu@grossmanroth.com)
Seth E. Miles
(sem@grossmanroth.com)
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
tel: (305) 442-8666
fax : (305) 779-9596

*Coordinating Counsel for Plaintiffs*

HOMER BONNER, P.A.
/s/ Peter W. Homer
Peter W. Homer
(phomer@homerbonner.com)
Gregory J. Trask
(gtrask@homerbonner.com)
1441 Brickell Avenue, Suite 1200
Miami, FL 33131
tel.: (305) 350-5139
fax: (305) 372-1443

WILMER CUTLER PICKERING HALE
  AND DORR LLP
s/ Christopher R. Lipsett
Christopher R. Lipsett
(chris.lipsett@wilmerhale.com)
David S. Lesser
(david.lesser@wilmerhale.com)
Alan E. Schoenfeld
(alan.schoenfeld@wilmerhale.com)
399 Park Avenue
New York, NY 10022
tel: (212) 230-8851
fax: (212) 230-8888

*Attorneys for defendant JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all parties or counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            /s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596