UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

## ORDER SUSPENDING REVISED SCHEDULING ORDER
## PENDING FILING OF ANTICIPATED SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court based on the Notice of Anticipated Settlement filed on February 3, 2012 by Plaintiffs and Defendant JPMorgan Chase Bank, N.A. ("Chase"). In the Notice of Anticipated Settlement, Plaintiffs and Chase advise the Court that on the basis of renewed settlement discussions, they have entered into a preliminary understanding on terms for a settlement including a payment of $110,000,000.00 by Chase, and other consideration including a change to Chase's overdraft practices, in exchange for a full and complete release of all claims brought against Chase in this multidistrict litigation on a class-wide basis, subject to negotiation of remaining issues, documentation, final approval by the parties, and Court approval. The parties further advise that counsel expect that the anticipated settlement will be memorialized in a complete written settlement agreement and related documents, which the

- 2 -

parties will endeavor to file with the Court as part of a motion for preliminary approval within approximately 30 days.

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** that the Revised Scheduling Order [**DE #878**] entered on November 10, 2010, as it pertains to the above-captioned actions brought against Chase, is hereby **SUSPENDED** pending the filing of the proposed Settlement Agreement.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Key West, Florida, this 6 of February, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record