UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Jessica Duval v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-21080-JLK
N.D. Ill. Case No. 1:10-cv-00533

*Eric Daniels v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-22014-JLK
D.Ma. Case No. 10-cv-10386

*Michael L. Blankenship v. RBS Citizens, N.A.*
S.D. Fla. Case No. 1:10-cv-22942-JLK
D.RI. Case No. 10-163S

*Mazzadra, et al v. TD Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21870-JLK

*Mosser v. TD Bank, N.A.*
E.D. Pa. 2:10-cv-00731
S.D. Fla. Case No. 10-cv-21386-JLK

ORDER GRANTING JOINT MOTION TO REVISE
CLASS CERTIFICATION BRIEFING SCHEDULE
AND TO SCHEDULE ORAL ARGUMENT

THIS CAUSE came before the Court on the joint motion of Plaintiffs and Defendants RBS Citizens, N.A., Citizens Bank of Pennsylvania and TD Bank, N.A. (the "Third Tranche Defendants") to revise the class certification briefing schedules and to schedule oral argument on

the pending class certification and *Daubert* motions in these cases. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The class certification briefing schedule set forth in the Court's Scheduling Order Pertaining to "Third Tranche" Cases [**DE # 973**] is modified as set forth herein.

2. Plaintiffs' oppositions to the Third Tranche Defendants' *Daubert* motions and their replies in support of class certification shall be filed on March 6, 2012. The Third Tranche Defendants' replies in support of their *Daubert* motions shall be filed on March 16, 2012.

DONE AND ORDERED in Chambers in Key West, Florida this 6th day of February, 2012.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record