UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Garcia, et al. v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

## ORDER SETTING ORAL ARGUMENT ON CLASS CERTIFICATION

**THIS CAUSE** comes before the Court upon Plaintiffs' Motions for Class Certification in the above-captioned cases (DE #1414, 1424), which were filed April 25, 2011 and have yet to be responded to. Pursuant to the Court's Scheduling Order Pertaining to "First Tranche" Cases, the pre-trial conference is set for April 27, 2012 and the deadline for filing the pre-trial stipulation is February 21, 2012 (DE #878). Obviously, determination of class certification needs prompt

resolution in order for the parties to file a meaningful pre-trial stipulation and conduct the pre-trial conference and trial as scheduled. It is therefore,

**ORDERED, ADJUDGED, and DECREED** that the parties shall appear for oral argument on their respective positions on the procedure to be followed for determination of the class certification issue in a timely fashion. The hearing is thereby set for **Tuesday, February 14, 2012 at 10:00 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 9th day of February, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record