**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**STATEMENT OF DEFENDANT WELLS FARGO BANK, N.A.
IN RESPONSE TO ORDER SETTING ORAL ARGUMENT ON PROCEDURE
<u>FOR DETERMINATION OF CLASS CERTIFICATION ISSUES</u>**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") is in receipt of the Court's February 9, 2012 Order directing the parties to appear for oral argument on their respective positions on the procedure to be followed for determination of the class certification issues.[1]  DE # 2465 at 2.  The parties have already been involved in active discussions about this question, and will continue those discussions in the coming days in hopes of facilitating a constructive presentation to the Court.  Wells Fargo submits this statement to provide some background for that presentation that may be useful to the Court.

As the Court is aware, following the United States Supreme Court's April 27, 2001 decision in *AT&T Mobility LLC v. Concepcion*, 131 S. Ct. 1740 (2011), Wells Fargo moved to dismiss these cases in favor of arbitration.  While this motion was pending, this Court issued a series of three orders staying this litigation while it considered the arbitration issue.

First, on May 13, 2011, the Court stayed the deadline for Wells Fargo to file its opposition to plaintiffs' class certification motions until the bank's arbitration motion had been decided.  DE # 1479 at 2.  At that point in time, plaintiffs had filed their opening briefs in support of their class certification motions, but Wells Fargo's opposition briefs were not due for several weeks yet.  In the same order, the Court also stayed deposition discovery.  *Id*.

Second, on June 3, 2011, the Court deferred ruling on Wells Fargo's arbitration motion to allow for limited arbitration-related discovery.  In the same order, the Court instructed that "[t]he previously entered stay of responses (DE # 1479) entered on May 13, 2011 to the pending Motions for Class Certification … shall continue until further order of the Court."  DE # 1576 at 3.

---

[1] Wells Fargo is grateful to the Court for rescheduling the hearing for Friday, February 17, 2012, in order to accommodate Mr. Davidson's pre-existing travel schedule.

1

Third, on June 17, 2011, the Court issued an order clarifying that the stay was not limited to the class certification briefing and deposition discovery, but that "[a]ll merits discovery is stayed pending final resolution of the Motion of Wells Fargo Bank, N.A. To Dismiss or, in the Alternative, To Stay in Favor of Arbitration."  DE # 1638.

In light of these orders, no activity has occurred in these cases (other than briefing and discovery on arbitration issues) since May 2011.  The parties have in recent days been actively discussing an appropriate schedule and will be prepared to present proposals, either jointly or separately, at the upcoming hearing.

DATED:  February 10, 2012                          HUNTON & WILLIAMS LLP

By:   /s/ Jamie Zysk Isani

Barry R. Davidson
(bdavidson@hunton.com)
Florida Bar No. 107678
Jamie Zysk Isani
(jisani@hunton.com)
Florida Bar No. 728861
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Sonya D. Winner (*pro hac vice*)
(swinner@cov.com)
David M. Jolley (*pro hac vice*)
(djolley@cov.com)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

2

Emily Johnson Henn (*pro hac vice*)
(ehenn@cov.com)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2012, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ Jamie Zysk Isani

Jamie Zysk Isani
(jisani@hunton.com)
HUNTON & WILLIAMS LLP
Florida Bar No. 728861
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460