# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT**<br>**OVERDRAFT LITIGATION**<br><br>**MDL No. 2036** | : <br> : <br> : <br> : <br> : |
| **THIS DOCUMENT RELATES TO:** | : <br> : |
| *Casayuran, et al. v. PNC Bank, National*<br>*Association.*<br>S.D. FL. Case No. 10-cv-20496-JLK | : <br> : <br> : <br> : |
| *Cowen, et al. v. PNC Bank, National*<br>*Association.*<br>S.D. FL. Case No. 10-cv-21869-JLK | : <br> : <br> : <br> : |
| *Hernandez, et al. v. PNC Bank, N.A.*<br>S.D. FL. Case No. 10-cv-21868-JLK | : <br> : <br> : |
| *Matos v. National City Bank*<br>S.D. FL. Case No. 10-cv-21771-JLK | : <br> : <br> : |

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE
## OF AND ELECTRONIC FILING PRIVILEGES FOR
## <u>MARCEL S. PRATT</u>

THIS CAUSE having come before the Court on the Motion for Limited Appearance of

and Electronic Filing Privileges for Defendants' Out-of-State Attorney requesting, pursuant to

Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the Untied

States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 1.4 of the

Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"),

permission for a limited appearance of and electronic filing privileges for the attorney listed in

paragraph 2 below who is or seeks to become counsel of record to cases that have been

transferred from other districts to this MDL proceeding.  This Court having considered the

motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1.      The Motion for Limited Appearance of Electronic Filing Privileges for

Defendants' Out-of-State Attorney is GRANTED.

2.      The following attorney is permitted to appear and participate in this action on

behalf of his respective clients:

> For PNC Bank, N.A.
>
> Marcel S. Pratt, Esquire
> prattm@ballardspahr.com
> Ballard Spahr LLP
> 1735 Market, Street, 51st Floor
> Philadelphia, PA 19103
> Telephone:  215.864.8287
> Facsimile:  215.864.8999

3.      Pursuant to MDL Rule 1.4, which provides that any attorney of record in any

action transferred under Section 1407 may continue to represent his or her client in any district

court of the United States to which such action is transferred and that parties to any action

transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to

which such action is transferred, the attorney named in paragraph 2 above shall not be required

to designate a member of the bar of this Court who maintains an office in this State for the

practice of law and who is authorized to file through the Court's electronic filing system, to

2

receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4.     Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status Conference [DE 134] at ¶ 15, the attorney named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.

5.     In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

6.     Further, all attorneys to this action, both now and in the future who are not registered users of the Southern District of Florida CM/ECF system and seek electronic filing privileges, shall submit the attached certificate of understanding, with an original signature, to the Court Administrator-Clerk of Court for the Southern District of Florida to be kept by the District Attorney Admissions Deputy Clerk.

7.     The Court hereby directs the Court Administrator-Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph 2 as he submitted with his Motion his original certificate of understanding.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this 10th day of February, 2012.

Honorable James Lawrence King
Senior United States District Judge