# EXHIBIT B

## Declaration of William Salvatori

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Stillion, et al. v. United Bank, Inc. and United Bankshares, Inc.*,

S.D. Fla. Case No. 1:11-cv-21472-JLK
S.D. W. Va. Case No. 6:11-cv-00237

## DECLARATION OF WILLIAM SALVATORI

1. My name is William Salvatori, I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am employed by United Bank, Inc. ("United Bank (WV)") as a Senior Vice President.

3. Based on my review of records regularly and routinely created and maintained by United Bank (WV) in the regular course of its business, for the year that ended on December 31, 2010, United Bank (WV) derived approximately $19.4 million in "service charges on deposit accounts." $16.4 million of these service charges on deposit accounts — or approximately 84 percent of the total — arose out of "consumer" (or "personal") deposit accounts.

4. Based on my review of records regularly and routinely created and maintained by United Bank (WV) in the regular course of its business, for the year that ended on December 31, 2010, United Bank (WV) derived approximately $12.86 million in overdraft and

1

nonsufficient funds fees arising out of "consumer" (or "personal") deposit accounts. The $12.86 million in overdraft and nonsufficient funds fees attributable to "consumer" deposit accounts represents approximately 66 percent of the total amount of "service charges on deposit accounts" income collected by United Bank (WV) in the year that ended on December 31, 2010.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Dated: February 9, 2012

*[signature]*

William Salvatori
Senior Vice President
UNITED BANK, INC.
21 12th Street
Wheeling, West Virginia