# EXHIBIT C

Declaration of Joe L. Wilson

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

MDL No. 2036

**THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION**

*Stillion, et al. v. United Bank, Inc. and United Bankshares, Inc.*

S.D. Fla. Case No. 1:11-cv-21472-JLK
S.D. W. Va. Case No. 6:11-cv-00237

## DECLARATION OF JOE L. WILSON

1. My name is Joe L. Wilson, I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2. I am employed by United Bankshares, Inc. as an Executive Vice President.

3. United Bankshares, Inc. is a West Virginia corporation that maintains its principal place of business in Parkersburg, West Virginia. In particular, the chief executive officer and chairman of the board, the chief financial officer, and other executive officers of United Bankshares, Inc., including myself, maintain, and operate out of, offices located in Parkersburg, West Virginia.

4. Although United Bankshares, Inc. is registered as a bank holding company under the U.S. Bank Holding Company Act of 1956, as amended, it is not a bank. In particular, United Bankshares, Inc. does not offer banking products and services to members of the public. As a registered bank holding company, United Bankshares, Inc. owns all of the outstanding shares in the codefendant United Bank, Inc. (hereafter "United Bank (WV)").

1

5. United Bank (WV) is a West Virginia corporation that maintains its principal place of business in Parkersburg, West Virginia. As a West Virginia state bank, and Federal Reserve member bank, United Bank (WV) is regulated by the West Virginia Commissioner of Banking and the Federal Reserve Bank of Richmond.

6. United Bank (WV) operates 56 branch offices. All but three of these branch offices are located in the State of West Virginia. The remaining three branch offices are located in one Ohio county that borders the State of West Virginia.

7. As a registered bank holding company, United Bankshares, Inc. also owns all of the outstanding shares in a second bank that is generally referred to as "United Bank (VA)." United Bank (VA) is a Virginia corporation that maintains its principal place of business in Fairfax, Virginia. As a Virginia "state" bank, United Bank (VA) is regulated by the Bureau of Financial Institutions of the Commonwealth of Virginia and the Federal Reserve Bank of Richmond.

8. At my direction, a summary report of the records documenting the "service charges on deposit accounts" income received by United Bank (VA) was provided to me. Based upon my review of this summary report, I learned that United Bank (VA) derived approximately $10.7 million in total "service charges on deposit accounts" in the year that ended on December 31, 2010. Based upon my review of the same summary report, I also learned that United Bank (VA) derived approximately $7.69 million of these service charges on deposit accounts from "consumer" (or "personal") deposit accounts — or approximately 72 percent of its total "service charges on deposit accounts" income — for the year that ended on December 31, 2010.

9. At my direction, a summary report of the records documenting United Bank (VA)'s income attributable to overdraft and nonsufficient funds fees was provided to me. Based upon my review of this summary report, I learned that United Bank (VA) derived approximately $5.7 million in overdraft and nonsufficient funds fees from "consumer" (or "personal") deposit accounts for the year that ended on December 31, 2010. Overdraft and nonsufficient funds fees attributable to "consumer" deposit accounts represented approximately 53 percent of the total "service charges on deposit accounts" received by United Bank (VA) for the year that ended on December 31, 2010.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

Dated: February 9, 2012

_____
Joe L. Wilson
Executive Vice President
UNITED BANKSHARES, INC.
514 Market Street
Parkersburg, West Virginia 26101