UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Swift v. BancorpSouth, Inc.*
N.D. FL, C.A. No. 1:10-00090-SPM-AK

*Steen v. Capital One Financial Corp., et al.*
E.D.La. Case No. 10-cv-01505
S.D. FL Case No. 1:09-cv-21681-JLK

*Simmons v. Comerica, Inc.*
N.D. TX Case No. 3:10-cv-326
S.D. FL Case No. 1:10-cv-22958-JLK

*Virgilio S. Casayuran Jr. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL Case No. 10-cv-20496-JLK

*Hernandez v. PNC Bank, N.A.*
S.D. FL Case No. 10-21868-JLK

*Cowen v. PNC Bank, National Association*
S.D. FL Case No. 10-21869-JLK

**REVISED CLASS CERTIFICATION BRIEFING SCHEDULE
(FOURTH TRANCHE ACTIONS)**

THIS CAUSE comes before the Court on the joint motion [DE #2472] of Plaintiffs and Defendants BancorpSouth Bank ("BancorpSouth"), Capital One, N.A. ("Capital One"), Comerica Bank ("Comerica"), and PNC Bank, N.A. ("PNC") (collectively, the "Fourth Tranche Defendants") to revise the class certification briefing schedules on the pending class certification

and *Daubert* motions in these cases. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The class certification briefing schedule set forth in the Court's Scheduling Order Pertaining to "Fourth Tranche" Cases [**DE # 1340**] is modified as set forth herein.

2. Plaintiffs' oppositions to the Fourth Tranche Defendants' *Daubert* motions and their replies in support of class certification shall be filed on March 20, 2012. The Fourth Tranche Defendants' replies in support of their *Daubert* motions shall be filed on April 2, 2012.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 14th day of February, 2012.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record