UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Garcia, et al. v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

**PLAINTIFFS' RESPONSE TO STATEMENT OF DEFENDANT WELLS
FARGO BANK, N.A. IN RESPONSE TO ORDER SETTING ORAL ARGUMENT
ON PROCEDURE FOR DETERMINATION OF CLASS CERTIFICATION ISSUES**

The Court has scheduled a hearing for this Friday, February 17, 2012 [**DE # 2468, 2465**].

Last Friday afternoon, Defendants filed a statement in preparation for that hearing [**DE # 2469**].

Plaintiffs share the Court's desire to see these First Tranche cases concluded as expeditiously as

possible under the circumstances, and submit this response to Defendants' statement setting forth our position regarding the appropriate schedule for the determination of class certification and the balance of pretrial activities in light of the nearly ten month suspension of active litigation occasioned by Defendants' arbitration motions and this Court's subsequent orders staying all proceedings other than those directly related to determination of the arbitration motions [**DE # 1479, 1576, 1638**].

As Defendants noted, the parties have been engaged in ongoing discussions for the past week concerning an appropriate schedule for the determination of class certification and the remainder of pretrial dates and deadlines. While the parties have not reached agreement on all dates and deadlines, Plaintiffs respectfully submit that the following schedule, if adopted, will put these cases back on track, enable the Court to promptly determine class certification after affording Wells Fargo a reasonable opportunity to respond, ensure that adequate time is allotted to give notice to the classes (if certified) and afford class members an opportunity to opt-out if they choose, provide Plaintiffs a reasonable opportunity to complete merits discovery and conduct a complete damage analysis, allow the parties to file pretrial motions, and afford the Court adequate time to resolve pretrial motions prior to the commencement of the first trial. Therefore, Plaintiffs respectfully submit the following proposed schedule for the Court's consideration:

| | |
|---|---|
| February 27, 2012 | Deadline for Defendants to deliver all outstanding discovery previously stayed following the filing of arbitration motions |
| March 17, 2012 | Deadline by which proposed class representative Plaintiffs shall be made available for deposition |
| March 17, 2012 | Deadline for Defendants to deliver all damage data needed by Plaintiffs to calculate damages for the proposed classes |
| March 26, 2012 | Defendants file opposition to class certification |

| Date | Event |
|---|---|
| April 2 – 13, 2012 | Defendants make class certification experts and additional class certification-related fact witnesses available for deposition |
| April 19, 2012 | Plaintiffs file reply on class certification and opposition to any other motions directed to class certification (i.e. *Daubert*) |
| TBD | Class notice to be provided beginning no later than 90 days after Court's ruling on class certification |
| June 4, 2012 | Deadline for parties to designate experts and serve expert disclosures/reports |
| June 29, 2012 | Deadline to complete fact discovery |
| July 6, 2012 | Deadline to complete expert depositions |
| July 23, 2012 | Deadline to complete mediation and for filing of mediator's report |
| July 23, 2012 | Deadline to file pretrial motions |
| August 3, 2012 | Deadline for parties to meet and confer regarding pre-trial stipulation |
| August 17, 2012 | Deadline for file oppositions to pretrial motions |
| August 24, 2012 | Deadline to file pre-trial stipulation |
| September 7, 2012 | Deadline to file replies to pretrial motions |
| September 18, 2012 | Pre-Trial Conference (for cases to be tried in Miami) |
| September 24, 2012 | Trial of *Garcia et al. v. Wachovia Bank, N.A. et al.* in Miami (dates and locations for trials of other cases TBD) |

Dated: February 15, 2012.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 E. Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

<div style="display: flex;">
<div>

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

</div>
<div>

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

</div>
</div>

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596