IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Anderson v. Compass Bank*
S.D. Fla. Case No. 1:11-cv-20436-JLK
N.D. Fla. Case No. 10-CV-00208

### ORDER GRANTING JOINT MOTION TO SUSPEND BRIEFING SCHEDULE ON DEFENDANT COMPASS BANK'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

THIS CAUSE came before the Court Plaintiffs and Defendant Compass Bank's ("Compass") (collectively, the "parties"), Joint Motion to Suspend Briefing Schedule on Defendant Compass Bank's Motion to Compel Arbitration and Stay Proceedings. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The supplemental briefing contemplated by the Court's October 4, 2011 Order (DE # 1950) is temporarily suspended for approximately seventy (70) days.

2. The parties shall promptly notify the Court if the April 4, 2012 mediation described in their joint motion is successful.

3. In the event mediation is not successful, the parties shall file simultaneous supplemental briefs on Compass's pending motion to compel arbitration and stay proceedings

(DE # 1771) on or before April 27, 2012, and simultaneous responsive briefs on or before May 14, 2012.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 10th day of February, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record