UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT          Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

                                 Date    February 17, 2012

                                 JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams COURT REPORTER: Dawn Whitmarsh

TYPE OF PROCEEDING:

Scheduling Conference___       Status Conference X
Pre-Trial Conference ___       Motion Hearing   ___

Counsel for Plaintiff: Robert Gilbert, Esq. Stuart Grossman, Esq.
Bruce Rogow, Esq. Aaron Podhurst, Esq. (See Attachment for
additional appearances)

Counsel for Defendant: Barry Davidson, Esq.  Sonya Winner, Esq.
Jaime Isani, Esq. (See Attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- ■   The Court outlined the issues to be discussed during this
      hearing
- ■   Oral Arguments were held re: Trial date; Discovery Deadlines
      (Damage Data); and Motions Deadlines re: **First Tranche**
- ■   The Court finds that the Discovery Deadlines date is Approved
      and Counsel for the plaintiffs shall prepare an order
      outlining the modifications of the Discovery Deadlines,
      Motion Practice Deadlines, Pretrial and Trial dates
- ■   The Court hereby directs the parties in both the 3rd and 4th
      Tranches to provide the transcript of the Daubert Hearing held
      in California as a Joint Exhibit to the Daubert Hearing re:
      Mr. Olson to be held (if necessary) in the 1st tranche

- The Court finds that the April 19, 2012 Deadline for Replies to Class Certification shall remain the same, and the following schedule shall proceed as follows:
- The Deadline for Expert Witness is June 4, 2012
- The Deadline for Depositions of Expert Witnesses is July 6, 2012
- Pretrial Motions Deadline is August 27, 2012
- Pretrial Stipulation Deadline is September 22, 2012
- Pretrial Conference Date is September 27, 2012
- Trial Date is set October 29, 2012 (Date Certain)

09- 2036- MDL

Page 1

# PLEASE PRINT LEGIBLY

February 17, 2012

| NAME | FIRM | PHONE NUMBER | CLIENT |
|------|------|--------------|--------|
| STUART GROSSMAN | GROSSMAN ROTH | 305 442 8466 | Plaintiffs Class |
| Sonya Winner | Covington & Burling | 415 591-7072 | Wells Fargo |
| Jamie Isani | Hunton & Williams | 305-536-2724 | Wells Fargo |
| BARRY DAVIDSON | " | 305 810 2539 | " |
| BRUCE ROGOW | Bruce Rogow PA | 954 767 8909 | P's |
| Robert Gilbert | Grossman Roth | 305 442 8466 | Plaintiffs |
| Stephen Rosenthal | Podhurst | 305-358-2800 | π |
| SEAN MATT | HAGENS BERMAN | 206-224-9327 | π |
| David Stellings | Lieff Cabraser | 212-355-9500 | Plaintiffs |
| Matthew McGuane | Lewis Tein PL | 305 442-1101 | PNC and National City |
| Jeff Backman | Arnstein & Lehr | 954 713-2668 | KeyBank |
| E. Adam Webb | Webb, Klase & Lemond | 770 444 0773 | Plaintiffs |
| AARON Podhurst | PODHURST ORSECK | 305 358-2800 | plaintiffs |
| William C. Heaton | William C. Heaton PA | 305 579-9813 | Plaintiffs |

Page 2

# PLEASE PRINT LEGIBLY

February 17, 2012

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Richard McClune | McClune Wright | 909-557-1250 | Plaintiff |
| ARI BROWN | HAGENSBERMAN | 206 268 9311 | TT |
| David Buckner | Grossman Roth | 305 442 8666 | TT |
| Allyn Poparski | VM Diaz Partners | 305 704-3200 | Plaintiffs |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |