UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09 MD 02036 JLK

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

Richard Cassady #8451
Lovelock Corr Center
1200 Prison Rd.
Lovelock, Nevada 89419

FILED by \_\_\_\_ D.C.
FEB 17 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Clerk of the Court
US District Court of the Southern District of Florida
James Lawrence King Federal Building
99 Northeast Fourth Street
Miami, FL 33132

RE: Checking Account Overdraft Litigation,
    1:09-MD-02036-JLK

Dear Clerk of the Court,

I am writing in reguards to the above case, I have attempted to get information from the Claims Administrator, the Class Counsel but have not recived any information other than a short information sheet and a Claimant ID Number. Please let me know who or where to get the following information, please understand I am currently in the Nevada Dept of Corrections and do not have any access to call 1-800 numbers or download from a web site, only from US Mail. The information I want is,

1) A copy of the Settlement Aggrement
2) To know if the Court Agreed to the Settlement

3) IF I AM INDEED PART OF THE CLASS AND WILL OR WILL NOT RECIVE FUNDS

4) HOW WILL the CLAIMS ADMINISTOR GET MY CURRENT ADDRESS? AS I DO NOT RESIDE AT THE ADDRESS THAT WAS ON THE ACCOUNT.

THANK YOU FOR ANY HELP YOU CAN GIVE ME IN THIS MATTER. THE Following ARE THE PEOPLE I HAVE ATTEMPTED TO GET INFORMATION FROM SINCE NOVEMBER 2011.

CLAIMS ADMINISTRATOR
MICHAEL SOBOL
DAVID STELLINGS
BOBBY GILBERT

THE CLAIMANT ID NO. GIVEN ME - 0138309235

SINCERLY,

*[signature]*

RICHARD CASSADY

Copy to File

