UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by  MC  D.C.
ELECTRONIC

FEB 22 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 21, 2012

Jamie Zysk Isani
Hunton & Williams, LLP
1111 BRICKELL AVE STE 2500
MIAMI, FL 33131

Appeal Number: 11-16029-EE
Case Style: Melanie Garcia v. Wells Fargo Bank, N.A.
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:08-cv-22463-JLK

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-16029-EE

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 21 2012

JOHN LEY
CLERK
```

MELANIE L. GARCIA,
MARC MARTINEZ,
on behalf of himself and all others similarly situated,
DOLORES GUTIERREZ,
on behalf of herself and all others similarly situated,
CELIA SPEARS-HAYMOND,
as an idividual and on behalf of all others similarly situated,

Plaintiffs - Appellees,

versus

WELLS FARGO BANK, N.A.,
on its own behalf and on behalf of its
predecessor, Wachovia Bank, N.A.,

Defendant - Appellant.

Appeal from the United States District Court for the
Southern District of Florida

BEFORE:   EDMONDSON, CARNES, and MARCUS, Circuit Judges.

BY THE COURT:

Appellant's motion to stay the district court proceedings pending disposition of this appeal is GRANTED because the appeal is not frivolous. See Blinco v. Green Tree Servicing, LLC, 366 F.3d 1249, 1253 (11th Cir. 2004). We express no opinion on the merits of this appeal other than finding that it is not frivolous.