# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

Tornes, et al. v. Bank of America, N.A., S.D.
FLA. Case No. 108-cv-23323-JLK

Yourke, et al. v. Bank of America, N.A.
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

FILED by _____ D.C.

FEB 2 3 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## DECLARATION OF FRED R. FLETCHER IN SUPPORT OF:

### MOTION OF APPELLANT FRED R. FLETCHER FOR RELIEF FROM ORDER MANDATING APPEAL BOND OR

### ALTERNATIVE MOTION TO STAY ORDER MANDATING APPEAL BOND FRAP 8(a)(1) PENDING APPEAL

I, Fred R. Fletcher, have personal knowledge of the matters discussed below

except as to those matters declared on information and belief, and as to those

matters, I am informed and believe them to be true:

1.      On January 7, 2012, I served an objection for failure of service to Plaintiffs'

Motion to require posting of appeal bonds by objector-appellants, and a supporting

declaration (hereinafter collectively referred to as "Objection").

1

2.     Attached as Exhibit "A" is a true and correct copy of the Objection I served by Fed Ex on January 7, 2011, and was delivered to the Court on January 10, 2011.

3.     The Objection was delivered to the clerk of the Court by Fed Ex on January 10, 2012 at 10:04am local time.

4.     Attached as Exhibit "B" is a true and correct copy of the delivery confirmation from Fed Ex.

5.     I have searched the Court's docket and I cannot find proof that my Objection was filed on January 10, 2012, or anytime thereafter.  Attached as Exhibit "C" is a true and correct copy of the Court's docket entries dating from January 4, 2012 until February 15, 2012.

6.     Attached as Exhibit "D" is a true and correct of my Appellant Brief filed on January 9, 2012.

7.     Since I served my Objection, new evidence exists which establishes my inability to post bond in the amount of $616,338.00.   On February 10, 2012, my 2011 taxes were done and my reportable income for the year was $69,609. Attached as Exhibit "E" is a true and correct copy of the first page of my 2011 Federal Tax Return.

8.     The only collateral I own is a 1997 Honda Civic, valued at approximately $1,800, a couch valued at approximately $1,000, and my wife's engagement ring which I purchased in April of 2011 for $2000.

9.      In 2011, I incurred medical bills of $35, 382 as a result of a brain hemorrhage I suffered on December 14, 2009, during a gap in health insurance.

10.     My wife is an unemployed teacher due to budget cuts in California.

11.     I currently owe approximately $85,000 in student loans.  Attached as Exhibit "F" is a true and correct copy of a summary of my outstanding student loans with Access Group in the amount of $72,864, and I estimate that I owe the University of San Diego approximately $12,000.

12.     Any savings I have is reserved for payment of taxes as my income is in the form of 1099's.

13.     If this Court upholds its Order there is no feasible means by which I can post the bond.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 17, 2012, at Dana Point, California.

Fred R. Fletcher

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2012, true and correct copies of the foregoing with first class postage, its equivalent or faster, paid has been deposited in the U.S. Mail, or United Parcel Service, or Federal Express and properly addressed to the persons whose names and addresses are listed below:

Aron S. Podhurst
Podhurst Orseck, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

Bruce S. Rogow
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, Florida 33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead for Plaintiffs*

Laurence Hutt
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

*Counsel for Bank of America Corporation*

Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2012, at Dana Point, California.

Fred R. Fletcher