UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
(FOURTH TRANCHE ACTION)

*Simmons v. Comerica Bank*
N.D. TX Case No. 3:10-cv-326
S.D. FL Case No. 1:10-cv-22958-JLK

## ORDER ON MOTIONS TO EXCEED PAGE LIMITATIONS

THIS CAUSE comes before the Court on Defendant Comerica Bank's Motion to Exceed Page Limit (DE #2477), filed February 15, 2012. Therein, Defendant seeks to extend the page limitation of its upcoming Opposition to Plaintiff's Motion for Class Certification from 20 to 75 pages. Review of the class certification briefing in this above-referenced Fourth Tranche, as well as in the Third Tranche, reveals that such motions to exceed page limits continue to escalate. Accordingly, while Defendant's motion will be granted in light of the 75 pages previously granted to Plaintiffs (DE #2361), any future requests to exceed page limits will not be granted absent extraordinary, clear and persuasive circumstances. It is therefore,

ORDERED, ADJUDGED and DECREED that Defendant Comerica Bank's Motion to Exceed Page Limit (DE #2477) is hereby, and the same shall be, GRANTED. It is further ORDERED, ADJUDGED and DECREED that nothing herein should be assumed to be an

automatic granting of motions to exceed page limits in all other cases except under extraordinary, clear and persuasive circumstances.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 22nd day of February, 2012.

JAMES LAWRENCE KING<br>
UNITED STATES DISTRICT JUDGE<br>
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record