UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## ORDER DENYING AS MOOT MOTION OF APPELLANT FRED R. FLETCHER

**THIS CAUSE** comes before the Court upon Appellant Fred R. Fletcher's Motion for Relief from Bond (DE #2493), filed on February 23, 2012. With respect to the above-captioned cases, Plaintiffs previously gave notice that they do not and will not seek to enforce the Court's Order Mandating Appeal Bond (DE # 2473) against Mr. Fletcher. (*See* Notice, DE #2484).

Accordingly, upon careful review of the record and being otherwise fully advised in the premises, it is hereby **ORDERED, ADJUDGED, and DECREED** that Appellant Fred R. Fletcher's Motion for Relief from Bond (DE #2493) is **DENIED as moot**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 24th day of February, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc: All counsel of record and *pro se* litigant Fred R. Fletcher