# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 15, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-14320-DD
Case Style: Faith Gordon v. Branch Banking and Trust Compa
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:09-CV-23067-JLK

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

The following record materials in the referenced case are returned herewith:

1 volume ROA


Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14320-DD

_____

In Re: CHECKING ACCOUNT OVERDRAFT LITIGATION

MDL NO. 2036

_____

FAITH GORDON,
on behalf of herself and all
others similarly situated,

                                                            Plaintiff - Appellee,

versus

BRANCH BANKING AND TRUST COMPANY,

                                                            Defendant - Appellant.

---------------------------

On Appeal from the United States District Court for the
Southern District of Florida

---------------------------

BEFORE:  CARNES, HULL and MARCUS, Circuit Judges.

BY THE COURT:

      Pending before this Court is Appellee's "Motion to Dismiss Frivolous Appeal," which is also construed as a motion for attorney's fees and costs.  This motion is DENIED.

      In light of this Court's January 31, 2012 Opinion in appeal No. 09-15399, this Court, on its own motion, hereby VACATES the District Court's September 8, 2011, order denying Appellant Branch Banking & Trust Company's renewed motion to compel arbitration and REMANDS this

[FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 15 2012
JOHN LEY
CLERK]

matter for reconsideration in light of the Supreme Court's intervening case law, <u>AT&T Mobility LLC v. Concepcion</u>, 563 U.S. _, 131 S.Ct. 1740 (April 27, 2011), and subsequent decisions of this Court. <u>See, e.g.</u>, <u>Cruz v. Cingular Wireless, LLC</u>, 648 F.3d 1205 (11th Cir. 2011).