UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

|   |   |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO:<br>FIRST TRANCHE ACTIONS<br><br>*Tornes, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:08-cv-23323-JLK<br><br>*Yourke, et al. v. Bank of America, N.A.*<br>S.D. Fla. Case No. 1:09-cv-21963-JLK<br>N.D. Cal. Case No. 3:09-2186<br><br>Phillips, et al. v. Bank of America, N.A.<br>S.D. Fla. Case No. 1:10-cv-24316-JLK<br>W.D. Okla. Case No. 5:10-cv-01185-R | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that RICHARD HASTINGS and JANEL BUYCKS, members of the certified Settlement Class and objectors to the proposed class action settlement with Bank of America, N.A., hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order Mandating Appeal Bond entered in the above-captioned actions on February 14, 2012 (Docket Entry No. 2473).

Dated February 28, 2012                     Respectfully submitted,

s/ **Randy Rosenblum**
Randy Rosenblum (Fla. Bar No. 118519)
Rrosenblum@fdlaw.net
FREIDIN DOBRINSKY
One Biscayne Tower
2 South Biscayne Blvd., Suite 3100
Miami, Florida 33131
Telephone: (305) 371-3666
Facsimile: (305) 371-6725

*Attorneys for Settlement Class Members and Objectors Richard Hastings and Janel Buycks*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 28, 2012 on all counsel or parties of record in this proceeding.

                                                  **s/ Randy Rosenblum**
                                                  Randy Rosenblum (Fla. Bar No. 118519)
                                                  Rrosenblum@fdlaw.net
                                                  FREIDIN DOBRINSKY
                                                  One Biscayne Tower
                                                  2 South Biscayne Blvd., Suite 3100
                                                  Miami, Florida 33131
                                                  Telephone: (305) 371-3666
                                                  Facsimile: (305) 371-6725