# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-020364LK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Sachar, et al: v. IBERIABANK Corporation, et al.*
S.D. Fla. Case No. 1:11-CV-22844-JLK

/

**DECLARATION OF W. WOODROW WHITE**

I, W. Woodrow White, CPA, being duly sworn, declare as follows:

1. My name is W. Woodrow White. I am over eighteen (18) years of age and of sound mind and competent to testify hereto.

2. I reside in Little Rock, Arkansas. I received a Bachelor of Science in Business Administration degree, with honors, from the University of Arkansas in Fayetteville in 1968. I am a member of the American Institute of Certified Public Accountants. Upon graduating from the University of Arkansas, I was employed by the entity now known as KPMG, LLP ("KPMG") presently one of the "Big 5" accounting firms. From June of 1968 through April of 1991, I worked at KPMG, the last twelve years of which I served as an Audit Partner. From May of 1991 to December of 1995 I practiced as a sole proprietor performing litigation consulting. From December of 1995 through September of 1998 I was employed as a principal with Moore, Tyler & Company, Inc., which initially offered traditional accounting services but evolved into a consulting firm whose only form of practice was litigation consulting. Since October of 1998, I

have been the president of W 3 Consulting, Inc., headquartered in Little Rock, Arkansas, which provides litigation support and expert witness services in the fields of accounting, auditing and financial reporting.

3. In this case, *In Re: Checking Account Overdraft Litigation and Sachar, et al. V. IBERL4BANK Corporation, et al. ("IBERIABANK"),* I was asked to review the Settlement and determine whether it met a standard of reasonableness when compared to similar circumstances involving banks of similar size and circumstances.

4. In my opinion as a view the Settlement provides substantial value to the Settlement Class. Such value is well within the range of reasonableness based on data obtained and analyzed by the Plaintiffs from the discovery process and by comparing these calculations to recent settlements in similar matters dealing with the same subject matter.

Executed this 1st day of March, 2012.

_____
W. Woodrow White