UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Jessica Duval v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-21080-JLK
N.D. Ill. Case No. 1:10-cv-00533

*Eric Daniels v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-22014-JLK
D.Ma. Case No. 10-cv-10386

*Michael L. Blankenship v. RBS Citizens, N.A.*
S.D. Fla. Case No. 1:10-cv-22942-JLK
D.RI. Case No. 10-163S

*Mazzadra, et al. v. TD Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21870-JLK

*Mosser v. TD Bank, N.A.*
E.D. Pa. 2:10-cv-00731
S.D. Fla. Case No. 10-cv-21386-JLK

**ORDER RESETTING MARCH 20 HEARING ON
"THIRD TRANCHE" DEFENDANTS'** ***DAUBERT*** **MOTIONS**

THIS CAUSE comes before the Court on its Order Cancelling March 20 Hearing (DE #2522), in which the Court cancelled the hearing previously set for March 20, 2012 on Defendants' respective *Daubert* Motions due to an unavoidable scheduling conflict that has now been resolved. Therefore, it is **ORDERED, ADJUDGED and DECREED** that the Third Tranche Defendants' *Daubert* Motions (DE #2425, 2435), filed January 30, 2012, which seek to

exclude the testimony of Plaintiffs' proposed expert Arthur Olsen in these cases are hereby reset for non-testimonial hearing for **Tuesday, March 20, 2012 at 9:30 AM** before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 5th day of March, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record