UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-002036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: THIRD TRANCHE BANKS | ) ) ) ) |
| *Jessica Duval v. Citizens Financial Group, Inc.* S.D. Fla. Case No. 1:10-cv-21080-JLK N.D. Ill. Case No. 1:10-cv-00533 | ) ) ) ) |
| *Eric Daniels v. Citizens Financial Group, Inc.* S.D. Fla. Case No. 1:10-cv-22014-JLK D.Ma. Case No. 10-cv-10386 | ) ) ) ) |
| *Michael L. Blankenship v. RBS Citizens, N.A.* S.D. Fla. Case no. 1:10-cv-22942-JLK D. RI. Case No. 10-163S | ) ) ) ) |
| *Mazzadra, et al. v. TD Bank, N.A.* S.D. Fla. Case No. 1:10-cv-21870-JLK | ) ) ) |
| *Mosser v. TD Bank, N.A.* E.D. Pa. 2:10-cv-00731 S.D. Fla. Case No. 10-cv-21386-JLK | ) ) ) ) |

**STATEMENT OF "THIRD TRANCHE" DEFENDANTS REGARDING
THE EVIDENTIARY RECORD RELATING TO THEIR DAUBERT MOTIONS**

Defendants RBS Citizens, N.A., Citizens Bank of Pennsylvania, and TD Bank, N.A. (collectively, the "Third Tranche Defendants") respectfully make the following statement for purposes of clarification.

CLI-1966977v1

On February 24, 2012, this Court entered an Order Setting Non-Testimonial Hearing On "Third Tranche" Defendants' Daubert Motions (DE #2502) (the "Order"). In a footnote to the Order, the Court stated that it "will rely on the record, which consists of Arthur Olsen's Declaration and 2010 testimony in *Guiterrez v. Wells Fargo Bank, N.A.*, attached as Appendix IV to Plaintiffs' Motions for Class Certification." Third Tranche Defendants wish to clarify that the evidentiary record for purposes of their respective Daubert motions also currently includes the following items. These additional items are listed in the order in which they appear in the respective motions.

**Defendants RBS Citizens, N.A.'s and Citizens Bank of Pennsylvania's Daubert Motion (DE # 2435)**

(1) The declaration of Gregory F. Udell, dated January 28, 2012, attached as Appendix II (DE # 2433) to Defendants RBS Citizens, N.A.'s and Citizens Bank of Pennsylvania's Opposition to Plaintiffs Motion for Class Certification (DE # 2431) ("Citizens' Class Opposition").

(2) The October 5, 2011 deposition of Richard Winkelman, attached as Exhibit 29 to the Declaration of Albert J. Rota, dated January 29, 2012 ("Rota Declaration"). The Rota Declaration was filed as Appendix I (DE # 2432) to Citizens' Class Opposition.

(3) The October 18, 2011 deposition of Marcea Taylor-Nicholson, attached as Exhibit 32 to the Rota Declaration.

**TD Bank, N.A.'s Daubert Motion (DE # 2425)**

(1) The May 6, 2011 deposition of Paige Schwartzman, attached as Exhibit B to the Declaration of Lucus A. Ritchie, dated January 27, 2012 ("Ritchie Declaration"). The Ritchie Declaration was filed as Exhibit 5 to Defendant TD Bank, N.A.'s Opposition to Plaintiffs' Motion for Class Certification (DE # 2427) ("TD Bank, N.A.'s Class Opposition").

(2) The January 13, 2012 deposition of Arthur Olsen, attached as Exhibit A to the Ritchie Declaration.

(3) The declaration of Steven Visser, dated January 27, 2012, attached as Exhibit 4 to TD Bank, N.A.'s Class Opposition.

(4) The declaration of Melanie Bodnar, dated January 26, 2012, attached as Exhibit 6 to TD Bank N.A.'s Class Opposition.

(5) The declaration of Beth Colombari, dated January 26, 2012, attached as Exhibit 7 to TD Bank N.A.'s Class Opposition.

(6) The declaration of Matthew Chevalier, dated January 27, 2012, attached as Exhibit 2 to TD Bank N.A.'s Class Opposition.

(7) The declaration of John Longinetti, dated January 27, 2012, attached as Exhibit 8 to TD Bank N.A.'s Class Opposition.

(8) The October 26, 2011 deposition of John Longinetti, attached as Exhibit J to the Ritchie Declaration.

Dated: March 5, 2012

Respectfully Submitted,

/s/ William J. Kayatta, Jr.
William J. Kayatta, Jr.
Clifford H. Ruprecht
Lucas A. Ritchie
Joshua D. Dunlap
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
(207) 791-1100
wkayatta@pierceatwood.com
cruprecht@pierceatwood.com
lritchie@pierceatwood.com
jdunlap@pierceatwood.com

*Attorneys for Defendant TD Bank, N.A.*

Respectfully Submitted,

/s/ David F. Adler
David F. Adler
Lisa B. Gates
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
dfadler@jonesday.com
lgates@jonesday.com

Chad Readler
JONES DAY
325 John H. McConnell Blvd.
Columbus, OH  43215
Telephone: (614) 281-3891
Facsimile: (614) 461-4198
careadler@jonesday.com

Erin L. Shencopp
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  606-1-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
eshencopp@jonesday.com
Gscannapieco@jonesday.com

Albert J. Rota
JONES DAY
2727 N. Harwood Street
Dallas, TX  75201
Telephone:  (214) 969-3698
Facsimile: (214) 969-5100
ajrota@jonesday.com

*Attorneys for Defendants RBS Citizens, N.A.
and Citizens Bank of Pennsylvania*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2012, a copy of the foregoing was filed electronically with the Court's Case Management/Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

/s/ David F. Adler
*Attorney for Defendants RBS Citizens, N.A.*
*and Citizens Bank of Pennsylvania*