# EXHIBIT "A"

# Plaintiffs' Reply in Support of Their Motion for Class Certification

Slide 1

# Project MORE, Earnsmart & CD

June, 2007



**TD Banknorth**

HIGHLY CONFIDENTIAL

TD000033973

Slide 2

# Project MORE

*Making Overdrafts and Returns Easier*



**TD Banknorth**

HIGHLY CONFIDENTIAL

TD000033974

# Project MORE

 **TD Banknorth**

Slide 3

### What was the problem?

- Compared to the industry, TD Banknorth was 33% below the industry average in 'Fees per Day'.
- The process for charging and the tools to explain overdrafts and fees to customers are confusing; customers have difficulty understanding why they were charged.

### What did we do about it?

- Project MORE (*Making Overdrafts and Returns Easier*) engaged many areas of the Bank to streamline fees and make overdrafts and returns easier for staff to explain and customers to understand.
  - 7 initiatives have been approved for implementation.
  - 4 initiatives have been rolled out.

| | Initiative | Live Date | Improvement | Revenue Since Implementation | Annualized Revenue |
|---|---|---|---|---|---|
| 1 | Courtesy Threshold Removal | Sept 2006 | Consistently charge overdrafts regardless of the amount by which an account was overdrawn. | $2,546,890 | $4,069,601 |
| 2 | Value Based Account Acquisition | Nov 2006 | Improve the ChexSystems process for opening new accounts in branches. | $234,923 | $1,229,117 |
| 3 | Risk Based Pricing, Sustained OD, Porting Order Consistency & Returned Deposited Item Chargeability | Dec 2006 | Tier OD pricing and charge on an occurrence basis so that customer who OD less often are charged less than customers who OD regularly; bring consistency to Sustained and Returned Deposited Item charges. | $7,556,238 | $19,028,817 |
| 4 | Miscellaneous Fee Changes, Savings NSF & Overdraft Protection Strategies | Feb 2007 | Reduce the number of Misc Fees by two-thirds to simplify the customer experience; bring consistency by charging when savings accounts are overdrawn; allow ODP on any retail checking account; bring consistency between Savings ODP & Moneyline transfer fees. | $317,155 | $2,306,866 |
| | | | Total: | $10,655,206 | $26,634,401 |

### What are the results?

- Customer and employee impact has been minimal
- Forecasted net LIFT in 2007 revenue of implemented and planned initiatives = $30.4MM

HIGHLY CONFIDENTIAL

TD000033975

# Project MORE



Slide 4

## We've closed the gap relative to the competition...



Revenue per account/per business day

- $0.45 First 4 Waves
- $0.09
- $0.03
- Pre MORE
- Remaining Waves
- Gap to Industry

- Industry average overdraft revenue per account per business day is 66.5 cents.
- Prior to Project MORE (June – September 2006), TDBN averaged 45 cents in overdraft revenue per business day.
- Wave 1 through 4 closed the gap by 10 cents.
- The remaining waves will close the gap by another 8.5 cents, bringing us to within 3¢ of the industry average.
- The size of the TD footprint prevents us from growing significantly beyond the average.

### Next Steps:

- 2 initiatives in development for planned launch in 2007/2008 (1. OD Points to all Channels & 2/ Posting Balance Standardization – Debits)
- 1 initiative (DAU – Drawn Against Uncollected) approved for implementation in 2008.
- "More" to come in 2008.

HIGHLY CONFIDENTIAL

TD000033976