# LAW OFFICE OF GARY M. PROLMAN

482 Congress Street, Suite 303
Portland, Maine 04101
P: (207) 773-3506  F: (207) 773-3712

March 5, 2012

Senior Judge James Lawrence King
US District Court of Southern District of Florida
99 Northeast Fourth Street, Room 1127
Miami, FL 33132

Re:   In re: Checking Account Overdraft Litigation
      1:09-MD-02036-JLK

Dear Judge King:

I am a resident of the State of Maine and have never received any information regarding this Class Action versus Bank of America. I am afraid they are trying to withhold this information from former clients of the bank like myself. I had several accounts at Bank of America between 1/1/01 and 5/24/11 and had tens of thousands in bank fees that they wrongfully took.

I don't trust the bank to give you my account information as they have already wrongfully taken funds. Could you please inform me how to insure I am involved in this Class Action. I don't want to NOT be included and "swept under the rug"…they have defrauded me and my company of thousands of dollars!!!

Sincerely,

Gary M. Prolman

GMP/ag