# Exhibit B

American Arbitration Association
*April 1, 2011*

## CCP Section 1281.96 Data Collection Requirements
(From Apr 01, 2006 To Mar 31, 2011)

| Non-Consumer Party | Type of Dispute | Salary Range | Prevailing Party | Consumer SelfRep'd | Filing Date | Disposition Date | Type of Disposition | Amount of Claim | Total Fee | Fee Allocation Csmr | Non-Csmr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Branch Banking & Trust Company | Banking | | --- | No | 11/04/2008 | 03/05/2009 | Awarded | 4,000.00 | 250.00 | 50.00% | 50.00% |
| | Arbitrator: Bruce A Deerson | | | 12/17/2008 | Award Amount: $0.00 | | | Other relief: | | | |
| Total Cases: 1 | | | | | | | | | | | |
| Branchburg Commerce Park, LLC | Contruction (Med-Exp) | | --- | No | 12/13/2006 | 08/01/2007 | Mediation Settled | 60,000.00 | | | |
| | Arbitrator: Sheryl Mintz Goski | | | 05/15/2007 | Award Amount: N/A | | | Other relief: | | | |
| Total Cases: 1 | | | | | | | | | | | |
| Branchwater Village, LLC | Commercial Mediation Rules | | --- | No | 06/10/2008 | 08/28/2008 | Withdrawn | 677.02 | | | |
| | Arbitrator: | | | | Award Amount: N/A | | | Other relief: | | | |
| | Consumer Disputes - Other | $0 - $100,000 | --- | No | 08/29/2008 | 12/17/2008 | Settled | 677.02 | | | |
| | Arbitrator: | | | | Award Amount: N/A | | | Other relief: | | | |
| Total Cases: 2 | | | | | | | | | | | |
| Brand Energy & Infrastructure Services, Inc. | Employment Mediation | Not Given/Provided by the Party(s) | --- | Yes | 08/31/2007 | 01/17/2008 | Mediation Settled | 78,000.00 | | | |
| | Arbitrator: Warren M Ladden | | | 10/09/2007 | Award Amount: N/A | | | Other relief: | | | |
| Total Cases: 1 | | | | | | | | | | | |
| Brand Scaffold Builders, Inc. | Employment Mediation | Not Given/Provided by the Party(s) | --- | No | 09/18/2007 | 10/19/2007 | Withdrawn | | | | |
| | Arbitrator: | | | | Award Amount: N/A | | | Other relief: | | | |
| | Employment Dispute Resolution Rules | Not Given/Provided by the Party(s) | --- | No | 07/30/2008 | 10/01/2008 | Settled | 50,000.00 | | | |
| | Arbitrator: | | | | Award Amount: N/A | | | Other relief: | | | |
| Total Cases: 2 | | | | | | | | | | | |

Cas6179r.rep