UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Re: Checking Account overdraft Litigation

CASE#: 1:09-MD-02036 JLK   DATE: 02/22/2012

Pursuant to the Local Rules of this court, the enclosed document(s) is/are being returned for the reason(s) indicated below:

FILED by ATS D.C.
MAR 09 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

☑ You failed to provide the case number on the document and we are unable to determine the case number from our records.

☐ The case is assigned to another court. Send the documents to that court.

☐ The enclosed discovery items are not accepted by this Court. Local Rule 26.1.B.

☐ Your Motion is being returned for the lack of fee in the amount of _____ ($75.00 per attorney per case). Local Rule 4.B. and Administrative Order 96-61.

☐ We are having a difficult time telling from your submission exactly what you want the Court to do, if anything. If you feel that you have been legally wronged or injured in a way the Court can redress, please file a formal complaint with the Court (filing requirement booklet attached).

☐ Other: Senior Judge James Lawrence King U.S. District Court for the Southern District of Florida

STEVEN M. LARIMORE
Court Administrative • Clerk of Court
By: _____
Deputy Clerk

☐ Key West          ☒ Miami Room 8N09     ☐ Fort Lauderdale       ☐ West Palm Beach      ☐ Fort Pierce
301 Simonton St.    400 N. Miami Ave      299 E. Broward Blvd     701 Clematis St.       300 South. 6th Street
Key West, Fl 33040  Miami, FL 33128       Ft. Lauderdale, Fl 33301 W. P. Beach, FL 33401 Ft. Pierce, FL 34950
305-296-8100        305-523-5100          954-769-5400            561-803-3400           772-467-2300

**Roger McAlister**
PO Box 4001
Huntington Bch, CA 92605-4001

Request Address Service

Juan Mac
Miam
400 N
Miami

# United States District Court
## Southern District of Florida

Case Number: 09-MD-2036

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must **not** be placed in the "chron file".

☐ **NOT SCANNED**

  ☐ Due to Poor Quality
  ☐ Bound Extradition Papers
  ☐ Photographs
  ☐ Surety Bond (Original or Letter of Understanding)
  ☐ CD, DVD, VHS Tape, Cassette Tape
  ☒ Other: Banking Information

☐ **SCANNED**

  ☐ But Poor Quality
  ☐ Habeas Cases (State Court Record/Transcript)

Date: 3.9.12