UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Jessica Duval v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-21080-JLK
N.D. Ill. Case No. 1:10-cv-00533

*Eric Daniels v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-22014-JLK
D.Ma. Case No. 10-cv-10386

*Michael L. Blankenship v. RBS Citizens, N.A.*
S.D. Fla. Case no. 1:10-cv-22942-JLK
D. RI. Case No. 10-163S

## ORDER GRANTING JOINT MOTION TO TEMPORARILY SUSPEND PROCEEDINGS ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY

THIS MATTER comes before the Court on Plaintiffs' and Defendants RBS Citizens, N.A.'s and Citizens Bank of Pennsylvania's ("Citizens") (collectively, the "parties") Joint Motion to Temporarily Suspend Proceedings on Plaintiffs' Motion for Class Certification and Citizens' Motion to Strike the Declaration of Arthur Olsen (DE #2558), filed March 13, 2012. For good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.   The hearings scheduled for March 20 and March 28, 2012 on Citizens' Motion to Strike the Declaration of Arthur Olsen (DE #2435) and Plaintiffs' Motion for Class Certification (filed under seal) are hereby cancelled.

2. The parties shall promptly notify the Court after the April 17, 2012 mediation of the results obtained therein.

3. This Order does not affect or cancel the March 20, 2012 hearing on TD Bank, N.A.'s Motion to Exclude the Declaration of Plaintiffs' Proposed Expert Arthur Olsen or the March 26, 2012 hearing on Plaintiffs' Motion for Class Certification against TD Bank, N.A. (*See* DE #2526).

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 15th day of March, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record