UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

**THIRD TRANCHE ACTIONS**

*Mosser v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

### NOTICE OF RE-FILING OF DAUBERT BRIEFING
### PREVIOUSLY FILED UNDER SEAL

Pursuant to the Court's Order dated March 8, 2012 [DE # 2548], the undersigned hereby give notice of the re-filing of Defendant TD Bank, N.A.'s *Daubert* Motion to Exclude the Declaration of Plaintiffs' Proposed Expert Arthur Olsen and Incorporated Memorandum of Law, which was previously filed under seal in the above-captioned matters on January 30, 2012.

Dated: March 16, 2012

        Respectfully Submitted,

        <u>/s/ William J. Kayatta, Jr.</u>
        William J. Kayatta, Jr.
        wkayatta@pierceatwood.com
        Clifford H. Ruprecht
        cruprecht@pierceatwood.com
        Lucus A. Ritchie
        lritchie@pierceatwood.com
        Joshua D. Dunlap
        jdunlap@pierceatwood.com
        *(pro hac vice)*
        PIERCE ATWOOD LLP
        Merrill's Wharf
        254 Commercial Street
        Portland, ME  04101
        Tel: (207) 791-1100
        Fax: (207) 791-1350

        *Attorneys for Defendant TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

I hereby certify that on March 16, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via CM/ECF on all counsel of record.

/s/ Lucus A. Ritchie
Lucus A. Ritchie
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
Tel: (207) 791-1100
Fax: (207) 791-1350

{W2958938.1}