UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )

_____

)
THIS DOCUMENT RELATES TO: )
DAVID M. JOHNSON v. KEYBANK )
NATIONAL ASSOCIATION )
S.D. Fla. Case No. 1:10-CV-21176 and )
W. D. Wa. Case No. 2:10-304 )
_____ )

## ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance of Jeffrey A. Backman, counsel for Defendant KEYBANK NATIONAL ASSOCIATION, it is hereby ORDERED that the Motion is GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida, this 16th day of March, 2012.

HONORABLE JAMES LAWWRENCE KING
U. S. DISTRICT JUDGE

Copies furnished to:
All counsel of record