**Appendix A**

*Example 1 - Actual World v. Scenario 2A*

Below is a real life example from Plaintiff Lucy Nico's account on January 14, 2010 where application of Olsen's Scenario 2A finds "harm" even though TD Bank's actual posting mirrored the order in which the posted transactions were initiated.

*Actual World*

| Transaction Description | Transaction Amount | Account Balance | Fee Amount |
|---|---|---|---|
| Beginning Balance | | 287.76 | |
| CHECK | (300.00) | (12.24) | 35.00 |
| DEBIT CARD PAYMENT | (30.00) | (42.24) | 35.00 |

*Chronological*

| Transaction Date | Transaction Description | Transaction Amount | Account Balance | Fee Amount |
|---|---|---|---|---|
| Dec. 31, 2009[14] | Beginning Balance (including holds) | | 287.76 | |
| | CHECK | (300.00) | (12.24) | 35.00 |
| Jan. 11, 2010 | DEBIT CARD PAYMENT | (30.00) | (42.24) | 35.00 |

*Scenario 2A*

| Transaction Description | Transaction Amount | Account Balance | Fee Amount |
|---|---|---|---|
| Beginning Balance (including holds) | | 287.76 | |
| DEBIT CARD PAYMENT | (30.00) | 257.76 | |
| CHECK | (300.00) | (42.24) | 35.00 |

---

[14] The transaction date is based on the date written on the check. A copy of the check image is attached hereto as Exhibit A-1 (MDL-TD-0007671).

**Appendix A**

*Example 2 - Actual World v. Chronological*

Below is a real life example from Plaintiff James Daniels[15] account on January 12, 2010 that details the benefit of TD Bank's actual practice as compared to posting items in the order in which they occurred.

*Actual World*

| Transaction Description | Transaction Amount | Account Balance |
|---|---|---|
| Beginning Balance | - | (31.32) |
| PHONE TRANSFER | 60.00 | 28.68 |
| DEBIT CARD PURCHASE | (18.50) | 10.18 |

*Chronological*

| Transaction Date | Transaction Description | Transaction Amount | Account Balance | Fee Amount |
|---|---|---|---|---|
| | Beginning Balance | - | (31.32) | - |
| Jan. 11, 2010 | DEBIT CARD PURCHASE | (18.50) | (49.82) | 35.00 |
| Jan. 12, 2010 | PHONE TRANSFER | 60.00 | 10.18 | - |

---

[15] Like Schwartzman, Daniels had an expectation that all of his transactions, including credits, would be posted in chronological order. (Daniels Depo. at 242:2-19.)