

Account:
Amount: 300.00
PostDate: 20100114
Tran_ID: 504811317
CheckNum: 842
DIN: 504811553

Account:
Amount: 300.00
PostDate: 20100114
Tran_ID: 504811317
CheckNum: 842
DIN: 504811553

**HIGHLY CONFIDENTIAL**    MDL-TD-0007671