UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE

*Dwyer v. Toronto-Dominion Bank*
D. Ma. Case No. 1:09-12118
S.D. Fla. Case No. 10-cv-20855-JLK

*Mosser v. TD Bank, N.A.*
E.D. Pa. Case No. 2:10-cv-00731
S.D. Fla. Case No. 10-cv-21386-JLK

*Mascaro v. TD Bank, Inc..*
D.D. Case No. 1:10-cv-0040
S.D. Fla. Case No. 10-cv-21117-JLK

*Mazzadra, et al v. TD Bank, Inc.*
S.D. Fla. Case No. 1:10-cv-21870-JLK

## PLAINTIFFS' SECOND REQUEST FOR PRODUCTION

Plaintiffs, on behalf of themselves and all others similarly situated, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, request that Defendants produce the documents and things described herein for inspection and copying in accordance with Rules 26 and 34.

## INSTRUCTIONS

1. These requests are to be responded to separately and fully, in writing, within thirty (30) days of the date of service.

2. You are to produce all requested documents and things in your possession, custody or control. If you object to any request, specify the part to which you object, state your objection(s), state all factual and legal justifications which support your objection(s), and respond to the remainder of the request to which you do not object.

3. If any document(s) requested was, but is no longer, in existence, state whether it is: (a) missing or lost; (b) destroyed; (c) transferred voluntarily or involuntarily to others, and if so, to whom; or (d) otherwise disposed of and, in each such instance, explain the circumstances surrounding an authorization for such disposition and the approximate date thereof.

4. Each request for production shall be construed to include information and documents within your knowledge, possession or control as of the date of your responses to these requests for production and any supplemental information and documents responsive to these requests generated, obtained or discovered after the date of your original responses.

5. You are required to promptly supplement your responses to these requests throughout the duration of this action pursuant to Federal Rule of Civil Procedure 26(e).

6. Pursuant to Federal Rule of Civil Procedure 34(b)(2)(E)(i), please organize and label the documents you produce so as to indicate the request or requests to which they respond.

7. If you contend that any requested documents are protected by the attorney-client privilege, the attorney work product doctrine or any other legally recognized privilege, provide a list showing each document withheld and, as to each, state (a) the type of document (*e.g.*, letter, memo, e-mail), (b) name and title or position of the author(s), (c) name and title or position of the recipient(s), including all cc: and bcc: recipient(s), (d) the date of the document, (e) the title or subject matter, (f) the privilege or privileges claimed, and (g) the document request or requests to which the document relates.

Podhurst Orseck, P.A.                                      2

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382 • Fort Lauderdale 954.463.4346   |   www.podhurst.com

8. All definitions set forth below are incorporated by reference into the following requests as if fully set forth therein.

## TIME FRAME OF REQUESTS

9. Unless otherwise stated, the time period covered by these requests is January 1, 2002 to the present.

## DEFINITIONS

10. "You," "your" and/or "defendants" mean and refer to TD Bank, N.A., including their current and former officers, directors, employees, attorneys, agents and representatives, and any affiliated entities, including but not limited to any non-profit entities devoted in whole or in part to financial education or financial literacy of bank customers.

11. "Documents" means any tangible thing, writing, recording or reproduction in any manner, any visual, auditory, or other data in your possession, custody or control, including without limitation, electronically stored information as defined by Fed. R. Civ. P. 26 and 34, computer data bases, hard drives, storage tapes or disks, all e-mail data (including attachments thereto), any digital version of any requested information, and any papers or other format on which words have been written, printed, typed, digitally embedded or otherwise affixed, correspondence, memoranda, transcripts, stenographic or handwritten notes, telegrams, telexes, facsimiles, letters, reports, budgets, forecasts, presentations, analyses, training or instructional handbooks or manuals, graphs or charts, ledgers, invoices, diaries or calendars, minute books, meeting minutes, computer print-outs, prospectuses, financial statements, checks, bank statements, annual, quarterly or other filings with any governmental agency or department, annual reports (including schedules thereto), statistical studies, articles appearing in publications, press releases, video or audio tapes, and shall mean originals or a copy where the original is not

Podhurst Orseck, P.A.     3

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

in your possession, custody or control, and every copy of every document where such copy is not an identical copy of an original (whether different from the original by reason of any notation made on such copy or for any other reason).

