# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS:

*Jessica Duval v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-21080-JLK
N.D. Ill. Case No. 1:10-cv-00533

*Eric Daniels v. Citizens Financial Group, Inc.*
S.D. Fla. Case No. 1:10-cv-22014-JLK
D.Ma. Case No. 10-cv-10386

*Michael L. Blankenship v. RBS Citizens, N.A.*
S.D. Fla. Case no. 1:10-cv-22942-JLK
D. RI. Case No. 10-163S

## SUPPLEMENTAL DECLARATION OF GREGORY F. UDELL

I, Gregory F. Udell, declare as follows:

1. This declaration supplements my February 28, 2012, Declaration in Support of Defendants RBS Citizens, N.A.'s and Citizens Bank of Pennsylvania's Opposition to Plaintiffs' Motion for Class Certification.

2. In my February 22, 2012, deposition, counsel for Plaintiffs asked me the following questions and I gave the following answers:

Q. Do you have any expertise in the database management aspect of banking?

A. I would not consider myself an expert in database management.

Q. Okay. How about in data analysis? Do you have any -- hold any degrees or advanced training in data analysis?

A. No, I do not hold any degrees in that.

3. In answering the second question, I specifically answered the question whether I hold any degrees or advanced training in data analysis by stating that I do not hold any degrees in data analysis. I do, however, have extensive experience in data analysis.

4. In fact, about 75% of my published economic research involves working with large amounts of data and data analysis. Earlier in my career, I personally worked with large amounts of data and substantial databases for purposes of supporting my research and writing on banking and other economic subjects. In fact, for several of my papers in the early 1990s, I worked with some of the largest datasets in the Federal Reserve system. For example, my paper published on credit rationing in *The Journal of Political Economy* in 1992 was one of the first to conduct complex econometric analysis on a data set that exceeded one million observations using the Federal Reserve's main frame computer.

5. Like most economists of my vintage, I began studying and working as an economist when computer technology was relatively primitive and coursework on data management was not generally available. Therefore, I acquired the database skills to work with large datasets "on the job," as did most of my cohort group of economists.

6. I also have a considerable amount of formal training in data analysis, including statistics and econometrics. I continue to update these skills by keeping abreast of new analytical techniques.

7. More recently, I have relied on research assistants and junior economists to do the hands on work at my direction with the data and databases. I then check their work. This

division of labor enables me to focus my time on directing the analysis and interpreting the results. This is how I went about analyzing Citizens' transactional data in this case.

8. Given my extensive experience in working with large amounts of data and databases, I consider myself fully qualified to offer the opinions I have in this case concerning Citizens' transactional data and the reliability of Arthur Olsen's methodologies for working with that data.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of March, 2012, in Bloomington, Indiana.

_____
Gregory F. Udell