UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

## ORDER DENYING MOTIONS TO PROCEED IN FORMA PAUPERIS

THIS CAUSE comes before the Court upon Appellant-Objector Tevis R. Ignacio a/k/a Robin Hood's Motions to Proceed in Forma Pauperis [DE #75, 113, 2403]. Upon careful review of the record and being otherwise fully advised in the premises, it is hereby ORDERED, ADJUDGED, and DECREED that the above-styled motions be, and the same are hereby DENIED.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 16th day of March, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record