UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Faith Gordon v. Branch Banking & Trust Co.*
S.D. Fla. Case No. 1:09-CV-23067-JLK

## ORDER DEFERRING RULING ON DEFENDANT'S SECOND RENEWED MOTION TO COMPEL ARBITRATION AND PLAINTIFF'S MOTION FOR DISCOVERY

THIS CAUSE comes before the Court upon Defendant Branch Banking and Trust Co.'s ("BB&T") Second Renewed Motion to Compel Arbitration and Dismiss the Complaint (DE #2499), filed February 24, 2012, and Plaintiff's Motion to Defer Ruling on BB&T's Second Renewed Motion to Compel Arbitration to enable Plaintiff to conduct arbitration-related discovery (the "Discovery Motion") (DE #2507), filed February 27, 2012. Therein, and through subsequent notices of new authority (*see, e.g.*, DE #2535), the parties indicate that *Hough v. Regions Fin. Corp.*, which examines a similar arbitration provision under the same Georgia law that governs here, will be the subject of a petition for rehearing and/or rehearing *en banc* to the Eleventh Circuit.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the parties shall advise the Court of the status of the *Hough* petition for rehearing every sixty (60) days. Until resolution of the rehearing, the Court will defer ruling on the above-styled motions.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 21st day of March, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record