UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date March 26, 2012

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference ___   Status Conference _X_
Pre-Trial Conference ___    Motion Hearing ___

Counsel for Plaintiff: Robert Gilbert, Esq. Bruce Rogow, Esq. Aaron Podhurst, Esq. Stuart Grossman, Esq. John Gravante, III, Esq. Patrick J. Sheehan, Esq. (See Attachment for additional appearances)

Counsel for Defendant: William J. Kayatta, Jr., Esq. Lucas Richie, Esq. Clifford H. Ruprecht, Esq. (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: Plaintiff's Motion for Class Certification (D.E. #2256) (Robert Gilbert, Esq. - William J. Kayatta, Jr., Esq.)
- The Court finds that the motion be and the same is hereby - TAKEN UNDER ADVISEMENT