UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT   Case No. <u>09-2036 MDL-KING</u>
OVERDRAFT LITIGATION

Date   <u>March 26, 2012</u>

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

TYPE OF PROCEEDING:

Scheduling Conference___   Status Conference <u>X</u>
Pre-Trial Conference ___   Motion Hearing ___

Counsel for Plaintiff: <u>Robert Gilbert, Esq. Bruce Rogow, Esq. Aaron Podhurst, Esq. Stuart Grossman, Esq. John Gravante, III, Esq. Patrick J. Sheehan, Esq. (See Attachment for additional appearances)</u>

Counsel for Defendant: <u>William J. Kayatta, Jr., Esq. Lucas Richie, Esq. Clifford H. Ruprecht, Esq. (See attachment for additional appearances)</u>

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: Plaintiff's Motion for Class Certification (D.E. #2256) (Robert Gilbert, Esq. - William J. Kayatta, Jr., Esq.)
- The Court finds that the motion be and the same is hereby - TAKEN UNDER ADVISEMENT

Page 1 of 1

# PLEASE PRINT LEGIBLY

Page 1

09-2036-MDL                          MARCH 26, 2012

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Richard Golomb | Golomb Honik | 215 985-9177 | Class Counsel |
| Darryl May | Ballard Spahr | 215 864-8103 | PNC |
| Kathryn Meyers | Lewis Tein | (305) 442-1101 | PNC |
| David Adler | Jones Day | (216) 586-1344 | RBS Citizens |
| Chad Readler | Jones Day | 614-281-3891 | RBS Citizens |
| Barry Davidson | Hunton | 305 810 2539 | Wells |
| Cliff Ruprecht | Pierce Atwood | 207 791 1100 | TD Bank |
| Lucus Ritchie | " | " | " |
| William Kayatta | " | " | " |
| Aaron Podhurst | Podhurst Orseck | 305 358-2800 | Plaintiffs Counsel |
| John Gravante | " | " | " |
| Bruce Rogow | Bruce Rogow PA | 954 367-8909 | |
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs |
| John Cooney | Arnstein & Lehr | 954-713-7620 | KeyBank |

# PLEASE PRINT LEGIBLY

Page 2

09-2036-MDL                                MARCH 26, 2012

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Jamie Isani | Hunton + Williams | 305-810-2500 | Wells Fargo |
| Eric Bosset | C+B | 202-662-5606 | Wells Fargo |
| Greg Cook | Balch & Bingham | 2052263426 | Compass Bank |
| Tricia Duthiers | Leibler Gonzalez & Portuondo | 3053750400 | Bank of America |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |