UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT | ) |
| OVERDRAFT LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| *Fourth Tranche* | ) |
| _____ | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *Shane Swift v. BancorpSouth, Inc.,*[1] | ) |
| S.D. Fla. Case No. 1:10-cv-23872-JLK | ) |
| _____ | ) |

BANCORPSOUTH BANK'S  NOTICE OF SETTLEMENT AND MOTION TO STAY
AND SUSPEND SCHEDULING ORDER PERTAINING TO FOURTH TRANCHE
CASES AS TO DEFENDANT BANCORPSOUTH BANK

Defendant BancorpSouth Bank ("BancorpSouth") notifies the Court that the Honorable Robert T. Dawson of the United States District Court for the Western District of Arkansas has certified, for settlement of overdraft fee claims, a nationwide class of BancorpSouth customers that includes the putative class members for the above-captioned action (the "Swift Action").[2] Specifically, the settlement class includes: "All Persons in the United States who currently have or in the past had a BancorpSouth Account on which at least one NSF Fee or OD Fee was

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (DE #994).

[2] A copy of Judge Dawson's March 26, 2012 order certifying the settlement class (the "Certification Order") is attached hereto as Exhibit A. *Thomas, et al. v. BancorpSouth Bank, et al.*, 1:12-cv-1016-RTD (W.D. Ark.) (DE# 22).

charged and collected during the Class Period."[3] The Class Period is "the period between May 1, 2004 through and including December 31, 2011." Consequently and consistent with the Court's treatment of other overdraft fee class settlements, BancorpSouth asks the Court to stay all class-related proceedings in this action and suspend all class-related portions of the Court's Scheduling Order Pertaining to "Fourth Tranche" Cases [DE #1340] as they pertain to BancorpSouth.

This Court has granted stays and/or suspended the scheduling order applicable to defendant banks when other settlements have been announced. This Court suspended the Scheduling Order Pertaining to "Fifth Tranche" Cases [DE #1861] based on the Notice of Settlement filed on November 23, 2011 related to Defendant Bank of Oklahoma, N.A. [DE #21831]. This Court suspended the Order Pertaining to "Fourth Tranche" Cases [DE #1340] based on the Notice of Settlement filed on November 28, 2011 related to Defendant Associated Bank [DE #2182], the Notice of Settlement filed on December 19, 2011 related to Defendant Great Western Bank [DE #2293], the Notice of Settlement filed on December 20, 2011 related to Defendant Harris Bank [DE #2312], and the Notice of Settlement filed on December 27, 2011 related to Defendant Commerce Bank [DE #2340]. This Court also issued an order suspending the scheduling order related to Defendant JPMorgan Chase Bank, N.A. based on a Notice of Anticipated Settlement [DE #2458].[4]

---

[3] The putative Swift Action class, defined as "All BancorpSouth Bank customers in the United States who, within the applicable statute of limitations preceding the filing of this action to August 13, 2010 (the "Class Period"), maintained a non-commercial account, and incurred an overdraft fee as a result of BancorpSouth's practice of re-sequencing debit card transactions from highest to lowest dollar amount," is subsumed within the certified settlement class. *See* Swift Action motion for class certification [DE # 2271, p. 1.]

[4] The Court also stayed proceedings related to U.S. Bank National Association to allow for mediation between the parties [DE #2417].

In addition, this Court stayed all discovery and class-related proceedings for Defendant National City Bank in a situation analogous to the posture of the Swift Action. Specifically, the United States District Court for the District of Columbia entered an order preliminarily approving a class subsuming the National City class pending in the MDL. This Court granted a stay and required the parties to notify the Court when final approval of the proposed settlement was reached [DE #2138]. All of these orders demonstrate that this Court recognizes that a settlement of the issues raised in this MDL – whether settled in this Court or elsewhere – justifies staying further proceedings here.

Given that a settlement class has now been certified for BancorpSouth customers to address the very claims at issue in this civil action, the Court should, consistent with its treatment of similar settling defendant banks, enter an order staying all class-related proceedings in this matter and suspending all class-related portions of the Court's Scheduling Order Pertaining to "Fourth Trance" Cases (DE #1340) as they pertain to BancorpSouth. A proposed order for the Court's consideration is attached as Exhibit B.

Respectfully submitted this 27th day of March, 2012.

PARKER, HUDSON, RAINER & DOBBS LLP

*/s/ Eric Jon Taylor*
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile: (404)522-8409

*Counsel for Defendant BancorpSouth Bank*

## <u>CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)(A)</u>

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with Plaintiff's counsel in a good faith effort to resolve the issues but has been unable to resolve the issues.

Respectfully submitted this 27th day of March, 2012.

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Eric Jon Taylor*
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile: (404)522-8409

*Counsel for Defendant BancorpSouth Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 27th day of March, 2012.

*/s/ Eric Jon Taylor*
Eric Jon Taylor

2316695_1