# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**MELVIN L. THOMAS III and BILLY D. LAWSON, Jr.**
on behalf of themselves and all others similarly
situated                                                                                    **PLAINTIFFS**

vs.                                   Case No. 1:12-cv-1016

**BANCORPSOUTH BANK and**
**BANCORPSOUTH, INC.**                                                **DEFENDANTS**

_____

**UNOPPOSED MOTION AND REQUEST FOR HEARING**
_____

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Melvin Thomas III and Billy D. Lawson, Jr., on behalf of themselves and all others similarly situated ("Plaintiffs") file this Unopposed Motion and Request for Hearing seeking certification of a settlement class, preliminary approval of a class action settlement, approval of the notice plan to provide absent class members notice of the class action settlement, and scheduling a date for a final fairness hearing. In support, Plaintiffs state as follows:

1. The proposed settlement is fair as it is the result of serious, informed and non-collusive negotiations conducted at arm's length and among experienced counsel, with the assistance of experienced mediators.

2. The proposed settlement is also reasonable and adequate because it provides reasonable and adequate consideration to the proposed settlement class under the circumstances and considering the strengths and weaknesses of the case, and the delay, expense and risk of continued litigation.

3.   The settlement class members as defined in the Settlement Agreement and Release, are clearly identified and the definition comports in all respects with Federal Rule of Civil Procedure 23.

4.   The proposed settlement falls within the range of reasonableness for final approval and hence, there is cause to notify the settlement class of the settlement.

5.   Although Defendants BancorpSouth Bank and BancorpSouth, Inc. (collectively, "BancorpSouth") deny any wrongdoing alleged by Plaintiffs, they do not oppose the relief sought by this motion.

WHEREFORE, based on this Unopposed Motion, supporting materials and evidence to be submitted at the hearing, and the arguments of counsel to be presented at the hearing, Plaintiffs move for the following:

(i)   Preliminary certification of a class for settlement purposes only;

(ii)   Preliminary approval of the proposed settlement;

(iii)   Approval of the notice plan and authorizing the dissemination of notice;

(iv)   Appointment of a notice administrator and a claims administrator;

(v)   An Order setting forth dates and procedures for a final fairness hearing on the proposed settlement, such hearing to be scheduled for no more than 100 days from March 22, 2012;

(vi)   An Order setting forth the procedure and deadlines for class members to request exclusion from the class, to file objections and to appear at the fairness hearing;

(vii)   Appointment of settlement class counsel and settlement class representatives; and

(viii)   The issuance of any related orders that the Court deems just and appropriate.

DATED:  March 16, 2012                    **EMERSON POYNTER LLP**


/s/ Will T. Crowder
Scott E. Poynter (AR #90077)
Christopher D. Jennings (AR #2006306)
William T. Crowder (AR #2003138)
Corey D. McGaha (AR#2003047)
500 President Clinton Ave
Suite 305
Little Rock, AR 72201
Phone:  (501) 907-2555
Fax:  (501) 907-2556

John G. Emerson (AR #2008012)
**EMERSON POYNTER LLP**
830 Apollo Lane
Houston, TX 77058
Phone: (281) 488-8854
Fax:  (281) 488-8867

Attorneys for Plaintiffs and the Putative Class

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2012, a true and correct copy was served upon the following:

    Floyd M. Thomas, Jr.
    THOMAS & HICKEY, L.L.P.
    423 North Washington Avenue
    El Dorado, AR 71730

    Eric Jon Taylor
    William J. Holley, II
    PARKER, HUDSON, RAINER & DOBBS LLP
    1500 Marquis Two Tower
    285 Peachtree Center Avenue N.E.
    Atlanta, GA 30303

    Walter B. Cox
    COX, COX & ESTES PLLC
    75 North East Avenue, Suite 400
    P.O. Drawer 878
    Fayetteville, AR 72701

    Gary R. Burbank
    BURBANK, DODSON & BARKER PLLC
    215 North Washington Avenue
    El Dorado, AR 71730

Counsel for Defendants BancorpSouth Bank and BancorpSouth, Inc.

                                            /s/ Will T. Crowder
                                            Will T. Crowder