# EXHIBIT I

# WEBB, KLASE & LEMOND, L.L.C.

ATTORNEYS AT LAW

1900 THE EXCHANGE, S.E. • SUITE 480 • ATLANTA, GEORGIA 30339

(770) 444-9325 • (770) 444-0271 (facsimile)

| Author's Direct Dial: | Email Address: |
|---|---|
| (770) 444-9594 | FLemond@WebbLLC.com |

March 28, 2012

**VIA CM/ECF SYSTEM**
Mr. Jeffrey N. Luthi, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002

Re:   In Re: Checking Account Overdraft Litigation
      Master Docket No. 1:09-md-2036 (S.D. Fla. – Judge James Lawrence King)
      Potential "Tag-Along Action"

Dear Mr. Luthi:

I am writing you on behalf of Plaintiffs' Lead Counsel and the Plaintiffs' Executive Committee in MDL No. 2036. Pursuant to Panel Rule 7.1(a), we are notifying the Panel regarding a potential "tag-along action" related to *In Re: Checking Account Overdraft Litigation*. The case styled *Thomas v. BancorpSouth Bank*, Case No. 1:12-cv-01016-RTD (W.D. Ark. Feb. 28, 2012), involves similar questions of law and fact with respect to the assessment of overdraft fees on checking accounts by BancorpSouth Bank as did other cases that have previously been transferred to the Southern District of Florida. Copies of the operative complaint and docket sheet in the *Thomas* action are enclosed herewith.

While we are aware that the Panel suspended Rule 7.1 as to this MDL proceeding, this is not a situation where a case against a new defendant bank is being tagged for inclusion in the MDL, thereby expanding the scope of this proceeding. Rather we are only attempting to have a recently filed case against a bank that is already included in the MDL transferred. Such a result is warranted under the circumstances here, where a consolidated amended complaint against BancorpSouth Bank has been filed (DE # 998 in Case No. 09-md-2036-JLK (S.D. Fla.)), and Plaintiffs' Motion for Class Certification is currently pending. *See* DE # 2414 in Case No. 09-md-2036-JLK (S.D. Fla.). Given the advanced nature of the existing case against BancorpSouth already in MDL No. 2036, it would be truly wasteful to allow *Thomas* to proceed outside of the MDL. The case should be promptly transferred to MDL No. 2036.

Mr. Jeffrey N. Luthi
March 28, 2012
Page 2 of 3

      Thank you for your consideration of this matter. If you need any additional information regarding this request, please do not hesitate to contact me.

                        Respectfully yours,

                        *s/ G. Franklin Lemond, Jr.*

                        G. Franklin Lemond, Jr.

GFL/ss

Enclosures

cc:     Christopher D. Jennings, Esq.
         Corey D. McGaha, Esq.
         John G. Emerson, Esq.
         Scott E. Poynter, Esq.
         William T. Crowder, Esq.
         EMERSON POYNTER LLP
         500 President Clinton Avenue
         Suite 305
         Little Rock, Arkansas 72201

         *Counsel for Thomas*

         Elizabeth A. Loyd, Esq.
         Eric J. Taylor, Esq.
         William J. Holley, II, Esq.
         PARKER HUDSON RAINER DOBBS LLP
         1500 Marquis Two Tower
         285 Peachtree Center Avenue NE
         Atlanta, Georgia 30303

         Floyd M. Thomas, Jr., Esq.
         COMPTON, PREWETT, THOMAS & HICKEY
         423 North Washington
         El Dorado, Arkansas 71730-5615

         *Counsel for BancorpSouth Bank*

Mr. Jeffrey N. Luthi
March 28, 2012
Page 3 of 3

    Robert C. Gilbert, Esq.
    GROSSMAN ROTH, P.A.
    2525 Ponce de Leon Blvd.
    Suite 1150
    Coral Gables, Florida 33134

    *Plaintiffs' Coordinating Counsel in MDL No. 2036*

    Barry Davidson, Esq.
    HUNTON & WILLIAMS, LLC
    1111 Brickell Avenue
    Suite 2500
    Miami, Florida 33131-3136

    *Defendants' Liaison Counsel in MDL No. 2036*