UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**ORDER SETTING
HEARING RE: MOTION TO STAY AND
EMERGENCY MOTION TO ENJOIN
COPYCAT CASE (D.E. #2602 and 2603)**

THIS MATTER comes before the Court upon Bancorpsouth Bank's Notice of Settlement and Motion to Stay and Suspend Scheduling Order Pertaining to Fourth Tranch Cases as to Defendant Bancorpsouth Bank (D.E. #2602), filed on March 27, 2012 and Plaintiff's Opposition of Notice of Settlement and Motion to Stay and Suspend Scheduling Order Pertaining to Fourth Tranch Cases as to Defendant Bancorpsouth Bank and Plaintiff's Emergency Motion to Enjoin Copycat Case Under the All Writs Act and Incorporated Memorandum of Law (D.E. #2603), filed on March 29, 2012. After careful review and being fully advised in the premises thereof,

IT IS ORDERED and ADJUDGED that this case is hereby set for **Oral Argument re: Motion the aforementioned Motions** on Wednesday, **April 18, 2012, at 10:30 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 2nd day of April, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record