UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT  )
OVERDRAFT LITIGATION  )
  )
MDL No. 2036  )
*Fourth Tranche*  )
_____ )
  )
THIS DOCUMENT RELATES TO:  )
  )
*Shane Swift v. BancorpSouth, Inc.,*  )
S.D. Fla. Case No. 1:10-cv-23872-JLK  )
_____  )

**SUPPLEMENT TO BANCORPSOUTH'S OPPOSITION
TO PLAINTIFF'S EMERGENCY INJUNCTION MOTION AND
REPLY IN SUPPORT OF MOTION TO STAY CLASS PROCEEDINGS**

Defendant BancorpSouth Bank ("BancorpSouth") hereby supplements its Opposition to Plaintiff's Emergency Injunction Motion and Reply in Support of Motion to Stay Class Proceedings (the "Response") (MDL Doc. 2605). As referenced in footnotes 2 and 3 of the Response, BancorpSouth supplements the Response with mediator declarations and the settlement hearing transcript. The declaration of Frank S. Hamlin is attached as <u>Exhibit J</u>, the declaration of Chris Gomlicker is attached as <u>Exhibit K</u>, and the settlement hearing transcript is attached as <u>Exhibit L</u>.

Respectfully submitted this 4th day of April, 2012.

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Eric Jon Taylor*
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile: (404)522-8409

*Counsel for Defendant BancorpSouth Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 4th day of April, 2012.

                                            */s/ Eric Jon Taylor*
                                            Eric Jon Taylor

2333294_1