<u>Exhibit K</u>

[*attached hereto*]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

Shane Swift v. BancorpSouth, Inc.
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

## DECLARATION OF CHRIS GOMLICKER

1. I, Chris Gomlicker, am a mediator providing mediation services through Hamlin Dispute Resolution, LLC, located at 823 W. Markham Street, Suite 100, Little Rock, Arkansas.

2. I was retained, through Hamlin Dispute Resolution, LLC, to provide mediation services by the parties in the currently styled action, *Thomas, et al. v. BancorpSouth Bank, et al.*, United States District Court, Western District of Arkansas, El Dorado Division, Case No. 1:12-CV-1016 (hereafter, "Thomas Action").

3. On January 16, 2011, I conducted a seven (7) hour mediation with the parties' counsel in the Thomas Action. The mediation was conducted confidentially, and counsel for the parties signed a mediation and a confidentiality agreement. As is my normal practice, I also signed the same agreements.

4. I have read Plaintiff's Opposition to Notice of Settlement and Motion to Stay and Suspend Scheduling Order Pertaining to Fourth Tranche Cases as to BancorpSouth, Inc. and BancorpSouth Bank, and Plaintiff's Emergency Motion to Enjoin Copycat Case Under the All Writs Act and Incorporated Memorandum of Law, which was filed in the above-styled action on March 29, 2012 and has a Docket Number of 2603 (hereafter, "Plaintiff's Opposition").

5. Plaintiff's Opposition suggests that the Thomas Action was settled in a collusive fashion. I provide this declaration in response to that suggestion.

6. I have been involved in hundreds of mediations or settlement conferences over the last 15 years either as an attorney or as the mediator and I did not sense any settlement in "collusive fashion". To the contrary, the parties counsel engaged in the typical separate-caucus type mediation for seven (7) hours, working through numerous issues, agreeing on some issues while disagreeing on others, pushing for their respective positions and the rationale for same, until a proposed resolution was reached.

7. I declare under penalty of perjury of the laws of Florida and the United States that the foregoing is true and correct, and that this declaration was executed in Conway, Arkansas on April 2nd, 2012

_____  4-2-2012
CHRIS GOMLICKER