UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCE ACTION

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

[██████] ORDER GRANTING JOINT MOTION TO CONTINUE SUSPENDED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND CAPITAL ONE'S MOTION TO EXCLUDE EXPERT TESTIMONY PENDING MEDIATION

THIS MATTER having come before the Court on Plaintiffs' and Defendant Capital One, N.A.'s ("Capital One") (collectively, the "parties"), Joint Motion to Suspend Briefing Schedule on Plaintiffs' Motion for Class Certification and Capital One's Motion to Exclude Expert Testimony from Plaintiffs' Expert Witness Arthur Olsen. For good cause shown, it is hereby ORDERED AND ADJUDGED that:

1. The briefing schedule for Plaintiffs' Motion for Class Certification (filed under seal) and Capital One's Motion to Exclude Expert Testimony from Plaintiffs' Expert Witness Arthur Olsen (DE #2454) will continue to be temporarily suspended pending mediation.

2. The parties shall promptly notify the Court if the May 8, 2012 mediation described in their joint motion is successful.

3. In the event mediation is not successful, Plaintiffs shall file (1) their reply in support of their motion for class certification and (2) their opposition to Capital One's motion to

exclude expert testimony on or before May 28, 2012. Capital One shall file its reply in support of its motion to exclude expert testimony on or before June 11, 2012.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 4th day of April, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record