UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Simmons, et al. v. Comerica Bank*
N.D. Tex. Case No. 3:10-cv-326-0
S.D. Fla. Case No. 1:10-cv-22958

## [PROPOSED] ORDER GRANTING JOINT MOTION TO TEMPORARILY SUSPEND CLASS CERTIFICATION PROCEEDINGS PENDING MEDIATION

THIS CAUSE came before the Court on Plaintiffs and Defendant Comerica Bank (collectively, the "Parties") Joint Motion to Temporarily Suspend Class Certification Proceedings Pending Mediation. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. All proceedings relating to the following motions currently pending in this action are temporarily suspended:

   a. Plaintiffs' Motion for Class Certification;

   b. Plaintiffs' Motion to Strike the Declarations and Testimony of Comerica Bank's Experts Arthur P. Baines and J. Michael Dumond; and

   c. Comerica Bank's Motion to Exclude Testimony of Plaintiffs' Expert Arthur Olsen.

2. The Parties will immediately notify the Court if the mediation scheduled for May 23, 2012 is successful.

3. In the event mediation is not successful, on or before June 5, 2012, Comerica shall file its Opposition to Plaintiffs' Motion to Strike the Declarations and Testimony of Comerica Bank's Experts Arthur P. Baines and J. Michael Dumond. In the event mediation is not successful, Plaintiffs' shall file their Reply in Support of Motion to Strike the Declarations and Testimony of Comerica Bank's Experts Arthur P. Baines and J. Michael Dumond on or before June 12, 2012.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 9th day of April, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record

2