UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Brown v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:10-24147-JLK
E.D. Wash. Case No. 2:10-00356-RMP

[▇▇▇▇▇▇▇] ORDER GRANTING JOINT MOTION TO CONTINUE
TEMPORARY SUSPENSION OF BRIEFING SCHEDULE PENDING MEDIATION

THIS CAUSE having come before the Court on Plaintiffs' and Defendant U.S. Bank National Association's ("U.S. Bank") (collectively, the parties), Joint Motion to Continue Suspending Briefing Schedule on U.S. Bank's pending motion to compel arbitration and stay proceedings. For good cause shown, it is hereby ORDERED AND ADJUDGED that:

1. The briefing schedule for U.S. Bank's pending motion to compel arbitration and stay proceedings (DE # 1406) will continue to be temporarily suspended pending mediation.

2. The parties shall promptly notify the Court if the May 10, 2012 mediation described in their joint motion is successful.

4. In the event mediation is not successful, the parties shall file simultaneous supplemental briefs on U.S. Bank's pending motion to compel arbitration and stay proceedings on or before June 29, 2012, and simultaneous responsive briefs on or before July 13, 2012.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 12th day of April, 2012.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record