UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT         Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION
                                Date    April 16, 2012

                                JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: William Romanishin

**TYPE OF PROCEEDING:**

Scheduling Conference___         Status Conference X
Pre-Trial Conference ___         Motion Hearing ___

Counsel for Plaintiff: Steven Owings, Esq.   Brent Walker, Esq. (See Attachment for additional appearances)

Counsel for Defendant: Thomas Meeks, Esq.  Avi Kaufman, Esq. (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: Final Approval of Settlement Hearing held (D.E. #2008)
- The Court finds that there are no Objectors present at this hearing
- The Court finds that the amount of the Settlement is reasonable and the motion be and the same is hereby - **APPROVED**
- The parties shall prepare and submit a proposed order Approving the Settlement

# PLEASE PRINT LEGIBLY

09-2036-MDL     April 16, 2012     Page 1

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Jeff Ostrow | Kopelowitz Ostrow | 954-525-4100 | Gisela Eivet |
| Ton Meeks | Culton fields | 305 530 0050 | IBERIABANK |
| Avi Kaufman | Culton fields | " | IBERIABANK |
| Alan G. Greer | Richman Greer | (305) 373-4010 | Union Bank |
| Jamie Isani | Hunton & Williams | 305.810.2500 | Wells Fargo |
| Bryce Alba | Reeder & Reeder | 561.575.9721 | Compass |
| Steven Owings | Owings Law Firm | (501) 661-9999 | David Sacher et al |
| Brent Walker | Carter Walker | 501-605-1346 | David Sacher et al |
| Ailyn Pupowski | VM Diaz and Partners | 305 704-3200 | |
| Bob Josefsberg | Podhurst Orseck | 3053582800 | PEC |