## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 09-MD-02036-JLK

| | |
|---|---|
| _____ | ) |
| | ) |
| IN RE: CHECKING ACCOUNT | ) |
| OVERDRAFT LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| _____ | ) |
| | |
| _____ | |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| *Childs v. Synovus Bank,* | ) |
| N.D. Ga. Case No. 1:10-CV-03027-ODE | ) |
| | ) |
| _____ | ) |

### DEFENDANTS' NOTICE OF PENDING ACTION

Pursuant to Southern District of Florida Local Rule 3.8, Defendants Synovus

Bank, Synovus Financial Corporation, and Columbus Bank and Trust Company,

by their undersigned counsel, hereby provide notice of a pending putative class

action pending against Defendant Synovus Bank.  The putative class action, *Green

et al. v. Synovus Bank*, Civil Action File No. 4:12-cv-27-CDL, is pending in the

United States District Court for the Middle District of Georgia, Columbus

Division.

LEGAL02/33238483v1

Respectfully submitted, this 16th day of April, 2012.

/s/ Steven M. Collins
Steven M. Collins
Georgia Bar No. 178825
Christopher A. Riley
Georgia Bar No. 605634

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Phone: (404) 881-7000
Fax: (404) 881-7777
steve.collins@alston.com
chris.riley@alston.com

William L. Tucker
Georgia Bar No. 718050
PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.
Synovus Centre
1111 Bay Avenue, 3rd Floor
Columbus, Georgia 31901
Phone: (706) 243-5604
Fax:   (706) 596-9992
wlt@psstf.com

Stephen M. Colangelo
(admitted pro hac vice)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, D.C.  20006-1888
Phone: (202) 887-1500
Fax: (202) 887-0763
scolangelo@mofo.com

Attorneys for Defendants

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the within and

foregoing **Defendants' Notice of Pending Action** with the Clerk of Court using

the CM/ECF system.  I also certify that the foregoing document is being served

this day on all parties or counsel of record via transmission of Notices of

Electronic Filing generated by CM/ECF.

This 16th day of April, 2012.

/s/ Steven M. Collins

LEGAL02/33238483v1