UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
  )
MDL No. 2036 )
Fourth Tranche )
_____)
  )
THIS DOCUMENT RELATES TO: )
  )
Shane Swift v. BancorpSouth, Inc., )
S.D. Fla. Case No. 1:10-cv-23872-JLK[1] )
_____ )

## NOTICE OF FILING

In its Notice of Settlement and Motion to Stay and Suspend Scheduling Order Pertaining to Fourth Tranche Cases as to Defendant BancorpSouth, filed with the Court on March 27, 2012 [DE# 2602], BancorpSouth notified the Court of another case filed against it in which a class was certified and a settlement preliminarily approved, *Thomas et al. v. BancorpSouth Bank, et al*, 1:12-cv-1016-RTD in the United States District Court for the Western District of Arkansas.

BancorpSouth submits the following April 13, 2012 filing in the *Thomas* action:

- Docket Entry No. 35: Notice by Billy D. Lawson, Jr.,. Melvin L. Thomas, III and Filing of Affidavit of Jenny Penning Regarding the Provision of

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint [DE# 994].

Settlement Class Action Notification to Members of the Settlement Class and exhibits (attached as Exhibit 1).

Respectfully submitted this 16th day of April, 2012.

        **PARKER, HUDSON, RAINER & DOBBS LLP**

By: */s/ Eric Jon Taylor*
    Eric Jon Taylor (GA Bar #699966)
    William J. Holley, II (GA Bar #362310)
    *Admitted pro hac vice*

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
Telephone: (404) 420-5300
Facsimile: (678) 533-7791
Email: etaylor@phrd.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 16th day of April, 2012.

*/s/ Eric Jon Taylor*
Eric Jon Taylor

2342585_1