UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-2036-JLK

The attached hand-written document
has been scanned and is also available in the
SUPPLEMENTAL PAPER FILE

Court-Ordered Legal Notice
CLAIMS ADMINISTRATOR
PO BOX 2425
FARIBAULT, MN 55021-9125

Important Notice About Bank Of America Settlement

RUTH MORALES
7131 SILVER LAKE BLVD APT
ALEXANDRIA VA 22315

Ruth Morales
Apt. 227
7131 Silver Lake Blvd.
Alexandria, VA 22315-3210

09-2036-MD-JLK

March 29, 21

Dear S:

I don't received yet the amount overdraft the Bank of America was taking off or from my account.

Realy I need my money back, I have to pay Dentist, by new glasses after my surgery "Cataratas" of my eyes and I will have another surgery. Please take my problems and answer me as soon possible.

Sincerely, Afemt.

Ruth Morales

RM

E. MAIL: ruthm13@clear.net.

FILED by ___ D.C.
APR 18 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. — MIAMI

## LOS ABOGADOS QUE LO REPRESENTAN

### 13. ¿Tengo un abogado en este caso?

El Tribunal ha asignado como "Abogado del Grupo" a abogados para que lo representen a usted y a otros Miembros del Grupo, entre los que se cuentan:

| Michael Sobol<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | David Stellings<br>Lieff Cabraser Heimann & Bernstein, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013 | Bobby Gilbert<br>Grossman Roth, P.A.<br>2525 Ponce de Leon Boulevard<br>Suite 1150<br>Miami, FL 33134 |
|---|---|---|

Los Abogados del Grupo lo representarán a usted y a los demás Miembros del Grupo. Estos abogados no le cobrarán. Si desea estar representado por su propio abogado, puede contratar uno y responsabilizarse por los gastos pertinentes.

### 14. ¿Cómo se les pagará a los abogados?

Los Abogados del Grupo tienen la intención de solicitar un máximo de 30 por ciento del dinero que quede en el Fondo del Acuerdo, luego de que se abonen los gastos, en concepto de honorarios y costas. Los honorarios fijados por el Tribunal serán sufragados por el Fondo del Acuerdo. El Tribunal determinará la cantidad de honorarios a conceder. Los Abogados del Grupo también solicitarán que hasta $5,000 por cada demandante, o $2,500 por cada demandante (para las parejas casadas en las que ambos cónyuges son los demandantes), se paguen del Fondo de Compensación a los 32 Representantes del Grupo por sus servicios como representantes en nombre de todo el Grupo.

## CÓMO OBJETAR EL ACUERDO

Usted puede decirle al Tribunal que no está de acuerdo con el Acuerdo o parte del mismo.

### 15. ¿Cómo le hago saber al Tribunal que no me agrada el Acuerdo?

Si usted es miembro del Grupo del Acuerdo, podrá objetar una parte del Acuerdo, el Acuerdo completo y/o el pedido de los Abogados del Grupo sobre honorarios y gastos. Para objetar, debe presentar una carta que incluya lo siguiente:

- Su nombre, domicilio y número telefónico;

- una declaración que exprese que usted objeta el Acuerdo del Bank of America de En relación con: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK;

- Los motivos por los que usted objeta el Acuerdo junto con todos los elementos de prueba;

- Información sobre las objeciones que usted o su abogado ha hecho en otros casos de acciones colectivas; y

- Su firma.

Una lista completa de los requisitos para objetar el Acuerdo se establecen en el Convenio del Acuerdo, en el párrafo 62.

Debe enviar la objeción al domicilio siguiente para que sea *recibida* por las personas mencionadas más adelante no después del **03 de octubre de 2011**:

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court for the Southern District of Florida<br>James Lawrence King Federal Justice Building<br>99 Northeast Fourth Street<br>Miami, FL 33132 | Checking Account Overdraft Litigation<br>P.O. Box 2505<br>Faribault, MN 55021-9505 |
| Michael Sobol<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | David Stellings<br>Lieff Cabraser Heimann & Bernstein, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013 |
| Bobby Gilbert<br>Grossman Roth, P.A.<br>2525 Ponce de Leon Boulevard<br>Suite 1150<br>Miami, FL 33134 | Laurence Hutt<br>44th Floor<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844 |

### 16. ¿Cuál es la diferencia entre presentar una objeción y excluirse?

Presentar una objeción simplemente significa comunicarle al Tribunal que a usted no le agrada algo acerca del Acuerdo. Usted puede objetar el Acuerdo solamente si no se excluye de él. Excluirse del Acuerdo es indicarle al Tribunal que no quiere formar parte de él. Si se excluye del Acuerdo, no tiene fundamento para objetarlo porque ya no le afecta a usted.

### AUDIENCIA DE APROBACIÓN DEL ACUERDO POR PARTE DEL TRIBUNAL

El Tribunal llevará a cabo una audiencia para decidir si aprueba o no el Acuerdo y cualquier petición de honorarios y gastos. Usted puede asistir y puede pedir la palabra, pero usted no está obligado a hacerlo.

### 17. ¿Cuándo y dónde decidirá el Tribunal si aprobará el Acuerdo?

El Tribunal celebrará una Audiencia de Aprobación Definitiva el **07 de noviembre de 2011** a las 9:30 a.m., en el Tribunal de Distrito de EE.UU. del Distrito del Sur de Florida, División Miami, ubicado en James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132. La audiencia puede ser convocada para una fecha u hora distinta sin ninguna notificación adicional, por lo que es conveniente consultar el sitio web www.bofaoverdraftsettlement.com para saber las novedades sobre la Audiencia de Aprobación Definitiva. En esta audiencia, el Tribunal considerará si el Acuerdo es justo, razonable y adecuado. Además, el Tribunal considerará todo reclamo del Abogado del Grupo sobre los honorarios de los abogados y gastos. Si hay objeciones, el Tribunal las analizará en ese momento. Después de esta audiencia, el Tribunal decidirá si aprueba o no el Acuerdo. No sabemos cuánto tiempo llevará tomar estas decisiones.

### 18. ¿Tengo que asistir a la audiencia?

No. Los Abogados del Grupo contestarán las preguntas que el Tribunal pueda tener. Pero, usted puede asistir por su propia cuenta y gasto. Si envía una objeción, no tiene que presentarse en el Tribunal para hablar sobre la misma. Si usted envió su objeción por escrito a tiempo, al domicilio correcto, y cumplió con los otros requisitos exigidos en el párrafo 62 del Convenio del Acuerdo, el Tribunal la considerará. Puede también pagar su propio abogado para que asista, pero no es necesario.

¿Preguntas? Llame al 1-800-372-2390 o visite el sitio www.bofaoverdraftsettlement.com

6