UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S UNAUTHORIZED SUPPLEMENTAL RESPONSE AND OPPOSITION TO MOTION FOR CLASS CERTIFICATION

THIS CAUSE having come before the Court on Plaintiff's Motion to Strike Defendant's Unauthorized Supplemental Response and Opposition to Motion for Class Certification ("Motion") [DE #2637], and the Court having considered the Motion and other pertinent portions of the record, hereby ORDERS AND ADJUDGES that Plaintiff's Motion is GRANTED. Defendant's Supplemental Response and Opposition to Plaintiff's Motion for Class Certification [DE #2636] is stricken from the record in this action because of the violation of S.D. Fla. Local Rule 7.1(c).

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 18th day of April, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record