UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

## ORDER GRANTING PLAINTIFF'S MOTION TO TEMPORARILY FILE SUPPLEMENTAL DECLARATION OF JEFFREY M. OSTROW IN SUPPORT OF PLAINTIFF'S REPLY FOR HIS EMERGENCY MOTION TO ENJOIN COPYCAT CASE UNDER THE ALL WRITS ACT, UNDER SEAL

THIS CAUSE having come before the Court on Plaintiff's Motion to Temporarily File Supplemental Declaration of Jeffrey M. Ostrow in Support of Plaintiff's reply for His Emergency Motion to Enjoin Copycat Case Under the All Writs Act, Under Seal, and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that Plaintiff's Motion is GRANTED.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 18th day of April, 2012.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record