UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date        April 18, 2012

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference_X_
Pre-Trial Conference ___        Motion Hearing ___

Counsel for Plaintiff:Aaron Podhurst, Esq.  Robert Gilbert, Esq.
Peter R. Prieto, Esq.  Stuart Grossman, Esq.  Jeff Ostrow, Esq.
(attachment for additional appearances)

Counsel for Defendant: Eric J. Taylor, Esq.   William J. Holley,
II, Esq. See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- ■ Oral Argument held re: Defendants' Motion to Stay and Suspend Scheduling order Pertaining to BancorpSouth Bank (D.E. #2602) & Emergency Motion to Enjoin Copycat Case Hearing held (D.E. #2603)
- ■ The Court finds that the motion (D.E. #2602) be and the same is hereby **Denied**
- ■ Counsel for the Plaintiffs shall submit a proposed order

- The Court finds that the Emergency Motion to Enjoin Copycat Case (D.E. #2603) be and the same is hereby **<u>Granted</u>**.
- Plaintiffs' counsel shall submit a proposed order
- Additionally, the Court finds that the Ore Tenus Motion by Plaintiffs (requiring all parties to this MDL 2036 to comply with Local Rule 3.8.) Is hereby **<u>Granted</u>**
- Plaintiffs' counsel shall prepare a proposed order
- The Court also fins that if Plaintiffs wish to pursue the oral motion for Sanctions, they should put it in writing and the Court will consider it.

# PLEASE PRINT LEGIBLY

Page 1

09-2036 - MDL                          April 18, 2012

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Bill Holley | Parker, Hudson | 404.420.5544 | Bancorp South Bank |
| Eric Taylor | Parker, Hudson | 404.420.5506 | Bancorp South Bank |
| John Cooney | Arnstein & Lehr | (954) 713-7620 | KeyBank |
| Bryce Albu | Reeder & Reeder | (541)575-9721 | Compass |
| Peter Prieto | Podhurst | (305) 358-2800 | PHS |
| Aaron Podhurst | " | " " | PHS |
| David Stellings | Lieff Cabraser | 212-355-9800 | Plaintiffs |
| Steven Marks | Podhurst | 305-358-2800 | " |
| Jeff Ostrow | Kopelowitz Ostrow | 9-525-4100 | Plaintiffs |
| Jonathan Steinfeld | " | 9-525-4100 | Plaintiffs |
| James Braverman | Weber Gonzalez Paredo | (305) 415-3100 | Bank of America |
| Barry Davidson | Hunton | 810 2539 | Wells |
| JAMIE KANI | Hunton & WMS | 305-810-2500 | Wells Fargo |
| Kathryn Meyers | Lewis Tein | 305 442-1101 | PNC |

# PLEASE PRINT LEGIBLY

Page 2

09-2036 - MDL                              APRIL 18, 2012

| NAME | FIRM | PHONE NUMBER | CLIENT |
|------|------|--------------|--------|
| CHRISTOPHER CARVER | Akerman Senterfitt | 305-374-5600 | RBC BANK (USA) |
| Stephen Rosenthal | Podhurst Orseck | 305-358-2800 | TIS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |