**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:09-MD-02036-JLK**

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036<br>Fourth Tranche | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| Shane Swift v. BancorpSouth, Inc.,<br>S.D. Fla. Case No. 1:10-cv-23872-JLK[1] | ) ) ) |

## NOTICE OF FILING

Defendant BancorpSouth submits the following April 19, 2012 Notice filed in *Thomas et al. v. BancorpSouth Bank, et al*, 1:12-cv-1016-RTD in the United States District Court for the Western District of Arkansas.

- Docket Entry No. 37: Notice by Eric Jon Taylor (attached as Exhibit 1).

[SIGNATURE ON THE FOLLOWING PAGE]

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint [DE# 994].

Respectfully submitted this 19th day of April, 2012.

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: */s/ Eric Jon Taylor*
  Eric Jon Taylor (GA Bar #699966)
  William J. Holley, II (GA Bar #362310)
  *Admitted pro hac vice*

1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, GA 30303
Telephone:  (404) 420-5300
Facsimile:   (678) 533-7791
Email:  etaylor@phrd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 19th day of April, 2012.

*/s/ Eric Jon Taylor*
Eric Jon Taylor

2353464_1