UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*,
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

## RESPONSE TO BANCORPSOUTH BANK'S EMERGENCY MOTION FOR PERMISSION TO PROTECT BANCORPSOUTH'S JPML PROCEDURAL RIGHTS

Plaintiff Shane Swift ("Plaintiff") and Plaintiffs' Co-Lead Counsel, Plaintiffs' Coordinating Counsel and Plaintiffs' Executive Committee in MDL 2036 (collectively, the "PEC") respond to Defendant BancorpSouth Bank's Emergency Motion for Permission to Protect BancorpSouth's JPML Procedural Rights and Incorporated Memorandum of Law filed earlier today ("Emergency Motion"). [**DE # 2649**].

On April 18, 2012, following lengthy oral argument, the Court announced that it was granting Plaintiff's and the PEC's motion to enjoin BancorpSouth and its counsel from engaging in any further proceedings in the later-filed *Thomas* action, including proceedings relating to the proposed settlement in that action, under the All Writs Act and the "first-to-file rule." The written Order memorializing the Court's ruling has not yet been entered.[1] At the time of the

---

[1] Plaintiff and the PEC submitted a proposed Order Denying BancorpSouth's Motion to Stay and Granting Plaintiffs' Motion to Enjoin Copycat Action Under the All Writs Act this morning.

April 18 hearing, the Judicial Panel on Multidistrict Litigation ("JPML") had not yet issued Conditional Transfer Order CTO-44 ("CTO-44") pertaining to the copycat *Thomas* action. During the April 18 hearing, BancorpSouth's counsel argued – as they did before Judge Dawson in *Thomas* on March 26 – that *Thomas* would *never* be transferred to MDL 2036 based on the JPML's October 11, 2011 Order Suspending Panel Rule 7.1(a). The JPML has now done exactly what BancorpSouth's counsel said would *never* happen.

Having concluded that the chronology of events and the conduct of BancorpSouth and its counsel warrant enjoining further proceedings in *Thomas* under the All Writs Act and the "first-to-file rule," BancorpSouth should not now be permitted to circumvent this Court's injunction by moving to vacate CTO-44. BancorpSouth's likely opposition to the JPML's conditional transfer of *Thomas* would be yet another effort at forum shopping. Given BancorpSouth's conduct to date, it should not be granted a platform to oppose transfer before the JPML. *Thomas* should be immediately transferred by the JPML as a tag-along action, at which point this Court will have jurisdiction over all of the *Thomas* parties, and can preside over further proceedings in *Thomas* in tandem with the ongoing proceedings in the *Swift* action.

Based on the foregoing, Plaintiff and the PEC respectfully request that this Court deny the Emergency Motion and grant such other relief as it deems just and proper.

Dated:  April 23, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron S. Podhurst | /s/ Bruce S. Rogow |
| Aaron S. Podhurst, Esquire | Bruce S. Rogow, Esquire |
| Florida Bar No. 063606 | Florida Bar No. 067999 |
| apodhurst@podhurst.com | brogow@rogowlaw.com |
| Robert C. Josefsberg, Esquire | Bruce S. Rogow, P.A. |
| Florida Bar No. 40856 | Broward Financial Center |
| rjosefsberg@podhurst.com | 500 E. Broward Boulevard |
| Steven C. Marks, Esquire | Suite 1930 |
| Florida Bar No.  516414 | Fort Lauderdale, FL  33394 |
| smarks@podhurst.com | Tel: 954-767-8909 |
| Peter Prieto, Esquire | Fax: 954-764-1530 |
| Florida Bar No. 501492 | |
| pprieto@podhurst.com | |
| Stephen F. Rosenthal, Esquire | |
| Florida Bar No. 0131458 | |
| srosenthal@podhurst.com | |
| John Gravante, III, Esquire | |
| Florida Bar No. 617113 | |
| jgravante@podhurst.com | |
| PODHURST ORSECK, P.A. | |
| City National Bank Building | |
| 25 W. Flagler Street, Suite 800 | |
| Miami, FL 33130-1780 | |
| Tel: 305-358-2800 | |
| Fax: 305-358-2382 | |

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David M. Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 3855830
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

<div style="column-count:2">

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

</div>

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

C ASE N O. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596