UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*,
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

### ORDER GRANTING BANCORPSOUTH BANK'S EMERGENCY MOTION TO PURSUE JPML RIGHTS

Upon consideration of the Emergency Motion for Permission to Protect BancorpSouth's JPML Procedural Rights **[DE #2649]**, and recognizing that the short time period allowed for BancorpSouth to respond to CTO-44 requires emergency treatment of said motion to preserve federal procedural rights, it is **ORDERED, ADJUDGED and DECREED** that BancorpSouth's Motion is **GRANTED**. BancorpSouth and its counsel may act in response to CTO-44 as allowed by the JPML rules, but in all other respects the Court's April 18, 2012 injunction remains in effect.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 24th day of April, 2012.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record