UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Duval v. Citizens Financial Group, Inc.*
N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla. Case No. 1:10-cv-21080-JLK

*Daniels v. Citizens Financial Group, Inc.*
D. Mass. Case No. 10-cv-10386
S.D. Fla. Case No. 1:10-cv-22014-JLK

*Blankenship v. RBS Citizens, N.A.*
D.R.I. Case No. 10-cv-02718
S.D. Fla. Case No. 1:10-cv-22942-JLK

ORDER SUSPENDING SCHEDULING ORDER
PENDING FILING OF SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court based on the Joint Notice of Settlement filed on

April 25, 2012 by Plaintiffs and Defendants Citizens Financial Group, Inc., RBS Citizens, N.A.,

and Citizens Bank of Pennsylvania (collectively, "Citizens").   In the Notice of Settlement,

Plaintiffs and Citizens advise the Court that on April 19, 2012, they executed a Summary

Agreement that sets forth the material terms of the Parties' binding and enforceable agreement to

fully, finally and forever resolve, discharge, and release all rights and claims in, or that could

have been asserted in, the above referenced actions based on Citizens' payment of the sum of

One Hundred Thirty-Seven Million Five Hundred Thousand and 00/100 Dollars ($137,500,000.00) (the "Settlement"), subject to preliminary and final approval of the Settlement and dismissal of the Actions with prejudice by the Court. The parties further advise that the Settlement will be memorialized in a comprehensive written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within 45 days.

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** that the Scheduling Order [**DE #973**] entered on December 2, 2010, as it pertains to the above-captioned actions brought against Citizens only, is hereby **SUSPENDED** pending the filing of the proposed Settlement Agreement.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 26th of April, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     All Counsel of Record