UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Given v. Manufacturers and Traders Trust Company a/k/a/ M&T Bank*
No. 1:10-CV-20478-JLK

## ORDER DEFERRING RULING ON DEFENDANT'S SECOND RENEWED MOTION TO COMPEL ARBITRATION, GRANTING TIME TO CONDUCT LIMITED ARBITRATION-RELATED DISCOVERY

THIS CAUSE comes before the Court upon Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank's ("M&T") Second Renewed Motion to Compel Arbitration and Dismiss the Complaint [DE #2645], filed April 20, 2012, and Plaintiff's Motion to Defer Ruling on M&T's Second Renewed Motion to Compel Arbitration to enable Plaintiff to conduct arbitration-related discovery [DE #2655], filed April 25, 2012. Upon careful review of the record, and being otherwise fully advised, the Court concludes that limited arbitration-related discovery is appropriate. The discovery sought here is identical in most respects to the limited arbitration-related discovery permitted under this Court's Orders under similar circumstances. [*See, e.g.*, DE #1576, 1673, 1950, 1985, 2191]. The limited scope of this discovery is reasonable and useful in building a complete record essential to determining whether M&T's arbitration provision is unconscionable under Maryland law. Accordingly, it is

**ORDERED, ADJUDGED and DECREED** as follows:

1.	Plaintiff's Motion to Defer Ruling on Defendant's Second Renewed Motion to Compel Arbitration **[DE #2655]** is **GRANTED**.

2.	The Court sets **90 days** for the parties to conduct limited arbitration-related discovery as set out in Exhibits A, B, C and D of the above-styled motion.

3.	Ruling on the pending Second Renewed Motion to Compel Arbitration and Stay or Dismiss litigation filed by M&T Bank **[DE #2645]** is hereby reserved.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 26th of April, 2012.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:	All Counsel of Record