United States District Court
Southern District of Florida
Miami Division
Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO:<br>SECOND TRANCHE ACTION<br><br>*Given v. Manufacturers and Traders Trust Company a/k/a M&T Bank*<br>S.D. Fla. Case No.: 1-10-CV-20478-JLK | ))))))))))))))) |

### M&T BANK'S NOTICE OF INTENTION TO MOVE TO RECONSIDER

Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank, through its undersigned counsel, respectfully gives notice that it intends to move for reconsideration of the Court's Order Deferring Ruling on Defendant's Second Renewed Motion to Compel Arbitration, Granting Time to Conduct Limited Arbitration-Related Discovery (the "Order"), which was entered today. (ECF No. 2661).

Plaintiff's Motion to Defer Ruling on M&T Bank's Second Renewed Motion to Compel Arbitration was filed yesterday. (ECF No. 2655). Defendant opposes that motion, but has not had the opportunity to file a written response because the Court ruled on the motion so promptly, within one day of it having been filed.

Defendant will file its motion to reconsider by May 4, 2012.

Date:  April 26, 2012                               Respectfully submitted,

                                             */s/ James A. Dunbar*
James A. Dunbar (admitted *pro hac vice*)
Matthew R. Alsip (admitted *pro hac vice*)
Venable LLP
210 West Pennsylvania Avenue, Suite 500
Towson, Maryland 21204
410-494-6200 (telephone)
410-821-0147 (facsimile)
jadunbar@venable.com
mralsip@venable.com

John T. Prisbe (admitted *pro hac vice*)
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-244-7400 (telephone)
410-244-7742 (facsimile)
jtprisbe@venable.com

*Counsel for Manufacturers and Traders Trust Company a/k/a M&T Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2012, I filed a copy of M&T Bank's foregoing Notice of Intention to Move to Reconsider using the Court's CM/ECF system.

                                             */s/ Matthew R. Alsip*
Matthew R. Alsip

311356/1