# EXHIBIT 1

# TO

# COMPASS BANK'S POST-DISCOVERY SUPPLEMENTAL BRIEF IN SUPPORT OF RENEWED MOTION TO COMPEL ARBITRATION AND STAY

## DECLARATION OF MICHAEL BURNETTE

I, Michael Burnette, declare as follows:

1. I am over 21 years old and the matter set forth below are based upon my personal knowledge and the business records of Compass Bank.

2. I am currently employed at Compass Bank in Birmingham, Alabama as a Client Care Unit Manager. I have been employed at Compass Bank since 12/16/2002.

3. Compass routinely has waived a large amount of overdraft fees as a result of customers contacting Compass. Compass has not historically centrally tracked inquiries from customers requesting waivers of overdraft fees. Compass has recently begun using new software that can provide tracking information for recent time periods for some avenues of consumer inquiry. This software is primarily used by the Customer Care Unit ("CCU") of Compass. Inquires or complaints by customers which cannot be resolved by branch employees or employees in a call center are handled by the CCU; the CCU also normally receives written inquiries from consumers. Attached are four reports that, when totaled, provide the number of inquiries that reached the CCU which concerned such overdraft fees and whether such fees were waived (110,341 inquiries with at least 68,387 refunds, or 61.97%). These reports are true and correct copies of records of the business of Compass that are within my custody and control. Two of these reports indicate "tickets" that were entered by the CCU (one report concerned archived tickets and one concerns nonarchived tickets) (Compass-Arbitration001290 and 001291). Two more of these reports indicate "tickets" that were entered by branches or call centers and which were then escalated to the CCU (again split by archived and nonarchived data). (Compass-Arbitration001292-3 & 001294). The implementation of this software began in early 2009 and I believe it was fully implemented by the CCU by the end of July 2009.

1204908.1

4. I declare under penalty of the perjury laws of the United States that the foregoing is true and correct.

Date: 4/26/2012

_____
MICHAEL BURNETTE

# EXHIBIT 1

**Grand Totals - Tickets 863 - Tickets with Refunds:545**

**2009 - Total: 29 - With Refund: 4**

    March - **Total:** 2 - **With Refund:** 1
    April - **Total:** 4 - **With Refund:** 0
    May - **Total:** 4 - **With Refund:** 1
    June - **Total:** 3 - **With Refund:** 0
    July - **Total:** 16 - **With Refund:** 2

**2010 - Total: 244 - With Refund: 151**

    May - **Total:** 1 - **With Refund:** 0
    September - **Total:** 2 - **With Refund:** 0
    October - **Total:** 52 - **With Refund:** 24
    November - **Total:** 81 - **With Refund:** 48
    December - **Total:** 108 - **With Refund:** 79

**2011 - Total: 590 - With Refund: 390**

    January - **Total:** 98 - **With Refund:** 64
    February - **Total:** 71 - **With Refund:** 45
    March - **Total:** 86 - **With Refund:** 70
    April - **Total:** 66 - **With Refund:** 41
    May - **Total:** 68 - **With Refund:** 51
    June - **Total:** 80 - **With Refund:** 54
    July - **Total:** 79 - **With Refund:** 40
    August - **Total:** 42 - **With Refund:** 25

Compass-Arbitration 001290

**Tickets in the Archive keyed by CCU**
**Grand Totals - Tickets** 20,521  **- Tickets with Refunds:** 12,434

**2009 - Total:** 19,078 **- With Refund:** 11,442

    March **- Total:** 2,598 **- With Refund:** 1,565
    April **- Total:** 3,369 **- With Refund:** 2,050
    May **- Total:** 3,553 **- With Refund:** 2,154
    June **- Total:** 4,940 **- With Refund:** 3,037
    July **- Total:** 3,704 **- With Refund:** 2,136
    August **- Total:** 286 **- With Refund:** 147
    September **- Total:** 151 **- With Refund:** 87
    October **- Total:** 160 **- With Refund:** 89
    November **- Total:** 150 **- With Refund:** 83
    December **- Total:** 167 **- With Refund:** 94

