# EXHIBIT 2

# TO

# COMPASS BANK'S POST-DISCOVERY SUPPLEMENTAL BRIEF IN SUPPORT OF RENEWED MOTION TO COMPEL ARBITRATION AND STAY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-2036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____ )
)
THIS DOCUMENT RELATED TO: )
)
Stephen T. Anderson v. Compass Bank, )
N.D. Fla. Case No. 1:10-cv-00208 )
S.D. Fla. Case No. 1:11-cv-20436-JLK )

## DECLARATION OF SANDY LOVELL

1. My name is Sandy Lovell. I currently reside in Shelby County, Alabama and am over 19 years of age. This declaration is based upon my own personal knowledge and upon my review of documents kept in the normal course of business by Compass Bank.

2. I am currently employed as a Senior Systems Programmer by Compass Bank at its Lakeshore facility in Birmingham, Alabama. I have been employed by Compass Bank since January 6, 1997 and I have been employed as a Senior Systems Programmer at Compass Bank for 7 years.

3. Attached as Exhibit 1 is a true and correct copy of a blank signature card bearing the identification code of AFEPERSG. This is the signature card form that was in use in Florida in 2003. As reflected in the bottom left-hand corner, it was last revised on November 20, 2002.

4. Exhibit 1 is on legal size paper. Even today, signature cards at Compass Bank are programmed to print on legal size paper (8.5 x 14 inches).

12049142

5.   After the customer signs the signature card, it is imaged and Compass electronically archives it.  Compass Bank does not retain the original signed paper copy of a customer's signature card.  Again, the same was true in 2003.

6.   When they are imaged, signature cards are, by default, reduced to a letter size image (8.5 x 11 inches).  Again, the same was true in 2003.

I declare under penalty of the perjury laws of the United States of America that the foregoing is true and correct.

Date: 4-26-12

_Sandy Lovell_
SANDY LOVELL

# EXHIBIT 1



# PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD

| Date | Prepared By | State, Branch No. & Cost Center |
|------|-------------|--------------------------------|
|      |             |                                |

[ ] New Account    [ ] Name Change    [ ] Add Party to Account    [ ] Appoint Successor Custodian

## ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN

PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)

SOCIAL SECURITY NUMBER        BANK NO.    ACCOUNT NO.

**RIGHTS AT DEATH** (select one):

[ ] SINGLE-PARTY ACCOUNT. At death of party, ownership passes as part of party's estate.

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION. (Name one or more beneficiaries):

At death of party, ownership passes to POD beneficiaries and is not part of party's estate.

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP. At death of party, ownership passes to surviving parties.

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION. (Name one or more beneficiaries):

At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate.

***FLORIDA ONLY AND HUSBAND AND WIFE ONLY.**
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety. If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship. Joint Tenants by the Entirety is specifically disclaimed.

**ACCOUNT AGREEMENT:** By signing below, Customer: (1) requests a deposit account with Compass Bank; (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts; and (3) agrees to the terms and conditions of the account provided in those disclosures. If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card.

Name _____    Name _____

**Signature** _____    **Signature** _____

## TAXPAYER IDENTIFICATION NUMBER CERTIFICATION

(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations.)

Under penalties of perjury, I certify that:

1. The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block. [ ]
2. I am a U.S. person (including a U.S. resident alien) unless I check this block. [ ]
3. [ ] The Social Security Number shown above is the correct Taxpayer Identification Number; OR
   [ ] I have applied for, or soon will apply for, a Social Security Number; OR
   [ ] All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8.

**Signature of Tax Record Owner** _____

## ATM CARD APPLICATION

Sign me up for the fee schedule indicated:    [ ] Per-Transaction Charge    [ ] Monthly Fee    [ ] Annual Fee

[ ] I AM APPLYING FOR A COMPASS CHECK CARD.    Demomate ID No. (7 digits) _____

[ ] PIN for Compass Check Card selected on Demomate    Related Offset No. (5 digits) _____

[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO. _____ AND OF THE COMPASS ATM CARD AGREEMENT AND DISCLOSURE STATEMENT.

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|-----|-----|----------------|-----|-----|----------------|-----|-----|----------------|
|     |     | P              |     |     |                |     |     |                |
|     |     | P              |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |

**Signature** _____    ID (Required) _____

## ATM CARD APPLICATION

[ ] I AM APPLYING FOR A COMPASS CHECK CARD.    Demomate ID No. (7 digits) _____

[ ] PIN for Compass Check Card selected on Demomate    Related Offset No. (5 digits) _____

[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO. _____ AND OF THE COMPASS ATM CARD AGREEMENT AND DISCLOSURE STATEMENT.

I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account):

| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
|-----|-----|----------------|-----|-----|----------------|-----|-----|----------------|
|     |     | P              |     |     |                |     |     |                |
|     |     | P              |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |
|     |     |                |     |     |                |     |     |                |

**Signature** _____    ID (Required) _____