# EXHIBIT 3

# TO

# COMPASS BANK'S POST-DISCOVERY SUPPLEMENTAL BRIEF IN SUPPORT OF RENEWED MOTION TO COMPEL ARBITRATION AND STAY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-2036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____)
)
THIS DOCUMENT RELATED TO: )
)
Stephen T. Anderson v. Compass Bank, )
N.D. Fla. Case No. 1:10-cv-00208 )
S.D. Fla. Case No. 1:11-cv-20436-JLK )

## DECLARATION OF LISA RIOS CARROLL

1.  My name is Lisa Rios Carroll. I currently reside in Jefferson County, Alabama and am over 19 years of age. This declaration is based upon my own personal knowledge and upon my review of documents kept in the normal course of business by Compass Bank.

2.  I am currently employed as a paralegal in Compass Bank's legal department in Birmingham, Alabama. I have been employed as a paralegal in Compass Bank's legal department since June 1, 2009. Among my job duties is to serve as intake coordinator for lawsuits filed against Compass Bank for small claims court matters.

3.  Consumers regularly file claims against Compass Bank in the small claims courts in all seven (7) of the states where Compass Bank maintains branches. The consumers who have chosen to file their claims against Compass Bank in small claims court are sometimes, but not always, represented by counsel.

1205037.2

4. Depending upon the particular claim, it is not unusual for Compass Bank to resolve legal proceedings involving small dollar amounts by settling with the person bringing the claim in order to avoid the costs and/or diversion of resources associated with defending litigation. Typically in those cases, Compass Bank will not hire outside counsel to defend the case. Further, depending upon which state the court is located in, Compass Bank may not hire outside counsel even if an immediate settlement is not reached.

5. Compass Bank regularly loses, wins and settles claims in the small claims courts of its seven (7) footprint states.

I declare under penalty of the perjury laws of the United States of America that the foregoing is true and correct.

Date: 04/26/12

_____
LISA RIOS CARROLL