# EXHIBIT 5

# TO

# COMPASS BANK'S POST-DISCOVERY SUPPLEMENTAL BRIEF IN SUPPORT OF RENEWED MOTION TO COMPEL ARBITRATION AND STAY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-2036-JKL

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____)
)
THIS DOCUMENT RELATED TO: )
)
Stephen T. Anderson v. Compass Bank, )
N.D. Fla. Case No. 1:10-cv-00208 )
S.D. Fla. Case No. 1:11-cv-20436-JLK )

### DECLARATION OF SHARI S. COWART

1. My name is Shari S. Cowart. I currently reside in Shelby County, Alabama and am over 19 years of age. This declaration is based upon my own personal knowledge and upon my review of documents generated in the normal course of business by Splawn & Ward Associates.

2. I am currently employed at Splawn & Ward Associates in Birmingham, Alabama as a Project Manager. I have been employed at Splawn & Ward for nine (9) years and I have managed Compass Bank's account with Splawn & Ward since I was hired.

3. Splawn & Ward is a direct marketing firm serving the financial services industry. Splawn & Ward uses advanced analytics to select a bank's existing clients and to identify prospective clients who are most likely to respond favorably to a given campaign and then helps banks close sales by engaging their bankers in direct, personal contact. As part of this effort, Splawn & Ward creates merged mailings for its banking clients. These merged mailings

combine documents and customer data to create standard, individualized documents that can be customized and mailed to identifiable segments of a bank's customer base.

4. I have managed multiple direct marketing and mass mailing projects for Compass Bank. Those projects include monthly consumer and business cross-selling projects, certificate of deposit maturity notice mailings, yearly privacy notice mailings, consumer campaign tracking and business campaign tracking. I have worked with several different departments at Compass Bank on these projects, including marketing, alternative delivery, business development, product.

5. In 2007, Splawn & Ward assisted Compass Bank in creating letters for a mass mailing to all existing Compass Bank consumer deposit accountholders. This mailing was designed to inform existing consumer deposit accountholders of changes to the Consumer Deposit Account Agreement. Compass Bank provided Splawn & Ward with the information necessary for drafting the letter as well as the necessary customer data for completing the mail merge. Splawn & Ward merged this information to create individualized letters to each consumer deposit accountholder.

6. Each merged letter is saved as a separate mail file and is given a unique file identifier that can be found in the bottom right-hand corner of each letter.

7. Splawn & Ward then mailed these letters, along with a copy of the amended Consumer Deposit Account Agreement bearing an effective date of January 20, 2008 on the front cover, to each and every Compass Bank consumer deposit accountholder beginning on December 14, 2007.

8. Attached as Exhibit 1 is a true and correct copy of the exact letter that was created for Stephen T. Anderson during the 2007 Consumer Deposit Account Agreement amendment

1204917.1

2

mailing campaign. I printed the letter attached as Exhibit 1 from the same mail file that Splawn & Ward generated for Stephen T. Anderson during the 2007 campaign.

I declare under penalty of the perjury laws of the United States of America that the foregoing is true and correct.

Date: 4/25/12

_____
SHARI COWART

**EXHIBIT 1**

AL DI CH MKT DRJM
15 South 20" Street
Birmingham, AL 35233

December 2007

Stephen Thomas Anderson   3315 3145

**REDACTED**

||..||..|.|.||..||..|..|.|..|.|.|..|||....||..|.||..|.||..|

We know that getting to the bank isn't always easy. And finding time to sit down with a banker to help review your current financial needs... well, that's even harder. So we thought we'd do the next best thing...

We recently reviewed your accounts with Compass and selected some products and services that complement your existing accounts. At the bottom of this letter, you'll find several money-saving coupons for these products. Our goal is to be proactive in serving you at Compass.

Take a minute to look over these coupons. If you decide you'd like to take advantage of any of these offers, just call (352)367-5170 or 1-800-COMPASS, or bring this letter by any Compass Banking Center. We'll take care of the rest. And if there are other products and services you're interested in, please ask. We'll be glad to help.

**IMPORTANT**
For your information, we've enclosed a revised version of the Consumer Deposit Account Agreement that governs your consumer account(s) with Compass Bank. This document contains your deposit agreement and certain consumer disclosures. Please review this information carefully and keep it with your other financial records. If you have any questions, please give us a call.

We appreciate your business and hope that you'll find the attached offers of interest.

