UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT            )
OVERDRAFT LITIGATION               )
                                   )
MDL No. 2036                       )
Fourth Tranche                     )
_____)
                                   )
THIS DOCUMENT RELATES TO:          )
                                   )
*Shane Swift v. BancorpSouth, Inc.*,[1]  )
S.D. Fla. Case No. 1:10-cv-23872-JLK  )
_____ )

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant BancorpSouth Bank ("BancorpSouth") appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to 28 U.S.C. § 1292(a)(1), from the decision granting Plaintiff's Emergency Motion to Enjoin "Copycat" Case Under the All Writs Act (DE # 2603). The decision was made after oral argument on April 18, 2012, and entered as a minute entry in this action dated April 18, 2012, but entered April 19, 2012 (DE # 2642). A written order was entered on April 30, 2012. (DE # 2666.) This notice applies to and encompasses docket entries 2666 and 2642, as well as any other rulings made by this Court, including any announced from the bench on April 18, 2012, and to all related docket entries and filings.

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (Doc. 994).

This 30th day of April, 2012.

Respectfully submitted,

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Eric Jon Taylor*
Eric Jon Taylor
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile: (404)522-8409

*Counsel for Defendant BancorpSouth Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing **NOTICE OF INTERLOCUTORY APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 30th day of April, 2012.

                                                                /s/ *Eric Jon Taylor*
                                                                Eric Jon Taylor

2354556_1