```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100038022
Cashier ID: jmorgan
Transaction Date: 05/02/2012
Payer Name: PARKER HUDSON RAINER ET AL
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: DEFENDANT
 Case/Party: D-FLS-1-09-MD-002036-001
 Amount:       $455.00
--------------------------------
CHECK
 Check/Money Order Num: 421974
 Amt Tendered: $455.00
--------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:09-MD-002036-JLK

Returned check fee $53


Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```