**United States District Court**
**Southern District of Florida**
**Miami Division**
**Case No. 1:09-MD-02036-JLK**

|   |   |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** | ) ) ) ) |
| MDL No. 2036 | ) ) ) |
| **THIS DOCUMENT RELATES TO: FIFTH TRANCHE ACTION** | ) ) ) ) |
| *Mello v. Susquehanna Bank* S.D. Fla. Case No.: 1-11-CV-23250-JLK | ) ) ) ) |

## NOTICE OF RECENT AUTHORITY

Defendant Susquehanna Bank, through its undersigned counsel, hereby gives notice of Hughes v. TD Bank, N.A., 2012 WL 1355660 (D.N.J. decided April 19, 2012).

Date:   May 3, 2012

                          Respectfully submitted,

                          */s/ James A. Dunbar*
                          James A. Dunbar (admitted *pro hac vice*)
                          Matthew R. Alsip (admitted *pro hac vice*)
                          Venable LLP
                          210 West Pennsylvania Avenue, Suite 500
                          Towson, Maryland 21204
                          410-494-6200 (telephone)
                          410-821-0147 (facsimile)
                          jadunbar@venable.com
                          mralsip@venable.com

          */s/ John T. Prisbe*
John T. Prisbe (admitted *pro hac vice*)
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
410-244-7400 (telephone)
410-244-7742 (facsimile)
jtprisbe@venable.com

*Counsel for Susquehanna Bank*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2012, I filed a copy of Susquehanna Bank's foregoing Notice of Recent Authority using the Court's CM/ECF system.

          */s/ John T. Prisbe*
          John T. Prisbe

311385/1