**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:09-MD-02036-JLK**

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT** | ) |
| **OVERDRAFT LITIGATION** | ) |
| | ) |
| **MDL No. 2036** | ) |
| | ) |
| **THIS DOCUMENT RELATES TO:** | ) |
| | ) |
| *Command v. Bank of America* | ) |
| S.D. Fla. Case No. 1:11-cv-21270-JLK | ) |
| | ) |
| | ) |

**DEFENDANT BANK OF AMERICA, N.A.'S REQUEST FOR RULING ON**
**PENDING MOTION FOR ENTRY OF A SUGGESTION OF REMAND**

On December 12, 2011, Bank of America, N.A. ("Bank of America") filed a Motion for Entry of a Suggestion of Remand (DE #2213) ("Motion") in this particular one case, on the bases that: this individual, *pro se* action is the only remaining case pending in these MDL proceedings against Bank of America; the major focus in this action is and will be on individual state law foreclosure issues unique to the *Command* plaintiffs; and this case can now be more economically and efficiently handled in Michigan, where it was originally commenced; where the district court is already familiar with and has ruled on some of the substantive foreclosure issues; where related, overlapping and/or duplicative litigation may be pending in the Michigan state courts; where the *pro se* plaintiffs reside; and where the real property that is at the center of the case is located.

Plaintiffs' response to the Motion was due on December 29, 2011.  They did not file or serve any response or other papers in relation to the Motion (nor have they since), and, consequently, on January 4, 2012, Bank of America filed a Reply Statement in Support of the Motion (DE #2352), reiterating the bases of the Motion and pointing out that the *pro se* Plaintiffs had not submitted any response.

Bank of America's Motion is still pending and awaiting ruling by this Court.  Thus, for all of the reasons set forth in the Motion and above, including because of the lack of any response by Plaintiffs (understandable because the result of a remand would be to return the case to the transferor court in the district in which Plaintiffs reside), Bank of America respectfully requests that this Court grant the Motion and enter a suggestion of remand, advising the Judicial

2

Panel on Multi-district Litigation that the Command case should be remanded to the transferor court, the United States District Court for the Western District of Michigan.

DATED:  May 7, 2012

Respectfully submitted,

s/Laurence J. Hutt
Laurence J. Hutt

Laurence J. Hutt
(Laurence.Hutt@aporter.com)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Command v. Bank of America* S.D. Fla. Case No. 1:11-cv-21270-JLK | ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2012, the foregoing was transmitted to the Clerk of the Court for filing and that a copy will be served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.  I further certify that I mailed the foregoing document by First Class Mail, postage prepaid, and have dispatched it to a third party commercial carrier, FedEx, for overnight delivery, to the following individuals:

    Timothy and Marci Command      Brian Summerfield
    3636 4 Mile Road NE,      Bodman LLP
    Grand Rapids, Michigan 49525.      201 West Big Beaver Road, Suite 500
          Troy, Michigan 48084

Dated:  May 7, 2012      Respectfully submitted,
     s/Laurence J. Hutt
     Arnold & Porter LLP
     777 South Figueroa Street, 44th Floor
     Los Angeles, California  90017-5844
     Telephone:  213.243.4000
     Facsimile:  213.243.4199
     Attorney for Defendant
     BANK OF AMERICA, N.A.