UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

_____
:
IN RE: CHECKING ACCOUNT               :
OVERDRAFT LITIGATION                  :
                                      :
MDL No. 2036                          :
_____:

_____
                                      :
THIS DOCUMENT RELATES TO:             :
                                      :
*Casayuran, et al. v. PNC Bank, National* :
*Association.*                        :
S.D. FL. Case No. 10-cv-20496-JLK     :
                                      :
*Cowen, et al. v. PNC Bank, National* :
*Association.*                        :
S.D. FL. Case No. 10-cv-21869-JLK     :
                                      :
*Hernandez, et al. v. PNC Bank, N.A.* :
S.D. FL. Case No. 10-cv-21868-JLK     :
                                      :
                                      :
_____:

**DEFENDANT PNC BANK. N.A.'S SUPPLEMENTAL
NOTICE IN RESPONSE TO PLAINTIFFS' NOTICE OF COPYCAT ACTION**

Defendant PNC Bank, N.A. ("PNC") submits this Supplemental Notice in response to the Plaintiffs' Notice of Copycat Action ("Plaintiffs' Notice") filed on May 8, 2012 [DE No. 2676]. PNC submits this Supplemental Notice to clarify two points.

First, it may appear from Plaintiffs' Notice that they had only recently learned of the "copycat filing" in *Henry v. PNC Bank*. It is important to clarify that PNC notified Plaintiffs, through their counsel on the Plaintiffs' Executive Committee ("PEC"), soon after the filing of the *Henry* matter. On July 7, 2011, in its Amended Answer filed in this matter [DE No. 1701], at p.

36, PNC expressly referenced the pendency of the action pending in Pennsylvania state court titled *Candace Henry v. PNC Bank, N.A.*, Court of Common Pleas, Allegheny County, GD-10-022974.

Second, in connection with discovery sought by the plaintiff in *Henry* that arguably called for PNC's permission to produce under the terms of the parties' "Confidentiality Agreement Pertaining to Fourth Tranche Actions," PNC sought the PEC's permission for such production. When permission was denied and the *Henry* plaintiff filed a motion to compel, PNC immediately notified the PEC of the filing of the motion and invited it to seek to intervene in the Pennsylvania state court action. Pursuant to PNC's prompt notice of the proceedings in *Henry*, on May 4, 2012, Plaintiffs Nicole and Michael Cowen and April and Michael Dorney filed a Motion to Intervene in the *Henry* matter.

Respectfully Submitted,

| | |
|---|---|
| /s/   Michael R. Tein | /s/   Darryl J. May |
| Michael R. Tein | Darryl J. May |
| Florida Bar No.: 993522 | Philip N. Yannella |
| tein@lewistein.com | Marcel S. Pratt |
| Guy A. Lewis | BALLARD SPAHR LLP |
| Florida Bar No.: 623740 | 1735 Market Street, 51st Floor |
| lewis@lewistein.com | Philadelphia, PA  19103 |
| Kathryn A. Meyers | Tel.:  (215) 665-8500 |
| Florida Bar No.: 0711152 | Fax:  (215) 864-8999 |
| kmeyers@lewistein.com | may@ballardspahr.com |
| LEWIS TEIN, P.L. | yanellap@ballardspahr.com |
| 3059 Grand Avenue, Suite 340 | and |
| Coconut Grove, Florida 33133 | Mariah E. Murphy |
| Tel:  (305) 442-1101 | BALLARD SPAHR LLP |
| Fax: (305) 442-6744 | A Pennsylvania Limited Liability Partnership |
| | 210 Lake Drive East |
| | Cherry Hill, NJ 08002-1163 |
| | Tel :  (856) 761-3400 |
| | Fax:  (856) 761-1020 |
| | murphym@ballardspahr.com |

*Attorneys for Defendants PNC Bank, N. A.*

Dated: May 9, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | : : : : |
| MDL No. 2036 | : : |

I hereby certify that on May 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/   Mariah Murphy
Mariah Murphy
BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
210 Lake Drive East
Cherry Hill, NJ 08002-1163
Tel.:  (856) 761-3400
Fax:  (856) 761-1020
murphym@ballardspahr.com

*Attorneys for Defendants PNC Bank, N. A.*