UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

**RESPONSE IN OPPOSITION TO EMERGENCY MOTION TO STAY INJUNCTION PENDING APPEAL AND NOTICE OF FILING PLAINTIFF-APPELLEE'S RESPONSE TO DEFENDANT-APPELLANT'S TIME-SENSITIVE MOTION FOR IMMEDIATE STAY OF INJUNCTION AND TO EXPEDITE APPEAL**

Plaintiff hereby files his Response to Defendant BancorpSouth's Emergency Motion to Stay Injunction Pending Appeal **(DE# 2668)** ("Emergency Motion"). On May 1, 2012, BancorpSouth filed with this Court its Emergency Motion. The Bank sought a stay of this Court's injunction arising from the Bank's efforts to settle a recently-filed copycat case without notifying this Court until after preliminary approval was granted by the Court in which the copycat case had been filed. True to form, without waiting for this Court to rule on its Emergency Motion, BancorpSouth filed its Time-Sensitive Motion for Immediate Stay of Injunction and to Expedite Appeal ("Time-Sensitive Motion") with the Eleventh Circuit Court of

Appeals on May 4, 2012.[1]  Plaintiff responded to the Time-Sensitive Motion on May 9, 2012, after having been instructed by the Court of Appeals to provide a response to the Time-Sensitive Motion within an abbreviated schedule.  The Emergency Motion before this Court raises issues identical to those raised in the Time-Sensitive Motion.  Thus, Plaintiff is filing his response to the Time-Sensitive Motion with this Court as his response to the Emergency Motion as well.  Plaintiff's response to the Time-Sensitive Motion is attached as Exhibit A ("Response").

BancorpSouth states that "[t]he district court below failed to afford the relief requested," Time-Sensitive Mtn., Cert. of Compliance with F.R.A.P. 8(a)(2)(A) (unnumbered page).  It claims to be "squarely on the horns of a dilemma" – that is, the allegedly conflicting orders from this Court and those of Judge Robert T. Dawson of the United States District Court for the Western District of Arkansas. Time-Sensitive Mtn. at 1.  It omits that this dilemma is entirely of its own making.  Nor does the Bank identify any effort it made to go back to Judge Dawson to ask him to suspend the schedule in that matter while this Court's injunction is reviewed by the Court of Appeals.  This is a crisis manufactured by BancorpSouth to undermine this Court's authority as the home of the first-filed action and an MDL containing the same claims.  It was so eager to avoid another ruling from this Court that, even before Plaintiff-Appellee could file a response to its self-styled Emergency Motion, and before affording this Court a reasonable opportunity to consider and rule on it, BancorpSouth ignored applicable court rules by seeking identical relief from the Court of Appeals.

Accordingly, for the reasons set forth in the Response attached hereto, Plaintiff respectfully requests that the Court deny the Emergency Motion.

---

[1] A copy of the Time-Sensitive Motion is attached as Exhibit B.  BancorpSouth's appeal has been assigned 11th Circuit Case No. 12-12386.

2

Dated: May 9, 2012.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Steven C. Marks, Esquire
Florida Bar No. 516414
smarks@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*

/s/ David M. Buckner
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David M. Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*


/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ David M. Buckner
David M. Buckner, Esquire
Florida Bar No. 60550
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

6