## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

**Fifth Tranche Action**
*Anderson v. Compass Bank*
S.D. Fla. Case No. 1:11-cv-20436-JLK
N.D. Fla. Case No. 10-CV-00208

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Joseph M. Berklund of the law firm Devine Goodman Rasco and Wells, P.A., who is admitted or otherwise authorized to practice in this Court, formally appears in the above-entitled action as co-counsel for Plaintiff, Stephen T. Anderson in addition to Plaintiffs' Co-Lead Counsel, Plaintiffs' Coordinating Counsel and Plaintiffs' Executive Committee, and herein seeks to receive CM/ECF notices via electronic means at the following e-mail address: jberklund@devinegoodman.com.

DATED: May 10th, 2012

Respectfully submitted,

By: ___/s/ Joseph M. Berklund_____
Joseph M. Berklund, Esq.
Florida Bar No. 076202
jberklund@devinegoodman.com
DEVINE GOODMAN RASCO & WELLS, P.A.
SunTrust Building
777 Brickell Avenue, Suite 850
Miami, Florida 33131

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Joseph M. Berklund
Joseph M. Berklund, Esquire
Florida Bar No. 076202
DEVINE GOODMAN RASCO & WELLS, P.A.
777 Brickell Avenue, Suite 850
Miami, Florida 33131
Tel: 305-374-8200
Fax: 305-374-8208