UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-MDL-02036-JLK

_____
                                   )
**IN RE: CHECKING ACCOUNT**        )
**OVERDRAFT LITIGATION**           )
                                   )
**MDL No. 2036**                   )
_____)

**NOTICE PURSUANT TO COURT'S MAY 11, 2012 OMNIBUS ORDER (DE# 2684)**

In accordance with the Court's Omnibus Order entered May 11, 2012 (DE# 2684), Regions Bank hereby gives notice of the terminated action, Imani House, LLC and David Einspanjer v. Regions Financial Corporation (N.D. Ga., Civil Action File No. 1:12-cv-00270-CAP), that is subject of Regions Financial Corporation's notice to the JPML attached hereto as **Exhibit A**.

Respectfully submitted this 15th day of May, 2012.

**PARKER, HUDSON, RAINER & DOBBS, LLP**

*/s/ William J. Holley*
William J. Holley, II
Georgia Bar No. 362310
Nancy H. Baughan
Georgia Bar No. 042575
David B. Darden
Georgia Bar No. 250341
285 Peachtree Center Avenue, NE
1500 Marquis Two Tower
Atlanta, Georgia 30303
Tel: 404-523-5300
Fax: 404-522-8409
wjh@phrd.com; nhb@phrd.com; dbd@phrd.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 15th day of May, 2012.

*/s/ William J. Holley*
William J. Holley, II

2386095_1