UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT | ) |
| OVERDRAFT LITIGATION | ) |
| | ) |
| MDL No. 2036 | ) |
| | ) |
| | ) |
| THIS DOCUMENT RELATES ONLY TO: | ) |
| | ) |
| *Buffington, et al. v. SunTrust Banks, Inc.* | ) |
| S.D. Fla. Case No. 1:09-cv-23632-JLK | ) |

## NOTICE OF PENDING ACTION

Pursuant to Local Civil Rule 3.8 and the Court's Omnibus Order Requiring Notice of Pending, Refiled, Related or Similar Actions [Dkt. No. 2684], Defendant SunTrust Banks, Inc. ("SunTrust") hereby provides notice of a related action, *Byrd, et al. v. SunTrust Bank*, Civil Action No. 2:12-cv-02314-JPM-cgc, pending against SunTrust Bank in the Western District of Tennessee.  Notice of the *Byrd* action is also being provided by SunTrust to the Judicial Panel on Multidistrict Litigation.

Respectfully submitted, this 17th day of May, 2012.

TROUTMAN SANDERS LLP
600 Peachtree St., N.E.
Suite 5200
Atlanta, Georgia 30308
(404) 885-3000
(404) 962-6703

/s/ Lindsey B. Mann
William N. Withrow, Jr.
Georgia Bar No. 772350
Lindsey B. Mann
Georgia Bar No. 431819

*Attorneys for Defendant SunTrust Banks, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 17, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

/s/ Lindsey B. Mann
Lindsey B. Mann
Georgia Bar No. 431819