UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES ONLY TO: | ) ) ) |
| *Buffington, et al. v. SunTrust Banks, Inc.* S.D. Fla. Case No. 1:09-cv-23632-JLK | ) ) ) |

### ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance of Lynette Eaddy Smith, counsel for Defendant SunTrust Banks, Inc., it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this 17th day of May, 2012.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record