UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTIONS

*Childs v. Columbus Bank & Trust et al*
N.D. GA Case No. 1:10-cv-03027
S.D. FL Case No. 1:10-cv-23938-JLK

*Eivet v. IberiaBank*
S.D. FL Case No. 1:10-cv-23790-JLK

*Lewis v. Sovereign Bank*
D. MD Case No. 1:11-cv-0064
S.D. FL Case No. 1:11-cv-22022-JLK

*Mello v. Susquehanna Bank*
D. MD Case No. 1:11-02104

*Stillion v. United Bank, Inc., et al*
S.D. WV Case No. 6:11-cv-00237
S.D. FL Case No. 1:11-cv-21472-JLK

*Rider v. Regions Financial Corp., et al.,*
E.D. AR Case No. 4:11-cv-0375

*Anderson v. Compass Bank*
N.D. FL. Case No. 1:10-cv-00208
S.D. FL Case No. 1:11-cv-20436

*Avery v. RBC Bank*
E.D. NC Case No. 5:10-cv-00329
S.D. FL Case No. 1:10-cv-24382

*Davis v. Resasant Bank*
N.D. GA Case No. 1:11-cv-0040
S.D. FL Case No. 1:11-cv-22024

## ORDER SETTING ORAL ARGUMENT

**THIS CAUSE** comes before the Court on the requests for oral argument by certain defendants on their respective motions to dismiss [DE #2137, 2146, 2163].

Upon careful consideration of the record and being duly advised, it is **ORDERED, ADJUDGED and DECREED** that the above-cited motions for hearing be **GRANTED** and the following motions be, and the same are hereby, set for oral argument on **Tuesday, June 12, 2012 at 9:30 AM,** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida:

1. Defendants Synovus Bank, Synovus Financial Corporation, and Columbus Bank and Trust Company's Motion to Dismiss [DE #2158];

2. Defendant Sovereign Banks' Motion to Dismiss [DE #2148];

3. Defendant Susquehanna Bank's Motion to Dismiss [DE #2136]; and

4. Defendants United Bank, Inc. and United Bankshares, Inc. Motion to Dismiss [DE #2162].

It would be helpful to the Court if the arguments were primarily directed to those issues that have not been previously addressed by this Court in ruling on prior motions to dismiss filed in the First, Third and Fourth Tranches. The parties will have 20 minutes per side, with 5 minutes for rebuttal, for a total of 45 minutes each.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 18th day of May, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
All Counsel of Record