UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Casayuran, et al. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. Fla. Case No. 10-cv-20496-JLK

*Cowen, et al. v. PNC Bank, N.A.*
S.D. Fla. Case No. 10-cv-21869-JLK

*Hernandez, et al. v. PNC Bank, N.A.*
S.D. Fla. Case No. 10-cv-21868-JLK

## ORDER DENYING PLAINTIFFS' REQUEST FOR STATUS CONFERENCE, REQUIRING PARTIES TO SUBMIT PROPOSED "REVISED" SCHEDULING ORDER

THIS CAUSE having come before the Court on Plaintiffs' Motion for Status Conference [DE # 2696], filed May 16, 2012. Therein, Plaintiffs anticipate that certain dates contained in the Court's scheduling order [DE #1340] need to be recalculated in light of the Court's recent Order Granting Class Certification [DE #2697]. Upon careful consideration of Plaintiffs' request and being otherwise duly advised, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Plaintiffs' Motion for Status Conference [DE #2696] be, and the same is hereby, DENIED without prejudice.

2. Plaintiffs and Defendants shall submit a proposed, agreed "Revised Scheduling Order Pertaining to Fourth Tranche Cases," which computes new dates based upon the May 16,

2012 ruling on class certification and utilizes the same time employed in the original scheduling order.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 18th day of May, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record