UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036<br>Fourth Tranche | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Shane Swift v. BancorpSouth, Inc.*,[1]<br>S.D. Fla. Case No. 1:10-cv-23872-JLK | ) ) ) |

**REPLY BRIEF IN SUPPORT OF**
**EMERGENCY MOTION TO STAY INJUNCTION PENDING APPEAL**

**PARKER, HUDSON, RAINER & DOBBS LLP**

Eric Jon Taylor
William J. Holley, II
David B. Darden
Darren E. Gaynor
1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

*Counsel for Defendant BancorpSouth Bank*

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (Doc. 994).

As set forth in BancorpSouth's Emergency Motion to Stay Injunction Pending Appeal (the "Emergency Motion to Stay") (DE # 2668), BancorpSouth and others are faced with immediate and ongoing harm as a result of this Court's Injunction Order. Because BancorpSouth is subject to conflicting orders from separate federal district courts—an untenable position for any litigant—it sought relief from the Eleventh Circuit Court of Appeals through an appeal of the Injunction Order.[2]

On May 17, 2012, a panel of the Eleventh Circuit denied BancorpSouth's stay motion—without prejudice to renew after this Court rules on the Emergency Motion to Stay—because this Court has not yet ruled on it. (*See* Order at 1, attached hereto as Exhibit A). In denying BancorpSouth's motion without prejudice, the Eleventh Circuit noted that it "trust[s] that the district court will rule expeditiously on the motion for stay." *Id.*

BancorpSouth respectfully requests that this Court expeditiously rule on the Emergency Motion to Stay by May 25, 2012 to allow the Eleventh Circuit an opportunity to review and decide the appeal if it so chooses before the July 30, 2012 final fairness hearing in the *Thomas/Lawson* case. BancorpSouth is mindful this Court granted BancorpSouth's earlier emergency motion (DE #2649) the next day. BancorpSouth very much appreciates the Court's willingness to issue an expedited ruling for that motion, and suggests that the Emergency Motion to Stay is no less important.

---

[2] The immediate and ongoing harm is detailed in BancorpSouth's Emergency Motion to Stay pending before this Court, its Time-Sensitive Motion for Immediate Stay of Injunction and to Expedite Appeal (DE # 2680-2) before the Eleventh Circuit, and its Reply Brief in Support of Time-Sensitive Motion for Immediate Stay of Injunction and to Expedite Appeal before the Eleventh Circuit (attached hereto as Exhibit B), all of which are expressly incorporated herein.

This 18th day of May, 2012.

        Respectfully submitted,

        **PARKER, HUDSON, RAINER & DOBBS LLP**

        */s/ Eric Jon Taylor*
        Eric Jon Taylor
        Eric Jon Taylor
        Georgia Bar No. 699966
        ejt@phrd.com
        William J. Holley, II
        Georgia Bar No. 362310
        wjh@phrd.com
        David B. Darden
        Georgia Bar No. 250341
        dbd@phrd.com
        Darren E. Gaynor
        Georgia Bar No. 288210
        deg@phrd.com

        1500 Marquis Two Tower
        285 Peachtree Center Avenue N.E.
        Atlanta, Georgia 30303
        Telephone: (404) 523-5300
        Facsimile: (404) 522-8409

        *Counsel for Defendant BancorpSouth Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing **REPLY BRIEF IN SUPPORT OF EMERGENCY MOTION TO STAY INJUNCTION PENDING APPEAL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 18th day of May, 2012.

/s/ *Eric Jon Taylor*
Eric Jon Taylor