## Exhibit A

[*attached hereto*]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 12-12386-EE

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 17 2012

JOHN LEY
CLERK

SHANE SWIFT,
on behalf of himself and all
others similarly situated,

Plaintiff - Appellee,

versus

BANCORPSOUTH BANK,

Defendant - Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:   TJOFLAT, MARCUS, and WILSON, Circuit Judges.

BY THE COURT:

Before the Court is Appellant's "Time-Sensitive Motion for Immediate Stay of Injunction and to Expedite Appeal." Appellant's motion for stay pending appeal is DENIED without prejudice to renewal after the district court has ruled on the motion for stay pending appeal. See United States v. Drogoul, 1 F.3d 1546, 1558 n.29 ("We generally require the district court to rule on the question of a stay in the first instance. See, e.g., Fed.R.App.P. 8(a). Accordingly, we decline to address this issue at the present time."). We trust that the district court will rule expeditiously on the motion for stay.

Appellant's motion to expedite the appeal is DENIED without prejudice to renewal after the district court has ruled on the motion for stay.