TO WHOM THIS MAY CONCERN,
MAY 10, 2012

MY NAME IS WILLIE L. MCBRIDE 3RD

AND I HAVE SOME CONCERNS OF MINE ABOUT THE BANK OF AMERICA LAWSUIT.

I HAPPEN TO SCROLL THROUGH SOME GOOGLE WEBSITES AND CAME ACCROSS THAT LAWSUIT CASE.I HAD AN ACCOUNT WITH BANK OF AMERICA IN I BELIEVE 2009-2010 AND WHEN I FIRST HAD THE ACCOUNT I MADE SURE I ASKED THEM FOR OVERDRAFT PROTECTION,MY FIANCE WAS THERE TO WITNESS IT AND THEY TOLD ME I WASNT GOING TO HAVE ANY OVERDRAFT FEES DUE TO THE OVERDRAFT PROTECTION I HAD ON MY ACCOUNT.AFTER A FEW MONTHS I GET ACCOUNT PAPERS IN THE MAIL STATIN I HAD ALOT OF OVERDRAFT FEES,,LIKE 100S OF DOLLARS AND I WAS LIKE WHATS GOING ON I SHOULDNT OWE THEM ANYTHING.WHEN I CAME ACCROSS THE LAWSUIT I DECIDED TO CONTACT YOU DUE TO C WHAT CAN I DO TO FILE LAWSUIT AGAINST THEM AND WHAT LAWYER I NEED TO CALL TO TAKE MY CASE.I SHOULDVE BEEN ONE OF THOSE PLAINTIFFS THAT GOT PART OF THAT SETTLEMENT.SO NOW THEY HAVE THIS ON MY CREDIT WHICH IS MAKING IT HARD FOR ME TO GET ANOTHER BANK ACCOUNT SOMEWHERE ELSE.PLEASE CONTACT ME WITH FURTHER INFO ON WHATS MY NEXT STEP.YOU CAN REACH ME ANYTIME @ (904)233-1780,JAIVERSON27@HOTMAIL.COM OR (904)576-7303 THANKS FOR YOUR TIME AND PATIENCE FOR READING MY LETTER.IM LOCATED IN JACKSONVILLE,FLORIDA COUNTY OF DUVAL.

From Willie McBride III
3875 San Pablo Rd. S Apt 1212
, Fla 32224

TO Judge James Lawrence King
Federal Justice Building
99 NE 4th St. Room 1127
Miami, Fla 33132

January 2008

ConFidentAL

3313221<del>4999</del>