09 MD 2036 JLK

4/26/2012

From: Mr. Perry Jackson
Post Office Box 71
Hackensack, NJ 07602-0071



FILED by SAS D.C.

MAY 21 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Dear Claims Administrator:

Please keep me all inclusive in this Overdraft fees Settlement Agreement with Bank of America and make the necessary change with my mailing address as Post Office Box 71 Hackensack, NJ 07602-0071 and the correction with my name being Perry Jackson and not Terry Jackson.

Thank You Kindly,

*Perry Jackson*

Perry Jackson
Founder/Owner
Media Mega Force.com

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. #153

### CLERK'S NOTICE RE DOCUMENTS NOT ACCEPTED FOR FILING

The Clerk's Office is unable to accept the following documents for filing and is returning the documents for the reason(s) noted below:

[✓] Document(s) do not indicate the case number and we are unable to determine the case number from our records.

[ ] Documents relate to a case assigned in another court and should be sent to that court.

[ ] Discovery items are not accepted by this court, pursuant to Local Rule 26.1(b).

[ ] Motion for Appearance Pro Hac Vice was not filed with required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b).

[ ] Clerk's Office is unable to determine what you are requesting from the Court. If you believe you have been legally wronged or injured and want to file a complaint with the court, file a formal complaint (See enclosed filing requirements and sample forms).

[ ] Documents may not be submitted in multi-media format (i.e., DVD, CD, cassette, VHS tape) without an order of the Court. Please resubmit your documents in paper format or electronically as noted in the Administrative Procedures (Local Policy).

[ ] Other: _____

Date: 5-1-12

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

---

[ ] 301 Simonton St.  
Key West, Fl 33040  
305-296-8100

[✓] 400 N. Miami Ave  
Miami, FL 33128  
305-523-5100

[ ] 299 E. Broward Blvd  
Ft. Lauderdale, Fl 33301  
954-769-5400

[ ] 701 Clematis St.  
West Palm Beach, FL 33401  
561-803-3400

[ ] 101 S. U.S. Highway 1  
Ft. Pierce, FL 34950  
772-467-2300

Revised March 2012

## Checking Account Overdraft Litigation
## Timely Exclusion List
## November 10, 2011

| Exclusion Number | First Name | Middle Initial/Name | Last Name | Exclusion Request Timely |
|---|---|---|---|---|
| 136 | Anne | L | Hess | Yes |
| 137 | James | Victor | Hierl | Yes |
| 138 | Daniel | L | Hill | Yes |
| 139 | Ricky | R | Hinkson | Yes |
| 140 | Alice | L | Holland | Yes |
| 141 | Joe | Thomas | Holliday | Yes |
| 142 | Gary | | Hopkins | Yes |
| 143 | Heather | M | Hopson | Yes |
| 144 | Rebecca | Warren | Horton | Yes |
| 145 | Armineh | | Hovanesian | Yes |
| 146 | Christopher | | Hoyt | Yes |
| 147 | Kun | Hsiu | Hsieh | Yes |
| 148 | Virgil | Lee | Hyde | Yes |
| 149 | Perla | | Ibarra | Yes |
| 150 | Norma | | Infusino | Yes |
| 151 | Ekaterina | A | Ivanchukova | Yes |
| 152 | Meriam | D | Jackson | Yes |
| 153 | Perry | | Jackson | Yes |
| 154 | David | W | Jacobs | Yes |
| 155 | Michelle | M | Jacquez Ortiz | Yes |
| 156 | Scoville | P | Jenkins | Yes |
| 157 | Eric | | Johnson | Yes |
| 158 | Sarah | | Johnson | Yes |
| 159 | Francis | | Jose | Yes |
| 160 | Irene | | Jose | Yes |
| 161 | Nicholas | | Kalonda | Yes |
| 162 | Marla | | Kau | Yes |
| 163 | Kevin | J | Kensik | Yes |
| 164 | Mercedes | | Kensik | Yes |
| 165 | Do Gyun | | Kim | Yes |
| 166 | Paul | C | Kingsbery | Yes |
| 167 | Richard | E | Kline | Yes |
| 168 | Valeria | | Kolison | Yes |
| 169 | Cherie | H | Korman | Yes |
| 170 | Alexi | | Korolev | Yes |
| 171 | Joan | B | Kraiza | Yes |
| 172 | Jospeh | L | Krakowski | Yes |
| 173 | Pamela | C | Krakowski | Yes |
| 174 | Nzogu | K | Kulya | Yes |
| 175 | Sea | Rom | Kwon | Yes |
| 176 | Ramona | F | Laday | Yes |
| 177 | Carol | | Lakefish | Yes |
| 178 | Sharon | T | Lee | Yes |
| 179 | Jared | | Leighton | Yes |
| 180 | Leilani | | Leighton | Yes |

*(handwritten annotation pointing to row 152):* NO AFFILIATION NOR ASSOCIATION TO MERIAM D. JACKSON