UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES ONLY TO:

*Stillion, et al. v. United Bank, Inc. and United Bankshares, Inc.*,
S.D. Fla. Case No. 11-cv-21472-JLK
S.D. W. Va. Case No. 11-cv-0237

NOTICE OF PENDING ACTION

Pursuant to Local Rule 3.8 and the Court's Omnibus Order Requiring Notice of Pending, Refiled, Related or Similar Actions [DE #2684], defendants, United Bank, Inc. and United Bankshares, Inc., hereby provide notice of a related action, *Jones v. United Bank, Inc.*, Civil Action No. 11-C-50, pending against United Bank, Inc. in the Circuit Court of Jackson County, West Virginia, before the Honorable Thomas Evans.

The *Jones* action has been repeatedly referenced in documents filed in this Court by both Defendants and Plaintiffs. [*See* DE #2162 (Motion to Dismiss); #2162-1 (Decl. of William Salvatori); #2162-2 (Decl. of Joe L. Wilson); #2162-3 (Decl. of Floyd Boone); #2330 (Pls.' Opp. to Motion to Dismiss); #2373 (Reply in Support of Motion to Dismiss); #2471 (Motion Seeking Suggestion of Remand); #2512 (Pls.' Opp. to Suggestion of Remand).]

Respectfully Submitted,

 /s/ *Floyd E. Boone Jr.*
Edward D. McDevitt
Floyd E. Boone Jr.
BOWLES RICE McDAVID GRAFF & LOVE LLP
600 Quarrier Street
Charleston, West Virginia  25301
Tel:  (304) 347-1100
Fax:  (304) 347-1746
emcdevitt@bowlesrice.com
fboone@bowlesrice.com

*Counsel for Defendants*
*United Bank, Inc. and United Bankshares, Inc.*

Dated:  May 22, 2012

2

4429446.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, the foregoing Notice of Related Action was filed and served via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　/s/ *Floyd E. Boone Jr.*
　　　　　　　　　　　　　　　　　　　　Floyd E. Boone Jr.