UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION MDL NO. 2036 | ) ) ) ) |
| *Second Tranche* | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Hough, et al. v. Regions Financial Corp., et al.* S.D. Fla. Case No. 1:09-cv-23632-JLK | ) ) ) ) ) |

REGIONS' MOTION FOR ORDER DISSOLVING BOND,
ADOPTING THE MARCH 5, 2012 OPINION OF THE ELEVENTH CIRCUIT, AND
CLOSING CASE AND INCORPORATED MEMORANDUM OF LAW

Regions Financial Corporation and Regions Bank (collectively "Regions") hereby move for entry of an order dissolving the supersedeas bond posted by Regions, adopting the March 5, 2012 Opinion of the Eleventh Circuit compelling arbitration, and closing this case. In support of this Motion, Regions states as follows:

On November 5, 2009, Regions filed its original Motion to Compel Arbitration.[1] (**Doc 22**.) On May 10, 2010, the Court entered an order finding Regions' arbitration agreement unconscionable and thereby denying Regions' Motion to Compel Arbitration. (**Doc 45**; **DE #**

---

[1] Regions filed its Motion to Compel Arbitration and Dismiss the First Amended Complaint in the Southern District of Florida under its individual member case number 1:10-cv-20476-JLK. Reference is made to documents filed in this case as "**Doc __**." All references referring to those documents filed in the main MDL 2036 docket are designated by "**DE # __**."

447.)  On May 19, 2010, Regions filed a notice of appeal of the May 10, 2010 Order (**DE # 488**) and moved the Court for a stay pending appeal to the Eleventh Circuit Court of Appeals. (**DE # 491**.)  On June 15, 2010, the Court granted Regions a stay "pending issuance and filing of opinions by the United States Court of Appeals for the Eleventh Circuit on . . . [the] appeal[] from this Court's Order Denying Motions to Compel Arbitration, conditioned upon the posting of a Supersedeas bond."  (**DE # 590**, p. 8) (the "Bond Order".)  As required under the Bond Order, Regions posted a supersedeas bond in the amount of $50,000.  (Docs. 55 and 56)

After remand from the Eleventh Circuit, Regions filed its Renewed Motion to Compel Arbitration (**DE # 1561**) on June 2, 2011.  On September 1, 2011, the Court again found Regions' arbitration agreement unconscionable and again entered an Order (**DE #1853**), denying Regions' Renewed Motion to Compel Arbitration (the "Order").  Regions appealed the Order and, on March 5, 2012, the Eleventh Circuit determined that Regions' arbitration agreement was not unconscionable, reversed and remanded the Order with instructions to compel arbitration. *See Hough, et al. v. Regions Financial Corp., et al.*, No. 11-14317, filed on March 5, 2012 (a true and correct copy of the opinion is attached hereto as Exhibit A).  On April 30, 2012, the Eleventh Circuit denied petitions for rehearing and rehearing en banc and on May 9, 2012, the Eleventh Circuit issued a mandate (**Doc. 70**), thereby returning jurisdiction to this Court.  *See Zaklama v. Mount Sinai Med. Ctr.*, 906 F.2d 645, 649 (11th Cir. 1990) ("This court retains jurisdiction over an appeal until it has issued a mandate to implement its disposition.")  (True and correct copies of the referenced order and mandate are attached hereto as Exhibits B and C).

Now that the Eleventh Circuit has issued an opinion finding Regions' arbitration agreement not to be unconscionable, denied Plaintiffs' petition for rehearing, and issued the mandate, the Eleventh Circuit has officially completed its review of the case.  Thus, the Bond

Order's requirement that the parties await "issuance and filing of opinions by the United States Court of Appeals for the Eleventh Circuit" has been satisfied and "the supersedeas bond in the amount of $50,000.00 . . . [is due] to be reimbursed to [Regions]." (**DE # 590**, p. 8-9.) Accordingly, pursuant to Southern District of Florida Local Rule 7.1(a), Regions respectfully requests that the supersedeas bond be released and refunded to Regions.

In addition, Regions requests that the Court adopt the March 5, 2012 opinion of the Eleventh Circuit and compel Plaintiffs to individually arbitrate all of their claims against Regions. *See Moses H. Cone Mem'l Hosp. v. Mercury Const. Corp.,* 460 U.S. 1, 22 (1983) (recognizing "Congress's clear intent, in the Arbitration Act, to move the parties to an arbitrable dispute out of court and into arbitration as quickly and easily as possible"). Consistent with the procedure followed in the order granting the motion to compel arbitration in *Gulley v. Huntington Bancshares Inc., et al.* (**DE # 514**, p. 12), Regions also requests that the Court direct the Clerk of Court to close this case.

A proposed Order is attached as <u>Exhibit D</u> for the Court's convenience.

Respectfully submitted this 23rd day of May, 2012.

**PARKER, HUDSON, RAINER & DOBBS LLP**

By:    /s/ William J. Holley, II
William J. Holley, II
Georgia Bar No. 362310
*wjh@phrd.com*
Nancy H. Baughan
Georgia Bar No. 042575
*nhb@phrd.com*
David B. Darden
Georgia Bar No. 250341
*dbd@phrd.com*

1500 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
(404) 523-5300 (telephone)
(404) 522-8409 (facsimile)

*Counsel for Regions Financial Corporation and Regions Bank*

## CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)

In accordance with Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with Plaintiffs' counsel in a good faith effort to resolve the issues raised in this motion. Plaintiffs' counsel oppose all requested relief with the exception of Regions' request to release the bond.

This 23 day of May, 2012.

By:     /s/ William J. Holley, II
        William J. Holley, II
        PARKER, HUDSON, RAINER & DOBBS
        LLP
        1500 Marquis Two Tower
        285 Peachtree Center Avenue
        Atlanta, Georgia  30303
        (404) 523-5300 (telephone)
        (404) 522-8409 (facsimile)

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that I have this day caused the foregoing to be electronically filed with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

all counsel of record entitled to receive service.


  This 23rd day of May, 2012.


        By: /s/ William J. Holley, II
          William J. Holley, II
          PARKER, HUDSON, RAINER & DOBBS
          LLP
          1500 Marquis Two Tower
          285 Peachtree Center Avenue
          Atlanta, Georgia  30303
          (404) 523-5300 (telephone)
          (404) 522-8409 (facsimile)

2387133_2