

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 24, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-15941-D
Case Style: Tevis Ignacio, et al v. Bank of America, NA
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:08-cv-23323-JLK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Deborah H. Hall, D
Phone #: (404) 335-6189

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-15941-D

TEVIS R. IGNACIO,
a.k.a. Robin Hood,

                             Objector-Appellant,

versus

RALPH TORNES,
ALVIN RICHARDSON,
ELONA WAGNER, et al.,

                             Plaintiffs-Appellees,

versus

BANK OF AMERICA BANK, N.A.,

                             Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida

Before TJOFLAT, EDMONDSON and CARNES, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED. The appellant is not a party to this action and therefore cannot appeal it under Fed.R.App.P. 3(c). *See* Fed.R.App.P. 3(c); *Marino v. Ortiz*, 484 U.S. 301, 304, 108 S.Ct. 586, 587-88, 98 L.Ed.2d 629 (1988); *AAL High Yield Bond Fund v. Deloitte & Touche LLP*, 361 F.3d 1305, 1309-11 (11th Cir. 2004).

    The appellees' requests to dismiss the appeal as frivolous are DENIED AS MOOT.

Plaintiffs-Appellees' request to prohibit the appellant from filing a motion for reconsideration and petition for rehearing is DENIED.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.