UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Casayuran, et al. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL. Case No. 10-cv-20496-JLK

*Cowen, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21869-JLK

*Hernandez, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21868-JLK

## NOTICE OF FILING PROPOSED REVISED SCHEDULING ORDER

Plaintiffs and Defendant PNC Bank, N.A. (the "parties"), through their respective undersigned counsel, jointly file the attached [Proposed] Revised Scheduling Order relating to the above-styled actions, pursuant to the Court's Order Denying Plaintiffs' Request for Status Conference, Requiring Parties to Submit Proposed "Revised" Scheduling Order. [**DE # 2704**].

Dated: May 25, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert C. Gilbert | /s/   Darryl J. May |
| Robert C. Gilbert, Esquire | Darryl J. May |
| Florida Bar No. 561861 | may@ballardspahr.com |
| rcg@grossmanroth.com | Philip N. Yannella |
| Stuart Z. Grossman, Esquire | yannellap@ballardspahr.com |
| Florida Bar No. 156113 | BALLARD SPAHR LLP |
| szg@grossmanroth.com | 1735 Market Street, 51st Floor |
| David Buckner, Esquire | Philadelphia, PA  19103 |
| Florida Bar No. 60550 | Tel.:  (215) 665-8500 |
| dbu@grossmanroth.com | Fax:  (215) 864-8999 |
| Seth E. Miles, Esquire | |
| Florida Bar No. 385530 | |
| sem@grossmanroth.com | *Counsel for PNC Bank, N.A.* |
| GROSSMAN ROTH, P.A. | |
| 2525 Ponce de Leon Boulevard | |
| Eleventh Floor | |
| Coral Gables, FL 33134 | |
| Tel: 305-442-8666 | |
| Fax: 305-779-9596 | |

*Coordinating Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-MD-02036-JLK**

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Casayuran, et al. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL. Case No. 10-cv-20496-JLK

*Cowen, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21869-JLK

*Hernandez, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21868-JLK

## [PROPOSED] REVISED SCHEDULING ORDER

After giving due consideration to the revised schedule proposed by the parties, the Court issues the following Revised Scheduling Order pertaining to the above-captioned "Fourth Tranche" cases in accordance with S.D. Fla. L. R. 16.1. References to pretrial proceedings in this Court, such as the calendar call and pretrial conference, are not intended to bind any party to trial in this MDL Court, and the parties will address the issue of where these cases will be tried at a later date.

| ACTIVITY | DATE |
|---|---|
| Deadline for parties to exchange lists of lay persons (non-expert) they anticipate calling at trial as witnesses | June 5, 2012 to be supplemented by June 29, 2012 |
| Mediation completed and report filed | July 2, 2012 |
| Deadline for parties to designate experts and serve expert disclosures | August 24, 2012 |
| Deadline for parties to complete fact discovery | August 30, 2012 |
| Deadline for parties to complete expert discovery | September 17, 2012 |
| Deadline for parties to file objections to designated experts and file *Daubert* motions | September 24, 2012 |
| Deadline for issuing Class Notice (unless 23(f) petition pending) | October 9, 2012 |
| Deadline for filing all motions, including summary judgment motions and motions in limine | October 9, 2012 |
| Deadline for filing responses to all motions | November 8, 2012 |
| Deadline for opt-outs | November 26, 2012 |
| Deadline for filing replies in support of all motions | December 10, 2012 |
| Deadline for parties to meet and confer about pre-trial stipulation (for those cases to be tried in this Court) | December 21, 2012 |
| Deadline for filing pre-trial stipulation (for those cases to be tried in this Court) | January 7, 2013 |
| Pre-trial conference (for those cases to be tried in this Court) | January 24, 2013 |
| Calendar call | April 8, 2013 |

| Trial (for those cases to be tried in this Court) | April 15, 2013 |
|---|---|

**DONE AND ORDERED** at the James Lawrence King United States Courthouse and Federal Building in Miami, Florida this _____ day of May, 2012.

_____
**HONORABLE JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record