## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

### JOINT REPORT RE MEDIATION

Plaintiffs and Defendant Capital One, N.A. (collectively, the "parties"), through their respective undersigned counsel, report to the Court regarding their recent mediation as follows:

1.      By Order dated April 4, 2012 (**DE # 2621**), this Court suspended the briefing schedule on Plaintiffs' Motion for Class Certification, and Capital One's Motion to Exclude Expert Testimony from Plaintiffs' Expert Witness Arthur Olsen (**DE #2454**) pending the outcome of mediation scheduled for May 8, 2012.  The Order directed the parties to report to the Court whether their mediation was successful.

2.      The parties participated in mediation on May 8, 2012 with the assistance of Professor Eric Green, but did not reach an agreement to resolve this litigation.  Accordingly, pursuant to this Court's Order dated April 4, 2012 (**DE # 2621**), Plaintiffs will file their (1) reply in support of their Motion for Class Certification, and (2) Opposition to Capital One's Motion to Exclude Expert Testimony by May 28, 2012.  Capital One will file its Reply in Support of its Motion to Exclude Expert Testimony by June 11, 2012.

3.     Counsel for the parties are in the process of meeting and conferring on proposed revised dates and deadlines applicable to this action, and expect to submit an agreed proposed revised schedule, or their respective proposed revised schedules, no later than May 31, 2012.

Dated: May 25, 2012.

Respectfully Submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ James R. McGuire
James R. McGuire
jmcguire@mofo.com
Rita F. Lin
rlin@mofo.com
Mimi Yang
mimiyang@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Defendant*
Capital One, N.A.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2012, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served

this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596