United States District Court
Southern District of Florida
Miami Division
Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO:<br>SECOND TRANCHE ACTION<br><br>*Given v. Manufacturers and Traders Trust Company a/k/a M&T Bank*<br>S.D. Fla. Case No.: 1-10-CV-20478-JLK | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### ORDER GRANTING M&T BANK'S MOTION FOR HEARING ON ITS MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DEFERRING RULING ON M&T BANK'S SECOND RENEWED MOTION TO COMPEL ARBITRATION AND GRANTING TIME TO CONDUCT ARBITRATION-RELATED DISCOVERY

THIS CAUSE having come before the Court on M&T Bank's Motion for Hearing on its Motion for Reconsideration of the Court's Order Deferring Ruling on M&T Bank's Second Renewed Motion to Compel Arbitration and Granting Time to Conduct Arbitration-Related Discovery (the "Motion for Hearing"), and the Court having considered the Motion for Hearing and other pertinent portions of the record, hereby ORDERS AND ADJUDGES that:

The Motion for Hearing shall be, and hereby is, GRANTED; and

Said hearing shall be conducted at **10:30** a.m./p.m. on **June 11**, 2012, at the James Lawrence King Federal Justice Building and United States Courthouse.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this **30**ᵗʰ day of **MAY**, 2012.

                                                                  _____
                                                                  JAMES LAWRENCE KING
                                                                  United States District Judge
                                                                  Southern District of Florida

cc:     All counsel of record.