UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Command v. Bank of America* S.D. Fla. Case No. 1:11-cv-21270-JLK W.D. Mich. Case No. 1:10-cv-01117-RLJ | ) ) ) ) ) |

**DEFENDANT BANK OF AMERICA, N.A.'s DESIGNATION OF
<u>RECORD ON REMAND</u>**

On May 21, 2012, the United States Judicial Panel on Multidistrict Litigation ("JPML") issued a Conditional Remand Order ("CRO") for the *Command* action. (JPML DE # 724.) Since no opposition to the CRO was filed, the CRO became final on May 30, 2012, and the JPML directed this Court to remand the *Command* action to the Western District of Michigan from which it was originally transferred. (JPML DE # 732.)

Pursuant to Rule 10.4(a) of the Rules of Procedure of the JPML, Defendant Bank of America, N.A. ("Bank of America"), does *not* intend to designate any additional items for inclusion in the record on remand beyond those items that Rule 10.4(b) specifically directs the transferee court clerk to send to the transferor court.

Under Rule 10.4(a), the record on remand includes: "(i) a copy of the individual docket sheet for each action remanded; (ii) a copy of the master docket sheet, if applicable; (iii) the entire file for each action remanded, as originally received from the transferor district and augmented as set out in this Rule; [and] (iv) a copy of the final pretrial order, if applicable." JPML Rule 10.4(b). In the latter regard, Bank of America notes that no pretrial order has been issued in this action.

DATED: May 30, 2012

Respectfully submitted,
s/Laurence J. Hutt
Laurence J. Hutt

Laurence J. Hutt
(Laurence.Hutt@aporter.com)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| *Command v. Bank of America* S.D. Fla. Case No. 1:11-cv-21270-JLK | ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2012, the foregoing was transmitted to the Clerk of the

Court for filing and that a copy will be served on all counsel of record via transmission of

Notices of Electronic Filing generated by CM/ECF.  I further certify that I mailed the foregoing

document by First Class Mail, postage prepaid, to the following individuals:

| | |
|---|---|
| Timothy and Marci Command 3636 4 Mile Road NE, Grand Rapids, Michigan 49525. | Brian Summerfield Bodman LLP 201 West Big Beaver Road, Suite 500 Troy, Michigan 48084 |

Dated:  May 30, 2012

Respectfully submitted,

s/Laurence J. Hutt
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199
Attorney for Defendant
BANK OF AMERICA, N.A.

1