UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

THIS CAUSE having come before the Court on the Unopposed Motion for Extension of Page Limits for Plaintiffs' class certification reply brief, and the Court having considered the Motion and other pertinent portions of the record, and good cause appearing, hereby ORDERS AND ADJUDGES that:

1. The Agreed Motion for Extension of Page Limits is GRANTED.

2. Plaintiffs are authorized to file a class certification reply brief of up to 30 pages.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 29th day of May, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record