UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

## ORDER SETTING CLASS CERTIFICATION HEARING

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Class Certification [DE #2313] in the above-styled case, filed December 20, 2011.[1]

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion **[DE #2313]**, be, and the same is hereby, set for oral argument on **Thursday, June 21, 2012 at 1:30 p.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 1st day of June, 2012.

    _____
    JAMES LAWRENCE KING
    UNITED STATES DISTRICT JUDGE
    SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record

---

[1] Defendant responded on February 6, 2012 (DE #2642) and Plaintiffs replied on May 29, 2012 (DE #2726).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Mosser v. TD Bank, N.A.*
E.D. Pa. Case No. 2:10-00731
S.D. Fla. Case No. 10-cv-21386-JLK

*Mazzadra, et al. v. TD Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21870-JLK

## ORDER REQUIRING SUBMISSION OF PROPOSED NOTICE PLAN

**THIS CAUSE** comes before the court *sua sponte*. Pursuant to Fed. R. Civ. P. 23, it is hereby **ORDERED, ADJUDGED and DECREED** that Plaintiffs shall submit a proposed notice plan for members of the certified class in the above-styled cases in accordance with Rule 23(c)(2) within **twenty (20) days** of this Order.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 1st day of June, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record