UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

SECOND TRANCHE ACTION

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK

**PLAINTIFFS' RESPONSE TO SUNTRUST'S MOTION TO RELEASE SUPERSEDEAS BOND, TO ADOPT THE MARCH 1, 2012 ORDER OF THE ELEVENTH CIRCUIT, AND TO STAY PROCEEDINGS PENDING ARBITRATION**

Plaintiffs Jeffrey and Jeanette Buffington hereby respond to SunTrust Banks, Inc.'s ("SunTrust") Motion to Release Supersedeas Bond, to Adopt the March 1, 2012 Order of the Eleventh Circuit, and to Stay Proceedings Pending Arbitration. **[DE # 2694]**. As noted in SunTrust's Motion, Plaintiffs have no objection to the release of the supersedeas bond in the amount of $50,000. However, Plaintiffs oppose SunTrust's premature request to adopt the Eleventh Circuit's March 1, 2012 Order and to stay proceedings in this matter pending arbitration.

Following the Eleventh Circuit's March 1, 2012 opinion reversing this Court's finding that SunTrust's arbitration clause was unconscionable under Georgia law, Plaintiffs filed a petition for rehearing or rehearing en banc. As the Bank notes, Plaintiffs' petition was denied by the Eleventh Circuit on April 30, 2012. *See* SunTrust Motion, p. 2 **[DE # 2694]**. Therefore,

according to Supreme Court Rule 13(3), Plaintiffs have 90 days (until July 30, 2012) to file a petition for writ of certiorari. Therefore, taking final action with respect to this case would be premature, as Plaintiffs still have two months to seek review of the Eleventh Circuit's decision. Respectfully, a ruling on SunTrust's request to adopt the Eleventh Circuit's decision should be reserved until Plaintiffs' opportunity to file a petition for writ of certiorari has expired, or until such time as a petition has been ruled upon by the United States Supreme Court.

## CONCLUSION

Plaintiffs have no objection to the Court releasing SunTrust's supersedeas bond. Respectfully, however, the Court should reject the Bank's invitation to take any other action at this time.

Dated: June 1, 2012.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
BRUCE S. ROGOW, P.A.
Broward Financial Center
500 E. Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

| | |
|---|---|
| /s/ E. Adam Webb<br>E. Adam Webb, Esquire<br>Georgia Bar No. 743910<br>Adam@WebbLLC.com<br>Matthew C. Klase, Esquire<br>Georgia Bar No. 141903<br>Matt@WebbLLC.com<br>G. Franklin Lemond, Jr., Esquire<br>Georgia Bar No. 141315<br>FLemond@WebbLLC.com<br>WEBB, KLASE & LEMOND, L.L.C.<br>1900 The Exchange, S.E.<br>Suite 480<br>Atlanta, GA 30339<br>Tel: 770-444-9325<br>Fax: 770-444-0271 | /s/ Michael W. Sobol<br>Michael W. Sobol, Esquire<br>California Bar No. 194857<br>msobol@lchb.com<br>Roger N. Heller, Esquire<br>California Bar No. 215348<br>rheller@lchb.com<br>Jordan Elias, Esquire<br>California Bar No. 228731<br>jelias@lchb.com<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN L.L.P.<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br>Tel: 415-956-1000<br>Fax: 415-956-1008 |
| /s/ Russell W. Budd<br>Russell W. Budd, Esquire<br>Texas Bar No. 03312400<br>rbudd@baronbudd.com<br>Bruce W. Steckler, Esquire<br>Texas Bar No. 00785039<br>bsteckler@baronbudd.com<br>Mazin A. Sbaiti, Esquire<br>Texas Bar No. 24058096<br>msbaiti@baronbudd.com<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br>Tel: 214-521-3605<br>Fax: 214-520-1181 | /s/ David S. Stellings<br>David S. Stellings, Esquire<br>New York Bar No. 2635282<br>dstellings@lchb.com<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN L.L.P.<br>250 Hudson Street<br>8th Floor<br>New York, NY  10013<br>Tel: 212-355-9500<br>Fax: 212-355-9592 |

| | |
|---|---|
| /s/ Ruben Honik | /s/ Ted E. Trief |
| Ruben Honik, Esquire | Ted E. Trief, Esquire |
| Pennsylvania Bar No. 33109 | New York Bar No. 1476662 |
| rhonik@golombhonik.com | ttrief@triefandolk.com |
| Kenneth J. Grunfeld, Esquire | Barbara E. Olk, Esquire |
| Pennsylvania Bar No. 84121 | New York Bar No. 1459643 |
| kgrunfeld@golombhonik.com | bolk@triefandolk.com |
| GOLOMB & HONIK, P.C. | TRIEF & OLK |
| 1515 Market Street | 150 E. 58th Street |
| Suite 1100 | 34th Floor |
| Philadelphia, PA 19102 | New York, NY 10155 |
| Tel: 215-985-9177 | Tel: 212-486-6060 |
| Fax: 215-985-4169 | Fax: 212-317-2946 |

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Robert C. Gilbert
      Robert C. Gilbert, Esquire
      Florida Bar No. 561861
      GROSSMAN ROTH, P.A.
      2525 Ponce de Leon Boulevard
      Eleventh Floor
      Coral Gables, FL 33134
      Tel: 305-442-8666
      Fax: 305-779-9596