UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Stillion, et al. v. United Bank, Inc. and United Bankshares, Inc.*,
S.D. Fla. Case No. 11-cv-21472-JLK
S.D. W. Va. Case No. 11-cv-0237

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
FOR UNITED BANK, INC. AND UNITED BANKSHARES, INC.

PLEASE TAKE NOTICE that the following attorney and law firm hereby enters an appearance as additional counsel for United Bank, Inc. and United Bankshares, Inc. in the above-captioned action, in addition to the undersigned counsel:

> Laurence J. Hutt
> ARNOLD & PORTER LLP
> 777 South Figueroa Street, 44th Floor
> Los Angeles, California  90017-5844
> Laurence.Hutt@aporter.com
> Telephone:  (213) 243-4000
> Facsimile:  (213) 243-4199

Through Mr. Hutt's representation of another defendant in other actions consolidated within this multidistrict litigation, he previously executed the certificates mandated by this Court's November 24, 2009 Order (DE #166) and he was previously assigned a CM/ECF user name and password.

4454501.1

Dated:  June 4, 2012

                                                                     Respectfully Submitted,

*/s/ Floyd E. Boone Jr.*
Edward D. McDevitt
Floyd E. Boone Jr.
BOWLES RICE McDAVID GRAFF & LOVE LLP
600 Quarrier Street
Charleston, West Virginia  25301
Tel:  (304) 347-1100
Fax:  (304) 347-1756
fboone@bowlesrice.com


*/s/ Laurence J. Hutt*
Laurence J. Hutt
ARNOLD & PORTER LLP
777 South Figueroa St., 44th Floor
Los Angeles, California  90017-5844
Laurence.Hutt@aporter.com
Tel.:  (213) 243-4000
Fax:  (213) 243-4199


*Counsel for Defendants*
*United Bank, Inc. and United Bankshares, Inc.*

2

4454501.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2012, the foregoing Notice of Appearance of Additional Counsel for United Bank, Inc. and United Bankshares, Inc. was filed and served via the Court's CM/ECF system.

/s/ *Floyd E. Boone Jr.*
Floyd E. Boone Jr.