UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Casayuran, et al. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL. Case No. 10-cv-20496-JLK

*Cowen, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21869-JLK

*Hernandez, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21868-JLK

## ORDER GRANTING JOINT MOTION TO TEMPORARILY SUSPEND RULING ON DEFENDANT'S MOTION FOR RECONSIDERATION PENDING MEDIATION

THIS CAUSE came before the Court on Plaintiffs' and Defendant PNC Bank's (collectively, the "parties") Joint Motion to Temporarily Suspend Ruling on Motion for Reconsideration of this Court's May 16, 2012 Order Granting Motion for Class Certification. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The Court will temporarily suspend ruling on Defendant PNC Bank's Motion for Reconsideration of the Court's May 16, 2012 Order Granting Motion for Class Certification [DE # 2721].

2. The parties are directed to notify the Court of the outcome of the mediation within two days of the June 19, 2012 mediation.

3. In the event the June 19 mediation does not resolve the action, the Court will, following notice from the parties, promptly issue an Order on Defendant PNC Bank's Motion for Reconsideration of May 16, 2012 Order Granting Motion for Class Certification.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 1st day of June, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record