UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK

ORDER GRANTING MOTION TO RELEASE SUPERSEDEAS BOND,
DEFERRING RULING ON MOTION TO ADOPT MARCH 1, 2012 ORDER OF THE
ELEVENTH CIRCUIT, AND TO STAY PROCEEDINGS PENDING ARBITRATION

THIS CAUSE having come before the Court on Defendant SunTrust Banks, Inc.'s

("SunTrust") Motion to Release Supersedeas Bond, to Adopt the March 1, 2012 Order of the

Eleventh Circuit, and to Stay Proceedings Pending Arbitration, and the Court having considered

the motion and other pertinent portions of the record, hereby ORDERS and ADJUDGES as

follows:

1.  The supersedeas bond in the amount of $50,000.00 filed by SunTrust on July 8,

2010 [DE #653] be, and the same is hereby, **RELEASED**;

2.  The motion to adopt the March 1, 2012 Order of the Eleventh Circuit and to stay

proceedings pending arbitration be, and the same is hereby, **DENIED without prejudice** to

renew after the time for filing a petition for writ of certiori has expired (July 30, 2012), or until

such time as a petition has been ruled upon by the United States Supreme Court;

3.　　　The parties shall promptly notify the Court of the outcome of Plaintiffs' petition for writ of certiori to the United States Supreme Court.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 4th day of June, 2012.

_____

JAMES LAWRENCE KING

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record