

FILING FEE
PAID $000
pro hac
vice
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ___ D.C.
JUN - 4 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEYS

Pursuant to Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), and this Court's November 24, 2009 Order (the "Order") (Doc. #166), the undersigned respectfully moves for admission of and electronic filing privileges for the attorneys listed in paragraph 1 below, who are counsel of record in cases that originated in other districts and have been transferred to this MDL proceeding, for purposes of limited appearance as counsel on behalf of their client, and in support thereof states as follows:

1797837 v1 (71315.00002.000)

1

1. The following attorney is counsel of record in *Delphia Simmons v. Comerica, Inc.*, C.A. No. 3:10-326 transferred to this MDL proceeding from the Northern District of Texas pursuant to 28 U.S.C. § 1407, are not admitted to practice in the Southern District of Florida, and are members in good standing of the bars of their respective jurisdictions:[1]

### FOR COMERICA BANK

Eliot Walker
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
ewalker@krcl.com

2. MDL Rule 1.4 states that "Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3. Pursuant to MDL Rule 1.4, the undersigned requests that the Court waive the requirement of this District's Special Rule 4.B.3 that attorneys admitted on a limited appearance basis must designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf.

4. Further, as contemplated by the Order, the undersigned requests that pursuant to MDL Rule 1.4, the attorneys admitted on a limited appearance basis in this MDL proceeding be

---

[1] Certification signed by the attorney named in paragraph 1, stating that he is a member in good standing of their respective jurisdictions and have reviewed the Local Rules of the United States District for the Southern District of Florida, is attached hereto as Exhibit A.

1797837 v1 (71315.00002.000)

allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.3.

    5.    Pursuant to MDL Rule 1.4, the undersigned requests that the Court waive the filing fee of $75 per attorney for the limited admission of each of the attorneys named in paragraph 1 above.

WHEREFORE, the undersigned moves this Court to enter an Order (1) permitting the attorney listed in paragraph 1 above to appear before this Court on behalf of his respective clients for all purposes relating to the proceedings in the above-styled MDL matter, (2) waiving the requirement that this attorney designate a member of the local bar to receive service of and file papers on his behalf, (3) directing the Clerk to provide CM/ECF username and password to attorney listed in paragraph 1, and (4) directing the Clerk to waive the $75 per attorney filing fee for the limited admission of attorney named in paragraph 1.

Dated: May 31, 2012

Respectfully submitted,

KANE RUSSELL COLEMAN & LOGAN PC

By: _____
Kenneth C. Johnston
State Bar No. 00792608
James B. Greer
State Bar No. 24014739

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 777-4200 (telephone)
(214) 777-4299 (facsimile)

**ATTORNEYS FOR DEFENDANT COMERICA BANK**

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2012, I mailed via U.S. mail a copy of the Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorney to the Court for filing. A copy of this Motion will be served to counsel of record at an e-mail address presently on file with the Court through the Court's ECF noticing system.

_____
Kenneth C. Johnston

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

**CERTIFICATE OF UNDERSTANDING, RE:
ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the State Bar of Texas.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *Pro Hac Vice* status in another case in the Southern District of Florida.

1797845 v1 (71315.00002.000)

1

5.   I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.   If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

**Name**: Eliot Walker
**State Bar No.**: TX Bar No. 24058165
**Firm name**: Kane Russell Coleman & Logan PC
**Address**: 1601 Elm Street, Suite 3700, Dallas, Texas 75201
**Mailing Address (if different)**: Same as above
**Telephone**: (214) 777-4220
**Email address**: ewalker@krcl.com
**Fax**: (214) 777-4299

Dated:  May 31, 2012

_____
Eliot Walker
Attorney for Comerica Bank

1797845 v1 (71315.00002.000)

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE
## OF AND ELECTRONIC FILING
## PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendant's Out-of-State Attorney, requesting pursuant to Rule 1.4 of Rules of Procedures of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the Court's November 24, 2009 Order (the "Order") (Doc, #166); and Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), permission for a limited appearance of an electronic filing privileges for the additional attorneys listed below who are counsel of record in

1797854

1

cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby:

ORDER and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-Of-State Attorneys is GRANTED.

2. The following additional attorneys are granted to appear and participate in this action on behalf of Defendant:

**FOR COMERICA BANK**
Eliot Walker
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
ewalker@krcl.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and the Order the attorney named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this

1797854

2

Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4B. The Court hereby directs the Clerk of Court to assign CM/ECF username and password to the attorney listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida this _____ day of _____, 2012.

_____
Honorable James Lawrence King
United States District Judge

Copies furnished to:

Counsel of Record

1797854

3