Sheryl Lebotesis
6 Landmark Drive
Malvern, PA 19355
484.904.3851

May 23, 2012

U.S. District Judge James Lawrence King
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Room 1127
Miami, FL 33132

*Notice /Objection*

*Citizens*

RE: Checking Account Overdraft Litigation
     Case Number 09-CV-02036

Your Honor:

I have recently become aware of the Citizens Bank Class Action Settlement that is
pending before you. I felt compelled, as a victim of this Overdraft Policy, to let you know
before you decide to agree to the proposed $137.5 million settlement, how this practice
has affected me and my family.

First, a little background: I am a 40 year old single mother of 3. I work a full-time job in
advertising during the week, and work Saturdays and some Sundays as a Barber to make
ends meet. And, I still manage to maintain a very stable household. I am college
educated, hold a BS/BA and I am considered by those who know me to be extremely
responsible and conscientious. However, I do live paycheck to paycheck, with not a heck
of a lot to spare. Nothing to spare, actually. My family does not vacation. We don't have
cable television. I drive a 10 year old car with no payment. We live very modestly.

I, like most everyone else in this class action lawsuit, only became aware of this practice
of re-ordering transactions by becoming a victim of some pretty harsh consequences.
These consequences, I would like you to understand Your Honor, extend far beyond the
money that was pulled from my account.

When Citizens Bank decided to re-order my transactions, so that what should have been 1
overdraft, turned into 8 overdrafts, to the cost of $296.00 in one day – and since I have no
money tree from which to pick $296.00 to replace into my account, bills that should have
been paid with that money ended up being paid late, with late charges of course - causing
me more financial distress. Because those bills had to be paid late with the next
paycheck, there were other bills that could not get paid on time as a result, with more late
charges and penalties tacked on to them. I have had to resort to using credit cards for
daily essentials like groceries, when money has been taken from my account.

And it goes on and on like this. The only way to STOP the spiral, for someone who lives to the penny every month, is to "find" extra money SOMEWHERE.

Where? Where does a person who is already working 6-7 days a week, find MORE MONEY to compensate for the money that has been stolen, in order to keep the bills paid on-time, and still feed her children?

Simple.  The bills have to wait.

I have been through a 4 day electricity shut off after my account had been robbed by Citizens Bank. I have had interest rates on credit cards hiked to 29.99% due to late payments, and as a result, I am dealing with a shattered credit score, that was once very good, which interferes substantially with the life decisions I am able to make. For one, replacing my 10 year old vehicle, since I am sure I can no longer get a car loan.

I am dealing with the highest amount of debt that I have ever had in my life, and I am dealing with the very real possibility that I am no longer able to buy a home due to the destruction of my credit score from paying bills late when money has been taken from me.

I may have overdrawn my account on occasion by mistake. Maybe even knowingly (I'm recalling a decision to "eat" what I thought would be 1 overdraft fee, because I needed to buy milk two days before pay day, which overdrew my account by $1, only to find out that I had been charged 7 times. A gallon of milk ended up costing me $259.00.)

The punishment, Your Honor, does not fit the crime.

So, I ask the same question... does the $137.5 million settlement proposed by Citizens Bank fit the crime of the billions that have been taken from the people who can afford it the least? Even if Citizens Bank replaced EVERY DIME that they ever took from me, it does not begin to fix the remainder of the problems this quest for profitability has caused in my life.

Even with that settlement figure considered, this still was a highly profitable "policy" for the bank to implement. Will this settlement keep them from repeating the same mistake, and continuing to prey on their customers?

It seems to me, that the customers who could afford this type of policy the least, are the ones who have been hit the hardest. And for me, and my family, the effects are long lasting.

Thank you for your time and consideration in reading this letter.  I can only hope that it has reached you in time.

Sheri Lebotesis

6 Landmark Drive
Malvern, PA 19365

PHILADELPHIA PA 191

24 MAY 2012 PM 4 T

US District Judge James Lawrence King
James Lawrence King Federal/Justice Building
99 Northeast Fourth Street
Room 1127
Miami, FL 33132

33132-2149

CLEARED X-RAY

USA FIRST CLASS FOREVER