UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEYS

THIS CAUSE having come before the Court on the Motion for Limited Appearance and Electronic Filing Privileges for Defendant's Out-of-State Attorney, requesting pursuant to Rule 1.4 of Rules of Procedures of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the Court's November 24, 2009 Order (the "Order") (Doc, #166); and Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), permission for a limited appearance of an electronic filing privileges for the additional attorneys listed below who are counsel of record in

1797854

1

cases that have been transferred from other districts to this MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby:

ORDER and ADJUDGED that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-Of-State Attorneys is GRANTED.

2. The following additional attorneys are granted to appear and participate in this action on behalf of Defendant:

**FOR COMERICA BANK**
Eliot Walker
Kane Russell Coleman & Logan, PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: (214) 777-4200  Fax: (214) 777-4299
ewalker@krcl.com

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and the Order the attorney named in paragraph 2 shall be allowed to file and receive service of documents electronically according to this

1797854

2

Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4B. The Court hereby directs the Clerk of Court to assign CM/ECF username and password to the attorney listed in paragraph 2 above.

5. In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

DONE AND ORDERED, at the James Lawrence King Federal Justice Building in Miami, Florida this 7 day of June, 2012.

					*[signature]*
					Honorable James Lawrence King
					United States District Judge

Copies furnished to:

Counsel of Record

1797854

3