UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Hough, et al. v. Regions Financial Corp. et. al.*
S.D. Fla. Case No. 1:10-cv-20476-JLK

**ORDER GRANTING MOTION FOR ORDER DISSOLVING BOND, DEFERRING RULING ON MOTION TO ADOPT MARCH 5, 2012 OPINION OF THE ELEVENTH CIRCUIT AND CLOSE CASE**

**THIS CAUSE** having come before the Court on Defendant Regions Financial Corporation and Regions Bank's (collectively, "Regions") Motion for Order Dissolving Bond, Adopting the March 5, 2012 Opinion of the Eleventh Circuit, and Closing Case (DE #2711), filed May 23, 2012. Plaintiffs responded on June 6, 2012 (DE #2744), noting that they have no objection to the release of the bond, but oppose the motion to adopt the Eleventh Circuit's March 5, 2012 Opinion and to close the case as premature. The Court, having considered the motion and other pertinent portions of the record, hereby ORDERS and ADJUDGES as follows:

1. The $50,000.00 supersedeas bond posted by Regions on July 8, 2010 (1:10-cv-20476 at DE #55–56) be, and the same is hereby, **RELEASED**;

2. The motion to adopt the March 5, 2012 Order of the Eleventh Circuit and to close the case be, and the same is hereby, **DENIED without prejudice** to renew after the time for

filing a petition for writ of certiori has expired (July 30, 2012), or until such time as a petition has been ruled upon by the United States Supreme Court;

3. The parties shall promptly notify the Court of the outcome of Plaintiffs' petition for writ of certiori to the United States Supreme Court.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 8th day of June, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record