UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date June 11, 2012

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference ___   Status Conference X
Pre-Trial Conference ___    Motion Hearing ___

Counsel for Plaintiff: Aaron Podhurst, Esq.  Robert Gilbert, Esq.  Peter R. Prieto, Esq.  Bruce Rogow, Esq.

Counsel for Defendant: John Prisbe, Esq. - Jaime Asani, Esq.

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: Defendants' Motion for Reconsideration re: D.E. #2661 (D.E. #2670)
- The Court finds that the motion (D.E. #2670) be and the same is hereby **TAKEN UNDER ADVISEMENT**

Page 1 of 1