**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

|  |  |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**<br><br>**MDL NO. 2036** | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 1:09-02036-JLK** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wolfegeher v. Commerce Bank, N.A.*<br>W.D. MO Case No. 10-cv-00328<br>S.D. FL Case No. 1:10-cv-22017-JLK | )<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF PENDING, SIMILAR ACTION**

Defendant Commerce Bank, N.A., pursuant to S.D. Fla. Local Rule 3.8, and this Court's Order dated May 11, 2012 (D.E. 2684) hereby notifies the Court, parties, and opposing counsel of a related, similar action filed against Commerce Bank in the Circuit Court of Jackson County, Missouri. The action was filed on June 1, 2010, and is captioned *Harold v. Commerce Bank, N.A.*, Case No. 1016-CV-16599. The case is currently stayed pending this Court's consideration of the settlement announced by the parties in this action.

5109842 v1

Dated:  June 11, 2012　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.


　　　　　　　　　　　　　　　　　　　　By: /s/  Todd W. Ruskamp
　　　　　　　　　　　　　　　　　　　　　　Todd W. Ruskamp, MO Bar #38625
　　　　　　　　　　　　　　　　　　　　　　James P. Muehlberger, MO Bar #51346
　　　　　　　　　　　　　　　　　　　　　　Andrew D. Carpenter, MO Bar #47454
　　　　　　　　　　　　　　　　　　　　　　Kay C. Whittaker, MO Bar #44328

　　　　　　　　　　　　　　　　　　　　2555 Grand Blvd.
　　　　　　　　　　　　　　　　　　　　Kansas City, MO  64108-2613
　　　　　　　　　　　　　　　　　　　　Telephone:  816.474.6550
　　　　　　　　　　　　　　　　　　　　Facsimile:  816.421.5547
　　　　　　　　　　　　　　　　　　　　truskamp@shb.com
　　　　　　　　　　　　　　　　　　　　jmuehlberger@shb.com
　　　　　　　　　　　　　　　　　　　　acarpenter@shb.com
　　　　　　　　　　　　　　　　　　　　cwhittaker@shb.com

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　COMMERCE BANK, N.A.


**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　 /s/  Todd W. Ruskamp
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Commerce Bank, N.A.