UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT            Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

                                   Date    June 12, 2012

                                           JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference X
Pre-Trial Conference ___        Motion Hearing    ___

Counsel for Plaintiff: Aaron Podhurst, Esq.  Robert Gilbert, Esq. Peter R. Prieto, Esq.  Bruce Rogow, Esq. Stuart Grossman, Esq.

Counsel for Defendant: John Prisbe, Esq. Chris Riley, Esq.  Steven M. Riley, Esq.  Floyd Boone, Esq.  Laurence Hutt, Esq.  Darryl May, Esq.

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: Defendants' Motions to Dismiss re: D.E. #2151; 2148; 2136; and 2162
- The Court finds that the motion (D.E. #2151) be and the same is hereby **TAKEN UNDER ADVISEMENT**
- The court finds that the motion (D.E. #2148) be and the same is hereby **TAKEN UNDER ADVISEMENT**
- The Court finds that the motion (D.E. #2136) be and the same

Page 1 of  2

- is hereby **TAKEN UNDER ADVISEMENT**
- The Court finds that the motion (D.E. #2162) be and the same is hereby **TAKEN UNDER ADVISEMENT**
- The Court finds that the court Reporter shall transcribe the hearing and provide a copy for the Court