UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

DEFENDANT CAPITAL ONE, N.A.'S RENEWED REQUEST FOR NON-TESTIMONIAL HEARING ON ITS MOTION TO EXCLUDE TESTIMONY FROM PLAINTIFFS' EXPERT WITNESS ARTHUR OLSEN

On June 1, 2012, the Court set Plaintiffs' Motion for Class Certification (ECF No. 2313) for hearing on June 21, 2012. (ECF No. 2734.) Defendant Capital One, N.A., ("Capital One") respectfully renews its request that the Court also set Capital One's Motion to Exclude Testimony From Plaintiffs' Expert Witness Arthur Olsen (ECF No. 2454) for hearing at the same time.

On February 3, 2012, Capital One requested that the Court set a hearing on Capital One's Motion to Exclude Testimony to be held at the same time as the hearing on Plaintiffs' Motion for Class Certification. (ECF No. 2455.) The Court has not ruled yet on Capital One's request and did not reference Capital One's request when it set the June 21, 2012, hearing. Capital One therefore renews its request that the motions be heard together. Capital One's pending Motion to Exclude Testimony, to which Plaintiffs have filed an opposition (filed under seal, May 29, 2012) and Capital One has replied (ECF No. 2751) is fully briefed. As further described in Capital One's initial hearing request (ECF No. 2455), the Motion to Exclude Testimony involves several issues that overlap with or could affect the consideration of Plaintiffs' Motion for Class Certification. As such, Capital One submits that it would make sense for both motions to be heard at the same time. In addition, Capital One notes that its counsel will be flying cross-

sf-3157928                              1

country to attend the June 21, 2012, hearing and respectfully requests that the parties be permitted to address both motions at the same time in order to avoid multiple cross-country trips.

## LOCAL RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1(a)(3), the undersigned certifies that Capital One N.A.'s counsel previously conferred with Plaintiffs' counsel in a good faith effort to resolve the issues raised in the initial request, but was unable to do so.

Dated: June 12, 2012

Respectfully submitted by,

MORRISON & FOERSTER LLP

By:   /s/ James R. McGuire
    JAMES R. McGUIRE

JAMES R. McGUIRE (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:    415.268.7000
Facsimile:    415.268.7522

*Attorneys for Defendant*
CAPITAL ONE, N.A.

## CERTIFICATE OF SERVICE

CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on June 12, 2012, I filed the foregoing document with the Clerk of the Court using CM/ECF No., which will send notification of such filing to all counsel of record entitled to receive service.

| | |
|---|---|
| Dated: June 12, 2012 | /s/ James R. McGuire |
| | James R. McGuire |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, CA  94105 |
| | Telephone:    415.268.7000 |
| | Facsimile:     415.268.7522 |
| | jmcguire@mofo.com |