UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT            Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

                                   Date    June 12, 2012

                                   JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams  COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference X
Pre-Trial Conference ___        Motion Hearing    ___

Counsel for Plaintiff: Aaron Podhurst, Esq.  Robert Gilbert, Esq. Peter R. Prieto, Esq.  Bruce Rogow, Esq. Stuart Grossman, Esq.

Counsel for Defendant: John Prisbe, Esq. Chris Riley, Esq.  Steven M. Riley, Esq.  Floyd Boone, Esq.  Laurence Hutt, Esq.  Darryl May, Esq.

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION:  MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: Defendants' Motions to Dismiss re: D.E. #2151; 2148; 2136; and 2162
- The Court finds that the motion (D.E. #2151) be and the same is hereby **TAKEN UNDER ADVISEMENT**
- The court finds that the motion (D.E. #2148) be and the same is hereby **TAKEN UNDER ADVISEMENT**
- The Court finds that the motion (D.E. #2136) be and the same

Page 1 of   2

- is hereby **TAKEN UNDER ADVISEMENT**
- The Court finds that the motion (D.E. #2162) be and the same is hereby **TAKEN UNDER ADVISEMENT**
- The Court finds that the court Reporter shall transcribe the hearing and provide a copy for the Court

# PLEASE PRINT LEGIBLY

09-2036-MDL   June 12, 2012   Page 1 of 2

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| JOHN PRISBE | VENABLE LLP | (410) 244-7400 | SUSQUEHANNA BANK |
| Bill Holloy | Parier, Hudson | 404.420.5544 | Regions Bank |
| BRUCE ROGOW | BRUCE ROGOW PA | 954 7678909 | PLAINTIFFS |
| DARRYL MAY | BOLLARD SPAHR | 215-864-8103 | Sovereign Bank |
| ROBERT GILBERT | GRUSMAN | 305 442 8666 | Plaintiffs |
| CHRIS RILEY | ALSTON & BIRD | 404-881-7000 | SYNOVUS BANK |
| STEVE COLLINS | ALSTON & BIRD | 404-881-7000 | SYNOVUS BANK |
| BARBARA OLK | TRIEF & OLK | 212-486-6060 | Plaintiffs |
| RICHARD GOLOMB | GOLOMB HONIK | 215 985 9177 | PLAINTIFFS |
| LAURENCE HUTT | ARNOLD + PORTER LLP | 213-243-4000 | D - UNITED BANK |
| FLOYD BOONE | BOWLES RICE | 304-347-1733 | D - UNITED BANK |
| E. Adam Webb | WK & L | | PLS |
| G. Franklin Lemond | WK & L | | PLS |
| Peter Prieto | Podhurst | 305-358-2800 | PLs |
| Stuart Grossman | Grossman, Roth | 305 442 8666 | PEC |
| Aaron Podhurst | Podhurst | 305 358 2800 | PEC |

# PLEASE PRINT LEGIBLY

09-2036-MDL    June 12, 2012    Page 2 of 2

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Bruce Rogow | Bruce Rogow PA | 9541 761 8909 | Plaintiff |
| Aaron Podhurst | Podhurst Orseck | | |
| Peter Prieto | Podhurst Orseck | | |
| Robert Gilbert | Grossman Roth | | |
| E. Adam Webb | WK&C | | Pls |
| G. Franklin Lemond | WK&L | | Pls |
| Jamie Isani | Hunton + Williams | | Wells Fargo |
| John Cooney | Arnstein & Lehr | | Key Bank |
| E. Adam Webb | | | |
| S. Grossman | Grossman Roth | | Pls Ex. Comm. |