UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), Mimi Yang hereby moves for leave to withdraw her appearance on behalf of Capital One, N.A. ("Capital One"). Ms. Yang is no longer with the law firm Morrison & Foerster LLP. If leave to withdraw is granted, Capital One will continue to be represented by all of its other counsel of record, including James R. McGuire of Morrison & Foerster LLP.

CERTIFICATE OF GOOD FAITH CONFERENCE
PURSUANT TO LOCAL RULE 7.1

I hereby certify that undersigned counsel for Capital One has conferred with Plaintiffs' counsel in a good faith effort regarding this motion. Counsel for Plaintiffs has stated that he does not oppose this motion.

Dated: June 13, 2012

Respectfully submitted by,

MORRISON & FOERSTER LLP

By:   /s/ James R. McGuire
      JAMES R. McGUIRE

JAMES R. McGUIRE (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:    415.268.7000
Facsimile:     415.268.7522

*Attorney for Defendant*
CAPITAL ONE, N.A.

**CERTIFICATE OF SERVICE**
CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on June 13, 2012, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ Janie Fogel
Janie Fogel
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:  415.268.7000
Facsimile:     415.268.7522

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW APPEARANCE

Upon consideration of the Unopposed Motion for Leave To Withdraw Appearance of Mimi Yang, counsel for defendant Capital One, N.A., it is hereby ORDERED that the motion is GRANTED.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United State Courthouse in Miami, Florida this _____ day of _____, 2012.

                                                                               _____
                                                                               Honorable James Lawrence King
                                                                               United States District Judge

Copies furnished to Counsel of Record