IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Brown v. U.S. Bank National Association*<br>S.D. Fla. Case No. 1:10-24147-JLK<br>E.D. Wash. Case No. 2:10-00356-RMP | )<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 11.1(d)(3), Mimi Yang hereby moves for leave to withdraw her appearance on behalf of U.S. Bank National Association ("U.S. Bank"). Ms. Yang is no longer with the law firm Morrison & Foerster LLP. If leave to withdraw is granted, U.S. Bank will continue to be represented by all of its other counsel of record, including James R. McGuire of Morrison & Foerster LLP.

## CERTIFICATE OF GOOD FAITH CONFERENCE
## PURSUANT TO LOCAL RULE 7.1

I hereby certify that undersigned counsel for U.S. Bank has conferred with Plaintiffs' counsel in a good faith effort regarding this motion. Counsel for Plaintiffs has stated that he does not oppose this motion.

Dated: June 13, 2012

Respectfully submitted by,

MORRISON & FOERSTER LLP

By:  /s/ James R. McGuire
     JAMES R. McGUIRE

JAMES R. McGUIRE (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522

*Attorney for Defendant*
U.S. BANK NATIONAL ASSOCIATION

## CERTIFICATE OF SERVICE
CASE NO.: 1:09-MD-02036-JLK

I HEREBY CERTIFY that on June 13, 2012, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

      /s/ Janie Fogel
Janie Fogel
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
Telephone:    415.268.7000
Facsimile:    415.268.7522

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL NO. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>*Brown v. U.S. Bank National Association*<br>S.D. Fla. Case No. 1:10-24147-JLK<br>E.D. Wash. Case No. 2:10-00356-RMP | )<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO WITHDRAW APPEARANCE**

Upon consideration of the Unopposed Motion for Leave To Withdraw Appearance of Mimi Yang, counsel for defendant U.S. Bank National Association, it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this ____ day of _____, 2012.

        **JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA**

Copies furnished to:
Counsel of Record

sf-3157684