UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

| | | |
|---|---|---|
| Thomas, et al. v. BancorpSouth Bank, et al., | ) | |
| W.D. Arkansas, C.A. No. 1:12-01016 | ) | MDL No. 2036 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Thomas*) on April 19, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs and defendants in *Thomas* both filed notices of opposition to the proposed transfer. Later, both filed motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *Thomas* was transferred to the Southern District of Florida pursuant to 28 U.S.C. § 1404, by the Honorable Robert T. Dawson in an order filed on June 8, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-44" filed on April 19, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel