IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:

*Brown v. U.S. Bank National Association*
S.D. Fla. Case No. 1:10-24147-JLK
E.D. Wash. Case No. 2:10-00356-RMP

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Upon consideration of the Unopposed Motion for Leave To Withdraw Appearance of Mimi Yang, counsel for defendant U.S. Bank National Association, it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 14 day of June, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record

sf-3157684