UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Upon consideration of the Unopposed Motion for Leave To Withdraw Appearance of Mimi Yang, counsel for defendant Capital One, N.A., it is hereby ORDERED that the motion is GRANTED.

DONE and ORDERED in Chambers at the James Lawrence King Federal Justice Building and United State Courthouse in Miami, Florida this 14 day of June, 2012.

Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record