UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTIONS

*Lewis v. Sovereign Bank*
S.D. Fla. Case No. 1:11-cv-22022-JLK

## ORDER REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Supplemental Authority (DE#2761), filed June 13, 2012. Therein, Plaintiff cites to three case authorities on the preemption issue at stake in Defendant Sovereign Bank's fully briefed Motion to Dismiss (DE #2148). Defendant should have the opportunity to likewise supplement its pleadings if it so chooses. The Court will hold the pending Motion to Dismiss in abeyance until Defendant indicates whether it wishes to respond to Plaintiff's supplement. Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that Defendant shall advise the Court whether it wishes to file a response to Plaintiff's Notice of Supplemental Authority (DE #2761) within **ten (10) days** from the date of this Order.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 15th day of June, 2012.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record