

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIA

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATOIN

MDL NO. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Casayuran, et al. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. Fl. Case No. 10-cv-20496-JLK

## MOTION TO WITHDRAW AS COUNSEL IN THIS MATTER

To the Clerk of the Court:

Kindly withdraw my appearance on behalf of Plaintiffs in the above-referenced matter.

Date: June 15, 2012

/s/ Michael Coren
Michael Coren, Esq.
COHEN, PLACITELLA & ROTH, PC
Suite 2900
Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
(215) 567-3500
mcoren@cprlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Motion to Withdraw as Counsel in this matter by U.S. Mail, postage prepaid, to:

Edward J. Feinstein
STEMBER, FEINSTEIN DOYLE & PAYNE, LLC
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219

Darryl J. May, Esquire
BALLARD SPAHR LLP
1735 Market Street
Philadelphia, PA  19103

Robert C. Gilbert, Esq.
ALTERS BOLDT BROWN
RASH & CULMO, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL  33137

Ruben Honik, Esquire
GOLUMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA  19102

Robert C. Josefsberg, Esquire
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 8090
Miami, FL  33130-1780

Edward Adam Webb, Esquire
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange SE, Suite 480
Atlanta, GA  30339

Barry R. Himmelstein, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

Ted E. Trief, Esquire
TRIEF & OLK
150 E. 58th Street, 34th Floor
New York, NY  10155

_Michael Coren_

Dated: June 15, 2012