UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

## AMENDED ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT

The Parties to the above-captioned action (referred to as the "Action"), which is currently pending against Union Bank ("Union" or the "Bank") have moved the Court to enter an Order correcting a scrivener's error contained in the April 26, 2012 Order Preliminarily Approving Class Action Settlement, Certifying the Settlement Class and Providing for Notice to the Settlement Class ("Preliminary Approval Order"). (DE # 2659). In consideration thereof, the Court hereby Orders as follows:

The paragraph numbered 5 in the Preliminary Approval Order is hereby stricken and replaced with the following paragraph:

5. Consistent with its prior Order certifying a class for trial, *see In re Checking Account Overdraft Litig.*, 275 F.R.D. 666 (S.D. Fla. 2011), the Court hereby finds, for settlement purposes, that the Federal Rule of Civil Procedure 23 factors are present and

- 2 -

that certification of the proposed Settlement Class is appropriate under Rule 23. The Court, therefore, certifies the following Settlement Class:

> All Union Bank customers in the United States who had one or more consumer or accounts and who, between July 16, 2005 and August 13, 2010, incurred an Overdraft Fee as a result of Union Bank's Debit Re-sequencing.

In all other respects, the Preliminary Approval Order remains unchanged.

DONE AND ORDERED at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 20th day of June 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record