UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT          Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION
                                 Date    June 21, 2012

                                 JUDGE JAMES LAWRENCE KING


DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: David Ehrlich

**TYPE OF PROCEEDING:**

Scheduling Conference___        Status Conference  X
Pre-Trial Conference  ___       Motion Hearing    ___

Counsel for Plaintiff: Robert Gilbert, Esq.  Bruce Rogow, Esq.
Stuart Grossman, Esq.  Kenneth J. Grunfeld, Esq.  (See attachment
for additional appearances

Counsel for Defendant: James R. McGuire, Esq.  (See attachment for
additional appearances)


Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE:  _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____

TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO:          _____

- Oral Argument held re: Plaintiffs' Motions for Class Certification (D.E. #2313)
- The Court finds that as to the issue of Statue of Limitations: the 10 year statue does apply, therefore, the suit is timely and not barred by the Statue of Limitations
- The Court is inclined to the view that Plaintiffs

- appropriately alleged Breach of Express Contract in the original motion and trial plan
- The Court finds that the motion be and the same is hereby - GRANTED
- Counsel for the plaintiffs shall prepare and submit an order utilizing the Court's prior opinion on Class Certification

# PLEASE PRINT LEGIBLY

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| James McGuire | Morrison & Foerster | 415.268.7013 | Capital One |
| Bruce Rogow | Bruce Rogow | 954 767-8909 | Plaintiffs |
| Ruben Honik | Golomb & Honik | 2153279166 | πs |
| Stuart Z Grossman | Grossman Roth | 305-442-8666 | πs |
| Robt C Gilbert | " | " | " |
| Seth E Miles | " | " | " |
| Peter Prieto | Podhurst | 305-358-2800 | " |
| John Gravante | " | " | " |
| Ken Grunfeld | Golomb Honik | 215 985-9177 | Pls |
| Robert Gilbert | Grossman Roth | 305-442-8666 | plts |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

