## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 22, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-15907-DD
Case Style: Kirk Kennedy v. Bank of America, NA, et al
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:08-cv-23323-JLK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/jsc
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 22 2012

JOHN LEY
CLERK

No. 11-15907-DD

KIRK A. KENNEDY,
MARVELUS SATTIEWHITE, III,

Objectors - Appellants,

versus

RALPH TORNES,
ALVIN RICHARDSON,
ELONA WAGNER, et al.,

Plaintiffs-Appellees,

verses

BANK OF AMERICA, NA,

Defendant - Appellee.

Appeal from the United States District Court for the
Southern District of Florida

BEFORE:   TJOFLAT and MARCUS, Circuit Judges.

BY THE COURT:

Appellants' voluntary motion to dismiss this appeal with prejudice, and with the parties to bear their own costs and attorney's fees, is GRANTED.