IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MELVIN L. THOMAS III and
BILLY D. LAWSON, Jr., on
Behalf of themselves and all
others similarly situated

PLAINTIFFS

vs.  Case No. 1:12-cv-22180-JLK

BANCORPSOUTH BANK
and BANCORP SOUTH, INC.   DEFENDANTS

*FILED by ___ D.C.*
*JUN 22 2012*
*STEVEN M. LARIMORE*
*CLERK U.S. DIST. CT.*
*S. D. of FLA. -- MIAMI*

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs Melvin L. Thomas III and Billy D. Lawson, Jr., hereby voluntarily dismiss their claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal is proper because Defendants have not filed an answer or motion for summary judgment in the above-styled action. This Court has certified a Class against BancorpSouth and Plaintiffs desire to dismiss without prejudice to consider their rights under Fed. R. Civ. P. 23 as the certified class moves forward.

Dated: 19 June 12                Respectfully Submitted,

_____
Melvin L. Thomas III

_____
Billy D. Lawson, Jr.

From: (501) 907-2555  Origin ID: LITA
EMERSON POYNTER LLP
EMERSON POYNTER LLP
500 President Clinton Ave. Ste. 305

Little Rock, AR 72201

Ship Date: 21JUN12
ActWgt: 0.5 LB
CAD: 2456424/INET3300

Delivery Address Bar Code



J12201205300325

SHIP TO: (305) 523-5100    BILL SENDER

**US District Court Clerk
Southern District of Florida
400 North Miami Ave
Rm 8N09
Miami, FL 33128**

Ref #        BancorpSouth (C)
Invoice #
PO #
Dept #



TRK# 7937 0925 1786
0201

FRI - 22 JUN A1
**PRIORITY OVERNIGHT**

33128
FL-US
MIA

# XH MPBA



515G1/793A/AA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.