UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE BANKS

*Mosser v. TD Bank, N.A.*
E.D. Pa. Case No. 2:10-cv-00731
S.D. Fla. Case No. 10-cv-21386-JLK

*Mazzadra, et al v. TD Bank, N.A.*
S.D. Fla. Case No. 1:10-cv-21870-JLK

**JOINT NOTICE CONCERNING PROPOSED SETTLEMENT CLASS NOTICE PLAN**

Plaintiffs and Defendant TD Bank, N.A. (together, the "Parties") provide the Court with notice of their continuing efforts to submit a proposed notice plan for members of the certified class in the above-styled actions in accordance with Rule 23(c)(2).

On June 1, 2012, the Court issued an Order setting a class certification hearing in a fourth tranche action styled *Steen v. Capital One, N.A.*, S.D. Fla. Case No. 1:10-cv-22058-JLK. **(DE # 2734).** Appended to the end of that Order was a second Order – unsigned – concerning the above-styled third tranche actions involving TD Bank. Specifically, the unsigned Order directed that Plaintiffs submit a proposed notice plan for members of the certified class in the TD Bank actions (the "Class Notice Order"). Given the fact that the Class Notice Order was unsigned and appended to the end of an Order pertaining to an action involving a different bank defendant, as

well as the Parties' Joint Notice of Settlement filed May 11, 2012 **(DE # 2682)**, and the Court's May 14, 2012 Order Suspending Scheduling Order Pending Filing of Settlement Agreement in the above-captioned actions **(DE # 2685)**, the Parties believe that the Class Notice Order was not intended to be entered and, for that reason, was not signed.  However, in the event the Court meant to issue the Class Notice Order, the Parties hereby inform the Court that they are working diligently to finalize the Settlement Agreement and preliminary approval papers, which include a proposed class notice plan, and expect to file those papers on or around July 20, 2012.  Providing a notice plan prior to that time is not possible given the expert work necessary to assist in the preparation of the plan.

Dated: June 25, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert C. Gilbert | /s/ Clifford H. Ruprecht |
| Robert C. Gilbert, Esquire | William J. Kayatta, Jr., Esquire |
| Florida Bar No. 561861 | Clifford H. Ruprecht, Esquire |
| rcg@grossmanroth.com | Lucus A. Ritchie, Esquire |
| Stuart Z. Grossman, Esquire | Pierce Atwood, LLP |
| Florida Bar No. 156113 | Merrill's Wharf |
| szg@grossmanroth.com | 254 Commercial Street |
| GROSSMAN ROTH, P.A. | Portland, Maine 04101 |
| 2525 Ponce de Leon Boulevard | Telephone: (207) 791-1238 |
| Eleventh Floor | Facsimile: (207) 791-1350 |
| Coral Gables, FL 33134 | wkayatta@pierceatwood.com |
| Tel: 305-442-8666 | cruprecht@pierceatwood.com |
| Fax: 305-779-9596 | lritchie@ pierceatwood.com |
| | |
| *Coordinating Counsel for Plaintiffs* | *Attorneys for Defendant TD Bank, N.A.* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596