UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lewis v. Sovereign Bank*
S.D. FL Case No. 1:11-cv-22022-JLK

### RESPONSE OF SOVEREIGN BANK TO ORDER REGARDING NOTICE OF SUPPLEMENTAL AUTHORITY

In accordance with the directive contained in the Court's June 13, 2012, Order Regarding Notice of Supplemental Authority (DE #2767), Sovereign Bank hereby advises the Court of its intention to respond to Plaintiff's supplement.

Sovereign Bank respectfully submits that Plaintiff's supplemental filing can be addressed most succinctly and directly by placing it in the context of Plaintiff's argument on the motion to dismiss. Sovereign notes that the Court has ordered the transcription of the oral argument that occurred on June 12, 2012 (*see* DE #2755). Accordingly, Sovereign hereby advises the Court that it does wish to file a response to Plaintiff's Notice of Supplemental Authority, and that, unless directed otherwise by the Court, it will do so within seven days of receipt of the transcript of argument.

Respectfully submitted,

/s/ Darryl J. May
Alan S. Kaplinsky
kaplinsky@ballardspahr.com
Darryl J. May
may@ballardspahr.com
Nathan W. Catchpole
catchpolen@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: (215) 665-8500
Fax: (215) 864-8999

*Attorneys for Defendant Sovereign Bank*

Dated: June 25, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Lewis v. Sovereign Bank*
S.D. FL Case No. 1:11-cv-22022-JLK

I hereby certify that on June 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that it is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Nathan W. Catchpole
Nathan W. Catchpole
catchpolen@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: (215) 665-8500
Fax: (215) 864-8999

*Attorney for Defendant Sovereign Bank*

DMEAST #15238017 v1