UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

*Simmons, et al. v. Comerica Bank*
N.D. Tex. Case No. 3:10-cv-326-0
S.D. Fla. Case No. 1:10-cv-22958

## REVISED SCHEDULING ORDER

After giving due consideration to the revised schedules proposed by Plaintiffs (DE #2774) and Defendants Comerica Bank (DE #2775) and Capital One, N.A. (DE #2776), the Court issues the following Revised Scheduling Order pertaining to the above-captioned "Fourth Tranche" cases in accordance with S.D. Fla. L. R. 16.1.

| ACTIVITY | DATE |
|---|---|
| Deadline for parties to exchange lists of lay persons (non-expert) they anticipate calling at trial as witnesses | 10 days from entry of ruling on class certification, supplemented 45 days prior to completion of fact discovery |
| Deadline for parties to complete fact discovery | 90 days from ruling on class certification |
| Deadline for parties to designate experts and serve expert disclosures | 90 days from ruling on class certification |

| Deadline for parties to complete expert discovery | 120 days from ruling on class certification |
|---|---|
| Deadline for parties to file objections to designated experts and *Daubert* motions | 130 days from ruling on class certification |
| Deadline for issuing Class Notice (unless 23(f) petition pending) | 130 days from ruling on class certification |
| Deadline for filing all motions, including summary judgment motions and motions in limine | 140 days from ruling on class certification |
| Deadline for filing responses to all motions | 170 days from ruling on class certification |
| Deadline for opt-outs | 50 days following issuance of Class Notice |
| Deadline for filing replies in support of all motions | 200 days from ruling on class certification |
| Deadline for parties to meet and confer about (i) remand to transferor court or (ii) pre-trial stipulation for those cases to be tried in this Court | 200 days from ruling on class certification |
| Deadline for filing (i) motions for remand to transferor courts or (ii) consent to trial in this Court and pre-trial stipulation | 210 days from ruling on class certification |
| Pre-trial conference (for those cases to be tried in this Court) | 45 days after replies filed |
| Calendar call (for those cases to be tried in this Court) | 70 days after pre-trial conference |
| Trial (for those cases to be tried in this Court) | 7 days after calendar call |

References to certain proceedings in this Court, such as the calendar call and pretrial conference, are not intended to bind any party to trial in this MDL Court. Accordingly, the parties will address the issue of where these cases will be tried at a later date. If a case is

remanded pursuant to 28 U.S.C. § 1407(a), nothing herein is meant to impose on the transferor court's absolute discretion over trial proceedings.

**DONE AND ORDERED** at the James Lawrence King United States Courthouse and Federal Building in Miami, Florida this 22nd day of June, 2012.

_____
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record