UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Garcia, et al. v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 3:08-cv-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

## ORDER DENYING INTERVENOR'S REQUEST FOR ASSISTANCE

**THIS MATTER** comes before the Court upon Intervenor Jeff Horowitz's Request for Assistance from the Court (DE #2683), filed May 11, 2012. Defendant Wells Fargo Bank, N.A. filed a Response in Opposition (DE #2718) and a supporting Affidavit (DE #2719) on May 25, 2012. For the reasons explained more fully below, the Court denies Mr. Horowitz's request.

On December, 12, 2012, the Court granted Mr. Horowitz ECF access in this MDL for the sole purpose of permitting Mr. Horowitz to raise challenges to the few instances where documents

have been filed under seal. (*See* DE # 2212). Mr. Horwitz's current request for assistance concerns class certification motions Plaintiffs previously filed under seal in the above-styled cases on April 24, 2011. In those submissions, Plaintiffs included a large amount of material that had been designated confidential in discovery and had to be filed under seal pursuant to the Stipulated Protective Order entered into by the parties on July 15, 2010, and approved by this Court on July 16, 2010. (DE #687, 688). In May 2011, Plaintiffs challenged certain of Wells Fargo's confidentiality designations, invoking procedures outlined in the Protective Order. *See* Declaration of Emily Johnson Henn (DE #2719), at ¶ 2. After good-faith negotiations, the parties agreed that Plaintiffs would redact sensitive information from several items and that Wells Fargo would remove the confidentiality designations entirely from others. *See id.* at Ex. A. Upon receipt of Mr. Horowitz's request, the Court conducted a thorough review of these relevant documents and exhibits. However, in light of the stay issued by the Eleventh Circuit on February 21, 2012 (DE# 2485), the Court finds it does not have the requisite jurisdiction to grant the request for assistance.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Request for Assistance (DE #2683) be, and the same is hereby, **DENIED** without prejudice to reassert after the stay has been lifted.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 22nd of June, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record