UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Casayuran, et al. v. PNC Bank, N.A.*
D.N.J. Case No. 2:09-5155
S.D. FL. Case No. 10-cv-20496-JLK

*Cowen, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21869-JLK

*Hernandez, et al. v. PNC Bank, N.A.*
S.D. FL. Case No. 10-cv-21868-JLK

ORDER SUSPENDING SCHEDULING ORDER
PENDING FILING OF SETTLEMENT AGREEMENT

THIS CAUSE came before the Court based on the Joint Notice of Settlement filed on

June 21, 2012 by Plaintiffs and Defendant PNC Bank, N.A. ("PNC"). In the Notice of

Settlement, Plaintiffs and PNC advise the Court that on June 25, 2012, they executed a Summary

Agreement that sets forth the material terms of the Parties' binding and enforceable agreement to

fully, finally and forever resolve, discharge, and release all rights and claims in, or that could

have been asserted in, the above referenced actions based on PNC's payment of the sum of

Ninety Million and 00/100 Dollars ($90,000,000.00) (the "Settlement"), without admission of

liability by PNC, subject to preliminary and final approval of the Settlement and dismissal of the

- 2 -

Actions with prejudice by the Court. The parties further advise that the Settlement will be memorialized in a comprehensive written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within 45 days.

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** that the Revised Scheduling Order [**DE #2730**] entered on May 31, 2012, as it pertains to the above-captioned actions brought against PNC, is hereby **SUSPENDED** pending the filing of the proposed Settlement Agreement.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 27th of June, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record