# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

FILED by MC D.C.
ELECTRONIC

JUNE 27 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

June 27, 2012

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

Appeal Number: 11-16134-DD
Case Style: Janel Buycks, et al v. Bank of America, NA
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:08-cv-23323-JLK

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD/jsc
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 11-16134-DD

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 27 2012
JOHN LEY
CLERK

RICHARD HASTINGS,

        Objector,

JANEL BUYCKS,

        Objector - Appellant,

versus

RALPH TORNES,
ALVIN RICHARDSON,
ELONA WAGNER, et al.,

        Plaintiffs - Appellees,

versus

BANK OF AMERICA, NA,

        Defendant - Appellee.

---

Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE:    EDMONDSON and CARNES, Circuit Judges.

BY THE COURT:

    Appellant Buycks's unopposed voluntary motion to dismiss her appeal with prejudice, with the parties to bear their own costs, is GRANTED.