UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _09 MD 2036 JLK_

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

To Whom it May Concern:
To the Court; Please, do not exclude me.

June 9, 20[..]

JUN 27 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

I, would like to know my options for a settlement. How much can I, ask for my personal injury. I, was charged well over $5,000 in overdraft and fees from 2007 to present. Recently BOK charged me $32.00 in overdraft fees for a bill of $53.00 that BOK did not pay.

I, will settle for $20,000 because BOK teaches it's employees the BOK in Oklahoma is always right. And it is obviously me who made the mistake. Even when I ask to defer one $162.00 payment the rude, opinionated, arrogant lady on the phone said "well, you can't do that because BOK has no regulation to do that." It's not what you say it's how you say it.

So, please inform me of my options. Can I, ask for a settlement to recoup the illegal fee's and overdraft charge's. Is there any attny to specify the damages/award I have right too.

Sidney E. Hardman
2915 W. Okla. St
Muskogee, OK
74401

918-683-6482

Case No 1:09-MD-02036-JLK
Terry Case v. Bank of Oklahoma

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made and entered into this 16th day of March, 2012, by and among (1) Plaintiffs, for themselves and on behalf of the Settlement Class, and (2) BOKF, N.A. ("Bank of Oklahoma"), subject to Court approval as required by Rule 23 of the Federal Rules of Civil Procedure. As provided herein, Bank of Oklahoma, Class Counsel and Plaintiffs hereby stipulate and agree that, in consideration of the promises and covenants set forth in this Agreement and upon entry by the Court of a Final Order and Judgment, all claims of the Settlement Class against Bank of Oklahoma in the actions titled *In Re: Checking Account Overdraft Litigation*, Case No. 1:09-md-02036-JLK; *Terry Case v. Bank of Oklahoma, N.A.*, W.D. OK Case No. 5:10-00901-L, S.D. FL Case No. 1:11-cv-20815-JLK; *Susan Eaton v. Bank of Oklahoma, N.A., et al.*, Case No. CJ-2010-5209; and *Bryan Ramer v. Bank of Oklahoma*, N.A., Case No. CJ-2010-05841, shall be settled and compromised upon the terms and conditions contained herein.

### I. Recitals

1. On August 17, 2010, Plaintiff Susan Eaton filed a Class Action Petition in District Court of Tulsa County, Oklahoma seeking monetary damages, restitution and declaratory relief from Bank of Oklahoma, arising from the alleged unfair assessment and collection of overdraft fees, entitled *Susan Eaton v. Bank of Oklahoma, N.A., et al.*, Case No. CJ-2010-5209 ("*Eaton*").

2. On August 17, 2010, Plaintiff Terry Case filed a Class Action Complaint in United States District Court for the Western District of Oklahoma seeking monetary damages, restitution and declaratory relief from Bank of Oklahoma, arising from the alleged unfair assessment and collection of overdraft fees, entitled *Terry Case v. Bank of Oklahoma, N.A.*, W.D. OK Case No. 5:10-00901-L ("*Case*").

1