UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

FILED by _____ D.C.

JUN 28 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Simmons, et. al. v. Comerica Bank*
N.D. Tex. Case No. 3:10-cv-326-0
S.D. Fla. Case No. 1:10-cv-22958

## ORDER SETTING CLASS CERTIFICATION HEARING

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Class Certification (DE #2384) and Defendant Comerica Bank's Request for Hearing (DE #2524) in the above-styled case. According, it is

**ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motion for Class Certification **(DE #2384)**, be, and the same is hereby, set for oral argument on **Wednesday, July 18, 2012 at 10:00 a.m.** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 28th day of June, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record