UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

/

ORDER DENYING DEFENDANT'S MOTION TO STRIKE PORTIONS
OF PLAINTIFFS' CLASS CERTIFICATION REPLY BRIEF

**THIS CAUSE** comes before the Court upon Defendant Capital One, N.A.'s Motion to Strike Portions of Plaintiffs' Class Certification Reply Brief (DE #2769), filed June 15, 2012. The Court considered the entirety of Plaintiffs' Reply Brief during its June 21, 2012 hearing on Plaintiffs' Motion for Class Certification. *See* Minute Entry (DE #2780). Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that Defendant's Motion to Strike (DE #2769) be, and the same is, hereby **DENIED as moot.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of July, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record