UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Anderson v. Compass Bank,*
N.D. Fla. Case No. 1:10-cv-00208
S.D. Fla. Case No. 1:11-cv-20436-JLK

## JOINT NOTICE OF SETTLEMENT

Plaintiff, individually and as a representative of a proposed Settlement Class, and Defendant BBVA Compass ("COMPASS") (Plaintiffs and COMPASS are collectively referred to as the "Parties"), through their respective undersigned counsel, notify the Court that on July 3, 2012, they executed a Summary Agreement that sets forth the material terms of the Parties' binding and enforceable agreement to fully, finally and forever resolve, discharge, and release all rights and claims in, or that could have been asserted in, the above referenced action based on COMPASS' payment of the sum of Eleven Million Five Hundred Thousand and 00/100 Dollars ($11,500,000.00) (the "Settlement"), without admission of liability by COMPASS, subject to preliminary and final approval of the Settlement and dismissal of the action with prejudice by the Court. The Settlement will be memorialized in a comprehensive written Settlement Agreement and related documents, which the Parties will endeavor to file with the Court as part of a motion for preliminary approval within 90 days.

Based on the foregoing, the Parties respectfully request that the evidentiary hearing and deadlines set forth in the Court's Order Setting Evidentiary Hearing **[DE # 2669]** be cancelled pending the filing of the proposed Settlement Agreement.

A proposed Order is attached.

Dated: July 3, 2012.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Telephone: (305) 442-8666
Facsimile: (305) 779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Gregory C. Cook
Gregory C. Cook, Esquire
gcook@balch.com
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Birmingham, Alabama 35203-4644
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

*Counsel for BBVA Compass*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

3