UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO.: 2036
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Scott P. Schlesinger, Esquire with the law firm Schlesinger Law Offices, P.A., hereby files his Notice of Appearance as co-counsel for the Plaintiff, Ralph Tornes, in the above-captioned matter.

The undersigned requests that copies of all pleadings, orders and correspondence in the above-styled matter be directed to the undersigned at:

Scott P. Schlesinger, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 320-9507
Fax: (954) 320-9509
Scott@schlesingerlaw.com

Dated: July 5, 2012.                     Respectfully submitted,

**SCHLESINGER LAW OFFICES, P.A.**


/s/Scott P. Schlesinger_____
Scott P. Schlesinger
Florida Bar No.: 444952
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Telephone: (954) 320-9507
Fax: (954) 320-9509
Scott@schlesingerlaw.com

CASE NO. 09-MD-02036-JLK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the below stated Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

**SCHLESINGER LAW OFFICES, P.A.**
1212 SE 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone: (954) 320-9507
Fax: (954) 320-9509


BY:   /s/Scott P. Schlesinger
         Scott P. Schlesinger
         Florida Bar No.: 444952