UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Anderson v. Compass Bank*
N.D. Fla. Case No. 1:10-cv-00208
S.D. Fla. Case No. 1:11-cv-20436-JLK

## ORDER CANCELLING EVIDENTIARY HEARING AND DEADLINES PENDING FILING OF SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court based on the Joint Notice of Settlement (DE #2806) filed on July 3, 2012 by Plaintiff and Defendant BBVA Compass Bank ("Compass"). In the Notice, Plaintiff and Compass advise the Court that on July 3, 2012, they executed a Summary Agreement that sets forth the material terms of the Parties' binding and enforceable agreement to fully, finally and forever resolve, discharge, and release all rights and claims in, or that could have been asserted in, the above referenced action based on Compass' payment of the sum of Eleven Million Five Hundred Thousand and 00/100 Dollars ($11,500,000.00) (the "Settlement"), without admission of liability by Compass, subject to preliminary and final approval of the Settlement and dismissal of the action with prejudice by the Court. The Parties further advise that the Settlement will be memorialized in a comprehensive written Settlement Agreement and related documents, which the Parties will endeavor to file with the Court as part of a motion for preliminary approval within 90 days.

- 2 -

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** that the evidentiary hearing and deadlines set forth in the Order Setting Evidentiary Hearing **(DE #2669)** are hereby cancelled pending the filing of the proposed Settlement Agreement.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 5th of July, 2012.

                                                  JAMES LAWRENCE KING
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF FLORIDA

cc:    All Counsel of Record