## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

**MDL No. 2036**

---

**THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTIONS**

*Speers v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23126-JLK

*Waters, et al v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:09-23034-JLK
N.D. Cal. Case No. 09-2071

*Brown v. U.S. Bank, N.A.*
S.D. Fla. Case No. 1:10-24147-JLK
E.D. Wash. Case No. 2:10-00356-RMP

---

### ORDER SUSPENDING DEADLINES FOR SUPPLEMENTAL ARBITRATION
### BRIEFING PENDING FILING OF SETTLEMENT AGREEMENT

**THIS CAUSE** came before the Court upon the Joint Notice of Settlement (DE #2805),

filed on July 3, 2012 by Plaintiffs and Defendant U.S. Bank, N.A. ("U.S. Bank").  In the Notice,

Plaintiffs and U.S. Bank advise the Court that on July 1, 2012, they executed a Summary

Agreement that sets forth the material terms of the Parties' binding and enforceable agreement to

fully, finally and forever resolve, discharge, and release all rights and claims in, or that could

have been asserted in, the above referenced actions based on U.S. Bank's payment of the sum of

Fifty-Five Million and 00/100 Dollars ($55,000,000.00) (the "Settlement"), without admission of

liability by U.S. Bank, subject to preliminary and final approval of the Settlement and dismissal

of the Actions with prejudice by the Court, and dismissal of the appeals pending before the United States Court of Appeals for the Eleventh Circuit.  The Parties further advise that the Settlement will be memorialized in a comprehensive written Settlement Agreement and related documents, which the parties will endeavor to file with the Court as part of a motion for preliminary approval within 90 days.

The Eleventh Circuit has stayed all proceedings in this Court in two of the above-captioned actions, *Speers v. U.S. Bank* and *Waters v. U.S. Bank*.  (DE #1019).  The Parties state that they will promptly seek an order lifting that stay to permit the effectuation of the Settlement, and will promptly notify this Court when the Eleventh Circuit acts on their request.  The third action, *Brown v. U.S. Bank*, is not subject to the stay, but is presently subject to a limited scheduling order regarding U.S. Bank's motion to compel arbitration. (*See* DE #2630).

Based on the foregoing, it is hereby **ORDERED, ADJUDGED, and DECREED** that the deadlines set forth in the Order Granting Joint Motion to Continue Temporary Suspension of Briefing Schedule **(DE #2630)** are hereby **SUSPENDED** pending the filing of the proposed Settlement Agreement.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 5th of July, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record