UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. Fla. Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. Fla. Case No. 1:10-cv-22931-JLK

**ORDER REQUIRING PARTIES TO FILE MOTION FOR
PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

**THIS CAUSE** comes before the Court *sua sponte*. On January 20, 2012, the parties filed a Joint Notice of Settlement (DE #2414), advising the Court they executed a Memorandum of Understanding evidencing an agreement in principle to settle this litigation in exchange for a full and complete release of all claims brought against Bank of the West in this multidistrict litigation. The parties further advised the Court that they would file the proposed settlement agreement as part of a motion for preliminary approval within approximately 45 days. Based on the foregoing, the Court entered an Order on January 23, 2012 (DE #2418) temporarily suspending the Scheduling Order (DE #1340) as to Bank of the West only, pending filing of proposed settlement agreement. Upon review of the docket, it appears that no such settlement agreement or motion for preliminary approval has been filed.

Accordingly, it is hereby **ORDERED, ADJUDGED and DECREED** that the parties to the above-styled actions shall file their complete settlement agreement and related documents as part of a motion for preliminary approval on or before **Wednesday, July 11, 2012 at 5:00 p.m.**, or otherwise notify the Court why the temporary suspension of the Scheduling Order as to Bank of the West (DE #2418) should not be lifted.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 5th of July, 2012.

                                         *James Lawrence King*
                                         JAMES LAWRENCE KING
                                         UNITED STATES DISTRICT JUDGE
                                         SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record