UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Given v. Manufacturers and Traders Trust Company a/k/a M&T Bank*
S.D. Fla. Case No.: 1-10-CV-20478-JLK

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Compel Discovery (DE #2746), filed June 7, 2012. Therein, Plaintiff moves pursuant to Federal Rule of Civil Procedure 37 to compel Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank ("M&T Bank") to respond to Plaintiff's interrogatories and request for production pursuant to the Court's Order granting Plaintiff ninety (90) days to conduct limited, arbitration-related discovery (DE #2661). The Court is fully briefed on the matter and proceeds with the benefit of oral argument on Defendant's objections to the arbitration-related discovery, which were ultimately overruled June 14, 2012. *See* Order Denying M&T Bank's Motion for Reconsideration (DE #2742).[1]

---

[1] Shortly after the hearing and order, Defendant supplemented its original interrogatory answers and document request responses, rendering several of the issues raised in Plaintiff's Motion to Compel moot. On June 25, 2012, Defendant filed its response in opposition (DE #2786), arguing that its supplemental responses moot the Motion to Compel in its entirety. In her Reply (DE #2802), filed July 2, 2012, Plaintiff argues that while many of the issues she raised in the original motion are

After a careful review of the record, including Plaintiff's Interrogatories and Request for Production (DE #2655-1, 2) and Defendant's responses thereto (DE #2802-1, 2), the Court **sustains** the following objections, all of which involve answers in which Defendant agrees to produce responsive documents, but provides only some or none of the relevant documents at issue:

1. Interrogatory 1
2. Interrogatory 6
3. Request for Production 13
4. Request for Production 19
5. Request for Production 20
6. Request for Production 21
7. Request for Production 23
8. Request for Production 25

The Court **overrules** every other objection not specifically listed as sustained above and further denies M&T Bank's Motion for Hearing on Plaintiff's Motion to Compel **(DE #2787)** as moot. Defendant shall respond to these requests within **twenty (20) days** of this Order.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of July, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

---

now moot, two interrogatory answers and six responses to requests for production remain incomplete or otherwise unsatisfactory.