UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
S.D. Fla. Case No. 1:10-cv-23872-JLK

**[~~~~~~~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND
SECOND AMENDED COMPLAINT BY INTERLINEATION**

After giving due consideration to Plaintiff's Unopposed Motion to Amend the Second Amended Complaint By Interlineation, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff is permitted to amend his Second Amended Complaint **[DE # 994]** ("SAC") by interlineation as follows:

1. Paragraph 12 of the SAC is hereby amended by Plaintiff to read: "Plaintiff, Shane Swift, is a citizen of the State of Arkansas."

2. Paragraph 10 of the SAC is hereby amended by Plaintiff to read: "This Court has original jurisdiction of this action under the Class Action Fairness Act of 2005. Pursuant to 28 U.S.C. §§ 1332(d)(2) and (6), this Court has original jurisdiction because the aggregate claims of the putative Class members exceed $5 million, exclusive of interest and costs, and at least one of the members of the proposed classes is a citizen of a different state than BancorpSouth."

3. Defendant is not required to answer or otherwise respond to Plaintiffs' amendment to the SAC.

**DONE AND ORDERED** in Chambers at the James Lawrence King United States Courthouse and Federal Building in Miami, Florida this ___11___ day of July, 2012.

```
                    _____
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

Copies furnished to:

Counsel of Record