# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

### ORDER GRANTING UNOPPOSED MOTION TO ACCESS THE
### COURTHOUSE WITH ELECTRONIC DEVICES

CAME ON FOR CONSIDERATION Comerica Bank's Unopposed Motion to Access the Courthouse with Electronic Devices ("Motion"). The Court finds the Motion is well-taken and should be GRANTED. It is therefore,

ORDERED that the U.S. Marshal shall allow Kenneth C. Johnston and James B. Greer, counsel for Comerica Bank, to enter the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida on Wednesday, July 18, 2012 at 10:00 a.m. for the hearing on Plaintiffs' Motion for Class Certification, with the following:

1. One MacBook Air laptop, Serial Number C02Q1LDRQ4, and power cords.

2. One Sony Vaio, Serial Number 3101633, and power cords.

A copy of this Order will be forwarded to the office of the United States Marshal for verification as required by law.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse in Miami, Florida, this 12th day of JULY, 2012.


JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel of Record
U.S. Marshal