UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

### ORDER GRANTING JOINT MOTION TO TEMPORARILY SUSPEND BRIEFING AND RULING ON PLAINTIFFS' MOTION FOR SANCTIONS PENDING MEDIATION

THIS CAUSE came before the Court on Plaintiffs' and Defendant BancorpSouth Bank (collectively, the "parties") Joint Motion to Temporarily Suspend Briefing and Ruling on Plaintiffs' Motion for Sanctions Pending Mediation. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The Joint Motion to Temporarily Suspend Briefing and Ruling on Plaintiffs' Motion for Sanctions [DE # 2791] is **GRANTED** pending the outcome of the parties' mediation, to be concluded no later than August 13, 2012.

2. The parties are directed to notify the Court of the outcome of the mediation within two days of the mediation. In the event the mediation does not result in an agreement to resolve the litigation, Defendant shall file its opposition to Plaintiffs' Motion for Sanctions within fifteen (15) days of the mediation.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 12th day of July, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record