HAMID ROJHANI
19360 WELBY WAY
RESEDA, CA. 91335
(818) 277-7888

6-27-2012

FILED by _____ D.C.

JUL 12 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

I, Hamid Rojhani, did have a checking account with Union Bank from 2001 through 2009. I had repeatedly being charged for OVERDRAFTS that were Union Bank's deliberate and calculated misleads to wrongfully charge customers.

Union Bank kept charging me over and over for their false and dishonest OVERDRAFTS until caused me to loose my house.... After loosing my house, again, because of Union Bank's deliberate, dishonest OVERDRAFTS' charges, I even lost all my credits as well as loosing my house.

Please NOTE: that now I am with U.S. Bank and do NOT have any account with the Union Bank any more!

Sincerely, HAMID ROJHANI

*Rojhani*

From: Hamid Rojhani
19360 WELBY WAY
RESEDA, Ca. 91335

* MDL Correspondence
09-2036-md-king

CLERK of the COURT
: DISTRICT COURT for Southern District of FLORIDA
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
MIAMI, FL. 33132