UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

### ORDER GRANTING JOINT MOTION TO TEMPORARILY SUSPEND PRETRIAL MOTION DEADLINE PENDING MEDIATION

THIS CAUSE came before the Court on Plaintiffs' and Defendant BancorpSouth Bank (collectively, the "parties") Joint Motion to Temporarily Suspend Pretrial Motion Deadline Pending Mediation. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The Joint Motion is **GRANTED,** and the parties' July 13, 2012 deadline to file pretrial motions is temporarily suspended pending the outcome of mediation to be concluded no later than August 13, 2012.

2. The parties are directed to notify the Court of the outcome of the mediation within two days of the mediation. In the event the mediation does not result in an agreement to resolve the litigation, the parties shall file all pretrial motions within fifteen (15) days after the mediation or in accord with a Revised Scheduling Order to be entered by the Court.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 13th day of July, 2012.

```
                    _____
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

cc: All Counsel of Record