UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

## REVISED SCHEDULING ORDER

After giving due consideration to the revised schedule proposed by the parties, the Court issues the following Revised Scheduling Order pertaining to the above-captioned "Fourth Tranche" case in accordance with S.D. Fla. L. R. 16.1. References to a particular activity below are not intended to waive any party's arguments in connection with such activity, and the parties will address any objections or motions regarding an activity consistent with the dates set forth in this Order. Moreover, the parties will address the issue of where this case will be tried at a later date, and the parties do not waive any arguments in connection with the proper venue for the trial of this case.

| ACTIVITY | DATE |
|---|---|
| Deadline for parties to supplement lists of lay persons (non-expert) they anticipate calling at trial as witnesses | July 20, 2012 |

| ACTIVITY | DATE |
|---|---|
| Mediation completed and report filed | August 15, 2012 |
| Deadline for parties to designate experts and serve expert disclosures | August 24, 2012 |
| Deadline for parties to complete fact discovery | August 30, 2012 |
| Deadline for parties to complete expert discovery | September 17, 2012 |
| Deadline for parties to file objections to designated experts and file *Daubert* motions | September 24, 2012 |
| Deadline for issuing Class Notice (unless 23(f) petition or appeal pending) | October 9, 2012 |
| Deadline for filing all motions, including summary judgment motions and motions in limine | October 9, 2012 |
| Deadline for filing responses to all motions | November 8, 2012 |
| Deadline for opt-outs (unless 23(f) petition or appeal pending) | November 26, 2012 |
| Deadline for filing replies in support of all motions | December 10, 2012 |
| Deadline for filing (i) motion for remand or (ii) consent to trial in this Court and pretrial stipulation | January 7, 2013 |

**DONE AND ORDERED** at the James Lawrence King United States Courthouse and Federal Building in Miami, Florida this __13th__ day of July, 2012.

/s/ James Lawrence King
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record