UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND SECOND AMENDED COMPLAINT BY INTERLINEATION

**THIS CAUSE** having come before the Court on Plaintiffs' Unopposed Motion to Amend Second Amended Complaint By Interlineation, and the Court having considered this motion and being duly advised, it is **ORDERED AND ADJUDGED** that Plaintiffs' Second Amended Consolidated Class Action Complaint [DE # 989] is hereby amended as follows:

1. Paragraph 10 of the Second Amended Complaint is amended to read, in relevant part, that "at least one of the Plaintiffs is a citizen of a different state than Capital One."

2. Paragraph 12 of the Second Amended Complaint is amended to read, "Plaintiff, Leanne Steen, is a citizen of the State of Louisiana."

3. Paragraph 14 of the Second Amended Complaint is amended to read, "Plaintiff, Terrance Menyweather, is a citizen of the State of Texas."

4. Defendant is not required to answer or otherwise respond to the foregoing amendments by interlineation to the Second Amended Complaint.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 16th day of July, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA