UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date July 18, 2012

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Larry Herr

**TYPE OF PROCEEDING:**

Scheduling Conference ___        Status Conference X
Pre-Trial Conference  ___        Motion Hearing    ___

Counsel for Plaintiff: Robert Gilbert, Esq.   Bruce Rogow, Esq.
Stuart Grossman, Esq.   (See attachment for additional appearances

Counsel for Defendant: Kenneth C. Johnson, Esq.   James B. Greer,
Esq.   (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: Plaintiffs' Motions for Class Certification (D.E. #2384)
- The Court finds that the motion be and the same is hereby - **GRANTED**
- Counsel for the Plaintiffs shall prepare an order outlining the Court's ruling

Page 1 of 1

# PLEASE PRINT LEGIBLY

**09-2036-MDL**     **July 18, 2012**

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Cory Fein | Caddell + Chapman | 713-751-0400 | Plaintiffs Simmons + Matthage |
| Kennetra Johnston | KRCL | 2145573144 | Comerica Bank |
| James Greer | KRCL | | Comerica Bank |
| Joe Sauder | Chimicles & Tikellis | 6106454217 | Plaintiffs Simmons & Matthage |
| Bruce Rogow | Bruce Rogow P.A. | 954 7678509 | Plaintiffs |
| Robert Gilbert | Grossman Roth | 305-442-8666 | Plaintiffs |
| Jamie Isani | Hunton + Williams | 305-536-2724 | Wells Fargo |