UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
MDL NO. 2036 )
)
)
)
)
_____ )
*Second Tranche* )
_____ )
)
)
THIS DOCUMENT RELATES TO: )
)
*Faith Gordon v. Branch Banking & Trust Co.* )
No. 1:09-CV-23067-JLK )
)
_____ )

## [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Upon consideration of the Unopposed Motion for Leave to Withdraw Appearance of C. Melissa Ewing, counsel for Defendant Branch Banking & Trust Company, it is hereby ORDERED that the motion is GRANTED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 17th day of July, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All counsel of record.