UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br>MDL NO. 2036<br><br>*Second Tranche*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hough, et al. v. Regions Financial Corp., et al.*<br>S.D. Fla. Case No. 1:09-cv-23632-JLK | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

[███████] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW APPEARANCE

Upon consideration of the Unopposed Motion for Leave to Withdraw Appearance of C. Melissa Ewing, counsel for Defendants Regions Bank and Regions Financial Corporation, it is hereby ORDERED that the motion is GRANTED.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this 17th day of July, 2012.

                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF FLORIDA

cc:   All counsel of record.