IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Given v. Manufacturers and Traders Trust Company a/k/a/ M&T Bank*
No. 1:10-CV-20478-JLK

ORDER GRANTING JOINT MOTION TO EXTEND TIME
TO COMPLETE ARBITRATION DISCOVERY

THIS CAUSE came before the Court Plaintiff and Defendant's Joint Motion to Extend Time to Complete Arbitration Discovery. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The deadline for Plaintiff to complete arbitration discovery is hereby extended through and including August 31, 2012.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 24th day of July, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record