UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK;
N.D. Cal. Case No. 4:08-cv-05101-SBA

NOTICE OF FILING EXECUTED DECLARATION OF
JAMES MICHAEL AMRHEIN IN RESPONSE TO THE
MOTION OF CITIBANK TO DISMISS

Plaintiffs hereby file the attached Declaration of James Michael Amrhein in Response to the Motion of Citibank to Dismiss in connection with the Response to Motion of Defendant Citibank, N.A. to Dismiss Plaintiff's Fourth Amended Class Action Complaint for Lack of Subject Matter Jurisdiction [**DE # 2860**] filed on Monday, July 30, 2012.

Dated: July 31, 2012.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Steven C. Marks, Esquire
Florida Bar No. 516414
smarks@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*


/s/ E. Adam Webb
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-444-0271

/s/ Michael W. Sobol
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
Jordan Elias, Esquire
California Bar No. 228731
jelias@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

| | |
|---|---|
| /s/ Russell W. Budd <br> Russell W. Budd, Esquire <br> Texas Bar No. 03312400 <br> rbudd@baronbudd.com <br> Bruce W. Steckler, Esquire <br> Texas Bar No. 00785039 <br> bsteckler@baronbudd.com <br> Mazin A. Sbaiti, Esquire <br> Texas Bar No. 24058096 <br> msbaiti@baronbudd.com <br> BARON & BUDD, P.C. <br> 3102 Oak Lawn Avenue <br> Suite 1100 <br> Dallas, TX 75219 <br> Tel: 214-521-3605 <br> Fax: 214-520-1181 | /s/ David S. Stellings <br> David S. Stellings, Esquire <br> New York Bar No. 2635282 <br> dstellings@lchb.com <br> LIEFF CABRASER HEIMANN & <br>  BERNSTEIN L.L.P. <br> 250 Hudson Street <br> 8th Floor <br> New York, NY  10013 <br> Tel: 212-355-9500 <br> Fax: 212-355-9592 |
| /s/ Ruben Honik <br> Ruben Honik, Esquire <br> Pennsylvania Bar No. 33109 <br> rhonik@golombhonik.com <br> Kenneth J. Grunfeld, Esquire <br> Pennsylvania Bar No. 84121 <br> kgrunfeld@golombhonik.com <br> GOLOMB & HONIK, P.C. <br> 1515 Market Street <br> Suite 1100 <br> Philadelphia, PA 19102 <br> Tel: 215-985-9177 <br> Fax: 215-985-4169 | /s/ Ted E. Trief <br> Ted E. Trief, Esquire <br> New York Bar No. 1476662 <br> ttrief@triefandolk.com <br> Barbara E. Olk, Esquire <br> New  York Bar No. 1459643 <br> bolk@triefandolk.com <br> TRIEF & OLK <br> 150 E. 58th Street <br> 34th Floor <br> New York, NY 10155 <br> Tel: 212-486-6060 <br> Fax: 212-317-2946 |

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Amrhein v. Citibank, N.A.*
S.D. Fla. Case No. 1:09-cv-21681-JLK;
N.D. Cal. Case No. 4:08-cv-05101-SBA

### DECLARATION OF JAMES MICHAEL AMRHEIN
### IN RESPONSE TO THE MOTION OF CITIBANK TO DISMISS

I, James Michael Amrhein, declare as follows:

1. In February 2008, I was a customer of Citibank. On February 27, 2008, I was assessed $60 in overdraft fees by Citibank, and on February 28, 2008, I was assessed another $30 in overdraft fees by Citibank. Those overdraft charges were apparently assessed as a result of three gas station debit card transactions that occurred on February 26, 2008, and February 27, 2008.

2. To the best of my recollection, I had never overdrafted my account in the past. I was upset about the overdraft charges and requested a refund of all of my overdraft fees. I was told that Citibank could refund only one $30 overdraft fee, and I did not think that was fair.

3. Despite the small amount of potential recovery, I believed that what Citibank did to me, and likely many other customers, was unfair, so I wanted to do something to stop this

1

unfair practice. I did research to see whether other customers had experienced similar situations. In doing that research, I learned that the McCuneWright law firm had filed a case against Citibank as a result of their overdraft policies.

4. I then contacted the McCuneWright law firm and met with Richard McCune on March 18, 2008. At that time, I retained the McCuneWright law firm to file a lawsuit in Federal Court on my behalf as a class representative and on behalf of other Citibank customers who were similarly unfairly assessed overdraft fees by Citibank. At that time, I was not contemplating filing a bankruptcy petition.

5. Months later, however, my financial situation deteriorated to where I felt it was necessary to seek legal advice. I did not contact or advise McCuneWright about this decision. I retained attorney Dale Parham to advise me and he assisted me in filing the petition for bankruptcy in late October 2008.

6. The reason that I did not disclose my miniscule potential recovery in the litigation against Citibank had nothing to do with trying to hide the information. After consulting with Mr. Parham, I believed that it was unnecessary to list the claim I brought against Citibank because it was a class action, not an individual case. I listed much more significant assets, such as the $100 in my Citibank account, which I was allowed to keep in the discharge of the bankruptcy.

7. Because I believed that the class action case was unaffected by the bankruptcy filing, I did not advise McCuneWright about the bankruptcy nor did I advise any of the attorneys or law firms representing the plaintiffs in the overdraft litigation. I authorized the filing of the class action complaint against Citibank on my behalf in November of 2008. It was

only after Citibank's motion was filed in July 2012 that I discussed the bankruptcy proceedings with McCuneWright.

8. In September of 2011, I provided McCuneWright with the authority to dismiss my case for reasons having nothing to do with the bankruptcy (which had not yet been discussed with McCuneWright). It is my understanding that Citibank refused the offer to dismiss the case and instead wanted to go to mediation to attempt to resolve the class action.

9. I do not opposed dismissal of this action. I am, however, prepared to reopen the bankruptcy proceedings if necessary to cure any problems caused by my not listing the class action case on my bankruptcy filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___ day of July 2012, in _____, Oklahoma.

_____
James Michael Amrhein