UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:09-md-02036-JLK

| | |
|---|---|
| In Re: | ) ) ) ) |
| CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) ) |
| MDL No. 2036 | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Mike Amrhein v. Citibank, N.A.* S.D. Fla. Case No. 09-21681-JLK N.D. Cal. Case No. 08-05101 | ) ) ) ) ) |

### ORDER GRANTING MOTION OF DEFENDANT CITIBANK, N.A. TO DISMISS PLAINTIFF'S FOURTH AMENDED CLASS ACTION COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

THIS CAUSE came before the Court upon the Motion of Defendant Citibank, N.A. ("Citibank") to Dismiss Plaintiff's Fourth Amended Class Action Complaint for Lack of Subject Matter Jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3) (the "Motion"). Having reviewed the Motion, the pleadings and papers filed by the parties in connection therewith, arguments of counsel and all other matters presented to the Court, and good cause having been shown, it is hereby:

ORDERED AND ADJUDGED that Citibank's Motion is GRANTED as follows:

1. Plaintiff's Fourth Amended Class Action Complaint is dismissed without prejudice.

LA 51522014

2. By filing a Chapter 7 voluntary petition for bankruptcy and not listing his claims against Citibank, as asserted in the above-entitled action, as exempt assets from his bankruptcy, plaintiff relinquished such claims to the bankruptcy estate. Accordingly, at all times, plaintiff lacked standing to bring this action, and the Court lacked subject matter jurisdiction over the action.

3. This dismissal is based on jurisdiction and therefore is not a judgment on the merits.

4. Within seven (7) days of the date of this Order, plaintiff's counsel shall submit a written statement disclosing the date upon which counsel first learned that plaintiff had filed for bankruptcy.

DONE AND ORDERED in Chambers in Miami, Florida on this 31st day of July, 2012.

/s/ James Lawrence King
Honorable James Lawrence King
United States District Judge

2

LA 51522014