7-26-2012

To Whom it MAY Concern

09m2036 JLK

· I, WANT STAY IN THE LAW
SUIT AGAINST BANK of OKlAhoma.

I, APPRECIATE THE ASSISTANCE
AND CONCERN THE PLAINTIFFS
ATTNYS TOOK TO MAKE IT
CLEAR ABOUT MY OPTIONS.
KEEP ME IN THE SUIT AGAINST
BOX.          THANKS

Sidney Hardman
P.O. Box 511
Muskogee, OK
918-683-6482

S.E.H.
P.O. Box 511
Muskogee, OK
74401

MDC

USMS
INSPECTED

RECEIVED

Clerk of Court
U.S. District Court for
the Southern District
of Florida
400 North Miami Ave 8th Floor
Miami, Fl.

LOUISIANA