UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO.: 2036
_____/

## SCHLESINGER LAW OFFICES' NOTICE OF WITHDRAWING EQUITABLE OR CHARGING LIEN FOR ATTORNEYS' FEES IN *TORNES v. BANK OF AMERICA*

Schlesinger Law Offices, P.A., in consideration of, and subject to the agreement between the parties, hereby withdraws without prejudice its Equitable or Charging Lien against a portion of the attorney fees awarded in the Bank of America Settlement that it previously filed in this matter. Schlesinger Law Offices, P.A., reserves the right to re-assert its Equitable or Charging Lien against a portion of the attorney fee award in the Bank of America Settlement, upon any failure of the agreement between the parties.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record identified on the below stated Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail.

SCHLESINGER LAW OFFICES, P.A.
Attorney for Plaintiff(s)
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
(954) 320-9507
(Fax) (954) 523-9509

       s/Scott P. Schlesinger
By:    Scott P. Schlesinger
       Florida Bar No.: 444952
       scott@schlesingerlaw.com