UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Aug 6, 2012

United States District Court

Middle District of Georgia

RE:   MDL No.   2036 - In Re: Checking Account Overdraft Litigation

Our Case No.   1:09-md-2036-King

Your Case No.   4:12-00027 Richard Green v. Synovus Bank

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable  James Lawrence King .

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** TO dated 8/3/12) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By: _____
     MDL Clerk

Encl.

---

| ☒ 400 N. Miami Avenue | ☐ 299 E. Broward Boulevard | ☐ 701 Clematis Street | ☐ 301 Simonton Street | ☐ 300 S. Sixth Street |
|---|---|---|---|---|
| Room 8N09 | Room 108 | Room 202 | Room 130 | Ft. Pierce, FL 34950 |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | W. Palm Beach, FL 33401 | Key West, FL 33040 | 772-595-9691 |
| 305-523-5100 | 954-769-5400 | 561-803-3400 | 305-295-8100 | |