AO 458 (Rev. 06/09)  Appearance of Counsel

REC'D by _____ D.C.

AUG - 3 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT

25 JUL '12 09:01 RECV'D USDC-ORP

for the

Southern District of Florida (1)

24 JUL '12 08:45 RECV'D USDC-ORP

for the

Oregon Multnomah 4th Circuit/District

| | | | |
|---|---|---|---|
| Brian L. Morgan, Wright Jr. Nazar, Nash, AOSS | ) | Case No. | USSC |
| *Plaintiff* | ) | Case No. | Multnomah County 930201117 |
| v. | ) | Case No. | USDC-FLDS 1:09–md–02036–JLK |
| In Re: Checking Account Overdraft Litigation, AOSS | ) | Case No. | Multnomah County 930195088 |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian L. Morgan, Wright Jr. Nazar, Nash, AOSS, (Short Title) Morgan, Wright Jr. v BofA, Chase, BofTW

Date: 07-24-2012

*signature*

RECEIVED CIRCUIT COURT, MULTNOMAH COUNTY 12 JUL 24 AM 9 23

FILED 12 JUL 24 AM 9 23

Represented by: "s/" Brian L. Morgan
Specialist US Army RA Counsel
PRO SE - Veteran - Seaman - Military Cases
U.S. Courts Pacer and CM/ECF #: pp3576
8006 SE. Taggart St.
Portland, OR 97206-1071
503-703-5867
E-mail: morganusarmy@live.com

Brian L. Morgan US Courts Pacer/CM/ECF pp3576
*Printed name and bar number*

Specialist Morgan USArmy RA CounelPacer pp3576
Federal Polit Projects I, I-A, I-B, I-AB, et al, AOSS
8006 SE Taggart St.
Portland Oregon 97206-1071
*Address*

morganusarmy@live.com
*E-mail address*

(503) 703-5867
*Telephone number*

OREGON

AUDITS DIVISION

ORE-11-01-0092

666D

*FAX number*

| | BDG  7/12/12 · 1:17 PM |
|---|---|
| Case Register........ Multnomah Circuit Court | Status |
| Case#...... 930201117 Morgan Brian L/Mueller R G | |
| Civil Negligence | |

| | KMR  7/12/12  1:02 PM |
|---|---|
| Case Register........ Multnomah Circuit Court | Status |
| Case#...... 930195088 In the Matter of: Morgan Brian | ( Oregon v Morgan ) |

OM-0

Pg 1 OF 4

MULTNOMAH COUNTY CIRCUIT COURT
1021 SW FOURTH AVENUE
PORTLAND, OR 97204

BRIAN
07-26-2012

FIRST-CLASS MAIL

ZIP 97204
04IL12002030

9720610-7106

Mr Brian Morgan
8006 SE Taggart Street
Portland OR 97206

Pg 2 OF 4

## IN THE CIRCUIT COURT FOR THE STATE OF OREGON
## FOR MULTNOMAH COUNTY

In the Matter of

BRIAN L. MORGAN.

)
)
)
)
)
)
)
)
)
)

No. 9301-95088

**RECORD OF APPEARANCE**

This matter came before the Court on July 19, 2012.  The respondent (Mr. Morgan) appeared at the time docketed for *ex parte* matters and was self-represented.  The Respondent presented a packet of documents to the undersigned.

DATED this _____20ᵖ_____ day of July 2012.

*Maureen McKnight*
MAUREEN McKNIGHT
Circuit Court Judge

Pg 3 OF 4

APPEALMDL,JURYTRIALDEMANED

# U.S. District Court
## Southern District of Florida (Miami)
## CIVIL DOCKET FOR CASE #: 1:09−md−02036−JLK

In Re: Checking Account Overdraft Litigation
Assigned to: Senior Judge James Lawrence King
Case in other court: Mult.Co.Ciruit Ct/O
                Mult.Co.Circuit Ct/O 920201117
                Mult.Co.Circuit Ct/O 930195088
                Mult.Co.Circuit Ct/O 021117
                      OSC
                      USSC
                      WAWD 2:10-cv-00198
                      ORD 3:92-cv01562
                      ORD 3:93-cv-00288
                      ORD 3:11-mc-09267
                      C/A 01/06/93, :93−−35056
                      ecf.ca9.uscourts 93-35056
                      USCA, 09−15399−AA
                      USCA, 10−14488−D
                      USCA, 10−15040−D
                      11−15941−E
                      USCA, 11−15942−E
                      11−16029−E
                      USCA, 12−11168−DD
Cause: 28:1407 Multidistrict Litigation

