UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Simmons, et al. v. Comerica Bank,*
N.D. Tex. Case No. 3:10-cv-326-0
S.D. Fla. Case No. 1:10-cv-22958

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND BY INTERLINEATION

**THIS CAUSE** is before the Court on Plaintiffs Delphia Simmons and Patricia Mattlage's ("Plaintiffs") Motion to Amend Amended Complaint by Interlineation ( DE #2840), and the Court having considered the motion and being duly advised, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Class Action Complaint (DE #990) is hereby amended as follows:

1. Paragraph 10 of the Amended Complaint is amended to read, in relevant part, that "Plaintiffs are citizens of different states than Comerica Bank."

2. Paragraph 12 of the Amended Complaint is amended to read, "Plaintiff, Delphia Simmons, is a citizen of the State of Michigan."

3. Paragraph 13 of the Amended Complaint is amended to read, "Plaintiff, Patricia Mattlage, is a citizen of the State of Texas."

4. Defendant is not required to answer or otherwise respond to the foregoing amended by interlineation to the Amended Complaint.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 9th day of August, 2012.

```
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

Copies furnished: All Counsel of Record