UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
)
THIS DOCUMENT RELATES TO: )
FIFTH TRANCHE ACTIONS )
)
*Terry Case v. Bank of Oklahoma, N.A.,* )
S.D. Fla. Case No. 1:11-cv-20815-JLK )
W.D. OK Case No. 5:10-cv-00901-L )
)

**NOTICE OF WITHDRAWAL OF OBJECTIONS BY RYAN A. HICKMAN,
RACHEL E. MCGUIRE AND JAMES R. TURNER**

Objectors, RYAN A. HICKMAN, RACHEL E. MCGUIRE and JAMES R. TURNER, by and through their undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), move this Honorable Court to approve the withdrawal of their objections based on the following facts:

1.    Hickman, McGuire and Turner made the objections in good faith based on the information in the notice of settlement.

2.    Counsel for Objectors/movants has conferred with Class Counsel regarding the settlement and withdrawal of the objections.

/ / /

/ / /

/ / /

1

Therefore, Hickman, McGuire and Turner withdraw their objections to all settlements in this matter and request court approval for the withdrawal of the objections.

DATED: August 9, 2012

LAW OFFICES OF DARRELL PALMER PC

By: _____
Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone: 858-792-5600
Fax: 858-792-5655
Email: darrell.palmer@palmerlegalteam.com
Attorney for Objectors Ryan A. Hickman, Rachel E. McGuire and James R. Turner

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2012, I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following participants:

**Class Counsel**
Hassan Zavareei
Tycko & Zavareei LLP
2000 L Street, N.W., Suite 808
Washington, DC 20036

**Defendant's Counsel**
Frederic Dorwart
Sarah Poston
Frederic Dorwart, Lawyers
124 E. 4th Street
Tulsa, OK 74103

_____
Joseph Darrell Palmer
Attorney for Objectors