UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

## JOINT REPORT RE MEDIATION

Plaintiffs and Defendant BancorpSouth Bank,[1] through their respective undersigned counsel, pursuant to this Court's Order Granting Joint Motion to Temporarily Suspend Briefing and Ruling on Plaintiffs' Motion for Sanction Pending Mediation [**DE # 2828**], jointly report as follows:

1. The parties participated in mediation on August 10, 2012, with Professor Eric Green serving as the mediator.

2. The mediation did not result in an agreement to resolve the litigation.

3. Pursuant to the Order Granting Joint Motion to Temporarily Suspend Briefing and Ruling on Plaintiffs' Motion for Sanction Pending Mediation [**DE # 2828**], BancorpSouth will file its opposition to Plaintiffs' Motion for Sanctions no later than August 25, 2012. Plaintiffs will file their reply within ten (10) days after the opposition is filed.

---

[1] BancorpSouth, Inc. previously asserted that it is not a proper defendant in this matter and, as a result, Plaintiff Swift named BancorpSouth Bank as the sole defendant in the Second Amended Complaint [**DE #994**].

4. The parties are proceeding with other pretrial matters in accord with the dates and deadlines set forth in this Court's Revised Scheduling Order [**DE # 2834**].

Dated: August 14, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert C. Gilbert | /s/ Eric Jon Taylor |
| Robert C. Gilbert, Esquire | Eric Jon Taylor |
| Florida Bar No. 561861 | Georgia Bar No. 699966 |
| rcg@grossmanroth.com | ejt@phrd.com |
| Stuart Z. Grossman, Esquire | William J. Holley, II |
| Florida Bar No. 156113 | Georgia Bar No. 362310 |
| szg@grossmanroth.com | wjh@phrd.com |
| David M. Buckner, Esquire | David B. Darden |
| Florida Bar No. 60550 | Georgia Bar No. 250341 |
| dbu@grossmanroth.com | dbd@phrd.com |
| Seth E. Miles, Esquire | Darren E. Gaynor |
| Florida Bar No. 385530 | Georgia Bar No. 288210 |
| sem@grossmanroth.com | deg@phrd.com |
| GROSSMAN ROTH, P.A. | PARKER HUDSON RAINER & DOBBS LLP |
| 2525 Ponce de Leon Boulevard | 1500 Marquis Two Tower |
| Eleventh Floor | 285 Peachtree Center Avenue N.E. |
| Coral Gables, FL 33134 | Atlanta, Georgia 30303 |
| Telephone: (305) 442-8666 | Telephone: (404) 523-5000 |
| Facsimile: (305) 779-9596 | Facsimile: (404) 522-8409 |
| *Coordinating Counsel for Plaintiffs* | *Counsel for Defendant BancorpSouth Bank* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596