FILING FEE
$6.00

to hac
ce ...

Steven M. Larimore, Clerk

FILED by _____ D.C

AUG 20 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

## MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT CAPITAL ONE N.A.'S OUT-OF-STATE ATTORNEY

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Dkt. No. 166), the undersigned respectfully moves for admission of David G. Radlauer, of Jones, Walker, Waechter, Poitevent, Carrère & Denègre L.L.P., in the above case for purposes of limited appearance as counsel on behalf of Capital One, N.A. ("Capital One"). The undersigned also respectfully moves, pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, for an Order to permit David G. Radlauer to file and receive electronic filings in the above case. In support of this Motion, the undersigned states as follows:

1.      The following attorney seeks to become counsel of record for Defendant Capital

sf-3182001

One in a case that originated in another district and has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407, is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bar of Louisiana:[1]

> David G. Radlauer
> Louisiana Bar No. 11058
> JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.
> 201 St. Charles Ave.
> New Orleans, LA 70170
> Tel:  (504) 582-8210
> Fax:  (504) 589-8210
> dradlauer@joneswalker.com

2.    MDL Rule 1.4 states:  "Any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred.  Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

3.    The undersigned hereby requests the Court provide Notice of Electronic Filings to David G. Radlauer at the following email address:  dradlauer@joneswalker.com.

4.    The undersigned hereby requests that the Court allow David G. Radlauer to file and receive documents electronically through this Court's CM/ECF system.

5.    Pursuant to MDL Rule 1.4, the undersigned hereby requests that the Court waive the filing fee of $75 per attorney for the limited admission of David G. Radlauer.

WHEREFORE, the undersigned hereby moves this Court to enter an Order (1) permitting David G. Radlauer to appear before this Court on behalf of Capital One for all purposes relating to the proceedings in the above-styled MDL matter, (2) waiving the requirement that this

---

[1] A Certification signed by David G. Radlauer, stating that he is a member in good standing of his respective jurisdiction and has reviewed the Local Rules of the United States District Court for the Southern District of Florida, is attached hereto.

attorney designate a member of the local bar to receive service of and file papers on his behalf,
(3) directing the Clerk to provide this attorney notice of electronic filings and directing the Clerk
to assign CM/ECF username and password, and (4) directing the Clerk to waive the $75 per
attorney filing fee for the limited admission of David G. Radlauer.

Dated: August 15, 2012

Respectfully Submitted,

David G. Radlauer
Louisiana Bar No. 11058
JONES, WALKER, WAECHTER, POITEVENT,
CARRÈRE & DENÈGRE L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Tel:  (504) 582-8210
Fax:  (504) 589-8210

*Attorney for Defendant*
*Capital One, N.A.*

sf-3182001

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I served the foregoing MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT CAPITAL ONE N.A.'S OUT-OF-STATE ATTORNEY via U.S. mail to Plaintiffs' Lead Counsels, designated by the Court in the Order on February 4, 2011, Order Modifying This Court's Order Dated September 2, 2009 Regarding the August 26, 2009 Status Conference:

Robert C. Gilbert, Esq.
Grossman Roth, P.A.
2525 Ponce de Leon Blvd, Suite 1150
Coral Gables, FL 33134

Aaron S. Podhurst
Podhurst Orseck, P.A.
City National Bank Building
25 W. Flager Street, Suite 800
Miami, FL 33130

Bruce S. Rogow
Broward Financial Center
500 East Broward BLVD., Suite 1930
Fort Lauderdale, FL 33394

David G. Radlauer
Louisiana Bar No. 11058
JONES, WALKER, WAECHTER, POITEVENT,
CARRÈRE & DENÈGRE L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170
Tel: (504) 582-8210
Fax: (504) 589-8210

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

---

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

## [PROPOSED] ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC FILING PRIVILEGES FOR DEFENDANT CAPITAL ONE N.A.'S OUT-OF-STATE ATTORNEY

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), and the Court's November 24, 2009 Order (Dkt. No. 166), permission for a limited appearance of and electronic filing privileges for David G. Radlauer, who, in addition to the current counsels of record, seeks to become counsel for Defendant Capital One, N.A. for a case that has been transferred from another district to this MDL proceeding.

This Court, having considered the motion and all other relevant factors, hereby

1

ORDERS and ADJUDGES that:

1. The Motion for Limited Appearance of and Electronic Filing Privileges for David G. Radlauer is GRANTED.

2. Pursuant to MDL Rule 1.4 and this Court's November 24, 2009 Order (Dkt. No. 166), Mr. Radlauer shall be allowed to file and receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B. The Court hereby directs the Clerk of Court to assign CM/ECF usernames and passwords to Mr. Radlauer.

3. Furthermore, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited appearance of Mr. Radlauer.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building in Miami, Florida, this _____ day of August 2012.

_____

HON. JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

2

sf-3182074