UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

### ORDER GRANTING JOINT MOTION TO EXTEND EXPERT WITNESS DEADLINES SET FORTH IN REVISED SCHEDULING ORDER

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Extend Expert Witness Deadlines (DE #2886) set forth in Revised Scheduling Order (DE #2834). For good cause shown, it is **ORDERED and ADJUDGED** that the Joint Motion **(DE #2886)** is hereby **GRANTED,** and the following deadlines are extended:

| Activity | Current Deadline | Requested Deadline |
|---|---|---|
| Deadline for parties to designate experts and serve expert disclosures | August 24, 2012 | September 24, 2012 |
| Deadline for parties to complete expert discovery | September 17, 2012 | October 12, 2012 |
| Deadline for parties to file objections to designated experts and file *Daubert* motions | September 24, 2012 | October 19, 2012 |

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 21st day of August, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record