## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 21, 2012

Stephen F. Rosenthal
Podhurst Orseck, PA
25 W FLAGLER ST STE 800
MIAMI, FL 33130-1720

Edward Adam Webb
Webb Klase & Lemond, LLC
1900 THE EXCHANGE SE STE 480
ATLANTA, GA 30339-2049

Appeal Number: 10-12957-X
Case Style: David Johnson v. Key Bank National Association
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:10-cv-21176-JLK

The enclosed copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing." The record on appeal will be returned to you at a later date.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Stephanie Tisa
Phone #: (305) 579-4432

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 10-12957-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 21 2012
JOHN LEY
CLERK

DAVID M. JOHNSON,
Individually and on behalf of all others similarly situated,

                              Plaintiff - Appellee,

versus

KEY BANK NATIONAL ASSOCIATION,

                              Defendant - Appellant.

---

On Appeals from the United States District Court for the
Southern District of Florida

---

BY THE COURT:

Appellee's motion to vacate and remand, or in the alternative, to reinstate case onto oral argument calendar previously CARRIED WITH THE CASE is hereby GRANTED to the extent we vacate the district court's order and remand this case for further consideration in light of AT&T Mobility, LLC v. Concepcion, 131 S. Ct. 1740 (2011); Rent-A-Center, West, Inc. v. Jackson, 130 S. Ct. 2772 (2010); and Cruz v. Cingular Wireless, LLC, 648 F.3d 1205 (11th Cir. 2011).

JOHN LEY
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT BY DIRECTION

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 21 2012

JOHN LEY
CLERK