UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 *Fourth Tranche* | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Shane Swift v. BancorpSouth, Inc.,* S.D. Fla. Case No. 1:10-cv-23872-JLK | ) ) ) |

## NOTICE OF APPEARANCE

THOMAS E. SCOTT, of COLE SCOTT & KISSANE, P.A., hereby states that I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as co-counsel for BancorpSouth, Inc.[1] and limited appearance on behalf of the law firm Parker, Hudson, Rainer & Dobbs LLP with respect to any related sanctions motions.

Please direct copies of all motions, notices, and other pleadings relating thereto to the undersigned counsel at the address listed below.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (Doc. 994).

some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed of Electronic Filing.

        By:   */s/Thomas E. Scott*
            Thomas E. Scott
            Florida Bar No. 149100
            Thomas.scott@csklegal.com
            COLE, SCOTT & KISSANE, P.A.
            ***Co-counsel for Defendant, BancorpSouth***
            ***Counsel for Parker, Hudson,***
             ***Rainer & Dobbs LLP***
            Dadeland Centre II, 14th Floor
            9150 South Dadeland Blvd.
            Miami, Florida  33156
            Phone: 305-350-5381
            Fax: 305-373-2294