UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
*Fourth Tranche* )
_____)
)
THIS DOCUMENT RELATES TO: )
)
*Shane Swift v. BancorpSouth, Inc.*,[1] )
S.D. Fla. Case No. 1:10-cv-23872-JLK )
_____)

### BANCORPSOUTH BANK'S MOTION FOR HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS

Pursuant to Local Rule 7.1(b)(1), BancorpSouth respectfully requests, should this Court entertain Plaintiff's motion for sanctions, that this Court hold a hearing at which BancorpSouth and its counsel may argue, offer evidence and cross-examine Plaintiff's "evidence" of bad faith and alleged sanction-worthy conduct, if any. *See Amlong & Amlong, P.A. v. Denny's Inc.*, 500 F.3d 1230, 1242 (11th Cir. 2006) ("Plainly, an attorney threatened with sanctions under § 1927 is entitled to a hearing.")  A hearing would assist the Court in evaluating evidence and arguments relating to Plaintiff's motion for sanctions and due process concerns suggest that a hearing is necessary before Plaintiff's motion could be granted in any part. *See id.*; *see also Roadway Express, Inc. v. Piper*, 447 U.S. 752, 767 (1980) (sanctions "should not be assessed lightly or

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Plaintiff properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (DE # 994).  Plaintiff does not appear to seek sanctions against BancorpSouth, Inc.

without fair notice and an opportunity for a hearing on the record.") BancorpSouth is concurrently filing a motion to defer consideration of Plaintiff's motion for sanctions. Accordingly, BancorpSouth respectfully requests this Court to defer consideration of Plaintiff's motion until coordinated pretrial matters are concluded, or, at a minimum, resolution of the pending jurisdictional question and Injunction Order appeal in the Eleventh Circuit, and, only then as necessary, schedule a hearing to address Plaintiff's motion for sanctions.

BancorpSouth estimates that three (3) hours would be sufficient to address the issues raised in Plaintiff's motion for sanctions.

Respectfully submitted this 24th day of August, 2012.

**COLE, SCOTT & KISSANE, P.A.**

*/s/ Thomas Scott*
Thomas E. Scott
Florida Bar No. 478539
Thomas.scott@ckslegal.com

9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5385
Facsimile: (305) 373-2294

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Eric Jon Taylor*
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com

1500 Marquis Two Tower

>285 Peachtree Center Avenue N.E.
>Atlanta, Georgia 30303
>Telephone: (404) 523-5000
>Facsimile: (404)522-8409
>
>*Counsel for Defendant BancorpSouth Bank*

## CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)(A)

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with Plaintiff's counsel in a good faith effort to resolve the issues and learned that Plaintiff takes no position on the relief requested.

Respectfully submitted this 24th day of August, 2012.

**COLE, SCOTT & KISSANE, P.A.**

*/s/ Thomas Scott*
Thomas E. Scott
Florida Bar No. 478539
Thomas.scott@ckslegal.com

9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5385
Facsimile: (305) 373-2294

**PARKER, HUDSON, RAINER & DOBBS LLP**

*/s/ Eric Jon Taylor*
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile: (404)522-8409

*Counsel for Defendant BancorpSouth Bank*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

  This 24th day of August, 2012.

              */s/ Eric Jon Taylor*
              Eric Jon Taylor