# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 09-MD-02036-JLK

| | |
|---|---|
| IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>FOURTH TRANCHE ACTIONS<br><br>*Simmons v. Comerica Bank,*<br><br>N.D. Tex. No. 10-326<br><br>S.D. Tex. No. 10-22958 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) DEPOSITION**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 26 and 30(b)(6), Plaintiffs in the above captioned action, by and through their undersigned attorneys, will take the deposition of Defendant Comerica Bank ("Comerica") on Wednesday, July 25, 2012 at 9:00 a.m. at Bodman PLC, 201 W. Big Beaver Road, Suite 500, Troy, Michigan 48084. The deposition will be conducted before a person

authorized by law to administer oaths, and will be recorded by a stenographic court reporter.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Comerica shall designate and produce for deposition upon oral examination one or more of its officers, directors, managing agents, employees or other persons who are knowledgeable and competent to testify as a corporate designee on its behalf as to all matters known or reasonably available to Comerica on each topic listed below.  Plaintiffs request that Comerica provide notice of the name(s) of the individual(s) to be produced for deposition prior to commencement of the deposition, and set forth the matters on which each person(s) will testify if more than one person is designated.

Unless otherwise stated, the relevant time period is January 1, 2002, to present.

A.  **Definitions.**
1.  "Comerica" includes Defendant Comerica Bank and its agents, officers, directors, employees, other representatives, divisions, subdivisions, subsidiaries, predecessors, and affiliates thereof, as well as all persons acting for, or on behalf of, or in concert with Defendant.
2.  "Documents" is used in the broadest sense possible under the Federal Rules of Civil Procedure, and includes any tangible thing, writing, recording or reproduction in any manner, any visual or auditory data in your possession, custody or control, including without limitation, electronically stored information, computer databases, hard drives, storage tapes or disks, all e-mail

        data (including attachments thereto), any digital version of any requested information, and any papers or other format on which words have been written, printed, typed, digitally embedded or otherwise affixed, correspondence, memoranda, transcripts, stenographic or handwritten notes, telegrams, telexes, facsimiles, letters, reports, budgets, forecasts, presentations, analyses, training or instructional handbooks or manuals, graphs or charts, ledgers, invoices, diaries or calendars, minute books, meeting minutes, computer print-outs, prospectuses, financial statements, checks, bank statements, annual, quarterly or other filings with any governmental agency or department, annual reports (including schedules thereto), statistical studies, articles appearing in publications, press releases, video or audio tapes, and shall mean originals or a copy where the original is not in your possession, custody or control, and every copy of every document where such copy is not an exact duplicate.

3. "Electronic Information" and "Electronically Stored Information" mean all data, reports, and documents. It includes, but is not limited to, the equivalent information to the electronic information previously produced by You in this litigation (which related to the named plaintiffs' accounts), and information and data from Hogan, Smarterpay, and Your transaction settlement system(s).

4. "Plaintiffs' Discovery Requests" means all interrogatories, requests for production of documents and things, requests for admission, and any other formal or informal discovery requests directed to Comerica in this litigation.

B.   **Topics for Examination.**

Pursuant to Rules 26 and 30(b)(6), Comerica shall designate a witness (or witnesses, as may be required), to testify as to the following subjects:

1. The search for and retrieval of Documents and Electronically Stored Information by Comerica in response to Plaintiffs' Discovery Requests.

2. The ability to run queries and searches on Comerica's internal databases and Electronically Stored Information.

3. The manner in which e-mails, Documents, and Electronically Stored Information requested by Plaintiffs in this case are maintained and preserved at Comerica.  This includes, without limitation, all systems and software used by Comerica to store and preserve this material.

4. Steps taken by or on behalf of Comerica to preserve the Documents and Electronically Stored Information requested by Plaintiffs in this case.

5. The Document retention policies at Comerica.

6. Any and all litigation hold(s) issued in this case at Comerica.

7. Steps taken by or on behalf of Comerica to ensure that all Electronically Stored Information and Documents requested by Plaintiffs in this case have either been produced or accounted for.

Dated: July 16, 2012

                                      Joseph G. Sauder
                                      jgs@chimicles.com
                                      Matthew D. Schelkopf
                                      mds@chimicles.com
                                      Benjamin F. Johns
                                      bfj@chimicles.com
                                      **CHIMICLES & TIKELLIS LLP**
                                      361 West Lancaster Avenue
                                      Haverford, PA 19041
                                      610-642-8500
                                      610-649-3633 (Fax)

                                      Russell W. Budd, Esquire
                                      Texas Bar No. 03312400
                                      rbudd@baronbudd.com
                                      Bruce W. Steckler, Esquire
                                      Texas Bar No. 00785039
                                      bsteckle@baronbudd.com
                                      Mazin A Sbaiti
                                      Texas Bar No. 24058096
                                      msbaiti@baronbudd.com
                                      **BARON & BUDD, P.C.**
                                      3102 Oak Lawn Avenue
                                      Suite 1100
                                      Dallas, TX 75219
                                      Tel: 214-521-3605
                                      Fax: 214-520-1181

                                      Michael A. Caddell
                                      mac@caddellchapman.com
                                      Cynthia B. Chapman
                                      cbc@caddellchapman.com
                                      Cory S. Fein
                                      csf@caddellchapman.com
                                      **CADDELL & CHAPMAN**
                                      1331 Lamar, #1070
                                      Houston, TX 77010
                                      713-751-0400
                                      713-751-0906 (Fax)
                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Benjamin F. Johns, hereby certify that on July 16, 2012, I e-mailed and mailed the foregoing document to the following counsel for Comerica:

>Kenneth Johnston, Esquire
>James B. Greer, Esquire
>Eliot Walker, Esquire
>**Kane Russell Coleman & Logan PC**
>1601 Elm Street
>Suite 3700
>Dallas, Texas 75201

By: _____
      Benjamin F. Johns