# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Simmons v. Comerica Bank,*
*N.D. Tex. Case No. 3:10-CV-326-O*
*S.D. Fla. Case No. 1:10-CV-22958-JLK*

## COMERICA BANK'S OBJECTIONS TO PLAINTIFFS' NOTICE OF TAKING RULE 30(b)(6) DEPOSITION AND DESIGNATION OF WITNESS

To:     **Plaintiffs, by and through their counsel of record, Robert C. Gilbert, GROSSMAN ROTH, P.A., 2525 Ponce de Leon Boulevard, Eleventh Floor, Coral Gables, Florida 33134.**

Comerica Bank serves its objections to Plaintiffs' Notice of Taking Rule 30(b)(6) Deposition (the "Notice") and designates a testifying witness as follows:

1.      Comerica Bank objects to the Definitions in Section A of the Notice because those definitions are overly broad and present an undue burden upon Comerica Bank. The Definitions unreasonably exceed the requirement that Comerica Bank testify to matters known or reasonable available to the organization. By way of example, the definition of Comerica Bank includes not only every employee and agent of Comerica Bank, but also every third party who might have "[acted] … in concert with Defendant."

2. Comerica Bank objects to the designated topics because they are overly broad and unduly burdensome. Specifically, the Notice seeks testimony related to seven broad "topics" that unreasonably exceed the requirement that Comerica Bank testify to matters known or reasonable available to the organization.

3. Comerica Bank objects to the Notice because the seven designated topics—designated only six business days before the scheduled deposition—go beyond the three topics originally discussed and agreed to by counsel. Subject to this objection, Comerica Bank will testify as to matters known or reasonably available to it during that brief time period.

4. Comerica Bank objects to the Notice because it fails to identify the subject matter, including the scope of the subject matter, with reasonable particularity.

5. Comerica Bank objects to the Notice to the extent that it seeks information protected by the work-product or attorney-client privileges.

6. Comerica Bank objects to the Notice to the extent that it seeks information regarding the actions of Comerica Bank's counsel, which are more appropriately addressed in the meet and confer process, and/or are protected by the attorney-client or work-product privileges.

7. Comerica Bank objects to the Notice to the extent it seeks irrelevant information. Comerica Bank further objects to the scope of any examination that seeks information beyond the topics identified with reasonable particularity; any relevant testimony beyond that scope offered by any designated representative shall not constitute testimony of Comerica Bank.

8. Subject to the forgoing objections and qualifications, Comerica Bank designates Ms. Kathleen Green to testify about information known or reasonably available to Comerica Bank regarding the topics identified with reasonable particularity in the Notice.

Dated: July 24, 2012

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: _____
Kenneth C. Johnston
State Bar No. 00792608
James B. Greer
State Bar No. 24014739
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 777-4200 (telephone)
(214) 777-4299 (facsimile)

**ATTORNEYS FOR DEFENDANT COMERICA BANK**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Simmons v. Comerica Bank,*
*N.D. Tex. Case No. 3:10-CV-326-O*
*S.D. Fla. Case No. 1:10-CV-22958-JLK*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2012, I served the following on counsel of record for the named Plaintiffs in the above-referenced action(s) by electronic mail:

Bruce S. Rogow
Robert C. Gilbert
ALTER'S LAW FIRM
4141 N.E. 2nd Avenue
Suite 201
Miami, Florida 33137
brogow@rogowlaw.com

Russell W. Budd
Bruce W. Steckler
Melissa K. Hutts
Mazin A. Sbaiti
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219
msbaiti@baronbudd.com

Aaron S. Podhurst
Robert C. Josefsberg
Peter Prieto
John Gravante, III
PODHURST ORSECK, P.A.
City National Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130-1780
apodhurst@podhurst.com

Robert C. Gilbert
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, Florida 33134
rcg@grossmanroth.com

Comerica Bank's Objections to Plaintiffs' Notice of Taking                                    1867802 v2 (71315.00002.000)
Rule 30(b)(6) Deposition and Designation of Witness

4

| | |
|---|---|
| Ruben Honik<br>Kenneth J. Grunfeld<br>GOLOMB & HONIK, P.C.<br>1515 Market Street<br>Suite 1100<br>Philadelphia, Pennsylvania 19102<br>rhonik@golombhonik.com | Michael W. Sobol<br>Roger N. Heller<br>Jordan Elias<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, California 94111<br>msobol@lchb.com |
| Ted E. Trief<br>Barbara E. Olk<br>TRIEF & OLK<br>150 East 58th Street, 34th Floor<br>New York, New York 10155<br>ttrief@triefandolk.com | Edward Adam Webb<br>G. Franklin Lemond, Jr.<br>WEBB, KLASE & LEMOND, L.L.C.<br>1900 The Exchange SE, Suite 480<br>Atlanta, Georgia 30339<br>adam@webbllc.com |

Joseph G. Sauder
jgs@chimicles.com
Matthew D. Schelkopf
mds@chimicles.com
Benjamin F. Johns
bfj@chimicles.com
CHIMICLES & TIKELLIS, LLP
361 West Lancaster Avenue
Haverford, PA 19041

By: ___/s/ James B. Greer___
Kenneth C. Johnston
State Bar No. 00792608
James B. Greer
State Bar No. 24014739

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201

**ATTORNEYS FOR DEFENDANT COMERICA BANK**