FILED by _____ D.C.

AUG 28 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE CHECKING ACCOUNT
OVERDRAFT LITIGATION

CASE NO.: 1:09-MD-02036-JLK

NOTICE OF WITHDRAWAL OF
OBJECTION BY LARISSA L. LAZARUS

### NOTICE OF WITHDRAWAL OF OBJECTION BY LARISSA L. LAZARUS:

I, Larissa L. Lazarus, hereby move this Honorable Court, to withdraw my objection based on the following facts:

1. My objection was in good faith based on the information contained in the notice of settlement mailed to me related to this case.

2. After careful consideration and review of all information regarding the settlement terms, I do not wish to go forward with my objection.

Based on the above, I do not object to the settlement terms as presented and request my objection to settlement be withdrawn.

Dated:   August 21, 2012

_____
Larissa L. Lazarus, In Pro Per