UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date August 29, 2012

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Carly Horenkamp

TYPE OF PROCEEDING:

Scheduling Conference___         Status Conference X
Pre-Trial Conference ___         Motion Hearing ___

Counsel for Plaintiff: Robert Gilbert, Esq.  Aaron Podhurst, Esq. Jeffrey Ostrow, Esq.  Hassan Zavareei, Esq. (See attachment for additional appearances)

Counsel for Defendant: Sara Poston, Esq.  See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: FINAL Approval Class Action Settlement (D.E. #2843)
- The Court finds that the motion be and the same is hereby - **GRANTED**
- The Plaintiffs' Motion for Attorney Fees and Costs held
- The Court hereby finds that the fees and costs are fair and reasonable and therefore, the motion be and the same is hereby - **GRANTED** as outlined by counsel for the plaintiffs
- The Court finds that counsel for the plaintiffs shall prepare and submit an order of the Court's ruling

Page 1 of  1

# PLEASE PRINT LEGIBLY

August 29, 2012            09-2036-MDL

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Hassan Zavareei | Tycko & Zavareei | 202-973-0900 | Plaintiff Eaton |
| Barnett Vahk | Stueve Siegel Hanson | 816-714-7132 | Plaintiff Eaton |
| James Sill | Sill Law Group | 405-509-6300 | Plaintiff Ramer |
| Sarah Poston | Frederic Dorwart, Lawyers | 918 583 9922 | Defendant BOKF, N.A. |
| Jeff Ostrow | Kopelowitz Ostrow | 954 525 4100 | Plaintiff |
| Aaron Podhurst | Podhurst Orseck | 305 358-2800 | Plaintiffs Co-Lead |
| Peter Prieto | Podhurst Orseck | 305 358 2800 | Plaintiffs PEC |
| Robert Gilbert | Grossman Roth | 305-442-8666 | Plaintiffs Coordinating Counsel |
| William C. Heaton | William C. Heaton, PA | 305-579-9813 | Plaintiffs |