UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**CLERK'S NOTICE OF ERROR**

FILED by ZC D.C.
AUG 29 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

CASE NO. 09-MD-2036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

Clerk's Notice that Sealed [D.E. 2847] was sealed in error. Therefore, this entry has been UNSEALED and available for viewing as an attachment to this notice.

STEVEN M. LARIMORE
CLERK OF COURT

By: /s/ Patrice L. Christian
Deputy Clerk

c:   District Judge
     Counsel of Record