UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Wolfgeher v. Commerce Bank, N.A.*
S.D. FL Case No. 1:10-cv-22017-JLK
W.D. MO Case No. 4:10-cv-00328-ODS

ORDER GRANTING JOINT MOTION
TO APPROVE REVISED POSTCARD NOTICE

The Parties to the above-captioned action, which is currently pending against Commerce Bank, N.A., jointly moved the Court to enter an Order approving of a Revised Postcard Notice (DE #2914) August 28, 2012. In consideration thereof, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. The Joint Motion to Approve Revised Postcard Notice **(DE #2914)** is hereby **GRANTED**.

2. The Revised Postcard Notice attached to the Joint Motion as Exhibit B **(DE #2914-2)** shall be mailed to the Settlement Class pursuant to the schedule set forth in the Order Preliminarily Approving Settlement **(DE # 2883)**.

**DONE AND ORDERED** at the James Lawrence King Federal Building and

United States Courthouse in Miami, Florida this 30th day of August, 2012.

                                                                **JAMES LAWRENCE KING**
                                                           **UNITED STATES DISTRICT JUDGE**
                                                           **SOUTHERN DISTRICT OF FLORIDA**

cc: All Counsel of Record