## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

---

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

---

**THIS DOCUMENT RELATES TO: SECOND TRANCHE ACTION**

*Barras v. Branch Banking & Trust Company*
S.D. Fla. Case No. 10-cv-20813-JLK
M.D. N.C. Case No. 09-00678

---

## ORDER ON THE MANDATE

**THIS CAUSE** comes before the Court upon the August 27, 2012 Mandate of the United States Court of Appeals for the Eleventh Circuit (DE #2913).

The instant Mandate by the Eleventh Circuit reverses the denial of Defendant Branch Banking & Trust Company's ("BB&T") renewed motion to compel arbitration entered September 1, 2011 (DE #1853). Accordingly, the Eleventh Circuit remands the above-styled action with instructions to compel arbitration.

It is therefore, **ORDERED, ADJUDGED, and DECREED** as follows:

1.   The July 6, 2012 opinion of the United States Court of Appeals for the Eleventh Circuit be, and the same is hereby, **ADOPTED** and made the Order of this Court.

2.   The Court's Order Denying Renewed Motions to Compel Arbitration **(DE #1853)**, with respect to Defendant BB&T's Renewed Motion to Compel Arbitration (DE #1562),

filed in the above-styled *Barras v. Branch Banking & Trust Company*, 10-cv-20813-JLK ("*Barras*"), is hereby **VACATED and SET ASIDE**.

      3.      The arbitration provision in *Barras* **SHALL** be enforced and the case is hereby **DISMISSED** accordingly.

      **DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 30th day of August, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    **Clerk of Court**
       **All counsel of record**