UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
THIRD TRANCHE ACTIONS

*Duval v. Citizens Financial Group, Inc*.
N.D. Ill. Case No. 1:10-cv-00533
S.D. Fla. Case No. 1:10-cv-21080-JLK

*Daniels v. Citizens Financial Group, Inc*.
D. Mass. Case No. 10-cv-10386
S.D. Fla. Case No. 1:10-cv-22014-JLK

*Blankenship v. RBS Citizens, N.A*.
D.R.I. Case No. 10-cv-02718
S.D. Fla. Case No. 1:10-cv-22942-JLK

NOTICE OF FILING CORRECT ATTACHMENT TO
CLASS CERTIFICATION BRIEFING PREVIOUSLY FILED UNDER SEAL

On August 29, 2012, Plaintiffs, pursuant to the agreement of Defendants, re-filed the class certification briefing which was previously filed under seal by the parties in the above-captioned matters (**DE # 2924**). One of the documents filed (**DE # 2924-13**) was inadvertently identified as Defendant's Opposition to Plaintiffs' Motion for Class Certification.

With this notice, Plaintiffs are filing Defendants Opposition to Plaintiffs' Motion for Class Certification, with limited redactions based on the parties' agreement with respect to information designated as "confidential" and/or "highly confidential" pursuant to the Stipulated Protected Order entered January 18, 2011 (**DE # 1049**) in substitution for **DE # 2924-13**.

Dated: August 30, 2012.

                        Respectfully submitted,

                        /s/ Robert C. Gilbert
                        Robert C. Gilbert, Esquire
                        Florida Bar No. 561861
                        rcg@grossmanroth.com
                        Stuart Z. Grossman, Esquire
                        Florida Bar No. 156113
                        szg@grossmanroth.com
                        David Buckner, Esquire
                        Florida Bar No. 60550
                        dbu@grossmanroth.com
                        Seth E. Miles, Esquire
                        Florida Bar No. 385530
                        sem@grossmanroth.com
                        GROSSMAN ROTH, P.A.
                        2525 Ponce de Leon Boulevard
                        Eleventh Floor
                        Coral Gables, FL 33134
                        Tel: 305-442-8666
                        Fax: 305-779-9596

                        *Coordinating Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

3