UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Simmons, et al. v. Comerica Bank,*
N.D. Tex. Case No. 3:10-cv-326-0
S.D. Fla. Case No. 1:10-cv-22958

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO TEMPORARILY FILE EXHIBITS TO PLAINTIFFS' MOTION FOR SANCTIONS UNDER SEAL

**THIS CAUSE** is before the Court on Plaintiffs Delphia Simmons and Patricia Mattlage's ("Plaintiffs") Unopposed Motion to Temporarily File Exhibits to Plaintiffs' Motion for Sanctions Under Seal (the "Motion) (DE #2915), filed August 28, 2012. The Court having considered the Motion and other pertinent portions of the record, and good cause appearing, it is hereby **ORDERED, ADJUDGED, and DECREED** that the Motion **(DE #2915)** be, and the same is hereby, **GRANTED**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 30th day of August, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished:
All Counsel of Record