UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTION

*Larsen v. Union Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23235-JLK
N.D. Cal. Case No. 4:09-cv-3250

### ORDER RESERVING RULING ON MOTION TO COMPEL ATTENDANCE OF OBJECTOR DALLAS STEPHENS AT DEPOSITION

**THIS CAUSE** comes before the Court upon Plaintiffs and Class Counsel's Motion to Compel Attendance of Objector Dallas Stephens at Deposition and Request for Expedited Consideration (the "Motion to Compel") (DE #2923), filed August 29, 2012. Therein, Plaintiffs and Class Counsel seek Court intervention to compel the attendance of *pro se* objector Mr. Dallas Stephens at a deposition that is scheduled for September 10, 2012. (*See* Subpoena, Ex. 2 to Motion.)

After careful consideration and the Court being otherwise fully advised, it is **ORDERED, ADJUDGED, and DECREED** that Motion to Compel (DE #2923) will be held for ruling until Mr. Stephens has had an opportunity to respond and/or file a motion

to quash. Accordingly, Mr. Stephens is hereby directed to file his response and/or motion to quash on or before **September 5, 2012**.

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida this 30th day of August, 2012.

*JAMES LAWRENCE KING*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

**All Counsel of Record**

**Mr. Dallas Stephens**
9350 Manona Drive
La Mesa, CA 91942
dallas2@cox.net[1]

---

[1] The Clerk is directed to serve pro se objector, Mr. Dallas Stephens, by electronic mail.