# EXHIBIT 2
**Comerica Bank's Response to Plaintiffs' Motion to Compel**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

## DECLARATION OF JILL PACE

I, Jill Pace, declare and state as follows:

1. I am Vice President of Business Development at Xact Data Discovery. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. Xact Data Discovery is a Data Discovery and Management company providing streamlined Forensic, Processing, Hosting, Document Review, Project Management, Imaging & Coding and Paper Discovery services to law firms, corporations and government agencies.

3. Comerica Bank has engaged Xact Data Discovery for services in connection with discovery in the above-captioned matter ("*Simmons*").

4. Comerica Bank has requested that Xact Data Discovery provide to the Bank a Statement of Work for the electronic searching, processing, and storage of approximately 70 custodians, totaling over 500 gigabytes of data (the "70 Custodian Request").

Exhibit 2 - Page 1

5.  Xact Data Discovery estimates that the 70 Custodian Request would cost approximately $86,000 for search and cull and de-duplication services; as much as $227,232 for processing; and as much as $28,404 per month for storage services.

6.  The foregoing estimates for the 70 Custodian Request are only preliminary, as Xact Data Discovery has no way of knowing how much data will have to be processed after the initial search and cull, how much data will have to be stored after processing, and what the production costs for the processed data will be.

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of August, 2012, in Detroit, Michigan.

_____
Jill Pace

Exhibit 2 - Page 2