UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK



IN RE CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
_____ )
)
THIS DOCUMENT RELATES TO: )
FIRST TRANCHE ACTIONS )
)
*Larsen v. Union Bank, N.A.* )
S.D. Fla. Case No. 1:09-cv-23235-JLK )
N.D. Cal. Case No. 4:09-cv-3250 )
_____ )

## NOTICE OF WITHDRAWAL OF OBJECTIONS BY DALLAS STEPHENS

I, Dallas Stephens, move the Court under Rule 23(e)(5) of the Federal Rules of Civil Procedure to withdraw my objection to the settlement of the Larsen v. Union Bank case (S.D. Fla. Case No. 1:09-cv-23235-JLK, N.D. Cal. Case No. 4:09-cv-3250), in In Re: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK.

I made the objection in good faith, but I no longer wish to go forward with my objection and ask the Court to allow the withdrawal.

Dated: September 1, 2012

Dallas Stephens, Pro Se
9350 Morona Drive
La Mesa, CA 91942
(619) 463-8480

1