UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Jeremy Childs, Natalie Childs, and Richard Green, on behalf of themselves and all others similarly situated,*

  *Plaintiffs,*

*v.*

*Synovus Financial Corp. and Synovus Bank,*

  *Defendants.*

S.D. Fla. Case No. 1:10-cv-23938-JLK

NOTICE OF FILING PLAINTIFFS' SECOND
AMENDED CLASS ACTION COMPLAINT

  Plaintiffs Jeremy Childs, Natalie Childs, and Richard Green, and Defendants Synovus Financial Corp. and Synovus Bank, pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby stipulate to the filing of Plaintiffs' Second Amended Class Action Complaint, with Synovus Financial Corp. and Synovus Bank reserving all defenses to the Second Amended Class Action Complaint. The Second Amended Class Action Complaint adds Plaintiff Richard Green to the operative complaint, removes Columbus Bank & Trust from the complaint in accordance with

the Court's Order on Defendants' motion to dismiss [**DE # 2858**], and includes several superficial edits, but otherwise makes no substantive changes to the First Amended Class Action Complaint [**DE # 2026**] filed October 21, 2011.[1]  The parties have stipulated that Defendants will file their answer within 20 days of this filing.

Dated: September 5, 2012.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Steven M. Collins
Steven M. Collins
Georgia Bar No. 178825
steve.collins@alston.com
Christopher A. Riley
Georgia Bar No. 605634
chris.riley@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants*

---

[1] Plaintiff Richard Green was the named plaintiff in the action styled *Green v. Synovus Bank, et al.*, Case No. 4:12-cv-00027-CDL (M.D. Ga.), which was transferred to this Court by the JPML on August 3, 2012.  [**DE #2867**].  The *Green* action was assigned Case No. 1:12-cv-22861-JLK (S.D. Fla.).  With the filing of the Second Amended Class Action Complaint, the *Green* case should be dismissed without prejudice in accordance with the Court's prior practice.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596