UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**ORDER SETTING
HEARING RE: PLAINTIFFS' MOTION
TO COMPEL AND FOR SANCTIONS
(D.E. #2911)**

THIS MATTER comes before the Court upon Plaintiffs' Motion to Compel and For Sanctions and Incorporated Memorandum of Law (D.E. #2911), filed on August 24, 2012. After careful review and being fully advised in the premises thereof,

IT IS ORDERED and ADJUDGED that this case is hereby set for **Oral Argument re: Motion to Compel and for Sanctions** on Tuesday, **October 2, 2012, at 9:30 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 11th day of September, 2012.

                                                                          *James Lawrence King*
                                                                          JAMES LAWRENCE KING
                                                                          UNITED STATES DISTRICT JUDGE
                                                                          SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record