UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CIVIL MINUTES

IN RE: CHECKING ACCOUNT      Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION

    Date    September 13, 2012

    JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Larry Herr

**TYPE OF PROCEEDING:**

Scheduling Conference___      Status Conference  X
Pre-Trial Conference  ___     Motion Hearing     ___

Counsel for Plaintiff: Robert Gilbert, Esq.  Aaron Podhurst, Esq. Michael W. Sobel, Esq.  Stuart Grossman, Esq. (See attachment for additional appearances)

Counsel for Defendant: Alan G. Greer, Esq.  Mark D. Lonergan, Esq. John B. Sullivan, Esq.  Joesph Catalano, Esq. (See attachment for additional appearances)

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO: _____

- Oral Argument held re: FINAL Approval Class Action Settlement (D.E. #2654)
- The Court finds that the motion Settlement is well justified. Additionally, the Court finds that the percentage fee request is reasonable and proper. Therefore,
- The Court finds that the motion for Final Approval Class

```
     Action Settlement be and the same is hereby - GRANTED
■    Counsel for the plaintiffs shall prepare and submit a proposed
     Final Order and Judgment
```

# PLEASE PRINT LEGIBLY

09-2036-MDL    9/13/2012

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Seth Miles | Grossman Roth | 305-442-8666 | TT |
| Peter Prieto | Podhurst Orseck | 305-358-2800 | Plaintiffs |
| Aaron Podhurst | Podhurst Orseck | " " | " " |
| Robert Gilbert | Grossman Roth | 305-442-8666 | TT |
| Stuart Grossman | " " | " " | " " |
| Michael Sobol | Lieff, Cabraser | 415-956-1000 | Plaintiffs |
| David Stellings | " | 212-355-9500 | " |
| William C. Hearon | William C. Hearon, PA | 305-579-9813 | " |
| David Buckner | Grossman Roth PA | 305-442-8666 | Plaintiffs |
| Robert Gilbert | " " | " " | " |