UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

**MDL No. 2036**
_____/

THIS DOCUMENT RELATES TO:

*Johnson v. KeyBank National Association*;
S.D. Fla. Case No. 10-cv-21176-JLK
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED DISCOVERY

**THIS CAUSE** comes before the Court upon Plaintiff David M. Johnson's Motion for Leave to Conduct Limited Arbitration Discovery Following Remand From Eleventh Circuit (DE # 2904) filed on August 23, 2012.[1] Defendant KeyBank filed a Response in Opposition (DE # 2944) on September 7, 2012, and Plaintiff filed his Reply (DE # 2953) on September 14, 2012.

In its Response (DE # 2904), Defendant KeyBank incorrectly suggests that the inclusion of *Rent-A-Center, West, Inc. V. Jackson*, 130 S. Ct. 2772 (2010), in the Eleventh Circuit's August 20, 2012 order (DE # 2893) represents an implicit rejection of Plaintiff's contention that KeyBank "had <u>waived</u> its right to assert the delegation clause by not raising it sooner." (Emphasis in original.) In fact, the Eleventh Circuit upheld an identical waiver argument in its

---

[1] Plaintiff's motion refers to the Eleventh Circuit's ruling - docketed in this case as DE # 2893 - in which the Circuit Court granted Plaintiff-Appellee's motion to vacate and remand in light of *AT&T Mobility, LLC v. Concepcion*, 131 S. Ct. 1740 (2011), *Rent-A-Center, West, Inc. V. Jackson*, 130 S. Ct. 2772 (2010), and *Cruz v. Cingular Wireless, LLC*, 648 F.3d 1205 (11th Cir. 2011).

judgment in *Barras v. Branch Banking and Trust Company*, 685 F.3d 1269, 1274-75 (11th Cir. 2012) (DE # 2913).

Upon careful review of the record, and being otherwise fully advised, the Court concludes that limited arbitration-related discovery is appropriate in this case. The discovery sought here is identical in most respects to the limited arbitration-related discovery permitted under this Court's orders under similar circumstances.[2] The limited scope of this discovery is reasonable and useful in ensuring a complete record. Therefore, it is

**ORDERED, ADJUDGED and DECREED** that Plaintiff David M. Johnson's Motion for Leave to Conduct Limited Arbitration Discovery Following Remand from Eleventh Circuit **(DE # 2904)** be, and the same is hereby, **GRANTED**.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 19th day of September, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record

---

[2] *See, e.g.*, DE # 1576, 1673, 1950, 1985, 2191, 2661.