UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
 )
MDL No. 2036 )
*Fourth Tranche* )
_____)
 )
THIS DOCUMENT RELATES TO: )
 )
*Shane Swift v. BancorpSouth, Inc.*,[1] )
S.D. Fla. Case No. 1:10-cv-23872-JLK )
_____)

**JOINT STIPULATION AND PROPOSED ORDER REGARDING DISCLOSURES IN ADVANCE OF HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS (DE # 2791)**

Pursuant to the Court's September 7, 2012 Order (DE # 2943), the parties have conferred and reached agreement on scheduling and evidentiary issues related to Plaintiff's motion for sanctions (DE # 2791). Subject to the Court's approval and entry of the proposed Order below, the parties stipulate as follows:

1. The Parties and their counsel enter into this Stipulation for the limited purpose of memorializing their agreement and understandings concerning the disclosure and exchange of evidence prior to the hearing on Plaintiff's motion for sanctions.

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Plaintiff properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (DE # 994). Plaintiff does not appear to seek sanctions against BancorpSouth, Inc.

2. Based on existing conflicts of counsel and to allow the hearing exchange outlined below, the Parties jointly request the Court to set the evidentiary hearing on Plaintiff's motion for sanctions for a day during the weeks of November 5-9 or 12-16, 2012.

3. No later than October 5, 2012, the parties shall exchange: (a) all documentary evidence they anticipate submitting at the hearing, (b) a list of all exhibits they anticipate submitting at the hearing, and (c) a list of all witnesses they anticipate presenting at the hearing.  The parties agree that disclosure, by either side, of privileged communications in connection with the sanctions motion will not be deemed a waiver of otherwise privileged communications for the ongoing litigation involving the merits of the case or for any other purpose.

4. No later than October 5, 2012, the parties shall exchange proffers describing the anticipated direct examination of counsel for either side that intend to testify at the hearing.

5. No later than October 19, 2012, the parties shall exchange: (a) all additional documentary evidence they intend to submit as a result of the other parties' disclosures outlined above, (b) supplemental proffers outlining additional attorney testimony to be presented as a result of the other parties' disclosure, and (c) lists of all rebuttal witnesses they intend to present at the hearing.

6. Either party can depose witnesses, other than counsel whose direct testimony is the subject of proffers described above, and seek the production of documents from such witnesses, but such depositions and document requests are strictly limited to the issues framed by the motion for sanctions and opposition thereto.

Dated: September 19, 2012.

Respectfully submitted,

| | |
|---|---|
| */s/ Robert C. Gilbert* | */s/ Eric Jon Taylor* |
| Robert C. Gilbert, Esquire | Eric Jon Taylor |
| Florida Bar No. 561861 | Georgia Bar No. 699966 |
| rcg@grossmanroth.com | ejt@phrd.com |
| Stuart Z. Grossman, Esquire | William J. Holley, II |
| Florida Bar No. 156113 | Georgia Bar No. 362310 |
| szg@grossmanroth.com | wjh@phrd.com |
| David Buckner, Esquire | David B. Darden |
| Florida Bar No. 60550 | Georgia Bar No. 250341 |
| dbu@grossmanroth.com | dbd@phrd.com |
| Seth E. Miles, Esquire | Darren E. Gaynor |
| Florida Bar No. 385530 | Georgia Bar No. 288210 |
| sem@grossmanroth.com | deg@phrd.com |
| GROSSMAN ROTH, P.A. | PARKER HUDSON RAINER & DOBBS LLP |
| 2525 Ponce de Leon Boulevard | 1500 Marquis Two Tower |
| Eleventh Floor | 285 Peachtree Center Avenue N.E. |
| Coral Gables, FL 33134 | Atlanta, Georgia 30303 |
| Telephone: (305) 442-8666 | Telephone: (404) 523-5000 |
| Facsimile: (305) 779-9596 | Facsimile: (404) 522-8409 |
| *Coordinating Counsel for Plaintiffs* | *Counsel for Defendant BancorpSouth Bank* |

*/s/ Thomas Scott*
Thomas E. Scott
Florida Bar No. 478539
Thomas.scott@ckslegal.com
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5385
Facsimile: (305) 373-2294

*Counsel for BancorpSouth Bank and its counsel*

## **ORDER APPROVING STIPULATION**

The foregoing Stipulation is approved and adopted as and Order of the Court at this James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this _____ day of September, 2012.

 

_____
**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

Copies furnished to:
Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 19th day of September, 2012.

*/s/ Eric Jon Taylor*
Eric Jon Taylor

2522144v1