UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**ORDER SCHEDULING
EVIDENTIARY HEARING (D.E. #2791)**

THIS MATTER comes before the Court *sua sponte*.. After careful review and being fully advised in the premises thereof,

IT IS ORDERED and ADJUDGED that this case is hereby set for **Evidentiary Hearing** on Wednesday, **November 14, 2012, at 10:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 20th day of September, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record