UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
*Fourth Tranche* )
_____)
)
THIS DOCUMENT RELATES TO: )
)
*Shane Swift v. BancorpSouth, Inc.*,[1] )
S.D. Fla. Case No. 1:10-cv-23872-JLK )
_____)

## JOINT STIPULATION AND PROPOSED ORDER REGARDING DISCLOSURES IN ADVANCE OF HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS (DE # 2791)

Pursuant to the Court's September 7, 2012 Order (DE # 2943), the parties have conferred and reached agreement on scheduling and evidentiary issues related to Plaintiff's motion for sanctions (DE # 2791). Subject to the Court's approval and entry of the proposed Order below, the parties stipulate as follows:

1. The Parties and their counsel enter into this Stipulation for the limited purpose of memorializing their agreement and understandings concerning the disclosure and exchange of evidence prior to the hearing on Plaintiff's motion for sanctions.

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Plaintiff properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (DE # 994). Plaintiff does not appear to seek sanctions against BancorpSouth, Inc.

2. Based on existing conflicts of counsel and to allow the hearing exchange outlined below, the Parties jointly request the Court to set the evidentiary hearing on Plaintiff's motion for sanctions for a day during the weeks of November 5-9 or 12-16, 2012.

3. No later than October 5, 2012, the parties shall exchange: (a) all documentary evidence they anticipate submitting at the hearing, (b) a list of all exhibits they anticipate submitting at the hearing, and (c) a list of all witnesses they anticipate presenting at the hearing. The parties agree that disclosure, by either side, of privileged communications in connection with the sanctions motion will not be deemed a waiver of otherwise privileged communications for the ongoing litigation involving the merits of the case or for any other purpose.

4. No later than October 5, 2012, the parties shall exchange proffers describing the anticipated direct examination of counsel for either side that intend to testify at the hearing.

5. No later than October 19, 2012, the parties shall exchange: (a) all additional documentary evidence they intend to submit as a result of the other parties' disclosures outlined above, (b) supplemental proffers outlining additional attorney testimony to be presented as a result of the other parties' disclosure, and (c) lists of all rebuttal witnesses they intend to present at the hearing.

6. Either party can depose witnesses, other than counsel whose direct testimony is the subject of proffers described above, and seek the production of documents from such witnesses, but such depositions and document requests are strictly limited to the issues framed by the motion for sanctions and opposition thereto.

Dated: September 19, 2012.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Telephone: (305) 442-8666
Facsimile: (305) 779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Eric Jon Taylor
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com
PARKER HUDSON RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile: (404) 522-8409

*Counsel for Defendant BancorpSouth Bank*

/s/ Thomas Scott
Thomas E. Scott
Florida Bar No. 478539
Thomas.scott@ckslegal.com
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard, Suite 1400
Miami, Florida 33156
Telephone: (305) 350-5385
Facsimile: (305) 373-2294

*Counsel for BancorpSouth Bank and its counsel*

3

## ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as and Order of the Court at this James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 20th day of September, 2012.

                                           JAMES LAWRENCE KING
                                     UNITED STATES DISTRICT JUDGE
                                     SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record