UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
_____/

THIS DOCUMENT RELATES TO:

*Michael Dasher v. RBC Bank (USA)*
**S.D. Fla. Case No. 1:10-CV-22190-JLK**

*Avery v. RBC Bank*,
**E.D. N.C. Case No. 5:10-cv-329**
_____/

**JOIND STIPULATION TO RELEASE OF SUPERSEDEAS BOND
POSTED BY DEFENDANT RBC BANK (USA)**

Plaintiffs' Coordinating Counsel and defendant RBC Bank (USA) ("RBC") stipulate to the release of the supersedeas bond posted by RBC. *See Defendant RBC Bank (USA)'s Notice of Posting Supersedeas Bond* [DE 860] (copy attached as Exhibit **A**).

Date: September 27, 2012.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Plaintiffs Coordinating Counsel*

**AKERMAN SENTERFITT**
One S.E. Third Avenue — 25th Floor
Miami, FL 33131-1714
Tel.: 305-374-5600
Fax: 305-374-5095

By: s/ Christopher S. Carver
    CHRISTOPHER S. CARVER, ESQ.
    Florida Bar No. 993580
    E-mail: christopher.carver@akerman.com
    STACY J. HARRISON, ESQ.
    Florida Bar No. 44109
    E-mail: stacy.harrison@akerman.com

**AKERMAN SENTERFITT**
420 South Orange Avenue
Post Office Box 231
Orlando, FL  32802-0231
Tel.:  407-423-4000
Fax:  407-843-6610

By: s/ Virginia B. Townes
VIRGINIA B. TOWNES, ESQ.
Florida Bar No.  361879
E-mail: virginia.townes@akerman.com

*Attorneys for Defendant RBC Bank (USA)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596