UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036<br><br>THIS DOCUMENT RELATES TO:<br><br>*Casayuran, et al. v. PNC Bank, National Association.*<br>S.D. FL. Case No. 10-cv-20496-JLK<br><br>*Cowen, et al. v. PNC Bank, National Association.*<br>S.D. FL. Case No. 10-cv-21869-JLK<br><br>*Hernandez, et al. v. PNC Bank, N.A.*<br>S.D. FL. Case No. 10-cv-21868-JLK | : : : : : : : : : : : : : : : : : : : |

## ORDER

Upon consideration of the Motion for Leave to Withdraw the Appearance of Darryl J. May, counsel for defendant PNC Bank, N.A., it is hereby ORDERED that the motion is GRANTED.

DONE AND ORDERED at the James Lawrence King Federal Justice Building in Miami, Florida this __28__ day of __Sept__, 2012.

_____
The Honorable James Lawrence King
United States District Judge

Copies furnished to Counsel of Record

DMEAST #15715354 v1