UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

COMERICA BANK'S NOTICE OF FILING SUPPLEMENTAL DECLARATIONS OF
KATHLEEN GREEN AND KENNETH C. JOHNSTON IN RESPONSE TO
PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS
AND INCORPORATED MEMORANDUM OF LAW

Comerica Bank hereby files the Declarations of Kathleen Green and Kenneth C. Johnston, in advance of the hearing scheduled for October 2, 2012, at 9:30 a.m., on Plaintiffs' Motion to Compel and for Sanctions and Incorporated Memorandum of Law [D.E. #2911] (the "Motion"). Following briefing on the Motion, Comerica Bank and its counsel made significant efforts to resolve the instant dispute.

The attached Declaration of Kathleen Green details Comerica Bank's implementation of the Clearwell E-Discovery Platform ("Clearwell"), a cutting-edge enterprise application software package designed to facilitate electronic discovery in all litigation facing the bank.

The attached Declaration of Kenneth C. Johnston summarizes the unsuccessful attempts of Comerica Bank's counsel to communicate with Plaintiffs' counsel and resolve the instant dispute. As set forth therein, Comerica Bank offered to re-search the agreed-upon custodians' electronic files using Clearwell. Plaintiffs rejected Comerica Bank's offer.

DATED:  September 28, 2012

    Respectfully submitted,

    **KANE RUSSELL COLEMAN & LOGAN PC**

    By:    <u>/s/ Kenneth C. Johnston</u>
             Kenneth C. Johnston
             Texas Bar No. 00792608
             James B. Greer
             Texas Bar No. 24014739
             Eliot J. Walker
             Texas Bar No. 24058165

    3700 Thanksgiving Tower
    1601 Elm Street
    Dallas, Texas   75201
    (214) 777-4200 (telephone)
    (214) 777-4299 (facsimile)

    ATTORNEYS FOR COMERICA BANK

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012, I served the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U.S. Mail on all counsel of record entitled to receive service.

/s/ Kenneth C. Johnston
Kenneth C. Johnston