UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
*Fourth Tranche*

THIS DOCUMENT RELATES TO:

*Simmons v. Comerica Bank*
N.D. Tex. Case No. 10-cv-326
S.D. Fla. Case No. 1:10-cv-22958

## DECLARATION OF KATHLEEN GREEN

I, Kathleen Green, declare and state as follows:

1. I am Vice President and Senior Security Engineer at Comerica Bank. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. At present, Comerica Bank's electronic data systems lack the functionality necessary to conduct centralized or complex automated searches of employees' electronic files with reasonable efficiency. Comerica Bank also lacks the functionality to efficiently process, review, and produce electronic files in response to discovery requests. Instead, Comerica Bank generally engages outside vendors to perform these tasks.

3. On August 22, 2012, Comerica Bank purchased the Clearwell E-Discovery Platform ("Clearwell") from Clearwell Systems, Inc. Computer hardware for Clearwell was delivered to Comerica Bank on August 29, 2012, and September 24, 2012. Comerica Bank is currently in the process of implementing Clearwell.

4. Clearwell is an enterprise application software package that enhances and streamlines companies' management of their employees' electronic files. Clearwell is specifically designed to facilitate electronic discovery such as is involved in this case. Clearwell generally enables companies

to, among other things: (1) identify and collect employees' electronic files; (2) process electronic files; (3) search and analyze electronic files; (4) review electronic files; and (5) produce electronic files in response to discovery requests. Attached hereto as **Exhibit A** is a true and correct copy of Clearwell Systems, Inc.'s Product Datasheet for Clearwell, available at Clearwell Systems, Inc.'s website at http://www.clearwellsystems.com/ (last visited Sept. 25, 2012). The data sheet describes Clearwell's functionality.

5. Implementing Clearwell is a significant undertaking for Comerica Bank, in terms of both human and financial resources.

6. Before Clearwell is functional at Comerica Bank, the bank must install the requisite computer hardware and software and train its information technology and security personnel. I estimate that this initial process could be complete by October 12, 2012.

7. Once Clearwell is functional at Comerica Bank, the bank will be able to apply the system to any litigation pending against the bank, including *Simmons*.

8. Applying Clearwell to *Simmons* would require several steps:

   a. Comerica Bank would collect the electronic files of the agreed-upon "core" and "non-core" custodians, for searching with Clearwell.

   b. Comerica Bank would then apply the search terms provided by Plaintiffs to the custodians' files.

   c. Comerica Bank would then either provide the resulting files to Xact Data Discovery for de-duplication against prior productions in *Simmons* that were handled by Xact Data Discovery or, if possible, use Clearwell for that same purpose.

   d. Counsel for Comerica Bank would then manually review the de-duplicated files for privilege and relevance.

   e. Comerica Bank would then Bates-label and produce to Plaintiffs any documents yielded by the foregoing process.

9. The searching, de-duplication, and manual review of all agreed-upon custodians' data could take several weeks. Predicting an exact date of completion is impossible, given the uncertainties and variables present at each step (*e.g.* the quantity of files remaining for manual attorney review). Comerica Bank would attempt, however, to complete these steps as quickly as possible.

Executed this 28th day of September, 2012 under penalty of perjury, in _Auburn Hills_, Michigan.

_____
Kathleen Green

# EXHIBIT A

# Clearwell E-Discovery Platform®

The Clearwell E-Discovery Platform is an enterprise-class e-discovery solution that enables enterprises, governments, and law firms to manage all of their legal, regulatory, and investigative matters with a single, easy-to-use application. Purpose-built to support the iterative workflows of e-discovery, Clearwell makes it easy for attorneys, litigation support professionals, and security teams to defensibly solve real-world challenges throughout the entire e-discovery lifecycle from identification and collection through review and production.

