UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dasher v. RBC Bank (USA)*
S.D. Fla. Case No. 1:10-cv-22190-JLK

*Avery v. RBC Bank (USA)*
E.D.N.C., Case No. 5:10-329

## STIPULATION AND [PROPOSED] ORDER ESTABLISHING SCHEDULE FOR BRIEFING AND PROCEEDINGS ON RENEWED ARBITRATION MOTION

1. This Stipulation is entered into by and among the parties to the above-captioned actions to set a schedule for further briefing and other proceedings upon the close of the arbitration-related discovery permitted by the Court's December 5, 2011 Order Deferring Ruling on Motion to Compel Arbitration, Granting Time to Conduct Limited Arbitration-Related Discovery ("Order") (DE # 2191).

2. The Court's December 5, 2011 Order permitted limited arbitration-related discovery but did not address what additional briefing or further proceedings on arbitration issues should take place following the close of that discovery period.

3. Plaintiffs have completed the arbitration-related discovery in the form of written discovery and depositions. The last of the depositions were recently completed and the transcripts from the last of the depositions taken have recently been received.

4. The parties believe and respectfully recommend to the Court that further briefing on Defendant's renewed arbitration motion should occur through the submission of simultaneous briefs, addressing the evidence developed through arbitration-related discovery and other recent developments (including recent decisions by this and other courts), followed by simultaneous responsive briefs. The parties accordingly request that the Court enter an order approving this Stipulation and establishing the schedule set forth below.

5. The parties to the above captioned cases shall file simultaneous briefs on or before October 12, 2012. Each brief shall be no longer than 20 pages in length.

6. The parties may file simultaneous responsive briefs on or before October 24, 2012. Each such responsive brief shall be no longer than 15 pages in length.

7. The parties request that the Court hold a further hearing on the renewed arbitration motion at a date convenient to the Court's schedule following the completion of the briefing described above. The parties request that the hearing be set at the Court's convenience during the month of November 2012.

8. Simultaneous with the filing of this Stipulation, the parties are filing a stipulation addressing their agreement to release the appeal bond posted by Defendant pursuant to this Court's prior Order (DE # 830). The parties agree that the stipulation to release the appeal bond has no bearing on the merits of Defendant RBC Bank (USA)'s Renewed Motion to Compel Arbitration and Dismiss or Stay Case (DE # 1929).

Dated: September 27, 2012.

| | |
|---|---|
| /s/ Robert C. Gilbert<br>Robert C. Gilbert, Esquire<br>Florida Bar No. 561861<br>rcg@grossmanroth.com<br>Stuart Z. Grossman, Esquire<br>Florida Bar No. 156113<br>szg@grossmanroth.com<br>David Buckner, Esquire<br>Florida Bar No. 60550<br>dbu@grossmanroth.com<br>Seth E. Miles, Esquire<br>Florida Bar No. 385530<br>sem@grossmanroth.com<br>GROSSMAN ROTH, P.A.<br>2525 Ponce de Leon Boulevard<br>Eleventh Floor<br>Coral Gables, FL 33134<br>Tel: 305-442-8666<br>Fax: 305-779-9596<br><br>*Coordinating Counsel for Plaintiffs* | /s/ Christopher S. Carver<br>Christopher S. Carver, Esquire<br>Florida Bar No. 993580<br>ccarver@akerman.com<br>Stacy J. Harrison, Esquire<br>Florida Bar No. 44109<br>stacy.harrison@akerman.com<br>AKERMAN SENTERFITT<br>One S.E. Third Avenue — 25th Floor<br>Miami, FL 33131-1714<br>Tel.: 305-374-5600<br>Fax: 305-374-5095<br><br>*Counsel for Defendant RBC Bank (USA)* |

## ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 28 day of September, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

3