UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 |
|---|

| THIS DOCUMENT RELATES TO:<br>FIFTH TRANCHE ACTIONS<br><br>*Mello v. Susquehanna Bank*<br>D. Md. Case No. 1:11-02104-WDQ<br>S.D. Fla. Case No.: 1-11-23250-JLK<br><br>*Childs and Green, et al. v. Synovus Bank, et al.,*<br>N.D. Ga. Case No. 1:10-CV-03027-ODE<br>S.D. Fla. Case No. 1:10-CV-23938-JLK<br><br>*Stillion, et al. v. United Bank, Inc., et al.,*<br>S.D. W. Va. Case No. 1:10-CV-00237<br>S.D. Fla. Case No. 1:1 1-CV-21472-JLK |
|---|

## ▬▬▬▬ SCHEDULING ORDER
## PERTAINING TO "FIFTH TRANCHE" CASES

After giving due consideration to the schedule proposed by the parties, the Court issues the following Scheduling Order pertaining to the "Fifth Tranche" cases in accordance with S.D. Fla. L. R. 16.1.

| ACTIVITY | DATE |
|---|---|
| Discovery commences | October 1, 2012 |
| Deadline to file motions for class certification | May 24, 2013 |
| Deadline to file oppositions to class certification motions | 45 days after motions are filed |

| | |
|---|---|
| Deadline to file replies on motions for class certification | 30 days after oppositions are filed |
| Hearings on motions for class certification | To be set by the Court |
| Deadline for parties to exchange lists of lay persons (non-expert) they anticipate calling at trial as witnesses | 30 days from entry of ruling on class certification, supplemented 45 days prior to completion of fact discovery |
| Deadline for parties to complete fact discovery<br><br>and<br><br>Deadline for the parties to make initial designation of experts and expert disclosures. | 120 days from ruling on class certification |
| Deadline for issuing Class Notice (unless 23(f) petition pending or appeal granted) | 130 days from ruling on class certification |
| Deadline for parties to designate any rebuttal experts and serve rebuttal disclosures | 180 days from ruling on class certification |
| Deadline for parties to meet and confer about (i) remand to transferor court or (ii) pre-trial stipulation for those cases to be tried in this Court | 180 days from ruling on class certification |
| Deadline for parties to complete expert discovery.<br><br>and<br><br>Deadline for filing (i) motions for remand to transferor courts or (ii) consent to trial in this Court and pre-trial stipulation. | 210 days from ruling on class certification |
| Deadline for parties to file objections to designated experts and Daubert motions<br><br>and | 240 days from ruling on class certification |

2

| | |
|---|---|
| Deadline for filing motions for summary judgment and motions in limine[1] | |
| Deadline for filing responses to all motions for summary judgment and motions in limine | 270 days from ruling on class certification |
| Deadline for filing replies to all motions for summary judgment and motions in limine | 300 days from ruling on class certification |
| Pre-trial conference (for those cases to be tried in this Court) | 30 days after ruling on summary judgment |
| Trial (for those cases to be tried in this Court) | 7 days after calendar call |

The parties may stipulate to extend the time to answer interrogatories, produce documents and respond to requests for admissions. The parties shall not file notices or motions memorializing such stipulations unless the stipulation interferes with the deadlines set forth the above. Stipulations that interfere with the above-deadlines may be made only with the Court's approval. In addition to the documents enumerated in Local Rule 26.1.B, the parties shall not file notices of deposition with the Court, unless attached to motions as exhibits.

This schedule is ordered without prejudice to the right of any party to seek adjustments or modifications from the Court as circumstances warrant or to request remand of any case for trial.

---

[1] The request by defendants that any motions for summary judgment and motions in limine be addressed to, and decided by the transferor courts, is duly noted by the Court, but the Court overrules and denies that request.

3

**DONE AND ORDERED** at the James Lawrence King United States Courthouse and Federal Building in Miami, Florida this  **28**  day of September, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
Counsel of Record