UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-02036-JLK

FILED by ___ D.C.
SEP 28 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTIONS

*Childs, et al. v. Synovus Financial Corp., et al.*
N.D. Ga. Case No. 1:10-cv-03027-CAP

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTE THAT Joseph Goljan is no longer associated with Squitieri & Fearon, LLP and should be removed from the Court's service list with respect to the above referenced action. Squitieri & Fearon, LLP continues to serve as counsel for Plaintiff through its attorney: i) Stephen J. Fearon, Jr. and and all future correspondence and papers in this action should continue to be directed to him.

Dated: September 24, 2012

Respectfully submitted,

Stephen J. Fearon, Jr.
SQUITIERI & FEARON, LLP
32 East 57th Street
12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553
stephen@sfclasslaw.com

Attorneys for Plaintiff