# EXHIBIT C

**Harris Bank Overdraft Settlement**  **CLAIM DEADLINE:**
**[ADDRESS]**  **[DATE]**

# CLAIM FORM

Please fill out this Claim Form if you would like to request a payment for any eligible Overdraft Fee that was charged to you between April 23, 2000 and September 4, 2003 on a Harris Bank Account opened in Illinois ("Claims Period"). You may also be eligible for an automatic payment if you had an eligible Overdraft Fee during the time period noted in the Settlement Notice. Do not submit a Claim Form for Overdraft Fees that are outside of the applicable Claims Period.

You should read the Settlement notice and this Claim Form completely and carefully. Please print (or type) clearly in blue or black ink and attach copies of the required supporting documentation as explained below. Your Claim Form and any required documentation must be postmarked or filed online no later than **Month 00, 201__**. If you have any questions, please call 1-800-000-0000 or visit www.HBOverdraftSettlement.com.

_____

**Eligibility:** If you satisfy <u>ALL FIVE</u> of the following conditions, you may submit a Claim to request a payment:

- You held a Harris Bank consumer deposit account opened in Illinois and were charged Overdraft Fees at any time during the applicable "Claims Period."
- You were charged **two or more** Overdraft Fees caused by debits that posted to your Account (*i.e.*, were paid from your Account) on a single day during your Claims Period. "Overdraft Fee" means a fee assessed to an Account when paying an item at a time the Account had insufficient funds to cover the item.
- At least one of your Overdraft Fees on that day was a result of the bank's policy of posting Debit Card Transactions in order from highest to lowest dollar amount and would not have occurred if not for that policy.
- You were not refunded for the Overdraft Fee(s) that are the basis of your claim.
- You fill out a Claim Identification Form (including Part A or B) and attach the required bank statements.

_____

**Instructions:** To file a Claim, you must do the following:

- Review your bank statements or equivalent records to determine whether you are eligible to receive a payment. It cannot be determined whether you have a valid Claim without examining these records.
- If you believe you are eligible, complete PART A (for Overdraft Fees charged during 1, 2, or 3 days) **or** PART B (for Overdraft Fees charged during 4 or more days) carefully, following all instructions, and submit it together with your completed and signed CLAIM IDENTIFICATION FORM.
- For each Overdraft Fee listed on your Claim Form, you must attach (1) the bank statement showing the transaction that caused the Overdraft Fee to occur; (2) (if different) the bank statement on which the Overdraft Fee appeared; and (3) the bank statement *after* the one on which the Overdraft Fee appeared.
- Submit your Claim Form and bank statements either by mail or online by **Month 00, 201_**.
- Submit only one Claim Form per Account regardless of the number of Overdraft Fees charged. If you submit more than one Claim Form per Account, only the last timely Claim Form for any Account will be considered. Do not submit a Claim Form for any fees that occurred outside the Claims Period.

_____

**Where to send your claim:** You can upload your Claim Form (including supporting documentation) to www.HBOverdraftSettlement.com. You can also send your Claim Form by mail to the following address:

> Harris Bank Overdraft Settlement
> P.O. Box 0000
> City, State Zip

_____

**QUESTIONS? CALL 1-800-000-0000 OR VISIT WWW.HBOVERDRAFTSETTLEMENT.COM**

# **CLAIM IDENTIFICATION FORM**

**CLAIMANT INFORMATION**

| *Please Type or Print in the Boxes Below; Do <u>NOT</u> Use Red Ink, Pencil, or Staples.* | | |
|---|---|---|
| **First Name** | **MI** | **Last Name** |
| **Additional Account holders (for joint Accounts):** | | |
| **Mailing Address** | | |
| **City** | **State** | **Zip Code** |
| **Telephone Number** <br> **Day:**                                                **Evening:** | | |
| **Email Address** | | |
| **Account Number** | | |

(Use a separate Claim Form for each Account that was charged an eligible Overdraft Fee.)

