UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

## JOINT MOTION FOR PARTIAL RELIEF FROM STAY

Plaintiffs Jeffrey Eno and Suzanne Cox and Defendant M&I Marshall & Ilsley Bank ("M&I"), through their respective undersigned counsel, jointly move the Court to partially lift the stay of proceedings herein for the limited purpose of allowing the parties to submit, and this Court to consider, the motion for preliminary approval of their settlement agreement and, if granted, for final approval of that settlement. In support of this motion, the parties state as follows:

This is one of numerous cases transferred to this Court seeking relief relating to the re-sequencing of debit card transactions. On November 15, 2010, M&I moved this Court to compel arbitration and stay all proceedings (DE #917). On April 8, 2011, this Court denied M&I's motion to compel arbitration (DE #1330), but subsequently stayed all litigation "as it affects and with respect to [M&I]" pending appeal (DE #1433). On April 29, 2011, M&I appealed this Court's Order denying its motion to compel arbitration (DE #1375).

On December 30, 2011, the parties notified the Eleventh Circuit that they had reached an agreement in principle to settle the litigation and asked that Court to stay appellate proceedings in App. No. 11-12028-DD in order to give the parties time to finalize the proposed settlement and make application to this Court for approval. On January 13, 2012, the Eleventh Circuit granted that motion and has twice extended the stay, most recently until September 15. A request to extend that stay until October 15, 2012 to accommodate the parties' filing and this Court's consideration of the motion for preliminary approval of the settlement is now pending in the Eleventh Circuit.

The parties have signed the settlement agreement, and Plaintiffs are contemporaneously filing their unopposed motion for preliminary approval of the settlement. If this Court grants the motion for preliminary approval, the class notice and final approval will follow, and the parties will ask the Eleventh Circuit to further extend its stay to allow that process to be completed (and have so advised that Court). If this Court subsequently grants the motion for final approval of the settlement, any further stay in this Court or the Eleventh Circuit will become moot. If, on the other hand, either the motion for preliminary or the motion for final approval is denied, the appeal will go forward to resolution and the stay of all other proceedings in this Court relating to M&I should be continued.

Accordingly, the parties respectfully request that this Court (1) partially lift the stay herein to allow the parties to submit and this Court to consider the motion for preliminary approval of their settlement and, if granted, for final approval thereof, but (2) leave the stay in place in other respects. A proposed Order is attached.

Dated: October 1, 2012.

                              Respectfully submitted,

| | |
|---|---|
| /s/ Robert C. Gilbert | /s/ Howard A. Pollack |
| Robert C. Gilbert, Esquire | Howard A. Pollack |
| Florida Bar No. 561861 | Michael B. Apfeld |
| GROSSMAN ROTH, PA | John L. Kirtley |
| 2525 Ponce de Leon Boulevard | Andrew S. Oettinger |
| 11th Floor | GODFREY & KAHN, S.C. |
| Coral Gables, Florida 33134 | 780 North Water Street |
| (305) 442-8666 | Milwaukee, WI 53202-3590 |
| (305) 779-9596 (fax) | Phone: 414-273-3500 |
| | Fax: 414-273-5198 |
| *Coordinating Counsel for Plaintiffs* | Email: mbapfeld@gklaw.com |
| | *Attorneys for Defendant M&I Marshall & Ilsley Bank, d/b/a M&I Bank* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

[PROPOSED] ORDER GRANTING JOINT MOTION
FOR PARTIAL RELIEF FROM STAY

THIS CAUSE came before the Court upon the parties' Joint Motion for Partial Relief from Stay. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The stay of proceedings herein (DE #1443) is hereby lifted to the extent necessary to allow the parties to submit, and this Court to consider, the motions for preliminary approval of their settlement herein and, if granted, for final approval thereof.

2. In all other respects, the stay shall remain in place.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this _____ day of October, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record