UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**ORDER POSTPONING
HEARING RE: MOTION TO COMPEL
DISCOVERY & SANCTIONS**

THIS MATTER currently set for oral argument on Motion to Compel & Sanctions is hereby postponed due to the illness of Judge King. This Court will notify the relevant parties of the rescheduled date.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 2nd day of October, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record