



26 SEP '12 08:49 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

FLSD1DC CM/ECF CERTIFICATE Return of Services Fax, ESI, Pacer CM/ECF, Email, Mail, Mult4DC CM/ECF
Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),
USSC Re: FLSD1DC : Florida Southern District 1st Division Court District of Florida
ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon
Case Name: In Re: Checking Account Overdraft Litigation, Morgan v. BofTW, (JPMorgan Chase, BofA), AOSS
Case Number: 9CA 93-35056 FLSD 09md2036 ORDC 92cv288 Mult4DC 930201117 Mult4DC 930195088, AOSS

**If You Paid Overdraft Fees to Bank of the West, You May Be Eligible for a Payment from a Class Action Settlement.**

An $18 million Settlement has been reached in a class action lawsuit about the order in which Bank of the West posted Debit Card Transactions to customer Accounts. Bank of the West maintains there was nothing wrong with the posting process used.

For more information: www.BankoftheWestOverdraftSettlement.com or 1-800-383-5319

Do not contact Bank of the West or the Court for information.

SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING, INC.
P.O. BOX 2812
FARIBAULT, MN 55021-8617

**IMPORTANT LEGAL NOTICE**


*00538652*

T787/P1363 ******AUTO**3-DIGIT 972
BRIAN L MORGAN
LIVING EXSPENCES
8006 SE TAGGART ST
PORTLAND OR 97206-1071

PRESORTED
FIRST CLASS
MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

12 SEP 26 AM 10:24 FILED

12 SEP 26 AM 10:01 FILED
RECEIVED CIRCUIT COURT MULTNOMAH COUNTY

FLSD1DC CM/ECF CERTIFICATE Return of Services Fax, ESI, Pacer CM/ECF, Email, Mail, Mult4DC CM/ECF
FLSD1DC ESI, Pacer CM/ECF CERTIFICATE Return of Services et al, AOSS   Page 1 of 2 BLM

O

cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282



26 SEP '12 08:49 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD




FLSD1DC CM/ECF CERTIFICATE of Return of Services Fax, ESI, CM/ECF, Email, Mail, Mult4DC CM/CMECF
Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),
USSC Re: FLSD1DC : Florida Southern District 1st Division Court District of Florida
ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon
Case Name: In Re: Checking Account Overdraft Litigation, Morgan v. BofTW, (JPMorgan Chase, BofA), AOSS
Case Number: 9CA 93-35056 FLSD 09md2036 ORDC 92cv288 Mult4DC 930201117 Mult4DC 930195088, AOSS

**Who's Included?** You are included in the Settlement Class if you had one or more Bank of the West consumer checking accounts that you could access with a Debit Card and, at any time between June 1, 2005 and July 1, 2011, incurred an Overdraft Fee as a result of Bank of the West's practice of posting Debit Card Transactions from highest to lowest dollar amount. In order to have incurred an Overdraft Fee as a result of this practice, you must have had two or more Overdraft Fees assessed on one or more days during that time period. If this happened to you, you may be in the Settlement Class. If it did not happen to you, you are not a member of the Settlement Class. Further, you are not eligible for a payment under the Settlement if your Account was closed with a negative balance and the amount of the benefits that would otherwise be provided for in the Settlement would be insufficient to make the balance in that Account positive. You may contact the Settlement Administrator if you have any questions as to whether you are in the Settlement Class.

**What Are the Settlement Terms?** Bank of the West has agreed to establish a Settlement Fund of $18 million from which identifiable Settlement Class Members will receive payments or account credits. The amount of such individual payments or account credits cannot be determined at this time. However, it will be based on the number of people in the Settlement Class and the amount of Additional Overdraft Fees each Settlement Class Member paid as a result of Bank of the West's posting order practice. Bank of the West will separately pay for settlement administration and related costs; such amounts will not come out of the $18 million Settlement Fund.

