UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 *Fourth Tranche* | ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *Shane Swift v. BancorpSouth, Inc.,*[1] S.D. Fla. Case No. 1:10-cv-23872-JLK | ) ) ) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND MOTION PRACTICE ASSOCIATED WITH PLAINTIFFS' DAMAGES EXPERT BRUCE L. MCFARLANE**

1.  Pursuant to the Stipulation and Order Establishing Protocol for Completion of Production of Transactional Data, Plaintiffs' Transaction Data Expert Report, Discovery and Motion Practice Associated with Plaintiffs' Transactional Data Expert and Report, and Class Notice (DE # 2965), the Court modified the deadlines set forth in the Revised Scheduling Order (DE # 2834) pertaining to expert disclosures, expert discovery and any other *Daubert* motions relating to Plaintiffs' expert Mr. Olsen, as well as class notice, as follows:

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Plaintiff properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (DE # 994).

| Activity | Deadline |
|---|---|
| Deadline for Plaintiff to serve expert disclosures only as to witness Arthur Olsen only | **28 days after Plaintiffs receive production of all TREEV data necessary to prepare Mr. Olsen's report** |
| Deadline for parties to complete expert discovery as to witness Arthur Olsen only | **14 days after Mr. Olsen's report is produced** |
| Deadline for parties to file objections to designated experts and file *Daubert* motions as to witness Arthur Olsen only | **24 days after Mr. Olsen's report is produced** |
| Deadline for issuing Class Notice (unless 23(f) petition or appeal pending) | **60 days after Mr. Olsen's report is produced** |

2.  This stipulation is entered into by and among the parties regarding Plaintiffs' damages expert Bruce L. McFarlane. The parties agree that Mr. McFarlane's conclusions and report may change based on Mr. Olsen's analysis. The parties have already stipulated that the deadlines for Mr. Olsen's report and depositions should be extended, and the Court entered that stipulation as its Order (DE # 2965).

3.  The parties now stipulate that Mr. McFarlane's supplemental report, deposition, and any motion practice as to Mr. McFarlane should follow the same schedule above, as entered by the Court for Mr. Olsen (DE # 2965), instead of the schedule set forth in the Revised Scheduling Order (DE # 2834).

4.  The parties request the Court enter this Joint Stipulation Regarding Discovery and Motion Practice Associated with Plaintiffs' Damages Expert and Report as its Order.

5.  The parties stipulate that in the event that either party cannot meet any of the commitments set out herein, they will jointly determine how best to accomplish their joint goals of completing the expert discovery in a timely manner, and that neither will engage in discovery motion practice without complying with the meet-and-confer requirements of Fed. R. Civ. P. 37 and this Court's Local Rules.

Dated: October 2, 2012.

Respectfully submitted,

| /s/ Robert C. Gilbert | /s/ Eric Jon Taylor |
|---|---|
| Robert C. Gilbert, Esquire | Eric Jon Taylor |
| Florida Bar No. 561861 | Georgia Bar No. 699966 |
| rcg@grossmanroth.com | ejt@phrd.com |
| Stuart Z. Grossman, Esquire | William J. Holley, II |
| Florida Bar No. 156113 | Georgia Bar No. 362310 |
| szg@grossmanroth.com | wjh@phrd.com |
| David Buckner, Esquire | David B. Darden |
| Florida Bar No. 60550 | Georgia Bar No. 250341 |
| dbu@grossmanroth.com | dbd@phrd.com |
| Seth E. Miles, Esquire | Darren E. Gaynor |
| Florida Bar No. 385530 | Georgia Bar No. 288210 |
| sem@grossmanroth.com | deg@phrd.com |
| GROSSMAN ROTH, P.A. | PARKER HUDSON RAINER & DOBBS LLP |
| 2525 Ponce de Leon Boulevard | 1500 Marquis Two Tower |
| Eleventh Floor | 285 Peachtree Center Avenue N.E. |
| Coral Gables, FL 33134 | Atlanta, Georgia 30303 |
| Telephone: (305) 442-8666 | Telephone: (404) 523-5000 |
| Facsimile: (305) 779-9596 | Facsimile: (404) 522-8409 |
| *Coordinating Counsel for Plaintiffs* | *Counsel for Defendant BancorpSouth Bank* |

The foregoing Stipulation is approved and adopted as and Order of the Court as this James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this \_\_\_\_ day of October, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

2530326_1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 2nd day of October, 2012.

*/s/ Eric Jon Taylor*
Eric Jon Taylor