UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Eno v. M & I Marshall & Ilsley Bank*
M.D. FL Case No. 2:10-376
S.D. FL Case No. 1:10-cv-22730-JLK

## ORDER GRANTING JOINT MOTION FOR PARTIAL RELIEF FROM STAY

THIS CAUSE came before the Court upon the parties' Joint Motion for Partial Relief from Stay. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The stay of proceedings herein **(DE #1433)** is hereby lifted to the extent necessary to allow the parties to submit, and this Court to consider, the motions for preliminary approval of their settlement herein and, if granted, for final approval thereof.

2. In all other respects, the stay shall remain in place.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 4th day of October, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record