UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Childs, et al v. Synovus Financial Corp., et. al.*
N.D. GA Case No. 1:10-cv-03027
S.D. FL Case No. 1:10-cv-23938-JLK

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW THE APPEARANCE OF COUNSEL

**THIS CAUSE** is before the Court upon the Notice of Withdrawal of Counsel (DE #2978) entered on October 1, 2012, by Stephen J. Fearon, Jr. of Squitieri & Fearon, LLP, Counsel for Plaintiff. Therein, Counsel indicates that attorney Joseph Goljan is no longer associated with the aforementioned firm, and requests the removal of Mr. Goljan from the above styled case. Counsel notes that Squitieri & Fearon, LLP, through Mr. Fearon, will continue to serve as counsel for Plaintiff. This Court will construe the Notice filed as a Motion for Leave to Withdraw the Appearance of Counsel.

Accordingly, upon consideration by the Court, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion for Leave to Withdraw the Appearance of Counsel be, and the same is hereby, **GRANTED**.

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 4th day of October, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record