UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**ORDER SETTING
HEARING RE: FINAL APPROVAL OF
SETTLEMENT HEARING**

THIS MATTER comes before the Court upon the parties Eno v. M&I Marshall & Ilsley Bank's Motion for Preliminary Approval of Settlement via (D.E. #2981), filed on October 1, 2012 and Order Granting Preliminary Approval of Settlement (D.E. #2989). After careful review and being fully advised in the premises thereof,

IT IS ORDERED and ADJUDGED that this case is hereby set for **Final Approval of Settlement Hearing** on Friday, **April 19, 2013, at 10:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 4th day of October, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record