UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Shane Swift v. BancorpSouth, Inc.*
S.D. Fla. Case No. 1:10-cv-23872-JLK

## ORDER APPROVING AND ADOPTING JOINT STIPULATION

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation Regarding Discovery and Motion Practice Associated with Plaintiffs' Damages Expert Bruce L. McFarlane (DE #2985). Upon consideration, it is **ORDERED, ADJUDGED** and **DECREED** that the Joint Stipulation Regarding Discovery and Motion Practice submitted by the parties **(DE #2985)** be, and the same is hereby, **APPROVED** and **ADOPTED** as an Order of the Court.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 5th day of October, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record