UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**ORDER RESETTING
FINAL PRETRIAL CONFERENCE AND
MOTION TO COMPEL & FOR
SANCTIONS (D.E. #2911)**

THIS MATTER comes before the Court *sua sponte*. Upon the postponement of the Final Pretrial Conference and Motion Hearing re: Motion to Compel and for Sanctions previously set on October 2, 2012,

IT IS ORDERED and ADJUDGED that this case is hereby reset for **Final Pretrial Conference and Motion to Compel & for Sanctions (D.E. #2911)** on Wednesday, **October 17, 2012, at 10:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 9th day of October, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record