# EXHIBIT A

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION

                Case No. 1:09-MD-02036-JLK

IN RE:  CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036
Fourth Tranche
_____

THIS DOCUMENT RELATES TO:

Shane Swift v. BancorpSouth, Inc.,
S.D. Fla. Case No. 1:10-cv23872-JLK
_____


              DEPOSITION OF SHANE SWIFT

           WEDNESDAY, JANUARY 18, 2012
             200 SOUTHWEST FIRST AVENUE
           FORT LAUDERDALE, FLORIDA 33301
                10:00 a.m. - 2:00 p.m.

APPEARANCES:

       On behalf of BancorpSouth:
       Eric Jon Taylor, Esquire
       and Darren E. Gaynor, Esquire
       Parker, Hudson, Rainer & Dobbs, LLP
       1500 Marquis Two Tower
       285 Peachtree Center Avenue N.E.
       Atlanta, Georgia  30303
       (404) 523-5000
       etaylor@phrd.com

       On behalf of Shane Swift:
       Jeffrey M. Ostrow, Esquire
       and Jason H. Alperstein, Esquire
       Kopelowitz, Ostrow, Ferguson, Weiselberg
       200 Southwest First Avenue, Suite 1200
       Fort Lauderdale, Florida  33301
       (954) 525-4100
       alperstein@kolawyers.com
                     - - -
```

```
 1                    MR. OSTROW:    Form.
 2           A.     I wouldn't know if I was responsible.
 3   But I'm fine with it.
 4   BY MR. TAYLOR:
 5           Q.     All right.  Going back to the Complaint
 6   and if you shift back to Page 21, am I right that what
 7   you noted when you looked at this statement was that
 8   the transactions were ordered high to low even though
 9   all of them took place on May 5, right?
10           A.     Yes.
11           Q.     And you were able to learn that just by
12   looking at the BancorpSouth statement, right?
13           A.     Yes.
14           Q.     You had had overdraft charges in the
15   past, right?
16           A.     Yes.
17           Q.     Before May 2010?
18           A.     Yes.
19           Q.     And if you'd looked at the statements
20   for those time periods, you could have seen if any of
21   those were in high to low ordering, as well, right?
22           A.     Yes, and that's what I did at this
23   point.  I went back and looked at all my statements.
24           Q.     Tell me about that.
25           A.     I found out that we kept our receipts
```

| Shane Swift v. BancorpSouth, Inc. | 1:09-MD-02036-JLK |
|---|---|
| Shane Swift on 01/18/2012 | Page 78 |

```
 1   and that not everything was in chronological order.
 2   Everything was resequenced as far back as I could see.
 3   That's what put me into doing research on corrupt
 4   practices.
 5          Q.    You think this is a corrupt practice?
 6          A.    I believe it is a corrupt practice.
 7          Q.    It's a practice that you learned was
 8   the case as far back as you researched your account,
 9   right?
10                MR. OSTROW:  Form.
11          A.    Yes, as far as I researched the account
12   from these dates back.
13   BY MR. TAYLOR:
14          Q.    From May 2010 looking back, do you
15   recall how far back?
16          A.    From around these dates.  I don't
17   recall how far back, but I went as far as I could.
18          Q.    A few years?
19          A.    I couldn't recall that.  Pretty far
20   back.
21          Q.    Did you go back based on what you
22   actually had at the house or did you ask BancorpSouth
23   for statements?
24          A.    No.  I took my receipts and my
25   statements that I had at home.
```

Shane Swift v. BancorpSouth, Inc.　　　　　　　　　　　　1:09-MD-02036-JLK
Shane Swift on 01/18/2012　　　　　　　　　　　　　　　　　　Page 79

```
 1        Q.    But you never looked before to see if
 2   transactions were ordered?
 3        A.    Not this particular -- I mean when I
 4   came to the conclusion that this is happening, no, I
 5   never investigated prior to this date, around these
 6   dates.
 7        Q.    Did you look at any documents other
 8   than the BancorpSouth monthly statements?
 9        A.    Not to my knowledge, just the
10   statements and receipts.  I believe those are
11   basically the only two, maybe some printouts from the
12   bank, which are the statements anyway.
13        Q.    Did you look at any of the documents
14   that you received when you opened the account?
15        A.    Yes, I looked at those documents.
16        Q.    Do you recall what documents you looked
17   at?
18        A.    I don't recall, but again, BancorpSouth
19   took over American State Bank and they sent everything
20   via mail.
21        Q.    Via --
22        A.    Mail and E-Mail to the best of my
23   knowledge.
24        Q.    Do you recall receiving a deposit
25   agreement from BancorpSouth?
```