# EXHIBIT C

Shane Swift v. BancorpSouth, Inc.  1:09-MD-02036-JLK
Trina Swift on 08/16/2012  Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3                        MIAMI DIVISION

 4

 5              Case No. 1:09-MD-02036-JLK

 6     _____

 7     IN RE:  CHECKING ACCOUNT OVERDRAFT  )
       LITIGATION,                         )
 8                                         )
                                           )
 9                                         )
       MDL No. 2036,                       )
10     Fourth Tranche                      )
       _____
11

12     THIS DOCUMENT RELATES TO:           )
                                           )
13                                         )
       Shane Swift v. BancorpSouth, Inc., )
14     S.D. Fla. Case No. 1:10-cv-23872JLK)

15     _____

16

17                        DEPOSITION

18                           OF

19                       TRINA SWIFT

20

21                    AUGUST 16, 2012

22

23

24

25
```

```
 1        say that could be a case.  That could be
 2        a situation.
 3   BY MR. GAYNOR:
 4   Q        As we sit here today, is it your
 5   understanding -- what is your understanding of
 6   the order in which BancorpSouth posts
 7   transactions to checking accounts?
 8   A        My understanding is that they post
 9   from highest to lowest now during this -- the
10   reason why I am here.
11   Q        So as we sit here today, you
12   understand that BancorpSouth posts debit
13   transactions from highest to lowest dollar
14   amount?
15   A        Yes.
16   Q        When did you come to know that?
17   A        When Shane and I looked at that
18   transaction and what started this process.
19   Q        Were the transactions you are
20   referring to -- there were a series of
21   transactions that you and Mr. Swift reviewed
22   in April or May of 2010 that raised some
23   questions in your mind?
24   A        Yes.  We had the receipts right there
25   with us, and we just looked at the receipts;
```

 1   and we noticed that we did things on certain
 2   days.
 3            It would have cleared, but we noticed
 4   that the thing that was done later on cleared
 5   first because it was -- and it was higher.  We
 6   just noticed it was higher than the other two
 7   transactions.
 8   Q       Would it be fair to say that, when
 9   you reviewed that series of transactions, it
10   was clear to you, at that point, that
11   BancorpSouth posted transactions high to low?
12   A       Once we looked at that, we just
13   started going backwards and then really
14   started paying attention to it.  That is the
15   way that it was arranged.
16   Q       When you say you started going
17   backwards, what does that mean?
18   A       When we started looking at different
19   -- sometimes keep different receipts on
20   different things.  I mean, I try to keep them;
21   but after a while, it becomes a mess.
22            But we started looking at different
23   receipts, and then we looked at the bank
24   statements.  And we looked on-line.  And it
25   was highest to lowest.

 1   Q      So you looked at older statements,
 2   statements from before that time period; and
 3   it was clear from looking at those statements
 4   that the bank posted high to low?
 5   A      (Witness nods head.)
 6   Q      She can't take down your head nod.
 7   A      Yes.  Yes.  I'm sorry.
 8   Q      Do you know how far back there were
 9   statements -- the statements that you looked
10   at in that process, do you know how far back
11   those went?
12   A      Not exactly.
13   Q      Do you have an estimate?
14   A      Probably a month.  I mean, probably
15   just a month of going back comparing.
16   Q      Did anyone at BancorpSouth ever tell
17   you that they posted in any order other than
18   high to low?
19   A      No.
20             MR. GAYNOR:  Let's go off the
21         record for a minute.
22             (Whereupon, there was a discussion off
23             the record, and the deposition
24             continued as follows:)
25   BY MR. GAYNOR: