# EXHIBIT D

```
                                                              Page 1

 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
 3                CASE NO. 1:09-MD-02036-JLK
 4
     IN RE: CHECKING ACCOUNT
 5   OVERDRAFT LITIGATION
 6   MDL No. 2036
 7
     THIS DOCUMENT RELATES TO:
 8
     Swift v. BancorpSouth, Inc.
 9   N.D. FL Case No. 1:10-cv-00090-SPM
     S.D. FL Case No. 1:10-cv-23872-JLK
10
11
12
     ******************************************************
13
                   DEPOSITION OF MICHAEL LINDSEY
14
     ******************************************************
15
16
17
             TAKEN AT THE INSTANCE OF THE PLAINTIFF
18           IN THE BANCORPSOUTH CONFERENCE CENTER
           387 WEST MAIN STREET, TUPELO, MISSISSIPPI
19            ON MAY 10, 2012, BEGINNING AT 9:00 A.M.
20
21              (APPEARANCES NOTED HEREIN)
22       Reported by:  LUANNE FUNDERBURK, CSR 1046
     _____
23
                    ADVANCED COURT REPORTING
24                       P.O. BOX 761
                     TUPELO, MS 38802-0761
25                     (662) 690-1500
```

Page 76

1  statements would have reported to Mr. Jaggers?
2           MR. TAYLOR:  Object to the form.
3       A.   I would say that there's two determining
4  factors, one being the way the statement is presented
5  by our software vendor, Systematics, that produces
6  those with some degree of customization.  I would say
7  there would be a programming area that at previous
8  times did not report to Mr. Jaggers, but that
9  programming area currently does report to Mr. Jaggers
10 and the statement of rendering group does report to
11 Mr. Jaggers.
12      Q.   (Mr. Streisfeld) Do you have any particular
13 knowledge on behalf of the bank regarding the manner
14 in which any changes were made to the way information
15 was presented on bank statements between 2002 and
16 August of 2010?
17      A.   I have knowledge on behalf of the bank
18 about changes that were made due to Regulation E and
19 the requirements for reporting those.
20      Q.   Okay.  What changes are those?
21      A.   The formatting of the cumulative NSF/OD
22 fees paid for a particular statement.
23      Q.   So, if I were to show you a statement --
24 I'll show you a document we will mark as plaintiff's
25 Exhibit 11.

Page 77

1              (Exhibit No. 11 - Bank Statement
2     dated 2/23/10 - marked for identification).
3         Q.   (Mr. Streisfeld)  Ask if you recognize that
4     document?
5         A.   It appears to be a statement for the
6     plaintiff.
7         Q.   And on the first page of this statement
8     there's a box that's made up of stars maybe because
9     of the way this is computer generated as a duplicate
10    statement of Mr. Swift's, but you're referring to the
11    reporting of cumulative overdraft information.  Is
12    the box I'm referring to on Page 1 where it says
13    total for this period and total year to date was what
14    you were talking about?
15        A.   That's correct.
16        Q.   And do you know when the bank began
17    reporting this information on customer account
18    statements?
19        A.   Not specifically.
20        Q.   Who would you think would know the answer
21    as to when the bank first started printing this on
22    consumer account customer statements?
23        A.   Mr. Jaggers would probably have the
24    knowledge of the exact date of when that moved into
25    production.  We would have also records of that in

Page 78

1  our programming move sheets and our transaction --
2  our moving of code production to our operations
3  group.
4      Q.   Is there a particular manual that you would
5  look in and get the answer to that question?  Does it
6  have a name?
7      A.   I'm not aware of a name.
8      Q.   All right.  And it's your understanding
9  that this information was added for regulatory
10 compliance reasons associated with Regulation E; is
11 that correct?
12     A.   That's my understanding.
13     Q.   Looking at this statement, is there
14 anything else on this statement that you understand
15 to have been involved with any type of Regulation E
16 compliance?  Just for the record let me mention,
17 there's a circle on the fourth page and I think that
18 that is my handwriting when I copied that.  So, I had
19 circled that and apparently somebody didn't take it
20 off like I asked them to.  So, anything else related
21 to regulatory compliance?
22     A.   It appears that the same box appears on
23 Page 5.
24     Q.   Okay.  Is there anything else as far as
25 you're aware with regard to Regulation E compliance

Page 79

1   on this statement?
2        A.   Not as far as I'm aware.
3        Q.   Okay.  Do you know whether this type of box
4   appearing on the first page and on the fifth page in
5   terms of organization was done across the board for
6   the bank for consumer accounts?
7        A.   It's my understanding it was done across
8   the board.
9        Q.   Describe for the record how this statement
10  is organized in terms of information beginning on the
11  first page and continuing to the various sections of
12  the document.
13       A.   Okay.  The first section is the name and
14  address of the account holder.  Have the statement
15  date, which is the date the statement's produced.
16  Followed by the account number.  The number for our
17  call center is listed.  The checking account summary.
18       Q.   Just generally what does that describe?
19       A.   Shows a starting balance of account as of
20  the last statement, the number of credits, whatever
21  those might be, credited to the account, and the
22  dollar amount associated with those.  It has the
23  subtraction sign for the number of debits that were
24  applied to the account and a dollar total of those.
25  Also shows average balance calculation for the

