# EXHIBIT E

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

_____

IN RE: CHECKING ACCOUNT    )
OVERDRAFT LITIGATION       )
                           )
                           )NO. 1:09-MD-02036-JLK
                           )
                           )
_____

DEPOSITION
OF
JEFF JAGGERS
OCTOBER 12, 2011

ALPHA REPORTING CORPORATION
236 Adams Avenue
Memphis, TN 38103
901-523-8974
www.alphareporting.com

1  our customers' accounts. And they also did
2  recommendations. I don't remember how many --
3  across a number of areas for revenue
4  enhancement, and we worked with them for about
5  two years.
6      Q.   How was that engagement? Did you pay
7  them a fixed amount, or was that a -- what I
8  would call contingent agreement, based upon the
9  amount of income that they generated for the
10 bank? Did they get a percentage of it?
11     A.   No, they did not. It was a fixed
12 figure.
13     Q.   And prior to meeting with them, how
14 were you prioritizing your transactions in terms
15 of debiting the account?
16     A.   We were high to low. And what we were
17 doing, from a high/low perspective, we had like
18 maybe four buckets, high to low. And --
19     Q.   This is pre EPG?
20     A.   Yes. Yes.
21     Q.   Okay. Four buckets?
22     A.   Yes.
23     Q.   Do you remember what they were? I know
24 I'm challenging your memory.
25     A.   Yeah, it was -- I believe it was

1   electronic transactions in one bucket, paper
2   check transactions in one bucket.  Bank
3   initiated entries in one bucket, and bank,
4   electronic, paper and check, and then there
5   were -- I believe it was things like cash,
6   checks, ATM withdrawals.  My recollection is
7   there was a bucket for transactions that
8   involved cash.  If cash left the bank, there was
9   a bucket for transaction that involved cash.
10  But those four buckets, and they all posted high
11  to low.
12      Q.   So were you involved with that
13  engagement?
14      A.   Yes.
15      Q.   What was your role?
16      A.   I managed that engagement.  I led that
17  engagement.
18      Q.   And with respect to what I'm calling
19  posting priority?
20      A.   Yes.
21      Q.   What we're talking about.  What changed
22  from the time that you engaged them, going
23  forward?
24      A.   We simplified out posting order.  We --
25  we basically went to a more simplified posting

1  order. All -- all customer transactions in one
2  bucket, high to low. And you know, bank
3  initiated transactions in one bucket, high to
4  low. So it didn't matter what the transaction
5  type was that the customer initiated, they would
6  post high to low, instead of ACH and check in
7  one bucket, and electronic transactions in
8  another bucket, and over-the-counter
9  transactions in another bucket.
10    Q.  So you just went from those buckets
11  to -- if you give me a check, ACH debit,
12  whatever it is, we're just going to go high to
13  low?
14    A.  High to low. Didn't matter the
15  transaction type the customer initiated.
16         MR. TAYLOR: And just so it's clear,
17  EPG, the engagement included a number of
18  suggestions. You're talking about only one of
19  them, and not all of the suggestions were
20  implemented. So in focusing on this one, I
21  don't want you to lose sight of the larger
22  engagement that EPG --
23         MR. OSTROW: No, I understand. I mean,
24  it was clear from your response that there was
25  things that you didn't go with. I'm assuming

Page 141

1    that if there were anything that were directly
2    relative to our case, you'd probably tell me.
3           MR. TAYLOR:  Probably.
4    BY MR. OSTROW:
5       Q.   Maybe a foolish question.  But what did
6    that do to your overdraft revenue?
7       A.   What, when you say --
8       Q.   What did the posting change do to the
9    overdraft revenue?
10      A.   Overdraft revenue increased.
11      Q.   Obviously, you keep records of your
12   overdraft revenues from year to year?
13      A.   Yes.
14      Q.   And can you analyze that on a month to
15   month basis?
16      A.   Yes.
17      Q.   Have you done an analysis to determine
18   what Reg E is going to do or has -- what it was
19   going to do, and now what it has done to your
20   overdraft revenue?
21      A.   Yes.
22      Q.   And you have all those reports?  You
23   don't have them with you, but you have those
24   reports at the bank that you could pull if
25   necessary?

