UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**AMENDED ORDER RESETTING
MOTION TO COMPEL & FOR
SANCTIONS (D.E. #2911)**

THIS MATTER comes before the Court *sua sponte*. Upon the postponement of the Motion Hearing re: Motion to Compel and for Sanctions previously set on October 2, 2012,

IT IS ORDERED and ADJUDGED that this case is hereby reset for **Motion to Compel & for Sanctions (D.E. #2911)** on Wednesday, **October 17, 2012, at 10:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 9th day of October, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record