

FILED by ___ D.C.
OCT - 9 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

03 OCT '12 14:15 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org  flordialaws.org  californialaws.org  weblaws.org




pp3576 CM / ECF 10-3096

USDOL # 1612485
Subway # 39099

**USSC Re:** FLSD1DC : Florida Southern District 1st Division Court District of Florida
**ORSC Re:** Mult4DC : Multnomah County 4th District Court U.S. District of Oregon
**Case Name:** In Re: Checking Account Overdraft Litigation, BLMorgan v. JPMorgan Chase, BofA, BofTW, AOSS
**Case Number:** FLSD 09md2036 ORDC 92cv288 Mult4DC 930201117 Mult4DC 930195088, 9CA 93-35056, AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )
**FLSD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 955
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

O

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon

03 OCT '12 14:15 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

   

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

    

CM/ECF Release Center
Oregon Courts
PACER   pp3576 CM/ECF 10-3096   Electronic Case Files
Western Culinary Institute Le Cordon Bleu Program Portland   uscourt.gov
USDOL #1612485   Subway # 39099
GLOBAL COMPLIANCE   OR-SOS Report   OREGON GOVERNMENT WASTE HOTLINE
U.S.ARMY

| Case Name: BLMorgan v. JPMorgan Chase BofA BofTW | Pro Se CM/ECF Password Application Self-Represented |
|---|---|
| In Re: Checking Account Overdraft Litigation, AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Courts |
| CaseNo.:FLSD 09mc2036 ORDC 92cv288 ea al Mult4DC | Read accompanying information packet carefully |
| 930201117, Mult4DC 930195088, 9CA 93-35056, AOSS | completing & submitting this form. Jury Trial Demanded Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |

| Name: Brian, Lee, Morgan (First, Middle Initial, Last) Websites pacer.gov uscourts.gov washingtonlaws.org US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 8006 SE Taggart St. ( Multnomah County 4th District ) Portland, Oregon 97206-1071 |
| Telephone: (503) 703-5867 | |
| E-mail: morganusarmy@live.com | |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L Morgan*   Date: 10/03/2012  10/03/2012

cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon

CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | **XX** Eugene Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | **XX** Medford Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed _____ Test Message: _____ Reg E-mail sent _____ App Docketed _____ |

O

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

uscourts.gov  pacer.gov  oregonlaws.org  flordialaws.org  californialaw.org  washingtonlaw.org  weblaws.org

pacer.gov CM/ECF Password Registration Application (Pro Se) Self-Represented Party (Non-prisoner) Options
pacer.gov CM/ECF Password Registration Application Appellate Filter (Pro Se) Self-Represented (Non-prisoner)

## Jury Trial Demand, Self-Represented Party (Pro Se) Advice from the Clerk's Office

Note A Clerk's Office staff cannot give "legal advice" or "practice law" as they are prohibited under Title 28 U.S.C. Section 955. Therefore, Clerk's Office personnel **cannot**:

- Explain the meaning of a specific rule
- Make an interpretation of case law
- Explain the result of taking or not taking an action in a case
- Answer whether jurisdiction is proper in a case
- Answer whether a complaint properly presents a claim
- Provide advice on the best procedure to accomplish a particular objective

Note B under Title 28 U.S.C. Section 955 Clerk's Office staff **can** provide information such as:

- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Option 1:  CM/ECF User Account Registration ; Jury Trial Demand (Pro Se)

This option is a request for privileges to allow you to become a Registered User so you may file documents electronically in your case and receive service of electronically filed documents via CM/ECF.

The CM/ECF system must be used in conjunction with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice, and the administrative orders and policies of the United States District Court for the District of Oregon.

In order to file documents electronically, you will need the following:
- A personal computer running either the Windows or Apple operating platforms;
- Internet access through an Internet service provider using Point to Point Protocol (PPP);
- A compatible browser[1] that supports 128 bit encryption and has Javascript and cookies enabled;
- A Portable Document Format (PDF)-compatible word processor such as Microsoft Word or Corel WordPerfect;
- Software to convert documents from a word processor format to PDF format, such as Adobe Acrobat PDF Writer

Instructions: page 3 of 4, Return pages 1 & 2 to Court (s)     Multnomah County 4th District Court of USDC-Oregon

BLM Rev. Oct, 2012   CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se)  USDC - Oregon

O

- Software to read PDF documents (Adobe Acrobat Reader is available at no cost);
- Access to a flatbed scanner with sheet feeder if paper documents need to be imaged before being uploaded into the system;
- An e-mail account; and
- A Public Access to Court Electronic Records (PACER) Service account. The Judicial Conference of the United States has approved a schedule of fees to be charged for electronic records access by users of the CM/ECF system.

