UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT            )
OVERDRAFT LITIGATION               )
                                   )
MDL No. 2036                       )
Fourth Tranche                     )
_____)
                                   )
THIS DOCUMENT RELATES TO:          )
                                   )
*Shane Swift v. BancorpSouth, Inc.*,[1]  )
S.D. Fla. Case No. 1:10-cv-23872-JLK )
_____ )

**BANCORPSOUTH'S NOTICE REGARDING DATA PRODUCTION**

Pursuant to Paragraph 9 of the Stipulation and Order Establishing Protocol For Completion of Production of Transactional Data, Plaintiffs' Transactional Data Expert Report, Discovery and Motion Practice Associated with Plaintiffs' Transactional Data Expert and Report, and Class Notice (DE # 2965), Defendant BancorpSouth Bank ("BancorpSouth") hereby notifies the Court that BancorpSouth completed its TREEV data production on October 2, 2012 and certified the same to Plaintiff's counsel.

---

[1] BancorpSouth, Inc. is not a proper defendant in this matter. Counsel for Swift and BancorpSouth Bank discussed the proper BancorpSouth entity to name in this matter in 2010, and Swift properly identified the defendant herein as BancorpSouth Bank in his Second Amended Complaint (Doc. 994).

Respectfully submitted this 12th day of October, 2012.

      **PARKER, HUDSON, RAINER & DOBBS LLP**

      */s/ Eric Jon Taylor*
Eric Jon Taylor
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

*Counsel for Defendant BancorpSouth Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing **BANCORPSOUTH'S NOTICE REGARDING DATA PRODUCTION** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record entitled to receive service.

This 12th day of October, 2012.

/s/ *Eric Jon Taylor*
Eric Jon Taylor

2545348_1