**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dasher v. RBC Bank (USA)*
S.D. Fla. Case No. 1:10-cv-22190-JLK

*Avery v. RBC Bank (USA)*
E.D.N.C., Case No. 5:10-329

**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING
SCHEDULE FOR BRIEFING ON RENEWED ARBITRATION MOTION**

1. This Stipulation is entered into by and among the parties to the above-captioned actions to amend the current schedule for further briefing upon the close of the arbitration-related discovery permitted by the Court's December 5, 2011, Order Deferring Ruling on Motion to Compel Arbitration, Granting Time to Conduct Limited Arbitration-Related Discovery ("Order") (DE # 2191).

2. The Court previously approved the parties' stipulation regarding the briefing schedule, which set October 12, 2012, as the deadline for simultaneous initial briefs (with the respective briefs being no longer than 20 pages in length) and set October 24, 2012, as the deadline for simultaneous responsive briefs (with these briefs being no longer than 15 pages in length). *See* Stipulation and Order Establishing Schedule for Briefing and Proceedings on Renewed Arbitration Motion (DE # 2976).

3.	The parties request that the Court modify the above briefing schedule slightly to make the initial briefs due on or before October 15, 2012, and the responsive briefs due on October 29, 2012.

4.	This stipulation and request is made jointly in good faith and not for purposes of delay. No party's interests will be harmed by the Court's approval of this proposed stipulation.

Dated:  October 12, 2012.

| | |
|---|---|
| /s/ Robert C. Gilbert<br>Robert C. Gilbert, Esquire<br>Florida Bar No. 561861<br>rcg@grossmanroth.com<br>Stuart Z. Grossman, Esquire<br>Florida Bar No. 156113<br>szg@grossmanroth.com<br>David M. Buckner, Esquire<br>Florida Bar No. 60550<br>dbu@grossmanroth.com<br>Seth E. Miles, Esquire<br>Florida Bar No. 385530<br>sem@grossmanroth.com<br>GROSSMAN ROTH, P.A.<br>2525 Ponce de Leon Boulevard<br>Eleventh Floor<br>Coral Gables, FL 33134<br>Tel: 305-442-8666<br>Fax: 305-779-9596 | /s/ Christopher S. Carver<br>Christopher S. Carver, Esquire<br>Florida Bar No. 993580<br>ccarver@akerman.com<br>Stacy J. Harrison, Esquire<br>Florida Bar No. 44109<br>stacy.harrison@akerman.com<br>AKERMAN SENTERFITT<br>One S.E. Third Avenue — 25th Floor<br>Miami, FL 33131-1714<br>Tel.: 305-374-5600<br>Fax: 305-374-5095<br><br>*Counsel for Defendant RBC Bank (USA)* |

*Coordinating Counsel for Plaintiffs*

## ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as an Order of the Court at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this ____ day of October, 2012.

_____
**JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day either by Notice of Electronic filing generated by CM/ECF or by U.S. mail on all counsel of record entitled to receive service.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596