FILED by _____ D.C.
OCT 12 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA - MIAMI

12 OCT -9 PM 12:04

09 OCT '12 11:18 RECVD USDC-ORP
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA  Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org flordialaws.org californialaws.org weblaws.org

**FLSD1DC** : Florida Southern District 1st Division **USDC FL USSC C #**
**Mult4DC** : Multnomah County 4th District U.S. District of **Oregon OR ORSC C #**
**Case Name:** In Re: Checking Account Overdraft Litigation, BLMorgan v. JPMorgan Chase, BofA, BofTW, AOSS
**Case Number:** FLSD 09md2036 ORDC 92cv288 Mult4DC 930201117 Mult4DC 930195088, 9CA 93-35056, AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)

The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the (uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc  ORSC, 9CA, 11CA,  CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As SR self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements/conditions for option you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied ).

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites  washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies  ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket



Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282



09 OCT '12 11:17 RECVD USDC-ORP
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org  U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

FLSA BOLI

pp3576 CM / ECF 10-3096

Western Culinary Institute
Le Cordon Bleu Program
Portland
uscourts.gov
Celebrating 25 Years of Educational Excellence
UFCW 555 k21 USDOL #1612485 Subway # 39099
GLOBAL OR-SOS-Report
COMPLIANCE ORE-11-01-0002



| Case Name: BLMorgan v, JPMorgan Chase BofA BofTW | Pro Se CM/ECF Passwords Applications Self-Represented |
|---|---|
| In Re: Checking Account Overdraft Litigation, AOSS | Instructions RofS1pg2Courts (SR) Jury Trial Demanded |
| Case No: FLSD 09mc2036 ORDC 92cv288 ea al Mult4DC 930201117, Mult4DC 930195088, 9CA 93-35056, AOSS | Plaintiff ProSe Veteran Videos CounterClaims1292-0193 USSC C #                ORSC C # |
| Name: Brian, Lee, Morgan (First, Middle Initial, Last) Websites pacer.gov uscourts.gov washingtonlaws.org US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail: morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L Morgan*   Date: 10/09/2012  10/09/2012
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC
CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland 3rd Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | **XX** Eugene 1st Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | **XX** Medford 2nd Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ USSC Docketed: _____ |

pp-I-AB GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov



CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

uscourts.gov  pacer.gov oregonlaws.org  flordialaws.org  californialaw.org  washingtonlaw.org  weblaws.org

pacer.gov CM/ECF Password Registration Application (Pro Se) Self-Represented Party (Non-prisoner) Options

pacer.gov CM/ECF Password Registration Application Appellate Filter (Pro Se) Self-Represented (Non-prisoner)

# Jury Trial Demand, Self-Represented Party (Pro Se) Advice from the Clerk's Office

The us court manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)
Note A Clerk's Office staff cannot give "legal advice" or "practice law" as they are prohibited under
Title 28 U.S.C. Section 955. Therefore, Clerk's Office personnel **cannot**:

- Explain the meaning of a specific rule
- Make an interpretation of case law
- Explain the result of taking or not taking an action in a case
- Answer whether jurisdiction is proper in a case
- Answer whether a complaint properly presents a claim
- Provide advice on the best procedure to accomplish a particular objective

Note B under Title 28 U.S.C. Section 955 Clerk's Office staff **can** provide information such as:

- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies   ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket

Option 1:  CM/ECF User Account Registration ; Jury Trial Demand (Pro Se)
   This option is a request for privileges to allow you to become a Registered User so you may file documents electronically in your case and receive service of electronically filed documents via CM/ECF.
   The CM/ECF system must be used in conjunction with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice, and the administrative orders and policies of the United States District Court for the District of Oregon.

