FILED by _____ D.C.
OCT 15 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

12 OCT '12 09:53 RECVD USDC-ORP

**Case Management**
**CM / ECF**
**Electronic Case Files**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Multnomah County 4th District State Court
In The US District of Florida Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

In The United State District of Florida Southern District Federal Court C #    9md2036
In The ORDC 93cv288 The Multnomah County 4th District Court State of Oregon C #    93020117

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005,
except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Pro cedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

Court Use Only:

| | Date: | Initial: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Please return to :
Phone # 503 988 3957
Phone # 305 523 5100

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, OR. 97204-1123
US District Court of Florida Southern District, 400 North Miami Ave. Miami, FL 33128
Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle: Morgan, Brian, Lee | (SR) DOB: 06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN: 9443 |
|---|---|---|
| US Courts Pacer #  pp3576 | US Courts Appellate Filter Username #  morgan92cv1562 | |
| (SR) Party (ProSe) Direct/Voice Phone Number: ( 503 ) 703-5867 | (SR) Party (ProSe) Additional /Voice Phone Number: N/A | |
| (SR) Party ( ProSe) Internet Email Address: morganusarmy@live.com | (SR) Party (ProSe) Additional Email Address: specialistmorganusarmy9443@live.com | |
| Self-Represented (SR) Party (ProSe) Primary Name and Address: 8006 SE Taggart St. Portland Or. 97206-1071 | Self-Represented (SR) Party (ProSe) Name & Other Address: N/A | |

\ Please specify which division you are registering in:    ● Both    O Bankruptcy    O Civil/Criminal

10-12-2012
Date:

*Brian L Morgan*
Self-Represented (SR) Party (ProSe) Signature

12 OCT 12 AM 10:51 FILED

12 OCT '12 09:49 RECVD USDC-ORP

Case Management

**CM / ECF**

Electronic Case Files

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Multnomah County 4th District State Court**
**In The US District of Oregon Federal Court**
**ELECTRONIC CASE FILING SYSTEM**
**CONSENT TO ELECTRONIC SERVICE**

**In The Multnomah County 4th District Court State of Oregon C #**
**In The United State District of Oregon Federal Court State of Oregon C #**

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005, except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Pro cedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

**Court Use Only:**

**Please return to :**

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, OR 97204-1123      Phone # 503-988-3957
US District Court of Oregon, 1000 SW 3rd Ave, Portland, OR 97204-1123      Phone # 503-326-8000

Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle | (SR) DOB: | (SR) Party (ProSe) Last Four Digits of SSN: |
|---|---|---|
| US Courts Pacer # | US Courts Appellate Filter Username # | |
| (SR) Party (ProSe) Direct/Voice Phone Number: | (SR) Party (ProSe) Additional /Voice Phone Number: | |
| (SR) Party ( ProSe) Internet Email Address: | (SR) Party (ProSe) Additional Email Address: | |
| Self-Represented (SR) Party (ProSe) Primary Name and Address: | Self-Represented (SR) Party (ProSe) Name & Other Address: | |

Please specify which division you are registering in:      O Both      O Bankruptcy      O Civil/Criminal

Date: _____                    Self-Represented (SR) Party (ProSe) Signature

12 OCT '12 09:48 RECVD USDC-ORP

Case Management
**CM / ECF**
Electronic Case Files

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Multnomah County 4th District State Court
In The US District of Oregon Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

In The United State District of Oregon Federal Court State of Oregon C #    92CV1562
In The Multnomah County 4th District Court State of Oregon C #    930201117

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005, except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Pro cedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

Court Use Only:

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, Or. 97204-1123    Phone # 503 988 3957
US District Court of Oregon, 1000 SW 3rd Ave, Portland Or. 97204-1123    Phone # 503 326 8000

Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle<br>Morgan, Brian, Lee | (SR) DOB:<br>06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:<br>9443 |
|---|---|---|
| US Courts Pacer #    pp3576 | | US Courts Appellate Filter Username #    morgan92cv1562 |
| (SR) Party (ProSe) Direct/Voice Phone Number:<br>( 503 ) 703-5867 | | (SR) Party (ProSe) Additional /Voice Phone Number:<br>N/A |
| (SR) Party ( ProSe) Internet Email Address:<br>morganusarmy@live.com | | (SR) Party (ProSe) Additional Email Address:<br>specialistmorganusarmy9443@live.com |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:<br>8006 SE Taggart St. Portland Or. 97206-1071 | | Self-Represented (SR) Party (ProSe) Name & Other Address:<br>N/A |

Please specify which division you are registering in:    ● Both    ○ Bankruptcy    ○ Civil/Criminal

Date: 10-12-2012

Self-Represented (SR) Party (ProSe) Signature: *Brian L Morgan*

RECEIVED
COURT
COUNTY

12 OCT '12 09:51 RECVD USDC-ORP

**Case Management**
**CM / ECF**
**Electronic Case Files**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Multnomah County 4th District State Court
In The US District of Oregon Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

12 OCT 12 AM 10: 31

FILED

In The Multnomah County 4th District Court State of Oregon C #    930201117
In The United State District of Oregon Federal Court State of Oregon C #    92CV1562

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005,
except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Pro cedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

**Court Use Only:**

| | Date | Initials |
|---|---|---|
| Receiving of Completed Form | | |
| Login and Password Issued | | |
| Test E-mail Sent | | |
| Certification | | |
| Login Sent to User | | |

Please return to :
Phone # 503-988-3957
Phone # 503-326-8000

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, OR 97204-1123
US District Court of Oregon, 1000 SW 3rd Ave, Portland, OR 97204-1123

Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle<br>Morgan, Brian, Lee | (SR) DOB:<br>06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:<br>9443 |
|---|---|---|
| US Courts Pacer #    pp3576 |  | US Courts Appellate Filter Username #    morgan92cv1562 |
| (SR) Party (ProSe) Direct/Voice Phone Number:<br>( 503 ) 703-5867 |  | (SR) Party (ProSe) Additional /Voice Phone Number:<br>N/A |
| (SR) Party ( ProSe) Internet Email Address:<br>morganusarmy@live.com |  | (SR) Party (ProSe) Additional Email Address:<br>specialistmorganusarmy9443@live.com |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:<br>8006 SE Taggart St. Portland Or. 97206-1071 |  | Self-Represented (SR) Party (ProSe) Name & Other Address:<br>N/A |

Please specify which division you are registering in:    ● Both    O Bankruptcy    O Civil/Criminal

10-12-2012
Date:

*Brian L Morgan*
Self-Represented (SR) Party (ProSe) Signature

12 OCT 12 AM 10: 51 FILED

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
Multnomah County 4th District State Court
In The US District of Oregon Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

12OCT'12 09:51 RECVD USDC-ORP
Case Management
**CM / ECF**
Electronic Case Files

RECEIVED
CIRCUIT COURT
...COUNTY
12 OCT 12 AM 10:31
FILED

| | |
|---|---|
| In The United State District of Oregon Federal Court State of Oregon C # | 92cv288 |
| In The Multnomah County 4th District Court State of Oregon C # | 930195088 |

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005,
except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Procedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

Court Use Only:

| | Date | Initial |
|---|---|---|
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |

Please return to :
Phone # 503 988 3957
Phone # 503 326 8000

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, Or. 97204-1123
US District Court of Oregon, 1000 SW 3rd Ave, Portland Or. 97204-1123

Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle<br>Morgan, Brian, Lee | (SR) DOB:<br>06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:<br>9443 |
|---|---|---|
| US Courts Pacer #    pp3576 |  | US Courts Appellate Filter Username #   morgan92cv1562 |
| (SR) Party (ProSe) Direct/Voice Phone Number:<br>( 503 ) 703-5867 |  | (SR) Party (ProSe) Additional /Voice Phone Number:<br>N/A |
| (SR) Party ( ProSe) Internet Email Address:<br>morganusarmy@live.com |  | (SR) Party (ProSe) Additional Email Address:<br>specialistmorganusarmy9443@live.com |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:<br>8006 SE Taggart St. Portland Or. 97206-1071 |  | Self-Represented (SR) Party (ProSe) Name & Other Address:<br>N/A |

