# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. Fla. Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. FL Case No. 1:10-cv-22931-JLK

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "Agreement" or "Settlement") is made by and among: (1) plaintiffs Betty Orallo, Saynyonoh Dee and Michele Draper (each individually, "Plaintiff"; collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class (as defined below); and (2) Bank of the West. Bank of the West, Settlement Class Counsel (as defined below) and Plaintiffs hereby stipulate and agree that, in consideration of the promises and covenants set forth in this Agreement and upon entry by the Court (as defined below) of a Final Approval Order (as defined below), all claims of Plaintiffs and the Settlement Class Members (as defined below) against Bank of the West in the cases styled *Orallo v. Bank of the West* ("*Orallo*"), C.D. Cal. Case No. 2:10-cv-2469, S.D. Fla. Case No. 1:10-cv-22931-JLK; *Dee v. Bank of the West* ("*Dee*"), N.D. Cal. Case No. 4:10-cv-02736, S.D. Fla. Case No. 1:10-cv-22985-JLK; and *In re: Checking Account Overdraft Litigation*, S.D. Fla. Case No. 1:09-MD-02036-JLK ("MDL 2036") (*Dee*, *Orallo* and MDL No. 2036 are referred to collectively herein as

the "Action") shall be settled, compromised, and released upon the terms and conditions contained herein.

## I.   <u>Recitals</u>

1.   On April 5, 2010, Plaintiff Betty Orallo filed the Class Action Complaint in *Orallo*, seeking monetary damages, restitution and declaratory relief from Bank of the West based on its alleged unfair assessment and collection of overdraft fees in debit card transactions. On June 22, 2010, Plaintiff Saynyonoh Dee filed the Class Action Complaint in *Dee,* asserting claims for relief that are duplicative of the claims in *Orallo*.

2.   Thereafter, the Judicial Panel on Multi-District Litigation transferred *Orallo* and *Dee* for coordination in MDL No. 2036.

3.   On December 6, 2010, Plaintiffs filed a Consolidated First Amended Class Action Complaint against Bank of the West in MDL 2036.  This is the pleading through which Plaintiff Michele Draper joined the Action.

4.   On January 24, 2011, Bank of the West filed an Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint.

5.   On May 23, 2011, Plaintiffs propounded their First Request for Production of Documents, First Set of Interrogatories and First Requests for Admissions.  On October 13, 2011, Plaintiffs propounded their Second Request for Production of Documents.  (All of these requests shall be referred to herein collectively as the "Written Discovery.")

6.   On July 12, 2011 and November 14, 2011, Bank of the West served Responses to the Written Discovery.

7.   In connection with this Action, and in light of regulatory developments, effective July 1, 2011, Bank of the West modified some of its debit card policies and practices, including its posting order, so that debit and ATM transactions are processed in chronological order (when date and time information is available) or in low-to-high order (when date and time information is not available).

8.      On October 5, 2011, Plaintiffs conducted a deposition of one of Bank of the West's corporate representatives, who testified to the operation of various computer systems used by Bank of the West in processing debit card transactions, as well as the range and format of data currently existing from those systems.

9.      On November 30, 2011, Plaintiffs conducted a deposition of a second Bank of the West corporate representative, who testified to, among other things, Bank of the West's practices and policies with respect to processing debit card transactions during the Class Period (as defined below).

10.     In connection with Plaintiffs' discovery requests, including the Written Discovery, Bank of the West produced more than a million pages of documents to Plaintiffs.

11.     On December 20, 2011, Plaintiffs filed their Motion for Class Certification.

12.     Beginning in 2011, the Parties (as defined below) engaged in preliminary settlement discussions.   On January 6, 2012, the Parties participated in a formal mediation session before the Honorable Edward A. Infante (Ret.) of JAMS.

13.     In advance of the mediation, Bank of the West provided Plaintiffs with sample customer transactional data and aggregate information regarding its overdraft fee revenue on debit card transactions.  Class Counsel and Plaintiffs' expert analyzed this data.

14.     As a result of the January 6, 2012 mediation, the Parties signed a Memorandum of Understanding, which memorialized, subject to negotiation and execution of this Agreement and subject to preliminary approval and final approval by the Court as required by Rule 23 of the Federal Rules of Civil Procedure, the Parties' good faith intention to fully, finally and forever resolve, discharge and release all rights and claims of Plaintiffs and the Settlement Class Members in exchange for Bank of the West's agreement to pay the sum of Eighteen Million Dollars ($18,000,000) to create a common fund for the benefit of the Settlement Class, and to separately pay the costs of class notice and settlement administration.

15.     On January 20, 2012, the Parties filed a Notice of Settlement with the Court in the Southern District of Florida.

16.     The Parties now agree to settle the Action in its entirety, without any admission of liability, with respect to all Released Claims (as defined below) by the Settlement Class Members.  The Parties intend this Agreement to bind Plaintiffs, Bank of the West and Settlement Class Members.

**NOW, THEREFORE,** in light of the foregoing, for good and valuable consideration, the receipt of which is hereby mutually acknowledged, Plaintiffs and Bank of the West agree to the Settlement, subject to approval by the Court, as follows.

## II.     <u>Definitions</u>

In addition to the terms defined at various points within this Agreement, the following Defined Terms apply throughout this Agreement and the attached exhibits:

17.     "Account" means any consumer checking, demand deposit, money market or savings account maintained by Bank of the West in the United States that may be accessed by a Debit Card.

18.     "Bank of the West's Counsel" means Stroock & Stroock & Lavan LLP.

19.     "Class Counsel" means Bruce S. Rogow, P.A.; Podhurst Orseck, P.A.; Grossman Roth, P.A.; Lieff Cabraser Heimann & Bernstein, LLP; Baron & Budd, P.C.; Golomb & Honik, P.C.; Trief & Olk; Webb, Klase & Lemond, L.L.C.; Kopelowitz Ostrow P.A.; Bonnett, Fairbourn, Friedman & Balint, P.C.; Phillips, Erlewine & Given LLP; Chitwood Harley Harnes; McCune Wright, LLP; and such other firms as are identified in the motion for final approval and Class Counsel's fee application.

20.     "Class Period" means the period from June 1, 2005 through, and including, July 1, 2011.

21.     "Court" means the United States District Court for the Southern District of Florida.

22.     "Current Account Holder" means a Settlement Class Member who had an Account during the Class Period, and who continues to have that Account as of the date that the Net Settlement Fund is distributed to the Settlement Class Members pursuant to this Agreement.

23.     "Debit Card" means a card, sticker, tag or other device issued or provided by Bank of the West, including a debit card, check card or automated teller machine ("ATM") card, that can be used to debit funds from an Account by Point of Sale and ATM transactions.

24.     "Debit Card Transaction" means any debit transaction effectuated with a Debit Card, including Point of Sale transactions (whether pinned or pinless) and ATM transactions.

25.     "Debit Re-sequencing" means Bank of the West's former practice of ordering an Account's Debit Card Transactions during overnight processing in highest to lowest dollar amount.

26.      "Effective Date" means the fifth business day after which all of the following events have occurred:

a.     All Parties, Bank of the West's Counsel and Class Counsel have executed this Agreement;

b.     The Court has entered, without material change, the Final Approval Order; and

c.     The time for appeal or petition has expired, and no appeal or petition for rehearing or review has been timely filed; or the Settlement is affirmed on appeal or review without material change, no other appeal or petition for rehearing or review is pending, and the time period during which further petition for hearing, review, appeal or certiorari could be taken has finally expired and relief from a failure to file same is not available.

27.     "Escrow Account" means the account to be established consistent with the terms and conditions described in Section III below.  The Escrow Account shall be held at a bank to be selected by the Settlement Class Counsel and Bank of the West.

28.     "Escrow Agent" means Rust Consulting, Inc.  The Escrow Agent shall administer the Escrow Account.

29.     "Final Approval" means the date that the Court enters the Final Approval Order granting final approval to the Settlement and determines the amount of fees, costs and expenses awarded to Class Counsel and the amount of the service awards to Plaintiffs.  The proposed Final

Approval Order that will be attached to the motion for final approval of the Settlement shall be in a form agreed upon by Settlement Class Counsel and Bank of the West's Counsel.

30.     "Final Approval Order" means the order and judgment that the Court enters upon finally approving the Settlement.

31.     "Net Settlement Fund" means the Settlement Fund, plus any interest earned, minus Court-approved attorneys' fees, costs and expenses, Court-approved service awards to Plaintiffs and any costs associated with taxes and investments as to the Settlement Fund.

32.     "Notice" means the notices of proposed class action settlement that the Parties will ask the Court to approve in connection with the motion for preliminary approval of the Settlement.  "Notice Program" means the methods provided for in this Agreement for giving the Notice and consists of Mailed Notice, Published Notice and Long-form Notice substantially in the forms attached hereto as Exhibits 1, 2 and 3, respectively.  A complete description of the contemplated Notice Program is provided in Section VIII, below.

33.     "Opt-Out Period" means the period that begins the day after the earliest date on which the Notice is first mailed or published, and that ends no later than 30 days prior to the Final Approval Hearing.  The Opt-Out deadline will be specified in the Notice.

34.     "Overdraft Fee" means any fee assessed to a holder of an Account for items paid when the Account has insufficient funds to cover the item, even if all deposits had been considered available.  Fees charged to transfer balances from other accounts are excluded.

35.     "Parties" means Plaintiffs and Bank of the West.

36.     "Past Account Holder" means a Settlement Class Member who held an Account at some time during the Class Period but no longer holds that Account as of the date that the Net Settlement Fund is distributed to Settlement Class Members pursuant to this Agreement.

37.     "Point of Sale" or "POS" means a transaction in which an Account holder uses his or her Debit Card to purchase a product or service.

38.     "Preliminary Approval" means the date that the Court enters, without material change, an order preliminarily approving the Settlement in the form jointly agreed upon by the Parties.

39.     "Released Claims" means all claims to be released as specified in Section XIV of this Agreement.  The "Releases" means all of the releases contained in Section XIV of this Agreement.

40.     "Released Parties" means those persons and entities released by paragraphs 92-95, below.

