UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

MDL No. 2036

**THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION**

*Shane Swift v. BancorpSouth, Inc.*
S.D. Fla. Case No. 1:10-cv-23872-JLK

**STIPULATION AND [PROPOSED] ORDER CONFIRMING DEADLINE FOR
CERTAIN MOTION RESPONSES**

1. Pursuant to this Court's Revised Scheduling Order (DE #2834) and Order Granting Joint Motion to Extend Expert Witness Deadlines Set Forth in the Revised Scheduling Order (DE #2891), Plaintiffs and BancorpSouth each filed motions and/or notices in this matter on October 9, 2012 (DE #2996, 2997, 2998, 2999, 3000), and Plaintiffs filed a *Daubert* motion on October 19, 2012 (DE #3014) (collectively "Motions").

2. This Stipulation Confirming Deadline for Certain Motion Responses is entered into by the parties to eliminate any ambiguity regarding the deadlines for the parties' respective responses to the Motions which were filed on October 9 and October 19. The parties therefore stipulate that **responses to the following filings are due to be filed by November 8, 2012**:

    a. DE #2996 – Plaintiffs' Motion in Limine and Incorporated Memorandum of Law

    b. DE #2997 – Plaintiffs' Motion for Summary Judgment

      c. DE #2998 – BancorpSouth's Notice of Intent to File Motions Upon Remand

      d. DE #2999 – BancorpSouth's Motion for Summary Judgment

      e. DE #3000 – BancorpSouth's Motion to Transfer Venue

      f. DE #3014 – Plaintiff's Motion to Exclude the Opinions and Expected Testimony of Carrubba and Barone

3. The parties respectfully request that this Court approve this stipulation and enter it as the Court's order.

Dated: October 30, 2012.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Telephone: (305) 442-8666
Facsimile:  (305) 779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Eric Jon Taylor
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com
PARKER HUDSON RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile:  (404) 522-8409

*Counsel for Defendant BancorpSouth Bank*

## **ORDER APPROVING STIPULATION**

The foregoing Stipulation is approved and adopted as and Order of the Court.

Done and Ordered in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this ____ day of _____, 2012.

>	_____
>	JAMES LAWRENCE KING
>	UNITED STATES DISTRICT JUDGE
>	SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record