UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Davis v. Renasant Bank*
N.D. Ga. Case No. 1:11-cv-0401-HLM
S.D. Fla. Case No. 1:11-cv-22024-JLK

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the Notice of Dismissal With Prejudice (DE #25 in Case No. 11-cv-22024) filed June 21, 2011, in Case No. 1:11-cv-22024.

After a careful review of the record and the court being otherwise fully advised in the premises, pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is **ORDERED, ADJUDGED and DECREED** that the claims asserted by Plaintiff Amos Davis against Defendant Renasant Bank are hereby DISMISSED with PREJUDICE.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 31st day of October, 2012.

*/s/ James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
All Counsel of Record