UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
S.D. Fla. Case No. 1:10-cv-23872-JLK

**STIPULATION AND ▬▬▬▬ ORDER CONFIRMING DEADLINE FOR CERTAIN MOTION RESPONSES**

1. Pursuant to this Court's Revised Scheduling Order (DE #2834) and Order Granting Joint Motion to Extend Expert Witness Deadlines Set Forth in the Revised Scheduling Order (DE #2891), Plaintiffs and BancorpSouth each filed motions and/or notices in this matter on October 9, 2012 (DE #2996, 2997, 2998, 2999, 3000), and Plaintiffs filed a *Daubert* motion on October 19, 2012 (DE #3014) (collectively "Motions").

2. This Stipulation Confirming Deadline for Certain Motion Responses is entered into by the parties to eliminate any ambiguity regarding the deadlines for the parties' respective responses to the Motions which were filed on October 9 and October 19. The parties therefore stipulate that **responses to the following filings are due to be filed by November 8, 2012**:

    a. DE #2996 – Plaintiffs' Motion in Limine and Incorporated Memorandum of Law

    b. DE #2997 – Plaintiffs' Motion for Summary Judgment

    c. DE #2998 – BancorpSouth's Notice of Intent to File Motions Upon Remand

    d. DE #2999 – BancorpSouth's Motion for Summary Judgment

    e. DE #3000 – BancorpSouth's Motion to Transfer Venue

    f. DE #3014 – Plaintiff's Motion to Exclude the Opinions and Expected Testimony of Carrubba and Barone

3. The parties respectfully request that this Court approve this stipulation and enter it as the Court's order.

Dated: October 30, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert C. Gilbert | /s/ Eric Jon Taylor |
| Robert C. Gilbert, Esquire | Eric Jon Taylor |
| Florida Bar No. 561861 | Georgia Bar No. 699966 |
| rcg@grossmanroth.com | ejt@phrd.com |
| Stuart Z. Grossman, Esquire | William J. Holley, II |
| Florida Bar No. 156113 | Georgia Bar No. 362310 |
| szg@grossmanroth.com | wjh@phrd.com |
| David Buckner, Esquire | David B. Darden |
| Florida Bar No. 60550 | Georgia Bar No. 250341 |
| dbu@grossmanroth.com | dbd@phrd.com |
| Seth E. Miles, Esquire | Darren E. Gaynor |
| Florida Bar No. 385530 | Georgia Bar No. 288210 |
| sem@grossmanroth.com | deg@phrd.com |
| GROSSMAN ROTH, P.A. | PARKER HUDSON RAINER & DOBBS LLP |
| 2525 Ponce de Leon Boulevard | 1500 Marquis Two Tower |
| Eleventh Floor | 285 Peachtree Center Avenue N.E. |
| Coral Gables, FL 33134 | Atlanta, Georgia 30303 |
| Telephone: (305) 442-8666 | Telephone: (404) 523-5000 |
| Facsimile: (305) 779-9596 | Facsimile: (404) 522-8409 |
| *Coordinating Counsel for Plaintiffs* | *Counsel for Defendant BancorpSouth Bank* |

## ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as and Order of the Court.

Done and Ordered in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this __31__ day of __Oct__, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record