UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*[1]
S.D. Fla. Case No. 1:10-cv-23872-JLK

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR ART OLSEN'S REPORT, BRUCE MCFARLANE'S SUPPLEMENTAL REPORT, RELATED EXPERT DISCOVERY AND MOTION PRACTICE, AND CLASS NOTICE

1. Pursuant to the Stipulation and Order Establishing Protocol for Completion of Production of Transactional Data, Plaintiffs' Transactional Data Expert Report, Discovery and Motion Practice Associated with Plaintiffs' Transactional Data Expert and Report, and Class Notice (DE # 2965), the parties in the above-referenced matter stipulated that Plaintiffs would have 28 days to serve Mr. Olsen's expert report following BancorpSouth's counsel certification that BancorpSouth had completed its production of the TREEV data. They further stipulated that expert witness discovery regarding Mr. Olsen would be completed 14 days thereafter and any *Daubert* motion would be filed 24 days after disclosure of Mr. Olsen's report.

---

[1] BancorpSouth, Inc. previously asserted that it is not a proper defendant in this matter and, as a result, Plaintiff Swift named BancorpSouth Bank as the sole defendant in the Second Amended Complaint (DE #994).

2.      Pursuant to the Stipulation and Order Regarding Discovery and Motion Practice Associated with Plaintiffs' Damages Expert Bruce L. McFarlane (DE # 2985) and the Order Approving and Adopting Joint Stipulation (DE # 2994), the deadlines for any supplemental report from Plaintiffs' expert Mr. McFarlane, as well as deposition and motion practice related to Mr. McFarlane, are aligned with those relating to Mr. Olsen.

3.      BancorpSouth made its certification of the completion of the TREEV data production on October 2, 2012, making October 30, 2012 the deadline for Plaintiffs to disclose Mr. Olsen's expert report and any supplemental report for Mr. McFarlane.  (DE #3004)

4.      The parties have further conferred and hereby stipulate to a further extension of time for Plaintiff's disclosure of Mr. Olsen's expert report and Mr. McFarlane's supplemental report, due to Mr. Olsen's need for additional time to complete his damages analysis and present his report.  As a result of their agreement, the parties also agree that deadlines pertaining to BancorpSouth's depositions of Mr. Olsen and Mr. McFarlane, BancorpSouth's potential filing of objections to those experts and/or *Daubert* motions, and the Class Notice Deadline should be extended.[2]

5.      Based on the foregoing, the parties respectfully request this Court enter an Order extending the following deadlines in the following manner:

| Activity | Deadline |
|---|---|
| Deadline for Plaintiff to serve initial expert disclosures as to witness Arthur Olsen and supplemental disclosure as to Bruce McFarlane | **November 8, 2012** |
| Deadline for parties to complete expert discovery as to Arthur Olsen and Bruce McFarlane | **November 30, 2012** |

---

[2] The previous extension of the Class Notice deadline also consistently called for notice 60 days after Mr. Olsen's report is furnished. (DE #2966).  BancorpSouth's Rule 23(f) petition remains pending before the Eleventh Circuit.

2

| Deadline for parties to file objections to designated experts and file *Daubert* motions as to witness Arthur Olsen only | **December 10, 2012** |
|---|---|
| Deadline for issuing Class Notice (unless 23(f) petition or appeal pending) | **60 days after Mr. Olsen's report is produced** |

Dated: October 31, 2012.

Respectfully submitted,

| | |
|---|---|
| */s/ Robert C. Gilbert* | */s/ Eric Jon Taylor* |
| Robert C. Gilbert, Esquire | Eric Jon Taylor |
| Florida Bar No. 561861 | Georgia Bar No. 699966 |
| rcg@grossmanroth.com | ejt@phrd.com |
| Stuart Z. Grossman, Esquire | William J. Holley, II |
| Florida Bar No. 156113 | Georgia Bar No. 362310 |
| szg@grossmanroth.com | wjh@phrd.com |
| David Buckner, Esquire | David B. Darden |
| Florida Bar No. 60550 | Georgia Bar No. 250341 |
| dbu@grossmanroth.com | dbd@phrd.com |
| Seth E. Miles, Esquire | Darren E. Gaynor |
| Florida Bar No. 385530 | Georgia Bar No. 288210 |
| sem@grossmanroth.com | deg@phrd.com |
| GROSSMAN ROTH, P.A. | PARKER HUDSON RAINER & DOBBS LLP |
| 2525 Ponce de Leon Boulevard | 1500 Marquis Two Tower |
| Eleventh Floor | 285 Peachtree Center Avenue N.E. |
| Coral Gables, FL 33134 | Atlanta, Georgia 30303 |
| Telephone: (305) 442-8666 | Telephone: (404) 523-5000 |
| Facsimile: (305) 779-9596 | Facsimile: (404) 522-8409 |
| *Coordinating Counsel for Plaintiffs* | *Counsel for Defendant BancorpSouth Bank* |

## ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as and Order of the Court.

Done and Ordered in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this ____ day of November, 2012.

_____
**JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA**

Copies furnished to:
Counsel of Record