UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Tornes, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:08-cv-23323-JLK

*Yourke, et al. v. Bank of America, N.A.*
S.D. Fla. Case No. 1:09-cv-21963-JLK
N.D. Cal. Case No. 3:09-2186

*Phillips, et al. v. Bank of America, NA.*
S.D. Fla. Case No. 1:10-cv-24316-JLK
W.D. Okla. Case No. 5:10-cv-01185-R

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR (1) COMPLETING
DISTRIBUTION OF SETTLEMENT CLASS MEMBER PAYMENTS
AND (2) DISBURSING THE *CY PRES* DISTRIBUTION AMOUNT**

THIS CAUSE came before the Court upon the parties' Joint Motion to Extend Time For (1) Completing Distribution Of Settlement Class Member Payments And (2) Disbursing The *Cy Pres* Distribution Amount. For good cause shown, it is ORDERED and ADJUDGED as follows:

1. The time provided in the BofA Settlement (DE # 1885, Ex. A) for completing distribution of Settlement Class Member Payments is extended to November 30, 2012.

2. The time provided in the BofA Settlement (DE # 1885, Ex. A) for disbursing the *Cy Pres* Distribution Amount is extended as follows: Settlement Class Counsel and BofA shall have

2

until March 8, 2013, to file a motion with the Court for approval of the beneficiaries of the *Cy Pres* Distribution Amount; and the *Cy Pres* Distribution Amount shall be disbursed within 30 days of the Court's entry of an Order approving the beneficiaries of the *Cy Pres* Distribution Amount.

3. Except as specifically modified above or by prior Order of the Court, all terms and provisions of the Agreement (DE # 1885, Ex. A) and Final Approval Order (DE # 2150) remain unchanged.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 1st day of November, 2012.

>JAMES LAWRENCE KING
>UNITED STATES DISTRICT JUDGE
>SOUTHERN DISTRICT OF FLORIDA

**cc: All counsel of record**