UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*[1]
S.D. Fla. Case No. 1:10-cv-23872-JLK

## STIPULATION AND ▓▓▓▓▓▓ ORDER REGARDING RESPONSE OF THIRD PARTIES TO PLAINTIFFS' SUBPOENAS

To resolve the potential applicability of an Arkansas statute (A.C.A. § 16-7-206 (2012)), certain confidentiality and mediation agreements entered into between BancorpSouth Bank and counsel for Melvin L. Thomas, III and Billy D. Lawson, Jr., and both Federal and Arkansas Rules of Evidence 408, to the production of information (documents and testimony) by Scott E. Poynter and Emerson Poynter, LLP in response to a subpoenas served by counsel for Shane Swift, the undersigned hereby stipulate and agree that the production will not be subject to the provisions of A.C.A. § 16-7-206 (2012) and Federal and Arkansas Rules of Evidence 408 and may be made but will be restricted to use with regard to the Motion for Sanctions Against Defendant BancorpSouth Bank and Incorporated Memorandum of Law (DE #2791), for which a hearing is scheduled for November 14, 2012, and will further be subject to and protected by the Confidentiality Agreement Regarding Private Consumer Data (attached hereto as <u>Exhibit 1</u>) and Confidentiality Agreement Pertaining to Fourth Tranche Actions (attached hereto as <u>Exhibit 2</u>),

---

[1] BancorpSouth, Inc. previously asserted that it is not a proper defendant in this matter and, as a result, Plaintiff Swift named BancorpSouth Bank as the sole defendant in the Second Amended Complaint (DE #994).

{}

agreed to by the parties to this matter. Based on the stipulations made herein, Scott E. Poynter and Emerson Poynter LLP shall immediately withdraw the motion to quash the subpoenas, which motion is filed in the United States District Court for the Eastern District of Arkansas, Case No. 4:12-mc-030JLH. The undersigned parties and subpoena recipients respectfully request that this Court approve this stipulation and enter it as the Court's order.

Dated: November 1, 2012.

Respectfully submitted,

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Telephone: (305) 442-8666
Facsimile: (305) 779-9596

*Coordinating Counsel for Plaintiffs*

/s/ Eric Jon Taylor
Eric Jon Taylor
Georgia Bar No. 699966
ejt@phrd.com
William J. Holley, II
Georgia Bar No. 362310
wjh@phrd.com
David B. Darden
Georgia Bar No. 250341
dbd@phrd.com
Darren E. Gaynor
Georgia Bar No. 288210
deg@phrd.com
PARKER HUDSON RAINER & DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5000
Facsimile: (404) 522-8409

*Counsel for Defendant BancorpSouth Bank*

Scott E. Poynter
Scott E. Poynter

EMERSON POYNTER LLP
500 President Clinton Ave
Suite 305
Little Rock, AR 72201
Phone: (501) 907-2555
Facsimile: (501) 907-2556

*On behalf of himself and Emerson Poynter LLP*

## ORDER APPROVING STIPULATION

The foregoing Stipulation is approved and adopted as and Order of the Court.

Done and Ordered in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this ___ day of November, 2012.

> JAMES LAWRENCE KING
> UNITED STATES DISTRICT JUDGE
> SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:

Counsel of Record