18 OCT '12 09:41 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )
**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Attn: Honorable Judge McKnight**

FILED by _____ D.C.

NOV - 5 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

12 OCT 18

FILED

RECEIVED

**REC'D by _____ D.C.**

**OCT 2 2 2012**

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Petitioner   ☑ Co-Petitioner

_____ Brian L. Morgan _____

By   Pamela Gordon

Judge Roth Court Appointed Guardian Eye-Witness

and

_____ Charles R. French _____

_____ Wendy J. Paris _____

_____

Respondent   ☐ Co-Petitioner

)
)  USDC FLSD 09MD2036
)  Mult4DC Case No. ___ 930195088 ___
)
)  Mult4DC Re C # ___ 930201117 ___
)
)  USDC Re C # ___ ORDC 92CV1562 and ORDC 93cv288 ___
)
)  **CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR**
)  **AT EX PARTE TIME BY NOTARISE TESTIMONEY OF MULT4DC (ESI)**
)  **JUDGE ROTH COURT APPOINTED GUARDIAN EYE-WITNESS**
)  **PAMELA GORDON FORMER PORTLAND POLICE EMPLOYEE**
)  **11081993 FOR *Self-Represented (7SR) ProSe (ESI)*SLR 8.041(3)**

I certify that on ___ 18 Oct at 1:30 PM ___, 20 12 ___ *(date must be 2 working/business days before you come to court)*, I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: *(Explain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)* In person at their offices, By Phone Call to their offices and direct phone # and by Email

Est. Length   2 min          Topics of Hearing: JUDGE ROTH COURT APPOINTED GUARDIAN EYE-WITNESS PAMELA GORDON

I Brian L. Morgan the Defendant enter  BY NOTARISE TESTIMONEY OF MULT4DC (ESI) 01131993 TO 11081993 EYE-WITNESS OF JUDGE ROTH COURT APPOINTED GUARDIAN EYE-WITNESS PAMELA GORDON FORMER PORTLAND POLICE EMPLOYEE

The other party *(check one)* ☑ Agrees   ☐ Disagrees with what I want, or ☐ I do not know his/her position. *(Explain your answer if you checked the last box)* Respondent's  said they would appear if _____

I the ( Defendant ) filed the Ex Party Paper Work

DATED this ___ 18 ___ day of ___ OCT ___, 20 12 ___.

Email/IM: ___ morganusarmy@live.com ___

/s/ Brian L Morgan

Signature of ☑ Petitioner ☑ Co-Petitioner ☐ Respondent

Print Name ___ Brian L. Morgan ___

_____ 8006 SE Taggart St. _____
Address
_____ Portland Oregon 972061071 _____
City/State/Zip Code
_____ 503 703 5867 _____
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
☑ I paid or will pay money to Specialist Brian L. Morgan US Army/RA Counsel for assistance in preparing this form.

18 OCT '12 09:42 RECVD USDC-ORP

IN THE CIRCUIT COURT OF THE STATE OF OREGON
UNITED STATE DISTRICT COURT
DISTRICT OF OREGON
MULTNOMAH COUNTY 4TH DISTRICT COURT   11/8/93
BLM

MULT4DC C# 9301950 88
MULT4DC C# 9302 01117
USDC-ORDC C# 92CV1562
USDC-ORDC C# 93CV288
USDC FLSD 09MD2036

12 OCT 18 AM 9: 59   FILED

RECEIVED
CIRCUIT COURT
MULTNOMAH COUNTY

**Pamela Gordon**
**4919 S.E. Tibbetts St.**
**Portland, OR  97206-2260**

**To Whom It May Concern:**

This letter is written on the behalf of Brian Morgan.  I am Brian's court appointed guardian assigned by the Honorable Judge Roth.  This decision was reached due to my volunteering to assist Mr. Morgan in anyway possible at the hearing which I attended on January 15, 1993.

The purpose of this letter is to again volunteer for Mr. Morgan to be of assistance to him in any way possible.  I also wish to point out a few issues I feel are important.

On January 15th at the first hearing I thought it strange that Brian met with his representative, a Mr. Gerstein, only ten minutes prior to his hearing.  A hearing in which Mr. Morgan was going to be court institutionalized in Damasch Hospital.  After the hearing I questioned his attorney as to how he felt he could have represented Brian adequately when they only had "ten minutes" together.  He informed me the same thing as the psychiatric nurse at Portland Adventist Hospital told me which is that everything needed to assist Brian was in the Police and Hospital Files.  This statement left me at a complete loss because I thought his attorney was to represent Mr. Morgan by taking his side of the situation, not a predjudicial report by those wishing to have him committed.

