FILED by _____ D.C.

NOV - 5 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

16 OCT 12 10:10 RECVD USDC-ORP

12 OCT 16 AM 10: 49

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )
**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
**Attn: Honorable Judge McKnight**

12 OCT 16 AM 10:41 FILED

RECEIVED CIRCUIT COURT MULTNOMAH COUNTY

| | |
|---|---|
| Petitioner ☐ Co-Petitioner | ) |
| Brian L. Morgan | ) Mult4DC Case No. _____ 930195088 |
| _____ | ) Mult4DC Re C # _____ 930201117 |
| _____ | ) USDC Re C # __ ORDC 92CV1562 and ORDC 93cv288 |
| and | ) |
| Charles R. French | ) **CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR** |
| Wendy J. Paris | ) **AT EX PARTE TIME BY DA PRETRIAL ORDER 08301993 (ESI)** |
| _____ | ) **PP # 93-3551 Self-Represented(SSR) ProSe (ESI) SLR 8.041(3)** |
| Respondent ☐ Co-Petitioner | ) USDC FLSD 09MD2036 |

I certify that on _____ 18 Oct at 1:30 PM _____, 20 12 _____ (date *must* be 2 working/business days before you come to court), I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (*Explain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.*)
In person at their offices, By Phone Call to their offices and direct phone # and by Email

Est. Length   3 min   Topics of Hearing: DA Pretrial Order 08-30-1993 Authorization For Pretrial Inspection of States Evidence

PP# 93-3551 I Brian L. Morgan Defendant enter Not Guilty Plea 2all Portland Police Charges 01-12-1993 &(12-29-1992Fail2File PR)
Not Guilty C # 1, AGGR ASLT-DNGR WEAPN, Not Guilty C # 2 MENTAL CARE FOR, Not Guilty C # 3 INPOUND VEH-POL TOW-OTHER
Not Guilty C # 4 ASLT OFC-NO INJ-DGR WPN-1 ALONE-DSTRB CR, (Def's Counterclaims Slander/Libel(Self-Defense )et al)
The other party *(check one)* ☐ Agrees ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box*) Respondent's said they would appear if

I the ( Defendant ) filed the Ex Party Paper Work

DATED this __16__ day of _____ OCT _____, 20 _12_ .

Email/IM: _____ morganusarmy@live.com _____

/s/ Brian L. Morgan

Signature of ☑ Petitioner ☐ Co-Petitioner ☐ Respondent

Print Name _____ Brian L. Morgan _____

_____ 8006 SE Taggart St. _____
Address

_____ Portland Oregon 972061071 _____
City/State/Zip Code

_____ 503 703 5867 _____
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
☑ I paid or will pay money to Specialist Brian L. Morgan US Army/RA Counsel for assistance in preparing this form.

CRN: 1179001  MORGAN, BRIAN LEE

Page 6 of 8

16 OCT '12 10:09 RECVD USDC-ORP       MULT YDC  9301950 88

**Case #** 9551997   PORTLAND POLICE BUREAU   Reported Date  05-24-95
Location of Occurrence   10000 NE 33RD DR, PORTLAND
Offense(s)
INFORMATION
Involvement(s) SUBJECT OF REPT

**Case #** 9520134   PORTLAND POLICE BUREAU   Reported Date  02-25-95
Location of Occurrence   NE ALBERTA ST / NE 82ND AVE ISEC1, PORTLAND
Offense(s)
INFORMATION
Involvement(s) SUBJECT OF REPT

**Case #** 9514962   PORTLAND POLICE BUREAU   Reported Date  02-10-95
Location of Occurrence   5920 E BURNSIDE ST, PORTLAND
Offense(s)
ROB-CONV STR-KNIFE
Involvement(s) COMPLAINANT

**Case #** 9425020   PORTLAND POLICE BUREAU   Reported Date  03-16-94
Location of Occurrence   11220 SE POWELL BLVD, PORTLAND
Offense(s)
LARCENY-FRM BUILDINGS
Involvement(s) COMPLAINANT

**Case #** 9425019   PORTLAND POLICE BUREAU   Reported Date  03-16-94
Location of Occurrence   11220 SE POWELL BLVD, PORTLAND
Offense(s)
FORGERY/CNTRFEIT-CHECK
Involvement(s) COMPLAINANT

**Case #** 9366424   PORTLAND POLICE BUREAU   Reported Date  07-26-93
Location of Occurrence   11220 SE POWELL BLVD, PORTLAND
Offense(s)
ROB-CONV STR-HANDGUN
Involvement(s) COMPLAINANT

**Case #** 933551   PORTLAND POLICE BUREAU   Reported Date  01-12-93
Location of Occurrence   1300 BLOCK SW BROADWAY, PORTLAND
Offense(s)
AGGR ASLT-DNGR WEAPN                    IMPOUND VEH-POL TOW-OTHER
MENTAL CARED FOR                        ASLT OFC-NO INJ-DGR WPN-1 ALONE-DSTRB C/
Involvement(s) MENTAL CARED FOR

**Case #** 928193   PORTLAND POLICE BUREAU   Reported Date  01-28-92
Location of Occurrence   7123 SE POWELL BLVD, PORTLAND
Offense(s)
MARJ-OVER 1 OZ-CULTIVATE
Involvement(s) SUSPECT 1 VERIFIED

PG 7 OF 17

RECEIVED MULTNOMAH COUNTY CIRCUIT COURT   12 OCT 16 AM 10:39  FILED

12 OCT 15 AM 10:49  FILED

**CUSTOMER CLIENT**

Requested By  MARY KELLER        Report Data Current As Of  11/30/11  5:30 am          Date Printed  11/30/2011

D