CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )
**IN THE CIRCUIT COURT OF THE STATE OF OREGON**
Attn: Honorable Judge McKnight

25 OCT '12 12:50 RECVD USDC-ORP

REC'D by _____ D.C.
OCT 3 1 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

FILED
NOV - 5 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

Petitioner    ■ Co-Petitioner
____Brian L. Morgan____
   By   Pamela Gordon____

Judge Roth Court Appointed Guardian Eye-Witness
and
____Charles R. French____
____Wendy J. Paris____

Respondent    ☐ Co-Petitioner

USDC FLSD 09MD2036
Mult4DC Case No. ____930195088____
Mult4DC Re C # ____930201117____
USDC Re C # ____ORDC 92CV1562 and ORDC 93cv288____

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR
AT EX PARTE TIME BY PHONE 01-12-1993 BOCE 911 (ESI)
OPERATOR COMPUTER SCREEN ONLY CALL MADE BY (ESI)
US MARSHALL DUPTY OLSON COMPLANT & GAVE MISC INFO ON
DEFANTANT ( F ) (SLR 8.041(3) Self-Represented (2SR) ProSe (ESI)**

I certify that on <u>next scheduled or on Nov 07 @1:30 PM</u>, 20 _12_ (date <u>must</u> be 2 working/business days before you come to court), I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*
In person at their offices, By Phone Call to their offices and direct phone # and by Email

Est. Length   3 min   Topics of Hearing The  01-12-1993 PHONE BOCE 911 OPERATOR COMPUTER SCREEN ONLY CALL MADE BY
US MARSHALL DUPTY OLSON COMPLANT & ORDER BOLT CUT TO BE BROUGHT  & GAVE MISC INFO ON DEFANTANT ( F )
BOTH US MARSHALL DUPTY OLSON & DEFENDANT (F) COMMITING PERJURY ON 01-12-1993 AT 12:56:36 PM PRIORTIY 3 REPORTED
I the mult4dc defendant Brian L. Morgan Charges US Marshall Deputy Olson & Defendant F with Perjury 01-12-1993 et al,
The other party *(check one)*  ■ Agrees   ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box*)  Respondent's  said they would appear if
____I the ( Defendant ) filed the Ex Party Paper Work____
DATED this ____OCT____ day of ____25____ , 20 _12_ .

Email/IM:   morganuarmy@live.com

*Signature* /s/ Brian L Morgan
Signature of ■ Petitioner  ☐ Co-Petitioner  ☐ Respondent

Print Name "/S/" ____Brian L. Morgan____
____8006 SE Taggart St.____
Address
____Portland Oregon 97206-1071____
City/State/Zip Code
____( 503 ) 703-5867____
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
■ I paid or will pay money to  Specialist
Brian L. Morgan US Army/RA Counsel for assistance in preparing this form.

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME BY PHONE (01-09)(2SR)
(0)

25 OCT '12 12:47 RECVD USDC-ORP

```
INCIDENT: 433  DATE: 930112  DISPO: R1   ALARM NO:              PRIORITY: 3    OFFENSE CODE: D19 DISTURB: OTHER
 CREATE: 124542      POS: 33    BPST: 27507
                                              DISTRICT: 851    LOCATION: FEDERAL COURTHOUSE 1110 SW BROADWAY (700) AV , SW MAIN
  SEND: 125056                                UNIT: 860M       CALLER: MARSHALL OLSON/ MARSHALL SERVICE
DISPATCH: 125636     POS: 21    BPST: 27755
                                              BPST1: 1688      ADDRESS: SA
 ARRIVE: 130212
                                              BPST2:           TELEPHONE: 326 2209
  CLOSE: 153844      POS: 21    BPST: 27507
MISC INFO: IN FRONT OF, SUBJ W/LOUDSPEAKER CHAINED TO HIS TRUCK GIVING SPEECHES AND SCREAMING, BLU 74 FORD PU OR/REX322 W/LOUD SPEAKER IN BACK..MARSHALL SED TO
           BRING BOLT CUTTERS**27748/11/1252 APRIL POTTER, 710 SW MADISON #603, 241 1922 WILL SIGN COMPLAINT IF NEEDED
```

