UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: FIFTH TRANCHE ACTIONS | ) ) ) ) |
| *Dee v. Bank of the West* N.D. Cal. Case No. 4:10-cv-02736 S.D. Fla. Case No. 1:10-cv-22985-JLK | ) ) ) ) |
| *Orallo v. Bank of the West* C.D. Cal. Case No. 2:10-cv-2469 S.D. Fla. Case No. 1:10-cv-22931-JLK | ) ) ) ) ) |

**DECLARATION OF PATRICK S. SWEENEY**

I, PATRICK S. SWEENEY, declare as follows;

Below are listed the objection requirements with responses thereto:

a. the name of MDL 2036;

In re Checking Account Overdraft Litigation

b. the objector's full name, address and telephone number;

Ryan Phillips can be contacted through my office.

c. an explanation of the basis upon which the objector claims to be a Settlement Class Member;

See Phillips declaration.

d. al1 grounds for the objection, accompanied by any legal support for the objection known to the objector or his or her counsel;

See the objection.

/ / /

1

e.     the number of times in which the objector has objected to a class action settlement within the five years preceding the date that the objector files the objection, the caption of each case in which the objector has made such objection and a copy of any orders or opinions related to or ruling upon the objector's prior such objections that were issued by the trial and appellate courts in each listed case;

See Phillips declaration.

f.     the identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement or fee application;

Patrick S. Sweeney

g.     the number of times in which the objector's counsel and/or counsel's law firm have objected to a class action settlement within the five years preceding the date that the objector files the objection, the caption of each case in which counsel or the law firm has made such objection and a copy of any orders related to or ruling upon counsel's or the firm's prior such objections that were issued by the trial and appellate courts in each listed case;

Unknown but less than 10; you can look on Pacer for a complete list.

h.     any and all agreements that relate to the objection or the process of objecting - whether written or verbal - between objector or objector's counsel and any other person or entity;

Such agreements are privileged (CA Bus & Prof Code 6149)

i.     the identity of all counsel representing the objector who will appear at the Final Approval Hearing;

Patrick S. Sweeney or counsel making a subsequent appearance.

j.     list of all persons who will be called to testify at the Final Approval Hearing in support of the objection;

Class Counsel, the mediator, all experts who offer opinions regarding fairness or attorney fees;

k.     a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing; and

Objector will appear through his attorney;

///

  l. the objector's signature (an attorney's signature is not sufficient).

 See Phillips declaration.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

November 6, 2012         /s/ Patrick S. Sweeney
                Patrick S. Sweeney, Declarant