UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE CHECKING ACCOUNT )
OVERDRAFT LITIGATION )
)
MDL No. 2036 )
)
_____ )
)
THIS DOCUMENT RELATES TO: )
FIFTH TRANCHE ACTIONS )
)
*Dee v. Bank of the West* )
N.D. Cal. Case No. 4:10-cv-02736 )
S.D. Fla. Case No. 1:10-cv-22985-JLK )
)
*Orallo v. Bank of the West* )
C.D. Cal. Case No. 2:10-cv-2469 )
S.D. Fla. Case No. 1:10-cv-22931-JLK )
_____ )

## DECLARATION OF RYAN PHILLIPS

1.  I, RYAN PHILLIPS ("Objector"), a Class Member to this action, hereby authorize my attorney, Joseph Darrell Palmer, to file an objection on my behalf.

2.  I live in Truckee, CA; I do not want to publish my address or phone number in a public document for personal security reasons. I can be reached through my attorney.

3.  I have been a Bank of the West customer for many years (accounting ending in 5679), I had a debit card, I incurred overdraft charges because of the large to small posting policy of the bank.

4.  I have never before objected to a class action settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

November 5, 2012

Ryan Phillips, Declarant

1