UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*[1]
S.D. Fla. Case No. 1:10-cv-23872-JLK

## JOINT NOTICE OF FILING OF ATTORNEY PROFFERS

In order to streamline and expedite the November 14, 2012 hearing scheduled to address Plaintiff's Motion for Sanctions against Defendant BancorpSouth Bank (DE # 2791), the parties jointly submit for the Court's consideration the following proffers of the witnesses the parties anticipate will testify in person at the November 14, 2012 hearing: (1) the Proffer of Testimony for Attorney Eric Jon Taylor (attached hereto as Exhibit 1); (2) the Proffer of Testimony for Attorney William J. Holley, II (attached hereto as Exhibit 2); and (3) the Proffer of Testimony for Attorney Jeffrey M. Ostrow (attached hereto as Exhibit 3).

[SIGNATURES ON FOLLOWING PAGE]

---

[1] BancorpSouth, Inc. previously asserted that it is not a proper defendant in this matter and, as a result, Plaintiff Swift named BancorpSouth Bank as the sole defendant in the Second Amended Complaint (DE #994).

Dated: November 9, 2012.

Respectfully submitted,

| | |
|---|---|
| */s/ Robert C. Gilbert* | */s/ Eric Jon Taylor* |
| Robert C. Gilbert, Esquire | Eric Jon Taylor |
| Florida Bar No. 561861 | Georgia Bar No. 699966 |
| rcg@grossmanroth.com | ejt@phrd.com |
| Stuart Z. Grossman, Esquire | William J. Holley, II |
| Florida Bar No. 156113 | Georgia Bar No. 362310 |
| szg@grossmanroth.com | wjh@phrd.com |
| David Buckner, Esquire | David B. Darden |
| Florida Bar No. 60550 | Georgia Bar No. 250341 |
| dbu@grossmanroth.com | dbd@phrd.com |
| Seth E. Miles, Esquire | Darren E. Gaynor |
| Florida Bar No. 385530 | Georgia Bar No. 288210 |
| sem@grossmanroth.com | deg@phrd.com |
| GROSSMAN ROTH, P.A. | PARKER HUDSON RAINER & DOBBS LLP |
| 2525 Ponce de Leon Boulevard | 1500 Marquis Two Tower |
| Eleventh Floor | 285 Peachtree Center Avenue N.E. |
| Coral Gables, FL 33134 | Atlanta, Georgia 30303 |
| Telephone: (305) 442-8666 | Telephone: (404) 523-5000 |
| Facsimile: (305) 779-9596 | Facsimile: (404) 522-8409 |
| *Coordinating Counsel for Plaintiffs* | *Counsel for Defendant BancorpSouth Bank* |
| | -and- |
| | Thomas E. Scott |
| | Florida Bar No. 478539 |
| | Thomas.scott@ckslegal.com |
| | COLE, SCOTT & KISSANE, P.A. |
| | 9150 South Dadeland Boulevard, Suite 1400 |
| | Miami, Florida 33156 |
| | Telephone: (305) 350-5385 |
| | Facsimile: (305) 373-2294 |
| | *Counsel for BancorpSouth Bank and its counsel* |