UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-2036-MDL-KING

In Re:

CHECKING ACCOUNT OVERDRAFT
LITIGATION

**ORDER SETTING
HEARING RE: DEFENDANT'S
RENEWED MOTION TO COMPEL
ARBITRATION (D.E. #1929)**

THIS MATTER comes before the Court upon Defendant's Renewed Motion to Compel Arbitration (D.E. #1929), filed on October 3, 2011. After careful review and being fully advised in the premises thereof,

IT IS ORDERED and ADJUDGED that this case is hereby set for **Oral Argument re: Motion to Compel Arbitration** on Thursday, **December 13, 2012, 2012, at 10:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 13th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record