UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

<u>MDL No. 2036</u>

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Green v. Synovus Bank, et al.*
M.D. Ga. Case No. 4:12-cv-00027-CDL
S.D. Fla. Case No. 1:12-cv-22861-JLK

### **<u>FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE</u>**

**THIS CAUSE** comes before the Court upon the Notice of Filing Plaintiffs' Second Amended Class Action Complaint (DE #2940) ("the Notice") filed September 5, 2012 in the case of *Childs et al. v. Synovus Financial Corp. and Synovus Bank* (S.D. Fla. Case No. 1:10-cv-23938). Therein, Plaintiffs Jeremy Childs, Natalie Childs, and Richard Green, as well as Defendants Synovus Financial Corp. and Synovus Bank, stipulate to the filing of Plaintiffs' Second Amended Class Action Complaint, which, *inter alia*, adds Plaintiff Richard Green as a named Plaintiff in *Childs et al. v. Synovus Financial Corp. and Synovus Bank*.

Richard Green was originally the named Plaintiff in his own action against Defendant Synovus Bank (*Green v. Synovus Bank et al.*, M.D. Ga. Case No. 4:12-cv-00027-CDL), a case which was transferred to the Southern District of Florida as part of Multidistrict Litigation No. 2036. Footnote 1 of the abovementioned Notice instructs the Court to dismiss Plaintiff Green's original suit, *Green v. Synovus Bank et al.*, pursuant to the addition of Mr. Green to the operative Complaint in *Childs et al. v. Synovus Financial Corp and Synovus Bank*.

Therefore, after a careful review of the record and the court being otherwise fully advised in the premises, it is **ORDERED, ADJUDGED and DECREED** that the above-styled case of *Green v. Synovus Bank, et al.* (**S.D. Fla. Case No. 1:12-cv-22861-JLK**), be, and the same is hereby, **DISMISSED without PREJUDICE**. Plaintiff Richard Green remains a Plaintiff, and Synovus Financial Corp. and Synovus Bank remain Defendants, in *Childs et al. v. Synovus Financial Corp. and Synovus Bank.*

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 8th day of November, 2012.

                                    _____
                                    JAMES LAWRENCE KING
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF FLORIDA

cc:
All Counsel of Record