UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

ORDER GRANTING AGREED MOTION TO EXCEED
PAGE LIMIT FOR PLAINTIFFS' OPPOSITION TO BANCORPSOUTH
BANK'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE came before the Court on the Agreed Motion to Exceed Page Limit for

Plaintiffs' Opposition to BancorpSouth Bank's Motion for Summary Judgment. For good cause

shown, it is **ORDERED and ADJUDGED** that the Agreed Motion is **GRANTED**. Plaintiffs'

Opposition to BancorpSouth Bank's Motion for Summary Judgment may be up to twenty-three

(23) pages in length.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse in Miami, Florida this 9th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record