UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT  
OVERDRAFT LITIGATION

Case No. 09-2036 MDL-KING

Date November 13, 2012

JUDGE JAMES LAWRENCE KING

DEPUTY CLERK: Joyce M. Williams   COURT REPORTER: Larry Herr

TYPE OF PROCEEDING:

Scheduling Conference___   Status Conference__  
Pre-Trial Conference ___   Motion Hearing   X

Counsel for Plaintiff: Aaron Podhurst, Esq.  Robert Gilbert, Esq.  Gilbert, Esq. Jonathan Streisfeld, Esq.  Jeffrey M. Ostrow, Esq.

Counsel for Defendant: William J. Holley, Esq, Eric J. Taylor, Esq. Thomas Scott, Esq.

Motion:   **JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT OF MOTION FOR SANCTIONS**

Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____  
PRE-TRIAL MOTIONS FILED BY: _____  
STATUS CONFERENCE SET FOR: _____  
SCHEDULING CONFERENCE SET FOR: _____  
PRE-TRIAL CONFERENCE SET FOR: _____  
TRIAL SET FOR: _____  
JURY/NON JURY  
ESTIMATED TRIAL DAYS:  
LOCATION: MIAMI/ KEY WEST  
TRIAL CONTINUED TO: _____

- The parties orally placed on the record the Agreement and Stipulations between the parties re: Motion for Sanctions (D.E. #2791)
- The Court finds that the Agreement and Stipulations are adequate and reasonable
- The Court finds the Motion for Sanctions be and the same is hereby **DENIED AS MOOT**
-