UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
S.D. Fla. Case No. 1:10-cv-23872-JLK

## ORDER ON MOTION FOR SANCTIONS

THIS CAUSE came before the Court on November 13, 2012, at which time the Court was advised that the parties have resolved all issues raised in the pending Motion for Sanctions (DE # 2791), subject to this Court' approval, that is scheduled for evidentiary hearing tomorrow, November 14, 2012. The parties advised the Court of the terms of their agreement. Based on the agreement and the statements of counsel made in open Court, it is **ORDERED, ADJUDGED and DECREED** that the Court approves the parties' agreement. The Motion for Sanctions (DE #2791) is **DENIED AS MOOT**, and no further proceedings shall occur with respect to the Motion for Sanctions except as may be necessary to enforce the parties' agreement.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 13th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record