UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Orallo v. Bank of the West*
C.D. Cal. Case No. 2:10-cv-2469
S.D. Fla. Case No. 1:10-cv-22931-JLK

*Dee v. Bank of the West*
N.D. Cal. Case No. 4:10-cv-02736
S.D. Fla. Case No. 1:10-cv-22985-JLK

## ORDER REGARDING TESTIMONY OF OBJECTORS TO SETTLEMENT AT FINAL APPROVAL HEARING

**THIS MATTER** comes before the Court *sua sponte* regarding the impending Final Approval Hearing for settlement in the above-styled case, set for **December 6, 2012 at 9:30 a.m.** before the undersigned Judge. Pursuant to this Court's Order Preliminarily Approving Class Action Settlement, Certifying the Settlement Class, and Providing for Notice to the Settlement Class (DE #2832, filed July 13, 2012), any person in the Settlement Class who does not opt-out of the Settlement Class may object to the Settlement, Class Counsel's Fee Application and/or the request for Service Awards for Plaintiffs, provided the objection is postmarked no later than the Opt-Out Deadline of November 6, 2012 and includes the requisite information requested in the

Court's aforementioned Order. It is the Court's intent to provide sufficient opportunity for any objections to be heard, while maintaining an efficient and effective process.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** that any objector who has filed a timely objection that wishes to testify in person at the Final Approval Hearing on December 6, 2012 shall, in addition to completing all requirements set forth in the aforementioned Order, notify Plaintiffs' Counsel upon his or her arrival at the Hearing on December 6, 2012 and indicate the length of time required for the testimony. Thereafter, Plaintiffs' Counsel shall present the Court with a complete agenda of speakers at the start of the Hearing. Any individuals who appear at the hearing but fail to notify Plaintiffs' Counsel in such a manner as described above will be called at the end of the agenda, time permitting.

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 14th day of November, 14th day of November, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:

All counsel of record

Steve A. Miller
Steve A. Miller, PC
1625 Larimer St., No. 2905
Denver, CO 80202

Jonathan E. Fortman
Law Office of Jonathan E. Fortman, LLC
10 Strecker Rd., Suite 1150
Ellisville, MO 63011

John C. Kress
The Kress Law Firm, LLC
4247 S. Grand Blvd.
St. Louis, MO 63111

J. Scott Kessinger
3-2600 Kaumualii Highway
Suite 1300, #325
Lihue, HI 96746

Patrick Sweeney
Sweeney Legal Group, S.C.
750 South Dixie Highway
Boca Raton, FL 33432