UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

## ORDER REGARDING TESTIMONY OF OBJECTORS TO SETTLEMENT AT FINAL APPROVAL HEARING

**THIS MATTER** comes before the Court *sua sponte* regarding the impending Final Approval Hearing for settlement in the above-styled case, set for **December 10, 2012 at 9:30 a.m.** before the undersigned Judge. Pursuant to this Court's Order Preliminarily Approving Class Settlement and Certifying Settlement Class (DE #2712, filed May 14, 2012), any person in the Settlement Class who does not opt-out of the Settlement Class may object to the Settlement, Class Counsel's Fee Application and/or the request for Service Awards for Plaintiffs, provided the objection is postmarked no later than the Opt-Out Deadline of November 5, 2012 and includes the requisite information requested in the Court's aforementioned Order. It is the Court's intent to provide sufficient opportunity for any objections to be heard, while maintaining an efficient and effective process.

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** that any objector who has filed a timely objection that wishes to testify in person at the Final Approval Hearing on December 6, 2012 shall, in addition to completing all requirements set forth in the aforementioned Order, notify Plaintiffs' Counsel upon his or her arrival at the Hearing on December 10, 2012 and indicate the length of time required for the testimony. Thereafter, Plaintiffs' Counsel shall present the Court with a complete agenda of speakers at the start of the Hearing. Any individuals who appear at the hearing but fail to notify Plaintiffs' Counsel in such a manner as described above will be called at the end of the agenda, time permitting.

**DONE AND ORDERED** at the James Lawrence King Federal Building and United States' Courthouse in Miami, Florida this 14th day of November, 2012.

```
                    JAMES LAWRENCE KING
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF FLORIDA
```

cc:

All counsel of record

Hugh Ramsey
1809 Haver St.
Houston, TX 77006

Robert D. Fontenot
7625 Washington Blvd.
Beaumont, TX 77707

Jamey and Kelli Deloney
25530 Saddlebrook Village
Tomball, TX 77375

Carolyn A. McLemore
#47 W. Bellmeade Place
The Woodlands, TX 77382

Brian Silverio
Silverio & Hall, P.A.
150 West Flagler St., PH 2850
Miami, FL 33130

Ernest J. Browne, Jr.
Browne & Browne
2380 Eastex Freeway
Beaumont, TX 77703

Steve A. Miller
Steve A. Miller, PC
1625 Larimer St., No. 2905
Denver, CO 80202

Jonathan E. Fortman
Law Office of Jonathan E. Fortman, LLC
10 Strecker Rd., Suite 1150
Ellisville, MO 63011

John C. Kress
The Kress Law Firm, LLC
4247 S. Grand Blvd.
St. Louis, MO 63111

J. Scott Kessinger
3-2600 Kaumualii Highway
Suite 1300, #325
Lihue, HI 96746

Rendee Kay Bullard
3601 Grapevine Mills Pkwy., #737
Grapevine, TX 76051

Nikki Hurst Gibson
6322 Desco Drive
Dallas, TX 75225

Claire Barnett Gibson
6322 Desco Drive
Dallas, TX 75225