UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

**MDL No. 2036**
_____/

THIS DOCUMENT RELATES TO:

*Johnson v. KeyBank National Association*;
S.D. Fla. Case No. 10-cv-21176-JLK
_____/

## ORDER RULING ON DEFENDANT'S MOTION FOR CLARIFICATION

**THIS CAUSE** comes before the Court upon Defendant KeyBank National Association's ("KeyBank") Motion for Clarification of Court's Order Granting Plaintiff's Motion for Leave to Conduct Limited Arbitration Discovery (DE #3050), filed November 13, 2012. Therein, Defendant KeyBank seeks clarification of this Court's Order Granting Plaintiff's Motion for Limited Discovery (DE #2957), entered September 19, 2012. This Order granted Plaintiff's Motion for Leave to Conduct Limited Arbitration Discovery Following Remand from Eleventh Circuit, (DE #2904, filed August 23, 2012), which requested ninety (90) days of discovery. Plaintiff David M. Johnson filed his Response to KeyBank's Motion for Clarification on November 14, 2012 (DE #3053).

It was the Court's intention for parties to have equal rights to limited arbitration discovery. Accordingly, the following is **ORDERED, ADJUDGED and DECREED**:

   1.   Defendant KeyBank's Motion for Clarification of Court's Order Granting

Plaintiff's Motion for Leave to Conduct Limited Arbitration Discovery **(DE # 3050)** be, and the same is hereby, **GRANTED**; and

2. Defendant KeyBank is equally entitled to limited discovery under the Court's Order of September 19, 2012 (DE #2957).

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Courthouse in Miami, Florida, this 15th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record