10/16/2012

Clerk of the Court
U.S. District Court for the Southern District of Florida
James Lawrence King Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Shauntiquea' Foston
1457 S. Zeno Way
Aurora, CO 80017

FILED by _AL_ D.C.

NOV 16 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Phone Number: 720-235-9494   or   Cell: 720-882-3331

I object to the Chase Settlement in *re: Checking Account Overdraft Fee Litigation*, 1:09-md-2036-JLK;

The reason why I am objecting to the settlement is because:

1. I had this account over eight years ago, so I do not have copies of all my bank statements.

2. I have been trying to get my bank statements from chase I called the customer service line spoke with Gay Cabreza she told me because my account is so old she would not be able to give me this information. She then informed me that she could only go back thirty days, and if I need to go back more I would need to step into a branch. Gay also told me to send a letter to this address to request old bank statements, which I did and I still have not received or heard anything. I went into a chase branch and he said they have some statements but he could not get anymore because they're gone.

3. After leaving the branch I emailed info@chaseoverdraftsettlement.com and I was told that the settlement administrator is not able to provide any assistance in retrieving account numbers or bank statements.

4. so my question is to you how can I file a claim if I don't have access to the information that I need I'm being set up to fail. I mean I had this bank account back in 2004 or 2005, I even financed a car it was a KIA ?

5. I have attached the bank statements that I could get a hold of.

6. I've also attached the email I sent.

Sincerely,

Shauntiquea' Louise Foston

Name: _____
Date: 10/16/12
My commission expires: 7/12/16

SETTLEMENT ADMINISTRATOR
PO BOX 8042
FARIBAULT, MN 55021-9442

*Includes accounts from*
*Chase, Bank One, Bank of New*
*York, and Washington Mutual Bank.*

**Non-Automatic-Payment Time Period:**

*Chase or Bank One accounts:*
January 1, 2003 - December 31, 2004

*Bank of New York accounts:*
October 2, 2006 - March 31, 2007

64835-20-6844

T110/P5 **********ALL FOR AADC 800
SHAUNTIQUEA L FOSTON
1457 S ZENO WAY
AURORA CO 80017-4319

**Important Notice About Overdraft Fee Settlement**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

# If You Paid Overdraft Fees to JPMorgan Chase Bank, N.A., You May Be Eligible for a Payment from a Class Action Settlement.

A $110 million Settlement has been reached in class action lawsuits claiming that JPMorgan Chase Bank, N.A. ("Chase") improperly posted debit card transactions from highest to lowest dollar amount to increase the number of overdraft fees charged to account holders. Chase maintains there was nothing wrong about the posting process used. The Court has not decided which side is right.

**Who's Included?** Chase's records show you are a member of the Settlement Class. The Settlement Class includes anyone who: (1) had a Chase consumer deposit account accessible with a Chase debit card, at any time between January 1, 2003 and March 29, 2010, and (2) was charged one or more overdraft fees as a result of Chase's practice of posting debit card transactions from highest to lowest dollar amount. To be included in the Class, you must have had two or more overdraft fees caused by debits posted to your account on a single day during the time period listed above.

**What Are the Settlement Terms?** Chase has agreed to establish a Settlement Fund of $110 million that will provide payments or account credits to eligible Settlement Class Members. The amount any individual Settlement Class Member will receive cannot be determined at this time. Payments will be based on the number of people in the Settlement Class and the amount of additional overdraft fees each Settlement Class Member paid as a result of Chase's posting order. Any money left in the Settlement Fund after claims are paid will be made available to nonprofit organizations approved by the Court. Chase has also agreed not to charge overdraft fees on individual debit card transactions of $5.00 or less for two years.

**How to Get a Payment?** You will receive an automatic payment or account credit for any eligible overdraft fees you paid during most of the period coverd by the Settlement. But if you paid an eligible overdraft fee during the non-automatic-payment time period (*see* front of postcard), you need to file a Claim Form to request a payment or account credit for those fees. You can submit a Claim Form online or by mail. The deadline to submit a Claim Form is **February 8, 2013**.

**Your Rights May Be Affected.** If you do not want to be legally bound by the Settlement, you must ask (in writing) to be excluded from the Settlement Class by **November 5, 2012**. If you do not exclude yourself, you will release any claims that were or could have been made against Chase. If you stay in the Settlement Class, you may object to the Settlement by **November 5, 2012**. The Court has scheduled a hearing on **December 10, 2012** to consider whether to approve the Settlement and a request for attorneys' fees, costs, and expenses up to 30 percent of the value of the Settlement. You can appear at the hearing, but you don't have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing. You can call the toll-free number or visit the website to learn more about how to exclude yourself from or object to the Settlement.

