UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIFTH TRANCHE ACTION

*Stillion, et al. v. United Bank, Inc. and United Bankshares, Inc.*
S.D.W.V. Case No. 11-cv-00237
S.D. Fla. Case No. 1:11-cv-21472-JLK

## ORDER SUSPENDING SCHEDULING ORDER PENDING DISPOSITION OF STATE COURT PROCEEDINGS

**THIS CAUSE** came before the Court based on the Joint Notice of Settlement filed by Plaintiffs and Defendants United Bank, Inc. and United Bankshares, Inc. ("United") (Plaintiffs and United are collectively referred to as the "Parties"). In the Joint Notice of Settlement, the Parties advised the Court that on October 24, 2012, they executed a Settlement Agreement and Release that fully, finally and forever resolves, discharges, and releases all rights and claims in, or that could have been asserted in, the above referenced action based on United's payment of the sum of Three Million and Three Hundred Thousand and 00/100 Dollars ($3,300,000.00) (the "Settlement"), without admission of liability by United.

The Settlement, if approved, will also fully resolve the related action pending in state Court in West Virginia against United, *Jones v. United Bank and United Bankshares, Inc.*, Case No. 11-C-50, Circuit Court, Jackson County, West Virginia. The Settlement is subject to

preliminary and final approval of the Settlement. The Parties further advised the Court that they will endeavor to a file motion for preliminary approval with the West Virginia state court within 45 days.

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** that the Scheduling Order Pertaining To "Fifth Tranche" Cases (DE #2977) as it pertains to the above-captioned action brought against United, is hereby **SUSPENDED** pending the ruling of the West Virginia state court on the forthcoming motions for preliminary and final approval. If the West Virginia state court grants final approval, the Parties shall promptly notify this Court and, upon such notification, this Court will dismiss this case with prejudice.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida, this 16 of November, 2012.

_James Lawrence King_
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record