UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Harris v. Associated Bank, N.A.*
W.D. Wis. Case No. 3:10-cv-182-BBC
S.D. Fla. Case No. 1:10-cv-22948-JLK

## ORDER MODIFYING PRELIMINARY APPROVAL ORDER

The Parties to the above-captioned action ("Action"), which is currently pending as part of this multidistrict litigation, have filed a Joint Motion to Modify Certain Dates and Deadlines set forth in this Court's Order Preliminarily Approving Class Action Settlement, Certifying the Settlement Class and Providing for Notice to the Settlement Class ("Preliminary Approval Order"). (DE # 2856). For good cause shown, the Court **GRANTS** the Joint Motion, and it is hereby **ORDERED AND ADJUDGED** as follows:

1.      As used in this Order, unless otherwise noted, capitalized terms shall have the definitions and meanings accorded to them in the Settlement and the Preliminary Approval Order (DE # 2856).

2.      All findings, conclusions, dates and deadlines set forth in the Preliminary Approval Order remain unchanged, except as specifically modified herein.

3.       The Court modifies the following schedule for the Final Approval Hearing and the actions which must precede it:

(i)       The Settlement Administrator shall complete the Initial Mailed Notice Program no later than **December 13, 2012**;

(ii)      The Notice Administrator shall complete the Published Notice Program no later than **January 14, 2013**;

(iii)     The Settlement Administrator shall complete the Mailed Notice Program no later than **January 14, 2013**;

(iv)     Plaintiffs and Class Counsel shall file their Motion for Final Approval of the Settlement, Fee Application and Request for a Service Award for Plaintiff, no later than **January 28, 2013**;

(v)      Members of the Settlement Class must file requests for exclusion from the Settlement by no later than **February 18, 2013**;

(vi)     Settlement Class Members must file any objections to the Settlement, the Motion for Final Approval of the Settlement, Class Counsel's Fee Application and/or the Request for a Service Award no later than **February 18, 2013**;

(vii)    Plaintiff and Class Counsel shall file their responses to timely filed objections to the Motion for Final Approval of the Settlement and Fee Application and/or the Request for a Service Award no later than **March 4, 2013**;

(viii)   If Associated Bank chooses to file a response to timely filed objections to the Motion for Final Approval of the Settlement, it shall do so no later than **March 4, 2013**; and

(ix)    The Final Approval Hearing is hereby reset for **March 28, 2013**, at **10:00 a.m.** in Courtroom 2 of the James Lawrence King Federal Building and United States Courthouse, in Miami, Florida.

DONE AND ORDERED at the James Lawrence King Federal Building and United States Courthouse in Miami, Florida this 20th day of November, 2012.

**JAMES LAWRENCE KING**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF FLORIDA**

cc: All Counsel of Record