UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO

*Dasher, et al. v. RBC Bank (USA)*,
S.D. FL. Case No. 10-cv-22190-JLK

*Avery, et al. v. RBC Bank*,
E.D.N.C. Case No. 5:10-cv-329
S.D. FL. Case No. 10-cv-24382

**MOTION FOR LIMITED APPEARANCE OF AND ELECTRONIC
FILING PRIVILEGES FOR DEFENDANT'S OUT-OF-STATE ATTORNEY**

Pursuant to Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida ("Special Rule 4B"), Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("MDL Rule 1.4"), and this Court's November 24, 2009 Order (Docket No. 166), the undersigned respectfully moves for admission and electronic filing privileges for Mark J. Levin, Esquire, for purposes of limited appearance as co-counsel on behalf of RBC Bank (USA) ("RBC"), and in support thereof states as follows:

    1.  Mark J. Levin seeks to be admitted as counsel for RBC in a matter that was originally filed in this court and in a matter that was originally filed in the United States

District Court for the Eastern District of North Carolina that has been transferred to this MDL proceeding pursuant to 28 U.S.C. § 1407.

2. Mark J. Levin is not admitted to practice in the Southern District of Florida, and is a member in good standing of the bar of his respective jurisdiction.[1]

> Mark J. Levin, Esquire
> levinmj@ballardspahr.com
> Ballard Spahr LLP
> 1735 Market Street, 51st Floor
> Philadelphia, PA 19103
> Telephone: 215-864-8235
> Facsimile: 215-864-9755

3. MDL Rule 1.4 states that "[a]ny attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties to any action transferred under Section 1407 are not required to obtain local counsel in the district to which such action is transferred."

4. Mark J. Levin hereby requests that the Court provide Notice of Electronic Filings to him at the following email address: levinmj@ballardspahr.com.

5. Mark J. Levin hereby requests that the Court allow him to file documents electronically through this Court's CM/ECF system and to appear and participate in oral argument.

6. Pursuant to MDL Rule 1.4, Mark J. Levin requests that the Court waive the filing fee of $75.00.

---

[1] A certification signed by the attorney listed in paragraph 2, stating that he is a member in good standing of his respective jurisdiction and has reviewed the Local Rules of the United States District Court for the Southern District of Florida is attached hereto as Exhibit A.

7. As required by the Court's November 24, 2009 Order (Docket No. 166), Mr. Levin has executed the Certificate of Understanding Re: Electronic Filing in the Southern District of Florida. The Certificate is attached hereto as Exhibit A. Consistent with this Court's November 24, 2009 Order, we are simultaneously sending the Certificate of Understanding containing Mr. Levin's original signature to be kept on record with the District's Attorney Admission's Deputy Clerk.

8. RBC will also continue to be represented by its counsel of record in this MDL proceeding, Christopher S. Carver, Esq., Carrie A. Wozniak, Esq. and Virginia B. Townes, Esq. of Akerman Senterfitt.

WHEREFORE, the undersigned hereby moves this Court to enter an Order permitting Mark J. Levin to appear before this Court on behalf of RBC Bank (USA) for all purposes relating to the proceedings in the above–styled matters, directing the Clerk to provide notice of electronic filings to Mark J. Levin, and directing the Clerk to assign a CM/ECF user name and password.

Dated: November 20, 2012

Respectfully Submitted,

s/ Mark J. Levin
Mark J. Levin, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215-864-8235
Facsimile: 215-864-9755
Attorney for RBC Bank (USA)

## CERTIFICATE OF SERVICE

I, hereby certify that on November 20, 2012, I caused to be mailed to the Clerk's Office for filing via federal express overnight delivery the foregoing Motion for Limited Appearance of and Electronic Filing Privileges for Defendant's Out-of-State Attorney and a copy of this Motion will be served to counsel of record at an e-mail address presently on file with the Court through the Court's ECF noticing system.

