UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: FIFTH TRANCHE ACTIONS | ) ) ) ) |
| *Dee v. Bank of the West* N.D. Cal. Case No. 4:10-cv-02736 S.D. Fla. Case No. 1:10-cv-22985-JLK | ) ) ) ) |
| *Orallo v. Bank of the West* C.D. Cal. Case No. 2:10-cv-2469 S.D. Fla. Case No. 1:10-cv-22931-JLK | ) ) ) ) |

**NOTICE OF WITHDRAWAL OF OBJECTIONS BY RYAN PHILLIPS**

Objector, RYAN PHILLIPS, by and through his undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), moves this Honorable Court to approve the withdrawal of his objections (Dkt. No. 3033) based on the following facts:

1. Objector RYAN PHILLIPS made the objections in good faith based on the information in the notice of settlement.

2. Counsel for Objector/movant has conferred with Class Counsel regarding the settlement and withdrawal of the objections.

/ / /

/ / /

/ / /

1

Therefore, Objector RYAN PHILLIPS withdraws his objections to all settlements in this matter and requests court approval for the withdrawal of the objections.

Dated: November 27, 2012         SWEENEY LEGAL GROUP, S.C.

By: /s/ Patrick Sweeney_____
   Patrick Sweeney (FL Bar No. 593486)
Sweeney Legal Group, S.C.
750 South Dixie Highway
Boca Raton, FL 33432
Phone: (561) 395-0000
Fax: (561) 395-9093
Email: Patrick@sweeneylegalgroup.com
Attorney for Objector Ryan Phillips

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 27, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Florida by using the USDC CM/ECF system.

  I certify that the participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

           ___/s/ Patrick Sweeney
           Patrick Sweeney