BOBBY GILBERT
GROSSMAN ROTH, P.A.
On behalf of class members,

Plaintiffs,

VS.                                          CASE #: 1:09-MD-02036-JLK

BANK OF AMERICA, N.A.,

Defendants.
_____/

To:   THE HONORABLE
      JUDGE JAMES LAWRENCE KING

## CHECKING ACCOUNT OVERDRAFT LITIGATION

Dear Judge:

  1. My name is RENATE SOUDEK, I reside in Pompano Beach, Florida, and have been a long-time customer of Bank of America.

  2. I am a class member of the above class action suit which was filed against BANK OF AMERICA. I have no date that indicates when this class action suit was actually filed. The information I have from the Hotline (800) 372-2390), which does not indicate a date as to when this class action was actually filed, only tells me that the settlement was approved on November 7, 2011.

  3. I was initially notified of this class action via a postcard which I received on July 11, 2011. An appeal was filed against this class action which was resolved on November 2, 2012.

I only have scant information, but I trust, Judge, that you have all the information you need, because I believe you are the residing Judge in this class action.

4. On November 5, 2012 I received an amount of $14.69 into my checking account with Bank of America entitled "an account correction" by Bank of America. I called Bank of America to find out what this amount represented and was told it was from the settlement with Bank of America. I was in total disbelief by that reply. I am shocked by the mismanagement of the funds from this class action. What else can one call this? I am vehemently protesting this outcome.

5. The post card notifying me initially of the class action indicates that "class members who cannot be identified, between 5% and 14% of the Settlement Fund, net of expenses, will be made available to nonprofit organizations ". Before you do that, please re-consider my case.

6. I would like to state the following on my behalf: I do not remember the exact date as to when Bank of America went into my checking account, but I believe it was anywhere between 2001 and 2004 when Bank of America took out some $300.00, at least, from my checking account for overdraft fees. If I remember this correctly, I had about three (3) checks in the account that had not cleared, but had enough funds in the account to cover two checks. The smaller check would not have cleared. Obviously, what I expected Bank of America would do (after considering their action) clear the two checks that had sufficient funds. And the one check that could not clear would get the overdraft fee. I would then owe Bank of America the one overdraft plus any amount in addition to cover that one check..That did not happen. I remember how shocked I was at Bank of America's action.

7. With due diligence, the lawyers for this class action could have accomplished more if they tried. There must be evidence with Bank of America they could have gotten.

8. SOMETHING IS ROTTEN IN THE STATE OF DENMARK! Is it "Lawyer takes all"? Why then file a class action if there is no fair and reasonable distribution of these monies to the class members from this class action? The $14.69 stands in no relation to the approx. $300.00 that Bank of America took from my account.

9. With a view towards the future, I hope the lawyers of the class action have set aside an escrow account for such insufficiencies, or withhold money from the non-profit organizations, to reconsider some of the complaints from class members and before the Lawyers "donate any left over funds to the non-profit organizations, because that is not what that money was earmarked for.

10. We need to make the class action members "whole". $14.69 is not a settlement for my damages. In a total settlement of $410 mio, and I do not know how many class members there were, it seems this class action case was all about the lawyers getting their fees and not the class members getting justice. What happened here is wrong! I say:
   Let RIGHT BE DONE!

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Judge James Lawrence King, at the US District Court for the Southern District of Florida at 99 N.E. 4th Street, Miami, Florida 33132; and to Bobby Gilbert, Esq., Grossman, Roth, P.A., 2525 Ponce de Leon Boulevard, Suite 1150, Miami, Florida 33134, this 19th day of November, 2012.

RENATE SOUDEK
237-A S.E. 11 Avenue
Pompano Beach, FL 33060
954-545-1305

*Renate Soudek* (signature)