UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Shane Swift v. BancorpSouth, Inc.*
N.D. Fla. Case No. 1:10-cv-00090-SPM
S.D. Fla. Case No. 1:10-cv-23872-JLK

ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO MOTION FOR LEAVE TO FILE AMICUS
BRIEF ADDRESSING PLAINTIFFS' MOTION IN LIMINE

THIS CAUSE came before the Court on the Plaintiffs' Unopposed Motion for Enlargement of Time to Respond to Motion for Leave to File Amicus Brief Addressing Plaintiffs' Motion in Limine ("Amicus Motion"). For good cause shown, it is ORDERED and ADJUDGED that Plaintiffs' Motion is **GRANTED**. Plaintiffs' Opposition to the Amicus Motion shall be filed on or before December 10, 2012.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 27th day of November, 2012.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record