UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

_____

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTIONS

*Dee v. Bank of the West*
N.D. CA Case No. 4:10-cv-02736
S.D. Fla. Case No. 1:10-cv-22985-JLK

*Orallo v. Bank of the West*
C.D. CA Case No. 2:10-cv-2469
S.D. FL Case No. 1:10-cv-22931-JLK
_____/

## ORDER RESCHEDULING FINAL APPROVAL HEARING

**THIS CAUSE** comes before the Court *sua sponte*. The Final Approval Hearing concerning Plaintiffs' and Class Counsel's Motion for Final Approval of Settlement, and Application for Service Awards, Attorneys' Fees and Expenses (**DE #3015**) was originally set for December 6, 2012. However, the undersigned Judge has an extended calendar in Key West and will be unavailable for the hearing as initially scheduled. Therefore, it is **ORDERED, ADJUDGED, and DECREED** that the Final Approval Hearing in this action be, and the same is hereby, re-set for **Monday, December 10, 2012 at 11:00 a.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2 in Miami, Florida.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 28th day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:

All counsel of record

Steve A. Miller
Steve A. Miller, PC
1625 Larimer St., No. 2905
Denver, CO 80202

Jonathan E. Fortman
Law Office of Jonathan E. Fortman, LLC
10 Strecker Rd., Suite 1150
Ellisville, MO 63011

John C. Kress
The Kress Law Firm, LLC
4247 S. Grand Blvd.
St. Louis, MO 63111

J. Scott Kessinger
3-2600 Kaumualii Highway
Suite 1300, #325
Lihue, HI 96746

Martha Bronson
672 W. 11th Street
Tracy, CA 95376