AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

In re Checking Account Overdraft Litigation  )
         *Plaintiff*  )
         v.  )  Case No.   1:09-md-02036-JLK
           )
         *Defendant*  )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph D. Wilkins, Patrick C. Morris, Rena A. Morris, Curt Tweed, Nicholas Kirkpatrick, Christopher Kirkpatrick.

Date:     11/28/2012                           /s/ Patrick Sweeney
                                                                               *Attorney's signature*

                                         Patrick Sweeney (FL Bar No. 593486)
                                                    *Printed name and bar number*

                                                    Sweeney Legal Group, S.C.
                                                    750 South Dixie Highway
                                                    Boca Raton, FL 33432

                                                                 *Address*

                                         patrick@sweeneylegalgroup.com
                                                       *E-mail address*

                                                         (561) 395-0000
                                                         *Telephone number*

                                                         (561) 395-9093
                                                           *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Florida by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

/s/ Patrick Sweeney
Patrick Sweeney
Attorney for Objectors