UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) |
| THIS DOCUMENT RELATES TO: FIFTH TRANCHE ACTIONS | ) ) ) ) |
| *Lopez v. JPMorgan Chase Bank, N.A.* S.D. Fla. Case No. 1:09-cv-23127-JLK | ) ) ) |
| *Luquetta v. JPMorgan Chase Bank, N.A.* S.D. Fla. Case No. 1:09-cv-23432-JLK C.D. Cal. Case No. 2:09-cv-06967-GHK | ) ) ) ) |

NOTICE OF WITHDRAWAL OF OBJECTIONS BY JOSEPH D. WILKINS, PATRICK C. MORRIS, RENA A. MORRIS, CURT TWEED, NICHOLAS KIRKPATRICK AND CHRISTOPHER KIRKPATRICK

Objectors, JOSEPH D. WILKINS, PATRICK C. MORRIS, RENA A. MORRIS, CURT TWEED, NICHOLAS KIRKPATRICK and CHRISTOPHER KIRKPATRICK, by and through their undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), move this Honorable Court to approve the withdrawal of their objections (mailed on November 5, 2012) based on the following facts:

   1.   Wilkins, Morris, Tweed and Kirkpatrick made the objections in good faith based on the information in the notice of settlement.

   2.   Counsel for Objectors/movants has conferred with Class Counsel regarding the settlement and withdrawal of the objections.

/ / /

/ / /

/ / /

1

Therefore, Wilkins, Morris, Tweed and Kirkpatrick withdraw their objections to all settlements in this matter and request court approval for the withdrawal of the objections.

Dated: November 28, 2012          SWEENEY LEGAL GROUP, S.C.

By: /s/ Patrick Sweeney_____
    Patrick Sweeney (FL Bar No. 593486)
Sweeney Legal Group, S.C.
750 South Dixie Highway
Boca Raton, FL 33432
Phone: (561) 395-0000
Fax: (561) 395-9093
Email: Patrick@sweeneylegalgroup.com
Attorney for Objectors Joseph D. Wilkins, Patrick C. Morris, Rena A. Morris, Curt Tweed, Nicholas Kirkpatrick and Christopher Kirkpatrick

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of Florida by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

      ___/s/ Patrick Sweeney____
      Patrick Sweeney
      Attorney for Objectors