REC'D by _____ D.C.

NOV 2 1 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-KING

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | : <br> : <br> : <br> : <br> : |

|  |  |
|---|---|
| THIS DOCUMENT RELATES TO<br><br>*Dasher, et al. v. RBC Bank (USA),*<br>S.D. FL. Case No. 10-cv-22190-JLK<br><br>*Avery, et al. v. RBC Bank,*<br>E.D.N.C. Case No. 5:10-cv-329<br>S.D. FL. Case No. 10-cv-24382 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF UNDERSTANDING RE:
## ELECTRONIC FILING IN THE SOUTHERN DISTRICT OF FLORIDA

I, the undersigned, do hereby certify that:

1. I am a member in good standing of the Bar of the Supreme Court of Pennsylvania.

2. I have studied, understand and will abide by the Local Rules for the Southern District of Florida.

3. I have studied, understand and will abide by the Administrative Procedures governing CM/ECF procedures in the Southern District of Florida.

4. I will only use this electronic filing privilege in the matter captioned above and in no other case in the Southern District of Florida, even if I have been granted *pro hac vice* status in another case in the Southern District of Florida.

5. I understand and agree that any misuse of this electronic filing privilege will be brought to the attention of the Honorable James Lawrence King and that this privilege may be revoked at any time without notice.

6.  If any of the information below changes during the course of this action, I shall electronically file a notice of such change in the MDL action; and, I shall update my CM/ECF user account pursuant to the Administrative Procedures.

| | |
|---|---|
| Name: | Mark J. Levin, Esquire |
| State Bar No.: | PA26601 |
| Firm Name: | Ballard Spahr LLP |
| Address: | 1735 Market Street, 51st Floor |
| | Philadelphia, PA  19103 |
| Telephone No: | (215) 864-8235 |
| E-mail address: | levinmj@ballardspahr.com |
| Fax No.: | (215) 864-9755 |

Dated: November 20, 2012

*/s/ Mark J. Levin*
Mark J. Levin, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: 215-864-8235
Facsimile: 215-864-9755

Attorney for RBC Bank (USA)