UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION

*Steen v. Capital One, N.A.*
E.D. La. Case No. 2:10-cv-01505-JCZ-KWR
S.D. Fla. Case No. 1:10-cv-22058-JLK

## ORDER APPROVING JOINT MOTION TO MODIFY REVISED SCHEDULING ORDER

For good cause shown, the foregoing Joint Motion to Modify Revised Scheduling Order with respect to this action only is GRANTED. The Revised Scheduling Order (DE #2788) is revised with respect to this action only as follows:

| ACTIVITY | DATE |
|---|---|
| Deadline for parties to complete all fact discovery, *except* Capital One's production of customer transactional data | November 27, 2012 |
| Deadline for Capital One to produce customer transactional data | Final Production Date, as determined by separate Order Regarding Transactional Data, no later than March 28, 2013 |
| Deadline for parties to designate experts and serve expert disclosures | April 11, 2013 |
| Deadline for parties to complete expert discovery | May 13, 2013 |
| Deadline for parties to file objections to designated experts and *Daubert* motions | May 23, 2013 |
| Deadline for issuing Class Notice (unless 23(f) pending) | May 23, 2013 |

| | |
|---|---|
| Deadline for filing all motions, including summary judgment motions and motions in limine | June 2, 2013 |
| Deadline for filing responses to all motions | July 3, 2013 |
| Deadline for opt-outs | 50 days following issuance of Class Notice |
| Deadline for filing replies in support of all motions | August 2, 2013 |
| Deadline for parties to meet and confer about (i) remand to transferor court or (ii) pre-trial stipulation for those cases to be tried in this Court | August 2, 2013 |
| Deadline for filing (i) motions for remand to transferor court or (ii) consent to trial in this Court and pre-trial stipulation | August 12, 2013 |
| Pre-trial conference (for those cases to be tried in this Court) | 45 days after replies filed |
| Calendar call (for those cases to be tried in this Court) | 70 days after pre-trial conference |
| Trial (for those cases to be tried in this Court) | 7 days after calendar call |

Consistent with the Court's Revised Scheduling Order (DE #2788), references to certain proceedings in this Court, such as calendar call and pretrial conference, are not intended to bind any party to trial in this MDL Court. Accordingly, the parties will address the issue of where the case will be tried at a later date.

If the case is remanded pursuant to 28 U.S.C. § 1407(a), nothing herein is meant to impose on the transferor court's absolute discretion over trial proceedings.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida this 29 day of November, 2012.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of Record

2