UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:09-MD-02036-JLK**

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

**THIRD TRANCHE ACTIONS**

*Mosser v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21386-JLK
E.D. Pa. Case No. 10-cv-00731

*Mazzadra, et. al v. TD Bank, N.A.*
S.D. Fla. Case No. 10-21870-JLK

### DEFENDANT TD BANK, N.A.'S NOTICE OF PENDING ACTION

Pursuant to Southern District of Florida Local Rule 3.8 and the Omnibus Order Requiring Notice of Pending, Refiled, Related or Similar Actions (DE # 2684), Defendant T.D. Bank, N.A. ("TD Bank") hereby provides notice of a pending action against TD Bank that involves subject matter which is a material part of the subject matter in the above-captioned actions pending before this Court. The new action, *Hackney v. TD Bank, N.A.*, Civil Action No. 12-5441, was recently filed by a *pro se* plaintiff in the United States District Court for the Eastern District of Pennsylvania. TD Bank intends to file a motion to dismiss the *Hackney* complaint on multiple grounds, including that the claims stated therein, to the extent ascertainable, are barred by this Court's order granting preliminary approval of the settlement in the above-captioned actions,

1

which enjoins settlement class members from commencing any action asserting claims released by the settlement. (DE #2960). Plaintiff Hackney is a settlement class member that to TD Bank's knowledge has not excluded himself from the settlement class.

Contemporaneous with this filing, TD Bank is also filing a notice of potential tag-along action concerning the *Hackney* complaint with the Judicial Panel on Multidistrict Litigation pursuant to JPML Rule 7.1.

DATED: November 29, 2012

        Respectfully Submitted,

        /s/ Clifford H. Ruprecht
        Clifford H. Ruprecht
        cruprecht@pierceatwood.com
        Lucus A. Ritchie
        lritchie@pierceatwood.com
        *(pro hac vice)*
        PIERCE ATWOOD LLP
        Merrill's Wharf
        254 Commercial Street
        Portland, ME  04101
        Tel: (207) 791-1100
        Fax: (207) 791-1350

        *Attorneys for Defendant TD Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

I hereby certify that on November 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Lucus A. Ritchie
Lucus A. Ritchie
lritchie@pierceatwood.com
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
Tel: (207) 791-1100
Fax: (207) 791-1350