## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION** | ) ) ) ) |
| **MDL NO. 2036** | ) ) ) |
| | **Case No. 1:09-02036-JLK** |

FILED by _____ D.C.

DEC 0 5 2012

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | ) ) |
| *Dee v. Bank of the West*<br>N.D. Cal. Case No: 4:10-cv-02736<br>S.D. Fla. Case No. 1:10-cv-22985 JLK<br>*Orallo v. Bank of the West*<br>C.D. Cal. Case No. 2:10-cv-2469 | ) ) ) ) |

## OBJECTOR, MARTHA BRONSON'S REQUEST FOR ORDER EXTENDING TIME TO FILE OBJECTIONS TO FINAL APPROVAL; TO FILE REPLY ; AND LEAVE TO FILE REQUEST FOR NECESSARY COSTS INCURRED IN OBJECTING

MARTHA BRONSON, a class member ("BRONSON"), moves the court pursuant to

Fed. R. C Pro. 6 (b)(1) (B) for an order extending the time to file objections to Final Approval of

Settlement , in the above referenced matter. BRONSON'S objections were filed beyond

November 6, 2012 for a combination of reasons, the first being BRONSON'S belated knowledge

of the Postcard NOTICE of Class Action, which NOTICE had been placed by another family

member for recycling amongst  household "junk mail" and old newspapers and discovered only by

chance when it was found on the ground BY recycle bin;   in conjunction with (1) BRONSON'S

mistake in believing the intentional absence on the NOTICE of a deadline for "filing

objections" (while intentionally giving a deadline for writing a letter objecting) meant no deadline

existed for filing objections before hearing on December 6; (2)  the need for time to learn about the

lawsuit  and options available; and, (3) time needed to actually prepare a response or Objections.

Federal Rule of Civil Procedure 6(b)(1) provides that when the deadline for a party to act has expired a Court may extend the time "if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1). The Supreme Court has clarified that "excusable neglect 'is not limited to situations where the failure to timely file is due to circumstances beyond the control of the filer." *Pioneer Inv. Serv. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 392 (1993). Rather, it "extends to some cases in which the delay is 'caused by inadvertence, mistake, or carelessness." *Id.* And the determination of "excusable neglect" is "at bottom an equitable one, taking account of all relevant circumstances surrounding the party's omission." *Id.* at 395. The relevant factors to consider include the danger of prejudice to the [opposing party], the length of the delay and its potential impact on the judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 2009) (reversing for failing to find excusable neglect for delayed filing); *See also Kirkland v. Guardian Life Ins. Co. of America*, 352 Fed. Appx. 293, 297 (11th Cir. 2009) (affirming no abuse of discretion for permitting late filing due to counsel's excusable neglect).

   All factors weigh in favor of BRONSON. First, there is no prejudice to the opposing parties because they claim that the objections have already been raised as they either overlap with other objections on file, were previously raised and rejected in Torres v. B of A, or are "belied" by the motions and declarations filed in DE #2842 (preliminary approval) and 3015 (final approval). [Fn. 1, Page 2] Even if some of the objections are new, which many are, there is still no prejudice because responding parties have had ample time to address them, not to mention the fact that opposing parties are silent about suffering from any prejudice should the court consider them. Their silence on prejudice is a sure tell for its absence.

have occurred in this case.    Take for example plaintiffs' delay of over FOUR MONTHS in filing their Settlement Agreement and Motion for Preliminary Approval of Settlement (See #2414, 2418, 2813). Also, Objector's one motion for an extension of time is insignificant compared  to the no less than fifty (50) plus serial motions for extensions of time which have been filed in this case, all fifty of which were granted.

Third, the reason for the delay was not within Objector's control as the flimsy white 6 x 4 postcard looked like junk mail rather than anything akin to an important legal document.  As such, another household member put the flimsy little white postcards amongst the junk mail for discard into the recycling bin.  Objector noticed the postcard on the ground by the recycle bin, by chance,   around the beginning of November.  Under these circumstances, the parties to the settlement agreement should be estopped from objecting to this request  and be  deemed blameworthy for taking cheap short cuts by using little postcards having teeny tiny print, which are not likely to be taken as seriously as they should by anyone. Further, the content of the notice fails to give a deadline for filing, yet gave a deadline for sending a letter objecting, thus implying no deadline for filing  objections. BRONSON made the mistake of misinterpreting the absence of a deadline for filing as the nonexistence of one.

BRONSON has thousands of dollars in overdraft fees at issue here and she takes this matter very seriously.  So serious that she has loss time and money from work with over sixty hours researching and reviewing the pleadings on file in this case in an attempt to get a grasp on  the issues in the case and whether the settlement is, in reality, fair, reasonable and adequate.

BRONSON has incurred over $600.00 in pacer fees alone ( see Exhibit 1, a true and correct copy of PACER history of charges), the reimbursement of which she fully expects since she had no known alternative to learn  about the details of this proposed settlement.

3

The inadequate, confusing, discouraging half truths in the postcard NOTICE (see e.g. Objections Points and Authorities, I A(viii) @ page 5) are more likely the cause for the lack of objections, rather than class counsel's self serving claim of silent class member approval.  Surely there would have been significant objections had the

NOTICE effectively disclosed to them that the net 12 million will not even cover one $35.00 fee the 380,000 members are entitled to,  much less the multiples adding up to hundreds and for some thousands of dollars.

This, in addition to the other significant problems  such as the overly broad class definition, but narrowly defined methodology to identity those members which effectively leaves out class members, the over broad release, and all the other objections filed are important considerations in granting or denying final approval of  this class action.   Accordingly, this motion should be granted to afford careful consideration of the objections.

