# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 1:09-md-02036-JLK

**IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS**

*Lopez v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-232432-JLK
C.D.Cal. Case No. 2:09-cv-06967-GHK

## RENDEE BULLARD, NIKKI HURST GIBSON & CLAIRE BARNETT GIBSONS' WITHDRAWAL OF THEIR OBJECTION TO THE JP MORGAN CHASE SETTLEMENT

Objectors Rendee Bullard, Nikki Hurst Gibson and Claire Barnett Gibson, pro se, pursuant to Fed R. Civ. P. 23 (e)(5), hereby withdraw their objections to the settlement in the above-captioned case, and respectfully request that this Honorable Court approve the withdrawal of their objections to the settlement.

Respectfully Submitted,

*Rendee Bullard*

Rendee Kay Bullard
3601 Grapevine Mills Pkwy., #737
Grapevine, TX 76051
214-649-0455

*Nikki H Gibson*

Nikki Hurst Gibson
6322 Desco Drive
Dallas, Texas 75225
214-890-7914

*CGibson*

Claire Barnett Gibson
6322 Desco Drive
Dallas, Texas 75225
214-890-7914

## CERTIFICATE OF SERVICE

The above has been sent to the following address:

David S. Stellings – *Via Email*
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Robert C. Gilbert – *Via Regular Mail*
Grossman Roth, P.A.
2525 Ponce De Leon Blvd.
11th Floor
Coral Gables, FL. 33134

David Lesser, Esq. – *Via Regular Mail*
Wilmer Cutler Pickering
Hale & Dorr, LLP.
399 Park Avenue
New York, New York 10022

RENDEE BULLARD, NIKKI HURST GIBSON & CLAIRE
BARNETT GIBSONS' WITHDRAWAL OF THEIR OBJECTION TO
THE JP MORGAN CHASE SETTLEMENT Page 2