**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**1:09-md-2036-JLK**

IN RE: CHECKING ACCOUNT

OVERDRAFT LITIGATION

MDL NO. 2036
_____

**THIS DOCUMENT RELATES TO:**
**FOURTH TRANCHE ACTIONS**

Orallo v. Bank of the West
C.D. CA Case No. 2:10-cv-2469
S.D. Fla. Case No. 1:10-cv-22931-JLK

Dee v. Bank of the West
N.D. CA Case No. 4:10-cv-02736
S.D. Fla Case No. 1:10-cv-22985-JLK

_____

### NOTICE OF WITHDRAWAL OF OBJECTIONS

Objectors Jeannie Ladd, Adrian M. Snow, and Autumn Grace Snow, by their undersigned

counsel, pursuant to Fed. R. Civ. P. 23(e)(5), hereby withdraw their objections to the

settlement in the above-captioned case, and respectfully request that this Honorable Court

approve the withdrawal of their objections to the settlement.

Respectfully submitted,

s/Steve A. Miller

Steve A. Miller (FL Bar No. 992224)

1625 Larimer Street, No. 2905

Denver, CO 80202

Ph. 303-892-9933

Attorney for Objectors

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, I have filed and served via ECF Filing using the USDC SD FL ECF Electronic Filing System a true and correct copy of the foregoing Notice of Withdrawal of Objections.

s/Steve A. Miller