UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| In re: Checking Account Overdraft Litigation | 1:09-MD-02036-JLK |
| MDL No. 2036 | |
| THIS DOCUMENT RELATES TO: FIRST TRANCHE ACTIONS | |
| *Lopez v. JPMorgan Chase Bank, N.A.* S.D. Fla. Case No. 1:09-cv-23127-JLK | |
| *Luquetta v. JPMorgan Chase Bank, N.A.* S.D. Fla. Case No. 1:09-cv-23432-JLK C.D. Cal. Case No. 2:09-cv-06967-GHK | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Class Members/Objectors Hugh Ramsey, Robert D. Fontenot, Jamey and Kelli Deloney, and Carolyn A. McLemore, by their undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), hereby withdraw their objections to the settlement in the above-captioned case, and respectfully request that this Honorable Court approve the withdrawal of their objections to the settlement.

s/Ernest J. Browne, Jr.
ERNEST J. BROWNE, JR.
BROWNE & BROWNE
2380 Eastex Freeway
Beaumont, TX 77703
(409) 898-2123 Telephone
(409) 898-2126 Facsimile