UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL NO. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23127-JLK

*Luquetta v. JP Morgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-CV-23432-JLK
C.D. Cal. Case No. 2:09-CV-06967-GHK

*PRO SE* OBJECTOR DAVID L. TREAT'S WITHDRAWAL OF
OBJECTIONS TO THE REASONABLENESS
OF CLASS COUNSEL'S ATTORNEYS' FEES

Objector, David L. Treat (hereinafter "Objector"), respectfully submits the following Withdrawal of *Pro Se* Objections to the Reasonableness of Class Counsel's Attorneys' Fees.

On November 15, 2012, Objector filed objections to the fairness, reasonableness and adequacy of the terms of the Proposed Class Settlement as reflected in the Settlement Agreement and Release ("Agreement"). Doc. 3059. Objector, David Treat, pro se, pursuant to Fed R. Civ. P. 23 (e)(5), hereby withdraws his objection to the settlement in the above-captioned case, and

1

respectfully requests that this Honorable Court approve the withdrawal of his objection to the settlement.

**WHEREFORE,** Objector respectfully requests that the Court withdraw Document 3059, Objector's *Pro Se* Objections to the Reasonableness of Class Counsel's Attorneys' Fees, from the Docket, and for such further and other relief, both legal and equitable, to which Objector may be entitled.

    Respectfully submitted,

    _____
David L. Treat, Pro Se Objector
600 Navarro Street, Sixth Floor
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Withdrawal of *Pro Se* Objections to the Reasonableness of Class Counsel's Attorneys' Fees was filed with the Clerk of the Court *via hand delivery* and then a copy served *via facsimile and via email* on this 6th day of **December 2012** to the following:

Robert C. Gilbert, Esq.
Grossman Roth, P.A.
2525 Ponce de Leon Boulevard, 11th Floor
Coral Gables, Florida 33134

David Lesser, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, New York 10022

David L. Treat