UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

1:09-md-2036-JLK

IN RE: CHECKING ACCOUNT

OVERDRAFT LITIGATION

MDL NO. 2036

**THIS DOCUMENT RELATES TO:**
**FIRST TRANCHE ACTIONS**

Lopez v. JP Morgan Chase Bank, NA
S.D. Fla. Case No. 1:09-cv-23127-JLK

Luquetta v. JP Morgan Chase Bank, NA
S.D. Fla Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

**NOTICE OF WITHDRAWAL OF OBJECTIONS**

Objectors Darcy Linder, Diane Clagg, and Joy Caballero, by their undersigned counsel, pursuant to Fed. R. Civ. P. 23(e)(5), hereby withdraw their objections to the settlement in the above-captioned case, and respectfully request that this Honorable Court approve the withdrawal of their objections to the settlement.

Respectfully submitted,

s/Steve A. Miller

Steve A. Miller (FL Bar No. 992224)

1625 Larimer Street, No. 2905

Denver, CO 80202

Ph. 303-892-9933

Attorney for Objectors

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2012, I have filed and served via ECF Filing using the USDC SD FL ECF Electronic Filing System a true and correct copy of the foregoing Notice of Withdrawal of Objections.

s/Steve A. Miller