UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

| | |
|---|---|
| IN RE CHECKING ACCOUNT OVERDRAFT LITIGATION | ) ) ) |
| MDL No. 2036 | ) ) ) |
| THIS DOCUMENT RELATES TO: FIRST TRANCHE ACTIONS | ) ) ) ) |
| *Lopez v. JP Morgan Chase Bank, N.A.* S.D. Fla. Case No. 1:09-cv-23127-JLK | ) ) ) |
| *Luquetta v. JP Morgan Chase Bank, N.A.* S.D. Fla. Case No. 1:09-cv-232432-JLK C.D. Cal. Case No. 2:09-cv-06967 GHK | ) ) ) ) |

### NOTICE OF WITHDRAWAL OF OBJECTION BY SHAUNTIQUEA FOSTON

Objector Shauntiquea Foston, pro se, pursuant to Fed R. Civ. P. 23 (e)(5), hereby withdraws her objection to the settlement in the above-captioned case, and respectfully requests that this Honorable Court approve the withdrawal of her objection to the settlement.

DATED: December 6, 2012

By: _____
Shauntiquea Foston

1070256.1

1