UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Buffington, et al. v. SunTrust Banks, Inc.*
S.D. Fla. Case No. 1:09-cv-23632-JLK
N.D. Ga. Case No. 1:09-cv-01558

## ORDER ON THE MANDATE AND FINAL ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the May 9, 2012 Mandate of the United States Court of Appeals for the Eleventh Circuit (DE #41 in Case No. 1:09-cv-23632-JLK) and Defendant's Renewed Motion to Adopt the March 1, 2012 Order of the Eleventh Circuit and to Stay Proceedings Pending Arbitration (DE #3034) filed November 8, 2012. Plaintiffs filed a response on November 26, 2012 (DE #3073) and Defendant did not file a reply.

The instant Mandate by the Eleventh Circuit reverses the denial of Defendant SunTrust Banks, Inc.'s renewed motion to compel arbitration entered September 1, 2011 (DE #1853). Accordingly, the Eleventh Circuit remands the above-styled action with instructions to compel arbitration. Plaintiffs' Counsel has informed the Court in Plaintiffs' Response (DE #3073) that named Plaintiffs Jeffrey and Jeanette Buffington "do not have the financial ability to pursue this matter" and "would be forced to drop their claims against SunTrust if they were required to

1

individually arbitrate." (DE #3073 at 2, citing Decl. of J. Buffington, ¶¶ 12-13, 15 (DE #1688-2)).

It is therefore, **ORDERED, ADJUDGED, and DECREED** as follows:

1. The March 1, 2012 opinion of the United States Court of Appeals for the Eleventh Circuit be, and the same is hereby, **ADOPTED** and made the Order of this Court.

2. The Court's Order Denying Renewed Motions to Compel Arbitration **(DE #1853)**, with respect to Defendant SunTrust Bank Inc.'s Renewed Motion to Compel Arbitration (DE #1583), filed in the above-styled *Buffington, et al. v. SunTrust Banks, Inc.*, 09-cv-23632-JLK, is hereby **VACATED and SET ASIDE**.

3. As Plaintiffs have stated that they would drop their claim if compelled to arbitrate, the case is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 12th day of December, 2012.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Clerk of Court**
**All counsel of record**