# Paskel TRAYLOR

2810 TRINITY MILLS RD #209-225

CARROLLTON, TEXAS 75006    *214-438-7901*    *09-2036*

RE: BANK OF AMERICA IN CHECKING ACCOUNT OVERDRAFT LITIGATION

I PASKEL TRAYLOR

I HAD TWO ACCOUNTS WITH BOA.

I ONLY RECIEVED ONE CHECK FOR MY PERSONAL ACCOUNT.

I RECEIVED NOTHING ON MY BUSINESS ACCOUNT. 2009 I HAD $13,000.00 IN OVERDRAFTS. AND ALL THE OTHER YEARS OVERDRAFTS AND A LOT MORE.

AND I RECEIVED NOTHING ON MY BUSINESS ACCOUNT.

THE NAME ON ACCOUNT:

PASKEL POOL REPAIR

ACCOUNT NO# 004771005699

I CLOSED MY ACCOUNT IN AUGUST ,2010

12/06/2012

PASKEL TRAYLOR

Paskel Pool's
10 E. Trinity Mills Rd. #209-225
Carrollton, TX. 75006

CLeRk of the CoveT
U.S. DisTRicT CoveT of The SooTheRN DisTRicT - FLoRidA
JAmes LAWReNce King FedeRAL JusTice BuiLD'g
99 NoeTheST FedeReTh ST
33132214001AMi, 1411....BiBiBiQ......lil...lll......ll..ll.l.l