Post Office Box 590901
Fort Lauderdale, Florida  33359
December 10, 2012

Clerk of the Court
U. S. District Court for the
Southern District of Florida
James Lawrence King
Federal Justice Building
99 North East Fourth Street
Miami, Florida  33132

Re:  **Checking Account Overdraft Litigation, 1:09-MD-02036-JLK**

To whom this may concern:

    This check you sent to me is ridiculous.  Bank of America took over $3,000 in unnecessary overdraft fees from me and you send me a check for less than $2.00.  When I received information of the suit I was told to do nothing.  Now I see in the settlement for doing nothing you take what you received, in addition no one told me nothing about having an opportunity to voice my concerns about the fees at which time I had all of the banks statements.  I thought this was going to be fair.  I didn't know the attorney's or other rich people were going to take the money.  Surly I was entitled to more than $1.94.

    Be for real.

Respectfully submitted,

*Stella Smith*

Stella Smith

Cc:  Bobby Gilbert
     Grossman Roth, P.A.
     2525 Ponce de Leon Boulevard
     Suite 1150
     Miami, Florida 33134

United States District Court
Southern District of Florida

Case Number: 09 md 2036

## SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☑ **NOT SCANNED**

☐ Due to Poor Quality

☐ Bound Extradition Papers

☐ Photographs

☐ Surety Bond (Original or Letter of Understanding)

☐ CD or DVD (Court Order or Trial Purposes only)

☑ Other: Check received from Stella Smith

☐ **SCANNED**

☐ But Poor Quality

☐ Habeas Cases (State Court Record/Transcript)

Date: 12/13/12