UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION,

**MDL No. 2036**

**THIS DOCUMENT RELATES TO:**

*Michelle Keyes v. Fifth Third Bank*
S.D. Fla. Case No. 1:10-cv-60505

*Melvin L. Thomas III and Billy D. Lawson, Jr.
v. BancorpSouth Bank and BancorpSouth Inc.*
S.D. Fla. Case No. 1:12-cv-22180

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the following filings in the above-styled Multidistrict Litigation case: Stipulation for Dismissal Without Prejudice (DE #2022) entered October 21, 2011, and Plaintiffs' Notice of Voluntary Dismissal (DE #2782 and 2783) entered June 25, 2012.

After a careful review of the record and the Court being otherwise fully advised in the premises, the following is **ORDERED, ADJUDGED and DECREED**:

1. The Stipulation for Dismissal Without Prejudice (DE #2022) filed in regards to *Michelle Keyes v. Fifth Third Bank* (S.D. Fla. Case No. 0:10-cv-60505) is hereby **GRANTED**, and the action referenced therein is hereby **DISMISSED without prejudice**.

2. Plaintiffs' Notice of Voluntary Dismissal (DE #2782 and 2783) filed in regards to *Melvin L. Thomas III and Billy D. Lawson, Jr. v. BancorpSouth Bank and*

*BancorpSouth Inc.* (S.D. Fla. Case No. 1:12-cv-22180), is hereby **GRANTED**, and the action referenced therein is hereby **DISMISSED without prejudice**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and U.S. Courthouse, Miami, Florida, this 13th day of December, 2012.

                                             *[signature]*
                                  JAMES LAWRENCE KING
                                  UNITED STATES DISTRICT JUDGE
                                  SOUTHERN DISTRICT OF FLORIDA

cc:
All Counsel of Record