UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MINUTES

IN RE: CHECKING ACCOUNT             Case No. 09-2036 MDL-KING
OVERDRAFT LITIGATION
                                    Date   December 13, 2012


                                    JUDGE JAMES LAWRENCE KING


DEPUTY CLERK: Joyce Williams     COURT REPORTER: Robin Dispenzieri

**TYPE OF PROCEEDING:**

Scheduling Conference___         Status Conference___
Pre-Trial Conference  ___        Motion Hearing   X

Counsel for Plaintiff(s): Bruce Rogow, Esq.  Robert Gilbert, Esq.
Jonathan M. Streisfeld, Esq.

Counsel for Defendant(s): Mark J. Levine, Esq.  Christopher S. Carver, Esq.

ALSO SEE ATTACHMENT FOR ADDITIONAL APPEARANCES

Motion:
 Granted/Denied/ Taken Under Advisement

DISCOVERY CUT OFF DATE: _____
PRE-TRIAL MOTIONS FILED BY: _____
STATUS CONFERENCE SET FOR: _____
SCHEDULING CONFERENCE SET FOR: _____
PRE-TRIAL CONFERENCE SET FOR: _____
TRIAL SET FOR: _____
JURY/NON JURY
ESTIMATED TRIAL DAYS:
LOCATION: MIAMI/ KEY WEST
TRIAL CONTINUED TO:    _____

- Oral Argument held on Renewed Motion for Arbitration(D.E. #1929)
- The Court finds that the motion be and the same is hereby - DENIED
- The Court finds that counsel for the plaintiffs shall draft a proposed order

# PLEASE PRINT LEGIBLY

December 13, 2012          09-2036-MDL

| NAME | FIRM | PHONE NUMBER | CLIENT |
|---|---|---|---|
| Bruce Rogow | Bruce Rogow PA | 954 7678909 | Plaintiff |
| Christopher Carver | Akerman | 305-374-5600 | RBC Bank (USA) |
| Mark Levin | Ballard Spahr | 215-864-8235 | RBC Bank (USA) |
| Robert Gilbert | Grossman Roth | 305 442 8666 | Plaintiffs |
| Franklin Lemond | Webb, Klase & Lemond | 770-444-9594 | Plaintiffs |
| Jeff Ostrow | Kopelowitz Ostrow | 954-525-4100 | Plaintiffs |
| Jason Alperstein | " | " | " |
| Jonathan Streisfeld | " | " | " |
| Jamie Cscini | Hunton & Williams | 305-536-2721 | Wells Fargo |
| John Cooney | Arnstein & Lehr | 954-713-7620 | Key Bank |