UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Lopez v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23127-JLK

*Luquetta v. JPMorgan Chase Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23432-JLK
C.D. Cal. Case No. 2:09-cv-06967-GHK

## FINAL JUDGMENT

The Court, having entered the Order of Final Approval of Settlement, Authorizing Service Awards, and Granting Application For Attorneys' Fees dated December 19, 2012 (DE # 3134) hereby **ORDERS AND ADJUDGES** as follows:

1. The Court incorporates herein by reference the Order of Final Approval of Settlement, Authorizing Service Awards, and Granting Application For Attorneys' Fees dated December 19, 2012 ("Final Approval Order"). (DE # 3134).

2. Except as specifically modified by the Final Approval Order, all capitalized terms used herein shall have the meaning set forth in the Settlement Agreement and Release between the Parties ("Settlement"). (DE # 2710-1).

3. This Court has personal jurisdiction over all of the Settlement Class Members because they received the best practicable notice of the Settlement, which notice was reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the Action and the terms of the Settlement, and to afford them an opportunity to present their objections or to request exclusion from the Settlement. The Court also has jurisdiction over JPMorgan Chase Bank, N.A. ("Chase" or "Bank"), and over the Plaintiffs, all of whom have personally appeared in the Action pending before this Court. The Court has subject matter jurisdiction over the Action pursuant to 28 U.S.C. §§ 1332(d)(2) and (6).

4. For purposes of effectuating the Settlement, and in accordance with Federal Rules of Civil Procedure 23(a) and 23(b)(3), the Court certifies the Settlement Class defined as:

> All holders of a Chase Account who, from January 1, 2003, through and including March 29, 2010, incurred one or more Overdraft Fees as a result of High-to-Low Posting. Excluded from the Class are all current Chase employees, officers and directors, and the judge presiding over this Action.

(DE # 2712).

5. The Action is hereby dismissed with prejudice, each side to bear its own fees and costs, except as otherwise provided in the Final Approval Order. The "Action," as defined in the Settlement, includes *Lopez v. JPMorgan Chase Bank, N.A.*, S.D. Fla. Case No. 1:09-cv-23127-JLK; and *Luquetta v. JPMorgan Chase Bank, N.A.*, S.D. Fla. Case No. 1:09-cv-23432-JLK, C.D. Cal. Case No. 2:09-cv-06967-GHK, both of which are dismissed with prejudice, as are any and all other cases pending in this MDL as of Preliminary Approval to the extent they assert claims against Chase or any of its affiliates.

6. Without limiting the scope of Section XV of the Settlement, as of the Effective Date, Plaintiffs and each Settlement Class Member, each on behalf of himself or herself and on

behalf of his or her respective heirs, assigns, beneficiaries, and successors, shall automatically be deemed to have fully and irrevocably released and forever discharged Chase and each of its present and former parents, subsidiaries, divisions, affiliates, predecessors, successors and assigns, and the present and former directors, officers, employees, agents, insurers, shareholders, attorneys, advisors, consultants, representatives, partners, joint venturers, independent contractors, wholesalers, resellers, distributors, retailers, predecessors, successors, and assigns of each of them, of and from any and all liabilities, rights, claims, actions, causes of action, demands, damages, costs, attorneys' fees, losses, and remedies, whether known or unknown, existing or potential, suspected or unsuspected, liquidated or unliquidated, legal, statutory, or equitable, that result from, arise out of, are based upon, or relate to the conduct, omissions, duties or matters between January 1, 2003 and Preliminary Approval that were or could have been alleged in the Action, including, without limitation, any claims, actions, causes of action, demands, damages, losses, or remedies relating to, based upon, resulting from, or arising out of (a) the calculation, assessment, imposition, amount, or collection of one or more Overdraft Fees assessed on an Account as a result of debit transactions, or (b) Chase's related policies and practices concerning authorization, processing, sequencing, or posting.  The foregoing release includes, by way of example but not limitation, any and all of the following:  (1) the authorization, approval, processing, handling, sequencing, or posting of any Debit Card Transaction; (2) any failure before March 29, 2010 clearly to disclose the ability of customers to opt out of overdraft protection; (3) any refusal before March 29, 2010 to allow customers to opt out of overdraft protection; (4) any failure to notify or to obtain affirmative consent from customers prior to processing transactions that would result in Overdraft Fees; (5) any failure to alert a customer that a Debit Card Transaction would trigger an Overdraft Fee; (6) any failure to

