**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Case No. 1:09-MD-02036-JLK

**IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION**

MDL No. 2036

**THIS DOCUMENT RELATES TO:
FOURTH TRANCHE ACTION**

*McKinley v. Great Western Bank*
S.D. Fla. Case No. 1:10-cv-22770-JLK
W.D. Mo. Case No. 4:10-cv-595

**PLAINTIFF'S AND CLASS COUNSEL'S UNOPPOSED MOTION FOR ENTRY
OF AN AMENDED PRELIMINARY APPROVAL ORDER FOR THE AMENDED
AND RESTATED CLASS ACTION SETTLEMENT AND RELEASE,
CERTIFYING THE SETTLEMENT CLASS AND PROVIDING FOR
<u>NOTICE TO THE SETTLEMENT CLASS</u>**

Plaintiff and Class Counsel respectfully move for entry of an Amended Preliminary Approval Order for the Amended and Restated Settlement Agreement and Release ("Amended Preliminary Approval Order") attached hereto as Exhibit A.[1]

On August 30, 2012, the Court entered its Order Preliminarily Approving Class Action Settlement, Certifying the Settlement Class and Providing for Notice to the Settlement Class ("First Preliminary Approval Order") (DE # 2925). The original Settlement Agreement and Release, that is the subject of the First Preliminary Approval Order, contemplated the allocation

---

[1] Unless otherwise stated, all capitalized defined terms used herein have the same meanings ascribed in the Amended and Restated Settlement Agreement and Release attached hereto as Exhibit B.

of the Settlement Fund using specific bank account transaction data ("transaction data") that Great Western Bank ("GWB") believed it maintained. (DE # 2912-1 at ¶74). However, following entry of the First Preliminary Approval Order, during the process of identifying the members of the Settlement Class, the Parties learned that customer transaction data needed to determine class membership and the allocation of the Settlement Fund either does not exist or is not reasonably accessible in electronic form for the following time periods: June 15, 2004 through and including January 31, 2007 for all members of the Settlement Class, except for those members of the Settlement Class with an Account that was opened in Iowa which period shall be June 15, 2000 through and including January 31, 2007 (the "Claims Period"). To address this data shortcoming, the Parties have negotiated an Amended and Restated Settlement Agreement and Release ("Amended Settlement Agreement") attached hereto as Exhibit B to include a Claims process so that members of the Settlement Class who believe they incurred Overdraft Fees as a result of GWB's Debit Re-sequencing during the Claims Period may submit a Claim for a distribution from the Settlement Fund. Due to the inclusion of the Claims process for the Claims Period, the Amended Settlement Agreement also eliminates the Initial *Cy Pres* Distribution to Unidentifiable Settlement Class Members. There have been no other material changes made to the Settlement.

In light of the need for a Claims process in the Amended Settlement Agreement, changes to the Notice Program are necessary, inclusive of all forms of notices approved in the First Preliminary Approval Order. Therefore, revised forms of the Postcard Notice, Publication Notice, and Long Form Notice previously approved by this Court are attached to the Amended Settlement Agreement as Exhibits 1, 2, and 3. Additionally, the Parties have prepared a Claim Form, which is also attached to the Amended Settlement Agreement as Exhibit 4. As part of the

Preliminary Approval of the Amended Settlement Agreement, Plaintiff and Class Counsel seek approval of the Notice Program and Claims process described in the Amended Settlement Agreement, inclusive of the Postcard Notice, Publication Notice, Long Form Notice, and Claim Form.

The grounds and justifications set forth in the unopposed motion which led this Court to enter the First Preliminary Approval Order, certifying the Settlement Class and approving the Notice Program in the original Settlement Agreement and Release, remain valid and are incorporated herein as support for entry of an Amended Preliminary Approval Order.

