Sara Egan
45 Brook Street #1
Boston, MA  02445
617.306.7614
sarafegan@gmail.com

12/31/12

Clerk of the Court
U.S. District Court of the Southern District t of Florida
James Lawrence King
Federal Justice building
99 Northeast Fourth Street
Miami FL 33132

FILED by ___ D.C.
JAN 0 9 2013
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**I object to the Citizens Settlement in**
Re: **Checking Account overdraft Litigation 1:09-md-02036-JLK**

Reasons why I object:

### 1) LAWYERS ASKING FOR TOO MUCH COMPENSATION
I object because I think that what the lawyers would like to be paid is too much.  I think that they should not make so much money off of the poor people that were robbed by Citizens Bank.  This is just another attempt to rob the people of their money.  It goes from one pocket to another.

### 2) So close to justice – but if the lawyers are paid what they are asking it would be no justice.
I have never been a part of a class action suit.  But I have as a single mother with two children felt at the mercy of the Citizens Bank and when I first received notice of this settlement I thought - Finally justice.  But if you then give all the money to the lawyers then it is the same old same old…  So please, judges, pay the lawyers fairly but don't not pay back all those poor people.  And really it is only poor people that are receiving these settlement notices- rich people don't overdraft.

I know that there are good lawyers out there that would go up against the big banks even if they weren't going to get the big payout in the end.

**This is my first Involvement in a Class Action Suit – and only through a notice in Mail.  Legal counsel does not represent me.  I do not plan to appear at the hearing.**

Please be fair.

Sara Egan

Sara Egan<br>
45 Brook Street #1<br>
Boston, MA 02445<br>
617.306.7614<br>
sarafegan@gmail.com

12/31/12

Robert C. Gilbert Esq.
Grossman Roth, PA
2525 Ponce de Leon Blvd.
Suite 1150 Coral Gables, FL 33134

*[Copy handwritten notation]*

**I object to the Citizens Settlement in**
**Re: Checking Account overdraft Litigation 1:09-md-02036-JLK**

Reasons why I object:

**1) LAWYERS ASKING FOR TOO MUCH COMPENSATION**
I object because I think that what the lawyers would like to be paid is too much. I think that they should not make so much money off of the poor people that were robbed by Citizens Bank. This is just another attempt to rob the people of their money. It goes from one pocket to another.

**2) So close to justice – but if the lawyers are paid what they are asking it would be no justice.**
I have never been a part of a class action suit. But I have as a single mother with two children felt at the mercy of the Citizens Bank and when I first received notice of this settlement I thought - Finally justice. But if you then give all the money to the lawyers then it is the same old same old… So please, judges, pay the lawyers fairly but don't not pay back all those poor people. And really it is only poor people that are receiving these settlement notices- rich people don't overdraft.

I know that there are good lawyers out there that would go up against the big banks even if they weren't going to get the big payout in the end.

**This is my first Involvement in a Class Action Suit – and only through a notice in Mail. Legal counsel does not represent me. I do not plan to appear at the hearing.**

Please be fair.

*[signature]*
Sara Egan

Sara Egan
45 Brook Street #1
Boston, MA 02445
617.306.7614
saraegan@gmail.com

12/31/12

Copy sent to

David F. Adler, Esq
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114

**I object to the Citizens Settlement in**
**Re: Checking Account overdraft Litigation 1:09-md-02036-JLK**

Reasons why I object:

**1) LAWYERS ASKING FOR TOO MUCH COMPENSATION**
I object because I think that what the lawyers would like to be paid is too much. I think that they should not make so much money off of the poor people that were robbed by Citizens Bank. This is just another attempt to rob the people of their money. It goes from one pocket to another.

**2) So close to justice – but if the lawyers are paid what they are asking it would be no justice.**
I have never been a part of a class action suit. But I have as a single mother with two children felt at the mercy of the Citizens Bank and when I first received notice of this settlement I thought - Finally justice. But if you then give all the money to the lawyers then it is the same old same old… So please, judges, pay the lawyers fairly but don't not pay back all those poor people. And really it is only poor people that are receiving these settlement notices- rich people don't overdraft.

I know that there are good lawyers out there that would go up against the big banks even if they weren't going to get the big payout in the end.

**This is my first Involvement in a Class Action Suit – and only through a notice in Mail. Legal counsel does not represent me. I do not plan to appear at the hearing.**

Please be fair.

*Sara Egan*
Sara Egan