7 Sunset Ave.
Ilion, NY 13357
January 18, 2013

✓ Clerk of the Court
U.S. District Court for the
Southern District of Florida
James Lawrence King
Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Robert C. Gilbert, Esq.
GROSSMAN ROTH, P.A.
2525 Ponce de Leon Blvd.
Suite 1150
Coral Gables, FL 33134

David F. Adler, Esq.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Gentlemen:

I am objecting to the Citizens Settlement in "In re: Checking Account Overdraft Litigation, 1:09-md-02036-JLK.

I am not objecting to the "Automatic" payment for overdraft fees charged by Citizens Bank. I am objecting to the "Non-Automatic" procedure involved to collect overdraft fees charged by Charter One Bank, N.A., for the period January 1, 2002 through July 25, 2005.

I cannot imagine any individual retaining their bank statements from twelve years ago, much less keeping them once the bank changed their name and their account information was properly transferred into Citizens Bank. The IRS only has three years to audit an individual. It is not feasible to keep paperwork any longer than that.

Citizens Bank is trying to shift responsibility to the customer, because they do not have the bank statements themselves to do the research. If the customer has to "jump through " impossible hoops to make a claim for "Non-Automatic" reimbursement, their liability is greatly reduced.

Sincerely yours,

*Beatrice A. Raux*

Beatrice A. Raux
315-894-3928

Beatrice A Raux
7 Sunset Ave
Ilion, NY 13357

SYRACUSE NY 130
19 JAN 2013 PM 3 L



33132214999

Clerk of the Court
U.S. District Court for the
Southern District of Florida
James Lawrence King
Federal Justice Building
99 Northeast Fourth Street
Miami, FL 33132