January 22, 2013

Kimberly A. Mier

29236 Franklin Hills Drive

Southfield, MI 48034

248 217-6876

248 996-9256

**To: Attorneys representing the people for the Citizens Overdraft Litigation (1:09-md-02036-JLK).**

I, Kimberly A. Mier, am objecting to the settlement hearing scheduled for January 31, 2013 and all future dates thereafter for the following reasons:

Citizens/ Charter One Bank upon my request to obtain material records of numerous overdraft fees on my personal and business account from 2002 to 2007 stated to me that it would cost me $25.00 per hour and between $6 to $10 per page for them to give me the various documents. This amount is very expensive for me to come up with at this time.

I'm requesting that the Attorneys representing the people request the records for me or have Citizens/ Charter One Bank adjust the amount to a fair rate for the people. I have been a customer of these banks since 1999 and if I knew litigation was going to happen in regards to this I would have kept all my records.

Please allow the judge for this hearing to read my objection. If you need my bank account numbers please write me or call. Help me and others in my situation get back the overdraft fees the banks collected.

Sincerely,

*[signature]*

Kimberly A. Mier

Kimberly Mier
24236 Franklin Hills Drive
Southfield, MI 48034

Attn: James Lawrence King
Clerk of the Court
U.S. District Court for the Southern
District of Florida
Federal Justice Building
99 Northeast Fourth Street
Miami, Florida 33132