*Certified Mail*

09 md 2036-JLK

:Yvonne:Alston.
1469 NORTH FRAIZER STREEET
PHILADELPHIA, PENNSYLVANIA
19131-(215)452-0131

TITLE4: U.S..-1-3

Clerk of the Court
U.S. District Court For
the Southern District of Florida
James Lawrence
King Federal Justice
Building 99 Northeast
Fourth St Miami Fl.-33128

FILED by _____ D.C.
JAN 31 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

FO MY OBJECTION OF THIS SETTLEMENT LITIGATION CASE NUMBER-1:09-MD-O2036-JLK IS WITH THE VIOLATION OF MY CIVIL-RIGHTS IN THE CONSITUTION OF THE UNITED-STATES-AMENDMENT I-IV-V-VII-VIII-IX-XIII-(section1)-XIV(section1) FOR I HOPE THIS CLASS-ACTION-SUIT IN THE DISTRICT-COURT IS GOVERNED BY FEDERAL RULES OF CIVIL PROCEDURES-RULE23 AND 28 U.S.C.A. WITH THE ORGINAL JURISDICTION –TITLE 28:U.S.C.S-1331-1334 –CLASS-ACTION-FAIRNESS-ACT OF 2005 28:U.S.C. SECTION-1332(d) 1453 AN 1711-1715 EXPANDED FEDERAL JURISICTION FOR THIS COMPRESMING OF MY CHECKING ACOUNT VIOLATES RIGHTS OF TO FINANCIAL PRIVACY ACT(RFPA) FOR MY PRIVATE PROPETY FOR THE PUBLIC USE IS WITH THE DIVISION OF ANY REMAINING EQUAITY-VALUE OR MONEY VIOLATION TITLE18:U.S.C.-SECTION-641-THRU-665 FOR THE FICTIONAL CLAIMS FOR THE FEE AND DUTY FOR THE FEDERAL LAW CLAIM LIAILITY WITH THE PERSON AND OR COMPANY FOR THE BANKING TORT –TITLE 18:U.S.C.S.-1001-1002 WITH THE MAIL FRAUD-TITLE 18:U.S.C.-CH.-63- SECTION 1341 WITH THIS FALSE OR MISLEADING REPRESENTATION TITLE 15:>CH.-41> SUBCHAPTERV>1692e WITH THE VIOLATIONFOR THE TITLE:18 U.S.CS.-242 COLOR OF THE LAW WITH THE VIOLATION FOR THE PRE-SORT-FRIST-CLASS-MAIL PERMIT NO -2882 IS WITH THE MAIL-FRAUD-TITLE18:U.S.C.S-CH.-63-SECTION-1341 AND TITLE 18:U.S.C.-CH.-63-SECTION-1342-MAIL FRAUD?FICTIOUS NAME-YVONNE ALSTON FOR THIS INFRINGMENT OF MY CIVIL RIGHTS AMENDMENT-I-VIV-V-VII-VIII-IX-XIII(section1) XIV(section1)WITH THE VIOLATION OF THE FALSE-CLAIM-ACT –TITLE 31: U.S.C.S.-3729 THRU-3733-FOR THE RANSOM MONEY-TITLE 18:U.S.C.-CH.55-SECTION -1202 WITH THE DIVISION OF ANY REMAINING EQUITY-VALUE OR MONEY IS WITH TITLE-18: U.S.C.-SECTION-641-THRU-665 FOR THIS FICTIONAL-LAIM FOR THESE FEE AND DUTY WITH THE VIOLATION OF THE PART1016(Regulation P) PRIVACY OF CONSUMER FINACIAL INFORMATION-C.F.P.B. REGULATION WITHN THIS COMPRMISSING OF MY CHECKING-ACCOUNT VIOLATES RIGHTS TO FINANCIAL PRIVACY ACT(RFPA) WITH THE DUTY FOR THE FEDERAL LAWCLAIM LIABILITY WITH THE PERSON AND OR COMPANY FOR THE BANKING TORT-TITLE 18: U.S.C.S-1001-1002 WITH THE MAIL FRAUD TITLE 18: u.s.c.-ch.-63-section-1341 WITH THE FALSE OR MISLEADING REPRESENTATION-TITLE 15>CH.41>SUBCHAPTERV> 1692e WITH THE TITLE 15:ch.2 B> 78ff WILLFUL VIOLATION FALSE AND MISLEADING STATEMENT AND TITLE 42: U.S.C.-CH. 21-SECTION-1983 CIVIL ACTION FOR THE VOIDANCE OF MY RIGHTS WITH THETITLE 42: U.S.C.-CH 21-SECTION-1985(1) FOR THE

CONSPRIACY WITH THE SANCTION WITH THE TITLE 42:U.S.C.-CH.21-SECTION 1985(2)-OBSTRUCTING JUSTICE-INTIMIDATING PARTY WITH THE TITLE 18:U.S.C.-CH.21-SECTION-1985(3) FOR THE VOIDANCE OF THE RIGHTS OR PRIVILGES WITH THE PERJURY OF THE OATH TITLE18:U.S.C.-CH.79-SECTION-1621 WITH THE TITLE18:U.S.C.CH115-SECTION-2234 FOR THE ACTING IN THE CESS OF THE AUTHORITY WITH THE SEDITIOUS CONSPRIACY TITLE 18: U.S.C.-CH 115-SECTION-2382 FOR THE DAMAGES AGAINST THIS NATURAL-NATIVE-BORN-UNITED-STATES-ITIZEN CIVIL RIGHTS AMENDMENT-IV-V-VII-VIII-IX-XIII(section1)XIV(section1) IS WITH CLERK OF THE DISTRICT-COURT James Lawrence and BY THE CORPORATION ATTORNEY'S –Robert Gilbert Esq-Grossman Roth PA-David F Adler Esq-Bruce S Rogrow Esq/Bruce S Rogrow PA-P.A. Podhurst Esq-Ted e Trief Esq-Trief & Olk

:AUTOGRAPH: *Yvonne : Alston*
;Copy Claim/witness. -24-January-2013