## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED by MC D.C.
ELECTRONIC

APR 8, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 08, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 13-10257-EE
Case Style: Michael Dasher v. RBC Bank (USA)
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:10-cv-22190-JLK

MANDATE STAYED TO AND INCLUDING 07/02/2014.

The court has this day granted a stay of the mandate to the date shown above. If during the period of the stay there is filed in this court a notice from the Clerk of the Supreme Court that the party who has obtained the stay has filed a petition for writ of certiorari in the Supreme Court, the stay shall continue until final disposition by the Supreme Court. Upon the filing of a copy of an order of the Supreme Court denying the petition for writ of certiorari, the mandate shall issue forthwith. See Fed.R.App.P. 41.

Rule 12.7 of the Rules of the Supreme Court of the United States specifies that the clerk of the court having possession of the record shall retain custody thereof pending notification from the Clerk of the Supreme Court that the record is to be certified and transmitted. As a matter of practice the Supreme Court requests transmittal of the record only when it is needed by the Justices to determine a pending matter.

A copy of this court's opinion, the judgment, and any order on rehearing should be attached as an appendix to any petition for writ of certiorari filed. See Supreme Court Rule 14.1(i).

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MDT-2 Letter Regarding Stay of Mandate

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 13-10257-EE

MICHAEL DASHER,

           Plaintiff - Appellee,

versus

RBC BANK (USA),
d.b.a. RBC Bank,

           Defendant - Appellant.

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

The motion of Appellant, RBC BANK, (USA), d.b.a. RBC Bank, for stay of the issuance of the mandate pending petition for writ of certiorari is GRANTED to and including **July 02, 2014**, the stay to continue in force until the final disposition of the case by the Supreme Court, provided that within the period above mentioned there shall be filed with the Clerk of this Court the certificate of the Clerk of the Supreme Court that the certiorari petition has been filed. The Clerk shall issue the mandate upon the filing of a copy of an order of the Supreme Court denying the writ, or upon expiration of the stay granted herein, unless the above mentioned certificate shall be filed with the Clerk of this Court within that time.

                                            /s/   Charles R. Wilson
                                     UNITED STATES CIRCUIT JUDGE

                                                        ORD-45