**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**In Re:**   Checking Account Overdraft Litigation
**Case No.**   1-09-MD-02036-JLK



Leslie A. Langley
2554 Francis Street
Baltimore, MD   21217
(410)493-0981

<u>COMPLAINT</u>

Leslie A. Langley claims as a class member of plaintiffs that M & T Bank's improper posting process causing Overdrafts Fees to the Checking Account that could be access with a Debit Card; caused serious injury.   Claims that victimized through the fear and the threat of continuous delinquencies of bill payments.   The amount of monies for bill payments were deposit into the Checking Account, but were being shortaged by unexpected fees.   The Overdraft Fees charged to the account were automatically withdrawn.   Leslie A. Langley claim that whereas the trauma of   credit default, and hardship forced to seek counselling, which result in the filing of Chapter 11.

Wherefore, the Bankruptcy Case No.   11-16923-RAG a Chapter 7 closed, in repossession of: Real Property insured for the amount of:   $150,000.00; Loss of Use in the amount of:   $60,000.00; Personal Property for the amount of:   $105,000.00; Financial Consumer Credit Listed - Transportation in the amount of:   $20,244.00; The Sum of:   $335,244.00.

Therefore, deposit of the Overdraft Fees back into the Checking Account can not possibly amount to repair the damages, trauma, burden, or hardship to recover from losses.   Leslie A. Langley claims as a victim of compensation, to fairly, request a fairest class action relief for the sum of: $335,244.00 and the courts eligibility allowance for the burden in an appearance.

January 28, 2015

Respectfully Summited,

*Leslie A. Langley*
Leslie A. Langley
Pro-Se

Certificate Number: 02068-MD-CC-013484840

|| (barcode) ||

02068-MD-CC-013484840

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 5, 2011</u>, at <u>1:36</u> o'clock <u>PM EST</u>, <u>LESLIE A</u> <u>LANGLEY</u> received from <u>Consumer Credit Counseling Service of Maryland &</u> <u>Delaware, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Maryland</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:   <u>January 5, 2011</u>          By:   _(signature)_

Name:   <u>STEPHEN PICCIANO</u>

Title:   <u>COUNSELOR</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).



# CCCS

*Consumer Credit Counseling Service*
*of Maryland and Delaware, Inc.*

527824

LESLIE A LANGLEY

1745 WILKENS AVE

BALTIMORE. MD 21223

| # | Cred# | Creditor Name | Account Num | Balance | Current | Dmp | Dmp Apr | B/P | Payout Date | Payout Months |
|---|-------|---------------|-------------|---------|---------|-----|---------|-----|-------------|---------------|
| | X0001 | CONSUMER CREDIT COU | 527 | 25.00 | 0.00 | 25.00 | 0.0000 | | | 42 |
| | E0504 | BANK OF AMERICA VIS/ | | 2,630.00 | 94.00 | 58.00 | 0.1200 | B | 7/5/2014 | 42 |
| | | CARMAX AUTO FINANC | REP | 20,244.00 | 516.00 | 516.00 | 0.0000 | P | 5/5/2014 | 40 |
| | A4154 | AMERICAN GENERAL FI | 907201304 | 3,061.00 | 139.00 | 105.00 | 0.2400 | P | 6/5/2014 | 41 |
| | | CITIZENS AUTOMOBILE | A | 9,427.00 | 452.00 | 0.00 | | X | | |
| | | WELLS FARGO HOME M( | M | 18,384.00 | 363.00 | 0.00 | | X | | |
| | | BAC HOME LOANS SERV | HE | 13,850.00 | 60.00 | 0.00 | | X | | |
| | | Totals: | | 67,621.00 | 1,624.00 | 704.00 | | | | 42 |
| | | *** Dmp Totals***: | | 25,935.00 | 749.00 | 679.00 | | | | |



ACCREDITED

757 Frederick Road • Baltimore, Maryland 21228-4503 • (410) 747-7414 • FAX (410) 747-2387
website: www.cccs-inc.org • e-mail: ops@cccs-inc.org



# Fidelity and Deposit Company of Maryland

## A Stock Company

**Payment Center:**
P.O. Box 673397
Marietta, GA 30006

Renewal Policy
**EFFECTIVE:** 12/20/2010

**HOMEOWNERS POLICY
DECLARATIONS**

**POLICY NUMBER**
ZHO078717-9

**EXPIRATION:** 12/20/2011 AT 12:01AM STANDARD TIME AT THE LOCATION OF THE RESIDENCE PREMISES/DWELLING

**NAMED INSURED AND PROPERTY ADDRESS**

Langley, Leslie

1745 Wilkens Ave, Baltimore, MD  21223

| MAIL TO: | YOUR AGENT IS: | LFMD | J1G |
|---|---|---|---|
| Langley, Leslie<br>1745 Wilkens Ave<br>Baltimore, MD 21223 | Long & Foster Insurance Agy.,Inc<br>14501 George Carter Way<br>Chantilly, VA 20151<br><br>800-660-4539 | | |

INSURANCE IS TO BE PROVIDED ONLY WITH RESPECT TO THE LOCATION(S) AND/OR COVERAGE(S) FOR WHICH A LIMIT OF LIABILITY IS SPECIFIED, SUBJECT TO ALL OF THE CONDITIONS OF THIS POLICY:

| SECTION I   COVERAGES | LIMIT | PREMIUM | SECTION II COVERAGES | LIMIT | PREMIUM |
|---|---|---|---|---|---|
| A - Dwelling | $ 150,000 | $ 937.00 | E - Personal Liability | $ 300,000 | $ 15.00 |
| B - Separate Structures | $ 15,000 | Included | F - Medical Payments : | | |
| C - Personal Property | $ 105,000 | Included | Each Person | $ 1,000 | Included |
| D - Loss of Use | $ 60,000 | Included | Animal Liability Limit. | $ 25,000 | Included |
| (Section I Coverages A,B&C are subject to a $ 1,000 Deductible) | | | | | Included |

