## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

---

THIS DOCUMENT RELATES TO:
FIRST TRANCHE ACTIONS

*Garcia, et al. v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:08-cv-22463-JLK

*Spears-Haymond v. Wachovia Bank, N.A.
and Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-21680-JLK
N.D. Cal. Case No. 08-4610

*Dolores Gutierrez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23685-JLK
D. Or. Case No. 3:09-cv-01239-ST

*Martinez v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23834
D.N.M. Case No. 6:09-cv-01072-GBW-ACT

*Zankich, et al. v. Wells Fargo Bank, N.A.*
S.D. Fla. Case No. 1:09-cv-23186-JLK
W.D. Wash. Case No. C-08-1476-RSM

---

### CLASS COUNSEL'S UPDATE REGARDING *JABBARI* SETTLEMENT

Pursuant to the Court's May 23, 2017 Order (D.E. # 4338), Plaintiffs hereby update the Court as to whether further action on their Motion to Enjoin is necessary. On June 14, 2017, an Amended Stipulation and Agreement of Class Action Settlement and Release was filed in

*Jabbari v. Wells Fargo Co., et al.*, Case No. 3:15-cv-02159-VC (N.D. Cal.). After reviewing the Amended Stipulation and Agreement and the specific carve-out for claims asserted in the complaints operative in *In re Checking Account Overdraft Litig.*, MDL 2036, No. 1:09-MD-2036-JLK (S.D. Fla.), Plaintiffs respectfully submit that further action on their Motion to Enjoin (D.E. # 4335) is ***not*** necessary at this time and that the motion can be denied as moot. Plaintiffs will notify the Court if any further action in this Court regarding the *Jabbari* action should become necessary.

Dated: July 6, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Aaron S. Podhurst* | */s/ Bruce S. Rogow* |
| Aaron S. Podhurst, Esquire | Bruce S. Rogow, Esquire |
| Florida Bar No. 063606 | Florida Bar No. 067999 |
| apodhurst@podhurst.com | brogow@rogowlaw.com |
| Robert C. Josefsberg, Esquire | BRUCE S. ROGOW, P.A. |
| Florida Bar No. 40856 | 100 Northeast 3rd Avenue |
| rjosefsberg@podhurst.com | Suite 1000 |
| Peter Prieto, Esquire | Fort Lauderdale, FL 33301 |
| Florida Bar No. 501492 | Tel: 954-767-8909 |
| pprieto@podhurst.com | Fax: 954-764-1530 |
| Stephen F. Rosenthal, Esquire | |
| Florida Bar No. 0131458 | |
| srosenthal@podhurst.com | |
| PODHURST ORSECK, P.A. | |
| One SE 3rd Avenue | |
| Suite 2700 | |
| Miami, FL 33131 | |
| Tel: 305-358-2800 | |
| Fax: 305-358-2382 | |

*Co-Lead Class Counsel*

*/s/ Robert C. Gilbert*
Robert C. Gilbert, Esquire
Florida Bar No. 561861
rcg@grossmanroth.com
Robert@gilbertpa.com
GROSSMAN ROTH YAFFA COHEN, P.A.
2525 Ponce de Leon Boulevard
Eleventh Floor
Coral Gables, FL 33134
Tel: 305-384-7270

*Coordinating Class Counsel*

*/s/ E. Adam Webb*
E. Adam Webb, Esquire
Georgia Bar No. 743910
Adam@WebbLLC.com
Matthew C. Klase, Esquire
Georgia Bar No. 141903
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esquire
Georgia Bar No. 141315
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Tel: 770-444-9325
Fax: 770-217-9950

*/s/ Michael W. Sobol*
Michael W. Sobol, Esquire
California Bar No. 194857
msobol@lchb.com
Roger N. Heller, Esquire
California Bar No. 215348
rheller@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008

*/s/ Russell W. Budd*
Russell W. Budd, Esquire
Texas Bar No. 03312400
rbudd@baronbudd.com
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Tel: 214-521-3605
Fax: 214-520-1181

*/s/ David S. Stellings*
David S. Stellings, Esquire
New York Bar No. 2635282
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
  BERNSTEIN L.L.P.
250 Hudson Street
8th Floor
New York, NY 10013
Tel: 212-355-9500
Fax: 212-355-9592

<table>
<tr><td>

*/s/ Ruben Honik*
Ruben Honik, Esquire
Pennsylvania Bar No. 33109
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esquire
Pennsylvania Bar No. 84121
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street
Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

</td><td>

*/s/ Ted E. Trief*
Ted E. Trief, Esquire
New York Bar No. 1476662
ttrief@triefandolk.com
Barbara E. Olk, Esquire
New York Bar No. 1459643
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street
34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

</td></tr>
</table>

*Class Counsel*

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s/ Robert C. Gilbert
> Robert C. Gilbert, Esquire
> Florida Bar No. 561861
> GROSSMAN ROTH, P.A.
> 2525 Ponce de Leon Boulevard
> Eleventh Floor
> Coral Gables, FL 33134
> Tel: 305-442-8666
> Fax: 305-779-9596