UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Michael Dasher v. RBC Bank (USA), predecessor in interest to PNC Bank, N.A.*

*S.D. Fla. Case No. 1:10-CV-22190-JLK*

ORDER RE-SETTING HEARING ON PLAINTIFFS' AND
CLASS COUNSEL'S MOTION FOR FINAL APPROVAL
OF SETTLEMENT, AUTHORIZING SERVICE AWARD, AND
GRANTING APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

On February 25, 2020, Plaintiffs and Class Counsel filed their Motion for Final Approval of Class Settlement, and Application for Service Award, Attorneys' Fees and Expenses, and Incorporated Memorandum of Law, including supporting declarations to enable the Court to evaluate the fairness, reasonableness and adequacy of the Settlement and the application for attorneys' fees, seeking Final Approval of the Settlement Agreement and Release with PNC Bank, N.A., successor in interest to RBC Bank (USA). (DE # 4429 - 4429-5). Two persons timely filed objections to the Settlement. (DE ## 4430, 4431). Plaintiffs' and Class Counsel timely responded to those objections. (DE # 4440).

On April 6, 2020, pursuant to Administrative Order 202-34, the Court continued the Final Approval Hearing initially scheduled for April 22, 2020 (to be reconsidered and/or reset by separate order). (DE # 4433). In light of the latest guidance received from health officials, the Court has determined that the Final Approval Hearing can be rescheduled and will be conducted via Zoom.

Therefore, the Court **ORDERS AND ADJUDGES** that the Final Approval Hearing is hereby reset for **August 4, 2020 at 10:30 AM ET**. The Final Approval Hearing will be held by videoconference through use of Zoom technology; no persons, including the parties, non-parties and counsel, will be permitted to attend in person. A court reporter will be in attendance and a transcript will be made of the proceeding. Interested parties will be able to join the hearing by clicking on the following link:

*Join ZoomGov Meeting*
*https://www.zoomgov.com*XXXXXXXXX

*Meeting ID:* XXXXXXXXX
*Password:* XXXXXXXXX

**(Zoom Gov Meeting Information to be provided by separate order)**

The Court designates Plaintiffs' Coordinating Counsel, Robert C. Gilbert, as the person responsible for communicating and notifying all interested parties, including the two objectors and/or their respective counsel, of the new Final Approval Hearing date and time, and for providing them with the information required to participate in the Final Approval Hearing via Zoom.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 29th day of June, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
**All Counsel of Record**

2