UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:

*Dasher v. RBC Bank (USA) and Avery v. RBC Bank (USA)*
S.D.FLA Case No. 1:10-CV-22190-JLK

*Avery v. RBC Bank*
E.D.N.C. Case No. 5:10-329

## DECLARATION OF INEZ DE ONDARZA SIMMONS IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND REIMBURSEMENT OF COSTS

I, Inez de Ondarza Simmons, hereby declare as follows:

1. I filed the Avery v RBC Bank action in North Carolina on July 9, 2010 on behalf of Stephanie Avery and all those similarly situated that was removed to the EDNC (Case No. 5:10-329).

2. After the case was transferred to the MDL, I kept in close contact with Class Attorneys, mainly Jonathan Streisfeld and Franklin Lemond, that were appointed by Class Counsel or Plaintiff's Steering Committee and provided substantive information and/or documents to Class Counsel at their request throughout the pendency of the matter in the MDL, including but not limited to, information

regarding her account including banking habits, procedures, online account activity, conversations with PNC employees, opening and closing of her account as well as procuring discovery responses, Declarations and/or Affidavits and attending the Deposition taken by RBC (PNC). (More detailed information can be provided if needed at the request of the court)

3. Ms. Avery retained my services in 2009 after she incurred several Insufficient Funds fees from RBC Bank at the time. Ms. Avery retained my services on a 30% contingent fee basis. Exhibit "A" attached here to shows a summary of the hours of work performed on this matter at the hourly rate of $350.00 See Exhibit "A.1" (A more detailed billing statement can be provided if requested by the court. Due to the length of the matter, part of the billing reports had to be recreated but the hours worked on the matter are not less than what has been provided in the Exhibit)

4. The rates I have charged are consistent with my experience and education background and the matters on which I have worked are consistent with my level of skill and experience and this case has lasted over several years. I have experience in class actions, consumer litigation, product liability and personal injury matters.

5. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 19 July, 2020.

_____
Inez de Ondarza Simmons