12. "Item" shall mean any credit, debit, fee, charge, reversal, amount(s) deemed uncollectible by You, or other transaction processed through an account.

13. "Account" means any bank account opened and/or maintained at your institutions by any of the named Plaintiffs and other members of the proposed Class(es).

14. As used herein, the words "pertaining to," "regarding," or "reflecting" shall mean: relating to, referring to, containing, concerning, describing, mentioning, constituting, supporting, corroborating, demonstrating, proving, evidencing, refuting, disputing, rebutting, controverting and/or contradicting.

15. Words in the singular include the plural, and vice versa, and the words "and" and "or" include "and/or." The past tense includes the present tense when the clear meaning is not distorted by the change of tense.

16. "Electronic Information" means and refers to all data, reports, and documents. It includes, but is not limited to, the equivalent information to the electronic information previously produced by You in this litigation (which related to the named plaintiffs' accounts), information and data from Your transaction settlement system, and information and data from the MA system, Impacs or IM, CMOD, First Data, Quinetix, the online banking system, the 3 reports, PMAO10003 Report Data, bcra reports, Statement Rendering, the 14 report, pim14ta reports, the 8 report, the Daily Trial Balance report/Daily Trial Report, the BCR report, the Accum. Tran Journal, OD notices, Fee Rebate System, Recovery Management System, account statements, system uncollectibles, KO system, structured data bases, datamarts, and data warehouses.

Podhurst Orseck, P.A.  4

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346  www.podhurst.com

17. "Authorizations" means and includes all information associated with the authorization of an item.

18. "Holds" means and includes all information associated with memo or credit holds, memo debits, or memo credits of any item.

19. "Balances" means and includes ledger balance, available balance, running balance or collected balance.

20. "Named Plaintiff" means and includes Carly A. Dwyer, Todd M. Mosser, Anne-Marie Mascaro, Gary L. Mazzadra, Gregory D. Carcaci, Lucy Nico, Paige Schwartzman, James E. Daniels, Kelli Herd, Leonardo Rubio, Christina Mattisz, Suzanne M. Hubbard, Ian McNulty.

## REQUESTS FOR PRODUCTION

REQUEST NO. 1: Produce in native format, all ELECTRONIC INFORMATION that refers and/or relates to all ITEMS, AUTHORIZATIONS, HOLDS and BALANCE for the ACCOUNT of each NAMED PLAINTIFF from January 1, 2002 to the present.

RESPONSE:

REQUEST NO. 2: Produce all DOCUMENTS necessary to use, query, sort, filter and interpret the ELECTRONIC INFORMATION identified and produced in response to REQUEST NO. 2. Such DOCUMENTS shall include, but are not limited to, a listing and detailed

Podhurst Orseck, P.A.  5

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

description of transaction codes and sub-codes, data field descriptors, code written and utilized to post transactions, manuals, sort order interpretation and descriptions and data value descriptions.

RESPONSE:

Dated: November 9, 2011.

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
500 E. Broward Blvd., No. 1930
Fort Lauderdale, FL 33394-3088
Tel: (954) 767-8908
Fax: (954) 764-1530

Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382
/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

*Co-Lead Counsel for Plaintiffs*

Podhurst Orseck, P.A.   6

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

Podhurst Orseck, P.A. 7

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346  www.podhurst.com

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
 BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
 BERNSTEIN L.L.P.
250 Hudson Street, 8th Floor
New York, NY 10013
Tel:  212-355-9500
Fax:  212-355-9592

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

*Plaintiffs' Executive Committee*

William J. Kayatta, Jr.
wkayatta@pierceatwood.com
Lucus A. Ritchie
lritchie@pierceatwood.com
Clifford H. Ruprecht
cruprecht@pierceatwood.com
Joshua D. Dunlap
jdunlap@pierceatwood.com
Pierce Atwood, LLP
One Monument Square
Portland, ME 04101

*Counsel of Record for Def., T.D. Bank, N.A.*

Podhurst Orseck, P.A.     9

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346     www.podhurst.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, I served the foregoing on counsel of record for the named defendant in the above-referenced action(s) by electronic mail and regular, first class mail.

Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

Podhurst Orseck, P.A.   10

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com