**2010 - Total:** 1,443 **- With Refund:** 992

    January **- Total:** 191 **- With Refund:** 123
    February **- Total:** 148 **- With Refund:** 94
    March **- Total:** 135 **- With Refund:** 76
    April **- Total:** 151 **- With Refund:** 96
    May **- Total:** 131 **- With Refund:** 109
    June **- Total:** 158 **- With Refund:** 136
    July **- Total:** 212 **- With Refund:** 147
    August **- Total:** 169 **- With Refund:** 122
    September **- Total:** 100 **- With Refund:** 53
    October **- Total:** 48 **- With Refund:** 36

Compass-Arbitration 001291

**Tickets in Production escalated to CCU**
**Grand Totals - Tickets 24,358 - Tickets with Refunds: 13,765**

**2009** - Total: 140 - With Refund: 0

   July - Total: 59 - With Refund: 0

   August - Total: 42 - With Refund: 0

   September - Total: 13 - With Refund: 0

   October - Total: 7 - With Refund: 0

   November - Total: 10 - With Refund: 0

   December - Total: 9 - With Refund: 0

**2010** - Total: 7,609 - With Refund: 4,262

   January - Total: 13 - With Refund: 0

   February - Total: 9 - With Refund: 0

   March - Total: 7 - With Refund: 0

   April - Total: 8 - With Refund: 0

   May - Total: 10 - With Refund: 0

   June - Total: 14 - With Refund: 0

   July - Total: 13 - With Refund: 1

   August - Total: 26 - With Refund: 5

   September - Total: 108 - With Refund: 16

   October - Total: 1,697 - With Refund: 904

   November - Total: 2,586 - With Refund: 1,538

   December - Total: 3,118 - With Refund: 1,798

**2011** - Total: 16,609 - With Refund: 9,503

   January - Total: 2,848 - With Refund: 1,596

Compass-Arbitration 001292

February - **Total:** 2,508 - **With Refund:** 1,440

March - **Total:** 2,582 - **With Refund:** 1,452

April - **Total:** 1,983 - **With Refund:** 1,224

May - **Total:** 1,378 - **With Refund:** 934

June - **Total:** 1,397 - **With Refund:** 877

July - **Total:** 1,069 - **With Refund:** 554

August - **Total:** 1,008 - **With Refund:** 636

September - **Total:** 945 - **With Refund:** 474

October - **Total:** 553 - **With Refund:** 223

November - **Total:** 338 - **With Refund:** 93

Compass-Arbitration 001293

**Tickets in the Archive Escalated to CCU**
**Grand Totals - Tickets 66,042  - Tickets with Refunds:42,635**

**2009**   - **Total:** 25,208 - **With Refund:** 13,884

    July - **Total:** 1,687 - **With Refund:** 742

    August - **Total:** 4,967 - **With Refund:** 2,412

    September - **Total:** 4,669 - **With Refund:** 2,650

    October - **Total:** 4,628 - **With Refund:** 2,665

    November - **Total:** 4,110 - **With Refund:** 2,323

    December - **Total:** 5,147 - **With Refund:** 3,092

**2010**   - **Total:** 40,834 - **With Refund:** 28,751

    January - **Total:** 5,458 - **With Refund:** 3,208

    February - **Total:** 3,964 - **With Refund:** 2,365

    March - **Total:** 3,779 - **With Refund:** 2,440

    April - **Total:** 4,029 - **With Refund:** 2,589

    May - **Total:** 4,459 - **With Refund:** 3,433

    June - **Total:** 5,485 - **With Refund:** 4,248

    July - **Total:** 5,320 - **With Refund:** 4,165

    August - **Total:** 4,309 - **With Refund:** 3,294

    September - **Total:** 3,034 - **With Refund:** 2,244

    October - **Total:** 997 - **With Refund:** 765

Compass-Arbitration 001294