Sincerely,

*Veronica Ryan*

Veronica Ryan
Banking Center Manager, Oaks

Member FDIC

512000001970
238-246-8n1—386133 RDA

### Need a little help managing your money? Open another Checking Account today!

Another checking account is a great way to keep track of money used for a specific purpose — household bills, a home-based business, or even college expenses.

To open your additional Compass checking account*, stop by any Compass Banking Center or call 1-800-COMPASS (1-800-266-7277). It's one more way we make banking with Compass just a little better.

Coupon expires: 2/14/08

MEMBER FDIC

### Get all your online stuff, all in one place, with MyCompass.

MyCompass lets you conveniently access all your online accounts — including credit cards, banking, investments, email and more — in one secure place, with one password. And the best part is, it's completely free. For more information, go to www.compassbank.com/personal/online/mycompass.

MEMBER FDIC

### Shrink your credit card balances today!

Get as low as 0% APR for as long as nine full months on Balance Transfers.*

Transfer those other higher-rate balances to your Compass Bank credit card through January 31, 2008 and save! The rate is lower, you pay less interest and those balances get smaller faster.

Call 1-800-239-5175 today!

Coupon valid 12/1/07 through 1/31/08

*Subject to approval, including credit approval. Please see back of letter for offer details.

**Compass Bank**  (over, please)    **Compass Bank**    **Compass Bank**   VISA

Compass-Arbitration 000983

**Balance Transfer Offer Details**

**Terms:** Balance Transfer offer begins December 1, 2007 and ends January 31, 2008. Accounts are opened subject to approval, including credit approval. All terms of your account (including rates other than the promotional rate) are subject to change and are not guaranteed for any length of time. This offer does not apply to Business Credit Cards or CompassInspire Cards.

**Balance Transfer Offer:** Only balances transferred by January 31, 2008 will be eligible for the promotional rate ranging from 0% to 9.99% for six months up to the life of the balance. The term "Balance Transfer" applies only to payments made to other creditors directly by Compass Bank. For example, a Convenience Check used to pay an account balance is not a balance transfer. Promotional APR is valid for a minimum of 6 months from the transaction date. Cash Advance Fee for these Balance Transfers is 4% of the transferred balance with a $10 minimum and no maximum ($75 maximum if Balance Transfer requested within 30 days from account opening). Payments on the account will be applied to balances with promotional rates before they are applied to other balances. Promotional rate will end upon default or receipt of any payment after its due date. Transfers may take up to 4 weeks to process; continue to pay your account until you see the payment applied to your account.

**Other Rates and Fees:** The annual percentage rate may vary. These rates are accurate as of November 2, 2007. Call 1-800-COMPASS for current rate information. No annual membership fee for the Compass Bank VISA® Platinum Card; the Platinum Personal Line of Credit has a $40 annual membership fee. Upon approval of your account, you will be assigned a rate within the following ranges: The Purchase and Balance Transfer APR is a minimum rate of 10% and is as low as Compass Bank Prime plus 7.99% (currently 10.49%) and as high as Compass Bank Prime plus 9.99% (currently 17.49%). The Cash Advance APR is a minimum rate of 21.99% and is as low as Compass Bank Prime plus 14.99% (currently 22.49%) and as high as Compass Bank Prime plus 18.99% (currently 26.49%). The Cash Advance fee is 4%, minimum $10. The highest default APR for all accounts is a variable rate of Prime + 23.99% (currently 31.49%). There is an international transaction fee of 3% on transactions with foreign merchants or ATMs, a transfer fee of $25 for transferring cash advances to a Compass checking account, a rate reduction fee of $75, a payment service fee of $20 for debiting a deposit account for payment, a minimum finance charge of $1, and a skip payment fee of $35 (if offered). Other miscellaneous fees may apply. Compass Bank Prime is established, raised, and lowered solely in our discretion and is not necessarily our lowest rate.

Compass Bank Prime, as used herein, is a reference rate we have established for use in computing and adjusting interest and is subject to change (increase or decrease) in our discretion, and is only one of the reference rates or indices that we use. We may lend to others at rates of interest greater or less than Compass Bank Prime or rates provided herein and use indices other than Compass Bank Prime. You may call us at 1-800-COMPASS to check on the current Compass Bank Prime Rate.

*$25 minimum opening deposit required. Account subject to approval.

Compass-Arbitration 000984