Date Filed: 06/10/2009
Jury Demand: Defendants
Jury Demand: Plaintiffs
Nature of Suit: Oregon Measures 11
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

Represented By:

**"s/"Brian L. Morgan**
Specialist US Army RA Counsel
PRO SE, Veteran - Seaman - Military Cases
U.S. Courts Pacer and CM/ECF #: pp3576
8006 SE Taggart St
Portland, OR 97206-1071
503-703-5867
E-mail: morganusarmy@live.com

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2011 | 2086 | Exhibits pages 1 to 6 of 7 Bank of the West Internal Computer Individual Bank Statements 10−2007 (Attachments: # 1 Exhibit 1 to 2 of 3 JPMorgan Chase Bank New Debit Card &Statement issued 10−17−2011, # 2 Concise Statement of Material Fact Plaintiff Morgan, et al. AOSS v. Bank of the West, N.A, # 3 Concise Statement of Material Fact Plaintiff Morgan &Wright Jr., et a. AOSS v. Bank of America N.A., # 4 Concise Statement of Material Fact of Plaintiff BLMorgan v. JPMorgan Chase Bank, N.A., # 5 Amissions to Courts by Pro Se Counsel Morgan, # 6 Judicial Notice, Objections &Motions corrections to SYSTEM ENTRY U.S. Courts Pacer Computer Program CM/ECF Objection, # 7 Admissions to Courts by Pro Se Counsel Morgan that Oregon Case Numbers USDC−ORP #3:92−cv−01562−AS &USDC−ORP #; 3:93−cv−00288−AS are the First Two Cases use in development of the US Courts Pacer Computer Program, # 8 Admissions to Courts by Plaintiff, # 9 Admissions to Courts by Plaintiff, # 10 Concise Statement of Material Damages awards DE #: 1981−58, # 11 JUDICIAL NOTICE by Plaintiff Brian L. Morgan Pro Se Counsel to Court &Counsels &Attorneys of LR 130 pretrial &trial publicity, # 12 Objections to all Defendants Motions for Dismiss for Lack of Jurisdiction and Summary Judgments of Dismissal AOSS, # 13 Motions for Leave of Court ORP Chief Aiken of Direct Notice of Appeal of 92−cv−01562 to the Supreme Court of the United States, # 14 Motions for Leave of Court FLDS Senior Judge King of Direct Notice of Appeal of SD Fla. 1:09−md−02036−JLK to the Supreme Court of the United States, # 15 I Motion for Leave of Court &Order from Senior Judge King USDC−FLSD Case #: 1:09−md−02036−JLK & for Electronic Filing Privileges for ProSe Counsel Brian L. Morgan)(gp) (Entered: 11/07/2011) |

Pg 4 OF 4

AO 458 (Rev. 06/09)  Appearance of Counsel

REC'D by _____ D.C.
AUG - 3 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. — MIAMI

# UNITED STATES DISTRICT COURT

24 JUL '12 08:45 RECVD USDC-ORP

for the

Oregon Multnomah 4th Circuit/District

| | | |
|---|---|---|
| Brian L. Morgan, Wright Jr. Nazar, Nash, AOSS | ) | Case No.   Multnomah County 930201117 |
| *Plaintiff* | ) | |
| v. | ) | Case No.   USDC-FLDS 1:09–md–02036–JLK |
| In Re: Checking Account Overdraft Litigation, AOSS | ) | |
| *Defendant* | ) | Case No.   Multnomah County 930195088 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian L. Morgan, Wright Jr. Nazar, Nash, AOSS, (Short Title) Morgan, Wright Jr. v BofA, Chase, BofTWG