Rated as a "Strong Positive" (highest rating) in Gartner's 2008 and 2009 E-Discovery MarketScope Reports, Clearwell provides a single product for the identification, collection, processing, analysis, review, and production phases of e-discovery that dramatically reduces the cost, time, and complexity of e-discovery. Whether deployed within the corporation or hosted by a Clearwell certified service provider, the Clearwell E-Discovery Platform:

1. Delivers forensically sound internal collection capabilities that enable IT or Legal teams to easily identify and collect from all critical data sources

2. Accelerates document processing, allowing users to gain immediate visibility into case facts and estimate the size and cost of e-discovery

3. Brings a new level of transparency to e-discovery search, enabling a more collaborative and defensible process

4. Delivers interactive analysis and culling capabilities to prune large datasets to much smaller, more relevant ones

5. Offers a flexible end-to-end e-discovery workflow, from identification and collection to review and production, eliminating the costly movement of data across multiple, disparate tools

6. Provides comprehensive case management, auditing, and reporting capabilities, enabling users to monitor case progress in real-time across the entire e-discovery lifecycle

**Clearwell E-Discovery Platform:**
*Up and running quickly, Clearwell provides a single, integrated platform for end-to-end e-discovery, from identification through production.*

## Clearwell E-Discovery Platform Features

The Clearwell E-Discovery Platform is available as an easy to administer physical or virtual appliance that is up and running quickly with minimal IT resources. Since the product's web-based interface is extremely intuitive and user-friendly, most attorneys, litigation support professionals, and IT security teams are productive immediately with minimal training. As an end-to-end e-discovery solution, it allows users to streamline their entire e-discovery process from identification and collection through production with a single platform.







### 1. IDENTIFICATION & COLLECTION

**Interactive Data Map:** Maintains an interactive catalog of data sources and custodians, providing visibility into accessibility of data prior to collection.

**Network Collector:** Enables remote collection from 50+ critical data source types over the network.

**On-Site Collector:** Facilitates on-site collection from laptops, PCs, and files shares onto any standard USB drive or file share.

**Collection Scheduler:** Schedules network collections to run once or on a recurring basis to collect new or modified data.

**Data Verification:** Automatically verifies the integrity of collected data before and after collection, ensuring each collection is forensically sound.

**Collection Analytics:** Provides a visual summary of the volume and type of data by custodian, enabling analysis and verification of collected data.

**Collection History:** Records collection details for every data source, including the volume of data collected, and the time and status of the collection.

**Collection Management Console:** Centralizes all collection information into a single view, including file volumes, custodians, and detailed data sources.

### 2. PROCESSING

**Advanced Pre-Processing Filters:** Enables users to interactively filter data by custodian, date, strong file type, and file size prior to processing.

**Pre-Processing Analytics:** Visually summarizes overall document set characteristics and presents detailed analysis by custodian, timeline, and file type.

**Rapid Processing:** High-performance architecture processes and analyzes documents at rates of up to 1 TB per day.

**Robust File Support:** Processes and analyzes over 400 different file types, including support for OCR of images containing text.

**Intelligent De-Duplication:** Automatically de-duplicates data across multiple data stores and across the entire data set.

**Multi-Language Support:** Provides full Unicode compliance and enables automatic language identification of documents.



*Interactive Data Map: Provides an intuitive iTunes-like picker to identify, enterprise data sources and custodians prior to collection.*

### 3. SEARCH & ANALYSIS

**Transparent Search:** Enables a more defensible and collaborative e-discovery search process and enhances the ability to cull irrelevant information.

A. **Search Preview:** Provides matching keyword variations prior to running a search. Users can selectively include relevant variations or exclude false positive variations.

B. **Search Filters:** Enables real-time search result filtering for individual queries or variations and allows users to sample the filtered documents.

C. **Search Report:** Provides comprehensive reporting that documents all search criteria and provides detailed analytics of the results.



*Pre-Processing Analytics: Graphically depict data volume, file types, and time frames of collected data prior to processing.*



**Search Preview:** *Provides the list of keyword variations matching a query, allowing users to selectively include and exclude keyword variations.*

**Multi-Keyword Search:** Runs up to 100 searches simultaneously and provides reporting to test effectiveness of searches.

**Advanced Search:** Construct advanced searches for multiple fields using Boolean, stemming, wildcard, fuzzy, and proximity searches.

**Auto-Filters:** Narrow search results using automatically-generated clickable filters that provide exact document counts.

**Hit-Highlighting:** Highlights search terms in messages, attachments, and files, allowing users to quickly find what they are looking for.

**Discussion Threads:** Links together all related messages into chronological threads that capture entire discussions, including all replies, forwards, and carbon copies.

**Topic Classification:** Automatically organizes documents into specific topics, enabling users to quickly analyze all documents related to a particular subject.

**People Analytics:** Analyzes communications to generate a list of top custodians or monitor communications between regulated divisions.