**SIGNATURE AND CERTIFICATION UNDER PENALTY OF PERJURY**

| I hereby declare under the penalty of perjury that to the best of my knowledge and belief this Claim, and the information and documents I am submitting, are true and correct.  The Overdraft Fees for which I am asking for a payment were not previously reversed, refunded or returned to me. | |
|---|---|
| **Signature:** | **Date:** |


**Submit this <u>CLAIM IDENTIFICATION FORM</u>, together with <u>PART A</u> *or* <u>PART B</u>, and include your <u>bank statements</u>.**

# PART A

**Fill out "PART A" if you are only claiming Overdraft Fees that were incurred during 1, 2, or 3 days.**

Include transactions only during the Claims Period and submit PART A along with your signed CLAIM IDENTIFICATION FORM <u>and</u> your bank statements.

| | Please list all of the Overdraft Fees for which you are requesting a payment from the Settlement Fund. You should submit a Claim only for days in which at least two transactions were posted to your Account (*i.e.*, credits entered or debits paid) that resulted in you being charged Overdraft Fees. For each Overdraft Fee you list, attach (1) the bank statement showing the transactions that caused the Overdraft Fee(s) to occur; (2) (if different) the bank statement on which the Overdraft Fee(s) appeared; and (3) the bank statement after the one on which the Overdraft Fee(s) appeared. | | |
|---|---|---|---|
| | **Dollar Amount of Overdraft Fee** | **Was The Fee Refunded?** (yes/no/don't know) | **Statement(s) Attached?** (yes/no) |
| **DAY #1:** _____ (MM/DD/YYYY) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| **DAY #2** _____ (MM/DD/YYYY) (if applicable) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| **DAY #3** _____ (MM/DD/YYYY) (if applicable) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

(Please attach additional sheets if necessary.)

# PART B

**Fill out "PART B" only if you have Overdraft Fees that were incurred on 4 or more days.**

Include transactions only during the Claims Period and submit PART B along with your signed CLAIM IDENTIFICATION FORM and your applicable bank statements.

You need to complete an Overdraft Fee Worksheet for each statement cycle. The Worksheet must cover all of the days during the statement cycle for which you are requesting a payment. The Worksheet will help you determine whether your Overdraft Fees resulted from a policy of posting all Debit Card Transactions in order from highest to lowest dollar amount (in other words, whether those Overdraft Fees entitle you to a payment from the Settlement Fund).

**How do I complete my Overdraft Fee Worksheet?**

*Step 1*: Attach the bank statements you will need to complete this worksheet. These include:
   a. The bank statement showing the transactions that caused you to be charged eligible Overdraft Fees. (You must complete a separate Worksheet for each statement cycle for which you are claiming a payment from the Settlement Fund. You must attach your bank statements to each Worksheet.)
   b. The bank statement (if different) on which those Overdraft Fees were actually charged to your Account.
   c. The bank statement that you received for the period *after* those Overdraft Fees were charged to your Account.
   If you do not have these bank statements, **STOP**—you cannot file a Claim without them.

*Step 2*: Use the first bank statement you identified in Step 1(a) to complete Table 1 below.
   a. Write your opening balance at the beginning of the statement cycle in the "**Beginning Balance For Statement Cycle**" field.
   b. For each day during that statement cycle on which any transactions posted to your Account (*i.e.*, credits entered or debits paid), record the transactions posted on that day, with each transaction on a separate line, in the following order: 1) bank fees, 2) credits, 3) debits other than bank fees.
      i. For each transaction, record the amount of the transaction under "**Amount**" (if you are recording a bank fee or other debit, the Amount should be a negative number).
      ii. For each transaction, record the date on which the transaction posted to your Account under "**Transaction Posting Date**" (if your bank statement shows more than one date for a single transaction, use the one under the "Date" column on your statement).
      iii. For each transaction, record your new balance under "**New Balance**" (if the transaction overdrew your Account, the New Balance should be a negative number).
      iv. For each transaction, if the New Balance is a negative number, and the transaction is a debit *other* than a bank fee, write "YES" in the "**Overdraft?**" column.

*Step 3*: Determine which transactions caused Overdraft Fees to be charged to your Account.
   a. <u>Which transactions caused Overdraft Fees to be charged?</u> For each overdraft marked "YES" that you recorded in Step 2(b)(iv), find the next Overdraft Fee charged to your Account. Write the date of that Overdraft Fee in the same row as the transaction that caused it, under "**Date of Overdraft Fee.**" You may need to look at the bank statement (if any) you identified in Step 1(b) above. There may be more overdrafts than Overdraft Fees.
   b. <u>Which Overdraft Fees were refunded within 30 days?</u> Looking at all three periodic statements identified in Step 1, determine whether any of the Overdraft Fees was refunded within 30 days. If so, place an "X" over the date of that Overdraft Fee on your bank statement and do not consider it as you complete Steps 4-7 below.

*Step 4*: Identify each day on which at least two transactions were posted to your Account that resulted in you being charged Overdraft Fees (any bank fees you identified as refunded in Step 3(b) are <u>not</u> to be included as transactions for this purpose). If there is no such day, **STOP**—you cannot receive a payment based on Overdraft Fees you had during this statement cycle.