**How to Receive a Payment.** If you are included in the Settlement Class and entitled to receive a cash benefit, you do not have to do anything to receive a payment or account credit. If the Court approves the Settlement and it becomes final and effective, you will automatically receive a payment or account credit.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class. To exclude yourself from the Settlement Class, you must send a letter that includes the following: your name, address and telephone number, a statement that you want to be excluded from the Bank of the West Settlement in In Re: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK, and your signature. You must mail your exclusion request, postmarked no later than November 6, 2012, to: Checking Account Overdraft Litigation Exclusions; P.O. Box 2812; Faribault, MN, 55021-8617. If you do not exclude yourself, you will release your overdraft-fee-related claims against Bank of the West and will not be able to sue Bank of the West for any claim relating to the lawsuit. If you stay in the Settlement Class, you may object to the Settlement by November 6, 2012. The Court will hold a hearing on December 6, 2012 to consider whether to approve the Settlement and a request for attorneys' fees of up to 30 percent of the Settlement Fund. You may file an objection to the Settlement and/or fee request, but you must meet certain requirements (see other side for website/phone number to call). You may appear at the hearing, but you are not required to attend. You may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

Date: 09-26-2012                                    Brian L. Morgan  /s/ Brian L. Morgan
                                                    "s/" Brian L. Morgan

FLSD1DC CM/ECF CERTIFICATE Return of                ( Pro Se ) Specialist Morgan US Army/RA Counsel
Services Fax, ESI, Pacer CM/ECF, Email, Mail,       US Courts Federal States Pacer # pp3576
Mult4DC CM/ECF                                      US Courts Appellate Filter Username: morgan92cv1562
                                                    PRO SE, Veteran, Seaman, Military Case, Criminal,
                                                    Civil Litigation(s), USSC Appellant(s), Appellees(s),
                                                    Multidistrictal Litigation, Civil Criminal Jury Trials
FLSD1DC ESI, Pacer CM/ECF CERTIFICATE               8006 SE Taggart St. ( Multnomah County 4th District )
Return of Services et al, AOSS  Page 2 of 2 BLM     Portland, Oregon 97206-1071
                                                    Direct: 503-703-5867
                                                    Email: morganusarmy@live.com

cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282



26 SEP '12 08:58 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD






FLSD CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),

USSC Re: FLSD1DC : Florida Southern District 1st Division Court District of Florida

ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon

Case Name: In Re: Checking Account Overdraft Litigation, BLMorgan v. JPMorgan Chase, BofA, BofTW, AOSS

Case Number: 9CA 93-35056 FLSD 09md2036 ORDC 92cv288 Mult4DC 930201117 Mult4DC 930195088, AOSS



  The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public, all Others

  As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied.

> CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

  Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges, Attn: All Courts, Note: et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

0

26 SEP '12 09:00 REC'D USDC-ORP






UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

| | |
|---|---|
| Case Name: BLMorgan v. JPMorgan Chase BofA BofTW<br>In Re: Checking Account Overdraft Litigation, AOSS<br>CaseNo.:9CA93-35056 FLSD 09mc2036 ORDC 92cv288<br>Mult4DC 930201117, Mult4DC 930195088, AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Court (s)<br>Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff) |
| Name:  Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone:  (503)  703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |
| E-mail:  morganusarmy@live.com | |

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX** Option 1:  CM/ECF user account registration for filing access
(selection of this option automatically includes Option 2 below)

Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

| | |
|---|---|
| Signature:<br>"s/" Brian L. Morgan   *Brian L Morgan* | Date:<br>09-26-2012 |

Mail or Fax this page is ( certifications of Service En Banc to Court(s), Party(ies), Public, all others)

| | | | |
|---|---|---|---|
| **XX** Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR  97204<br>Fax: (503) 326-8010 | **XX** Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR  97401<br>Fax: (541) 431-4109 | **XX** Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR  97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se)  Appellate Filter Form (Pro Se)  USDC - Oregon

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U.S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

<u>CM/ECF Registration Application Form (Pro Se) Self-Represented Party (Non-prisoner) Options</u>
<u>CM/ECF Registration Application Appellate Filter From (Pro Se) Self-Represented (Non-prisoner)</u>

# Jury Trial Demand (Pro Se) Advice from the Clerk's Office

Note A Clerk's Office staff cannot give "legal advice" or "practice law" as they are prohibited under Title 28 U.S.C. Section 955. Therefore, Clerk's Office personnel **cannot**:

- Explain the meaning of a specific rule
- Make an interpretation of case law
- Explain the result of taking or not taking an action in a case
- Answer whether jurisdiction is proper in a case
- Answer whether a complaint properly presents a claim
- Provide advice on the best procedure to accomplish a particular objective

Note B under Title 28 U.S.C. Section 955 Clerk's Office staff **can** provide information such as:

- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Option 1: CM/ECF User Account Registration ; Jury Trial Demand (Pro Se)

This option is a request for privileges to allow you to become a Registered User so you may file documents electronically in your case and receive service of electronically filed documents via CM/ECF.