Page 80

1  account during the statement period.  If it's an
2  interest bearing account, it would show year to date
3  interest paid.  It would be fees paid this period.
4      Q.   Let me jump in and try to help us move
5  along.  So, below this section you described before,
6  which is where we summarize any year to date or
7  returned items, returned items meaning NSF, right?
8  Where it says returned items would be considered NSF
9  in bank vernacular; is that correct?  In the little
10 box?
11     A.   Yes.
12     Q.   So then after that, there's a section that
13 organizes deposits, I guess chronologically, correct?
14     A.   Yeah, deposits and other credits
15 chronologically.
16     Q.   And there's a section that refers to
17 checks, correct?
18     A.   That is correct.
19     Q.   And I notice that there's a date column, a
20 check number column and amount column; is that
21 correct?
22     A.   That's correct.
23     Q.   Do you know what the asterisks mean next to
24 certain check numbers?
25     A.   I believe that means they were presented

1    out of sequence.
2        Q.   And what is the date that appears, what
3    does that date refer to?
4        A.   I believe that date refers to the date that
5    that check posted to that account.
6        Q.   So, on the right column of checks on this
7    first time of Exhibit 11 there's some checks that
8    posted on February 11, correct, and then there's a
9    check that posted on February 12 and then it goes
10   back to February 11 twice; is that correct?
11       A.   That is correct.
12       Q.   Okay.  Do you have any explanation as to
13   why the check that posted on February 12th would have
14   posted before the February -- would not be listed
15   below the two on February 11th, that are below it?
16   Do you know what the explanation would be for that?
17       A.   Can I review the document?
18       Q.   Sure.
19            (Pause in proceedings)
20       Q.   (Mr. Streisfeld) I'm not trying to rush you
21   but it's been a few minutes and you're not able to
22   make a --
23       A.   I can't say with certainty.
24       Q.   Now, the next section is a section devoted
25   -- it's called other debits, correct?

Page 82

1      A.   Correct.
2      Q.   And looks to me, but please confirm for me
3 whether -- what is the types of things that would
4 fall in a bank statement within this other debits
5 category historically?
6      A.   Historically, those would be pinpointed
7 sales, signature debits and ATM transactions being
8 withdrawals, and electronic drafts.
9      Q.   Is that an ACH?
10     A.   It could be termed an ACH, yes.
11     Q.   When you say electronic, would it be
12 something other than an ACH?
13     A.   There is some companies that do online
14 check billing from their web sites and things like
15 that, but all basically clears to the ACH  clearing
16 system.
17     Q.   Does BancorpSouth do what you just
18 described?
19     A.   Do what?  Which process?  We process ACH.
20     Q.   You refer to --
21     A.   A company may have a web site that --
22     Q.   Online checks I think you said?
23     A.   Correct.
24     Q.   Does BancorpSouth have online checks?
25     A.   What I was describing was you could go to

Page 83

1   AT&T or some site like that and put in a check, a
2   vendor, but not -- we would process those payments as
3   they were presented to us, but we do not facilitate
4   that.
5       Q.  What is the bank's policy before organizing
6   the information on these bank statements for consumer
7   accounts as it pertains to this other debits
8   category?
9               MR. TAYLOR:  Object to the form.
10      A.  I would not be able to answer it as far as
11  the policy.  That's outside my area of
12  responsibility.
13      Q.  Do you know how the system -- do you know
14  how the banking system organizes the other debits
15  category of information to be inserted in a
16  particular way on this statement?
17      A.  I do not.
18      Q.  I notice that on Page 2 of this statement
19  on February 8th, for example, there's a number of
20  other debits.  Do you see that?
21      A.  I see the other debit section on Page 2.
22      Q.  And you see it for February 8th there's
23  one, two, three, four, five, six transactions that
24  are all dated that day?
25      A.  Yes.

Page 84

1      Q.   Okay.  And I happen to observe that those
2  transactions appear to be -- for that day appear to
3  be in descending chronological order.  Do you see
4  that?
5      A.   Descending chronological order?
6      Q.   I'm sorry.  Descending dollar amounts.
7  Thank you.
8      A.   Yes.
9      Q.   Do you know why they appear that way?
10     A.   As I said, I'm not familiar with the code
11  that produces this document.
12     Q.   If you look for example at the February 8th
13  transaction that's $55.96, do you see that?
14     A.   Yes.
15     Q.   Says a POS debit.  That's at Walmart,
16  right?
17     A.   Yes.
18     Q.   That would be a pin based transaction, do
19  you know that?
20     A.   Yes.
21     Q.   Appears to be a date to the right of where
22  it says POS debit of February 8, 2010; is that
23  correct?  Is that a date?
24     A.   That appears to be, yes.
25     Q.   Do you know why the date appears there?