Page 142

```
 1      A.   Yes.
 2      Q.   Again, speaking specifically about
 3   consumer accounts.  The posting priority to that
 4   change which went from high to low for
 5   everything, did that vary between any customers
 6   within the consumer checking account group?
 7      A.   No.
 8      Q.   Everybody got the same treatment, per
 9   se?
10      A.   Yes.
11      Q.   And this was a decision that the bank,
12   obviously, decided to go with to change the
13   priority, correct?
14      A.   Yes.
15      Q.   And if the bank wanted to, at that
16   time, switch to go low to high, it could have
17   done that as well, right?
18           MR. TAYLOR:  Object to the form.
19      A.   Yes.  We received recommendations from
20   EPG on a number of areas; this being one of
21   them.  And you know, we -- we implemented their
22   recommendations.  So if it had been a different
23   recommendation and we made the decision to do
24   it, we would have done that.
25   BY MR. OSTROW:
```

Page 143

1    Q.   Right.  I guess my question was, you
2    know, isn't really, you know, why or who, it's
3    more of the bank can change the posting priority
4    if it wants, correct?
5    A.   Posting priority is -- yes, we
6    determine the posting priority for our account.
7    Q.   Where do fees fall?  In the high to
8    low, fees fall -- how do they fall in the high
9    low hierarchy?
10   A.   The fees would fall in the group
11   considered bank initiated transactions.  Bank
12   initiated transactions post first.  Overdraft
13   fees are a day's delay, you know, they post the
14   next day.  But they will post first in the next
15   day.
16        And a fee cannot generate another fee.
17   You know, if you get an ATM withdrawal fee,
18   you're not subject to incur an overdraft fee
19   because you're overdrawn and you got an ATM
20   withdrawal fee.  So fees don't incur, you know,
21   additional fees, but they do post first.
22   Q.   Why is that?
23   A.   The bank has always posted fees first.
24   I mean, that's been our practice for --
25   Q.   Do you know why you do that?

Page 144

 1     A.   No, I have no idea.  We always do it.
 2  That goes back, I mean, to me, that's standard
 3  banking practice, from my experience.
 4     Q.   I'm not suggesting it's not a good
 5  idea.  I mean, I assume, and my assumption
 6  doesn't really mean anything in the case that,
 7  you know, you want to make sure you get our
 8  money for your own fees first.
 9     A.   I understand what you're saying.  And
10  again, from my experience, that's the way banks
11  have always posted fees.  But I've been doing it
12  so long, I've never sat in a meeting where
13  somebody said, here's why we are going to do,
14  you know, post fees first.
15     Q.   Did you sit in the meeting where EPG
16  told you why you should switch everything from
17  high to low?
18          MR. TAYLOR:  Object to the form.
19  BY MR. OSTROW:
20     Q.   Did EPG tell you that you should switch
21  the posting order that you were currently using
22  at the time that you met with them to a high to
23  low for all transactions?
24     A.   EPG made a number of recommendations.
25  And yes, I participated in those conversations

Page 145

1   and meetings regarding those recommendations,
2   including the posting order recommendations that
3   they made.
4       Q.   What was the rationale for their
5   suggestion to go high to low in every -- with
6   all transactions?
7       A.   Multiple reasons.  You know,
8   simplification was No. 1. We had buckets -- if
9   you -- if you go back in time, customers wrote
10  checks, and then they wrote checks that had
11  ACH.  And then they -- you introduced different
12  types of transactions.  So we had multiple
13  buckets.  You know, a customer were to call up
14  and say, hey, I'm -- I had an overdraft fee last
15  night, I can't figure out why.
16           You know, you said, well, you know, we
17  posted you two checks first, and then we posted
18  your debit card transaction, and then we posted
19  this, no.  If it's high to low, it's very simple
20  for the customer to understand.  Very simple for
21  the bank to explain, so simplification was one
22  reason.
23           Certainly, we discussed revenue.  That
24  was -- the whole engagement was for revenue
25  enhancement.  So for certain customers, there

1  would be additional revenue that the bank would
2  generate from those account relationships.
3  Let's see.  What else was there?  I mean, you
4  know, they had three or four points that
5  supported their recommendation.
6      Q.   Are you still posting the same way?
7      A.   We -- yes.  Since 2003, we've posted
8  the same way.  Not all the same transactions are
9  subject to OD fees because of Reg E.  But the
10 posting order, it was not changed as a result of
11 Reg E.
12     Q.   So you're still doing every transaction
13 high to low?
14     A.   Yes.
15     Q.   Did you keep notes from your meetings
16 with EPG?
17     A.   I don't -- you know, I provided counsel
18 my EPG file.  I can't remember if there were
19 notes in them or not.  I'm not a big note
20 taker.  But I know, you know, there were EPG
21 related documents that they, you know,
22 produced.  I mean --
23         MR. TAYLOR:  You have everything from
24 his file.
25     A.   Right.  But I don't recall notes per