    This requires a PACER account in addition to a CM/ECF user account. Registered users get "one free look" at documents when they receive the initial notice of electronic filing (NEF) by e-mail; at that time you can download and save the electronic file at no charge. However, subsequent views of filed documents will result in a charge to you. Contact the PACER Service Center at <pacer.psc.uscourts.gov> or call the Pacer Service Center at 800-676-6856 or (210) 301-6440. See the court's website at <ord.uscourts.gov> for additional information about this requirement.
- You are also required to complete the electronic filing tutorials available on the Court's website at <ord.uscourts.gov> and submit the certificates of completion with this application.

If you are approved for CM/ECF user registration, you will be issued a participant's login and password. The use of this login and password constitutes your "signature" pursuant to Fed. R. Civ. P. 11 on all submissions made via the CM/ECF system. Your documents must also conform with LR 11-1, and the signature line on the documents must reflect your signature as "s/ your typed name."

You must take appropriate steps to protect your CM/ECF login and password. If the login and password become compromised, the Court must be immediately notified.

NOTE: Registration as a CM/ECF user for filing purposes under this option also constitutes your consent to receive service by electronic means as substitute for service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and LR 100-8. You will NOT receive paper copies of any documents filed by other parties or the Court in your case; all documents will be in electronic format only.

If you are not approved for CM/ECF registration or if you choose not to apply for this option, you must deliver to the Clerk's Office paper copies of documents required or permitted to be filed in this Court for docketing in the record of the case. You must also serve paper copies of your documents on the opposing parties in your case.

Option 2: Consent to electronic service of filings and notice via CM/ECF, Jury Trial Demand (Pro Se)

This option allows you to request to receive electronic notice via e-mail when filings are made in your case. You are consenting that such notice constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E) of such filings upon you as noted above; you will not receive paper copies of documents from the other party. This option does NOT allow you to file documents electronically with the Court. You must submit your filings in paper form and serve paper copies of your documents on the opposing parties in the case.

This option also requires a PACER Service account (as explained above) and allows viewing access to the documents in your case. PACER issues a separate login and password for this purpose. You will not receive a CM/ECF login from this Court.

You must maintain a valid e-mail account and are responsible for checking it regularly to be aware of court filings.

---

[1] CM/ECF tested for use with Mozilla Firefox and Internet Explorer version 7 or 8. & Apple Version's (Jobs) uscourts.gov pacer.gov oregonlaws.org flordialaws.org californialaw.org washingtonlaw.org weblaws.org newyorklaws.org texaslaws.org Note Safari, Opera, Google Chrome have not been tested for use with CM/ECF

Instructions: page 4 of 4, Return pages 1 & 2 to Court (s)   Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct, 2012   CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se)  USDC - Oregon






03 OCT '12 13:53 RECVD USDC-OR
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org  flordialaws.org  californialaws.org  weblaws.org

pp3576 CM / ECF 10-3096
USDOL # 1612485
Subway # 39099

**USSC Re:** ORDC3DC : Oregon Portland 3rd Division (ORP) U .S. Court District of Oregon
**ORSC Re:** Mult4DC : Multnomah County 4th District Court U.S. District of Oregon
**Case Name:** Morgan v. Harden, et al, Fred Meyers, K K & R, Inc., Kroger Co., Mueller, Katz, Khan, Frye, Olson Campbell, AOSS
**Case Number:** ORDC 92cv1562 & 93cv288, Mult4DC 930195088 & 930201117, 9CA 93-35056 AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )
**ORDC CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

> CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites washingtonlaws.org
- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon









09 OCT '12 13:53 RECVD USDC-ORP
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

pp3576 CM / ECF 10-3096

Western Culinary Institute
Le Cordon Bleu Program
Portland
uscourt.gov
USDOL #1612485
Subway # 39099
GLOBAL COMPLIANCE
OR-SOS Report
ORE-11-01-0002
OREGON GOVERNMENT WASTE HOTLINE

| Case Name: Morgan v. Harden, et al, Mueller, AOSS | Pro Se CM/ECF Password Application Self-Represented |
|---|---|
| Case No.:ORDC 92cv1562, 93cv288 et al, Mult4DC 930201117 Mult4DC930195088,9CA 93-35056 aoss | Instructions: pages 3, 4, Return pages 1 & 2 to Courts Read accompanying information packet carefully completing & submitting this form. Jury Trial Demanded Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |
| Name:  Brian, Lee, Morgan (First, Middle Initial, Last) Websites pacer.gov uscourts.gov washingtonlaws.org US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503)  703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail:  morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX**  Option 1:  CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L. Morgan*  Date: 10/03/2012  *10/03/2012*
cc USDC ORDC 92cv1562 ORDC 93cv288  FLSD 09md2036  WAWD 10cv198  ORDC 11mc9267  WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court(s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon

CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR  97204 Fax: (503) 326-8010 | **XX** Eugene Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR  97401 Fax: (541) 431-4109 | **XX**  Medford Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ |









03 OCT '12 13:57 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearings ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org  flordialaws.org  californialaws.org  weblaws.org

pp3576 CM / ECF 10-3096

USDOL # 1612485
Subway # 39099
GLOBAL  OR-SOS-Report
COMPLIANCE  ORE-11-01-0002

**USSC Re:** Mult4DC : Multnomah County 4th District Court U.S. District of Oregon

**ORSC Re:** ORDC3DC : Oregon Portland 3rd Division (ORP) U.S. Court District of Oregon

**Case Name:** Morgan v. Mueller, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Khan, AOSS

**Case Number:** Mult4DC 930201117 Mult4DC 930195088 WAWD 12cv1282 ORDC 93cv288, 92cv1562, 9CA 93-35056 aoss

**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )

**Mult4DC CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)

**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

> CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ).  New Websites washingtonlaws.org
- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 99
- Note B:  Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon







03 OCT '12 13:55 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA (  FLSD )
DISTRICT OF WASHINGTON ( WAWD )

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

CM/ECF Release Center
Oregon Courts
United States Court of Appeals for the Armed Forces
PACER - Public Access to Court Electronic Records
pp3576 CM/ECF 10-3096
Electronic Case Files
Western Culinary Institute Le Cordon Bleu Program Portland
Le Cordon Bleu — GASTRONOMY • HOSPITALITY • MANAGEMENT
Subway # 39099
uscourt.gov
USDOL #1612485
GLOBAL COMPLIANCE
OR-SOS-Report
ORE-11-01-0002
OREGON GOVERNMENT WASTE HOTLINE
morgan92cv1562
U.S. ARMY
BOLI

| Case Name:   Morgan v. Mueller, et al, Khan AOSS | Pro Se CM/ECF Password Application Self-Represented |
|---|---|
| Case No.: Mult4DC 930201117, Mult4DC930195088  WAWD 12cv1282 ORDC92cv1562 et al ,  ORDC 93cv288, 9CA-93-35056 AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Courts  Read accompanying information packet carefully completing & submitting this form. Jury Trial Demanded Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |
| Name:  Brian, Lee, Morgan  (First, Middle Initial, Last)  Websites pacer.gov uscourts.gov washingtonlaws.org  US Courts Federal & States Pacer # pp3576  US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address:  Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503)  703-5867 | 8006 SE Taggart St.  ( Multnomah County 4th District ) Portland, Oregon 97206-1071 |
| E-mail:  morganusarmy@live.com | |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX**   Option 1:  CM/ECF user account registration for filing access CM/ECF Password
           (selection of this option automatically includes Option 2 below)
       Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
           Fed. R. Civ. P. 5
       By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan   *Brian L. Morgan*   Date: 10/03/2012  10/03/2012
cc USDC ORDC 92cv1562 ORDC 93cv288  FLSD 09md2036  WAWD 10cv198  ORDC 11mc9267  WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon
CM/ECF Mail, Fax, Email pages(certifications of Services **En Banc** to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR  97204 Fax: (503) 326-8010 | **XX** Eugene Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR  97401 Fax: (541) 431-4109 | **XX**  Medford Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ |



03 OCT '12 14:11 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org  flordialaws.org  californialaws.org  weblaws.org

Oregon Courts
United States Court of Appeals for the Armed Forces
Case Management
PACER  pp3576 CM / ECF 10-3096
Electronic Case Files
Western Culinary Institute / Le Cordon Bleu Program
Portland uscourts.gov    LE CORDON BLEU
USDOL # 1612485          Subway # 39099
GLOBAL OR-SOS Report     OREGON GOVERNMENT
COMPLIANCE ORE          WASTE HOTLINE
Good for Business
BOLI
U.S. ARMY

**USSC Re:** ORDC3DC : Oregon Portland 3rd Division (ORP) U .S. Court District of Oregon
**ORSC Re:** Mult4DC : Multnomah County 4th District Court U.S. District of Oregon
**Case Name:** Morgan v. Khan, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Mueller, AOSS
**Case Number:** ORDC 93cv288 & 92cv1562, Mult4DC 930195088 & 930201117, 9CA 93-35056 AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )
**ORDC CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF** & **USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

   The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117
   As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).
   If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites washingtonlaws.org
- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 99
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon











03OCT'12 14:09 RECVD USDC-ORP

CM/ECF Release Center

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

Oregon Courts

United States Court of Appeals for the Armed Forces

Case Management

BOLI

PACER

pp3576 CM / ECF 10-3096

Electronic Case Files

Western Culinary Institute
Le Cordon Bleu Program
Portland uscourt.gov

LE CORDON BLEU

USDOL #1612485

Subway # 39099

GLOBAL COMPLIANCE OR-SOS-Report

OREGON GOVERNMENT WASTE HOTLINE

U.S.ARMY

CID # 47478407691 ID # 502604 EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

| | |
|---|---|
| Case Name: Morgan v. Khan, et al, Mueller, AOSS<br><br>Case No. ORDC 93cv288, ORDC 92cv1562 et al,<br><br>Mult4DC930195088, 930201117, 9CA 93-35056 aoss | Pro Se CM/ECF Password Application Self-Represented<br>Instructions: pages 3, 4, Return pages 1 & 2 to Courts<br>Read accompanying information packet carefully<br>completing & submitting this form. Jury Trial Demanded<br>Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |
| Name: Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>Websites pacer.gov uscourts.gov washingtonlaws.org<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br><br>Telephone: (503) 703-5867<br><br>E-mail: morganusarmy@live.com | Pro Se CM/ECF Password Mailing Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB<br>et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117

**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)

Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

Signature: "/S/" Brian L. Morgan *Brian L Morgan* Date: 10/03/2012 *10/03/2012*

cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282

Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon

BLM Rev. Oct. 2012 CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon

**CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)**

| | | | |
|---|---|---|---|
| **XX** Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | **XX** Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | **XX** Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | **Court use only:**<br>**Processed:** ____<br>**Test Message:** ____<br>**Reg E-mail sent:** ____<br>**App Docketed:** ____ |

*0*

03 OCT '12 14:13 RECV'D USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org  flordialaws.org  californialaws.org  weblaws.org

pp3576 CM / ECF 10-3096

Western Culinary Institute Le Cordon Bleu Program Portland  uscourts.gov
USDOL # 1612485
GLOBAL COMPLIANCE  OR-SOSReport  ORE

Subway # 39099
OREGON GOVERNMENT WASTE HOTLINE

**USSC Re:** Mult4DC : Multnomah County 4th District Court U.S. District of Oregon
**ORSC Re:** ORDC3DC : Oregon Portland 3rd Division (ORP) U .S. Court District of Oregon
**Case Name:**  Oregon, Mueller, Khan v. Morgan, Counter Claims v. Mueller, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Khan, aoss
**Case Number:** Mult4DC 930195088 Mult4DC 930201117 WAWD 12cv1282 ORDC 93cv288, 92cv1562, 9CA 93-35056 aoss
**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )
**Mult4DC CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