In order to file documents electronically, you will need the following:
- A personal computer running either the Windows or Apple operating platforms;
- Internet access through an Internet service provider using Point to Point Protocol (PPP);
- A compatible browser[1] that supports 128 bit encryption and has Javascript and cookies enabled;
- A Portable Document Format (PDF)-compatible word processor such as Microsoft Word or Corel WordPerfect;
- Software to convert documents from a word processor format to PDF format, such as Adobe Acrobat PDF Writer

Instructions: page 3 of 4, Return pages 1-2 to Court(s) Multnomah County 4th District Court of USDC OR Mult4DC

pp-I-AB  GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov
BLM Rev. Oct, 2012 CM/ECF Passwords Application (ProSe) /Appellate Filter (ProSe) USDC OR Mult4DC

OC

- Software to read PDF documents (Adobe Acrobat Reader is available at no cost);
- Access to a flatbed scanner with sheet feeder if paper documents need to be imaged before being uploaded into the system;
- An e-mail account; and
- A Public Access to Court Electronic Records (PACER) Service account. The Judicial Conference of the United States has approved a schedule of fees to be charged for electronic records access by users of the CM/ECF system.

  This requires a PACER account in addition to a CM/ECF user account. Registered users get "one free look" at documents when they receive the initial notice of electronic filing (NEF) by e-mail; at that time you can download and save the electronic file at no charge. However, subsequent views of filed documents will result in a charge to you. Contact the PACER Service Center at <pacer.psc.uscourts.gov> or call the Pacer Service Center at 800-676-6856 or (210) 301-6440. See the court's website at <ord.uscourts.gov> for additional information about this requirement.

- You are also required to complete the electronic filing tutorials available on the Court's website at <ord.uscourts.gov> and submit the certificates of completion with this application.

If you are approved for CM/ECF user registration, you will be issued a participant's login and password. The use of this login and password constitutes your "signature" pursuant to Fed. R. Civ. P. 11 on all submissions made via the CM/ECF system. Your documents must also conform with LR 11-1, and the signature line on the documents must reflect your signature as "s/ your typed name."

You must take appropriate steps to protect your CM/ECF login and password. If the login and password become compromised, the Court must be immediately notified.

NOTE A: Registration as a CM/ECF user for filing purposes under this option also constitutes your consent to receive service by electronic means as substitute for service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and LR 100-8. You will NOT receive paper copies of any documents filed by other parties or the Court in your case; all documents will be in electronic format ( expect paper documents filed requirement by LAW, PACER, CM/ECF & The Court(s)

NOTE B: "Notice of Appeals of Rights " If you are not approved for CM/ECF registration or if you choose not to apply for this option, you must deliver to the Clerk's Office paper copies of documents required or permitted to be filed in this Court for docketing in the record of the case. You must also serve paper copies of your documents on the opposing parties in your case.

Option 2: Consent to electronic service of filings and notice via CM/ECF, Jury Trial Demand (Pro Se)

This option allows you to request to receive electronic notice via e-mail when filings are made in your case. You are consenting that such notice constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E) of such filings upon you as noted above; you will not receive paper copies of documents from the other party. This option does NOT allow you to file documents electronically with the Court. You must submit your filings in paper form and serve paper copies of your documents on the opposing parties in the case.

This option also requires a PACER Service account (as explained above) and allows viewing access to the documents in your case. PACER issues a separate login and password for this purpose. You will not receive a CM/ECF login from this Court.

You must maintain a valid e-mail account and are responsible for checking it regularly to be aware of court filings.

------------------------------------------------------

[1] CM/ECF tested for use with Mozilla Firefox and Internet Explorer version 7 or 8. & Apple Version's (Jobs) uscourts.gov pacer.gov oregonlaws.org flordialaws.org californialaw.org washingtonlaw.org weblaws.org newyorklaws.org texaslaws.org Note Safari, Opera, Google Chrome have not been tested for use with CM/ECF Instructions: page 4 of 4. Return pages 1-2 to Court(s) Multnomah County 4th District Court of USDC OR Mult4DC

pp-I-AB  GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov
BLM Rev. Oct, 2012 CM/ECF Passwords Application (ProSe) /Appellate Filter (ProSe) USDC OR Mult4DC

OC

12 OCT -9 PM 12:04






09 OCT '12 11:12 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )

oregonlaws.org  flordialaws.org  californialaws.org  weblaws.org   U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA   Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )





**ORDC3DC :** Oregon Portland  3rd Division (ORP) **USDC OR USSC C #**
**Mult4DC :** Multnomah County 4th District Court **USDC OR ORSC C #**
**Case Name:** Morgan v. Harden, et al, Fred Meyers, K K & R, Inc., Kroger Co., Mueller, Katz, Khan, Frye, Olson Campbell, AOSS
**Case Number:** ORDC 92cv1562 & 93cv288, Mult4DC 930195088 & 930201117, 9CA 93-35056 AOSS

**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)
The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the (uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to  the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ).
U.S. Courts maintains paper files requirement available Court's website uscourts.gov  (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc  ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 93020111

As SR self-represented party , non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements/conditions for option you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied )

---
CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply
---

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ).  New Websites  washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B:  Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies  ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket

 O C

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282



09 OCT '12 11:12 RECVD USDC-ORP
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

Oregon Courts  24660  FLSA  BOLI
PACER  pp3576 CM / ECF 10-3096
Western Culinary Institute Le Cordon Bleu Program Portland  uscourts.gov
UFCW 555 k21 USDOL #1612485 Subway # 39099
GLOBAL COMPLIANCE  OR-SOS-Report ORE-11-01-0002  OREGON GOVERNMENT WASTE HOTLINE



| Case Name: Morgan v. Harden, et al, Mueller, Khan | Pro Se CM/ECF Passwords Applications Self-Represented |
|---|---|
| Case No.: ORDC 92cv1562, 93cv288 et al, Mult4DC 930201117 Mult4DC930195088, 9CA 9335056 aoss | Instructions RofS1pg2Courts (SR) Jury Trial Demanded Plaintiff ProSe Veteran Videos CounterClaims1292-0193 USSC C #       ORSC C # |
| Name: Brian, Lee, Morgan (First, Middle Initial, Last) Websites pacer.gov uscourts.gov washingtonlaws.org US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail: morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L Morgan*    Date: 10/09/2012  *10/09/2012*
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland 3rd Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | **XX** Eugene 1st Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | **XX** Medford 2nd Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ USSC Docketed: _____ |

pp-I-AB GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov






09 OCT '12 11:11 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA  Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**ORDC3DC :** Multnomah County 4th District Court **USDC OR ORSC C #**
**Mult4DC :** Oregon Portland 3rd Division (ORP) **USDC OR USSC C #**
**Case Name:** Morgan v. Mueller, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Khan, AOSS
**Case Number:** Mult4DC 930201117 Mult4DC 930195088 WAWD 12cv1282 ORDC 93cv288, 92cv1562, 9CA 93-35056 aoss
**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)
The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the (uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc  ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As SR self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements/conditions for option you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied )

> CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ).  New Websites  washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies  ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket





```
09 OCT '12 11:10 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )
```

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org




pp3576 CM / ECF 10-3096

Western Culinary Institute
Le Cordon Bleu Program
Portland uscourts.gov
UFCW 555 k21 USDOL #1612485  Subway # 39099
GLOBAL  OR-SOS-Report
COMPLIANCE  ORE-11-01-0002   OREGON GOVERNMENT WASTE HOTLINE

  

| Case Name: Morgan v. Mueller, et al, Khan AOSS | Pro Se CM/ECF Passwords Applications Self-Represented |
|---|---|
| Case No.: Mult4DC 930201117, Mult4DC930195088  WAWD 12cv1282  ORDC 93cv288 aoss  ORDC 92cv1562, 9CA 9335056 et al , | Instructions RofS1pg2Courts (SR) Jury Trial Demanded  Plaintiff ProSe Veteran Videos CounterClaims1292-0193  USSC C #            ORSC C # |
| Name: Brian, Lee, Morgan  (First, Middle Initial, Last)  Websites pacer.gov uscourts.gov washingtonlaws.gov  US Courts Federal & States Pacer # pp3576  US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address:  Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA  Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB  et al, AOSS, US Courts Federal States Pacer # pp3576  US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail: morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
    (selection of this option automatically includes Option 2 below)
  Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
    Fed. R. Civ. P. 5
  By signing this form, I agree to abide by the requirements and conditions for the option
selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L. Morgan*     Date: 10/09/2012  10/09/2012

cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC
CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland 3rd Division  Clerk, US District Court  Attn: CM/ECF Register  1000 SW Third Ave.  Ste. 740  Portland, OR  97204  Fax: (503) 326-8010 | **XX** Eugene 1st Division  Clerk, US District Court  Attn: CM/ECF Register  405 East Eighth Ave.  Eugene, OR  97401  Fax: (541) 431-4109 | **XX** Medford 2nd Division  Clerk, US District Court  Attn: CM/ECF Register  310 West Sixth St.  Medford, OR  97501  Fax: (541) 608-8779 | Court use only:  Processed: _____  Test Message: _____  Reg E-mail sent: _____  App Docketed: _____  USSC Docketed: _____ |

pp-I-AB  GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov




12 OCT -9 PM 12: 04

   

09 OCT '12 11:15 RECVD USDC-ORP
CID # 47478407691  ID # 502604  EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org flordialaws.org californialaws.org weblaws.org



pp3576 CM / ECF 10-3096

 

UFCW 555 k21 USDOL # 1612485  Subway # 39099
GLOBAL OR-SOS-Report
COMPLIANCE ORE-11-01-0002

**ORDC3DC :** Oregon Portland 3rd Division (ORP) **USDC OR USSC C #**
**Mult4DC :** Multnomah County 4th District Court **USDC OR ORSC C #**
**Case Name:** Morgan v. Khan, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Mueller, AOSS
**Case Number:** ORDC 93cv288 & 92cv1562, Mult4DC 930195088 & 930201117, 9CA 93-35056 AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)
The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file
documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the
(uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required
to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter
"Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF
system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ).
U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d)
Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all
Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC
(OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As SR self-represented party , non-prisoner, you may Note A (1) apply for a user account which will allow
you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic
service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each
option is explained on the following pages, and you must mark on the application form on the next page the option
for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES
EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either
CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements/conditions for option
you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied )

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements
indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office
( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ).  New Websites  washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B:  Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies  ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket



OC

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

```
09 OCT '12 11:13 RECVD USDC-ORP
```

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

   

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

Oregon Courts 24660
PACER
pp3576 CM/ECF 10-3096
Western Culinary Institute  Le Cordon Bleu
Portland uscourts.gov
UFCW 555 k21 USDOL #1612485 Subway # 39099
GLOBAL OR-SOS-Report
COMPLIANCE ORE-11-01-0002
FLSA BOLI
OREGON GOVERNMENT WASTE HOTLINE

  

| Case Name: Morgan v. Khan, et al, Mueller, AOSS<br>Case No. ORDC 93cv288, ORDC 92cv1562 et al,<br>Mult4DC930195088, 930201117, 9CA 93-35056 aoss | Pro Se CM/ECF Passwords Applications Self-Represented<br>Instructions RofS1pg2Courts (SR) Jury Trial Demanded<br>Plaintiff ProSe Veteran Videos CounterClaims1292-0193<br>USSC C #         ORSC C # |
|---|---|
| Name: Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>Websites pacer.gov uscourts.gov washingtonlaws.org<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB<br>et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail: morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan *Brian L Morgan*   Date: 10/09/2012 10/09/2012
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland 3rd Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | **XX** Eugene 1st Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | **XX** Medford 2nd Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____<br>USSC Docketed: _____ |
|---|---|---|---|

pp-I-AB GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov

OC



12 OCT -9 PM 12:04



09 OCT '12 11:17 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )

oregonlaws.org flordialaws.org californialaws.org weblaws.org   U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA   Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )



**ORDC3DC :** Multnomah County 4th District Court **USDC OR ORSC C #**
**Mult4DC :** Oregon Portland 3rd Division (ORP) **USDC OR USSC C #**
**Case Name:** Oregon, Mueller, Khan v. Morgan, Counter Claims v. Mueller, et al, Harden, Fred Meyers, K K & R, Inc., Kroger Co., Khan, aoss
**Case Number:** Mult4DC 930195088 Mult4DC 930201117 WAWD 12cv1282 ORDC 93cv288, 92cv1562, 9CA 93-35056 aoss
**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)
The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file
documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)
   The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the
(uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required
to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter
"Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF
system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ).
U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d)
Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all
Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC
(OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117
   As SR self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow
you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic
service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each
option is explained on the following pages, and you must mark on the application form on the next page the option
for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES
EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either
CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).
   If this application is approved by the Court, you agree to abide by the requirements/conditions for option
you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied)