Please specify which division you are registering in:    ● Both    ○ Bankruptcy    ○ Civil/Criminal

10-12-2012
Date:

*Brian L Morgan*
Self-Represented (SR) Party (ProSe) Signature

12 OCT 12 AM 10:51 FILED

O

12 OCT '12 09:52 RECVD USDC-ORP

**Case Management**
**CM / ECF**
**Electronic Case Files**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Multnomah County 4th District State Court
In The US District of Oregon Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

| | |
|---|---|
| In The Multnomah County 4th District Court State of Oregon C # | 930195088 |
| In The United State District of Oregon Federal Court State of Oregon C # | 92cv288 |

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005,
except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Procedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

| Court Use Only: | Date | Initial |
|---|---|---|
| Training Completed or Waived | | |
| Login and Password Received | | |
| E-mail Set | | |
| Rights Assigned | | |
| Login Activated | | |

Please return to:

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, Or. 97204-1123    Phone # 503 988 3957
US District Court of Oregon, 1000 SW 3rd Ave, Portland Or. 97204-1123    Phone # 503 326 8000

Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle<br>Morgan, Brian, Lee | (SR) DOB:<br>06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:<br>9443 |
|---|---|---|
| US Courts Pacer #      pp3576 |  | US Courts Appellate Filter Username #   morgan92cv1562 |
| (SR) Party (ProSe) Direct/Voice Phone Number:<br>( 503 ) 703-5867 |  | (SR) Party (ProSe) Additional /Voice Phone Number:<br>N/A |
| (SR) Party ( ProSe) Internet Email Address:<br>morganusarmy@live.com |  | (SR) Party (ProSe) Additional Email Address:<br>specialistmorganusarmy9443@live.com |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:<br>8006 SE Taggart St. Portland Or. 97206-1071 |  | Self-Represented (SR) Party (ProSe) Name & Other Address:<br>N/A |

Please specify which division you are registering in:   ● Both   O Bankruptcy   O Civil/Criminal

10-12-2012
Date:

*Brian L Morgan*
Self-Represented (SR) Party (ProSe) Signature

12 OCT '12 09:54 RECVD USDC-ORP

Case Management
**CM / ECF**
Electronic Case Files

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Multnomah County 4th District State Court
In The US District of Washington Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

In The United State District of Washington Western District Federal Court C #    10cv198
In The ORDC 92CV1562 The Multnomah County 4th District Court State of Oregon C #    930195088

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005,
except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Procedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

| Court Use Only: | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Please return to :
Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, OR 97204-1123     Phone # 503 988 3957
US District Court of Washington Western District, 700 Stewart St. Settle, WA 98101     Phone # 206 370 8400

Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle  Morgan, Brian, Lee | (SR) DOB:  06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:  9443 |
|---|---|---|
| US Courts Pacer #     pp3576 |  | US Courts Appellate Filter Username #   morgan92cv1562 |
| (SR) Party (ProSe) Direct/Voice Phone Number:  ( 503 ) 703-5867 |  | (SR) Party (ProSe) Additional /Voice Phone Number:  N/A |
| (SR) Party ( ProSe) Internet Email Address:  morganusarmy@live.com |  | (SR) Party (ProSe) Additional Email Address:  specialistmorganusarmy9443@live.com |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:  8006 SE Taggart St. Portland Or. 97206-1071 |  | Self-Represented (SR) Party (ProSe) Name & Other Address:  N/A |

\ Please specify which division you are registering in:    ● Both    O Bankruptcy    O Civil/Criminal

10/12/2012
Date:

*Brian L. Morgan*
Self-Represented (SR) Party (ProSe) Signature

12 OCT '12 09:54 RECVD USDC-ORP

Case Management
**CM / ECF**
Electronic Case Files

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Multnomah County 4th District State Court
In The US District of Oregon Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

| | |
|---|---|
| In The United State District of Oregon Federal Court State of Oregon C # | 11mc9267 |
| In The Multnomah County 4th District Court State of Oregon C # | 930201117 |