41.     "Releasing Parties" means all Plaintiffs and all Settlement Class Members, and each of their respective heirs, assigns, beneficiaries and successors.

42.     "Settlement" means the settlement into which the Parties have entered to resolve the Action.  The terms of the Settlement are as set forth in this Agreement and the attached exhibits.

43.     "Settlement Administrator" means Rust Consulting, Inc.

44.     "Settlement Class" means all Bank of the West customers in the United States who had one or more Accounts and who, during the Class Period, incurred an Overdraft Fee as a result of Bank of the West's Debit Re-Sequencing.

45.     "Settlement Class Counsel" means Bruce S. Rogow of Bruce S. Rogow, P.A.; Robert C. Gilbert of Grossman Roth, P.A.; Aaron S. Podhurst of Podhurst Orseck, P.A. and Michael W. Sobol of Lieff Cabraser Heimann & Bernstein, LLP.  Settlement Class Counsel are a subset of Class Counsel and are responsible for handling all Settlement-related matters on behalf of Plaintiffs.

46.     "Settlement Class Member" means any person in the Settlement Class who does not opt out of the Settlement.

47.     "Settlement Fund" means the fund established under Section III of this Agreement.

48.    "Settlement Website" means the website that the Settlement Administrator will establish as soon as practicable following Preliminary Approval, but prior to the commencement of the Notice Program, as a means for persons in the Settlement Class to obtain notice of and information about the Settlement, through and including hyperlinked access to this Agreement, the Long-Form Notice, the order preliminarily approving this Settlement and such other documents as Settlement Class Counsel and Bank of the West's Counsel agree to post or that the Court orders posted on the website.  These documents shall remain on the Settlement Website at least until Final Approval.    The URL of the Settlement Website shall be www.BankoftheWestOverdraftSettlement.com or such other URL as Settlement Class Counsel and Bank of the West's Counsel may subsequently agree upon in writing.  The Settlement Website shall not include any advertising, and shall not bear or include the Bank of the West logo or trademarks.  Ownership of the Settlement Website URL shall be transferred to Bank of the West within 10 days of the date on which operation of the Settlement Website ceases.

III.    **Establishing and Maintaining the Settlement Fund; Costs of Notice and Settlement Administration**

49.    Within fourteen calendar days of Preliminary Approval, Bank of the West shall deposit the sum of Eighteen Million Dollars ($18,000,000.00) into the Escrow Account to create the Settlement Fund.

50.    Upon the establishment of the Escrow Account, the Escrow Agent may, but shall not be obligated to, cause the Settlement Fund in the Escrow Account to be invested in interest-bearing short-term instruments – to be agreed upon by Settlement Class Counsel and Bank of the West – that are backed by the full faith and credit of the United States Government or that are fully insured by the United States Government or an agency thereof (the "Instruments").  The Escrow Agent may thereafter re-invest the interest proceeds and the principal as they mature in similar Instruments, bearing in mind the liquidity requirements of the Escrow Account to ensure that it contains sufficient cash available to pay all invoices, taxes, fees, costs and expenses, and other required disbursements, in a timely manner.  Except as otherwise specified herein, the

Instruments at all times will remain in the Escrow Account and under the control of the Escrow Agent.  The Escrow Agent shall communicate with Settlement Class Counsel and Bank of the West's Counsel on at least a monthly basis to discuss potential cash needs for the following month.  All costs incurred in connection with investing in the Instruments shall be paid from the Settlement Fund.

51.     The Settlement Fund at all times shall be deemed a "qualified settlement fund" within the meaning of United States Treasury Reg. § 1.468B-l.   All taxes (including any estimated taxes, and any interest or penalties relating to them) arising with respect to the income earned by the Settlement Fund or otherwise, including any taxes or tax detriments that may be imposed upon Bank of the West, Bank of the West's Counsel, Plaintiffs and/or Class Counsel with respect to income earned by the Settlement Fund for any period during which the Settlement Fund does not qualify as a "qualified settlement fund" for the purpose of federal or state income taxes or otherwise (collectively "Taxes"), shall be paid out of the Settlement Fund. Bank of the West and Bank of the West's Counsel and Plaintiffs and Class Counsel shall have no liability or responsibility for any of the Taxes.  The Settlement Fund shall indemnify and hold Bank of the West and Bank of the West's Counsel and Plaintiffs and Class Counsel harmless for all Taxes (including, without limitation, Taxes payable by reason of any such indemnification).

52.     The Settlement Fund shall be used to pay all distributions to Settlement Class Members, any service awards to Plaintiffs, and all attorneys' fees, costs and expenses awarded to Class Counsel, as follows:

a.     Distribution of payments to Settlement Class Members pursuant to Section XI herein.

b.     Reimbursement to Bank of the West for the settlement payment amounts that will be credited to Current Account Holder Settlement Class Members.

c.     Payment of the Court-ordered award of Class Counsel's attorneys' fees, costs and expenses pursuant to Section XV herein.

d.      Payment of Court-ordered service awards to Plaintiffs pursuant to Section XV(c) herein.

53.      In addition to the $18 million payment required by paragraph 49, Bank of the West shall pay the following:

a.      The costs of Notice to the Settlement Class and for the related services of the Settlement Administrator, within 30 days of Settlement Class Counsel's and Bank of the West's Counsel's receipt and approval of invoices received, as provided in Section VIII herein.

b.      The Settlement Administrator's costs and fees for services provided pursuant to Section VII herein, within 30 days of Settlement Class Counsel's and Bank of the West's Counsel's receipt and approval of invoices received from the Settlement Administrator.

c.      Other than the costs set forth above in subparagraphs (a) and (b) above, or elsewhere in this Agreement, under no circumstances shall Bank of the West be required to pay an amount greater than the $18 million payment required under paragraph 49.

**IV.      Conditional Certification of the Settlement Class**

54.      Solely for purposes of avoiding the expense and inconvenience of further litigation, Bank of the West does not oppose the certification for settlement purposes only of the Settlement Class.

55.      Bank of the West shall have the right to terminate the Settlement pursuant to Section XVI if the Court declines to approve the Settlement, or if the Court changes the Settlement Class composition or the terms of the Settlement in any material way not acceptable to Bank of the West after reasonable consultation with Settlement Class Counsel, or if certification of the Settlement Class or approval of the Settlement is reversed, or if certification of the Settlement Class or approval of the Settlement is changed upon appeal or review in any material way not acceptable to Bank of the West after reasonable consultation with Settlement Class Counsel.

56.      If the Settlement is not finally approved by the Court, or the Settlement is terminated, the certification of the Settlement Class will be void, and no doctrine of waiver,

estoppel, or preclusion will be asserted in any litigated certification proceedings in the Action. If the Settlement is not finally approved or is terminated, Bank of the West shall not be precluded from challenging class certification in further proceedings in the Action or in any other action. No agreements made by or entered into by Bank of the West in connection with the Settlement may be used by Plaintiffs, any person in the Settlement Class or any other person to establish any of the elements of class certification in any litigated certification proceedings, whether in the Action or any other action.

## V.    Preliminary Approval

57.    Upon execution of this Agreement by all Parties, Settlement Class Counsel shall promptly move the Court for an Order granting preliminary approval of this Settlement ("Preliminary Approval Order").   The proposed Preliminary Approval Order that will be attached to the motion shall be in a form agreed upon by Settlement Class Counsel and Bank of the West's Counsel.   The motion for preliminary approval shall request that the Court:   (i) approve the terms of the Settlement as within the range of fair, adequate and reasonable; (ii) provisionally certify the Settlement Class pursuant to Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only; (iii) approve the Notice Program set forth herein and approve the form and content of the Notices of the Settlement, substantially in the forms attached to this Agreement as Exhibits 1, 2 and 3; (iv) approve the procedures set forth in paragraphs 64 and 65 below for persons in the Settlement Class to exclude themselves from the Settlement or to object to the Settlement; (v) stay the Action pending Final Approval of the Settlement; and (vi) schedule a final approval hearing for a time and date mutually convenient for the Court, Settlement Class Counsel and Bank of the West's Counsel, at which the Court will conduct an inquiry into the fairness, reasonableness and adequacy of the Settlement, and determine whether to approve the Settlement and Class Counsel's application for attorneys' fees, costs and expenses and for service awards to Plaintiffs ("Final Approval Hearing").

58.     Bank of the West, at its own expense, shall serve or cause to be served a notice of the proposed Settlement, in conformance with the Class Action Fairness Act, 28 U.S.C. § 1715(b).

## VI.     Discovery

59.     Class Counsel and Bank of the West already have engaged in significant formal and informal discovery.  In addition, and consistent with its statutory and regulatory obligations to protect its customers' private financial information, Bank of the West will continue to cooperate informally with Settlement Class Counsel by providing reasonably available data to permit Settlement Class Counsel and their experts to compile the list of names and addresses of identifiable persons in the Settlement Class that will be used in providing the Mailed Notice to the Settlement Class and to perform the allocation analysis detailed in Section X below.

## VII.    Settlement Administrator

60.     Settlement Class Counsel and Bank of the West shall select and Bank of the West shall pay all the fees and expenses of Rust Consulting, Inc. to serve as the Settlement Administrator.  The Settlement Administrator shall administer various aspects of the Settlement as described in paragraph 61 below and perform such other functions assigned to the Settlement Administrator elsewhere in this Agreement, including, but not limited to:  providing Mailed Notice to persons in the Settlement Class; effectuating the Notice Program pursuant to Section VIII below; distributing the  Settlement Fund as provided herein; repaying Bank of the West from the Settlement Fund the amount of account credits Bank of the West provides to Current Account Holder Settlement Class Members pursuant to paragraph 82 below; and, in the event of a termination of the Settlement pursuant to Section XVI below, returning the Settlement Fund, along with any accrued interest or earnings, less any amounts already committed to pay for expenses and costs associated with investments and/or taxes with respect to the Settlement Fund, to Bank of the West.  Settlement Class Counsel and Bank of the West's Counsel will jointly oversee the Settlement Administrator.