Next, I found discrepancies when I read the transcripts of the hearing on January 15, 1993.

Lastly, on February 2, 1993, I attended with Mr. Morgan a meeting which was to be with Mr. Gerstein and Judge Roth, however we were met by Mr. Morgan's attorney outside the hearing room and we were told to leave that Brian was not needed or wanted there.  Mr. Morgan attempted to give the attorney some information and he was rudely told that whatever he had to say was just not important, that anything he felt or thought was irrelevant and that he should just go away.  He also stated that he even regreted telling Mr. Morgan of the meeting.  At

PLAINTIFF, 93-286-AS
EXHIBIT: 2
PAGE: 1 OF 2

FILED 93056/1036-95088

DEFENDANT CV-930/056-1036
EXHIBIT: 101
PAGE: 1 OF 2

12 OCT 18 AM 10: 11

PAGE 3 OF 5          O

18 OCT '12 09:42 RECVD USDC-ORP

that point with Mr. Morgan being totally frustrated he attempted to discharge Mr. Gerstein telling him that he was not representing his best interests. Mr Gerstein again stated that he didn't care what Brian wanted or what he felt, that it was all unimportant to him.

I am not prone to exaggeration or embellishing the truth, I realize this sounds very unrealistic that an attorney would treat their client in this manner however this is a truthful account of their conversation.

I hope this will be of some assistance in resolving this situation. If there is anything that I may be able to do, in any way please feel free to contact me. Brian Morgan is one of the most ethical, honest and sincere individual's that I have ever known in my life. It is my privilege to be his friend and I only pray that you may give him some hope in at least listening to him.

Thank you in advance for your time and consideration. I've enclosed my business and residential phone numbers as well as my address.

Respectfully Yours,

*Pamela A. Gordon*

Pamela Gordon
503 771-4944 (residence)
503 253-4031 (business)

PLAINTIFF, 93-288-AS
EXHIBIT: 2
PAGE: 2 OF 2

DEFENDANT CV-9301-95088
EXHIBIT: 101
PAGE: 2 OF 2

STATE OF OREGON,     )
                      ) SS.
COUNTY OF *Multnomah* )

BE IT REMEMBERED, That on this ___9th___ day of ___November___, 19 _93_.
before me, the undersigned, a Notary Public in and for said County and State, personally appeared the within named

_____ *Pamela Gordon* _____

known to me to be the identical individual _____ described in and who executed the within instrument and acknowledged to me
that ___she___ executed the same freely and voluntarily.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal the day and year last above written

PAGE 4 OF 5

OFFICIAL SEAL
JOY COYKENDALL
NOTARY PUBLIC - OREGON
COMMISSION NO.007946
MY COMMISSION EXPIRES JULY 04, 1995

Notary Public for Oregon

My Commission expires ___7-4-95___

N-65 11-81®

CID # 47478407691   ID # 502604   EMP # 171432

UNITED STATES DISTRICT COURTS En Banc   FILED

UNITED STATES SUPERME COURT

OREGON SUPERME COURT   12 OCT 18 AM 10: 12

Oregon Court of Appeals ( Mult4DC )

U.S. Court of Appeals for the Armed Forces ( CAAF )

Multnomah County 4th District Court Oregon ( Mult4DC )

Oregon Office of Administrative Hearing ( OAH )

U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )

DISTRICT OF OREGON ( ORDC )

DISTRICT OF FLORDIA ( FLSD )

DISTRICT OF WASHINGTON ( WAWD )

**IN THE CIRCUIT COURT OF THE STATE OF OREGON**

**Attn: Honorable Judge McKnight**

18 OCT '12 09:43 RECVD USDC-ORP

12 OCT 18 AM 10:00 FILED FILED

RECEIVED PRINT COURT COUNTY

Petitioner   ☒ Co-Petitioner

_____ Brian L. Morgan _____

By   Pamela Gordon

Judge Roth Court Appointed Guardian Eye-Witness

and

_____ Charles R. French _____

_____ Wendy J. Paris _____

_____

Respondent   ☐ Co-Petitioner

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

USDC FLSD 09 MD 2036

Mult4DC Case No. _____ 930195088 _____

Mult4DC Re C # _____ 930201117 _____

USDC Re C # _ ORDC 92CV1562 and ORDC 93cv288 _

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR** plm

**FOR RESCHULDING OF EXPARTE TIME HEARING OF 1018202** @1:40 PM

**TO JUDGE MCKINGHT TEMPARY ASSIGNMENT TO EXPARTE**

**AT JUVENIAL COURT FROM 10012012 TO 11052012**

*Self-Represented (8SR) ProSe (ESI)SLR 8.041(3)*

I certify that on _____ 18 Oct at 1:30 PM _____, 20_12_ _(date must be 2 working/business days before you come to court),_ I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*