USDC FLSD 09MD2036                                                 6-9443

| DATE | INC | INC/DATE | UNIT | DIST | BPST 1 | BPST 1 | DISPATCHER | POS | STATUS | TIME | B/C | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 930112 | 433 | 930112 | 860M | 860 | 1688 |  | 27755 | 21 | 17 | 125636 | B | FEDERAL COURTHOUSE 1110 SW BROADWAY |
| 930112 | 433 | 930112 | 860M | 860 | 1688 |  | 27755 | 21 | 23 | 130212 | B |  |
| 930112 | 433 | 930112 | 850M | 850 | 6153 |  | 27755 | 21 | 17 | 130834 | C | FEDERAL COURTHOUSE 1110 SW BROADWAY |
| 930112 | 433 | 930112 | 881M | 881 | 21869 |  | 27755 | 21 | 17 | 130838 | C | FEDERAL COURTHOUSE 1110 SW BROADWAY |
| 930112 | 433 | 930112 | 824M | 825 | 23995 | 6195 | 27755 | 21 | 17 | 130909 | C | FEDERAL COURTHOUSE 1110 SW BROADWAY |
| 930112 | 433 | 930112 | 824M | 825 | 23995 | 6195 | 27755 | 21 | 23 | 130912 | C |  |
| 930112 | 433 | 930112 | 850M | 850 | 6153 |  | 27755 | 21 | 8 | 130933 |  |  |
| 930112 | 433 | 930112 | 881M | 881 | 21869 |  | 27755 | 21 | 23 | 130950 | C |  |
| 930112 | 433 | 930112 | 824M | 825 | 23995 | 6195 | 27755 | 21 | 8 | 132356 |  | C |
| 930112 | 433 | 930112 | 881M | 881 | 21869 |  | 27755 | 21 | 8 | 132642 |  |  |
| 930112 | 433 | 930112 | 850M | 850 | 6153 |  | 27755 | 21 | 17 | 132752 | C | FEDERAL COURTHOUSE 1110 SW BROADWAY |
| 930112 | 433 | 930112 | 850M | 850 | 6153 |  | 27755 | 21 | 23 | 132756 | C |  |
| 930112 | 433 | 930112 | 850M | 850 | 6153 |  | 27755 | 21 | 8 | 134025 |  |  |
| 930112 | 433 | 930112 | 860M | 860 | 1688 |  | 27755 | 21 | 62 | 134247 | B | PA |
| 930112 | 433 | 930112 | 860M | 860 | 1688 |  | 27755 | 21 | 64 | 135958 | B | PA |
| 930112 | 433 | 930112 | 860M | 860 | 1688 |  | 27507 | 21 | 19 | 153844 |  |  |

IN THE OREGON CIRCUIT COURTS
MULTNOMAH × COUNTY 4TH DISTRICT COURT
RE: MULT 4DC C# 93019508B
RE: MULT 4DC C# 930201117
BCM 10-25-2012

PLAINTIFF, 43-288-AS
EXHIBIT: P-7
PAGE: 2 OF 8

25 OCT '12 12:53 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Attn: Honorable Judge McKnight

RECEIVED 12 OCT 25 PM 1:38
FILED 12 OCT 25 PM 2:10

Petitioner  ☒ Co-Petitioner

__Brian L. Morgan__
By  Pamela Gordon

__Judge Roth Court Appointed Guardian Eye-Witness__

and

__Charles R. French__

__Wendy J. Paris__

Respondent   ☐ Co-Petitioner

) USDC FLSD 09MD2036
) Mult4DC Case No. ___930195088___
) Mult4DC Re C #___930201117___
) USDC Re C # __ORDC 92CV1562 and ORDC 93cv288__
)
) **CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR**
) **AT EX PARTE TIME BY PHONE 01-12-1993** *BOCE 911* **(ESI)**
) *PORTLAND POLICE TACTICAL RADIO RESEARCH RUN LOG (ESI)*
) **OFFICER MUELLER ORDER BOLT CUTTER PRIOR TO & KNOWLEGDE FROM**
) **OFFICER MITCHIM OF MORGAN** *SLR 8.041(3) Self-Represented (2SR) ProSe*