For more information:  **www.ChaseOverdraftSettlement.com**  or  **1-877-552-1296**

## CHASE

JPMorgan Chase Bank, N.A.
Colorado Market
P O Box 260180
Baton Rouge, LA 70826-0180

00003821 DDA 501 KA 2706 - NNN T  1  000000000  17 0000
SHAUNTIQUEA L FOSTON
1457 S ZENO WAY
AURORA CO 80017-4319

December 24, 2005 through January 26, 2006
Account Number: 000000478667791

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.BankOne.com |
| Service Center: | 1-877-226-5663 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-888-226-5663 |



### CHECKING SUMMARY | Bank One At Work Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $56.21 |
| Deposits and Additions | 578.94 |
| ATM & Debit Card Withdrawals | - 371.39 |
| Other Withdrawals, Fees & Charges | - 310.00 |
| Ending Balance | -$46.24 |
| Annual Percentage Yield Earned This Period | 0.00% |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 01/03 | Deposit | | | $20.00 |
| 01/06 | Aafes | Payroll | PPD | 178.10 |
| 01/20 | Aafes | Payroll | PPD | 380.84 |
| **Total Deposits and Additions** | | | | **$578.94** |

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/27 | Card Purchase With Pin | 736076 12/24Wal-Mart Store Aurora (N) CO | $23.17 |
| 12/27 | Card Purchase | 12/24Buckley AFB Commisssui Buckley CO | 15.56 |
| 12/29 | Card Purchase | 12/27Buckley AFB Burger King Aurora CO | 3.29 |
| 12/30 | Card Purchase | 12/28Tb/Phx #2528  10325280 Aurora CO | 8.72 |
| 12/30 | Card Purchase With Pin | 126580 12/29Buckley AFB Comm Golden CO | 3.00 |

# CHASE

December 24, 2005 through January 26, 2006
Account Number: 000000478667791

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 01/03 | Card Purchase With Pin | 335272 12/30Buckley AFB Comm Golden CO | 4.96 |
| 01/03 | Card Purchase With Pin | 736044 12/31Cns Aafes      3317 Aurora CO | 4.70 |
| 01/03 | Card Purchase W/Cash Back | 189078 01/027-Eleven Aurora CO | 1.85 |
| 01/03 | Card Purchase With Pin | 036356 01/02Cns Aafes      6315 Aurora CO | 1.00 |
| 01/04 | Card Purchase | 01/02Buckley AFB Burger King Aurora CO | 4.39 |
| 01/04 | Card Purchase | 12/30Buckley AFB Burger King Aurora TX | 1.39 |
| 01/10 | Card Purchase | 01/08Buckley AFB Burger King Aurora CO | 7.42 |
| 01/12 | Card Purchase With Pin | 718067 01/11Cns Aafes      9311 Aurora CO | 1.39 |
| 01/13 | Card Purchase | 01/11Buckley AFB Burger King Aurora CO | 3.54 |
| 01/13 | Card Purchase | 01/11Buckley AFB Burger King Aurora CO | 3.29 |
| 01/19 | Card Purchase | 01/17Buckley AFB Burger King Aurora CO | 4.39 |
| 01/20 | ATM Withdrawal | 006669 01/201200 S Buckley Rd Aurora CO | 240.00 |
| 01/20 | Card Purchase | 01/18Burger King #881   Q07 Denver CO | 13.17 |
| 01/23 | Card Purchase | 01/19Taco Bell#270100027011 Denver CO | 2.99 |
| 01/24 | Card Purchase | 01/22Safeway Fuel 10021384 Aurora CO | 15.00 |
| 01/24 | Card Purchase With Pin | 102958 01/237-Eleven Aurora CO | 5.18 |
| 01/25 | Card Purchase | 01/23Taco Bell#270100027011 Denver CO | 2.99 |
| **Total ATM & Debit Card Withdrawals** | | | **$371.39** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 01/06 | Withdrawal | $170.00 |
| 01/17 | Insufficient Funds Fee | 64.00 |
| 01/20 | Insufficient Funds Fee | 32.00 |
| 01/26 | Insufficient Funds Fee | 32.00 |
| 01/26 | Service Fee | 12.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$310.00** |

A Overdraft fee was charged on 01/17 due to insufficient funds in your account.

A Overdraft fee was charged on 01/20 due to insufficient funds in your account.