s/ Mark J. Levin
Mark J. Levin, Esquire

November 20, 2012

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | :<br>:<br>:<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO<br><br>*Dasher, et al. v. RBC Bank (USA)*,<br>S.D. FL. Case No. 10-cv-22190-JLK<br><br>*Avery, et al. v. RBC Bank,*<br>E.D.N.C. Case No. 5:10-cv-329<br>S.D. FL. Case No. 10-cv-24382 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF UNDERSTANDING RE:**
**ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA**

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

DMEAST #15966205 v1

6. If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

|   |   |
|---|---|
| Name: | Mark J. Levin, Esquire |
| State Bar No.: | PA26601 |
| Firm Name: | Ballard Spahr LLP |
| Address: | 1735 Market Street, 51st Floor |
|   | Philadelphia, PA  19103 |
| Telephone No: | (215) 864-8235 |
| E-mail address: | levinmj@ballardspahr.com |
| Fax No.: | (215) 864-9755 |

Dated: November 20, 2012

*/s/ Mark J. Levin*
Mark J. Levin, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215-864-8235
Facsimile: 215-864-9755

Attorney for RBC Bank (USA)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

| | |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | :<br>:<br>:<br>:<br>:<br>:<br>: |
| THIS DOCUMENT RELATES TO:<br><br>*Dasher, et al. v. RBC Bank (USA)*,<br>S.D. FL. Case No. 10-cv-22190-JLK<br><br>*Avery, et al. v. RBC Bank*,<br>E.D.N.C. Case No. 5:10-cv-329<br>S.D. FL. Case No. 10-cv-24382 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

ORDER GRANTING
MOTION FOR LIMITED APPEARANCE OF AND
ELECTRONIC FILING PRIVILEGES FOR MARK J. LEVIN

THIS CAUSE having come before the Court on the Motion for Limited Appearance of and Electronic Filing Privileges for Defendants' Out-of-State Attorney requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida ("Special Rule 4B") and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("MDL Rule 1.4"), permission for a limited appearance of and electronic filing privileges for the attorney listed in paragraph 2 below who seeks to become counsel of record to a case that has been transferred from another district to this MDL proceeding and to a case that was originally filed in the United

DMEAST #15966222 v1

States District Court for the Southern District of Florida as a result of this pending MDL proceeding. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

1. The Motion for Limited Appearance of Electronic Filing Privileges for Defendants' Out-of-State Attorney is GRANTED.

2. The following attorney is permitted to appear and participate in this action on behalf of his respective client:

**For RBC Bank (USA)**

Mark J. Levin, Esquire
levinmj@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215-864-8235
Facsimile: 215-864-9755

3. Pursuant to MDL Rule 1.4, which provides that any attorney of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred and that parties to any action transferred under 28 U.S.C. § 1407 are not required to obtain local counsel in the district to which such action is transferred, the attorney named in paragraph 2 above shall not be required to designate a member of the bar of this Court who maintains an office in this State for the practice of law and who is authorized to file through the Court's electronic filing system, to receive service of and file papers on their behalf, notwithstanding language to the contrary in Special Rule 4.B.

4. Further, pursuant to MDL Rule 1.4 and the Order on October 22, 2009 Status Conference [DE 134] at ¶ 15, the attorney named in paragraph 2 shall be allowed to file and

receive service of documents electronically according to this Court's CM/ECF Administrative Procedures, notwithstanding language to the contrary in Special Rule 4.B.

      5.      In addition, pursuant to MDL Rule 1.4, the Court hereby waives the filing fee of $75 per attorney for the limited admission of the attorney named in paragraph 2 above.

      6.      Further, all attorneys to this action, both now and in the future who are not registered users of the Southern District of Florida CM/ECF system and seek electronic filing privileges, shall submit the attached certificate of understanding, with an original signature, to the Court Administrator-Clerk of Court for the Southern District of Florida to be kept by the District Attorney Admissions Deputy Clerk.

      7.      The Court hereby directs the Court Administrator-Clerk of Court to assign a CM/ECF username and password to the attorney listed in paragraph 2 as he submitted with his Motion his original certificate of understanding.

DONE AND ORDERED, in Chambers, at the James Lawrence King Federal Justice Building in Miami, Florida, this _____ day of _____, 2012.

 

                                                    _____
                                                    Honorable James Lawrence King
                                                    United States District Judge