WHEREAS, there is no prejudice to opposing party in the granting of this request, while in contrast a failure to  consider Objector's Objections could result in serious harm to thousands of absent members,  it is respectfully requested that this court grant this motion for an order extending time to file her objections.  Said objections were initially mailed in short form to the court via USPS first class mail, with copies mailed to class counsel of record and defense counsel, weeks ago; and,  original objections  complete with points and authorities in support thereof, federally expressed to this court on November 23, 2012 and received by "E. Oritz" for filing on November 26, 2012 by this court ( See Exhibit 2, a true and correct copy of Federal Express confirmation of delivery of Points and Authorities),  with a red cover letter requesting they be filed and copies of said original objections  complete with points and authorities were  e-mailed and/or faxed to class  counsel of record and defense counsel, as listed in the attached certificate of service.

09-02036

Objector further respectfully requests an order granting her the right to file a reply to the responses to objections no later than December 10, 2012 and leave to file a request for reimbursement of costs incurred.

The MARTHA BRONSON'S Objections and POINTS and Authorities were initially mailed to this court for filing on November 23, 2012[1] This motion was originally federally expressed to 99 North East Fourth Street, Miami, FL 33128 on November 30, 2012 and received for filing on December 3, 2012, but as of this second original and recei

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge except for matters stated on information and belief and as to those matters I believe them to be true.

Respectfully Submitted:

_____
MARTHA BRONSON

Dated: Originally o n  November 26, 2012 and this second original on December 4, 2012

---

[1] Please note that while Martha Bronson sent Objections with Authorities ( five pages) for filing to this court weeks ago and the same were filed with the court ( more than five days after receiving them – De #3077) the Objections and POINTS and Authorities in Support ( 28 pages) referred to herein and attached hereto for filing) is a  separate and distinct pleading for filing.   As of the preparation of this Motion (for the second time) the court clerk has not been able to find the first set of these documents and thus we are resubmitting for filing.

09-02036

Exhibit 1

# Billing History

### Detailed Transaction Report by Date
### All Courts
### from 10/01/2012 to 11/26/2012

Mon Nov 26 15:39:20 2012
**Redacted** - Bronson

| Date | Time | Pages | Court | Client Code | Description | Search |
|------|------|-------|-------|-------------|-------------|--------|
| 11/7/2012 | 12:54:03 | 1 | 00PCL | bank west | Civil Case Search | All Courts Page: |
| | 14:55:08 | 30 | FLSDC | bank west | Docket Report | JLK Start date: |
| | 15:08:18 | 18 | FLSDC | bank west | Image2883-0 | JLK Document |
| | 15:11:01 | 2 | FLSDC | bank west | Image2885-0 | JLK Document |
| | 15:17:31 | 3 | FLSDC | bank west | Image2914-0 | JLK Document |
| | 15:17:32 | 2 | FLSDC | bank west | Image2914-1 | JLK Document |
| | 15:17:32 | 2 | FLSDC | bank west | Image2914-2 | JLK Document |
| | 15:17:32 | 2 | FLSDC | bank west | Image2914-3 | JLK Document |
| | 15:46:38 | 30 | FLSDC | bank west | Image2949-0 | JLK Document |
| | 16:17:52 | 1 | FLSDC | bank west | Image2935-0 | JLK Document |
| | 16:19:02 | 20 | FLSDC | bank west | Image2925-0 | JLK Document |
| | 16:24:05 | 30 | FLSDC | bank west | Docket Report | JLK Start date: |
| | 16:30:55 | 2 | FLSDC | bank west | Image2133-0 | JLK Document |
| | 16:30:55 | 12 | FLSDC | bank west | Image2133-1 | JLK Document |
| | 16:40:23 | 12 | FLSDC | bank west | Image2104-0 | JLK Document |
| | 16:46:07 | 3 | FLSDC | bank west | Image2107-0 | JLK Document |
| | 16:46:07 | 3 | FLSDC | bank west | Image2107-1 | JLK Document |
| | 21:09:55 | 30 | FLSDC | bank west | Image2195-1 | JLK Document |
| Subtotal | | 203 pages | | | $20.30 | |
| | | 0 audio files ($ 2.40 ea) | | | $0.00 | |
| | | | | | $20.30 | |
| 11/8/2012 | 1:27:37 | 1 | 00PCL | bankwest | Civil Case Search | Courts Page: 1 |
| | 3:17:57 | 30 | FLSDC | | Image2631-1 | JLK Document |
| | 3:28:37 | 3 | FLSDC | bankwest | Deadline/Hearings | JLK |
| | 3:33:01 | 30 | FLSDC | bankwest | Docket Report | JLK Start date: |
| | 3:34:10 | 2 | FLSDC | bankwest | Image3030-0 | JLK Document |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | 3:38:23 | 17 FLSDC | bankwest | Image3015-4 | JLK Document |
|  | 4:24:44 | 30 FLSDC | bankwest | Image3015-3 | JLK Document |
|  | 4:44:35 | 29 FLSDC | bankwest | Image3015-5 | JLK Document |
|  | 4:58:36 | 24 FLSDC | bankwest | Image3015-2 | JLK Document |
|  | 10:50:13 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
|  | 12:51:22 | 30 FLSDC | bank west | Docket Report | JLK Start date: |
|  | 12:51:47 | 2 FLSDC | bank west | Image3023-0 | JLK Document |
|  | 12:55:35 | 30 FLSDC | bank west | Image3010-0 | JLK Document |
|  | 13:41:32 | 21 FLSDC | bank west | Image3010-4 | JLK Document |
|  | 13:46:17 | 30 FLSDC | bank west | Image2981-0 | JLK Document |
|  | 13:55:30 | 30 FLSDC | bank west | Image2955-0 | JLK Document |
|  | 14:05:36 | 26 FLSDC | bank west | Image2955-2 | JLK Document |
|  | 14:31:07 | 2 FLSDC | bank west | Image2801-0 | JLK Document |
|  | 14:36:26 | 61 FLSDC | bank west | TRANSCRIPT:2790-0 | JLK Document |
|  | 15:15:53 | 10 FLSDC | bank west | Image2454-0 | JLK Document |
| Subtotal |  | 409 pages |  | $40.90 |  |
|  |  | 0 audio files ($ 2.40 ea) |  | $0.00 |  |
|  |  |  |  | $40.90 |  |
|  |  |  |  |  |  |
| 11/9/2012 | 12:03:52 | 1 00PCL |  | Civil Case Search | Courts Page: 1 |
|  | 14:05:02 | 30 FLSDC |  | Docket Report | JLK Start date: |
|  | 14:08:49 | 30 FLSDC |  | Image2271-0 | JLK Document |
|  | 14:16:19 | 30 FLSDC |  | Image2276-0 | JLK Document |
|  | 14:19:29 | 30 FLSDC |  | Docket Report | JLK Start date: |
|  | 14:21:34 | 3 FLSDC |  | Image2914-0 | JLK Document |
|  | 14:22:52 | 2 FLSDC |  | Image2914-1 | JLK Document |
|  | 14:26:00 | 30 FLSDC |  | Image2879-0 | JLK Document |
|  | 14:28:34 | 30 FLSDC |  | Image2859-0 | JLK Document |
|  | 14:31:27 | 29 FLSDC |  | TRANSCRIPT:2848-0 | JLK Document |
|  | 14:52:08 | 18 FLSDC |  | Image2832-0 | JLK Document |
|  | 15:10:28 | 12 FLSDC |  | Image3033-0 | JLK Document |
|  | 15:17:10 | 2 FLSDC |  | Image3030-0 | JLK Document |
|  | 15:17:52 | 16 FLSDC |  | Image3030-1 | JLK Document |
|  | 16:19:24 | 25 FLSDC |  | Image2615-0 | JLK Document |
|  | 16:27:44 | 30 FLSDC |  | Image2956-0 | JLK Document |
|  | 16:30:23 | 30 FLSDC |  | Image2981-0 | JLK Document |
|  | 16:50:03 | 30 FLSDC |  | Image2986-0 | JLK Document |