3

provide customers with the opportunity to cancel Debit Card Transactions; (7) any alleged manipulation or reordering of transactions for the purpose of increasing the number of Overdraft Fees; (8) any imposition of an Overdraft Fee when a different system for authorizing or posting transactions would have resulted in fewer such fees; (9) any failure to provide customers with accurate balance information; (10) any assessment of allegedly exorbitant or excessive Overdraft Fees; (11) any failure adequately or clearly to disclose, in one or more agreements, posting order, overdrafts, Overdraft Fees, or the manner in which Debit Card Transactions are or would be approved, processed, or posted; (12) any conduct or statements encouraging the use of Chase Debit Cards; or (13) any advertisements related to any of the foregoing. As of the Effective Date, Plaintiffs and each Settlement Class Member shall further automatically be deemed to have waived and released any and all provisions, rights and benefits conferred by § 1542 of the California Civil Code or similar laws of any other state or jurisdiction. Section 1542 of the California Civil Code reads: "§ 1542. Certain claims not affected by general release. A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

7. Those persons identified on the List of Exclusions attached hereto as Exhibit A are hereby excluded from the Settlement, shall not receive any distribution from the Settlement, and are not bound by this Judgment.

8. The Parties to the Settlement submit to, and this Court expressly reserves and retains, exclusive jurisdiction over the Action and the Parties, including Chase, Plaintiffs, and all Settlement Class Members, to administer, implement, supervise, construe, enforce and perform the Settlement in accordance with its terms, and to enforce the Final Approval Order. Without

limiting the foregoing, and by way of example only, the Court retains jurisdiction to: (i) address, determine and approve the residual *cy pres* recipients which will receive the *cy pres* monies, if any, provided for in paragraph 120 of the Settlement; and (ii) adjudicate any suit, action, proceeding or dispute arising out of the Settlement. The Court shall also retain jurisdiction over all questions and disputes related to the Notice Program, Settlement Administrator, the Notice Administrator and the Tax Administrator.

9. Nothing in the Settlement, the Final Approval Order, or this Judgment shall be deemed to be an admission, or to constitute an adjudication by the Court, of the truth or falsity of any claims or defenses heretofore made, or an acknowledgment or admission by Chase or any party of any fault, liability or wrongdoing of any kind whatsoever or of any violation of statute, regulation or law.

10. The Protective Order entered in this Action (DE # 688) shall survive the termination of this Action and continue in full force and effect after the entry of the Final Approval Order and this Judgment.

11. Plaintiffs and all Settlement Class Members including all Objectors are hereby barred and enjoined from asserting any of the Released Claims, including, but without limitation, during any appeals from the Final Approval Order and this Judgment.

DONE AND ORDERED in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 19th day of December, 2012.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: All Counsel of Record