Finally, as a result of the data-related issues addressed herein that necessitated the Parties' entry into the Amended Settlement Agreement, the original Notice program approved in the First Preliminary Approval Order has not been effectuated.  Plaintiff and Class Counsel respectfully request that the Court modify the deadlines for completion of the Notice program set forth in the First Preliminary Approval Order, and schedule new dates for all of the remaining actions that must precede Final Approval, and re-schedule the Final Approval Hearing for the during the week of May 13 - 17, 2013.  All of the new proposed dates and deadlines are set forth in the [Proposed] Amended Preliminary Approval Order.

Based on the foregoing, Plaintiff and Class Counsel respectively request that this Court enter the [Proposed] Amended Preliminary Approval Order.

Dated:  December 19, 2012.

Respectfully submitted,

/s/ Aaron S. Podhurst
Aaron S. Podhurst, Esquire
Florida Bar No. 063606
apodhurst@podhurst.com
Robert C. Josefsberg, Esquire
Florida Bar No. 40856
rjosefsberg@podhurst.com
Steven C. Marks, Esquire
Florida Bar No.  516414
smarks@podhurst.com
Peter Prieto, Esquire
Florida Bar No. 501492
pprieto@podhurst.com
Stephen F. Rosenthal, Esquire
Florida Bar No. 0131458
srosenthal@podhurst.com
John Gravante, III, Esquire
Florida Bar No. 617113
jgravante@podhurst.com
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, FL 33130-1780
Tel: 305-358-2800
Fax: 305-358-2382

/s/ Bruce S. Rogow
Bruce S. Rogow, Esquire
Florida Bar No. 067999
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 East Broward Boulevard
Suite 1930
Fort Lauderdale, FL  33394
Tel: 954-767-8909
Fax: 954-764-1530

*Co-Lead Counsel for Plaintiffs*


/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Stuart Z. Grossman, Esquire
Florida Bar No. 156113
szg@grossmanroth.com
David M. Buckner, Esquire
Florida Bar No. 60550
dbu@grossmanroth.com
Seth E. Miles, Esquire
Florida Bar No. 385530
sem@grossmanroth.com
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596

*Coordinating Counsel for Plaintiffs*

| | |
|---|---|
| /s/ E. Adam Webb | /s/ Michael W. Sobol |
| E. Adam Webb, Esquire | Michael W. Sobol, Esquire |
| Georgia Bar No. 743910 | California Bar No. 194857 |
| Adam@WebbLLC.com | msobol@lchb.com |
| Matthew C. Klase, Esquire | Roger N. Heller, Esquire |
| Georgia Bar No. 141903 | California Bar No. 215348 |
| Matt@WebbLLC.com | rheller@lchb.com |
| G. Franklin Lemond, Jr., Esquire | Jordan Elias, Esquire |
| Georgia Bar No. 141315 | California Bar No. 228731 |
| FLemond@WebbLLC.com | jelias@lchb.com |
| WEBB, KLASE & LEMOND, L.L.C. | LIEFF CABRASER HEIMANN & |
| 1900 The Exchange, S.E. |   BERNSTEIN L.L.P. |
| Suite 480 | Embarcadero Center West |
| Atlanta, GA 30339 | 275 Battery Street, 30th Floor |
| Tel: 770-444-9325 | San Francisco, CA 94111 |
| Fax: 770-444-0271 | Tel: 415-956-1000 |
| | Fax: 415-956-1008 |

/s/ Russell W. Budd
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
Bruce W. Steckler, Esquire
Texas Bar No. 00785039
bsteckler@baronbudd.com
Mazin A. Sbaiti, Esquire
Texas Bar No. 24058096
msbaiti@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

/s/ David S. Stellings
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY  10013
Tel: 212-355-9500
Fax: 212-355-9592

/s/ Ruben Honik
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

/s/ Ted E. Trief
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New  York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert C. Gilbert
Robert C. Gilbert, Esquire
Florida Bar No. 561861
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-442-8666
Fax: 305-779-9596