### OTHER COVERAGES AND ENDORSEMENTS

| Number | Edition | Title | LIMIT | PREMIUM |
|---|---|---|---|---|
| PH0002 | 0610 | Important Notice About Your Homeowners Insurance | | N/A |
| HO0003 | 1000 | Homeowners 3 - Special Form | | Included |
| HO0119 | 1209 | Special Provisions - Maryland | | Included |
| HO0496 | 1000 | No Home Day Care Cov Sec II Liab/Limited Sec I | | Included |
| HO1610 | 0109 | Water Exclusion Endorsement | | Included |
| HO2320 | 0109 | Water Backup and Sump Overflow | | $ 46.00 |
| HO9014 | 0199 | Animal Liability Limitation | | Included |
| HO9081 | 0698 | Actual Cash Value Definition | | Included |
| HO9411 | 0907 | Platinum Homeowners Package Endorsement | | $ 440.00 |

| | | |
|---|---|---|
| | **TOTAL POLICY PREMIUM** | $ 1,438.00 |
| | **POLICY FEE** | $ 0.00 |
| **TOTAL CHARGED FOR THIS TRANSACTION**   $ 1,438.00 | **ANNUAL POLICY PREMIUM** | $ 1,438.00 |

**FIRST MORTGAGEE** (A221598)
MAF Associates LLC
DBA Equity Mortgage Lending
ISAOA/ATIMA
2 Park Center Court Ste 200
Owings Mills, MD 21117

**SECOND MORTGAGEE**

Impound

**ADDITIONAL MESSAGE(S):**
50% additional coverage A available in case of total loss
THIS POLICY DOES NOT INCLUDE COVERAGE FOR FLOOD
This Policy DOES Provide Coverage for Water Backup and Sump Pump Failure

**COUNTERSIGNED:** _____

**DATE PRINTED:** 11/04/10

ATTEST:

*James J. Keenan Jr.*

*Secretary*

BY:

*Richard H. Williams*

*President*

**Fidelity and Deposit Company of Maryland**

**A Stock Company**

**Fidelity and Deposit Company of Maryland**                                    RE:   **ZHO078717-9**

## How do I know that I am properly insured?

Independent consumer and insurance groups claim that as many as 65% of all residences are underinsured. While your agent uses the best industry tools available to estimate what it will cost to rebuild your home, it is your responsibility to make sure we and your agent have all of the information necessary to conduct an accurate calculation.

It is important to also note that the cost of rebuilding your home may be higher than the market or sale value of your home or the amount of your mortgage.

**Please read this document carefully.**

The coverage amounts shown below are the coverages you have chosen. If you want to modify these coverage amounts, please contact your agent as soon as possible.

Based on information provided by you and your insurance agent, and changes in repair construction costs in the past year, your renewal policy provides $ 150,000.00 coverage for your home. This amount reflects the <u>maximum</u> limit you would recover in the event of a major loss.   **Since your policy has a maximum coverage amount, it is not guaranteed to replace your home.**

Your policy provides "Personal Property" coverage of $ 105,000.00

Your policy may provide replacement cost coverage on your "Personal Property", not to exceed the amount of coverage shown for "Personal Property". (Refer to the declarations page)

Your policy contains special limits, which apply to jewelry and other types of property. Please read these special limits, as they indicate the maximum amount that is payable under your policy for certain items.

Your policy provides coverage for "Other Structures" located on your property in the amount of $ 15,000.00

Your policy provides "Loss of Use" coverage in the amount     $ 60,000.00

Your policy provides "Personal Liability Coverage" in the amount of $ 300,000.00 This is the maximum amount that we would pay for personal property damage or bodily injury for which you are liable and is  recoverable under your policy.

Your policy may also provide LIMITED EXTENDED REPLACEMENT COST coverage, which under certain circumstances may provide an additional limit of $ 75,000.00   for your dwelling only. ( 50.00% of the above dwelling limit).  Limited Extended Replacement Cost Coverage is defined on the reverse side of this page.

Your policy includes special limitations on how much we will pay for certain liability claims caused by animals.

Your policy also includes limits of how much we will pay to remediate mold damage caused by covered losses. Please read your policy thoroughly.

The cost to replace/rebuild your home may be as high as $ 150,000.00  . This estimate is based in part, or entirely, on a method that considers material costs and labor rates for typical homes in your area.  It also includes assumptions about the kinds of materials in your home. **This estimate may not reflect special or custom characteristics of your home.  You may purchase higher limits for each of the coverages mentioned above.**

**The cost to replace your home may be significantly higher, especially if you own an older or larger home and/or have upgraded your home with custom amenities, such as superior grade carpet, hardwood or marble flooring, upgraded kitchen cabinets or appliances, crown molding or other custom features.  The cost to replace your home may be lower.**

**If you believe your Dwelling coverage is or may be higher or lower than necessary, please contact your agent as soon as possible to discuss your home and coverage limits.  Many states have laws that prohibit your lender from requiring a coverage amount that is higher than the cost to replace your home.**

Your best source of information regarding your insurance coverage is your agent. We have provided the attached questionnaire to assist you, your agent, and us in determining the appropriate value for your home.  **If you would like to adjust your coverage limits, please complete the attached questionnaire and contact your agent as soon as possible to discuss your coverage needs.**  The questionnaire will be maintained in our underwriting file.