Date: 07-24-2012

_Brian L Morgan_
*signature*

Represented by:  "s/" Brian L. Morgan _Brian L Morgan_   Brian L. Morgan US Courts Pacer/CM/ECF pp3576
Specialist US Army RA Counsel   *Printed name and bar number*
PRO SE - Veteran - Seaman - Military Cases   Specialist Morgan USArmy RA Counel Pacer pp3576
U.S. Courts Pacer and CM/ECF #: pp3576   Federal Polit Projects I, I-A, I-B, I-AB, et al, AOSS
8006 SE. Taggart St.   8006 SE Taggart St.
Portland, OR 97206-1071   Portland Oregon 97206-1071
503-703-5867   *Address*
E-mail: morganusarmy@live.com

morganusarmy@live.com
*E-mail address*

(503) 703-5867
*Telephone number*

*FAX number*

```
Case Register........ Multnomah Circuit Court     BDG  7/12/12 · 1:17 PM
Case#...... 930201117 Morgan Brian L/Mueller R G    Status
                      Civil Negligence
```

```
Case Register........ Multnomah Circuit Court     KMR  7/12/12  1:02 PM
Case#...... 930195088 In the Matter of: Morgan Brian  Status (Oregon v Morgan)
```

OREGON

AUDITS DIVISION

ORE-11-01-000 2

6660

Pg 1 OF 3

```
                                                      BDG   7/12/12 · 1:17 PM
Case Register........ Multnomah Circuit Court         Status
Case#...... 930201117 Morgan Brian L/Mueller R G
                      Civil Negligence
```

| | | |
|---|---|---|
| Case Filed Date..... | 2/18/93 | Starting Instrument.. Complaint |
| Case Started Date... | 2/18/93 | Originating From..... Original filing |
| At Issue Date....... | | Previous Court....... |
| First Setting Date.. | | Previous Court Case#. |
| Trial Scheduled Date | | Master Case Number... |
| Trial Start Date.... | | Relation to Master... |
| Length of Trial..... | | Amount Prayed for.... |
| Disposition Date.... | | Termination Stage.... |
| Final Order Date.... | | Termination Type..... |
| Reinstated Date..... | | |

```
                            Judgment Type........
                            Judgment Status......
                            Judgment Volume/Page.
```

| | ROLE | PLAINTIFF | ATTORNEY |
|---|---|---|---|
| 1 | Plaintiff | Morgan Brian L | Morgan Brian L |

| | ROLE | DEFENDANT | ATTORNEY |
|---|---|---|---|
| 1 | Defendant | Mueller R G | |
| 2 | Defendant | Portland City Of | |
| | Act by thr | Katz Vera | |
| 3 | Defendant | Multnomah County | |
| | Act by thr | Khan Shawin | |
| 4 | Defendant | Oregon State Of | |
| | Act by thr | Frye Helen J | |

| | ENTER DT | FILE DT | EVENT/FILING/PROCEEDING | SCHD DT | TIME | ROOM |
|---|---|---|---|---|---|---|
| 11 | 12/19/11 | 12/15/11 | Notice of reassignment of assistant US Atty frm Judith D Kobbervig to US Atty Ronald K Silver for US Dist Court w/attached copy of same | | | |
| 12 | 1/09/12 | 12/21/11 | Other copy document entitled Associa ted Cases re (event)12 w/attached | | | |
| 13 | 1/09/12 | 12/27/11 | Other copy document entitled Associa ted Cases re (event)13 w/attached | | | |
| 14 | 1/23/12 | 1/11/12 | Other copies of docs entitle re associated cases/re 14 re 15 | | | |
| 15 | 1/23/12 | 1/23/12 | Case Notes OJIN update of current address provided by ptf | | | |

Pg 2 of 3

```
                                                  BDG  7/12/12 · 1:17 PM
Case Register........ Multnomah Circuit Court          Status
Case#...... 930201117 Morgan Brian L/Mueller R G
                      Civil Negligence
```

| | |
|---|---|
| Case Filed Date..... 2/18/93 | Starting Instrument.. Complaint |
| Case Started Date... 2/18/93 | Originating From..... Original filing |
| At Issue Date....... | Previous Court....... |
| First Setting Date.. | Previous Court Case#. |
| Trial Scheduled Date | Master Case Number... |
| Trial Start Date.... | Relation to Master... |
| Length of Trial..... | Amount Prayed for.... |
| Disposition Date.... | Termination Stage.... |
| Final Order Date.... | Termination Type..... |
| Reinstated Date..... | |

```
                            Judgment Type........
                            Judgment Status......
                            Judgment Volume/Page.
```