**Term Analytics:** Leverages natural language algorithms to uncover secret project names and code words that may be relevant to a case.

### 4. REVIEW

**Near-Native Viewer:** Displays documents in a near-native format without requiring each application to be loaded on a reviewer's workstation.

**Persistent Hit Highlighting:** Highlights search terms in messages, attachments, and files within the Near-Native Viewer.

**Redaction:** Protects privileged, work product, and privacy information with reason codes and redaction verification.

**Auto-Redaction:** Automatically finds and redacts keywords, phrases, and personal information, such as Social Security numbers.

**Find Similar:** Finds and groups emails, attachments, and loose files with similar content to the document under review.

**Decision-Tree Tagging:** Tags individual or sets of documents using a customizable multi-layer tree structure.

**Auto-Batching:** Automatically allocates documents into review folders based on either a set number of folders or a set number of documents per folder.

**Review Folder Management:** Monitors the completion of review sets and see which review folders are currently checked in or out by any reviewer.

**Review Workflow Template:** Provides customizable tag and folder templates that encapsulate best practices from enterprises, governments, and law firms.

**Related Documents:** Identifies and displays related documents, such as those contained in discussion threads and attachments

**Auto-Resume:** Enables users to resume review or analysis with the exact document and screen settings displayed prior to logging off.

**Review Progress Report:** Shows document review progress for a case in an automatically generated graphical report.

**Reviewer Productivity Report:** Shows the number of documents individual or groups of reviewers have tagged over a time period.



**Near-Native Viewer:** *Provides immediate access to documents in near-native formats along with hit highlighting, enabling rapid review, tagging, and redaction.*

CLEARWELL SYSTEMS: PRODUCT DATASHEET



**Lifecycle Reporting:** Summarizes case status from collection through production in a single dashboard, enabling unparalleled visibility into every stage of e-discovery.

**Reviewer Management:** Enables easy managment of reviewer accounts, access control to tagging and production privileges, and audit of user actions.

## 5. PRODUCTION

**Native and Image-Based Production:** Allows users to produce documents in native, TIFF, PDF, and mixed mode formats.

**Bates Stamping:** Applies sequential numbering of documents with Bates Stamps as well as custom headers and footers.

**Document Export:** Delivers capability to export data in EDRM XML, DAT, and CSV formats, improving interoperability and seamless transfer of electronic data to outside parties.

**Rolling Production:** Enables batch productions at any point in the e-discovery process.

**Load File Configurator:** Provides customizable load file creation during export, eliminating the need for custom transforms prior to ingestion into third-party review applications.

## 6. CASE MANAGEMENT & REPORTING

**Case Analytics:** Delivers summary reports to monitor case progress, ensuring that resources are properly allocated and deadlines are met.

**Lifecycle Reporting:** Provides integrated dashboards and reporting for each stage in the e-discovery process from collection through production.

**Multi-Case Architecture:** Provides 64-bit, distributed, case-based architecture that enables the management of hundreds of cases and thousands of users.

**Case Configuration:** Allows case administrators to create cases, manage groups, topics, review sets, and decision tree tag structures using an intuitive, web-based interface.

**User Management:** Enables case administrators to manage user accounts, including user name, password, and role.

**Audit Trail and Activity Reporting:** Tracks user actions such as login, logout, search, tag, print, and export, providing a full, reproducible audit trail.

**iClearwell:** Provides instant access to the Clearwell E-Discovery Platform from any iPhone® or iPad®.

## Clearwell Benefits

The Clearwell E-Discovery Platform is the industry's first solution that provides identification, collection, processing, analysis, review, and production capabilities in a single product and delivers the following benefits:

- Easily collect data in a forensically sound manner
- Accelerate early case assessments from weeks to hours
- Cull-down data by up to 90%
- Increase review throughput and consistency
- Eliminate movement of data across multiple, disparate tools
- Improve defensibility of the e-discovery process



Clearwell Systems, Inc.
441 Logue Avenue
Mountain View, CA 94043
650.526.0600 tel
650.526.0699 fax
www.clearwellsystems.com

To learn how Clearwell can deliver value to your organization, contact an e-discovery expert at: **info@clearwellsystems.com**, or call us at: **877.727.9909**.

Copyright © 2010 Clearwell Systems, Inc. All rights reserved.  Clearwell and Clearwell E-Discovery Platform are trademarks of Clearwell Systems, Inc. Rev. 08/10