*Step 5*: If your balance at the beginning of the day you identified in Step 4 was negative, and you had no credits, deposits, or refunds that day, **STOP.** You cannot receive a payment based on Overdraft Fees you had on that day. Skip to Step 8.

*Step 6*: Using Table 2, reorder the transactions on the day you identified in Step 4 in the order below, and recalculate your running balance *for that day only*:
    a.    Bank fees
    b.    Credits
    c.    Debit Card Transactions in order from lowest to highest dollar amount
    d.    Non-debit card-initiated cash withdrawals in order from highest to lowest dollar amount
    e.    Checks and Automated Clearing House ("ACH") transactions in order from highest to lowest dollar amount

*Step 7*: Is the number of overdrafts on Table 2 smaller than the number of Overdraft Fees actually charged to your Account because of transactions posted to your Account on that day, as reflected on Table 1? If not, **STOP**—you cannot receive a payment based on Overdraft Fees you incurred on that day. If yes, you may be eligible for a payment.

*Step 8*: Repeat Steps 4-7 for any additional days during the same statement cycle for which you are claiming a payment.

*Step 9*: Repeat Steps 2-8 for any additional statement cycles for which you are requesting a payment.

# **OVERDRAFT FEE WORKSHEET**

**Table 1: Running Balance for Statement Cycle**

Bank Statement Cycle: ___/___/___ Through ___/___/___

Beginning Balance for Statement Cycle: _____

|    | Transaction Posting Date | Amount | New Balance | Overdraft? | Date of Overdraft Fee |
|----|--------------------------|--------|-------------|------------|-----------------------|
| 1  |                          |        |             |            |                       |
| 2  |                          |        |             |            |                       |
| 3  |                          |        |             |            |                       |
| 4  |                          |        |             |            |                       |
| 5  |                          |        |             |            |                       |
| 6  |                          |        |             |            |                       |
| 7  |                          |        |             |            |                       |
| 8  |                          |        |             |            |                       |
| 9  |                          |        |             |            |                       |
| 10 |                          |        |             |            |                       |
| 11 |                          |        |             |            |                       |
| 12 |                          |        |             |            |                       |
| 13 |                          |        |             |            |                       |
| 14 |                          |        |             |            |                       |
| 15 |                          |        |             |            |                       |
| 16 |                          |        |             |            |                       |
| 17 |                          |        |             |            |                       |
| 18 |                          |        |             |            |                       |
| 19 |                          |        |             |            |                       |
| 20 |                          |        |             |            |                       |
| 21 |                          |        |             |            |                       |
| 22 |                          |        |             |            |                       |
| 23 |                          |        |             |            |                       |

**Table 2:  Reordered Transactions for One Day: ___/___/___**

Beginning Balance for Day: _____

| Transaction | Transaction Amount | New Balance | Overdraft? | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Table 2:  Reordered Transactions for One Day: ___/___/___**

Beginning Balance for Day: _____

| Transaction | Transaction Amount | New Balance | Overdraft? | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**CLAIM LISTING (CLAIM FORM – PART B)**

Please list all of the Overdraft Fees for which you are requesting a payment from the Settlement Fund. You should submit a Claim only for days in which at least two transactions were posted to your Account that resulted in you being charged (2) Overdraft Fees. For each Overdraft Fee you list, attach (1) the bank statement showing the transactions that caused the Overdraft Fee(s) to occur; (2) (if different) the bank statement on which the Overdraft Fee(s) appeared; and (3) the bank statement after the one on which the Overdraft Fee(s) appeared.

|    | Date Overdraft Fee Was Incurred (MM/DD/YYYY) | Dollar Amount of Overdraft Fee | Was The Fee Refunded? (yes/no/don't know) | Statement(s) Attached? (yes/no) |
|----|---|---|---|---|
| 1  |   |   |   |   |
| 2  |   |   |   |   |
| 3  |   |   |   |   |
| 4  |   |   |   |   |
| 5  |   |   |   |   |
| 6  |   |   |   |   |
| 7  |   |   |   |   |
| 8  |   |   |   |   |
| 9  |   |   |   |   |
| 10 |   |   |   |   |
| 11 |   |   |   |   |
| 12 |   |   |   |   |
| 13 |   |   |   |   |
| 14 |   |   |   |   |
| 15 |   |   |   |   |
| 16 |   |   |   |   |
| 17 |   |   |   |   |
| 18 |   |   |   |   |
| 19 |   |   |   |   |
| 20 |   |   |   |   |

(Please attach additional sheets if necessary.)