The CM/ECF system must be used in conjunction with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice, and the administrative orders and policies of the United States District Court for the District of Oregon.

In order to file documents electronically, you will need the following:
- A personal computer running either the Windows or Apple operating platforms;
- Internet access through an Internet service provider using Point to Point Protocol (PPP);
- A compatible browser[1] that supports 128 bit encryption and has Javascript and cookies enabled;
- A Portable Document Format (PDF)-compatible word processor such as Microsoft Word or Corel WordPerfect;
- Software to convert documents from a word processor format to PDF format, such as Adobe Acrobat PDF Writer;
- Software to read PDF documents (Adobe Acrobat Reader is available at no cost);

Instructions: page 3 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct, 2012   CM/ECF Application Form (Pro Se)   Appellate Filter Form (Pro Se) USDC - Oregon

5

- Access to a flatbed scanner with sheet feeder if paper documents need to be imaged before being uploaded into the system;
- An e-mail account; and
- A Public Access to Court Electronic Records (PACER) Service account. The Judicial Conference of the United States has approved a schedule of fees to be charged for electronic records access by users of the CM/ECF system.
  This requires a PACER account in addition to a CM/ECF user account. Registered users get "one free look" at documents when they receive the initial notice of electronic filing (NEF) by e-mail; at that time you can download and save the electronic file at no charge. However, subsequent views of filed documents will result in a charge to you. Contact the PACER Service Center at <pacer.psc.uscourts.gov> or call the Pacer Service Center at 800-676-6856 or (210) 301-6440. See the court's website at <ord.uscourts.gov> for additional information about this requirement.
- You are also required to complete the electronic filing tutorials available on the Court's website at <ord.uscourts.gov> and submit the certificates of completion with this application.

If you are approved for CM/ECF user registration, you will be issued a participant's login and password. The use of this login and password constitutes your "signature" pursuant to Fed. R. Civ. P. 11 on all submissions made via the CM/ECF system. Your documents must also conform with LR 11-1, and the signature line on the documents must reflect your signature as "s/ your typed name."

You must take appropriate steps to protect your CM/ECF login and password. If the login and password become compromised, the Court must be immediately notified.

NOTE: Registration as a CM/ECF user for filing purposes under this option also constitutes your consent to receive service by electronic means as substitute for service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and LR 100-8. You will NOT receive paper copies of any documents filed by other parties or the Court in your case; all documents will be in electronic format only.

If you are not approved for CM/ECF registration or if you choose not to apply for this option, you must deliver to the Clerk's Office paper copies of documents required or permitted to be filed in this Court for docketing in the record of the case. You must also serve paper copies of your documents on the opposing parties in your case.

Option 2: Consent to electronic service of filings and notice via CM/ECF, Jury Trial Demand (Pro Se)
This option allows you to request to receive electronic notice via e-mail when filings are made in your case. You are consenting that such notice constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E) of such filings upon you as noted above; you will not receive paper copies of documents from the other party. This option does NOT allow you to file documents electronically with the Court. You must submit your filings in paper form and serve paper copies of your documents on the opposing parties in the case.
This option also requires a PACER Service account (as explained above) and allows viewing access to the documents in your case. PACER issues a separate login and password for this purpose. You will not receive a CM/ECF login from this Court.
You must maintain a valid e-mail account and are responsible for checking it regularly to be aware of court filings.

---

[1] CM/ECF has been tested for use with Mozilla Firefox and Internet Explorer version 7 or 8 & Apple's versions, Note Safari, Opera, and Google Chrome have not been tested for use with CM/ECF
Instructions: page 4 of 4, Return pages 1 & 2 to Court (s)   Multnomah County 4th District Court of USDC-Oregon

BLM Rev. Oct, 2012  CM/ECF Application Form (Pro Se)  Appellate Filter Form (Pro Se)  USDC - Oregon

26 SEP '12 08:52 RECVD USDC-ORP






UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD





ORDC CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),

USSC Re: ORDC3DC : Oregon Portland Division 3rd Division Court District of Oregon

ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon

Case Name: Morgan v. Harden, et al, Fred Meyers, K K & R, Inc., Kroger Co., Mueller, AOSS

Case Number: 9CA 93-35056, ORDC 92cv1562, 93cv288 Mult4DC 930201117, Mult4DC 930195088, AOS

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public–all Others

As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied.