Page 85

1    A.   I believe that's the date the transaction
2    was initiated.
3    Q.   And then there's a transaction that's for
4    $53.04 on that same day.  It says POS debit, and then
5    it says I guess it's February 7, 2010; is that
6    correct?
7    A.   That's correct.
8    Q.   So what is the difference between the date
9    that says February 7, 2010, and the February 8th date
10   to the left?
11   A.   The difference would be one day.
12   Q.   Okay.  What's the significance of the --
13   why is it a different day if the transaction was on
14   February 7 according to when it was initiated, I
15   guess that's a Murphy -- I'm assuming Murphy Oil --
16   why is that there and then why is there a February
17   8th date which is a different date?
18            MR. TAYLOR:  Object to the form.
19   A.   I would say that that transaction occurred
20   on a different date.  When we received it for posting
21   is outside the control -- outside the control of
22   BancorpSouth.
23   Q.   So, this statement has the transactions
24   that would debit an account in two separate sections;
25   is that correct?

Page 86

1         MR. TAYLOR:  Object to the form but
2    answer if you understand.
3         Q.   (Mr. Streisfeld) I'm not trying to make it
4    complicated.  May be the way I asked it, but --
5         A.   Yes, I believe the debits are in two
6    separate sections.
7         Q.   What would those two sections be that there
8    are debits reflected on this bank statement?
9         A.   One is labeled checks and the other being
10   labeled other debits on Page 2.
11        Q.   Is there anything reflected on this bank
12   statement that identifies the interplay between check
13   debits and the other debits to explain how those
14   things go together in any particular way?
15             MR. TAYLOR:  Object to the form.
16        A.   I'm not sure I really understand what
17   you're asking.
18        Q.   (Mr. Streisfeld) So, you have transactions
19   that are debiting the account that are checks,
20   correct?
21        A.   Correct.
22        Q.   And those are summarized and organized in a
23   manner independent of the way that the other debit
24   section is organized; is that correct?
25        A.   They are separate.

Page 87

1  Q.  And is there anything that brings those two
2  sections together in terms of the way in which you
3  would be depicting the information as to how the
4  account -- these transactions posted to the account
5  within this time frame?
6           MR. TAYLOR:  Object to the form.
7  A.  The customer's check register.
8  Q.  (Mr. Streisfeld) The customer's -- assuming
9  that a customer has a check register?
10 A.  Correct.
11 Q.  And if the customer were relying upon this
12 bank statement to try to figure out, you know, the
13 interplay between how their checks posted and how
14 their other debits posted, how would they do that on
15 this statement?
16          MR. TAYLOR: Object to the form.
17 A.  I don't know what you're trying to -- what
18 the customer -- what you're proposing the customer
19 would try to be doing.
20 Q.  (Mr. Streisfeld) Well, one of the issues in
21 this case pertains to the concept that one would be
22 able to understand how all the posting is happening
23 and would understand that the posting of all
24 transactions on a daily basis during the class period
25 would be high to low, largest to smallest

Page 88

1  transactions, but it seems to me from my review of
2  this bank statement, that the bank separates the
3  checks into one section of the statement versus
4  another section where it's talking about the other
5  debits, which are going to have all the debit card
6  transactions in it, correct?
7       A.   Yes.
8            MR. TAYLOR:  Object to the form.
9       Q.   (Mr. Streisfeld) So, the question is, is
10 there in providing information -- the purpose of a
11 bank statement is to provide information about
12 account activity during a particular snapshot time
13 period, correct?
14      A.   Historical activity.
15      Q.   Historical activity.  And do the statements
16 here, does it provide any information as to the
17 posting order of transactions that debit an account?
18      A.   Yeah.  Each one of those, even though
19 they're in two sections, have a date beside them and
20 it was disclosed that they processed in a high to low
21 format.
22      Q.   Where was it disclosed that they processed
23 in a high to low format?
24      A.   In the account opening documents, which
25 would be account information statement and -- I know

Page 89

1  it's in the account information statement.  It may be
2  also in the signature card.
3       Q.   Okay.  But assuming that you're not at the
4  time referring to the account information statement,
5  this document is not identifying for the customer
6  that the order in which the transactions were posted
7  to the account was a combination of checks and other
8  debits, correct?
9            MR. TAYLOR: Object to the form.
10      A.   There is no combined list.  It is in two
11 separate sections back to back.
12      Q.   (Mr. Streisfeld) And it doesn't tell the
13 customer that you're posting high to low, correct.
14      A.   The statement does not declare that, as
15 previously disclosed.
16      Q.   You say it was previously disclosed?
17      A.   Previously disclosed in the other documents
18 that we referenced.
19      Q.   And do those documents, meaning -- I assume
20 by that you mean the account information statement,
21 correct?
22      A.   Correct.
23      Q.   And perhaps signature card, correct?
24      A.   Correct.  Perhaps.
25      Q.   And to your knowledge between 2002 and