  The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov)  ( pacer.gov ) Systems "Public Access Courts Electronic Records"  Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to  the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc  ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

  As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

  If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites  washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 99
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon

03 OCT '12 14:13 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )






Oregonlaws.org flordialaws.org Californialaw.org weblaws.org







CM/ECF Release Center
Oregon Courts
PACER   pp3576 CM / ECF 10-3096
Electronic Case Files
Western Culinary Institute
Le Cordon Bleu Program Portland
uscourt.gov
Celebrating 25 Years of Educational Excellence
USDOL #1612485    Subway # 39099
Global Compliance  OR-SOS Report
ORE-11-01-0002
OREGON GOVERNMENT WASTE HOTLINE
BOLI
LE CORDON BLEU
U.S.ARMY

| Case Name: Oregon, Mueller, Khan v. Morgan et al. Counter Claims, et al. v. Mueller, Khan, Harden, et al<br>Case No.:Mult4DC 930195088, Mult4DC930201117<br>WAWD12cv1282 ORDC92cv288, 9CA 93-35056 | Pro Se CM/ECF Password Application Self-Represented<br>Instructions: pages 3, 4, Return pages 1 & 2 to Courts<br>Read accompanying information packet carefully completing & submitting this form. Jury Trial Demanded Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |
|---|---|
| Name:   Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>Websites pacer.gov uscourts.gov washingtonlaws.org<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |
| Telephone:  (503)   703-5867 | |
| E-mail:   morganusarmy@live.com | |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
XXXX  Option 1:  CM/ECF user account registration for filing access CM/ECF Password
    (selection of this option automatically includes Option 2 below)
  Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
    Fed. R. Civ. P. 5
  By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L Morgan*   Date: 10/03/2012  10/03/2012
cc USDC ORDC 92cv1562 ORDC 93cv288  FLSD 09md2036  WAWD 10cv198  ORDC 11mc9267  WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon
CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| XX  Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR  97204<br>Fax: (503) 326-8010 | XX  Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR  97401<br>Fax: (541) 431-4109 | XX  Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____ |

O

03 OCT '12 14:17 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org  flordialaws.org  californialaws.org  weblaws.org





**USSC Re:** WAWD2DC : Western District of Washington 2nd Division US District of Washington
**ORSC Re:** Mult4DC : Multnomah County 4th District Court U.S. District of Oregon
**Case Name:** Arthur v. SLM Corporation, Morgan v. Sallie Mae, CEC Corporation, AOSS
**Case Number:** WAWD 10cv198  ORDC 11mc9267  Mult4DC 930201117  Mult4DC 930195088  9CA 93-35056  AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

    The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992, Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117
    As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).
    If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

> CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon

03 OCT '12 14:17 RECVD USDC-ORP
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )





Oregonlaws.org flordialaws.org Californialaw.org weblaws.org




CM/ECF Release Center
PACER
pp3576 CM / ECF 10-3096
Western Culinary Institute Le Cordon Bleu Program Portland
uscourt.gov
USDOL #1612485
Subway # 39099
GLOBAL COMPLIANCE OR-SOS Report
OREGON GOVERNMENT WASTE HOTLINE
BOLI




U.S. ARMY

| Case Name: Arthur v. SLM Corporation, AOSS  Morgan v. Sallie Mae, CEC Corporation, AOSS | Pro Se CM/ECF Password Application Self-Represented Instructions: pages 3, 4, Return pages 1 & 2 to Courts |
|---|---|
| Case No.: WAWD 10cv198, Mult4DC 930201117, et al Mult4DC 930195088, 9CA 93-35056, AOSS | Read accompanying information packet carefully completing & submitting this form. Jury Trial Demanded Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |
| Name: Brian, Lee, Morgan (First, Middle Initial, Last) Websites pacer.gov uscourts.gov washingtonlaws.org US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail: morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L Morgan*  Date: 10/03/2012  10/03/2012
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon
CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | **XX** Eugene Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | **XX** Medford Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent _____ App Docketed _____ |