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements
indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office
( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ).  New Websites  washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B:  Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies  ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket



Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC








09 OCT '12 11:16 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

FLSA  BOLI

pp3576 CM / ECF 10-3096
Electronic Case Files

Western Culinary Institute  LE CORDON BLEU
UFCW 555 k21 USDOL #1612485 Subway # 39099
GLOBAL OR-SOS-Report
COMPLIANCE ORE-11-01-0002   OREGON GOVERNMENT WASTE HOTLINE

| Case Name: Oregon, Mueller, Khan v. Morgan et al. CounterClaims, et al. v. Mueller, Khan, Harden, et al Case No: Mult4DC 930195088, Mult4DC930201117 WAWD12cv1282 ORDC92cv288 9CA9335056 aoss | Pro Se CM/ECF Passwords Applications Self-Represented Instructions RofS1pg2Courts (SR) Jury Trial Demanded Plaintiff ProSe Veteran Videos CounterClaims1292-0193 USSC C #            ORSC C # |
|---|---|
| Name: Brian, Lee, Morgan (First, Middle Initial, Last) Websites pacer.gov uscourts.gov washingtonlaws.org US Courts Federal & States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address: Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576 US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) Portland, Oregon 97206-1071 |
| E-mail: morganusarmy@live.com | |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX** Option 1:  CM/ECF user account registration for filing access CM/ECF Password
   (selection of this option automatically includes Option 2 below)
Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
   Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L Morgan*   Date: 10/09/2012  10/09/2012
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC
CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland 3rd Division Clerk, US District Court Attn: CM/ECF Register 1000 SW Third Ave. Ste. 740 Portland, OR 97204 Fax: (503) 326-8010 | **XX** Eugene 1st Division Clerk, US District Court Attn: CM/ECF Register 405 East Eighth Ave. Eugene, OR 97401 Fax: (541) 431-4109 | **XX** Medford 2nd Division Clerk, US District Court Attn: CM/ECF Register 310 West Sixth St. Medford, OR 97501 Fax: (541) 608-8779 | Court use only: Processed: _____ Test Message: _____ Reg E-mail sent: _____ App Docketed: _____ USSC Docketed: _____ |

pp-I-AB  GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov



12 OCT -9 PM 12:04

   

09 OCT '12 11:19 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )

oregonlaws.org flordialaws.org californialaws.org weblaws.org   U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA  Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

  

**WAWD2DC** : Western District of Washington 2nd Division **USDC WA USSC C #**
**Mult4DC** : Multnomah County 4th District U.S. District of **Oregon OR ORSC C #**
**Case Name:** Arthur v. SLM Corporation, Morgan v. Sallie Mae, CEC Corporation, AOSS
**Case Number:** WAWD 10cv198 ORDC11mc9267 Mult4DC 930201117 Mult4DC 930195088 9CA 93-35056 AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)
The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)

The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the (uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ). U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

As SR self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).

If this application is approved by the Court, you agree to abide by the requirements/conditions for option you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied)

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket



Instructions: page 1 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
RLM Rev. Oct 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

09 OCT '12 11:19 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )









Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

| Case Name: Arthur v. SLM Corporation, AOSS<br>Morgan v. Sallie Mae, CEC Corporation, AOSS<br>Case No.: WAWD 10cv198, Mult4DC 930201117, et al<br>ordc 93cv288, Mult4DC 930195088, 9CA 93-35056, | Pro Se CM/ECF Passwords Applications Self-Represented<br>Instructions RofS1pg2Courts (SR) Jury Trial Demanded<br>Plaintiff ProSe Veteran Videos CounterClaims1292-0193<br>USSC C #                  ORSC C # |
|---|---|
| Name: Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>Websites pacer.gov uscourts.gov washingtonlaws.org<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB<br>et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503) 703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail: morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX**  Option 1: CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L Morgan*   Date: 10/09/2012  10/09/2012
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland 3rd Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | **XX** Eugene 1st Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | **XX** Medford 2nd Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____<br>USSC Docketed: _____ |

pp-I-AB  GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov



OC

12 OCT -9 PM 12:04






09 OCT '12 11:22 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )

oregonlaws.org flordialaws.org californialaws.org weblaws.org
U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA  Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )




Oregon Courts  08 24660
PACER  pp3576 CM / ECF 10-3096  Electronic Case Files
Western Culinary Institute Le Cordon Bleu Program Portland uscourts.gov
UFCW 555 k21 USDOL # 1612485   Subway # 39099
GLOBAL  OR-SOS-Report
COMPLIANCE-ORE-11-01-0002
OREGON GOVERNMENT WASTE HOTLINE
morgan92cv1562  U.S.ARMY

**ORDC3DC :** Oregon Portland  3rd Division (ORP) **USDC OR USSC C #**
**Mult4DC :** Multnomah County 4th District Court **USDC OR ORSC C #**
**Case Name:** Morgan, In Re Brian L. Morgan, Jury Trial Demanded, et al, AOSS
**Case Number:** ORDC 11mc9267 ORDC 93cv288 Mult4DC 930201117 Mult4DC 930195088 9CA 93-35056, AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)
The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)

    The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the (uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records" Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to  the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ).
U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117

    As SR self-represented party, non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).
    If this application is approved by the Court, you agree to abide by the requirements/conditions for option you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied )

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777 ). New Websites  washingtonlaws.org

- Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
- Note B: Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
- Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
- Provide information as to compliance with this Court's policies ex.(ecf.gud.uscourts.gov)
- Provide information that can be found on a case docket



OC

Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)  Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

   

09 OCT '12 11:21 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

Oregon Courts   08 24660   FLSA BOLI
Case Management
PACER   pp3576 CM/ECF 10-3096
Electronic Case Files
Western Culinary Institute Le Cordon Bleu Program Portland   LE CORDON BLEU
uscourts.gov
UFCW 555 k21 USDOL #1612485 Subway # 39099
GLOBAL COMPLIANCE   OR-SOS-Report   ORE-11-01-0002
OREGON GOVERNMENT WASTE HOTLINE





| Case Name: Morgan, In Re Brian L. Morgan, aoss<br>Case No.: ORDC 11mc9267 ORDC 93cv288 et al aoss<br>. Mult4DC930201117 Mult4DC930195088,<br>9CA 93-35056. et al. AOSS | Pro Se CM/ECF Passwords Applications Self-Represented<br>Instructions RofS1pg2Courts (SR) Jury Trial Demanded<br>Plaintiff ProSe Veteran Videos CounterClaims1292-0193<br>USSC C #                    ORSC C # |
|---|---|
| Name:  Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>Websites pacer.gov uscourts.gov washingtonlaws.org<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 | Pro Se CM/ECF Password Mailing Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA<br>Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB<br>et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562 |
| Telephone: (503)  703-5867 | 8006 SE Taggart St. ( Multnomah County 4th District ) |
| E-mail:  morganusarmy@live.com | Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117
**XXXX**  Option 1:  CM/ECF user account registration for filing access CM/ECF Password
(selection of this option automatically includes Option 2 below)
Option 2:  Consent to electronic service of filings and notice via CM/ECF pursuant to
Fed. R. Civ. P. 5
By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.
Signature: "/S/" Brian L. Morgan  *Brian L. Morgan*   Date: 10/09/2012  *10/09/2012*
cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282
Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon
BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