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005,
except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Pro cedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

| Court Use Only: | Date | Initials |
|---|---|---|
| Training Completed for Morgan | | |
| Login and Password Assigned | | |
| Test e-mail Sent | | |
| Test e-mail Returned | | |
| Login Send to User | | |

Please return to :
Phone # 503 988 3957
Phone # 503 326 8000

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, Or. 97204-1123
US District Court of Oregon, 1000 SW 3rd Ave, Portland Or. 97204-1123
Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle<br>Morgan, Brian, Lee | (SR) DOB:<br>06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:<br>9443 |
|---|---|---|
| US Courts Pacer #    pp3576 | US Courts Appellate Filter Username #    morgan92cv1562 | |
| (SR) Party (ProSe) Direct/Voice Phone Number:<br>( 503 ) 703-5867 | (SR) Party (ProSe) Additional /Voice Phone Number:<br>N/A | |
| (SR) Party ( ProSe) Internet Email Address:<br>morganusarmy@live.com | (SR) Party (ProSe) Additional Email Address:<br>specialistmorganusarmy9443@live.com | |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:<br>8006 SE Taggart St. Portland Or. 97206-1071 | Self-Represented (SR) Party (ProSe) Name & Other Address:<br>N/A | |

\ Please specify which division you are registering in:   ●Both   O Bankruptcy   O Civil/Criminal

Date: 10-12-2012

Self-Represented (SR) Party (ProSe) Signature: *Brian L Morgan*

IN THE CIRCUIT COURT OF THE STATE OF OREGON

Multnomah County 4th District State Court

In The US District of Washington Federal Court

**Case Management**
**CM / ECF**
Electronic Case Files

ELECTRONIC CASE FILING SYSTEM

CONSENT TO ELECTRONIC SERVICE

In The United State District of Washington Western District Federal Court C #   12cv1282

In The ORDC 93cv288 The Multnomah County 4th District Court State of Oregon C #   9302011

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005, except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Pro cedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

| Court Use Only: | Date | Initial |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Please return to :

Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, OR 97204-1123      Phone # 503 988 3957

US District Court of Washington Western District, 700 Stewart St. Settle, WA 98101      Phone # 206 370 8400

Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.

Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle<br>Morgan, Brian, Lee | (SR) DOB:<br>06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:<br>9443 |
|---|---|---|
| US Courts Pacer #    pp3576 | US Courts Appellate Filter Username #    morgan92cv1562 | |
| (SR) Party (ProSe) Direct/Voice Phone Number:<br>( 503 ) 703-5867 | (SR) Party (ProSe) Additional /Voice Phone Number:<br>N/A | |
| (SR) Party ( ProSe) Internet Email Address:<br>morganusarmy@live.com | (SR) Party (ProSe) Additional Email Address:<br>specialistmorganusarmy9443@live.com | |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:<br>8006 SE Taggart St. Portland Or. 97206-1071 | Self-Represented (SR) Party (ProSe) Name & Other Address:<br>N/A | |

\ Please specify which division you are registering in:   ● Both   O Bankruptcy   O Civil/Criminal

10-12-2012

Date:

*Brian L. Morgan*

Self-Represented (SR) Party (ProSe) Signature

12 OCT '12 09:48 RECVD USDC-ORP

**Case Management**
**CM / ECF**
**Electronic Case Files**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
In The 9th Circuit Court of Appeals
In The US District of Oregon Federal Court
ELECTRONIC CASE FILING SYSTEM
CONSENT TO ELECTRONIC SERVICE

In The United State 9th Circuit Court of Appeals for ORDC & Multnomah 4th District 9CA C # 93-35096
In The United State District of Oregon Federal Court State of Oregon 92CV1562 Mult4 C # 930201117

By signing and submitting this consent form, the undersigned agrees to abide by the following rules:

1. This signed form constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D), Federal Rule of Criminal Procedure 49, and Federal Rule of Bankruptcy Procedure 7005; (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Federal Rule of Bankruptcy Procedure 7005,
except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Notice by electronic means is complete as set forth in the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Civil and Criminal Documents*, and the *Administrative Procedures for the Electronic Filing, Signing, Verifying, and Serving of Bankruptcy Documents* ("Administrative Pro cedures"), notwithstanding Federal Rule of Bankruptcy Procedure 9036.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER ) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