61.     As specified herein, all Settlement Administrator fees, charges and expenses shall be paid by Bank of the West within 30 days of Settlement Class Counsel's and Bank of the West's Counsel's receipt and approval of an invoice.   The duties of the Settlement Administrator, in addition to other responsibilities that are described in this Agreement, are as follows:

a.     Obtain from Bank of the West and Settlement Class Counsel name and address information (to the extent it is reasonably available) for persons in the Settlement Class, and, to the extent necessary, verify and update the addresses received through the National Change of Address database for the purpose of mailing the Mailed Notice, and later mailing distribution checks to Past Account Holder Settlement Class Members, and to Current Account Holder Settlement Class Members where it is not feasible or reasonable for Bank of the West to make the payment by a credit to the Settlement Class Members' Accounts;

b.     Establish and maintain a Post Office box for requests for exclusion from the Settlement Class;

c.     Establish and maintain the Settlement Website;

d.     Establish and maintain an automated toll-free telephone line for persons in the Settlement Class to call with Settlement-related inquiries, and answer the questions of persons who call with or otherwise communicate such inquiries (except that the Settlement Administrator shall not give, and shall not be expected to give, legal advice);

e.     Respond to any mailed inquiries from persons in the Settlement Class;

f.     Process all requests for exclusion from persons in the Settlement Class;

g.     Provide weekly reports and a final report to Settlement Class Counsel and Bank of the West's Counsel that summarize the number of requests for exclusion received that week, the total number of exclusion requests received to date and other pertinent information;

h.     At Settlement Class Counsel's request in advance of the Final Approval Hearing, prepare an affidavit to submit to the Court that identifies each person in the Settlement Class who timely and properly requested exclusion from the Settlement Class;

i.      Process and transmit distributions to Settlement Class Members from the Net Settlement Fund;

j.      Perform all tax-related services for the Escrow Account as provided in this Agreement;

k.      Perform the duties of Escrow Agent as described in this Agreement, and any other Settlement–administration-related function at the instruction of Settlement Class Counsel and Bank of the West's Counsel, including, but not limited to, verifying that Bank of the West has correctly made a distribution to Settlement Class Members pursuant to paragraph 82 herein; and

l.      Pay invoices, expenses and costs upon approval by Settlement Class Counsel and Bank of the West's Counsel, as provided in this Agreement

## VIII.   **Providing Notice to the Settlement Class**

62.      Bank of the West shall pay the Settlement Administrator to effectuate the Notice Program that provides Notice to the Settlement Class.

63.      Upon Preliminary Approval of the Settlement, the Settlement Administrator shall implement the Notice Program outlined herein, using the forms of Notice approved by the Court in the Preliminary Approval Order.  The Notice shall include, among other information:  a description of the material terms of the Settlement; a date by which persons in the Settlement Class may exclude themselves from or "opt out" of the Settlement Class; a date by which persons in the Settlement Class may object to the Settlement; the date upon which the Final Approval Hearing will occur; and the address of the Settlement Website at which persons in the Settlement Class may access this Agreement and other related documents and information. Settlement Class Counsel and Bank of the West's Counsel shall insert the correct dates and deadlines in the Notice before the Notice Program commences, based upon those dates and deadlines set by the Court in the Preliminary Approval Order.  Notices and publications provided under or as part of the Notice Program shall not bear or include the Bank of the West logo or

trademarks, the return address of Bank of the West, the Bank of the West colors, or otherwise be styled so as to appear to originate from Bank of the West.

64.     The Notice also shall include a procedure for persons in the Settlement Class to opt out at any time during the Opt-Out Period.  A person in the Settlement Class who does not timely and validly request to opt out shall be bound by the terms of this Agreement.

65.     The Notice also shall include a procedure for Settlement Class Members to object to the Settlement and/or to Class Counsel's application for attorneys' fees, costs and expenses and for service awards to Plaintiffs.  Objections to the Settlement or to the application for attorneys' fees, costs, expenses and service awards must be mailed to the Clerk of the Court, Settlement Class Counsel and Bank of the West's Counsel.  For an objection to be considered by the Court, the objection must be postmarked no later than the last day of the Opt-Out Period, as specified in the Notice.  For an objection to be considered by the Court, the objection must also set forth:

     a.     the name of MDL 2036;

     b.     the objector's full name, address and telephone number;

     c.     an explanation of the basis upon which the objector claims to be a Settlement Class Member;

     d.     all grounds for the objection, accompanied by any legal support for the objection known to the objector or his or her counsel;

     e.     the number of times in which the objector has objected to a class action settlement within the five years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection and a copy of any orders or opinions related to or ruling upon the objector's prior such objections that were issued by the trial and appellate courts in each listed case;

     f.     the identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement or fee application;

g.      the number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date that the objector files the objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the firm's prior such objections that were issued by the trial and appellate courts in each listed case;

h.      any and all agreements that relate to the objection or the process of objecting – whether written or verbal – between objector or objector's counsel and any other person or entity;

i.      the identity of all counsel representing the objector who will appear at the Final Approval Hearing;

j.      a list of all persons who will be called to testify at the Final Approval Hearing in support of the objection;

k.      a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and

l.      the objector's signature (an attorney's signature is not sufficient).

66.     Notice shall be provided to the Settlement Class in three different ways:  Mailed Notice; Published Notice; and Long-form Notice on the Settlement Website.  Not all persons in the Settlement Class will receive all forms of Notice, as detailed below.

67.     The Mailed Notice shall be substantially in the form attached hereto as Exhibit 1; Published Notice shall be substantially in the form attached hereto as Exhibit 2; the Long-form Notice shall be substantially in the form attached hereto as Exhibit 3.

68.     Within 28 days from the date that the Settlement Administrator receives from Settlement Class Counsel the data files (to the extent they are available) that identify the names and last known addresses of persons in the Settlement Class, the Settlement Administrator shall, to the extent necessary, run the addresses through the National Change of Address Database, and shall mail to all such persons in the Settlement Class a postcard containing the Mailed Notice (the "Initial Mailed Notice").

69.     The Settlement Administrator shall perform reasonable address traces for all Initial Mailed Notices that are returned as undeliverable.  No later than 35 days from the Initial Mailed Notice date, the Settlement Administrator shall complete the re-mailing of the Mailed Notice to those persons in the Settlement Class whose new addresses were identified as of that time through address traces (the "Notice Re-mailing Process").

70.     The Mailed Notice (which is comprised of both the Initial Mailed Notice, and the Notice Re-mailing Process) shall be completed as soon as practicable after entry of the Preliminary Approval Order.  Within seven days after the date the Settlement Administrator completes the Notice Re-mailing Process, the Settlement Administrator shall provide Settlement Class Counsel and Bank of the West's Counsel an affidavit that confirms that the Mailed Notice was completed in a timely manner.  Settlement Class Counsel shall file that affidavit with the Court as an exhibit to or in conjunction with Plaintiffs' motion for final approval of the Settlement.

71.     The Settlement Administrator shall administer the Published Notice, which shall be comprised of a one-time appropriate sized advertisement in the Los Angeles Times, the San Diego Union Tribune, the San Francisco Chronicle and USA Today.  The Published Notice shall be completed no later than 30 days after the Court's entry of the Preliminary Approval Order.

72.     As provided in paragraph 53a, Bank of the West shall pay all costs associated with the Mailed Notice and Published Notice and all related fees for the services of the Settlement Administrator, within 30 days of an invoice being approved by Settlement Class Counsel and Bank of the West's Counsel.

73.     Within seven days after the date the Settlement Administrator completes the Published Notice, the Settlement Administrator shall provide Settlement Class Counsel and Bank of the West's Counsel with one or more affidavits that confirm that the Published Notice was given in accordance with the Preliminary Approval Order.  Settlement Class Counsel shall file such affidavit(s) with the Court in conjunction with Plaintiffs' motion for final approval of the Settlement.

## IX.    Final Approval Order and Judgment

74.    Plaintiffs' motion for preliminary approval of the Settlement will include a request to the Court for a scheduled date on which the Final Approval Hearing will occur. Plaintiffs shall file their motion for final approval of the Settlement and their application for attorneys' fees, costs and expenses and for service awards for Plaintiffs no later than 45 days prior to the Final Approval Hearing.   At the Final Approval Hearing, the Court will hear argument on Plaintiffs' motion for final approval of the Settlement, and on Class Counsel's application for attorneys' fees, costs and expenses and for service awards for Plaintiffs.   In the Court's discretion, the Court also will hear argument at the Final Approval Hearing from any Settlement Class Members (or their counsel) who object to the Settlement or to the fee, cost, expense or service award application, provided the objectors filed timely objections that meet all of the requirements listed in paragraph 65 above.

75.    The Court at the Final Approval Hearing will determine whether to enter the Final Approval Order granting final approval of the Settlement, and whether to approve Class Counsel's request for attorneys' fees, costs, expenses and service awards.   The proposed Final Approval Order that will be attached to the motion shall be in a form agreed upon by Settlement Class Counsel and Bank of the West's Counsel.   Such Final Approval Order shall, among other things:

> a.     Determine that the Settlement is fair, reasonable and adequate;
>
> b.     Finally certify the Settlement Class for settlement purposes only;
>
> c.     Determine that the Notice provided satisfies Due Process requirements;
>
> d.     Dismiss the Action with prejudice and without costs;
>
> e.     Bar and enjoin Plaintiffs and all Settlement Class Members from asserting any of the Released Claims, as set forth in Section XIV, including during any appeal from the Final Approval Order;
>
> f.      Release Bank of the West and the Released Parties from the Released Claims, as set forth in Section XIV; and

g.      Reserve the Court's continuing and exclusive jurisdiction over the Parties to this Agreement, including Plaintiffs, Bank of the West and all Settlement Class Members, to administer, supervise, construe and enforce this Agreement in accordance with its terms.

**X.      Allocation of Net Settlement Fund Among Settlement Class Members**

76.      Consistent with its statutory and regulatory obligations to protect its customers' private financial information, Bank of the West shall make available to Settlement Class Counsel and to Plaintiffs' expert data – to the extent it exists in reasonably accessible electronic form – sufficient to determine and implement the allocation of the Net Settlement Fund as provided for in this Section of the Agreement.  Settlement Class Counsel shall apply the methodology set forth below to the data as consistently, sensibly and conscientiously as reasonably possible, recognizing and taking into consideration the nature and completeness of the data and the purpose of the computation.