In person at their offices, By Phone Call to their offices and direct phone # and by Email

Est. Length   2 mins   Topics of Hearing: **FOR RESCHULDING OF EXPARTE TIME HEARING OF 1018202 at 1:30 pm**

**TO JUDGE MCKINGHT TEMPARY ASSIGNMENT TO EXPARTE AT JUVENIAL COURT FROM 10012012 TO 11052012**

The other party *(check one)* ☒ Agrees   ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box)* Respondent's said they would appear if

I the ( Defendant ) filed the Ex Party Paper Work

DATED this _18_ day of _OCT_, 20_12_.

Email/IM: _ morganusarmy@live.com _   /s/ Brian L. Morgan

---

**Certification of Document Preparation**

You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:

☐ I selected this document myself and completed it without paid assistance.

☒ I paid or will pay money to _Specialist Brian L. Morgan US Army/RA Counsel_ for assistance in preparing this form.

---

Signature of ☒ Petitioner ☒ Co-Petitioner ☐ Respondent

Print Name _____ Brian L. Morgan _____

_____ 8006 SE Taggart St. _____

Address

_____ Portland Oregon 972061071 _____

City/State/Zip Code

_____ 503 703 5867 _____

Telephone or Contact Telephone

PAGE*solo*-CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EXPARTE FOR RESCHULDING OF EXPARTE TIME (01-09)(8SR)

0

18 OCT '12 09:44 REC'D USDC-ORP

FILED

12 OCT 18 AM 10: 13

OFFICE OF CITY ATTORNEY
David L. Woboril, OSB #82434

2    Deputy City Attorney
     315 City Hall
3    1220 S.W. Fifth Avenue
     Portland, Oregon  97204
4    Telephone: (503) 823-4047

5           Of Attorneys for Defendants
            Mueller and City of Portland

6

7

8    *IN THE CIRCUIT COURT OF THE STATE OF OREGON*

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF OREGON
                *MULTNOMAH COUNTY 4TH DISTRICT COURT*

11   BRIAN L. MORGAN,                 )  *USDC FLSD 09 MD 2036*
                                      )
12                  Plaintiff,        )    No. 93-288 FR
                                      )
13          v.                        )  DEFENDANTS MUELLER AND
                                      )  CITY OF PORTLAND'S ANSWER
     R.G. MUELLER, CITY OF PORTLAND,  )  WITH AFFIRMATIVE DEFENSES
14   SHAWIN KHAN, JUDGE HELEN FRYE,   )  *MULT4DC C# 9301950 98*
                                      )  *AND*
15                  Defendants.       )  *MULT4DC C# 930201117*
                                         *9LM*
16

17          Defendants City of Portland and Officer Mueller answer the

18   allegations in the "Complaint" section of plaintiff's February

19   18, 1993 pleading at pages F, G and H as follows:

20          1.    Defendants City of Portland and Officer Mueller deny

21   the allegations in paragraphs 7, 8, 9, 10 and 11.

22          2.    In regard to paragraph 1, defendants City of Portland

23   and Officer Mueller admit that plaintiff was shouting loudly

24   through a bullhorn outside the federal court building about a

25   decision by Judge Helen H. Frye of the Federal District Court of

26   Oregon and that Officer Mueller took action to end plaintiff's

Page    1 - DEFENDANTS MUELLER AND CITY OF PORTLAND'S ANSWER

18 OCT '12 09:44 RECVD USDC-ORP

illegal activity.  These defendants deny all other allegations in

2    paragraph 1.

3        3.    In regard to paragraph 2, defendants City of Portland

4    and Officer Mueller admit that Officer Mueller sprayed plaintiff

5    with pepper mace after plaintiff attempted to hit Officer Mueller

6    in the head with a stick three times.  These defendants further

7    admit that Officer Mueller drew his weapon on plaintiff after

8    plaintiff continued the threatening behavior.  The City of

9    Portland and Officer Mueller admit that plaintiff was then taken

10   into custody by force and unchained from his truck.  These

11   defendants deny all other allegations in paragraph 2.