I certify that on <u>next scheduled or on Nov 07 @1:30 PM</u>, 20__12__ *(date must be 2 working/business days before you come to court)*, I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.*)
__In person at their offices, By Phone Call to their offices and direct phone # and by Email__

Est. Length  3 min  Topics of Hearing The  01-12-1993 PHONE BOCE 911 PORTLAND POLICE TACTICAL RADIO RESEARCH RUN LOG
__OFFICER MUELLER ORDER BOLT CUTTER PRIOR TO & KNOWLEGDE FROM OFFICER MITCHIM (12292012) OF MORGAN & US COURT ACTION ORDC__
__BOTH PORTLAND POLICE OFFICER COMMITING PERJURY ON 01-12-1993 AT 12:55:46 & 9AM ON 12291992 FAIL2FILE PORTLAND POLICE REPORT__
__I the mult4dc defendant Brian L. Morgan Charges both Officer Mueller & Mitchim with perjury 01-12-1993 & 12-29-1992 et al,__

The other party *(check one)* ☒ Agrees   ☐ Disagrees with what I want, or ☐ I do not know his/her position. (*Explain your answer if you checked the last box*)  Respondent's  said they would appear if _____

__I the ( Defendant ) filed the Ex Party Paper Work__

DATED this __OCT__ day of __25__, 20__12__.

Email/IM:  __morganuarmy@live.com__

Signature of ☒ Petitioner  ☐ Co-Petitioner  ☐ Respondent  /s/ Brian L Morgan

Print Name "/S/" ____Brian L. Morgan____

____8006 SE Taggart St.____
Address
____Portland Oregon 97206-1071____
City/State/Zip Code
____( 503 ) 703-5867____
Telephone or Contact Telephone

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
☐ I selected this document myself and completed it without paid assistance.
☒ **I paid** or will pay money to __Specialist Brian L. Morgan US Army/RA Counsel__ for assistance in preparing this form.

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME BY PHONE (01-09)(2SR)

IN THE OREGON CIRCUIT COURTS
25 OCT '12 12:56 RECVD USDC-ORP  MULTNOMAN COUNTY 4TH DISTRICT COURT

| USDC FLSD 09MD2036 | RESEARCH RUN LOG | | |
|---|---|---|---|

BOEC FILE # 93 - 1151    1110 SW BROADWAY   MULT4DC# 93019508B
MULT0L# 9302011117
INCIDENT DATE: 1/12/93   INCIDENT NUMBER: 433

10-25-2012
BLM

| FROM | TO | TAPE TIME | COMMENT |
|---|---|---|---|
|  | POS 33 | 1240:30 | B SYS 9-1-1 MALE WITH |
|  |  |  | LOUD SPEAKER |
| POS 33 | POS 1 | 1245:50 | SUPERVISOR RE THE INC. |
|  | POS 11 | 1248:37 | B SYS 9-1-1 RE NOISE |
|  |  |  | COMPLAINT |
| N/1 | 860 | 1255:46 | 10/17 & N/5 WITH 810... |
|  |  |  | SOUNDS LIKE SAME GUY JOE |
|  |  |  | MITCHIM HAD LAST WEEK... |
|  |  |  | AND WHO, WHAT CHAINED |
|  |  |  | TO WHAT ETC. |
| N/1 | 860 | 1258:17 | RE COVER...I'LL ADVISE.. |
| 860 | N/1 | 1300:48 | WHICH SIDE?... |
| 860 | N/1 | 1302:02 | 10/23 REX332 |
| 860 | N/1 | 1303:59 | RE 810 & BOLT CUTTERS... |
| 860 | N/1 | 1308:10 | REQ COVER...850, 881, |
|  |  |  | RIGHT THERE, AND 824 |
|  |  |  | RIGHT THERE... |
| 810 | N/1 | 1312:42 | RE 860 LOC...& 882 10/23 |
| 824 | N/1 | 1323:30 | CLR |
| 881 | N/1 | 1326:24 | CLR |
| 850 | N/1 | 1327:25 | W/860 COURT HOUSE |
| 850 | N/1 | 1340:14 | CLR |
| 860 | N/1 | 1342:20 | 10/62 PAD |
| 860 | N/1 | 1359:48 | 10/64 PAD |

6-9443

O

PLAINTIFF, 93-288-AS
EXHIBIT: P-7
PAGE: 3 OF 8

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )

IN THE CIRCUIT COURT OF THE STATE OF OREGON
Attn: Honorable Judge McKnight

25 OCT '12 13:00 RECVD USDC-ORP

| | |
|---|---|
| Petitioner   ■ Co-Petitioner | ) USDC FLSD 09MD2036 |
| Brian L. Morgan | ) Mult4DC Case No. _930195088_ |
| By   Pamela Gordon | ) Mult4DC Re C # _930201117_ |
| Judge Roth Court Appointed Guardian Eye-Witness and | ) USDC Re C # __ORDC 92CV1562 and ORDC 93cv288__ |
| Charles R. French | ) CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR |
| Wendy J. Paris | ) AT EX PARTE TIME BY DEFENDANT ( F ) ANSWER TO COMPLAINT (ESI) |
| | ) US COURTS ORDC C # 93CV288 DE # 72 COMMITED PERJURY & |
| | ) FRAUDULENT ANSWERS TO THE US COURTS & ORDC & MULT4DC |
| Respondent   □ Co-Petitioner | ) 10181993 AGAINST *Self-Represented (7SR) ProSe (ESI)SLR 8.041(3)* |

I certify that on <u>nextscheduled or on Nov 07 @ 1:30pm</u>, 20 _12_ *(date must be 2 working/business days before you come to court)*, I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*
In person at their offices, By Phone Call to their offices and direct phone # and by Email

Est. Length  3 min  Topics of Hearing: DEFENDANT ( F ) 10181993 ANSWER TO COMPLAINT US COURTS ORDC C# 93CV288 DE# 72

DEFENDANT ( F) COMMITED PERJURY & FRAUDULENT ANSWERS TO THE US COURTS & ORDC & MULT4DC 10181993 AGAINST (I the mult4dc defendant morgan) the 911 BOEC 01121993 Reports US MARSHALL DUPTY OLSON COMPLANT & ORDER BOLT CUT TO BE BROUGHT & GAVE MISC INFO ON DEFANTANT ( F ) & Morgan Charges Defendant F & Deputy Olson with Perjury & Fraud 01-12-1993 et al,
The other party *(check one)*  ■ Agrees   □ Disagrees with what I want, or □ I do not know his/her position. *(Explain your answer if you checked the last box)*  Respondent's  said they would appear if

i the ( Defendant ) filed the Ex Party Paper Work

DATED this ___OCT___ day of ___25___, 20 _12_.

Email/IM:   morganusarmy@live.com

**Certification of Document Preparation**
You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply:
□ I selected this document myself and completed it without paid assistance.
■ I paid or will pay money to _Specialist Brian L. Morgan US Army/RA Counsel_ for assistance in preparing this form.

Signature of ■ Petitioner  □ Co-Petitioner  □ Respondent

Print Name "/S/" ____Brian L. Morgan____

8006 SE Taggart St.
Address
Portland Oregon 972061071
City/State/Zip Code
503 703 5867
Telephone or Contact Telephone

PAGE*solo*–CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE TIME NOTARISE TESTIMORNEY (01-09)(7SR)

*BLM 10-25-2012*

25 OCT '12 13:03 RECVD USDC-ORP

October 18, 1993

*IN THE OREGON CIRCUIT COURTS*
*MULTNOMAH COUNTY 4TH DISTRICT COURT*
*6-9443*

<u>Certified Mail - Return Receipt Requested</u>

*RE MULT 4DC # 93019508*
*RE MULT 4DC # 93020111 7*
*USDC FLSD # 09MD2036*

Mr. Donald M. Cinnamond, Clerk
U.S. District Court
District of Oregon
620 SW Main Street
Portland, OR 97205

**ANSWER TO COMPLAINT, CASE NO. 93-288-AS**

In the matter of Brian L. Morgan v. Officer Mueller of the Portland Police, Mayor Katz, Shawin Khan of Multnomah County, Judge Helen Frye of and for the District of Oregon, Marshal Olson of and for the U.S. Marshal Service and myself, April Potter, I wish to be excused as a defendant.

Due to the loud and amplified screaming noise created by someone on the street near the Federal Courthouse which is close to my apartment, I telephoned the Portland Police on January 12, 1993 to register a complaint. I agreed to sign a complaint, if necessary; but, in fact, I have not signed anything.