A Overdraft fee was charged on 01/26 due to insufficient funds in your account.

When you maintain a positive minimum balance during the statement period and have Direct Deposit activity, your monthly service fee is waived.

# CHASE

JPMorgan Chase Bank, N.A.
Colorado Market
P O Box 260180
Baton Rouge, LA 70826-0180

00003882 DDA 501 KA 5606 - NNN T  1  000000000  17 0000
SHAUNTIQUEA L FOSTON
339 POTOMAC CIR # H102
AURORA CO 80011-8587

January 27, 2006 through February 24, 2006
Account Number: 000000478667791

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.BankOne.com |
| Service Center: | 1-877-226-5663 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-888-226-5663 |



PLEASE NOTE:  BEGINNING 03/11/2006, THE FEE CHARGED
TO YOUR ACCOUNT IF AN ITEM PRESENTED AGAINST YOUR ACCOUNT
IS RETURNED UNPAID WILL NOW APPEAR ON YOUR STATEMENT AS A
"RETURNED ITEM FEE".  THE AMOUNT OF THE FEE REMAINS $32.

## CHECKING SUMMARY | Chase Workplace Checking

| | AMOUNT |
|---|---|
| Beginning Balance | -$46.24 |
| Deposits and Additions | 888.88 |
| ATM & Debit Card Withdrawals | - 726.77 |
| Other Withdrawals, Fees & Charges | - 111.00 |
| **Ending Balance** | **$4.87** |
| Annual Percentage Yield Earned This Period | 0.00% |

Good news.  Your monthly service fee was waived because you had Direct Deposit activity during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 02/03 | Aafes | Payroll | PPD | $454.65 |
| 02/17 | Aafes | Payroll | PPD | 394.23 |
| 02/21 | Deposit | | | 40.00 |
| **Total Deposits and Additions** | | | | **$888.88** |



CHASE

January 27, 2006 through February 24, 2006
Account Number: 000000478667791

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/27 | Card Purchase | 01/25Buckley AFB Burger King Aurora CO | $3.29 |
| 01/30 | Card Purchase | 01/26Tb/Phx #2528  10325280 Aurora CO | 4.40 |
| 02/01 | Card Purchase With Pin | 300777 01/31Safeway  Store  2138 Aurora CO | 13.62 |
| 02/03 | ATM Withdrawal | 009988 02/031200 S Buckley Rd Aurora CO | 260.00 |
| 02/09 | Card Purchase With Pin | 365516 02/087-Eleven Aurora CO | 9.10 |
| 02/13 | Card Purchase | 02/11Taco Bell-Pizz10328144 Aurora CO | 5.60 |
| 02/17 | ATM Withdrawal | 003548 02/171200 S Buckley Rd Aurora CO | 320.00 |
| 02/17 | ATM Withdrawal | 003550 02/171200 S Buckley Rd Aurora CO | 60.00 |
| 02/21 | ATM Withdrawal | 004304 02/201200 S Buckley Rd Aurora CO | 40.00 |
| 02/23 | Card Purchase | 02/21T And R Liquor Store Aurora CO | 6.34 |
| 02/23 | Card Purchase | 02/21Sonic Drive IN #4818 Aurora CO | 4.42 |
| **Total ATM & Debit Card Withdrawals** | | | **$726.77** |



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/30 | Insufficient Funds Fee | $32.00 |
| 01/31 | Insufficient Funds Fee | 32.00 |
| 02/01 | Extended Overdraft Fee | 15.00 |
| 02/02 | Insufficient Funds Fee | 32.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$111.00** |

A Overdraft fee was charged on 01/30 due to insufficient funds in your account.

A Overdraft fee was charged on 01/31 due to insufficient funds in your account.

A Overdraft fee was charged on 02/02 due to insufficient funds in your account.

# CHASE

JPMorgan Chase Bank, N.A.
Colorado Market
P O Box 260180
Baton Rouge, LA 70826-0180

00003835 DDA 501 KA 08306 - YNN T 1 000000000 17 0000
SHAUNTIQUEA L FOSTON
339 POTOMAC CIR # H102
AURORA CO 80011-8587

February 25, 2006 through March 23, 2006
Account Number: 000000478667791

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.BankOne.com |
| Service Center: | 1-877-226-5663 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-888-226-5663 |



## CHECKING SUMMARY | Chase Workplace Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4.87** |
| Deposits and Additions | 252.70 |
| Checks Paid | - 349.90 |
| ATM & Debit Card Withdrawals | - 253.66 |
| Other Withdrawals, Fees & Charges | - 175.00 |
| **Ending Balance** | **-$520.99** |