| Subtotal | | 378 pages | | | $37.80 | |
| | | 0 audio files ($ 2.40 ea) | | | $0.00 | |
| | | | | | $37.80 | |

| 11/10/2012 | 3:38:13 | 30 FLSDC | bank west | Docket Report | JLK | |
| | 3:50:27 | 67 FLSDC | bank west | TRANSCRIPT:124-0 | JLK Document |
| | 4:26:05 | 4 FLSDC | bank west | Image214-0 | JLK Document |
| | 4:29:11 | 30 FLSDC | bank west | Docket Report | JLK |
| | 4:30:36 | 1 FLSDC | bank west | Image2566-0 | JLK Document |
| | 4:33:49 | 20 FLSDC | bank west | Image2523-0 | JLK Document |
| | 5:11:25 | 4 FLSDC | bank west | Image2569-0 | JLK Document |
| | 5:14:22 | 24 FLSDC | bank west | Image2574-0 | JLK Document |
| | 5:50:10 | 2 FLSDC | bank west | Image2526-0 | JLK Document |
| | 5:54:26 | 3 FLSDC | bank west | Image2397-0 | JLK Document |
| | 6:01:29 | 3 FLSDC | bank west | Image3021-0 | JLK Document |
| | 6:09:46 | 30 FLSDC | bank west | Image1789-75 | JLK Document |
| | 12:23:05 | 1 00PCL | | Civil Case Search | Courts Page: 1 |
| | 12:23:45 | 1 00PCL | | Civil Case Search | Courts Page: 1 |
| | 14:24:34 | 30 FLSDC | | Docket Report | JLK |
| | 14:28:33 | 8 FLSDC | | Image2102-0 | JLK Document |
| | 14:33:56 | 5 FLSDC | | Image2084-0 | JLK Document |
| | 14:38:00 | 3 FLSDC | | Image2086-1 | JLK Document |
| | 14:40:13 | 1 FLSDC | | Image2086-5 | JLK Document |
| | 14:43:10 | 17 FLSDC | | Image1608-0 | JLK Document |
| | 14:55:31 | 13 FLSDC | | Image2068-0 | JLK Document |
| | 15:07:32 | 16 FLSDC | | Image2060-0 | JLK Document |
| | 15:13:05 | 28 FLSDC | | Image1903-0 | JLK Document |
| | 15:44:43 | 2 FLSDC | | Image1903-1 | JLK Document |
| | 15:44:43 | 30 FLSDC | | Image1903-2 | JLK Document |
| | 15:48:40 | 7 FLSDC | | Image2062-0 | JLK Document |
| | 15:59:40 | 4 FLSDC | | Image1960-0 | JLK Document |
| | 16:22:56 | 5 FLSDC | | Image1559-0 | JLK Document |
| | 16:31:15 | 30 FLSDC | | Image1471-0 | JLK Document |
| | 17:19:23 | 6 FLSDC | | Image1523-0 | JLK Document |
| | 17:30:34 | 5 FLSDC | | Image1525-0 | JLK Document |
| | 18:58:33 | 22 FLSDC | | Image1452-0 | JLK Document |
| | 19:02:50 | 16 FLSDC | | Image1318-1 | JLK Document |