# EXHIBIT A

## CHASE SETTLEMENT CLASS EXCLUSION LIST

| Number | First Name | Middle Name | Last Name |
|---|---|---|---|
| 1 | DANIEL | | AJAN |
| 2 | KAYLA | R | ALBERTSON |
| 3 | PRIYA | A | ARMSTRONG |
| 4 | TODD | F | ATKINS |
| 5 | KELSEY | C | BACON |
| 6 | AMIE | L | BAKER |
| 7 | MELINDA | LEANN | BARNEY |
| 8 | T JANINE | | BELLAMY |
| 9 | STEVEN | | BELLAMY |
| 10 | LAUREL | L | BELLEAU |
| 11 | MARIO | E | BERNAL |
| 12 | KATHLEEN | | BLANTON |
| 13 | SAMUEL | J | BLUMER |
| 14 | WILLIAM | D | BOSLEY |
| 15 | CAROL | ELAINE | BROGNA |
| 16 | JOSEPH | | BROGNA |
| 17 | CHRISTINA | L | BROWN |
| 18 | ALICIA | J | BURKLEY-LEWIS |
| 19 | DENISSE | G | CAMARGO |
| 20 | SHARON | | CATHCART |
| 21 | TAMMY | N | CHANADY |
| 22 | NATACHA | M | CINTRON |
| 23 | WINSTON | D | CLARK |
| 24 | CHARLETT | T | CORMICK |
| 25 | ZACHARY | H | CREIGHTON |
| 26 | SCOTT | E | DAHL |
| 27 | EARLEAN | | DAVENPORT |
| 28 | MARK | ANTHONY | DE LA LOZA |
| 29 | FEDERICO | | DERAS |
| 30 | DORA | | DERAS |
| 31 | ROBERT | J | DICK |
| 32 | MARTI | | DIETRICH |
| 33 | MARY | B | EANNARINO |
| 34 | MARCOS | A | EDWARDS |
| 35 | JESSICA | J | EGANA |
| 36 | EILEEN | N | ELSASSER |
| 37 | ALBA | | ESPINAL |
| 38 | KERRY | W | FARRAR |
| 39 | ORLAN | E | FARRAR |
| 40 | WANDA | | FELLION |
| 41 | LORETTA | S | FLENAR |
| 42 | NICHOLAS | R | FLENAR |
| 43 | LAURA | | FLORES |

6

| Number | First Name | Middle Name | Last Name |
|---|---|---|---|
| 44 | LENORE | MARIE | FOMON |
| 45 | JESSICA | A | FOSTER |
| 46 | CARA | D | FOX |
| 47 | KOVEN | | FOX |
| 48 | ANISE | | FRIEDMAN |
| 49 | MADALEINE | R | FRYDA |
| 50 | SANDRA | J | GAITHER |
| 51 | ANNE | M | GAULT |
| 52 | HAROLD | P | GAULT |
| 53 | MELISSA | | GONZALEZ-CINTRON |
| 54 | HIPOLITO | M | GRANDA |
| 55 | MARY | | GRANDA |
| 56 | JEROME | | HABER |
| 57 | VENOY | | HALL |
| 58 | JOHN | H | HATFIELD |
| 59 | NELLIE | M | HEBERT |
| 60 | NANCY | L | HECHT |
| 61 | PAULA | M | HEINLE |
| 62 | ALBERT | F | HERALD |
| 63 | PATRICK | N | HERMAN |
| 64 | GILLES | | HOFFMANN |
| 65 | LISA | L | HOGUE |
| 66 | THOMAS | J | HOLMES |
| 67 | AGNES | | HORVATH |
| 68 | MICHAEL | E | HUGHES |
| 69 | SHEILA | | JEAN-JACQUES |
| 70 | ELIZABETH | L | JOHNSON |
| 71 | JOLI | CHARMAINE | JOHNSON |
| 72 | WENDY | K | JOHNSON |
| 73 | YVONNE | B | JOHNSON |
| 74 | GOTTFRIED | A | KAPPELMEIER |
| 75 | SEAN | L | KAZI |
| 76 | PATTY | A | KEESEE |
| 77 | EMILY | | KEY |
| 78 | ANASTASIA | | KOZOREZOVA |
| 79 | DAVID | M | LAROSA |
| 80 | MATHIEU | A | LEBEAU |
| 81 | MILAGROS | AGUIRRE | LEONARDO |
| 82 | DEANDRA | K | LIDELL |
| 83 | ERICA | | LINDQUIST |
| 84 | NANCY | | LODEN-NAUSCH |
| 85 | ESTER | D | MADRIGAL |
| 86 | JAIME | S | MADRIGAL |
| 87 | ROBIN | R | MARSHALL |
| 88 | JUAN | ANTONIO | MARTINEZ |
| 89 | HAZEL | R | MAYFIELD |
| 90 | THOMAS | BLANE | MCCAULEY JR |