RENLTR0410 MD                              **(Please See Reverse Side)**

 **Experian™**
A world of insight

☒ Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**LESLIE LANGLEY**
Your report number is
**2836-3672-10**
Report date:
**01/06/2011**

**Index:**
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

🖨 **Print report**

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us

back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review

back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**CITIZENS AUTO FINANCE**
Address:
480 JEFFERSON BLVD
WARWICK, RI 02886
(800) 610-7300
Address Identification Number:
0043000175

Account Number:
271623....

**Status:** Open. $452 past due as of Dec 2010.

**Status Details:** As of Sep 2017, this account is scheduled to go to a positive status.

Date Opened:
04/2006
Reported Since:
04/2006

Type:
Installment
Terms:

Credit Limit/Original Amount:
$24,508
High Balance:
NA

**Date of Status:**
12/2010
**Last Reported:**
12/2010

72 Months
**Monthly Payment:**
$452
**Responsibility:**
Individual

**Recent Balance:**
$9,427 as of 12/2010
**Recent Payment:**
$0

**Account History:**
30 days past due as of Dec 2010

**Balance History:**
| | |
|---|---|
| 11/2010 | $9,345 |
| 10/2010 | $9,677 |
| 09/2010 | $9,593 |
| 08/2010 | $9,966 |
| 07/2010 | $10,334 |
| 06/2010 | $10,689 |
| 05/2010 | $11,056 |
| 04/2010 | $11,873 |
| 03/2010 | $11,774 |
| 02/2010 | $12,128 |
| 01/2010 | $12,489 |
| 12/2009 | $12,837 |
| 11/2009 | $13,181 |
| 10/2009 | $13,983 |
| 09/2009 | $13,864 |
| 08/2009 | $14,204 |
| 07/2009 | $14,537 |
| 06/2009 | $14,868 |
| 05/2009 | $15,205 |
| 04/2009 | $15,536 |
| 03/2009 | $15,863 |
| 02/2009 | $16,183 |
| 01/2009 | $16,518 |

The original amount of this account was $24,508

## Accounts in Good Standing

back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten year.

**AMERICAN GENERAL FINANCE**
**Address:**
7004 SECURITY BLVD STE
100
WINDSOR MILL, MD 21244
*No phone number available*
**Address Identification Number:**
0043000175

**Account Number:**
907201304557....

**Status:** Open/Never late.
**Date Opened:**
09/2007
**Reported Since:**
03/2008
**Date of Status:**
12/2010
**Last Reported:**
12/2010

**Type:**
Installment
**Terms:**
60 Months
**Monthly Payment:**
$139
**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$8,349
**High Balance:**
NA
**Recent Balance:**
$3,061 as of 12/2010
**Recent Payment:**
$0

**Balance History:**
| | |
|---|---|
| 10/2010 | $3,339 |
| 09/2010 | $3,339 |
| 08/2010 | $3,478 |
| 07/2010 | $3,617 |
| 06/2010 | $3,757 |
| 05/2010 | $3,896 |
| 04/2010 | $4,035 |
| 03/2010 | $4,174 |
| 02/2010 | $4,313 |
| 01/2010 | $4,452 |
| 12/2009 | $4,591 |
| 11/2009 | $4,731 |
| 10/2009 | $4,870 |
| 09/2009 | $5,009 |
| 08/2009 | $5,148 |
| 07/2009 | $5,287 |
| 06/2009 | $5,426 |
| 05/2009 | $5,566 |
| 04/2009 | $5,705 |

Experian - Printable Full Report

03/2009   $5,844
02/2009   $5,983
01/2009   $6,122

The original amount of this account was $8,349

**BAC HOME LOANS/COUNTRYWIDE**
**Address:**                         **Account Number:**
450 AMERICAN ST # SV416              8716....
SIMI VALLEY, CA 93065
(800) 669-6607
**Address Identification Number:**
0043000175

**Status:** Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** 01/2005 | **Type:** Revolving | **Credit Limit/Original Amount:** $15,000 |
| **Reported Since:** 04/2005 | **Terms:** NA | **High Balance:** $15,000 |
| **Date of Status:** 11/2010 | **Monthly Payment:** $60 | **Recent Balance:** $13,850 as of 11/2010 |
| **Last Reported:** 11/2010 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Balance History:**
10/2010   $13,860
09/2010   $13,876
08/2010   $13,896
07/2010   $13,915
06/2010   $13,926
05/2010   $13,966
04/2010   $13,982
03/2010   $13,996
02/2010   $14,000
01/2010   $14,039
12/2009   $14,078
11/2009   $14,088
10/2009   $14,127
09/2009   $14,167
08/2009   $14,205
07/2009   $14,243
06/2009   $14,283
05/2009   $14,300
04/2009   $14,343
03/2009   $12,045
02/2009   $11,758
01/2009   $11,759

Between Jan 2009 and Oct 2010, your credit limit/high balance
was $15,000

**BANK OF AMERICA**
**Address:**                         **Account Number:**
PO BOX 17054                         442710500063....
WILMINGTON, DE 19850
(800) 421-2110
**Address Identification Number:**
0043000175

**Status:** Closed/Never late.          **Status Details:** This account is scheduled to continue on record
                                        until Dec 2020.

| | | |
|---|---|---|
| **Date Opened:** 11/2002 | **Type:** Revolving | **Credit Limit/Original Amount:** $2,500 |
| **Reported Since:** 12/2002 | **Terms:** NA | **High Balance:** $2,559 |
| **Date of Status:** 12/2010 | **Monthly Payment:** $47 | **Recent Balance:** $0 /paid as of 12/2010 |
| **Last Reported:** 12/2010 | **Responsibility:** Individual | **Recent Payment:** $70 |

**Your Statement:**

Account closed at consumer's request.

**BANK OF AMERICA**
**Address:**                         **Account Number:**
PO BOX 17054                         488893114773....