| | ROLE | PLAINTIFF | ATTORNEY |
|---|---|---|---|
| 1 | Plaintiff | Morgan Brian L | Morgan Brian L |

| | ROLE | DEFENDANT | ATTORNEY |
|---|---|---|---|
| 1 | Defendant | Mueller R G | |
| 2 | Defendant | Portland City Of | |
| | Act by thr | Katz Vera | |
| 3 | Defendant | Multnomah County | |
| | Act by thr | Khan Shawin | |
| 4 | Defendant | Oregon State Of | |
| | Act by thr | Frye Helen J | |

| | ENTER DT | FILE DT | EVENT/FILING/PROCEEDING | SCHD DT | TIME | ROOM |
|---|---|---|---|---|---|---|
| 16 | 7/11/12 | 7/03/12 | Other | | | |
| | | | Electronic Filing Agreement | | | |
| | | | For Pro Se Filers | | | |
| | | | Re US Courts Pacer and CM/ECF | | | |
| | | | Number pp3576 | | | |
| | | | PTF   1 Morgan Brian L | | | |
| 17 | 7/11/12 | 7/03/12 | Copy | | | |
| | | | Documents Filed From US | | | |
| | | | District Court District for | | | |
| | | | The Western District of WA | | | |
| | | | Case No 2:10-CV-00198-JLR | | | |
| | | | PTF   1 Morgan Brian L | | | |
| 18 | 7/11/12 | 7/03/12 | Return of Service | | | |
| | | | From US District Court | | | |
| | | | District For the Western | | | |
| | | | District of WA  Case No | | | |
| | | | 2:10-CV-00198-JLR | | | |
| | | | PTF   1 Morgan Brian L | | | |

Pg 3 OF 3

AO 458 (Rev. 06/09)  Appearance of Counsel

REC'D by _____ D.C.

AUG - 3 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

# UNITED STATES DISTRICT COURT

26 JUL '12 15:05 RECVD USDC-ORP       for the

US Supreme Court's & Oregon (OSC)

# UNITED STATES DISTRICT COURT

25 JUL '12 09:01 RECVD USDC-ORP       for the

Southern District of Florida (1)

24 JUL '12 08:45 RECVD USDC-ORP       for the

Oregon Multnomah 4th Circuit/District

| | Case No. | OSC |
| | Case No. | USSC |
| Brian L. Morgan, Wright Jr. Nazar, Nash, AOSS | ) Case No. | Multnomah County 930201117 |
| *Plaintiff* | ) | |
| v. | ) Case No. | USDC-FLDS 1:09-md-02036-JLK |
| In Re: Checking Account Overdraft Litigation, AOSS | ) Case No. | Multnomah County 930195088 |
| *Defendant* | ) Case No. | USDC-ORD 3:92-cv-01562-HJF |

RECEIVED CIRCUIT COURT MULTNOMAH COUNTY
12 JUL 26 PM 3:24
FILED

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian L. Morgan, Wright Jr. Nazar, Nash, AOSS, (Short Title) Morgan, Wright Jr. v BofA, Chase, BofTW

RECEIVED CIRCUIT COURT MULTNOMAH COUNTY
12 JUL 24 AM 10:23
FILED

Date: 07-24-2012                                    *Brian L Morgan*
                                                       *signature*

Represented by:   "s/" Brian L. Morgan *Brian L Morgan*          Brian L. Morgan US Courts Pacer/CM/ECF pp3576
                  **Specialist US Army RA Counsel**                *Printed name and bar number*
                  PRO SE – Veteran – Seaman – Military Cases       Specialist Morgan USArmy RA Counel Pacer pp3576
                  U.S. Courts Pacer and CM/ECF #: pp3576           Federal Polit Projects I, I-A, I-B, I-AB, et al, AOSS
                  8006 SE. Taggart St.                             8006 SE Taggart St.
                  Portland, OR 97206-1071                          Portland Oregon 97206-1071
                  503-703-5867                                      *Address*
                  E-mail: morganusarmy@live.com