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges, Attn: All Courts, Note: et al, Granted IFP 12/1992, Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

26 SEP '12 08:53 RECVD USDC-ORP

   

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

   

| | |
|---|---|
| Case Name: Morgan v. Harden, et al, Mueller, AOSS<br>Case No.: 9CA 93-35056, ORDC 92cv1562, 93cv288<br>Mult4DC 930201117, Mult4DC 930195088, AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Court (s)<br>Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff) |
| Name:  Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>Telephone: (503) 703-5867<br>E-mail: morganusarmy@live.com | Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX** Option 1: CM/ECF user account registration for filing access
(selection of this option automatically includes Option 2 below)

Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

| Signature:<br>"s/" Brian L. Morgan  *Brian L Morgan* | Date: 09-26-2012 |
|---|---|

Mail or Fax this page is ( certifications of Service En Banc to Court(s), Party(ies), Public, all others)

| **XX** Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | **XX** Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | **XX** Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se)  Appellate Filter Form (Pro Se)  USDC - Oregon



UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD





Mult4DC CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),

USSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon

ORSC Re: ORDC3DC : Oregon Portland Division 3rd Division Court District of Oregon

Case Name: Morgan v. Mueller, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Khan, AOSS

Case Number: 9CA 93-35056, Mult4DC 930201117, Mult4DC 930195088, WAWD 12cv1282 ORDC 92cv1562 92cv288 aoss

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public, all Others

    As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied.

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

    Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges, Attn: All Courts, Note: et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court(s)    Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

Case 1:09-md-02036-JLK   Document 2984   Entered on FLSD Docket 10/02/2012   Page 10 of 20






UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

Case Name: Morgan v. Mueller, et al, Khan AOSS
Case No.: 9CA 93-35056, Mult4DC 930201117, et al
Mult4DC930195088 WAWD 12cv1282 AOSS
ORDC92cv1562 , ORDC 93cv288 AOSS

Instructions: pages 3, 4, Return pages 1 & 2 to Court (s)
Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff)

Name: Brian, Lee, Morgan
(First, Middle Initial, Last)
US Courts Federal & States Pacer # pp3576
US Courts Appellate Filter Username: morgan92cv1562

Address:
Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA
Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB
et al, AOSS, US Courts Federal States Pacer # pp3576
US Courts Appellate Filter Username: morgan92cv1562
8006 SE Taggart St. ( Multnomah County 4th District )
Portland, Oregon 97206-1071

Telephone: (503) 703-5867

E-mail: morganusarmy@live.com

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX** Option 1: CM/ECF user account registration for filing access
(selection of this option automatically includes Option 2 below)

Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

Signature: "s/" Brian L. Morgan  *Brian L. Morgan*
Date: 09-26-2012

Mail or Fax this page is ( certifications of Service: En Banc to Court(s), Party(ies), Public, all others)

| **XX** Portland Division | **XX** Eugene Division | **XX** Medford Division | Court use only: |
|---|---|---|---|
| Clerk, US District Court | Clerk, US District Court | Clerk. US District Court | Processed: _____ |
| Attn: CM/ECF Register | Attn: CM/ECF Register | Attn: CM/ECF Register | Test Message: _____ |
| 1000 SW Third Ave. | 405 East Eighth Ave. | 310 West Sixth St. | Reg E-mail sent: _____ |
| Ste. 740 | Eugene, OR 97401 | Medford, OR 97501 | App Docketed: _____ |
| Portland. OR 97204 | Fax: (541) 431-4109 | Fax: (541) 608-8779 | |
| Fax: (503) 326-8010 | | | |

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)   Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon



UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD





ORDC CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner), USSC Re: ORDC3DC : Oregon Portland Division 3rd Division Court District of Oregon ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon

Case Name: Morgan v. Khan, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Mueller, AOSS

Case Number: 9CA 93-35056, ORDC 93cv288 & 92cv1562, Mult4DC 930195088 & 930201117, AOSS

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public, all Others

As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied.