03 OCT '12 14:20 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org flordialaws.org californialaws.org weblaws.org






**USSC Re:** ORDC3DC : Oregon Portland 3rd Division (ORP) U.S. Court District of Oregon
**ORSC Re:** Mult4DC : Multnomah County 4th District Court U.S. District of Oregon
**Case Name:** Morgan, In Re Brian L. Morgan, Jury Trial Demanded, et al, AOSS
**Case Number:** ORDC 11mc9267, Mult4DC 930201117, Mult4DC 930195088, 9CA 93-35056, AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )
**ORDC CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites washingtonlaws.org
- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon





03 OCT '12 14:19 RECVD USDC-ORP
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

CM/ECF Release Center
Oregonlaws.org flordialaws.org Californialaw.org weblaws.org



Oregon Courts
PACER  pp3576 CM / ECF 10-3096
Case Management  Electronic Case Files


Western Culinary Institute
Le Cordon Bleu Program
Portland
uscourt.gov
USDOL #1612485


LE CORDON BLEU
GASTRONOMY · HOSPITALITY · MANAGEMENT
Subway # 39099

GLOBAL COMPLIANCE  OR-SOS Report  OR-____
OREGON GOVERNMENT WASTE HOTLINE


BOLI

 U.S. ARMY


| Case Name: Morgan, In Re Brian L. Morgan, aoss | Pro Se CM/ECF Password Application Self-Represented |
|---|---|
| Case No.: ORDC 11mc9267 Mult4DC 930201117 et al, Mult4DC 930195088, 9CA 93-35056. AOSS | Instructions: pages 3, 4, Return pages 1 & 2 to Courts Read accompanying information packet carefully completing & submitting this form. Jury Trial Demanded Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |
| Name: Brian, Lee, Morgan (First, Middle Initial, Last) Websites pacer.gov uscourts.gov washingtonlaws.org US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 8006 SE Taggart St. ( Multnomah County 4th District ) Portland, Oregon 97206-1071 |
| Telephone: (503) 703-5867 | |
| E-mail: morganusarmy@live.com | |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX**  Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan _Brian L Morgan_  Date: 10/03/2012 10/03/2012
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon
CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | **XX** Eugene Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | **XX** Medford Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ |

0

03 OCT '12 14:22 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
oregonlaws.org flordialaws.org californialaws.org weblaws.org    U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )




**USSC Re: WAWD2DC** : Western District of Washington 2nd Division US District of Washington
**ORSC Re: Mult4DC** : Multnomah County 4th District Court U.S. District of Oregon
**Case Name:** United States of America v. City of Seattle, Morgan v. Mueller City of Portland, Morgan v Khan AOSS
**Case Number:** WAWD 12cv1282 ORDC 93cv288 Mult4DC 930201117 Mult4DC 930195088 9CA 93-35056 AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party ( Plaintiff(s) Non & Former Prisoner )
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts use if A Notice of Removal to Federal Court was Filed in State Courts use US Courts (uscourt.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As a self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Notice of Appeals of rights if Order Denied (CM/ECF)

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites washingtonlaws.org
- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 99
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies
- Provide information that can be found on a case docket

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) / Appellate Filter (Pro Se) USDC - Oregon

```
03 OCT '12 14:22 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )
```







Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

Oregon Courts
PACER   pp3576 CM / ECF 10-3096   BOLI
Western Culinary Institute / Le Cordon Bleu Program Portland
uscourt.gov
USDOL #1612485   Subway # 39099
GLOBAL COMPLIANCE   OR-SOS Report   OREGON GOVERNMENT WASTE HOTLINE
U.S. ARMY

| | |
|---|---|
| Case Name: United States of America v City of Settle, Morgan v Mueller City of Portland, Morgan v Khan aoss<br>Case No.: WAWD 12cv1282 ORDC 93cv288 Mult4DC 930201117 Mult4DC 930195088 9CA 93-35056, aoss | Pro Se CM/ECF Password Application Self-Represented<br>Instructions: pages 3, 4, Return pages 1 & 2 to Courts<br>Read accompanying information packet carefully completing & submitting this form. Jury Trial Demanded Plaintiff, Pro Se, Veteran, Videos, & Counter Claims |
| Name: Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>Websites pacer.gov uscourts.gov washingtonlaws.org<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail: morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