CM/ECF Mail, Fax, Email pages(certifications of Services **En Banc** to Court(s), Party(ies), Public, all others, OJIN)

| **XX** Portland 3rd Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | **XX** Eugene 1st Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | **XX** Medford 2nd Division<br>Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Court use only:<br>Processed: _____<br>Test Message: _____<br>Reg E-mail sent: _____<br>App Docketed: _____<br>USSC Docketed: _____ |
|---|---|---|---|

pp-I-AB  GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov



12 OCT -9 PM 12:05



09 OCT '12 11:24 RECVD USDC-ORP
CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
FLSA   Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

oregonlaws.org flordialaws.org californialaws.org weblaws.org

**WAWD2DC** : Western District of Washington 2nd Division **USDC WA USSC C #**
**Mult4DC** : Multnomah County 4th District U.S. District of **Oregon OR ORSC C #**
**Case Name:** United States of America v. City of Seattle, Morgan v. Mueller Police City of Portland , Morgan v Khan, AOSS
**Case Number:**   WAWD 12cv1282 ORDC 93cv288 Mult4DC 930201117 Mult4DC 930195088  9CA 93-35056 AOSS
**Pro Se CM/ECF** Password Applications Self-Represented Party(ies) SR, Plaintiff(s) Non & Former Prisoner)
**WAWD CM/ECF** Password Applications (Pro Se) & **9CA CM/ECF & USSC CM/ECF** Appellate Filter (Pro Se)
**Self-Represented Party, Jury Trial Demand,** (Pro Se) (Veteran) (YouTube Videos 12/92, 01/93) (Counter Claims)
The uscourts manages procedures for electronic filing, all electronic public, SR, ProSe, Judges all courts staff access aoss to case file documents ACCESS OCCURS ONLY IS THROUGH A pacer.gov login is required, B in addition the password issued by the court(s)
  The United States Courts ( District ) ( Circuit ) ( Bankruptcy ) ( Appeals ) ( USSC ) ( District of Oregon )
Note A: The Local State Courts if used A Notice of Removal to US District Court Filed in State District Courts use the (uscourts.gov) ( pacer.gov ) Systems "Public Access Courts Electronic Records"  Requires Register Access & Required to Combined with (CM/ECF) Access with the federal judiciary's (Appellate (District)(CM/ECF)) Pacer Appellate Filter "Case Management/Electronic Case Files" system to support electronic filing, service, and access to  the CM/ECF system contains the official court records of proceedings ( OAH ) ( Mult4DC(ORDC)) ( ORCC ) ( ORCA ) ( ORSC ).
U.S. Courts maintains paper files requirement available Court's website uscourts.gov (See Local Rule [LR] 100-5(d) Mail, Fax, Email, OJIN, Pacer, CM/ECF  Certifications of Services En Banc Return of Service pages 1 and 2 to all Court(s), Clerk(s), Judge(s), Party(ies), Public, all Others AOSS Note B: En Banc  ORSC, 9CA, 11CA, CAAF, USSC (OJIN) et al, Granted IFP 12/1992 , Granted 05/2011 Deferments All Costs Bills Fees Forward to Mult4DC 930201117
  As SR self-represented party , non-prisoner, you may Note A (1) apply for a user account which will allow you to file documents electronically with the Court through the CM/ECF system or Note B (2) consent to electronic service of documents upon you via e-mail from the CM/ECF system when documents are filed in your case. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying. ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE. You will be notified by the Court with a Written Order whether your application was either CM/ECF Court Order Approved or CM/ECF Court Denied Order all Orders will be docketed in case(s) (CM/ECF).
  If this application is approved by the Court, you agree to abide by the requirements/conditions for option you select as explained on the following pages.( Notice of Appeals of Rights if CM/ECF Order is Denied )

CAUTION: If you are in prison or are unable or unwilling to abide by any of the applicable requirements indicated, you should NOT submit this application Note AB: If you're a Former Prisoner you may apply

Answers to other questions you may find on Court's internet site: ord.uscourts.gov or you may call the Clerk's Office ( Portland: 503-326-8000; Eugene:  541-431-4100; Medford: 541-608-8777 ).  New Websites  washingtonlaws.org
  • Note A Clerk's Office staff cannot give "legal advice" or "practice law" prohibited under title usc sec 995
  • Note B:  Clerk's Office staff **can** provide information such as Under : Title 28 U.S.C, Section 955
  • Instructions on how to execute a task (e.g., number of copies, use of forms, etc)
  • Provide information as to compliance with this Court's policies  ex.(ecf.gud.uscourts.gov)
  • Provide information that can be found on a case docket