Court Use Only:

| | Date | Initials |
|---|---|---|
| Training Completed/Waived | | |
| Login and Password Assigned | | |
| Test filing Set-Up | | |
| | | |
| Test Filing Completed | | |
| Login Sent/Released | | |

Please return to :
Multnomah County Courthouse, 1021 SW Fourth Avenue, Portland, OR 97204-1123   Phone # 503 988 3957
US 9th Circuit Court of Appeals, 95 Seventh Street, San Francisco, CA 94103   Phone # 415 355 8000
Login and password will be sent to you by the Office of the Clerk by regular, first-class mail to the Primary address.
Or if you prefer to have your login/password sent to an Other address requires both (Primary & Other to be filled out Address(s))

| Self-Represented (SR) Party (ProSe) Last Name/Frist/Middle<br>Morgan, Brian, Lee | (SR) DOB:<br>06/19/1965 | (SR) Party (ProSe) Last Four Digits of SSN:<br>9443 |
|---|---|---|
| US Courts Pacer #     pp3576 | US Courts Appellate Filter Username #   morgan92cv1562 | |
| (SR) Party (ProSe) Direct/Voice Phone Number:<br>( 503 ) 703-5867 | (SR) Party (ProSe) Additional /Voice Phone Number:<br>N/A | |
| (SR) Party ( ProSe) Internet Email Address:<br>morganusarmy@live.com | (SR) Party (ProSe) Additional Email Address:<br>specialistmorganusarmy9443@live.com | |
| Self-Represented (SR) Party (ProSe) Primary Name and Address:<br>8006 SE Taggart St. Portland Or. 97206-1071 | Self-Represented (SR) Party (ProSe) Name & Other Address:<br>N/A | |

\ Please specify which division you are registering in:   ● Both   O Bankruptcy   O Civil/Criminal

10-12-2012
Date:

*Brian L Morgan*
Self-Represented (SR) Party (ProSe) Signature

CID # 47478407691   ID # 502604   EMP # 171432

12 OCT '12 09:56 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**Attn: Honorable Judge McKnight**

Petitioner   ☐ Co-Petitioner

Brian L. Morgan

and

Charles R. French

Wendy J. Paris

Respondent   ☐ Co-Petitioner

Mult4DC Case No. ___930195088___

Mult4DC Re C # ___930201117___

USDC Re C # ___ORDC 92CV1562 and ORDC 93cv288___

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR AT EX PARTE TIME IN PERSON (ESI)**
SLR 8.041(3) *Self-Represented (1SR) ProSe (ESI)*

I certify that on __18 OCT 1:30 PM__, 20 __12__ *(date must be 2 working/business days before you come to court)*, I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.*)

IN PERSON AT THERE OFFICES, BY E-MAIL, BY PHONE

Est. Length __5 MIN__   Topics of Hearing __ENTER DEFENDANT'S OREGON-SOS REPORT ORE-11-01-0002 FILE 666D DEFANCE EX-1 AND FOR A ORDER TO EXAMIN EVDADANCE (WALKING STICK) HELD BY THE DA OFFICE FOR CRIMINAL PROSAQCTION OF THE DEFENDANT__

The other party *(check one)* ■ Agrees   ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box*) RESPONDANTS SAID THEY WORLD APPEAR IF I (DEFENDANT) FILED EX PARTE PAPER WORK

DATED this __12__ day of __OCT__, 20 __12__.

Email/IM: __morganuarmy@live.com__

*Brian L. Morgan*

Signature of ■ Petitioner ☐ Co-Petitioner ☐ Respondent

Print Name ___Brian L. Morgan___

___8006 SE Taggart St.___
Address
___Portland Oregon 97206-1071___
City/State/Zip Code
___( 503 ) 703-5867___
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
■ I paid or will pay money to _Specialist Brian L. Morgan US Army/RA Counsel_ for assistance in preparing this form.