77.      Settlement Class Counsel will use the following methodology to determine the amount of the distribution from the Net Settlement Fund to which each Settlement Class Member that can be identified from the data will be entitled:

a.      All Accounts held by Settlement Class Members will be identified in which, on one or more calendar days, Bank of the West assessed two or more Overdraft Fees on such day or days.  For each calendar day on which Bank of the West assessed two or more Overdraft Fees, all transactions posted in such Accounts on that day will be ordered in the following posting order:

i.      All credits;

ii.      All Debit Card Transactions ordered from the lowest dollar amount to highest dollar amount transaction;

iii.      All other debit transactions, including Bank of the West initiated fees and transactions, check transactions, ACH transactions and non-Debit-Card-initiated cash withdrawals, left in the order originally posted by Bank of the West.

b.　　　　After ordering the transactions as set forth in subparagraph (a) above, each Account – on a daily basis – will be identified in which the number of Overdraft Fees Bank of the West actually assessed exceeds the number of Overdraft Fees that would have been assessed if the Account transactions had been ordered as set forth in subparagraph (a) above ("Additional Overdrafts");

c.　　　　The dollar amount of Overdraft Fees for the Additional Overdrafts will be calculated ("Additional Overdrafts Amount");

d.　　　　For each Account in which one or more Additional Overdrafts have been identified, it will be determined to the extent possible how many (if any) Overdraft Fees Bank of the West refunded during the thirty-day period following each calendar day on which any Additional Overdraft occurred ("Refunded Additional Overdrafts");

e.　　　　The dollar amount of the Overdraft Fees for the Refunded Additional Overdrafts will be calculated ("Refunded Additional Overdrafts Amount");

f.　　　　All Accounts will be identified in which, on any calendar day the Additional Overdrafts Amount exceeds the Refunded Additional Overdrafts Amount. The Refunded Additional Overdrafts Amount will be subtracted from the Additional Overdrafts Amount to determine the "Differential Overdraft Fee";

g.　　　　All Accounts that experienced a Differential Overdraft Fee will be checked against a list of Accounts that Bank of the West closed with negative balances after writing them off as uncollectable ("Uncollectable Accounts");

h.　　　　For any Uncollectable Accounts that experienced a Differential Overdraft Fee, the Differential Overdraft Fee will be reduced dollar-for-dollar by the dollar amount of the negative closing Account balance. When the dollar amount of the negative closing Account balance equals or exceeds the Differential Overdraft Fee for the Account, the Differential Overdraft Fee shall be reduced to zero for purposes of calculating that Settlement Class Member's distribution, and the Settlement Class Member will not receive a distribution from the Net Settlement Fund for such Account;

i.      The foregoing allocation formula will yield the identification of Settlement Class Members whose Accounts experienced a Differential Overdraft Fee greater than zero dollars ("Positive Differential Overdraft Fee") as well as the amounts of their respective Positive Differential Overdraft Fees.

j.      The Parties agree that the foregoing allocation formula is exclusively for purposes of computing retrospectively, in a reasonable and efficient fashion, the amount of Positive Differential Overdraft Fees each Settlement Class Member incurred as a result of Debit Re-sequencing and, subject to paragraphs 78-86 below, the amount of any distribution each Settlement Class Member should receive from the Net Settlement Fund.  The fact that this allocation formula is used herein is not intended and shall not be used for any other purpose or objective whatsoever.

**XI.**    **Distribution of Net Settlement Fund to Settlement Class Members**

78.     Within 30 days of the Effective Date, Bank of the West and the Settlement Administrator shall distribute the Net Settlement Fund to the Settlement Class Members.  Each Settlement Class Member who had a Positive Differential Overdraft Fee shall receive a distribution in the amount of a pro rata share of the Net Settlement Fund.

79.     Settlement Class Counsel shall divide the total amount of the Net Settlement Fund by the total amount of all Settlement Class Members' Positive Differential Overdraft Fees as computed pursuant to paragraph 77, which yields the "Pro Rata Percentage."

80.     Settlement Class Counsel shall adjust the amount of each Settlement Class Member's total Positive Differential Overdraft Fees by multiplying it by the Pro Rata Percentage, which yields each Settlement Class Member's "Differential Overdraft Payment Amount."

81.     Every Settlement Class Member shall be paid the total Differential Overdraft Payment Amount to which he or she is entitled as calculated above ("Settlement Class Member Payments").

82.     Bank of the West shall make Settlement Class Member Payments to Current Account Holders either by a credit to those Settlement Class Members' Accounts or by mailed check from the Settlement Administrator in those circumstances where it is not feasible or reasonable for Bank of the West to make the payment by a credit to the Settlement Class Members' Account.   For those Settlement Class Members who receive their Settlement Class Member Payments by credits to their Accounts, Bank of the West shall notify the Current Account Holders of the credit, and provide a brief explanation that the credit has been made as a payment in connection with the Current Account Holder's membership in the Settlement Class. Bank of the West shall provide the notice of account credit described in this paragraph in or with the account statement on which the credit is reflected.   Bank of the West will bear any costs associated with implementing the account credits and notification discussed in this paragraph. Settlement Class Member Payments made to Current Account Holders by check will be cut and mailed by the Settlement Administrator with an appropriate legend, in a form approved by Settlement Class Counsel and Bank of the West's Counsel, to indicate that it is from the Settlement, and will be sent to the addresses that the Settlement Administrator identifies as valid Settlement Class Member addresses.   Checks shall be valid for 180 days.   The Settlement Administrator will make reasonable efforts to locate the proper address for any Settlement Class Member whose check is returned by the Postal Service as undeliverable, and will re-mail it once to the updated address.

83.     Bank of the West shall pay all costs associated with the process of printing and mailing the checks and any accompanying communication to Current Account Holders within 30 days of Settlement Class Counsel's and Bank of the West's approving the invoice for payment.

84.     Settlement Class Member Payments to Past Account Holders will be made by check with an appropriate legend, in a form approved by Settlement Class Counsel and Bank of the West's Counsel, to indicate that it is from the Settlement.   Checks will be cut and mailed by the Settlement Administrator, and will be sent to the addresses that the Settlement Administrator identifies as valid Settlement Class Member addresses.   Checks shall be valid for 180 days.   The

Settlement Administrator will make reasonable efforts to locate the proper address for any Settlement Class Member whose check is returned by the Postal Service as undeliverable, and will re-mail it once to the updated address.

85.     Bank of the West shall pay all costs associated with the process of printing and mailing the checks and any accompanying communication to Past Account Holders within 30 days of Settlement Class Counsel's and Bank of the West's Counsel's approving the invoice for payment.

86.     The amount of the Net Settlement Fund attributable to uncashed checks and checks returned to the Settlement Administrator shall remain in the Settlement Fund for one year from the date that the first distribution check is mailed by the Settlement Administrator, during which time the Settlement Administrator shall make a reasonable effort to locate Settlement Class Members whose checks were returned to effectuate delivery of such checks to the Settlement Class Members entitled to them.  The Settlement Administrator shall make only one attempt to re-mail or re-issue a distribution check.

## XII.   Disposition of Residual Funds After Distribution to Settlement Class Members

87.     Within one year plus 30 days after the date the Settlement Administrator mails the first Settlement Class Member Payment, any funds remaining in the Settlement Fund shall be distributed as follows:

a.      At the election and complete discretion of Settlement Class Counsel and Bank of the West, the funds may be distributed to Settlement Class Members who received Settlement Class Member Payments on a pro rata basis, to the extent feasible and practical in light of the costs of administering such subsequent payments (all such costs to prepare and transmit such additional payments to be paid by the Settlement Fund); or

b.      The funds may be distributed through a residual cy pres program.  The residual cy pres recipient(s) shall be agreed upon by Bank of the West and Settlement Class Counsel, and approved by the Court.  Any residual cy pres distribution shall be paid as soon as

reasonably possible following the completion of distribution of funds to the Settlement Class Members.

        c.     If Settlement Class Counsel and Bank of the West are unable to agree on a distribution plan (whether subparagraphs (a) or (b)) or on the recipient(s), they shall bring the matter, together with supporting materials and argument, to the Court for determination.

        d.     The Settlement Fund shall pay all costs associated with the disposition of residual funds – whether through an additional distribution to Settlement Class Members or through a residual cy pres program.

        e.     In the event no money remains in the Net Settlement Fund, the Parties shall have no obligation whatsoever to make any distribution as contemplated by subparagraphs (a) and (b) above of this paragraph.

## XIII.   **Effect of a Termination**

88.     The grounds upon which this Agreement may be terminated are set forth in paragraphs 102 and 103.  In the event of a termination as provided therein, this Agreement shall be considered null and void; all of Bank of the West's obligations under the Settlement shall cease to be of any force and effect; the amounts in the Settlement Fund shall be returned to Bank of the West in accordance with paragraph 89; and the Parties shall return to the status quo ante in the Action as if the Parties had not entered into this Agreement.  In addition, in the event of such a termination, all of the Parties' respective pre-Settlement claims and defenses will be preserved.

89.     In the event of a termination, the Settlement Fund shall be returned to Bank of the West within seven (7) days of termination, less any money that the Settlement Fund has already paid, or incurred an obligation to pay, for Settlement-related costs and expenses.

90.     This Settlement shall become effective on the Effective Date unless earlier terminated in accordance with the provisions of paragraph 102 and/or 103.

91.     In the event the Settlement is terminated in accordance with the provisions of paragraphs 102 and/or 103, any discussions, offers, or negotiations associated with this Settlement shall not be discoverable or offered into evidence or used in the Action or any other

action or proceeding for any purpose, without prejudice to Plaintiffs' right to seek discovery and class certification, and Bank of the West's right to oppose class certification. In such event, all Parties to the Action shall stand in the same position as if this Agreement had not been negotiated, made or filed with the Court.