12       4.    In regard to paragraph 3, defendants City of Portland

13   and Officer Mueller admit that Officer Mueller initiated a mental

14   hold on plaintiff.  These defendants have insufficient

15   information to admit or deny the other allegations in paragraph 3

16   and, therefore, deny those allegations.

17       5.    These defendants have insufficient information with

18   which to admit or deny the allegations in paragraphs 4, 5 and 6

19   of plaintiff's Complaint and, therefore, deny those allegations.

20       6.    Defendants City of Portland and Officer Mueller deny

21   all other allegations in plaintiff's Complaint and the whole

22   thereof.

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

25       7.    Plaintiff's Complaint fails to state a claim for which

     relief can be granted against the City of Portland.

Page    2 - DEFENDANTS MUELLER AND CITY OF PORTLAND'S ANSWER

Office of City Attorney, City of Portland
315 City Hall, Portland, Oregon 97204

18 OCT '12 09:44 RECVD USDC-ORP

## SECOND AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

8.   Plaintiff's Complaint fails to state a claim for which relief can be granted against Officer Mueller.

## THIRD AFFIRMATIVE DEFENSE

### (Jusitification and Privilege)

9.   The arrest of plaintiff was justified and privileged because it was supported by probable cause to believe that plaintiff had committed a crime and that he was mentally ill and subject to commitment under the laws of the State of Oregon.

## FOURTH AFFIRMATIVE DEFENSE

### (Justification and Privilege)

10.   All force used by Officer Mueller to subdue plaintiff was justified, privileged and reasonable.

## FIFTH AFFIRMATIVE DEFENSE

### (Qualified Immunity)

11.   Officer Mueller is entitled to qualified immunity because a reasonable officer in his position would not have known that his actions would violate plaintiff's constitutional rights.

WHEREFORE, having fully answered plaintiff's Complaint defendants pray for judgment.

DATED this _30th_ day of March, 1993.

David Woboril, OSB #82434
Deputy City Attorney
Of Attorneys for Defendants
Mueller and City of Portland

Page   3 — DEFENDANTS MUELLER AND CITY OF PORTLAND'S ANSWER

18 OCT '12 09:44 RECVD USDC-ORP

## CERTIFICATE OF SERVICE

2    I hereby certify that I served the foregoing DEFENDANTS

3    MUELLER AND CITY OF PORTLAND'S ANSWER on:

4              BRIAN L MORGAN
              7123 SE POWELL #12A
5              PORTLAND OR   97206

6              GERALD H ITKIN
              ATTORNEY AT LAW
7              PO BOX 849
              PORTLAND OR   97207-0849

8

9    on March __30__, 1993, by mailing to said plaintiff pro se and

10   attorney a correct copy thereof, contained in a sealed envelope,

11   with postage paid, and deposited in the post office at Portland,

12   Oregon, on said day.

13

_____
David Woboril, OSB #82434
15   Deputy City Attorney
Of Attorneys for Defendants
16   Mueller and City of Portland

17

18

19

20

21

22

23

24

25

26

Page    CERTIFICATE OF SERVICE                    $O$

Office of City Attorney, City of Portland
315 City Hall, Portland, Oregon 97204
Phone: 503  823 4047

1 │ LAURENCE KRESSEL, COUNTY COUNSEL
   │ FOR MULTNOMAH COUNTY, OREGON
2 │ Gerald H. Itkin, OSB 88232
   │ Assistant County Counsel
3 │ P.O. Box 849
   │ Portland, Oregon  97207-0849
4 │ Telephone:  (503) 248-3138
   │    Of Attorneys for Defendants

FILED

18 OCT '12 09:44 RECVD USDC-ORP

12 OCT 18 AM 10: 14

9 │      *IN THE CIRCUIT COURT OF THE STATE OF OREGON*

10 │      UNITED STATES DISTRICT COURT

11 │      *MULTNOMAH COUNTY* DISTRICT OF OREGON  *4TH DISTRICT COURT*

12 │ BRIAN MORGAN,                          *USDC FLSD 09MD2036*
                                            Civil No. 93-288-FR
13 │            Plaintiff,

14 │      v.                                ANSWER OF DEFENDANT
                                            SHAWIN KHAN
15 │ SHAWIN KHAN, et al.,                   *MULT4DC C# 930195088*

16 │            Defendant.                  *AND*

17 │ _____              *MULT4DC C# 930201117*

                                            *BLM*
18 │

19 │      Defendant  Shawin  Khan,  by  and  through  the  undersigned

20 │ Assistant County Counsel, in response to plaintiff's Complaint

21 │ admits, denies, and alleges as follows:

22 │                                1

23 │      Defendant denies the allegations contained in the complaint.