I have no funds to engage legal counsel to defend myself in this matter. Please excuse me from this case. If that is not possible, please appoint legal counsel to defend me.

Sincerely,

*[signature]*

April Potter
710 SW Madison #603
Portland, OR 97205

copy to Plaintiff-Counsel:

Brian L. Morgan
8006 SE Taggart Street
Portland, OR 97206

*O*

*#72*

25 OCT '12 13:05 RECVD USDC-ORP

CID # 47478407691   ID # 502604   EMP # 171432
UNITED STATES DISTRICT COURTS En Banc
UNITED STATES SUPERME COURT
OREGON SUPERME COURT
Oregon Court of Appeals ( Mult4DC )
U.S. Court of Appeals for the Armed Forces ( CAAF )
Multnomah County 4th District Court Oregon ( Mult4DC )
Oregon Office of Administrative Hearing ( OAH )
U. S. Circuit Court of Appeals ( 9CA ) ( 11 CA )
DISTRICT OF OREGON ( ORDC )
DISTRICT OF FLORDIA ( FLSD )
DISTRICT OF WASHINGTON ( WAWD )
IN THE CIRCUIT COURT OF THE STATE OF OREGON
**Attn: Honorable Judge McKnight**

Petitioner ■ Co-Petitioner

____Brian L. Morgan_____
   By   Pamela Gordon_____

Judge Roth Court Appointed Guardian Eye-Witness
and
____Charles R. French_____

____Wendy J. Paris_____

_____
Respondent   □ Co-Petitioner

USDC FLSD 09MD2036
Mult4DC Case No. ____930195088_____

Mult4DC Re C # _____930201117_____

USDC Re C # ___ORDC 92CV1562 and ORDC 93cv288___

**CERTIFICATE re NOTICE GIVEN OF INTENT TO APPEAR
AT EX PARTE TIME BY INTERNET US COURTS CM/ECF DK (ESI)
USDC ORDC C # 92CV288  PARTIES 10242012 PG1TO3 (ESI)**
NOTE DEFENTANTS ID AS ( AB,A,B,C,D TO K ) ET AL) MULT4DC (ESI)
*SEE DOCKET SHEET SLR 8.041(3) Self-Represented (4SR) ProSe (ESI)*

I certify that on <u>next scheduled or on Nov 07 @1:30 PM,</u> 20_12___ *(date must be 2 working/business days before you come to court)*, I gave notice to all opposing parties of my plan to appear before the Judge at ex parte time (without a scheduled hearing). **I told the opposing parties of the date, time, and court** (place) I would do this by: (E*xplain how you gave the other party/ies notice you were coming to court, i.e., by phone call, in-person conversation, etc.)*
   In person at their offices, By Phone Call to their offices and direct phone # and by Email

Est. Length  3 mins  Topics of Hearing BY INTERNET US COURTS CM/ECF (DK) DOCKET USDC ORDC C # 92CV288  PARTIES 10242012 PG1TO3

NOTE DEFENTANTS ID AS ( AB,A,B,C,D TO K ) ET AL) MULT4DC & *SEE DOCKET SHEET 93CV288 US COURTS USDC ORDC &*
MULT4DC 930195088 & MULT4DC 930201117 & ALL OTHER LISTED ET AL,

The other party *(check one)*  ■ Agrees   □ Disagrees with what I want, or  □ I do not know his/her position. *(Explain your answer if you checked the last box)* Respondent's  said they would appear if

___ I the ( Defendant ) filed the Ex Party Paper Work
DATED this ____OCT____ day of _____25_____, 20__12_____.

Email/IM:    morganuarmy@live.com

| **Certification of Document Preparation** |
| You are required to truthfully complete this certificate regarding the document you are filing with the court. Check all boxes and complete all blanks that apply: |
| □ I selected this document myself and completed it without paid assistance. |
| ■ I paid or will pay money to Specialist Brian L. Morgan US Army/RA Counsel for assistance in preparing this form. |

Signature of ■ Petitioner □ Co-Petitioner □ Respondent

Print Name "/S/"_____Brian L. Morgan_____

_____8006 SE Taggart St._____
Address
_____Portland Oregon 97206-1071_____
City/State/Zip Code
_____( 503 ) 703-5867_____
Telephone or Contact Telephone

PAGE *solo* – CERTIFICATE OF NOTICE GIVEN of INTENT TO APPEAR AT EX PARTE BY INTERNET (01-09)(4SR)
O

US COURTS ORDC CM/ECF LIVE PARTIES

PG 1 OF 3

25 OCT '12 13:08 RECVD USDC-ORP

**3:93-cv-00288-AS** Morgan v. Khan, et al
Donald C. Ashmanskas, presiding
Date filed: 03/10/1993

BLM 10-25-2012

Date of last filing: 11/22/2011

IN THE OREGON CIRCUIT COURTS

## Parties

MULTNOMAH COUNTY 4TH DISTRICT COURTS

**Helen J Frye**
US District Court Judge/Oregon

*Added: 03/10/1993*
*(Defendant)*

RE MULT 4OC # 930195088
RE MULT 4DC # 930201117
DEFENDANTS AB, A TO K et al,
USDC FLSD 09MD2036

represented by

**Ronald K Silver**
United States Attorneys Office
1000 SW Third Ave.
Suite 600
Portland, OR 97204-2902
(503) 727-1044
(503) 727-1117 (fax)
ron.silver@usdoj.gov
*Assigned: 10/20/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith D Kobbervig**
US Attorneys Office
1000 SW Third Ave
Suite 600
Portland, OR 97204-2902
(503) 727-1000
judy.kobbervig@usdoj.gov
*Assigned: 03/26/1993*
*TERMINATED: 10/20/2011*

**Vera Katz**
Mayor City of Portland & as Police Commissioner

*Added: 03/10/1993*
*(Defendant)*

**Shawin Khan**
Multnomah County M & E.D.
Program Office

*Added: 03/10/1993*
*(Defendant)*

represented by

**J Michael Doyle**
Office of Multnomah County Counsel
501 SE Hawthorne Blvd
Suite 500
Portland, OR 97214
503-988-3138
*Assigned: 03/10/1993*
*LEAD ATTORNEY*

ORDC CM/ECF LIVE PARTIES
0

10-24-2012

US COURTS ORDC CM/ECF LIVE PARTIES          pg 2 OF 3

25 OCT '12 13:08 RECVD USDC-ORP

*ATTORNEY TO BE NOTICED*

Gerald H Itkin
Multnomah County Counsel
1120 S.W. Fifth Avenue
Suite 1530
Portland, OR 97204-1977
503-248-3138
gerald.h.itkin@co.multnomah.or.us
*Assigned: 04/02/1993*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian L Morgan**
8006 SE Taggart St
Portland, OR 97206
*Added: 03/10/1993*
*(Plaintiff)*
PRO SE

**R G Mueller**
Portland Police Officer

*Added: 03/10/1993*
*(Defendant)*

represented by

David L. Woboril
City Attorney's Office
1221 S.W. Fourth Avenue
Room 430
Portland, OR 97204
(503) 823-4047
(503) 823-3089 (fax)
dwoboril@ci.portland.or.us
*Assigned: 03/30/1993*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**April Potter**
129 Red Oak Road
Asheville, NC 28804-2320
*Added: 06/01/1994*
      *Party)*
PRO SE

**Honorable Philip J Roth**
*Added: 07/07/1993*
      *Party)*

represented by

Wendy J. Paris
Ball Janik LLP
101 SW Main St
Suite 1100
Portland, OR 97204
(503) 944-6089

ORDC CM/ECF LIVE PARTIES

10-24-2012

US COURTS ORDC CM/ECF LIVE PARTIES    PG 3 OF 3

25 OCT '12 13:08 RECVD USDC-ORP

(503) 295-1058 (fax)
wparis@balljanik.com
*Assigned: 03/10/1993*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 10/24/2012 11:30:50 |||||
| PACER Login: | pp3576 | Client Code: | mult4dc930195088ordc93cv288 ||
| Description: | Party List | Search Criteria: | 3:93-cv-00288-AS ||
| Billable Pages: | 1 | Cost: | 0.10 ||

"/s/" Brian L Morgan   10-25-2012

ORDC CM/ECF LIVE PARTIES            10-24-2012