Annual Percentage Yield Earned This Period          0.00%

Good news. Your monthly service fee was waived because you had Direct Deposit activity during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/03 | Aafes   Payroll | | PPD | $252.70 |
| **Total Deposits and Additions** | | | | **$252.70** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 0 | 03/03 | $59.95 |
| 124 * | 03/10 | 150.00 |
| 125 | 03/10 | 139.95 |
| **Total Checks Paid** | | **$349.90** |

# CHASE ◯

February 25, 2006 through March 23, 2006

Account Number: **000000478667791**

\* Checks may not appear on your bank statement because they have not yet cleared, appeared on a previous statement, or cleared as an electronic withdrawal and will be listed under the "electronic withdrawals" section of your statement. Some Online Bill Payment transactions are assigned six-digit check numbers and appear under "checks paid" causing non-sequential check numbers.

## ATM & DEBIT CARD WITHDRAWALS



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/28 | Card Purchase | 02/26Yuba Gas-Rite 00827410 Aurora CO | $4.00 |
| 03/03 | ATM Withdrawal | 006908 03/031200 S Buckley Rd Aurora CO | 180.00 |
| 03/03 | ATM Withdrawal | 006907 03/031200 S Buckley Rd Aurora CO | 60.00 |
| 03/09 | Card Purchase | 03/08King Soopers #0049 S1H Aurora CO | 8.27 |
| 03/10 | Card Purchase | 03/08Taco Bell1628700162875 Aurora CO | 1.39 |
| **Total ATM & Debit Card Withdrawals** | | | **$253.66** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | Insufficient Funds Fee | $32.00 |
| 03/10 | Insufficient Funds Fee | 32.00 |
| 03/10 | Extended Overdraft Fee | 15.00 |
| 03/13 | Insufficient Funds Fee | 96.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$175.00** |

A Overdraft fee was charged on 03/06 due to insufficient funds in your account.

A Overdraft fee was charged on 03/10 due to insufficient funds in your account.

A Overdraft fee was charged on 03/13 due to insufficient funds in your account.

# CHASE ◯

JPMorgan Chase Bank, N.A.
Colorado Market
P O Box 260180
Baton Rouge, LA 70826-0180

March 24, 2006 through April 19, 2006
Account Number: 000000478667791

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | www.Chase.com |
| Service Center: | 1-877-226-5663 |
| Hearing Impaired: | 1-888-663-4833 |
| Para Espanol: | 1-888-226-5663 |

00002396 DDA 501 8A 11006 - YYN  3  000000000  17 0099
HOLD - RETURN MAIL
SHAUNTIQUEA L FOSTON
339 POTOMAC CIR # H102
AURORA CO 80011-8587



## CHECKING SUMMARY | Chase Workplace Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | -$520.99 |
| Deposits and Additions | 520.99 |
| **Ending Balance** | $0.00 |
| Annual Percentage Yield Earned This Period | 0.00% |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/24 | Deposit | $289.95 |
| 03/27 | Credit / Deposit | 50.00 |
| 04/18 | Credit / Deposit | 7.00 |
| 04/19 | Charged Off - Please Reimburse Bank | 174.04 |
| **Total Deposits and Additions** | | **$520.99** |

## Foston, Shauntiquea (HAC)

**From:** Foston, Shauntiquea (HAC)
**Sent:** Tuesday, October 16, 2012 8:54 AM
**To:** 'info@chaseoverdraftsettlement.com'

Good Morning,

For the past three weeks I have been trying to get my bank statements from chase I called the customer service line spoke with Gay Cabreza she told me they could only go back thirty days, and if I need to go back more I would need to step into a branch. Gay also told me to send a letter to this address to request old bank statements, which I did and I still have not received or heard anything. I went into a chase branch and he said they have some statements but he couldn't get anymore because there gone so my question is to you how can I file a claim if I don't have access to the information that I need. I mean I had this bank account back in 2004 or 2005

*Shauntiquea' Foston*

Voucher Examiner
Purchased Care at the Health Administration Center
U.S. Department of Veterans Affairs
3773 N. Cherry Creek Drive
Desk Phone: 303-398-2861
Shauntiquea.Foston@va.gov

Coming together is a beginning. Keeping together is a process. Working together is a success. (Henry Ford)

1

**Foston, Shauntiquea (HAC)**

**From:** chaseoverdraft [info@chaseoverdraftsettlement.com]
**Sent:** Tuesday, October 16, 2012 9:09 AM
**To:** Foston, Shauntiquea (HAC)
**Subject:** RE:

Dear Shantiquea Foston,

We have recently received your correspondence in regards to the Chase Overdraft Litigation. This letter is designed to provide an answer to your question of:

How can I receive a payment?