|  | 19:07:20 | 6 FLSDC |  | Image1182-0 | JLK Document |
|---|---|---|---|---|---|
|  | 19:13:31 | 2 FLSDC |  | Image1133-0 | JLK Document |
|  | 19:17:15 | 8 FLSDC |  | Image166-0 | JLK Document |
|  | 19:26:31 | 6 FLSDC |  | Image2577-0 | JLK Document |
|  | 20:49:01 | 6 FLSDC |  | Image2610-0 | JLK Document |
| Subtotal |  | 496 pages |  | $49.60 |  |
|  |  | 0 audio files ($ 2.40 ea) |  | $0.00 |  |
|  |  |  |  | $49.60 |  |
|  |  |  |  |  |  |
| 11/11/2012 | 3:18:45 | 30 FLSDC | bank west | Docket Report | JLK |
|  | 3:20:18 | 12 FLSDC | bank west | Image3033-0 | JLK Document |
|  | 3:35:52 | 1 FLSDC | bank west | Image3033-2 | JLK Document |
|  | 3:38:05 | 3 FLSDC | bank west | Image3033-1 | JLK Document |
|  | 8:22:18 | 30 FLSDC | bank west | Docket Report | JLK |
|  | 8:23:56 | 2 FLSDC | bank west | Image2201-0 | JLK Document |
|  | 11:31:21 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
|  | 13:32:25 | 30 FLSDC | bank west | Docket Report | JLK |
|  | 13:36:28 | 7 FLSDC | bank west | Image2476-0 | JLK Document |
|  | 13:40:22 | 8 FLSDC | bank west | Image2474-0 | JLK Document |
|  | 14:01:14 | 5 FLSDC | bank west | Image2527-0 | JLK Document |
|  | 14:14:30 | 10 FLSDC | bank west | Image2534-3 | JLK Document |
|  | 14:25:42 | 24 FLSDC | bank west | Image2536-1 | JLK Document |
|  | 15:03:38 | 30 FLSDC | bank west | Image2533-0 | JLK Document |
|  | 16:57:07 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
|  | 18:57:51 | 30 FLSDC | bank west | Docket Report | JLK |
|  | 19:00:07 | 30 FLSDC | bank west | Image2446-0 | JLK Document |
|  | 19:18:25 | 2 FLSDC | bank west | Image2450-31 | JLK Document |
|  | 19:20:09 | 30 FLSDC | bank west | Image2276-0 | JLK Document |
|  | 19:22:53 | 4 FLSDC | bank west | Image2275-2 | JLK Document |
|  | 19:23:26 | 30 FLSDC | bank west | Image2275-3 | JLK Document |
|  | 19:50:10 | 30 FLSDC | bank west | Image2275-4 | JLK Document |
| Subtotal |  | 350 pages |  | $35.00 |  |
|  |  | 0 audio files ($ 2.40 ea) |  | $0.00 |  |
|  |  |  |  | $35.00 |  |
|  |  |  |  |  |  |
| 11/12/2012 | 9:38:46 | 1 00PCL |  | Civil Case Search | Courts Page: 1 |
|  | 11:39:34 | 30 FLSDC |  | Docket Report | JLK |

|          | Time     | Pages | Court | Location   | Description         | Entity              |
|----------|----------|-------|-------|------------|---------------------|---------------------|
|          | 11:41:31 | 2 FLSDC |     |            | Image1897-0         | JLK Document        |
|          | 11:49:01 | 23 FLSDC |    |            | Image1916-0         | JLK Document        |
|          | 13:49:33 | 30 FLSDC |    | bank west  | Image3015-0         | JLK Document        |
|          | 14:15:57 | 24 FLSDC |    | bank west  | Image3015-2         | JLK Document        |
|          | 15:09:41 | 17 FLSDC |    | bank west  | Image3015-4         | JLK Document        |
|          | 16:27:58 | 30 FLSDC |    | bank west  | Image2271-0         | JLK Document        |
|          | 16:42:19 | 30 FLSDC |    | bank west  | Docket Report       | JLK                 |
|          | 16:52:41 | 6 FLSDC |     | bank west  | Image2406-0         | JLK Document        |
|          | 17:00:13 | 2 FLSDC |     | bank west  | Image2418-0         | JLK Document        |
|          | 17:08:36 | 30 FLSDC |    | bank west  | Image2275-3         | JLK Document        |
|          | 17:13:56 | 30 FLSDC |    | bank west  | Image2275-4         | JLK Document        |
|          | 23:37:33 | 2 FLSDC |     | bank west  | Image2235-0         | JLK Document        |
|          | 23:40:51 | 1 FLSDC |     | bank west  | Image2140-0         | JLK Document        |
|          | 23:42:52 | 16 FLSDC |    | bank west  | Image2060-0         | JLK Document        |
| Subtotal |          | 274 pages |  |            | $27.40              |                     |
|          |          | 0 audio files ($ 2.40 ea) | |  | $0.00    |                     |
|          |          |       |       |            | $27.40              |                     |
|          |          |       |       |            |                     |                     |
| 11/13/2012 | 16:20:07 | 1 00PCL |    | bank west  | Civil Case Search   | Courts Page: 1      |
|          | 18:20:49 | 30 FLSDC |    | bank west  | Docket Report       | JLK                 |
|          | 18:22:19 | 30 FLSDC |    | bank west  | Image2852-0         | JLK Document        |
|          | 18:24:50 | 30 FLSDC |    | bank west  | Image2823-0         | JLK Document        |
|          | 21:01:03 | 1 00PCL |     | bank west  | Civil Case Search   | Courts Page: 1      |
|          | 21:11:07 | 30 CANDC |    | bank west  | Docket Report       | WHA                 |
|          | 21:13:47 | 4 CANDC |     | bank west  | Image214-2          | WHA Document        |
|          | 21:30:10 | 17 CANDC |    | bank west  | TRANSCRIPT:220-0    | WHA Document        |
|          | 22:10:24 | 1 00PCL |     | bank west  | Civil Case Search   | Courts Page: 1      |
|          | 22:28:44 | 14 CANDC |    | bank west  | TRANSCRIPT:128-0    | WHA Document        |
|          | 22:52:00 | 108 CANDC |   | bank west  | TRANSCRIPT:462-0    | WHA Document        |
|          | 22:53:29 | 286 CANDC |   | bank west  | TRANSCRIPT:441-0    | WHA Document        |
|          | 23:02:25 | 30 FLSDC |    | bank west  | Docket Report       | JLK                 |
|          | 23:03:33 | 4 FLSDC |     | bank west  | Image2569-0         | JLK Document        |
|          | 23:04:33 | 3 FLSDC |     | bank west  | Image2650-0         | JLK Document        |
|          | 23:05:42 | 3 FLSDC |     | bank west  | Image2768-0         | JLK Document        |
| Subtotal |          | 592 pages |  |            | $59.20              |                     |
|          |          | 0 audio files ($ 2.40 ea) | |  | $0.00    |                     |
|          |          |       |       |            | $59.20              |                     |