7

| Number | First Name | Middle Name | Last Name |
|---|---|---|---|
| 91 | ALICE | L | MCCOY |
| 92 | MORGAN | L | MCCRARY |
| 93 | CLAUDE | B | MCDONALD |
| 94 | JULIA |  | MEDINA |
| 95 | IVONNE | L | MENDEZ |
| 96 | MARCELLA |  | MERCADO |
| 97 | PAOLA | A | MORENO |
| 98 | JOSHUA | A | MORRISON |
| 99 | MARIA | N | MOUBAYED |
| 100 | MARTHE | DANALLY | MUNYAKINDI |
| 101 | MICHAEL | J | NAPLES |
| 102 | DAVID | T | NAUSCH |
| 103 | EVAN | J | NEUMANN |
| 104 | BRITTANY | NICOLE | NEVILL |
| 105 | TRANG | THUY | NGO |
| 106 | NANCY | A | NORMAN |
| 107 | DALINY | A | NUNEZ |
| 108 | CYNTHIA |  | OLSEN |
| 109 | ELIZABETH |  | OLSON |
| 110 | JOHN | RIPLEY | OLVER |
| 111 | JACOB | T | ORTIZ |
| 112 | PATRICIA | A | OTWELL |
| 113 | RAPHAEL | A | PARKER SR |
| 114 | LAURA |  | PATTERSON |
| 115 | GABRIELLA | S | PAVESI |
| 116 | NED | K | PERRY |
| 117 | DEBORAH |  | PERRY |
| 118 | SOLOMON | C | PHIFER SR |
| 119 | PAUL | B | PIERCE |
| 120 | KIMBERLY | A | PRESCOTT |
| 121 | KEITH |  | RANDALL |
| 122 | GENEVA | M | RAWLINS |
| 123 | VANESSA | A | RAY |
| 124 | BLAINE | D | REED |
| 125 | ANDREW | L | RHINEHART |
| 126 | CARMEN | B | RODRIGUEZ |
| 127 | YVELISE | L | RODRIGUEZ |
| 128 | GEORGE |  | RODRIGUEZ-FARINAS |
| 129 | LLOYD | W | ROTHROCK |
| 130 | DMARIS |  | RUIZ |
| 131 | MARTHA | A | SANCHEZ |
| 132 | ELMER | E | SANTINI |
| 133 | CELIA | S | SANTINI |
| 134 | PAMELLA | L | SEEDER |
| 135 | CONNIE | KIMERA | SENGENDO |
| 136 | PJ |  | SHIMKONIS |
| 137 | SARAH | RUTHANN | SHIRA |

| Number | First Name | Middle Name | Last Name |
|---|---|---|---|
| 138 | REBECCA | | SHORTT |
| 139 | SONIA | | SILVA |
| 140 | DARIUS | J | SMITH |
| 141 | VICKI | Y | SOSANAVONGSA |
| 142 | GREGORY | L | STARK |
| 143 | CHARLES | L | STONER |
| 144 | BETTY | | STONER |
| 145 | AUSTIN | | SUEYRES |
| 146 | MARGARET | M | SUMMERS |
| 147 | JULIE | M | TAMBAH |
| 148 | SHERI | A | TELLONE |
| 149 | ELIZABETH | R | TOPETE |
| 150 | YOLANDA | L | TOPETE |
| 151 | CHERYL | L | TOUSSAINT |
| 152 | KATHERINE | A | TRAFICANTI |
| 153 | JOYCE | | TRIOLA |
| 154 | ANN | L | TURNER |
| 155 | GRACE | S | VADO |
| 156 | PATRICK | J | VELKY |
| 157 | ASHLEY | | VELKY |
| 158 | JOHN | G | VICTORIAN |
| 159 | CHOJ | | VUE |
| 160 | ZER | | VUE |
| 161 | LINDA | G | WATSON |
| 162 | MICHAEL | D | WATSON |
| 163 | GLORIA | | WHITAKER DANIELS |
| 164 | KELLY | M | WILLIAMS |
| 165 | DEBRA | D | WILLIAMS-SHAW |
| 166 | MONNA | | WINKLER |
| 167 | HELEN | G | WOOTEN |
| 168 | TIFFANY | M | WRIGHT |
| 169 | CINDY | S | YAHOLA |
| 170 | FLORINE | B | YBARBO |
| 171 | WALTER | P | YBARBO |
| 172 | SHIRLEY | B | YOUNG |
| 173 | THE LEON NORBY FOURCADE REVOCABLE TRUST | | |