Experian - Printable Full Report

WILMINGTON, DE 19850
(800) 421-2110
**Address Identification Number:**
0043000175
**Status:**  Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** 11/2002 | **Type:** Revolving | **Credit Limit/Original Amount:** $2,600 |
| **Reported Since:** 05/2009 | **Terms:** NA | **High Balance:** $2,838 |
| **Date of Status:** 12/2010 | **Monthly Payment:** $94 | **Recent Balance:** $2,630 as of 12/2010 |
| **Last Reported:** 12/2010 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Balance History:**
11/2010  $2,657
10/2010  $2,525
09/2010  $2,547
08/2010  $2,560
07/2010  $2,566
06/2010  $2,540
05/2010  $2,543

Between May 2010 and Nov 2010, your credit limit/high balance
was $2,600

**BANK OF AMERICA**
**Address:**                    **Account Number:**
PO BOX 17054                 488893114778....
WILMINGTON, DE 19850
(800) 421-2110
**Address Identification Number:**
0043000175
**Status:**  Credit card reported lost or stolen,closed/Never late.

| | | |
|---|---|---|
| **Date Opened:** 11/2002 | **Type:** Revolving | **Credit Limit/Original Amount:** $2,600 |
| **Reported Since:** 12/2002 | **Terms:** NA | **High Balance:** $2,838 |
| **Date of Status:** 05/2010 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 05/2010 | **Responsibility:** Individual | **Recent Payment:** NA |

**Creditor's Statement:**  Credit card lost or stolen.

**Balance History:**
05/2010  $2,543
04/2010  $2,545
03/2010  $2,519
02/2010  $2,578
01/2010  $2,589
12/2009  $2,565
11/2009  $2,502
10/2009  $2,538
09/2009  $2,537
08/2009  $2,567
07/2009  $2,642
06/2009  $2,658
05/2009  $2,565
04/2009  $2,530
03/2009  $2,571
02/2009  $2,558
01/2009  $2,531

Between Jan 2009 and May 2010, your credit limit/high balance
was $2,600

**CAPITAL ONE**
**Address:**                    **Account Number:**
PO BOX 30281                 529115181590....
SALT LAKE CITY, UT 84130
(800) 955-7070
**Address Identification Number:**
0043002040
**Status:**  Paid,Closed/Never late.          **Status Details:**  This account is scheduled to continue on record
until Mar 2011.

Experian - Printable Full Report                                                                                          Page 5 of 03

| | | |
|---|---|---|
| **Date Opened:**<br>11/2000<br>**Reported Since:**<br>11/2000<br>**Date of Status:**<br>03/2001<br>**Last Reported:**<br>03/2001 | **Type:**<br>Revolving<br>**Terms:**<br>NA<br>**Monthly Payment:**<br>$0<br>**Responsibility:**<br>Individual | **Credit Limit/Original Amount:**<br>NA<br>**High Balance:**<br>$325<br>**Recent Balance:**<br>NA<br>**Recent Payment:**<br>NA |

**Your Statement:**

Account closed at consumer's request.

---

**CARMAX AUTO FINANCE**
**Address:**
PO BOX 440609
KENNESAW, GA 30160
(800) 925-3612
**Address Identification Number:**
0043000175

**Status:** Open/Never late.

| | | |
|---|---|---|
| **Date Opened:**<br>07/2008<br>**Reported Since:**<br>07/2008<br>**Date of Status:**<br>06/2010<br>**Last Reported:**<br>06/2010 | **Type:**<br>Installment<br>**Terms:**<br>72 Months<br>**Monthly Payment:**<br>$516<br>**Responsibility:**<br>Individual | **Credit Limit/Original Amount:**<br>$26,688<br>**High Balance:**<br>NA<br>**Recent Balance:**<br>$21,062 as of 06/2010<br>**Recent Payment:**<br>$0 |

**Account Number:**
711....

**Balance History:**
04/2010  $21,700
03/2010  $22,030
02/2010  $22,267
01/2010  $22,267
12/2009  $22,421
11/2009  $22,748
10/2009  $23,130
09/2009  $23,392
08/2009  $23,608
07/2009  $23,828
06/2009  $23,828
05/2009  $24,142
04/2009  $24,736
03/2009  $25,041
02/2009  $25,335
01/2009  $25,491

The original amount of this account was $26,688

---

**CITIBANK**
**Address:**
PO BOX 6241
SIOUX FALLS, SD 57117
*No phone number available*
**Address Identification Number:**
0043000175

**Account Number:**
462120102114....

**Status:** Paid,Closed/Never late.

**Status Details:** This account is scheduled to continue on record until May 2015.

| | | |
|---|---|---|
| **Date Opened:**<br>02/1999<br>**Reported Since:**<br>02/1999<br>**Date of Status:**<br>05/2005<br>**Last Reported:**<br>05/2005 | **Type:**<br>Revolving<br>**Terms:**<br>NA<br>**Monthly Payment:**<br>$0<br>**Responsibility:**<br>Individual | **Credit Limit/Original Amount:**<br>$3,000<br>**High Balance:**<br>$2,686<br>**Recent Balance:**<br>NA<br>**Recent Payment:**<br>NA |

**Your Statement:**

Account closed at consumer's request.

---

**EQUITY ONE**
**Address:**
301 LIPPONCOTT DR

**Account Number:**
90038....

MARLTON, NJ 08053
*No phone number available*
**Address Identification Number:**
0043000175
**Status:** Paid,Closed/Never late.

**Status Details:** This account is scheduled to continue on record until Sep 2017.

| | | |
|---|---|---|
| **Date Opened:** 11/2006 | **Type:** Installment | **Credit Limit/Original Amount:** $8,114 |
| **Reported Since:** 11/2006 | **Terms:** 60 Months | **High Balance:** NA |
| **Date of Status:** 09/2007 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 09/2007 | **Responsibility:** Individual | **Recent Payment:** NA |

**EQUITY ONE**
**Address:**                          **Account Number:**
301 LIPPONCOTT DR                     90056....
MARLTON, NJ 08053
*No phone number available*
**Address Identification Number:**
0043000175
**Status:** Transferred,closed/Never late.