OREGON
                                                                   morganusarmy@live.com
AUDITS DIVISION                                                    *E-mail address*

ORE-11-01-000 2                                                    (503) 703-5867
                                                                   *Telephone number*
666D                     O - OM
                                                                   *FAX number*

BDG  7/12/12  1:17 PM
Case Register........  Multnomah Circuit Court       Status
Case#......  930201117  Morgan Brian L/Mueller R G
                        Civil Negligence

KMR  7/12/12  1:02 PM
Case Register........  Multnomah Circuit Court       Status  (Oregon v Morgan)
Case#......  930195088  In the Matter of: Morgan Brian
                        Page 1 OF 8                    Pg 1 OF 8

### IN THE CIRCUIT COURT FOR THE STATE OF OREGON
### FOR MULTNOMAH COUNTY

In the Matter of

BRIAN L. MORGAN.

)
)
)
)
)
)
)
)
)

No. 9301-95088

RECORD OF APPEARANCE

This matter came before the Court on July 19, 2012. The respondent (Mr. Morgan) appeared at the time docketed for *ex parte* matters and was self-represented. The Respondent presented a packet of documents to the undersigned.

DATED this _____20ᵖ_____ day of July 2012.

_____
MAUREEN McKNIGHT
Circuit Court Judge

Pg 2 OF 8

Page sole – *RECORD OF APPEARANCE*

MULTNOMAH COUNTY CIRCUIT COURT
1021 SW FOURTH AVENUE
PORTLAND, OR 97204

BRIAN
07-26-2012

FIRST-CLASS MAIL

07/24/2012

ZIP 97204
041L12202030

Mr. Brian Morgan
8006 SE Taggart Street
Portland, OR 97206

97206107106

Pg 3 OF 8

```
                                                BDG  7/12/12 ·1:17 PM
Case Register........ Multnomah Circuit Court           Status
Case#...... 930201117 Morgan Brian L/Mueller R G
                      Civil Negligence
```

| | | |
|---|---|---|
| Case Filed Date..... | 2/18/93 | Starting Instrument.. Complaint |
| Case Started Date... | 2/18/93 | Originating From..... Original filing |
| At Issue Date....... | | Previous Court....... |
| First Setting Date.. | | Previous Court Case#. |
| Trial Scheduled Date | | Master Case Number... |
| Trial Start Date.... | | Relation to Master... |
| Length of Trial..... | | Amount Prayed for.... |
| Disposition Date.... | | Termination Stage.... |
| Final Order Date.... | | Termination Type..... |
| Reinstated Date..... | | |

```
                                Judgment Type........
                                Judgment Status......
                                Judgment Volume/Page.
```

| | ROLE | PLAINTIFF | ATTORNEY |
|---|---|---|---|
| 1 | Plaintiff | Morgan Brian L | Morgan Brian L |

| | ROLE | DEFENDANT | ATTORNEY |
|---|---|---|---|
| 1 | Defendant | Mueller R G | |
| 2 | Defendant | Portland City Of | |
| | Act by thr | Katz Vera | |
| 3 | Defendant | Multnomah County | |
| | Act by thr | Khan Shawin | |
| 4 | Defendant | Oregon State Of | |
| | Act by thr | Frye Helen J | |

| | ENTER DT | FILE DT | EVENT/FILING/PROCEEDING | SCHD DT | TIME | ROOM |
|---|---|---|---|---|---|---|
| 16 | 7/11/12 | 7/03/12 | Other Electronic Filing Agreement For Pro Se Filers Re US Courts Pacer and CM/ECF Number pp3576 PTF    1 Morgan Brian L | | | |
| 17 | 7/11/12 | 7/03/12 | Copy Documents Filed From US District Court District for The Western District of WA Case No 2:10-CV-00198-JLR PTF    1 Morgan Brian L | | | |
| 18 | 7/11/12 | 7/03/12 | Return of Service From US District Court District For the Western District of WA  Case No 2:10-CV-00198-JLR PTF    1 Morgan Brian L | | | |