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges , Attn: All Courts, Note: et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

26 SEP '12 08:57 RECVD USDC-ORP









UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

| | |
|---|---|
| Case Name: Morgan v. Khan, et al, Mueller, AOSS<br><br>Case No.: 9CA 93-35056, ORDC 93cv288, AOSS<br><br>92cv1562 Mult4DC 930195088, 930201117, AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Court (s)<br>Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff) |
| Name: Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br><br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB<br>et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District ) |
| Telephone: (503)  703-5867 | Portland, Oregon 97206-1071 |
| E-mail: morganusarmy@live.com | |

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX**  Option 1:  CM/ECF user account registration for filing access
          (selection of this option automatically includes Option 2 below)

    Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
          Fed. R. Civ. P. 5

    By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

Signature:
"s/" Brian L. Morgan  *Brian L Morgan*      Date: 09-26-2012

Mail or Fax this page is ( certifications of Service En Banc to Court(s), Party(ies), Public, all others)

| **XX** Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR  97204<br>Fax: (503) 326-8010 | **XX** Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR  97401<br>Fax: (541) 431-4109 | **XX** Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR  97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |
|---|---|---|---|

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se)  Appellate Filter Form (Pro Se)  USDC - Oregon





UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

Mult4DC CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),

USSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon
ORSC Re: ORDC3DC : Oregon Portland Division 3rd Division Court District of Oregon

Case Name: Oregon, Mueller, Khan v. Morgan, Counter Claims v. Mueller, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Khan Goss
Case Number: 9CA 93-35056, Mult4DC 930195088 Mult4DC 930201117 WAWD 12cv1282 ORDC 93cv288, 92cv1562,aoss

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public, all Others -

   As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied.

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges , Attn: All Courts, Note: et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

0

26 SEP '12 09:10 REC'D USDC-OFP






UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

| | |
|---|---|
| Case Name: Oregon, Mueller, Khan v. Morgan et al. Counter Claims, et al. v. Mueller, Khan, Harden, et al Case No.: 9CA 93-35056, Mult4DC 930195088, Mult 4DC930201117 WAWD12cv1282 ORDC92cv288 | Instructions: pages 3, 4, Return pages 1 & 2 to Court (s) Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff) |
| Name:  Brian, Lee, Morgan (First, Middle Initial, Last) US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 8006 SE Taggart St. ( Multnomah County 4th District ) Portland, Oregon 97206-1071 |
| Telephone: (503)  703-5867 | |
| E-mail:  morganusarmy@live.com | |

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX**  Option 1:  CM/ECF user account registration for filing access
(selection of this option automatically includes Option 2 below)

Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

| Signature: "s/" Brian L. Morgan  *Brian L Morgan* | Date: 09-26-2012 |
|---|---|

Mail or Fax this page is ( certifications of Service En Banc to Court(s), Party(ies), Public, all others)

| **XX** Portland Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | **XX** Eugene Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | **XX** Medford Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ |

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se)  Appellate Filter Form (Pro Se)  USDC - Oregon

26 SEP '12 09:02 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD









WAWD CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),
USSC Re: WAWD2DC : Washington Western District 2nd Division Court District of Washington
ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon
Case Name: Arthur v. SLM Corporation, Morgan v. Sallie Mae, CEC Corporation, AOSS
Case Number: 9CA 93-35056 WAWD 10cv198 ORDC 11mc9267 Mult4DC 930201117 Mult4DC 930195088 AOSS

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public, all Others

As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges , Attn: All Courts, Note: et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

26 SEP '12 09:01 RECVD USDC-ORP








UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

| | |
|---|---|
| Case Name: Arthur v. SLM Corporation, AOSS<br>Morgan v. Sallie Mae, CEC Corporation, AOSS<br>Case No.: 9CA 93-35056, WAWD 10cv198, AOSS<br>Mult4DC 930201117, Mult4DC 930195088, AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Court (s)<br>Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff) |
| Name:  Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB<br>et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |
| Telephone: (503)  703-5867 | |
| E-mail:  morganusarmy@live.com | |

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX**  Option 1: CM/ECF user account registration for filing access
(selection of this option automatically includes Option 2 below)

Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

| Signature:<br>"s/" Brian L. Morgan  *[signature]* | Date: 09-26-2012 |
|---|---|

**Mail or Fax this page is ( certifications of Service: En Banc to Court(s), Party(ies), Public, all others)**

| **XX** Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | **XX** Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | **XX**  Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

O

26 SEP '12 09:03 RECVD USDC-ORP     UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD




ORDC CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),
USSC Re: ORDC3DC : Oregon Portland Division 3rd Division Court District of Oregon
ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon
Case Name: Morgan, In Re Brian L. Morgan, Jury Trial Demanded, et al, AOSS
Case Number: 9CA 93-35056, ORDC 11mc9267, Mult4DC 930201117, Mult4DC 930195088, AOSS

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public, all Others

As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied.