Signature: "/S/" Brian L. Morgan   *Brian L Morgan*   Date: 10/03/2012  10/03/2012

cc USDC ORDC 92cv1562 ORDC 93cv288  FLSD 09md2036  WAWD 10cv198  ORDC 11mc9267  WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012  CM/ECF Password Application (Pro Se) Appellate Filter (Pro Se) USDC – Oregon
CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | **XX** Eugene Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | **XX** Medford Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed:<br>Test Message:<br>Reg E-mail sent:<br>App Docketed: |

# ELECTRONIC FILING REGISTRATION FORM AND ELECTRONIC FILING AGREEMENT FOR PRO SE FILERS

Please fill out a registration form for **each case** you have before the Court, so we can activate your ability to file electronically in each of your cases.

03 OCT '12 14:21 RECVD USDC-ORP

FILED 12 OCT -3 PM 2:47

Brian Lee Morgan    US Courts Pacer # pp3576  and  US Courts Appellate Filter Username: morgan92cv1562
**Name**

Specialist Brian L. Morgan U.S. Army/ RA,    Federal Pilot Project I, I-A, I-B, I-AB et al, AOSS,    8006 SE Taggart St.
**Address**

Portland                              Oregon                       972061071
**City**                              **State**                    **Zip Code or Postal Code**

United States                 503-703-5867              US District Court WAWD 12cv1282
**Country**                   **Telephone Number**      **Case Number**

Primary E-mail morganusarmy@live.com  Backup E-mail specialistmorganusarmy9443@live.com
**E-mail Address**

RECEIVED CIRCUIT COURT MULTNOMAH COUNTY  12 OCT -3 PM 2:47 FILED

## ELECTRONIC FILING AGREEMENT

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://www.pacer.uscourts.gov/register.html.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

"s/"  Brian L. Morgan  _Brian L. Morgan_          Oct 3, 2012  10/03/2012
**Signature  (Type "s/" and your name)**             **Date Signed**

You must download Adobe Reader in order to save or print this form. Visit  http://www.adobe.com.

To E-mail Form:  Save a copy of this form to your hard drive and then send it as an attachment to:  cmecfreg@wawd.uscourts.gov.

To Mail Form: Print this form and mail it to  **Clerk, U.S. District Court, Western District of Washington**
                                             **ATTN: ECF Registration**
                                             **700 Stewart Street Suite 2310**
                                             **Seattle, WA 98101**

For assistance with this form, call the ECF Support Team at 1-866-323-9293

# ELECTRONIC FILING REGISTRATION FORM AND ELECTRONIC FILING AGREEMENT FOR PRO SE FILERS

03 OCT '12 14:18 RECVD USDC-ORP

Please fill out a registration form for **each case** you have before the Court, so we can activate your ability to file electronically in each of your cases.

| Brian Lee Morgan    US Courts Pacer # pp3576   and   US Courts Appellate Filter Username: morgan92e1562 |
|---|
| **Name** |

| Specialist Brian L. Morgan U.S. Army/ RA ,    Federal Pilot Project I, I-A, I-B, I-AB, et al, AOSS,    8006 SE Taggart St. |
|---|
| **Address** |

| Portland | Oregon | 972061071 |
|---|---|---|
| **City** | **State** | **Zip Code or Postal Code** |

| United States | 503-703-5867 | US District Court WAWD 10cv198 |
|---|---|---|
| **Country** | **Telephone Number** | **Case Number** |

Primary E-mail morganusarmy@live.com  Backup E-mail specialistmorganusarmy9443@live.com
**E-mail Address**

## ELECTRONIC FILING AGREEMENT

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://www.pacer.uscourts.gov/register.html.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| "s/" Brian L. Morgan | Oct 3, 2012  10/03/2012 |
|---|---|
| **Signature  (Type "s/" and your name)** | **Date Signed** |

You must download Adobe Reader in order to save or print this form. Visit  http://www.adobe.com.

To E-mail Form:  Save a copy of this form to your hard drive and then send it as an attachment to:  cmecfreg@wawd.uscourts.gov.

To Mail Form: Print this form and mail it to  Clerk, U.S. District Court, Western District of Washington
ATTN:  ECF Registration
700 Stewart Street Suite 2310
Seattle, WA 98101

For assistance with this form, call the ECF Support Team at 1-866-323-9293