Instructions: page 1 of 4, Return pages 1 & 2 to Court (s)   Multnomah County 4th District Court of USDC - Oregon
cc. USDC: ORDC 92cv1562, ORDC 93cv288, FLSD 09md2036, WAWD 10cv198, ORDC 11mc9267, WAWD 12cv1282
BLM Rev. Oct. 2012  CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

09 OCT '12 11:23 RECD USDC-ORP

CID # 47478407691 ID # 502604 EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

CM/ECF Release Center

Oregonlaws.org flordialaws.org Californialaw.org weblaws.org

Oregon Courts 24660 United States Court of Appeals for the Armed Forces Case Management FLSA BOLI

PACER pp3576 CM / ECF 10-3096 Electronic Case Files

Western Culinary Institute Le Cordon Bleu Program Portland uscourts.gov Le Cordon Bleu

UFCW 555 k21 USDOL #1612485 Subway # 39099

Global Compliance OR-SOS-Report ORE-11-01-0002 OREGON GOVERNMENT WASTE HOTLINE

U.S. ARMY

| | |
|---|---|
| Case Name: United States of America v City of Settle, Morgan v Mueller City of Portland, Morgan v Khan aoss<br>Case No.: WAWD 12cv1282 ORDC 93cv288 Mult4DC 930201117 Mult4DC 930195088 9CA 93-35056, aoss | Pro Se CM/ECF Passwords Applications Self-Represented Instructions RofS1pg2Courts (SR) Jury Trial Demanded Plaintiff ProSe Veteran Videos CounterClaims1292-0193<br>USSC C # ORSC C # |
| Name: Brian, Lee, Morgan<br>(First, Middle Initial, Last)<br>Websites pacer.gov uscourts.gov washingtonlaws.org<br>US Courts Federal & States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>Telephone: (503) 703-5867<br>E-mail: morganusarmy@live.com | Pro Se CM/ECF Password Mailing Address:<br>Brian Lee Morgan, ( Pro Se ) Specialist US Army/RA Plaintiff Federal & States Pilot Project I, I-A, I-B, I-AB et al, AOSS, US Courts Federal States Pacer # pp3576<br>US Courts Appellate Filter Username: morgan92cv1562<br>8006 SE Taggart St. ( Multnomah County 4th District )<br>Portland, Oregon 97206-1071 |

I request the following service: Granted IFP 12/92 Deferment 05/11 All Costs Bills Fees Forward Mult4DC 920201117

**XXXX** Option 1: CM/ECF user account registration for filing access CM/ECF Password (selection of this option automatically includes Option 2 below)

Option 2: Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5

By signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.

Signature: "/S/" Brian L. Morgan *Brian L Morgan* Date: 10/09/2012 *10/09/2012*

cc USDC ORDC 92cv1562 ORDC 93cv288 FLSD 09md2036 WAWD 10cv198 ORDC 11mc9267 WAWD12cv1282

Instructions: page 2 of 4, Return pages 1 & 2 to Court (s) Multnomah County 4th District Court of USDC-Oregon

BLM Rev. Oct. 2012 CM/ECF Passwords Application (ProSe) Appellate Filters(ProSe) USDC OR Mult4DC

CM/ECF Mail, Fax, Email pages(certifications of Services En Banc to Court(s), Party(ies), Public, all others, OJIN)

| XX Portland 3rd Division | XX Eugene 1st Division | XX Medford 2nd Division | Court use only: |
|---|---|---|---|
| Clerk, US District Court<br>Attn: CM/ECF Register<br>1000 SW Third Ave.<br>Ste. 740<br>Portland, OR 97204<br>Fax: (503) 326-8010 | Clerk, US District Court<br>Attn: CM/ECF Register<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: (541) 431-4109 | Clerk, US District Court<br>Attn: CM/ECF Register<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Processed: ________<br>Test Message: ______<br>Reg E-mail sent: _____<br>App Docketed: ______<br>USSC Docketed: _____ |

pp-I-AB GUAM Civil/Criminal CM/ECF System v4.2 G6 Links & Resources: ecf.gud.uscourts.gov

*OC*

United States Courts