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME IN PERSON (01-09)(1SR)



CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Attn: Honorable Judge**

| Petitioner ☐ Co-Petitioner | ) | |
|---|---|---|
| _____ | ) | Mult4DC Case No. _____ |
| _____ | ) | Mult4DC Re C # _____ |
| _____ | ) | USDC Re C # _____ |
| and | ) | **CERTIFICATE re NOTICE GIVEN OF INTENT** |
| _____ | ) | **TO APPEAR AT EX PARTE TIME IN PERSON (ESI)** |
| _____ | ) | SLR 8.041(3) *Self-Represented (1SR) ProSe (ESI)* |
| _____ | ) | |
| Respondent ☐ Co-Petitioner | ) | |

I certify that on _____, 20_____ (date *must* be 2 working/business days before you come to court), I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*

_____

Est. Length _____   Topics of Hearing _____

_____

_____

The other party *(check one)* ☐ Agrees  ☐ Disagrees with what I want, or ☐ I do not know his/her position. *(Explain your answer if you checked the last box)* _____

_____

DATED this _____ day of _____, 20 _____.

Email/IM: _____

| **Certification of Document Preparation** | Signature of ☐ Petitioner ☐ Co-Petitioner ☐ Respondent |
|---|---|
| You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply: | Print Name _____ |
| ☐ I selected this document myself and completed it without paid assistance. | Address _____ |
| ☐ I paid or will pay money to _____ _____ for assistance in preparing this form. | City/State/Zip Code _____ |
| | Telephone or Contact Telephone _____ |

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME IN PERSON (01-09)(1SR)

Ⓒ

CID # 47478407691   ID # 502604   EMP # 171432

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Attn: Honorable Judge McKnight

| | |
|---|---|
| Petitioner ☐ Co-Petitioner<br><br>Brian L. Morgan<br><br>_____<br><br>_____<br><br>and<br><br>Charles R. French<br><br>Wendy J. Paris<br><br>_____<br><br>Respondent ☐ Co-Petitioner | Mult4DC Case No. __930195088__<br><br>Mult4DC Re C # __930201117__<br><br>USDC Re C # __ORDC 92CV1562 and ORDC 93cv288__<br><br>**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR AT EX PARTE TIME BY PHONE (ESI)**<br>SLR 8.041(3) *Self-Represented (2SR) ProSe (ESI)* |

I certify that on __18 OCT 1:30 PM__, 20 __12__ (date *must* be 2 working/business days before you come to court), I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*
__IN PERSON AT THERE OFFICE, BY-EMAIL, BY PHONE__
Est. Length __5 MIN__ Topics of Hearing __ENTER DEFENDANT EV2A INTORODUCTION OF PHONE (OAH 03/2009 HEARING) AND DEFENDANT EX 2B OF (OAH 04/2011 HEARING) OF WRONGFULL ACT'S AND ATTORNEY'S MALPRACTICE BY OREGON, STATE EMPLOYE'S AND BAR MEMBER'S + BOLI MEMBER SAM(MO) AS PORTLAND POLICE ON 12-29-92 #2__
The other party *(check one)* ☒ Agrees ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box*) __RESPONDANT'S SAID THEY WOULD APPEAR IF I (THE DEFENDANT) FILED EX PARTE PAPER WORK__ AN 01-12-2012

DATED this __12__ day of __OCT__, 20 __12__.

Email/IM: __morganuarmy@live.com__

Signature of ☒ Petitioner ☐ Co-Petitioner ☐ Respondent
*Brian L. Morgan*

Print Name __Brian L. Morgan__

__8006 SE Taggart St.__
Address
__Portland Oregon 97206-1071__
City/State/Zip Code
__( 503 ) 703-5867__
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
☒ I paid or will pay money to __Specialist Brian L. Morgan US Army/RA Counsel__ for assistance in preparing this form.