**XIV.** **Releases**

92.      As of the Effective Date, Plaintiffs and each Settlement Class Member, each on behalf of himself or herself and on behalf of his or her respective heirs, assigns, beneficiaries and successors, shall automatically be deemed to have fully and irrevocably released and forever discharged Bank of the West and each of its present and former parents, subsidiaries, divisions, affiliates, predecessors, successors and assigns, and the present and former directors, officers, employees, agents, insurers, shareholders, attorneys, advisors, consultants, representatives, partners, joint venturers, independent contractors, wholesalers, resellers, distributors, retailers, predecessors, successors and assigns of each of them, of and from any and all liabilities, rights, claims, actions, causes of action, demands, damages, costs, attorneys' fees, losses and remedies, whether known or unknown, existing or potential, suspected or unsuspected, liquidated or unliquidated, legal, statutory, or equitable, that result from, arise out of, are based upon, or relate to the conduct, omissions, duties or matters during the Class Period that were or could have been alleged in the Action, including, without limitation, any claims, actions, causes of action, demands, damages, losses, or remedies relating to, based upon, resulting from, or arising out of (a) the assessment of one or multiple Overdraft Fees on a Bank of the West Account or the amount of one or more Overdraft Fees assessed on an Account, or (b) Debit Re-Sequencing or posting order. The foregoing release includes, by way of example but not limitation, any and all of the following to the extent they involve, result in, or seek recovery or relief for Overdraft Fees or Debit Re-sequencing or posting order: (1) the authorization, approval or handling of any Debit Card Transaction, (2) any failure to notify or to obtain advance approval when a Debit Card Transaction would or might cause a Bank of the West Account to become overdrawn or further overdrawn or an Overdraft Fee to be assessed, (3) any failure to allow the holder of any

Bank of the West Account to opt-out of overdrafts, or to publicize or disclose the ability of the holder of any Bank of the West Account to opt-out of overdrafts, (4) any failure to adequately or clearly disclose, in one or more agreements, posting order, Debit Re-sequencing, overdrafts, Overdraft Fees, or the manner in which Debit Card Transactions are or would be approved, processed, or posted to Bank of the West Accounts; (5) any conduct or statements encouraging the use of Bank of the West Debit Cards, (6) the assessment of any continuing overdraft fee, and (7) any advertisements relating to any of the foregoing.

93.     As of the Effective Date, Plaintiffs and each Settlement Class Member shall further automatically be deemed to have waived and released any and all provisions, rights and benefits conferred by Section 1542 of the California Civil Code or similar laws of any other state or jurisdiction.  Section 1542 of the California Civil Code reads: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

94.     Plaintiffs or any Settlement Class Member may hereafter discover facts other than or different from those that he/she knows or believes to be true with respect to the subject matter of the claims released pursuant to the terms of paragraphs 92 and 93, or the law applicable to such claims may change.  Nonetheless, each of those individuals expressly agrees that, as of the Effective Date, he/she shall have automatically and irrevocably waived and fully, finally and forever settled and released any known or unknown, suspected or unsuspected, asserted or unasserted, liquidated or unliquidated, contingent or non-contingent claims with respect to all of the matters described in or subsumed by this paragraph and paragraphs 92 and  93.  Further, each of those individuals agrees and acknowledges that he/she shall be bound by this Agreement, including by the releases contained in this paragraph and in paragraphs 92 and 93, and that all of their claims in the Action shall be dismissed with prejudice and released, whether or not such claims are concealed or hidden; without regard to subsequent discovery of different or additional

facts and subsequent changes in the law; and even if he/she never receives actual notice of the Settlement or never receives a distribution of funds or credits from the Settlement.

95.     Nothing in this Agreement shall operate or be construed to release any claims or rights Bank of the West has to recover any past, present or future amounts that may be owed by Plaintiffs or by any Settlement Class Member on his/her accounts, loans or any other debts with Bank of the West, pursuant to the terms and conditions of such accounts, loans, or any other debts.

## XV.   Payment of Attorneys' Fees, Costs and Incentive Awards

### A.   Class Counsel Fees and Costs

96.     Bank of the West agrees not to oppose Class Counsel's request for attorneys' fees of up to 30% of the value of the Settlement, as well as reimbursement of costs and expenses incurred in connection with the Action.  Any award of attorneys' fees, costs and expenses to Class Counsel shall be payable solely out of the Settlement Fund, and is subject to Court approval.  Notwithstanding anything herein, the Court's failure to approve, in whole or in part, any award of attorneys' fees, costs and expenses to Class Counsel shall not prevent the Agreement from becoming effective, nor shall it be grounds for termination.  In the event the Court declines to approve, in whole or in part, the payment of attorneys' fees, costs and expenses to Class Counsel in the amounts sought by Class Counsel, or at all, the remaining provisions of this Agreement shall remain in full force and effect.

97.     The Parties negotiated and reached this Agreement regarding the terms of paragraph 96 only after reaching agreement on all other material terms of this Settlement.

### B.   Payment of Attorneys' Fees and Costs

98.     Within three days of the Effective Date, the Escrow Agent shall pay from the Settlement Fund to Settlement Class Counsel all Court-approved attorneys' fees, costs and expenses of Class Counsel, including interest accrued thereon, provided, however, that the Escrow Agent shall not pay any such fees, costs, or expenses from the Settlement Fund to Settlement Class Counsel until such time as Settlement Class Counsel have jointly agreed upon a

plan of allocation of fees, costs and expenses among all Class Counsel and any other counsel for whom the Court has approved attorneys' fees, costs and expenses.  In the event that the award of attorneys' fees, costs and expenses of Class Counsel is reduced on appeal, the Escrow Agent shall only pay to Settlement Class Counsel from the Settlement Fund the reduced amount of such award, including interest accrued thereon.  Settlement Class Counsel shall furnish to the Escrow Agent any required tax information or forms before the payment is made.

99.     The payment of attorneys' fees, costs and expenses of Class Counsel pursuant to paragraph 98 shall be made through a deposit by the Escrow Agent into an Attorney Client Trust Account jointly controlled by Settlement Class Counsel.  After the fees, costs and expenses have been deposited into this account, Settlement Class Counsel shall be solely responsible for distributing each Class Counsel firm's allocated share of such fees, costs and expenses to that firm.

### C.     Class Representative Service Awards

100.     Bank of the West agrees not to oppose Settlement Class Counsel's request that the Court approve service awards of $5,000 per Plaintiff.  Any service awards are to be paid from the Settlement Fund.  Any service awards shall be paid to Plaintiffs in addition to Plaintiffs' Settlement Class Member Payments.  Notwithstanding anything herein, the Court's failure to approve, in whole or in part, the service awards sought by Class Counsel shall not prevent the Agreement from becoming effective, nor shall it be grounds for termination.  In the event the Court declines to approve, in whole or in part, any service awards in the amounts set forth above, or at all, the remaining provisions of this Agreement shall remain in full force and effect.

101.     The Parties negotiated and reached this agreement regarding any service awards only after reaching agreement on all other material terms of this Settlement.

### XVI.   Termination of Settlement

102.     This Settlement may be terminated by either Bank of the West or Settlement Class Counsel by serving on counsel for the opposing Party and filing with the Court a written notice of termination within fourteen days after any of the following occurrences:

a. the Court rejects, materially modifies, materially amends or changes, or declines to preliminarily or finally approve the Settlement;

b. an appellate court reverses the Final Approval Order, and the Settlement is not reinstated without material change by the Court on remand;

c. any court incorporates into, or deletes or strikes from, or modifies, amends, or changes, the Preliminary Approval Order, Final Approval Order, or the Settlement in a way that Bank of the West or Settlement Class Counsel seeking to terminate the Settlement reasonably considers material;

d. the Effective Date does not occur; or

e. any other ground for termination provided for elsewhere in this Agreement.

103. Bank of the West also shall have the right to terminate the Settlement by serving on Settlement Class Counsel and filing with the Court a notice of termination within fourteen days of its receipt from the Settlement Administrator of the final report specified in paragraph 61(g) above, if the number of persons in the Settlement Class who timely request exclusion from the Settlement Class equals or exceeds the number or percentage specified in the separate letter agreement executed concurrently with this Settlement by Bank of the West's Counsel and Settlement Class Counsel. The percentage shall be confidential except to the Court, who shall upon request be provided with a copy of the letter agreement for *in camera* review.

104. In the event of a termination of the Settlement, and after payment of any invoices or other fees or expenses mentioned in this Agreement that have been incurred and are due to be paid from the Escrow Account, the balance of the Settlement Fund shall be refunded and remitted to Bank of the West as provided in paragraph 89. Bank of the West shall have no right to seek reimbursement from Plaintiffs or Class Counsel for any funds disbursed from the Escrow Account pursuant to paragraph 50 above.

105. In the event of a termination of the Settlement pursuant to this Section XVI, the parties retain all of their pre-Settlement litigation rights and defenses, including Plaintiffs' right

to seek class certification and Bank of the West's right to oppose class certification, as provided in paragraphs 88 and 91.

## XVII.   Parties' Positions on the Action and Settlement

106.   The Parties understand and acknowledge that this Agreement constitutes a compromise and settlement of disputed claims.  No action taken by the Parties either previously or in connection with the negotiations or proceedings connected with this Agreement shall be deemed or construed to be an admission of the truth or falsity of any claims or defenses heretofore made, or an acknowledgment or admission by any party of any fault, liability or wrongdoing of any kind whatsoever.

107.   Class Counsel and Plaintiffs believe that the claims asserted in the Action have merit, and they have examined and considered the benefits to be obtained under the proposed Settlement set forth in this Agreement, the risks associated with the continued prosecution of this complex, costly and time-consuming litigation, and the likelihood of success on the merits of the Action.  Class Counsel have fully investigated the facts and law relevant to the merits of the claims, have conducted extensive formal and informal discovery, and have conducted independent investigation of the challenged practices.   Class Counsel and Plaintiffs have concluded that the proposed Settlement set forth in this Agreement is fair, reasonable, adequate and in the best interests of the Settlement Class.