24 │      BY  WAY  OF  FURTHER  ANSWER  AND  FIRST  AFFIRMATIVE  DEFENSE,

25 │ defendant alleges as follows:

26 │ ///

   │ 1 -  ANSWER OF DEFENDANT SHAWIN KHAN                *11*

(Failure to State a Claim)

18 OCT '12 09:44 RECVD USDC-ORP

2

Plaintiff's claims for relief fail to state a claim upon which relief may be granted.

BY WAY OF FURTHER ANSWER AND SECOND AFFIRMATIVE DEFENSE, defendant alleges as follows:

(Tort Claim Liability)

3

Plaintiff is barred from seeking damages in excess of those provided by ORS 30.270.

BY WAY OF FURTHER ANSWER AND THIRD AFFIRMATIVE DEFENSE, defendant alleges as follows:

(No Punitive Damages Available Against
Public Body and its Officers)

4

Plaintiff is barred from seeking punitive damages pursuant to ORS 30.270(2) and applicable case law.

BY WAY OF FURTHER ANSWER AND FOURTH AFFIRMATIVE DEFENSE, defendant alleges as follows:

(Qualified Immunity)

5

Plaintiff's claims are based upon actions of the defendants about which the law was unsettled at the time and are therefore barred by the Doctrine of Qualified Immunity.

BY WAY OF FURTHER ANSWER AND FIFTH AFFIRMATIVE DEFENSE, defendant alleges as follows:

2 - ANSWER OF DEFENDANT SHAWIN KHAN

MULTNOMAH COUNTY COUNSEL
1120 S.W. Fifth Avenue, Suite 1530
P.O. Box 849
Portland, Oregon   97207-0849
(503) 248-3138

(Good Faith Immunity)

18 OCT '12 09:45 RECVD USDC-ORP

6

The defendant acted in good faith, on probable cause and without malice and is therefore immune pursuant to ORS 426.280(2).

WHEREFORE, having fully answered plaintiff's Complaint, defendant Shawin Khan prays for a judgment in favor of defendant against plaintiff, dismissing plaintiff's complaint in its entirety and awarding defendant his costs and disbursements incurred herein, and for such other and further relief as the court may deem appropriate.

DATED this 2nd day of ~~March~~ April, 1993.

Respectfully submitted,

LAURENCE KRESSEL, COUNTY COUNSEL
FOR MULTNOMAH COUNTY, OREGON

By_____
   Gerald H. Itkin, OSB #88232
   Assistant County Counsel
Of Attorneys for Defendant Shawin
Khan

3 -   ANSWER OF DEFENDANT SHAWIN KHAN

1 | 18OCT'12 09:45 RECVD USDC-ORP   CERTIFICATE OF MAILING

2 |      I hereby certify that on the _____ day of April, 1993, I
served the within ANSWER OF DEFENDANT SHAWIN KHAN by depositing in

3 | the United States Post Office at Portland, Oregon, a full, true,
and correct copy thereof, by first class mail, with postage

4 | prepaid, addressed to the following:

5 |              Brian L. Morgan
                7123 SE Powell #12A

6 |              Portland, Oregon 97206
                  Plaintiff, Pro Se

7 |
                Jeff Rogers

8 |              City Attorney's Office
                1220 SW Fifth Avenue, 315

9 |              Portland, Oregon 97204
                  Of Attorneys for Defendant Mayor Katz

10 |                and Portland Police Officer R. G.
                   Mueller

11 |
                Judith D. Kobbervig

12 |             US Attorney's Office
                888 SW Fifth, Suite 1000

13 |             Portland, Oregon 97204
                  Of Attorneys for Defendant Helen Frye

14 |

15 |

16 |                                        _____
                                           Gerald H. Itkin

17 |
     D:\WPDATA\LIT\MORGAN\ANSWER.PLD\DP

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

4 —   ANSWER OF DEFENDANT SHAWIN KHAN

MULTNOMAH COUNTY COUNSEL
1120 S.W. Fifth Avenue, Suite 1530
P.O. Box 849
Portland, Oregon   97207-0849
(503) 248-3138