Payments will be made in two ways, depending on the date overdraft fees were charged to your Chase account.

| Type of Payment | Account Origin | Overdraft Fee Charge Time Period | Class Member Action Required |
|---|---|---|---|
| Automatic | All Chase accounts (except former BoNY accounts) | January 1, 2005 through March 29, 2010 | None—Payment will be made automatically |
| Automatic | Chase accounts that formerly were BoNY accounts | April 1, 2007 through March 29, 2010 | None—Payment will be made automatically |
| Non-Automatic | Chase accounts in 2003 and 2004 | January 1, 2003 through December 31, 2004 | File a Claim Form (*see* Questions 13 and 15) |
| Non-Automatic | Chase accounts that formerly were BoNY accounts | October 2, 2006 through March 31, 2007 | File a Claim Form (*see* Questions 13 and 15) |

**Automatic Payments:**

Settlement Class Members who were charged overdraft fees during the time period for automatic payments due to posting of debit card transactions from highest to lowest dollar amount will receive payments from the Settlement automatically, either as account credits (if the Settlement Class Member still holds the Chase account) or in the form of a check (if the Settlement Class Member no longer holds the Chase account).

1

If you are entitled to an *automatic* payment for overdraft fees charged to your account, you do not have to do anything in order to receive that payment. As long as you do not exclude yourself from the Settlement the payment will be made automatically, either by a credit to your Chase account or (if you no longer have that Chase account) by check mailed to you at the address Chase has on file. Please contact the Settlement Administrator if you change your address.

**Non-Automatic Payments:**

Settlement Class Members who were charged overdraft fees during the time periods for non-automatic payments due to posting of debit card transactions from highest to lowest dollar amount may receive payments from the Settlement by submitting a Claim Form For holders of Chase accounts that formerly were Bank of New York accounts, the Claims Period is from October 2, 2006 through April 1, 2007. For all other customers, the Claims Period is from January 1, 2003 through December 31, 2004.

**Can you provide me my account number or copies of my bank statements for the non-automatic payment time period?**

The Settlement Administrator is not able to provide any assistance in retrieving account numbers or bank statements.

If you have any questions, please visit us at the website **www.chaseoverdraftsettlement.com** or call the toll free number, **1-877-552-1296**. You may also send questions to the Settlement Administrator at **info@chaseoverdraftsettlement.com** or Chase Overdraft Settlement, c/o Rust Consulting, P.O. Box 8041, Faribault, MN 55021-9441.

Sincerely,

Settlement Administrator

---

**From:** Foston, Shauntiquea (HAC) [mailto:Shauntiquea.Foston@va.gov]
**Sent:** Tuesday, October 16, 2012 9:54 AM
**To:** chaseoverdraft
**Subject:**

---

Good Morning,

2

For the past three weeks I have been trying to get my bank statements from chase I called the customer service line spoke with Gay Cabreza she told me they could only go back thirty days, and if I need to go back more I would need to step into a branch. Gay also told me to send a letter to this address to request old bank statements, which I did and I still have not received or heard anything. I went into a chase branch and he said they have some statements but he couldn't get anymore because there gone so my question is to you how can I file a claim if I don't have access to the information that I need. I mean I had this bank account back in 2004 or 2005

*Shauntiquea' Foston*

Voucher Examiner
Purchased Care at the Health Administration Center
U.S. Department of Veterans Affairs
3773 N. Cherry Creek Drive
Desk Phone: 303-398-2861
Shauntiquea.Foston@va.gov

Coming together is a beginning. Keeping together is a process. Working together is a success. (Henry Ford)

This message (including any attachments) may contain confidential or otherwise privileged information and is intended only for the individual(s) to which it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message or that arise as a result of e-mail transmission. If verification is required please request a hard-copy version from the sender.

Rust Consulting, Inc.
www.RustConsulting.com

## Foston, Shauntiquea (HAC)

**From:** chaseoverdraft [info@chaseoverdraftsettlement.com]
**To:** Foston, Shauntiquea (HAC)
**Sent:** Tuesday, October 16, 2012 9:08 AM
**Subject:** Read:

Your message

    To:    info@chaseoverdraftsettlement.com
    Subject:

was read on 10/16/2012 9:08 AM.

Shauntiquea Foston
1457 S. Zeno Way
Aurora, CO 80017