| Date | Time | Pages | | Report | Type |
|---|---|---|---|---|---|
| 11/14/2012 | 16:48:20 | 1 00PCL | | Civil Case Search | Courts Page: 1 |
| | 17:35:24 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
| | 18:48:46 | 15 FLSDC | | Docket Report | JLK Start date: |
| | 18:49:07 | 3 FLSDC | | Image3055-0 | JLK Document |
| | 19:36:42 | 30 FLSDC | bank west | Docket Report | JLK |
| | 19:38:44 | 16 FLSDC | bank west | Image3030-1 | JLK Document |
| | 19:42:46 | 2 FLSDC | bank west | Image3030-0 | JLK Document |
| Subtotal | | 68 pages | | $6.80 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $6.80 | |
| | | | | | |
| 11/15/2012 | 10:11:47 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
| | 12:12:44 | 30 FLSDC | bank west | Docket Report | JLK |
| | 15:40:40 | 29 FLSDC | bank west | Image3015-5 | JLK Document |
| Subtotal | | 60 pages | | $6.00 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $6.00 | |
| | | | | | |
| 11/18/2012 | 23:02:27 | 1 00PCL | | Civil Case Search | Courts Page: 1 |
| Subtotal | | 1 pages | | $0.10 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $0.10 | |
| | | | | | |
| 11/19/2012 | 1:05:30 | 30 FLSDC | | Docket Report | JLK |
| | 1:06:55 | 13 FLSDC | | Image3059-0 | JLK Document |
| | 1:13:43 | 5 FLSDC | | Image3050-0 | JLK Document |
| | 1:15:21 | 3 FLSDC | | Image3055-0 | JLK Document |
| | 1:18:09 | 16 FLSDC | | Image3063-0 | JLK Document |
| | 1:20:56 | 1 FLSDC | | Image3058-0 | JLK Document |
| | 1:23:50 | 1 FLSDC | | Image3051-0 | JLK Document |
| | 1:24:52 | 2 FLSDC | | Image3047-0 | JLK Document |
| | 1:28:21 | 13 FLSDC | | Image3048-0 | JLK Document |
| | 1:41:15 | 26 FLSDC | | Image3061-0 | JLK Document |
| | 1:50:31 | 3 FLSDC | | Image3021-0 | JLK Document |
| | 1:54:52 | 1 FLSDC | | Image2992-0 | JLK Document |
| | 2:09:14 | 6 FLSDC | | Image2637-0 | JLK Document |

| | | | | | |
|---|---|---|---|---|---|
| | 2:15:44 | 3 FLSDC | | Image2598-0 | JLK Document |
| | 2:16:48 | 2 FLSDC | | Image2594-0 | JLK Document |
| | 2:25:05 | 3 FLSDC | | Image1718-0 | JLK Document |
| | 2:26:21 | 7 FLSDC | | Image1698-0 | JLK Document |
| | 2:30:58 | 2 FLSDC | | Image1572-0 | JLK Document |
| | 2:31:50 | 2 FLSDC | | Image1571-0 | JLK Document |
| | 2:33:49 | 6 FLSDC | | Image1490-0 | JLK Document |
| | 2:39:31 | 2 FLSDC | | Image1319-0 | JLK Document |
| | 2:53:01 | 112 FLSDC | | TRANSCRIPT:2800-0 | JLK Document |
| | 3:10:58 | 30 FLSDC | | Docket Report | JLK |
| | 3:11:59 | 5 FLSDC | | Image3013-0 | JLK Document |
| | 3:15:34 | 3 FLSDC | | Image3020-0 | JLK Document |
| | 3:17:52 | 23 FLSDC | | Image3031-0 | JLK Document |
| | 3:32:14 | 16 FLSDC | | Image3030-1 | JLK Document |
| | 3:43:08 | 22 FLSDC | | Image3014-0 | JLK Document |
| | 3:55:15 | 30 FLSDC | | Image3010-0 | JLK Document |
| | 21:20:53 | 1 00PCL | BANK WEST | Civil Case Search | Courts Page: 1 |
| | 23:21:37 | 30 FLSDC | BANK WEST | Docket Report | JLK |
| | 23:26:04 | 5 FLSDC | BANK WEST | Image3066-0 | JLK Document |
| | 23:28:18 | 16 FLSDC | BANK WEST | Image3063-0 | JLK Document |
| | 23:29:04 | 3 FLSDC | BANK WEST | Image3055-0 | JLK Document |
| | 23:31:54 | 13 FLSDC | BANK WEST | Image3048-0 | JLK Document |
| | 23:36:41 | 30 FLSDC | BANK WEST | Image2955-0 | JLK Document |
| | 23:37:33 | 30 FLSDC | BANK WEST | Image2956-0 | JLK Document |
| | 23:39:34 | 20 FLSDC | BANK WEST | Image2925-0 | JLK Document |
| | 23:40:46 | 3 FLSDC | BANK WEST | Image2917-0 | JLK Document |
| | 23:45:54 | 2 FLSDC | BANK WEST | Image2813-0 | JLK Document |
| | 23:56:30 | 30 FLSDC | BANK WEST | Docket Report | JLK |
| Subtotal | | 571 pages | | $57.10 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $57.10 | |
| | | | | | |
| 11/20/2012 | 0:14:01 | 6 FLSDC | BANK WEST | Image1135-0 | JLK Document |
| | 0:18:12 | 2 FLSDC | BANK WEST | Image1209-0 | JLK Document |
| | 0:21:02 | 59 FLSDC | BANK WEST | TRANSCRIPT:1295-0 | JLK Document |
| | 0:25:47 | 6 FLSDC | BANK WEST | Image1315-0 | JLK Document |
| | 0:43:43 | 17 FLSDC | BANK WEST | Image1498-0 | JLK Document |

| | | | | | |
|---|---|---|---|---|---|
| 0:47:30 | 2 FLSDC | BANK WEST | Image1529-0 | JLK Document |
| 0:55:21 | 30 FLSDC | BANK WEST | Image1601-0 | JLK Document |
| 1:30:55 | 1 FLSDC | BANK WEST | Image1728-0 | JLK Document |
| 1:34:51 | 15 FLSDC | BANK WEST | Image1772-0 | JLK Document |
| 1:42:21 | 20 FLSDC | BANK WEST | Image1774-0 | JLK Document |
| 1:43:59 | 13 FLSDC | BANK WEST | Image1781-0 | JLK Document |
| 1:48:05 | 1 FLSDC | BANK WEST | Image1824-0 | JLK Document |
| 1:51:26 | 30 FLSDC | BANK WEST | History/Documents | JLK |
| 1:52:54 | 30 FLSDC | BANK WEST | History/Documents | JLK |
| 2:09:46 | 30 FLSDC | BANK WEST | Party List | JLK |
| 2:10:36 | 30 FLSDC | BANK WEST | Related Transaction | JLK |
| 2:20:36 | 5 FLSDC | BANK WEST | Filer List | JLK |
| 2:21:47 | 12 FLSDC | BANK WEST | Deadline/Hearings | JLK |
| 2:28:53 | 3 FLSDC | BANK WEST | Deadline/Hearings | JLK |
| 2:30:49 | 3 FLSDC | BANK WEST | Deadline/Hearings | JLK |
| 2:31:22 | 3 FLSDC | BANK WEST | Deadline/Hearings | JLK |
| 2:32:32 | 30 FLSDC | BANK WEST | Party List | JLK |
| 2:33:07 | 1 FLSDC | BANK WEST | Status | JLK |
| 2:33:51 | 30 FLSDC | BANK WEST | History/Documents | JLK |
| 2:36:20 | 30 FLSDC | BANK WEST | Image2276-0 | JLK Document |
| 4:07:28 | 3 FLSDC | BANK WEST | Image2281-0 | JLK Document |
| 4:19:10 | 25 FLSDC | BANK WEST | Image2615-0 | JLK Document |
| 4:49:42 | 2 FLSDC | BANK WEST | Image2698-0 | JLK Document |
| 5:08:58 | 30 FLSDC | BANK WEST | Image2337-0 | JLK Document |
| 5:15:33 | 30 FLSDC | BANK WEST | Image2271-0 | JLK Document |
| 5:25:40 | 27 FLSDC | BANK WEST | Image2318-0 | JLK Document |
| 5:27:15 | 5 FLSDC | BANK WEST | Image2356-0 | JLK Document |
| 5:29:59 | 22 FLSDC | BANK WEST | Image2396-0 | JLK Document |
| 5:34:09 | 23 FLSDC | BANK WEST | Image2673-0 | JLK Document |
| 5:38:31 | 25 FLSDC | BANK WEST | Image2697-0 | JLK Document |
| 5:41:31 | 6 FLSDC | BANK WEST | Image1135-0 | JLK Document |
| 5:43:29 | 28 FLSDC | BANK WEST | Image2008-0 | JLK Document |
| 5:46:59 | 7 FLSDC | BANK WEST | Image2066-0 | JLK Document |
| 5:52:40 | 19 FLSDC | BANK WEST | Image2083-0 | JLK Document |
| 6:00:22 | 4 FLSDC | BANK WEST | Image2360-0 | JLK Document |
| 6:01:48 | 3 FLSDC | BANK WEST | Image2404-0 | JLK Document |
| 6:04:41 | 5 FLSDC | BANK WEST | Image2419-0 | JLK Document |

| | | | | |
|---|---|---|---|---|
| 6:06:33 | 51 FLSDC | BANK WEST | TRANSCRIPT:2483-0 | JLK Document |
| 7:09:02 | 3 FLSDC | BANK WEST | Image2544-0 | JLK Document |
| 7:10:33 | 89 FLSDC | BANK WEST | TRANSCRIPT:2627-0 | JLK Document |
| 10:03:48 | 1 00PCL | | Civil Case Search | Courts Page: 1 |
| 12:04:40 | 30 FLSDC | | Image1916-1 | JLK Document |
| 13:35:15 | 14 FLSDC | | Docket Report | JLK Starting with |
| 13:36:49 | 4 FLSDC | | Image2569-0 | JLK Document |
| 13:38:46 | 30 CANDC | | Docket Report | WHA |
| 13:39:05 | 22 CANDC | | Image1-0 | WHA Document |
| 13:39:26 | 5 FLSDC | | Image2579-0 | JLK Document |
| 13:40:24 | 30 FLSDC | | Image2579-5 | JLK Document |
| 14:07:17 | 30 FLSDC | | Image2568-51 | JLK Document |
| 14:14:08 | 30 FLSDC | | Image2568-52 | JLK Document |
| 14:18:20 | 30 FLSDC | | Image2568-1 | JLK Document |
| 14:24:21 | 25 FLSDC | | Image2615-0 | JLK Document |
| 14:30:46 | 108 CANDC | | TRANSCRIPT:462-0 | WHA Document |
| 14:32:28 | 286 CANDC | | TRANSCRIPT:441-0 | WHA Document |
| 14:34:28 | 229 CANDC | | TRANSCRIPT:428-0 | WHA Document |
| 14:35:22 | 203 CANDC | | TRANSCRIPT:415-0 | WHA Document |
| 14:37:52 | 1 00PCL | | Civil Case Search | Courts Page: 1 |
| 14:44:43 | 28 FLSDC | | Image2620-3 | JLK Document |
| 15:06:51 | 16 FLSDC | | TRANSCRIPT:2640-0 | JLK Document |
| 15:17:42 | 2 FLSDC | | Docket Report | JLK Start date: |
| 15:20:28 | 30 FLSDC | | Docket Report | JLK Starting with |
| 15:21:19 | 1 FLSDC | | Docket Report | JLK Starting with |
| 15:21:30 | 30 FLSDC | | Image998-0 | JLK Document |
| 16:06:05 | 28 FLSDC | | Image998-1 | JLK Document |
| 16:06:38 | 12 FLSDC | | Image998-2 | JLK Document |
| 16:07:33 | 24 FLSDC | | Image998-3 | JLK Document |
| 16:08:16 | 14 FLSDC | | Image998-4 | JLK Document |
| 19:05:49 | 6 CACDC | bank west | Docket Report | TJH-SP End date: |
| 19:43:37 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
| 20:03:40 | 1 00PCL | bank west | Civil Party Search | the west All |
| 20:07:50 | 1 00PCL | bank west | Civil Party Search | the west All |
| 20:08:19 | 1 00PCL | bank west | Civil Party Search | the west All |
| 20:08:43 | 1 00PCL | bank west | Civil Party Search | the west All |
| 20:13:49 | 1 00PCL | bank west | Civil Party Search | the west All |

| | | | | | |
|---|---|---|---|---|---|
| | 20:14:39 | 1 00PCL | bank west | Civil Party Search | the west All |
| | 20:15:43 | 1 00PCL | bank west | Civil Party Search | the west All |
| | 20:16:59 | 1 00PCL | bank west | Civil Party Search | the west All |
| | 20:17:25 | 2 NMDC | bank west | Docket Report | DJS-WDS |
| | 21:44:22 | 2 FLSDC | bank west | Docket Report | JLK Start date: |
| | 21:44:49 | 16 FLSDC | bank west | Image3063-0 | JLK Document |
| | 21:52:01 | 30 FLSDC | bank west | Docket Report | JLK |
| | 21:56:21 | 26 FLSDC | bank west | Image2581-9 | JLK Document |
| | 22:10:17 | 2 FLSDC | bank west | Docket Report | JLK |
| | 22:11:16 | 2 FLSDC | bank west | Docket Report | SH |
| | 22:12:20 | 2 GANDC | bank west | History/Documents | TWT |
| Subtotal | | 2176 pages | | $217.60 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $217.60 | |
| | | | | | |
| 11/21/2012 | 2:18:35 | 1 00PCL | bank west | Civil Party Search | All Courts Page: |
| | 9:45:18 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
| | 11:45:47 | 2 FLSDC | bank west | Docket Report | JLK Start date: |
| | 12:12:00 | 30 CANDC | bank west | Docket Report | WHA |
| | 12:13:16 | 9 CANDC | bank west | Image550-0 | WHA Document |
| | 12:14:47 | 6 CANDC | bank west | Image472-0 | WHA Document |
| | 12:16:38 | 108 CANDC | bank west | TRANSCRIPT:462-0 | WHA Document |
| | 12:18:22 | 286 CANDC | bank west | TRANSCRIPT:441-0 | WHA Document |
| | 12:22:13 | 212 CANDC | bank west | TRANSCRIPT:402-0 | WHA Document |
| | 12:25:57 | 79 CANDC | bank west | TRANSCRIPT:340-0 | WHA Document |
| | 12:38:38 | 96 CANDC | bank west | TRANSCRIPT:249-0 | WHA Document |
| | 12:43:00 | 14 CANDC | bank west | TRANSCRIPT:128-0 | WHA Document |
| | 13:11:24 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
| Subtotal | | 845 pages | | $84.50 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $84.50 | |
| | | | | | |
| 11/23/2012 | 12:14:29 | 30 CANDC | bank west | Docket Report | WHA |
| | 12:15:47 | 2 CANDC | bank west | Image448-0 | WHA Document |
| | 12:17:38 | 3 CANDC | bank west | Image448-1 | WHA Document |
| | 13:13:36 | 1 00PCL | bank west | All Court Types Case | Courts Page: 1 |
| Subtotal | | 36 pages | | $3.60 | |

| | | | | | |
|---|---|---|---|---|---|
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $3.60 | |
| | | | | | |
| 11/24/2012 | 12:24:29 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
| | 12:26:31 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
| | 14:27:22 | 14 FLSDC | bank west | Docket Report | JLK Start date: |
| | 14:27:44 | 12 FLSDC | bank west | Image3069-0 | JLK Document |
| | 14:38:12 | 27 FLSDC | bank west | Image3070-0 | JLK Document |
| | 14:44:01 | 30 FLSDC | bank west | Docket Report | JLK |
| Subtotal | | 85 pages | | $8.50 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $8.50 | |
| | | | | | |
| Grand Total | | 6544 pages | | $654.40 | |
| | | 0 audio files ($ 2.40 ea) | | $0.00 | |
| | | | | $654.40 | |

|  |  |  | 0 audio files ($ 2.40 ea) |  | $0.00 |  |
|  |  |  |  |  | $3.60 |  |

| 11/24/2012 | 12:24:29 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
|  | 12:26:31 | 1 00PCL | bank west | Civil Case Search | Courts Page: 1 |
|  | 14:27:22 | 14 FLSDC | bank west | Docket Report | JLK Start date: |
|  | 14:27:44 | 12 FLSDC | bank west | Image3069-0 | JLK Document |
|  | 14:38:12 | 27 FLSDC | bank west | Image3070-0 | JLK Document |
|  | 14:44:01 | 30 FLSDC | bank west | Docket Report | JLK |

| Subtotal |  | 85 pages |  |  | $8.50 |
|  |  | 0 audio files ($ 2.40 ea) |  |  | $0.00 |
|  |  |  |  |  | $8.50 |

| Grand Total |  | 6544 pages |  |  | $654.40 |
|  |  | 0 audio files ($ 2.40 ea) |  |  | $0.00 |
|  |  |  |  |  | $654.40 |

Exhibit 2



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 26,2012

Dear Customer:

The following is the proof-of-delivery for tracking number **794139312133**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | E.ORITZ | Delivery location: | MIAMI, FL |
| Service type: | Priority Envelope | Delivery date: | Nov 26, 2012 08:59 |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.
Please check again later for a signature.

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 794139312133 | Ship date: | Nov 23, 2012 |
| | | Weight: | 0.5 lbs/0.2 kg |

| Recipient: | Shipper: |
|---|---|
| MIAMI, FL US | Tracy, CA US |

| Reference | OBJECTIONS WITH P'S & A'S |
|---|---|

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

CERTIFICTE OF MAILING

The undersigned hereby declares that I am over the age of 18 and am not a party to this action.

I am employed in the City of Tracy, County of San Joaquin, California. My business addresses is

672 West 11ᵗʰ Street, Suite 330, Tracy, CA 95376.

On the November 23 AND 27, 2012 , I served a copy of the following document(s):
OBJECTIONS WITH POINTS AND AUTHORITIES IN SUPPORT OF OBJECTIONS; AND ON
NOVEMBER 28, 2012  MARTHA BRONSON REQUEST FOR ORDER EXTENDING TIME TO
FILE OBJECTIONS

On the interested parties in the action as follows:

LISA SIMONETTI
STROOCK, STROOCK & LAVAN
2029 CENTURY  PARK EAST
LOS ANEGLES, CA 90067
Fax: 310-556-5959

Robert C. Gilbert
GROSSMAN ROTH, P.A.
2525 PONCE DE LEON BLVD., SUITE1150
MIAMI, FL 33034
Fax:  561-367-0297

Michael Sobol
LIEFF,  et al.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Fax: 415-956-1008

Jeffrey M. Ostrow
Kopelowitz, et al
200 S.W. 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
Fax: 954-525-4300

[  ]   **BY MAIL:**      ☐   **First Class postage fully pre-paid**            ☐  **FEDERAL EXPRESS**

[ X ]  **BY FACSIMILE:**   On the date below I caused to be facsimiled  a copy of the above stated

document(s) to the above named interested parties to the facsimile number listed above.   I declare

under the penalty of perjury under the laws of the State of California that the foregoing is true and

correct and that this declaration was executed on Tuesday, December 04, 2012

PETER J. MARTIN   & MARTHA BRONSON

1

USMS INSPECTED

RECEIVED

DEC 05 2012
9:28 AM

FedEx Express NEW Package US Airbill [redacted] 7889 11

Recipient's Copy

1 From
Date 12-4-12 [redacted]
Sender's Name MARTHA BRONSON Phone 209 612 8851
Company
Address 612 W. 11th ST.
City TRACY CA State CA ZIP 953 [illegible] Dept./Floor/Suite/Room

2 Your Internal Billing Reference

3 To
Recipient's Name COURT CLERK Phone
Company FLORIDA DISTRICT COURT, US.
Address 400 NORTH MIAMI AVE
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room
Address /
Use this line for the HOLD location address or for continuation of your shipping address.
City MIAMI State FL ZIP 33128

HOLD Weekday — FedEx location address REQUIRED. NOT available for FedEx First Overnight.
HOLD Saturday — FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

8009 7889 1147

4 Express Package Service — To most locations. NOTE: Service order has changed. Please select carefully. Packages up to 150 lbs.

Next Business Day
- ☐ FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☒ FedEx Priority Overnight — Next business morning. Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Standard Overnight — Next business afternoon. Saturday Delivery NOT available.

2 or 3 Business Days
- ☐ FedEx 2Day A.M. — Second business morning. Saturday Delivery NOT available.
- ☐ FedEx 2Day — Second business afternoon. Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- ☐ FedEx Express Saver — Third business day. Saturday Delivery NOT available.

5 Packaging * Declared value limit $500.
☒ FedEx Envelope* ☐ FedEx Pak* ☐ FedEx Box ☐ FedEx Tube ☐ Other

6 Special Handling and Delivery Signature Options
☐ SATURDAY Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
☐ No Signature Required — Package may be left without obtaining a signature for delivery.
☒ Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
☐ Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

Does this shipment contain dangerous goods? One box must be checked.
☒ No ☐ Yes As per attached Shipper's Declaration ☐ Yes Shipper's Declaration not required ☐ Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box. ☐ Cargo Aircraft Only

7 Payment Bill to:
☒ Sender Acct. No. in Section 1 will be billed. ☐ Recipient ☐ Third Party ☐ Credit Card ☐ Cash/Check
Enter FedEx Acct. No. or Credit Card No. below. Obtain recip. Acct. No.
Total Packages Total Weight Credit Card Auth.

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

644

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A. SRS

fedex.com 1.800.GoFedEx 1.800.463.3339

ORIGIN ID: SCKA
UNITED STATES US
TO CPURT CLERK
FLORIDA DISTRICT COURT US
400 N MIAMI AVE
MIAMI FL 33128
(209) 612-8851 REF:
INV:
PO: DEPT:

SHIP DATE
ACTWGT
CAD:
DIMS:
BILL S

TRK# 0200 8009 7889 1147

WED
PRIORI

XH MPBA

FZ
RT 457 1 B
1147
12.05

align bottom of pa