**Status Details:** This account is scheduled to continue on record until Mar 2018.

| | | |
|---|---|---|
| **Date Opened:** 09/2007 | **Type:** Installment | **Credit Limit/Original Amount:** $8,349 |
| **Reported Since:** 09/2007 | **Terms:** 60 Months | **High Balance:** NA |
| **Date of Status:** 03/2008 | **Monthly Payment:** $0 | **Recent Balance:** NA |
| **Last Reported:** 03/2008 | **Responsibility:** Individual | **Recent Payment:** NA |

**Creditor's Statement:** Account transferred to another lender.

**BEST BUY/HSBC**
**Address:**                          **Account Number:**
PO BOX 15524                          700106222139....
WILMINGTON, DE 19850
(800) 677-2700
**Address Identification Number:**
0043000175
**Status:** Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** 09/2009 | **Type:** Revolving | **Credit Limit/Original Amount:** $2,800 |
| **Reported Since:** 10/2009 | **Terms:** NA | **High Balance:** $148 |
| **Date of Status:** 06/2010 | **Monthly Payment:** $33 | **Recent Balance:** $0 /paid as of 06/2010 |
| **Last Reported:** 06/2010 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Balance History:**
05/2010  $129
04/2010  $126
01/2010  $0
12/2009  $46
11/2009  $87
10/2009  $95

Between Oct 2009 and May 2010, your credit limit/high balance was $2,800

**SHAWS JEWELERS**
**Address:**                          **Account Number:**
375 GHENT RD                          311763....
FAIRLAWN, OH 44333
*No phone number available*
**Address Identification Number:**
0043000175
**Status:** Open/Never late.

Experian - Printable Full Report                                                                    Page 7 of 13

**Date Opened:**
08/2010
**Reported Since:**
08/2010
**Date of Status:**
12/2010
**Last Reported:**
12/2010

**Type:**
Revolving
**Terms:**
NA
**Monthly Payment:**
$60
**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$5,200
**High Balance:**
$613
**Recent Balance:**
$0 /paid as of 12/2010
**Recent Payment:**
$0

**Balance History:**
11/2010  $0
10/2010  $0
09/2010  $0
08/2010  $613

Between Aug 2010 and Nov 2010, your credit limit/high balance
was $5,200

**UNITED AUTO CREDIT**
**Address:**                          **Account Number:**
18191 VON KARMAN AVE                  7517500....
STE 300
IRVINE, CA 92612
(949) 224-1917
**Address Identification Number:**
0043000175

**Status:**  Paid,Closed/Never late.        **Status Details:**  This account is scheduled to continue on record
                                            until Mar 2015.

**Date Opened:**
07/2001
**Reported Since:**
08/2001
**Date of Status:**
03/2005
**Last Reported:**
03/2005

**Type:**
Installment
**Terms:**
48 Months
**Monthly Payment:**
$0
**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$7,800
**High Balance:**
NA
**Recent Balance:**
NA
**Recent Payment:**
NA

**WELLS FARGO HOME MORTGAGE**
**Address:**                          **Account Number:**
PO BOX 10335                          708001628....
DES MOINES, IA 50306
(800) 267-0773
**Address Identification Number:**
0043162018

**Status:**  Open/Never late.
**Date Opened:**
12/2002
**Reported Since:**
04/2003
**Date of Status:**
12/2010
**Last Reported:**
12/2010

**Type:**
Mortgage
**Terms:**
30 Years
**Monthly Payment:**
$363
**Responsibility:**
Individual

**Credit Limit/Original Amount:**
$27,550
**High Balance:**
NA
**Recent Balance:**
$18,384 as of 12/2010
**Recent Payment:**
$372

**Balance History:**
11/2010  $18,460
10/2010  $18,535
09/2010  $18,610
08/2010  $18,684
07/2010  $18,758
06/2010  $18,840
05/2010  $18,922
04/2010  $18,995
03/2010  $19,067
02/2010  $19,139
01/2010  $19,210
12/2009  $19,281
11/2009  $19,351
10/2009  $19,421
09/2009  $19,491
08/2009  $19,569
07/2009  $19,638
06/2009  $19,715
05/2009  $19,792
04/2009  $19,860
03/2009  $19,927
02/2009  $19,993

01/2009   $20,059

The original amount of this account was $27,550

---

## Record of Requests for Your Credit History                          back to top

### Inquiries Shared With Others

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

The section below lists all of the companies that have reviewed your credit history as a result of action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

#### RELS REPORTING SERVICES
**Address:**
PO BOX 10335
DES MOINES IA 50306
(800) 267-0773
**Address Identification Number:**
0043000175
**Comments:**
Real estate loan on behalf of PROSPERITY MORTGAGE COMP. This inquiry is scheduled to continue on record until Sep 2012.

**Date of Request:**
08/17/2010

#### UNIVERSAL CREDIT SERVICES
**Address:**
201 MARPLE AVE
CLIFTON HEIGHTS PA 19018
*No phone number available*
**Address Identification Number:**
0043162018
**Comments:**
Real estate loan on behalf of EQUITY MORTGAGE 1. This inquiry is scheduled to continue on record until Mar 2012.

**Date of Request:**
02/01/2010

#### CBCINNOVIS
**Address:**
PO BOX 1838
COLUMBUS OH 43216
*No phone number available*
**Address Identification Number:**
0043162018
**Comments:**
Conventional mortgage on behalf of 377 MERIDIAN HOME MORT. This inquiry is scheduled to continue on record until Jan 2012.

**Date of Request:**
12/16/2009

### Inquiries Shared Only With You

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- a static copy of your credit report provided to a subsequent user necessary to complete your mortgage loan application.

These inquiries do not affect your credit score.

#### CITIZENS BANK
**Address:**
1 CITIZENS DR
RIVERSIDE RI 02915

**Date of Request:**
10/29/2010

---

*No phone number available*

## FIRST USA

**Address:**
PO BOX 15298
WILMINGTON DE 19850
(800) 955-9900

**Date of Request:**
09/29/2010, 08/11/2010, 07/19/2010,
03/08/2010, 01/21/2009

## BANK OF AMERICA

**Address:**
PO BOX 17054
WILMINGTON DE 19850
(800) 421-2110

**Date of Request:**
09/13/2010

## CITI CARDS

**Address:**
PO BOX 6142
SIOUX FALLS SD 57117
*No phone number available*

**Date of Request:**
09/13/2010, 08/18/2010, 06/11/2010,
04/13/2010

## BAC HOME LNS LP/CTRYWDE

**Address:**
31303 W AGOURA RD MS WLAR-17M
WESTLAKE VILLAGE CA 91361
*No phone number available*

**Date of Request:**
08/17/2010

## MERIDIAN HOME MORTGAGE

**Address:**
PO BOX 829
HAMPSTEAD MD 21074
(410) 374-3000

**Date of Request:**
07/02/2010, 12/04/2009, 08/21/2009

## UNIVERSAL CREDIT SERVICES

**Address:**
201 MARPLE AVE
CLIFTON HEIGHTS PA 19018
*No phone number available*
**Comments:**
On behalf of REAL ESTATE MORTGAGE NET for SECONDARY LOGGING

**Date of Request:**
03/22/2010

## INTERTHINX

**Address:**
30005 LADYFACE CT
AGOURA HILLS CA 91301
*No phone number available*
**Comments:**
On behalf of INTERTHINX for 30

**Date of Request:**
03/18/2010

## UNIVERSAL CREDIT SERVICES

**Address:**
201 MARPLE AVE
CLIFTON HEIGHTS PA 19018
*No phone number available*
**Comments:**
On behalf of FLAGSTAR BANK FSB for SECONDARY LOGGING

**Date of Request:**
03/18/2010

## CITIFINANCIAL

**Address:**
300 SAINT PAUL PL
BALTIMORE MD 21202
*No phone number available*

**Date of Request:**
03/02/2010

Experian - Printable Full Report

**BANK OF AMERICA**
Address:
PO BOX 15026
WILMINGTON DE 19850
(800) 421-2110

Date of Request:
01/13/2010

**HSBC NV CARD SERVICES**
Address:
12447 SW 69TH AVE
TIGARD OR 97223
*No phone number available*

Date of Request:
08/07/2009

**BANK OF AMERICA**
Address:
PO BOX 15026
WILMINGTON DE 19850
(800) 421-2110

Date of Request:
06/19/2009

**VILLAGE CAPITAL & INVEST**
Address:
700 E GATE DR STE 310
MOUNT LAUREL NJ 08054
*No phone number available*

Date of Request:
04/30/2009

**HFC MARKETING**
Address:
26525 N RIVERWOODS BLVD
METTAWA IL 60045
*No phone number available*

Date of Request:
02/09/2009

**BANK OF AMERICA**
Address:
PO BOX 15026
WILMINGTON DE 19850
(800) 421-2110

Date of Request:
02/07/2009

**PROVIDENT BANK**
Address:
PO BOX 900
MILLSBORO DE 19966
*No phone number available*

Date of Request:
12/30/2008

---

## Personal Information

back to top

The following information is reported to us by you, your creditors and other sources. Each source may report your personal info differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud prevention efforts, a notice with additional information may appear. As a security precaution, we did not list the Social Security number that you provided when you contacted us. If any Social Security number variations were reported to us, only the last four digits of each are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in these numbers may be part of the displayed portion or part of the hidden portion. The names are listed in no particular order and may include variations of your legal name. The Name identification number is how our system identifies the names associated with respective accounts on your credit report. These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address. The Geographical Code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

Names:
LESLIE A LANGLEY

Name identification number: 1244

Address: 2554 FRANCIS ST
BALTIMORE, MD 21217-1834

Address identification number: 0043000175

Experian - Printable Full Report

LESLIE LANGLEY
Name identification number:  30492

LESLIE A LAUGLEY
Name identification number:  4490

A LAUGLEY LESLIE
Name identification number:  25795

Social Security number variations:
XXXXX0230

Date of birth:
03/10/1961

Employers:
S AND S TRANSPORTATION
FYLON LTD
FYPON LTD

Telephone numbers:
(410) 245-7128 Cellular
(410) 493-0981 Cellular
(410) 523-3508 Residential

Type of Residence:  Single family
Geographical Code: 0-13030030-510-0720

Address:  830 N STRICKER ST
BALTIMORE, MD 21217-2146
Address identification number:  0043002040
Type of Residence:  Single family
Geographical Code: 0-16020040-510-0720

Address:  1745 WILKENS AVE
BALTIMORE, MD 21223-3440
Address identification number:  0043162018
Type of Residence:  Single family
Geographical Code: 0-19030040-510-0720

## Important Message From Experian

back to top

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Know your rights

back to top

# FCRA Rights

**Para informacion en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;

- o you are unemployed but expect to apply for employment within 60 days.
  All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out from the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| Type of Business: | Contact: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 1 877 382 4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help PO Box 1200 Minneapolis, MN 55480 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 1 800 842 6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 1 703 519 4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638 1 877 275 3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation Office of Financial Management Washington, DC 20590 1 202 366 1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250 1 202 720 7051 |

## States Rights

Experian - Printable Full Report

Notification of rights for Alaska consumers
Notification of rights for Arkansas consumers
Notification of rights for California consumers
California notice of your rights to request and obtain your credit score
Notification of rights for Colorado consumers
Notification of rights for Connecticut consumers
Notification of rights for Delaware consumers
Notification of rights for District of Columbia consumers
Notification of rights for Florida consumers
Notification of rights for Georgia consumers
Notification of rights for Indiana consumers
Notification of rights for Maryland consumers
Notification of rights for Massachusetts consumers
Notification of rights for Missouri consumers
Notification of rights for Montana consumers
Notification of rights for Nevada consumers
Notification of rights for New Hampshire consumers
Notification of rights for New Jersey consumers
Notification of rights for New Mexico consumers
Notification of rights for New York consumers
Notification of rights for North Carolina consumers
Notification of rights for North Dakota consumers
Notification of rights for Ohio consumers
Notification of rights for Oklahoma consumers
Notification of rights for Rhode Island consumers
Notification of rights for Tennessee consumers
Notification of rights for Texas consumers
Notification of rights for Vermont consumers
Notification of rights for Virginia consumers
Notification of rights for Washington consumers
Notification of rights for West Virginia consumers
Notification of rights for Wisconsin consumers

©Experian 2011. All rights reserved.
Experian and the marks used herein are service marks or registered trademarks of Experian.
Other product and company names mentioned herein may be the trademarks of their respective owners.

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 18181894 | FREE CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| JAN.20-FEB.19,2010 | 1 OF 2 |

00   0 03075M NM  017

89644

LESLIE A LANGLEY
2554 FRANCIS ST
BALTIMORE MD 21217-1834

PATAPSCO VILLAGE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER ADDITIONS | | CHECKS PAID | | OTHER SUBTRACTIONS | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| 224.08 | 3 | 1,960.00 | 7 | 1,833.34 | 15 | 432.13 | 0.00 | 81.39- |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS,INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 01-20-10 | BEGINNING BALANCE | | | |
| 01-22-10 | DEPOSIT | | | $224.08 |
| 01-22-10 | ZESKINDS HARDWARE      BALTIMORE | 835.00 | | |
| 01-25-10 | DEPOSIT | | 4.75 | 1,054.33 |
| 01-25-10 | CHECK NUMBER 1115 | 155.00 | | |
| 01-25-10 | CHECK NUMBER 1113 | | 127.42 | |
| 01-26-10 | CHECK NUMBER 1112 | | 100.00 | 981.91 |
| 01-26-10 | CHECK NUMBER 1108 | | 457.58 | |
| 01-26-10 | SWEEPSTAKES CLRH CHECK      000000000001118 | | 456.61 | |
| 01-28-10 | GAS DEPOT, INC.      BALTIMORE | | 25.00 | 42.72 |
| 02-01-10 | FOOD KING SUPERMARK    BALTIMORE | | 18.99 | 23.73 |
| 02-08-10 | DEPOSIT | | 10.89 | 12.84 |
| 02-10-10 | T A BALT NAT PIKE      BALTIMORE | 970.00 | | 982.84 |
| 02-11-10 | SPRINT RTL #786  PURCHASE    1122      CATO MD | | 10.24 | 972.60 |
| 02-12-10 | CHECK NUMBER 1120 | | 50.87 | 921.73 |
| 02-12-10 | KG BEAUTY            BALTIMORE | | 452.58 | |
| 02-16-10 | SHAWS JEWELERS #030   BALTIMORE | | 12.14 | 457.01 |
| 02-16-10 | CHECK NUMBER 1121 | | 185.00 | |
| 02-16-10 | WESTSIDE CITGO        BALTIMORE | | 139.15 | |
| 02-16-10 | AMC SECURITY S06008056Baltimore | | 12.00 | |
| 02-17-10 | WASHINGTON BLVD HESS  BALTIMORE | | 5.00 | 115.86 |
| 02-18-10 | CHECK NUMBER 1123 | | 10.25 | 105.61 |
| 02-18-10 | GOLDEN BP AMOCO       BALTIMORE | | 100.00 | |
| 02-18-10 | WESTSIDE CITGO        BALTIMORE | | 7.00 | |
| 02-19-10 | INSUFFICIENT FUNDS FEE-GOLDEN BP AMOCO      BA | | 6.00 | 7.39- |
| 02-19-10 | INSUFFICIENT FUNDS FEE-WESTSIDE CITGO       BA | | 37.00 | |
| | | | 37.00 | 81.39- |
| | ENDING BALANCE | | | $81.39- |

L008A (8/07)

# ▲▲ M&T Bank

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 18181894 | FREE CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| JAN.20-FEB.19,2010 | 2 OF 2 |

LESLIE A LANGLEY

### CHECKS PAID SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1108 | 01-26-10 | 456.61 | 1112* | 01-26-10 | 457.58 | 1113 | 01-25-10 | 100.00 |
| 1115* | 01-25-10 | 127.42 | 1120* | 02-12-10 | 452.58 | 1121 | 02-16-10 | 139.15 |
| 1123* | 02-18-10 | 100.00 | | | | | | |

### INSUFFICIENT FUNDS FEE SUMMARY

| | TOTAL FOR THIS STATEMENT CYCLE | TOTAL YEAR-TO-DATE |
|---|---|---|
| INSUFFICIENT FUNDS FEES FOR RETURNED (UNPAID) ITEMS | $.00 | $.00 |
| OVERDRAFT FEES (INSUFFICIENT FUNDS FEES FOR PAID ITEMS AND EXTENDED OVERDRAFT FEES) | $74.00 | $74.00 |
| LESS FEE WAIVERS, REVERSALS AND REFUNDS * | | $.00 |
| TOTAL FEES RELATED TO INSUFFICIENT FUNDS AND OVERDRAFTS | $74.00 | $74.00 |

* Note that Fee Waivers, Reversals and Refunds are only included in the year-to-date numbers even if a waiver or refund was applied to your account during the statement cycle.

EFFECTIVE MARCH 1, 2010, THERE WILL BE A $25 FEE IF YOU REQUEST EXPEDITED DELIVERY OF A NEW OR REPLACEMENT M&T CHECK CARD OR M&T ATM CARD.  EXPEDITED DELIVERY MAY TAKE 1-2 BUSINESS DAYS.  IF YOU REQUEST EXPEDITED DELIVERY OUTSIDE THE CONTIGUOUS UNITED STATES OR THE DISTRICT OF COLUMBIA, SUCH FEE WILL BE $50, AND DELIVERY MAY TAKE LONGER THAN 2 BUSINESS DAYS.  THERE WILL BE NO FEE FOR EXPEDITED DELIVERY IF THE PRIMARY ACCOUNT LINKED TO YOUR CARD IS A POWER CHECKING ACCOUNT, OR THE REQUESTED CARD IS A PORTFOLIO MANAGEMENT ACCOUNT CARD.

This survey is for informational purposes only.  Your response will help us better serve you in the future.  After visiting www.mtb.com/managemyaccount, did you find helpful suggestions for managing your account on this site?

☐ Strongly Agree
☐ Agree
☐ Neither Agree nor Disagree
☐ Disagree
☐ Strongly Disagree

Additional Comments:

----------------------------------------
----------------------------------------
----------------------------------------
----------------------------------------

PLACE
STAMP
HERE

**M&T Bank**

ONE M&T PLAZA
THE CUSTOMER EXPERIENCE
4TH  FLOOR
BUFFALO  NY 14203

R1

Notice of Insufficient Funds for Account          \*\*\*\*\*\*\*\*\*\* 1894

On 10/25/10,  the available balance in the account noted above was not enough to pay checks or other items submitted for payment.  As noted below,  some items may not have been paid.  A $ 37  insufficient funds fee for each item that is followed by an asterisk (*) has been assessed to your account.  If you have not already done so, please make a deposit to your account to cover the outstanding balance including any fees.  A $10.00 Extended Overdraft fee will be charged  to your account once every five (5)  consecutive business days that your account has a negative balance.  If you have questions or believe there is an error on your account, please  call 1-800-724-8228 or visit a nearby M&T branch.

| Account Activity on   10/25/10 | Activity Amount | Available Balance | Total Balance |
|---|---|---|---|
| Beginning Balance | | $        644.46 | $        644.46 |
| Deposits & Other Additions | $          .00 | $        644.46 | $        644.46 |
| Checks Paid & Other Withdrawals | $       11.91 | $        632.55 | $        632.55 |
| Items Paid Against Insufficient Funds | | | |
| PAID    - NSF CHECK#      1185 | $     633.95* | $      - 1.40 | $      - 1.40 |
| Insufficient Funds Fee(s) | | | |
| (These fees were charged to your account on 10/26) | $       37.00 | $     - 38.40 | $     - 38.40 |



Entered: August 23, 2011
Signed: August 22, 2011

**SO ORDERED**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| In re: | ) Case No.: 11-16923-RAG |
| | ) |
| Leslie A. Langley. | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| | ) |
| WELLS FARGO BANK, N.A., its assignees | ) |
| and/or successors in interest, | ) |
| Movant | ) |
| | ) |
| vs. | ) |
| | ) |
| Leslie A. Langley, | ) |
| Debtor, | ) |
| and | ) |
| MARK J. FRIEDMAN, | ) |
| Chapter 7 Trustee, | ) |
| | ) |
| Respondent(s). | ) |

### <u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

**THIS MATTER CAME** upon the Motion for Relief from Automatic Stay filed by Wells

Fargo Bank, N.A., ("Movant"), a hearing having been held on July 15, 2011 and upon argument

of Counsel for the Movant and argument by the Debtor, the Court having ruled that the

automatic stay be lifted; and for cause, it is by the United States Bankruptcy Court for the

District of Maryland,

ORDERED, that relief from the automatic stay of 11 U.S.C. §362(a) in the above-

captioned case is granted in favor of Movant and as to any purchaser at a foreclosure sale

1

013043                                    **33608013056014**

Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
### Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

**Case No.:  11–16923     Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Leslie A Langley
aka Leslie A Laugley
2554 Francis Street
Baltimore, MD 21217

Social Security No.:   xxx–xx–0233

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above–named Debtor(s) on 4/4/11

---

## FINAL DECREE

The estate of the above–named debtor(s) has been fully administered.


IT IS ORDERED THAT:

Mark J. Friedman is discharged as trustee of the estate of the above–named debtor; and the chapter 7 case of the above named debtor is closed.


Dated: 8/25/11


*Robert A. Gordon*
U.S. Bankruptcy Judge

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Case No. <u>11–16923</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Leslie A Langley
aka Leslie A Laugley
2554 Francis Street
Baltimore, MD 21217

Social Security / Individual Taxpayer ID No.:
xxx–xx–0233

Employer Tax ID / Other nos.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>7/15/11</u>                    <u>Robert A. Gordon</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

042085                    **29709042127016**

LESLIE A. LANGLEY
2564 FRANCIS STREET
BALTIMORE, MD
21217

Handle with Care / Fragile

Clerk of the Court
U.S. District Court for the
Southern District of Florida
James Lawrence King Federal Justice Bldg.
99 Northeast Fourth Street
Miami, FL 33128



U.S. POSTAGE
PAID
BALTIMORE MD
JAN 26, 15
AMOUNT
$2.03
33128