*Pg 4 OF 8*

```
                                                  BDG   7/12/12 · 1:17 PM
Case Register........ Multnomah Circuit Court           Status
Case#...... 930201117 Morgan Brian L/Mueller R G
                      Civil Negligence
```

```
Case Filed Date..... 2/18/93   Starting Instrument.. Complaint
Case Started Date... 2/18/93   Originating From..... Original filing
At Issue Date.......           Previous Court.......
First Setting Date..           Previous Court Case#.
Trial Scheduled Date           Master Case Number...
Trial Start Date....           Relation to Master...
Length of Trial.....           Amount Prayed for....
Disposition Date....           Termination Stage....
Final Order Date....           Termination Type.....
Reinstated Date.....
```

```
                               Judgment Type........
                               Judgment Status......
                               Judgment Volume/Page.
```

| | ROLE | PLAINTIFF | ATTORNEY |
|---|---|---|---|
| 1 | Plaintiff | Morgan Brian L | Morgan Brian L |

| | ROLE | DEFENDANT | ATTORNEY |
|---|---|---|---|
| 1 | Defendant | Mueller R G | |
| 2 | Defendant | Portland City Of | |
| | Act by thr | Katz Vera | |
| 3 | Defendant | Multnomah County | |
| | Act by thr | Khan Shawin | |
| 4 | Defendant | Oregon State Of | |
| | Act by thr | Frye Helen J | |

| | ENTER DT | FILE DT | EVENT/FILING/PROCEEDING | SCHD DT | TIME | ROOM |
|---|---|---|---|---|---|---|
| 11 | 12/19/11 | 12/15/11 | Notice | | | |
| | | | of reassignment of assistant | | | |
| | | | US Atty frm Judith D Kobbervig | | | |
| | | | to US Atty Ronald K Silver for | | | |
| | | | US Dist Court | | | |
| | | | w/attached copy of same | | | |
| 12 | 1/09/12 | 12/21/11 | Other | | | |
| | | | copy document entitled Associa | | | |
| | | | ted Cases re (event)12 | | | |
| | | | w/attached | | | |
| 13 | 1/09/12 | 12/27/11 | Other | | | |
| | | | copy document entitled Associa | | | |
| | | | ted Cases re (event)13 | | | |
| | | | w/attached | | | |
| 14 | 1/23/12 | 1/11/12 | Other | | | |
| | | | copies of docs entitle re | | | |
| | | | associated cases/re 14 re 15 | | | |
| 15 | 1/23/12 | 1/23/12 | Case Notes | | | |
| | | | OJIN update of current address | | | |
| | | | provided by ptf | | | |

Pg 5 OF 8

APPEAL, MDL, JURY TRIAL DEMANDED

## U.S. District Court
## District of Oregon (Portland (3))
## CIVIL DOCKET FOR CASE #: 3:92−cv−01562−AS

Morgan v. Harden, Fred Meyer Inc. K, K & R, & Kroger
Assigned to: Magistrate Judge Donald C. Ashmanskas
Demand: $10,000
Case in other court:  C/A 01/06/93, :93− −35056

      Mult.Co.Ciruit Ct/O 920201117

      Mult.Co.Ciruit Ct/O 930195088

      Mult.Co.Ciruit Ct/O 021117

        OSC

        USSC

        ORD 3:11-mc-09267

        ORD 3:93-cv-00288

        ecf.ca9.uscourts 93-35056

        FLDS 1:09-md-02036

        WAWD 2:10-cv-00198

        ORD 3:92-cv01562

Date Filed: 12/10/1992
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Nature of Suit: Oregon Measures 11
Jurisdiction: 320 Assaults, Libel, Slander
Jurisdiction: 42:1983 Civil Rights
(Employment Discrimination)

Represented By:

**"s/"Brian L. Morgan**
Specialist US Army RA Counsel
PRO SE, Veteran - Seaman - Military Cases
U.S. Courts Pacer and CM/ECF #: pp3576
8006 SE Taggart St
Portland, OR 97206-1071
503-703-5867
E-mail: morganusarmy@live.com

Cause: 320 Assaults, Libel, Slander
Cause: 42:1983 Civil Rights (Employment Discrimination)

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/1994 | 19 | NOTICE OF APPEAL OF JUDGMENT to the Supreme Court of the United States filed by Plaintiff Brian L Morgan (former employee) (Entered: 01/25/1994) |
| 08/08/1994 | 20 | MOTION by Plaintiff Brian L Morgan FOR LEAVE OF THE COURT TO AMEND THE COMPLAINTS OF 12/10/92 &2/1/93 TO CONFORM TO THE (OEC) EVIDENCE AS OF 8/4/94 Oral Argument Requested, Jury Trial Demanded (kb) (Entered: 08/08/1994) |
| 08/08/1994 | 21 | MEMORANDUM IN SUPPORT by Plaintiff Brian L Morgan of MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINTS OF 12/10/92 &2/1/93 TO CONFORM TO THE (OEC) EVIDENCE AS OF 8/4/94 [20−1] (kb) (Entered: 08/08/1994) |
| 08/08/1994 | 22 | AFFIDAVIT by Plaintiff Brian L Morgan of Pamela Gordon In Support of MOTION FOR LEAVE OF THE COURT TO AMEND THE COMPLAINTS OF 12/10/92 &2/1/93 TO CONFORM TO THE (OEC) EVIDENCE AS OF 8/4/94 [20−1] (kb) (Entered: 08/08/1994) |
| 08/11/1994 | 23 | RECORD OF ORDER by Honorable Helen J. Frye REASSIGNING this Open action to Judge Donald C. Ashmanskas as Plaintiff has filed a series of MOTIONS that are similar to the MOTIONS he filed in Judge Ashmanskas' case. (counsel notified) Court Rptr none (former employee) (Entered: 08/11/1994) |
| 08/17/1994 | 24 | Return of Service of a Proposed Amended Complaint by Plaintiff (kb) (Entered: 08/17/1994) |

*Pg 6 OF 8*

APPEAL, MDL, JURY TRIAL DEMANED, IFP,

**U.S. District Court**
**District of Oregon (Portland (3))**
**CIVIL DOCKET FOR CASE #: 3:93−cv−00288−AS**

Morgan v. Khan, et al
Assigned to: Magistrate Judge Donald C. Ashmanskas
Demand: $3,500
Case in other court: Mult.Co.Circuit Ct/O, 02−01117
      Mult.Co.Ciruit Ct/O 920201117
      Mult.Co.Ciruit Ct/O 930195088
      Mult.Co.Ciruit Ct/O 021117
         OSC
         USSC
         C/A 01/06/93, :93−−35056
         ORD 3:11-mc-09267
         ORD 3:93-cv-00288
         ecf.ca9.uscourts 93-35056
         FLDS 1:09-md-02036
         WAWD 2:10-cv-00198
         ORD 3:92-cv01562

Cause: 320 Assaults, Libel, Slander
Cause: 42:1983 Civil Rights
(Employment Discrimination)

Date Filed: 03/10/1993
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Nature of Suit: Oregon Measures 11
Jurisdiction: 320 Assaults, Libel, Slander
Jurisdiction: 42:1983 Civil Rights
(Employment Discrimination)

Represented By:

**"s/"Brian L. Morgan**
Specialist US Army RA Counsel
PRO SE, Veteran - Seaman - Military Cases
U.S. Courts Pacer and CM/ECF #: pp3576
8006 SE Taggart St
Portland, OR 97206-1071
503-703-5867
E-mail: morganusarmy@live.com

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/1994 | 106 | AFFIDAVIT by Plaintiff Brian L Morgan re Defendant Khan's MOTION FOR SUMMARY JUDGMENT [91−1] (submitted as affidavit in support of denying summary judgment of Defendant C &her attorney Mr Itkin &support of the payment of this motion to Plaintiff counsel $1719.81 total) (former employee) (Entered: 03/14/1994) |
| 03/21/1994 | 107 | REQUEST by Plaintiff Brian L Morgan for admission made to the Defendants parties &counsels &Court on all new stated claims &counterclaims made by the Plaintiff made on 3/8/94 (former employee) (Entered: 03/21/1994) |
| 03/21/1994 | 108 | NOTICE by Plaintiff Brian L Morgan to Court &Counsels of LR 130 pretrial &trial publicity &UTCR 3.180(1)(f) equipment &personal of the civil jury trial of CV 93−288 AS notice has &will be give to the press about the actions taking place (former employee) (Entered: 03/21/1994) |
| 03/21/1994 | 109 | NOTICE by Plaintiff Brian L Morgan to Counsels &Court of LR 110−4 cooperation among counsels &pursuant to LR 1−103 disclosure of information to authoritites; duty to cooperate in this civil jury trial of 12 persons (former employee) (Entered: 03/21/1994) |
| 03/21/1994 | 110 | NOTICE by Plaintiff Brian L Morgan to Counsels &Court of LR 110−3 standards of professional conduct &professional responsibility pursuant DR 1−101 &DR 1−102 misconduct; responsibility for acts of others, et al (former employee) (Entered: 03/21/1994) |

Pg 7 OF 8

APPEALMDL,JURYTRIALDEMANED

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:09–md–02036–JLK

In Re: Checking Account Overdraft Litigation
Assigned to: Senior Judge James Lawrence King
Case in other court:  Mult.Co.Ciruit Ct/O
          Mult.Co.Ciruit Ct/O 920201117
          Mult.Co.Ciruit Ct/O 930195088
          Mult.Co.Ciruit Ct/O 021117
              OSC
              USSC
              WAWD 2:10-cv-00198
              ORD 3:92-cv-01562
              ORD 3:93-cv-00288
              ORD 3:11-mc-09267
              C/A 01/06/93, :93– –35056
              ecf.ca9.uscourts 93-35056
              USCA, 09–15399–AA
              USCA, 10–14488–D
               USCA, 10–15040–D
               11–15941–E
              USCA, 11–15942–E
               11–16029–E
              USCA, 12–11168–DD
Cause: 28:1407 Multidistrict Litigation

Date Filed: 06/10/2009
Jury Demand: Defendants
Jury Demand: Plaintiffs
Nature of Suit: Oregon Measures 11
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

Represented By:

**"s/"Brian L. Morgan**
Specialist US Army RA Counsel
PRO SE, Veteran - Seaman - Military Cases
U.S. Courts Pacer and CM/ECF #: pp3576
8006 SE Taggart St
Portland, OR 97206-1071
503-703-5867
E-mail: morganusarmy@live.com

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2011 | 2086 | Exhibits pages 1 to 6 of 7 Bank of the West Internal Computer Individual Bank Statements 10–2007 (Attachments: # 1 Exhibit 1 to 2 of 3 JPMorgan Chase Bank New Debit Card &Statement issued 10–17–2011, # 2 Concise Statement of Material Fact Plaintiff Morgan, et al. AOSS v. Bank of the West, N.A, # 3 Concise Statement of Material Fact Plaintiff Morgan &Wright Jr., et a. AOSS v. Bank of America N.A., # 4 Concise Statement of Material Fact of Plaintiff BLMorgan v. JPMorgan Chase Bank, N.A., # 5 Amissions to Courts by Pro Se Counsel Morgan, # 6 Judicial Notice, Objections &Motions corrections to SYSTEM ENTRY U.S. Courts Pacer Computer Program CM/ECF Objection, # 7 Admissions to Courts by Pro Se Counsel Morgan that Oregon Case Numbers USDC–ORP #3:92–cv–01562–AS &USDC–ORP #; 3:93–cv–00288–AS are the First Two Cases use in development of the US Courts Pacer Computer Program, # 8 Admissions to Courts by Plaintiff, # 9 Admissions to Courts by Plaintiff, # 10 Concise Statement of Material Damages awards DE #: 1981–58, # 11 JUDICIAL NOTICE by Plaintiff Brian L. Morgan Pro Se Counsel to Court &Counsels &Attorneys of LR 130 pretrial &trial publicity, # 12 Objections to all Defendants Motions for Dismiss for Lack of Jurisdiction and Summary Judgments of Dismissal AOSS, # 13 Motions for Leave of Court ORP Chief Aiken of Direct Notice of Appeal of 92–cv–01562 to the Supreme Court of the United States, # 14 Motions for Leave of Court FLDS Senior Judge King of Direct Notice of Appeal of SD Fla. 1:09–md–02036–JLK to the Supreme Court of the United States, # 15 I Motion for Leave of Court &Order from Senior Judge King USDC–FLSD Case #: 1:09–md–02036–JLK & for Electronic Filing Privileges for ProSe Counsel Brian L. Morgan)(gp) (Entered: 11/07/2011) |

Pg 8 OF 8