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges , Attn: All Courts, Note: et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

26 SEP '12 09:04 RECVD USDC-ORP



UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF FLSD & WAWD

  

| | |
|---|---|
| Case Name: Morgan, In Re Brian L. Morgan, aoss<br>Case No.: 9CA 93-35056, ORDC 11mc9267 et al,<br>Mult4DC 930201117, Mult4DC 930195088, AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Court (s)<br>Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff) |
| Name:  Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |
| Telephone: (503)  703-5867 | |
| E-mail:  morganusarmy@live.com | |

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX**  Option 1:  CM/ECF user account registration for filing access
(selection of this option automatically includes Option 2 below)

Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

| | |
|---|---|
| Signature:<br>"s/" Brian L. Morgan  *Brian L. Morgan* | Date:<br>09-26-2012 |

Mail or Fax this page is ( certifications of Service: En Banc to Court(s), Party(ies), Public, all others)

| XX Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR  97204<br>Fax: (503) 326-8010 | XX Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR  97401<br>Fax: (541) 431-4109 | XX Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR  97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012   CM/ECF Application Form (Pro Se)  Appellate Filter Form (Pro Se)  USDC - Oregon



26 SEP '12 09:06 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF WASHINGTON









WAWD CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) ORDC CM/CMECF Self-Represented Party, Jury Trial Demand (Pro Se), (Veteran), (Counter Claims), (Non-prisoner),

USSC Re: WAWD2DC : Washington Western District 2nd Division District of Washington

ORSC Re: Mult4DC : Multnomah County 4th District Court District of Oregon

Case Name: United States of America v. City of Seattle, Morgan v. Mueller City of Portland, Morgan v Khan AOSS

Case Number: 9CA 93-35056 WAWD 12cv1282 ORDC 93cv288 Mult4DC 930201117 Mult4DC 930195088 AOSS

The United States District Court for the District of Oregon uses the federal judiciary's Case Management/Electronic Case Files (CM/ECF) system to support electronic filing, service, and access to court records. The CM/ECF system contains the official court records of proceedings. (See Local Rule [LR] 100-5(d) available on the Court's website at ord.uscourts.gov.) The Court no longer maintains paper files. Mail/Fax pages certifications of Services En Banc to Court(s), Party(ies), Public, all Others.

As a self-represented party, non-prisoner, you may (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by an order whether your application is Order Approved or Order Denied by the Court(s).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied.

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application.

Answers to other questions you have may be found on the Court's internet site <ord.uscourts.gov>, or you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777). Attn: All Clerks, Attn: All Judges, Attn: All Courts, Note: et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

- Note A: Clerk's Office staff are prohibited from giving any type of legal advice regarding your case.
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)    Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Application Form (Pro Se) Appellate Filter Form (Pro Se) USDC - Oregon

26 SEP '12 09:05 REC'D USDC-ORP



UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals
U.S. Court of Appeals for the Armed Forces
Multnomah County 4th District Court Oregon
Oregon Office of Administrative Hearing
U. S. Circuit Court of Appeals (9CA) (11CA)
DISTRICT OF OREGON
DISTRICT OF WASHINGTON



| | |
|---|---|
| Case Name: United States of America v City of Settle, Morgan v Mueller City of Portland, Morgan v Khan aoss<br>Case No.: 9CA 93-35056, WAWD 12cv1282 ORDC 93cv288 Mult4DC 930201117 Mult4DC 930195088 aoss | Instructions: pages 3, 4, Return pages 1 & 2 to Court (s)<br>Read the accompanying information packet carefully before completing and submitting this form. Jury Trial Demanded (Pro Se), (Plaintiff) |
| Name:   Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>Telephone: (503)  703-5867<br>E-mail:   morganusarmy@live.com | Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |

I request the following service: Note: IFP, All Costs Bills Fees Forward to Mult4DC 930201117

**XXXX**  Option 1:  CM/ECF user account registration for filing access
(selection of this option automatically includes Option 2 below)

Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

Signature: "s/" Brian L. Morgan  *Brian L Morgan*     Date: 09-26-2012

Mail or Fax this page is ( certifications of Service: En Banc to Court(s), Party(ies), Public, all others)

| XX Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | XX Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | XX Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |
|---|---|---|---|

cc USDC: ORDC 92cv1562 ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC - Oregon
BLM Rev. Oct. 2012  CM/ECF Application Form (Pro Se)  Appellate Filter Form (Pro Se)  USDC - Oregon