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME BY PHONE (01-09)(2SR)
0

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Attn: Honorable Judge**

Petitioner   ☐ Co-Petitioner
_____
_____
_____
and
_____
_____
_____
Respondent   ☐ Co-Petitioner

)  Mult4DC Case No. _____
)  Mult4DC Re C # _____
)  USDC Re C # _____
)
)  **CERTIFICATE re NOTICE GIVEN OF INTENT**
)  **TO APPEAR AT EX PARTE TIME BY PHONE (ESI)**
)  *SLR 8.041(3) Self-Represented (2SR) ProSe (ESI)*
)

I certify that on _____, 20_____ *(date must be 2 working/business days before you come to court)*, I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (*Explain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.*)

_____

Est. Length _____   Topics of Hearing _____
_____
_____

The other party *(check one)* ☐ Agrees  ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box*) _____

_____

DATED this _____ day of _____, 20 _____.

Email/IM: _____

| Certification of Document Preparation | Signature of ☐ Petitioner  ☐ Co-Petitioner  ☐ Respondent |
|---|---|
| You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:<br>☐ I selected this document myself and completed it without paid assistance.<br>☐ I paid or will pay money to _____ _____ for assistance in preparing this form. | Print Name _____<br><br>Address _____<br><br>City/State/Zip Code _____<br><br>Telephone or Contact Telephone _____ |

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME IN PERSON (01-09)(2SR)

*O*

12 OCT '12 09:59 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPREME COURT
OREGON SUPREME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORIDA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Attn: Honorable Judge McKnight**

Petitioner   ☐ Co-Petitioner
Brian L. Morgan

and
Charles R. French
Wendy J. Paris

Respondent   ☐ Co-Petitioner

Mult4DC Case No. __930195088__
Mult4DC Re C # __930201117__
USDC Re C # __ORDC 92CV1562 and ORDC 93cv288__

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR AT EX PARTE TIME BY VIDEO (ESI)**
SLR 8.041(3) *Self-Represented (3SR) ProSe (ESI)*

I certify that on __18 OCT 1:30 PM__, 20__12__ (date must be 2 working/business days before you come to court), I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.*)
__IN PERSON AT THERE OFFICES, BY Email, BY PHONE__
Est. Length __15 MINS__   Topics of Hearing __ENTER DEFENDANT'S EX 3 YOUTUBE VIDEO OF 12-29-2012 OF DEFENDANT + PORTLAND POLICE ACT'S OMBR-OR-SOS-REPORT-SAME VIDEO AND DEFENTANT'S 4 EX-B YOUTUBE VIDEO OF 12-1993 OR ORB-11-01-0002 FILE 6660 SAME VIDEO OF DEFENDANT'S AND PORTLAND POLICE THAT DOES NOT CONFORM TO THE POLICE__
The other party (check one) ☑ Agrees   ☐ Disagrees with what I want, or ☐ I do not know his/her position. (Explain REPORT your answer if you checked the last box) __RESPONDANT'S SAID THEY WOULD APPEAR IF DEFENDANT I THE (DEFENDANT) FILE THE EXPARTE PAPER WORK__
DATED this __12__ day of __OCT__, 20__12__.
Email/IM: __morganuarmy@live.com__

Signature of ☑ Petitioner ☐ Co-Petitioner ☐ Respondent
Print Name __Brian L. Morgan__
__8006 SE Taggart St.__
Address
__Portland Oregon 97206-1071__
City/State/Zip Code
__( 503 ) 703-5867__
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
☑ I paid or will pay money to __Specialist Brian L. Morgan US Army/RA Counsel__ for assistance in preparing this form.

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME BY VIDEO (01-09)(3SR)

CID # 47478407691   ID # 502604   EMP # 171432

12 OCT '12 10:00 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

Attn: Honorable Judge

Petitioner   ☐ Co-Petitioner   )
_____ )   Mult4DC Case No. _____
_____ )   Mult4DC Re C # _____
_____ )   USDC Re C # _____
and _____ )
_____ )   **CERTIFICATE re NOTICE GIVEN OF INTENT**
_____ )   **TO APPEAR AT EX PARTE TIME BY VIDEO (ESI)**
_____ )   *SLR 8.041(3) Self-Represented (3SR) ProSe (ESI)*
_____ )
Respondent   ☐ Co-Petitioner   )

I certify that on _____, 20_____ *(date must be 2 working/business days before you come to court)*, I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*

_____

Est. Length _____   Topics of Hearing _____

_____

_____

The other party *(check one)*  ☐ Agrees  ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box*)

_____

DATED this _____ day of _____, 20 _____.

Email/IM: _____

| **Certification of Document Preparation** | Signature of ☐ Petitioner  ☐ Co-Petitioner  ☐ Respondent |
| You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply: | Print Name _____ |
| ☐ I selected this document myself and completed it without paid assistance. | Address _____ |
| ☐ I paid or will pay money to _____ _____ for assistance in preparing this form. | City/State/Zip Code _____ |
| | Telephone or Contact Telephone _____ |

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME IN PERSON (01-09)(3SR)

*O*

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Attn: Honorable Judge McKnight**

☑ Petitioner   ☐ Co-Petitioner

Brian L. Morgan

and

Charles R. French

Wendy J. Paris

Respondent   ☐ Co-Petitioner

Mult4DC Case No.  930195088
Mult4DC Re C #  930201117
USDC Re C #  ORDC 92CV1562 and ORDC 93cv288

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR AT EX PARTE TIME BY INTERNET (ESI)**
SLR 8.041(3) Self-Represented (4SR) ProSe (ESI)

BLM

I certify that on __10 OCT 1:30 PM__, 20 _12_ (date must be 2 working/business days before you come to court), I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (Explain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)

IN PERSON AT THERE OFFICES, Email, BY PHONE

Est. Length  5 MIN  Topics of Hearing ENTER DEFENDANT EX4 OF (ESI) INTRODUCTION OF MULT4DC (OJIN)(ESI) CASE FILE OF 930201117 AND ORIGINAL CASE FILE ORDC 92CV1562 AND WRONGFULLY BY KHAN 3 PARTY AFTER THE FACT OF 01-12-1993 KHAN REPORT DATED 01-13-2012 USDC-ORDC 93CV288 DOES NOT CONFORM TO CASE 930201117

The other party (check one) ☑ Agrees  ☐ Disagrees with what I want, or ☐ I do not know his/her position. (Explain your answer if you checked the last box) RESPONDANTS SAID THEY WOULD APPEAR IF I THE (DEFENDANT) FILE EX PARTE PAPER WORK

DATED this __12__ day of __OCT__, 20 _12_.

Email/IM:   morganuarmy@live.com

Signature of ☑ Petitioner ☐ Co-Petitioner ☐ Respondent

Print Name  Brian L. Morgan

Address  8006 SE Taggart St.

City/State/Zip Code  Portland Oregon 97206-1071

Telephone or Contact Telephone  ( 503 ) 703-5867

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
☑ I paid or will pay money to Specialist Brian L. Morgan US Army/RA Counsel for assistance in preparing this form.

PAGE solo – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME IN PERSON (01-09)(1SR)

(4SR)
4BLM
(4SR)

CID # 47478407691   ID # 502604   EMP # 171432

12 OCT '12 10:01 RECVD USDC-ORP

UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
Attn: Honorable Judge

Petitioner    ☐ Co-Petitioner

_____

_____

and

_____

_____

_____

Respondent    ☐ Co-Petitioner

)
)
)
)
)
)
)
)
)
)
)
)

Mult4DC Case No. _____

Mult4DC Re C # _____

USDC Re C # _____

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR AT EX PARTE TIME BY INTERNET (ESI)**
SLR 8.041(3) *Self-Represented (4SR) ProSe (ESI)*

I certify that on _____, 20_____ *(date must be 2 working/business days before you come to court),* I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*

_____

Est. Length _____   Topics of Hearing _____

_____

_____

The other party *(check one)* ☐ Agrees   ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box)*

_____

DATED this _____ day of _____, 20 _____.

Email/IM: _____

| **Certification of Document Preparation** |
| You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply: |
| ☐ I selected this document myself and completed it without paid assistance. |
| ☐ I paid or will pay money to _____ _____ for assistance in preparing this form. |

Signature of ☐ Petitioner ☐ Co-Petitioner ☐ Respondent

Print Name _____

Address _____

City/State/Zip Code _____

Telephone or Contact Telephone _____

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME IN PERSON (01-09)(4SR)