108.   Bank of the West disputes the claims alleged in the Action and does not by this Agreement or otherwise admit any liability or wrongdoing of any kind.  Bank of the West has agreed to enter into this Agreement to avoid the further expense, inconvenience and distraction of burdensome and protracted litigation, and to be completely free of any further claims that were asserted or could have been asserted in the Action.

109.   Neither the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Settlement:  (a) is or may be deemed to be, or may be used as, an admission of, or evidence of, the validity of any claim made by the Plaintiffs or Settlement Class Members, or of any wrongdoing or liability of the Released Parties; or (b) is or may be deemed

to be, or may be used as, an admission of, or evidence of, any fault or omission of any of the Released Parties, in the Action or in any proceeding in any court, administrative agency or other tribunal.

110.    In addition to any other defenses Bank of the West may have at law, in equity, or otherwise, to the extent permitted by law, this Agreement may be pleaded as a full and complete defense to, and may be used as the basis for an injunction against, any action, suit or other proceeding that may be instituted, prosecuted or attempted in breach of this Agreement or the Releases contained herein.

## XVIII. Miscellaneous Provisions

111.    Gender and Plurals.  As used in this Agreement, the masculine, feminine, or neuter gender, and the singular or plural number, shall each be deemed to include the others whenever the context so indicates.

112.    Binding Effect.  This Agreement shall be binding upon, and inure to the benefit of, the successors and assigns of the Releasing Parties and the Released Parties.

113.    Cooperation of Parties.  The Parties to this Agreement agree to cooperate in good faith to prepare and execute all documents, to seek Court approval, defend Court approval and to do all things reasonably necessary to complete and effectuate the Settlement described in this Agreement.  This obligation of the Parties to support and complete the Settlement shall remain in full force and effect regardless of events that may occur, or court decisions that may be issued, in MDL 2036 or in any other case in any court.

114.    Obligation To Meet And Confer.  Before filing any motion in the Court raising a dispute arising out of or related to this Agreement, the Parties shall consult with each other and certify to the Court that they have consulted.

115.    Integration.  This Agreement (along with the letter agreement referenced in paragraph 103 herein) constitutes a single, integrated written contract expressing the entire agreement of the Parties relative to the subject matter herein.  No covenants, agreements,

representations, or warranties of any kind whatsoever have been made by any Party hereto, except as provided for herein.

116.   <u>No Conflict Intended</u>.   Any inconsistency between the headings used in this Agreement and the text of the paragraphs of this Agreement shall be resolved in favor of the text.

117.   <u>Counterparts</u>.   This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, even though all Parties do not sign the same counterparts.   Original signatures are not required.   Any signature submitted by facsimile or through email of an Adobe PDF shall be deemed an original.

118.   <u>Jurisdiction</u>.   The Court shall retain jurisdiction over the implementation, enforcement and performance of this Agreement, which shall be construed in accordance with, and be governed by, the laws of the State of California.   The Court shall have exclusive jurisdiction over any suit, action, proceeding or dispute arising out of or relating to this Agreement that cannot be resolved by negotiation and agreement by counsel for the Parties.   The Court shall retain jurisdiction with respect to the administration, consummation and enforcement of the Agreement and shall retain jurisdiction for the purpose of enforcing all terms of the Agreement.   The Court shall also retain jurisdiction over all questions and/or disputes related to the Notice program and the Settlement Administrator.   As part of their respective agreements to render services in connection with this Settlement, the Settlement Administrator shall consent to the jurisdiction of the Court for this purpose.

119.    <u>Notices</u>.  All notices to counsel provided for herein shall be sent by email and facsimile with a hard copy sent by overnight mail to:

| *As to Plaintiffs and the Settlement Class*: | *As to Bank of the West*: |
|---|---|
| Robert C. Gilbert | Lisa M. Simonetti |
| GROSSMAN ROTH, P.A. | STROOCK & STROOCK & LAVAN LLP |
| rcg@grossmanroth.com | lsimonetti@stroock.com |
| 2525 Ponce de Léon, Suite 1150 | 2029 Century Park East |
| Miami, FL 33133 | Los Angeles, CA  90067-3086 |
| Telephone: (305) 442-8666 | Telephone:  (310) 556-5819 |
| Facsimile: (305) 779-9596 | Facsimile:  (310) 556-5959 |

Jeffrey M. Ostrow
KOPELOWITZ OSTROW P.A.
ostrow@kolawyers.com
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300

Michael W. Sobol
Roger N. Heller
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
msobol@lchb.com
rheller@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Elaine A. Ryan
Todd Carpenter
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C
eryan@bffb.com
tcarpenter@bffb.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 776-5956

The notice recipients and addresses designated above may be changed by written notice. Upon the request of any of the Parties, the Parties agree to promptly provide each other with copies of objections, requests for exclusion, or other filings received as a result of the Notice Program.

120.     <u>Modification and Amendment</u>.  This Agreement may be amended or modified only by a written instrument signed by the Parties and their respective counsel and approved by the Court.

121.     <u>No Waiver</u>.  The waiver by any party of any breach of this Agreement by another Party shall not be deemed or construed as a waiver of any other breach, whether prior, subsequent, or contemporaneous, of this Agreement.

122.     <u>Authority</u>.  Plaintiffs and Bank of the West represent and warrant that the persons signing this Agreement on their behalf have full power and authority to bind every person, partnership, corporation, or entity included within the definitions of Plaintiffs and Bank of the West to all terms of this Agreement.  Any person executing this Agreement in a representative capacity represents and warrants that he or she is fully authorized to do so and to bind the Party on whose behalf he or she signs this Agreement to all of the terms and provisions of this Agreement.

123.     <u>Agreement Mutually Prepared</u>.  Neither Bank of the West nor Plaintiffs, nor any of them, shall be considered to be the drafter of this Agreement or any of its provisions for the purpose of any statute, case law or rule of interpretation or construction that would or might cause any provision to be construed against the drafter of this Agreement.

124.     <u>Independent Investigation and Decision to Settle</u>.  The Parties understand and acknowledge that:  (a) they have performed an independent investigation of the allegations of fact and law made in connection with the Action; and (b) even if they may hereafter discover facts in addition to, or different from, those that they now know or believe to be true with respect to the subject matter of the Action as reflected in this Agreement, that will not affect or in any respect limit the binding nature of this Agreement.  Bank of the West has provided and is

providing information that Plaintiffs reasonably request to identify persons in the Settlement Class and the alleged Overdraft Fees they incurred.  It is the Parties' intention to resolve their disputes in connection with the Action pursuant to the terms of this Agreement now and thus, in furtherance of their intentions, the Agreement shall remain in full force and effect notwithstanding the discovery of any additional facts or law, or changes in law, and this Agreement shall not be subject to rescission or modification by reason of any changes or differences in facts or law, subsequently occurring or otherwise.

125.   <u>Receipt of Advice of Counsel</u>.  Each Party acknowledges, agrees and specifically warrants that he, she, or it has fully read this Agreement and the Releases contained in Section XIV above, received independent legal advice with respect to the advisability of entering this Agreement and the Releases, and the legal effects of this Agreement and the Releases, and fully understands the effect of this Agreement and the Releases.

**(Signatures on Following Page)**

**PLAINTIFFS:**

_____
Betty Orallo

_____
Saynyonoh Dee

_____
Michele Draper

**BANK OF THE WEST**

By: _____

Its: _____

**CLASS COUNSEL**

_____
Bruce Rogow

_____
Aaron Podhurst

_____
Robert C. Gilbert

_____
Michael W. Sobol

_____
Jeffrey M. Ostrow

_____
Elaine A. Ryan

**BANK OF THE WEST'S COUNSEL**

_____
Lisa M. Simonetti

10849-005-00159575  1                    36

**PLAINTIFFS:**

_____
Betty Orallo

_____
Saynyonoll Dee

_____
Michele Draper

**BANK OF THE WEST**

By: _____

Its: _____

**CLASS COUNSEL**

_____
Bruce Rogow

_____
Aaron Podhurst

_____
Robert C. Gilbert

_____
Michael W. Sobol

_____
Jeffrey M. Ostrow

_____
Elaine A. Ryan

**BANK OF THE WEST'S COUNSEL**

_____
Lisa M. Simonetti

**PLAINTIFFS:**

_____
Betty Orallo

_____
Saynyonoh Dee

_____
Michele Draper

**BANK OF THE WEST**

By: _____

Its: _____

**CLASS COUNSEL**

_____
Bruce Rogow

_____
Aaron Podhurst

_____
Robert C. Gilbert

_____
Michael W. Sobol

_____
Jeffrey M. Ostrow

_____
Elaine A. Ryan

**BANK OF THE WEST'S COUNSEL**

_____
Lisa M. Simonetti

10149-005/00159375_1                    36

Jun-28-2012  08:36am   From-STROOCK&STROOCK&LAVAN LLP              +3105565959         T-088  P.002/002  F-784

**PLAINTIFFS:**

Betty Orallo

Saynyonoh Dee

Michele Draper

**BANK OF THE WEST**

By: _____

Its: _____

**CLASS COUNSEL**

Bruce Rogow

Aaron Podhurst

Robert C. Gilbert

Michael W. Sobol

Jeffrey M. Ostrow

Elaine A. Ryan

**BANK OF THE WEST'S COUNSEL**

Lisa M. Simonetti

37

LA 51551740

**PLAINTIFFS:**

_____
Betty Orallo

_____
Saynyonoh Dee

_____
Michele Draper

**BANK OF THE WEST**

By: _____

Its: _____

**CLASS COUNSEL**
_____
Bruce Rogow

_____
Aaron Podhurst

_____
Robert C. Gilbert

_____
Michael W. Sobol

_____
Jeffrey M. Ostrow

_____
Elaine A. Ryan

**BANK OF THE WEST'S COUNSEL**

_____
Lisa M. Simonetti

**PLAINTIFFS:**

_____

Betty Orallo

_____

Saynyonoh Dee

_____

Michele Draper

**BANK OF THE WEST**

By: _____

Its: _____

**CLASS COUNSEL**

_____

Bruce Rogow

_____

Aaron Podhurst

_____

Robert C. Gilbert

_____

Michael W. Sobol

_____

Jeffrey M. Ostrow

_____

Elaine A. Ryan

**BANK OF THE WEST'S COUNSEL**

_____

Lisa M. Simonetti

10849-005/00159575_1                            36

# EXHIBIT 1

**If You Paid Overdraft Fees to Bank of the West,**
**You May Be Eligible for a Payment from a Class Action Settlement.**

An $18 million Settlement has been reached in a class action lawsuit about the order in which Bank of the West posted Debit Card Transactions to customer Accounts. Bank of the West maintains there was nothing wrong with the posting process used.

**Who's Included?** You are included in the Settlement Class if you had one or more Bank of the West consumer checking accounts that you could access with a Debit Card and, at any time between June 1, 2005 and July 1, 2011, incurred an Overdraft Fee as a result of Bank of the West's practice of posting Debit Card Transactions from highest to lowest dollar amount. In order to have incurred an Overdraft Fee as a result of this practice, you must have had two or more Overdraft Fees assessed on one or more days during that time period. If this happened to you, you may be in the Settlement Class. If it did not happen to you, you are not a member of the Settlement Class. Further, you are not eligible for a payment under the Settlement if your Account was closed with a negative balance and the amount of the benefits that would otherwise be provided for in the Settlement would be insufficient to make the balance in that Account positive. You may contact the Settlement Administrator if you have any questions as to whether you are in the Settlement Class.

**What Are the Settlement Terms?** Bank of the West has agreed to establish a Settlement Fund of $18 million from which identifiable Settlement Class Members will receive payments or account credits. The amount of such payments or account credits cannot be determined at this time. However, it will be based on the number of people in the Settlement Class and the amount of Additional Overdraft Fees each Settlement Class Member paid as a result of Bank of the West's posting order practice. Bank of the West will separately pay for settlement administration and related costs; such amounts will not come out of the $18 million Settlement Fund.

**How to Receive a Payment.** If you are included in the Settlement Class and entitled to receive a cash benefit, you do not have to do anything to receive a payment or account credit. If the Court approves the Settlement and it becomes final and effective, you will automatically receive a payment or account credit.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class. To exclude yourself from the Settlement Class, you must send a letter that includes the following: your name, address and telephone number, a statement that you want to be excluded from the Bank of the West Settlement in In Re:  Checking Account Overdraft Litigation, 1:09-MD-02036-JLK, and your signature. You must mail your exclusion request, postmarked no later than _____, 2012, to: Checking Account Overdraft Litigation Exclusions; P.O. Box _____; [City, State, Zip ]. If you do not exclude yourself, you will release your overdraft-fee-related claims against Bank of the West and will not be able to sue Bank of the West for any claim relating to the lawsuit. If you stay in the Settlement Class, you may object to the Settlement by _____, 2012. The Court will hold a hearing on _____, 2012 to consider whether to approve the Settlement and a request for attorneys' fees of up to 30 percent of the Settlement Fund. You may file an objection to the Settlement and/or fee request, but you must meet certain requirements (see below for website/phone number to call). You may appear at the hearing, but you are not required to attend. You may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**For more information: www.BankoftheWestOverdraftSettlement.com or 1-800-***-****
Do not contact Bank of the West or the Court for information.**

# EXHIBIT 2

**If You Paid Overdraft Fees to Bank of the West,**
**You May Be Eligible for a Payment from a Class Action Settlement.**

An $18 million Settlement has been reached in a class action lawsuit about the order in which Bank of the West posted debit card transactions to customer Accounts. Current and former Bank of the West customers may be included in the Settlement.

### What's This About?

The lawsuit claims that Bank of the West posted Debit Card Transactions in the order of highest-to-lowest dollar amount, which plaintiffs argue results in an increased number of Overdraft Fees assessed to customers. Bank of the West maintains there was nothing wrong about the posting process used.

### Who's Included?

You are included in the Settlement Class if you had one or more Bank of the West consumer checking accounts that you could access with a Debit Card and, at any time between June 1, 2005 and July 1, 2011, incurred an Overdraft Fee as a result of Bank of the West's practice of posting Debit Card Transactions from highest to lowest dollar amount. In order to have incurred an Overdraft Fee as a result of this practice, you must have had two or more Overdraft Fees assessed on one or more days during that time period. If this happened to you, you may be in the Settlement Class. If it did not happen to you, you are not a member of the Settlement Class. Further, you are not eligible for a payment under the Settlement if your Account was closed with a negative balance and the amount of the benefits that would otherwise be provided for in the Settlement would be insufficient to make the balance in that Account positive. You may contact the Settlement Administrator if you have any questions as to whether you are in the Settlement Class.

### What Are The Settlement Terms?

Bank of the West has agreed to establish a Settlement Fund of $18 million from which identifiable Settlement Class Members will receive payments or account credits. The amount of such payments or account credits cannot be determined at this time. However, it will be based on the number of people in the Settlement Class and the amount of Additional Overdraft Fees each Settlement Class Member paid as a result of Bank of the West's posting order practice. Bank of the West will separately pay for settlement administration and related costs; such amounts will not come out of the $18 million Settlement Fund.

### How To Receive A Payment.

If you are included in the Settlement Class and entitled to receive a cash benefit, you do not have to do anything to receive a payment or account credit. If the Court approves the Settlement and it becomes final and effective, you will automatically receive a payment or account credit.

### Your Rights May Be Affected.

If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class. Your request to exclude yourself must be postmarked no later than _____, 2012. If you do not exclude yourself, you will release your overdraft-fee-related claims against Bank of the West and will not be able to sue Bank of the West for any claim relating to the lawsuit. If you stay in the Settlement Class, you may object to the Settlement by _____, 2012. The Court will hold a hearing on _____, 2012 to consider whether to approve the Settlement and a request for attorneys' fees of up to 30 percent of the Settlement Fund. You may file an objection to the Settlement and/or fee request, but you must meet certain requirements (see below for website/phone number to call). You may appear at the hearing, but you are not required to attend. You may hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**For more information: www.BankoftheWestOverdraftSettlement.com or 1-800-***-****
Do not contact Bank of the West or the Court for information.**

10849-005/00159580_1

# EXHIBIT 3

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

## If You Paid Overdraft Fees to Bank of the West,
## You May Be Eligible for a Payment from a Class Action Settlement.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

• An $18 million Settlement has been reached in a class action about the order in which Bank of the West posted Debit Card Transactions to customer Accounts, and the alleged effect the posting order had on the number of Overdraft Fees charged to account holders. Bank of the West maintains that there was nothing wrong about the posting process used and that it has not violated any laws.

• Current and former holders of Bank of the West consumer checking accounts may be eligible for a payment or account credit from the Settlement Fund.

• Your legal rights are affected whether you act or don't act. Read this notice carefully.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
| --- | --- |
| **RECEIVE A PAYMENT OR ACCOUNT CREDIT** | If you are entitled under the Settlement to a payment or account credit, you do not have to do anything to receive it. If the Court approves the Settlement and it becomes final and effective, and you remain in the Settlement Class, you will automatically receive a payment or account credit. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT** | Receive no benefit from the Settlement. This is the only option that allows you to retain your right to bring any other lawsuit against Bank of the West about the claims in this case. |
| **OBJECT** | Write to the Court if you do not like the Settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | You will receive any payment or account credit to which you are entitled, and will give up your right to bring your own lawsuit against Bank of the West about the claims in this case. |

• These rights and options – **and the deadlines to exercise them** – are explained in this notice.

• The Court in charge of this case still has to decide whether to approve the Settlement. Payments and account credits will be provided if the Court approves the Settlement and after any appeals are resolved. Please be patient.

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**                                                   **Page __**
1.   Why is there a notice?
2.   What is this lawsuit about?
3.   What is an overdraft fee?
4.   Why is this a class action?
5.   Why is there a Settlement?

**WHO IS IN THE SETTLEMENT**                                            **Page __**
6.   Who is included in the Settlement?

**THE SETTLEMENT'S BENEFITS**                                           **Page __**
7.   What does the Settlement provide?
8.   How do I receive a payment or account credit?
9.   What am I giving up to stay in the Settlement Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT**                              **Page __**
10.  How do I get out of the Settlement?
11.  If I don't exclude myself, can I sue Bank of the West for the same thing later?
12.  If I exclude myself from the Settlement, can I still receive a payment?

**THE LAWYERS REPRESENTING YOU**                                        **Page __**
13.  Do I have a lawyer in this case?
14.  How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT**                                         **Page __**
15.  How do I tell the Court that I don't like the Settlement?
16.  What's the difference between objecting and excluding?

**THE COURT'S FINAL APPROVAL HEARING**                                  **Page __**
17.  When and where will the Court decide whether to approve the Settlement?
18.  Do I have to come to the hearing?
19.  May I speak at the hearing?

**IF YOU DO NOTHING**                                                   **Page __**
20.  What happens if I do nothing at all?

**GETTING MORE INFORMATION**                                            **Page __**
21.  How do I get more information?

# BASIC INFORMATION

| 1.   Why is there a notice? |
| --- |

A Court authorized this notice because you have a right to know about the proposed Settlement of this class action lawsuit and about all of your options, before the Court decides whether to give final approval to the Settlement. This notice explains the lawsuit, the Settlement and your legal rights.

Senior Judge James Lawrence King, of the U.S. District Court for the Southern District of Florida, is overseeing this case. The case is known as In Re: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK. The people who sued are called the "Plaintiffs." The defendant is Bank of the West.

| 2.   What is this lawsuit about? |
| --- |

The lawsuit claims that Bank of the West posted Debit Card Transactions in the order of highest-to-lowest dollar amount, which Plaintiffs argue results in an increased number of Overdraft Fees assessed to customers. The complaint in this Action is posted on this website, and contains all of the allegations and claims asserted against Bank of the West. Bank of the West maintains that there was nothing wrong about the posting process it used and that it has not violated any laws.

| 3.   What is an overdraft fee? |
| --- |

An Overdraft Fee may be assessed when a customer's withdrawals from a bank account exceed the available balance.

| 4.   Why is this a class action? |
| --- |

In a class action, one or more people, called class representatives (in this case, three Bank of the West customers who were assessed Overdraft Fees), sue on behalf of people who have similar claims.

All of the people who have claims similar to the class representatives are members of the Settlement Class, except for those who exclude themselves from the class.

| 5.   Why is there a Settlement? |
| --- |

The Court has not decided in favor of either Plaintiffs or Bank of the West. Instead, both sides agreed to the Settlement. By agreeing to the Settlement, the parties avoid the costs and uncertainty of a trial, and Settlement Class Members receive the benefits described in this notice. The class representatives and their attorneys think the Settlement is best for everyone who is affected.

# WHO IS IN THE SETTLEMENT?

If you received notice of the Settlement from a postcard addressed to you, then you are in the Settlement Class. But even if you did not receive a postcard with Settlement notice, you may still be in the Settlement Class, as described below.

| 6.   Who is included in the Settlement? |
| --- |

You are included in the Settlement Class if you had one or more Bank of the West consumer checking accounts that you could access with a Debit Card and, at any time between June 1, 2005 and July 1, 2011, incurred an Overdraft Fee as a result of Bank of the West's practice of posting Debit Card Transactions from highest to lowest dollar amount. In order to have incurred an Overdraft Fee as a result of this practice, you must have had two or more Overdraft Fees

assessed on one or more days during that time period. If this happened to you, you may be in the Settlement Class. If it did not happen to you, you are not a member of the Settlement Class. Further, you are not eligible for a payment under the Settlement if your Account was closed with a negative balance and the amount of the benefits that would otherwise be provided for in the Settlement would be insufficient to make the balance in that Account positive. You may contact the Settlement Administrator if you have any questions as to whether you are in the Settlement Class.

## THE SETTLEMENT'S BENEFITS

### 7.   What does the Settlement provide?

Bank of the West has agreed to establish a Settlement Fund of $18 million from which identifiable Settlement Class Members may receive payments or account credits. The amount of such payments or account credits cannot be determined at this time. However, it will be based on the number of people in the Settlement Class and the amount of Additional Overdraft Fees each Settlement Class Member paid as a result of Bank of the West's posting order practice. Bank of the West will separately pay for settlement administration and related costs; such amounts will not come out of the $18 million Settlement Fund.

### 8.   How do I receive a payment or account credit?

If you are in the Settlement Class and entitled to receive a cash benefit, you do not need to do anything to receive a payment or account credit. If the Court approves the Settlement and it becomes final and effective, you will automatically receive a payment or account credit.

### 9.   What am I giving up to stay in the Settlement Class?

Unless you exclude yourself from the Settlement Class, you cannot sue, continue to sue or be part of any other lawsuit against Bank of the West about the legal issues in this case. It also means that all of the decisions by the Court will bind you. The "Release of Claims" included in the Settlement Agreement describes the precise legal claims that you give up if you remain in the Settlement. The Settlement Agreement is available at www.BankoftheWestOverdraftSettlement.com.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want benefits from the Settlement, and you want to keep the right to sue or continue to sue Bank of the West on your own about the legal issues in this case, then you must take steps to get out of the Settlement. This is called excluding yourself – or it is sometimes referred to as "opting out" of the Settlement Class.

### 10. How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a letter that includes the following:

- Your name, address and telephone number;

- A statement that you want to be excluded from the Bank of the West Settlement in In Re: Checking Account Overdraft Litigation, 1:09-MD-02036-JLK; and

- Your signature.

You must mail your exclusion request, postmarked no later than _____, 2012, to:

Checking Account Overdraft Litigation Exclusions

P.O. Box _____
[ City, State, Zip ]

**11. If I don't exclude myself, can I sue Bank of the West for the same thing later?**

No. Unless you exclude yourself, you give up the right to sue Bank of the West for the claims that the Settlement resolves. You must exclude yourself from this Settlement Class in order to try to pursue your own lawsuit.

**12. If I exclude myself from the Settlement, can I still receive a payment?**

No. You will not receive a payment or account credit if you exclude yourself from the Settlement.

## THE LAWYERS REPRESENTING YOU

**13. Do I have a lawyer in this case?**

The Court has appointed lawyers to represent you and others in the Settlement Class as "Class Counsel," including:

| | |
|---|---|
| Michael Sobol<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 | Robert C. Gilbert<br>Grossman Roth, P.A.<br>2525 Ponce de Leon Blvd., Ste. 1150 Miami,<br>FL 33134<br><br>Jeffrey M. Ostrow<br>Kopelowitz Ostrow P.A.<br>200 SW 1st Avenue, Ste. 1200<br>Fort Lauderdale, FL 33301 |

Class Counsel will represent you and others in the Settlement Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**14. How will the lawyers be paid?**

Class Counsel intends to request up to 30 percent of the money in the Settlement Fund for attorneys' fees, plus reimbursement of their expenses incurred in connection with prosecuting this case. The fees and expenses awarded by the Court will be paid out of the Settlement Fund. The Court will determine the amount of fees and expenses to award. Class Counsel will also request that up to $5,000 per Plaintiff be paid from the Settlement Fund to the three class representatives for their service to the entire Settlement Class.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

**15. How do I tell the Court that I don't like the Settlement?**

If you are a member of the Settlement Class, you can object to any part of the Settlement, the Settlement as a whole, Class Counsel's requests for fees and expenses and/or Class Counsel's request for service awards for Plaintiffs. To object, you must submit a letter that includes the following:

- The name of this case, which is <u>In Re: Checking Account Overdraft Litigation</u>, 1:09-MD-02036-JLK;

- Your full name, address and telephone number;

- An explanation of the basis upon which you claim to be a member of the Settlement Class;

- All grounds for the objection, accompanied by any legal support for the objection known to you or your counsel;

- The identity of all counsel who represent you, including any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement or fee application;

- The number of times in which you have objected to a class action settlement within the five years preceding the date that you file the objection, the caption of each case in which you have made such objection and a copy of any orders or opinions related to or ruling upon the prior objections that were issued by the trial and appellate courts in each listed case;

- Any and all agreements that relate to the objection or the process of objecting – whether written or verbal – between you or your counsel and any other person or entity;

- The identity of all counsel representing you who will appear at the hearing that the Court has scheduled to determine whether to grant final approval to the Settlement and Class Counsel's request for attorneys' fees and service awards to Plaintiffs (the "Final Approval Hearing");

- The number of times in which your counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date that you file the objection, the caption of each case in which counsel or the firm has made such objection and a copy of any orders related to or ruling upon counsel's or the firm's prior objections that were issued by the trial and appellate courts in each listed case;

- A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection;

- A statement confirming whether you intend to personally appear and/or testify at the Final Approval Hearing; and

- Your signature (an attorney's signature is not sufficient).

You must submit your objection to the following addresses, so that it is received by all the people listed below no later than _____, 2012:

| Clerk of the Court U.S. District Court for the Southern District of Florida James Lawrence King Federal Justice Building 99 Northeast Fourth Street Miami, FL 33128 | Checking Account Overdraft Litigation P.O. Box ___ [City, State, Zip] | Michael Sobol Lieff Cabraser Heimann & Bernstein, LLP Embarcadero Center West 275 Battery Street, 29th Floor San Francisco, CA 94111 | Lisa M. Simonetti Stroock & Stroock & Lavan LLP 2029 Century Park East Los Angeles, CA 90067 |

| | | Jeffrey M. Ostrow<br>Kopelowitz Ostrow P.A.<br>200 SW 1st Avenue<br>Suite 1200<br>Fort Lauderdale, FL 33301<br><br>Robert C.<br>Gilbert Grossman Roth,P.A.<br>2525 Ponce de Leon<br>Boulevard, Suite 1150<br>Miami, FL 33134 | |
| --- | --- | --- | --- |

## 16. What's the difference between objecting and excluding?

Objecting is telling the Court that you do not like something about the Settlement. You can object to the Settlement only if you do not exclude yourself from the Settlement. Excluding yourself from the Settlement is telling the Court that you don't want to be part of the Settlement. If you exclude yourself from the Settlement, you have no basis to object to the Settlement because it no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

The Court will hold the Final Approval Hearing to decide whether to approve the Settlement and the request for attorneys' fees and service awards for Plaintiffs. You may attend and you may ask to speak, but you don't have to do so.

## 17. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing at _____ on _____, 2012, at the United States District Court for Southern District of Florida, Miami Division, located at James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33128. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.BankoftheWestOverdraftSettlement.com for updates. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. The Court will also consider any request by Class Counsel for attorneys' fees and expenses and for service awards for Plaintiffs. If there are objections, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

## 18. Do I have to come to the hearing?

No. Class Counsel will answer any questions the Court may have. But, you may come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you submitted your written objection on time, to the proper address and it complies with the requirements set forth above, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

## 19. May I speak at the hearing?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must send a letter saying that you intend to appear and wish to be heard. Your Notice of Intention to Appear must include the following:

- Your name, address and telephone number;

- A statement that this is your "Notice of Intention to Appear" at the Final Approval Hearing for the Bank of the West Settlement in <u>In Re: Checking Account Overdraft Litigation</u>, 1:09-MD-02036-JLK;

- The reasons you want to be heard;

- Copies of any papers, exhibits, or other evidence or information that is to be presented to the Court at the Final Approval Hearing; and

- Your signature.

You must submit your Notice of Intention to Appear, so that it is received no later than _____, 2012, to all of the addresses in Question 15.

## IF YOU DO NOTHING

| 20. What happens if I do nothing at all? |
| --- |

If you do nothing, you will still receive the benefits to which you are entitled. Unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit or be part of any other lawsuit against Bank of the West relating to the issues in this case.

## GETTING MORE INFORMATION

| 21. How do I get more information? |
| --- |

The Notice summarizes the proposed Settlement. More details can be found in the Settlement Agreement. You can obtain a copy of the Settlement Agreement at www.BankoftheWestOverdraftSettlement.com. You may also write with questions to Checking Account Overdraft Litigation, P.O. Box _____, [City, State, Zip], or call the toll-free number, 1-800-_____. Do not contact Bank of the West or the Court for information.