18 OCT '12 12:58 RECVD USDC-ORP

RECEIVED
COURT COUNTY
12 OCT 18 PM 1:14
FILED

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA (  FLSD )
DISTRICT OF WASHINGTON ( WAWD )
**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Attn: Honorable Judge McKnight**

FILED
12 OCT 18 PM 1:21

Petitioner   ■ Co-Petitioner

_____ Brian L. Morgan _____
By   Pamela Gordon

Judge Roth Court Appointed Guardian Eye-Witness
and
_____ Charles R. French _____
_____ Wendy J. Paris _____

Respondent   ☐ Co-Petitioner

)
)
)
)
)
)
)
)
)
)
)
)
)

USDC FLSD 09MD 2036

Mult4DC Case No. _____ 930195088 _____

Mult4DC Re C # _____ 930201117 _____

USDC Re C # __ ORDC 92CV1562 and ORDC 93cv288 __

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR**
**AT EXPARTE TIME BY US COURTS PACER & CM/ECF SYSTEMS ESI**
**PENDING STATUSES ( JURY TRIAL DEMAND DAY CLOCK )**
**AS OF 10182012 PENDING FOR 7142 DAYS & 7139 DAYS ESI**
ORDC 93CV288 *Self-Represented (9SR)ProSe(ESI) SLR 8.041(3)*

I certify that on _____ 18 Oct at 1:30 PM _____, 20__12__ *(date must be 2 working/business days before you come to court),* I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (*Explain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*
In person at their offices, By Phone Call to their offices and direct phone # and by Email

Est. Length   2 min   Topics of Hearing: US COURTS PACER & CM/ECF SYSTEMS ESI PENDING STATUSES (JURY TRIAL DEMAND DAY CLOCK)

US COURTS PACER & CM/ECF SYSTEMS ( ESI ) PENDING STATUSES (JURY TRIAL DEMAND DAY CLOCK )
AS OF 10182012 PENDING FOR 7142 DAYS & 7139 DAYS PENDING FOR JURY TRIAL ( ESI ) MULT4DC # 93195088, MULT4DC # 930201117, USDC 92CV1562, 9CA 9535056, USDC 93CV288 ORDC 93CV288 *Self-Represented (9SR)ProSe(ESI) SLR 8.041(3)*
The other party *(check one)* ☐ Agrees ☐ Disagrees with what I want, or ☐ I do not know his/her position. *(Explain your answer if you checked the last box)* Respondent's  said they would appear if

I the ( Defendant ) filed the Ex Party Paper Work
DATED this ___18___ day of _____ OCT _____, 20 _12_ .

Email/IM: ___ morganusarmy@live.com ___                "/s/ "/s/ Brian L Morgan

Signature of ■ Petitioner ■ Co-Petitioner ☐ Respondent

Print Name _____ Brian L. Morgan _____

_____ 8006 SE Taggart St. _____
Address
_____ Portland Oregon 972061071 _____
City/State/Zip Code
_____ 503 703 5867 _____
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
■ I paid or will pay money to  Specialist  Brian L. Morgan US Army/RA Counsel  for assistance in preparing this form.

PAGE*solo*-CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME PENDING STATUSES (01-09)(9SR)

⑦

18 OCT '12 12:57 RECVD USDC-ORP

**USDC ORDC C# 3:93-cv-00288-AS** Morgan v. Khan, et al

Donald C. Ashmanskas, presiding

**Date filed:** 03/10/1993

**Date of last filing:** 10/12/2012

Multnomah County 4th District Court Oregon ( Mult4DC ) C # 930195088

Multnomah County 4th District Court Oregon ( Mult4DC ) C # 930201117

**USDC ORDC C# 92CV1562 & 9CA # 93-35056**

USDC FLSD 09MD2012

# Pending Statuses (Jury Trial Demand Day Clock)

| Status | Status Group | Begin Date | Time in Status | # | Status Set By |
|---|---|---|---|---|---|
| | | 03/30/1993 | 7142 days | 10 | *Description not available: sub type = Proto* |
| | | 03/30/1993 | 7142 days | 10 | Answer to Amended Complaint |
| | | 04/02/1993 | 7139 days | 11 | *Description not available: sub type = Proto* |
| | | 04/02/1993 | 7139 days | 11 | Answer to Amended Complaint |

**No statuses have been terminated for this case.**



| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/18/2012 11:30:48 | | | |
| **PACER Login:** | pp3576 | **Client Code:** | 930195088 |
| **Description:** | Status | **Search Criteria:** | 3:93-cv-00288-AS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |